# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

_____

    **Plaintiff,**                    *

    **v.**                    *                    **Case No.** _____

                        *

_____

    **Defendant.**                    *

## <u>DISCLOSURE OF CORPORATE INTEREST</u>

**Check all that apply:**

☐  I certify, as party/counsel in this case that _____
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐  The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐  The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐  In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)


_____     _____
(name of member)                                              (state of citizenship)

_____     _____
(name of member)                                              (state of citizenship)

_____     _____
(name of member)                                              (state of citizenship)

_____     _____
(name of member)                                              (state of citizenship)


Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.


_____
Date

                                          _____
                                          Signature

                                          _____
                                          Printed name and bar number

                                          _____
                                          Address

                                          _____
                                          Email address

                                          _____
                                          Telephone number

                                          _____
                                          Fax number