AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| Maryland Chapter of the Sierra Club; Friends of Moses Hall; Natural Resources Defense Council, Inc.; National Trust for Historic Preservation | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 22-cv-2597 |
| Federal Highway Administration; Stephanie Pollack ; Gregory Murrill; Maryland Department of Transportation; James F. Ports Jr. | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Maryland Department of Transportation and Secretary James F. Ports, Jr.
Cheryl Brown-Whitfield
Assistant Attorney General and Principal Counsel
Office of the Attorney General
MDOT Headquarters Building
7201 Corporate Center Drive

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ridhwan Sediqe
Natural Resources Defense Council, Inc.
111 Sutter Street, 21st Floor
San Francisco, CA 94104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/12/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| Maryland Chapter of the Sierra Club; Friends of Moses Hall; National Trust for Historic Preservation; Natural Resources Defense Council, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Federal Highway Administration; Stephanie Pollack; Gregory Murrill; Maryland Department of Transportation; James F. Ports Jr. <br><br> *Defendant(s)* | Civil Action No. 22-cv-2597 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Maryland Department of Transportation
c/o Secretary James F. Ports, Jr.
7201 Corporate Center Drive,
Hanover, MD 21076

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ridhwan Sediqe
Natural Resources Defense Council, Inc.
111 Sutter Street, 21st Floor
San Francisco, CA 94104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/12/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| Maryland Chapter of the Sierra Club; Friends of Moses Hall; National Trust for Historic Preservation; Natural Resources Defense Council, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Federal Highway Administration; Stephanie Pollack; Gregory Murrill; Maryland Department of Transportation; James F. Ports Jr. <br><br> *Defendant(s)* | Civil Action No.  22-cv-2597 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Transportation Secretary James F. Ports Jr.
Maryland Department of Transportation,
7201 Corporate Center Drive
Hanover, MD 21076

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ridhwan Sediqe
Natural Resources Defense Council, Inc.
111 Sutter Street, 21st Floor
San Francisco, CA 94104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  10/12/2022

*Signature of Clerk or Deputy Clerk*