IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| MARYLAND CHAPTER OF THE SIERRA CLUB et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL HIGHWAY ADMINISTRATION et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 8:22-cv-2597 <br><br> Hon. Deborah K. Chasanow |

**NOTICE OF APPEARANCE**

Please enter the appearance of Samuel R. Vice as lead counsel for Defendants the Federal Highway Administration, Stephanie Pollack in her official capacity, and Gregory Murrill in his official capacity (together the "Federal Defendants") in the above captioned case. Service upon the Federal Defendants of all papers other than those filed through the Court's ECF system should be addressed to Mr. Vice as follows:

> Natural Resources Section
> Environmental and Natural Resources Division
> U.S. Department of Justice
> P.O. Box 7611
> Washington, D.C. 20044-7611

Overnight deliveries, express mail, and UPS deliveries should be addressed as follows:

> Natural Resources Section
> Environmental and Natural Resources Division
> U.S. Department of Justice
> 150 M Street, N.E.
> Suite 2.900
> Washington, D.C. 20002

1

Dated: October 26, 2022

        Respectfully submitted,

        TODD KIM
        Assistant Attorney General

        By: */s/ Samuel R. Vice*
        SAMUEL R. VICE
        Trial Attorney
        Natural Resources Section
        Environmental and Natural Resources Division
        U.S. Department of Justice
        P.O. Box 7611
        Washington, D.C. 20044-7611
        Tel: (202) 353-5540
        E-mail: samuel.vice@usdoj.gov

        *Counsel for Federal Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of October, 2022 that a copy of the foregoing Notice of Appearance has been electronically filed with the Clerk of Court and served on all registered parties via CM/ECF.

        By: */s/ Samuel R. Vice*
        SAMUEL R. VICE