UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| MARYLAND CHAPTER OF THE SIERRA CLUB, *et al.*, <br>                 *Plaintiffs*, <br> v. <br><br> FEDERAL HIGHWAY ADMINISTRATION, *et al.*, <br>                 *Defendants*. | Case No.: 8:22-cv-02597-DKC |

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as special counsel in this case for Defendants Maryland Department of Transportation and James F. Ports, Jr. I certify that I am admitted to practice in this Court.

Dated: November 10, 2022

                                              Respectfully submitted,

                                              BRIAN E. FROSH
                                              Attorney General of Maryland

                                                      /s/
                                              Linda M. DeVuono
                                              Fed. Bar No. 08667
                                              Office of the Attorney General of Maryland
                                              707 N. Calvert St, 4th floor
                                              Baltimore, MD 21202
                                              ldevuono@oag.state.md.us
                                              410.530.9783