IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND CHAPTER OF THE
SIERRA CLUB et al.,

    Plaintiffs,

 v.

FEDERAL HIGHWAY
ADMINISTRATION et al.,

    Defendants.

Case No. 8:22-cv-02597-DKC

## NOTICE OF APPEARANCE

Please **ENTER** the appearance of Assistant United States Attorney Roann Nichols as counsel for Defendants the Federal Highway Administration, Stephanie Pollack in her official capacity, and Gregory Murrill in his official capacity (together the "Federal Defendants").

Date: November 10, 2022

                              Respectfully submitted,

                              Erek L. Barron
                              United States Attorney

                              _____/s/_____
                              Roann Nichols (Bar No. 07871)
                              Assistant United States Attorney
                              36 South Charles Street, 4th Floor
                              Baltimore, Maryland 21201
                              (410) 209-4827 (direct)
                              (410) 962-2310 (fax)
                              RNichols@usa.doj.gov

                              *Counsel for Federal Defendants*

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of November 2022 that a copy of the foregoing *Notice of Appearance* has been electronically filed with the Clerk of Court and served on all registered parties via CM/ECF.

_____/s/_____
Roann Nichols
Assistant United State Attorney