UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| MARYLAND CHAPTER OF THE SIERRA CLUB, *et al.*, <br><br>                 *Plaintiffs*, <br><br> v. <br><br> FEDERAL HIGHWAY ADMINISTRATION, *et al.*, <br><br>                 *Defendants*. | Case No.: 8:22-cv-02597-DKC |

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as special counsel in this case for Defendants Maryland Department of Transportation and James F. Ports, Jr. I certify that I am admitted to practice in this Court.

Dated: November 11, 2022

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

          /s/
FRED R. WAGNER
(Fed. Bar No. 15806)
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Tel: (202) 344-4032
Fax: (202) 344-8300
FRWagner@Venable.com

*Special Counsel to the Attorney General of Maryland for Defendants Maryland Department of Transportation and James F. Ports, Jr.*