UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| MARYLAND CHAPTER OF THE SIERRA CLUB, *et al.*, <br>            *Plaintiffs*, <br> v. <br><br> FEDERAL HIGHWAY ADMINISTRATION, *et al.*, <br>            *Defendants*. | Case No.: 8:22-cv-02597-DKC |

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as special counsel in this case for Defendants Maryland Department of Transportation and James F. Ports, Jr. I certify that I am admitted to practice in this Court.

Dated: November 11, 2022

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

         /s/
ELIZABETH C. RINEHART
(Fed. Bar No. 19638)
ECRinehart@Venable.com
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
Tel: (410) 244-7400
Fax: (410) 244-7742

*Special Counsel to the Attorney General of Maryland for Defendants Maryland Department of Transportation and James F. Ports, Jr.*