UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| MARYLAND CHAPTER OF THE SIERRA CLUB, *et al.*,<br>　　　　　　*Plaintiffs*,<br>　　v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, *et al.*,<br>　　　　　　*Defendants*. | Case No.: 8:22-cv-02597-DKC |

**[PROPOSED ORDER]**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Upon consideration of the Unopposed Motion for Extension of Time to Respond to Complaint (the "Motion") of Defendants Maryland Department of Transportation and James F. Ports, Jr. (the "State Defendants"), and good cause having been shown, it is, this ____ of November 2022, hereby ORDERED that

1.　　The Motion is GRANTED; and

2.　　The time for the State Defendants to respond to the Complaint is extended to December 19, 2022.


　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Deborah K. Chasanow
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge