**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|                                   |   |            |
|-----------------------------------|---|------------|
| _____            | * |            |
|                                   | * |            |
| v.                                | * | Case No. _____ |
|                                   | * |            |
| _____            | * |            |

**RETURN OF SERVICE**

I served the following documents (check all that apply):

☐ summons

☐ complaint and any attachments

☐ subpoena

☐ other - describe: _____

By (check method of service):

☐ Personal - place served: _____

☐ Certified mail, restricted delivery - attach green card

☐ Left copies at subject's dwelling house or usual place of abode with person of suitable age and discretion residing therein

☐ Other - describe: _____

_____

On (name of person or entity served): _____

Date of service: _____

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

_____           *R Sedige*
Date                                               Signature of Process Server

_____
Printed Name of Process Server

_____
Address of Process Server

_____
Telephone Number of Process Server