AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | |
|---|---|
| *Plaintiff(s)* | )<br>)<br>)<br>)<br>)<br>) |
| v. | ) Civil Action No. |
| *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

7022 2410 0002 5853 1538

Certified Mail Fee  $4.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery  $
Postage  $
Total Postage and Fees  $

Sent To  Federal Highway Administration, 1200 New Jersey Ave SE
Street and Apt. No., or PO Box No.
City, State, ZIP+4®  Washington, DC 20590

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove X

## 70222410000258531538

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 11:56 am on October 17, 2022 in ZIP Code 20025.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Left with Individual**

20025
October 17, 2022, 11:56 am

**Available for Pickup**

WASHINGTON, DC 20590
October 17, 2022, 10:55 am

**Arrived at Post Office**

WASHINGTON, DC 20018
October 17, 2022, 9:05 am

**In Transit to Next Facility**

October 16, 2022

**Arrived at USPS Regional Facility**

DULLES VA DISTRIBUTION CENTER
October 15, 2022, 8:58 pm

Feedback

- **Departed USPS Regional Origin Facility**
  SAN FRANCISCO CA DISTRIBUTION CENTER
  October 13, 2022, 8:25 pm

- **Arrived at USPS Regional Origin Facility**
  SAN FRANCISCO CA DISTRIBUTION CENTER
  October 13, 2022, 8:25 pm

- **USPS in possession of item**
  SAN FRANCISCO, CA 94104
  October 13, 2022, 2:20 pm

Hide Tracking History

Text & Email Updates

USPS Tracking Plus®

Feedback

Product Information

| | | |
|---|---|---|
| **Postal Product:** Priority Mail® | **Features:** Certified Mail™ <br> Up to $100 insurance included. Restrictions Apply ⓘ | **See tracking for related item:** 9590940259030049860604 (/go/TrackConfirmAction!input.action?tLabels=9590940259030049860604) |

See Less ∧

**Track Another Package**

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

Case 8:22-cv-02597-DKC    Document 23-1    Filed 12/02/22    Page 6 of 6

**FAQs**

Feedback