AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Maryland Chapter of the Sierra Club; Friends of Moses Hall; National Trust for Historic Preservation; Natural Resources Defense Council, Inc.

*Plaintiff(s)*

v.

Federal Highway Administration; Stephanie Pollack; Gregory Murrill; Maryland Department of Transportation; James F. Ports Jr.

*Defendant(s)*

Civil Action No. 22-cv-2597

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Federal Highway Administration, Acting Administrator Stephanie Pollack; and
Maryland Division Administrator Gregory Murrill
c/o Civil Process Clerk
U.S. Attorney's Office for the District of Maryland
36 S. Charles Street 4th Fl.
Baltimore, MD 21201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Peter J. DeMarco
Natural Resources Defense Council, Inc.
40 West 20th Street, 11th Floor
New York, NY 10011

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/12/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ ~~I~~ personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

R. Sedige (signed)

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7022 2410 0002 5853 1491

For delivery information, visit our website at www.usps.com®.

Baltimore MD 21201

**Certified Mail Fee** $4.00  0052 99

**Extra Services & Fees** (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $____
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $____
☐ Adult Signature Restricted Delivery $____

**Postage** $0.

**Total Postage and Fees** $17.

**Sent To** 36 S. Charles St 4th Fl.
**Street and Apt. No., or PO Box No.**
Baltimore, MD 21201
**City, State, ZIP+4®**

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark: SUTTER STATION, SAN FRANCISCO, CA — OCT 13 2022

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Civil Process Clerk
   U.S. Attorney's Office for the District of Maryland
   36 S. Charles St 4th Fl.
   Baltimore, MD 21201

2. Article Number (Transfer from service label)

   7647 6585 0000 0142 2202

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   J. Chen

C. Date of Delivery
   10/18/22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

9590 9402 5903 0049 8606 42

Domestic Return Receipt

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ×

# 70222410000258531514

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered to an agent for final delivery in BALTIMORE, MD 21201 on October 18, 2022 at 12:51 pm.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered to Agent
**Delivered to Agent for Final Delivery**
BALTIMORE, MD 21201
October 18, 2022, 12:51 pm

### No Access to Delivery Location
BALTIMORE, MD 21201
October 17, 2022, 1:15 pm

### Arrived at Post Office
BALTIMORE, MD 21202
October 17, 2022, 10:11 am

### Out for Delivery
BALTIMORE, MD 21201
October 17, 2022, 6:10 am

### Arrived at USPS Regional Destination Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

October 15, 2022, 9:39 am

- **In Transit to Next Facility**

  October 14, 2022

- **Departed USPS Regional Origin Facility**

  SAN FRANCISCO CA DISTRIBUTION CENTER

  October 13, 2022, 8:24 pm

- **Arrived at USPS Regional Origin Facility**

  SAN FRANCISCO CA DISTRIBUTION CENTER

  October 13, 2022, 8:24 pm

- **USPS in possession of item**

  SAN FRANCISCO, CA 94104

  October 13, 2022, 2:12 pm

- Hide Tracking History

Feedback

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌃

| **Postal Product:** | **Features:** | See tracking for related item: 9590940259030049860628 (/go/TrackConfirmAction!input.action?tLabels=9590940259030049860628) |
|---|---|---|
| Priority Mail® | Certified Mail™ Up to $100 insurance included. Restrictions Apply ⓘ | |

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback