# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

_____         *

v.                                *

_____         *       Case No. _____

                                  *

                                  *

## RETURN OF SERVICE

I served the following documents (check all that apply):

☐   summons

☐   complaint and any attachments

☐   subpoena

☐   other - describe: _____

By (check method of service):

☐   Personal - place served: _____

☐   Certified mail, restricted delivery - attach green card

☐   Left copies at subject's dwelling house or usual place of abode with person of suitable age and discretion residing therein

☐   Other - describe: _____

_____

On (name of person or entity served): _____

Date of service: _____

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

_____         *R Sedige* (signature)*
Date                              Signature of Process Server

                                  _____
                                  Printed Name of Process Server

                                  _____
                                  Address of Process Server

                                  _____
                                  Telephone Number of Process Server

ReturnofService (06/2016)