AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| Maryland Chapter of the Sierra Club; Friends of Moses Hall; National Trust for Historic Preservation; Natural Resources Defense Council, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Federal Highway Administration; Stephanie Pollack; Gregory Murrill; Maryland Department of Transportation; James F. Ports Jr. <br><br> *Defendant(s)* | Civil Action No. 22-cv-2597 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Acting Administrator Stephanie Pollack
Federal Highway Administration
1200 New Jersey Avenue, SE
Washington, DC 20590

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ridhwan Sediqe
Natural Resources Defense Council, Inc.
111 Sutter Street, 21st Floor
San Francisco, CA 94104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/12/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Acting Administrator Stephanie Pollack
Federal Highway Administration
1200 New Jersey Avenue SE
Washington, DC 20590

9590 9402 5903 0049 8606 11

2410 0002 5853 1521

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20590

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.00 |
| $ | $3.25 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $9.90 |
| $ | |
| Total Postage and Fees | $17.15 |

Postmark Here  OCT 13 2022  SAN FRANCISCO, CA  10/13/2022

Sent To
1200 New Jersey Avenue SE
Street and Apt. No., or PO Box No.
Washington, DC 20590
City, State, ZIP+4

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7022 2410 0002 5585 7251

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70222410000258531521

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 11:56 am on October 17, 2022 in ZIP Code 20025.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Left with Individual**

20025
October 17, 2022, 11:56 am

**Available for Pickup**

WASHINGTON, DC 20590
October 17, 2022, 10:55 am

**Arrived at Post Office**

WASHINGTON, DC 20018
October 17, 2022, 9:05 am

**In Transit to Next Facility**

October 16, 2022

**Arrived at USPS Regional Facility**

DULLES VA DISTRIBUTION CENTER
October 15, 2022, 8:58 pm

- **Departed USPS Regional Origin Facility**
  SAN FRANCISCO CA DISTRIBUTION CENTER
  October 13, 2022, 8:25 pm

- **Arrived at USPS Regional Origin Facility**
  SAN FRANCISCO CA DISTRIBUTION CENTER
  October 13, 2022, 8:25 pm

- **USPS in possession of item**
  SAN FRANCISCO, CA 94104
  October 13, 2022, 2:22 pm

Hide Tracking History

Text & Email Updates

USPS Tracking Plus®

Feedback

Product Information

| **Postal Product:** | **Features:** | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ | **9590940259030049860611** |
| | Up to $100 insurance included. Restrictions Apply ⓘ | **(/go/TrackConfirmAction!input.action?tLabels=9590940259030049860611)** |

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

Feedback