IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____    *

                          *

v.                        *    Case No. _____

                          *

_____    *

**RETURN OF SERVICE**

I served the following documents (check all that apply):

☐ summons

☐ complaint and any attachments

☐ subpoena

☐ other - describe: _____

By (check method of service):

☐ Personal - place served: _____

☐ Certified mail, restricted delivery - attach green card

☐ Left copies at subject's dwelling house or usual place of abode with person of suitable age and discretion residing therein

☐ Other - describe: _____

_____

On (name of person or entity served): _____

Date of service: _____

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

_____                    _R Sedige_____
Date                                      Signature of Process Server

                                          _____
                                          Printed Name of Process Server

                                          _____
                                          Address of Process Server

                                          _____
                                          Telephone Number of Process Server

ReturnofService (06/2016)