# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

_____        *

                                                        *

v.                                                      *     Case No. _____

_____        *

                                                        *

## RETURN OF SERVICE

I served the following documents (check all that apply):

☐ summons

☐ complaint and any attachments

☐ subpoena

☐ other - describe: _____

By (check method of service):

☐ Personal - place served: _____

☐ Certified mail, restricted delivery - attach green card

☐ Left copies at subject's dwelling house or usual place of abode with person of suitable age and discretion residing therein

☐ Other - describe: _____

On (name of person or entity served): _____

Date of service: _____

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

_____        *R Sedige* (signature)

Date                                                    Signature of Process Server

                                                        _____
                                                        Printed Name of Process Server

                                                        _____
                                                        Address of Process Server

                                                        _____
                                                        Telephone Number of Process Server