# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

_____   *

                                *

v.                              *    Case No. _____

                                *

_____   *

## RETURN OF SERVICE

I served the following documents (check all that apply):

☐ summons

☐ complaint and any attachments

☐ subpoena

☐ other - describe: _____

By (check method of service):

☐ Personal - place served: _____

☐ Certified mail, restricted delivery - attach green card

☐ Left copies at subject's dwelling house or usual place of abode with person of suitable age and discretion residing therein

☐ Other - describe: _____

_____

On (name of person or entity served): _____

Date of service: _____

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

_____          _____
Date                                   Signature of Process Server

                                       _____
                                       Printed Name of Process Server

                                       _____
                                       Address of Process Server

                                       _____
                                       Telephone Number of Process Server

ReturnofService (06/2016)