AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | ) |
|---|---|
| Maryland Chapter of the Sierra Club; Friends of Moses Hall; National Trust for Historic Preservation; Natural Resources Defense Council, Inc. | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 22-cv-2597 |
| Federal Highway Administration; Stephanie Pollack; Gregory Murrill; Maryland Department of Transportation; James F. Ports Jr. | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Transportation Secretary James F. Ports Jr.
Maryland Department of Transportation,
7201 Corporate Center Drive
Hanover, MD 21076

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ridhwan Sediqe
Natural Resources Defense Council, Inc.
111 Sutter Street, 21st Floor
San Francisco, CA 94104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/12/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7022 2410 0002 5853 1484

Certified Mail Fee: $4.00
Services & Fees:
  Return Receipt (hardcopy): $3.30
  Return Receipt (electronic): $0.00
  Certified Mail Restricted Delivery: $0.00
  Adult Signature Required: $0.00
  Adult Signature Restricted Delivery: $0.00
Postage: $9.90
Total Postage and Fees: $17.15

Sent To: 7201 Corporate Center Drive
Hanover, MD 21076

Postmark: SAN FRANCISCO, CA 10/13/2022

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70222410000258531484

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:03 pm on October 17, 2022 in HANOVER, MD 21076.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Left with Individual**

HANOVER, MD 21076
October 17, 2022, 12:03 pm

### Arrived at Post Office

ELKRIDGE, MD 21075
October 17, 2022, 9:26 am

### Out for Delivery

HANOVER, MD 21076
October 17, 2022, 6:28 am

### In Transit to Next Facility

October 16, 2022

### Arrived at USPS Regional Destination Facility

WASHINGTON DC NETWORK DISTRIBUTION CENTER
October 15, 2022, 1:18 pm

Feedback

**Departed USPS Regional Origin Facility**

SAN FRANCISCO CA DISTRIBUTION CENTER
October 13, 2022, 8:24 pm

**Arrived at USPS Regional Origin Facility**

SAN FRANCISCO CA DISTRIBUTION CENTER
October 13, 2022, 8:24 pm

**USPS in possession of item**

SAN FRANCISCO, CA 94104
October 13, 2022, 2:16 pm

Hide Tracking History

Text & Email Updates

USPS Tracking Plus®

Feedback

Product Information

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ Up to $100 insurance included. Restrictions Apply ⓘ | 9590940259030049860666 (/go/TrackConfirmAction!input.action?tLabels=9590940259030049860666) |

See Less ∧

**Track Another Package**

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

Feedback