**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **_____** | * |
| **Plaintiff,** | |
| | * |
| **v.** | Case No. _____ |
| | * |
| **_____** | |
| **Defendant.** | * |

**<u>ENTRY OF APPEARANCE IN A CIVIL CASE</u>**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for the _____

    I certify that I am admitted to practice in this Court.

_____

Date

_____

Signature

_____

Printed name and bar number

_____

Address

_____

Email address

_____

Telephone number

_____

Fax number