UNITED STATES DISTRICT COURT
DISTRICT COURT OF MARYLAND

**DEBORAH K. CHASANOW**  
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane  
Greenbelt, MD  20770  
(301) 344-0634

January 6, 2023


TO:  Counsel

RE:  Maryland Chapter of the Sierra Club, et al. v.
       Federal Highway Administration, et al.
     Civil Action No. DKC 22-2597

     Northern Virginia Citizens Association v.
       Federal Highway Administration, et al.
     Civil Action No. DKC 22-3336


Dear Counsel:

   This letter will confirm the matters and schedule discussed during this morning's telephone conference.  The court approves the parties' proposed schedule for the filing of cross motions for summary judgment and will enter a specific scheduling order once the index of the administrative record is filed, presumably by mid-March.  The court will also approve the additional pages sought by counsel.

   Once service is effected in Civil Action No. 22-3336, counsel will confer and, if appropriate, move for consolidation.

   Despite the informal nature of this letter it constitutes an Order of the Court and the clerk is instructed to docket it as such.

                                        Very truly yours,

                                             /s/

                                        DEBORAH K. CHASANOW
                                        United States District Judge