IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| MARYLAND CHAPTER OF THE SIERRA CLUB et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL HIGHWAY ADMINISTRATION et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 8:22-cv-2597 <br><br> Hon. Deborah K. Chasanow |

**NOTICE OF APPEARANCE**

Please enter the appearance of Frances B. Morris as counsel for Defendants the Federal Highway Administration, Stephanie Pollack in her official capacity, and Gregory Murrill in his official capacity (together the "Federal Defendants") in the above captioned case. Service upon the Federal Defendants of all papers other than those filed through the Court's ECF system should be addressed to Ms. Morris as follows:

> Natural Resources Section
> Environmental and Natural Resources Division
> U.S. Department of Justice
> P.O. Box 7611
> Washington, D.C. 20044-7611

Overnight deliveries, express mail, and UPS deliveries should be addressed as follows:

> Natural Resources Section
> Environmental and Natural Resources Division
> U.S. Department of Justice
> 150 M Street, N.E.
> Suite 2.900
> Washington, D.C. 20002

1

Dated: February 10, 2023

                Respectfully submitted,

                TODD KIM
                Assistant Attorney General

                By: *s/Frances B. Morris*
                Frances B. Morris
                Trial Attorney
                United States Department of Justice
                Environment & Natural Resources Division
                Natural Resources Section
                P.O. Box 7611
                Washington, DC 20044-7611
                Tel:  202-514-2855
                Fax:  202-305-0506
                E-Mail:  frances.morris@usdoj.gov

                *Counsel for Federal Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of February, 2023 that a copy of the foregoing Notice of Appearance has been electronically filed with the Clerk of Court and served on all registered parties via CM/ECF.

By: */s/ Frances B. Morris*
FRANCES B. MORRIS