UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| NORTHERN VIRGINIA CITIZENS ASSOCIATION, <br><br> *Plaintiff*, <br><br> v. <br><br> FEDERAL HIGHWAY ADMINISTRATION, *et al.*, <br><br> *Defendants*. | No. 22-cv-03336-DKC |

**UNOPPOSED MOTION TO CONSOLIDATE**

Plaintiff Northern Virginia Citizens Association hereby moves pursuant to Rule 42, Fed. R. Civ. P. to consolidate the above-captioned case with the pending case of *Maryland Chapter of the Sierra Club, et al. vs. Federal Highway Administration*, 22-cv-2597-DKC (D. Md., filed Oct. 11, 2022) (hereinafter referred to as "MD Sierra Club case"). Plaintiffs in the MD Sierra Club case have advised that they do not oppose consolidation. The Defendants in MD Sierra Club case, who are represented by the same counsel in the above-captioned case, also do not oppose consolidation.

**MEMORANDUM IN SUPPORT**

Consolidation is appropriate because this case shares a common core of facts and law with the MD Sierra Club case: both cases name the same agency defendants and challenge the same decision by the agency defendants to approve a federally-funded transportation project to widen and add toll lanes to a 15-mile stretch of I-495 (the Beltway) and I-270, between McLean, Virginia, and Gaithersburg, Maryland, including the addition of toll lanes over the American Legion Bridge

crossing the Potomac River into the Commonwealth of Virginia ("Toll Lanes Project" or "HOT Lanes").  The above-captioned lawsuit challenges the legality of that decision based on one of the laws that is the focus of the MD Sierra Club lawsuit:  the National Environmental Policy Act ("NEPA"), 42 U.S.C. § 4321 et seq.  As related cases, they have been assigned to the same district court judge.

The above-captioned case focuses on a single issue addressed in the challenged agency decision: the lawfulness under NEPA of the construction by MDOT of flyover ramps in Virginia connecting the Toll Lanes Project at the terminus of the American Legion Bridge to the I-495 Express Lanes Northern Extension ("I-495 NEXT") project in Virginia.  Although the MD Sierra Club encompasses a wider range of issues, judicial review of both cases will be based on the same administrative record.  Plaintiff's counsel in this case is also counsel for Maryland Sierra Club in the MD Sierra Club case, and Plaintiff in this case has agreed to the briefing schedule proposed by the parties in the MD Sierra Club case.  This Court has issued a letter order in the MD Sierra Club case approving the parties' proposed schedule for the filing of cross motions for summary judgment, and also directed that "[o]nce service is effected in Civil Action No. 22-3336, counsel will confer and, if appropriate, move for consolidation."  Document No. 32 in Civil Action No. 22-cv-2597-DKC.

For the foregoing reasons, the interests of judicial economy and efficiency warrant consolidating these cases and placing them on a coordinated schedule for briefing.  In light of these interests and the lack of any opposition from Defendants or Plaintiffs in the MD Sierra Club case, Plaintiff respectfully requests that this motion to consolidate be granted.

Respectfully submitted,

/s/      Andrea Ferster
Andrea Ferster (DC Bar No. 384648)
(admitted *pro hac vice*)
Attorney at Law
2121 Ward Court, N.W. 5th Fl.
Washington, D.C. 20037
Telephone: (202) 974-5142
Email: aferster@railstotrails.org


TOBIN O'CONNOR CONCINO P.C.

/s/ David C. Tobin
David C. Tobin, Esq., D. Md. Bar No. 03727
dctobin@tobinoconnor.com
Larry E. Tanenbaum, Esq., D. Md. Bar No. 17988
letanenbaum@tobinoconnor.com
*Tobin O'Connor Concino P.C.*
*5335 Wisconsin Ave., NW*
*Suite 400*
*Washington, D.C. 20015*
*(202) 362-5903 (Direct)*
*(202) 362-5900 (Main)*
*(202 362-6579 (F)*
***www.tobinoconnor.com***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of February 2023, a copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

/s/      Andrea Ferster
Andrea Ferster