UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| NORTHERN VIRGINIA CITIZENS ASSOCIATION,<br><br>    *Plaintiff*,<br><br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, *et al.*,<br><br>    *Defendants*. | No. 22-cv-03336-DKC |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's unopposed motion to consolidate this case with the pending case of *Maryland Chapter of the Sierra Club, et al. vs. Federal Highway Administration*, 22-cv-2597-DKC (D. Md., filed Oct. 11, 2022), it is hereby

ORDERED, that Plaintiff's motion to consolidate is GRANTED; and it is further

ORDERED that Case 22-cv-2597 and 22-cv-3336 are consolidated, and it is further

ORDERED that all future filings in these consolidated matters be filed in Case 22-cv-2597, and it is further

ORDERED that Plaintiff coordinate any motions practice or briefing in these consolidated cases with the plaintiffs in Case 22-cv-2597.

SO ORDERED, this ___ day of _____, 2023

                 _____
                 Hon. Deborah Chasanow
                 United States District Court Judge