```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND

MARYLAND CHAPTER OF THE SIERRA  :
CLUB, part of Sierra Club, Inc.,
et al.                          :

     v.                         :   Civil Action No. DKC 22-2597

                                :
FEDERAL HIGHWAY ADMINISTRATION,
et al.                          :

        * * * * * * * * * * * * * * * * * * * * * * * * *

                                :
NORTHERN VIRGINIA CITIZENS
ASSOCIATION                     :

     v.                         :   Civil Action No. DKC 22-3336

                                :
FEDERAL HIGHWAY ADMINISTRATION,
et al.                          :
```

**ORDER TO CONSOLIDATE**

The Northern Virginia Citizens Association filed a motion to consolidate the above cases. (Civil Action No. DKC 22-3336, ECF No. 29). All parties in both cases do not oppose consolidation. The motion will be granted as these cases share common facts, Plaintiffs challenge the same approval of a road widening project that will add toll lanes to a 15-mile stretch of Interstate 495 and Interstate 270 between McLean, Virginia and Gaithersburg, Maryland, and judicial review of both cases will be based on the same administrative record. Counsel in both cases participated in

a telephone conference on January 6 and agreed to a joint briefing schedule.

Accordingly, it is this 28th day of February, 2023, by the United States District Court for the District of Maryland hereby ORDERED that:

1. The consent motion to consolidate BE, and the same hereby IS, GRANTED;

2. The cases are consolidated for all purposes under Civil Action No. DKC 22-2597;

3. Civil Action No. DKC 22-3336 BE, and the same HEREBY IS ADMINISTRATIVELY CLOSED;

4. The complaint (ECF No. 1), revised civil cover sheet (ECF No. 13), Local Rule 103.3 disclosure statement by Northern Virginia Citizens Association (ECF No. 14), and motion to consolidate (ECF No. 29) filed in Civil Action DKC 22-3336 shall be docketed in Civil Action DKC 22-2597;

5. The parties are reminded that all future papers should be filed in Civil Action No. DKC 22-2597; and

6. The Clerk IS DIRECTED to transmit a copy of this Order to counsel of record.

                                              /s/
                                  DEBORAH K. CHASANOW
                                  United States District Judge