IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Virginia Citizens Association     *

**Plaintiff,**

                                           *

v.                                              Case No. **8:22-cv-03336-GLS**

                                           *

Federal Highway Administration, et al.

**Defendant.**                             *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that **Northern Virginia Citizens Association**
                                                        (name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____ :
                                                       (name of party)

_____ .
                              (names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____ .
              (names of entities with possible financial interests)

DisclosureCorpInterest (03/2015)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

_____          _____
(name of member)                                                                 (state of citizenship)

_____          _____
(name of member)                                                                 (state of citizenship)

_____          _____
(name of member)                                                                 (state of citizenship)

_____          _____
(name of member)                                                                 (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

12/27/2022

Date

/s/ David C. Tobin

Signature

David C. Tobin (D. Md. Bar No. 03727

Printed name and bar number

5335 Wisconsin Ave., NW #700 Washington DC 20015

Address

dctobin@tobinoconnor.com

Email address

202-362-5903

Telephone number

202-362-6579

Fax number

2