**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

MARYLAND CHAPTER OF THE SIERRA CLUB, *et al.*,

*Plaintiffs*,

v.

FEDERAL HIGHWAY ADMINISTRATION, *et al.*,

*Defendants*.

Civil Action No. DKC 22-2597

NORTHERN VIRGINIA CITIZENS' ASSOCIATION,

*Plaintiff*,

v.

FEDERAL HIGHWAY ADMINISTRATION, *et al.*,

*Defendants*.

Civil Action No. DKC 22-3336

**JOINT STATUS REPORT**

Plaintiffs in the above-captioned consolidated cases submit this Joint Status Report on behalf of all Parties to update the Court on the timing of administrative record production and other developments affecting the Parties' previously proposed briefing schedule:

**Status of the Administrative Record**

1. During the telephonic conference with the Court on January 6, 2023, Defendants estimated that they would produce the administrative record to Plaintiffs

and file an index with the Court on or about March 17, 2023. *See* ECF No. 32. The Court issued a letter order approving the Parties' proposed schedule for filing of cross motions for summary judgment and indicating that the Court would enter a specific scheduling order once the index of the administrative record is filed. *Id.*

2. Despite making substantial progress towards finalizing the administrative record, Defendants have indicated they need additional time to complete their review of the remaining documents and prepare an index. Defendants now estimate that they will provide the administrative record to Plaintiffs and file an index with the Court on or before April 28, 2023.

3. Because changed circumstances have, in Plaintiffs' view, substantially decreased the likelihood that preliminary relief will be necessary in this matter, *see infra* ¶¶ 4-6, Plaintiffs do not object to Defendants' proposal to produce the administrative record on or about April 28, 2023.

**Status of the Challenged Project**

4. On March 9, 2023, Accelerate Maryland Partners, LLC—the private developer selected by the Maryland Department of Transportation to design, build, operate, and maintain high-occupancy toll lanes on portions of I-495 and I-270—announced that it will not proceed with the project and that it had terminated its contract with the Maryland Department of Transportation.

5. The Final Environmental Impact Statement and Record of Decision approving the project, and challenged by Plaintiffs in these consolidated cases, remain in effect.

6. As Plaintiffs explained during the January 6 telephonic conference, they pressed for an expedited briefing schedule and had proposed filing their opening brief within three weeks of receiving the administrative record because they were concerned that the State Defendants would advance the project on a timeline that would require Plaintiffs to move for a preliminary injunction. Without taking a position on whether a preliminary injunction would be warranted, the Defendants agreed in the interest of compromise. Based on the information currently available to Plaintiffs, Accelerate Maryland Partners' withdrawal from the project substantially reduces the likelihood that Plaintiffs will need to seek emergency relief. The Defendants express no opinion on Plaintiffs' conclusion but agree to the proposed briefing changes.

**Proposed Changes to the Summary Judgment Briefing Schedule and Page Limits**

7. The Parties now propose revising the expedited briefing schedule initially presented to this Court during the conference call on January 6 to afford Plaintiffs more time to file their opening brief after receiving the administrative record and to provide all Parties an additional nine days to file their reply briefs. The Parties propose the following schedule:

| | **Days after administrative record is filed (on or about 4/28/2023)** | |
|---|---|---|
| **Filing** | **New Proposal** | **Original Proposal** |
| Plaintiffs' Joint Opening Brief | 45 | 21 |
| Defendants' Opening Briefs and Oppositions to Plaintiffs' MSJ | 94 | 70 |
| Plaintiffs' Joint Reply ISO MSJ and Opposition to Defendants' MSJs | 124 | 91 |
| Defendants' Replies | 154 | 112 |
| Filing of JA | 168 | 126 |

8. On February 28, 2023, the Court consolidated the above-captioned cases. ECF No. 35.

9. The Parties agree that briefing the issues raised by the consolidated cases together would promote efficiency and judicial economy. The Parties therefore propose that Plaintiffs in the consolidated cases file joint opening and reply briefs. Similarly, the Parties propose that Federal Defendants and State Defendants each file a single opening brief and a single reply brief, responding to the claims brought in both consolidated cases.

10. In its January 6 letter order, the Court indicated that it would approve the "additional pages sought by counsel" for summary judgment briefing, which at that time was a total of 50 pages for each opening brief and 35 pages for each reply. *See* ECF No. 32. To address the additional claims introduced by consolidation, the Parties further

request an additional 10 pages for all briefs, which would bring total page limits to 60 pages for each opening brief and 45 pages for each reply.

Respectfully Submitted,

/s/ Peter J. DeMarco
Peter J. DeMarco (D. Md. Bar No. 19639)
Jared E. Knicley (D. Md. Bar No. 18607)
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
Telephone: (202) 513-6267
Facsimile: (415) 795-4799
Email: pdemarco@nrdc.org
Email: jknicley@nrdc.org

Atid Kimelman (CA Bar No. 344993)
(admitted *pro hac vice*)
Nanding Chen (CA Bar No. 348808)
(admitted *pro hac vice*)
Natural Resources Defense Council
111 Sutter Street, Floor 21
San Francisco, CA 94104
Telephone: (202) 469-8230
Facsimile: (415) 795-4799
Email: akimelman@nrdc.org
Email: nchen@nrdc.org

*Counsel for Plaintiffs Maryland Sierra Club, Friends of Moses Hall, National Trust for Historic Preservation in the United States, and Natural Resources Defense Council*

/s/ Andrea Ferster
Andrea Ferster (DC Bar No. 384648)
(admitted *pro hac vice*)
Attorney at Law
2121 Ward Court, N.W. 5th Fl.
Washington, D.C. 20037
Telephone: (202) 974-5142
Email: aferster@railstotrails.org

(signed by Peter J. DeMarco with
permission from Andrea Ferster)

*Counsel for Plaintiffs Maryland Sierra Club and Northern Virginia Citizens' Association*

/s/ Elizabeth S. Merritt
Elizabeth S. Merritt (DC Bar No. 337261)
(admitted *pro hac vice*)
Deputy General Counsel
National Trust for Historic Preservation
600 14th Street NW, Suite 500
Washington, DC 20005
Telephone: (202) 297-4133
Facsimile: (202) 588-6272
Email: emerritt@savingplaces.org
(signed by Peter J. DeMarco with
permission from Elizabeth S. Merritt)

*Counsel for Plaintiff National Trust for Historic Preservation in the United States*