IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND CHAPTER OF THE SIERRA CLUB, et al.,<br>　　　　　　*Plaintiffs*,<br><br>　　　v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, et al.,<br>　　　　　　*Defendants*.<br>――――――――――――――<br>NORTHERN VIRGINIA CITIZENS' ASSOCIATION,<br>　　　　　　*Plaintiff*,<br><br>　　　v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, et al.,<br>　　　　　　*Defendants*. | No. 22-cv-2597-DKC<br><br><br><br><br><br><br><br>No. 22-cv-3336-DKC |

**NOTICE OF LODGING ADMINISTRATIVE RECORD**

In accordance with the parties' joint status report submitted March 30, 2023 (ECF No. 40), and this Court's Order approving the parties' proposed revised schedule for production of the administrative record and revised briefing schedule (ECF No. 41), Federal Defendants give notice of lodging the administrative record. The index for the administrative record is attached as Exhibit 1. A declaration certifying the contents of the administrative record is attached as Exhibit 2. A complete copy of the administrative record has been separately sent to Plaintiffs' counsel.

Dated: May 3, 2023

                Respectfully submitted,

                TODD KIM
                Assistant Attorney General

                By: */s/ Samuel R. Vice*
                SAMUEL R. VICE
                Trial Attorney
                Natural Resources Section
                Environment and Natural Resources Division
                U.S. Department of Justice
                P.O. Box 7611
                Washington, D.C. 20044-7611
                Tel: (202) 353-5540
                Email: samuel.vice@usdoj.gov

                FRANCES B. MORRIS
                Trial Attorney
                Natural Resources Section
                Environment and Natural Resources Division
                U.S. Department of Justice
                P.O. Box 7611
                Washington, D.C. 20044-7611
                Tel: (202) 514-2855
                Email: frances.morris@usdoj.gov

                *Counsel for Federal Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of May 2023 a copy of the foregoing Notice of Lodging of the Administrative Record has been electronically filed with the Clerk of Court and served on all registered parties via CM/ECF.

By: */s/ Frances B. Morris*
FRANCES B. MORRIS