# Exhibit 2

DECLARATION OF JITESH PARIKH CERTIFYING THE FEDERAL HIGHWAY ADMINISTRATION'S ADMINISTRATIVE RECORD FOR THE I-495 & I-270 MANAGED LANES STUDY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DISTRICT

| | |
|---|---|
| MARYLAND CHAPTER OF THE SIERRA CLUB et al., <br><br> *Plaintiff,* <br><br> v. <br><br> FEDERAL HIGHWAY ADMNISTRATION, et al. <br><br> *Defendant.* | Civil Action No. DKC 22-2597 |

**DECLARATION OF JITESH PARIKH
CERTIFYING THE FEDERAL HIGHWAY ADMINISTRATION'S
ADMINISTRATIVE RECORD FOR THE MANAGED LANES STUDY (MLS)
LITIGATION**

I, JITESH PARIKH, pursuant to 28 U.S.C. § 1746, declare as follows:

1.  I am over the age of 18 years. I am competent to testify to the matters set forth herein, and I have personal knowledge of the matters expressed herein.

2.  I am a resident of Maryland, and my business address is 31 Hopkins Plaza, Suite 1520 Baltimore, Maryland 21201.

3.  I am currently Senior Advisor with the Federal Highway Administration (FHWA) Maryland Division and have served in this capacity since January 2023.

4.  I started with the FHWA in March 1997. In January 2015, I become the Environment and Project Delivery Team leader (EPDTL) for the Maryland Division. I held this position until February 2021 and was assigned on a temporary basis as P3/MLS Director. I held the P3/MLS Director position until January 2023 when I started in my current position.

5. As Senior Advisor, and in my former P3/MLS Director and EPDTL positions, my responsibilities include assisting the Maryland Department of Transportation, State Highway Administration (MDOT-SHA) in the development of transportation projects in compliance with the National Environmental Policy Act (NEPA), Council of Environmental Quality Guidelines, and FHWA Directives, relating to social, economic, and environmental effects of proposed projects.

6. As Senior Advisor, and in my former P3/MLS Director and EPDTL positions, I am familiar with the Managed Lanes Study (MLS) Project, which is the subject of the above-referenced lawsuit.

7. As Senior Advisor, and in my former P3/MLS Director and EPDTL positions, my responsibilities included oversight responsibility associated with the Environmental Impact Statement (EIS) for the Project. In this Project, MDOT-SHA utilized multiple consultants to develop technical documents which serve as the basis for the EIS. I oversaw the development of those technical documents and studies as part of the NEPA process.

8. In my capacity as Senior Advisor, and in my former P3/MLS Director and EPDTL positions, I oversaw the coordination and compilation of the FHWA administrative record for the Project. I personally searched the FHWA Maryland Division Office files to locate, evaluate, and identify documents upon which the FHWA decision-maker directly or indirectly relied on in evaluating the MLS Project.

9. The FHWA also requested that MDOT-SHA provide the documents upon which it relied in its capacity as a joint lead agency for the project and which therefore directly or indirectly informed FHWA's decision. The FHWA is including these documents in the administrative record.

10. The administrative record was compiled in cooperation with MDOT-SHA, under my direction and supervision. To the best of my knowledge, the administrative record contains the documents upon which the FHWA decision-maker relied on directly or indirectly in completing the EIS and ROD in connection with the agencies' action in this Project.

11. To the best of my knowledge and based on my personal involvement in compiling the administrative record, the index, attached hereto as Exhibit 1, and record documents lodged with the Court and served on Counsel of Record in this matter constitute a true, correct, and complete copy of the administrative record for the Project.

12. To the best of my knowledge, each document contained in the administrative record is a true and correct copy of the original document located in the files of the United States Department of Transportation, FHWA, and MDOT-SHA.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 28 day of April, 2023

JITESH H PARIKH
Digitally signed by JITESH H PARIKH
Date: 2023.04.28 13:55:36 -04'00'

_____
Jitesh Parikh