UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND CHAPTER OF THE SIERRA CLUB, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, *et al.*,<br><br>*Defendants*. | Civil Action No. DKC 22-2597 |
| NORTHERN VIRGINIA CITIZENS' ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, *et al.*,<br><br>*Defendants*. | Civil Action No. DKC 22-3336 |

**JOINT MOTION TO ENTER BRIEFING SCHEDULE**

The Parties in the above-captioned consolidated cases jointly request that the Court enter the briefing schedule contained in the Proposed Order submitted with this Motion. In its March 30, 2023 Order, the Court approved the briefing schedule proposed by the Parties in their Joint Status Report. ECF No. 41. That briefing schedule expressed each deadline as a number of days after the filing of the Administrative Record Index. ECF No. 40. Defendants filed the Index on May 3, 2023. ECF No. 42. The Proposed Order would translate the contingent deadlines from the Joint Status Report into specific dates, accounting for weekends and holidays. *Cf.* Fed. R. Civ. P. 6(a)(1)(C). To ensure that the Parties and the Court have clarity on the specific deadlines

for the summary judgment filings in this matter, the Parties respectfully request that the Court grant this Motion and enter the briefing schedule in the Proposed Order.

Respectfully Submitted,

/s/ Peter J. DeMarco
Peter J. DeMarco (D. Md. Bar No. 19639)
Jared E. Knicley (D. Md. Bar No. 18607)
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
Telephone: (202) 513-6267
Facsimile: (415) 795-4799
Email: pdemarco@nrdc.org
Email: jknicley@nrdc.org

Atid Kimelman (CA Bar No. 344993)
(admitted *pro hac vice*)
Nanding Chen (CA Bar No. 348808)
(admitted *pro hac vice*)
Natural Resources Defense Council
111 Sutter Street, Floor 21
San Francisco, CA 94104
Telephone: (202) 469-8230
Facsimile: (415) 795-4799
Email: akimelman@nrdc.org
Email: nchen@nrdc.org

*Counsel for Plaintiffs Maryland Sierra Club, Friends of Moses Hall, National Trust for Historic Preservation in the United States, and Natural Resources Defense Council*

/s/Andrea Ferster
Andrea Ferster (DC Bar No. 384648)
(admitted *pro hac vice*)
Attorney at Law
2121 Ward Court, N.W. 5th Fl.
Washington, D.C. 20037
Telephone: (202) 974-5142
Email: aferster@railstotrails.org
(signed by Peter J. DeMarco with permission from Andrea Ferster)

*Counsel for Plaintiffs Maryland Sierra Club and
Northern Virginia Citizens' Association*


/s/ Elizabeth S. Merritt
Elizabeth S. Merritt (DC Bar No. 337261)
(admitted *pro hac vice*)
Deputy General Counsel
National Trust for Historic Preservation
600 14th Street NW, Suite 500
Washington, DC 20005
Telephone: (202) 297-4133
Facsimile: (202) 588-6272
Email: emerritt@savingplaces.org
(signed by Peter J. DeMarco with
permission from Elizabeth S. Merritt)

*Counsel for Plaintiff National Trust for
Historic Preservation in the United States*

TODD KIM
Assistant Attorney General

/s/ Samuel R. Vice
SAMUEL R. VICE
FRANCES B. MORRIS
Trial Attorneys
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 353-5540
Email: samuel.vice@usdoj.gov
Email: frances.morris@usdoj.gov

(signed by Peter J. DeMarco with
permission from Samuel R. Vice)

*Counsel for Federal Defendants*

Linda DeVuono Strozyk (Fed. Bar No. 08667)
Deputy Counsel
Office of the Attorney General of Maryland
State Highway Administration
707 N. Calvert St

Baltimore, MD 21202
Tel: (410) 545-0300
LDeVuono@mdot.maryland.gov
*Counsel for Defendants Maryland Department of Transportation and James F. Ports, Jr.*

      /s/
Fred R. Wagner (Fed. Bar No. 15806)
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Tel: (202) 344-4032
Fax: (202) 344-8300
FRWagner@Venable.com

Elizabeth C. Rinehart (Fed. Bar No. 19638)
Venable LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Tel: (410) 244-7400
Fax: (410) 244-7742
ECRinehart@Venable.com

(Signed by Peter J. DeMarco with
permission from Linda DeVuono Strozyk)

*Special Counsel to the Attorney General of Maryland for Defendants Maryland Department of Transportation and James F. Ports, Jr.*