UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND CHAPTER OF THE SIERRA CLUB, *et al.*,<br><br>　　　　　　　　　　*Plaintiffs*,<br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, *et al.*,<br><br>　　　　　　　　　　*Defendants*. | Civil Action No. DKC 22-2597 |
| NORTHERN VIRGINIA CITIZENS' ASSOCIATION,<br><br>　　　　　　　　　　*Plaintiff*,<br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, *et al.*,<br><br>　　　　　　　　　　*Defendants*. | Civil Action No. DKC 22-3336 |

**[PROPOSED] ORDER**

It is this ____ day of _____, 2023, by the United States District Court for the District of Maryland hereby ORDERED that:

1. The Joint Motion to Enter a Briefing Schedule BE, and the same hereby IS, GRANTED;

2. Filings in the above-captioned consolidated cases shall be due on the following dates:

   **Plaintiffs' Joint Opening Brief**: June 20, 2023

   **Defendants' Opening Briefs and Oppositions to Plaintiffs' Motion for Summary Judgment**: August 7, 2023

   **Plaintiffs' Joint Reply in Support of their Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment**: September 5, 2023

**Defendants' Replies**: October 4, 2023

**Joint Appendix**: October 18, 2023

 

                                                                                 _____
DEBORAH K. CHASANOW
United States District Judge