# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND CHAPTER OF THE SIERRA CLUB, et al., <br><br>　　　　　　*Plaintiffs*, <br><br>　　v. <br><br> FEDERAL HIGHWAY ADMINISTRATION, et al., <br><br>　　　　　　*Defendants*. | Civil Action No. DKC 22-2597 |
| NORTHERN VIRGINIA CITIZENS' ASSOCIATION, <br><br>　　　　　　*Plaintiff*, <br><br>　　v. <br><br> FEDERAL HIGHWAY ADMINISTRATION, et al., <br><br>　　　　　　*Defendants*. | Civil Action No. DKC 22-3336 |

## NOTICE OF LODGING SUPPLEMENTAL ADMINISTRATIVE RECORD

Federal Defendants give notice of lodging a supplement to the administrative record. A declaration certifying the supplemental documents to be included in the administrative record is attached as Exhibit 1. The index for the supplement to the administrative record is attached as Exhibit 2. A copy of the supplement to the administrative record has also been separately sent to Plaintiffs' counsel.

Dated: June 9, 2023

          Respectfully submitted,

          TODD KIM
          Assistant Attorney General

          By: */s/ Samuel R. Vice*
          SAMUEL R. VICE
          FRANCES B. MORRIS
          Trial Attorneys
          Natural Resources Section
          Environment and Natural Resources Division
          U.S. Department of Justice
          P.O. Box 7611
          Washington, D.C. 20044-7611
          Tel: (202) 353-5540
          Email: samuel.vice@usdoj.gov
          Email: frances.morris@usdoj.gov

          *Counsel for Federal Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June 2023 a copy of the foregoing Notice of Lodging of the Administrative Record has been electronically filed with the Clerk of Court and served on all registered parties via CM/ECF.

By: */s/ Frances B. Morris*
FRANCES B. MORRIS
