# Exhibit 1

Declaration of Jitesh Parikh Certifying the Supplemental Documents for Inclusion in the Administrative Record

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DISTRICT

| | |
|---|---|
| MARYLAND CHAPTER OF THE SIERRA CLUB et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> FEDERAL HIGHWAY ADMINISTRATION, et al. <br><br> *Defendants*. | Civil Action No. DKC 22-2597 |

**DECLARATION OF JITESH PARIKH
CERTIFYING THE SUPPLEMENTAL DOCUMENTS
FOR INCLUSION IN THE FEDERAL HIGHWAY ADMINISTRATION'S
ADMINISTRATIVE RECORD FOR THE MANAGED LANES STUDY (MLS)
LITIGATION**

I, JITESH PARIKH, pursuant to 28 U.S.C. § 1746, declare as follows:

1.   My name is Jitesh Parikh.  I am a resident of Maryland, and my business address is 31 Hopkins Plaza, Suite 1520 Baltimore, Maryland 21201.

2.   I am currently Senior Advisor with the Federal Highway Administration (FHWA) Maryland Division and have served in this capacity since January 2023.

3.   As Senior Advisor, and in my former P3/MLS Director and Environment and Project Delivery Team Leader (EPDTL) positions, my responsibilities include assisting the Maryland Department of Transportation, State Highway Administration (MDOT-SHA) in the development of transportation projects in compliance with the National Environmental Policy Act (NEPA), Council of Environmental Quality Guidelines, and FHWA Directives, relating to social, economic, and environmental effects of proposed projects.

4. As Senior Advisor, and in my former P3/MLS Director and EPDTL positions, I am familiar with the Managed Lanes Study (MLS) Project, which is the subject of the above-referenced lawsuit.

5. In my capacity as Senior Advisor, and in my former P3/MLS Director and EPDTL positions, I oversaw the coordination and compilation of the FHWA administrative record for the Project. I personally searched the FHWA Maryland Division Office files to locate, evaluate, and identify documents upon which the FHWA decision-maker directly or indirectly relied on in evaluating the MLS Project.

6. The FHWA also requested that MDOT-SHA provide the documents upon which it relied in its capacity as a joint lead agency for the project and which therefore directly or indirectly informed FHWA's decision.

7. On May 3, 2023, FHWA lodged the index with the Court and sent Plaintiffs the administrative record and index.

8. A recent inquiry by Plaintiffs about the administrative record resulted in FHWA locating documents that were not included in the administrative record index filed on May 3, 2023. FHWA agrees with the inclusion of the supplemental documents in the administrative record.

9. FHWA has created a supplemental volume that continues the pagination of the previous volume, as well as created a supplemental index.

10. Plaintiffs will be sent the supplemental volume and the new index listing the supplemental documents.

11. To the best of my knowledge, the supplemental administrative record contains the documents inadvertently excluded from the May 3, 2023 index.

12. To the best of my knowledge and based on my personal involvement in compiling the administrative record, the supplemental index, attached hereto as Exhibit 2, and record documents served on Counsel of Record in this matter constitute a true, correct, and complete copy of the administrative record for the Project.

13. To the best of my knowledge, each document contained in the administrative record is a true and correct copy of the original document located in the files of the United States Department of Transportation, FHWA, and MDOT-SHA.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this __8th__ day of June, 2023.

JITESH H PARIKH
Digitally signed by JITESH H PARIKH
Date: 2023.06.08 10:46:54 -04'00'

_____
Jitesh Parikh