# Exhibit 2

Supplemental Administrative Record Index

| Production Begin No | Production End No | Sort Date | Document Class | Unified Title | PDF Location/Link | Native Location/Link |
|---|---|---|---|---|---|---|
| 00191180 | 00191185 | 8/23/2001 13:58 | Edoc | Ian Fisher - 2001-08-The Burden of Air Pollution Impacts among Racial Minorities.pdf | .\VOL001\IMAGES\IMAGES001\00191180.pdf | |
| 00191186 | 00191194 | 4/2/2004 9:36 | Edoc | Ian Fisher - 2004-Urban Air Pollution Input from Car Parking Places.pdf | .\VOL001\IMAGES\IMAGES001\00191186.pdf | |
| 00191195 | 00191211 | 4/9/2004 10:26 | Edoc | Ian Fisher - 2002-11-04-Letter Concerning Effects of Proposed Potomac River Crossings.pdf | .\VOL001\IMAGES\IMAGES001\00191195.pdf | |
| 00191212 | 00191216 | 4/16/2004 14:02 | Edoc | Ian Fisher - 2004-05-Highway Repair A New Silicosis Threat.pdf | .\VOL001\IMAGES\IMAGES001\00191212.pdf | |
| 00191217 | 00191225 | 10/9/2007 14:06 | Edoc | Ian Fisher - 2007-10-Increases in Greenhouse-Gas Emissions From Highway-Widening Projects.pdf | .\VOL001\IMAGES\IMAGES001\00191217.pdf | |
| 00191226 | 00191245 | 6/18/2008 15:11 | Edoc | Ian Fisher - 2008-04-15-Effect Modification by Community Characteristics on the Short term Effects of Ozone Exposure and Mo.pdf | .\VOL001\IMAGES\IMAGES001\00191226.pdf | |
| 00191246 | 00191265 | 7/11/2008 13:37 | Edoc | Ian Fisher - Examples of Silica Dust-Producing Tasks, Highway Road Construction and Repair.pdf | .\VOL001\IMAGES\IMAGES001\00191246.pdf | |
| 00191266 | 00191279 | 3/19/2009 12:41 | Edoc | Ian Fisher - 2009-03-12-Near-Road Air Quality Monitoring Factors Affecting Network Design and Interpretation of Data.PDF | .\VOL001\IMAGES\IMAGES001\00191266.pdf | |
| 00191280 | 00191295 | 5/12/2010 16:24 | Edoc | Ian Fisher - 2010-07-Energy Usage and Greenhouse Gas Emissions of Pavement Preservation Processes for Asphalt Concrete Pave.pdf | .\VOL001\IMAGES\IMAGES001\00191280.pdf | |
| 00191296 | 00191402 | 6/16/2011 12:51 | Edoc | Ian Fisher - 2011-01-Maryland Nontidal Wetland Mitigation Guidance 2nd Ed_.pdf | .\VOL001\IMAGES\IMAGES001\00191296.pdf | |
| 00191403 | 00191511 | 6/27/2011 9:42 | Edoc | Ian Fisher - Greenhouse Gas Emissions Mitigation in Road Construction and Rehabilitation.pdf | .\VOL001\IMAGES\IMAGES001\00191403.pdf | |
| 00191512 | 00191681 | 4/30/2012 11:51 | Edoc | Ian Fisher - 2012-Travel Demand Forecasting Parameters and Techniques.pdf | .\VOL001\IMAGES\IMAGES001\00191512.pdf | |
| 00191682 | 00191691 | 9/22/2014 10:23 | Edoc | Ian Fisher - 2014-08-14-Degradation in Urban Air Quality From Construction Activity and Increased Traffic.pdf | .\VOL001\IMAGES\IMAGES001\00191682.pdf | |
| 00191692 | 00191718 | 2/26/2015 8:42 | Edoc | Ian Fisher - 2014-11-Ecological Restoration of Streams and Rivers_Shifting Strategies and Shifting Goals.pdf | .\VOL001\IMAGES\IMAGES001\00191692.pdf | |
| 00191719 | 00191736 | 10/23/2015 0:57 | Edoc | Ian Fisher - 2010-06-25-Prediction and Analysis of Near-Road Concentrations.pdf | .\VOL001\IMAGES\IMAGES001\00191719.pdf | |
| 00191737 | 00191816 | 5/10/2016 14:13 | Edoc | Ian Fisher - 2016-03-Stormwater Management In Response To Climate Change Impacts.PDF | .\VOL001\IMAGES\IMAGES001\00191737.pdf | |
| 00191817 | 00191817 | 6/27/2016 21:54 | Edoc | Ian Fisher - The Principles of Environmental Justice.pdf | .\VOL001\IMAGES\IMAGES001\00191817.pdf | |
| 00191818 | 00191826 | 9/29/2016 12:12 | Edoc | Ian Fisher - 2004-05-06-Capital Beltway Study Public Display Boards.pdf | .\VOL001\IMAGES\IMAGES001\00191818.pdf | |
| 00191827 | 00191835 | 11/13/2016 21:22 | Edoc | Ian Fisher - 2016-11-MARC Brunswick Frederick Line Improvement Proposal.pdf | .\VOL001\IMAGES\IMAGES001\00191827.pdf | |
| 00191836 | 00191836 | 6/19/2017 14:35 | Edoc | Ian Fisher - 2017-06-Silicosis There is No Cure But it Can be Prevented!.pdf | .\VOL001\IMAGES\IMAGES001\00191836.pdf | |
| 00191837 | 00191844 | 6/22/2017 17:25 | Edoc | Ian Fisher - 2017-Closing the Induced Vehicle Travel Gap Between Research and Practice.pdf | .\VOL001\IMAGES\IMAGES001\00191837.pdf | |
| 00191845 | 00191861 | 12/20/2017 15:56 | Edoc | Ian Fisher - ACS Infrastructure Development, Response to Request for Information.pdf | .\VOL001\IMAGES\IMAGES001\00191845.pdf | |
| 00191862 | 00191873 | 4/27/2018 8:48 | Edoc | Ian Fisher - 2018-04-20-MDE Performance Standards and Monitoring Protocol For Permittee.pdf | .\VOL001\IMAGES\IMAGES001\00191862.pdf | |
| 00191874 | 00191886 | 9/4/2018 6:29 | Edoc | Ian Fisher - 2018-08-01-The Concentration-Response Between Long-Term PM2 5 Exposure and Mortality.pdf | .\VOL001\IMAGES\IMAGES001\00191874.pdf | |
| 00191887 | 00191889 | 10/19/2018 10:32 | Edoc | Ian Fisher - 2018-10-17-MWCOG Comments on SAFE Vehicles Rule.pdf | .\VOL001\IMAGES\IMAGES001\00191887.pdf | |
| 00191890 | 00191897 | 10/26/2018 11:14 | Edoc | Ian Fisher - 2020-10-11-National Association of Clean Air Agencies Comments on SAFE Vehicles Rule.pdf | .\VOL001\IMAGES\IMAGES001\00191890.pdf | |
| 00191898 | 00191942 | 10/26/2018 17:50 | Edoc | Ian Fisher - 2018-10-26-North Carolina Environmental Quality Comment on SAFE Vehicles Rule.pdf | .\VOL001\IMAGES\IMAGES001\00191898.pdf | |
| 00191943 | 00191950 | 1/18/2019 19:36 | Edoc | Ian Fisher - 2019-11-09-Air Pollution and Noncommunicable Diseases.pdf | .\VOL001\IMAGES\IMAGES001\00191943.pdf | |
| 00191951 | 00191958 | 1/18/2019 19:36 | Edoc | Ian Fisher - 2019-Air Pollution and Noncommunicable Diseases.pdf | .\VOL001\IMAGES\IMAGES001\00191951.pdf | |
| 00191959 | 00191966 | 4/16/2019 0:47 | Edoc | Ian Fisher - 2018-12-Forecasting the Impossible The Status Quo of Estimating Traffic Flows.pdf | .\VOL001\IMAGES\IMAGES001\00191959.pdf | |
| 00191967 | 00192131 | 7/10/2019 11:30 | Edoc | Ian Fisher - 2019-06-05-Board of Public Works Transcript.pdf | .\VOL001\IMAGES\IMAGES001\00191967.pdf | |
| 00192132 | 00192334 | 10/22/2019 3:48 | Edoc | Ian Fisher - 2019-10-22-Advice from the Independent Particulate Matter Review Panel.pdf | .\VOL001\IMAGES\IMAGES001\00192132.pdf | |
| 00192335 | 00192337 | 12/19/2019 10:52 | Edoc | Ian Fisher - 2019-12-18-Letter from Lee Currey to Community Water Systems.pdf | .\VOL001\IMAGES\IMAGES001\00192335.pdf | |
| 00192338 | 00192360 | 1/29/2020 12:53 | Edoc | Ian Fisher - 2006-01-Capital Beltway Study-NETR-Appendix C-Wetland and Waterways Chart.pdf | .\VOL001\IMAGES\IMAGES001\00192338.pdf | |
| 00192361 | 00192380 | 1/29/2020 13:00 | Edoc | Ian Fisher - 2006-01-Capital Beltway Study-NETR Appendix B 3-3-05.pdf | .\VOL001\IMAGES\IMAGES001\00192361.pdf | |

| | | | | | |
|---|---|---|---|---|---|
| 00192381 | 00192390 | 1/29/2020 13:02 | Edoc | Ian Fisher - 2006-01-Capital Beltway Study-NETR Cover and Dividers.pdf | .\VOL001\IMAGES\IMAGES001\00192381.pdf |
| 00192391 | 00192396 | 1/29/2020 13:02 | Edoc | Ian Fisher - 2006-01-Capital Beltway Study-NETR-Ch1-121505.pdf | .\VOL001\IMAGES\IMAGES001\00192391.pdf |
| 00192397 | 00192404 | 1/29/2020 13:04 | Edoc | Ian Fisher - 2006-01-Capital Beltway Study-NETR-TOC-011306.pdf | .\VOL001\IMAGES\IMAGES001\00192397.pdf |
| 00192405 | 00192414 | 1/29/2020 13:06 | Edoc | Ian Fisher - 2006-01-Capital Beltway Study-NETR-Appendix A-References.pdf | .\VOL001\IMAGES\IMAGES001\00192405.pdf |
| 00192415 | 00192493 | 1/31/2020 15:02 | Edoc | Ian Fisher - 2006-01-Capital Beltway Study-NETR Chapter 3_Redacted.pdf | .\VOL001\IMAGES\IMAGES001\00192415.pdf |
| 00192494 | 00192500 | 2/5/2020 17:46 | Edoc | Ian Fisher - 2019-09-10-Letters from Industry Coalition re SAFE Vehicles Rule Impact on Transportation Projects.pdf | .\VOL001\IMAGES\IMAGES001\00192494.pdf |
| 00192501 | 00192595 | 2/7/2020 17:50 | Edoc | Ian Fisher - 2020-02-07-Request for Qualifications.pdf | .\VOL001\IMAGES\IMAGES001\00192501.pdf |
| 00192596 | 00192704 | 2/11/2020 22:19 | Edoc | Ian Fisher - 2019-12-MetroTunnel Environmental Management Framework.pdf | .\VOL001\IMAGES\IMAGES001\00192596.pdf |
| 00192705 | 00192709 | 2/18/2020 15:58 | Edoc | Ian Fisher - 2020-02-18-USDOT-FHWA FOIA Request.pdf | .\VOL001\IMAGES\IMAGES001\00192705.pdf |
| 00192710 | 00192860 | 2/19/2020 15:39 | Edoc | Ian Fisher - 2020-01-08-Board of Public Works Meeting.pdf | .\VOL001\IMAGES\IMAGES001\00192710.pdf |
| 00192861 | 00192865 | 3/3/2020 14:43 | Edoc | Ian Fisher - 2020-03-03-MDOT PIA request response.pdf | .\VOL001\IMAGES\IMAGES001\00192861.pdf |
| 00192866 | 00192984 | 3/27/2020 13:45 | Edoc | Ian Fisher - 2020-03-25-Addendum No. 2 and 3, Phase 1 of the I-495 & I-270 Public-Private Partnership.pdf | .\VOL001\IMAGES\IMAGES001\00192866.pdf |
| 00192985 | 00192989 | 4/14/2020 16:28 | Edoc | Ian Fisher - 2020-04-14-MDOT Follow Up Response to PIA Request.pdf | .\VOL001\IMAGES\IMAGES001\00192985.pdf |
| 00192990 | 00192990 | 4/23/2020 16:09 | Edoc | Ian Fisher - 2020-03-18-FHWA letter re extension of time.pdf | .\VOL001\IMAGES\IMAGES001\00192990.pdf |
| 00192991 | 00192994 | 4/23/2020 20:38 | Edoc | Ian Fisher - 2020-04-23-MDOT PIA Request Response Letter.pdf | .\VOL001\IMAGES\IMAGES001\00192991.pdf |
| 00192995 | 00193004 | 4/30/2020 19:24 | Edoc | Ian Fisher - 2014-09-30-Impact of Highway Capacity and Induced Travel on Passenger Vehicle Use.pdf | .\VOL001\IMAGES\IMAGES001\00192995.pdf |
| 00193005 | 00193005 | 4/30/2020 19:24 | Attach | highway_capacity_brief.pdf.accreport.html | .\VOL001\IMAGES\IMAGES001\00193005.pdf |
| 00193006 | 00193007 | 5/14/2020 10:44 | Edoc | Ian Fisher - 2020-05-14-Letter from Montgomery County Council to Gregory Slater.pdf | .\VOL001\IMAGES\IMAGES001\00193006.pdf |
| 00193008 | 00193019 | 6/16/2020 9:44 | Edoc | Ian Fisher - 2020-06-15-Induced Vehicle Travel in the Environmental Review Process.pdf | .\VOL001\IMAGES\IMAGES001\00193008.pdf |
| 00193020 | 00193021 | 6/17/2020 16:12 | Edoc | Ian Fisher - 2020-06-24-FHWA FOIA Response.pdf | .\VOL001\IMAGES\IMAGES001\00193020.pdf |
| 00193022 | 00193025 | 6/23/2020 11:43 | Edoc | Ian Fisher - 2020-06-23-MDOT SHA Response to PIA Request.pdf | .\VOL001\IMAGES\IMAGES001\00193022.pdf |
| 00193026 | 00193064 | 7/1/2020 14:25 | Edoc | Ian Fisher - 2020-07-01-Generated Traffic and Induced Travel Implications for Transport Planning.pdf | .\VOL001\IMAGES\IMAGES001\00193026.pdf |
| 00193065 | 00193067 | 7/27/2020 7:52 | Edoc | Ian Fisher - 2020-07-24-MDOT SHA PIA Response.pdf | .\VOL001\IMAGES\IMAGES001\00193065.pdf |
| 00193068 | 00193085 | 7/30/2020 12:43 | Edoc | Ian Fisher - 2018-07-Sacramento Metropolitan Air Quality Management District Board-Adopted Methodology.pdf | .\VOL001\IMAGES\IMAGES001\00193068.pdf |
| 00193086 | 00193088 | 8/21/2020 12:47 | Edoc | Ian Fisher - 2020-08-Urgent Concern on Toxic Silica Dust as Public Health Hazard.pdf | .\VOL001\IMAGES\IMAGES001\00193086.pdf |
| 00193089 | 00193101 | 8/28/2020 16:33 | Edoc | Ian Fisher - 2020-08-28-State Adds 30 days to Comment Period for I-495 I-270 Environmental Impact Study.pdf | .\VOL001\IMAGES\IMAGES001\00193089.pdf |
| 00193102 | 00193117 | 9/6/2020 2:39 | Edoc | Ian Fisher - 2020-07-02-Influence of Roadway Emissions on Near-Road PM2 5.pdf | .\VOL001\IMAGES\IMAGES001\00193102.pdf |
| 00193118 | 00193119 | 9/8/2020 15:38 | Edoc | Ian Fisher - 2020-08-25-MDOT Response to Requests re Changing Appendices.pdf | .\VOL001\IMAGES\IMAGES001\00193118.pdf |
| 00193120 | 00193133 | 9/14/2020 15:11 | Edoc | Ian Fisher - 2020-09-Sacramento Metropolitan Air Quality Management District Mobile Sources Air Toxics Protocol.pdf | .\VOL001\IMAGES\IMAGES001\00193120.pdf |
| 00193134 | 00193134 | 9/22/2020 8:41 | Edoc | Ian Fisher - 2020-09-22-MDOT Letter re Missing Reference.pdf | .\VOL001\IMAGES\IMAGES001\00193134.pdf |
| 00193135 | 00193135 | 9/24/2020 8:46 | Edoc | Ian Fisher - 2020-07-21-Email to MDOT and FHWA re Missing Reference Capital Beltway Study.pdf | .\VOL001\IMAGES\IMAGES001\00193135.pdf |
| 00193136 | 00193137 | 9/24/2020 8:51 | Edoc | Ian Fisher - 2020-08-03-MDOT SHA Response to Request for Missing References.pdf | .\VOL001\IMAGES\IMAGES001\00193136.pdf |
| 00193138 | 00193139 | 9/24/2020 9:56 | Edoc | Ian Fisher - 2020-08-27-Jitesh Parikh Email re Missing References.pdf | .\VOL001\IMAGES\IMAGES001\00193138.pdf |
| 00193140 | 00193141 | 9/24/2020 10:38 | Edoc | Ian Fisher - 2020-09-08-Email re Follow Up to MDOT and FHWA re Missing References.pdf | .\VOL001\IMAGES\IMAGES001\00193140.pdf |
| 00193142 | 00193144 | 9/24/2020 12:24 | Edoc | Ian Fisher - 2020-09-24-Project Website with Email Sign Up Notice.pdf | .\VOL001\IMAGES\IMAGES001\00193142.pdf |
| 00193145 | 00193145 | 9/24/2020 12:25 | Edoc | Ian Fisher - 2020-09-24-Project Website with Email Sign Up Notice 2.pdf | .\VOL001\IMAGES\IMAGES001\00193145.pdf |
| 00193146 | 00193148 | 9/24/2020 12:28 | Edoc | Ian Fisher - 2020-07-10-FHWA and MDOT email re Release of DEIS.pdf | .\VOL001\IMAGES\IMAGES001\00193146.pdf |
| 00193149 | 00193166 | 9/24/2020 12:35 | Edoc | Ian Fisher - 2020-08-18-State's I-495 I-270 Study Expanded Without Proper Notice, Regional Agency Complains.pdf | .\VOL001\IMAGES\IMAGES001\00193149.pdf |
| 00193167 | 00193169 | 9/24/2020 12:56 | Edoc | Ian Fisher - 2020-08-18-Local Planners Fume Over UnreportedAdditions to Highway Document.pdf | .\VOL001\IMAGES\IMAGES001\00193167.pdf |

| | | | | | |
|---|---|---|---|---|---|
| 00193170 | 00193173 | 10/2/2020 14:32 | Edoc | Ian Fisher - 2017-09-21-Maryland Gov. Larry Hogan Proposes Widening the Beltway and I-270 to Include 4 Toll Lanes.pdf | .\VOL001\IMAGES\IMAGES001\00193170.pdf |
| 00193174 | 00193177 | 10/2/2020 14:35 | Edoc | Ian Fisher - 1999-01-04-Md.'s Lesson Widen the Roads, Drivers Will Come.pdf | .\VOL001\IMAGES\IMAGES001\00193174.pdf |
| 00193178 | 00193180 | 10/5/2020 7:11 | Edoc | Ian Fisher - 2020-06-01-Emails with FHWA re FOIA request.pdf | .\VOL001\IMAGES\IMAGES001\00193178.pdf |
| 00193181 | 00193183 | 10/5/2020 7:50 | Edoc | Ian Fisher - 2020-03-30-Emails with MDOT re PIA request.pdf | .\VOL001\IMAGES\IMAGES001\00193181.pdf |
| 00193184 | 00193186 | 10/5/2020 7:58 | Edoc | Ian Fisher - 2020-04-14-Email with MDOT re PIA request.pdf | .\VOL001\IMAGES\IMAGES001\00193184.pdf |
| 00193187 | 00193190 | 10/5/2020 8:09 | Edoc | Ian Fisher - 2020-05-06-Email with MDOT re PIA request.pdf | .\VOL001\IMAGES\IMAGES001\00193187.pdf |
| 00193191 | 00193194 | 10/5/2020 8:11 | Edoc | Ian Fisher - 2020-05-19-Emails with MDOT re PIA request.pdf | .\VOL001\IMAGES\IMAGES001\00193191.pdf |
| 00193195 | 00193198 | 10/5/2020 8:19 | Edoc | Ian Fisher - 2020-05-28-Email with MDOT re PIA request.pdf | .\VOL001\IMAGES\IMAGES001\00193195.pdf |
| 00193199 | 00193203 | 10/5/2020 8:20 | Edoc | Ian Fisher - 2020-06-15-Emails with MDOT re PIA request.pdf | .\VOL001\IMAGES\IMAGES001\00193199.pdf |
| 00193204 | 00193210 | 10/5/2020 8:21 | Edoc | Ian Fisher - 2020-06-23-Emails with MDOT re PIA request.pdf | .\VOL001\IMAGES\IMAGES001\00193204.pdf |
| 00193211 | 00193212 | 10/5/2020 8:35 | Edoc | Ian Fisher - 2020-07-22-Email with MDOT re PIA request.pdf | .\VOL001\IMAGES\IMAGES001\00193211.pdf |
| 00193213 | 00193215 | 10/5/2020 8:40 | Edoc | Ian Fisher - 2020-07-27-Email with MDOT re PIA request.pdf | .\VOL001\IMAGES\IMAGES001\00193213.pdf |
| 00193216 | 00193220 | 10/7/2020 18:03 | Edoc | Ian Fisher - 2017-10-22-Hogan's Plan to Add Additional Toll Lanes Faces a Long, Tough Road Ahead.pdf | .\VOL001\IMAGES\IMAGES001\00193216.pdf |
| 00193221 | 00193224 | 10/9/2020 7:14 | Edoc | Ian Fisher - 2020-08-13-The Need for a Tighter Particulate-Matter Air-Quality Standard.pdf | .\VOL001\IMAGES\IMAGES001\00193221.pdf |
| 00193225 | 00193251 | 10/11/2020 10:07 | Edoc | Ian Fisher - 2017-12-01-Hogan's Proposed Beltway Widening Project Could Require Taxpayer Funding and Exorbitant Tolls.pdf | .\VOL001\IMAGES\IMAGES001\00193225.pdf |
| 00193252 | 00193264 | 10/11/2020 10:49 | Edoc | Ian Fisher - 2019-11-27-Short Term Exposure to Fine Particulate Matter and Hospital Admission Risks and Costs.pdf | .\VOL001\IMAGES\IMAGES001\00193252.pdf |
| 00193265 | 00193267 | 10/12/2020 12:32 | Edoc | Ian Fisher - 2020-09-08-Maryland Would Have to Divert Money from Other Projects if Purple Line Builders Quit.pdf | .\VOL001\IMAGES\IMAGES001\00193265.pdf |
| 00193268 | 00193271 | 10/13/2020 10:47 | Edoc | Ian Fisher - 2020-07-04-People Are Driving Less and Skipping the Toll Roads, Leaving Less Money for Local Projects.pdf | .\VOL001\IMAGES\IMAGES001\00193268.pdf |
| 00193272 | 00193276 | 10/13/2020 10:50 | Edoc | Ian Fisher - 2020-08-12-DC-Area Toll Revenue Plunges 90% Amid Coronavirus Pandemic.pdf | .\VOL001\IMAGES\IMAGES001\00193272.pdf |
| 00193277 | 00193281 | 10/15/2020 14:45 | Edoc | Ian Fisher - 2019-03-29-Traffic Terrors After 13-Hour Shutdown, Lanes Reopen on Inner Loop at American Legion Bridge.pdf | .\VOL001\IMAGES\IMAGES001\00193277.pdf |
| 00193282 | 00193290 | 10/15/2020 14:57 | Edoc | Ian Fisher - 2020-10-08-Urban Air Pollution May Enhance COVID-19 Case-Fatality and Mortality Rates in the United States.pdf | .\VOL001\IMAGES\IMAGES001\00193282.pdf |
| 00193291 | 00193299 | 10/19/2020 14:19 | Edoc | Ian Fisher - 2020-10-19-Carol S. Rubin Memo to M-NCPPC, Comments to DEIS and JPA.pdf | .\VOL001\IMAGES\IMAGES001\00193291.pdf |
| 00193300 | 00193343 | 10/26/2020 19:23 | Edoc | Ian Fisher - 2020-10-28-An Assessment of the Health Burden of Ambient PM2.5 Concentrations in Virginia.pdf | .\VOL001\IMAGES\IMAGES001\00193300.pdf |
| 00193344 | 00193346 | 10/30/2020 10:24 | Edoc | Ian Fisher - 2020-10-Norm Marshall Resume.pdf | .\VOL001\IMAGES\IMAGES001\00193344.pdf |
| 00193347 | 00193380 | 10/30/2020 11:09 | Edoc | Ian Fisher - 1999-09-The Health Costs of Motor Vehicle Related Air Pollution.pdf | .\VOL001\IMAGES\IMAGES001\00193347.pdf |
| 00193381 | 00193381 | 10/30/2020 11:35 | Edoc | Ian Fisher - 2020-10-28-Living in Noisy Neighborhoods May Raise Your Dementia Risk.pdf | .\VOL001\IMAGES\IMAGES001\00193381.pdf |
| 00193382 | 00193384 | 11/2/2020 10:01 | Edoc | Ian Fisher - 2020-11-02-MDOT Letter Response re Underlying Traffic Data.pdf | .\VOL001\IMAGES\IMAGES001\00193382.pdf |
| 00193385 | 00193386 | 11/2/2020 12:38 | Edoc | Ian Fisher - 2020-10-01-Email re Request for I-495 & I-270 Traffic Data and Files.pdf | .\VOL001\IMAGES\IMAGES001\00193385.pdf |
| 00193387 | 00193388 | 11/2/2020 12:42 | Edoc | Ian Fisher - 2020-10-09-Email re Follow up Request for I-495 & I-270 Traffic Data and Files.pdf | .\VOL001\IMAGES\IMAGES001\00193387.pdf |
| 00193389 | 00193390 | 11/2/2020 12:45 | Edoc | Ian Fisher - 2020-10-14-FHWA Email re Request for I-495 & I-270 Traffic Data and Files.pdf | .\VOL001\IMAGES\IMAGES001\00193389.pdf |
| 00193391 | 00193392 | 11/2/2020 12:46 | Edoc | Ian Fisher - 2020-10-11-MDOT Email re Request for I-495 & I-270 Traffic Data and Files.pdf | .\VOL001\IMAGES\IMAGES001\00193391.pdf |
| 00193393 | 00193395 | 11/2/2020 13:08 | Edoc | Ian Fisher - 2020-10-15-Email re Follow Up to FHWA Request for I-495 & I-270 Traffic Data and Files.pdf | .\VOL001\IMAGES\IMAGES001\00193393.pdf |
| 00193396 | 00193398 | 11/2/2020 13:10 | Edoc | Ian Fisher - 2020-10-20-Email re Follow Up to MDOT Request for I-495 & I-270 Traffic Data and Files.pdf | .\VOL001\IMAGES\IMAGES001\00193396.pdf |
| 00193399 | 00193401 | 11/2/2020 13:10 | Edoc | Ian Fisher - 2020-10-20-Email re Follow Up to FHWA Request for I-495 & I-270 Traffic Data and Files.pdf | .\VOL001\IMAGES\IMAGES001\00193399.pdf |
| 00193402 | 00193405 | 11/2/2020 13:12 | Edoc | Ian Fisher - 2020-10-20-FHWA Email re Request for I-495 & I-270 Traffic Data and Files.pdf | .\VOL001\IMAGES\IMAGES001\00193402.pdf |

| | | | | | |
|---|---|---|---|---|---|
| 00193406 | 00193408 | 11/2/2020 13:17 | Edoc | Ian Fisher - 2020-10-27-Email re Follow Up to MDOT Request for I-495 & I-270 Traffic Data and Files.pdf | .\VOL001\IMAGES\IMAGES001\00193406.pdf |
| 00193409 | 00193411 | 11/2/2020 14:05 | Edoc | Ian Fisher - 2020-08-25-Email re Request for Extension Missing Appendices.pdf | .\VOL001\IMAGES\IMAGES001\00193409.pdf |
| 00193412 | 00193414 | 11/2/2020 14:11 | Edoc | Ian Fisher - 2020-10-30-FHWA Email re Request for Underlying Data.pdf | .\VOL001\IMAGES\IMAGES001\00193412.pdf |
| 00193415 | 00193423 | 11/3/2020 12:39 | Edoc | Ian Fisher - 2019-05-29-Here's Everything You Need To Know About The Capital Beltway Expansion.pdf | .\VOL001\IMAGES\IMAGES001\00193415.pdf |
| 00193424 | 00193433 | 11/3/2020 12:40 | Edoc | Ian Fisher - 2018-10-11-MDOT Officials on Widening I-270 'We're Not Going to Take Your Home'.pdf | .\VOL001\IMAGES\IMAGES001\00193424.pdf |
| 00193434 | 00193436 | 11/3/2020 12:41 | Edoc | Ian Fisher - 2018-09-04-Despite Skepticism, Hogan Says No Homes Will be Razed for I-270 Widening.pdf | .\VOL001\IMAGES\IMAGES001\00193434.pdf |
| 00193437 | 00193439 | 11/3/2020 12:45 | Edoc | Ian Fisher - 2020-03-16-Water Bills In Maryland Could Nearly Triple Under Beltway And I-270 Expansion Plan.pdf | .\VOL001\IMAGES\IMAGES001\00193437.pdf |
| 00193440 | 00193443 | 11/3/2020 12:46 | Edoc | Ian Fisher - 2020-03-13-Express Toll Lanes Could Raise Water Bills in Montgomery and Prince George's.pdf | .\VOL001\IMAGES\IMAGES001\00193440.pdf |
| 00193444 | 00193449 | 11/3/2020 12:46 | Edoc | Ian Fisher - 2020-10-28-Pipes, Cables Could Face Major Disruption by Plan to Widen Beltway and I-270.pdf | .\VOL001\IMAGES\IMAGES001\00193444.pdf |
| 00193450 | 00193454 | 11/3/2020 12:47 | Edoc | Ian Fisher - 2020-10-28-Labyrinth of Pipelines and Cables Could Face Major Disruption by Highway Plan.pdf | .\VOL001\IMAGES\IMAGES001\00193450.pdf |
| 00193455 | 00193456 | 11/3/2020 12:50 | Edoc | Ian Fisher - 2018-12-19-Rejected Maryland Toll-Road Contract Goes to Different Bidder.pdf | .\VOL001\IMAGES\IMAGES001\00193455.pdf |
| 00193457 | 00193460 | 11/3/2020 12:51 | Edoc | Ian Fisher - 2020-01-15-Reaction to Governor's Budget Proposal Upbeat So Far.pdf | .\VOL001\IMAGES\IMAGES001\00193457.pdf |
| 00193461 | 00193469 | 11/3/2020 12:59 | Edoc | Ian Fisher - 2015-05-19-Transportation Policy Academy 2015 - DC - Maryland Secretary of Transportation Pete Rahn.pdf | .\VOL001\IMAGES\IMAGES001\00193461.pdf |
| 00193470 | 00193473 | 11/3/2020 13:05 | Edoc | Ian Fisher - 2020-09-23-Purple Line Will be Delayed as MDOT Seeks Management Solution.pdf | .\VOL001\IMAGES\IMAGES001\00193470.pdf |
| 00193474 | 00193486 | 11/3/2020 14:40 | Edoc | Ian Fisher - 2020-10-08-Transportation's Moving Target Wave of Relocations Prompted by COVID-19.pdf | .\VOL001\IMAGES\IMAGES001\00193474.pdf |
| 00193487 | 00193494 | 11/3/2020 14:41 | Edoc | Ian Fisher - 2020-04-24-Fewer Than Half of Working Americans Will Have a Paycheck in May.pdf | .\VOL001\IMAGES\IMAGES001\00193487.pdf |
| 00193495 | 00193499 | 11/3/2020 14:41 | Edoc | Ian Fisher - 2020-08-04-Traffic Speeds Continue Falling Across the Country, But Still Up vs Pre-COVID.pdf | .\VOL001\IMAGES\IMAGES001\00193495.pdf |
| 00193500 | 00193512 | 11/3/2020 14:42 | Edoc | Ian Fisher - 2020-09-15-State Figuring Out Who Will Take Over Purple Line Project.pdf | .\VOL001\IMAGES\IMAGES001\00193500.pdf |
| 00193513 | 00193520 | 11/3/2020 14:46 | Edoc | Ian Fisher - 2020-05-25-Toll Road Association Federal Money is Route to Recovery.pdf | .\VOL001\IMAGES\IMAGES001\00193513.pdf |
| 00193521 | 00193522 | 11/3/2020 16:29 | Edoc | Ian Fisher - 2020-08-01-Opinion What's the Hurry on Governor's I-495, I-270 Project.pdf | .\VOL001\IMAGES\IMAGES001\00193521.pdf |
| 00193523 | 00193529 | 11/3/2020 16:30 | Edoc | Ian Fisher - 2020-09-21-The Fatally Flawed Scheme to Outsource Md.'s Highways to Toll-Road Profiteers.pdf | .\VOL001\IMAGES\IMAGES001\00193523.pdf |
| 00193530 | 00193535 | 11/3/2020 16:49 | Edoc | Ian Fisher - Highway Expansions Threaten Our Parks.pdf | .\VOL001\IMAGES\IMAGES001\00193530.pdf |
| 00193536 | 00193546 | 11/3/2020 17:40 | Edoc | Ian Fisher - 2015-08-14-Monitoring Study of the Near Road PM2.5 Concentrations in Maryland.pdf | .\VOL001\IMAGES\IMAGES001\00193536.pdf |
| 00193547 | 00193553 | 11/3/2020 17:43 | Edoc | Ian Fisher - 2004-Air Pollution at Parking Lots of Vilnius.pdf | .\VOL001\IMAGES\IMAGES001\00193547.pdf |
| 00193554 | 00193558 | 11/3/2020 18:07 | Edoc | Ian Fisher - 1989-Major Sources of Benzene Exposure.pdf | .\VOL001\IMAGES\IMAGES001\00193554.pdf |
| 00193559 | 00193564 | 11/3/2020 18:08 | Edoc | Ian Fisher - 2007-08-Minnesota Department of Transportation – Air toxics template.pdf | .\VOL001\IMAGES\IMAGES001\00193559.pdf |
| 00193565 | 00193566 | 11/3/2020 19:44 | Edoc | Ian Fisher - 2020-10-16-Beltway, I-270 Toll Lanes Could Cost More Than $1.50 and $2 Per Mile.pdf | .\VOL001\IMAGES\IMAGES001\00193565.pdf |
| 00193567 | 00193575 | 11/3/2020 19:53 | Edoc | Ian Fisher - 2020-10-20-Long-Term Community Noise Exposure in Relation to Dementia, Cognition, and Cognitive Decline.pdf | .\VOL001\IMAGES\IMAGES001\00193567.pdf |
| 00193576 | 00193584 | 11/3/2020 20:07 | Edoc | Ian Fisher - 2020-09-11-Hazardous Air Pollutant Exposure as a Contributing Factor to COVID-19 Mortality in the United State.pdf | .\VOL001\IMAGES\IMAGES001\00193576.pdf |
| 00193585 | 00193591 | 11/3/2020 20:27 | Edoc | Ian Fisher - 2020-10-12-Editorial Commuting Habits Have Changed During COVID-19.pdf | .\VOL001\IMAGES\IMAGES001\00193585.pdf |
| 00193592 | 00193604 | 11/4/2020 10:43 | Edoc | Ian Fisher - 2003-08-South Coast Air Quality Management District-Health Risk Assessment Guidance.pdf | .\VOL001\IMAGES\IMAGES001\00193592.pdf |

| | | | | | |
|---|---|---|---|---|---|
| 00193605 | 00193606 | 11/4/2020 18:36 | Edoc | Ian Fisher - 2020-08-18-Report faults Maryland for failings in Bay pollution.pdf | .\VOL001\IMAGES\IMAGES001\00193605.pdf |
| 00193607 | 00193612 | 11/4/2020 18:55 | Edoc | Ian Fisher - 2020-09-10-Torrential Rain Triggers Widespread Flooding in D.C. Area, Inundating Roads, Stranding Motorists.pdf | .\VOL001\IMAGES\IMAGES001\00193607.pdf |
| 00193613 | 00193622 | 11/4/2020 18:56 | Edoc | Ian Fisher - 2020-02-13-Causal Effect of Impervious Cover on Annual Flood Magnitude.pdf | .\VOL001\IMAGES\IMAGES001\00193613.pdf |
| 00193623 | 00193631 | 11/4/2020 18:56 | Attach | folder joboptions | .\VOL001\IMAGES\IMAGES001\00193623.pdf |
| 00193632 | 00193640 | 11/4/2020 19:02 | Edoc | Ian Fisher - 2020-04-10-Long-Term Community Noise Exposure in Relation to Dementia.pdf | .\VOL001\IMAGES\IMAGES001\00193632.pdf |
| 00193641 | 00193643 | 11/4/2020 20:59 | Edoc | Ian Fisher - 2020-09-30-Letter from Sierra Club to VDOT and MDOT re 495 NEXT.pdf | .\VOL001\IMAGES\IMAGES001\00193641.pdf |
| 00193644 | 00193646 | 11/4/2020 21:00 | Edoc | Ian Fisher - 2020-11-02-Letter from VDOT and MDOT to Sierra Club re 495 NEXT.pdf | .\VOL001\IMAGES\IMAGES001\00193644.pdf |
| 00193647 | 00193649 | 11/5/2020 15:45 | Edoc | Ian Fisher - 2020-10-17-Maryland Beltway Expansion Might Require Moving Part of Historic African American Cemetery.pdf | .\VOL001\IMAGES\IMAGES001\00193647.pdf |
| 00193650 | 00193656 | 11/5/2020 20:01 | Edoc | Ian Fisher - 2020-10-26-Regional and Global Contributions of Air Pollution to Risk of Death from COVID-19.pdf | .\VOL001\IMAGES\IMAGES001\00193650.pdf |
| 00193657 | 00193805 | 11/5/2020 22:13 | Edoc | Ian Fisher - 2015-05-Final Draft Function-Based Rapid Stream Assessment Methodology.pdf | .\VOL001\IMAGES\IMAGES001\00193657.pdf |
| 00193806 | 00193830 | 11/5/2020 22:13 | Edoc | Ian Fisher - 2020-10-14-Report Shows 15 Military Bases in Maryland Contaminated With PFAS.pdf | .\VOL001\IMAGES\IMAGES001\00193806.pdf |
| 00193831 | 00193935 | 11/5/2020 22:13 | Edoc | Ian Fisher - 2020-03-12-Memorandum to Prince George's County Council and Montgomery County Council.pdf | .\VOL001\IMAGES\IMAGES001\00193831.pdf |
| 00193936 | 00193977 | 11/5/2020 22:14 | Edoc | Ian Fisher - 2020-10-COVID-19 Mortality and Contemporaneous Air Pollution.pdf | .\VOL001\IMAGES\IMAGES001\00193936.pdf |
| 00193978 | 00193997 | 11/5/2020 22:15 | Edoc | Ian Fisher - 2019-05-19-Conditions Leading to Elevated PM2.5 at Near-Road Monitoring Sites.pdf | .\VOL001\IMAGES\IMAGES001\00193978.pdf |
| 00193998 | 00194001 | 11/5/2020 22:19 | Edoc | Ian Fisher - 2020-09-01-As Hogan's Highway-Widening Plan Changes, $9 Billion Price Tag Does Not.pdf | .\VOL001\IMAGES\IMAGES001\00193998.pdf |
| 00194002 | 00194153 | 11/5/2020 22:26 | Edoc | Ian Fisher - 2017-12-An Assessment of Regional Initiatives for the National Capital Region, Technical Report.pdf | .\VOL001\IMAGES\IMAGES001\00194002.pdf |
| 00194154 | 00194183 | 11/5/2020 22:26 | Edoc | Ian Fisher - 2017-11-16-The Best Way to Improve Transportation in Our Region is.pdf | .\VOL001\IMAGES\IMAGES001\00194154.pdf |
| 00194184 | 00194197 | 11/5/2020 22:31 | Edoc | Ian Fisher - 2019-12-03-Is MARC's Newest Plan to Improve Service a Step Backwards.pdf | .\VOL001\IMAGES\IMAGES001\00194184.pdf |
| 00194198 | 00194202 | 11/5/2020 22:32 | Edoc | Ian Fisher - 2019-07-22-Caltrain has an Ambitious Plan to Run BART-Like Service.pdf | .\VOL001\IMAGES\IMAGES001\00194198.pdf |
| 00194203 | 00194209 | 11/5/2020 22:33 | Edoc | Ian Fisher - 2019-07-25-Metro Reasons More Trains Bring More Riders to the Red Line.pdf | .\VOL001\IMAGES\IMAGES001\00194203.pdf |
| 00194210 | 00194212 | 11/5/2020 22:34 | Edoc | Ian Fisher - A Transit Vision for the I-270 Corridor.pdf | .\VOL001\IMAGES\IMAGES001\00194210.pdf |
| 00194213 | 00194214 | 11/5/2020 22:38 | Edoc | Ian Fisher - Corridor Cities Transitway.pdf | .\VOL001\IMAGES\IMAGES001\00194213.pdf |
| 00194215 | 00194260 | 11/5/2020 22:44 | Edoc | Ian Fisher - 2020-10-Connecting People and Places Exploring New Measures of Travel Behavior.pdf | .\VOL001\IMAGES\IMAGES001\00194215.pdf |
| 00194261 | 00194270 | 11/5/2020 22:45 | Edoc | Ian Fisher - 2020-09-16-D.C.-Area Employers are Open to the Idea of More Permanent Teleworking.pdf | .\VOL001\IMAGES\IMAGES001\00194261.pdf |
| 00194271 | 00194273 | 11/5/2020 22:46 | Edoc | Ian Fisher - 2020-09-16-Transportation Officials Anticipating 'Great Localization' After COVID-19.pdf | .\VOL001\IMAGES\IMAGES001\00194271.pdf |
| 00194274 | 00194278 | 11/5/2020 22:54 | Edoc | Ian Fisher - 2020-05-15-Expanding Paved Areas Has an Outsize Effect on Urban Flooding.pdf | .\VOL001\IMAGES\IMAGES001\00194274.pdf |
| 00194279 | 00194284 | 11/5/2020 23:00 | Edoc | Ian Fisher - 2020-06-09-Transurban Asked to Rip Up West Gate Tunnel Contract, Court Documents Allege.pdf | .\VOL001\IMAGES\IMAGES001\00194279.pdf |
| 00194285 | 00194289 | 11/5/2020 23:00 | Edoc | Ian Fisher - 2020-01-31-Transurban Warned on PFAS Before West Gate Tunnel Contracts Signed.pdf | .\VOL001\IMAGES\IMAGES001\00194285.pdf |
| 00194290 | 00194294 | 11/5/2020 23:01 | Edoc | Ian Fisher - 2020-01-29-West Gate Tunnel Builders Seek to Terminate Contract Over Contaminated Soil.pdf | .\VOL001\IMAGES\IMAGES001\00194290.pdf |
| 00194295 | 00194297 | 11/5/2020 23:02 | Edoc | Ian Fisher - 2020-01-22-West Gate Tunnel Workers Laid Off After Delays Caused by PFAS Contamination.pdf | .\VOL001\IMAGES\IMAGES001\00194295.pdf |
| 00194298 | 00194313 | 11/5/2020 23:40 | Edoc | Ian Fisher - 2014-09-15-Danger in the Air Health Concerns for Silica in Outdoor Air.pdf | .\VOL001\IMAGES\IMAGES001\00194298.pdf |

| | | | | | |
|---|---|---|---|---|---|
| 00194314 | 00195564 | 11/5/2020 23:57 | Edoc | Ian Fisher - 2013-02-Integrated Science Assessment for Ozone and Related Photochemical Oxidants.PDF | .\VOL001\IMAGES\IMAGES001\00194314.pdf |
| 00195565 | 00195569 | 11/6/2020 0:04 | Edoc | Ian Fisher - 2017-Economics Pricing, Demand, and Economic Efficiency – A Primer.pdf | .\VOL001\IMAGES\IMAGES001\00195565.pdf |
| 00195570 | 00195574 | 11/6/2020 0:28 | Edoc | Ian Fisher - 2018-01-16-Residents Fume Over I-495 Shoulder Lane in McLean.pdf | .\VOL001\IMAGES\IMAGES001\00195570.pdf |
| 00195575 | 00195581 | 11/6/2020 7:40 | Edoc | Ian Fisher - 2020-11-04-Air Pollution and COVID-19 Mortality in the United States.pdf | .\VOL001\IMAGES\IMAGES001\00195575.pdf |
| 00195582 | 00195607 | 11/6/2020 9:09 | Edoc | Ian Fisher - 2019-10-24-A Transportation Q&A Rahn Talks I-270, Partnerships, Growth and More.pdf | .\VOL001\IMAGES\IMAGES001\00195582.pdf |
| 00195608 | 00195699 | 11/6/2020 10:12 | Edoc | Ian Fisher - 2018-07-Comprehensive Assessment of Climate Change Impacts in Maryland.pdf | .\VOL001\IMAGES\IMAGES001\00195608.pdf |
| 00195700 | 00195796 | 11/6/2020 10:12 | Edoc | Ian Fisher - 2019-04-MDOT GGRA Draft Plan Appendix J.pdf | .\VOL001\IMAGES\IMAGES001\00195700.pdf |
| 00195797 | 00195929 | 11/6/2020 10:13 | Edoc | Ian Fisher - 2013-12-Countywide Transit Corridors Functional Master Plan.pdf | .\VOL001\IMAGES\IMAGES001\00195797.pdf |
| 00195930 | 00196068 | 11/6/2020 10:14 | Edoc | Ian Fisher - 2009-11-West Side Mobility Study.pdf | .\VOL001\IMAGES\IMAGES001\00195930.pdf |
| 00196069 | 00196144 | 11/9/2020 8:10 | Edoc | Ian Fisher - 2018-09-07-Managed Lanes Study Briefing with Letters Attached_Part1.pdf | .\VOL001\IMAGES\IMAGES001\00196069.pdf |
| 00196145 | 00196192 | 11/9/2020 8:10 | Edoc | Ian Fisher - 2018-09-07-Managed Lanes Study Briefing with Letters Attached_Part2.pdf | .\VOL001\IMAGES\IMAGES001\00196145.pdf |
| 00196193 | 00196264 | 11/9/2020 8:11 | Edoc | Ian Fisher - 2020-10-Thrive Montgomery 2050, Public Hearing Draft Plan_Part1.pdf | .\VOL001\IMAGES\IMAGES001\00196193.pdf |
| 00196265 | 00196359 | 11/9/2020 8:11 | Edoc | Ian Fisher - 2020-10-Thrive Montgomery 2050, Public Hearing Draft Plan_Part2.pdf | .\VOL001\IMAGES\IMAGES001\00196265.pdf |
| 00196360 | 00197556 | 11/9/2020 8:23 | Edoc | Ian Fisher - 2019-12-Integrated Science Assessment for Particulate Matter_Part1.pdf | .\VOL001\IMAGES\IMAGES001\00196360.pdf |
| 00197557 | 00198326 | 11/9/2020 8:32 | Edoc | Ian Fisher - 2019-12-Integrated Science Assessment for Particulate Matter_Part2.pdf | .\VOL001\IMAGES\IMAGES001\00197557.pdf |
| 00198327 | 00198337 | 11/9/2020 13:16 | Edoc | Ian Fisher - 2020-08-28-Wayback Machine Capture of DEIS I-495 and I-270 P3 Program.pdf | .\VOL001\IMAGES\IMAGES001\00198327.pdf |
| 00198338 | 00198347 | 11/9/2020 13:17 | Edoc | Ian Fisher - 2020-07-11-Wayback Machine Capture of DEIS I-495 and I-270 P3 Program.pdf | .\VOL001\IMAGES\IMAGES001\00198338.pdf |
| 00198348 | 00198489 | 11/10/2021 10:25 | Edoc | Appendix B_2021 04.09_ALB_Strike Team Report_V1.pdf | .\VOL001\IMAGES\IMAGES001\00198348.pdf |
| 00198490 | 00198543 | 3/31/2022 15:34 | Edoc | Att-4_MLS_106_Cemetery Treatment Plan_Draft-1.pdf | .\VOL001\IMAGES\IMAGES001\00198490.pdf |
| 00198544 | 00198547 | 5/26/2023 16:53 | Edoc | Ian Fisher - 2020-02-18-MDOT PIA Request.pdf | .\VOL001\IMAGES\IMAGES001\00198544.pdf |
| 00198548 | 00198549 | 5/26/2023 16:53 | Edoc | Ian Fisher - 2020-07-07-MDOT-SHA PIA Request Response Letter.pdf | .\VOL001\IMAGES\IMAGES001\00198548.pdf |
| 00198550 | 00198574 | 5/26/2023 16:53 | Edoc | Ian Fisher - 2002-Capital Beltway Purple Line Study Initial Findings & Recommendations Draft.pdf | .\VOL001\IMAGES\IMAGES001\00198550.pdf |
| 00198575 | 00198578 | 5/26/2023 16:53 | Edoc | Ian Fisher - 2020-03-16-MDOT PIA Request Response Letter.pdf | .\VOL001\IMAGES\IMAGES001\00198575.pdf |
| 00198579 | 00198585 | 5/26/2023 16:53 | Edoc | Ian Fisher - 1-2020-11-06-List of Attachments to Comments of the Maryland Sierra Club et al. on the Beltway Expansion Proje.pdf | .\VOL001\IMAGES\IMAGES001\00198579.pdf |
| 00198586 | 00198589 | 5/26/2023 16:53 | Edoc | Ian Fisher - 2020-10-06-Hogan Extends State of Emergency.pdf | .\VOL001\IMAGES\IMAGES001\00198586.pdf |
| 00198590 | 00198598 | 5/26/2023 16:53 | Edoc | Ian Fisher - 2001-03-Air Pollution and Exacerbation of Asthma in African-American Children in Los Angeles.pdf | .\VOL001\IMAGES\IMAGES001\00198590.pdf |
| 00198599 | 00198606 | 5/26/2023 16:53 | Edoc | Ian Fisher - 2020-04-15-Association Between Short-Term Exposure to Air Pollution and COVID-19 Infection Evidence from China.pdf | .\VOL001\IMAGES\IMAGES001\00198599.pdf |
| 00198607 | 00198713 | 5/26/2023 16:53 | Edoc | Ian Fisher - 2006-01-Capital Beltway Study-NETR Chapter 2_Redacted.pdf | .\VOL001\IMAGES\IMAGES001\00198607.pdf |
| 00198714 | 00198719 | 5/26/2023 16:53 | Edoc | Ian Fisher - 2020-04-11-Assessing Nitrogen Dioxide (NO2) Levels as a Contributing Factor to Coronavirus (COVID-19) Fatality.pdf | .\VOL001\IMAGES\IMAGES001\00198714.pdf |