**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| MARYLAND CHAPTER OF THE SIERRA CLUB, *et al.*,<br><br>       *Plaintiffs*,<br><br>  v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, *et al.*,<br><br><br>       *Defendants*. | Civil Action No. DKC 22-2597 |
| NORTHERN VIRGINIA CITIZENS ASSOCIATION,<br><br>       *Plaintiff*,<br><br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, *et al.*,<br><br>       *Defendants*. | Civil Action No. DKC 22-3336 |

**PLAINTIFFS' JOINT MOTION FOR SUMMARY JUDGMENT
AND REQUEST FOR HEARING**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs Maryland Chapter of the Sierra Club, Friends of Moses Hall, National Trust for Historic Preservation, and Natural Resources Defense Council (Case No. 22-cv-2597) and Northern Virginia Citizens Association (Case No. 22-cv-3336) move for summary judgment on all claims in their complaints. There are no genuine issues of material fact and Plaintiffs are entitled to judgment as a matter of law. Defendants violated the National Environmental Policy Act, Section 106 of the National Historic Preservation Act, and Section 4(f) of the Department of Transportation Act when issuing their Final Environmental Impact Statement, Final Section 4(f) Determination, and Record of

Decision for their plans to widen and add toll lanes to an approximately fifteen-mile stretch of I-495 and I-270, from McLean, Virginia to Gaithersburg, Maryland. The Court should vacate those unlawful decisions under the Administrative Procedure Act. 5 U.S.C. § 706(2)(A).

In support of their motion, Plaintiffs submit (1) a Joint Memorandum in Support; (2) the Declarations of Diane E. Baxter, Debra Butler, Christopher Ecker, Thompson M. Mayes, Robert Soreng, Charlotte Troup Leighton, Gina Trujillo, Josh Tulkin, and Ivan Zama; (3) an Addendum of Cited Statutes and Regulations; and (4) a Proposed Order. Plaintiffs' joint motion also relies on citations to the Administrative Record compiled by Defendants. Pursuant to the Court's scheduling order, *see* ECF No. 44, the Parties will file a Joint Appendix containing all cited Administrative Record material following the submission of Defendants' final briefs.

Pursuant to Local Rule 105.6, Plaintiffs request a hearing on this motion.


Respectfully Submitted,

/s/ Peter J. DeMarco
Peter J. DeMarco (D. Md. Bar No. 19639)
Jared E. Knicley (D. Md. Bar No. 18607)
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
Telephone: (202) 513-6267
Facsimile: (415) 795-4799
Email: pdemarco@nrdc.org
Email: jknicley@nrdc.org

Atid Kimelman (CA Bar No. 344993)
(admitted *pro hac vice*)
Nanding Chen (CA Bar No. 348808)
(admitted *pro hac vice*)
Natural Resources Defense Council
111 Sutter Street, Floor 21
San Francisco, CA 94104
Telephone: (202) 469-8230
Facsimile: (415) 795-4799

Email: akimelman@nrdc.org
Email: nchen@nrdc.org

*Counsel for Plaintiffs Maryland Sierra Club,*
*Friends of Moses Hall, National Trust for*
*Historic Preservation in the United States,*
*and Natural Resources Defense Council*

/s/Andrea Ferster
Andrea Ferster (DC Bar No. 384648)
(admitted *pro hac vice*)
Attorney at Law
68 Beebe Pond Road
Canaan, NY 12029
Telephone: (202) 974-5142
Email: aferster@railstotrails.org
(signed by Peter J. DeMarco with
permission from Andrea Ferster)

*Counsel for Plaintiffs Maryland Sierra Club and*
*Northern Virginia Citizens Association*

/s/ Elizabeth S. Merritt
Elizabeth S. Merritt (DC Bar No. 337261)
(admitted *pro hac vice*)
Deputy General Counsel
National Trust for Historic Preservation
600 14th Street NW, Suite 500
Washington, DC 20005
Telephone: (202) 297-4133
Facsimile: (202) 588-6272
Email: emerritt@savingplaces.org
(signed by Peter J. DeMarco with
permission from Elizabeth S. Merritt)

*Counsel for Plaintiff National Trust for*
*Historic Preservation in the United States*