UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| MARYLAND CHAPTER OF THE SIERRA CLUB, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL HIGHWAY ADMINISTRATION, *et al.*, <br><br> *Defendants*. | No. 22-cv-2597 <br><br> **DECLARATION OF DIANE E. BAXTER** |

1. My name is Diane E. Baxter. I am a founding member of Friends of Moses Hall. Friends of Moses Hall is dedicated to preserving and restoring the Morningstar Tabernacle No. 88 Moses Cemetery and Hall in Cabin John, Maryland. I am also a member of the National Trust for Historic Preservation and the Sierra Club.

2. Two of my maternal great grandparents are buried at Morningstar Moses Cemetery, which was established by an African American benevolent society more than 130 years ago. The Cemetery is located next to the foundation of Moses Hall, the benevolent society's fellowship lodge, which also dates to the late 1800s. Many years of genealogical research led me to Morningstar Moses Cemetery and Hall and my family's connection to this sacred ground.

3. I've lived in the District of Columbia my entire life—over 70+ years—and my family has deep roots in this region. In elementary school, a family tree project sparked my passion for genealogy. I kept interviewing family members to gather more and more information long after the school project ended. Ever since, I've tried to learn as much as I can about my family history and also to discover my roots.

1

4. I learned from my family that my maternal great grandparents, James Coates and Annie Simms Coates, had owned and farmed land at #10 Seven Locks Road, within Montgomery County, Maryland, in the 1800s. But no one knew then exactly where the land was. I tried to figure it out. I spent many Saturday mornings/afternoons researching at the National Archives but couldn't find any substantial records.

5. Eventually, with the advent of more advanced genealogical tools like Ancestry.com, I found records indicating that my great grandfather was buried in 1894 at "Moses Hall." But that was a new mystery because I couldn't pinpoint where or what Moses Hall was. For years, I would drive on Seven Locks Road to get to and from my job at IBM and later Lockheed Martin. I would look for signs of Moses Hall or #10 but never saw anything.

6. Finally, in about 2016, I came across the doctoral thesis on the internet of archaeologist Dr. Alexandra Jones. She had researched the story of the African American community of Gibson Grove in Cabin John, Maryland, including Morningstar Tabernacle No. 88 Moses Cemetery and Hall. I discovered this was the place that I had heard about from my family's word of mouth and from my great grandfather's death/burial record. I used Dr. Jones's thesis to find Morningstar Moses Cemetery and Hall, which is located off Seven Locks Road near the Beltway in Cabin John.

7. On my first visit to the area, with my cousin Chris Waynes, we discovered a memorial stand dedicated to Morningstar Moses Cemetery and Hall. Once we were on the cemetery grounds, we saw the foundation of a building and a few headstones. I later learned that Moses Hall was destroyed at some point after the Beltway was built in the 1960s, and this foundation was all that was left of the two-story Moses Hall fellowship lodge. The Beltway was just on the other side of a chain link fence; I could see and hear the traffic rushing by. We

immediately looked for a headstone that belonged to our great grandfather. On one headstone, we could see "Co," and thought it might be "Coates," but when I pushed back the dirt and weeds, we saw "Cooper" instead. None of the headstones belonged to our great grandfather. The letdown was too much. We were bitterly disappointed and very emotional, but I knew then I had to learn more about Morningstar Moses Cemetery and Hall.

8.  I joined the Cabin John Citizens Association to connect with other people to find out more and, hopefully, meet people who cared about Morningstar Moses Cemetery and Hall.

9.  A few years ago, I read in the Citizens Association's newsletter about Governor Larry Hogan's plan to expand the Beltway. After so many years of searching, right after I found this special place, I realized that Morningstar Moses Cemetery and Hall were under threat. I had to do something. I joined other descendants of those buried in the Cemetery, Cabin John residents, and other people who care about Morningstar Moses Cemetery and Hall to found Friends of Moses Hall.

10. I also helped re-establish the charter of the African American benevolent society that built Morningstar Moses Cemetery and Hall: Morningstar Tabernacle No. 88, Ancient United Order, Sons and Daughters, Brothers and Sisters of Moses. I currently serve as the President of the society's Board of Trustees. The Trustees own the land that contains the remnants of the Hall and most of the Cemetery.

11. Part of my work with Friends of Moses Hall, whose aim is to preserve the site as a hallowed final resting place and as an important African American historical site, is to keep descendants of those buried in the Cemetery informed about what's happening at the site. I helped organize a descendant reunion. I continue to have conversations with descendants, gathering what they can still remember about when Moses Hall was standing.

12.     Over the past few years, my connection to the site has only deepened. I've learned that my maternal great grandparents James Coates and Annie Simms Coates (Annie Dixon after she remarried) were among the original landowners in the African American community of Gibson Grove in Cabin John known as #10. They were both members of Morningstar Tabernacle No. 88, which was founded by Gibson Grove residents in 1885 to educate orphans, care for the sick, and bury the dead. The society provided a social safety net and community in the segregated post-slavery era. My great grandfather's 1894 burial is the earliest of the 102 burials currently documented in the Cemetery. My great grandmother was also buried in the Cemetery, in 1931. I still do not know exactly where either of my great grandparents' graves are located.

13.     Through my research, I've learned how the original construction of the Beltway in the 1960s destroyed the Gibson Grove community, driving the highway right between Moses Hall and the community's church, Gibson Grove AME Zion. The State of Maryland took land from Morningstar Moses Cemetery for the highway right-of-way, and construction probably disturbed some, if not many, of the graves. Friends of Moses Hall's research of court records from eminent domain proceedings shows that the State made a payment to a local funeral home, potentially to reinter people whose graves were in the path of the Beltway.[1] Those eminent domain records also show that the State paid Black property owners far less for their land than neighboring White property owners. One Black family successfully sued the State and won the right to be compensated like other White property owners. That Black property owners had to take such measures to be treated like everyone else infuriates me. And now, with this new plan to widen the Beltway, Morningstar Moses Cemetery and Hall are under threat again. I've made it my duty to say to the state and federal government, "no, you cannot do this again."

---

[1] Our report on the eminent domain documents is available here: https://tinyurl.com/26mdreht.

4

13.     The Maryland Department of Transportation (MDOT) and Federal Highway Administration (FHWA) didn't know for sure where all the graves are in Morningstar Moses Cemetery and the right-of-way when they approved the project, because they hadn't searched for graves in the entire area where the planned highway would go. They say that the new lanes would come within five feet of the graves,[2] which is still far too close, but that estimate only accounts for the graves they know about. Their ground penetrating radar survey conducted in 2021 covered only part of the Cemetery. It did not cover all of the land that would be torn up by widening the Beltway, even though MDOT knows there might be people buried there. I find it galling that MDOT keeps saying that the project will not harm the Cemetery when they have no idea whether that's true.

14.     Morningstar Moses Cemetery and Hall is an extremely special place that I and many other descendants hold dear. MDOT and FHWA's disregard for this sacred ground upsets me deeply. If MDOT and FHWA were to take even more land from the Cemetery and/or to disturb graves—maybe even those of my great grandparents—it would cause me even more excruciating pain. Maryland and the federal government would be rubbing salt in the deep wound they created when they first built the highway through Gibson Grove. They would be disrespecting not only the Cemetery and the people at rest there, but also me and the other generations of descendants.

15.     MDOT and FHWA should have established the Cemetery's true boundaries before they approved the plan to widen the Beltway. They should know where the graves are and

---

[2] Katherine Shaver, African American gravesites detected near the Capital Beltway will be spared in road-widening plans, *Washington Post* (Sept. 9, 2021), https://www.washingtonpost.com/transportation/2021/09/09/maryland-beltway-moses-morningstar-cemetery/.

whether expanding the Beltway will disturb them. They should have figured out ways to avoid the Cemetery already. It's not enough nor acceptable for MDOT to wait until after approving the project to look for graves. At that point, it is too late, as there would not be any time to figure out how to avoid the graves they find.

16.  Morningstar Moses Cemetery and Hall should be a place where descendants can come to be at peace and spiritually connect with their ancestors. This cemetery should be a place where people can come to learn about the role of African American benevolent societies in segregated Maryland and about how racial prejudice shaped the route of the Beltway. For at least 137 years, this sacred place has borne witness to the contributions and struggles of the Gibson Grove community. I wholeheartedly support this lawsuit because I want this sacred place to continue to tell that story for many years and generations from now.

I declare that the following is true and correct to the best of my knowledge, information, and belief.

Executed on June 3, 2023 in Washington, DC.

Diane E. Baxter