UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| MARYLAND CHAPTER OF THE SIERRA CLUB, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL HIGHWAY ADMINISTRATION, *et al.*, <br><br> *Defendants*. | No. 22-cv-2597 (DKC) |

**DECLARATION OF CHRISTOPHER ECKER**

1.  I am a member of the Natural Resources Defense Council (NRDC). I support NRDC because I'm deeply concerned about climate change and pollution, and NRDC is the organization that I believe has done the best work of pushing the government to enforce our nation's environmental regulations.

2.  I grew up in Montgomery County and have lived in Maryland my entire life. Before my retirement, I spent my career working as an electrician in the area. My life partner and I have lived at our home in Rockville, Maryland for seven years. I love that our home is close to my daughter as well as my partner's family and workplace.

3.  I have a severe lung condition, idiopathic pulmonary fibrosis, which would have soon been fatal had I not received a recent single-lung transplant at Inova Fairfax Hospital. While this operation has likely increased my life expectancy by several years, the quality of the air I breath will certainly have a large impact on both my longevity and quality of life. Lungs are unique among our internal organs in that they are constantly exposed to the environment through the air we breathe. It is well known that there are tens of thousands of premature deaths

nationwide caused by air pollution. Prior to my transplant, my lungs were functioning at around 20% of its normal capacity and declining. I was on oxygen all the time. Now I have one excellent lung (and one that continues to decline) and need no supplemental oxygen at all. With only one good lung, I believe I'd be doubly negatively impacted by any local declines in air quality.

4. I first learned that the Maryland Department of Transportation (MDOT) was planning to expand Interstate 270 a few years ago. I was immediately concerned about how this would affect noise and air quality near my home because I live about a quarter mile from 270.

5. Air pollution from the highway already makes it harder for me to breathe because of my lung condition. In September I went to the beach, and it was so much easier to breathe the clean air there. I'm worried that building these toll lanes would make the air quality worse at my house and in my neighborhood than it already is. Construction would kick up dust, and there would be trucks and other heavy equipment putting out soot from their diesel engines. Then, if the toll lanes are built, they'd carry even more traffic than the current highway and that traffic would be closer to my house. I think MDOT and the Federal Highway Administration should've done more to figure out how building the toll lanes would affect air quality for people who live near the highway.

6. From my house, I can hear cars and trucks on 270, especially in winter. It can be so noisy and disruptive that I need to keep my windows closed. It makes me feel stifled sometimes. I enjoy nature and getting fresh air, but noise from the highway can make my walks outside a lot less enjoyable. I'm deeply concerned that expanding the highway would mean years of noise from construction followed by more traffic making even more noise than it does now.

7. I remember growing up in Maryland when 270 had four lanes, and to see where the highway is now is incredible in comparison. Instead of simply expanding the highway more

and more, I'd like to see MDOT and the Federal Highway Administration consider how to invest in technology to make better use of our existing highway and improve traffic monitoring and enforcement of HOV lanes.

8. I enjoy where I live and would be very upset if this project proceeds and presents further obstacles to my health and well-being. I support this lawsuit and hope that NRDC will be able to help protect my health and quality of life by preventing the highway expansion from moving forward before MDOT and the Highway Administration have fully considered how it would affect people like me.

I declare that the following is true and correct to the best of my knowledge, information, and belief.

Executed on November 11, 2022 in Rockville, Maryland.

_____
Christopher Ecker