# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### SOUTHERN DIVISION

MARYLAND CHAPTER OF THE SIERRA
CLUB, *et al.*,

*Plaintiffs*,

v.

FEDERAL HIGHWAY
ADMINISTRATION, *et al.*,

*Defendants*.

No. 22-cv-2597 (DKC)

## DECLARATION OF THOMPSON M. MAYES

I, Thompson M. Mayes, declare as follows:

1.      My name is Thompson M. Mayes. I have personal knowledge of the matters

stated herein.

2.      I am the Chief Legal Officer and General Counsel of the National Trust for

Historic Preservation in the United States ("National Trust"). I have worked as a lawyer at the

National Trust since 1986 and have served in the role of Chief Legal Officer and General

Counsel since 2019. My duties include supervising the staff who carry out our legal advocacy

and litigation work.

3.      In addition, as a member of the National Trust's Executive Team, I have frequent

communications with the National Trust's President, and with senior staff responsible for

preservation, membership, and public relations, as well as with the National Trust's Board of

Trustees. We have specifically briefed the National Trust's staff, management, and the Board of

Trustees about the National Trust's involvement in this lawsuit, and they are strongly supportive

of this work.

June 3, 2023

4.      The National Trust is a private, charitable, and educational non-profit corporation chartered by the United States Congress in 1949 to (i) protect and defend America's historic resources, (ii) further the historic preservation policy of the United States, and (iii) facilitate public participation in the preservation of our nation's heritage. *See* 54 U.S.C. § 312102.

5.      The National Trust is headquartered in Washington, D.C., and has field offices around the country. It also has a network of 27 historic sites that are open to the public, including 21 historic sites that are owned by the National Trust and 6 sites that are owned and managed by others but are affiliated with the National Trust. The National Trust has more than one million members and supporters across the country. With their strong support, the National Trust works to protect significant historic sites and to advocate for historic preservation as a fundamental value in programs and policies at all levels of government.

6.      The National Trust actively publicizes its advocacy and litigation work to its members and supporters, who strongly support this work and view it as representing and furthering their own interests in historic preservation.

7.      For more than fifty years, the National Trust has worked to protect cultural and historic resources throughout the nation by using legal advocacy, including litigation, to enforce compliance with historic preservation laws and protect historic places threatened with harm or destruction.

8.      In recent years, the National Trust has been involved in efforts to preserve Maryland's Morningstar Tabernacle No. 88 Moses Cemetery and Hall ("Morningstar Moses Cemetery and Hall"), an important African American historical site that serves as the final resting place for members of the local African American community. In 2021, recognizing the

June 3, 2023

threats posed to the site by expansion of Interstate 495, the National Trust included Morningstar

Moses Cemetery and Hall on its annual list of *America's 11 Most Endangered Historic Places*.

9.      The National Trust participated in the consultation and review processes under

Section 106 of the National Historic Preservation Act, the National Environmental Policy Act

(NEPA), and Section 4(f) of the Department of Transportation Act, for the Maryland Department

of Transportation and Federal Highway Administration's plan to add toll lanes to parts of

Interstate 495 and Interstate 270 in Montgomery County, Maryland. We first submitted our

request to participate as a consulting party on May 3, 2021, and we submitted comment letters to

state and federal agencies addressing a variety of issues relating to historic preservation on

October 8 and November 30, 2021; February 3, April 14, May 2, July 6, July 18, and October 28,

2022; and January 17, 2023.

10.      This lawsuit challenging the toll lanes project furthers the National Trust's

mission and congressionally defined purposes. In particular, the National Trust has an interest in

ensuring that the Maryland Department of Transportation and the Federal Highway

Administration comply with federal statutory obligations to assess and, as required, avoid,

minimize, or mitigate the impacts of the toll lanes project on Morningstar Moses Cemetery and

Hall, Plummers Island, and other historic and cultural resources in the region. The National Trust

has a long history of enforcing federal agency compliance with Section 4(f), Section 106, and

NEPA, through administrative and judicial advocacy. In this case, the National Trust is

especially concerned about the defendants' unprecedented interpretation of the requirement to

assess cumulative impacts, which would substantially weaken this important mandate unless

overturned by the court.

June 3, 2023

11.     If plaintiffs are successful in this litigation, the defendants will need to fulfill their statutory duties to fully account for, minimize, mitigate, and potentially avoid impacts to these important historic resources before proceeding with the toll lanes project.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on June 3, 2023 in Washington, DC.

Thompson M. Mayes
Chief Legal Officer and General Counsel
National Trust for Historic Preservation
600 14th Street NW, Suite 500
Washington, DC 20005
tmayes@savingplaces.org
(202) 588-6182

4