UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| MARYLAND CHAPTER OF THE SIERRA CLUB, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL HIGHWAY ADMINISTRATION, *et al.*, <br><br> *Defendants*. | No. 22-cv-2597 <br><br> **DECLARATION OF ROBERT SORENG** |

I, Robert Soreng, declare as follows:

1. I am a member of the Natural Resources Defense Council, the Maryland Chapter of the Sierra Club, and the National Trust for Historic Preservation. I support these organizations because of their work to promote sustainable transportation systems and to protect natural ecosystems and historic sites.

2. I have lived in Somerset, Maryland, a township in Montgomery County, since 1996. I moved here for my work as a researcher with the Department of Botany of the Smithsonian Museum of Natural History. I have been a Research Associate with the Smithsonian since 1997.

3. My research focuses on grasses, especially the taxonomy of cool season grasses. In the past, after completing a PhD in biology focused on ecology and evolution, I conducted molecular research on the relationships among grasses, but I now focus on field work and museum research.

4. In 2004, I was invited to join the Washington Biologists' Field Club (the "Field Club"), a non-profit membership organization composed of leading research scientists. I was

elected president of the Field Club in 2021, before which I served as Vice President for three years.

5. The Field Club is dedicated to studying long-term biodiversity and ecological trends on Plummers Island, a protected island in the Potomac River. The Field Club has undertaken and sponsored research on Plummers Island since 1901, and in that year the Field Club built a small wood cabin on the island (the only man-made structure on the island). This historic cabin still stands and serves as a meeting site for and research hub for the Field Club.

6. Plummers Island lies just east and downstream of the American Legion Bridge. It is hard to overstate how unique Plummers Island is from both an ecological and scientific perspective. From an ecological perspective, Plummers Island is a biodiversity hotspot. Indeed, over 4,000 species have been identified on this 12-acre parcel. Plummers Island is also special because of the high concentration of rare, threatened, and endangered species that live there. Some of these species are endemic to the Potomac Gorge, and the concentration of these species in a protected ecological zone enables Plummers Island to serve as a reservoir of populations for these important species. Plummers Island has maintained this rich biodiversity within a densely urban area because, as a part of the Chesapeake and Ohio Canal National Historic Park, it is a protected research natural area within a federally protected park.

7. As it says on the National Park Service sign on the island, Plummers Island is "The most thoroughly studied island in North America." The nearly 400 scientific publications about the island's biology have had import well beyond academia. For example, research conducted on Plummers Island provided strong evidence that automobile exhaust from the American Legion Bridge caused lichen decline. This evidence contributed to the passage of

federal legislation banning the use of tetraethyl lead in gasoline, a major environmental and public health milestone.

8. Plummers Island is eligible for inclusion in the National Register of Historic Places because of the significant scientific research that has been conducted on the island and because it has served as the meeting place for the Field Club's membership of influential scientists for over a century.

9. I am deeply concerned about the damage that the planned widening of the American Legion Bridge would do to Plummers Island. This project would degrade the ecological integrity of this protected island and destroy research plots I and others have studied in the past and intend to study again.

10. Some construction to widen the American Legion Bridge would occur on Plummers Island. Trees and other vegetation would be cleared on part of the island, and three ten-foot diameter pier foundations would be built on the island. The widened bridge would directly overhang and create an extended shadow on the island—harming rare, threatened, and endangered plant species—increase invasive species, and bring significantly more noise to the island due to the additional lanes and proximity. Placing the bridge, which equals or exceeds the height of the tree canopy, on Plummers Island would have an enormous visual impact. In addition, new bridge caissons in the Potomac River would change the hydrology of the river around Plummers Island. The placement of the new piers is likely to create a sieve for logs, creating logjams that could cause severe flooding and erosion at the head of Plummers Island. There are also plans to armor the channel embankments along the head of the island. Toxic runoff draining from the highway would spill into the channel and onto the island as the lowest point on the bridge is directly along the head of the island.

11. I will be directly harmed by these impacts to Plummers Island. I visit Plummers Island about once per month, on average, to look for rare plants, check on invasive species, visit the Field Club's cabin, and enjoy time in nature. If the American Legion Bridge were widened as proposed, the natural setting of the western portion of the island, which I routinely visit, would be severely diminished because it would be covered by the noisy bridge. As a result, my visits to Plummers Island would be far less enjoyable.

12. Other Field Club members would be similarly harmed. Every week, one Field Club member goes to Plummers Island to check on the island and the Field Club's cabin. Research is continuously ongoing across the island by scientists from the Club and other institutions. All these researchers would visit an island substantially diminished by the widened American Legion Bridge. In addition, for more than half a century, the Field Club has hosted annual spring and fall meetings at our cabin. Noise from the American Legion Bridge is already intrusively audible at the cabin. If the bridge were widened and encroached on the island, the noise would be far worse, harming Field Club members' experience at this historic cabin.

13. The widening of the American Legion Bridge would also destroy one of my research plots on Plummers Island. This plot, which is in the Limits of Disturbance, would be directly under the widened bridge and therefore perpetually shaded. In addition, construction activities, including tree cutting, would likely take place on this research plot, damaging the plant species there and nearby. Finally, because of the location of this plot, it would be particularly vulnerable to catastrophic flooding that would be much more likely to occur due to the placement of the piers for the widened bridge.

14. As a result of these harms to this plot, I would be unable to continue studying it if the American Legion Bridge were widened, to the detriment of my long-term, ongoing research.

My research on this plot—which is part of a larger study—is aimed at understanding long-term ecological trends. This plot was first studied in 1997, and in 2013-15, a team I lead undertook a second round of research on the plot. As part of that ongoing research, I plan to sample this plot again to obtain additional long-term data. The research on this plot has already been used to create a map of vegetation types on Plummers Island and identify rare plant communities. We intend to use the data from this research to analyze the relationship between invasive species and floodplain levels and monitor changes over time. With the mounting pressures of climate change, monitoring ecosystems is crucial, but expanding the bridge onto the island would destroy this plot, as described above, and interrupt the natural continuity expected of this long-term study.

15. The planned widening of the bridge would also harm other research plots I study on Plummers Island. For example, the extended bridge shadow would harm another of my plots and wetland pools just beyond the Limits of Disturbance. The widening of the bridge would also threaten other long-term research conducted by Field Club members on the island.

16. Because of the many impacts to Plummers Island and my research, I am opposed to the proposed plan for expanding the American Legion Bridge. The Field Club as an organization is also opposed to the plan for these same reasons. Instead, we support the "no build" alternative, or, if the bridge must be widened, the west shift alignment, which would have avoided these impacts to Plummers Island. As Vice President and then President of the Field Club, a formal consulting party, I was actively involved in the Section 106 consultation process regarding Plummers Island, and I do not believe that these alternatives were adequately considered.

17. Plummers Island has been an important part of my life since I joined the Field Club nearly twenty years ago. I would be very upset if the widening of the American Legion

Bridge were to harm Plummers Island. I support this lawsuit and hope that the Natural Resources Defense Council, Sierra Club, and National Trust for Historic Preservation will be able to protect Plummers Island by preventing the expansion of the American Legion Bridge from moving forward before the Maryland Department of Transportation and the Federal Highway Administration have fully considered options to avoid Plummers Island.

    I declare that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on May 28, 2023 in Montgomery Cay Maryland,

Robert Soreng