UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

MARYLAND CHAPTER OF THE SIERRA CLUB, *et al.*,

        *Plaintiffs*,

v.

FEDERAL HIGHWAY ADMINISTRATION, *et al.*,

        *Defendants*.

No. 22-cv-2597 (DKC)

## DECLARATION OF CHARLOTTE TROUP LEIGHTON

I, Charlotte Troup Leighton, declare as follows:

1. My name is Charlotte Troup Leighton. I have personal knowledge of the matters stated herein.

2. I am the volunteer Treasurer and a founding member of Friends of Moses Hall.

3. I have served as a volunteer board member and the Treasurer of Friends of Moses Hall since January 20, 2023. My duties as a board member include organizing constituency outreach, fundraising, and leading efforts to raise awareness about the endangered history of Maryland's Morningstar Tabernacle No. 88 Moses Cemetery and Hall. I also maintain the finances of the organization as its Treasurer.

4. Friends of Moses Hall is a not-for-profit organization incorporated under the laws of the State of Maryland. Friends of Moses Hall is organized exclusively as a charitable and educational organization within the meaning of section 501(c)(3) of the Internal Revenue Code of 1986.

5. Friends of Moses Hall was formed in 2020 by a group of community members, cultural preservation advocates, and descendants of people buried in the Morningstar Moses Cemetery who shared an interest in educating the public about and preserving the rich history of Morningstar Moses Cemetery and Hall. Friends of Moses Hall's constituents—descendants and non-descendants alike—recognize the importance of maintaining the historical site where nearly 400 individuals are buried. All were members of an African American benevolent society chapter based in Gibson Grove, one of the first African American Communities established in Montgomery County, Maryland. The principal impetus behind the organization's founding was to save the Cemetery and Hall from destruction and further desecration by expansion of the Capital Beltway.

6. Friends of Moses Hall leads educational, advocacy, and research efforts in the hope of promoting descendants' and other constituents' interest in preserving Morningstar Moses Cemetery and Hall as a hallowed final resting place and an important African American historical site. The organization's activities include raising public awareness about the history of the Cemetery and the community of Gibson Grove through educational programs and historic research, advocating for the preservation of the Cemetery, researching and locating burial records, and maintaining and restoring the Cemetery site through community clean-up days and other activities.

7. Friends of Moses Hall's leadership team regularly consults with constituents, especially descendants, to seek their input and guidance on all aspects of the organization's educational and advocacy efforts. Descendant engagement is a core component of our work: descendants are encouraged to participate in Friends of Moses Hall's activities and to express their views and concerns to shape and drive the organization's approach to advocacy.

8. Since its founding in 2020, Friends of Moses Hall has engaged in various forms of education and advocacy related to the Capital Beltway expansion project to elevate the importance of the Cemetery and to advance the interests of the organization and its constituents. Friends of Moses Hall's top priority, developed in consultation with its constituents, is to ensure that the project avoids the Cemetery completely, including any graves within the state-owned right of way. Short of that, Friends of Moses Hall aims to ensure that any remains or funerary objects disturbed by the project in any manner are reinterred within the Cemetery (subject to consultation with descendants) and are otherwise handled in a manner that is respectful to both the buried and their descendants. Friends of Moses Hall also seeks mitigation, not only for new harms to the Cemetery from this project, but from the past and ongoing harms that the original Capital Beltway construction—an act of environmental racism—wrought on the Cemetery and the broader Gibson Grove Community.

9. To further these goals, Friends of Moses Hall participated in the consultation and review processes for the Capital Beltway expansion project under Section 106 of the National Historic Preservation Act, the National Environmental Policy Act (NEPA), and Section 4(f) of the Department of Transportation Act. Friends of Moses Hall was formally recognized as a consulting party for this purpose in March 2020 and submitted comments on multiple reports and documents issued by the Maryland Department of Transportation State Highway Administration (MDOT SHA). In 2021, for example, Friends of Moses Hall submitted comments in response to MDOT SHA's report concerning the project's potential impacts to the Cemetery. These comments identified several issues with the report, in particular the need for further archaeological investigations to determine whether additional graves exist within the project's Limits of Disturbance. In 2022, Friends of Moses Hall submitted additional comments

explaining that MDOT SHA and the Federal Highway Administration (FHWA) needed to complete their investigation of the Cemetery before deciding whether to approve the project. Input from descendants informed those letters, which many descendants also signed in their individual capacities.

10. Friends of Moses Hall engaged descendants to actively participate in the consultation and review processes for the project by reviewing draft comment letters, attending progress and discussion meetings, and signing letters raising additional or reiterating previous concerns. Friends of Moses Hall also engaged descendants to help raise public awareness about the project's potential harms to the Cemetery by telling their family stories and sharing their concerns with the public on Cemetery site tours, clean-up days, and to the press.

11. With the help of its constituents, Friends of Moses Hall has also worked diligently to maintain the physical conditions of the Cemetery and Hall and document the site's history and burials. Friends of Moses Hall organizes regular site clean-up events to preserve the Cemetery and to ensure that its constituents and the public can safely navigate the grounds while learning about its rich history and paying their respects at gravesites. Friends of Moses Hall has also collected and preserved photos, minute record books, and other artifacts of the Morningstar Tabernacle No. 88 of the Ancient United Order of Sons & Daughters, Brothers & Sisters of Moses, which date as far back as February 1904. These artifacts provide a priceless glimpse into the variety of community concerns, lives, and activities of the historic Gibson Grove Community.

12. Ensuring that MDOT and FHWA comply with their statutory obligations to assess the impacts of the Capital Beltway expansion project on the Morningstar Moses Cemetery and Hall is essential to Friends of Moses Hall's purpose. Friends of Moses Hall was formed, in part,

to protect the Cemetery and Hall against the threats posed by the project. Friends of Moses Hall's participation in this lawsuit furthers this specific purpose, as well as the organization's broader goals to protect, restore, and maintain the condition of the Cemetery site. Friends of Moses Hall is also concerned that this project will impact other cultural and environmental resources, increase water and air pollution, including increased particulate matter levels around the Cemetery. Such is an unacceptable trade-off for a project that will saddle drivers with millions of dollars in new tolls while ultimately failing to address the region's traffic congestion issues.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2023 in Cabin John, Montgomery County, Maryland.

*Charlotte Troup Leighton*

Charlotte Troup Leighton