UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

MARYLAND CHAPTER OF THE SIERRA CLUB, *et al.*,

    *Plaintiffs*,

v.

FEDERAL HIGHWAY ADMINISTRATION, *et al.*,

    *Defendants*.

No. 22-cv-2597 (DKC)

### DECLARATION OF JOSHUA TULKIN

I, Joshua Tulkin, do hereby affirm and state:

1. My name is Joshua Tulkin. I have personal knowledge of the matters stated herein.

2. I am the Director of the Maryland Chapter of Sierra Club. I have been employed at the Sierra Club for 12 years. My duties as Director include overseeing all campaign, electoral, and political work for the chapter, including our work challenging the addition of toll lanes to parts of Interstate 495 and Interstate 270.

3. The Sierra Club is a membership organization incorporated under the laws of California. It is recognized as a not-for-profit corporation under section 501(c)(4) of the United States Internal Revenue Code. The Sierra Club has 63 chapters nationwide, spread across every state in the country. These chapters represent the Sierra Club's interest within their territories.

4. The Sierra Club currently has hundreds of thousands of members nationwide, including more than 12,000 members in Maryland and nearly 4,000 members in Montgomery County, Maryland.

1

5. When someone becomes a member of the Sierra Club, they authorize the Sierra Club to take legal action on their behalf to protect the environment and public health.

6. The Sierra Club is dedicated to exploring, enjoying, and protecting the wild places of the earth; to practicing and promoting the responsible use of the earth's ecosystems and resources; to educating and enlisting humanity to protect and restore the quality of the natural and human environment; and to using all lawful means to carry out these objectives.

7. In support of this mission, the Sierra Club has long worked to advance sustainable and equitable transportation systems. As part of this work, the Sierra Club advocates for policies to electrify transportation systems, expand access to reliable and pollution-free public transportation, and discourage transportation systems that create sprawl. This advocacy involves commenting and engaging in project reviews under the National Environmental Policy Act and litigating against transportation policies and projects that are unsustainable and/or exacerbate environmental injustice. Such litigation has included challenges to federal rules weakening enforcement of vehicle fuel efficiency standards, *see New York v. NTHSA*, 974 F.3d 87 (2d Cir. 2020), as well as numerous challenges to highway expansion projects that would harm the environment or marginalized communities, *see, e.g., Sierra Club N. Star Chapter v. LaHood*, 693 F. Supp. 2d 958 (D. Minn. 2010); *Sierra Club v. U.S. Army Corps of Engineers*, 701 F.2d 1011 (2d Cir. 1983).

8. This challenge to the addition of toll lanes to parts of Interstate 495 and Interstate 270 furthers the Sierra Club's mission and its decades-long advocacy in support of sustainable and just transportation systems and against highway expansions that worsen pollution, promote sprawl, and harm environmental justice communities.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: June 5, 2023
Silver Spring, Maryland

Joshua Tulkin