UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| MARYLAND CHAPTER OF THE SIERRA CLUB, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, *et al.*,<br><br>*Defendants.* | No. 22-cv-2597<br><br>**DECLARATION OF IVAN ZAMA** |

I, Ivan Zama, declare as follows:

1. I am a palliative medicine physician and a member of the Sierra Club.

2. Since 2013, I've lived on Groton Road in Bethesda, Maryland. I live with my wife and three kids, who are 9, 11, and 15 years old.

3. Groton Road is a short street running east from Seven Locks Road towards I-495, the Beltway. My house is at the east end of the street. My backyard is separated from the Outer Loop of the Beltway by a soundwall.

4. I heard about the plan to widen and add toll lanes to the Beltway from a neighbor. Soon after, I joined Sierra Club because I heard they were fighting the project.

5. If Maryland and the federal government go through with widening the Beltway, it would move the highway closer to my home. I looked up my address (7700 Groton Road) on the "I-495 & I-270 MLS Interactive Map," which is on the project's website, https://oplanesmd.com/. The map shows that the "limits of disturbance" and

a soundwall would cut across a corner of my backyard. It looks like I would lose some of my property.

6. Even though there's a soundwall between my house and the Beltway, highway noise already bothers my family and me. You can hear it in the backyard and on the ground floor of the house, but it's louder on the second floor. Trucks and motorcycles are especially loud.

7. After we moved into our house, we upgraded all the windows from single pane to double pane to try to reduce the noise. The highway noise was still loud enough that two of my children who have upstairs bedrooms on the side of the house facing the highway had trouble sleeping. So I upgraded the windows in their rooms to triple pane. Overall, we spent thousands of dollars upgrading windows in our home. Despite that, you can still hear the highway, and it's still hard for my daughters to sleep sometimes. My 11-year-old daughter in particular sometimes wakes up in the middle of the night and isn't able to fall back asleep.

8. I'm worried that the project will make the highway noise worse at my house, especially in my daughters' upstairs bedrooms. Construction will probably be very noisy, and then the highway itself will be closer than it is now, with more cars.

9. I'm also concerned that widening the Beltway would expose my family and me to more air pollution. My kids play outside a lot. We have a basketball hoop and playground equipment in the backyard. I'm concerned about pollution from construction equipment and also about increasing pollution from having more cars on the Beltway. I don't understand why Maryland and the federal government didn't do

more to figure out how much harm the additional air pollution from this project would do to my family, my neighbors, and other people who live near the Beltway and I-270.

10. If this project goes forward, I'm worried it would hurt the value of my property. More noise, more pollution, closer traffic, and losing some of my yard seem like they would lower our home's value.

11. I understand that if Sierra Club wins this lawsuit and gets the relief it has asked for, Maryland and the federal government will have to reconsider the Beltway project and its impacts, including on air pollution. I support this lawsuit because I hope it makes Maryland and the federal government rethink and abandon this project.

I declare that the following is true and correct to the best of my knowledge, information, and belief.

Executed on March 20, 2023 in Bethesda, Maryland.

*[signature]*

Ivan Zama