IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| MARYLAND CHAPTER OF THE SIERRA CLUB, *et al.*,<br><br>                    *Plaintiffs*,<br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, *et al.*,<br><br>                    *Defendants*. | Civil Action No. DKC 22-2597 |
| NORTHERN VIRGINIA CITIZENS ASSOCIATION,<br><br>                    *Plaintiff*,<br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, *et al.*,<br><br>                    *Defendants*. | Civil Action No. DKC 22-3336 |

**[PROPOSED] ORDER ON CROSS-MOTIONS
FOR SUMMARY JUDGMENT**

Upon consideration of the cross-motions for summary judgment in these consolidated cases and all materials filed by the parties in support and opposition thereto, the Court hereby **DECLARES** that Defendants' issuance of the Final Environmental Impact Statement, Final Section 4(f) Determination, and Record of Decision for the toll lanes project at issue in this case violated the National Environmental Policy Act, Section 106 of the National Historic Preservation Act, and Section 4(f) of the Department of Transportation Act. For the reasons set forth in a Memorandum Opinion issued this day, the Court accordingly **ORDERS** as follows:

1

1. Plaintiffs' Joint Motion for Summary Judgment is **GRANTED** as to all claims for relief in the *Maryland Chapter Sierra Club* complaint, ECF No. 1.

2. Plaintiffs' Joint Motion for Summary Judgment is **GRANTED** as to the claim for relief in the *Northern Virginia Citizens Association* complaint, ECF No. 36.

3. State Defendants' Motion for Summary Judgment is **DENIED.**

4. Federal Defendants' Motion for Summary Judgment is **DENIED**.

5. Defendants' June 7, 2022 Final Environmental Impact Statement, June 7, 2022 Final Section 4(f) Determination, and August 25, 2022 Record of Decision at issue in this case are **VACATED AND REMANDED** to Defendants.

**SO ORDERED** this ___ day of _____, 202__.

_____
DEBORAH K. CHASANOW
United States District Judge