# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND CHAPTER OF THE SIERRA CLUB, et al.,<br>    *Plaintiffs*,<br><br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, et al.,<br><br>    *Defendants*. | Civil Action No. DKC 22-2597 |
| NORTHERN VIRGINIA CITIZENS' ASSOCIATION,<br><br>    *Plaintiff*,<br><br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, et al.,<br><br>    *Defendants*. | Civil Action No. DKC 22-3336 |

**FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT, OPPOSITION TO PLAINTIFFS' JOINT MOTION FOR SUMMARY JUDGMENT, AND REQUEST FOR HEARING**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 105-1, Defendants the Federal Highway Administration, Stephanie Pollack in her official capacity, and Gregory Murrill in his official capacity (together the "Federal Defendants") hereby cross-move for summary judgment as to all claims in the complaints filed by Plaintiffs Maryland Chapter of the Sierra Club, Friends of Moses Hall, National Trust for Historic Preservation, and Natural Resources Defense Council (Case No. 22-cv-2597), and Northern Virginia Citizens Association (Case No. 22-cv-3336).

Federal Defendants submit the attached memorandum in support of their cross motion. For the reasons stated in the attached memorandum, Federal Defendants request that this Court grant their cross-motion and deny the Plaintiffs' joint motion for summary judgment (ECF No. 46).

Pursuant to Local Rule 105.6, Federal Defendants request a hearing on this motion.

Dated: August 7, 2023

        Respectfully submitted,

        TODD KIM
        Assistant Attorney General

        By: */s/ Samuel R. Vice*
        SAMUEL R. VICE
        Trial Attorney
        Natural Resources Section
        Environment and Natural Resources Division
        U.S. Department of Justice
        P.O. Box 7611
        Washington, D.C. 20044-7611
        Tel: (202) 353-5540
        Email: samuel.vice@usdoj.gov

        FRANCES B. MORRIS
        Trial Attorney
        Natural Resources Section
        Environment and Natural Resources Division
        U.S. Department of Justice
        P.O. Box 7611
        Washington, D.C. 20044-7611
        Tel: (202) 514-2855
        Email: frances.morris@usdoj.gov

        *Counsel for Federal Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of August 2023 a copy of the foregoing Cross-Motion for Summary Judgment, Opposition to Plaintiffs' Motion for Summary Judgment, and attached Memorandum in Support has been electronically filed with the Clerk of Court and served on all registered parties via CM/ECF.

                                                          By: */s/ Samuel R. Vice*
                                                          SAMUEL R. VICE