# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND CHAPTER OF THE SIERRA CLUB, et al., <br>     *Plaintiffs*, <br><br>   v. <br><br> FEDERAL HIGHWAY ADMINISTRATION, et al., <br><br>     *Defendants*. | Civil Action No. DKC 22-2597 |
| NORTHERN VIRGINIA CITIZENS' ASSOCIATION, <br>     *Plaintiff*, <br><br>   v. <br><br> FEDERAL HIGHWAY ADMINISTRATION, et al., <br><br>     *Defendants*. | Civil Action No. DKC 22-3336 |

## [PROPOSED] ORDER ON
## CROSS-MOTIONS FOR SUMMARY JUDGMENT

  Upon consideration of the cross-motions for summary judgment filed by the parties in the above-captioned consolidated cases and all materials in support of and opposition thereto, the Court hereby **DENIES** Plaintiffs' Joint Motion for Summary Judgment and **GRANTS** Defendants' Cross-Motions for Summary Judgment. For the reasons set forth in a corresponding Memorandum Opinion, the Court hereby **ORDERS** as follows:

  (1) Plaintiffs' Joint Motion for Summary Judgment is **DENIED** as to all claims for relief

    in the complaint, ECF No. 1, filed by Plaintiffs Maryland Chapter of the Sierra Club,

Friends of Moses Hall, National Trust for Historic Preservation, and Natural Resources Defense Council;

(2) Plaintiffs' Joint Motion for Summary Judgment is **DENIED** as to the claim for relief in the complaint, ECF No. 36, filed by Plaintiff Northern Virginia Citizens Association;

(3) Federal Defendants' Cross-Motion for Summary Judgment is **GRANTED**; and

(4) State Defendants' Cross-Motion for Summary Judgment is **GRANTED**.

**SO ORDERED** this _____ day of _____, 202____.

_____
DEBORAH K. CHASANOW
United States District Judge