UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| Maryland Chapter of the Sierra Club, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>Federal Highway Administration, *et al.*,<br><br>*Defendants*. | Case No.: 8:22-cv-2597-DKC |
| Northern Virginia Citizens Association,<br><br>*Plaintiff*,<br>v.<br><br>Federal Highway Administration, *et al.*,<br><br>*Defendants*. | Case No.: 8:22-cv-03336-DKC |

**STATE DEFENDANTS' CROSS-MOTION FOR
SUMMARY JUDGMENT AND OPPOSITION TO
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

The State Defendants—the Maryland Department of Transportation and Paul J. Wiedefeld in his official capacity as Secretary of the Department—respectfully file this cross-motion for summary judgment in their favor on all claims in Plaintiffs' complaints. State Defendants also seek the denial of Plaintiffs' joint motion for summary judgment, which was filed on June 16, 2023 (ECF 46).

This case challenges agency action under the Administrative Procedure Act, 5 U.S.C. § 706. Plaintiffs and State Defendants agree that there are no genuine issues of material fact in dispute. For reasons explained in the accompanying memorandum of law, both State Defendants and their federal co-defendants are entitled to judgment as a matter of law. Thus, under Federal Rule of Civil Procedure 56, State Defendants' summary judgment motion should be granted.

State Defendants respectfully request a hearing on this motion.

Respectfully submitted,

Anthony G. Brown
Attorney General of Maryland

Linda M. DeVuono (Fed. Bar No. 08667)
Office of the Attorney General of Maryland
707 N. Calvert St., 4th Floor
Baltimore, MD 21202
Tel: (410) 530-9783
ldevuono@mdot.maryland.gov

*Counsel for Defendants Maryland Department of Transportation and Secretary Paul J. Wiedefeld*

_____/s/_____
Fred R. Wagner (Fed. Bar No. 15806)
Jay C. Johnson
Venable LLP
600 Massachusetts Ave., NW

Washington, DC 20001
Tel: (202) 344-4000
Fax: (202) 344-8300
Email: fwagner@venable.com
Email: jcjohnson@venable.com

*Special Counsel to the Attorney General of Maryland for Defendants Maryland Department of Transportation and Secretary Paul J. Wiedefeld*

## CERTIFICTE OF SERVICE

I hereby certify that on this 7th day of August, 2023, a copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

                                    /s/                    
                              Jay C. Johnson