UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| Maryland Chapter of the Sierra Club, *et al.*,<br><br>        *Plaintiffs*,<br> v.<br><br>Federal Highway Administration, *et al.*,<br><br>        *Defendants*. | Case No.: 8:22-cv-2597-DKC |
| Northern Virginia Citizens Association,<br><br>        *Plaintiff*,<br> v.<br><br>Federal Highway Administration, *et al.*,<br><br>        *Defendants*. | Case No.: 8:22-cv-03336-DKC |

**[PROPOSED] ORDER ON CROSS-MOTIONS
FOR SUMMARY JUDGMENT**

The Court has considered the cross-motions for summary judgment filed by Plaintiffs, State Defendants, and Federal Defendants, as well as the briefs in opposition and reply and the relevant parts of the agencies' administrative record.

On that basis, the Court **ORDERS**:

1. The motions for summary judgment filed by State Defendants and Federal Defendants are **GRANTED**.

2. The joint motion for summary judgment filed by Plaintiffs is **DENIED.**

**SO ORDERED**.

Date:

_____
Deborah K. Chasanow
United States District Judge