UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| Maryland Chapter of the Sierra Club, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>Federal Highway Administration, *et al.*,<br><br>*Defendants*. | Case No.: 8:22-cv-2597-DKC |
| Northern Virginia Citizens Association,<br><br>*Plaintiff*,<br>v.<br><br>Federal Highway Administration, *et al.*,<br><br>*Defendants*. | Case No.: 8:22-cv-03336-DKC |

**DECLARATION OF STEVE ARCHER**

1. My name is Steve Archer. I am the Acting Assistant Division Chief in the Environmental Planning Division for the Maryland Department of Transportation State Highway Administration ("SHA").

2. I have been working at SHA for 5 ½ years and a professional archeologist for 28 years. My primary job functions are ensuring SHA projects comply with Section 106 of the National Historic Preservation Act and associated laws and regulations.

3. Currently, SHA has an active project known as the Managed Lanes Study that will extend

managed toll lanes both ways along the I-495 Beltway from Virginia across the American Legion Bridge to the I-270 interchange. I have worked on the Managed Lanes Study since its creation.

4. I am familiar with the programmatic agreement associated with the Managed Lanes Study prepared in compliance with Section 106 of the National Historic Preservation Act. The programmatic agreement includes numerous stipulations in which SHA has agreed to work with consulting parties throughout the project stages. Specifically, under Stipulation V Section G, it states the mitigation and commitments SHA has agreed to complete in connection with the Morningstar Tabernacle No. 88 Moses Hall and Cemetery (the "Cemetery"). "MDOT SHA will conduct further studies prior to final design and construction adjacent to the cemetery as part of the treatment plan specified in Stipulation VII. Following completion of the studies in the treatment plan, MDOT SHA and [Federal Highway Administration] will provide the results of the studies to…relevant consulting parties."

5. In 2021, SHA conducted a cultural resource investigation at the Cemetery. Pursuant to "further studies prior to final design and construction adjacent to the cemetery as part of the treatment plan specified in Stipulation VII" of the programmatic agreement, SHA completed an additional archaeological survey in the Spring of 2023 of land within portions of SHA's right-of-way adjacent to the Cemetery. The results of the additional archaeological survey were provided to all relevant consulting parties in the Fall of 2023 ("Archaeological Report Number 560 (Addendum)").

6. Exhibit 1 is an accurate copy of the Report Abstract. Certain portions of the Report contain confidential information regarding the site and are not included in Exhibit 1.

However, the entire Report has been distributed to the consulting parties consistent with confidentiality protocols.

7. The Report shows that all probable or possible burials, and other features identified in the 2021 and additional 2023 surveys are located outside the Managed Lanes Study limit of disturbance and will not be impacted by the project as designed.

I declare that the following is true and correct to the best of my knowledge, information, and belief.

Executed on October 3, 2023 in Baltimore, MD.

_____
Steve Archer

# EXHIBIT 1

MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION
**ENVIRONMENTAL PLANNING DIVISION**
CULTURAL RESOURCES SECTION

*ARCHAEOLOGICAL REPORT NUMBER 560 (ADDENDUM)*

---

**ADDITIONAL DOCUMENTATION OF THE MORNINGSTAR TABERNACLE NO. 88 MOSES HALL AND CEMETERY (M:35-212) FOR THE I-495 & I-270 MANAGED LANES STUDY AND REMOTE SENSING OF THE MORNINGSTAR CEMETERY IN MONTGOMERY COUNTY, MARYLAND**

---



MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

**Project Number**
**AW073A13**
**August 2023**

# MARYLAND AND WASHINGTON, D.C. REPOSITORIES
# FOR MDOT SHA ARCHAEOLOGICAL REPORTS

**Department of Anthropology**
The American University
Battelle - Tompkins, Room T-21
4400 Massachusetts Avenue, N.W.
Washington, D.C. 20016

**Department of Anthropology**
Marist Hall, Room 8
Catholic University of America
Washington, D.C. 20064

**Maryland Historical Trust**
Maryland Department of Planning
100 Community Place
Crownsville, MD 21032-2023

**Jefferson Patterson Park & Museum**
10515 Mackall Road
St. Leonard, MD 20685

**National Park Service**
Regional Archaeology Program Laboratory
Museum Resources Center
3300 Hubbard Road
Landover, MD 20785

**St. Mary's City Commission**
Archaeology Division
P.O. Box 39
St. Mary's City, MD 20686

**Anthropology & Environmental Studies**
Washington College
300 Washington Avenue
Chestertown, MD 21620

**Edward H. Nabb Research Center for Delmarva History and Culture**
Salisbury University
1101 Camden Avenue PP 190
Salisbury, MD 21801

**Fairfax County Park Authority**
James Lee Center 2855
Annandale Road
Falls Church, VA 22042

**Maryland National Capital Park and Planning Commission**
Office of History and Archaeology
Needwood Mansion
6700 Needwood Road
Derwood, MD 20855
(Montgomery County reports only)

**Maryland National Capital Park and Planning Commission**
**Natural and Historic Resources Division**
801 Watkins Park Drive
Upper Marlboro, MD 20772
(Prince George's County reports only)

**C&O Canal National Historic Park**
National Park Service
Resources Management
1850 Dual Highway, Suite 100
Hagerstown, MD 21740
(Allegany County and Washington County reports only)

**Anne Arundel County Department of Planning & Code Enforcement**
Heritage Office Center
2664 Riva Road
MS-6402
Annapolis, MD 21401
(Anne Arundel County reports only)

**Calvert County Department of Planning and Zoning**
174 Main Street
Prince Frederick, MD 20678
(Calvert County reports only)

**St. Mary's County Office of Planning and Zoning**
P.O. Box 653
Leonardtown, MD 20650
(St. Mary's County reports only)

# ADDITIONAL DOCUMENTATION OF THE MORNINGSTAR TABERNACLE NO. 88 MOSES HALL AND CEMETERY (M:35-212) FOR THE I-495 & I-270 MANAGED LANES STUDY AND REMOTE SENSING OF THE MORNINGSTAR CEMETERY MONTGOMERY COUNTY, MARYLAND

### ARCHAEOLOGICAL REPORT NUMBER 560 (ADDENDUM)
Project Number AW073A13

*Prepared for:*



**MARYLAND DEPARTMENT OF TRANSPORTATION**
**STATE HIGHWAY ADMINISTRATION**
707 North Calvert Street
Baltimore, Maryland 21202

The information in this report is protected information under Section 304 of the National Historic Preservation Act, which protects sensitive information about historic properties from disclosure.

*Prepared by:*
Frank Mikolic, M.A., RPA
T.J. Horsley, Ph.D.

A.D. Marble
2200 Renaissance Boulevard, Suite 260
King of Prussia, Pennsylvania 19406

**August 2023**

**Abstract**

The Maryland Department of Transportation State Highway Administration (SHA) requested that A.D. Marble conduct additional cemetery documentation at the Morningstar Tabernacle No. 88 Moses Hall and Cemetery (M:35-212; hereafter, Morningstar Cemetery) in Montgomery County, Maryland. This survey supplements the work completed at the Morningstar Cemetery by A.D. Marble and Dovetail in 2021 (Falchetta et al. 2021). The project study area (hereafter called the archaeology survey area) is located within Maryland Archeological Research Unit 12, the Potomac Drainage, and includes the adjacent SHA Right-of-Way (SHA ROW) north of the Morningstar Cemetery and a triangular parcel adjacent to the western edge of the cemetery. Note that the SHA ROW includes all property owned by the State of Maryland for highway purposes, including shoulder, undeveloped access, and buffer areas, and does not refer specifically to the paved roadway. Tasks included archaeological monitoring of vegetation removal, limited documentation of surficial artifacts and features, and additional geophysical survey.

Limited documentation of surficial artifacts and features within the SHA ROW prior to mowing of the area identified seven loci of vessel glass within the western portion and a cluster of rocks within the eastern portion. A total of 22 vessel glass loci were identified on the surface and included a mix of beer, soda, milk, liquor, and wine bottles, as well as jars and the fragment of a glass coin bank from the 1939 New York World's Fair. These vessels date primarily to the mid- to late twentieth century, with two bottles potentially dating to the nineteenth century. Given the amount of dumping and roadway debris present on the surface of the SHA ROW, and the fact that they were found scattered across the surface, the context of these bottles is not clear. They could be associated with a combination of activities, including roadway litter and/or Moses Hall. A cluster of tabular-shaped rock was also identified within the eastern portion of the SHA ROW between the fenceline and drainage gulley. These appear to be disarticulated and are likely associated with construction of the roadway and gulley; however, they may also represent the remnants of a cemetery wall marking the northern edge of the cemetery.

The current geophysical survey of the SHA ROW by Horsley Archaeological Prospection, LLC (HAP), identified a total of 27 anomalies, including two probable burials, 24 possible burials, and one linear anomaly. This linear anomaly has been interpreted as marking the western extent of the Morningstar Cemetery. No anomalies that could be interpreted as burials were identified within the eastern portion of the SHA ROW archaeology survey area. This area is level with the Capital Beltway (I-495) roadway and contains an incised drainage gulley. The anomalies interpreted to be probable, possible, and other features/disturbances were concentrated within the central and western portions of the archaeology survey area within the SHA ROW. These are located between the linear anomaly marking the western extent of the Morningstar Cemetery and where the landform slopes down to the east and the gulley.

Following the 2021 survey, the Board of Trustees of Morningstar Tabernacle Number 88, Inc., acquired a triangular parcel bordering the western edge of the Morningstar Cemetery. This enabled the parcel to be surveyed by HAP. Between 18 and 21 possible burials are identified within the parcel. However, some uncertainty exists within this area, as some of these anomalies could represent two separate sections of a single burial. The survey noted that the burials may extend beyond the parcel to the west.

Based on the results of the 2021 and 2023 surveys, including a slight reevaluation and correction of the earlier data, the ground-penetrating radar (GPR) surveys have identified a total of 192 probable burials and up to 241 possible burials, totaling 433 within the area of the GPR survey. Another 150 anomalies have also been identified as other features/disturbances; some may be related to unmarked graves, but are likely due to other, unrelated activities. All probable burials, possible burials, and other features/disturbances identified by both the 2021 and 2023 survey are located outside of the 2022 Final Environmental Impact Statement (FEIS) Managed Lanes Study project limit of disturbance (LOD) and will not be impacted by the project as designed.

# TABLE OF CONTENTS

Abstract ............................................................................................................................. i
Table of Contents ............................................................................................................ iii
List of Figures ................................................................................................................. iv

**1.0 INTRODUCTION** ..................................................................................................**1**
**2.0 ARCHAEOLOGY SURVEY AREA AND ENVIRONMENTAL BACKGROUND** .....**5**
   2.1 Archaeology Survey Area Description ..............................................................5
   2.2 Environmental Context .......................................................................................9
      2.2.1 Soils ..............................................................................................................9
**3.0 SUMMARY OF 2021 INVESTIGATIONS** ..........................................................**11**
   3.1 Documentation and Mapping ...........................................................................11
   3.2 Geophysical Investigations at Morningstar Cemetery .....................................11
**4.0 RESEARCH DESIGN AND METHODS** ............................................................**16**
   4.1 Archaeological Monitoring Methodology .......................................................16
   4.2 Cemetery Documentation Methodology .........................................................16
   4.3 Geophysical Survey Methodology ...................................................................16
      4.3.1 Interpretation of GPR Data .........................................................................17
      4.3.2 Limitations of GPR ....................................................................................18
**5.0 PROJECT RESULTS** ............................................................................................**19**
   5.1 Archaeological Monitoring and Modern Material Removal ...........................19
   5.2 Documentation Results ....................................................................................19
   5.3 Geophysical Survey Results .............................................................................32
      5.3.1 SHA ROW ..................................................................................................38
      5.3.2 Triangular Parcel ........................................................................................39
**6.0 SUMMARY AND RECOMMENDATIONS** .......................................................**44**

References

Appendix A – Qualifications of the Investigators
Appendix B – Additional Geophysical Survey Report for the Morningstar Tabernacle
         No. 88 Order of Moses Cemetery
Appendix C – Vessel Glass Loci Identified on the Surface