UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND CHAPTER OF THE SIERRA CLUB, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> FEDERAL HIGHWAY ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Civil Action No. DKC 22-2597 |
| NORTHERN VIRGINIA CITIZENS' ASSOCIATION, <br><br> *Plaintiff*, <br> v. <br><br> FEDERAL HIGHWAY ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Civil Action No. DKC 22-3336 |

**JOINT MOTION TO EXTEND DEADLINE FOR FILING JOINT APPENDIX**

The Parties in the above-captioned cases have completed briefing on their cross-motions for summary judgment. Under the Court's briefing schedule, the Parties must file a Joint Appendix containing those portions of the Administrative Record cited in their cross-motions by October 18, 2023. ECF No. 44.

The Parties jointly request that the Court extend the October 18 deadline to file the Joint Appendix until October 30, 2023. Good cause supports this request. Since summary judgment briefing completed, the Parties have conferred and exchanged proposed lists regarding the contents of the Joint Appendix. The Parties have also requested a status conference to seek the Court's preferences regarding their submission of the Joint Appendix. The Parties' proposed

extension would allow time for a status conference to be scheduled (should the Court decide to hold such a conference) and for the Parties to compile and submit the Joint Appendix pursuant to the Court's instructions.

Respectfully Submitted,

/s/ Peter J. DeMarco
Peter J. DeMarco (D. Md. Bar No. 19639)
Jared E. Knicley (D. Md. Bar No. 18607)
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
Telephone: (202) 513-6267
Facsimile: (415) 795-4799
Email: pdemarco@nrdc.org
Email: jknicley@nrdc.org

Atid Kimelman (CA Bar No. 344993)
(admitted *pro hac vice*)
Nanding Chen (CA Bar No. 348808)
(admitted *pro hac vice*)
Natural Resources Defense Council
111 Sutter Street, Floor 21
San Francisco, CA 94104
Telephone: (202) 469-8230
Facsimile: (415) 795-4799
Email: akimelman@nrdc.org
Email: nchen@nrdc.org

*Counsel for Plaintiffs Maryland Sierra Club, Friends of Moses Hall, National Trust for Historic Preservation in the United States, and Natural Resources Defense Council*

/s/Andrea Ferster
Andrea Ferster (DC Bar No. 384648)
(admitted *pro hac vice*)
Attorney at Law
2121 Ward Court, N.W. 5th Fl.
Washington, D.C. 20037
Telephone: (202) 974-5142
Email: aferster@railstotrails.org

(signed by Peter J. DeMarco with
permission from Andrea Ferster)

*Counsel for Plaintiffs Maryland Sierra Club and
Northern Virginia Citizens' Association*


/s/ Elizabeth S. Merritt
Elizabeth S. Merritt (DC Bar No. 337261)
(admitted *pro hac vice*)
Deputy General Counsel
National Trust for Historic Preservation
600 14th Street NW, Suite 500
Washington, DC 20005
Telephone: (202) 297-4133
Facsimile: (202) 588-6272
Email: emerritt@savingplaces.org
(signed by Peter J. DeMarco with
permission from Elizabeth S. Merritt)

*Counsel for Plaintiff National Trust for
Historic Preservation in the United States*


TODD KIM
Assistant Attorney General

By: */s/ Samuel R. Vice*
SAMUEL R. VICE
FRANCES B. MORRIS
Trial Attorneys
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 353-5540
Email: samuel.vice@usdoj.gov
Email: frances.morris@usdoj.gov
(signed by Peter J. DeMarco with
permission from Samuel R. Vice)


*Counsel for Federal Defendants*

Anthony G. Brown
Attorney General of Maryland

Linda M. DeVuono (Fed. Bar No. 08667)
Office of the Attorney General of Maryland
707 N. Calvert St., 4th Floor
Baltimore, MD 21202
Tel: (410) 530-9783
ldevuono@mdot.maryland.gov

*Counsel for Defendants Maryland*
*Department of Transportation and Secretary Paul J. Wiedefeld*

_____/s/_____
Fred R. Wagner (Fed. Bar No. 15806)
Jay C. Johnson
Venable LLP
600 Massachusetts Ave., NW
Washington, DC 20001
Tel: (202) 344-4000
Fax: (202) 344-8300
Email: fwagner@venable.com
Email: jcjohnson@venable.com
(signed by Peter J. DeMarco with
permission from Fred R. Wagner)

*Special Counsel to the Attorney General of Maryland for Defendants Maryland*
*Department of Transportation and Secretary Paul J. Wiedefeld*