IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| MARYLAND CHAPTER OF THE SIERRA CLUB, *et al.*,<br><br>                   *Plaintiffs*,<br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, *et al.*,<br><br>                   *Defendants*. | Civil Action No. DKC 22-2597 |
| NORTHERN VIRGINIA CITIZENS ASSOCIATION,<br><br>                   *Plaintiff*,<br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, *et al.*,<br><br>                   *Defendants*. | Civil Action No. DKC 22-3336 |

**[PROPOSED] ORDER EXTENDING DEADLINE FOR FILING JOINT APPENDIX**

Upon consideration of the Parties' Joint Motion to Extend the Deadline for Filing the Joint Appendix, the Court **ORDERS** that the Motion is GRANTED and the Joint Appendix is now due October 30, 2023.

**SO ORDERED** this ___ day of _____, 202__.

_____
DEBORAH K. CHASANOW
United States District Judge