UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND CHAPTER OF THE SIERRA CLUB, *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, *et al.*,<br><br>      *Defendants*. | Civil Action No. DKC 22-2597 |
| NORTHERN VIRGINIA CITIZENS' ASSOCIATION,<br><br>      *Plaintiff*,<br><br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, *et al.*,<br><br>      *Defendants*. | Civil Action No. DKC 22-3336 |

**NOTICE OF FILING OF JOINT APPENDIX**

  The Parties in the above-captioned consolidated cases hereby submit a joint appendix to the cross-motions for summary judgment filed by Plaintiffs, State Defendants, and Federal Defendants. The Parties jointly prepared the appendix and agree that the appendix contains all documents in the Administrative Record that they have cited or otherwise relied on in their summary judgment briefing. The table below identifies the documents contained in this Joint Appendix. To accommodate file sizes, Plaintiffs will be filing the Joint Appendix documents on CM/ECF in volumes, with each volume constituting a separate CM/ECF filing event. State Defendants are also providing a hard drive containing the Joint Appendix to the Court's chambers.

| Doc No. | AR Range | Document Title | Document Date |
|---|---|---|---|
| **Joint Appendix Volume 1** | | | |
| 1. | 1-220 | Record of Decision | August 25, 2022 |
| 2. | 221-701 | Final Environmental Impact Statement (FEIS) | June 2022 |
| **Joint Appendix Volume 2** | | | |
| 3. | 702-1501 | Appendix A - Final Traffic Analysis Technical Report | June 2022 |
| 4. | 1502-2024 | Appendix B - MDOT SHA's Draft Application for Interstate Access Point Approval (IAPA) | June 2022 |
| 5. | 4319-4690 | Appendix C - Final COVID-19 Travel Analysis & Monitoring Plan | June 2022 |
| **Joint Appendix Volume 3** | | | |
| 6. | 5098-5135 | Appendix E - Environmental Resource Mapping | June 2022 |
| 7. | 5136-5617 | Appendix F - Final Community Effects Assessment and Environment Justice Analysis Technical Report | June 2022 |
| 8. | 5618-5702 | Appendix G - Final Section 4(f) Evaluation | June 2022 |
| 9. | 5703-5776 | Appendix H - Final Visual Impact Assessment | June 2022 |
| **Joint Appendix Volume 4** | | | |
| 10. | 5777-6651 | Appendix I - Cultural Resources Technical Report Volume 1: Overview and Effects Assessment | June 2022 |
| 11. | 7424-8215 | Appendix I - Cultural Resources Technical Report Volume 3: Architectural Historic Properties Identification Part 2 | June 2022 |
| **Joint Appendix Volume 5** | | | |
| 12. | 13563-14282 | Appendix I - Cultural Resources Technical Report Volume 8 and Volume 9 | January 2022 |

| 13. | 14283-14322 | Appendix J - Programmatic Agreement | May 17, 2022 |
| 14. | 14323-14573 | Appendix K - Final Air Quality Technical Report | June 2022 |
| 15. | 14914-15086 | Appendix M - Final Natural Resources Technical Report | June 2022 |
| 16. | 17681-17780 | Appendix N - Final Avoidance, Minimization, and Impacts Report | June 2022 |
| 17. | 19791-19891 | Appendix P - JPA: Final Avoidance, Minimization, and Impacts Report | May 2022 |
| 18. | 21108-21193 | Appendix Q - Final Indirect and Cumulative Effects Technical Report | June 2022 |
| **Joint Appendix Volume 6** | | | |
| 19. | 21194-21333 | Appendix R - Final Public Involvement and Agency Coordination Technical Report | June 2022 |
| 20. | 22044-22210 | Appendix T - Supplemental Draft Environmental Impact Statement (SDEIS) Agency Comments and Responses - T.1.B | June 2022 |
| 21. | 22211-22445 | Appendix T - Draft Environmental Impact Statement Community Organization Comments and Responses - T.2.A Volume 1 | June 2022 |
| 22. | 22446-22633 | Appendix T - Draft Environmental Impact Statement Community Organization Comments and Responses - T.2.A Volume 2 | June 2022 |
| **Joint Appendix Volume 7** | | | |
| 23. | 22634-22748 | Appendix T - Draft Environmental Impact Statement Community Organization Comments and Responses - T.2.A Volume 3 | June 2022 |
| 24. | 22749-22944 | Appendix T - Supplemental Draft Environmental Impact Statement Community Organization Comments and Responses - T.2.B Volume 1 | June 2022 |

| | | | |
|---|---|---|---|
| 25. | 22945-23041 | Appendix T - Supplemental Draft Environmental Impact Statement Community Organization Comments and Responses - T.2.B Volume 2 | June 2022 |
| 26. | 27121-27125 | Appendix U - Final Environmental Assessment Form | June 2022 |
| 27. | 27343-27630 | I-495 & I-270 Managed Lanes Study, Supplemental Draft Environmental Impact Statement and Updated Draft Section 4(f) Evaluation | October 2021 |
| **Joint Appendix Volume 8** | | | |
| 28. | 27631-27918 | I-495 & I-270 Managed Lanes Study, Supplemental Draft Environmental Impact Statement and Updated Draft Section 4(f) Evaluation (With Updated Table ES-1 on Pg. ES-13) | October 2021 (Revised November 10, 2021) |
| 29. | 27919-28126 | Appendix A - Supplemental Draft Environmental Impact Statement and Updated Draft Section 4(f) Evaluation: Traffic Evaluation Memorandum Alternative 9 - Phase 1 South | October 2021 |
| 30. | 32153-32192 | Appendix D - Environmental Resource Mapping | October 2021 |
| 31. | 35712-36065 | I-495 & I-270 Managed Lanes Study, Draft Environmental Impact Statement and Updated Draft Section 4(f) Evaluation | June 2020 |
| 32. | 36066-36115 | Appendix A - Purpose and Need | November 2018 |
| **Joint Appendix Volume 9** | | | |
| 33. | 36558-38113 | Appendix C - Traffic Analysis Technical Report | May 2020 |
| **Joint Appendix Volume 10** | | | |
| 34. | 38330-38575 | Appendix E - Community Effects Assessment and Environmental Justice Analysis | May 2020 |
| 35. | 38576-38975 | Appendix F - Draft Section 4(f) Evaluation | May 2020 |

| | | **Joint Appendix Volume 11** | |
|---|---|---|---|
| 36. | 44910-46849 | Appendix I - Air Quality Technical Report | May 2020 |
| 37. | 55593-55594 | DOT, Notice of Intent to Prepare Environmental Impact Statement | March 16, 2018 |
| 38. | 55844-55845 | I-495 & I-270 Managed Lanes Study, Interagency Working Group Meeting #1 Notes | March 14, 2018 |
| 39. | 55855 | FHWA Coordination Meeting Agenda | March 20, 2018 |
| 40. | 55881-55907 | I-495 & I-270 Managed Lanes Study, Interagency Working Group Meeting #1 Presentation | March 14, 2018 |
| 41. | 55930 | FHWA Coordination Meeting Agenda | April 3, 2018 |
| 42. | 56083-56084 | Tolling Considerations - Attachment to Donna Sherman's April 6, 2018 "I-495 & I-270 Success Management Workshop" Email | April 6, 2018 |
| 43. | 56093 | FHWA Coordination Meeting Agenda | April 17, 2018 |
| 44. | 56563 | FHWA Coordination Meeting Agenda | May 1, 2018 |
| 45. | 56583-56602 | I-495 & I-270 Managed Lanes Study, Interagency Working Group Meeting #2 Presentation | April 12, 2018 |
| 46. | 57883 | FHWA Coordination Mtg Agenda | June 5, 2018 |
| 47. | 57903-57915 | I-495 & I-270 Managed Lanes Study, Agency Coordination Plan | May 16, 2018 |
| 48. | 58440 | FHWA Coordination Meeting Agenda | June 19, 2018 |
| 49. | 59935-59936 | MDOT SHA/FHWA Coordination Meeting Notes | August 21, 2018 |
| 50. | 61422-61426 | I-495 & I-270 Managed Lanes Study, Interagency Working Group Meeting #6 Notes | October 17, 2018 |
| 51. | 62446 | Email from Caryn Brookman Re: Air Quality Call with Petra Jacobs | December 21, 2018 |

| 52. | 64813-64842 | I-495 & I-270 Managed Lanes Study, Interagency Working Group Meeting #9 Presentation | April 10, 2019 |
|---|---|---|---|
| 53. | 76253-76285 | VDOT 495 NEXT - NPS George Washington Memorial Parkway Coordination Meeting Presentation | December 16, 2019 |
| 54. | 117460-117461 | I-495 & I-270 Managed Lanes Study MDOT SHA/FHWA Coordination Meeting Notes | March 10, 2020 |
| 55. | 117538-117546 | Email from Steve Archer to Charlotte Troup Leighton and Richard Ervin Re: Moses Hall Cemetery cleanup/meeting | April 4, 2020 |
| 56. | 118985 | *The Washington Post* News Article, "'Aunt Emma' Jones Dies at Cabin John" | June 30, 1936 |
| 57. | 119296-119297 | I-495 & I-270 Managed Lanes Study, MDOT SHA/FHWA Coordination Meeting Notes | April 21, 2020 |
| 58. | 131349-131358 | EPA Signed Technical Support Document for the Review of the 1997 8-Hour Ozone NAAQS, 2008 8-hour ozone NAAQS, and the 2015 8-hour ozone NAAQS Conformity Determinations of the FY 2021-2024 TIP and Visualize 2045 LRTP | May 5, 2020 |
| 59. | 131392-131393 | FHWA Email Chain Re: Regional Air Quality Conformity – MLS | June 2020 |
| 60. | 135084-135089 | MDOT Correspondence to Senators Lee and Young | September 28, 2020 |
| 61. | 135914-135916 | Letter from Ian Fisher (Jill Grant & Associates LLC) to MDOT SHA Re: I-495 & I-270 Managed Lanes Study DEIS Traffic Files/Data | October 15, 2020 |
| 62. | 135999-136000 | MDOT Letter to Ian Fisher (Jill Grant & Associates LLC) Re: Request Pursuant to Maryland Public Information Act GP § 4-101 et seq. | October 14, 2020 |
| 63. | 136152-136155 | Email from Keilyn Perez to Jitesh Parikh Re: I-495 & I-270 Managed Lanes Study DEIS Traffic Files/Data | October 21, 2020 |

| 64. | 136264-136266 | Email from Jitesh Parikh to Ian Fisher (Jill Grant & Associates LLC), Lida Choplin, MDOT, Lindsey Mendelson, Paula Posas, Mary Clemmensen, Brock Miller and Jeanette Mar Re: I-495 & I-270 Managed Lanes Study DEIS Traffic Files/Data | October 23, 2020 |
|---|---|---|---|
| **Joint Appendix Volume 12** | | | |
| 65. | 136908-137120 | Lisa Choplin, Jeanette Mar, Jack Dinne and Steve Hurt Comments on DEIS, 4(f), and JPA | November 6, 2020 |
| 66. | 141256-141267 | U.S. Army Corps of Engineers Letter to Caryn Brookman Re: Application CENAB-OPR-MN (MDOT SHA/1-495 1-270 Managed Lane Study) 2018-02152-M15 | December 3, 2020 |
| 67. | 141810-141818 | I-495 & I-270 Managed Lanes Study, Interagency Working Group Meeting No. 13 Notes | January 27, 2021 |
| 68. | 145073-145075 | Email from Steve Archer to Paige Whitley, Richard Ervin, Julie Schablitsky and Matt Manning Re: Maguire Funeral Home 1964 Payout With Condemned Land Abutting Morningstar Tabernacle No. 88 Cemetery & Hall | April 22, 2021 |
| 69. | 145782-145785 | FHWA and DOT Email Chain Re: Air Quality Conformity Question | May 2021 |
| 70. | 146294-146295 | Email from Jitesh Parikh to Diane Mobley and Lev Gabrilovich Re: MLS AQ Conformity Internal Meeting Information | May 19, 2021 |
| 71. | 146616 | Email from Alan Whittemore Re: Plummer's Island History | May 26, 2021 |
| 72. | 146617-146619 | *Science* (Vol. 204) Article, "Lichen Growth Responses to Stress Induced by Automobile Exhaust Pollution" (Attachment to Alan Whittemore's May 26, 2021 Email) | April 27, 1979 |

| 73. | 147665-147667 | Email Chain Between Julie Schablitsky and Steve Archer Re: FHWA input on MLS/Morningstar Cemetery Effect Determination | June 15, 2021 |
|---|---|---|---|
| 74. | 148221-148224 | Friends of Moses Hall Comments on the Supplemental Cultural Resources and Technical Report and Archaeological Monitoring for the I-495 & I-270 Managed Lanes Study for Morningstar Tabernacle No. 88 Moses Hall and Cemetery | June 28, 2021 |
| 75. | 153086-153094 | Draft Proactive Engagement and P3 Communications Strategy, Morningstar Cemetery Communications Strategy | Undated |
| 76. | 154634-154640 | I-495 & I-270 Managed Lanes Study Cooperating Agency SDEIS Comment Review Meeting Notes | September 1, 2021 |
| 77. | 155109-155138 | MDOT New American Legion Bridge I-270 to I-70 Traffic Relief Plan, Fairfax County Board of Supervisors Transportation Committee Meeting Presentation | September 28, 2021 |
| 78. | 155831-155912 | Dissertation Submitted by Alexandra Jones, UC-Berkeley, Titled "Gibson Grove Gone But Not Forgotten: The Archeology of an African American Church" | Spring 2010 |
| 79. | 156115-156118 | Friends of Moses Hall Letter to Steve Archer Re: Report on Geophysical Surveys and GPR Presentation | October 8, 2021 |
| 80. | 156196-156197 | Email Chain Between Christine Sutkowski to James Guinther, Carlos Brown, Jeff Roberta, Kenneth Bauer and Catherine Robbins Re: VDOT SDEIS comment - Live Oak Drive | October 2021 |
| 81. | 157199-157200 | Email from Steve Archer to David Clarke Re: Section 106 Comments on the I-495 & I-270 Managed Lane Study | November 2, 2021 |

| 82. | 158545-158548 | EPA Letter to FHA and MDOT Re: I-495 & I-270 Managed Lanes Study, Supplemental Draft Environmental Impact Statement and Updated Draft Section 4(f) Evaluation CEQ# 20210149 | November 30, 2021 |
|---|---|---|---|
| 83. | 158557-158739 | Comments on I-495 & I-270 Managed Lane Study Supplemental Draft Environmental Impact Statement and Updated Draft Section 4(f) Evaluation, Submitted by the City of Rockville, Sierra Club Maryland Chapter, Audubon Naturalist Society and Other Organizations | November 30, 2021 |
| 84. | 159154-159165 | Maryland State Treasurer Review of Proposed Public-Private Partnership | July 9, 2021 |
| 85. | 159731-159748 | Maryland-National Capital Park and Planning Commission Letter to FHA and MDOT SHA Re: I-495 & 270 Managed Lanes Study – Supplemental Draft Environmental Impact Statement | November 30, 2021 |
| 86. | 159972-159974 | Email from Steve Archer to Matt Manning Re: LOD Above Live Oak | December 13, 2021 |
| 87. | 159975-159976 | Email from James Guinther to Bryan Townsend, Christine Sutkowski and Carlos Brown Re: VDOT SDEIS Comment - Live Oak Drive | October 11, 2021 |
| 88. | 160595-160601 | Sierra Club Maryland Chapter Letter to FHA and MDOT Re: I-495 & I-270 Managed Lanes Study Supplemental Draft Environmental Impact Statement (SDEIS) | January 4, 2022 |
| 89. | 161295-161310 | Friends of Moses Hall Letter to MDOT Re: Draft Programmatic Agreement and No Adverse Effects Finding for Morningstar Tabernacle No. 88 Moses Hall and Cemetery, Cabin John, MD | February 3, 2022 |

| 90. | 161429-161433 | Maryland Historical Trust Letter to MDOT Re: I-495 & I-270 Managed Lanes Study (MLS) Montgomery and Prince George's Counties, Maryland MDOT SHA Project No. AW073C12 | February 4, 2022 |
| --- | --- | --- | --- |
| 91. | 163466-163479 | McLean Citizens Association 495 Express Lanes Northern Extension Project VDOT Presentation | February 8, 2022 |
| 92. | 163480-163495 | McLean Citizens Association, New American Legion Bridge I-270 to I-70 Traffic Relief Plan Presentation | February 8, 2022 |
| 93. | 166581-166587 | I-270 & I-495 Managed Lane Study, IAPA Comments, IAPA Technical Report Errata Sheet | February 4, 2022 |
| 94. | 167482 | I-495 and I-270 P3 Program Phase I, Conceptual Guide Signing Plan | Undated |
| 95. | 167678-167695 | I-270 & I-495 Managed Lane Study, IAPA comments - IAPA Technical Report Errata Sheet - FHWA Comments | February 4, 2022 |
| 96. | 169477-169497 | U.S. v. Certain Parcels of Land in Montgomery County (Maryland Civil Case No. 10676), Complaint | June 24, 1958 |
| 97. | 173462-173470 | Friends of Moses Hall Letter to MDOT Re: I-495 and I-270 MLS Section on 106 Materials, PA Third Draft - Archaeological Treatment Plan (Attachment 5) and Cultural Resources Treatment Plan (Attachment 4) | May 2, 2022 |
| 98. | 174407-174459 | MDOT SHA Design Exception Request Form – DE09 | May 27, 2022 |
| 99. | 174492-174496 | Email Chain Between MDOT, U.S. Army Corps of Engineers, C&O Canal National Historic Park, and National Park Service Re: Plummers Island Piers | May 2022 |
| 100. | 174746-174755 | Email Chain Between Matthew Harrell and Ali Nomani Re: I-495 Express Lanes Northern Extension Project Update #5 - May 11, 2022 | May-June 2022 |

10

| 101. | 174756 | VDOT Next Mapping with Op Lanes Map | Undated |
|---|---|---|---|
| 102. | 174838-174866 | Summary of American Legion Bridge Conceptual Design and Avoidance and Minimization | June 3, 2022 |
| 103. | 174970-174984 | I-270 & I-495 Managed Lane Study, Section 106 Programmatic Agreement Draft #3 Comment Table | Undated |
| 104. | 175918-175920 | Jill Grant & Associates LLC Letter to MDOT Re: I-495 & I-270 Managed Lanes Study DEIS Traffic Files/Data | June 29, 2022 |
| 105. | 177560-177584 | Exhibit J - 2021-08-20 Washington Biologists' Field Club on Plummers Island, Maryland Historical Trust Determination of Eligibility Form | August 20, 2021 |
| 106. | 177621-177649 | Exhibit E - Roselie Ann Bright, Sc.D., M.S. Letter to Josh Tulkin and the Sierra Club Maryland Chapter Re: Comments on FEIS's Lack of a Serious Analysis of Impacts to Public Health | July 14, 2022 |
| 107. | 177664-177674 | Exhibit G - Zamurs and Associates, LLC Report on the FEIS and Response to Comments | June 2022 |
| 108. | 177760-177829 | Comments on I-495 & I-270 Managed Lane Study Final Environmental Impact Statement and Final Section 4(f) Evaluation, Submitted by the City of Rockville, Sierra Club Maryland Chapter, Audubon Naturalist Society and Other Organizations | July 18, 2022 |
| 109. | 177868 | VDOT Next Mapping with Op Lanes Map Dimensions (With Annotations) | Undated |
| 110. | 177978-177980 | Email from Rodney Hill to Walter Miller, Don MacLean and Bryan Townsend Re: Complementary Responses to Questions and Comments - Live Oak Drive Meeting | July 22, 2022 |

| 111. | 178598-178626 | VDOT Letter to Supervisor Foust, Senator Favola and Delegate Murphy Re: Responses to Questions from Foust, Favola and Murphy | July 29, 2022 |
|---|---|---|---|
| 112. | 178647-178671 | Exhibit B - Smart Mobility Report: Review of Maryland I-495 & I-270 Managed Lanes Final Environmental Impact Statement and Final Section 4(f) Evaluation | July 2022 |
| 113. | 178681-178718 | Exhibit B - Smart Mobility Report: Review of Maryland I-495 & I-270 Managed Lanes Final Environmental Impact Statement and Final Section 4(f) Evaluation (With Appendices) | July 2022 |
| 114. | 179466-179468 | Email from Jitesh Parikh to Keilyn Peres, Jeanette Mar, Sharon Vaughn-Fair and Christopher Hansen Re: FW Governor Hogan Calls on President Biden, Secretary Buttigieg to Reverse Federal Highway Administration Decision to Delay Traffic Relief Plan for American Legion Bridge and Capital Beltway | August 5, 2022 |
| 115. | 179750-179753 | Memorandum from Don Pickrell and Scott Smith to Gloria Shepherd and Gregg Fleming Re: INFORMATION: I-495 & I-270 Managed Lanes Study, Review of MTOC Comments and Proposed Response | August 15, 2022 |
| 116. | 179967-179982 | MDOT SHA Response Letter to Questions from the McLean Citizens Association Transportation Committee | August 19, 2022 |
| 117. | 186884 | Email from Stephanie Pollack to FHWA Re: Follow Up to Maryland I-495/I-27 MLS FEIS Briefing | June 8, 2022 |
| 118. | 186887-186888 | I-495 & I-270 Managed Lanes Study, CEEJHLab Discussion Meeting Summary | October 20, 2021 |
| 119. | 189217-189230 | George Washington Memorial Parkway Interchange Renderings Binder V3 | Undated |
| 120. | 189231-189241 | I-495 & I-270 Managed Lanes Study, NPS Coordination Presentation - Draft George Washington Memorial Parkway Geometric Design | March 4, 2021 |

| 121. | 189242-189247 | I-495 & I-270 Managed Lanes Study, NPS Coordination Presentation - Draft George Washington Memorial Parkway History Slides | March 4, 2021 |
|---|---|---|---|
| 122. | 189303-189336 | Virginia Department of Transportation, Public Information Meeting, Draft Presentation | September 29, 2021 |
| 123. | 189584-189585 | MDOT Letter to Craig Simoneau Re: request Pursuant to the Maryland Public Information Act, GP § 4-101 et seq. | October 13, 2022 |
| 124. | 189586-189590 | MDOT Letter to Christina McClintock Re: Pursuant to the Maryland Public Information Act, GP § 4-101 et seq. | July 14, 2022 |
| **Joint Appendix Volume 13** ||||
| 125. | 189812-189860 | I-495 & I-270 Managed Lanes Study, MLS Administrative Draft - DEIS Agency Comments Errata Sheet - FHWA Comments | Undated |
| 126. | 189877-189878 | I-495 & I-270 Managed Lanes Study, Administrative Draft – Supplemental DEIS Errata Sheet | Undated |
| 127. | 189890 | FWS Email Chain Re: Update on Air Quality Modeling for I495/I270 MLS Project | July 2021 |
| 128. | 189916-189936 | Friends of Moses Hall Letter to MDOT and FHA Re: Final Environmental Impact Statement for I-495 & I-270 Managed Lanes Study Morningstar Moses No. 88 Cemetery and Hall Site, Cabin John, Montgomery County, Maryland | July 15, 2022 |
| 129. | 191874-191886 | "The Concentration-Response Between Long-Term PM2.5 Exposure and Mortality" by Alina Vodonos et al. | August 1, 2018 |
| 130. | 193008-193019 | "Induced Vehicle Travel in the Environmental Review Process" by Jamey M. B. Volker et al. | Undated |
| 131. | 193102-193117 | "Influence of Roadway Emission on Near-Road $PM_{2.5}$" by Anondo Mukherjee et al. | July 2, 2020 |

| 132. | 193221-193224 | *The New England Journal of Medicine*, "The Need for a Tighter Particulate-Matter Air-Quality Standard" | August 13, 2020 |
|---|---|---|---|
| 133. | 193536-193546 | "Monitoring Study of the Near Road $PM_{2.5}$ Concentrations in Maryland" by Helen Ginzburg et al. | August 14, 2015 |
| 134. | 196360-197556 | *EPA*, "Integrated Science Assessment for Particulate Matter" | December 2019 |
| **Joint Appendix Volume 14** | | | |
| 135. | 198348-198489 | Draft Appendix B - American Legion Bridge Strike Team Report | April 9, 2021 |
| 136. | 198490-198543 | I-495 & I-270 Managed Lanes Study, Cultural Resources Treatment Plan for the Morningstar Cemetery and Montgomery County Poor Farm Cemetery - Draft 1 | March 31, 2022 |

Respectfully Submitted,

/s/ Peter J. DeMarco
Peter J. DeMarco (D. Md. Bar No. 19639)
Jared E. Knicley (D. Md. Bar No. 18607)
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
Telephone: (202) 513-6267
Facsimile: (415) 795-4799
Email: pdemarco@nrdc.org
Email: jknicley@nrdc.org

Atid Kimelman (CA Bar No. 344993)
(admitted *pro hac vice*)
Nanding Chen (CA Bar No. 348808)
(admitted *pro hac vice*)
Natural Resources Defense Council
111 Sutter Street, Floor 21
San Francisco, CA 94104
Telephone: (202) 469-8230
Facsimile: (415) 795-4799
Email: akimelman@nrdc.org

Email: nchen@nrdc.org

*Counsel for Plaintiffs Maryland Sierra Club, Friends of Moses Hall, National Trust for Historic Preservation in the United States, and Natural Resources Defense Council*


/s/Andrea Ferster
Andrea Ferster (DC Bar No. 384648)
(admitted *pro hac vice*)
Attorney at Law
2121 Ward Court, N.W. 5th Fl.
Washington, D.C. 20037
Telephone: (202) 974-5142
Email: aferster@railstotrails.org
(signed by Peter J. DeMarco with permission from Andrea Ferster)

*Counsel for Plaintiffs Maryland Sierra Club and Northern Virginia Citizens' Association*


/s/ Elizabeth S. Merritt
Elizabeth S. Merritt (DC Bar No. 337261)
(admitted *pro hac vice*)
Deputy General Counsel
National Trust for Historic Preservation
600 14th Street NW, Suite 500
Washington, DC 20005
Telephone: (202) 297-4133
Facsimile: (202) 588-6272
Email: emerritt@savingplaces.org
(signed by Peter J. DeMarco with permission from Elizabeth S. Merritt)

*Counsel for Plaintiff National Trust for Historic Preservation in the United States*


TODD KIM
Assistant Attorney General

By: */s/ Samuel R. Vice*
SAMUEL R. VICE
FRANCES B. MORRIS

15

Trial Attorneys
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 353-5540
Email: samuel.vice@usdoj.gov
Email: frances.morris@usdoj.gov
(signed by Peter J. DeMarco with
permission from Samuel R. Vice)

*Counsel for Federal Defendants*


Anthony G. Brown
Attorney General of Maryland

Linda M. DeVuono (Fed. Bar No. 08667)
Office of the Attorney General of Maryland
707 N. Calvert St., 4th Floor
Baltimore, MD 21202
Tel: (410) 530-9783
ldevuono@mdot.maryland.gov

*Counsel for Defendants Maryland*
*Department of Transportation and Secretary Paul J. Wiedefeld*

_____/s/_____
Fred R. Wagner (Fed. Bar No. 15806)
Jay C. Johnson
Venable LLP
600 Massachusetts Ave., NW
Washington, DC 20001
Tel: (202) 344-4000
Fax: (202) 344-8300
Email: fwagner@venable.com
Email: jcjohnson@venable.com
(signed by Peter J. DeMarco with
permission from Fred R. Wagner)

*Special Counsel to the Attorney General of Maryland for Defendants Maryland*
*Department of Transportation and Secretary Paul J. Wiedefeld*