# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND CHAPTER OF THE SIERRA CLUB, *et al.*, | |
| *Plaintiffs*, | |
| v. | Civil Action No. DKC 22-2597 |
| FEDERAL HIGHWAY ADMINISTRATION, *et al.*, | |
| *Defendants*. | |
| NORTHERN VIRGINIA CITIZENS' ASSOCIATION, | |
| *Plaintiff*, | Civil Action No. DKC 22-3336 |
| v. | |
| FEDERAL HIGHWAY ADMINISTRATION, *et al.*, | |
| *Defendants*. | |

**JOINT APPENDIX VOLUME 1**