For travel model versions 2.3.52 through 2.3.75, we use a **progressively tightening relative gap** procedure, which is described in more detail later in this chapter.

**Table 16 Five traffic assignments in the Version 2.2 travel model became six in the Version 2.3 travel model**

| Version 2.2 model: Five assignments | Version 2.3 model: Six assignments |
|---|---|
| AM Non-HOV3+ | AM Non-HOV3+ |
| AM HOV3+ | AM HOV3+ |
| PM Non-HOV3+ | PM Non-HOV3+ |
| PM HOV3+ | PM HOV3+ |
| Off peak | Midday |
| | Night and early morning |

## 8.2   Use of parallel processing to reduce model run times

One way to reduce model run times is to buy quicker hardware. However, there are limits to this approach, given the recent trend of chip makers, such as Intel, to focus less on increasing clock speeds and focus more on increasing the number of cores (i.e., the capacity) of computer processors. As evidence of this trend, one of COG's travel model servers, tms6, has a processor whose clock speed is 16% *slower* than that of its predecessor (travel model server #5, or tms5). By contrast, the number of cores has gone from 12 physical cores (24 virtual cores with Hyper-Threading) in tms5 to 16 physical cores (32 virtual cores with Hyper-Threading) in tms6. Consequently, we have focused on achieving run time reductions via the software side of the equation. COG's newest travel model server, tms8, has a clock speed of 3.2 GHz, has two processors, each with 12 physical cores, which, with Hyper-Threading turnd on, appears to the operating system as 48 logical processors (virtual cores), as noted in Table 7.

We use the term "parallelization" to mean running two or more processes or threads in parallel. By running two or more steps in parallel, one can reduce model run time. A common way to achieve this parallelization is by using distributed processing, which essentially distributes the computing load across multiple computer processors or cores. These computer processors/cores could be in separate computers (linked by a local area network or LAN) or could be on one computer that has multiple cores. Citilabs has its own implementation of distributed processing called Cube Cluster, which is an add-on component of Cube Voyager. There are two forms of distributed processing available in Cube Cluster:

- "Intrastep distributed processing (IDP): This type of distributed processing works by breaking up zone based processing in a single step into zone groups that can be processed concurrently on multiple computing nodes. Currently only the Matrix and the Highway programs are available for IDP."[56]
- "Multistep distributed processing (MDP): This type of distributed processing works by breaking up blocks of one or more modeling steps and distributes them to multiple computing nodes to process. This can be used for any program in Cube Voyager as well as user-written programs

---

[56] Citilabs, Inc., "Cube Voyager Reference Guide, Version 6.4.1" (Citilabs, Inc., September 30, 2015), 1124–25.

00001042

with the caveat that the distributed blocks and the mainline process must be logically independent of each other."[57]

The Version 2.3. Travel Model uses both IDP and MDP, and uses a third method of parallelization that is already part of the Windows operating system: Running programs in parallel using multiple concurrent command windows.

### 8.2.1    Background and terminology

A computer contains a central processing unit (CPU), which is also known as a chip or processor. Modern CPUs are often divided into two to ten. A core functions as a separate processor, so, to an operating system, a computer with two CPUs is the same as a computer with one CPU divided into two cores. The two biggest chip manufacturers for computers running the Microsoft Windows operating system are Intel and AMD. COG/TPB staff has run the Version 2.3 Travel Model on only computers with Intel chips, but the model should run on computers with any Intel-like chip, such as AMD. Some Intel chips feature a technology known as Hyper-Threading. When Hyper-Threading technology is enabled on the chip, the operating system sees double the number of cores. So, if your computer has four cores and Hyper-Threading is enabled, the operating system will see eight virtual cores (or "logical processors"), thus doubling your CPU capacity. **Thus, a computer with one CPU that contains four cores and has Hyper-Threading enabled, should be able to run the Version 2.3 Travel Model "out of the box" without making changes to the "run model"/wrapper batch file, since such a computer has eight virtual cores.**[58] When a computer executes a task, it uses a process or "thread." In general, one process or thread runs on one processor or core. The operating system (Microsoft Windows) chooses the actual physical core to use when running a process. If one opens the Resource Manager within Windows Task Manager, one can see that the operating system appears to randomly move the task from one core to the next until the process completes, but the user need not focus on this detail. Cube Base documentation does briefly discuss Hyper-Threading.[59]

In Cube Cluster parlance, a set of processors that can be used for a computing task, whether they exist in one computer or a network of computers is called a "cluster." Any individual processor or core is called a "computing node" or simply a "node." Cube Cluster, which is a part of Cube Voyager, allows the nodes in the cluster to communicate, so that they can work together, essentially running in parallel, to accomplish a computing task. Citilabs originally wrote Cube Cluster with the idea that users would want to harness the power of multiple, run-of-the-mill PCs that were networked together using a local area network (LAN). However, COG/TPB staff has not used Cube Cluster in that way. Instead, COG/TPB staff has harnessed the power of Cube Cluster by running on one computer (server) at a time, by virtue of the

---

[57] Citilabs, Inc., 1125.

[58] According to one external user who had a computer with only four cores (though it was not clear whether these were physical cores or virtual cores), the user found that the model crashed at the mode choice step. This was likely due to the fact that the default configuration of the model is designed to run five concurrent mode choice runs. However, this user was able to follow the procedures listed in Table 19 to get the model to run on the four-core computer.

[59] Citilabs, Inc., "Cube Base Reference Guide, Version 6.4.1" (Citilabs, Inc., September 30, 2015), 10–11.

00001043

fact that the computer contained multiple cores. If you are running Cube Cluster across multiple computers, you would have a main computer, known as the "main node," and one or more helper computers, known as "sub-nodes" (or "subnodes"). When running Cube Cluster in a single computer with multiple cores, the "main node" and "sub-nodes" would then exist within the same CPU. So, continuing with the single-computer scenario, the user can think of a model run as occurring on a "main node" (which is simply one of the cores on the CPU), and the main node can then call upon one or more sub-nodes (other cores on the CPU) to make use of IDP or MDP.

### 8.2.2   Effect of Cube Cluster on modeled results

It should be noted that **using Cube Cluster can result in numerical rounding which can affect model results**. For instance, COG/TPB staff found that the use of IDP resulted in a very small change in the estimated VMT coming out of the travel model.[60]  As part of a series of test conducted in 2011, COG/TPB staff conducted two model runs:  1) a year-2007 traffic assignment with IDP using 4 cores; and 2) a year-2007 traffic assignment without IDP (i.e., one core). COG/TPB staff then calculated the VMT difference between the two runs at the regional level, the jurisdiction level, and the link level. At the regional level, the use of IDP had almost no effect on modeled results – it resulted in only a 1/100th to 3/100ths of a percent drop in estimated VMT (slide 25). At the jurisdiction level, the use of IDP also resulted in almost no difference in estimated VMT – the difference was as large as 9/100ths of a percent for some jurisdictions (slide 27). At the link level, however, the use of IDP resulted in several cases where the VMT difference was above 20% (slide 29). Fortunately, the links with the largest volume differences were the lower-class facilities (e.g., not freeways). Both runs were done as part of the full travel model and both were done using Cube Voyager/Cluster version 5.1.2. Newer versions of Cube Voyager/Cluster are now available (e.g., COG is now using 6.4.1), but COG/TPB staff have not re-tried the sensitivity test with the newer versions of Cube Voyager. COG/TPB staff shared these results with Citilabs and, in 2012, Citilabs updated its documentation to note this rounding phenomenon. For example, in the Cube 6.4.1 Cube Voyager Reference Guide from 2015: "Use of Cluster can have a very small effect on volumes generated by the HIGHWAY program. During the ADJUST phase, when iteration volumes are combined, the final assigned volumes might vary slightly over different numbers of cluster nodes."[61]

### 8.2.3   History of adding parallelization to the Version 2.3 Travel Model

In Build 16 of the Version 2.3 Travel Model (Ver. 2.3.16), COG/TPB staff added IDP to the highway assignment script. Staff set the travel model up to use four cores, and, based on the findings of various tests, staff recommended that users who wanted to replicate COG results also use four cores. In Builds 20 through 24 of the Version 2.3 Travel Model, COG/TPB staff added IDP to other modeling steps, such as *MFARE2.s*, *Time-of-Day.s*, and the transit skimming scripts. In 2012, COG asked for AECOM's assistance to further reduce model run times. AECOM suggested model changes that introduced MDP to

---

[60] See slides 25-32 of Ronald Milone and Mark S. Moran, "TPB Version 2.3 Travel Model on the 3,722-TAZ Area System:  Status Report" (May 20, 2011).
[61] Citilabs, Inc., "Cube Voyager Reference Guide, Version 6.4.1," 1129.

00001044

the travel model.[62] Now, in addition to using four cores for IDP traffic assignment, the use of MDP allowed two traffic assignments to run in parallel (thus, 8 cores would be in use, but only 4 in each of the two IDP sessions). COG/TPB staff incorporated these AECOM recommendations into Build 40 of the Version 2.3 Travel Model (Ver. 2.3.40), and these same parallelization enhancements, such as the use of both IDP and MDP, also exist in the Version 2.3.52 Travel Model and later models.

### 8.2.4    Implementation of parallelization in the Version 2.3.52 through 2.3.75 travel models

The Version 2.3.52 Travel Model (and later models, including Ver. 2.3.75) has three types of parallelization to help minimize run times:

- Cube Cluster intra-step distributed processing (IDP)
- Cube Cluster multi-step distributed processing (MDP)
- Windows operating system:  Running programs in parallel using multiple concurrent command windows

IDP is used in three modeling steps:

- Highway assignment (*Highway_Assignment_Parallel.s*)
- Transit fare development (*MFARE2.S*)
- Transit assignment (*Combine_Tables_For_TrAssign_Parallel.s*)

By contrast, MDP is used for only one step:  Highway assignment (*Highway_Assignment_Parallel.s*). In other words, **highway assignment uses both IDP and MDP**. The model is set up to use four cores in IDP, and, using MDP, there are two concurrent IDP sessions: A main node, which uses four cores via IDP, and a sub-node, which also uses four cores via IDP. **This combination of IDP and MDP means that highway assignment uses 8 cores concurrently for processing**.

Lastly, running programs in parallel by using multiple concurrent command windows is used for three modeling steps:

- Transit skimming (command windows invoked by *Transit_Skim_All_Modes_Parallel.bat*)
- Mode choice (command windows invoked by *Mode_Choice_Parallel.bat*)
- Transit assignment (command windows invoked by *Transit_Assignment_Parallel.bat*)

**IDP**, which works only for the MATRIX or HIGHWAY modules of Cube Voyager, is implemented in a Cube Voyager script using **a single line of code**, such as this from the *Highway_Assignment_Parallel.s* script:

```
distributeIntrastep processId='AM', ProcessList=%AMsubnode%
```

---

[62] For more details, see AECOM and Stump/Hausman Partnership, "FY 2012 Draft Final Report, COG Contract 12-006: Assistance with Development and Application of the National Capital Region Transportation Planning Board Travel Demand Model" (National Capital Region Transportation Planning Board, Metropolitan Washington Council of Governments, July 13, 2012), chap. 5, http://www.mwcog.org/uploads/committee-documents/aV1dWVhb20120720132722.pdf.

00001045

By contrast, **MDP** is implemented in a Cube Voyager script using **an MDP block of code**. The code block begins and ends with code such as the following (from the *Highway_Assignment_Parallel.s* script):

```
DistributeMULTISTEP ProcessID='AM', ProcessNum=1
        (various lines of code)
ENDDistributeMULTISTEP
```

The IDP statement above can be used on its own or within an MDP block. Examples of both of these cases can be found in the *Highway_Assignment_Parallel.s* script.

Table 17 shows the five modeling steps where parallelization is used, noting the method of parallelization (e.g., IDP, MDP, or batch file); the names of the batch files that call each step; the names of the tokens (variables) used to store the number of processing nodes/subnodes to use for IDP/MDP; and the maximum number of simultaneous threads/cores used by the step. For example, in the case of transit skimming, parallelization is achieved by calling multiple simultaneous batch files. The batch file that actually initiates the multiple Windows command windows is *Transit_Skim_All_Modes_Parallel.bat*, and, since this step uses neither IDP nor MDP, there are no associated IDP or MDP tokens. The transit skimming process uses 4 cores. In the highway assignment step, both MDP and IDP are used. The tokens used for IDP are AMsubnode and MDsubnode (more on this later in this chapter). Although MDP is used, no tokens are used for MDP. Instead, the subnode for MDP is labeled using a fixed name, "AM1". The highway assignment step can use up to 8 simultaneous nodes/cores, since IDP is implemented with four cores and there are two concurrent IDP sessions, run using MDP. As can be seen in Table 17, modeling steps with parallelization use 4, 5, or 8 cores. Modeling steps without parallelization use only one core at a time.

### 8.2.4.1    Parallel processing in the "Run model"/wrapper batch file

This section of the report describes how the code in the "run model"/wrapper batch files affects parallel processing implemented in the Version 2.3.52 Travel Model (and used in subsequent versions of the model, such as Ver. 2.3.75). This section uses the 2019_final "run model" batch file (Figure 16 on page 59) as an example. It also describes changes that can be made to the "run model"/wrapper batch files in order run the model on a computer with fewer than the standard 8 cores. The next section of the report, 8.2.4.3 on page 85, describes how parallel processing (specifically IDP and MDP) has been implemented in one script: *Highway_Assignment_Parallel.s*. As noted in Table 17 (p. 81), the number of cores used in each of the parallelized modeling steps varies from 4 to 8 cores. Those steps that do not contain parallelization use only one core at a time. **Thus, to run the Version 2.3.52 Travel Model "out of the box," without making any changes, one needs a computer with eight or more cores,** as was explained in the section 3.1 of the report.

00001046

**Table 17 Modeling steps where parallelization is used, including the maximum number of threads/cores used**

| Modeling Step | First-Level "Child" Batch File | Second-Level "Child" Batch File | Method of Parallelization (batch file or script which calls parallel process) | Tokens Used for IDP** | Max. No. of Cores |
|---|---|---|---|---|---|
| Transit skimming | Transit_Skim_All_Modes_Parallel.bat | TransitSkim_LineHaul_Parallel.bat | Batch file (Transit_Skim_All_Modes_Parallel.bat) | | 4 |
| Highway assignment | Highway_Assignment_Parallel.bat | None | MDP & IDP (Highway_Assignment_Parallel.s) | AMsubnode MDsubnode | 8 |
| Transit fare development | Transit_Fare.bat | None | IDP (MFARE2.s) | subnode | 4 |
| Mode choice | Mode_Choice_Parallel.bat | MC_purp.bat | Batch file (Mode_Choice_Parallel.bat) | | 5 |
| Transit assignment | Transit_Assignment_Parallel.bat | TransitAssignment_LineHaul_Parallel.bat | Batch file (Transit_Assignment_Parallel.bat) IDP (Combine_Tables_For_TrAssign_Parallel.s) | subnode | 4 |

\*\* MDP as implemented in *Highway_Assignment_Parallel.s* does not use a token. Instead, the subnode name designation is done using a hard-coded value in the script, i.e., "AM1", as is explained later in this chapter.

00001047

The "run model"/wrapper batch file makes use of several of user-defined Windows environment variables. Those environment variables that do not deal with distributed processing were discussed in section 6.2.1 ("Description of the "run model"/wrapper batch file") on page 62. By contrast, those environment variables that do deal with distributed processing are discussed in this chapter (Chapter 8).

It is possible to have IDP-related or MDP-related statements in a script, but not use them. Consequently, one of the first Cube Cluster statements in any script that uses Cube Cluster will be a statement that indicates whether Cube Cluster should be used or not. An example of such a statement is shown below:

```
distribute intrastep=t multistep=f
```

The above statement indicates that IDP will be used (since its flag has been set to a value of TRUE or T) and MDP will not be used (since its flag has been set to a value of FALSE or F). In this example, even if there is code for MDP in the Cube Voyager script, the MDP processing will not be executed, since it has been set to FALSE. In our scripts and batch files, we generally use user-defined, Windows environment variables to set these two values. Thus, the statement above appears like this, using two "tokens" or variables to hold the true/false flags:

```
distribute intrastep=%useIdp% multistep=%useMdp%
```

In lines 13 and 14 of the "run model"/wrapper batch file (shown in Figure 16), these two "set" statements simply set the IDP and MDP usage flags to a value of TRUE:

```
set useIdp=t
set useMdp=t
```

The statement "distribute intrastep=%useIdp% multistep=%useMdp%" is used in both *Combine_Tables_For_TrAssign_Parallel.s* and *Highway_Assignment_Parallel.s*.[63] By contrast, in MFARE2.s, which uses IDP, but not MDP, the MDP flag has been hard-coded to FALSE, instead of using the token value set in the wrapper batch file: "distribute intrastep=%useIdp% multistep=f".

The "useidp" environment variable is used in the three steps shown in Table 17 that make use of IDP. As one would expect, the "usemdp" environment variable is used in the highway assignment step, since this step makes used of MDP. However, the "usemdp" environment variable **is also used in *Mode_Choice_Parallel.bat***. Specifically, if the "usemdp" flag is set to TRUE, then parallel processing is used in the mode choice step (via concurrent batch files, not MDP), which means that the five mode choice models (HBW, HBS, HBO, NHW, and NHO) are run in parallel command windows. If the "usemdp" flag is set to FALSE, then the mode choice process assumes that there is only one core available and runs the five mode choice models in sequence.

---

[63] This same statement is also currently found in the four transit skimming scripts (Transit_Skims_AB|BM|CR|MR.s), but it is no longer being used, so it should eventually be removed. At one point, we had used IDP in transit skimming, but, for the Ver. 2.3.40 model, when parallelization via concurrent batch files was added, the parallelization via IDP was dropped, so that the model would not use more than 8 concurrent cores.

00001048

The next two environment variables dealing with distributed processing can be found on in lines 16 and 17 of the "run model"/wrapper batch file (Figure 16):

```
set AMsubnode=1-4
set MDsubnode=2-4
```

As shown in Table 17, the AMsubnode and MDsubnode are used for IDP in traffic assignment. The names AMsubnode and MDsubnode would seem to indicate a subnode for processing the AM peak period and one for processing the midday period. Originally, when AECOM first proposed adding MDP to various steps of the model, it was added to both highway skimming and highway assignment. In highway skimming, there is a peak period skim, represented by the AM peak period, and an off-peak period skim, represented by the midday (MD) period. So, for skimming, the processing of the AM skims was sent off to a subnode, using MDP, and the AMsubnode variable/token was used to define the number of subnodes to use in IDP for the processing of the AM skims. And for the processing of the midday (MD) skims, this work was retained on the main processing node, with the MDsubnode variable/token used to define the number of subnodes to use in IDP for the processing of the MD skims.[64] For reasons of expediency, the same variable names (AMsubnode and MDsubnode) were used for the MDP in the highway assignment step. This meant that the AM peak period highway assignment was transferred, via MDP, to a subnode called "AM1." But, in the case of the PM traffic assignment, it was processed on the main node, but it used the "MD" token for naming its IDP subnodes.[65] What's more, the MD period was processed on branch/sub-node delineated "AM" (from the AMsubnode, not "MD") and the NT period was processed by the main node, but was delineated "MD" (from MDsubnode, not "NT"). When COG/TPB staff chose which of the AECOM suggested parallelization enhancements to implement, it chose not to implement MDP in the highway skimming, just in highway assignment.[66] The end result was that the naming convention used in the highway assignment step is somewhat confusing, even though, strictly speaking, the code functions normally. This is explained in more detail in the next section of the report. Consequently, given the way that MDP is used in only the highway assignment step, one could come up with better names for the two variables that are currently called AMsubnode and MDsubnode, as shown in Table 18.

**Table 18 Current and alternate names for the two Windows environment variables that store information about the number of subnodes to use in IDP in the highway assignment**

| Current name of environment variable | Usage | Alternate name for environment variable |
|---|---|---|
| AMsubnode | Number of IDP subnodes used within an MDP block | idp_for_mdp_branch |
| MDsubnode | Number of IDP subnodes used w/in main processing branch | idp_for_main_branch |

---

[64] See, for example, AECOM and Stump/Hausman Partnership, "FY 2012 Report," figs. 5–2.

[65] See, for example, AECOM and Stump/Hausman Partnership, figs. 5–6.

[66] See Mary Martchouk and Mark S. Moran to Ronald Milone, "Reducing Model Run Times: Results from the TPB Staff Tests of AECOM's Proposed Parallelization Enhancements to the Travel Model," Memorandum, September 17, 2012, 6.

---

00001049

Given that we generally have decided upon using four cores for IDP processing in the model (to maintain consistency), one might expect that AMsubnode = MDsubnode = 1-4. In other words, one might expect that we would provide Cube Cluster with a list of four nodes (1-4) for both the main branch of IDP processing and the MDP branch of IDP. According to AECOM, the reason for delineating only three subnodes (i.e., "MDsubnode=2-4") and not four, is that "only three slave threads [sub-nodes] are launched since the master uses itself as one of the threads to process the PM highway assignment."[67] Thus, despite the appearance of 3 nodes for MD and 4 nodes for AM, both IDP sessions use 4 nodes. To further clarify this issue, the IDP and MDP processes running in *Highway_Assignment_Parallel.s* have been diagramed in Figure 19 and Figure 20 in section 8.2.4.3.

### 8.2.4.2    Changing the "run model"/wrapper batch file for computers with fewer than 8 cores

The Version 2.3 Travel Model (Ver. 2.3.52 and later) is designed to run on a computer that has 8 or more cores.  Table 19 shows the changes that a user should make in order to run the Version 2.3 model on computers with fewer than 8 cores. See section 8.2.2 ("Effect of Cube Cluster on modeled results") on p. 78 for a discussion about how modeled results can change slightly with the number of cores used.

Table 19 Running the Version 2.3 Travel Model on computers with fewer than 8 cores: Changes that need to be made to the "run model"/wrapper batch file

| Number of cores in your computer | Changes needed in the "run model"/wrapper batch file | Result |
|---|---|---|
| 8 or more | • No changes need be made | The model will run using between 1 and 8 cores, depending on the modeling step. Eight cores are used in highway assignment, due to the use of both IDP and MDP. |
| 4 | • Change "useMdp=t" to "useMdp=f" | This change will mean that highway assignment no longer uses MDP, only four cores with IDP. Also, in the mode choice model, sequential processing will be done (i.e., the five models will no longer run in parallel). |
| 2 | • Change "useMdp=t" to "useMdp=f"<br>• Change "set AMsubnode=1-4" to "set AMsubnode=1-2"<br>• Change "set MDsubnode=2-4" to "set MDsubnode=2" | This should result in only 2 cores being used in IDP. |
| 1 | • Change "useMdp=t" to "useMdp=f"<br>• Change "useIdp=t" to "useIdp=f" | This will disable IDP and MDP and will also result in disabling the parallel processing in the mode choice step. |

Note that the information in Table 19 is based on testing done by COG/TPB staff using a virtual computer with Cube 6.0.2 installed.

---

[67] AECOM and Stump/Hausman Partnership, "FY 2012 Report," 5–9 to 5–10.

00001050

### 8.2.4.3    Parallel processing in the highway assignment script

The previous section of the report, section 8.2.4.1, described how the code in the "run model"/wrapper batch files affects parallel processing implemented in the Version 2.3 Travel Model (Ver. 2.3.52 and later). This section of the report describes how parallel processing (specifically IDP and MDP) have been implemented in one script: *Highway_Assignment_Parallel.s*.  Figure 19 shows a schematic of how IDP and MDP have been implemented in the highway assignment script. This figure shows the sub-node naming conventions that are used in the Version 2.3 Travel Model, keeping in mind some of the issues related to the naming of sub-nodes in section 8.2.4.1.  Figure 20 is a revision of Figure 19, which shows a schematic of how IDP and MDP have been implanted in the highway assignment script, but with a proposal for more logical naming conventions (the changed sub-node names are indicated by using red font).

The actual highway assignment script relating to Figure 19 can be found in Appendix C (Volume 2). Since the script has over 2,000 lines of code, we have created an excerpt of the Highway_Assignment_Parallel.s script (about 150 lines), shown in Figure 21, that focuses on the lines that are most relevant to IDP and MDP. Locations where code has been removed are indicated in Figure 21 by a triple ampersand ("&&&"). On line 4 of Figure 21, the statement "distribute intrastep=%useIdp% multistep=%useMdp%" either turns IDP and MDP on or off, based on the value of the two tokens. The code in Figure 21 contains two MDP blocks. Each MDP block begins with the keyword "DistributeMULTISTEP" and ends with the keyword "ENDDistributeMULTISTEP."  The beginning and ending of each of the two MDP blocks has been highlighted in green. IDP does not require a block of statements – it simply uses a single statement begun with the keyword "distributeIntrastep." Lines containing this keyword have been highlighted in yellow. For example, the first MDP block includes two IDP statements, but the next two IDP statements occur outside of an MDP block (in other words, they are run from the main node, not a sub-node). As shown in Figure 19, since we have two parallel streams of processes (e.g., one for the AM period and one for the PM period), we need to use a "Wait4Files" keyword, which ensures that the main line of processing stops until the MDP branch completes it work. The Wait4Files keywords have been highlighted in blue in Figure 21. So, as indicated in Figure 19, when the AM period processing is finished a file called AM1.script.end is generated. The Wait4Files tells the main line of processing to stop until it detects that the AM1.script.end file has been generated.

00001051

**Figure 19 Schematic of IDP and MDP in the highway assignment process of the Ver. 2.3 Travel Model (*Highway_Assignment_Parallel.s*): Existing naming convention for nodes**



Ref: ver2.3.52_hwy_assign_mdp_idp.vsd

---

00001052

**Figure 20 Schematic of IDP and MDP in the highway assignment process of the Ver. 2.3 Travel Model** (*Highway_Assignment_Parallel.s*): **Proposed new naming convention for nodes (changes shown in red)**



Ref: ver2.3.52_hwy_assign_mdp_idp.vsd

00001053

**Figure 21 Excerpts from the *Highway_Assignment_Parallel.s* script (triple ampersand => code removed)**

```
1     &&&
2     /* **** Set up tokens in Voyager Pilot step ***** */
3     ;  useIdp = t (true) or f (false);  this is set in the wrapper batch file
4     distribute intrastep=%useIdp% multistep=%useMdp%
5     &&&
6     ;;;*********************************************************************************
7     ;;; Step 1: Execute peak-period traffic assignments (AM & PM)
8     ;;;        AM nonHOV, HOV and PM nonHOV and HOV Assignemnts
9     ;;;*********************************************************************************
10
11    itr = '%_iter_%'   ;;
12    &&&
13    INPNET = 'ZONEHWY.NET'
14
15    DistributeMULTISTEP ProcessID='AM', ProcessNum=1
16
17    PRD    = 'AM'       ;
18    PCTADT =   41.7     ; %_AMPF_% AM PHF (% of traffic in pk hr of period)
19    CAPFAC=1/(PCTADT/100)    ; Capacity Factor = 1/(PCTADT/100)
20    &&&
21    in_capSpd = '..\support\hwy_assign_capSpeedLookup.s'     ;;    FT x AT Speed & Capacity lookup
22    VDF_File  = '..\support\hwy_assign_Conical_VDF.s'        ;;    Volume Delay Functions file
23
24    ;;;*********************************************************************************
25    ;;; Step 1.1: Assign AM NonHOV3+ trip tables only
26    ;;;         (SOV, HOV2, CV, TRUCK & AIRPORT PASSENGER TRIPS)
27    ;;;*********************************************************************************
28
29      RUN PGM=HIGHWAY  ; NonHOV3+ traffic assignment
30    distributeIntrastep processId='AM', ProcessList=%AMsubnode%
31      FILEI NETI    = @INPNET@                    ; TP+ Network
32    &&&
33    ENDRUN
34    ;;;*********************************************************************************
35    ;;; Step 1.2: Assign AM HOV3+ only
36    ;;;*********************************************************************************
37
38      RUN PGM=HIGHWAY  ; HOV3+   traffic assignment
39    distributeIntrastep processId='AM', ProcessList=%AMsubnode%
40      FILEI NETI    = TEMP1_@PRD@.NET             ; TP+ Network
41    &&&
42    ENDRUN
43    ENDDistributeMULTISTEP
44
45    PRD    = 'PM'       ;
46    PCTADT =   29.4     ; %_AMPF_% AM PHF (% of traffic in pk hr of period)
47
48    &&&
49    ;;;*********************************************************************************
50    ;;; Step 1.3: Assign PM NonHOV3+ trip tables only
51    ;;;         (SOV, HOV2, CV, TRUCK & AIRPORT PASSENGER TRIPS)
52    ;;;*********************************************************************************
53
54      RUN PGM=HIGHWAY  ; NonHOV3+ traffic assignment
55    distributeIntrastep processId='PM', ProcessList=%MDsubnode%
56      FILEI NETI    = @INPNET@                    ; TP+ Network
57    &&&
58    ENDRUN
59    ;;;*********************************************************************************
60    ;;; Step 1.4: Assign PM HOV3+ only
61    ;;;*********************************************************************************
62
63      RUN PGM=HIGHWAY  ; HOV3+   traffic assignment
```

00001054

```
64    distributeIntrastep processId='MD', ProcessList=%MDsubnode%
65      FILEI NETI      = TEMP1_@PRD@.NET                      ; TP+ Network
66    &&&
67    ENDRUN
68
69    Wait4Files Files=AM1.script.end, CheckReturnCode=T, PrintFiles=Merge, DelDistribFiles=T
70
71    ;;;********************************************************************************
72    ;;; Step 2: Execute off-peak-period trip table assignments (midday/MD & night/NT)
73    ;;;        All 6 trip tables are assigned together.
74    ;;;********************************************************************************
75
76    DistributeMULTISTEP ProcessID='AM', ProcessNum=1
77                  ; Off-Peak Period
78    PRD    = 'MD'           ;
79    PCTADT =   17.7        ; %_MDPF_% Midday PHF (% of traffic in pk hr of period)
80    CAPFAC=1/(PCTADT/100)              ; Capacity Factor = 1/(PCTADT/100)
81    ; Turnpen = 'inputs\turnpen.pen'    ; Turn penalty
82
83      RUN PGM=HIGHWAY  ; Off-peak (midday & evening) traffic assignment
84    distributeIntrastep processId='AM', ProcessList=%AMsubnode%
85    FILEI NETI      = @INPNET@                        ; TP+ Network
86    &&&
87    ENDRUN
88
89    ENDDistributeMULTISTEP
90
91    PRD    = 'NT'           ;
92    PCTADT =   15.0        ; %_NTPF_% NT PHF (% of traffic in pk hr of period)
93    CAPFAC=1/(PCTADT/100)              ; Capacity Factor = 1/(PCTADT/100)
94
95      RUN PGM=HIGHWAY  ; Off-peak (midday & evening) traffic assignment
96    distributeIntrastep processId='MD', ProcessList=%MDsubnode%
97    FILEI NETI      = @INPNET@                        ; TP+ Network
98    &&&
99    ENDRUN
100
101   Wait4Files Files=AM1.script.end, CheckReturnCode=T, PrintFiles=Merge, DelDistribFiles=T
102
103   ; END OF MIDDAY and OFF PEAK ASSIGNMENT
104
105   ;;;********************************************************************************
106   ;;; Step 3: Calculate restrained final Volumes, speeds, V/Cs (No MSA)
107   ;;;********************************************************************************
108   ;;; Step 3.1: Loop thru 1 (AM) and 2 (PM)
109   ;;;********************************************************************************
110
111   LOOP PERIOD = 1,2  ; Loop thru 1 (AM) and 2 (PM); Each pk per. includes NonHOV3+ and HOV3+
112
113   IF (PERIOD==1)
114            PRD    = 'AM'        ;
115            PCTADT =   41.7      ;
116   ELSE
117            PRD    = 'PM'        ;
118            PCTADT =   29.4      ;
119   ENDIF
120   CAPFAC=1/(PCTADT/100)      ; Capacity Factor = 1/(PCTADT/100)
121
122     RUN PGM=HWYNET                      ; Calculate restrained speed/perform MSA volume averaging
123   &&&
124   ENDRUN
125   ENDLOOP            ; Loop thru 1 (AM) and 2 (PM); Each pk per. includes NonHOV3+ and HOV3+
126
127   ;;;********************************************************************************
128   ;;; Step 3.2: Loop thru 3 (MD) and 4 (OP)
129   ;;;********************************************************************************
130
131   LOOP PERIOD = 3,4  ; Loop thru 1 (midday, MD) and 2 (evening/off-peak, OP)
```

00001055

```
132   IF (PERIOD==3)
133             PRD    =  'MD'          ;
134             PCTADT =   17.7
135   ELSE
136             PRD    =  'NT'          ;
137             PCTADT =   15.0
138   ENDIF
139   CAPFAC=1/(PCTADT/100)        ; Capacity Factor = 1/(PCTADT/100)
140
141     RUN PGM=HWYNET   ; Calculate restrained speed/perform MSA volume averaging
142   &&&
143   ENDRUN
144   ENDLOOP                 ; Loop thru 1 (midday, MD) and 2 (evening/off-peak, OP)
145
146   ;;;********************************************************************************
147   ;;; Step 4: Summarize 24-hour VMT of current AM, PM, MD & NT assignments
148   ;;;********************************************************************************
149
150   RUN PGM=HWYNET      ; Summarize 24-hour VMT of current AM, PM, MD & OP assignments
151   &&&
152   ENDRUN
```

Ref: Highway_Assignment_Parallel_excerpt2.s

To conclude the discussion of Figure 21, we note here some cases where process sub-nodes have somewhat misleading names. The four periods being processed are AM, PM, MD, and NT, and these are indicated in Figure 21 by <mark>pink/purple</mark> highlighting. For the AM assignment, there are no issues with misleading names for the sub-nodes. For example, we can see that on line 17, the AM processing starts, and the four IDP sub-nodes for the non-HOV3+ assignment are named AM1, AM2, AM3, and AM4 (line 30 of Figure 21), since %AMsubnode% equals "1-4". After the non-HOV3+ assignment is complete, then HOV3+ assignment occurs, and the four IDP sub-nodes for the HOV assignment are also named AM1, AM2, AM3, and AM4 (line 39 of Figure 21). The mislabeled naming of sub-nodes begins with the PM period assignment, which begins on line 45. For example, for the PM non-HOV3+ assignment, the sub-nodes are named MD2, MD3, and MD4 (line 55 of Figure 21), since %MDsubnode% equals "2-4". It would be less confusing if these sub-nodes had been named PM2, PM3, and PM4. The same misleading naming convention is used for the sub-node names in the PM HOV3+ assignment: MD2, MD3, and MD4 -- instead of PM2, PM3, and PM4 (line 64 of Figure 21). A similar issue occurs for the midday assignment (beginning on line 78 of Figure 21) and the nighttime assignment (beginning on line 91 of Figure 21). **At any rate, it should be noted that the code works correctly, despite the misleadingly named sub-nodes**. In a future version of the model, it is possible that we will clean up the sub-node naming.

00001056

# 9    Debugging cases where the model run stops prematurely or crashes

If a model run stops prematurely or crashes, one can use the "full output" text file to determine:

- The speed feedback iteration (e.g., pump prime, iteration 1, …, iteration 4) that was underway when the model stopped
- The modeling step, within a given speed feedback iteration, that was underway when the model stopped (e.g., network building, trip distribution, mode choice, traffic assignment).
- Possible error messages returned by any programs that crash.

An excerpt from one of the "full output" text files can be seen in Figure 22. Additionally, when debugging a model run crash, one should find the latest print file (*.prn) to see any relevant error or warning messages. One can search this file using regular expressions to find any warnings or errors.[68]

In some cases, it is sufficient to review the "full output" text file and the latest print file to determine why a model run stops. As an additional tool, however, one can also scan the "search for errors" text file (e.g. 2019_Final_searchForErrs.txt), which is created by the *searchForErrs.bat* batch file. An example of the "search for errors" text file can be found in Figure 23.

One of the most common causes for a model run crash is a sharing violation, which typically occurs when one launches two or more concurrent model runs in the same root directory at about the same time. **One way to protect against this happening is to ensure there is a time delay (ca. 1 hour) between the start of two model runs that share the same root directory**. Additionally, there is now a second reason to offset model runs by about an hour: As described in Chapter 11 ("Building transit walksheds and calculating zonal walk percent"), with the new process for generating transit walksheds and calculating the percent of each zone within walking distance to transit, it is imperative to use a 45- to 60-minute gap in the start times of two or more model runs on the same computer.

---

[68] For example, using the text editor PSPad, one can use this regular expression (regex) to find warnings or errors: F\([0-9]*\):|W\([0-9]*\):

00001057

**Figure 22 An excerpt from an example of the "full output" text file that is created during a model run**

```
1    F:\ModelRuns\fy19\CGV2_3_75_Visualize2045_CLRP_Xmittal>set _year_=2019
2
3    F:\ModelRuns\fy19\CGV2_3_75_Visualize2045_CLRP_Xmittal>set _alt_=Ver2.3.75_2019_Final
4
5    F:\ModelRuns\fy19\CGV2_3_75_Visualize2045_CLRP_Xmittal>set _maxUeIter_=1000
6
7    F:\ModelRuns\fy19\CGV2_3_75_Visualize2045_CLRP_Xmittal>set _tcpath_=
8
9    F:\ModelRuns\fy19\CGV2_3_75_Visualize2045_CLRP_Xmittal>rem ====== Pump Prime Iteration
10   ===========================================
11
12   F:\ModelRuns\fy19\CGV2_3_75_Visualize2045_CLRP_Xmittal>set _iter_=pp
13
14   F:\ModelRuns\fy19\CGV2_3_75_Visualize2045_CLRP_Xmittal>set _prev_=pp
15
16   F:\ModelRuns\fy19\CGV2_3_75_Visualize2045_CLRP_Xmittal>set _relGap_=0.01
17
18   F:\ModelRuns\fy19\CGV2_3_75_Visualize2045_CLRP_Xmittal>call ArcPy_Walkshed_Process.bat 2019_Final
19       Searching for Python in Path C:\Python27\ArcGIS10.5
20       Searching for Python in Path C:\Python27\ArcGIS10.4
21       Searching for Python in Path C:\Python27\ArcGIS10.3
22       Found Python in Path C:\Python27\ArcGIS10.3
23
24    Using Python from Directory = C:\Python27\ArcGIS10.3
25
26
27
28   1) Creating Subdirectories ...
29
30
31   2) Preparing Inputs ...
32
33       using TRNBUILD line files
34
35   3) Launching ArcPy-based Walkshed Process ...
```

Ref: Z:\ModelRuns\fy19\CGV2_3_75_Visualize2045_CLRP_Xmittal\2019_Final\2019_Final_fulloutput.txt

**Figure 23 An excerpt from the "search for errors" file that is created during a model run**

```
1    ********** Searching for errors and anomalies after a travel model run **********
2    Program name: searchForErrs.bat
3
4    ***** Searching *fulloutput.txt
5
6      *** Searching for cases where a file could not be found
7
8
9    ***** Searching report files (*.rpt)
10     *** Searching for evidence that TP+ (TPMAIN) is running, instead of Voyager (PILOT)
11     *** Searching for evidence of LINKO nodes that do not have XY values
12   2019_Final\i1_TRANSIT_SKIMS_AB.RPT:W(693): The following LINKO nodes do not have XY values:
13   2019_Final\i1_TRANSIT_SKIMS_AB.RPT:W(693): The following LINKO nodes do not have XY values:
14   2019_Final\i1_TRANSIT_SKIMS_AB.RPT:W(693): The following LINKO nodes do not have XY values:
15   2019_Final\i1_TRANSIT_SKIMS_AB.RPT:W(693): The following LINKO nodes do not have XY values:
16   2019_Final\i1_TRANSIT_SKIMS_AB.RPT:W(693): The following LINKO nodes do not have XY values:
```

Ref: Z:\ModelRuns\fy19\CGV2_3_75_Visualize2045_CLRP_Xmittal\2019_Final\2019_Final_searchForErrs.txt

---

9. Debugging cases where the model run stops prematurely or crashes                    92

00001058

# 10  Known issues related to running the model

## 10.1 Cube Cluster differences

When using Cube Cluster, the estimated VMT coming from the model can change slightly, depending on how many cores/nodes are used. See section 8.2.2 ("Effect of Cube Cluster on modeled results") on page 78 for more details.

## 10.2 Model run stops before finishing

We have experienced some cases where a model run will prematurely stop (this is sometimes also referred to as a "crash") for no apparent reason. Sometimes the exact same model run will complete successfully if run on a different computer. While we are still trying to determine the cause of these stoppages, we do, however, have a pragmatic way for dealing with these events. Determine where the model run crashed. Re-launch the model but comment out all the steps in the "run model steps" that have completed successfully, so that the model runs only the step that crashed and the steps that follow it. This procedure will typically result in a normal model run, even though it requires the analyst to intervene midstream. Please see Chapter 9 ("Debugging cases where the model run stops prematurely or crashes") on page 91.

## 10.3 Issues with traffic assignment convergence

In the past, we have identified some cases where the gap (but not relative gap) for a given user equilibrium iteration in traffic assignment is equal to exactly zero, as opposed to a small, but non-zero value. We have reported this issue to Citilabs, which began an investigation into the matter. However, since the Version 2.3.75 model (like its predecessors, e.g., 2.3.57 - 2.3.70) uses the *relative* gap and the number of user equilibrium iterations as stopping criteria, this issue should not affect the running of the model. Nonetheless, a model user could experience convergence issues if they change the model to use a tight stopping criterion. For example, in one test conducted by TPB staff, a stopping criterion of $10^{-6}$ was used, but the traffic assignment continued, going past $10^{-7}$, even though $10^{-6}$ was specified. This happened for a for a future-year scenario that had variably-priced facilities. At this point, we do not have any definitive answers, but we contacted Citilabs, whose staff thought that the difficulty reaching convergence was due to large toll values that dominate the link-cost function. Again, this should not be an issue for standard runs of the travel model, which use progressively tightening relative gap tolerances of $10^{-2}$, $10^{-3}$, and $10^{-4}$.

## 10.4 Running multiple concurrent model runs on one computer/server

A user may wish to run two or more travel model runs on one computer or server at the same time. To compute the <u>maximum</u> number of concurrent model runs that may be run on a given computer, divide the number of cores (real or virtual, whichever is greater) by the number of cores needed per model run (currently 8, in the traffic assignment step). For example, on a computer like COG's travel model server #6 (tms6), which has 16 physical cores or 32 virtual cores due to Intel's Hyper-Threading Technology, the calculation would be:

(32 virtual cores)/(8 cores needed per model run) = 4 concurrent model runs (maximum)

00001059

However, based on our experience at COG, the <u>actual</u> number of concurrent model runs that you can run on a given computer may be less than the maximum number, depending on factors such as the following:

- The number of users launching the model runs: **This no longer appears to be an issue**. In the past, using Cube 6.1 SP1, we had found that, if two or more users tried to launch concurrent model runs, even if it was only two users, each with one model run, one of the two model runs would often stop prematurely or crash. However, **under Cube 6.4.1, we found that two or three users can submit concurrent model runs**.[69]
- Whether one runs the automated ArcPy walkshed process: This is now turned off by default in the model transmittal package, but it can also be uncommented (turned on) by the user if the user is making changes to the transit network and wants to recompute the transit walksheds and their resultant walk percentages.
- Whether one introduces a time delay (lag time) between model runs: For example, **two model runs can be launched at the same time**, or the **modeler can choose to offset the two launch times by a certain amount of time**. Thus, "**concurrent**" can mean that all the runs were started at the same time or that there was some offset between the start times of the model runs.

Finally, as noted in Section 3.3, based on recent communications with Citilabs (personal communication, 2/6/17), it is better not to overload the processor, so, although a 32-core computer should be able to run 4 concurrent model runs (4 x 8 = 32), it would be better to limit this computer to 3 concurrent model runs. Citilabs alludes to this issue in recent documentation: "However, when comparing two processors from the same family, assuming the processors are otherwise identical, an 8-core processor without Hyper-Threading will outperform a 4-core processor with Hyper-Threading, even though both processors are making 8 threads available to the operating system."[70]

---

[69] Ngo to Moran et al., "Testing the COG/TPB Travel Model Servers: 1) Need for Admin Privileges; 2) Ability to Run Two or More Concurrent Model Runs by Two or More Users; 3) Experience with Malware," 5.

[70] Citilabs, Inc., "Cube Base Reference Guide, Version 6.4.1," 10–11.

00001060

# 11 Building transit walksheds and calculating zonal walk percentages

## 11.1 Overview

One of the inputs to the travel demand model is the percentage of each zone that is within walking distance to transit. Conceptually, one develops a series of transit walksheds, which are then combined geographically with zone boundaries to calculate the percentage of each zone that is within walking distance to transit. This procedure creates point buffers around transit stop nodes and then overlays these point buffers with TAZ boundaries. The process is made more complicated by the fact that two walking distances are differentiated: a short walk (0.5 miles) and a long walk (1.0 miles). See Section 21.4.3 ("Market segmentation by access to transit") beginning on p. 167 for more details.

The model assumes that the area of each TAZ that is within a short-walk or a long-walk to transit is stored in a text file (areawalk.txt). This file is used by the walk access script (*walkacc.s*) to calculate the zonal walk *percentages*, which are then stored in a second text file (NLWalkPCT.txt).[71] This second file is then an input to both the transit fare process (*prefarv23.s*) and the mode choice process.

Note: **For the associated Ver. 2.3.75 model transmittal package, the automated transit walkshed process has been turned off** (commented out in the run_modelSteps batch files). This is because:

1. If the user is not changing the transit network, there is no need to rerun this process, since we supply the needed areawalk.txt file with each network scenario;
2. Based on experience, this step is one of the most likely modeling steps to cause a premature stop or a crash, so for most users, it is better simply not to run it automatically. The reasons why the automated transit walkshed process causes a premature stop or a crash are varied, from incompatibilities between Cube Base and ArcGIS (see Table 20 on p. 98), to issues related to the way that the current ArcGIS engine runtime deals with slivers in the buffering process.

## 11.2 Application Details

The Ver. 2.3.57 travel model continues using an automated/integrated transit walkshed process, which was developed by AECOM. The process is automated in the sense that it is run using a Python/ArcPy script, so it does not require manual intervention from the user. The process is integrated in the sense that it is built into the travel model run: It is now the first step in the "run model steps" batch file ("call *ArcPy_Walkshed_Process.bat* %1"). The new process was developed by AECOM in FY 2014, and is discussed both in AECOM's FY 2014 report.[72] Although this process is turned off, by default, in the version of the model distributed with the model transmittal package, for users who would like to run the

---

[71] See the modeling flowchart in Appendix A.

[72] AECOM, "FY 2014 Final Report, COG Contract 12-006: Assistance with Development and Application of the National Capital Region Transportation Planning Board Travel Demand Model" (National Capital Region Transportation Planning Board, Metropolitan Washington Council of Governments, August 18, 2014), chap. 3, http://www.mwcog.org/uploads/committee-documents/Y11YWFZd20140922110646.pdf.

00001061

process (perhaps because they have made a change to a transit network), the user can simply uncomment (remove the "REM") the following line in the run_modelSteps batch file:

```
call ArcPy_Walkshed_Process.bat %1
```

As noted by AECOM, "ArcPy was chosen as the basis for development because it provides convenient and powerful access to the GIS functionalities in a (Python) programming environment that is transparent and relatively easy to modify."[73] Another advantage of the new process is that it does not require one to have/purchase ArcGIS. One needs only to have purchased Cube, which comes with the ArcGIS engine runtime and which is already a requirement to run the model. To run the new integrated walkshed process, one must have the following:

- One of the following two ArcGIS software packages:
  - ArcGIS, version 10.1: Available for purchase from Esri. Some modelers may already have this software; some may not.
  - ArcGIS engine runtime, version 10.3: Available for free, if you have purchased Cube. All modelers will have purchased Cube, since it is needed to run the model. Cube version 6.4.1 comes with ArcGIS engine runtime 10.3.4959. If you do not have a full installation of ArcGIS 10.1, you will want to install Cube, including the ArcGIS engine runtime.
- Python: This is free, open-source software. One way to get it automatically is to install Cube "with ArcGIS engine runtime." It may also be included when one installs the full version of ArcGIS.

Notes:

1. As of Ver. 2.3.66, the areawalk.txt file created in the new automated walkshed process is sorted by TAZ.
2. In testing, if two model runs that incorporate the new transit walkshed process were started at the same time, one of the two runs will likely stop prematurely in the walkshed process. This is likely due to a license restriction with the ArcGIS runtime engine. Consequently, it is recommended that multiple model runs with enabled walkshed process on the same computer not be launched at the same time. Instead, **it is recommended that the start times be staggered/offset by 45 to 60 minutes**.[74]  Based on a series of recent "stress tests" to see how many concurrent model runs could be completed on one server, it was also found that the 45-60-minute time offset is useful for minimizing the chance of a model run crash (irrespective of whether the new walkshed process is run, since a sharing violation can occur with other modeling steps).

---

[73] AECOM, 3–2.
[74] AECOM, 3–8.

00001062

The new walkshed process appears to give identical results to the previous walkshed process, providing the inputs, such as the transit line files, are identical and correctly coded.[75]

In the model transmittal package, this line has been turned off (commented out), by placing "REM" at the beginning of the line (for the reasons explained earlier in this section).

If this automated transit walkshed process is run, this step occurs at the start of the pump-prime (PP) speed feedback loop. Once the walkshed process has been run, a new folder will be created in the "inputs" folder, named "Transit_Walkshed_GIS," as shown in Figure 24. Within this folder, one can find an ArcGIS map document file (MWCOG_ArcPy_Walksheds_*.mxd) which can be used to visualize the walkshed buffers, as shown in Figure 25.

**Figure 24 Folder structure for the automated ArcPy walkshed process**



Note that the Transit_Walkshed_GIS folder includes two subfolders, "input" and "output", which should not be confused with the "inputs" folder that is stored within the scenario-specific folder (which, in this case is called 2019_Final). The ArcPy walkshed process creates two files:  areawalk.txt and PercentWalk.txt, but only the first file is used by the travel model. If a copy of areawalk.txt already exists in the "inputs" folder, the old copy will be renamed as AreaWalk_Old.txt, before the new areawalk.txt file is created.[76]

## 11.3 Known issues

Although the new automated transit walkshed generation process has been a benefit to most users of the regional travel model, it has also been the source of many technical assistance calls to the COG/TPB staff when the process crashes for one reason or another. To minimize the likelihood that the automated ArcPy transit walkshed process will crash, we recommend you use versions of Cube and ArcGIS that are compatible. Table 20 shows which versions of Cube Base are **compatible** with ArcGIS, **in terms of the ability to run the automated transit walkshed process**. We have tested four different versions of ArcGIS with Cube Base ver. 6.4.1. Two of these worked (ArcGIS Engine Runtime 10.3 and ArcGIS 10.1) and two of these did not (ArcGIS 10.3.1 and ArcGIS 10.4.1). According to recent Citilabs documentation covering Cube 6.4.2 and 6.4.1, "Cube 6.4.1 includes support for ArcGIS versions 9.3 to

---

[75] See page 2-3 of Mark S. Moran and Dzung Ngo to David Roden and Krishna Patnam, "Comments on Your Cube/ArcPy-Based Transit Walkshed Process and Its Associated Memo Dated March 25, 2013," Memorandum, May 15, 2014.

[76] AECOM, "FY 2014 Final Report, COG Contract 12-006: Assistance with Development and Application of the National Capital Region Transportation Planning Board Travel Demand Model," 9–2.

00001063

10.3.1."[77] However, in our test #3, we found that the "support" was not such that it would allow the automated ArcPy transit walkshed process to run to completion, which is why we have noted that Cube Base 6.4.1 and ArcGIS 10.3.1 are not compatible for running the ArcPy automated walkshed process.

The table also shows two other cases, both for Cube 6.4.2. In test #5, an external user tried using Cube 6.4.2 and ArcGIS 10.4, but the two software packages were incompatible. In test #6, COG/TPB staff tested Cube 6.4.2 with ArcGIS engine runtime 10.4. In this case, the two software packages seemed to be compatible, but, as noted in a footnote to the table below, Cube Voyager ver. 6.4.2 appears to be less stable than Cube 6.4.1 when running the automated ArcPy transit walkshed process. TPB staff experienced several crashes in the ArcPy walkshed process under Cube 6.4.2. When staff upgraded Cube 6.4.1 to Cube 6.4.2 but did not upgrade ArcGIS Engine Runtime from 10.3.4959 to 10.4.1636776 (test #7), the model runs did not crash. The success of test #7 indicates the instability of ArcGIS Engine Runtime 10.4.1636776 coming with Cube 6.4.2 when running the automated transit walkshed process.

**Staff recommend using Cube 6.4.1 and its ArcGIS Engine Runtime, Version 10.3.4959**, as is shown in **bold** in Table 20.

Table 20 Compatibility between Cube Base and ArcGIS, in terms of the ability to run the automated transit walkshed process

| Version of Cube Base | Version of ArcGIS | Compatible?* | Test Conducted by | Test No. |
|---|---|---|---|---|
| **6.4.1** | **10.3.4959 (ArcGIS Engine Runtime**)** | **Yes** | **COG/TPB** | **1** |
| | 10.1 (full version) | Yes | COG/TPB | 2 |
| | 10.3.1 (full version) | No | COG/TPB | 3 |
| | 10.4.1 (full version) | No | COG/TPB | 4 |
| 6.4.2*** | 10.4 (full version) | No | No. Va. Transportation Commission | 5 |
| | 10.4.1636776 (ArcGIS Engine Runtime**) | Unstable | COG/TPB | 6 |
| | 10.3.4959 (ArcGIS Engine Runtime****) | Yes | COG/TPB | 7 |

* "Compatible" means that the tester was able to run the automated ArcPy transit walkshed process using the noted version of Cube and ArcGIS.
** ArcGIS Engine Runtime comes with Cube.
*** Compared to Cube Voyager ver. 6.4.1, Cube Voyager ver. 6.4.2 appears to be less stable when running the automated ArcPy transit walkshed process (TPB staff experienced several crashes in the ArcPy walkshed process under Cube 6.4.2).
**** ArcGIS Engine Runtime coming with Cube 6.4.1 is kept when updating to Cube 6.4.2.

---

[77] Citilabs, Inc., "Cube Base Release Summary, Version 6.4.2" (Tallahassee, Florida: Citilabs, Inc., September 22, 2016), 4, http://citilabs-website-resources.s3.amazonaws.com/resources/RS_CubeBase.pdf.

00001064

**Figure 25 Walkshed buffers for a typical base-year scenario**



00001066

# 12 Set-Up Programs and Highway Network Building

## 12.1 Overview

Following the generation of transit walksheds, the initial modeling steps of the Version 2.3 model are executed to establish basic modeling parameters to construct a binary (or "built") highway network. The steps are executed using two batch files:

- *Set_CPI.bat*:  The batch file calls two Cube Voyager scripts, *Set_CPI.s* and *Set_Factors.s*
- *PP_Highway_Build.bat*:  The batch file calls two Cube Voyager scripts, *AreaType_File.s* and *V2.3_Highway_Build.s*

The modeling steps included in these two batch files are shown on pages A-2 and A-3 of the flowchart in *Appendix A. Set_CPI.s* is used to establish deflation factors that are used in subsequent toll-related and transit fare-related steps. *Set_Factors.s* is used to establish K-Factors used in trip distribution and is also used to create the file *station_names.dbf* (used for the transit assignment summary process), which is developed using information pulled from station.dbf. The *Area_Type.s* step establishes zonal area type codes based on land activity densities (see Table 31). The resulting area type file is subsequently used in the highway building step, *V2.3_Highway_Build.s*. These steps are not implemented within the speed feedback loop of the travel model; they are executed only once, in the "pump prime" stage of the travel model. The principal inputs to above modeling steps are listed in Table 21 and detailed in Table 22 through Table 26. The principal outputs are listed in Table 27, and are detailed in Table 28 and Table 29.

Table 21 Inputs to the set-up and highway network building process

| File description | File name and location | Format |
|---|---|---|
| CPI schedule and parameter file | \Inputs\CPI_File.txt | Text |
| Zonal land use file | \Inputs\ZONE.DBF | DBF |
| Node coordinate file | \Inputs\NODE.DBF | DBF |
| Zonal area type override file | \Inputs\AT_override.txt | Text |
| Link file | \Inputs\LINK.DBF | DBF |
| Initial AM and midday hwy. speed lookup files | \Support\AM_SPD_LKP.TXT, \Support\MD_SPD_LKP.TXT | Text |
| Toll parameter file | \Inputs\Toll_Esc.dbf | DBF |

Table 22  Land Use File Format Description (zone.dbf)

| Variable name | Description |
|---|---|
| TAZ | TAZ (1-3722) |
| HH | Households |
| HHPOP | Household population |
| GQPOP | Group quarters population |
| TOTPOP | Total population |
| TOTEMP | Total employment |

00001067

| Variable name | Description |
|---|---|
| INDEMP | Industrial employment |
| RETEMP | Retail employment |
| OFFEMP | Office employment |
| OTHEMP | Other employment |
| JURCODE | Jurisdiction Code (0-23) <br> *0/dc, 1/mtg, 2/pg, 3/alr/, 4/alx,5, ffx, 6/ldn, 7/ pw, 8/(unused), 9/ frd, 10/how, 11/aa, 12/chs, 13/(unused), 14/car, 15/cal, 16/stm, 17/ kg, 18/fbg, 19/stf, 20/spts, 21/fau, 22/clk, 23/jef* |
| LANDAREA | Gross land area (square miles) |
| HHINCIDX | Ratio of zonal HH median income to regional median HH income in tenths (i.e., 10 = 1.0) per the 2007 ACS |
| ADISTTOX | Airline distance to the nearest external station (whole miles) |
| TAZXCRD | TAZ X-coordinate (NAD83, whole feet) |
| TAZYCRD | TAZ Y-coordinate (NAD83, whole feet) |

**Table 23  Node Coordinate File Format Description (node.dbf)**

| Variable name | Description |
|---|---|
| N | Highway node number |
| X | X-coordinate (NAD83, whole feet) |
| Y | Y-coordinate (NAD83, whole feet) |

**Table 24  Base Highway Link File Format Description (link.dbf)**

| File Name | Variable Name | Description |
|---|---|---|
| **Link.dbf** | A | A-Node |
| | B | B_Node |
| | DISTANCE | Link distance (in 1/100ths of miles) |
| | JUR | Jurisdiction Code (0-23) <br> *0/dc, 1/mtg, 2/pg, 3/alr/, 4/alx,5, ffx, 6/ldn, 7/ pw, 8/(unused), 9/ frd, 10/how, 11/aa, 12/chs, 13/(unused), 14/car, 15/cal, 16/stm, 17/ kg, 18/fbg, 19/stf, 20/spts, 21/fau, 22/clk, 23/jef* |
| | SCREEN | Screenline Code |
| | FTYPE | Link Facility Type Code (0-6) |
| | | *0/centroids, 1/Freeways, 2/Major Art., 3/Minor Art, 4/Collector, 5/Expressway, 6/Ramp* |
| | TOLL | Toll Value in current year dollars |
| | TOLLGRP | Toll Group Code |
| | AMLANE | AM Peak No. of Lanes |
| | AMLIMIT | AM Peak Limit Code (0-9) |
| | PMLANE | PM Peak No. of Lanes |

00001068

| File Name | Variable Name | Description |
|---|---|---|
| | PMLIMIT | PM Peak Limit Code (0-9) |
| | OPLANE | Off-Peak No. of Lanes |
| | OPLIMIT | Off-Peak Limit Code (0-9) |
| | EDGEID | Geometric network link identifier |
| | LINKID | Logical network link identifier |
| | NETYEAR | Planning year of network link |
| | SHAPE_LENG | Geometric length of network link (in feet) |
| | PROJECTID | Project identifier |
| | TRANTIME | Unused place marker |
| | WKTIME | Unused place marker |
| | MODE | Unused place marker |
| | SPEED | Unused place marker |

Notes:

- The mode choice model requires that all costs be in 2007 dollars, which was the calibration year.
- Link limit codes are shown in Table 25.

**Table 25 Link limit codes**

| Limit Code | Description and Vehicles Allowed |
|---|---|
| 0 | All vehicles allowed |
| 2 | HOV 2+ occupant vehicles allowed |
| 3 | HOV 3+ occupant vehicles allowed |
| 4 | All vehicles allowed, except for trucks |
| 5 | Airport passenger auto driver trips allowed |
| 9 | Closed link or transit only link. |

Example use cases:

a) Transit only: Link closed to all traffic other than transit vehicles. If no transit routes traverse the link, then it is essentially closed to all vehicle traffic.

b) Directional coding of managed-lane facilities, such as HOV and HOT, where some links are effectively closed to vehicles in some directions, during some periods of the day.

c) Change in link directionality through time, e.g., if a road is 2-directional in some network years, but changes to a one-way street in the future, then limit 9 is used on the direction that is closed in the future.

d) Reversible lanes, e.g., Rock Creek Parkway has limit code 9 in the off-peak direction, since it is closed for travel in that direction.

e) Roads that do not exist in early years of the plan but are built in later years. For example, I-270 has future-year improvements in 2030 north of I-370. In the early years, this links are coded as limit code 9, since they do not yet exist.

00001069

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*

**Table 26 Toll Parameter File (Toll_esc.dbf)**

| File Name | Variable Name | Description |
|---|---|---|
| Toll_Esc.dbf | Tollgrp | Toll group code<br>1 = Flat toll (pertains to most existing tolled facilities);<br>2 = Toll that varies by time of day (e.g. ICC),<br>3+= Tolls that change dynamically based on congestion level (e.g., VA HOT lanes/Express Lanes) |
| | Escfac | Deflation factor override. Can be used to group various toll policies. |
| | Dstfac | Distance (per mile) based toll factor in present year cents/dollar (optional) |
| | AM_Tftr | AM period Toll factor |
| | PM_Tftr | PM period toll factor |
| | OP_Tftr | Off-peak period toll factor |
| | AT_MIn | Area Type minimum override (optional) |
| | AT_Max | Area Type maximum override (optional) |
| | TollType | *Toll Type (1=operating in calibration year, 2= operating after calibration year)* |

**Table 27 Outputs of the set-up and highway network building process**

| | | |
|---|---|---|
| Highway, transit deflator files | Trn_Deflator.txt, Hwy_Deflator.txt | Text |
| Summary text file of Fare CPI assumptions used | MFARE2_CPI.txt | Text |
| Zone centroid co-ordinates | TAZ_XYs.dbf | DBF |
| 1-mile floating land use | Floating_LU.dbf | DBF |
| Area type file | AreaType_File.dbf | DBF |
| Unloaded/built highway network file | ZONEHWY.NET | Binary |
| Summary text file of Fare CPI assumptions used | MFARE2_CPI.txt | Text |
| Zonal K-factors | HBW_K.MAT, HBS_K.MAT, HBO_K.MAT, NHW_K.MAT, NHO_K.MAT | Binary |

00001070

**Table 28  Zonal Area Type File (AreaType_File.dbf)**

| Variable Name | Description |
|---|---|
| TAZ | TAZ Number (1-3,722) |
| POP_10 | One-mile "floating" Population density |
| EMP_10 | One-mile "floating" Employment density |
| AREA_10 | One-mile "floating" Area |
| POPDEN | One-mile "floating" Population density |
| EMPDEN | One-mile "floating" Employment density |
| POPCODE | Population density code (1 -7) |
| EMPCODE | Employment density code (1 -7) |
| ATYPE | Area Type (1-6) |

Ref: "I:\ateam\docum\fy19\tpb_tdfm_gen2\ver2.3\travel_model_user_guide\AreaType_File.xlsx"

The one-mile floating density is calculated by using the TAZ centroids and a one-mile point buffer around these centroids.

00001071

**Table 29 Unloaded binary highway network file (Zonehwy.net)**

| File Name | VariableName | Description |
|---|---|---|
| zonehwy.net | A | A Node |
| | B | B Node |
| | DISTANCE | Link Distance in miles (x.xx) |
| | SPDC | (Not used) |
| | CAPC | (Not used) |
| | JUR | Jurisdiction Code (0-23) |
| | | *0/dc, 1/mtg, 2/pg, 3/alr/, 4/alx,5, ffx, 6/ldn, 7/ pw, 8/(unused), 9/ frd, 10/how, 11/aa, 12/chs, 13/(unused), 14/car, 15/cal, 16/stm, 17/ kg, 18/fbg, 19/stf, 20/spts, 21/fau, 22/clk, 23/jef* |
| | SCREEN | Screenline Code (1-38) |
| | FTYPE | Link Facility Type Code (0-6) |
| | | *0/centroids, 1/Freeways, 2/Major Art., 3/Minor Art, 4/ Collector, 5/ Expressway, 6/ Ramp* |
| | TOLL | Toll value in current year dollars |
| | TOLLGRP | Toll Group Code (1-9999) |
| | \<Period>LANE | \<Period> No. of Lanes |
| | \<Period>LIMIT | \<Period> Limit Code (0-9) |
| | EDGEID | Geometry network link identifier |
| | LINKID | Logical network link identifier |
| | NETWORKYEA | Planning year of network link |
| | SHAPE_LENG | Geometry length of network link (in feet) |
| | PROJECTID | Project identifier |
| | TAZ | TAZ (1-3,722) |
| | ATYPE | Area Type (1-6) |
| | SPDCLASS | Speed Class |
| | CAPCLASS | Capacity Class |
| | DEFLATIONFTR | Deflation factor for converting existing year costs to 2007 costs |
| | \<Period>TOLL | \<Period>Toll value in current year cents (if applicable) |
| | \<Period>TOLL_VP | \<Period>Toll of future, variably priced facility only |
| | \<Period> HTIME | \<Period> Highway Time (min) |
| | | |
| **Key** | | |
| \<Period>= | AM | AM Peak Period (6:00-9:00 AM) |
| | MD | Mid Day (9:00 AM - 3:00 PM) |
| | PM | PM Peak Period (3:00 - 7:00 PM) |
| | NT | All remaining hours |

00001072

## 12.2 Application Details

The *Set_CPI.S* script is used to produce deflation factor files (Trn_Deflator.txt and Hwy_Deflator.txt) which are used to convert present-year costs to constant-year (2007) costs. The deflation parameter files are inputs to the *V2.3_Highway_Build.s* and *MFARE2.S* scripts. This procedure has been established to ensure that cost deflation for highway tolls and transit fares are treated consistently.

The *Set_CPI.S* script reads a preexisting look-up table (\INPUTS\CPI_File.txt) containing historical annualized CPI figures published by the U.S. Bureau of Labor Statistics beginning with the model calibration year, 2007. The CPI figures are based on the U.S. city average of all urban consumers (100 = 1982-84).  An example listing of the file appears in Figure 26.

Figure 26 Consumer price index file (CPI_File.txt)

```
1   ;; - MWCOG V2.3 Travel Model - Cost deflation Table
2   ;; - 1/30/2017 - RN
3   ;; Data from BLS / All Urban Consumers (CPI-U) US City Avg.1982-84=100.0
4   ;; http://www.usinflationcalculator.com/inflation/consumer-price-index-and-annual-percent-changes-from-1913-to-2008
5
6   InflationFTR       = 1.0     ; Inflation Assumption (DEFAULT IS 1.0)
7   Defl_OverRide      = 0.0     ; Deflation Override   (DEFAULT IS 0.0)  If Non-zero it is used as deflator
8                               ; Used as deflator IF NON-ZERO
9   BaseCPIYear        = 2007   ; Base year of the CPI Table
10  CurrCPIYear        = 2017   ; Current year on  CPI table below (Year for which complete annual CPI data is available)
11  ;
12  ;============================================================
13  ; Establish historic CPI table and Deflation Factor          =
14  ;============================================================
15  ;
16      LOOKUP Name=CPI_Table,
17          LOOKUP[1]  = 1,Result = 2,      ;; CPI index (from US BLS)
18          LOOKUP[2]  = 1,Result = 3,      ;; Compounded Growth Rate From Base Year
19          LOOKUP[3]  = 1,Result = 4,      ;; Deflation Factor
20          Interpolate = N, FAIL=0,0,0,list=Y,
21          ;;
22          ;;                   (((YrCPI/BsCPI)^(1/n))-1.0)*100   BsCPI/YrCPI)
23          ;;                        Annual_Avg.           Historic Deflation
24          ;; YEAR    CPI          Growth_Rate(%)            Factor
25          ;; ----    -----        ----------------        -----------
26      R=' 2007,  207.342,          0.00,              1.0000 ', ; <--- BaseCPIYear
27        ' 2008,  215.303,          3.84,              0.9630 ', ;
28        ' 2009,  214.537,          1.72,              0.9665 ', ;
29        ' 2010,  218.056,          1.69,              0.9509 ', ;
30        ' 2011,  224.939,          2.06,              0.9218 ', ;
31        ' 2012,  229.594,          2.06,              0.9031 ', ;
32        ' 2013,  232.957,          1.96,              0.8900 ', ;
33        ' 2014,  236.736,          1.91,              0.8758 ', ;
34        ' 2015,  237.017,          1.69,              0.8748 ', ;
35        ' 2016,  240.007,          1.64,              0.8639 ', ;
36        ' 2017,  245.120,          1.69,              0.8459 '  ; <--- Curr(ent)CPI Year
37  ; --- end of CPI File -----------
38  ; ------------------------------
```

Ref: Z:\ModelRuns\fy19\CGV2_3_75_Visualize2045_CLRP_Xmittal\2019_Final\Inputs\CPI_File.txt

The script computes a cost deflation factor using the CPI table and the parameters *BaseCPIYear*, *CurrCPIYear, InflationFTR* (all specified in the above text file), and **the _Year_ environment variable specified in the "Run_ModelSteps" batch file**. These parameters are defined as:

- **BaseCPIYear** =  the base (or calibration) year of the travel model

00001073

- **CurrCPIYear** =   the most recent year for which historical CPI data exists (as reflected in the CPI table)
- **_Year_** =       the year of the modeled scenario (as defined in the Run_ModelSteps.bat file)
- **InflationFTR** =   Factor reflecting special CPI growth assumptions beyond CurrCPIYear that might be considered in scenario testing. For example, a value of 1.0 indicates future cost escalation is assumed to remain constant with the historical rate of inflation; a value of 2.0 would indicate that the future cost escalation is assumed to be twice the historical rate of inflation; a value of 0.5 would indicate that the future cost escalation is assumed to be one half of the historical rate of inflation, etc. The default value is 1.0.

Under default conditions, if the modeled year (_Year_) is less than or equal to *CurrCPIYear*, the CPI factor will equal $CPI_{2007}/CPI_{\_Year\_}$ from values provided in the CPI table. If the modeled year (_Year_) is greater than *CurrCPIYear*, the CPI factor will equal ($CPI_{2007}/CPI_{CurrCPIYear}$) from values provided in the CPI table. The user may optionally invoke the *InflationFTR* parameter to arrive at a deflation factor that reflects something other than the "historical inflation rate" assumption. In addition to the output deflation factor files mentioned above, the script also writes a text file (Mfare2_CPI.txt) that lists the input and output parameter values used.

The Set_Factors.s script is used to generate a family of K-factors by modeled trip purpose, to be used subsequently by the trip distribution process. The K-factors are jurisdiction-based and have been formulated during the calibration and validation phase of the model development process. Separate K-factor files are produced by purpose as Cube/Voyager binary matrix files (zone-to-zone). These files are currently stored in the Support folder, though there has been some thought of moving these into the inputs folder to prevent sharing violations when multiple model runs are launched concurrently. As of the Ver. 2.3.57a model, *Set_Factors.s* is also used to generate the station names file (station_names.dbf), which is stored in the INPUTS folder, used in the transit assignment summary process, and is derived from information found in the station file (station.dbf, see Table 38).

It is useful to understand the basic elements of the highway and transit networks that are reflected in the highway link input file (link.dbf) to the Version 2.3 model. The highway elements are shown in Table 30.

**Table 30 Elements of the highway network**

| Highway Network Element | What It Represents | Node No. Ranges | Notes |
|---|---|---|---|
| Zone centroid | Center of activity for the TAZ; Start and end point for trips | 1-3722 | 3676-3722 allocated as external stations. 3723-5000 reserved for TAZ expansion. Established ranges for each jurisdiction. Some TAZs are unused |
| Station PNR centroid | Location of the station's park-and-ride lot. Used to develop congested highway times between each TAZ and each PNR lot. | 5001-7999* | 5001-5999 for Metrorail. 6000-6999 for commuter rail. 7000-7999 for LRT, BRT, and streetcar. |
| Highway node | Highway intersections or junctions, including where zone centroids connect to the highway network | 20000-60000 | Established ranges for each jurisdiction. |

00001074

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*

| Highway Network Element | What It Represents | Node No. Ranges | Notes |
|---|---|---|---|
| Zone centroid connectors | Connection from zone centroid to the highway network. One zone centroid connector can represent multiple local roads. | | Facility type (FTYPE) = 0 |
| PNR lot connectors | Connection from PNR lot to the highway network | | Facility type (FTYPE) = 4 |
| Highway links | Road segments | | 0 = centroid connectors; 1 = freeways; 2 = major arterials; 3 = minor arterials; 4 = collectors; 5 = expressways; 6 = ramps on freeways and arterials; 9 = transit only; |

Notes:  * Station PNR centroids (a.k.a. dummy station centroids) are not required for Mode 5 (LRT) or Mode 10 (BRT/streetcar).[78]  For the sake of consistency, the current COG coding practice is to refrain from using station PNR centroids for LRT, BRT, and streetcar. In other words, in the station file, the STAC variable is coded with a value of zero.

The network includes two types of centroids: a zonal centroid, which represents the geographic center of land activity within a TAZ, and a park-and-ride (PNR) lot centroid (also known as a "station centroid," "dummy PNR centroid"), which represents PNR lot locations at Metrorail and commuter rail stations. The PNR centroid represents a kiss-and-ride (KNR) drop-off point if no PNR lot exists at a given station. Within the station file (station.dbf), the PNR centroid/station centroid is denoted with the variable name STAC. Each Metrorail station and commuter rail station should have its own unique STAC. The two centroid types are assigned specific numbering ranges. TAZ centroids are numbered 1-3722 and PNR centroids are numbered 5001-7999. The numbering gap between the TAZ and PNR ranges, 3723-5000, are reserved for future TAZ assignments.[79] The two centroid types are employed so that highway level-of-service (LOS) matrices may be built, not only between TAZs, but also between TAZs and PNR lots.

Highway nodes representing intersections or highway access points from TAZs or PNR lots are assigned a number from the following range: 20000 to 60000. Network links (i.e., centroid connectors and highway links) are assigned facility type ("Ftype") attributes ranging from 0 to 6.

The highway network building process -- i.e., the process for creating a binary highway network file which is used in subsequent modeling steps -- is undertaken with two scripts that are executed in sequence: *AreaType_File.s* and *V2.3_Highway_Build.s* (page A-3).   The *AreaType_File.s* script, which reads a preexisting zonal land activity file (Zone.dbf) and a highway node coordinate file (Node.dbf), computes the area type code associated with each TAZ. Area type codes range from 1 to 6 and are based on population and employment density, as shown in Table 31.

---

[78] Jain to Milone and Moran, "MWCOG Network Coding Guide for Nested Logit Model (First Draft: September 20, 2007; Updated February 2008 and October 2010)," 6 and 10.
[79] The existing Version 2.3 scripts, inputs, and support files would need to be modified if additional TAZs were added to the highway network.

---

00001075

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*

Table 31 Area type codes, based on population and employment density

| One-Mile "Floating" Population Density (Pop/Sq mi) | One- mile "Floating" Employment Density (Emp/Sq mi) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 0-100 | 101-350 | 351-1,500 | 1,501-3,550 | 3,551-13,750 | 13,751-15,000 | 15,001+ |
| 0-750 | 6 | 6 | 5 | 3 | 3 | 3 | 2 |
| 751-1,500 | 6 | 5 | 5 | 3 | 3 | 3 | 2 |
| 1,501-3,500 | 6 | 5 | 5 | 3 | 3 | 2 | 2 |
| 3,501-6,000 | 6 | 4 | 4 | 3 | 2 | 2 | 1 |
| 6,001-10,000 | 4 | 4 | 4 | 2 | 2 | 2 | 1 |
| 10,000-15,000 | 4 | 4 | 4 | 2 | 2 | 2 | 1 |
| 15,001+ | 2 | 2 | 2 | 2 | 2 | 1 | 1 |

The *AreaType_File.s* script produces three files which are used as inputs to the v2.3_highway_build.s script:

- TAZ_Xys.dbf (zonal coordinates),
- Floating_LU.dbf (a zonal file containing the area, population, and employment within one mile),[80]
- Areatype_file.dbf (a zonal file containing the associated area type, in accordance with the land activity file)

The V2.3_Highway_Build.S script reads the zonal area type file, along with a node file, a link attribute file, a zone file, and four parameter files. The parameter files include initial speed and capacity lookup files (AMSpd.lkp, MDSpd.lkp), both arrayed by facility type and area type. The deflation file created by the SET_CPI.s script (Hwy_Deflator.txt) is also read into the highway building script. Finally, a toll parameter/escalation file (Toll_esc.dbf) is also used by the script. The file contains a number of toll-related parameters that are indexed by a tolled facility code (tollgrp) which is included as a link attribute.

The highway building process consists of the following steps:

1) Each highway link is evaluated against all TAZ centroids to determine its nearest zone (i.e., the TAZ centroid nearest to the airline mid-point of the link a-node and b-node). The nearest zone is then saved to a temporary link file containing the A-node, B-node, and nearest TAZ.

---

[80] TAZ-level floating density is calculated by using the TAZ centroids and creating a 1-mile point buffer around each centroid.

2) The link file, zonal area type file, and link-TAZ (from step 1) are merged to enable the zonal area type of the nearest TAZ to be assigned to each link. The link file contains basic link attributes, including distance, facility code, time-of-day-period-specific (AM, PM, OP) lanes and limit codes, coded tolls, toll group codes, jurisdiction, and screenline codes.

3) Toll parameters are merged to each link on the basis of the tollgrp code.

4) Speed and capacity classes are next defined as a two-digit integer, where the first digit is the facility type and the second digit is the area type.

5) Period-specific tolls (AM, PM, and OP) are computed. The general form of the toll computation is:

$$\text{<prd>Toll} = (\text{Toll} + (\text{DstFac}_t * \text{Distance} * \text{<prd>\_TFtr}_t)) * (\text{EscFac}_t \text{ if > 0.0; Otherwise: Hdefl})$$

Where:

| | |
|---|---|
| <prd>Toll | = period-specific toll coded on link in constant year dollars (e.g., Amtoll) |
| Toll | = link-coded "Toll" link attribute value |
| DstFac$_t$ | = distance factor (cents/mi) for toll group "t", as specified in Toll_Esc.dbf |
| Distance | = link-coded distance (miles) |
| <prd>_TFtr$_t$ | = period-specific factor for toll group "t" as specified in Toll_Esc.dbf |
| Hdefl | = Default highway deflation factor based on CPI assumptions (Set_CPI.s) |
| Esc_Fac$_t$ | = Hwy. deflation factor *override* for toll group "t", as specified in Toll_Esc.dbf |

6) A period-specific toll type code (<prd>Toll_VP) is established to distinguish whether the tolled link existed during the model calibration year or the tolled link is a future, variably priced facility. This information is relevant to subsequent toll skimming.

7) Initial AM and OP speeds are assigned, based on facility and area type codes.

8) Midday (MD) and Night (NT) attributes are set to off-peak (OP)-related attributes defined above

The binary network file resulting from the highway network building process is named Zonehwy.net. Variables that are included in the zonehwy.net file are described in Table 32.

**Table 32 zonehwy.net file Variables description**

| Variable Name | Description |
|---|---|
| A | A-Node |
| B | B-Node |
| DISTANCE | Link Distance in miles (x.xx) |
| SPDC | Not used |
| CAPC | Not used |
| JUR | Jurisdiction Code (0-23) |
| | *0/dc, 1/mtg, 2/pg, 3/alr/, 4/alx,5, ffx, 6/ldn, 7/ pw, 8/(unused), 9/ frd, 10/how, 11/aa, 12/chs, 13/(unused), 14/car, 15/cal, 16/stm, 17/ kg, 18/fbg, 19/stf, 20/spts, 21/fau, 22/clk, 23/jef* |
| SCREEN | Screenline Code (1-38) |
| FTYPE | Link Facility Type Code (0-6) |
| | *0/centroids, 1/Freeways, 2/Major Art., 3/Minor Art, 4/Collector, 5/Expressway, 6/Ramp* |

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*

| Variable Name | Description |
| --- | --- |
| TOLL | Toll Value in current year dollars |
| TOLLGRP | Toll Group Code (1-9999) |
| <Period>LANE | <Period> No. of Lanes |
| <Period>LIMIT | <Period> Limit Code (0-9) |
| EDGEID | Geometry network link identifier |
| LINKID | Logical network link identifier |
| NETWORKYEA | Planning year of network link |
| SHAPE_LENG | Geometry length of network link (in feet) |
| PROJECTID | Project identifier |
| TAZ | TAZ (1-3722) |
| ATYPE | Area Type (1-6) |
| SPDCLASS | Speed Class |
| CAPCLASS | Capacity Class |
| DEFLATIONFTR | Factor for deflating current year tolls to constant year tolls |
| <Period>TOLL | <Period> Toll Value in current year dollars |
| <Period>TOLL_VP | <Period> Toll Value in current year dollars - Variably priced tolled facilities only |
| <Period> HTIME | <Period> Highway Time - based on initial highway lookup speeds |
| **KEY** | |
| <Period>= AM | AM Peak Period (6:00 AM - 9:00 AM) |
| MD | Midday (9:00 AM - 3:00 PM) |
| PM | PM Peak Period (3:00 PM - 7:00 PM) |
| NT | All remaining hours ("nighttime") |

00001078

## 13 Highway Skim File Development

### 13.1 Overview

Highway skimming begins with path building, the process of building minimum-impedance paths from every TAZ to every other TAZ. After paths have been built, the paths can be "skimmed," i.e., the paths are traversed, and key variables are summed over the paths. The variables that are skimmed include travel times, distances, and tolls. The resultant zone-to-zone sums are saved in one or more skim matrices. The input to the skimming process is usually a loaded network with congested travel speeds, generated from a traffic assignment process. Although traffic assignment is conducted for four time-of-day periods (AM peak period, midday, PM peak period, and nighttime), the travel model is set up to use skims for only two time-of-day periods: a peak period (represented by the AM peak period) and an off-peak period (represented by the midday period). Highway skims in the Version 2.3 model are generated after each traffic assignment step.

Highway skims are generated by time period (AM and Midday), and by highway mode (SOV, HOV 2-occupant, HOV 3+occupant). In addition, truck skims are generated for the midday period only. Mode-specific paths are very important in the Washington, D.C. region, due to special operating restrictions, particularly during the AM peak period.

The TPB's highway skimming is done twice: once to develop zone-to-zone (3722 x 3722) skim matrices and then again to develop zone/PNR lot-to-zone/PNR lot (7999 x 7999) skim matrices. The latter set enables restrained highway speeds and distances to be calculated between zones and PNR lots, thus allowing transit auto-access links to be built. The entire highway skimming process is applied with the scripts named *Highway_Skims_am.s, Highway_Skims_md.s, modnet.s, Highway_Skims_mod_am.s, Highway_Skims_mod_md.s,*[81] *joinskims.s, and Remove_PP_Speed.s*. These are invoked with the *PP_Highway_Skims.bat* file in the initial or pump-prime iteration (see page A-4 of Appendix A) and the *Highway_Skims.bat* file (see page A-11) in the standard iterations. The *Remove_PP_Speed.s* script is executed in the pump-prime iteration only.    The principal inputs and outputs are shown in Table 33 and Table 34 , respectively.

Table 33 Inputs to the highway skim file development

| Built highway network file | <ITER>_HWY.NET | Binary |
|---|---|---|
| Toll minutes equivalent | support\toll_minutes.txt | Text |
| AM toll factors by vehicle type | Inputs\AM_Tfac.dbf | DBF |
| MD toll factors by vehicle type | Inputs\MD_Tfac.dbf | DBF |

Note: <ITER> =PP, i1…i4    <Prd>= AM and MD

---

[81] Prior to build 37, there was one script (*Highway_Skims_mod.s*), which had a loop covering the two time periods, AM and midday. However, it was found that this script would crash on some hardware configurations, when running Voyager 5.1.3, resulting in the following errors:  1) Voyager.exe, APPCRASH, TPPDLIBX.DLL; and 2) Voyager, APPCRASH, MSVCR90.DLL. The script was then split into two files (*Highway_Skims_mod_am.s* and *Highway_Skims_mod_md.s*), which eliminated this problem.

00001079

**Table 34 Outputs of the highway skim file development**

| Total highway skims | <ITER>_SKIMTOT.TXT | Text |
|---|---|---|
| Truck skims | <ITER>_MD_TRK.SKM | Binary |
| SOV skims | <ITER>_<Prd>_SOV.SKM | Binary |
| HOV2 skims | <ITER>_<Prd>_HOV2.SKM | Binary |
| HOV3+ skims | <ITER>_<Prd>_HOV3.SKM | Binary |
| SOV skims (used by mode choice model) | <ITER>_<Prd>_SOV_MC.SKM | Binary |
| HOV2 skims (used by mode choice model) | <ITER>_<Prd>_HOV2_MC.SKM | Binary |
| HOV3+ skims (used by mode choice model) | <ITER>_<Prd>_HOV3_MC.SKM | Binary |
| AM highway skims | <ITER>_HWY_AM.SKM | Binary |
| Off peak highway skims | <ITER>_HWY_OP.SKM | Binary |
| Network with added station centroid connectors | <ITER>_HWYMOD.NET | Binary |
| Walk access links | WalkAcc_Links.dbf | DBF |
| | <ITER>_<Prd>_SOV_MOD.SKM | Binary |
| | <ITER>_<Prd>_HOV2_MOD.SKM | Binary |
| | <ITER>_<Prd>_HOV3_MOD.SKM | Binary |
| Highway network with PP speeds removed | ZoneHWY.NET | Binary |

Note: <ITER> =PP, i1…i4    <Prd>= AM and MD

## 13.2 Application Details

The highway skimming process is used to develop time, cost, and toll values between origin/destination (i/j) pairs of zones on a minimum-impedance path. The skimming process reads a highway network input file with preexisting restrained speeds. The restrained speeds used in the pump prime (PP) iteration initially are table look-up values based on time period (AM, Off-peak), facility type, and area type. After the PP iteration is completed (i.e., after the PP traffic assignment process is completed), the highway skimming is accomplished using traffic assignment-based link speeds. The generalized impedance for which paths are developed for highway skimming is defined as follows:

**Equation 1 Converting tolls into time-equivalent minutes of impedance**

$(\text{Impedance})_v = (\text{Restrained over-the-network time})_v + (\text{Toll-related time})_v$

or

$(\text{Impedance})_v = (\text{Restrained over-the-network time})_v$
$\qquad\qquad + ([\text{Toll cost}]_v \times [\text{Time rate}]_v \times [\text{Vehicle factor}]_{vf})$

where

$\qquad (\text{Impedance})_v = \text{Restrained over-the-network time}_v + \text{Toll-related Time}_v$
$\qquad (\text{Restrained over-the-network time})_v$
$\qquad\qquad = \text{Congested/restrained network travel time (min) for vehicle class "V"}$
$\qquad [\text{Toll cost}]_v = \text{Tolls (2007 dollars)paid by vehicle class "V", if a tolled facility was used}$

00001080

[Time rate]$_v$ = Time valuation (min/2007 dollar) of toll costs for vehicle class "V"
[Vehicle factor]$_{vf}$ = Vehicle class factor for tolled facility "F"

Note:  Vehicle classes are:  SOVs, HOV2-occs, HOV3+occs, Commercial Vehicles, Trucks, and airport passenger vehicles.

The assumed time rates are provided by vehicle class and time period in toll_minutes.txt (see below), which is located in the Support folder. The values shown are derived from average household income levels and information from the 2007/08 HTS. The values should not be altered.

```
;
;       ===========================================================
;       = Equivalent Toll Minutes by Time Prd & Vehicle Type      =
;       = in minutes per 2007 dollar - rm 1/7/11                  =
;       ===========================================================
;
;   AM Peak           Midday            PM Peak           Night
;---------------   ---------------   ---------------   ---------------
    SVAMEQM = 2.5     SVMDEQM = 3.0     SVPMEQM = 3.0     SVNTEQM = 3.0 ; <--- SOVs
    H2AMEQM = 1.5     H2MDEQM = 4.0     H2PMEQM = 2.0     H2NTEQM = 4.0 ; <--- HOVs-2 Occ
    H3AMEQM = 1.0     H3MDEQM = 4.0     H3PMEQM = 1.0     H3NTEQM = 4.0 ; <--- HOVs-3+Occ
    CVAMEQM = 2.0     CVMDEQM = 2.0     CVPMEQM = 2.0     CVNTEQM = 2.0 ; <--- Comm Veh
    TKAMEQM = 2.0     TKMDEQM = 2.0     TKPMEQM = 2.0     TKNTEQM = 2.0 ; <--- Trucks
    APAMEQM = 2.0     APMDEQM = 2.0     APPMEQM = 2.0     APNTEQM = 2.0 ; <--- Apaxs
```

The vehicle factors are provided by time period in the inputs files AM_Tfac.dbf and MD_Tfac.dbf.   An example of the AM_Tfac.dbf file is shown below. The file is available to allow for the ability to reflect a facility-specific toll policy differential between vehicle classes. The table below specifies the default assumption that tolls do not vary between vehicle classes, except for trucks, which are assumed to pay 2.5 times the toll that an auto would pay.

| TOLLGRP | AMSOVTFTR | AMHV2TFTR | AMHV3TFTR | AMCOMTFTR | AMTRKTFTR | AMAPXTFTR |
|---------|-----------|-----------|-----------|-----------|-----------|-----------|
| 1       | 1.0000    | 1.0000    | 1.0000    | 1.0000    | 2.5000    | 1.0000    |

Information about the "toll setting" process that is used to estimate reasonable toll values can be found in two technical memos.[82]

The standard zone-to-zone highway skims are developed by the scripts *Highway_Skims_am.s* and *Highway_Skims_md.s*. The scripts produce skim files pertaining to two time periods (AM and midday) and to four mode/path types (SOV, HOV2, HOV3+, and truck). The truck skim file contains one table

---

[82] Jinchul Park to Team B Modelers, "Processes Related to Toll Setting in Version 2.3 Model (Draft)," Memorandum, October 12, 2012; Jinchul Park to Files, "HOT Lane Modeling Process of MWCOG/TPB (Draft)," Memorandum, October 12, 2012.

00001081

pertaining to travel time. The SOV and HOV skim files **contain four tables**: 1) time (min), 2) distance in implied tenths of miles, 3) total toll (year-2007 cents), and 4) variably priced tolls (year-2007 cents).

Based on a past analysis of Version 2.2 model forecasts, TPB staff found substantial costs associated with planned variably priced highway facilities (e.g., the Northern Virginia HOT lanes and the ICC) caused counterintuitive mode choice model results. Essentially, the added person trips induced by the HOT lane's accessibility benefit tended to be allocated among non-SOV modes because of the substantial costs for paying SOVs to use the HOT lane costs. The result was not considered reasonable since the objective of the facility was to attract paying SOVs by selling a travel time benefit. Staff speculated that the result may be attributed to the specification of the mode choice model: the "SOV-pay" alternative was not included in the choice set when the model was calibrated (indeed, no such facility had ever operated in the region). It was decided that the potentially extreme costs associated with future-year, variably priced highway facilities should **not** be considered by the mode choice model **as monetary values** in application. **Instead, tolls on variably priced facilities are expressed as equivalent minutes that are added to the highway time**. This approach has been adopted for the Version 2.3 application. Consequently, two sets of SOV and HOV skim files are created, one in which all toll facility costs are skimmed (e.g., <ITER>_AM_SOV.SKM), and another set in which the toll skims reflect base-year toll facilities only **and the time skims reflect highway times and tolls converted to equivalent time** (<ITER>_AM_SOV_MC.SKM). The former is used as an input to the trip distribution model and the latter is used as an input to mode choice.

The *joinskims.s* script is use to merge the six skim files used by the mode choice model into two files, <iter>_HWY_AM.skm and <iter>_HWY_MD.skm, which are read directly into the mode choice model.

*Modnet.s* reads the built highway network file and creates another modified binary network that includes an expanded set of zone centroids, zone centroids (numbered 1 to 3722) and PNR lot centroids (numbered 5001 to 7999). The expanded network is named <iter>_HwyMod.net. *Modnet.s* also generates a list of highway links that are considered as "walk network links" in the development of sidewalk (mode 13) links for the transit network.

The *Highway_Skims_Mod_am.s* and *Highway_Skims_Mod_md.s* scripts read the expanded network and create an expanded set of highway skims dimensioned 7999 by 7999, which includes highway skims between zone centroids as well as between zone and PNR lot pairs. The latter will be used subsequently to create auto access link attributes. As explained in footnote 81, prior to build 37, there was one script (*Highway_Skims_mod.s*), which had a loop covering the two time periods, AM and midday. However, it was found that this script would crash on some hardware configurations, but not on others. The script was then split into two files (*Highway_Skims_mod_am.s* and *Highway_Skims_mod_md.s*), which eliminated this problem.

The *Remove_PP_Speed.s* script is used to remove the "PP" iteration speed attributes from the highway network. This is necessary in the initial (PP) iteration, when table lookup speeds are to be replaced by traffic assignment speeds in the PP iteration.

00001082

# 14 Auto Driver Trip Development

## 14.1 Overview

The "auto drivers" step is used to convert daily auto person trip tables by occupant group (1, 2, and 3+) into auto driver trips by occupant group. This step occurs in between the mode choice model and the time-of-day model steps (see pages A-8 and A-14 of Appendix A).   The auto driver step uses daily auto person trips estimated by the mode choice model and computes auto driver trips by occupant groups using matrix division. Because the mode choice file output includes only internal-to-internal movements, total external auto person trips produced in the trip distribution step are also used as a basis for developing external auto driver trips by occupant groups. External auto person trips produced by the trip distribution process are not stratified by occupant groups. The auto driver step uses modeled occupant disaggregation curves to develop external auto drivers by occupant groups.

The scripts used are *PP_Auto_Drivers.s*, invoked by the *PP_AutoDrivers.bat* file (see page A-8 of Appendix A) and *MC_Auto_Drivers.s*, invoked by the *Auto_Drivers.bat* file (see page A-14 of Appendix A). The inputs to this step are shown in Table 35. The outputs are shown in Table 36. The outputs consist of five purpose-specific auto driver files, each containing three tables (one for each occupant group). The output files contain both internal and external auto driver movements.

Note that the *PP_Auto_Drivers.s* script uses a pre-existing mode choice model output file that resides in the \inputs subdirectory, while the *MC_Auto_Drivers.s* script reads mode choice model output that is generated within the model execution stream. A pre-existing file must be used in the pump prime iteration in order to provide initial zonal mode choice percentages. TPB staff uses a pre-existing file that is as current and as reasonable for the modeled scenario as possible.

**Table 35 Inputs to auto driver trip development**

| | | |
|---|---|---|
| Pre-existing final iteration AEMS mode choice model output modal trip tables | ???_NL_MC.MTT | Binary |
| Pump Prime iteration person trip tables | <iter>_???.PTT | Binary |
| Current iteration AEMS mode choice model output modal trip tables | ???_NL_MC.MTT | Binary |

Note: ??? = HBW, HBS, HBO, NHW, and NHO  <ITER> =PP,  i1...i4

## 14.2 Application Details
**Table 36 Outputs of auto driver trip development**

| | | |
|---|---|---|
| Auto drivers trips by trip purpose (t1= 1-occ. auto drivers, t2= 2-occ. auto drivers, t3 =3+ occ. Auto drivers | <ITER>_???_ADR.MAT | Binary |

Note:  ??? = HBW, HBS, HBO, NHW, and NHO  <ITER> =PP,  i1...i4,

00001083

00001084

## 15  Pre-Transit Network Processing

### 15.1 Overview

Prior to transit network building (shown on page A-5), a series of Cube Voyager scripts is executed to generate special transit-access links that are subsequently folded into the transit network, along with highway links, transit links, and transit lines. The scripts include *Parker.s* (used to generate PNR-lot-to-rail-station links), *walkacc.s* (used to develop zonal walk access links), *Adjust_Runtime.s* (to update the RUNTIME values for local bus service to account for worsening congestion), and *Autoacc5.s* (used to generate TAZ-to-station links, a.k.a., auto access links). The automated approach for generating these links has greatly streamlined the transit network coding process. Three of these programs (*Parker.s*, *walkacc.s*, and *Autoacc5.s*) were originally developed as stand-alone Fortran programs developed by AECOM Consult. TPB staff converted these three Fortran programs to Cube Voyager scripts to facilitate the implementation of future enhancements.

The inputs used by the above programs are list in Table 37. Specific file descriptions are shown in Table 38 through Table 41. The output files are shown in Table 42.

**Table 37 Inputs to pre-transit network processing**

| | | |
|---|---|---|
| Zonal land use file | Zone.dbf | DBF |
| Station file | Station.dbf | DBF |
| Highway node file | node.dbf | DBF |
| Supplemental walk link file | xtrawalk.dbf | DBF |
| Sidewalk network links | WalkAcc_Links.dbf | DBF |
| TAZ area that is within walking distance from transit stops | Areawalk.txt** | Text |
| Factors used to determine the amount of speed degradation, due to congestion, for local bus routes | Bus_Factor_File.dbf | DBF |
| Station mode-station type-max access dist. Lookup | StaAcc.dbf | DBF |
| Jurisdiction code- jurisdiction group lookup | Jur.dbf | DBF |
| List of zones connected to the Pentagon Metrorail station for the purpose of creating long-distance kiss-and-ride (KNR) links, which represent "slugging" or informal, ad-hoc carpooling | Pen.dbf | DBF |
| TAZ XY co-ordinates | TAZ_xys.dbf | DBF |
| SOV AM/Off-peak highway time skims file | AM_SOV_MOD.SKM, MD_SOV_MOD.SKM | Binary |

** Areawalk.txt contains information needed to calculate zonal percent-walk-to-transit (PWT) values.

00001085

**Input File Descriptions and Formats**

**Table 38 Variables in the transit station file (Station.dbf)**

| Name | Type | Field Description |
|------|------|-------------------|
| SEQNO | N | Sequence Number |
| MM | C | Mode Code (M=Metrorail, C=Commuter rail, B=Bus, L=Light rail, N=BRT/streetcar) |
| **NCT** | **N** | **Access distance code (1, 2, 3, 0, 9, 8)** (See Table 39) |
| STAPARK | C | Does the station have a park-and-ride lot? (Y=yes; blank=no) |
| STAUSE | C | Is the station in use for the given year? (Y=yes; blank=no) |
| SNAME | C | Station Name/PNR lot name |
| STAC | N | Station centroid number (5001-7999), also known as a park-and-ride (PNR) lot centroid or a dummy PNR centroid" |
| STAZ | N | For the purposes of path building, the TAZ (1-3722) that represents the location of the station PNR lot. Usually the closest TAZ to the PNR lot. |
| STAT | N | Station Node (8000-8999, 9000-9999, 10000-10999) |
| STAP | N | Station park-and-ride (PNR) node number (11000-13999) |
| STAN1 | N | Station bus node #1 (used to generate a station-to-bus-node connector) |
| STAN2 | N | Station bus node #2 (used to generate a station-to-bus-node connector) |
| STAN3 | N | Station bus node #3 (used to generate a station-to-bus-node connector) |
| STAN4 | N | Station bus node #4 (used to generate a station-to-bus-node connector) |
| **STAPCAP** | **N** | **Parking capacity (number of spaces at the PNR lot)** |
| STAX | N | X coordinate of station/PNR lot (MD State Plane, NAD83, feet) |
| STAY | N | Y coordinate of station/PNR lot (MD State Plane, NAD83, feet) |
| **STAPKCOST** | **N** | **Peak period parking cost (daily cost, cents)** |
| **STAOPCOST** | **N** | **Off-peak parking cost (hourly cost, cents)** |
| **STAPKSHAD** | **N** | **Peak-period shadow price (currently not used)** |
| **STAOPSHAD** | **N** | **Off-peak-period shadow price (currently not used)** |
| FIRSTYR | N | Year of Station/PNR lot Opening (unused by scripts, but used as metadata) |
| STA_CEND | N | Project ID (Metadata) |
| | C | Scenario name, or left blank (Metadata) |
| | C | Comments, if any, regarding the file, since file cannot accept comment lines preceding the data lines |

Notes: New variables are shown with bold font. The SEQNO variable does not correspond to the station node (STAT), and, unlike the STAT, cannot be assumed to stay the same over time.

Source: Jain, M. (2010, October). MWCOG network coding guide for Nested Logit Model (First draft: September 20, 2007; Updated February 2008 and October 2010). Memorandum.

The station file (station.dbf) is created by the create-station-file function of COGTools using transit nodes and transfer links. The input files for this procedure[83] are pre-existing transit support files listed at the top of p. A-5. STAN1, STAN2, STAN3, STAN4 represent transit stop nodes, which are used to generate station-to-transit-node connectors. A node could be a bus bay, bus stop, a light rail stop, a light

---

[83] Meseret Seifu to Files, "Create a Station File," Memorandum, July 20, 2011.

00001086

rail station, or a commuter rail station, etc. The information of these nodes is used in four scripts: *Autoacc5.s, Parker.s, Set_Factors.s,* and *Refine_Station_File.s*. One transit station could have STAN1, or STAN1 and STAN2, or STAN1, STAN2, and STAN3. A station with four STANs could have other station connections beyond these four that exist in the network geodatabase, but these are not shown explicitly in the station file.

The "access distance code," known as NCT in the autoacc5.s script, is a newly added variable in the station file that controls the number, extent, and directionality of PNR/KNR access links generated for each parking lot (in the case of PNR) or each station (in the case of KNR). Table 39 describes the meaning of each of the six access distance codes.

Table 39 Interpretation of transit access distance codes (NCT): Metrorail, light rail, and bus PNR access distance codes and their meaning for the

| Acc Dist Code | Interpretation |
|---|---|
| 1 | End-of-the-line station (e.g., Shady Grove Metro) |
| 2 | Intermediate station (e.g., Rockville Metro) |
| 3 | PNR close to a CBD (e.g., Rhode Island Ave. Metro, Fort Totten) |
| 0 | Only KNR-access links generated (e.g., Braddock Road, National Airport, Clarendon) |
| 9 | Metrorail sta. in use, but no PNR/KNR access (e.g., Dupont Circle, Farragut North, Metro Ctr.) |
| 8 | Pentagon Metro Sta., allows for very long KNR links, to represent "slugging" (informal carpool) |

The access distance code, along with the transit mode, determines the maximum link distance for the drive-access-to-transit links generated by autoacc5.s for the TPB nested-logit mode choice model. The maximum link distances for PNR are shown in Table 81. Although not shown in the table, the maximum allowed link distance for KNR links is 3 miles. It is also important to note that the KNR links are generated to Metrorail stations, light rail stations, streetcar stops, and bus stops with parking lots, but not commuter rail stations.

Table 40 HBW zonal parking costs/terminal time file (HBWV2a1.dbf)

| File Name | Variable Name | Description |
|---|---|---|
| HBWV2a1.dbf | TAZ | TAZ (1-3,722) |
| | PCTWKSH | Percent short walk to transit |
| | PCTWKLG | Percent long walk to transit |
| | AREA | in sq. mile |

For more information about short walk and long walk to transit, see section 21.4 ("Market segmentation") on page 164.

00001087

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*

**Table 41 Walk Access Links (WalkAcc_Lnks.dbf)**

| File Name | Variable Name | Description |
|---|---|---|
| WalkAcc_Links.dbf | A | A-Node |
| | B | B_Node |
| | DISTANCE | Link distance (in 1/100$^{th}$s of miles) |
| | FTYPE | Link Facility Type Code (0-6) |
| | | *0/centroids, 1/Freeways, 2/Major Art., 3/Minor Art, 4/ Collector, 5/ Expressway, 6/ Ramp* |
| | TAZ | TAZ (1-3,722) |

**Table 42 Outputs of pre-transit network processing**

| | | |
|---|---|---|
| Transit support files in inputs subdirectory | met_link.tb, com_link.tb, lrt_link.tb, new_link.tb, met_node.tb, com_node.tb, lrt_node.tb, new_node.tb, bus_pnrn.tb, met_pnrn.tb, com_pnrn.tb, lrt_pnrn.tb, new_pnrn.tb, met_bus.tb, com_bus.tb, lrt_bus.tb, new_bus.tb | Text |
| Transit network walk link files | sidewalk.asc walkacc.asc support.asc | Text |
| Percent of TAZ within short/long walk from transit | HBWV2A1.dbf | DBF |
| | NLWalkPCT.txt | Text |
| PNR lot to station transfer links | metampnr.tb, comampnr.tb, busampnr.tb, newampnr.tb, lrtampnr.tb, metoppnr.tb, comoppnr.tb, busoppnr.tb, newoppnr.tb, lrtoppnr.tb | Text |
| Transit access link files | mrpram.asc, mrprop.asc, mrkram.asc, mrkrop.asc, cram.asc, crop.asc, buspram.asc, busprop.asc, buskram.asc, buskrop.asc, lrtam.asc, lrtop.asc,  newam.asc, newop.asc, lrtkram.asc, lrtkrop.asc, newkram.asc, newkrop.asc, autoall.asc | Text |

## 15.2 Application Details

It is important to understand the various elements of the Version 2.3 transit network system. The elements are listed in Table 43. The network consists of highway links, transit stops, PNR lots, rail stations, rail links, and transit lines (modes 1-10). The transit network also contains access links relating to zonal access connections including zone-to-transit-stop walking links (mode 16), and zone-to-KNR/PNR auto links (mode 11). The network also includes other walk-related connections such as sidewalk links used in transferring (mode 13), rail station-to-bus stop connections (mode 12), and PNR lot-to-station connections (mode 15). The above scripts are used to develop all of these types of "support" links, with the exception of station-to-bus transfer links which are addressed as part of pre-network development.

00001088

The Mode Choice Model chapter of this report addresses the how access links are developed by the *walkacc.s, Parker.s*, and the *Autoacc5.s* programs.

**Table 43 Overview of Version 2.3 Transit Network Elements**

| Transit Network Element | Description | Numbering | Modes/Notes |
|---|---|---|---|
| Bus stop nodes | Highway nodes that reflect bus stops | 20000 - 60000 | boarding/alighting locations |
| PNR lots | Point location representing PNR lot | 11001-13999 | 11001-11999 Metrorail |
| | | | 12001-12999 Commuter rail |
| | | | 13001-13999 LRT/BRT/Streetcar |
| Station | Point location representing rail stop | 8001-10999 | 8001-8999 Metrorail |
| | | | 9001-9999 Commuter rail |
| | | | 10001-10999 LRT/BRT/New |
| Rail links | Fixed guideway segments connecting | - | Mode 3= Metrorail |
| | stations (non-highway transit links) | | Mode 4 = Commuter rail |
| | | | Mode 5 = light rail |
| | | | Mode 10= BRT, Streetcar |
| Walk access links | TAZ -transit stop bike/ pedestrian connections | - | Mode 16= TAZ-to-transit stop node |
| | | | Mode 13= sidewalk links |
| Auto access links | TAZ-PNR lot driving connections | - | Mode 11 |
| PNR lot-to station links | Walk transfer links from PNR lot to Station | - | Mode=15 |
| Station-to-bus transfer link | Walk transfer links between stations & bus stops | | Mode=12 |
| Transit line files | Bus, Rail transit line data | | Modes 1-10 |
| | (line characteristics, node sequence of route) | | |

00001089

00001090

## 16 Transit Skim File Development

### 16.1 Overview

The transit skimming file process involves the development of 22 sets of level-of-service (LOS) skims corresponding to two time-of-day period (peak and off-peak)[84] by four sub-mode groups (Bus only, Metrorail only, Bus-Metrorail combination, and commuter rail) by three access mode (walk, PNR, KNR).[85]  As shown on page A-5 of Appendix A, the transit network building and skimming scripts are named *Transit_Skims_CR.s, Transit_Skims_MR.s, Transit_Skims_AB.s, Transit_Skims_BM.s*. These four scripts are launched using two batch files:

- *Transit_Skim_All_Modes_Parallel.bat*
- *Transit_Skim_LineHaul_Parallel.bat*

Additionally, transit accessibility summaries are needed to support the vehicle ownership model. The *Transit_Accessibility.s* script is used for this purpose. The inputs out outputs to transit skimming are shown in Table 44 and Table 45, respectively.

**Table 44 Inputs to transit skim file development**

| Local bus future time degradation factors | Bus_Factor_File.dbf | Binary |
|---|---|---|
| Transit line files | MODE1, MODE2AM, ... MODE10AM.TB<br>MODE1, MODE2OP, ... MODE10OP.TB | Text |
| Transit path tracing selection criteria | PATHTRACE.S | Script block |
| Binary highway network | ZONEHWY.NET | Binary |
| Transit support files in inputs subdirectory | met_link.tb, com_link.tb, lrt_link.tb, new_link.tb,<br>met_node.tb, com_node.tb, lrt_node.tb, new_node.tb,<br>bus_pnrn.tb, met_pnrn.tb, com_pnrn.tb, lrt_pnrn.tb, new_pnrn.tb,<br>met_bus.tb, com_bus.tb, lrt_bus.tb, new_bus.tb | Text |
| Transit network walk link files | sidewalk.asc<br>walkacc.asc<br>support.asc | Text |
| PNR lot to station transfer links | metampnr.tb, comampnr.tb, busampnr.tb, newampnr.tb, lrtampnr.tb,<br>metoppnr.tb, comoppnr.tb, busoppnr.tb, newoppnr.tb, lrtoppnr.tb | Text |
| Transit access link files | mrpram.asc, mrprop.asc, mrkram.asc, mrkrop.asc, cram.asc, crop.asc,<br>buspram.asc, busprop.asc, buskram.asc, buskrop.asc, lrtam.asc,<br>lrtop.asc,  newam.asc, newop.asc, lrtkram.asc, lrtkrop.asc,<br>newkram.asc, newkrop.asc, autoall.asc | Text |

---

[84] For the calculation of average headways and run times, the peak period is represented by the AM peak hour and the off-peak period is represented by the five-hour midday period.

[85] This should equal 24 (2x3x4), but KNR access to commuter rail mode is not considered by the mode choice model, and so the total number of required path sets equals 22.

00001091

**Table 45 Outputs of transit skim file development**

| Commuter rail skim files | SUPL_<Prd>_<AA>_CR.ASC | Text |
|---|---|---|
| | SUPN_<Prd>_<AA>_CR.DBF | DBF |
| | TRNL_<Prd>_<AA>_CR.DBF | DBF |
| | <ITER>_*<Prd>*_*<AA>*_CR.STA | Binary |
| | <ITER>_*<Prd>*_*<AA>*_CR.SKM | Binary |
| | <ITER>_*<Prd>*_*<AA>*_CR.TTT | Binary |
| Metrorail support skim files | SUPL_<Prd>_<AA>_MR.ASC | Text |
| | SUPN_<Prd>_<AA>_MR.DBF | DBF |
| | TRNL_<Prd>_<AA>_MR.DBF | DBF |
| | <ITER>_*<Prd>*_*<AA>*_MR.STA | Binary |
| | <ITER>_*<Prd>*_*<AA>*_MR.SKM | Binary |
| | <ITER>_*<Prd>*_*<AA>*_MR.TTT | Binary |
| All Bus support skim files | SUPL_<Prd>_<AA>_AB.ASC | Text |
| | SUPN_<Prd>_<AA>_AB.DBF | DBF |
| | TRNL_<Prd>_<AA>_AB.DBF | DBF |
| | <ITER>_*<Prd>*_*<AA>*_AB.STA | Binary |
| | <ITER>_*<Prd>*_*<AA>*_AB.SKM | Binary |
| | <ITER>_*<Prd>*_*<AA>*_AB.TTT | Binary |
| Bus/Metrorail support skim files | SUPL_<Prd>_<AA>_BM.ASC | Text |
| | SUPN_<Prd>_<AA>_BM.DBF | DBF |
| | TRNL_<Prd>_<AA>_BM.DBF | DBF |
| | <ITER>_*<Prd>*_*<AA>*_BM.STA | Binary |
| | <ITER>_*<Prd>*_*<AA>*_BM.SKM | Binary |
| | <ITER>_*<Prd>*_*<AA>*_BM.TTT | Binary |
| Job accessibility by transit | <ITER>_<Prd>_<AA>_[BM\|MR]_JobAcc.dbf | DBF |

Note: <Prd>= AM and OP  <AA>= WK, DR, KR  <ITER> =PP, i1…i4

## 16.2 Application Details

### 16.2.1 Skim file names and list of transit skim tables in the skim files

The skim files developed by the transit skimming process in the Ver. 2.3 travel demand model are shown in Table 46. Each filename is preceded by the speed feedback iteration: pp (pump prime), i1, i2, i3, i4. Each skim file contains 16 tables of information, as shown in Table 47.

00001092

**Table 46 Skim files developed by the transit skimming process**

| Submode | Time Period | |
| --- | --- | --- |
| | **AM Peak Skim Files** | **Off-Peak Skim Files** |
| Commuter Rail | \<iter\>_AM_WK_CR.SKM<br>\<iter\>_AM_DR_CR.SKM<br>(no CR KNR file is created) | \<iter\>_OP_WK_CR.SKM<br>\<iter\>_OP_DR_CR.SKM<br>(no CR KNR file is created) |
| Metrorail Only | \<iter\>_AM_WK_MR.SKM<br>\<iter\>_AM_DR_MR.SKM<br>\<iter\>_AM_KR_MR.SKM | \<iter\>_OP_WK_MR.SKM<br>\<iter\>_OP_DR_MR.SKM<br>\<iter\>_OP_KR_MR.SKM |
| Bus Only | \<iter\>_AM_WK_AB.SKM<br>\<iter\>_AM_DR_AB.SKM<br>\<iter\>_AM_KR_AB.SKM | \<iter\>_OP_WK_AB.SKM<br>\<iter\>_OP_DR_AB.SKM<br>\<iter\>_OP_KR_AB.SKM |
| Metrorail and Bus | \<iter\>_AM_WK_BM.SKM<br>\<iter\>_AM_DR_BM.SKM<br>\<iter\>_AM_KR_BM.SKM | \<iter\>_OP_WK_BM.SKM<br>\<iter\>_OP_DR_BM.SKM<br>\<iter\>_OP_KR_BM.SKM |

**Table 47 Skim tables contained in each transit skim file**

| Table No. | Table Description |
| --- | --- |
| 1 | In-Vehicle Time-Local Bus (0.01 min) |
| 2 | In-Vehicle Time-Express Bus (0.01 min) |
| 3 | In-Vehicle Time-Metrorail (0.01 min) |
| 4 | In-Vehicle Time-commuter rail (0.01 min) |
| 5 | In-Vehicle Time-new rail mode (0.01 min) |
| 6 | In-Vehicle Time-new bus mode (0.01 min) |
| 7 | Initial wait time (0.01 min) |
| 8 | Transfer wait time (0.01 min) |
| 9 | Walk access time (0.01 min) |
| 10 | Other walk time (0.01 min) |
| 11 | Added Transfer time (0.01 min) |
| 12 | No. of transfers (0 to N) |
| 13 | Drive-access time (0.01 min) |
| 14 | Drive-access distance (0.01 mile) |
| 15 | PNR-to-Station time (0.01 min) |
| 16 | PNR Cost (2007 cents) |

Ref: Transit_Skim_Specs_2.xlsx

00001093

### 16.2.2 Description of local bus, future time degradation factors

Transit service is represented in the transit network using a series of transit routes, which are stored in transit "line" or "mode" files. There is one set of transit routes for the peak period (represented by AM peak period service) and one set of transit routes for the off-peak period (represented by the midday period). For each of the two time-of-day periods, each transit route has the following:

- Name (such as "WM04AI," or WMATA bus 4A, inbound),
- Flag indicating whether the route is one-way or two-way,
- Mode code (e.g., 1 = local bus),
- Average headway (FREQ[1]= 30, which means the bus comes every 30 minutes), and
- Average run time (i.e., the number of minutes from the start of the route to the end of the route, e.g., RUNTIME= 42 min.).

When developing the transit networks for a base year (i.e., a year close to the current year, such as 2016), the average headways and average run times come directly from the published schedules from the transit providers. These schedules can be in paper format or electronic format, such as GTFS. For a future-year transit network (such as 2040), however, the average headway and run time are unknown, so we use information from the latest published schedule (e.g., 2016). However, simply using the published schedules would likely result in bus speeds that are too fast, since they don't account for the added roadway congestion that is likely to occur in the future, i.e., it is likely that worsening road congestion over time would result in slower bus speeds. In particular, **local** bus service, which travels on local roads, might be slowed more than express bus service, which makes use of freeways and expressways for all or part of its routes. Thus, it would be good to have a relationship that relates future-year, congested road/link speeds to bus speeds. Before 2004, the COG/TPB travel model had no such relationship. In 2004, AECOM recommended that COG develop a relationship between link speeds and bus speeds, but cautioned against developing overly sensitive relationships.[86] For example, if one develops a direct relationship between the link speed and the bus travel times over that link, and if one road link becomes hyper congested, due, say, to excessive traffic or a network coding error, then the bus speed will drop to near zero. Consequently, COG/TPB staff developed a proposed solution that followed what was proposed in the Bruggeman/Woodford memo. The solution was what is known as the local bus, future time degradation factors, which are used to represent the fact that, as the highway network becomes more congested, there will be a slight degradation in **local** bus speeds over time. This technique was first used in the Version 2.1/D Travel Model,[87] and has been retained in the Version 2.2 and 2.3 travel models. In 2015, the local bus speed degradation factors were re-estimated,[88] and those re-estimated factors were part of the Ver. 2.3.57a travel demand model.

---

[86] Jeff Bruggeman and Bill Woodford to Ronald Milone, "Comments on MWCOG Modeling Procedures," Memorandum, June 30, 2004.
[87] Ronald Milone to Files, "Methodology for Linking Future Bus Speeds to Highway Congestion in the Version 2.1/D Model," Memorandum, July 14, 2004.
[88] Meseret Seifu and Ronald Milone, "Update of Local Bus Speed Degradation Model," Memorandum, March 19, 2015.

00001094

For the Ver. 2.3.66 model, the process was significantly updated, as was described in section 1.3.4 of the Ver. 2.3.66 user's guide[89] and a technical memo.[90] The major changes are as follows:

1. The text file Lbus_TimFTRS.asc has been replaced with the dBase file Bus_Factor_File.dbf.
2. A new script has been added (Adjust_Runtime.s). This script reads in the transit line files associated with the local bus routes (mode codes 1, 6, and 8), adjusts the RUNTIME values by the factors contained in Bus_Factor_File.dbf, and writes out revised mode 1, 6, and 8 files with the revised RUNTIME values. The script Adjust_Runtime.s is called from Transit_Skim_All_Modes_Parallel.bat.

An example of a local bus route **before** the adjustment of its RUNTIME variable is shown in Figure 27. An example of a local bus route **after** the adjustment of its RUNTIME variable is shown in Figure 28.

```
LINE NAME="ART43N",
OWNER="ART Bus;Crystal City Bay A, S Bell St, SB @ S Hayes St S;Crystal City Bay A, S Bell St, SB @ S Hayes St S;2014;base",
ONEWAY= Y,MODE= 01,FREQ[1]= 20,RUNTIME= 40,
      N=  30247  30666  30279 -30246 -30280 -30243 -30244 -30207  30206,
          30204 -30286 -30316 -30315 -30211  30115  30120 -30115  30116,
          30520  30117 -30122  30123
```

**Figure 27 A local bus route before its RUNTIME value is updated**

```
LINE NAME="ART43N",
OWNER="ART Bus;Crystal City Bay A, S Bell St, SB @ S Hayes St S;Crystal City Bay A, S Bell St, SB @ S Hayes St S;2014;base",
ONEWAY= Y,MODE= 01,FREQ[1]= 20,RUNTIME=43.9,              ; Base RUNTIME=    40.00 Time Factor: 1.098 Year: 2040
      N=  30247  30666  30279 -30246 -30280 -30243 -30244 -30207  30206,
          30204 -30286 -30316 -30315 -30211  30115  30120 -30115  30116,
          30520  30117 -30122  30123
```

**Figure 28 A local bus route after its RUNTIME value is updated to reflect road congestion predicted to occur in future years**

Transit accessibility outputs are listed on Table 48.

---

[89] Ronald Milone, Mark Moran, and Meseret Seifu, "User's Guide for the COG/TPB Travel Demand Forecasting Model, Version 2.3.66: Volume 1 of 2: Main Report and Appendix A (Flowcharts)" (Washington, D.C.: Metropolitan Washington Council of Governments, National Capital Region Transportation Planning Board, February 13, 2017), 7, https://www.mwcog.org/transportation/data-and-tools/modeling/model-documentation/.
[90] Ronald Milone to Feng Xie et al., "Update to the V2.3.57a Model's Treatment of Bus Speed Factors," Memorandum, March 17, 2016.

00001095

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*

**Table 48 Job accessibility by transit file format description (<ITER>_<Prd>_<AA>_[BM|MR]_JobAcc.dbf)**

| Variable Name | Description |
|---|---|
| TAZ | TAZ (1-3722) |
| EMP35 | Number of jobs accessible, from a given zone, within 35 minutes' travel time |
| EMP40 | Number of jobs accessible, from a given zone, within 40 minutes' travel time |
| EMP45** | Number of jobs accessible, from a given zone, within 45 minutes' travel time |
| EMP50 | Number of jobs accessible, from a given zone, within 50 minutes' travel time |
| EMPTOT | Total number of jobs accessible, from a given zone |

** Only EMP45 is used from this file.

00001096

# 17 Transit Fare Development

## 17.1 Overview

Zone-to-zone transit fares are developed for the 22 paths sets described in the transit skimming section (section 16). As shown on page A-12 of Appendix A, the fares are developed using the scripts named *Prefarv23.s, Metrorail_Skims.S, Mfare1.s*, and *Mfare2.s*. The inputs to the fare process are shown in Table 49 and the outputs are shown in Table 50. After the fare process is executed, four scripts are used to combine transit skims and fares into consolidated submode files:  *Assemble_Skims_CR.s, Assemble_Skims_MR.s, Assemble_Skims_AB.s*, and *Assemble_Skims_BM.s*.

**Table 49 Inputs to transit fare development**

| | | |
|---|---|---|
| Zonal transit walk percent | Inputs\NLwalkPct.txt | Text |
| Zonal TAZ-to-bus fare zone equivalence | Inputs\TAZFRZN.ASC | Text |
| Zonal Area Type file | AreaType_File.dbf | DBF |
| Zonal land use file | zone.dbf | DBF |
| Zonal TAZ-Mode choice district equivalency | areadef3722.prn | Text |
| Metro Station Link File | METLNKM1.TB** | Text |
| Metro Station XY File | METNODM1.TB** | Text |
| Metrorail turn penalty file | Inputs\trnpen.dat | Text |
| MFARE1 A1 (Coordinate) File | MFARE1.A1 | Text |
| Metrorail station discount file | Inputs\MFARE1_STA_DISC.ASC | Text |
| WMATA tariff parameters | Inputs\tarriff.txt | Text |
| Transit fare deflation factor file | Trn_deflator.txt | Text |
| | <ITER>_<*Prd*>_<*AA*>_CR.STA | Binary |
| | <ITER>_<*Prd*>_<*AA*>_CR.SKM | |
| | <ITER>_<*Prd*>_<*AA*>_MR.STA | |
| | <ITER>_<*Prd*>_<*AA*>_MR.SKM | |
| | <ITER>_<*Prd*>_<*AA*>_AB.STA | |
| | <ITER>_<*Prd*>_<*AA*>_AB.SKM | |
| | <ITER>_<*Prd*>_<*AA*>_BM.STA | |
| | <ITER>_<*Prd*>_<*AA*>_BM.SKM | |
| | <ITER>_<*Prd*>_<*AA*>_CR.FAR | |
| | <ITER>_<*Prd*>_<*AA*>_MR.FAR | |
| | <ITER>_<*Prd*>_<*AA*>_AB.FAR | |
| | <ITER>_<*Prd*>_<*AA*>_BM.FAR | |
| Peak / Off-Peak MFARE2 Bus Fare Matrix | Inputs\busfaram.asc<br>Inputs\busfarop.asc | Text |
| Peak /Off-Peak MFARE2 A2 File | FARE_A2.ASC | Text |

Notes:  <Prd>= AM and OP  <AA>= WK, DR, KR  <ITER> =PP,  i1...i4

** These two files are originally in the Inputs folder, and then are copied to the Output folder in Transit_Skim_All_Modes_Parallel.bat

**Table 50 Outputs of transit fare development**

---

00001097

| Summary of walkshed area and walkshed percentage | Prepare_MC_Zfile.txt | Text |
|---|---|---|
| Output Zone file for the NL mode choice model | ZONEV2.A2F | Text |
| A "complete" A2 file for the MFARE2.S | Fare_a2.asc | |
| Metrorail distance skims | RLDIST.SKM | Binary |
| Metrorail station to station fares | AM_Metrorail_Fares.TXT<br>OP_Metrorail_Fares.TXT | Text |
| Zonal fares | <ITER>_<*Prd*>_<*AA*>_CR.FAR<br><ITER>_<*Prd*>_<*AA*>_CR.FR5<br><ITER>_<*Prd*>_<*AA*>_CR.TXT<br><ITER>_<*Prd*>_<*AA*>_MR.FAR<br><ITER>_<*Prd*>_<*AA*>_MR.FR5<br><ITER>_<*Prd*>_<*AA*>_MR.TXT<br><ITER>_<*Prd*>_<*AA*>_AB.FAR<br><ITER>_<*Prd*>_<*AA*>_AB.FR5<br><ITER>_<*Prd*>_<*AA*>_AB.TXT<br><ITER>_<*Prd*>_<*AA*>_BM.FAR<br><ITER>_<*Prd*>_<*AA*>_BM.FR5<br><ITER>_<*Prd*>_<*AA*>_BM.TXT | |
| Combined time and fare commuter rail skims | <ITER>_TRNAM_CR.SKM<br><ITER>_TRNOP_CR.SKM | Binary |
| Combined time and fare Metrorail skims | <ITER>_TRNAM_MR.SKM<br><ITER>_TRNOP_MR.SKM | Binary |
| Combined time and fare all bus skims | <ITER>_TRNAM_AB.SKM<br><ITER>_TRNOP_AB.SKM | Binary |
| Combined time and fare bus/Metrorail skims | <ITER>_TRNAM_BM.SKM<br><ITER>_TRNOP_BM.SKM | Binary |

**Table 51 TAZ/Bus Fare Zone Equivalency File Format Description (TAZFRZN.ASC)**

00001098

| Columns | Format | Field Description |
|---------|--------|-------------------|
| **Zonal data (All lines in the file)** | | |
| 1-8 | I4 | TAZ Number (1-3,675) |
| 9-16 | I4 | 1st Bus fare zone 1 (currently numbered 1 to 21) |
| 17-24 | I4 | 2nd Bus fare zone 2 (currently numbered 1 to 21) |
| 57-64 | I8 | Jurisdiction code |
| 65-72 | I8 | P discount |
| 73-80 | I8 | A discount |
| **Station data (first 150 lines of the file only)** | | |
| 1-8 | I4 | Metrorail Station No. (1-150) |
| 41-48 | I4 | 1st Bus Fare Zone associated with Metro Station (currently numbered 1 to 21) |
| 49-56 | I4 | 2nd Bus Fare Zone associated with Metro Station (currently numbered 1 to 21) |

As shown in Table 51 above, the TAZ/Bus Fare Zone Equivalency File (TAZFRZN.ASC) essentially contains two look-up tables: the zonal data table includes all lines in the file, while the station data table includes only the first 150 lines of the file. Both look-up tables use Columns 1-8 as the index column, which represents TAZ Number (1-3675) for the zonal data and represents Station Number (1-150) for the station data. Station information contained in Columns 41-48 and 49-56 are populated in only the first 150 lines of the file (zeros are used as placeholders for Lines 151-3675).

## 17.2 Application Details

The purpose of transit fare process is to develop a zonal matrix containing total transit costs as expressed in 2007 cents. The core components of the transit fare process are two scripts: *MFARE1.S* which develops Metrorail station-to-station fares and *MFARE2.S* which develops zone-to-zone transit fares using the *MFARE1.S* output.   Twenty-two fare matrices are developed sub-mode, time period, and access type, specifically:

- Four sub-modes (Bus Only Metrorail only, Metrorail/ Bus, and Commuter Rail) by;
- Two time periods (AM, off-peak), by;
- Three access types (Walk, PNR, and KNR)

Since commuter rail access is distinguished by walk and auto access only, 22 matrices are developed (instead of 24 which is implied above).

The fare process is executed with a batch file named *Transit_Fare.bat*. The batch file calls four scripts that are used to formulate the zone-to-zone transit fares for each market:

- *PrefarV23.s*:  This script reads a zonal transit walk area file (NLWalkPct.txt) which includes walk areas pertaining to Metrorail stations only. It also reads an equivalency file (TAZFRZN.ASC) that

00001099

equates TAZs to bus fare zones and Metrorail station numbers to bus fare zones. The program essentially merges the Metrorail walk percent information into the zonal equivalency file.   The resulting file is named fare_a2.asc. This file is called by the MFARE2.S script and is needed for the zonal transit fare calculation. This script is also used to develop the zonal parking costs that are input into the mode choice model.

- *Metrorail_skims.s*:  This script reads a Metrorail link and node file, and then develops Metrorail station-to-station distance skims. The file is need for the Metrorail station-to-station fare calculation.
- *MFARE1.S*: This script calculates the Metrorail station-to-station fares for AM and off-peak periods. The script reads in a fare parameter file that is consistent with WMATA's Metrorail fare policy (tariff.txt), station coordinates (MFARE1.A1), and a station discount file (MFARE1_STA_DISC.ASC). The script writes two text files containing Metrorail fares: AM_Metrorail_Fares.txt and OP_Metrorail_Fares.txt.
- *MFARE2.S*: This script calculates the total transit fare between TAZs for AM and off-peak periods.   The script reads in several files:
  - The Metrorail station-to-station fares developed by MFARE1.s,
  - tarrif.txt (transit fare policy parameters contain rail-to-bus discounts)
  - TRN_Deflator.txt (the transit deflation factor)
  - Fare_a2.asc (file containing zonal walk percentages to Metrorail stations
  - BUSFAREAM/OP.ASC:  AM and off-peak bus and commuter rail fares between bus fare policy zones. TPB currently uses 21 bus fare zones for the region. While most TAZs fall into a single bus policy zone, the fare calculation also accounts for the possibility that a single TAZ may be straddle 2 bus policy zones
  - Zonal skim files containing Metrorail on/off stations (*.STA) and in-vehicle travel times by transit mode (*.SKM). A set of transit skims must exist for each of the 22 transit paths.

The transit fare files are written to 22 binary file (*.FAR) each containing one table (total transit fare in 2007 cents). The batch file calls four additional scripts (*Assemble_Skims_??.S*) which are used to consolidate the 22 binary fare files into four files associated with each sub-mode.   The consolidated files are subsequently used as inputs to the mode choice model.

The fare construction process between zonal pairs essentially consists of blending the Metrorail station-to-station fares with the bus-zone-to-bus-zone fares. The consideration of Metrorail fares is dependent upon individual path characteristics, i.e., whether or not the Metrorail in-vehicle time is greater than zero. If the path is not Metrorail-related, then the fare is developed from the bus fare matrix input. If the path is Metrorail-related, then the transit fare is based on the Metrorail station-to-station fare (from MFARE1), bus access and/or egress fares developed from the bus fare matrix, zonal Metrorail walk potential, and the Rail-to-Bus policy discount.  The MFARE2 computation may be explained as a series of four discrete conditions.

**Condition 1:  Non-Metrorail related path / Single bus fare zone origin to Single bus fare destination zone**

Transit fare = Bus Fare(bi1/bj1)

00001100

**Condition 2: Non-Metrorail related path / Single bus fare zone origin to Double bus fare destination zone**

Transit fare = [(Bus Fare( bi1/bj1) + Bus Fare( bi1/bj2)] / 2.0

**Condition 3: Non-Metrorail related path / Double bus fare zone origin to Double bus fare destination zone**

Transit fare = [(Bus Fare( bi1/bj1) + Bus Fare(b i1/bj2) + (Bus Fare(b i2/bj1) + Bus Fare(b i2/bj2)] / 4.0

**Condition 4: Metrorail related paths**

Transit Fare =   (Bus Access fare * (1.0-Origin Metrorail walk Pct.)) + Metrorail fare(si/sj) +
                 (Bus Egress  fare * (1.0-Destin. Metrorail walk Pct.))

Bus Access Fare **Single** bus fare zone to **Single** Metrorail bus fare zone =

Bus Fare(bi1/mi1) − 0.5 Rail-Bus Discount

Bus Access Fare **Single** bus fare zone to **Double** Metrorail bus fare zone =

Min[Bus Fare(bi1/mi1) , Bus Fare(bi1/mi2) ] − 0.5 Rail-Bus Discount

Bus Access Fare **Double** bus fare zone to **Single** Metrorail bus fare zone =

[Bus Fare(bi1/mi1) + Bus Fare(bi2/mi1) ]/2.0 − 0.5 Rail-Bus Discount

Bus Access Fare **Double** bus fare zone to **Double** Metrorail bus fare zone =

[Min[Bus Fare(bi1/mi1) , Bus Fare(bi1/mi2) ] + Min[Bus Fare(bi2/mi1) , Bus Fare(bi2/mi2) ] ]/2.0 − 0.5 Rail-Bus Discount

Bus egress fares are calculated in the same way that bus access fares are calculated. A fare discount is applied to the fare calculation before it is written out to the binary output.

00001101

00001102

# 18 Demographic Submodels

Demographic submodels are applied within the *Trip_Generation.bat* batch file using the *Demo_Models.s* Cube Voyager script (see page A-6 of Appendix A). This script applies the three demographic submodels that are run prior to trip generation: household size, household income, and vehicle availability (see Chapter 3 of the calibration report for more details). The inputs to the model are zonal land use data (zone.dbf), data about area types (areaType_File.dbf), and information about the accessibility to jobs via transit. The zone.dbf file contains zonal households, population, jurisdiction code, and income index, as well as the household size and household income submodels (in the form of lookup tables). The households in each TAZ are then allocated to a household size group (1, 2, 3, or 4+) and an income group (<50K, 50K-100K, 100K-150K, or 150+K).

Next, the *Demo_Models.s* reads in the number of jobs accessible by AM Metrorail and Bus/Metrorail service within 45 minutes for each TAZ (see Table 48). This information along with household size, household income, area type, and the DC dummy variable are used to allocate households to the four vehicle ownership categories (0, 1, 2, or 3+).

Then, a file is produced, for each of the four income levels, which contains the number of households by household size and vehicle availability. These files are later used in trip generation. Lastly, the script accumulates the households by area type and prints out the following summaries located in the <ITER>_Demo_Models.txt:

- Regional Households by Size and Income Summary
- Jurisdictional Households by Size
- Jurisdictional Households by Income
- Regional Households by Vehicles Available and Size Summary
- Regional Households by Vehicles Available and Income Summary
- Jurisdictional Households by Vehicles Available
- Estimated Households by Size Level by Area Type
- Estimated Households by Income Level by Area Type
- Estimated Households by Vehicle Availability Level by Area Type

Process inputs and outputs are shown in Table 52 and Table 53.

**Table 52 Inputs to the Demographic Models**

| | | |
|---|---|---|
| Zonal Land Use File | Inputs\zone.dbf | DBF |
| Zonal Area Type File | AreaType_File.dbf | DBF |
| Transit Accessibility File (Metrorail only and Bus & Metrorail service) | <ITER>_AM_WK_MR_JOBACC.dbf<br><ITER>_AM_DR_MR_JOBACC.dbf<br><ITER>_AM_WK_BM_JOBACC.dbf<br><ITER>_AM_DR_BM_JOBACC.dbf | DBF |

Note: <ITER> =PP, i1...i4

00001103

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*

**Table 53 Outputs of the Demographic Models**

| | | |
|---|---|---|
| Zonal HHs of Income Level 1, Stratified by Size and Vehicle Avail. | HHI1_SV.txt | Text |
| Zonal HHs of Income Level 2, Stratified by Size and Vehicle Avail. | HHI2_SV.txt | Text |
| Zonal HHs of Income Level 3, Stratified by Size and Vehicle Avail. | HHI3_SV.txt | Text |
| Zonal HHs of Income Level 4, Stratified by Size and Vehicle Avail. | HHI4_SV.txt | Text |
| Interim Output: Zonal Households stratified by Income Level, household Size, and vehicle available (64 cross-classes) | <iter> _Demo_Models_HHbyISV.dbf | DBF |

00001104

# 19 Trip Generation

## 19.1 Control/Support File(s):

*Trip_Generation.s, Trip_Generation_Summary.s, Truck_Com_Trip_Generation.s*

## 19.2 Application Details:

Trip generation is executed within the Trip_Generation.bat batch file using three Cube Voyager scripts: *Trip_Generation.s*, *Trip_Generation_Summary.s*, and *Truck_Com_Trip_Generation.s* (as shown on page A-6 of Appendix A). The inputs to the Trip_Generation.bat batch file are shown in Table 54.

Table 54 Inputs to trip generation

| Zonal land use file | zone.dbf | DBF |
|---|---|---|
| Zonal Area Type File | AreaType_File.dbf | DBF |
| Zonal HHs stratified by income level, HH size, & vehs available | <iter>_Demo_Models_HHbyISV.dbf | DBF |
| Zonal GIS variable file | GIS_variables.dbf | DBF |
| Trip production rates | weighted_trip_rates.dbf | DBF |
| External Production and Attraction File | Ext_PsAs.dbf | DBF |
| Non-motorized trip production share model coefficients | NMPrates.dbf | DBF |
| Non-motorized trips Attraction share model coefficients | NMArates.dbf | DBF |
| Trip attraction rates | AttrRates.dbf | DBF |
| HB income shares | HBINCRAT.dbf | DBF |
| Consolidated zonal land use file | TripGen_LUFile.dbf | DBF |
| Truck and commercial vehicles trip rates | support\truck_com_trip_rates.dbf | DBF |
| Zonal access verification file | Skimtot<ITER>.txt | Text |
| | JurCore.dbf | DBF |

The *Trip_Generation.s* script calculates zonal trip productions and attractions. The *Trip_Generation_Summary.s* summarizes the demographic information and the trip ends by jurisdiction. *The Truck_Com_Trip_Generation.s* produces trip ends for commercial vehicles and trucks.

The *Trip_Generation.s* script is very long (almost 1,500 lines). Figure 29 presents an outline or pseudo code of the steps in the trip generation script. The script has three phases, as indicated in the figure. There are a few points to note: **First**, the program is applied to compute zonal initial trip productions and (unscaled) zonal trip attractions.  Attraction scaling is performed later, in the "*Prepare_Internal_Ends.s*" script. **Second**, the program makes sparing use of two sets of adjustments: jurisdiction level adjustments (end of phase 1) and area-type level adjustments (phases 1 and 2). The model does not make use of any "special generators" (other than the truck trip generation phase, where special generator TAZs are identified) and the model does not make use of zone-level adjustments,

00001105

which are used in some models and are usually referred to production modification factors ("p-mods") and attraction modification factors ("a-mods").[91]

---

[91] See, for example, William W. Mann, "TRIMS - Four Steps:  One Execution," *ITE Journal* 52, no. 12 (December 1982): 16.

00001106

***Phase 1: Read in input data and trip rates and establish parameters***

1. Read input files into arrays. The inputs include: zonal land activity, external Ps/As, zonal area types, zonal HHs stratified by Inc./Size/ VA., zonal GIS variables, trip production rates, trip attraction rates, and income attraction shares by HB purpose area type
2. Establish output files:
   a. Report file (%_iter_%_Trip_Generation.txt')
   b. Computed Zonal trip productions ('%_iter_%_Trip_Gen_Productions_Comp.dbf')
   c. Computed Zonal trip Attractions ( '%_iter_%_Trip_Gen_Attractions_Comp.dbf')
3. Establish Area-Type trip end (motorized, non-motorized) factors by purpose and area type
4. Establish External trip parameters (Share of ext. NHB travel that is NHW and NHO, auto occupancies of external autos, by purpose)
5. Establish Jurisdictional trip end factors by purpose

***Phase 2: Compute Initial Trip Productions and Attractions***

1. Loop through each **internal** zone
   a. Apply trip production rates to stratified HHs by income, size, vehav. To arrive at total Ps
   b. Computed non-motorized production shares by purpose and area type
   c. Apply non-motorized shares and adjustment parameters to total Ps to arrive at final motorized & non-motorized Ps
   d. Summarize and write out internal computed trip Ps stratified by income
   e. Apply trip attraction rates to land activity
   f. Computed non-motorized attraction shares by purpose and area type
   g. Apply non-motorized shares and adjustment parameters to total As to arrive at final motorized & non-motorized As
   h. Disaggregate total final attractions to income strata, by purpose and area type

   End **internal** zone loop

2. Loop through each internal zone: Summarize and write out internal computed attractions by income
3. Loop through each **external** zone
   a. Read external auto driver trip Ps and As
   b. Convert external vehicle Ps and As to auto person trips based on car occ. parameters
   c. Disaggregate total external NHB auto persons among NHW and NHO based on parameters
   d. Write out external Ps and As

   End **external** zone loop

***Phase 3: Print out regional totals of computed trip productions/attractions***

**Figure 29 Outline/pseudo code for *trip_generation.s***

*Trip_generation.s* begins, in phase 1, by reading the zonal land use (Zone.dbf); the area type file (AreaType_File.dbf); external trip productions and attractions (EXT_PsAs.dbf, described in Table 55); zonal households stratified by income, size, and vehicles available (<iter>_Demo_Models_HHbyISV.dbf);

00001107

zonal walkability factors (GIS_variables.dbf); trip production rates (weighted_trip_rates.dbf); non-motorized production model coefficients (NMPrates.dbf); non-motorized attraction model coefficients (NMArates.dbf); trip attraction model coefficients (AttrRates.dbf); and income shares for home-based trips (HBINCRAT.dbf).

The zonal GIS variable file (GIS_variables.dbf) contains a number of built-environment variables that describe the walkability of an area, such as the number of 3-legged intersections per TAZ, the number of cul-de-sacs per TAZ, the number of street blocks per TAZ, and the number of Census blocks per TAZ. Although the GIS file contains a number of variables, the trip generation process uses only one: **the number of street blocks per TAZ ("BLOCKS")**.[92] Since these built-environment variables are intended to deal with issues of walkability, it is best to use a detailed street network when calculating these metrics (as opposed to simply using the highway network itself, which is quite coarse). In our case, we used NAVTEQ's NAVSTREETS Street Data[93] (for which COG pays a license fee) and the work was performed in 2010 by COG/TPB staff.[94] Note that NAVTEQ is now known as HERE. A block is defined as a 2-dimensional area (polygon) that is completely enclosed by a series of NAVTEQ street segments. Prior to forming blocks, the following segments were removed from the NAVTEQ street network:

- Street segments with no name (ST_NAME=blank), since these are not actually street segments;
- "Major highways" (NAVTEQ functional class [FUNC_CLASS] equal to 1 or 2).[95]
- Ramps (RAMP = Y)

Figure 30 shows an example of the seven blocks that are contained within TAZ 283 (Union Station), as defined by NAVTEQ street segments (omitting major highways and ramps, as discussed above).

---

[92] It has been found that areas with a higher density of street blocks are more walkable.
[93] NAVTEQ, "NAVTEQ's NAVSTREETS Street Data, Reference Manual v3.2," Proprietary and Confidential (Chicago, Illinois: NAVTEQ, April 1, 2009).
[94] Mary Martchouk to Mark S. Moran, "Developing GIS Walkability Measures," Memorandum, June 2, 2010, 6–7.
[95] NAVTEQ, "NAVTEQ's NAVSTREETS Street Data, Reference Manual v3.2", p. 4-5.

00001108



**Figure 30 Example of seven NAVTEQ street blocks within TAZ 283 (Union Station)**

In the trip generation script (*Trip_Generation.s*), the number of blocks per TAZ is then converted to a density measure, specifically the floating 0.5-mile block density for each TAZ (BLOCKS05, lines 180-215 of Trip_Generation.s). In the travel model, it is assumed that the block density has an effect on non-motorized trip productions and attractions **only for area types 1 and 2** (See, for example, Tables 27-29 of the calibration report for non-motorized productions and Tables 30-32 for non-motorized attractions, where the floating 0.5-mile block density is called BLKDEN05).[96]

It is assumed that the model user will rarely change the value of BLOCKS (or its derivative, BLKDEN05) when running the model (i.e., the modeler will freeze the base-year levels of block density). This is analogous to the way that household income distributions are generally frozen in the model. The exception to this rule is if the modeler believes that the street network in an area will become denser or sparser, then the modeler can make appropriate manual adjustments to the zonal BLOCK variable.

The trip generation process also reads external trip ends from a file (Ext_PsAs.dbf) that is developed exogenously. The data items are shown in Table 55. The *Trip_Generation.s* script writes out an intermediate dBase file containing land activity, one-mile "floating" land use density, one-half mile "floating" block density, and jurisdictional and area type codes. The file is a consolidation of input data from various zone files and derived variables.[97] The specific data elements are shown on Table 56. Note that, in the file Ext_PsAs.dbf (Table 55), the last two variables are medium truck external-internal (X-I) trip ends (MTK_XI) and heavy truck external-internal (X-I) trip ends (HTK_XI), but there are no

---

[96] Milone et al., "Calibration Report for the TPB Travel Forecasting Model, Version 2.3," 4–17 to 4–20.
[97] Floating densities are calculated using the centroids of the TAZs and street blocks, with a point buffer around the centroid with the given radius (0.5 mile or 1.0 mile).

00001109

corresponding variables for the internal-external movements (e.g., MTK_IX and HTK_IX). This is because it is assumed that the two movements (XI and IX) are the same.

**Table 55 External Production and Attraction File (Ext_PsAs.dbf)**

| Variable | Description |
|----------|-------------|
| TAZ | External station no. (3676-3722) |
| FACILITY | Facility route no./name |
| AAWT_CTL | Average annual weekday traffic count (observed or forecasted) |
| CNTFTR | (unused) |
| AUTO_XI | Auto driver external-internal (X-I) trip ends |
| AUTO_IX | Auto driver internal-external (I-X) trip ends |
| AUTO_XX | Auto driver through (X-X) trip ends |
| CV_XX | Commercial vehicle through (X-X) trip ends |
| HBW_XI | HBW external-internal (X-I) trip ends |
| HBS_XI | HBS external-internal (X-I) trip ends |
| HBO_XI | HBO external-internal (X-I) trip ends |
| NHB_XI | NHB external-internal (X-I) trip ends |
| CV_XI | Commercial vehicle external-internal (X-I) trip ends |
| HBW_IX | HBW internal-external (I-X) trip ends |
| HBS_IX | HBS internal-external (I-X) trip ends |
| HBO_IX | HBO internal-external (I-X) trip ends |
| NHB_IX | NHB internal-external (I-X) trip ends |
| CV_IX | Commercial vehicle internal-external (I-X) trip ends |
| TRCK_XX | Truck through (X-X) tip ends (medium and heavy truck) |
| TRCK_XI | Truck external-internal (X-I) trip ends (medium and heavy truck) |
| TRCK_IX | Truck internal-external (I-X) trip ends (medium and heavy truck) |
| MTK_XI | Medium truck external-internal (X-I) trip ends |
| HTK_XI | Heavy truck external-internal (X-I) trip ends |

Source: Milone, R. (2011, July 1). Version 2.3 Exogenous Trip Files. Memorandum.

The one-mile floating density is then calculated for population and employment and a half-mile floating density is calculated for street blocks. These are saved in an intermediate file named TripGen_LUFile.dbf (Table 56). Then, the script calculates zonal trip productions based on demographic data and applies the non-motorized production model to the results. Motorized internal trips productions are then obtained by subtracting the estimated non-motorized trips. The output production file data items are shown on Table 57.

00001110

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*

**Table 56 Consolidated Zonal Land Use File**

| File Name | Variable Name | Description |
|---|---|---|
| TripGen_LUFile.dbf | TAZ | TAZ Number (1-3,722) |
| | HH | Number of house holds |
| | TOTPOP | Total Population |
| | TOTEMP | Total employment |
| | RETEMP | Retail employment |
| | NRETEMP | Non-retail employment |
| | OFFEMP | Office employment |
| | OTHEMP | Other employment |
| | INDEMP | Industrial employment |
| | HHPOP | House hold population |
| | GQPOP | Group quarter population |
| | LANDAREA | Land area (sq. mi.) |
| | POP_10 | Number of population within one "floating" mile |
| | EMP_10 | Number of employment within one "floating" mile |
| | AREA_10 | Zonal Area within one "floating" mile |
| | POPDEN10 | Population density within one "floating" mile |
| | EMPDEN10 | Employment density within one "floating" mile |
| | ADISTTOX | Distance to the nearest external station |
| | BLOCKS05 | Blocks within 0.5 mile "floating" blocks |
| | AREA05 | Area within 0.5 mile "floating" blocks |
| | BLOCKDEN05 | Block density within 0.5 mile "floating" blocks |
| | JURCODE | Jurisdiction code (0-23) |
| | ATYPE | Area Type (1-6) |

**Table 57 Computed zonal trip productions file (<iter>_Trip_Gen_Productions_Comp.dbf)**

| Variable Name | Description |
|---|---|
| TAZ | TAZ Number (1-3,722) |
| HBW_MTR_PS | Home-Based-Work motorized person trip productions |
| HBW_NMT_PS | Home-Based-Work non-motorized person trip productions |
| HBW_ALL_PS | Home-Based-Work motorized and non-motorized person trip productions |
| HBWMTRP_I1 | Home-Based-Work Motorized person trip productions, Income level 1 |
| HBWMTRP_I2 | Home-Based-Work Motorized person trip productions, Income level 2 |
| HBWMTRP_I3 | Home-Based-Work Motorized person trip productions, Income level 3 |
| HBWMTRP_I4 | Home-Based-Work Motorized person trip productions, Income level 4 |
| HBS_MTR_PS | Home-Based-Shop motorized person trip productions |
| HBS_NMT_PS | Home-Based-Shop non-motorized person trip productions |
| HBS_ALL_PS | Home-Based-Shop motorized and non-motorized person trip productions |
| HBSMTRP_I1 | Home-Based-Shop Motorized person trip productions, Income level 1 |
| HBSMTRP_I2 | Home-Based-Shop Motorized person trip productions, Income level 2 |
| HBSMTRP_I3 | Home-Based-Shop Motorized person trip productions, Income level 3 |
| HBSMTRP_I4 | Home-Based-Shop Motorized person trip productions, Income level 4 |
| HBO_MTR_PS | Home-Based-Other motorized person trip productions |
| HBO_NMT_PS | Home-Based-Other non-motorized person trip productions |

00001111

| | |
|---|---|
| HBO_ALL_PS | Home-Based-Other motorized and non-motorized person trip productions |
| HBOMTRP_I1 | Home-Based-Other Motorized person trip productions, Income level 1 |
| HBOMTRP_I2 | Home-Based-Other Motorized person trip productions, Income level 2 |
| HBOMTRP_I3 | Home-Based-Other Motorized person trip productions, Income level 3 |
| HBOMTRP_I4 | Home-Based-Other Motorized person trip productions, Income level 4 |
| NHW_MTR_PS | Non-Home-Based Work-Related motorized person trip productions |
| NHW_NMT_PS | Non-Home-Based Work-Related non-motorized person trip productions |
| NHW_ALL_PS | Non-Home-Based Work-Related motorized & non-motorized person trip productions |
| NHO_MTR_PS | Non-Home-Based Non-Work-Related motorized person trip productions |
| NHO_NMT_PS | Non-Home-Based Non-Work-Related non-motorized person trip productions |
| NHO_ALL_PS | Non-Home-Based Non-Work-Related motorized & non-motorized person trip productions |

Next, the zonal trip attractions are calculated by applying the attraction trip models to the land use file. Non-motorized trip attractions are then determined and subtracted from the total trip attractions. Similar to productions, attractions are multiplied by an adjustment factor (Appendix A of the Calibration Report) and disaggregated by income level. The computed trip attractions are then written out to <ITER>_Trip_Gen_Attractions_Comp.dbf file. The final trip attractions are saved in the <ITER>_Trip_Gen_Attractions_Final.dbf described in Table 58.

**Table 58 Computed zone trip attractions file (<iter>_Trip_Gen_Attractions_Comp.dbf)**

| Variable Name | Description |
|---|---|
| TAZ | TAZ Number (1-3,722) |
| HBW_MTR_AS | Home-Based-Work motorized person trip Attractions |
| HBW_NMT_AS | Home-Based-Work non-motorized person trip Attractions |
| HBW_ALL_AS | Home-Based-Work motorized and non-motorized person trip Attractions |
| HBWMTRA_I1 | Home-Based-Work motorized person trip Attractions, Income level 1 |
| HBWMTRA_I2 | Home-Based-Work motorized person trip Attractions, Income level 2 |
| HBWMTRA_I3 | Home-Based-Work motorized person trip Attractions, Income level 3 |
| HBWMTRA_I4 | Home-Based-Work motorized person trip Attractions, Income level 4 |
| HBS_MTR_AS | Home-Based-Shop motorized person trip Attractions |
| HBS_NMT_AS | Home-Based-Shop non-motorized person trip Attractions |
| HBS_ALL_AS | Home-Based-Shop motorized and non-motorized person trip Attractions |
| HBSMTRA_I1 | Home-Based-Shop motorized person trip Attractions, Income level 1 |
| HBSMTRA_I2 | Home-Based-Shop motorized person trip Attractions, Income level 2 |
| HBSMTRA_I3 | Home-Based-Shop motorized person trip Attractions, Income level 3 |
| HBSMTRA_I4 | Home-Based-Shop motorized person trip Attractions, Income level 4 |
| HBO_MTR_AS | Home-Based-Other motorized person trip Attractions |
| HBO_NMT_AS | Home-Based-Other non-motorized person trip Attractions |
| HBO_ALL_AS | Home-Based-Other motorized and non-motorized person trip Attractions |

00001112

| | |
|---|---|
| HBOMTRA_I1 | Home-Based-Other motorized person trip Attractions, Income level 1 |
| HBOMTRA_I2 | Home-Based-Other motorized person trip Attractions, Income level 2 |
| HBOMTRA_I3 | Home-Based-Other motorized person trip Attractions, Income level 3 |
| HBOMTRA_I4 | Home-Based-Other motorized person trip Attractions, Income level 4 |
| NHW_MTR_AS | Non-Home-Based Work-Related motorized person trip Attractions |
| NHW_NMT_AS | Non-Home-Based Work-Related non-motorized person trip Attractions |
| NHW_ALL_AS | Non-Home-Based Work-Related motorized & non-motorized person trip Attractions |
| NHO_MTR_AS | Non-Home-Based Non-Work-Related motorized person trip Attractions |
| NHO_NMT_AS | Non-Home-Based Non-Work-Related non-motorized person trip Attractions |
| NHO_ALL_AS | Non-Home-Based Non-Work-Related motorized & non-motorized person trip Attractions |

The *Trip_Generation_Summary.s* creates a summary text file, <ITER>_Trip_Generation_Summary.txt, which includes the following tables:

- Land Activity by Jurisdiction
- Land Activity by Area Type
- Motorized Trip Productions by Purpose and Jurisdiction
- Motorized Trip Productions per Household by Purpose and Jurisdiction
- Motorized Trip Productions by Purpose and Area Type
- Non-Motorized Trip Productions by Purpose and Jurisdiction
- Non-Motorized Trip Productions by Purpose and Area Type
- Home-Based Motorized Trip Productions by Purpose, Income, and Jurisdiction
- Home-Based Motorized Trip Productions by Purpose, Income, and Area Type
- Motorized Trip Attractions by Purpose and Jurisdiction
- Motorized Trip Attractions per Job by Purpose and Jurisdiction
- Motorized Trip Attractions by Purpose and Area Type
- Non-Motorized Trip Attractions by Purpose and Jurisdiction
- Non-Motorized Trip Attractions by Purpose and Area Type
- Home-Based Motorized Trip Attractions by Purpose, Income, and Jurisdiction
- Home-Based Motorized Trip Attractions by Purpose, Income, and Area Type

The Truck_Com_Trip_Generation.s script reads in the zonal land use file (Zone.dbf), the area type file (AreaType_File.dbf), external trip productions and attractions (EXT_PsAs.dbf), demographic model outputs (%_iter_%_Demo_Models_HHbyISV.dbf), truck and commercial trip model coefficients (truck_com_trip_rates.dbf), and the zonal access verification file (Skimtot<ITER>.txt). For the list of inputs, see Table 54. The script then uses the truck and commercial trip model coefficients and the land use data to calculate medium and heavy truck and commercial vehicle zonal trips. After an adjustment factor is applied, these are written out to a ComVeh_Truck_Ends_<ITER>.dbf file described in Table 59.

00001113

**Table 59 Truck and commercial vehicles trip ends (<iter>_ComVeh_Truck_Ends.dbf)**

| Variable Name | Description |
|---|---|
| TAZ | TAZ number (1-3722) |
| COMM_VEH | Commercial vehicle trip ends |
| MED_TRUCK | Medium truck trip ends |
| HVY_TRUCK | Heavy truck trip ends |
| ICOMM_VEH | Commercial vehicle trip ends (internal only) |
| IMED_TRUCK | Medium truck trip ends (internal only) |
| IHVY_TRUCK | Heavy truck trip ends (internal only) |

The script also generates a summary text file- <ITER>_Truck_Com_Trip_Generation.txt, which includes the following tables:

- Regional Total Truck and Commercial Trip-Ends
- Truck and Commercial Vehicle Internal Trip Totals by Area Type
- Truck and Commercial Vehicle Internal Trip Totals by Jurisdiction

The trip generation process is currently applied to produce computed trip productions and computed (un-scaled) attractions by trip purpose. The computed productions and attractions are provided explicitly as motorized and non-motorized. The Home-Based motorized Ps and As are further stratified by income level. In prior trip generation versions, an Internal to External production share model was employed to extract the external travel component of total trip productions (of I-X trips). The extraction was necessary because external trip ends are prepared exogenously based on projected traffic counts. The potential problem with an I-X extraction model is that there is no guarantee that the model would yield I-X productions already developed exogenously at the external station level.   It was ultimately decided that the approach for treating external trips in the generation and distribution process, and the approach for trip attraction scaling would be modified to ensure that I-X trips would be better preserved.

The modified process now involves the following Trip Generation and Trip distribution steps:

1. *Trip_Generation.s*: Computed trip productions and computed trip attractions are developed by purpose and mode (motorized and non-motorized). Trip attraction scaling is not undertaken.
2. *Prepare_Ext_Auto_Ends.s, Prepare_Ext_ComTruck_Ends.s*: External trip-ends (Ps and As) are prepared.
3. *Trip_Distribution_External.s*: External trip-ends are distributed, resulting in external trip tables, by purpose.
4. *Prepare_Internal_Ends.s*: Final internal trip-ends are computed as follows:
    - External trip ends (I-X) trips and (X-I) trips-ends are summarized by purpose from the external trip matrices developed in Step 3
    - The zonal I-X trip ends are subtracted from the motorized trip productions computed in Step 1. This results in final motorized productions. Non-motorized productions are unaffected.

00001114

- Scaling factors for internal trip attractions are computed by purpose. The factor is[98]

  IntAttrScaleFtr = ("Final" Intl P's + Extl. P's − Extl. A's) / (Intl. "Computed" A's)

  The above factor is applied to both motorized and non-motorized trip attractions

5. *Trip_Distribution_Internal.s*:  The final internal P's and balanced A's are run through trip distribution. The resulting internal trips are combined with the external trips developed in step three.

While this process is slightly more complicated than the prior approach it better ensures that external trips developed exogenously are preserved through the trip distribution stage.

---

[98] This equation was developed by Bill Mann in the early 1990s.

00001115

00001116

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*

# 20 Trip Distribution

## 20.1 Overview

The trip distribution process (shown on page A-7 of Appendix A) is invoked by the *Trip_Distribution.bat* file. The input and output files are listed in Table 60 and Table 61. As stated in the calibration report, the gravity model is doubly-constrained for all five trip purposes.

The trip distribution process entails five Cube Voyager steps that involve two separate trip distribution procedures:  one to distribute external auto person trips by purpose, and another to distribute internal motorized person trips by purpose. As explained in the trip generation chapter, this dual distribution procedure enables external trips (I-X) trips to be more precisely preserved at the station level compared to the prior trip generation/distribution approach.

**Table 60 Inputs to trip distribution**

| Item | Filename | Format |
|---|---|---|
| Computed zonal motorized trip productions | <iter>_Trip_Gen_Productions_Comp.dbf | dBase |
| Computed zonal motorized trip attractions (un-scaled) | <iter>_Trip_Gen_Attractions_Comp.dbf | dBase |
| Computed zonal commercial, truck trip ends (Ps, As) | <iter>_ComVeh_Truck_Ends.dbf | dBase |
|  |  |  |
| AM highway skims | <Prelter>_AM_SOV.SKM | Binary |
| OP highway skims | <Prelter>_OP_SOV.SKM | Binary |
| AM Walk Access Metrorail-only total travel time | <iter>_AM_WK_MR.ttt | Binary |
| AM Drive Access Metrorail-only total travel time | <iter>_AM_DR_MR.ttt | Binary |
| OP Walk Access Metrorail-only total travel time | <iter>_OP_WK_MR.ttt | Binary |
| OP Drive Access Metrorail-only total travel time | <iter>_OP_DR_MR.ttt | Binary |
|  |  |  |
| Toll-time equiv. file (by Income/purpose) | Equiv_Toll_Min_by_Inc.s | Text |
| K-Factor matrices | HBW_K.mat, HBS_k.mat, … ,NHO_k.mat | binary |
| Friction factors | Ver23_F_Factors.dbf | dBase |

Note: <ITER> =PP,  i1, …, i4

**Table 61 Outputs of trip distribution**

| Item | Filename | Format |
|---|---|---|
| HBW Motorized Psn. Trips (internal & external) | <iter>_HBW.PTT | Binary |
| HBS Motorized Psn. Trips (internal & external) | <iter>_HBS.PTT | Binary |
| HBO Motorized Psn. Trips (internal & external) | <iter>_HBO.PTT | Binary |
| NHW Motorized Psn. Trips (internal & external) | <iter>_NHW.PTT | Binary |
| NHO Motorized Psn. Trips (internal & external) | <iter>_NHO.PTT | Binary |
| Commercial Vehicle Trips (internal & external) | <iter>_Commer.PTT | Binary |

00001117

| Medium Truck Trips (internal & external) | <iter>_MTruck.PTT | Binary |
|---|---|---|
| Heavy Truck Trips (internal & external) | <iter>_HTruck.PTT | Binary |
| | | |
| HBW Motorized Psn. Trips (internal only) | <iter>_HBW_NL.PTT | Binary |
| HBS Motorized Psn. Trips (internal only) | <iter>_HBS_NL.PTT | Binary |
| HBO Motorized Psn. Trips (internal only) | <iter>_HBO_NL.PTT | Binary |
| NHW Motorized Psn. Trips (internal only) | <iter>_NHW_NL.PTT | Binary |
| NHO Motorized Psn. Trips (internal only) | <iter>_NHO_NL.PTT | Binary |

## 20.2 Application Details

The Trip Distribution process is executed with the batch file named, *Trip_Distribution.bat*. Five Cube Voyager scripts are used to carry out the process.

The first two scripts, *Prepare_Ext_Auto_Ends.s* and *Prepare_Ext_ComTruck_Ends.s* read the computed zonal Productions and Attraction resulting trip generation and prepares trip ends that are suitable for applying trip distributing for external Ps and As only.

The *Trip_Distribution_External.s* script executes the distribution of external trip-ends, resulting in external trip tables, by purpose. The script also calculates zonal impedances that are used in both the distribution of external and internal trips.

The trip distribution process uses different LOS impedances measures, depending on trip purpose. Work (HBW) trips are distributed using AM peak travel impedances while midday (MD) impedances are used for all remaining purposes.

The script first prepares zonal highway terminal times, which are based on the zonal area type. The terminal times, which represent the time needed to park and un-park a vehicle, range from 1 minute in the least developed areas to 5 minutes for highly developed areas. The terminal times are then added to the over-the-network highway travel time skims. Next, composite impedance tables are developed combining transit time and highway times, based on the formula shown in Equation 2:

**Equation 2 Composite time**

$$CT_i = \frac{1}{\frac{1}{HT + TollT_i} + \frac{P_i}{TT}}$$

where

$CT_i$ = Composite time for income level i
$HT$ = Congested highway time (minutes), including terminal time
$TollT_i$ = Time equivalent (minutes) of tolls associated with the minimum-time path for income i
$P_i$ = Regional transit share of income i for the trip purpose
$TT$ = Metrorail-related transit time (min.), including in-vehicle and out-of-veh. time components

00001118

The basis of the $\text{TollT}_i$ term calculation is specified in Table 62. The table indicates the average time valuation, in minutes, per year-2007 dollar, that is assigned to a toll value by income level and trip type. The table indicates, for example, that a $1.00 toll equates to 8.7 minutes of travel time for a traveler in income level 1. More generally, the table indicates that travelers commuting to work are less sensitive to tolls than non-work-bound travelers because the time valuation of commuters is relatively high. The table also reflects the intuitive generalization that lower income travelers are more sensitive to tolls than the higher income travelers.

**Table 62 Time Valuation (Minutes/2007$) by Purpose and Income Level**

| HH Income Quartile Range (1) | Assumed Mid-Point of HH Inc. Range | Hourly Rate per Worker (2) | 2007 Time Valuation (Minutes per Dollar) | |
|---|---|---|---|---|
| | | | Work Trips (75% VOT) | Non-work (50% VOT) |
| $     0 - $ 50,000 | $25,000 | $9.23 | 8.7 | 13.0 |
| $ 50,000 - $ 100,000 | $75,000 | $27.70 | 2.9 | 4.3 |
| $100,000 - $150,000 | $125,000 | $46.17 | 1.7 | 2.6 |
| $150,000 + | $175,000 | $64.64 | 1.2 | 1.9 |

Notes:
(1)  Income groups based on 2007 ACS-based quartiles
(2) Hourly rate based on 1,920 annual hours/worker * 1.41 workers/HH =  2,707 hrs/HH
(3)  Median 2007 annual HH income for the TPB modeled area is $84,280

*Prepare_Internal_Ends.s* reads the external trip tables created above, and summarizes the trip-ends from those trip tables. It also reads the internal trip-ends from the trip generation process. The script subtracts I-X trips from the total computed trip productions (by purpose), to arrive at "final" internal trip productions. An internal trip attraction trip scaling factor is next computed.   The factor is computed by purpose as:

IntAttrScaleFtr = ("Final" Intl Ps + Extl. Ps – Extl. As)/ Intl. "Computed" As

The internal Ps and As in the above equation includes both motorized and non-motorized trips. A summary of the initial and final/scaled trip-ends is provided in a small text file named <iter>_Prepare_Internal_Ends.txt.

*Trip_Distribution_Internal.s*:  The final internal Ps and scaled As are run through trip distribution. The resulting internal trips are combined with the external trips developed above. The trip distribution process produces complete (internal and external) trip tables by purpose and produces internal-to-internal (I-I) trip tables which will be inputs to the mode choice model later in the model stream. A

00001119

complete set of jurisdictional trip tables by purpose is reported in a text file named <iter>_Trip_Distribution_Internal.tab.

00001120

## 21 Mode Choice

### 21.1 Travel modes represented in the mode choice model

As shown in Figure 31, the mode choice model in the Version 2.3 Travel Model was <u>designed</u> to have 15 choices, made up of the following modes:

- Three auto modes: Drive alone, shared ride 2 person, and shared ride 3+ person.
- Three transit access modes:
  - Drive to transit and park in a park-and-ride (PNR) lot;
  - Drive to transit and drop off passenger(s) at the kiss and ride (KNR) lot or station; and
  - Walk to transit.
- Four transit modes: Commuter rail, all bus, all Metrorail, and combined bus/Metrorail.



**Figure 31 Designed nesting structure of the nested-logit mode choice model in the Version 2.3 travel model**

* In model implementation, PNR and KNR access modes for commuter rail are combined into one choice, resulting in 14 choices, not 15.

Ref: "I:\ateam\nest_log\NestedChoice_Struct4.vsd"

Two important distinctions should be made. First, as per the design of AECOM, for the commuter rail mode, the model was implemented such that PNR and KNR commuter rail are combined as a single choice (in mode choice) or a single path (in path building), since, for commuter rail, the PNR- and KNR-access links are identical. Thus, instead of 12 access-mode/transit-mode choices, the model is implemented using 11 access-mode/transit-mode choices. Consequently, as implemented in the model, <u>the mode choice model actually has 14 choices, not 15</u>. This is difficult to portray in Figure 31, but is noted in a footnote on the figure. This combining of modes is also apparent in Table 67 ("Outputs from the AEMS mode choice application program").

Second, regarding the three auto modes: As discussed in the calibration report, the definition of high-occupancy vehicle (HOV) trips has changed, compared to the definition that was used in the Version 2.2 Travel Model. Previously, HOV trips coming out of the mode choice model referred to *only those that*

00001121

*use HOV facilities for a substantial portion of their trip*. Similarly, in previous models, the definition of low-occupancy vehicle (LOV) included both drive-alone and carpools (provided the carpools did not use a preferential HOV facility). By contrast, in the Version 2.3 NLMC model, the term LOV refers to only the drive-alone trips. Similarly, HOV refers to all shared-ride 2 (2-person carpools) and shared-ride 3 (3+ person carpools), irrespective of whether they use an HOV facility or not.

### 21.1.1  Treatment of LRT, BRT, and streetcar

Note that the nesting structure of the TPB Version 2.3 NLMC model does not include branches for specialized transit modes, such as light-rail transit (LRT), bus rapid transit (BRT), and streetcar. From this, one might conclude that the mode choice model is not designed to deal with these special transit modes. In fact, the model is designed to deal with these special transit modes. This section of the report discusses how these modes are treated in both the mode choice model and the transit path skimming process that feeds the mode choice model.  This is the scheme that was developed by AECOM in 2004-2005 and has been retained by TPB staff. One of the underlying assumptions is that "premium" transit modes (e.g., Metrorail, commuter rail, LRT, BRT, and streetcar) will typically travel faster than buses, since they have one or more of these characteristics:

- A dedicated right-of-way, at least for part, if not all, of the route
- Traffic signal priority
- Superior acceleration/deceleration (compared to buses)

#### 21.1.1.1  Network representation: LRT, BRT, and streetcar

In terms of network representation, LRT is typically coded as "mode 5."  BRT and streetcar are coded as "mode 10," referred to in some parts of the model as the "new" mode. The thought is that LRT will travel mainly on its own grade-separated right-of-way (ROW), where it does not have to interact with road traffic. By contrast, it is assumed that streetcar will travel mostly in mixed traffic, i.e., it will share an at-grade right-of-way with road traffic. It is believed that AECOM chose to include BRT with streetcar, since although BRT will often include some grade-separated rights-of-way for the trunk-line portion of the route, the beginning and ending of the BRT route are likely to be in mixed traffic, making it more similar to the streetcar.

In cases where a travel demand modeler is coding a new transit line representing a "premium" transit mode,[99] the modeler must add "transit-only" links to the transit network to represent the new service, since the line requires a dedicated ROW which is not part of the highway network. In the past, one would have added these transit-only links to the rail link file (rail_link.bse). However, with the advent of TPB staff using an Esri geodatabase to manage the highway and transit networks, the rail_link.bse file no longer exists. For a modeler working at COG, one should add transit-only links directly into the highway/transit network geodatabase. For a modeler working external to COG (who will not have access

---

[99] Such as Metrorail (Mode 3), commuter rail (Mode 4), LRT (Mode 5), and BRT/streetcar (Mode 10).

00001122

to the COGTools ArcGIS add-in for managing the geodatabase), one should modify the text *.tb files that are output from the *create_support_files.s* Cube Voyager script.

The "station file" (station.dbf) contains information about transit stations in the modeled area. More formally, the station file contains information about Metrorail stations, commuter rail stations, light rail stations, bus rapid transit stations/stops, streetcar stations/stops, express-bus bus stops, and park-and-ride (PNR) lots that serve these stations/stops. One must add Mode 5 and Mode 10 station nodes to the station file using a mode code of "L" for LRT/Mode 5 and "N" for New/BRT/streetcar/Mode 10. Mode 5 and 10 stations <u>do not require a station centroid number</u>,[100] though recent network documentation has designated the node number range of 7000-7999 (light rail/BRT PNR centroids), even though this range is not currently in use in the geodatabase.[101] Cube Voyager cannot combine headways for routes unless they are part of the same mode code, so, in cases where Mode 10 routes share a street segment with local bus (Mode 1), these two routes will not be represented with a combined headway.

### 21.1.1.2  Transit path building and skimming, mode choice, and transit assignment: LRT, BRT, and streetcar

In transit path building and skimming, mode choice, and transit assignment, the following two rules apply:[102]

- LRT: Mode 5 is treated like Metrorail (Mode 3)
- BRT: Mode 10 is treated like local bus (Modes 1, 6, & 8)

### 21.1.1.3  Fares: LRT, BRT, and streetcar

Fares for Mode 5 and Mode 10 are computed like those for local bus (Modes 1, 6, & 8).

### 21.1.1.4  Inclusion of LRT, BRT, and streetcar trips in trip tables

Following the mode choice step, the output trip table files (*.MTT) each contain 14 tables, as shown in Table 67.  Any table that lists "MR" (Metrorail) actually includes both Metrorail and LRT, since Mode 5 [LRT] is treated like Metrorail (Mode 3) in transit path building/skimming, mode choice and transit assignment.  Similarly, any table that lists "BU" (Bus) actually includes both bus and BRT/streetcar.  The only way to get the actual breakout of the estimated level of LRT or BRT/streetcar travel is to look at the transit assignment results (keeping in mind that, although we assign all transit trips, we validated only Metrorail trips, and, at the current time, these are validated only to station groups, not to individual stations).  So, after transit assignment, one is able to see how many trips/boardings/alightings occurred

---

[100] Jain to Milone and Moran, "MWCOG Network Coding Guide for Nested Logit Model (First Draft: September 20, 2007; Updated February 2008 and October 2010)," 6.

[101] Meseret Seifu, Ronald Milone, and Mark Moran, "Highway and Transit Networks for the Version 2.3.66 Travel Model, Based on the 2016 CLRP and FY 2017-2022 TIP," Final Report (Washington, D.C.: Metropolitan Washington Council of Governments, National Capital Region Transportation Planning Board, March 17, 2017), 17, https://www.mwcog.org/transportation/data-and-tools/modeling/model-documentation/.

[102] Jain to Milone and Moran, "MWCOG Network Coding Guide for Nested Logit Model (First Draft: September 20, 2007; Updated February 2008 and October 2010)," 10.

on a given LRT line, but, since we do not validate results at the LRT line level, model users are recommended to use caution when using these numbers.

### 21.1.2 Other issues relating to travel modes

Table 63 list the ten transit modes that are handled by the Version 2.3 mode choice model and lists the mode code used in the station file (station.dbf), which is an input to the *parker.s* script that is part of the transit_skim_all_modes.bat batch file (see Section 16, Transit Skim File Development). Note that the consolidated station file does not include bus stops, except for bus stops that have their own PNR lot (generally express bus service). Transit routes are represented in Cube Voyager's TRNBUILD module using the LINE command, which is usually placed in a *.LIN file or, using COG/TPB convention, in a MODE*.TB file (a "mode" file).

**Table 63 Transit sub-modes represented in the Version 2.3 travel model**

| Mode # | Transit sub-mode | Mode code in station file |
|--------|------------------|---------------------------|
| 1 | Local Metrobus | (not represented in the sta. file) |
| 2 | Express Metrobus | B |
| 3 | Metrorail | M |
| 4 | Commuter rail | C |
| 5 | Light rail transit (LRT) | L |
| 6 | Other local bus in the WMATA service area | (not represented in the sta. file) |
| 7 | Other express bus in the WMATA service area | B |
| 8 | Other local bus beyond the WMATA service area | (not represented in the sta. file) |
| 9 | Other express bus beyond the WMATA service area | B |
| 10 | Bus rapid transit (BRT) and street car | N (for "New" mode) |

In addition, there are five non-transit modes that are used to access transit and make transfers to, from, and between transit services. These are detailed in Table 64.

**Table 64 Transit Access and Transfer Links**

| Mode # | Link Type |
|--------|-----------|
| 11 | Drive access, for both PNR and KNR (from the zone centroid to a transit stop node) |
| 12 | Walk transfer link (between transit services or to/from transit station) |
| 13 | Sidewalk link |
| 14 | Unused |
| 15 | Walk transfer link between PNR lot and transit station |
| 16 | Walk access (from the zone centroid to a transit stop node) |

All the modes described in Table 63 and Table 64 can be used in the path-building process (see 16). If no prohibitions are imposed, path building assumes that transfers between all modes are possible. For example, a person could theoretically access Metrorail by driving (mode 11) to the station, use Metrorail (mode 3), and egress Metrorail by driving (mode 11) as well. When trips are in production-attraction format, as is the case for transit path-building and mode choice, a person cannot egress from a station

00001124

and take a car. To prevent the foregoing behavior in the model, some limitations with regard to transfers need to be imposed. These are described in Table 65. The mode interchanges where transfers are prohibited are denoted by "Y".

**Table 65 Transfer Prohibitions (No Transfer or NOX)**

| From | To Mode | | | | | | | | | | | | | | | |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|
| Mode | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 1 | n | n | n | n | n | n | n | Y | Y | n | Y | n | n | n | Y | n |
| 2 | n | n | n | n | n | n | n | Y | Y | n | Y | n | n | n | Y | n |
| 3 | n | n | n | n | n | n | n | Y | Y | n | Y | n | n | n | Y | n |
| 4 | n | n | n | n | n | n | n | Y | Y | n | Y | n | n | n | Y | n |
| 5 | n | n | n | n | n | n | n | Y | Y | n | Y | n | n | n | Y | n |
| 6 | n | n | n | n | n | n | n | Y | Y | n | Y | n | n | n | Y | n |
| 7 | n | n | n | n | n | n | n | Y | Y | n | Y | n | n | n | Y | n |
| 8 | n | n | n | n | n | n | n | n | n | n | Y | n | n | n | Y | n |
| 9 | n | n | n | n | n | n | n | n | n | n | Y | n | n | n | Y | n |
| 10 | n | n | n | n | n | n | n | Y | Y | n | Y | n | n | n | Y | n |
| 11 | n | n | n | n | n | n | n | n | n | n | Y | Y | n | Y | n | n |
| 12 | n | n | n | n | n | n | n | n | n | n | Y | Y | n | n | Y | n |
| 13 | n | n | n | n | n | n | n | n | n | n | Y | n | n | n | Y | n |
| 14 | n | n | n | n | n | n | n | n | n | n | Y | n | n | n | Y | n |
| 15 | n | n | n | n | n | n | n | n | n | n | Y | Y | Y | Y | Y | Y |
| 16 | n | n | n | n | n | n | n | n | n | n | Y | n | n | n | Y | Y |

## 21.2 Elimination of Metrorail constraint to and through the regional core

As discussed in section 1.3.4 in page 14, the Metrorail constraint to and through the regional core has been removed from Ver 2.3.75. For the sake of documentation, below is a more detailed description of the constraint and its modeling-related aspects. This description came from previous model documentation.[103]

The Metrorail constraint through the regional core (sometimes referred to using the less precise term "transit constraint through the regional core") is a technical adjustment to the trip tables coming out of the mode choice process designed to reflect a WMATA policy assumption that, during peak periods, the Metrorail system may have insufficient capacity to handle all the demand traveling to and through the regional core. Typically, it is assumed that the Metrorail system will be able to handle all of the peak-period demand to and through the regional core in the near term, but, since demand is growing through time, the system might not be able to handle all the peak-period demand at some future time,

---

[103] Moran, Milone, and Seifu, "User's Guide for the COG/ TPB Travel Demand Forecasting Model, Version 2.3.70. Volume 1 of 2: Main Report and Appendix A (Flowcharts)."

00001125

depending on the amount of growth in demand and the number of rail cars available in a given year. The assumed year at which the Metrorail system will be at its peak capacity during the peak periods to and through the regional core is known as the "binding year." For years beyond the binding year, it is assumed that any growth in peak-period Metrorail demand to and through the regional core will be forced to switch to other travel modes (specifically, auto person trips). The Metrorail constraint was initiated by WMATA in 2000 to address funding shortfalls restricting the expansion of the rail fleet.[104] WMATA policy sets the binding year, which is currently set at 2020. This means that, for any forecast year past 2020, the Metrorail constraint is applied, i.e., forecasted peak-period Metrorail trips to and through the regional core are shifted to other travel modes (specifically, auto person trips). The regional core is defined as the set of Metrorail stations in the central employment area, i.e., the portion of the system bounded by Dupont Circle, U Street, New York Avenue (NOMA), Capital South, L'Enfant Plaza, Pentagon, Arlington Cemetery, and Rosslyn stations. This area is also sometimes referred to by technical audiences as "Ring 0" and "Ring 1." In Figure 32, Ring 0 is shown as the white area shaped like a trapezoid in the center of downtown Washington, D.C. Ring 1 is shown as the gray area surrounding Ring 0. The two areas together comprise the regional core. Note that non-Metrorail-related transit trips and off-peak Metrorail trips are not affected by the Metrorail constraint process.

---

[104] Ronald Milone, "TPB Version 2.3 Travel Model on the 3,722-TAZ area system: Status report" (presented at the September 23, 2011 meeting of the Travel Forecasting Subcommittee of the Technical Committee of the National Capital Region Transportation Planning Board, held at the Metropolitan Washington Council of Governments, Washington, D.C., September 23, 2011).

---

00001126

**Figure 32 Ring 0 (white trapezoid) and Ring 1 (gray polygon), which form the "core" area used in the Metrorail constraint through the regional core**



Ref: I:\ateam\gis\taz\taz_2191_3722.mxd

The Metrorail constraint is applied in the following way (assuming that 2020 is the binding year). Model runs representing the binding year and years prior to the binding year are conducted in the normal fashion, i.e., using the **mode_choice.bat** batch file (see page A-13 of Appendix A). Model runs representing any year following the binding year, e.g., 2030, are conducted using the **mode_choice_tc_v23.bat** batch file (see page A-13 of Appendix A), as follows:

- Peak 2020 Metrorail trips to and through the core are estimated using a time-of-day model.
- Peak 2030 Metrorail trips to and through the core are estimated using a time-of-day model.
- Peak 2030 Metrorail trips to and through the core are adjusted (downward) to match 2020 ridership levels.
- The "excess" 2030 Metrorail trips that cannot be accommodated are converted to auto person trips
- The constraint process occurs for each speed feedback iteration ("i1" through "i4").

Thus, the mode choice model is executed normally with the *mode_choice.bat* batch file, which invokes the following:

00001127

- Mode choice model application program (AEMS.EXE);
- Jurisdictional summary script (*MC_NL_Summary.s*);

By contrast, the mode choice model and Metrorail constraint process are executed using the *mode_choice_tc_v23.bat* batch file, which invokes the following:

- Mode choice model application program (AEMS.EXE);
- Jurisdictional summary script (*MC_NL_Summary.s*);
- Constraint adjustment script (*MC_Constraint_V23.s*);

## 21.3 Control/Support Files

The nested-logit mode choice (NLMC) model is applied using a Fortran program called AEMS.[105] AEMS.EXE is the compiled version of the source code AEMS.FOR. In order to run, AEMS.EXE needs to have several DLL files. The model is run one for each of the five trip purposes, as shown on page A-13 of the flowchart in Appendix A. Each run of the mode choice model requires a "control file," so there are five in total: HBW_NL_MC.CTL, HBS_NL_MC.CTL, HBS_NL_MC.CTL, NHW_NL_MC.CTL, and NHO_NL_MC.CTL. After the five mode choice models run, there is a Cube Voyager script, *MC_NL_Summary.s*, which is used to create jurisdiction-to-jurisdiction tabulations of the trip tables output from the mode choice model. The inputs to the AEMS mode choice application program are shown in Table 66. The outputs are shown in Table 67.

Table 66 Inputs to the AEMS mode choice application program

| | | |
|---|---|---|
| Daily person trips, stratified by income group (1, 2, 3, 4), in production/attraction format (INFILE 1) | hbw_income.ptt, hbs_income.ptt, hbo_income.ptt, nhw_income.ptt, nho_income.ptt | Binary |
| Highway skims, nine tables – SOV, HOV2, HOV3+ for time, distance, and tolls on non-variably-priced facilities (INFILE 2) | hwyam.skm, hwyop.skm | Binary |
| Commuter rail transit skims (INFILE 3) | trnam_cr.skm, trnop_cr.skm | Binary |
| All bus transit skims (INFILE 4) | trnam_ab.skm, trnop_ab.skm | Binary |
| Metrorail transit skims (INFILE 5) | trnam_mr.skm, trnop_mr.skm | Binary |
| Bus/Metrorail transit skims (INFILE 6) | trnam_bm.skm, trnop_bm.skm | Binary |
| Zonal data (INFILE 8) | zonev2.a2f | Text |

---

[105] "AECOM Consult Mode Choice Computation Programs, AEMS, Users Guide," Draft report (Fairfax, Virginia: AECOM Consult, Inc., April 5, 2005).

00001128

**Table 67 Outputs from the AEMS mode choice application program**

| Daily person trips, stratified by travel mode (14 tables):<br>　1.　DR ALONE<br>　2.　SR2<br>　3.　SR3+<br>　4.　WK-CR<br>　5.　WK-BUS<br>　6.　WK-BU/MR<br>　7.　WK-MR<br>　8.　PNR-CR & KNR-CR<br>　9.　PNR-BUS<br>　10. KNR-BUS<br>　11. PNR-BU/MR<br>　12. KNR-BU/MR<br>　13. PNR-MR<br>　14. KNR-MR | hbw_nl_mc.mtt, hbs_nl_mc.mtt, hbs_nl_mc.mtt, nhw_nl_mc.mtt, nho_nl_mc.mtt | Binary |

00001129

## 21.4 Market segmentation

Most mode choice models used in large urban areas in the U.S. have historically been estimated at a disaggregate level but are applied at an aggregate level. Specifically, these models are typically estimated at the person-trip level but applied at the zone-to-zone interchange level. Furthermore, in application mode, within each zone-to-zone interchange, many models subdivide the travel market into homogeneous groups, known as market segments. The nested-logit mode choice model (NLMC) that is used in the Version 2.3 Travel Model uses three types of market segmentation:

- Household income
- Geography
- Access to transit

Note that there has been a recent trend away from disaggregate estimation, due, in part to guidance from the FTA.[106]

### 21.4.1 Market segmentation by household income

The income segmentation is the same that is used for the first two steps of the travel model (i.e., trip generation and trip distribution), namely households are segmented by the four household income quartiles, which are shown in Table 68.[107]

Table 68 Household income quartiles computed from the ACS

| Quartile | Income range (2007 dollars) |
|----------|------------------------------|
| First | Less than $50,000 |
| Second | $50,000 to $99,999 |
| Third | $100,000 to $149,999 |
| Fourth | $150,000 or more |

### 21.4.2 Market segmentation by geography

When AECOM Consult, Inc. first developed a mode choice model for the Washington, D.C. metropolitan area in 2004-2005, it divided the modeled area into seven superdistricts:[108]

1. DC core
2. VA core
3. DC urban

---

[106] See, for example, Federal Transit Administration, "Discussion Piece #16: Calibration and Validation of Travel Models for New Starts Forecasting" (Workshop on Travel Forecasting for New Starts Proposals, Minneapolis, Minnesota, 2006), http://www.fta.dot.gov/planning/newstarts/planning_environment_5402.html.
[107] Hamid Humeida to Files, "Analysis of Data from the American Community Survey (ACS): Households by Household Income, Household Size, and Vehicle Availability," Memorandum, March 19, 2010.
[108] Bill Woodford, "Development of Revised Transit Components of Washington Regional Demand Forecasting Model" (December 1, 2004), 30.

00001130

4. MD urban
5. VA urban
6. MD suburban
7. VA suburban

AECOM's mode choice model was applied as a post process to the COG/TPB travel model (the Version 2.1 Travel Model). COG/TPB staff used the AECOM post-process mode choice model as a starting point for its work on the Version 2.3 Travel Model in work done from 2008 to 2011. TPB staff integrated the mode choice model into the modeling chain (i.e., moved from a post process for the regional model to its normal position in the speed feedback loop, following trip distribution), and re-calibrated the model. **When COG/TPB staff retained and re-calibrated the NLMC model, it retained the same geographic market segmentation that had been developed by AECOM**.

These seven superdistricts are shown in Figure 33 and in Table 69.  Table 69 shows the equivalency between the seven NLMC superdistricts and the new 3,722-TAZ area system.



**Figure 33 Seven superdistricts used in the Version 2.3 nested-logit mode choice model**

Ref: "I:\ateam\nest_log\marketsegment2_rejoined.tif"

00001131

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*

**Table 69 Equivalency between nested-logit mode choice superdistricts and TPB TAZ 3,722**

| No. | Name | TAZs (TPB TAZ 3,722) |
|-----|------|----------------------|
| 1 | DC core | 1-4,6-47,49-63,65,181-287,374-381 |
| 2 | VA core | 1471-1476,1486-1489,1493,1495-1504,1507,1508,1510,1511 |
| 3 | DC urban | 5,48,51,64,66-180,210-281,288-373,382-393 |
| 4 | MD urban | 603,606,612-628,630-640,662-664,669,670,913,916,917,939-957,959,961-982,985, |
| 4 | MD urban | 986 |
| 5 | VA urban | 1405-1422,1427-1435,1448,1452,1454-1464,1477-1485,1490-1492,1494,1505,1506, |
| 5 | VA urban | 1509,1512-1545,1569-1609 |
| 6 | MD suburban | 394-602,604,605,607-611,629,641-661,665-668,671-912,914,915,918-938,958,960, |
| 6 | MD suburban | 983,984,987-1404,2820-3102,3104-3409 |
| 7 | VA suburban | 1423-1426,1436-1447,1449-1451,1453,1465-1470,1546-1568,1610-2554,2556-2628, |
| 7 | VA suburban | 2630-2819,3410-3477,3479-3481,3483-3494,3496-3675 |

Ref: "I:\ateam\nest_log\equiv_tpbTaz3722_nlmc_superdistr.txt" and "I:\ateam\nest_log\Market_segment_NewTAZs_sorted.xlsx"

The TAZs in Table 69 are referred to as "TPB TAZ" to distinguish them from "COG TAZ." In 2008 and 2009, the COG GIS staff developed a new system of transportation analysis zones (TAZs), which had more zones, but did not increase the size of the modeled area. In other words, the new zones were, on average, smaller than the previous zone system, which is useful for better modeling of transit trips. The old zone system had 2,191 TAZs and the new system has 3,722 TAZs. After the COG GIS staff was finished with their work, the COG models development group reviewed the new zone system and found a few cases where the zone boundaries needed adjustment.[109] The final result was that there were now two sets of zones for the 3,722-TAZ area system:

- COG TAZs: For land activity forecasts (COGTAZ3722_TPBMOD)
- TPB TAZs: For transportation modeling (TPBTAZ3722_TPBMOD)[110]

Although seven market areas could lead to 49 (= 7 x 7) geographic interchanges, AECOM Consult, Inc. grouped them into the 20 paired production/attraction areas shown in Table 70 and Table 71. Another way to view the 20 geographic market segments is shown in Table 72.

**Table 70 Production and attraction market segments used in the TPB Version 2.3 NLMC model**

| Production Areas | Attraction Areas |
|------------------|------------------|
| 1. DC Core / Urban | 1. DC Core |
| 2. MD Urban | 2. VA Core |
| 3. VA Core / Urban | 3. Urban |
| 4. MD Suburban | 4. Suburban |
| 5. VA Suburban | |

Ref: "i:\ateam\nest_log\marketSeg.xls"

---

[109] Meseret Seifu, "Review of New Zone System: 3722 Transportation Analysis Zones (TAZ)" (January 22, 2010), 4, http://www.mwcog.org/uploads/committee-documents/Zl5aV1dd20100122152445.pdf.
[110] Seifu, 23.

---

21. Mode Choice

**Table 71 20 geographic market segments used in the TPB nested-logit mode choice model**

| Market Seg No. | Prod Superdis | Attr Superdis | Production Area | Attraction Area |
|---|---|---|---|---|
| 1 | 1,3 | 1 | DC | DC core |
| 2 | 1,3 | 2 | DC | VA core |
| 3 | 1,3 | 3,4,5 | DC | Urban DC, MD, VA |
| 4 | 1,3 | 6,7 | DC | Suburban MD, VA |
| 5 | 4 | 1 | MD urban | DC core |
| 6 | 4 | 2 | MD urban | VA core |
| 7 | 4 | 3,4,5 | MD urban | Urban DC, MD, VA |
| 8 | 4 | 6,7 | MD urban | Suburban MD, VA |
| 9 | 2,5 | 1 | VA core/urban | DC core |
| 10 | 2,5 | 2 | VA core/urban | VA core |
| 11 | 2,5 | 3,4,5 | VA core/urban | Urban DC, MD, VA |
| 12 | 2,5 | 6,7 | VA core/urban | Suburban MD, VA |
| 13 | 6 | 1 | MD suburban | DC core |
| 14 | 6 | 2 | MD suburban | VA core |
| 15 | 6 | 3,4,5 | MD suburban | Urban DC, MD, VA |
| 16 | 6 | 6,7 | MD suburban | Suburban MD, VA |
| 17 | 7 | 1 | VA suburban | DC core |
| 18 | 7 | 2 | VA suburban | VA core |
| 19 | 7 | 3,4,5 | VA suburban | Urban DC, MD, VA |
| 20 | 7 | 6,7 | VA suburban | Suburban MD, VA |

Ref: "I:\ateam\nest_log\marketSeg.xls"

**Table 72 Equivalency between seven super-districts and the 20 geographic market segments**

| | | 1 DC core | 2 VA core | 3 DC urban | 4 MD urban | 5 VA urban | 6 MD suburban | 7 VA suburban |
|---|---|---|---|---|---|---|---|---|
| 1 | DC core | 1 | 2 | 3 | 3 | 3 | 4 | 4 |
| 3 | DC urban | 1 | 2 | 3 | 3 | 3 | 4 | 4 |
| 4 | MD urban | 5 | 6 | 7 | 7 | 7 | 8 | 8 |
| 2 | VA core | 9 | 10 | 11 | 11 | 11 | 12 | 12 |
| 5 | VA urban | 9 | 10 | 11 | 11 | 11 | 12 | 12 |
| 6 | MD suburban | 13 | 14 | 15 | 15 | 15 | 16 | 16 |
| 7 | VA suburban | 17 | 18 | 19 | 19 | 19 | 20 | 20 |

Ref: "I:\ateam\nest_log\superDistr_marketSeg.xlsx"

### 21.4.3 Market segmentation by access to transit

The section of the report contains two subsections. The first includes a general discussion about how transit-access markets are developed in relatively simple mode choice models. It gives the example of the three transit access markets that are often used by the Federal Transit Administration (FTA): "can walk," "must drive," and "no transit."[111] The second subsection describes the more specific case of the

---

[111] See, for example, Federal Transit Administration, "Discussion Piece #11: Illustrative Mode-Choice and Summit Calculations for Travel by One Market Segment between a Pair of Zones for Base and Build Alternatives"

00001133

seven transit-access markets used in the mode choice model of the Version 2.3 Travel Model. In both the general discussion and the more specific case, zonal percent-walk-to-transit (PWT) values are used to develop the transit access markets. In the latter case, the mode choice model application program is AEMS.EXE, developed by AECOM.

### 21.4.3.1 General discussion

The purpose of a mode choice model is to predict the number and or share of trips that will be made by each major travel mode represented in a model. Transit, in one form or another, is usually one of the travel modes represented in most mode choice models. In order to use transit, one must be able to access it, either via non-motorized modes, such as walking and biking, or motorized modes, such as driving an automobile. Many mode choice models segment transit trips by walk access and drive access. A typical zonal metric for how easily one may walk to transit is the "percent walk to transit" (PWT) value, which is defined as the percent of a zone's area that is within walking distance to transit service. So, for example, a PWT value of 20% means that 20% of the zone's area lies within walking distance to transit service. If walking distance has been defined to be one mile, then this means that 20% of the zone lies within one mile of transit service. The walking distance threshold is set by the modelers in each urban area and should reflect the typical distance that people are likely to walk to reach transit. Typical values range from 0.5 miles to 1 mile. Some travel models, such as the TPB Version 2.3 Travel Model, make use of two walk-to-transit threshold distances, e.g., a short-walk distance (e.g., 0.5 miles) and a long-walk distance (e.g., 1 mile). The TPB travel model is discussed in the next section of the report. For this section of the report, it is assumed that there is only one walk-to-transit threshold distance (e.g., 1 mile).

A typical method for calculating the percent walk to transit for each zone in the modeled area is the following:

1. Determine a threshold distance for walking to transit (or two threshold distances may be used).
2. Determine point locations where transit service can be accessed (i.e., transit stop nodes and transit stations). In other words, create a geographic data set that includes all the points representing transit stop nodes and transit stations.
3. Determine transit walksheds, which are polygons composed of circular areas around transit stop nodes. In other words, create a geographic data set that represents point buffers (i.e., circles of radius X = the threshold walking distance) around each transit stop node and transit station.
4. Given that there is already a polygon layer of TAZ boundaries, perform a polygon-on-polygon overlay (TAZ boundaries and walkshed boundaries) to create a new geographic data set that can be used to calculate the percent walk to transit value for each zone.
5. Calculate the percent walk to transit values for each zone.[112]

---

(Workshop on Travel Forecasting for New Starts Proposals, Minneapolis, Minnesota, 2006), http://www.fta.dot.gov/planning/newstarts/planning_environment_5402.html.

[112] See, for example, Yew Yuan, "Transit Walkshed Generator: A GIS Application to Generate Transit Walksheds, Technical Report," Draft (Washington, D.C.: Metropolitan Washington Council of Governments, National Capital Region Transportation Planning Board, November 15, 2012).

00001134

For a number of years, the Federal Transit Administration (FTA) has used a simple transit-access market segmentation system that has three segments known as "can walk," "must drive," and "no transit." These segments are defined at the zone-to-zone interchange level (the level used by most mode choice application programs) and can be determined using the percent-walk-to-transit (PWT) values in the production and attraction zones of the interchange. Before defining these three transit access markets, one must make a few assumptions:

1. Trips are in production/attraction format, not origin/destination format:
   a. A trip **production** is defined as the **home**-end of a home-based trip, or the **origin** of a non-home-based trip.
   b. A trip **attraction** is defined as the **non-home**-end of a home-based trip, or the **destination** of a non-home-based trip.
2. Travelers "access" transit at the production end of the trip and "egress from" transit at the attraction end of the trip.
3. At the production end of the trip, one may access the transit system by either walking or driving. Bike access is considered part of "walking."
4. At the attraction end of the trip, the only egress option is walking, since it is assumed that travelers do not have an automobile available at the non-home end of the trip.
5. The zonal PWT value functions as a probability value. Thus, if the PWT is 20%, this can be interpreted as meaning that, for trips that start (are produced in) or end (are attracted to) this zone, there is a 20% chance of that the trips will access or egress from the transit system via walking.

The "can walk" market is defined as the set of trips, within a given zone-to-zone interchange, where one can walk <u>to</u> transit at the production end of the trip (One can also walk <u>from</u> transit at the attraction end of the trip, but this is not a distinguishing feature, since "must drive" trips also walk <u>from</u> transit at the attraction end of the trip). Even though a trip may be included in the "can walk" segment, it is understood that drive access to transit is also a possibility for this market. In probability theory, if two events, A and B, are independent, the probability of the intersection of A and B equals the product of the probabilities of A and B, i.e.,

$$P(AB) = P(A) * P(B)$$

Since the PWT is considered a probability or likelihood of walking, and since the PWT for two given zones are considered to be independent, then, for a given zone-to-zone interchange, the probability of being in the "can walk" market -- P("can walk") or P(CW) -- is simply the product of the PWT of the production zone and the PWT of the attraction zone:

$$P("can\ walk"\ for\ interchange\ ij) = PWT(i) * PWT(j)$$

The "must drive" market includes trips that must access the transit market via driving since the trip begins outside of the transit walk-access threshold distance. The "no transit" market includes trips for which transit is not an option, since, at the attraction end of the trip, there is no transit available within walking distance. So, for a given interchange, the probability of being in the "must drive" market --

00001135

P("must drive") or P(MD) -- is simply the product of the non-walkable share of the production zone and the PWT of the attraction zone:

$$P("must\ drive"\ for\ interchange\ ij) = \big(1 - PWT(i)\big) * PWT(j)$$

Similarly, for a given interchange, the probability of being in the "no transit" market -- P("no transit") or P(NT) -- is simply the non-walkable share of the attraction zone:

$$P("no\ transit"\ for\ interchange\ ij) = \big(1 - PWT(j)\big)$$

So, whereas the P(CW) and P(MD) are a function of the PWT in both the production and attraction zones, the P(NT) is a function of only the PWT in the attraction zone.   For a given interchange

$$P(CW) + P(MD) + P(NT) = 100\%$$

Table 73 presents 11 examples, or cases, of how various production and attraction PWT values are combined to get the probabilities of being in the "can walk," "must drive" and "no transit" zone-to-zone interchange market segments. For example, in the case #1, both the production zone and the attraction zone have percent-walk-to-transit (PWT) values of 0%, which results in the all the trips in the interchange being in the "no transit" market segment. By contrast, in case #2, PWT(i) = 0% and PWT(j) = 50%, which results in a 50%/50% split of trips in that interchange into the "must drive" and "no transit" markets. When, in case #3, PWT(i) = 0% and PWT(j) = 100%, this results in all trips being allocated to the "must drive" market.

In any of these cases, the <u>number</u> of trips in each of the three markets is equal to the total number of person trips in the zone-to-zone interchange times each of the three probabilities. **After trips have been assigned to the three markets, then the mode choice model is applied**, as described FTA's Discussion Piece #11 (Discussion_11_Summit_Calcs.doc) and shown in its associated spreadsheet (Discussion_11_Summit_Example_Calcs.xls).[113]

---

[113] Federal Transit Administration, "Discussion Piece #11: Illustrative Mode-Choice and Summit Calculations for Travel by One Market Segment between a Pair of Zones for Base and Build Alternatives."

00001136

**Table 73 Eleven examples showing how zonal percent-walk-to-transit values translate into probabilities of being in three transit-access markets: can walk, must drive, and no transit**

| | Zonal Attributes | | Zone-to-Zone Interchange Attributes | | | |
|---|---|---|---|---|---|---|
| | Percent Walk to Transit Prod. Zone | Percent Walk to Transit Attr. Zone | Proba-bility "Can Walk" | Proba-bility "Must Drive" | Proba-bility "No Transit" | Total Proba-bility |
| | PWT(i) | PWT(j) | P(CW,ij) | P(MD,ij) | P(NT,ij) | |
| Case | A | B | A*B | (1-A)*B | (1-B) | |
| 1 | 0% | 0% | 0.0% | 0.0% | 100.0% | 100.0% |
| 2 | 0% | 50% | 0.0% | 50.0% | 50.0% | 100.0% |
| 3 | 0% | 100% | 0.0% | 100.0% | 0.0% | 100.0% |
| 4 | 50% | 0% | 0.0% | 0.0% | 100.0% | 100.0% |
| 5 | 50% | 50% | 25.0% | 25.0% | 50.0% | 100.0% |
| 6 | 50% | 100% | 50.0% | 50.0% | 0.0% | 100.0% |
| 7 | 100% | 0% | 0.0% | 0.0% | 100.0% | 100.0% |
| 8 | 100% | 50% | 50.0% | 0.0% | 50.0% | 100.0% |
| 9 | 100% | 100% | 100.0% | 0.0% | 0.0% | 100.0% |
| 10 | 75% | 50% | 37.5% | 12.5% | 50.0% | 100.0% |
| 11 | 100% | 75% | 75.0% | 0.0% | 25.0% | 100.0% |

Ref: "percent_walk_transit_can_walk.xlsx"

Table 74, Table 75, and Table 76 provide a more complete picture of how P(CW), P(MD), and P(NT) each vary with the production and attraction PWT values. For example, Table 74 shows the probability of being in the "can walk" market segment for a zone-to-zone interchange as a function of the production and attraction percent-walk-to-transit values. The probability of "can walk" is zero if either the production PWT or the attraction PWT equal zero. By contrast, the probability of "can walk" is 100% only if the production PWT and the attraction PWT equal 100%.

00001137

**Table 74 Probability of being in the "can walk" market segment for a zone-to-zone interchange, based on the production and attraction percent-walk-to-transit values**

| | | PWT(i) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0% | 10% | 20% | 30% | 40% | 50% | 60% | 70% | 80% | 90% | 100% |
| PWT(j) | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| | 10% | 0% | 1% | 2% | 3% | 4% | 5% | 6% | 7% | 8% | 9% | 10% |
| | 20% | 0% | 2% | 4% | 6% | 8% | 10% | 12% | 14% | 16% | 18% | 20% |
| | 30% | 0% | 3% | 6% | 9% | 12% | 15% | 18% | 21% | 24% | 27% | 30% |
| | 40% | 0% | 4% | 8% | 12% | 16% | 20% | 24% | 28% | 32% | 36% | 40% |
| | 50% | 0% | 5% | 10% | 15% | 20% | 25% | 30% | 35% | 40% | 45% | 50% |
| | 60% | 0% | 6% | 12% | 18% | 24% | 30% | 36% | 42% | 48% | 54% | 60% |
| | 70% | 0% | 7% | 14% | 21% | 28% | 35% | 42% | 49% | 56% | 63% | 70% |
| | 80% | 0% | 8% | 16% | 24% | 32% | 40% | 48% | 56% | 64% | 72% | 80% |
| | 90% | 0% | 9% | 18% | 27% | 36% | 45% | 54% | 63% | 72% | 81% | 90% |
| | 100% | 0% | 10% | 20% | 30% | 40% | 50% | 60% | 70% | 80% | 90% | 100% |

Ref: "percent_walk_transit_can_walk.xlsx"

Table 75 shows the probability of being in the "must drive" market segment for a zone-to-zone interchange as a function of the production and attraction percent-walk-to-transit values. The probability of "must drive" is zero if either the production PWT equals 100% or the attraction PWT equal zero. By contrast, the probability of "must drive" is 100% only if the production PWT equals zero and the attraction PWT equals 100%.

**Table 75 Probability of being in the "must drive" market segment for a zone-to-zone interchange, based on the production and attraction percent-walk-to-transit values**

| | | PWT(i) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0% | 10% | 20% | 30% | 40% | 50% | 60% | 70% | 80% | 90% | 100% |
| PWT(j) | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| | 10% | 10% | 9% | 8% | 7% | 6% | 5% | 4% | 3% | 2% | 1% | 0% |
| | 20% | 20% | 18% | 16% | 14% | 12% | 10% | 8% | 6% | 4% | 2% | 0% |
| | 30% | 30% | 27% | 24% | 21% | 18% | 15% | 12% | 9% | 6% | 3% | 0% |
| | 40% | 40% | 36% | 32% | 28% | 24% | 20% | 16% | 12% | 8% | 4% | 0% |
| | 50% | 50% | 45% | 40% | 35% | 30% | 25% | 20% | 15% | 10% | 5% | 0% |
| | 60% | 60% | 54% | 48% | 42% | 36% | 30% | 24% | 18% | 12% | 6% | 0% |
| | 70% | 70% | 63% | 56% | 49% | 42% | 35% | 28% | 21% | 14% | 7% | 0% |
| | 80% | 80% | 72% | 64% | 56% | 48% | 40% | 32% | 24% | 16% | 8% | 0% |
| | 90% | 90% | 81% | 72% | 63% | 54% | 45% | 36% | 27% | 18% | 9% | 0% |
| | 100% | 100% | 90% | 80% | 70% | 60% | 50% | 40% | 30% | 20% | 10% | 0% |

Ref: "percent_walk_transit_can_walk.xlsx"

Table 76 shows the probability of being in the "no transit" market segment for a zone-to-zone interchange as a function of solely on the attraction percent-walk-to-transit values. The probability of "no transit" is zero only if the attraction PWT equals 100%. By contrast, the probability of "no transit" is 100% only if attraction PWT equals zero.

00001138

**Table 76 Probability of being in the "no transit" market segment for a zone-to-zone interchange, based solely on the attraction percent-walk-to-transit values**

|        |      | PWT(i) |      |      |      |      |      |      |      |      |      |      |
|--------|------|------|------|------|------|------|------|------|------|------|------|------|
|        |      | 0%   | 10%  | 20%  | 30%  | 40%  | 50%  | 60%  | 70%  | 80%  | 90%  | 100% |
| PWT(j) | 0%   | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
|        | 10%  | 90%  | 90%  | 90%  | 90%  | 90%  | 90%  | 90%  | 90%  | 90%  | 90%  | 90%  |
|        | 20%  | 80%  | 80%  | 80%  | 80%  | 80%  | 80%  | 80%  | 80%  | 80%  | 80%  | 80%  |
|        | 30%  | 70%  | 70%  | 70%  | 70%  | 70%  | 70%  | 70%  | 70%  | 70%  | 70%  | 70%  |
|        | 40%  | 60%  | 60%  | 60%  | 60%  | 60%  | 60%  | 60%  | 60%  | 60%  | 60%  | 60%  |
|        | 50%  | 50%  | 50%  | 50%  | 50%  | 50%  | 50%  | 50%  | 50%  | 50%  | 50%  | 50%  |
|        | 60%  | 40%  | 40%  | 40%  | 40%  | 40%  | 40%  | 40%  | 40%  | 40%  | 40%  | 40%  |
|        | 70%  | 30%  | 30%  | 30%  | 30%  | 30%  | 30%  | 30%  | 30%  | 30%  | 30%  | 30%  |
|        | 80%  | 20%  | 20%  | 20%  | 20%  | 20%  | 20%  | 20%  | 20%  | 20%  | 20%  | 20%  |
|        | 90%  | 10%  | 10%  | 10%  | 10%  | 10%  | 10%  | 10%  | 10%  | 10%  | 10%  | 10%  |
|        | 100% | 0%   | 0%   | 0%   | 0%   | 0%   | 0%   | 0%   | 0%   | 0%   | 0%   | 0%   |

Ref: "percent_walk_transit_can_walk.xlsx"

### 21.4.3.2  Version 2.3 Travel Model and AEMS

Regarding the percent-walk-to-transit (PWT) values used by the mode choice model of the TPB Version 2.3 Travel Model, two distance thresholds are used:

- Short walk to transit: ≤ 0.5 mile
- Long walk to transit: > 0.5 mile and ≤ 1 mile

Furthermore, the mode choice model differentiates between peak period transit service and off-peak period transit service. When calculating average headways and run times for transit routes running during the peak and off-peak periods, the historical practice, which is continued to this day, has been to use a subset of the period to represent service during the entire period. Specifically, the one-hour time period from 7:00 AM to 7:59 AM is used to represent peak-period conditions, and the five-hour time period from 10:00 AM to 2:59 PM is used to represent off-peak-period conditions.[114] It is also assumed that home-based-work (HBW) trips occur in the peak periods, and thus make use of the peak-period transit skims and peak-period PWT values. Similarly, it is assumed that the other trip purposes (HBO, HBS, NHW, and NHO) occur in the off-peak periods, and thus make uses of the off-peak transit skims and off-peak PWT values.

The mode choice model in the TPB Version 2.3 Travel Model is a 15-choice, nested-logit mode choice (NLMC) model that includes

---

[114] Seifu, Milone, and Moran, "Highway and Transit Networks for the Version 2.3.66 Travel Model, Based on the 2016 CLRP and FY 2017-2022 TIP," 8.

00001139

- Three auto modes (drive alone [DA], shared ride 2-person [SR2], and shared ride 3+person [SR3]);
- Four transit modes (commuter rail [CR], all bus [AB], all Metrorail [MR], and combined bus/Metrorail[BM]); and
- Three modes of access to transit (park and ride [PNR], kiss and ride [KNR], and walk [WK])

These 10 modes are combined in nests, in such a way that there are 15 choices in the mode choice model, as shown in Figure 31 (p. 155). The NLMC model is applied using the AECOM mode choice application program (AEMS).

Although light-rail transit (LRT), bus rapid transit (BRT), and streetcar are not explicit transit modes in the mode choice model, the model has, nonetheless, been designed to deal with these three special transit modes. Mode 5 is reserved for modeling LRT. Mode 10 is reserved for modeling BRT and streetcar. It is assumed that Mode 5 (LRT) will travel mostly on its own, dedicated right of way. By contrast, it is assumed that Mode 10 (BRT and streetcar) will travel mostly in mixed traffic on a shared right of way. Full details of how these three transit modes are modeled can be found in either the calibration report[115] or in section 21.1.1 of this report, but one of the key assumptions is the following:

- For transit path building/skimming, mode choice, and transit assignment
  - Mode 5 (LRT) is treated like Mode 3 (Metrorail)
  - Mode 10 (BRT or streetcar) is treated like Mode 1 (local bus)

When AECOM first developed the nested-logit mode choice model that TPB staff later adopted and recalibrated, AECOM used six percent-walk-to-transit values:[116]

- Percent of the zone within a short walk to Metrorail (Mode 3):  PSWMET
- Percent of the zone within a long walk to Metrorail (Mode 3):  PLWMET
- Percent of the zone within a short walk to any transit in the AM peak period:  PSWALLAM
- Percent of the zone within a long walk to any transit in the AM peak period:  PLWALLAM
- Percent of the zone within a short walk to any transit in the off-peak period:  PSWALLOP
- Percent of the zone within a long walk to any transit in the off-peak period:  PLWALLOP

However, in 2012, thanks to work done by Dusan Vuksan and Feng Xie, it was discovered that **the first two PWT values should include both Metrorail and LRT, not simply Metrorail**. This oversight had not been noticed before, since 1) LRT was not part of the base-year (year-2007) calibration networks, and 2) when LRT was modeled in close-in areas that already had significant transit service, the omission of LRT PWT values from the Metrorail/LRT group was hard to detect. However, in the work conducted by Dusan and Feng, the LRT service was in suburban areas without significant surrounding transit service,

---

[115] Milone et al., "Calibration Report for the TPB Travel Forecasting Model, Version 2.3," 6–3 to 6–5.
[116] AECOM Consult, Inc., "Post MWCOG – AECOM Transit Component of Washington Regional Demand Forecasting Model: User's Guide" (AECOM Consult, Inc., March 2005), 11.

and it became apparent that the model was underestimating LRT ridership. The net effect is that the first two zonal PWT values now include both Metrorail and LRT together:

- Percent of the zone within a short walk to Metrorail (Mode 3) **or LRT (Mode 5)**:  PSWMET
- Percent of the zone within a long walk to Metrorail (Mode 3) **or LRT (Mode 5)**:  PLWMET
- Percent of the zone within a short walk to any transit in the AM peak period:  PSWALLAM
- Percent of the zone within a long walk to any transit in the AM peak period:  PLWALLAM
- Percent of the zone within a short walk to any transit in the off-peak period:  PSWALLOP
- Percent of the zone within a long walk to any transit in the off-peak period:  PLWALLOP

"Any transit" includes all transit, including Metrorail and LRT service.

As of the Ver. 2.3.57 model (and continued in subsequent models, including the Ver. 2.3.75 model), these new definitions have been incorporated in the automated ArcPy transit walkshed process.

There are two other assumptions governing the use of the six PWT values that need to be kept in mind. The first is definitional and the second relates to differentiating between peak-period and off-peak-period transit service. Regarding the definitional difference, when AECOM first developed the percent walk values, it defined them based on zonal areas:

$$Percent = \frac{walkshed\ area}{total\ zonal\ land\ area}$$

As an example, if a zone has half of its land area in the short-walk-to-Metrorail area and half of its land area in the long-walk-to-Metrorail area, one might expect that PSWMET = 50% and the PLWMET = 50%. However, the real PWT values for this scenario would be PSWMET = 50% and PLWMET = 100%, since the short-walk area is always contained within the long-walk area. Consequently, if one wants the <u>net</u> area that is in the long walk area, one must subtract the two areas:

$$Net\ Percent\ Long\ Walk = (Percent\ long\ walk) - (Percent\ short\ walk)$$

Evidence of this will be seen in later calculations discussed in this report.

The second assumption about PWT values relates to the coverage of transit service in the peak period versus in the off-peak period. It is assumed that transit service is accessed at the transit stop nodes (e.g., bus stops) and transit stations. In the case of Metrorail, there are no examples of stations that operate in the peak period, but do not operate in the off-peak period. Instead, all stations operate in all periods, even though the frequency of service changes (peak versus off-peak), and there are some <u>segments</u> that exist in the off-peak but not in the peak (e.g., in 2006, WMATA began running the Yellow Line from Gallery Place to Fort Totten, but only in the off-peak). However, since the transit walkshed buffers are drawn around points, and not segments, this does not affect Metrorail, meaning that the percent-walk-to-transit values need not be calculated separately for peak and off-peak Metrorail. Furthermore, now that we are including LRT with Metrorail for determining walksheds and calculating PWT values, it is also assumed that there is no difference between LRT stations operating in the peak periods and those in the off-peak.

Finally, transit access markets are determined within the mode choice application program (AEMS) by combining information from the six PWT values already discussed.   AEMS is a compiled Fortran program, which requires a control file (*.CTL) for each mode choice model. The Version 2.3 Travel Model uses five mode choice models (one per trip purpose), and so it requires five control files (e.g., HBW_NL_MC.CTL, HBS_NL_MC.CTL, HBO_NL_MC.CTL, etc.). Percent-walk-to-transit values are stored in a zonal data file (ZONEV2.A2F) that is read into AEMS.

**The remainder of this section of the report draws heavily from a 2012 memo from AECOM staff to COG/TPB staff.**[117]

In each of the AEMS control files, the six PWT values are referenced using the following 4-character pattern:

<production or attraction indicator (1 char)><file number (1 char)><table number (2 char)>

The production or attraction zone status is indicated using the letter "i" ("production") or "j" (attraction). In the current AEMS control files, the file number for the zonal data file is "8." Using current modeling conventions, the table numbers for the percent-walk-to-transit values go from 7 to 12 (and this information is noted in comment records in the AEMS control files). Thus, the following 3-digit codes refer to the six PWT values:

- 807:  Percent of the zone within a short walk to Metrorail (Mode 3) or LRT (Mode 5):  PSWMET
- 808:  Percent of the zone within a long walk to Metrorail (Mode 3) or LRT (Mode 5):  PLWMET
- 809:  Percent of the zone within a short walk to any transit in the AM peak period:  PSWALLAM
- 810:  Percent of the zone within a long walk to any transit in the AM peak period:  PLWALLAM
- 811:  Percent of the zone within a short walk to any transit in the off-peak period:  PSWALLOP
- 812:  Percent of the zone within a long walk to any transit in the off-peak period:  PLWALLOP

For example, if the control file refers to "i807", this means the percent of the zone within a short walk to Metrorail or LRT for production zone "i".

The aforementioned six percent-walk-to-transit values define the percentage of the zonal <u>area</u> that is within walking distance to transit, but they do not indicate the share of productions or attractions are <u>assumed</u> to walk. For example, not all transit trips that begin in a long-walk area will actually end up walking to transit (some will drive access). Consequently, the next step in the process is to calculate six values representing the likely walk-access markets. To do this, two assumptions are made:

1. 100% of the transit trips beginning or ending in the short-walk area will access transit via walking;

---

[117] David Roden to Mark S. Moran, "Memorandum for Task Order 7 (FY13 Task 1) of COG Contract 12-006, Interpreting AEMS Market Shares," Memorandum, September 24, 2012.

00001142

2. Only 25% of the transit trips beginning or ending in the long-walk area will access transit via walking (i.e., 75% are assumed to use drive access).

The six assumed walk markets are the following:

| PCMI | Percent of trips assumed to access Metrorail/LRT via walking at the production zone |
|------|---------------------------------------------------------------------------------------|
| PCMJ | Percent of trips assumed to access Metrorail/LRT via walking at the attraction zone |
| PCTIAM | Percent of trips assumed to access all transit via walking at the production zone, AM peak per. |
| PCTJAM | Percent of trips assumed to access all transit via walking at the attraction zone, AM peak per. |
| PCTIOP | Percent of trips assumed to access all transit via walking at the production zone, off-peak per. |
| PCTJOP | Percent of trips assumed to access all transit via walking at the attraction zone, off-peak per. |

Percent-walk-to-transit values are calculated using point buffers around transit stop nodes (i.e., stations, bus stops, etc.). As is the case with the original percent-walk-to-transit values, it is assumed that Metrorail and LRT service, in terms of stations in service, does not vary by time of day. By contrast, it is assumed that time-of-day variations in other transit modes, such as bus or commuter rail, will mean that the set of AM stop nodes will be different from the off-peak stop nodes. For this reason, there are two sets of percent-walk-to-transit values for all transit (one for AM and one for off peak), but only one for Metrorail and LRT.

For each of the five mode choice models (HBW, HBS, HBO, NHW, NHO), only four of these values are used at once (HBW gets AM and the other purposes get off-peak):

- PCMI:  Percent of trips assumed to access Metrorail/LRT via walking at the production zone
- PCMJ:  Percent of trips assumed to egress from Metrorail/LRT via walking at the attraction zone
- PCTI:  Percent of trips assumed to access all transit via walking at the production zone
- PCTJ:  Percent of trips assumed to egress from all transit via walking at the attraction zone

In all four cases, the following is assumed:

Percent of trips in the interchange assumed to be in one of the four categories =

   (100% of the trips in the short-walk area) + (25% of the trips in the long-walk area)

In terms of equations in the mode choice control files, one finds:

- PCMI:  Percent of trips assumed to access Metrorail/LRT via walking at the production zone
  - $= (i807 + 0.25 * (i808 - i807)) / 100$
- PCMJ:  Percent of trips assumed to egress from Metrorail/LRT via walking at the attraction zone
  - $= (j807 + 0.25 * (j808 - j807)) / 100$
- PCTI:  Percent of trips assumed to access "all transit" via walking at the production zone
  - $= (i809 + 0.25 * (i810 - i809)) / 100$  for AM (used for HBW purpose)
  - $= (i811 + 0.25 * (i812 - i811)) / 100$  for off-peak (used for non-work purposes)
- PCTJ:  Percent of trips assumed to egress from "all transit" via walking at the attraction zone
  - $= (j809 + 0.25 * (j810 - j809)) / 100$  for AM (used for HBW purpose)

00001143

      o   = (j811 + 0.25 * (j812 − j811)) / 100  for off-peak (used for non-work purposes)

A distinction is drawn between Metrorail/LRT and "other transit" (i.e., transit that is neither Metrorail nor LRT). In the "can walk" market, there are four sub-markets, as shown in Table 77. Similarly, in the "must drive" market, there are two sub-markets, as shown in Table 78. Lastly, there is the "no access to transit" market, which is not part of either table.

Table 77 Four "can walk" sub-markets

| Sub-mkt | Transit Service Available | | Description |
| | Production TAZ | Attraction TAZ | |
|---|---|---|---|
| WM | MR/LRT | MR/LRT | Share that can use MR/LRT at both ends of the trip |
| W1 | Other transit | MR/LRT | Share that can use "other transit" at production end and MR/LRT at attraction end of the trip |
| W2 | Other transit | Other transit | Share that can use "other transit" at both ends of the trip |
| W3 | MR/LRT | Other transit | Share that can use MR/LRT at production end and "other transit" at attraction end of the trip |

Table 78 Two "must drive" sub-markets

| Sub-mkt | Transit Service Available | | Description |
| | Production TAZ | Attraction TAZ | |
|---|---|---|---|
| M1 | Any transit | MR/LRT | Share that must drive to any transit at the production end and can use MR/LRT at the attraction end of the trip |
| M2 | Any transit | Other transit | Share that must drive to any transit at the production end and can use "other transit" at the attraction end of the trip |

AEMS makes use of WALK SEG commands to allow the model users to specify subzone segmentation such as "can walk," "must drive," and "no transit,"[118] so **the six sub-markets above, along with the "no transit" segment, are represented with seven WALK SEG (WS) variables in the AEMS control files**, and these six variables are calculated as follows from the previously-defined walk percentages:

**"Can walk" market**

- WSWM – Share of the "walk segment" that can use Metrorail/LRT at both ends of the trip
  = PCMI * PCMJ
- WSW1 – Share of the "walk segment" that can use "other transit" at production end and MR/LRT at attraction end of the trip
  = (PCTI – PCMI) * PCMJ
- WSW2 – Share of the "walk segment" that cannot walk to Metrorail/LRT at either end of the trip (i.e., can use "other transit" at both ends of the trip)

---

[118] "AECOM Consult Mode Choice Computation Programs, AEMS, Users Guide," 29–31.

00001144

$$= (PCTI - PCMI) * (PCTJ - PCMJ)$$

- WSW3 – Share of the "walk segment" that can use MR/LRT at production end and "other transit" at attraction end of the trip
  $$= PCMI * (PCTJ - PCMJ)$$

## "Must drive" market

- WSM1 – Share of the "walk segment" that must drive (to any transit) at the production, but can walk to Metrorail/LRT at the attraction
  $$= (1 - PCTI) * PCMJ$$

- WSM2 – Share of the "walk segment" that must drive (to any transit) at the production, but cannot walk to Metrorail/LRT at the attraction (i.e., must use "other transit" at the attraction)
  $$= (1 - PCTI) * (PCTJ - PCMJ)$$

## "No transit" market

- WSNT – Share of the "walk segment" with no access to transit at the attraction end (thus, no access to transit for this zone-to-zone interchange)
  $$= (1 - WSWM - WSW1 - WSW2 - WSW3 - WSM1 - WSM2)$$

As was the case before with just three transit-access markets, the sum of the seven transit-access shares must equal 100% for any given interchange.

$$WSWM + WSW1 + WSW2 + WSW3 + WSM1 + WSM2 + WSNT = 100\%$$

## Application of seven transit market segments to travel modes in the mode choice model

Given the aforementioned definitions of the transit-access market segments, the mode choice model must be applied to estimate the mode shares for each zone-to-zone interchange. In this case, the seven transit-access markets are applied in AEMS to the travel modes represented in the Ver. 2.3 nested-logit mode choice model as shown in Table 79.

**Table 79 Application of the seven transit-access segments to travel modes represented in the Ver. 2.3 mode choice model**

|  |  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | SOV | SR2 | SR3+ | WK-CR | WK-BUS | WK-BU/MR | WK-MR | PNR-CR | KNR-CR | PNR-BUS | KNR-BUS | PNR-BU/MR | KNR-BU/MR | PNR-MR | KNR-MR |
| 1 WM | Can walk MR/LRT | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| 2 W1 | Can walk 1 | x | x | x | x | x | x |  | x | x | x | x | x | x | x | x |
| 3 W2 | Can walk 2 | x | x | x | x | x | x |  | x | x | x | x | x | x |  |  |
| 4 W3 | Can walk 3 | x | x | x | x | x | x |  | x | x | x | x | x | x |  |  |
| 5 M1 | Must drive 1 | x | x | x |  |  |  |  | x | x | x | x | x | x | x | x |
| 6 M2 | Must drive 2 | x | x | x |  |  |  |  | x | x | x | x | x | x |  |  |
| 7 NT | No transit | x | x | x |  |  |  |  |  |  |  |  |  |  |  |  |

Ref: "percent_walk_transit_can_walk.xlsx"

Where

- SOV = Drive Alone / single occupancy vehicle
- SR2 = Shared Ride with 2 persons

00001145

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*

- SR3+ = Shared Ride with 3 or more persons
- WK-CR = walk to commuter rail
- WK-BUS = walk to bus
- WK-BU/MR = walk to/from bus and Metrorail/Light Rail
- WK-MR = walk to/from Metrorail/Light Rail only
- PNR-CR = park-n-ride to commuter rail
- KNR-CR = kiss-n-ride to commuter rail
- PNR-BUS = park-n-ride to bus
- KNR-BUS = kiss-n-ride to bus
- PNR-BU/MR = park-n-ride to bus and Metrorail/Light Rail
- KNR-BU/MR = kiss-n-ride to bus and Metrorail/Light Rail
- PNR-MR = park-n-ride to Metrorail/Light Rail

KNR-MR = kiss-n-ride to Metrorail/Light Rail

## 21.5 Transit access coding

In addition to the expanded set of transit submodes in the mode choice model, the Version 2.3 model includes new transit access coding enhancements which cover five areas:

1. The station file;
2. Sidewalk links and zonal walk links;
3. Zonal auto-access links;
4. Station transfer links; and
5. Zonal percent-walk-to-transit calculations.

### 21.5.1 Station file

The station file is a dBase file (station.dbf) that contains information about Metrorail stations, commuter rail stations, light rail stations, bus rapid transit stations/stops, street car stations/stops, express-bus bus stops, and park-and-ride lots that serve these stations/stops. Each station file is associated with one scenario, with the most typical scenarios being the "modeled year" (e.g., 2017, 2020, 2040). This file contains information such as:

- The mode code, a single-letter code indicating Metrorail (M), commuter rail (C), etc.
- A flag indicating whether the station is active in the given year/scenario (Y/N)
- A flag indicating whether the station PNR lot is active (Y/N)
- Station name

Six new columns/variables were added to the station file that were not present in earlier versions of the regional travel model (e.g., Ver. 2.2 and before). Only the first four of these six variables are currently used:

1. Access distance code (NCT)
2. Parking capacity
3. Peak-period parking cost

00001146

4. Off-peak-period parking cost
5. Peak-period shadow price (not used)
6. Off-peak-period shadow price (not used)

The full list of variables in the station file is described in Table 38 on page 120, with the new variables in bold font.

The "access distance code," known as NCT in the autoacc5.s script, is a newly added variable in the station file that controls the number, extent, and directionality of PNR/KNR access links generated for each parking lot (in the case of PNR) or each station (in the case of KNR). Table 39 describes the meaning of each of the six access distance codes.

The access distance code, along with the transit mode, determines the maximum link distance for the drive-access-to-transit links generated by autoacc5.s for the TPB nested-logit mode choice model. The maximum link distances for PNR are shown in Table 81. Although not shown in the table, the maximum allowed link distance for KNR links is 3 miles. It is also important to note that the KNR links are generated to Metrorail stations, light rail stations, streetcar stops, and bus stops with parking lots, but not commuter rail stations.

Table 80 shows the mode codes that are used in the station file. "Station centroids" are used to build minimum-impedance paths to all Metrorail and commuter rail stations. In the table below, even though modes 5 and 10 are shown as having a range of numbers designated for station centroids, only Metrorail and commuter rail actually require station centroids.

**Table 80 Mode codes used in the consolidated station file/database (station.dbf)**

| Mode | Mode Code | Station Centroid Range | Station Node Range |
|------|-----------|------------------------|--------------------|
| Metrorail (Mode 3) | M | 5000-5999 | 8000-8999 |
| Commuter rail (Mode 4) | C | 6000-6999 | 9000-9999 |
| Light rail transit (Mode 5), Bus rapid transit/streetcar (Mode 10) | L, N | 7000-7999* | 10000-10999 |
| Bus (Modes 1, 2, 6-9) | B | Not used | Not used |

Notes:  * Station PNR centroids (a.k.a. dummy station centroids) are not required for Mode 5 (LRT) or Mode 10 (BRT/streetcar).[119]  For the sake of consistency, the current COG coding practice is to refrain from using station PNR centroids for LRT, BRT, and streetcar. In other words, in the station file, the STAC variable is coded with a value of zero.

### 21.5.2 Sidewalk links and zonal walk links

In the Version 2.2 travel model and earlier models, there was a walk network (sidewalk network), used for transferring from one transit line to another, in downtown DC and downtown Silver Spring, Maryland. In the Version 2.3 travel model, there is a sidewalk network in almost the entire modeled area. The regional sidewalk network is generated automatically using a script *walkacc.s* (see p. A-5 of

---

[119] Jain to Milone and Moran, "MWCOG Network Coding Guide for Nested Logit Model (First Draft: September 20, 2007; Updated February 2008 and October 2010)," 6 and 10.

00001147

the flowchart in Appendix A). *walkacc.s* creates a sidewalk network by converting all suitable highway links into sidewalk links (Mode 13). Examples of highway links that are not converted into sidewalk links include freeways, parkways, and ramps (Facility Type = 1, 5, or 6). In order to limit the size of the sidewalk network to links that are likely used for walking, *walkacc.s* eliminates sidewalk links from zones where the "percent walk to transit" is zero. There is also a way to supply the program with a list of sidewalk links to be manually added or subtracted to the automated list of sidewalk links. For example, one can manually add a sidewalk link for Memorial Bridge, and one can manually remove sidewalk links that should not exist due to a physical barrier. See Jain's 2010 memo for more details.[120]

*walkacc.s* also generates zonal walk-access-to-transit links (Mode 16 links). It automatically sweeps each TAZ, generating walk-access links from the zone centroid to all highway network nodes within a maximum walk distance (See Equation 3).

Equation 3 Maximum walk distance formula, used for generating walk-access-to-transit links

$$(\text{maximum walk distance}) = \sqrt{(\text{zonal area})} * 0.75$$

So, for a small, downtown zone with an area of 0.1 square miles, the program would calculate a maximum walk distance of 0.237 miles and connect all highway network stop nodes that lie within that distance from the zone centroid. There is an absolute maximum of 1.0 mile, which would be obtained for zones with a size of 1.78 square miles or greater. The actual calculated (straight-line) distance and computed walk time are stored on each link. No walk-access links are generated for zones with a zero percent walk to transit. Figure 34 shows zonal walk access links and sidewalk links in downtown Washington, D.C., near Farragut Square (TAZ 37, which is in the center of the figure). The thickest gray lines are the TAZ boundaries, which are not part of the actual highway or transit network, but are shown for reference. The lines emanating from each TAZ centroid (dark-blue, when the figure is viewed in color) are the zonal walk access links (Mode 16). The rectilinear (green) lines over many, but not all, roads, are the sidewalk links (Mode 13). Mode 13 and 16 links can be shown in Cube Base by adding the four files "support link" files associated with walk-access to transit

- supl??wkam.asc for AM: suplABWKAM.asc, suplBMWKAM.asc, suplCRWKAM.asc, suplMRWKAM.asc
- supl??wkop.asc for off peak: suplABWKOP.asc, suplBMWKOP.asc, suplCRWKOP.asc, suplMRWKOP.asc

If prompted to give a coordinate file for 8,000-series nodes (Metrorail), use the following "support node" file: supnmrwkam.dbf. If prompted to give a coordinate file for 9,000-series nodes (commuter rail), use the following "support node" file: supncrwkam.dbf.

---

[120] Manish Jain to Ronald Milone and Mark Moran, "MWCOG network coding guide for Nested Logit Model (First draft: September 20, 2007; Updated February 2008 and Oct. 2010)," Memorandum, October 2010, 7.

00001148



**Figure 34 Zonal walk access links and sidewalk links in downtown DC near Farragut Square (Ver. 2.3 NL MC model)**

Ref: "X:\modelRuns\fy12\Ver2.3.36\2007_pseu\zonehwy.net"

### 21.5.3  Zonal auto-access links

The Cube Voyager script *Autoacc5.s*, originally created by AECOM Consult as a Fortran program and later transferred to Voyager script by TPB staff, is used to generate auto-access-to-transit links. Zonal auto access links are generated by transit mode (Metrorail, commuter rail, light rail, BRT, streetcar, and bus) for both the peak ("AM") and off-peak ("mid-day") time periods. Auto access links (Mode 11) are a function of multiple criteria:

- Orientation toward downtown (defined as TAZ 8, which corresponds to The Elllipse, just south of The White House)
- A backtracking penalty and a prohibition of crossing the Potomac River (except for trips from Loudoun County to MARC commuter rail);
- A maximum link distance, which is a function of station type (e.g., terminal vs. non-terminal) and transit mode;
- Manually specified overrides; and
- Distances based on the highway skims from the highway network that includes dummy centroids representing Metrorail and commuter rail stations.

00001149

**Table 81 Maximum link distances for drive-access-to-transit links: Ver. 2.3 NL MC model**

| Mode | Access Dist. Code | Maximum Connect. Length (miles) |
|------|------|------|
| Metrorail station PNR | 1 | 15 |
| Metrorail station PNR | 2 | 5 |
| Metrorail station PNR | 3 | 3 |
| Metrorail station PNR | 0 | 3 |
| Commuter rail station PNR | 1 | 15 |
| Commuter rail station PNR | 2 | 10 |
| Commuter rail station PNR | 0 | 5 |
| Bus PNR | 1 | 5 |
| Bus PNR | 0 | 3 |
| BRT/Street car PNR | 1 | 5 |
| BRT/Street car PNR | 0 | 3 |
| LRT PNR | 1 | 5 |
| LRT PNR | 0 | 3 |

Ref: I:\ateam\meetings_conf\transitModelingGroup\2007-11-07\maxDistForAutoAccConnect.xls

Figure 35 shows kiss-and-ride (KNR) auto-access-to-transit links for the AM period associated with Metrorail stations in Northern Virginia.

00001150



**Figure 35 Kiss-and-ride (KNR) auto access links to Metrorail stations in Northern Virginia**

Ref: "X:\modelRuns\fy12\Ver2.3.36\2007_pseu\zonehwy.net"

Figure 36 shows park-and-ride (PNR) auto-access-to-transit links for the AM period associated with Metrorail stations in Northern Virginia. Notice that the Orange Line stations from Clarendon to Rosslyn do not have PNR-access links, since they do not have PNR lots. By contrast, these stations do have KNR-access links, since these stations can have KNR access. The Pentagon Metrorail station is another example of a station where the model does not allow travelers to have PNR access, but they may have KRN access. Notice that the KNR-access links and PNR-access links are not shaped like a circular "starburst," but are somewhat flattened, due to the backtracking penalty. This was done to mimic the behavior of travelers who tend not to want to backtrack when driving to park at or be dropped off at a Metrorail or commuter rail station.

00001151



**Figure 36 Park-and-ride (PNR) auto access links to Metrorail stations in Northern Virginia**

Ref: "X:\modelRuns\fy12\Ver2.3.36\2007_pseu\zonehwy.net"

### 21.5.4 Station transfer links

Station transfer links are walk links connecting:

> Stations and sidewalks (Mode 12)
> Stations and bus service (Mode 12)
> Stations and PNR lots (Mode 15)

These links are generated automatically from data in the station file. **For PNR-station transfer links, the walk time is a function of parking capacity and parking cost, since it is reasoned that bigger parking lots and more expensive parking lots make them more burdensome to use.**[121]

The station file also includes shadow parking price variables (STAPKSHAD & STAOPSHAD, see Table 38) which are not currently used. However, the PNR capacity and parking costs are coded into the station file and are used by *Parker.s* to create PNR-to-station links read into TRNBUILD. The PNR-to-station time/impedance is computed as:[122]

---

[121] Jain to Milone and Moran, 6.
[122] Personal communication from Ron Milone, 9/25/13.

00001152

**Equation 4 PNR-to-station time/impedance**

$$(PNR\ time) = walk + SHAD + (MinPerDollar * park)$$

where

$(PNR\ time) = \text{PNR} - \text{to} - \text{station link time/impedance}$

$\quad\quad walk = (1\ to\ 5\ min)\text{Base time, which is a function of the number of PNR spaces}$

$\quad\quad SHAD = \text{Shadow cost (min.)}$

$MinPerDollar = \text{Equivalent minutes per dollar. Currently set to 6 (each dollar paid = 6 min.)}$

$\quad\quad Park = Parking\ cost\ at\ station\ divided\ by\ two$

The Mode 15 links are generated by the script parker.s (see page A-5 of the flowchart in Appendix A). The following files contain the mode 15 links:

```
busampnr.tb
busoppnr.tb
comampnr.tb
comoppnr.tb
lrtampnr.tb
lrtoppnr.tb
metampnr.tb
metoppnr.tb
newampnr.tb
newoppnr.tb
```

The mode 12 links are developed manually using the COGTools geodatabase. These links can be found in the following files (see page A-5 of the flowchart in Appendix A):

```
Com_Bus.tb
LRT_bus.tb
Met_Bus.tb
NEW_bus.tb
```

### 21.5.5 Zonal percent walk to transit calculations

The zonal percent walk is the percent of a zone's area that lies within walking distance to transit service (i.e., a transit stop node, such as a bus stop or rail station). A short walk is defined as one that is less than or equal to 0.5 miles and a long walk is defined as one that is less than or equal to one mile. The following walk designations are used:

Short walk to Metrorail (<= 0.5 miles);
Long walk to Metrorail (>0.5 and <= 1.0 miles);
Short walk to AM transit;
Long walk to AM transit;
Short walk to off-peak transit;
Long walk to off-peak transit.

00001153

These walk-to-transit areas are sometimes called transit walksheds. Under contract with COG, AECOM has developed a new, automated/integrated Python/ArcPy walkshed process that is describe in Chapter 11 ("Building transit walksheds and calculating zonal walk percentages") on p. 95.

## 21.6 Transit path-building procedures

Given the segmentation in the model, 24 separate transit paths can be enumerated between each production zone and attraction zone:

Three modes of access to transit
  1. Walk
  2. Park and ride (PNR driver)
  3. Ride to transit/KNR (drop-off/pick-up, or ride with a PNR driver)

Four transit modes/combinations
  4. Commuter rail (alone and in combination with bus and/or Metrorail)
  5. Bus-Metrorail (bus and Metrorail used in combination)
  6. All bus (buses only)
  7. All Metrorail (Metrorail only)

Two time-of-day periods
  8. Peak (represented by transit service in the AM peak hour)
  9. Off-peak (represented by transit service in the five-hour midday period)

However, at present, PNR and KNR to commuter rail are combined as a single path, since, for commuter rail, the PNR- and KNR-access links are identical. Consequently, the number of transit paths built between each production/attraction zone pair is 22. Table 82 summarizes the paths and available transit sub modes in each path. Again, in this figure, "drive to commuter rail" and "KNR to commuter rail" are combined into one category.

Run times for transit routes are controlled by the RUNTIME keyword (TRNBUILD).[123] As stated previously, path weights are consistent with the weights used in the mode choice model:

- Drive access time:  Equal to 1.5 times the in-vehicle time
- Walk access time:  Equal to 2.0 times the in-vehicle time
- Other out-of-vehicle time:  Equal to 2.5 times the in-vehicle time

Headway combination between two or more transit routes is allowed to occur provided 1) the routes share the same transit mode code and 2) the difference between the run time and the minimum run time is less than a designated number of minutes (5 minutes for AM and 10 minutes for off peak). A maximum path time is set at 360 weighted minutes. There is no weighting of in-vehicle time by transit

---

[123] In Ver. 2.3.57a and earlier, bus IVT skims were adjusted to reflect the general level of road congestion using the factor table Lbus_TimFTRS.asc. In Ver. 2.3.66 and later models, this adjustment is now done directly to the mode 1, 6, and 8 local bus line files (*.TB) using the script Adjust_Runtime.s.

00001154

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*

sub-modes (i.e., all transit modes have an IVT weight of 1.0). The maximum initial wait time for all ten transit modes is set at 60 perceived minutes. The minimum transfer wait time is 4.0 minutes for bus (Modes 1, 2, 6, 7, 8), 0 minutes for Metrorail (Mode 3), 4.0 minutes for commuter rail (Mode 4), 0 minutes for LRT (Mode 5), 10.0 minutes for express bus (Mode 9), and 4.0 minutes for Mode 10 (streetcar and/or BRT).

Table 82 Path-specific parameters used in transit path building

| Path | Path Parameter | Comm Rail | Express Bus | Local Bus | Metrorail |
|---|---|---|---|---|---|
| | | Transit Submodes | | | |
| Walk-to-Commuter Rail | Modes Available | X | | X | X |
| | Weight | 1.0 | | 1.0 | 1.0 |
| | Path Testing | must appear | | can appear | can appear |
| Walk-to-Bus/Metrorail | Modes Available | | X | X | X |
| | Weight | | 1.0 | 1.0 | 1.0 |
| | Path Testing | | either must appear | | must appear |
| Walk-to-Bus | Modes Available | | X | X | |
| | Weight | | 1.0 | 1.0 | |
| | Path Testing | | either must appear | | |
| Walk-to-Metrorail | Modes Available | | | | X |
| | Weight | | | | 1.0 |
| | Path Testing | | | | must appear |
| Drive-to-Commuter Rail | Modes Available | X | | X | X |
| | Weight | 1.0 | | 1.0 | 1.0 |
| | Auto access links to | CRsta. w/ parking | | no | no |
| | Path Testing | must appear | | can appear | can appear |
| K&R-to-Commuter Rail | Modes Available | X | | X | X |
| | Weight | 1.0 | | 1.0 | 1.0 |
| | Auto access links to | CRsta. w/ parking | | no | no |
| | Path Testing | must appear | | can appear | can appear |
| Drive-to-Bus/Metrorail | Modes Available | | X | X | X |
| | Weight | | 1.0 | 1.0 | 1.0 |
| | Auto access links to | | all Bus park-ride lots | | MRsta. w/ parking |
| | Path Testing | | either must appear | | must appear |
| K&R-to-Bus/Metrorail | Modes Available | | X | X | X |
| | Weight | | 1.0 | 1.0 | 1.0 |
| | Auto access links to | | all Bus park-ride lots | | all MRsta. |
| | Path Testing | | either must appear | | must appear |
| Drive-to-Bus | Modes Available | | X | X | |
| | Weight | | 1.0 | 1.0 | |
| | Auto access links to | | all Bus park-ride lots | | MRsta. w/ parking |
| | Path Testing | | either must appear | | |
| K&R-to-Bus | Modes Available | | X | X | |
| | Weight | | 1.0 | 1.0 | |
| | Auto access links to | | all Bus park-ride lots | | all MRsta. |
| | Path Testing | | either must appear | | |
| Drive-to-Metrorail | Modes Available | | | | X |
| | Weight | | | | 1.0 |
| | Auto access links | | | | MRsta. w/ parking |
| | Path Testing | | | | must appear |
| K&R-to-Metrorail | Modes Available | | | | X |
| | Weight | | | | 1.0 |
| | Auto access links | | | | all MRsta. |
| | Path Testing | | | | must appear |

00001155

Source:  AECOM Consult, Inc.[124]

## 21.7 Treatment of parking costs and terminal times for non-transit-related trips

Parking costs can be associated with either a transit trip (in the case of a drive-access transit trip) or a non-transit trip (an auto person trip, where no transit is involved). For drive-access transit trips, the cost of parking is stored in the station file. For park-and-ride (PNR)-to-station transfer links, the walk time is a function of parking capacity and parking cost,[125] but parking cost is not used as part of the transit path-building. For driving trips not involving transit, a parking cost model is used, where parking cost is a function of employment density. The next section of the report concerns parking costs that are not associated with a transit trip.

### 21.7.1 Non-transit-related parking costs

In applying the Version 2.3 model, prior to the execution of the mode choice model, a Voyager script (*prefarv23.s*) is used to generate zonal files containing zonal parking costs and highway terminal times (the time to park and "un-park" a vehicle). The files are, in turn, read into the mode choice model upon execution. The Version 2.3 model includes a new parking cost model estimated based on the 2007/2008 HTS.[126] HBW trip purpose utilizes the daily parking rate, while all other purposes use the hourly parking rate. Thus, two separate parking cost models were estimated, one for daily rates and one of hourly rates.  For the daily rates model, the observed data indicated that it is rare for a traveler to incur parking costs in area types 4 and above, thus the model was estimated only for area types 1-3. A daily parking cost was estimated to be:

**Equation 5 Daily non-transit-related parking cost for area types 1-3**

$$\text{Non-transit-related parking cost} = 2.1724 * \ln(\text{floating employment density}) - 15.533$$

The resulting non-transit-related parking costs are also shown in Figure 37.

---

[124] AECOM Consult, Inc., *Post MWCOG – AECOM Transit Component of Washington Regional Demand Forecasting Model: User's Guide* (AECOM Consult, Inc., March 2005).
[125] Jain to Milone and Moran, "MWCOG Network Coding Guide for Nested Logit Model (First Draft: September 20, 2007; Updated February 2008 and October 2010)," 6.
[126] Mary Martchouk to Mark S. Moran, "Developing a Parking Cost Model for Automobile Modes in the Version 2.3 Travel Model," Memorandum, June 14, 2010.

---

00001156



**Figure 37 Non-transit-related, daily parking cost model used in the Version 2.3 Model**

Ref: I:\ateam\docum\FY11\Ver2.3\modelDoc_v3\02_userGuide\parking_scatterplots.xlsx

For hourly rates, there was insufficient data to estimate a reliable model. Thus, a decision was made to assign a flat rate based on the prevalent metered rates for each area type. For area type 1, the most prevalent metered rate of parking was $2.00 and thus that value was selected. For area type 2, the average hourly parking cost was assumed to be $1.00. For area type 3, the value of $0.25 per hour was selected. For area types 4 and higher, no parking cost was anticipated.

### 21.7.2 Non-transit-related highway terminal time assumptions

Non-transit-related highway terminal time is typically associated with the average time spent parking or "un-parking" an automobile. The current mode choice model application program considers highway terminal time only at the attraction end. Highway time is calculated as a function of employment density, as shown in Table 83.

00001157

**Table 83 Non-transit-related highway terminal time as a function of employment density**

| Employment density range (Emp/Sq. Mi.) | Highway terminal time (minutes) |
|---|---|
| 0 -   4,617 | 1 |
| 4,618 -   6,631 | 2 |
| 6,632 - 11,562 | 4 |
| 11,563 - 32,985 | 6 |
| 32,986 + | 8 |

## 21.8 Auto Operating Costs

The auto operating cost in the mode choice model relate to out-of-pocket expenditures directly associated with the requirements of an automobile trip, including fuel, oil, maintenance, tire wear, etc. (auto ownership costs including insurance, registration fees are not included).  The mode choice model expresses operating costs as a per-mile rate (year-2007 cents) that is specified as a parameter in the nested-logit mode choice model control files. We are currently using 10 cents per mile and this rate is not varied over time (i.e., the auto operating cost for 2016 and 2030 are both assumed to be 10 cents per mile, in year-2007 cents).

00001158

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*

## 22 Time-of-Day Processing

### 22.1 Overview

The time of day process (page A-9 of the flowchart in Appendix A) is applied to convert daily vehicle trips to time-of-day vehicle trips for the four modeled time periods, prior to being assigned to the network. The process is applied with the *Time-of-Day.s* and *Misc_Time-of-Day.s* scripts. The *Prepare_Trip_Tables_for_Assignment.s* script is used to combine the various trips by time period into combined trip tables for the traffic assignment process. The input and output files are listed in Table 84 and Table 85.

**Table 84 Inputs to time-of-day process**

| Daily Auto Driver Trips, by Occupancy Levels | HBW<ITER>.ADR, HBS<ITER>.ADR, HBO<ITER>.ADR, NHW<ITER>.ADR, NHO<ITER>.ADR | Binary |
|---|---|---|
| Daily Miscellaneous and Truck Trips (From the \Inputs subdirectory) | VISI.ADR, TAXI.ADR, SCHL.ADR, AIRPAX.ADR, XXCVT.VTT, XXAUT.VTT, | Binary |
| Truck and commercial vehicle trip tables | MTK<ITER>.PTT, HTK<ITER>.PTT, COM<ITER>.PTT | Binary |
| Adjustment or 'delta' trip tables used for commercial and truck models | CVDelta_3722.trp TKDelta_3722.trp | Binary |
| Time of Day Percent File by Purpose, Mode, and Direction | todcomp_2008HTS.dbf | DBF |

Note: <ITER> =PP, i1…i4

**Table 85 Outputs of time-of-day process**

| Trip Tables by Time Period | AM<ITER>.ADR, MD<ITER>.ADR, PM<ITER>.ADR, NT<ITER>.ADR, | Binary |
|---|---|---|
| Miscellaneous Time-of-Day Files | MISCAM<ITER>.TT, MISCMD<ITER>.TT, MISCPM<ITER>.TT, MISCNT<ITER>.TT | Binary |
| Total Vehicle Trips by Six Markets<br><br>T1 – SOVs<br>T2 – 2 occ. vehicles<br>T3 – 3+ occ. vehicles<br>T4 – Commercial vehicles<br>T5 – Medium + Heavy Trucks Combined<br>T6 – Airport passenger auto-driver trips/vehs. | <ITER>AM.VTT, <ITER>MD.VTT, <ITER>PM.VTT, <ITER>NT.VTT | Binary |

00001159

00001160

## 23 Traffic Assignment

### 23.1 Overview

As mentioned in section 2.3 ("Modeling steps and the speed feedback loop"), the Version 2.3 Travel Model uses a user-equilibrium (UE) traffic assignment, which is the generally accepted method for static traffic assignments. The user equilibrium condition was defined by Wardrop in 1952.[127] According to Wardrop's first principle, in the case where all trip makers perceive costs the same way (i.e., no stochastic effects):

> *Under equilibrium conditions, traffic arranges itself in congested networks such that all used routes between an O-D pair have equal and minimum costs, while all unused routes have greater or equal costs.[128]*

Furthermore, the assignment process is a multi-class UE assignment, meaning that separate user classes can be assigned at the same time. The Version 2.3 model includes six user classes:

1. Single-occupant vehicle (SOV)
2. High-occupant vehicle with two persons (HOV2)
3. High-occupant vehicle with three+ persons (HOV3+)
4. Medium and heavy trucks
5. Commercial vehicles
6. Airport passengers traveling to/from the three commercial airports

In Version 2.2, there were only five user classes, since the commercial vehicles category was grouped with medium/heavy truck. The primary reason for distinguishing truck markets is to allow for the option of using passenger car equivalents (PCEs) in the traffic assignment process. The use of PCEs has not yet been implemented, but they will be considered in future developmental work.

Additionally, the Version 2.3 model includes four time-of-day periods for traffic assignment:

- AM peak period (3 hours:  6:00 AM to 9:00 AM)
- Midday period (6 hours:  9:00 AM to 3:00 PM)
- PM peak period (4 hours:  3:00 PM to 7:00 PM)
- Night/early morning period (11 hours:  7:00 PM to 6:00 AM)

Most MPOs use a UE traffic assignment that relies on an optimization algorithm known as the Frank-Wolfe (FW) algorithm.[129] The FW algorithm is essentially a series of all-or-nothing traffic assignments where flows are combined using weights from an optimization process whose goal is to minimize an

---

[127] John Glen Wardrop, "Some Theoretical Aspects of Road Traffic Research," *Proceedings of the Institution of Civil Engineers* 1, no. 3 (January 1952): 325–62, https://doi.org/10.1680/ipeds.1952.11259.
[128] Juan de Dios Ortúzar and Luis G. Willumsen, *Modelling Transport*, 2nd ed. (John Wiley & Sons, 1994), 304.
[129] Frank and Wolfe, "An Algorithm for Quadratic Programming."

00001161

objective function. The process stops when a stopping criterion is met. Previously, the Version 2.3 Travel Model used the following UE stopping criterion:  When the relative gap ≤ $10^{-3}$ OR the number of UE iterations ≥ 300. The relative gap threshold was always intended to be the primary stopping criterion, with the number of UE iterations functioning as a backup criterion. Now, however, we have moved to what we call a "progressive" relative gap stopping criterion. The idea is that, in the early SFB iterations, the UE closure criterion will be relatively loose, but, in the later SFB iterations, the UE closure criterion will tighten, as shown in Table 6.

Table 86 User equilibrium closure criterion (relative gap) varies by speed feedback iteration

| Speed feedback iteration | Primary closure criterion for UE traffic assignment | Secondary closure criteria for UE traffic assignment |
|---|---|---|
| Pump prime | Relative gap ≤ $10^{-2}$ (i.e., 0.01) | Number of UE iterations ≥ 1000 |
| 1 | Relative gap ≤ $10^{-2}$ (i.e., 0.01) | Number of UE iterations ≥ 1000 |
| 2 | Relative gap ≤ $10^{-2}$ (i.e., 0.01) | Number of UE iterations ≥ 1000 |
| 3 | Relative gap ≤ $10^{-3}$ (i.e., 0.001) | Number of UE iterations ≥ 1000 |
| 4 | Relative gap ≤ $10^{-4}$ (i.e., 0.0001) | Number of UE iterations ≥ 1000 |

By using the higher value for UE iterations (1000 vs. 300), we were able to ensure that this secondary criterion is unlikely to be used as the stopping criterion. Based on a series of sensitivity tests,[130] we found that the new progressive relative gap scheme results in a relatively converged traffic assignment, without the extremely lengthy model run times that would be needed if one were to use a high threshold (e.g., $10^{-4}$ relative gap) for each of the five SFB iterations. The Version 2.3 Travel Model uses a slight variation of the FW algorithm, called the *bi-conjugate* Frank-Wolfe algorithm, which converges marginally faster than the classic FW algorithm.

## 23.2 Two-step assignment

### 23.2.1  Prior to 2008: 5 user classes

The Version 2.2 traffic assignment process prior to the fall of 2008 consisted of three separate assignment executions for each speed feedback (SFB) loop:  AM peak period, PM peak period, and the off-peak period (see Table 87). To respect the various highway path options and prohibitions in the Washington region, five separate markets or "user classes" (trip tables) were loaded during each assignment execution:

1. Single-occupant vehicles, including commercial vehicles (SOV),
2. 2-occupant vehicles (HOV2),
3. 3+occupant vehicles (HOV3+),
4. Trucks (medium and heavy), and

---

[130] Moran and Milone, "Status Report on the Version 2.3 Travel Model: Updates to the Model and Year-2010 Validation," 7–11.

00001162

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*

5. Airport passenger vehicles.

Table 87 Traffic assignment in the Version 2.2 Travel Model prior to fall 2008: Three multiclass assignments

| For each SFB loop | Assignment period | Trip markets assigned |
|---|---|---|
| Assignment 1 | AM peak | 1. SOV<br>2. HOV2<br>3. HOV3+<br>4. Trucks<br>5. Airport passengers |
| Assignment 2 | PM peak | 1. SOV<br>2. HOV2<br>3. HOV3+<br>4. Trucks<br>5. Airport passengers |
| Assignment 3 | Off-peak | 1. SOV<br>2. HOV2<br>3. HOV3+<br>4. Trucks<br>5. Airport passengers |

In the fall of 2008, as part of air quality conformity work, the traffic assignment process was modified to improve the assignment of HOV/HOT traffic on the Capital Beltway in Virginia and the I-395 Shirley Highway.[131]  In the revised process, shown in Table 88, the AM traffic assignment was split into two parts: non-HOV 3+ (i.e., SOV, HOV2, trucks, and airport passengers) and HOV 3+. Similarly, the PM traffic assignment was also split into two parts: non-HOV 3+ and HOV3+. This new traffic assignment process is sometimes referred to as the "two-step assignment," since it splits the AM and PM assignment each into two parts.[132]

---

[131] Ronald Milone and Mark S. Moran, "TPB Models Development Status Report" (November 21, 2008).
[132] Jinchul Park to Files, "Two Step Traffic Assignment for HOT Lane Modeling in 2008 CLRP," Memorandum, December 2, 2008.

00001163

**Table 88 Traffic assignment in the Version 2.2 Travel Model prior to fall 2008: Five multiclass assignments**

| For each SFB loop | Assignment period | Trip markets assigned |
|---|---|---|
| Assignment 1 | AM peak (non-HOV3+) | 1. SOV |
| | | 2. HOV2 |
| | | 3. Trucks |
| | | 4. Airport passengers |
| Assignment 2 | AM peak (HOV3+) | 1. HOV3+ |
| Assignment 3 | PM peak (non-HOV3+) | 1. SOV |
| | | 2. HOV2 |
| | | 3. Trucks |
| | | 4. Airport passengers |
| Assignment 4 | PM peak (HOV3+) | 1. HOV3+ |
| Assignment 5 | Off-peak | 1. SOV |
| | | 2. HOV2 |
| | | 3. HOV3+ |
| | | 4. Trucks |
| | | 5. Airport passengers |

The result was five (not three) traffic assignments, with either four, one, or five user classes, depending on which assignment was being conducted. The fifth traffic assignment, representing the off-peak period, included all five trip markets (it was only the two peak-period assignments where the non-HOV 3+ and HOV 3+ were split out).

In the first step of the two-step assignment (assignments #1 and #3), non-HOV 3+ traffic (i.e., SOV, HOV 2, truck, and airport passenger trips) is assigned to all facilities (HOV and general purpose). In the second step, HOV 3+ traffic is assigned to HOT lanes and other facilities on the partially loaded network. The pre-assignment of non-HOV 3+ traffic results in congested link speeds for the general-purpose lanes. This means that HOV 3+ traffic has a greater incentive to use HOV facilities, which results in improved HOV 3+ loadings on priority-use and general-use facilities.

### 23.2.2 After 2008: 6 user classes

**Recent versions of the regional travel demand model (e.g., 2.3.52, 2.3.57, 2.3.57a, 2.3.66, 2.3.70 and 2.3.75) continue to use the same two-step assignment**, but there are now <u>six assignments</u> **(not five) in each speed feedback loop, since the off-peak period has been split into midday and nighttime**. Also, commercial vehicles are split out from trucks, as shown in Table 89. Note that four of the six traffic assignments are multi-class, but two of the assignments contain only one user class (HOV3+ vehicles in the AM peak and HOV3+ vehicles in the PM peak).

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*

**Table 89 Traffic assignment in the Version 2.3.52 and later travel model: Six traffic assignments per speed feedback loop**

| For each SFB loop | Assignment period | Trip markets assigned |
|---|---|---|
| Assignment 1 | AM peak (non-HOV3+) | 1. SOV<br>2. HOV2<br>3. Trucks<br>4. Commercial vehicles<br>5. Airport passengers |
| Assignment 2 | AM peak (HOV3+) | 1. HOV3+ |
| Assignment 3 | PM peak (non-HOV3+) | 1. SOV<br>2. HOV2<br>3. Trucks<br>4. Commercial vehicles<br>5. Airport passengers |
| Assignment 4 | PM peak (HOV3+) | 1. HOV3+ |
| Assignment 5 | Off-peak, midday | 1. SOV<br>2. HOV2<br>3. HOV3+<br>4. Trucks<br>5. Commercial vehicles<br>6. Airport passengers |
| Assignment 6 | Off-peak, nighttime | 1. SOV<br>2. HOV2<br>3. HOV3+<br>4. Trucks<br>5. Commercial vehicles<br>6. Airport passengers |

## 23.3 Application details

The traffic assignment process is shown on page A-10 of the flowchart in Appendix A. The *Highway_Assignment_Parallel.bat* batch file calls the *Highway_Assignment_Parallel.s* script. As described in Chapter 8 ("Use of parallel processing to reduce model run times"), the highway assignment process has been "parallelized" by using Cube Cluster (both IDP and MDP), which is Cube's implementation of distributed processing. See section 8.2.1 for terminology related to distributed processing, and see section 8.2.4 for details about how Cube Cluster has been implanted in the Version 2.3.52 model (and later versions, such as 2.3.75), including the traffic assignment step.

### 23.3.1 Generalized cost

The highway assignment process uses a generalized cost or impedance, which is function of both travel time and cost. Cost is converted to travel time based on the vehicle class and time of day, as described in Table 90. These minutes/per-dollar factors are used for both variably-priced facilities, such as the I-495 HOT lanes in Virginia, and for fixed-price facilities, such as the Governor Nice Bridge.

00001165

**Table 90 Time Valuation by Vehicle Type and Time Period (minutes/dollar, in year-2007 prices)**

| | Equivalent Minutes per Dollar | | | |
| Mode | AM Peak | Midday | PM Peak | Night |
|---|---|---|---|---|
| SOV | 2.5 | 3.0 | 3.0 | 3.0 |
| HOV 2-occupant auto | 1.5 | 4.0 | 2.0 | 4.0 |
| HOV 3+occupant auto | 1.0 | 4.0 | 1.0 | 4.0 |
| Light duty commercial vehicle | 2.0 | 2.0 | 2.0 | 2.0 |
| Truck | 2.0 | 2.0 | 2.0 | 2.0 |
| Auto serving airport passenger | 2.0 | 2.0 | 2.0 | 2.0 |

(Time_Valuation_V2.3.xls)

### 23.3.2  Inputs and outputs

The inputs and outputs of the *Highway_Assignment_Parallel.s* script are shown in Table 91 and Table 95, respectively.

**Table 91 Inputs to traffic assignment process**

| Volume delay parameters and free-flow speed assumptions | support\hwy_assign_Conical_VDF.s support\hwy_assign_capSpeedLookup.s | Script block |
|---|---|---|
| Total vehicle trips by 4 time-of-day periods and 6 user classes | <ITER>_AM.VTT, <ITER>_MD.VTT, <ITER>_PM.VTT, <ITER>_NT.VTT | Binary |
| Toll minutes equivalence file | support\toll_minutes.txt | Text |
| AM Toll Factors by Vehicle Type | Inputs\AM_Tfac.dbf | DBF |
| Midday Toll Factors by Vehicle Type | Inputs\MD_Tfac.dbf | DBF |
| PM Toll Factors by Vehicle Type | Inputs\PM_Tfac.dbf | DBF |
| Night Toll Factors by Vehicle Type | Inputs\NT_Tfac.dbf | DBF |
| Network files | ZONEHWY.NET, <ITER>_HWY.NET | Binary |

Note: <ITER> =PP, i1…i4

Table 92 is a lookup table showing highway link capacities in free-flow conditions (vehicles per hour per lane). Table 93 is a lookup table showing highway link speeds in free-flow conditions (mph).

**Table 92 Lookup table: Highway link capacities in free-flow conditions (vehicles per hour per lane)**

| | | Area Type | | | | | |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 |
| 0 | Centroid Connectors | 3150 | 3150 | 3150 | 3150 | 3150 | 3150 |
| 1 | Freeways | 1900 | 1900 | 2000 | 2000 | 2000 | 2000 |
| 2 | Major Arterials | 600 | 800 | 960 | 960 | 1100 | 1100 |
| 3 | Minor Arterials | 500 | 600 | 700 | 840 | 900 | 900 |
| 4 | Collectors | 500 | 500 | 600 | 800 | 800 | 800 |
| 5 | Expressways | 1100 | 1200 | 1200 | 1400 | 1600 | 1600 |
| 6 | Ramps | 1000 | 1000 | 1000 | 1000 | 2000 | 2000 |

Ref: "I:\ateam\docum\fy19\tpb_tdfm_gen2\ver2.3\travel_model_user_guide\ver2.3.75_highway_link_lookupTables_capacity_speed.xlsx"

---

00001166

**Table 93 Lookup table: Highway link speeds in free-flow conditions (mph)**

| | | Area Type | | | | | |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 |
| 0 | Centroid Connectors | 15 | 15 | 20 | 25 | 30 | 35 |
| 1 | Freeways | 55 | 55 | 60 | 60 | 65 | 65 |
| 2 | Major Arterials | 35 | 35 | 45 | 45 | 50 | 50 |
| 3 | Minor Arterials | 35 | 35 | 40 | 40 | 40 | 45 |
| 4 | Collectors | 30 | 30 | 30 | 35 | 35 | 35 |
| 5 | Expressways | 45 | 45 | 50 | 50 | 50 | 55 |
| 6 | Ramps | 20 | 20 | 30 | 30 | 35 | 50 |

Ref: "I:\ateam\docum\fy19\tpb_tdfm_gen2\ver2.3\travel_model_user_guide\ver2.3.75_highway_link_lookupTables_capacity_speed.xlsx"

### 23.3.3 Multi-class assignment

As noted earlier, TPB travel forecasting model Ver. 2.3.52 (and later, including Ver. 2.3.75) perform six traffic assignments per speed feedback iteration (see Table 89). Four of these are multi-class assignments and two of them are single-class assignments. For the multi-user class assignments, two have five user classes (i.e., AM peak non-HOV3+ and PM peak non-HOV3+) and two have six user classes (i.e., midday and nighttime). The Cube Voyager PATHLOAD command is used to perform a traffic assignment, i.e., to load trips to a minimum-impedance path. For each of the traffic assignments, the number of PATHLOAD statements corresponds to the number of user classes (five or six, depending on the assignment). To perform a multi-user class assignment in Cube Voyager, a script must follow two steps:

1. First, in the LINKREAD phase, assign one or more links to a user group. To to this, one primarily uses the ADDTOGROUP (or ADDTOGRP) command, which sets group codes for a link.[133] Generally, one also makes use of link codes that indicate which vehicles are allowed or limited, such as our link LIMIT codes, whose values are shown in Table 94.
2. Second, when performing the traffic assignment with the PATHLOAD statement, one can then specify which groups are to be excluded from the particular traffic assignment.

**Table 94 Link limit code, traffic assignment add group, and its meaning**

| Link Limit Code | Link Add Group | Definition |
|---|---|---|
| 1 | 1 | All vehicles accepted |
| 2 | 2 | Only HOV2 (or greater) vehicles accepted |
| 3 | 3 | Only HOV3 (or greater) vehicles accepted |

---

[133] ADDTOGROUP is a subkey word of SETGROUP, although the key word SETGROUP does not need to appear in the script.

00001167

| 4 | 4 | Medium and heavy trucks are not accepted, but all other traffic is accepted |
| 5 | 5 | Airport passenger vehicle trips |
| 6-8 | 6 | (Unused) |
| 9 | 7 | No vehicles are accepted |

So, for example, links that should be restricted to HOV2+ traffic can be added to group 2:

```
PHASE=LINKREAD
        IF (LI.@PRD@LIMIT==2) ADDTOGROUP=2
```

Then, when performing the traffic assignment with the PATHLOAD statement for HOV2+ trips, one can use the EXCLUDEGROUP command like this:

```
PATHLOAD PATH=LW.HV2@PRD@IMP,  EXCLUDEGROUP=3,5,6,7,    VOL[2]=MI.1.2   ;  HOV 2
```

This means that HOV2 trips are excluded from using links that have been added to link groups 3 (HOV3+), 5 (airport passenger vehicles), 6 (unused), and 7 (unused).

### 23.3.4  Volume-delay functions

The Version 2.3 uses conical volume-delay functions (VDFs). More information about these VDFs can be found on pp. 8-13 to 8-17 of the calibration report dated 1/20/12.[134]

### 23.3.5  Convergence of user equilibrium traffic assignment

When the traffic assignment process is run, the script creates a series of user equilibrium convergence report files, as shown in Table 95. Each file contains the relative gap by user equilibrium iteration. By using these files with a spreadsheet, one can make plots of the rate of convergence of the traffic assignment.

---

[134] Milone et al., "Calibration Report for the TPB Travel Forecasting Model, Version 2.3."

00001168

**Table 95 Outputs of traffic assignment process**

| Loaded-link files by time period | \<ITER\>_am_load_link.asc,<br>\<ITER\>_md_load_link.asc,<br>\<ITER\>_pm_load_link.asc,<br>\<ITER\>_nt_load_link.asc, | Text |
|---|---|---|
| Loaded Highway Network | \<ITER\>_ Assign_output.net | Binary |
| UE convergence report files | \<iter\>_ue_iteration_report_AM_nonHov.txt<br>\<iter\>_ue_iteration_report_AM_hov.txt<br>\<iter\>_ue_iteration_report_PM_nonHov.txt<br>\<iter\>_ue_iteration_report_PM_hov.txt<br>\<iter\>_ue_iteration_report_MD.txt<br>\<iter\>_ue_iteration_report_NT.txt | Text |

Note: \<ITER\> =PP, i1…i4

### 23.3.6  Loaded link highway network

Table 96 provides further details regarding the attributes of the final loaded highway network.

**Table 96 Variables included in the final iteration, loaded highway network (i4_Assign_output.net)**

| Variable Name | Description |
|---|---|
| A | A-Node |
| B | B-Node |
| DISTANCE | Link Distance in miles (x.xx) |
| SPDC | (Not used) |
| CAPC | (Not used) |
| JUR | Jurisdiction Code (0-23) *0/dc, 1/mtg, 2/pg, 3/alr/, 4/alx,5, ffx, 6/ldn, 7/ pw, 8/(unused), 9/ frd, 10/how, 11/aa, 12/chs, 13/(unused), 14/car, 15/cal, 16/stm, 17/ kg, 18/fbg, 19/stf, 20/spts, 21/fau, 22/clk, 23/jef* |
| SCREEN | Screenline Code (1-38) |
| FTYPE | Link Facility Type Code (0-6)<br>*0/Centroids, 1/Freeways, 2/Major Art., 3/Minor Art, 4/Collector, 5/Expressway, 6/Ramp* |
| TOLL | Toll Value in current year dollars |
| TOLLGRP | Toll Group Code (1-9999) |
| \<Period\> LANE | \<Period\>  No. of Lanes |
| \<Period\>LIMIT | \<Period\> Limit Code (0-9) |
| EDGEID | Geometry network link identifier |
| LINKID | Logical network link identifier |
| NETWORKYEA | Planning year of network link |
| SHAPE_LENG | Geometry length of network link (in feet) |
| PROJECTID | Project identifier |
| TAZ | Nearest TAZ centroid to midpoint of link (1-3,722) |
| ATYPE | Area Type (1-6) |
| SPDCLASS | Speed Class |

00001169

| CAPCLASS | Capacity Class |
|---|---|
| DEFLATIONFTR | Factor for deflating current year tolls to constant year tolls |
| <Period>TOLL | <Period> Toll Value in current year dollars - all tolled facilities |
| <Period>TOLL_VP | <Period> Toll Value in current year dollars - Variably priced tolled facilities only |
| <Period> HTIME | <Period> Highway Time - based on initial highway lookup speeds |
| I4<Period>SOV | Iteration 4 <Period> assigned SOV  Volume |
| I4<Period>HV2 | Iteration 4 <Period> assigned HOV2  Volume |
| I4<Period>HV3 | Iteration 4 <Period> assigned HOV3  Volume |
| I4<Period>CV | Iteration 4 <Period> assigned Commercial Vehicle  Volume |
| I4<Period>TRK | Iteration 4 <Period> assigned Truck Volume |
| I4<Period> APX | Iteration 4 <Period> assigned Airport Passenger  Volume |
| I4<Period> VOL | Iteration 4 <Period> assigned  Volume |
| I4<Period>VMT | Iteration 4 <Period> Vehicle Miles Travelled (VMT) |
| I4<Period>FFSPD | Iteration 4 <Period> free flow speed (mph) |
| <Period>HRLKCAP | <Period> hourly link capacity |
| <Period>HRLNCAP | <Period> hourly lane capacity |
| I4<Period>VC | Iteration 4 <Period> Volume Capacity ratio |
| I4<Period>VDF | Iteration 4 <Period> Volume Delay function |
| I4<Period>SPD | Iteration 4 <Period> Speed (mph) |
| I424VOL | Iteration 4 Daily (24 hour) Volume |
| **KEY**<br><Period>= AM | AM Peak Period (6:00-9:00 AM) |
| MD | Mid Day (9:00 AM - 3:00 PM) |
| PM | PM Peak Period (3:00 - 7:00 PM) |
| NT | All remaining hours |

### 23.3.7  Averaging of link volumes

Since the travel model includes speed feedback, in order to ensure that highway volumes and hence speeds are stabilizing with each successive speed feedback iteration, it is necessary to apply a link-level "method of successive averaging" (MSA) process. The MSA averaging is performed on the basis of total (non-segmented) link volumes, and is performed individually for each time period. This process is performed after each successive highway assignment process using the *Average_Link_Speeds.bat* file that includes the *Average_Link_Speeds.s* script. This script uses the current iteration and previous iteration loaded networks to develop a network with volume averaging named <ITER>_HWY.net.

### 23.3.8  Treatment of airport passenger auto driver trips on HOV and HOT lane facilities

Text for this section of the report come from or are derived from a recent memo on this subject.[135]

---

[135] Dusan Vuksan, Dzung Ngo, and Mark S. Moran, "Air Passenger Trips on HOV/HOT Lanes in the TPB Version 2.3 Travel Model: Discussion of Current Treatment and Recommendations for Modifications," Memorandum, April 24, 2017.

00001170

The terms "airport passenger trips" or "air passenger trips" refer to a motor vehicle carrying air passengers to or from one of the three commercial airports in the region: Reagan National (DCA), Dulles International (IAD), and Baltimore-Washington International (BWI). The focus is on highway assignment, not mode choice or transit assignment.

### 23.3.8.1  Real world conditions

Regarding the use of HOV and HOT-lane facilities by motor vehicles carrying air passengers, there are several real-world issues that increase the difficulty of reflecting these usage restrictions in the travel model. First, there are many different HOV and HOT facilities with different restrictions on their use, as shown in Table 97. The information in this table does not even address airport passenger trips.

Table 97 HOV and HOT-lane facilities in the Washington, D.C. area

| Type of Facility | Use Restrictions | Examples |
|---|---|---|
| HOV2+ | Vehicles must have two or more occupants (certain exemptions apply, including an airport-related exemption) | I-270, I-66, US 50 (MD) |
| HOV3+ | Vehicles must have three or more occupants. | I-395, I-95 (VA) |
| HOT2+ | Vehicles with two or more occupants can use the facility for free. Vehicles with one occupant may pay to use the facility. Users of the facility must have either an "E-Zpass" OR "E-ZPass Flex" tag/RFID transponder in vehicle. Users who want to gain free access to the facility due to meeting the occupancy requirement must have an "E-ZPass Flex" transponder. | I-66 Inside the Beltway after 2018 |
| HOT3+ | Vehicles with three or more occupants can use the facility for free. Vehicles with one or two occupants may pay to use the facility. Users of the facility must have either an "E-Zpass" OR "E-ZPass Flex" tag/RFID transponder in vehicle. Users who want to gain free access to the facility due to meeting the occupancy requirement must have an "E-ZPass Flex" transponder. | I-495 (VA), I-395 after 2019 |

Second, there is an important exception to the HOV occupancy rules regarding one HOV facility for air passenger auto trips to/from one of the three commercial airports:

*Motorists traveling to and from Dulles International Airport to go to the airport to board a flight or to pick someone up at the airport are permitted to use I-66 inside the Beltway (I-495) during HOV hours. Motorists traveling to or from Dulles International Airport are not exempt from HOV restrictions on I-66 outside the Beltway (I-495). You are not permitted to use I-66 inside the beltway during HOV hours if you are going to the airport to eat, get coffee, get gas or any other reason other than boarding a plane or picking someone up at the airport.[136]*

---

[136] "High Occupancy Vehicle (HOV) Lanes - Rules and FAQs," Virginia Department of Transportation, February 1, 2017, http://www.virginiadot.org/travel/hov-rulesfaq.asp.

00001171

Third, the exemption for travelers to/from Dulles Airport will end when the I-66 Inside the Beltway HOT lanes open (ca. December 2017).[137]

### 23.3.8.2  Treatment in the Ver. 2.3 travel model

Before discussing how the model handles air passenger travel on HOV and HOT-lane facilities, this section of the report discusses the general way in which air passenger trips are handled in the travel demand model. Although air passenger travel on the road network is handled by the travel model, it is considered an exogenous input to the model. Other exogenous inputs to the travel model include taxi trips, visitor/tourist trips, school trips, through trips, and external trips. As noted in a recent memo:[138]

> *The airport passenger auto driver trip tables are prepared on the basis of base- and future-year trip tables that are developed as part of COG's Air System's Planning activities. The trip tables indicate local originations to the three major commercial airports in the modeled region by mode and purpose (Home-Based and Non-Home-Base). The trip tables are developed by year and are prepared at the Airport Analysis Zone (AAZ) level of geography. (p. 13).*

Airport passenger trips are stored in a binary trip-table file called airpax.adr. The current air passenger auto driver trip tables were developed using the COG 2011 Regional Air Passenger Survey, not the more recent 2013 survey, since TPB staff felt it would be inappropriate to use the 2013 survey since it was conducted during an unexpected federal shutdown known as the sequester.[139]

In terms of the treatment of air passenger trips on HOV and HOT-lane facilities, the Ver. 2.3.70 model (and earlier) underlined allowed airport trips to use any HOV facility regardless of the vehicle occupancy. For the HOV2+ lanes on I-66 Inside the Beltway, **this makes sense**, given the current policy for I-66 mentioned earlier. For other HOV facilities in the region, however, the model's representation does not reflect the real transportation system. For these other HOV facilities, vehicles carrying air passengers should be allowed to use the other HOV facilities only if the vehicles meet the occupancy requirements for the facility.

Table 98 shows how airport passenger trips are treated with respect to HOV facilities in the real world, the Ver. 2.3.66 model, and the Ver. 2.3.75 model (the same as the Ver. 2.3.70). The three areas highlighted in yellow show where there was a mismatch between the real world and the Ver. 2.3.66 model.

---

[137] Robert Thomson, "As Virginia Sets up I-66 HOT Lanes, Drivers Again Ask: What about Me?," The Washington Post, August 16, 2016, https://www.washingtonpost.com/news/dr-gridlock/wp/2016/08/11/as-virginia-sets-up-i-66-hot-lanes-drivers-again-ask-what-about-me/.

[138] Ronald Milone to DTP Technical Staff, "Round 9.1-Based Exogenous Demand Inputs to the Travel Model," Memorandum, April 23, 2018.

[139] Milone to DTP Technical Staff.

00001172

Table 98 Use of HOV and HOT-lane facilities by autos serving airport passengers: Real world, Ver. 2.3.66 model, and Ver. 2.3.75 model

| Auto Serving Airport Passenger (no. of occupants) | | HOV Facility | | | HOT-Lane Facility | | |
|---|---|---|---|---|---|---|---|
| | Case | 2+ | 2+ I-66 Inside Beltway | 3+ | 2+ | 2+ I-66 Inside Beltway | 3+ |
| 1 occupant | Real World | No | Yes, VDOT exemption (1) | No | Yes (pay toll)* | Yes (pay toll)* (2) | Yes (pay toll)* |
| | V. 2.3.66 Model | Yes | Yes | Yes | Yes (pay toll) | Yes (pay toll) | Yes (pay toll) |
| | V. 2.3.75 Model | Yes | Yes | No | Yes (pay toll) | Yes (pay toll) | Yes (pay toll) |
| 2 occupants | Real World | Yes | Yes | No | Yes (free)** | Yes (free)** | Yes (pay toll)* |
| | V. 2.3.66 Model | Yes | Yes | Yes | Yes (pay toll) | Yes (pay toll) | Yes (pay toll) |
| | V. 2.3.75 Model | Yes | Yes | No | Yes (pay toll) | Yes (pay toll) | Yes (pay toll) |
| 3+ occupants | Real World | Yes | Yes | Yes | Yes (free)** | Yes (free)** | Yes (free)** |
| | V. 2.3.66 Model | Yes | Yes | Yes | Yes (pay toll) | Yes (pay toll) | Yes (pay toll) |
| | V. 2.3.75 Model | Yes | Yes | No | Yes (pay toll) | Yes (pay toll) | Yes (pay toll) |

(1): Per VDOT: "Motorists traveling to and from Dulles International Airport to go to the airport to board a flight or to pick someone up at the airport are permitted to use I-66 inside the Beltway (I-495) during HOV hours. Motorists traveling to or from Dulles International Airport are not exempt from HOV restrictions on I-66 outside the Beltway (I-495). You are not permitted to use I-66 inside the beltway during HOV hours if you are going to the airport to eat, get coffee, get gas or any other reason other than boarding a plane or picking someone up at the airport." (Source: "High Occupancy Vehicle (HOV) Lanes - Rules and FAQs." *Virginia Department of Transportation*, February 1, 2017. http://www.virginiadot.org/travel/hov-rulesfaq.asp).

(2): Exemption for travelers to/from Dulles Airport will end when the I-66 Inside the Beltway HOT lanes open (Source: Thomson, Robert. "As Virginia Sets up I-66 HOT Lanes, Drivers Again Ask: What about Me?" *The Washington Post*. August 16, 2016. https://www.washingtonpost.com/news/dr-gridlock/wp/2016/08/11/as-virginia-sets-up-i-66-hot-lanes-drivers-again-ask-what-about-me/)

* Must have an "E-Zpass" OR "E-ZPass Flex" tag/RFID transponder in vehicle.

** Must have an "E-ZPass Flex" tag/RFID transponder in vehicle.

00001173

00001174

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*

The only change made to the travel model (Ver. 2.3.75) regarding modeling airport trips was to prohibit airport trips from using HOV3+ facilities, since observed car occupancy for these types of trips is approximately 1.6 persons per vehicle, which is calculated from the Average Weekday Air Passenger Ground Access trip data documented in the 2013 Washington – Baltimore Regional Air Passenger Survey. These three areas are highlighted in green in Table 98.

00001175

00001176

## 24  Transit Assignment, Including Summary Process (LineSum)

### 24.1 Transit assignment process

Transit assignment is a new feature of the Version 2.3 Travel Model that was not part of the Version 2.2 Travel Model. Transit assignment is where transit trips are loaded on to the transit network. Although highway and transit assignment have some similarities, it is useful to point out some of the differences between these two assignment procedures. First, whereas highway assignment is done with trip tables in origin/destination (O/D) format, transit assignment is done with trip tables in production/attraction (P/A) format. Second, whereas highway assignment is capacity constrained, transit assignment is not. Lastly, whereas highway assignment is done in each of the five speed feedback loops (i.e., pump prime, i1, i2, i3, and i4), transit assignment is conducted only at the conclusion of the i4 speed feedback loop (See Figure 9 and Figure 10).

Procedures for transit assignment are shown on pages A-15 through A-17 in the flowchart in Appendix A. The transit assignment is run using the *Transit_Assignment_Parallel.bat* and *Transit_Assignment_LineHaul_Parallel.bat* batch files, the first of which is called from the "run model steps" batch file. Prior to transit assignment, the five mode choice trip tables (HBW, HBS, HBO, NHW, and NHO) are combined into two trip tables (AM = HBW; and OP = HBS + HBO + NHW + NHO), using the *Combine_Tables_For_TrAssign_Parallel.s* script. After the transit assignment has been run, the transit assignment output files are summarized using the LineSum program. This is also called from the *Transit_Assignment_Parallel.bat* batch file via the *TranSum.bat* batch file. The transit assignment process is run in the standard scenario/output folder (e.g., 2016_Final), but the transit assignment summary files are stored in a sub-folder called "transum."  The inputs to the *Transit_Assignment_Parallel.bat* batch file are shown in Table 99 and the outputs are shown in Table 100.

Table 99 Inputs to transit assignment process

00001177

| Trip tables segmented by mode (coming from the mode choice model) | i4_HBW_NL_MC.MTT<br>i4_HBS_NL_MC.MTT<br>i4_HBO_NL_MC.MTT<br>i4_NHW_NL_MC.MTT<br>i4_NHO_NL_MC.MTT | Binary |
|---|---|---|
| Highway network | Zonehwy.net | Binary |
| AM peak transit lines | Inputs\MODE1AM…MODE10AM.TB | Text |
| Off peak transit lines | Inputs\MODE1OP…MODE10OP.TB | Text |
| Transit network files | met_node.tb, met_bus.tb, met_link.tb, com_node.tb, com_bus.tb, com_link.tb, lrt_node.tb, lrt_bus.tb, lrt_link.tb new_node.tb, new_bus.tb, new_link.tb<br><br>met_pnrn.tb, com_pnrn.tb, bus_pnrn.tb, lrt_pnrn.tb, new_pnrn.tb<br><br>met_[AM\|OP]_pnr.tb, com_[AM\|OP]_pnr.tb, bus_[AM\|OP]_pnr.tb, lrt_[AM\|OP]_pnr.tb, new_[AM\|OP]_pnr.tb<br><br>met_[AM\|OP]_pnr.asc, com_[AM\|OP]_pnr.asc, bus_[AM\|OP]_pnr.asc, lrt_[AM\|OP]_pnr.asc, new_[AM\|OP]_pnr.asc<br><br>met_[AM\|OP]_knr.asc, bus_[AM\|OP]_knr.asc, lrt_[AM\|OP]_knr.asc, new_[AM\|OP]_knr.asc<br><br>met_bus.tb, com_bus.tb, lrt_bus.tb, new_bus.tb | Text |
| Transit network walk links | walkacc.asc, sidewalk.asc | Text |

Note: <ITER> =PP,  i1…i4

**Table 100 Outputs of transit assignment process**

| Combined transit trip file | <ITER>_<Prd>MS.TRP | Binary |
|---|---|---|
| Transit assignment node file | <ITER>_<AA><??><Prd>node.dbf | DBF |
| Transit assignment Link file | <ITER>_<AA><??><Prd>link.dbf | DBF |
| Support links | Supl_<??>_<AA>_<Prd>.asc | Text |

Note: <ITER> =PP, i1…i4, <AA>= WK, DR, KR  ??= CR, MR, AB, BM, Prd=AM, OP

The transit assignment is done for two time-of-day periods:  the peak period and the off peak period. The peak period is represented by the three-hour AM peak period. The off-peak period is represented by the five-hour midday period. Thus, when calculating peak-period travel times on transit ("skims") the AM peak period is used to represent the level of service in both the AM and PM peak period. Similarly, when calculating the average headway and average run time for each transit route, these calculations are done for the peak period (represented by the AM peak) and the off-peak period (represented by the midday period). It is assumed that the majority of HBW trips will occur in the peak periods and that the majority of non-work trips will occur in the off-peak periods. Consequently, prior to the actual transit

00001178

assignment, the five trip tables coming out of mode choice are combined into two tables: one for the peak period and one for the off-peak period. The peak-period trip table ("AM") contains only one trip table (HBW). By contrast, the off-peak period trip table ("OP") contains the trip tables from the other four trip purposes (HBS, HBO, NHW, NHO) as shown in Table 101.

Table 101 Mapping/concatenation of trip tables by trip purposes into peak and off-peak period trip tables prior to transit assignment

| Before combining trip tables | After combining trip tables |
|---|---|
| i4_HBW_NL_MC.MTT | i4_AMMS.TRP |
| i4_HBS_NL_MC.MTT | i4_OPMS.TRP |
| i4_HBO_NL_MC.MTT | |
| i4_NHW_NL_MC.MTT | |
| i4_NHO_NL_MC.MTT | |

This is mapping/concatenation of trip tables done with the Cube Voyager script *Combine_Tables_For_TrAssign.s* script. There are 11 tables on the *.TRP files, not 12, since, for commuter rail, KNR and PNR are combined:

WK_CR, WK_BUS, WK_BUS_MR, WK_MR,

PNR_KNR_CR, PNR_BUS, KNR_BUS, PNR_BUS_MR, KNR_BUS_MR, PNR_MR, KNR_MR

There are four transit assignment scripts, one for each transit submode (commuter rail, Metrorail, all bus, and bus/Metrorail):

```
transit_assignment_CR.s
transit_assignment_MR.s
transit_assignment_AB.s
transit_assignment_BM.s
```

### 24.1.1 Inputs to the transit assignment

As can be seen on page A-15 of Appendix A, the specific list of inputs for transit assignment varies for each of the four transit submodes.

### 24.1.2 Outputs of the transit assignment

The output of the four transit assignment scripts are a series of transit link files and transit node files in dBase (DBF) format. These files are generated in Cube Voyager's TRNBUILD module using the LINKO and NODEO keywords. The transit node files (NODEO) simply contain the node number and its X and Y coordinates, as shown in Figure 38.

00001179

| | A | B | C |
|---|---|---|---|
| 1 | N | X | Y |
| 2 | 1 | 1298543 | 446898 |
| 3 | 2 | 1298807 | 445281 |
| 4 | 3 | 1297889 | 443318 |
| 5 | 4 | 1296811 | 441898 |
| 6 | 5 | 1303089 | 442174 |
| 7 | 6 | 1301409 | 443113 |
| 8 | 7 | 1299596 | 445914 |
| 9 | 8 | 1301916 | 446878 |
| 10 | 9 | 1302004 | 445336 |
| 11 | 10 | 1302622 | 443982 |
| 12 | 11 | 1303826 | 443797 |
| 13 | 12 | 1305207 | 444137 |
| 14 | 13 | 1303781 | 445659 |
| 15 | 14 | 1304865 | 446730 |

**Figure 38 Excerpt from one of the transit node DBF files output from transit assignment (i4_WKMRAMnode.dbf)**

Ref:  "X:\modelRuns\fy12\Ver2.3.36\2007_pseu\i4_WKMRAMnode.dbf"

Transit link files (LINKO) files include the following attributes:[140]

- A:  A-node of link
- B:  B-node of link
- TIME:  A-B time (hundredths of minutes)
- MODE:  Mode of link (1-255)
- COLOR:  User designated drawing color
- STOP_A:  1 = A is a stop node
- STOP_B:  1 = B is a stop node
- DIST:  A-B distance (hundredths of miles)
- NAME:  Name of line on this link
- FREQ:  Service frequency (min)
- PLOT:  Always = 0

The following <u>additional</u> attributes are included due to transit assignment:

- SEQ:  Link sequence in the line
- OWNER:  Line owner (first ten characters)
- AB_VOL:  Volume
- AB_BRDA:  Number of trip boardings at A
- AB_XITA:  Number of exits at A

---

[140] Citilabs, Inc., "Cube Voyager Reference Guide, Version 6.0.2" (Citilabs, Inc., July 26, 2012), 958.

00001180

- AB_BRDB:  Number of boardings at B
- AB_XITB:  Number of exits at B
- (last 5 variables are also repeated for B-A direction)

Figure 39 and Figure 40 show the naming conventions used for transit volumes from a TRNBUILD-based transit assignment. Both figures show the associated volumes ("ons," "throughs," and "offs") for a hypothetical transit link AB.  Figure 39  is for the case of a one-way transit route, and Figure 40 is for the case of a two-way transit route. These figures can also be useful when interpreting reports from the LineSum transit assignment summary program (covered in the next section of the report).

**Figure 39 Transit volumes from transit assignment using TRNBUILD: One-way route**



Ref: transit_volumes_ab_ba_trnbuild_v2.vsd

Note: For a description of AB_VOL, AB_BRDA, AB_XITA, etc., see page 1020, Cube Voyager Reference Guide, Version 6.4.1 Citilabs, Inc., September 30, 2015.

The simplest case is the one-way route (Figure 39). In this case, the three important values for the link AB are:

- AB_VOL: Transit person trips on link AB ("throughs")
- AB_BRDA:  Transit person boardings ("ons") at the "from" node (node A in the figure)
- AB_XITB:  Transit person alightings ("offs") from the "to" node (node B in the figure)

All three of these variables are shown in rectangular boxes in Figure 39. The other two values shown in Figure 39 (AB_XITA and AB_BRDB) are associated with the **link prior to link AB** (AB_XITA) and the **link after link AB** (AB_BRDB).

For routes coded as two-way (Figure 40), the situation is similar, but a bit more complex. When traveling in the A-to-B direction, the three important variables for transit volumes are the same as before:

- AB_VOL: Transit person trips on link AB ("throughs")

00001181

- AB_BRDA:  Transit person boardings ("ons") at the "from" node (node A in the figure)
- AB_XITB:  Transit person alightings ("offs") from the "to" node (node B in the figure)

However, when travelling in the B-to-A direction, the three relevant variables are:

- BA_VOL: Transit person trips on link AB in the B-to-A direction ("throughs")
- BA_BRDA:  Transit person boardings ("ons") in the B-to-A direction at the "from" node (node B in the figure)[141]
- BA_XITB:  Transit person alightings ("offs") in the B-to-A direction from the "to" node (node A in the figure)

These are indicated in Figure 40 with rectangular boxes that have rounded corners.

**Figure 40 Transit volumes from transit assignment using TRNBUILD: Two-way route**



Ref: transit_volumes_ab_ba_trnbuild_v2.vsd

Note: For a description of AB_VOL, AB_BRDA, AB_XITA, etc., see page 1020, Cube Voyager Reference Guide, Version 6.4.1 Citilabs, Inc., September 30, 2015.

Keep in mind that, since transit path-building and assignment are conducted in production/attraction (P/A) format, **all of the values on these tables are also in P/A format**. Conducting transit assignment in production/attraction format is state of the practice for transit assignments and has the benefit of

---

[141] Typically, the convention is that the "from" node is the A node and the "to" node is the B node. However, in Figure 40, for movement in the B-to-A direction, the "from" node is labeled B and the "to" node is labeled A, since those were the labels used for movement in the A-to-B direction.

00001182

showing the peak orientation of the transit line. **To estimate the boardings at a given station in origin/destination format, you need to add the "ons" and "offs" together and divide by two.**[142]

Some examples of the LINKO attribute values can be found in Figure 41 through Figure 43. For example, Figure 41 shows a portion of the AM walk-access to Metrorail LINKO file (i4_WKMRAMlink.dbf) that has mode-16 links (walk access to transit). Similarly, Figure 42 shows a portion of the AM walk-access to Metrorail LINKO file (i4_WKMRAMlink.dbf) that has mode-3 links (Metrorail line segments). Lastly, Figure 43 shows a portion of the AM walk-access to Metrorail LINKO file (i4_WKMRAMlink.dbf) that has mode-12 links (walk transfer links).

---

[142] AECOM, "LineSum (Version 5.0.17)" (Arlington, Virginia: AECOM, June 13, 2012), 14.

00001183

| A | B | TIME | MODE | FREQ | PLOT | COLOR | STOP_A | STOP_B | DIST | NAME | SEQ | | OWNER | AB_VOL | AB_BRDA | AB_XITA | AB_BRDB | AB_XITB | BA_VOL | BA_BRDA | BA_XITA | BA_BRDB | BA_XITB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 20263 | 280 | 16 | 0.00 | 0 | 6 | 0 | 0 | 14 | *16 | 0 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | 20266 | 200 | 16 | 0.00 | 0 | 6 | 0 | 0 | 10 | *16 | 0 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | 20269 | 180 | 16 | 0.00 | 0 | 6 | 0 | 0 | 9 | *16 | 0 | | | 0 | 0 | 0 | 0 | 0 | 1344 | 0 | 0 | 0 | 0 |
| 1 | 20341 | 300 | 16 | 0.00 | 0 | 6 | 0 | 0 | 15 | *16 | 0 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | 20344 | 240 | 16 | 0.00 | 0 | 6 | 0 | 0 | 12 | *16 | 0 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | 20346 | 300 | 16 | 0.00 | 0 | 6 | 0 | 0 | 15 | *16 | 0 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | 20442 | 60 | 16 | 0.00 | 0 | 6 | 0 | 0 | 3 | *16 | 0 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Figure 41 Excerpt from one of the transit link DBF files output from transit assignment (i4_WKMRAMlink.dbf) showing mode-16 links**

Ref: "X:\modelRuns\fy12\Ver2.3.36\2007_pseu\i4_WKMRAMlink.dbf"

| A | B | TIME | MODE | FREQ | PLOT | COLOR | STOP_A | STOP_B | DIST | NAME | SEQ | | OWNER | AB_VOL | AB_BRDA | AB_XITA | AB_BRDB | AB_XITB | BA_VOL | BA_BRDA | BA_XITA | BA_BRDB | BA_XITB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8001 | 8002 | 406 | 3 | 6.00 | 0 | 0 | 1 | 1 | 261 | WMREDA | 1 | | WMATA;SHAD | 601 | 601 | 0 | 813 | 28 | 138 | 0 | 138 | 9 | 568 |
| 8002 | 8001 | 406 | 3 | 6.00 | 0 | 0 | 1 | 1 | 261 | WMREDA- | 26 | | WMATA;SHAD | 138 | 9 | 568 | 0 | 138 | 601 | 813 | 28 | 601 | 0 |
| 8002 | 8003 | 329 | 3 | 6.00 | 0 | 0 | 1 | 1 | 213 | WMREDA | 2 | | WMATA;SHAD | 1385 | 813 | 28 | 970 | 93 | 697 | 9 | 568 | 54 | 994 |
| 8003 | 8002 | 329 | 3 | 6.00 | 0 | 0 | 1 | 1 | 213 | WMREDA- | 25 | | WMATA;SHAD | 697 | 54 | 994 | 9 | 568 | 1385 | 970 | 93 | 813 | 28 |
| 8003 | 8004 | 308 | 3 | 6.00 | 0 | 0 | 1 | 1 | 109 | WMREDA | 3 | | WMATA;SHAD | 2263 | 970 | 93 | 593 | 89 | 1637 | 54 | 994 | 54 | 940 |
| 8004 | 8003 | 308 | 3 | 6.00 | 0 | 0 | 1 | 1 | 109 | WMREDA- | 24 | | WMATA;SHAD | 1637 | 54 | 940 | 54 | 994 | 2263 | 593 | 89 | 970 | 93 |
| 8004 | 8005 | 203 | 3 | 6.00 | 0 | 0 | 1 | 1 | 135 | WMREDA | 4 | | WMATA;SHAD | 2767 | 593 | 89 | 814 | 8 | 2523 | 54 | 940 | 143 | 47 |
| 8005 | 8004 | 203 | 3 | 6.00 | 0 | 0 | 1 | 1 | 135 | WMREDA- | 23 | | WMATA;SHAD | 2523 | 143 | 47 | 54 | 940 | 2767 | 814 | 8 | 593 | 89 |
| 8005 | 8006 | 305 | 3 | 6.00 | 0 | 0 | 1 | 1 | 219 | WMREDA | 5 | | WMATA;SHAD | 3573 | 814 | 8 | 344 | 213 | 2427 | 143 | 47 | 50 | 825 |
| 8005 | 8006 | 306 | 3 | 6.00 | 0 | 0 | 1 | 1 | 219 | WMREDB | 1 | | WMATA;GROS | 801 | 801 | 0 | 337 | 63 | 44 | 0 | 44 | 1 | 697 |
| 8006 | 8005 | 305 | 3 | 6.00 | 0 | 0 | 1 | 1 | 219 | WMREDA- | 22 | | WMATA;SHAD | 2427 | 50 | 825 | 143 | 47 | 3573 | 344 | 213 | 814 | 8 |
| 8006 | 8005 | 306 | 3 | 6.00 | 0 | 0 | 1 | 1 | 219 | WMREDB- | 19 | | WMATA;GROS | 44 | 1 | 697 | 0 | 44 | 801 | 337 | 63 | 801 | 0 |
| 8006 | 8007 | 201 | 3 | 6.00 | 0 | 0 | 1 | 1 | 102 | WMREDA | 6 | | WMATA;SHAD | 3704 | 344 | 213 | 1362 | 383 | 3202 | 50 | 825 | 266 | 1886 |
| 8006 | 8007 | 201 | 3 | 6.00 | 0 | 0 | 1 | 1 | 102 | WMREDB | 2 | | WMATA;GROS | 1074 | 337 | 63 | 1329 | 117 | 740 | 1 | 697 | 62 | 1656 |
| 8007 | 8006 | 201 | 3 | 6.00 | 0 | 0 | 1 | 1 | 102 | WMREDA- | 21 | | WMATA;SHAD | 3202 | 266 | 1886 | 50 | 825 | 3704 | 1362 | 383 | 344 | 213 |
| 8007 | 8006 | 201 | 3 | 6.00 | 0 | 0 | 1 | 1 | 102 | WMREDB- | 18 | | WMATA;GROS | 740 | 62 | 1656 | 1 | 697 | 1074 | 1329 | 117 | 337 | 63 |
| 8007 | 8008 | 308 | 3 | 6.00 | 0 | 0 | 1 | 1 | 170 | WMREDA | 7 | | WMATA;SHAD | 4683 | 1362 | 383 | 1739 | 169 | 4822 | 266 | 1886 | 401 | 845 |
| 8007 | 8008 | 309 | 3 | 6.00 | 0 | 0 | 1 | 1 | 170 | WMREDB | 3 | | WMATA;GROS | 2286 | 1329 | 117 | 1706 | 97 | 2334 | 62 | 1656 | 254 | 771 |
| 8008 | 8007 | 308 | 3 | 6.00 | 0 | 0 | 1 | 1 | 170 | WMREDA- | 20 | | WMATA;SHAD | 4822 | 401 | 845 | 266 | 1886 | 4683 | 1739 | 169 | 1362 | 383 |
| 8008 | 8007 | 309 | 3 | 6.00 | 0 | 0 | 1 | 1 | 170 | WMREDB- | 17 | | WMATA;GROS | 2334 | 254 | 771 | 62 | 1656 | 2286 | 1706 | 97 | 1329 | 117 |

**Figure 42 Excerpt from one of the transit link DBF files output from transit assignment (i4_WKMRAMlink.dbf) showing mode-3 links**

Ref: "X:\modelRuns\fy12\Ver2.3.36\2007_pseu\i4_WKMRAMlink.dbf"

00001184

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A | B | TIME | MODE | FREQ | PLOT | COLOR | STOP_A | STOP_B | DIST | NAME | SEQ | OWNER | AB_VOL | AB_BRDA | AB_XITA | AB_BRDB | AB_XITB | BA_VOL | BA_BRDA | BA_XITA | BA_BRDB | BA_XITB |
| 256 | 8001 | 22395 | 20 | 12 | 0.00 | 0 | 2 | 0 | 0 | 1 | *12 | | 0 WMATA;SHAD | 138 | 0 | 0 | 0 | 0 | 601 | 0 | 0 | 0 | 0 |
| 257 | 8002 | 9005 | 20 | 12 | 0.00 | 0 | 2 | 0 | 0 | 1 | *12 | | 0 WMATA;SHAD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 258 | 8002 | 22351 | 20 | 12 | 0.00 | 0 | 2 | 0 | 0 | 1 | *12 | | 0 WMATA;SHAD | 160 | 0 | 0 | 0 | 0 | 236 | 0 | 0 | 0 | 0 |
| 259 | 8002 | 22370 | 20 | 12 | 0.00 | 0 | 2 | 0 | 0 | 1 | *12 | | 0 WMATA;SHAD | 436 | 0 | 0 | 0 | 0 | 586 | 0 | 0 | 0 | 0 |
| 260 | 8003 | 22344 | 20 | 12 | 0.00 | 0 | 2 | 0 | 0 | 1 | *12 | | 0 WMATA;SHAD | 542 | 0 | 0 | 0 | 0 | 776 | 0 | 0 | 0 | 0 |
| 261 | 8003 | 22672 | 20 | 12 | 0.00 | 0 | 2 | 0 | 0 | 1 | *12 | | 0 WMATA;SHAD | 545 | 0 | 0 | 0 | 0 | 248 | 0 | 0 | 0 | 0 |
| 262 | 8004 | 22332 | 20 | 12 | 0.00 | 0 | 2 | 0 | 0 | 1 | *12 | | 0 WMATA;SHAD | 830 | 0 | 0 | 0 | 0 | 613 | 0 | 0 | 0 | 0 |
| 263 | 8004 | 22670 | 20 | 12 | 0.00 | 0 | 2 | 0 | 0 | 1 | *12 | | 0 WMATA;SHAD | 199 | 0 | 0 | 0 | 0 | 34 | 0 | 0 | 0 | 0 |
| 264 | 8005 | 22327 | 20 | 12 | 0.00 | 0 | 2 | 0 | 0 | 1 | *12 | | 0 WMATA;GROS | 99 | 0 | 0 | 0 | 0 | 1757 | 0 | 0 | 0 | 0 |

**Figure 43 Excerpt from one of the transit link DBF files output from transit assignment (i4_WKMRAMlink.dbf) showing mode-12 links**

Ref: "X:\modelRuns\fy12\Ver2.3.36\2007_pseu\i4_WKMRAMlink.dbf"

00001185

## 24.2 Transit assignment summary process

The purpose of the transit assignment *summary* process is to summarize the output from the transit assignment process. The process is run with the *transum.bat* batch file, which, like the *Transit_Assignment_Parallel.bat* batch file, is called from the "run model steps" batch file (see page A-16 of Appendix A). Whereas the transit assignment process is run in the scenario/output folder (e.g., 2016_Final), the transit assignment summary process is run in the **transum** folder (e.g., 2016_Final\**transum**), which is a subfolder of the scenario/output folder. In the past, such as the Version 2.3.36 model, there were two transit assignment summary programs (LineVol and LineSum). LineVol was used to merge transit assignment output files into peak and off-peak files. Now, there is only one of these (LineSum, ver. 6.0.2),[143] since LineSum performs all the functionality needed, including the merging of output files.

An excerpt from the *transum.bat* batch file is shown in Figure 44 and the complete batch file can be found in Appendix B. When the model run is begun, the "transum" folder must exist under the scenario folder (e.g., 2017_Final\transum), **but the folder is completely empty**. The control files needed to run LineSum are stored in the "controls" folder. Although the station names file (station_names.dbf) used to be stored in the "controls" folder, this file is now generated by *Set_Factors.s* and is stored in the "inputs" folder (this change occurred in the Ver. 2.3.57a). The station names file includes Metrorail stations, commuter rail station, and other "named" nodes, such as the following:

| Metrorail | | Commuter rail | | Other named nodes | |
|---|---|---|---|---|---|
| 8001 | Shady Grove | 9001 | Union Station | 45558 | Bristol |
| 8002 | Rockville | 9002 | Silver Spring | 44132 | Broken Land Pkwy |
| 8003 | Twinbrook | 9003 | Kensington | 22539 | Burtonsville Crossi |
| 8004 | White Flint | 9004 | Garrett Park | 26130 | Capital Plaza |
| 8005 | Grosvenor | 9005 | Rockville | 20811 | Carter Barron |
| 8006 | Medical Center | 9006 | Washington Grove | 49556 | Charlotte Hall |
| 8007 | Bethesda | 9007 | Gaithersburg | 27208 | Clinton |

Once the transit assignment summary process is finished, the folder will include both a copy of the control files that were used and the report files generated by LineSum.

The following control files, associated with LineSum, are stored in the "controls" folder and are called by the *transum.bat* batch file:

```
LineSum_Volume.ctl
lineSum_MR_access.ctl
lineSum_MR_line.ctl
```

These files are described below and the model user can always develop more control files to generate more reports.

---

[143] AECOM, *LineSum*, version 6.0.2 (Arlington, Virginia: AECOM, 2014).

00001186

At the beginning of the transum.bat batch file (line 8 in Figure 44), the change directory command is used to change the working directory to the "transum" folder. In line 11, a local copy of the LineSum control files is made in the transum folder. In line 14, we create a peak-period and off-peak period file containing the transit assignment. In line 18 of Figure 44, we generate a Metrorail station access report. This station access report does not include transfers from one Metrorail line to another, just the number of boardings at each station. Lastly, in line 22, we create line summaries for the Metrorail system.

**Figure 44 An excerpt of *tranSum.bat* transit summary batch file**

```
1    :: TranSum.bat
2    :: To be run from the root directory (e.g., E:\modelRuns\fy13\Ver2.3.46)
3
4
5    REM Change to the Transum folder, under the scenario-specific folder
6    REM Output report files will be stored in the Transum folder
7    REM The Transum folder starts out empty, since station_names.dbf is stored in Controls
8    CD %1\Transum
9
10   REM Copy the lineSum control files from the Controls folder to the Transum folder
11   copy ..\..\Controls\LineSum_*.ctl
12
13   REM Consolidate peak and off-peak volumes from transit assignment
14   ..\..\software\LineSum.exe  LineSum_Volume.ctl
15   if %ERRORLEVEL% == 1 goto error
16
17   REM Metrorail station access (does not include transfers)
18   ..\..\software\LineSum.exe  lineSum_MR_access.ctl
19   if %ERRORLEVEL% == 1 goto error
20
21   REM Metrorail line summaries
22   ..\..\software\LineSum.exe  lineSum_MR_line.ctl
23   if %ERRORLEVEL% == 1 goto error
24
25   (etc.)
```

Ref: M:\fy17\CGV2_3_66_Conformity2016CLRP_Xmittal\TranSum.bat

00001187

### 24.2.1 Consolidating transit assignment output and displaying results

As shown on page A-16 of Appendix A, the LineSum_Volume.ctl (Figure 45) control file is used to consolidate the transit assignment volume DBF files into two summary volume files, one for the peak period (PK_VOL.DBF, equal to the HBW transit volumes) and one for the off-peak period (OP_VOL.DBF, equal to the sum of the HBS, HBO, NHW, and NHO transit volume files).

**Figure 45 Consolidating peak and off-peak transit assignment volumes (LineSum_Volume.ctl)**

```
1    TITLE                         Merge the Transit Volumes
2
3    DEFAULT_FILE_FORMAT           DBASE
4
5    PEAK_RIDERSHIP_FILE_1         ..\i4_DRABAMlink.dbf              //DRIVE ACCESS
6    PEAK_RIDERSHIP_FILE_2         ..\i4_DRBMAMlink.dbf
7    PEAK_RIDERSHIP_FILE_3         ..\i4_DRCRAMlink.dbf
8    PEAK_RIDERSHIP_FILE_4         ..\i4_DRMRAMlink.dbf
9    PEAK_RIDERSHIP_FILE_5         ..\i4_KRABAMlink.dbf              //KISS AND RIDE ACCESS
10   PEAK_RIDERSHIP_FILE_6         ..\i4_KRBMAMlink.dbf
11   PEAK_RIDERSHIP_FILE_7         ..\i4_KRMRAMlink.dbf
12   PEAK_RIDERSHIP_FILE_8         ..\i4_WKABAMlink.dbf              //WALK ACCESS
13   PEAK_RIDERSHIP_FILE_9         ..\i4_WKBMAMlink.dbf
14   PEAK_RIDERSHIP_FILE_10        ..\i4_WKCRAMlink.dbf
15   PEAK_RIDERSHIP_FILE_11        ..\i4_WKMRAMlink.dbf
16
17   OFFPEAK_RIDERSHIP_FILE_1      ..\i4_DRABOPlink.dbf              //DRIVE ACCESS
18   OFFPEAK_RIDERSHIP_FILE_2      ..\i4_DRBMOPlink.dbf
19   OFFPEAK_RIDERSHIP_FILE_3      ..\i4_DRCROPlink.dbf
20   OFFPEAK_RIDERSHIP_FILE_4      ..\i4_DRMROPlink.dbf
21   OFFPEAK_RIDERSHIP_FILE_5      ..\i4_KRABOPlink.dbf              //KISS AND RIDE ACCESS
22   OFFPEAK_RIDERSHIP_FILE_6      ..\i4_KRBMOPlink.dbf
23   OFFPEAK_RIDERSHIP_FILE_7      ..\i4_KRMROPlink.dbf
24   OFFPEAK_RIDERSHIP_FILE_8      ..\i4_WKABOPlink.dbf              //WALK ACCESS
25   OFFPEAK_RIDERSHIP_FILE_9      ..\i4_WKBMOPlink.dbf
26   OFFPEAK_RIDERSHIP_FILE_10     ..\i4_WKCROPlink.dbf
27   OFFPEAK_RIDERSHIP_FILE_11     ..\i4_WKMROPlink.dbf
28
29   NEW_PEAK_RIDERSHIP_FILE       PK_VOL.dbf
30   NEW_PEAK_RIDERSHIP_FORMAT     DBASE
31   NEW_OFFPEAK_RIDERSHIP_FILE    OP_VOL.dbf
32   NEW_OFFPEAK_RIDERSHIP_FORMAT  DBASE
```

The output from the LineSum_Volume.ctl process is pk_vol.dbf and op_vol.dbf. Either of these transit loaded-link files can be brought into Cube Base as the transit layer, as is shown in Figure 46 through Figure 50.

00001188



**Figure 46 Using the pk_vol.dbf file in Cube Base as the transit layer:  All transit routes turned on, but non-transit links (modes 11-16) turned off**

Ref:  "X:\modelRuns\fy12\Ver2.3.36\2007_pseu\zonehwy.net"



**Figure 47 Using the pk_vol.dbf file in Cube Base as the transit layer:  Only mode-3 (Metrorail) links turned on**

Ref:  "X:\modelRuns\fy12\Ver2.3.36\2007_pseu\zonehwy.net"

00001189



**Figure 48 Using the pk_vol.dbf file in Cube Base as the transit layer:  Only mode-3 (Metrorail) links turned on; using multi-bandwidth to represent transit loads (ab_vol): Arlington and DC**

Ref:  "X:\modelRuns\fy12\Ver2.3.36\2007_pseu\zonehwy.net"



**Figure 49 Using the pk_vol.dbf file in Cube Base as the transit layer:  Only mode-3 (Metrorail) links turned on; using multi-bandwidth to represent transit loads (ab_vol): Metrorail system**

Ref:  "X:\modelRuns\fy12\Ver2.3.36\2007_pseu\zonehwy.net"

00001190



**Figure 50 Using the multi-bandwidth option in Cube Base to show transit volumes on the Metrorail system.**

### 24.2.2  Generating transit assignment summaries using LineSum

The LineSum C++ program summarizes transit line volume data stored in a TRNBUILD loaded link DBF file. It can be used to create the following summaries:

- Boarding/alighting information
- Station access information
- Link-based summaries (i.e., between stations).
- Transit route/line summaries

An example of a control file used to generate an access report showing riders who arrive at and depart from Metrorail stations (via transit access links) can be seen in Figure 51. The station_names.dbf file is now stored in the "inputs" folder (not the "controls") folder.

**Figure 51 Generating a Metrorail station access report (lineSum_MR_access.ctl)**

```
1    ## Access reports focus on riders who arrive or depart using transit access links
2    ## i.e., the summary does not include transfers
3    TITLE                          Metrorail Station Access Summmary
4    DEFAULT_FILE_FORMAT            DBASE
5
6    PEAK_RIDERSHIP_FILE_1                              PK_VOL.DBF
7    PEAK_RIDERSHIP_FORMAT_1                            DBASE
8    OFFPEAK_RIDERSHIP_FILE_1                           OP_VOL.DBF
9    OFFPEAK_RIDERSHIP_FORMAT_1                         DBASE
10
11   STOP_NAME_FILE                 ..\inputs\station_names.dbf
12   STOP_NAME_FORMAT               DBASE
13
14   ACCESS_REPORT_TITLE_1                                All
15   ACCESS_REPORT_STOPS_1                                8001..8100, 8119..8140, 8145..8148, 8150..8154,
16   8160..8166, 8169..8182
17   ##ACCESS_REPORT_MODES_1                              11,12,14,15,16
18   ACCESS_REPORT_MODES_1                                ALL
19   ##ACCESS_REPORT_DETAILS_1      MODE
20   NEW_ACCESS_REPORT_FILE_1            MR_access.txt
21   NEW_ACCESS_REPORT_FORMAT_1          TAB_DELIMITED
```

Similarly, an example of a control file used to generate a Metrorail line summary can be seen in Figure 52. Once again, the station_names.dbf file is now stored in the "inputs" folder (not the "controls") folder.

**Figure 52 Generating a Metrorail line summary (lineSum_MR_line.ctl)**

```
1    ## Line reports summarize boardings, alightings, and ridership for one or more line
2    TITLE                          Metrorail Line Summmary
3    DEFAULT_FILE_FORMAT            DBASE
4
5    PEAK_RIDERSHIP_FILE_1                              PK_VOL.DBF
6    PEAK_RIDERSHIP_FORMAT_1                            DBASE
7    OFFPEAK_RIDERSHIP_FILE_1                           OP_VOL.DBF
8    OFFPEAK_RIDERSHIP_FORMAT_1                         DBASE
9
10   STOP_NAME_FILE                 ..\inputs\station_names.dbf
11   STOP_NAME_FORMAT               DBASE
12
13   LINE_REPORT_TITLE_1                                All
14   LINE_REPORT_LINES_1            All
15   LINE_REPORT_MODES_1            3
```

00001192

```
16   NEW_TOTAL_RIDERSHIP_FILE_1     MR_line.txt
17   NEW_TOTAL_RIDERSHIP_FORMAT_1   TAB_DELIMITED
```

An example of the report generated by the lineSum_MR_**access**.ctl control file can be found in Figure 53. Similarly, an example of the report generated by the lineSum_MR_**line**.ctl control file can be found Figure 54.

More information about using LineSum can be found in its documentation:

- AECOM. (2013). LineSum, Quick Reference, Version 5.0.17. Arlington, Virginia: AECOM.
- AECOM. (2014). LineSum (Version 6.0.2). Arlington, Virginia: AECOM.

**Figure 53 An excerpt from the report file generated by lineSum_MR_access.ctl**

```
**********************************************
|                                            |
|         LineSum - Version 6.0.2            |
|   Copyright 2014 by TRANSIMS Open-Source   |
|           Tue Sep 11 04:41:33 2018         |
|                                            |
**********************************************

Control File = lineSum_MR_access.ctl
Report File  = lineSum_MR_access.prn (Create)

Metrorail Station Access Summmary

Default File Format = DBASE

LineSum Control Keys:

Peak Ridership File #1 = PK_VOL.DBF

Offpeak Ridership File #1 = OP_VOL.DBF


Stop Name File = ..\..\controls\station_names.dbf

Access Report Title = All
Access Report Stops = 8001..8100, 8119..8140, 8145..8148, 8150..8154, 8160..8166, 8169..8182
Access Report Modes = ALL
New Access Report File #1 = MR_access.txt
New Access Report Format #1 = TAB_DELIMITED


Number of Stop Names = 446  Metrorail Station Access Summmary
Tue Sep 11 04:41:34 2018  LineSum  page 2


Title: All
Modes: All

       ---- Peak ----  -- Offpeak ---  ---- Daily ---
Stop   Arrive Depart  Arrive Depart  Arrive Depart

8001   34719   2676    2252    705   36971   3381  Shady Grove
8002   12771   2899    1209    865   13980   3764  Rockville
8003    5500   4230     947   1400    6447   5630  Twinbrook
8004    6462   7816    1273   2706    7735  10522  White Flint
8005    9806    301    2003    587   11809    888  Grosvenor
8006    4902   7237    1085   1584    5987   8821  Medical Center
```

```
8007    15291    19297    4879    6070    20170    25367    Bethesda
8008    10843     6735    3402    2916    14245     9651    Friendship Heights
8009    10247     5849    2938    1708    13185     7557    Tenleytown
8010     5501     3360    1946    1368     7447     4728    Van Ness-UDC
8011     4685      889    1539     760     6224     1649    Cleveland Park
8012     8082     2629    2660    1537    10742     4166    Woodley Park-Zoo
8013    10939    30437    1946    6301    12885    36738    Dupont Circle
8014     3399    35046    1389    3722     4788    38768    Farragut North
8015      691    31251     295    4081      986    35332    Metro Center
8016      490    20397     707    3286     1197    23683    Gallery Place
8017      251    14986     212    1310      463    16296    Judiciary Square
8018    29588    39035    5116    6321    34704    45356    Union Station
```

00001195

**Figure 54 The report file generated by lineSum_MR_line.ctl**

```
**********************************************
|                                            |
|        LineSum - Version 6.0.2             |
|   Copyright 2012 by TRANSIMS Open-Source   |
|         Tue Sep 11 04:41:34 2018           |
|                                            |
**********************************************

Control File = lineSum_MR_line.ctl
Report File  = lineSum_MR_line.prn (Create)

Metrorail Line Summmary

Default File Format = DBASE

LineSum Control Keys:

Peak Ridership File #1 = PK_VOL.DBF

Offpeak Ridership File #1 = OP_VOL.DBF

Stop Name File = ..\..\controls\station_names.dbf

Line Report Title = All
Line Report Lines = All
Line Report Modes = 3

Number of Stop Names = 267        Metrorail Line Summmary
Tue Sep 11 04:41:35 2018          LineSum  page 2

Title: All
Lines: All
Modes: 3
```

|  |  |  | ---------------- A->B Direction (Read Down) ------------- | | | | | | | | | ---------------- B->A Direction (Read Up) ---------------- | | | | | | | | | ------Total------ | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | -------Peak------- | | | -----Off-Peak----- | | | ------Daily------ | | | -------Peak------- | | | -----Off-Peak----- | | | ------Daily------ | | | ------Daily------ | | |
| Stop | Dist (miles) | Time (min) | On | Off | Ride | On | Off | Ride | On | Off | Ride | On | Off | Ride | On | Off | Ride | On | Off | Ride | On | Off | Ride |
| Franconia- | 3.49 | 6.29 | 12346 | 0 | 12346 | 1380 | 0 | 1380 | 13726 | 0 | 13726 | 0 | 2446 | 2446 | 0 | 602 | 602 | 0 | 3048 | 3048 | 13726 | 3048 | 16774 |
| Van Dorn S | 3.86 | 5.08 | 8410 | 174 | 20584 | 1997 | 59 | 3318 | 10407 | 233 | 23902 | 466 | 831 | 2810 | 76 | 704 | 1231 | 542 | 1535 | 4041 | 10949 | 1768 | 27943 |
| King Stree | 0.68 | 2.07 | 4386 | 1666 | 48952 | 1075 | 847 | 7331 | 5461 | 2513 | 56283 | 549 | 2619 | 11717 | 267 | 1248 | 5521 | 816 | 3867 | 17238 | 6277 | 6380 | 73521 |
| Braddock R | 1.21 | 1.98 | 5789 | 1541 | 53201 | 1657 | 1113 | 7872 | 7446 | 2654 | 61073 | 707 | 2841 | 13853 | 658 | 2133 | 6996 | 1365 | 4974 | 20849 | 8811 | 7628 | 81922 |
| Potomac Ya | 1.82 | 2.98 | 10851 | 2311 | 61738 | 3073 | 1448 | 9498 | 13924 | 3759 | 71236 | 1306 | 3903 | 16445 | 2000 | 1930 | 6928 | 3306 | 5833 | 23373 | 17230 | 9592 | 94609 |
| National A | 0.49 | 2.65 | 0 | 1198 | 60540 | 371 | 173 | 9695 | 371 | 1371 | 70235 | 0 | 2675 | 19124 | 73 | 686 | 7540 | 73 | 3361 | 26664 | 444 | 4732 | 96899 |
| Crystal Ci | 0.76 | 2.07 | 5140 | 5462 | 60219 | 3087 | 1532 | 11249 | 8227 | 6994 | 71468 | 949 | 17358 | 35532 | 1047 | 5514 | 12007 | 1996 | 22872 | 47539 | 10223 | 29866 | 119007 |
| Pentagon C | 0.61 | 1.01 | 8973 | 5450 | 63740 | 2039 | 825 | 12463 | 11012 | 6275 | 76203 | 2029 | 5116 | 38617 | 1118 | 2343 | 13230 | 3147 | 7459 | 51847 | 14159 | 13734 | 128050 |
| Pentagon | 1.24 | 2.99 | 2336 | 5842 | 18109 | 2063 | 1785 | 8540 | 4399 | 7627 | 26649 | 2693 | 2568 | 11286 | 1634 | 1278 | 5934 | 4327 | 3846 | 17220 | 8726 | 11473 | 43869 |
| Arlington | 0.99 | 2.14 | 105 | 0 | 18213 | 75 | 0 | 8615 | 180 | 0 | 26828 | 36 | 0 | 11249 | 25 | 0 | 5910 | 61 | 0 | 17159 | 241 | 0 | 43987 |
| Rosslyn | 1.35 | 3.19 | 5710 | 13813 | 88316 | 1830 | 6291 | 14363 | 7540 | 20104 | 102679 | 11195 | 14723 | 47980 | 5065 | 4051 | 13410 | 16260 | 18774 | 61390 | 23800 | 38878 | 164069 |
| Foggy Bott | 0.57 | 2.14 | 2148 | 11054 | 79410 | 1394 | 2638 | 13119 | 3542 | 13692 | 92529 | 814 | 29872 | 77039 | 841 | 5620 | 18193 | 1655 | 35492 | 95232 | 5197 | 49184 | 187761 |
| Farragut W | 0.38 | 0.99 | 1229 | 13797 | 66840 | 466 | 1567 | 12014 | 1695 | 15364 | 78854 | 834 | 24187 | 100391 | 354 | 2825 | 20660 | 1188 | 27012 | 121051 | 2883 | 42376 | 199905 |

00001196

```
McPherson    0.46  1.11   4155 11702  59294   1362  2010  11367     5517 13712  70661     2426 36361 134327    964  4082  23773    3390 40443 158100    8907 54155 228761
Metro Cent   0.29  0.94  18835 36658  41472   3476  5778   9065   22311 42436  50537   66870 22588  90043  10239  5363  18896   77109 27951 108939   99420 70387 159476
Federal Tr   0.41  2.15      0  6810  34665     30   805   8289     30  7615  42954      70  1264  91236    104   284  19078     174 1548 110314     204  9163 153268
Smithsonia   0.59  2.34    389  8833  26224    191  1748   6731    580 10581  32955    1206  2399  92434    577   759  19261    1783 3158 111695    2363 13739 144650
L'Enfant P   0.33  1.99  12507 12401  26326   3579  3179   7132  16086 15580  33458   46959 21081  66557   7352  6982  18895   54311 28063  85452   70397 43643 118910
Federal Ce   0.57  1.96     53  9530  16851    173  1854   5453    226 11384  22304     990  1976  67546    984   722  18632    1974 2698  86178    2200 14082 108482
Capitol So   0.50  1.99     70  8924   8000    248  1551   4149    318 10475  12149     811  3214  69946    903   985  18713    1714 4199  88659    2032 14674 100808
Eastern Ma   0.63  2.02    160  2580   5578    368   928   3587    528  3508   9165    3809  2248  68386   1950   539  17301    5759 2787  85687    6287  6295  94852
Potomac Av   0.66  0.99    413  1101   4892    268   815   3041    681  1916   7933    9501   434  59320   3706   406  14006   13207  840  73326   13888  2756  81259
Stadium Ar   2.69  3.17    687   515   2528    299   779   1410    986  1294   3938    5186   921  32604   1710   415   8440    6896 1336  41044    7882  2630  44982
Benning Ro   1.42  2.90    266   746   2045    201   608   1004    467  1354   3049    5890   376  27091   2586   362   6215    8476  738  33306    8943  2092  36355
Capitol He   0.97  2.95    119   477   1687     62   429    639    181   906   2326    5397    97  21790   2818    95   3491    8215  192  25281    8396  1098  27607
Addison Ro   1.77  3.13    155   327   1515     44   121    560    199   448   2075    8360    54  13485   1234    28   2282    9594   82  15767    9793   530  17842
Morgan Blv   1.23  2.78    141   466   1189     40   142    459    181   608   1648    3707    45   9823    637    34   1678    4344   79  11501    4525   687  13149
Largo Town                            1189                  459                 1648    9823                  1678                  11501                 11501  1648
Greenbelt    2.44  2.88  15152     0  15152   1417     0   1417  16569     0  16569       0  1155   1155      0   225    225       0 1380   1380   16569  1380  17949
College Pa   1.94  3.02   5085   694  19543   1384   171   2630   6469   865  22173     210  3534   4476     54  1119   1289     264 4653   5765    6733  5518  27938
PG Plaza     1.24  3.14   5513   687  24364   1339   222   3749   6852   909  28113     481  2172   6163    178   487   1598     659 2659   7761    7511  3568  35874
West Hyatt   1.99  2.92   4343   140  28567   1998   245   5502   6341   385  34069    583   393   5943    251   302   1649     833  661   7592    7174  1046  41661
Fort Totte   1.62  2.89   6778 17364  17977   2895  3176   5221   9673 20540  23198    3378  3340   5902    920  1685   2413    4298 5025   8315   13971 25565  31513
Georgia Av   0.86  3.11   8768  3350  23396   2616  1117   6720  11384  4467  30116    2434  3916   7384    998  1168   2582    3432 5084   9966   14816  9551  40082
Columbia H   0.95  2.02  11346  1047  33692   2676   622   8772  14022  1669  42464    1029  2223   8580    495  1191   3280    1524 3414  11860   15546  5083  54324
U-Street-C   0.51  2.05   5194  2931  35959   2242   979  10038   7436  3910  45997     492  6235  14323    341  2402   5340     833 8637  19663    8269 12547  65660
Shaw-Howar   0.56  1.13   3186   685  38460   1462   380  11121   4648  1065  49581    734  2174  15764    333  1064   6070    1067 3238  21834    5715  4303  71415
Mt Vernon    0.49  1.66   2096  2600  37958   1203  1082  11242   3299  3682  49200    158 11171  26774    211  2561   8418     369 13732  35192    3668 17414  84392
Gallery Pl   0.36  1.92  37196 19641  55514   5690  5039  11892  42886 24680  67406   13001 45140  58913   2840  7040  12619   15841 52180  71532   58727 76860 138938
Archives     0.58  1.97   2411  3268  54655    156   656  11391   2567  3924  66046    4679 10749  64983     44  1454  14028    4723 12203  79011    7290 16127 145057
L'Enfant P   0.79  1.91  14484 21213  30763   2656  3917   6073  17140 25130  36836   10228 39128  66117   3302 13176  30584   13530 50504  85401   30670 75634 122237
Waterfront   0.59  1.80    816  5192  26386    657   911   5817   1473  6103  32203    4152  1394  63360   1867  1059  18477    6019 2453  81837    7492  8556 114040
Navy Yard    1.20  2.06    438 19198   7629    662  3025   3454   1100 22223  11083    6662  4978  61677   3773  1514  16217   10435 6492  77894   11535 28715  88977
Anacostia    1.38  2.98    369  5063   2934    470  1793   2128    839  6856   5062   14738  1087  48028   6810   466   9872   21548 1553  57900   22387  8409  62962
Congress H   0.97  1.78     85  1203   1815    113   642   1598    198  1845   3413    4877   372  43524   2138   195   7930    7015  567  51454    7213  2412  54867
Southern A   1.24  2.76    214   302   1725    112   484   1224    326   786   2949   14918    67  28674   3795   130   4266   18713  197  32940   19039   983  35889
Congress H   1.48  2.34    184   619   1291     74   638    661    258  1257   1952    8961   119  19831   1317    67   3015   10278  186  22846   10536  1443  24798
Suitland     1.64  2.66     35   929    396     12   482    191     47  1411    587    4426    89  15495   1189    19   1844    5615  108  17339    5662  1519  17926
Branch Ave                   396                 191                587   15495                1844                 17339                 17339   587
Vienna       2.39  3.69  21333     0  21333   1868     0   1868  23201     0  23201       0  1330   1330      0   596    596       0 1926   1926   23201  1926  25127
Dunn Lorin   2.49  3.99   6374   190  27519   1218    63   3023   7592   253  30542     113  1542   2757     57   762   1302     170 2304   4059    7762  2557  34601
West Falls   2.09  2.93   3279    54  30744    633    27   3629   3912    81  34373     122   342   2977     48   307   1562     170  649   4539    4082   730  38912
East Falls   2.51  3.96  12817  3272  81908   2585   835  10985  15402  4107  92893     632  1582  22154    434  1213   9219    1066 2795  31373   16468  6902 124266
```

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*

```
Metrorail Line Summmary
Tue Sep 11 04:41:35 2018  LineSum  page 3
```

| | Dist (miles) | Time (min) | A→B Peak On | Off | Ride | A→B Off-Peak On | Off | Ride | A→B Daily On | Off | Ride | B→A Peak On | Off | Ride | B→A Off-Peak On | Off | Ride | B→A Daily On | Off | Ride | Total Daily On | Off | Ride |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stop | | | | | | | | | | | | | | | | | | | | | | | |
| Ballston | 0.49 | 1.67 | 14638 | 6083 | 90465 | 4959 | 1756 | 14188 | 19597 | 7839 | 104653 | 2657 | 11870 | 31363 | 1544 | 4254 | 11933 | 4201 | 16124 | 43296 | 23798 | 23963 | 147949 |
| Virginia S | 0.49 | 2.01 | 3318 | 2807 | 90974 | 1323 | 1085 | 14426 | 4641 | 3892 | 105400 | 1066 | 4023 | 34322 | 558 | 1613 | 12993 | 1624 | 5636 | 47315 | 6265 | 9528 | 152715 |
| Clarendon | 0.67 | 2.52 | 5780 | 2744 | 94010 | 1787 | 1484 | 14727 | 7567 | 4228 | 108737 | 1673 | 4925 | 37567 | 1361 | 1905 | 13536 | 3034 | 6830 | 51103 | 10601 | 11058 | 159840 |
| Court Hous | 0.91 | 1.69 | 6302 | 3940 | 96369 | 2540 | 1633 | 15636 | 8842 | 5573 | 112005 | 1553 | 7596 | 43613 | 1369 | 2516 | 14680 | 2922 | 10112 | 58293 | 11764 | 15685 | 170298 |
| Rosslyn | | | | | 18164 | | | 5429 | | | 23593 | | | 10410 | | | 6171 | | | 16581 | 16581 | 23593 | |
| Stadium Ar | 2.19 | 3.99 | 799 | 0 | 3333 | 231 | 0 | 1380 | 1030 | 0 | 4713 | 0 | 668 | 23120 | 0 | 282 | 4556 | 0 | 950 | 27676 | 1030 | 950 | 32389 |
| Minnesota | 0.91 | 1.95 | 360 | 1094 | 2603 | 208 | 347 | 1240 | 568 | 1441 | 3843 | 5891 | 425 | 17653 | 1753 | 173 | 2976 | 7644 | 598 | 20629 | 8212 | 2039 | 24472 |
| Deanwood | 1.15 | 1.90 | 271 | 247 | 2626 | 95 | 247 | 1087 | 366 | 494 | 3713 | 3372 | 67 | 14348 | 1104 | 71 | 1942 | 4476 | 138 | 16290 | 4842 | 632 | 20003 |
| Cheverly | 1.89 | 2.99 | 106 | 421 | 2312 | 19 | 108 | 1000 | 125 | 529 | 3312 | 1597 | 94 | 12848 | 332 | 16 | 1627 | 1929 | 110 | 14475 | 2054 | 639 | 17787 |
| Landover | 1.36 | 2.69 | 240 | 278 | 2276 | 30 | 195 | 836 | 270 | 473 | 3112 | 4593 | 101 | 8353 | 433 | 20 | 1214 | 5026 | 121 | 9567 | 5296 | 594 | 12679 |
| New Canter | | | | | 2276 | | | 836 | | | 3112 | | | 8353 | | | 1214 | | | 9567 | 9567 | 3112 | |
| Shady Grov | 2.61 | 4.06 | 34720 | 0 | 34720 | 2262 | 0 | 2262 | 36982 | 0 | 36982 | 0 | 2677 | 2677 | 0 | 705 | 705 | 0 | 3382 | 3382 | 36982 | 3382 | 40364 |
| Rockville | 2.13 | 3.29 | 12479 | 673 | 46524 | 1106 | 159 | 3207 | 13585 | 832 | 49731 | 290 | 2227 | 4615 | 101 | 704 | 1306 | 391 | 2931 | 5921 | 13976 | 3763 | 55652 |
| Twinbrook | 1.09 | 3.08 | 4880 | 1291 | 50114 | 699 | 353 | 3555 | 5579 | 1644 | 53669 | 618 | 2941 | 6936 | 250 | 1047 | 2102 | 868 | 3988 | 9038 | 6447 | 5632 | 62707 |
| White Flin | 1.35 | 2.03 | 5580 | 2334 | 53359 | 842 | 647 | 3750 | 6422 | 2981 | 57109 | 884 | 5480 | 11535 | 433 | 2060 | 3728 | 1317 | 7540 | 15263 | 7739 | 10521 | 72372 |
| Grosvenor | 2.19 | 3.05 | 9180 | 76 | 62465 | 1824 | 108 | 5467 | 11004 | 184 | 67932 | 629 | 226 | 11131 | 182 | 478 | 4024 | 811 | 704 | 15155 | 11815 | 888 | 83087 |
| Medical Ce | 1.02 | 2.01 | 4610 | 2098 | 64972 | 835 | 398 | 5905 | 5445 | 2496 | 70877 | 290 | 5136 | 15978 | 246 | 1183 | 4962 | 536 | 6319 | 20940 | 5981 | 8815 | 91817 |
| Bethesda | 1.70 | 3.08 | 11451 | 6438 | 69987 | 3479 | 2155 | 7227 | 14930 | 8593 | 77214 | 3841 | 12859 | 24995 | 1405 | 3914 | 7471 | 5246 | 16773 | 32466 | 20176 | 25366 | 109680 |
| Friendship | 0.91 | 2.41 | 8133 | 2004 | 76118 | 1801 | 1157 | 7870 | 9934 | 3161 | 83988 | 2712 | 4731 | 27016 | 1605 | 1754 | 7623 | 4317 | 6485 | 34639 | 14251 | 9646 | 118627 |
| Tenleytown | 1.09 | 2.03 | 7407 | 1674 | 83841 | 1802 | 441 | 9213 | 9189 | 2115 | 91062 | 2834 | 4174 | 28355 | 1157 | 1267 | 7735 | 3991 | 5441 | 36090 | 13180 | 7556 | 127152 |
| Van Ness-U | 0.55 | 1.82 | 4602 | 972 | 85482 | 1311 | 354 | 10169 | 5913 | 1326 | 95651 | 906 | 2388 | 29840 | 638 | 1015 | 8112 | 1544 | 3403 | 37952 | 7457 | 4729 | 133603 |
| Cleveland | 0.80 | 2.33 | 3547 | 213 | 88864 | 1083 | 191 | 11061 | 4630 | 404 | 99875 | 1136 | 676 | 29376 | 463 | 569 | 8219 | 1599 | 1245 | 37595 | 6229 | 1649 | 137470 |
| Woodley Pa | 1.15 | 1.99 | 6949 | 679 | 95085 | 2053 | 407 | 12706 | 9002 | 1086 | 107791 | 1132 | 1947 | 30197 | 611 | 1125 | 8735 | 1743 | 3072 | 38932 | 10745 | 4158 | 146723 |
| Dupont Cir | 0.56 | 2.28 | 9505 | 11510 | 93080 | 1494 | 2224 | 11977 | 10999 | 13734 | 105057 | 1435 | 18923 | 47687 | 454 | 4078 | 12359 | 1889 | 23001 | 60046 | 12888 | 36735 | 165103 |
| Farragut N | 0.79 | 2.22 | 1728 | 18506 | 76303 | 841 | 1307 | 11509 | 2569 | 19813 | 87812 | 1670 | 16539 | 62557 | 548 | 2414 | 14227 | 2218 | 18953 | 76784 | 4787 | 38766 | 164596 |
| Metro Cent | 0.33 | 1.18 | 30702 | 33439 | 73564 | 6140 | 4777 | 12873 | 36842 | 38216 | 86437 | 13349 | 67635 | 116842 | 3055 | 10775 | 21946 | 16404 | 78410 | 138789 | 53246 | 116626 | 225225 |
| Gallery Pl | 0.33 | 0.92 | 26852 | 30441 | 69977 | 4602 | 4202 | 13274 | 31454 | 34643 | 83251 | 27957 | 26690 | 118577 | 5986 | 5415 | 21372 | 33943 | 35106 | 139949 | 65397 | 69748 | 223200 |
| Judiciary | 0.67 | 2.14 | 47 | 11446 | 58581 | 57 | 890 | 12438 | 104 | 12336 | 71019 | 204 | 3543 | 121917 | 155 | 416 | 21635 | 359 | 3959 | 143552 | 463 | 16295 | 214571 |
| Union Stat | 0.73 | 1.06 | 4865 | 24861 | 38582 | 1681 | 3704 | 10419 | 6546 | 28565 | 49001 | 24726 | 14575 | 116167 | 3434 | 2621 | 20821 | 28160 | 16796 | 132188 | 34706 | 45361 | 181189 |
| New York A | 0.96 | 1.86 | 685 | 24610 | 14655 | 797 | 6236 | 4979 | 1482 | 30846 | 19634 | 7632 | 11225 | 114955 | 4908 | 2917 | 18829 | 12540 | 14142 | 133784 | 14022 | 44988 | 153418 |
| Rhode Isla | 0.93 | 2.23 | 1569 | 3640 | 12582 | 1234 | 1672 | 4542 | 2803 | 5312 | 17124 | 15376 | 1857 | 101437 | 6658 | 772 | 12943 | 22034 | 2629 | 114380 | 24837 | 7941 | 131504 |
| Brookland- | 1.30 | 2.98 | 459 | 2036 | 11004 | 535 | 932 | 4150 | 994 | 2968 | 15154 | 3115 | 1448 | 99768 | 1496 | 594 | 12042 | 4611 | 2042 | 111810 | 5605 | 5010 | 126964 |
| Fort Totte | 1.89 | 3.10 | 3703 | 3725 | 10978 | 1643 | 1742 | 4049 | 5346 | 5467 | 15027 | 27293 | 5054 | 77530 | 5761 | 1158 | 7437 | 33054 | 6212 | 84967 | 38400 | 11679 | 99994 |
| Takoma | 1.47 | 3.22 | 757 | 2363 | 9373 | 445 | 888 | 3607 | 1202 | 3251 | 12980 | 6122 | 829 | 72237 | 1753 | 342 | 6025 | 7875 | 1171 | 78262 | 9077 | 4422 | 91242 |
| Silver Spr | 1.75 | 3.25 | 658 | 7872 | 2161 | 425 | 2720 | 1309 | 1083 | 10592 | 3470 | 41358 | 2970 | 33850 | 4840 | 757 | 1941 | 46198 | 3727 | 35791 | 47281 | 14319 | 39261 |
| Forest Gle | 1.58 | 4.07 | 63 | 897 | 1327 | 26 | 457 | 874 | 89 | 1354 | 2201 | 5556 | 163 | 28456 | 472 | 48 | 1519 | 6028 | 211 | 29975 | 6117 | 1565 | 32176 |
| Wheaton | 1.75 | 3.31 | 25 | 1077 | 273 | 20 | 721 | 174 | 45 | 1798 | 447 | 14672 | 116 | 13902 | 547 | 49 | 1018 | 15219 | 165 | 14920 | 15264 | 1963 | 15367 |
| Glenmont | | | | | 273 | | | 174 | | | 447 | | | 13902 | | | 1018 | | | 14920 | 14920 | 447 | |
| Route 772/ | 2.08 | 3.53 | 13861 | 0 | 13861 | 515 | 0 | 515 | 14376 | 0 | 14376 | 0 | 397 | 397 | 0 | 94 | 94 | 0 | 491 | 491 | 14376 | 491 | 14867 |
| VA 606/Was | 3.15 | 4.22 | 1055 | 124 | 14792 | 76 | 13 | 578 | 1131 | 137 | 15370 | 133 | 234 | 501 | 9 | 30 | 115 | 142 | 264 | 616 | 1273 | 401 | 15986 |
| Dulles Air | 1.83 | 2.88 | 0 | 52 | 14741 | 112 | 10 | 681 | 112 | 62 | 15422 | 0 | 250 | 749 | 7 | 87 | 194 | 7 | 337 | 943 | 119 | 399 | 16365 |
| Innovation | 1.84 | 4.18 | 5170 | 216 | 19695 | 843 | 38 | 1486 | 6013 | 254 | 21181 | 152 | 863 | 1458 | 30 | 595 | 699 | 182 | 1398 | 2157 | 6195 | 1652 | 23338 |
| Herndon | 1.15 | 1.85 | 8285 | 1092 | 26886 | 1507 | 247 | 2745 | 9792 | 1339 | 29631 | 315 | 2808 | 3950 | 151 | 1345 | 1895 | 466 | 4153 | 5845 | 10258 | 5492 | 35476 |
| Reston Tow | 1.27 | 3.76 | 2568 | 2091 | 27365 | 1213 | 906 | 3051 | 3781 | 2997 | 30416 | 725 | 3340 | 6568 | 686 | 1572 | 2781 | 1411 | 4912 | 9349 | 5192 | 7909 | 39765 |
| Wiehle/Res | 5.83 | 7.70 | 7272 | 888 | 33750 | 1186 | 718 | 3521 | 8458 | 1606 | 37271 | 1238 | 1586 | 6915 | 1007 | 832 | 2608 | 2245 | 2418 | 9523 | 10703 | 4024 | 46794 |
| Spring Hll | 0.46 | 1.03 | 3854 | 1231 | 36375 | 2077 | 523 | 5074 | 5931 | 1754 | 41449 | 528 | 4300 | 10687 | 504 | 2676 | 4779 | 1032 | 6976 | 15466 | 6963 | 8730 | 56915 |
| Greensboro | 0.69 | 1.56 | 3802 | 1544 | 38632 | 1274 | 434 | 5913 | 5076 | 1978 | 44545 | 798 | 4174 | 14061 | 399 | 2040 | 6421 | 1197 | 6214 | 20482 | 6273 | 8192 | 65027 |
| Tysons Cor | 1.19 | 2.79 | 3238 | 3237 | 38632 | 1801 | 1343 | 6373 | 5039 | 4580 | 45005 | 1361 | 7001 | 19703 | 1310 | 2679 | 7791 | 2671 | 9680 | 27494 | 7710 | 14260 | 72499 |
| McLean Tys | 3.90 | 6.10 | 6484 | 2512 | 42602 | 1967 | 2029 | 6310 | 8451 | 4541 | 48912 | 2132 | 6084 | 23654 | 2176 | 2515 | 8130 | 4308 | 8599 | 31784 | 12759 | 13140 | 80696 |
| East Falls | | | | | 984 | | | 706 | | | 1690 | | | 5429 | | | 1250 | | | 6679 | 6679 | 1690 | |

```
        L'Enfant P   2.35  5.15 18655     0 35818  5988     0 10048 24643     0 45866     0 39343 67109     0  2883  5702     0 42226 72811 24643 42226 118677
        Pentagon                         8612               3110              11722      24983               1501              26484              26484 11722
        King Stree   0.64  1.89  1624     0  8459   573     0  3882  2197     0 12341     0  2425 28076     0   557  4341     0  2982 32417  2197  2982  44758
        Eisenhower   0.55  1.08   119  6339  2238   124  2682  1323   243  9021  3561  4196  1355 25234  1363   783  3761  5559  2138 28995  5802 11159  32556
        Huntington                       2238               1323              3561      25234               3761              28995              28995  3561

        Total      130.90 261.70      575826         136451         712277         633113         162008         795121              1507398
```

Metrorail Line Summmary
```
        Tue Sep 11 04:41:35 2018 LineSum  page 4
```

| Stop | Dist (miles) | Time (min) | A->B Direction (Read Down) | | | | | | | | | B->A Direction (Read Up) | | | | | | | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | -------Peak------- | | | -----Off-Peak----- | | | -------Daily------ | | | -------Peak------- | | | -----Off-Peak----- | | | -------Daily------ | | | -------Daily------ | | |
| | | | On | Off | Ride | On | Off | Ride | On | Off | Ride | On | Off | Ride | On | Off | Ride | On | Off | Ride | On | Off | Ride |
| Max | 5.83 | 7.70 | 37196 | 36658 | 96369 | 6140 | 6291 | 15636 | 42886 | 42436 | 112005 | 66870 | 67635 | 134327 | 10239 | 11376 | 23773 | 77109 | 78410 | 158100 | 99420 | 116626 | 228761 |

```
        Passenger Miles           3932608        612906        4545514       3305303        732957        4038260            8583774
        Passenger Hours            141005         23187         164192        129617         28892         158509             322701
        Average Trip Length (miles)    6.8           4.5           11.3           5.2           4.5           9.7               21.1
        Average Trip Length (minutes) 14.7          10.2           24.9          12.3          10.7          23.0               47.9

        Tue Sep 11 04:41:35 2018 -- Process Complete with 9 Warnings (0:00:01)
```

00001199



I-495 & I-270 Managed Lanes Study                    Final Traffic Analysis Technical Report

# APPENDIX C:
## MWCOG Validation Memos

00001200


National Capital Region
**Transportation Planning Board**

**MEMORANDUM**

| | |
|---|---|
| **TO:** | Carole Delion, Lisa Shemer, Subrat Mahapatra, MD SHA, Kari Snyder, MDOT |
| **FROM:** | Dusan Vuksan, Feng Xie, Yu Gao, TPB Staff |
| **SUBJECT:** | Model Validation for the Traffic Relief Plan |
| **DATE:** | February 23, 2018 |
| **CC:** | Rich Roisman, Tim Canan, Ron Milone, Anant Choudhary, TPB Staff |

This memorandum documents the 2016 Model Validation efforts related to the Traffic Relief Plan. It provides draft 2016 Model Validation results and a list of regional model output files that are being transmitted at this time.

**PROJECT BACKGROUND**

The Maryland State Highway Administration (SHA) has requested TPB staff assistance in preparing travel demand forecasts for different future alternatives and strategies for Maryland's Traffic Relief Plan. Although the project assumptions are still evolving, the project aims to assess the impacts of addition of dynamically priced lanes on Capital Beltway (I-495), I-270, and MD-295. It is being led by SHA with consulting support from Gannett Fleming. TPB staff work is being funded by the Maryland portion of the state Technical Assistance Program within the Unified Planning Work Program (UPWP).

**VALIDATION TRANSMITTAL**

Per standard TPB staff modeling practices, prior to executing future year alternatives, travel demand model output needs to be validated to existing conditions in the study area. TPB staff has executed a model validation run and prepared draft summaries, attached as an appendix to this transmittal memorandum. The summaries compare 2016 model estimates to the 2015 observed data. The appendix also includes the maps of study area and screenlines (Maps 1 and 2). TPB staff is transmitting the following model output files based on the regional model output:

- I4_assign_output.net (Final Loaded Network)

- i4_AM.VTT (Origin / Destination AM vehicle trip table)

- i4_PM.VTT (Origin / Destination PM vehicle trip table)

- i4_MD.VTT (Origin / Destination mid-day vehicle trip table)

- i4_NT.VTT (Origin / Destination night-time vehicle trip table)

The files can be accessed using the following ftp link:

ftp://dtpcog:cog.dtp@ftp.mwcog.org/MD_SHA_TRP_Study_2016_Val_Model_Files.zip

**METROPOLITAN WASHINGTON COUNCIL OF GOVERNMENTS**
**777 NORTH CAPITOL STREET NE, SUITE 300, WASHINGTON, DC 20002   MWCOG.ORG/TPB   (202) 962-3200**

00001201

The Traffic Relief Plan Study inputs were based on Round 9.0 Cooperative Forecasts and the 2016 "Off-Cycle" Constrained Long Range Plan (adopted in October 2017). Highway network refinements were made to the official networks to more accurately reflect the study area transportation networks. The refinements include:

- Review and revisions of the number of lanes on I-495, I-270 and MD-295
- Review and revisions of coding of interchanges with access to/from the above freeways
- Additional refinements in the Fort Meade area (existing NSA interchange added)
- Decrease in highway capacity on MD-295 (degraded from freeway to expressway)

Given the project schedule-related time constraints, the refinements do not include:

- Revisions in external trips mainly impacting MD-295 and I-270 (discussed at one point)
- Zone splits and centroid connector revisions (with the exception of the Fort Meade area)
- Detailed review and revisions of coding of intersecting facilities

Version 2.3.70 travel demand model is the official TPB "production model". Although this model was used as the starting point "base" model, it was subsequently revised to be able to better represent dynamically-priced lanes that do not provide preferential treatment to the high occupancy vehicles (which may be assumed in a number of build alternatives for the project). Essentially, to reflect this policy change, TPB staff removed what is known as the "HOV Skim Replacement" process, with the revised model no longer requiring the "base-run" modeling step for each analysis year. At the same time, the revised model still provides preferential treatment to the carpools on HOT lane facilities in Virginia, as HOV users of Virginia HOT lanes are able to access them free of charge. The resulting model used in preparation of these estimates will be referred to as the Version 2.3.71 travel demand model. Depending on the final build alternatives assumptions, this model may need to be refined further.

**DRAFT RESULTS**

Model results and summaries are included in the appendix. It is important to note that the selected Average Weekday Daily Traffic (AWDT) counts / observed data represent the 2015 conditions, while model output represents the 2016 conditions. At the time the study commenced, the 2015 counts were readily available in a format that could easily be used (and 2016 counts were not). Also, in recent history, individual facility counts tend to be fairly stable from year-to-year. SHA staff is welcome to review and update the observed counts in the attached tables.

As it is very challenging to validate a model at the link level, the TRP validation effort focused on the screenlines that were selected in consultation with SHA. Tables 1 and 2 show differences between estimated and observed volumes at the screenline level (please refer to Map 2). All of the estimated screenline volumes are within ±20% of the observed counts, with the exception of Screenline I-270-2 (at 33%). In addition, some of the estimated volumes for the Capital Beltway screenlines are close to the 20% margin (e.g., Screenline I-495-2), but these regional model findings are in line with the model validation for the Capital Beltway PEL Study conducted in 2016 and 2017[1].

---

[1] Dusan Vuksan and Yu Gao, "Model Validation for Capital Beltway Planning Study", TPB Technical Memorandum, August 23, 2016.

00001202

As expected, there is more variance in model output at the link level, but most link-level model estimates for I-270, I-495 and MD-295 are within ±25% of the observed counts (Tables 3a, 3b and 3c).

It is anticipated that any discrepancies between the estimated and observed data will be addressed through post-processing by SHA.

**NEXT STEPS**

TPB staff looks forward to receiving feedback from SHA staff. If current model validation output is acceptable to SHA for the purposes of post-processing, TPB staff will move forward and execute the 2040 No Build.

00001203

# APPENDIX

4

# Map 1a. Maryland Traffic Relief Plan Study Area



**Regional Roads**

— I-270
— I-495
— MD 295
— Other Major Roads

5

00001205

# Map 1b. Maryland Traffic Relief Plan Focused Study Area



**Regional Roads**
- I-270
- I-495
- MD 295
- Other Major Roads

00001206



Sources: Esri, HERE, DeLorme, USGS, Intermap, INCREMENT P, NRCan, Esri Japan, METI, Esri China (Hong Kong), Esri Korea, Esri (Thailand), MapmyIndia, NGCC, © OpenStreetMap contributors, and the GIS User Community

**Table 1. Observed versus Simulated AAWDT Volumes* by Screenline; 2016 Validation**

| Screenline ID | Location | 2015 Obs. Vol | 2016 Sim. Vol | Difference | % Difference |
|---|---|---|---|---|---|
| I-270-1 | South of I-70 | 288,116 | 307,940 | 19,824 | 7% |
| I-270-2 | North of Fingerboard Rd | 138,134 | 184,326 | 46,192 | 33% |
| I-270-3 | South of Germantown Rd | 231,104 | 249,901 | 18,797 | 8% |
| I-270-4 | South of Quince Orchard Rd | 363,634 | 359,373 | -4,261 | -1% |
| I-270-5 | South of I-370 | 338,752 | 342,027 | 3,275 | 1% |
| I-270-6 | North of Montrose Rd | 436,266 | 473,757 | 37,491 | 9% |
| I-270-7 | North of the Spurs | 425,466 | 475,267 | 49,801 | 12% |
| I-495-1 | Potomac River | 916,448 | 935,888 | 19,440 | 2% |
| I-495-2 | North of River Rd | 302,322 | 357,450 | 55,128 | 18% |
| I-495-3 | Between the Spurs | 294,286 | 319,958 | 25,672 | 9% |
| I-495-4 | West of Georgia Ave | 421,760 | 473,152 | 51,392 | 12% |
| I-495-5 | East of New Hampshire Ave | 485,514 | 550,779 | 65,265 | 13% |
| I-495-6 | East of Baltimore Washington Pkwy | 393,800 | 358,883 | -34,917 | -9% |
| I-495-7 | South of US 50 | 612,422 | 546,973 | -65,449 | -11% |
| I-495-8 | South of Central Ave | 496,968 | 436,251 | -60,717 | -12% |
| I-495-9 | East of Branch Ave | 362,926 | 298,519 | -64,407 | -18% |
| MD-295-1 | North of Dorsey Rd | 507,576 | 567,461 | 59,885 | 12% |
| MD-295-2 | North of Patuxent Pkwy | 622,442 | 738,213 | 115,771 | 19% |
| MD-295-3 | South of ICC | 466,246 | 530,330 | 64,084 | 14% |
| MD-295-4 | North of Capital Beltway | 695,960 | 742,843 | 46,883 | 7% |
| MD-295-5 | South of University Blvd | 392,356 | 367,867 | -24,489 | -6% |
| MD-295-6 | North of US 50 | 442,280 | 423,291 | -18,989 | -4% |

Note: * Links with no count are excluded from screenline totals.

00001208

**Table 2a. Observed versus Simulated AAWDT Volumes by Facility for I-270 Screenlines; 2016 Validation**

Screenline I-270-1

| Sequence | Facility | 2015 Obs. Vol | 2016 Sim. Vol | Difference | % Diff. |
|---|---|---|---|---|---|
| 1 | Jefferson Blvd | 1,520 | 924 | -596 | -39% |
| 2 | Old Swimming Pool Rd | N/A | 928 | N/A | N/A |
| 3 | Jefferson Pike | 3,840 | 3,284 | -556 | -14% |
| 4 | US-15 | 62,870 | 91,962 | 29,092 | 46% |
| 5 | Balenger Creek Pike | 13,534 | 9,727 | -3,807 | -28% |
| 6 | New Design Rd | 19,390 | 19,136 | -254 | -1% |
| 7 | I-270 | 117,990 | 140,948 | 22,958 | 19% |
| 8 | Buckeystown Pike | 27,370 | 21,490 | -5,880 | -21% |
| 9 | Urbana Pike | 21,602 | 12,712 | -8,890 | -41% |
| 10 | Reichs Ford Rd | 3,780 | 3,119 | -661 | -17% |
| 11 | Old National Pike | 16,220 | 4,638 | -11,582 | -71% |
| | **Subtotal*** | 288,116 | 307,940 | 19,824 | 7% |

Screenline I-270-2

| Sequence | Facility | 2015 Obs. Vol | 2016 Sim. Vol | Difference | % Diff. |
|---|---|---|---|---|---|
| 1 | Catoctin Mountain Hwy | 21,180 | 29,767 | 8,587 | 41% |
| 2 | Ballenger Creek Pike | N/A | 3,991 | N/A | N/A |
| 3 | New Design Rd | N/A | 2,970 | N/A | N/A |
| 4 | Buckeystown Pike | 6,850 | 10,242 | 3,392 | 50% |
| 5 | Park Mills Rd | N/A | 2,708 | N/A | N/A |
| 6 | I-270 | 90,110 | 117,287 | 27,177 | 30% |
| 7 | Urbana Pike | 13,070 | 9,444 | -3,626 | -28% |
| 8 | Sugarloaf Pkwy | N/A | 702 | N/A | N/A |
| 9 | Ijamsville Rd | N/A | 8,259 | N/A | N/A |
| 10 | Ed McClain Rd | N/A | 4,222 | N/A | N/A |
| 11 | Green Valley Rd | 6,924 | 17,586 | 10,662 | 154% |
| | **Subtotal*** | 138,134 | 184,326 | 46,192 | 33% |

Screenline I-270-3

| Sequence | Facility | 2015 Obs. Vol | 2016 Sim. Vol | Difference | % Diff. |
|---|---|---|---|---|---|
| 1 | Clopper Rd | 24,232 | 26,008 | 1,776 | 7% |
| 2 | Wisteria Dr | 13,272 | 394 | -12,878 | -97% |
| 3 | Middlebrook Rd | 24,540 | 17,162 | -7,378 | -30% |
| 4 | I-270 | 136,930 | 158,538 | 21,608 | 16% |
| 5 | Frederick Rd | 32,130 | 47,799 | 15,669 | 49% |
| | **Subtotal*** | 231,104 | 249,901 | 18,797 | 8% |

9

Screenline I-270-4

| Sequence | Facility | 2015 Obs. Vol | 2016 Sim. Vol | Difference | % Diff. |
|---|---|---|---|---|---|
| 1 | Darnestown Rd | 27,952 | 33,296 | 5,344 | 19% |
| 2 | Great Seneca Hwy | 42,620 | 31,364 | -11,256 | -26% |
| 3 | West Diamond Ave | 50,492 | 35,977 | -14,515 | -29% |
| 4 | I-270 | 183,660 | 210,107 | 26,447 | 14% |
| 5 | North Frederick Ave | 36,120 | 32,181 | -3,939 | -11% |
| 6 | Lost Knife Rd | N/A | 3,791 | N/A | N/A |
| 7 | Midcounty Hwy | 22,790 | 16,448 | -6,342 | -28% |
| | **Subtotal*** | 363,634 | 359,373 | -4,261 | -1% |

Screenline I-270-5

| Sequence | Facility | 2015 Obs. Vol | 2016 Sim. Vol | Difference | % Diff. |
|---|---|---|---|---|---|
| 1 | Great Seneca Hwy | 29,372 | 26,107 | -3,265 | -11% |
| 2 | Omega Rd | N/A | 6,779 | N/A | N/A |
| 3 | Shady Grove Rd | 39,630 | 34,449 | -5,181 | -13% |
| 4 | I-270 | 224,250 | 247,714 | 23,464 | 10% |
| 5 | Piccard Dr | N/A | 7,442 | N/A | N/A |
| 6 | Gaither Rd | N/A | 6,646 | N/A | N/A |
| 7 | Grand Champion Dr | N/A | 741 | N/A | N/A |
| 8 | Frederick Rd | 45,500 | 33,757 | -11,743 | -26% |
| | **Subtotal*** | 338,752 | 342,027 | 3,275 | 1% |

Screenline I-270-6

| Sequence | Facility | 2015 Obs. Vol | 2016 Sim. Vol | Difference | % Diff. |
|---|---|---|---|---|---|
| 1 | Falls Rd | 20,684 | 18,481 | -2,203 | -11% |
| 2 | Seven Locks Rd | N/A | 28,829 | N/A | N/A |
| 3 | I-270 | 263,740 | 291,427 | 27,687 | 10% |
| 4 | Tower Oaks Blvd | 11,272 | 11,772 | 500 | 4% |
| 5 | Rockville Pike | 49,580 | 42,255 | -7,325 | -15% |
| 6 | Twinbrook Pkwy | N/A | 24,633 | N/A | N/A |
| 7 | Veirs Mill Rd | 44,800 | 48,481 | 3,681 | 8% |
| 8 | Bauer Dr | N/A | 3,574 | N/A | N/A |
| 9 | Georgia Ave | 46,190 | 61,341 | 15,151 | 33% |
| | **Subtotal*** | 436,266 | 473,757 | 37,491 | 9% |

10

Screenline I-270-7

| Sequence | Facility | 2015 Obs. Vol | 2016 Sim. Vol | Difference | % Diff. |
|----------|----------|--------------:|--------------:|-----------:|--------:|
| 1 | Falls Rd | 21,074 | 23,256 | 2,182 | 10% |
| 2 | Seven Locks Rd | N/A | 20,802 | N/A | N/A |
| 3 | I-270 | 268,380 | 293,792 | 25,412 | 9% |
| 4 | Old Georgetown Rd | N/A | 38,956 | N/A | N/A |
| 5 | Rockville Pike | 54,870 | 50,980 | -3,890 | -7% |
| 6 | Connecticut Ave | 40,802 | 57,626 | 16,824 | 41% |
| 7 | Veirs Mill Rd | 40,340 | 49,613 | 9,273 | 23% |
| | **Subtotal*** | 425,466 | 475,267 | 49,801 | 12% |

11

00001211

**Table 2b. Observed versus Simulated AAWDT Volumes by Facility for I-495 Screenlines; 2016 Validation**

Screenline I-495-1

| Sequence | Facility | 2015 Obs. Vol | 2016 Sim. Vol | Difference | % Diff. |
|---|---|---|---|---|---|
| 1 | American Legion Bridge | 231,716 | 282,575 | 50,859 | 22% |
| 2 | Chain Bridge | 31,874 | 35,831 | 3,957 | 12% |
| 3 | Key Bridge | 41,448 | 54,124 | 12,676 | 31% |
| 4 | Roosevelt Bridge | 93,813 | 99,980 | 6,167 | 7% |
| 5 | Memorial Bridge | 57,116 | 58,490 | 1,374 | 2% |
| 6 | 14th Street Bridge | 246,189 | 182,444 | -63,745 | -26% |
| 7 | Woodrow Wilson Bridge | 214,292 | 222,444 | 8,152 | 4% |
|  | **Subtotal*** | 916,448 | 935,888 | 19,440 | 2% |

Screenline I-495-2

| Sequence | Facility | 2015 Obs. Vol | 2016 Sim. Vol | Difference | % Diff. |
|---|---|---|---|---|---|
| 1 | Falls Rd | 21,094 | 16,675 | -4,419 | -21% |
| 2 | Bradley Blvd | 7,992 | 10,447 | 2,455 | 31% |
| 3 | Seven Locks Rd | N/A | 14,364 | N/A | N/A |
| 4 | Capital Beltway | 262,112 | 317,153 | 55,041 | 21% |
| 5 | Burdette Rd | N/A | 6,957 | N/A | N/A |
| 6 | Wilson La | 11,124 | 13,175 | 2,051 | 18% |
|  | **Subtotal*** | 302,322 | 357,450 | 55,128 | 18% |

Screenline I-495-3

| Sequence | Facility | 2015 Obs. Vol | 2016 Sim. Vol | Difference | % Diff. |
|---|---|---|---|---|---|
| 1 | I-270 East Spur | 119,200 | 126,047 | 6,847 | 6% |
| 2 | Fernwood Rd | N/A | 16,541 | N/A | N/A |
| 3 | Rockledge Dr | N/A | 6,459 | N/A | N/A |
| 4 | Democracy Blvd | 31,000 | 29,864 | -1,136 | -4% |
| 5 | Capital Beltway | 119,170 | 139,201 | 20,031 | 17% |
| 6 | Greentree Rd | N/A | 5,803 | N/A | N/A |
| 7 | Bradley Blvd | 15,262 | 9,689 | -5,573 | -37% |
| 8 | Wilson La | 9,654 | 15,157 | 5,503 | 57% |
|  | **Subtotal*** | 294,286 | 319,958 | 25,672 | 9% |

12

00001212