I-495 & I-270 Managed Lanes Study

Draft Application for Interstate Access Point Approval

storage with the Preferred Alternative, thereby reducing the potential for crashes due to an unexpected stop condition associated with vehicles approaching the back of queue.

No existing hot spot locations were identified at this interchange.

### 7.5.5    Interchanges along I-495 in Maryland

**I-495 at Clara Barton Parkway**

The existing interchange at I-495 and Clara Barton Parkway is a system interchange consisting of a variety of ramp configurations. The Preferred Alternative does not provide access to the HOT lane facility and existing access to the General Purpose lanes are maintained; however, the Preferred Alternative widens the I-495 facility at this location resulting in a realignment of the existing ramps. Specifically, the loop ramp from Clara Barton Parkway to I-495 Northbound is realigned, resulting in a tighter radius. The new radius meets the project design speed standards, and an extended acceleration lane is provided along this merge segment providing distance and time for entering vehicles to reach travel speeds along I-495 and have an opportunity to safely merge.

Future 2045 traffic operations show that with the Preferred Alternative, morning and afternoon peak period speeds are significantly improved, particularly traveling along the Inner Loop over the American Legion Bridge toward and through this interchange. Traveling toward and through this interchange on the Outer Loop is also expected to be significantly improved, particularly during the afternoon peak period.

No existing hot spot locations were identified at this interchange.

**I-495 at MD 190/Cabin John Parkway (proposed HOT managed lane access)**

The existing interchanges between I-495 and MD 190 and I-495 and Cabin John Parkway are evaluated as one, inter-connected interchange for the purposes of this study. The interchange at MD 190 is currently configured with loop ramps in the northwest, northeast, and southwest quadrants, and a directional ramp in the southeast quadrant. Directional ramps are also provided in the northeast and southwest quadrants. The interchange with Cabin John Parkway acts as system interchange (there are no ramp terminals) connecting with direct ramps servicing MD 190. The Preferred Alternative removes all three existing loop ramps and provides directional ramps at MD 190, reconfiguring the cloverleaf design to a diamond design. The reconfiguration introduces one new signalized intersection at the HOT managed lane ramp terminals within the median of I-495, which is proposed to be constructed along MD 190 between two existing traffic signals currently serving the General Purpose ramp terminals from the Inner and Outer Loops. The Preferred Alternative removes the weaving segments associated with the loop ramp configuration along I-495 Southbound and eliminates the potential for crashes occurring due to the horizontal curvature along the loop ramps. Although the new ramp from Cabin John Parkway Westbound comes together with the General Purpose lanes from the left, as a lane addition, there is no merge condition with traffic along the Inner Loop of I-495. While right-hand merges are typically preferred to left-hand merges in this case, the left-hand merge is proposed because it is expected to reduce the number of weaving movements. A large portion of the vehicles coming from Cabin John Parkway onto the Inner Loop are expected to continue onto I-270 Northbound just downstream of the MD 190/Cabin John Parkway interchange, rather than continue along the Inner Loop east of the West Spur interchange. Therefore, by positioning vehicles in the left lane when they enter the Inner Loop, they will be in the correct lane to

00001819

continue north to I-270 at a downstream interchange. If the lane addition was proposed on the right-hand side of the Inner Loop, these vehicles would need to weave across General Purpose lanes to access I-270.

See *Location K* in **Table 7-6** for a discussion of the hot spot location at this interchange.

**I-495 at I-270 West Spur (proposed partial HOT managed lane access)**

The interchange at I-270 West Spur and I-495 is a partial system interchange where traffic from I-270 Southbound comes together with traffic from I-495 Westbound and a northbound diverge, splitting the freeway into I-270 Northbound traffic and I-495 Eastbound traffic. With the Preferred Alternative, the freeway facility is widened to accommodate the median HOT lane facility. Ramps are proposed to serve the HOT managed lane facility for the same General Purpose movements that exist today, but access between (to/from) the HOT managed lanes and General Purpose lanes is not proposed within this interchange.

No existing hot spot locations were identified at this interchange.

**I-495 west of MD 187 (proposed HOT managed lane truncation area)**

The HOT lane facility ends approximately one mile west of the MD 187 interchange with at-grade ramps between the HOT lane facility and the General Purpose lanes, creating new merge and diverge points along I-495. This introduces new access points along the freeway facility, but the proposed slip ramp designs provide for merges and diverges at similar speeds, reducing friction due to speed discrepancy between the HOT managed lanes and the General Purpose lanes.

See *Location J* in **Table 7-6** for a discussion of the hot spot location at this interchange.

**I-495 at MD 187 (next adjacent interchange)**

The Preferred Alternative does not propose any geometric changes at the I-495 and MD 187 interchange. The study area includes the interchange at I-495 and MD 187, but the HOT lane facility's eastern truncation is upstream of this interchange.

See *Location I* in **Table 7-6** for a discussion of the hot spot location at this interchange.

## 7.6   PREDICTIVE CRASH ANALYSIS

Like analyzing the future operational conditions, predictive crash analysis methods can be used to quantitatively assess the future safety performance of transportation projects. These methods allow safety to be considered when evaluating roadway improvement alternatives, like other alternative analysis metrics such as capacity, delay, project costs, and environmental impacts. AASHTO's Highway Safety Manual (HSM), published in 2010, presents a variety of quantitative methods for estimating crash frequency or severity for various facility types. In 2014, a supplement to the HSM was released which includes two new chapters to estimate crash frequency for both freeways and ramps. The application of the predictive crash analysis presented in the HSM can be used to evaluate improvement alternatives for an existing facility under current and future traffic volumes. It should be clearly noted that the predictive crash analysis performed for the purposes of this study is not intended to predict the exact number of crashes in the future, with or without the Preferred Alternative. Nor is it intended to determine that the project will not result in significant adverse

00001820

  I-495 & I-270 Managed Lanes Study

Draft Application for Interstate Access Point Approval

safety impacts. Rather, the quantitative safety analysis was performed to provide additional information to assist in the overall safety evaluation of the Preferred Alternative – to identify any potential inconsistencies that can be used when reviewing and reassessing the Preferred Alternative design in the context of the project improvements. This work is useful to flag locations, focus the engineering efforts to where discrepancies exist, and refine design decisions that were discussed in detail in the qualitative discussion of the design decisions. Along with the historical crash analysis and qualitative assessment of the project design components, the predictive crash analysis can be used to further support a more comprehensive safety evaluation.

*Advantages*

There are many advantages to incorporating predictive crash analysis as part of transportation planning and project engineering. While historical crash history provides a picture of existing crash patterns and trends highly localized to the study area, such an evaluation suffers from a regression-to-the-mean bias as crash patterns can fluctuate randomly over short time periods. The predictive analysis tools are based on regression models (that is, safety performance functions) developed from data for several similar facilities codified by specific geometric design and traffic control features. Since these functions are developed from several locations, an advantage of the predictive method is a reduced reliance on and availability of reliable crash data. While the predictive safety analysis cannot provide reliable results for predictive crash frequency for the Preferred Alternative, as discussed in more detail in the following sections, it still provides value.

*Limitations*

While incorporation of a predictive method can be advantageous by providing a quantifiable assessment, it is important to be aware of the limitations of the available tools and models. The safety performance functions used in the predictive method account for the effects on roadway safety and crashes of many geometric and traffic control conditions, but not all. For example, the current version of the HSM does not provide a crash prediction methodology for estimating the safety performance of a separated managed lane facility. Additionally, the HSM predictive methodology is primarily based on geometric, traffic control, and volume characteristics of a roadway. Factors not directly accounted for include site specific driver populations, effects of climate conditions, and effects of vehicle types such as motorcycles and trucks, or of daily traffic volume variations. Since addressing peak period congestion is an important goal of the project and the Preferred Alternative constructs a separate managed lane facility, the predictive method cannot be used to predict the safety performance of the Preferred Alternative but can be used to make a relative comparison.

It is important to note that the results of the predictive crash analysis for this study are intended to improve the engineering design of the Preferred Alternative, not determine predicted safety performance. The following sections outline the input data and tools utilized.

### 7.6.1    Input Data

**Roadway Geometry**

Roadway inventory data and inputs were collected from multiple sources. For the No Build condition, roadway data elements were collected using a combination of Google Earth and available topographic survey data, as well as the latest information available for the ongoing construction of MDOT's I-270 Innovative Congestion Management (ICM) Project. For the Preferred Alternative, roadway data was obtained from the proposed roadway design files. The Preferred Alternative roadway design evaluated for this safety analysis was a result of ongoing coordination during the predevelopment phase, which incorporated various design elements that

00001821

mitigate safety and operational concerns while also minimizing impacts to environmental resources and right-of-way.

**Traffic Volumes**

One of the inputs into the predictive analysis tools is the Annual Average Daily Traffic (AADT) volumes for the facility being analyzed. Future No Build and Preferred Alternative traffic volume forecasts for the MLS included Average Daily Traffic (ADT), which needed to be converted to AADT values for use in the predictive safety analysis. AADT data for the freeway segments (i.e., General Purpose and HOV lanes) and ramps are calculated from the ADT volumes from the travel forecasts and the weekday adjustment factors derived from MDOT's automated traffic count station data along I-270 and I-495. The weekday adjustment factor for I-270 and I-495 is 0.97, and the AADT is computed as follows: AADT (vehicles/day) = ADT (vehicles/day) x 0.97. AADT data for crossroad segments, intersections, and ramp terminals are calculated from the total peak period volumes from the travel forecasts, MDOT's conversion factors for peak hour volumes to ADT, and the weekday adjustment factors derived from MDOT's automated traffic count station data along I-270 and I-495.

### 7.6.2    Predictive Crash Analysis Tools

The following tools were used to perform an assessment of the relative comparison of the predictive crash analysis results between the 2045 No Build scenario and the 2045 Build scenario (Preferred Alternative). This relative comparison can be helpful in the engineering process by identifying locations where there may be disparity between the No Build and Preferred Alternative. There are several tool limitations and therefore assumptions that were made by MDOT to be able to apply the tools (which are discussed in more detail below). However, if it is clearly understood that the quantitative results cannot and should not be used as a prediction on the frequency of crashes in the future, the predictive crash analysis can still be used for the purposes of this IAPA to assist in the engineering design process by providing relative comparison results between the No Build and Preferred Alternative to determine if there are areas requiring further investigation.

**Highway Safety Manual (HSM) - Enhanced Interchange Safety Analysis Tool (ISATe)**

ISATe is a spreadsheet-based, safety analysis tool intended to perform safety assessments of freeway-to-arterial and freeway-to-freeway interchanges. Employing the predictive method of the HSM, ISATe predicts crashes by crash location, that is by mainline freeway segments, ramp segments, and ramp terminals using geometric and operational characteristics of roadway and ramp facilities, as well as incorporating daily traffic volumes. ISATe also analyzes ramp terminal crossroad intersections based on the number of lanes, arrangement of lanes, and type of traffic control. ISATe, version 06.10, is used to evaluate the predictive safety performance of the No Build and Preferred Alternative freeway segments, ramp segments, and conventional ramp terminals except for HOT managed lanes freeway segments within the study area.

*General Assumptions and Modeling Applications*

- I-270 carries a High Occupancy Vehicle (HOV 2+) lane along both northbound and southbound directions. The I-270 Southbound HOV lane begins at I-370 and ends at I-495 along the East Spur and south of Democracy Boulevard along the West Spur. The I-270 Northbound HOV lane begins at I-495 along the East Spur and south of Democracy Boulevard along the West Spur and ends at MD 121. The HOV lanes are in service weekdays from 6:00-9:00 AM in the southbound direction and 3:30-6:30 PM

00001822



I-495 & I-270 Managed Lanes Study

Draft Application for Interstate Access Point Approval

in the northbound direction reflecting peak period travel patterns. General traffic may use these lanes at other times. The HOV lanes are not barrier-separated and are rather marked by signage, white-diamond shaped pavement markings, and a white-dotted separated line allowing traffic to freely move in and out. Anecdotally, flow in and out of the HOV lanes is observed. Since the existing HOV lanes are not HOV-restricted for 18 out of 24 hours during the weekdays and for all 24 hours on a weekend day, in ISATe the existing HOV lanes along I-270 are assumed to operate as General Purpose lanes. If excluded, the ISATe analysis may underestimate the predicted crashes under No Build conditions.

- The typical section under the Preferred Alternative includes four or five General Purpose travel lanes and two HOT managed lanes in each direction where the General Purpose and HOT managed lanes are separated by four-foot horizontal buffer along with vertical markers. A limitation of ISATe is its inability to model managed lanes. Therefore, ISATe was used to predict the crashes along the General Purpose lanes only (a separate, project-specific, safety performance function was used to model the HOT lane facility to complete the predictive crash assessment of the freeway). Although the HOT managed lane facility and the General Purpose lanes operate as separate facilities, since only the General Purpose lanes were modeled in ISATe, consideration was taken on how to appropriately model the cross-section with ISATe. The bullets below discuss how the cross-section related inputs were measured.

  o Inside shoulder width ($W_{is}$): This input represents the average width of the paved shoulder along each segment. The inside shoulder width was measured from the edge of the traveled way for the General Purpose lanes to the edge of the traveled way for the managed lanes, which was generally four feet and represents the proposed horizontal buffer. For those segments with a wider buffer space between the General Purpose lanes and managed lanes, the average width was inputted.

  o Median width ($W_m$): This input represents the distance between the edges of the traveled way for the two opposing roadways and includes the width of the inside shoulder. According to the ISATe manual, where barrier-separated HOT managed lanes are provided, the median width includes the width of the HOT managed lane facility. The median width was measured between the edges of the traveled way of the General Purpose lanes for the two roadways in the opposite direction of travel, including the width of the managed lanes and the inside shoulders.

  o Median barrier width ($W_{ib}$): This input represents the width between the face of barrier for each travel direction. The proposed managed lane facility includes a vertical separation between the General Purposes lanes and the HOT managed lane facility, acting as a barrier. The HOT managed lanes were considered as part of the median barrier, and the median barrier width was measured between the edges of the traveled way for the two roadways in the opposite direction of travel, excluding the width of the inside shoulder ($W_m$-2$W_{is}$)

  o Nearest distance from edge of traveled way to barrier face ($W_{near}$): The nearest distance was not required for the majority General-Purpose segments because the buffer width was 4 feet in both northbound and southbound directions, which resulted in the centered median barrier. For the General-Purpose segments with varying inside shoulder widths along the segment and between the northbound and southbound directions, the averaged inside shoulder width (final $W_{is}$ value) was inputted as the nearest distance due to the range requirement that the nearest distance $W_{near}$ must be greater than or equal to the inside shoulder width $W_{is}$.

00001823


I-495 & I-270 Managed Lanes Study

Draft Application for Interstate Access Point Approval

- o Clear zone width ($W_{hc}$): This input represents the width from the edge of traveled way to typical limits of a vertical obstruction (e.g., a non-traversable slope, fence line, or utility poles) along the roadway. According to the ISATe manual, if a roadside barrier is present for the full length of the segment, then enter a value of 30 feet for this input. For this analysis, a value of 30 feet was used for the General Purpose lanes in the Preferred Alternative based on MDOT SHA design guidelines, which indicate that all critical slopes located within 30 feet from the edge of the traveled way should be protected by barrier.
  - Per MDOT SHA policy, all critical slopes located within 30 feet from the edge of the traveled way are protected by the barrier and according to ISATe manual, if the roadside barrier is present for the full length of the segment, then 30 feet is entered as the clear zone width.
  - The ground mounted signs and light poles are on a breakaway base and are not considered as a hazard.
- At a select locations, the number of existing or proposed travel lanes exceed the maximum allowable input within ISATe. At these freeway segments, the maximum allowable input was used (10 lanes) and the corresponding AADT input was modified and extrapolated as follows: $AADT_{INPUT} = AADT_{ACTUAL} \times$ (Number of Lanes$_{MAXIMUM}$ / Number of Lanes$_{ACTUAL}$). Although the precise number of lanes and traffic volumes were not assessed using the tool at locations where the number of lanes exceeds 10, the ratio between the number of travel lanes and traffic volumes, specifically the traffic flow, was maintained. However, it should be noted there is no predictive model provided by the HSM for a freeway with more than 10 General Purpose lanes – extrapolating and applying a modified AADT value was performed so that the tool may be used, but this method is expected to produce slightly different results compared to a scenario where precise safety performance functions are available. The magnitude of this difference is undetermined; however, the "work around" used by this study for locations that exceed 10 lanes is not expected to skew the relative comparison results, since the method was applied to both the No Build and Build conditions.
- The Empirical Bayes (EB) module of the ISATe tool was not employed for the predictive crash analysis. The EB estimation is a technique in which the prior distribution of crashes is estimated from historical crash data. The output is an estimated expected crash frequency, instead of a predicted crash frequency. Guidance in the HSM outlines scenarios when the EB method is applicable including "projects in which the roadway cross section is modified by the basic number of through lanes remains the same". The removal of the local lanes along I-270 with the Preferred Alternative rendered incorporation of the EB method inapplicable along I-270. For consistency across the analysis with the IAPA study area, the EB method was excluded.
- Local calibration factors were not included in the ISATe analysis. Local calibration factors are used to account for the differences between the area where the predictive crash models were developed and the area where the models are applied. Some local calibration factors specific to Maryland are available to apply the predictive methods of the HSM. However local calibration factors for certain facility types, including collector-distributor systems, ramps, and managed lane facilities are limited at this time. Due to the lack of available local calibration factors for every study facility, a factor of 1 was assumed.

00001824

**NCHRP Guidance on Crash Prediction for Unconventional Ramp Terminals**

To fill in the gaps where predictive methodologies and tools within the HSM do not apply to unconventional ramp terminals, the latest guidance from NCHRP-TRB research publications is employed. This applies to the I-270 at MD 189 interchange where the Preferred Alternative converts the existing Single-Point Urban Diamond Interchange (SPUI) to a Diverging Diamond Interchange (DDI). Two publications are employed, and additional information on the publications is provided in **Appendix K**. The first publication, *Safety Performance of Crossroad Ramp Terminals at Single-Point and Tight Diamond Interchanges* supplies a safety performance function for a SPUI, which predicts crashes based on traffic volumes on the ramps and crossroad, and number of free-flow right-turns from the exit ramps to the crossroad. This SPF is used to assess the number of crashes at the MD 189 interchange, which is a SPUI with no free-flow right-turns from the exit ramps to the crossroad for the No Build scenario.

The second publication, *Systematic Safety Evaluation of Diverging Diamond Interchanges Based on Nationwide Implementation Data* supplies a Crash Modification Factor for converting a conventional diamond interchange to a DDI. The HSM, Chapter 19 Table 19-15, supplies a safety performance function for a conventional diamond interchange that predicts crashes at each of the ramp terminals based on traffic volumes on the ramps and crossroad, intensity of development, and number of crossroads through lanes. These two methods are used in conjunction to predict the crash frequency for the DDI at MD 189 under the Preferred Alternative. The SPF supplied in the HSM is used to calculate predicted crashes for the conventional diamond interchange. The Crash Modification Factor is then used to compute predicted crashes for the DDI. See **Appendix K** for the citations for the two publications used, the specific performance function equations, and inputs.

**Highway Safety Manual (HSM) Chapter 12 and NCHRP 17-58 Predictive Crash Tools for Arterials**

The Urban and Suburban Arterial Analysis spreadsheet (V3.1), based on the analysis outlined in Chapter 12 of the HSM, was used for the predictive crash analysis for study arterial crossroad segments and intersections with four lane arterials. Predictive crash analysis methodologies outlined in NCHRP 17-58 were used for the analysis of arterial crossroad segments and intersection with six or more lanes. **Table 7-7** outlines which predictive crash analysis tool was utilized for each crossroad.

When defining the facility types applicable to the Urban and Suburban Arterial Analysis spreadsheet tool, Chapter 12 of the HSM states that "the term 'arterial' refers to facilities that meet the FHWA definition of 'roads serving major traffic movements (high-speed, high volume) for travel between major points.'" MDOT SHA functionally classifies all study area crossroads for which these tools were applied as either principal arterial or minor arterial except for Westlake Terrace (minor collector) and Rockledge Drive (local). Although Westlake Terrace and Rockledge Drive are not classified as arterials, they carry a relatively high annual average daily traffic, both over 10,000 vehicles per day, as well as providing key connections within the area where I-270 and I-495 interchange.

00001825



I-495 & I-270 Managed Lanes Study

Draft Application for Interstate Access Point Approval

**Table 7-7: Predictive Crash Analysis Tool Applied to Study Area Arterial Crossroads**

| Tool | | Predictive Method for Urban and Suburban Arterials Analysis Spreadsheets *HSM 1st Edition, Volume 2, Chapter 12* *Applied to Arterial with Five or Less Lanes* | Safety Prediction Models for Six-Lane and One-Way Urban and Suburban Arterials *NCHRP Project 17-58* *Applied to Arterial with Six or More Lanes* |
|---|---|---|---|
| Arterial Crossroad | | MD 117 | Sam Eig Highway |
| | | Shady Grove Road (Omega Drive from MD 28 to I-270 SB Ramp Terminal) | Shady Grove Road (Shady Grove Road from Corporate Blvd to Cherry Coke Rd) |
| | | Gude Drive | Democracy Boulevard |
| | | MD 28 | MD 187 (at I-270) |
| | | MD 189 | MD 187 (at I-495) |
| | | Wootton Parkway | MD 355 |
| | | Montrose Road | |
| | | Westlake Terrace | |
| | | Rockledge Drive | |
| | | MD 190 | |

**Safety Performance Functions (SPFs) for HOT Managed Lanes**

The HSM does not cover a crash prediction methodology for estimating the safety performance of managed lanes. Therefore, the Safety Performance Function (SPF) developed for the managed lanes as part of the I-495 Express Lanes Northern Extension Project was used for the predicted crash frequency for the HOT managed lanes proposed under the Preferred Alternative. This SPF specific to the managed lanes along I-495 in Virginia was developed using available historical crash data, traffic volume data, and roadway geometric data for the existing segments of I-495 Express Lanes. The predicted number of crashes is a function of the segment length and daily volume. The non- linear regression model SPF used to evaluate the predicted number of crashes on the managed lanes in our study area is as follows:

$$e^{0.011022579+0.987113593*\ln(L)+0.141283034*\ln(AADT)}$$

L = Segment length in miles

AADT = Annual Average Daily Traffic volume in vehicles per day

There are two main assumptions associated with the use of the SPF shown above. First, this SPF does not allow for various geometric data to be used as input in the way that ISATe does. Overall, the existing I-495 express lanes and the proposed HOT managed lanes for the Preferred Alternative have similar geometric elements (e.g., lane widths, buffer widths, insider shoulder widths); however, there are areas where these elements do vary so it needs to be acknowledged that the SPF applied assumes the same geometric conditions as the existing I-495 express lanes. In addition, the Virginia SPF was developed for a two-lane managed facility and there are sections of the Preferred Alternative where three managed lanes are proposed. For the managed lane sections where the number of lanes exceeds two, the AADT volumes were extrapolated as follows:

$$AADT_{Adjusted} = AADT_{Actual} * \left(\frac{2}{\text{Actual Number of Lanes}}\right)$$

00001826

Additional information on the development of Safety Performance Functions for the I-495 Express Lanes in Virginia can be found in **Appendix K**.

### 7.6.3    Predictive Crash Frequency Results

**Table 7-8** shows the results of the predictive crash frequency results by facility accounting for all study area roadways including freeways, ramps, HOT managed lanes, crossroad ramp terminals/adjacent intersections, and crossroads. The results compare the 2045 No Build scenario to the 2045 Preferred Alternative scenario. Based on the HSM methodology applied for this study, it is inadvisable to compare the predictive crash frequency with the existing crash data since the safety prediction models were not calibrated for this study and the EB method was not applied, as discussed in previous sections of this document. Existing crash data was evaluated, and hot spot locations were identified, as part of separate safety analyses methods discussed earlier in this document, but existing crash data was not applied to the predictive method for the purposes of this study. The crash prediction analysis is based on empirical HSM SPFs and was neither calibrated to local parameters nor was a project-specific SPF developed to account for the effects of other potential influential factors to crashes (e.g., relative congestion, intensity of adjacent development, traffic composition, and geographic influence factors, etc.). Although the crash prediction results were not compared to the existing crash data, No Build and Preferred Alternative results were compared to each other to evaluate the extent the proposed improvements may influence traffic safety performance, which is the intent of the quantitative safety analysis.

The results of the relative comparison of the quantitative analysis show that the Preferred Alternative is not expected to result in an increase in total crashes within the study area. A more detailed breakdown summary of predictive crash frequency is provided across three tables in **Appendix K.** It is important to remember that these results are being used for relative comparison purposes only and not as a prediction of the number of crashes for any scenario or facility.

Table 7-8: 2045 Predicted Annual Crash Frequency

| Study Freeway (Also includes Ramps and Crossroads)[1] | 2045 No Build Predicted Annual Crash Frequency | | | 2045 Preferred Alternative Predicted Annual Crash Frequency | | | Change in Predicted Annual Crash Frequency | | |
|---|---|---|---|---|---|---|---|---|---|
| | Fatal and Injury | PDO | Total | Fatal and Injury | PDO | Total | Fatal and Injury | PDO | Total |
| I-270 & East Spur[2] | 513 | 779 | 1,292 | 348 | 717 | 1,065 | -165 | -62 | -227 |
| I-270 West Spur | 53 | 99 | 152 | 53 | 105 | 158 | 0 | 6 | 6 |
| I-495 in Maryland | 212 | 427 | 639 | 239 | 475 | 714 | 27 | 48 | 75 |
| I-495 in Virginia[3] | 50 | 119 | 169 | 53 | 129 | 182 | 3 | 10 | 13 |
| **Total** | **828** | **1,424** | **2,252** | **693** | **1,426** | **2,119** | **-135** | **2** | **-133** |

[1] Predicted crashes for each study freeway include predicted crashes along all facility types including freeways, HOT managed lanes, and crossroads.

[2] Predicted crashes shown for I-270 & East Spur include predicted crashes along I-370.

[3] Predicted crashes shown for I-495 in Virginia include predicted crashes along the George Washington Memorial Parkway.

00001827


The discussion below provides a relative comparison between the change in predicted crash frequency between No Build and the Preferred Alternative by freeway (I-270, I-270 West Spur, I-495 in Maryland, and I-495 in Virginia) and by facility type. Discussions are provided for each facility type, including – the freeway General Purpose lanes; ramps including freeway General Purpose lanes and HOT managed lanes ramps; the overall freeway facility including HOT managed lanes, General Purpose lanes and ramps; and the adjacent intersections along the crossroads.

The information provided in the sections below were reviewed in conjunction with the Preferred Alternative design to identify and address locations where concerns were observed by the safety analysis for this study – by either the qualitative or predictive analysis. The numbers provided in the discussion below are relative differences, but they are not intended to be interpreted as actual anticipated safety performance. These results and the locations identified can also be used as part of final design considerations for potential mitigation. **Chapter 8** includes improvements and mitigation elements to consider as part of future design efforts to address both operational and safety concerns.

### I-270 and East Spur and I-370

Comparing the relative change in predicted crashes frequency between the 2045 Preferred Alternative and the 2045 No Build scenario, the I-270 and East Spur and I-370 show an overall 18% decrease in total crash frequency including a 32% decrease in fatal and injury crash frequency and an 8% decrease in property damage only crash frequency. A discussion of the predicted crash frequency results by freeway segments, ramps, and adjacent intersections along the crossroads is below.

### Freeway General Purpose Lanes

The freeway segments along I-270 and the East Spur and I-370, which include the General Purpose and HOV lanes, show a 5% increase in fatal and injury crash frequency, a 10% increase in property damage only crash frequency, and a 9% increase in total crash frequency in the 2045 Preferred Alternative scenario compared to the 2045 No Build scenario. The crash frequency increase appears to be attributed at least in part to 1) the removal of the I-270 local lanes located south of the I-370 interchange, and 2) the proposed new interchange at I-270 at Wootton Parkway. The removal of the local lanes shifts the volume assigned to the freeway lanes within the predictive analysis tools and therefore impacts the predicted crash frequencies. The freeway segments adjacent to the proposed new interchange between MD 28 and Wootton Parkway shows the highest increase in crash frequencies along I-270 and the East Spur because the proposed new interchange introduces ramp merges and diverges within a basic freeway section along I-270 Northbound and the forecasted daily traffic volumes are expected to increase.

### Ramps (General Purpose Lane Ramps and HOT Managed Lanes Ramps)

The ramps within the interchanges along I-270 and the East Spur and I-370, which include General Purpose and HOT managed lanes ramps, show an 87% reduction in fatal and injury crash frequency, a 78% reduction in property damage only crash frequency, and an 83% reduction in total crash frequency in the 2045 Preferred Alternative scenario compared to the 2045 No Build scenario. The removal of the I-270 local lanes south of the I-370 interchange contribute to the reduction in predicted crashes frequency. For the No Build scenario, the local lanes that run parallel to the freeway were considered Collector-Distributor (C-D) lanes, and therefore were included in the predictive method for ramp segments per the ISATe tool guidelines. Their removal in the

00001828



I-495 & I-270 Managed Lanes Study

Draft Application for Interstate Access Point Approval

Preferred Alternative scenario shifts the local lane volumes to the freeway lanes and reduces the length of roadways that count as ramps which may subsequently reduce the number of crashes for ramps.

**Overall Freeway Facility (HOT Managed Lanes combined with A. General Purpose lanes and B. Ramps)**

Since the HOT managed lanes do not exist in the No Build scenario, the comparison discussion for the HOT lanes was combined with General Purpose lanes and ramps. The combined HOT managed lanes, General Purpose lanes, and ramps along I-270 and the East Spur and I-370 show a 42% reduction in fatal and injury crash frequency, an 11% reduction in property damage only crash frequency, and a 23% reduction in total crash frequency in the 2045 Preferred Alternative scenario compared to the 2045 No Build scenario. This reduction includes the addition of HOT managed lanes, the effect of traffic shifting from the local roads to the freeway, and the proposed new interchanges, which are explained in the previous paragraphs.

**Adjacent Intersections**

The adjacent intersections along the crossroads along I-270 and the East Spur, which include General Purpose and HOT lane ramp terminals, show a 1% increase in fatal and injury crash frequency, a 3% increase in property damage only crash frequency, and a 2% increase in total crash frequency in the 2045 Preferred Alternative scenario compared to the 2045 No Build scenario. The main reason for this increase is the proposed new interchanges at Gude Drive and Wootton Parkway.

**<u>I-270 West Spur</u>**

Comparing the relative change in predicted crash frequency between the 2045 Preferred Alternative and the 2045 No Build scenario, the I-270 West Spur shows an overall 4% increase in total crash frequency including a 1% decrease in fatal and injury crash frequency and a 6% increase in property damage only crash frequency. A discussion of the predicted crash frequency results by freeway segments, ramps, and adjacent intersections along the crossroads is below.

**Freeway General Purpose Lanes**

I-270 West Spur freeway segments, which include the General Purpose and HOV lanes, show a 16% decrease in fatal and injury crash frequency, a 7% decrease in property damage only crash frequency, and a 10% decrease in total crash frequency in the 2045 Preferred Alternative scenario compared to the 2045 No Build scenario. The freeway segment between Westlake Terrace and I-270 split shows the largest decrease in predicted crash frequencies, where the ADT traffic volumes along the General Purpose lanes are forecasted to decrease in both the northbound and southbound directions.

**Ramps (General Purpose Lane Ramps and HOT Managed Lanes Ramps)**

The ramps within the interchanges along the I-270 West Spur, which include the General Purpose and HOT managed lanes ramps, show an 11% increase in fatal and injury crash frequency, a 23% increase in property damage only crash frequency, and a 17% increase in total crash frequency in the 2045 Preferred Alternative scenario compared to the 2045 No Build scenario. The main reason for these increases is the proposed new direct access to the HOT managed lanes at Westlake Terrace that increases the number of ramps from two to four and increases the total ramp length at this interchange. As a result, the HSM methodology will predict a higher number of crashes since the ramp length increase is assumed to raise the exposure of ramps to traffic.

00001829



I-495 & I-270 Managed Lanes Study

Draft Application for Interstate Access Point Approval

**Overall Freeway Facility (HOT Managed Lanes combined with A. General Purpose lanes and B. Ramps)**

Since the HOT managed lanes do not exist in the No Build scenario, the comparison discussion for the HOT lanes was combined with General Purpose lanes and ramps. The combined HOT managed lanes, General Purpose lanes, and ramps along I-270 West Spur show a 3% reduction in fatal and injury crash frequency, an 8% increase in property damage only crash frequency, and a 5% increase in total crash frequency in the 2045 Preferred Alternative scenario compared to the 2045 No Build scenario. This change in crash frequency includes the addition of HOT managed lanes, the reduction of ADT for General Purpose lanes, and the additional HOT ramps at Westlake Terrace, which are explained in the previous paragraphs.

**Adjacent Intersections**

The adjacent intersections along the crossroads along the I-270 West Spur, which include the General Purpose and HOT lane ramp terminals, show a 3% increase in fatal and injury crash frequency, a 2% increase in property damage only crash frequency, and a 3% increase in total crash frequency in the 2045 Preferred Alternative scenario compared to the 2045 No Build scenario. The main reason for these increases is the proposed new HOT lane ramp terminals at the Westlake Terrace interchange.

**I-495 in Maryland**

Comparing the relative change in predicted crash frequency between the 2045 Preferred Alternative and the 2045 No Build scenario, I-495 in Maryland shows an overall 12% increase in total crash frequency, a 13% increase fatal and injury crash frequency, and an 11% increase in property damage only crash frequency. A discussion of the predicted crash frequency results by freeway segments, ramps, and adjacent intersections along the crossroads is below.

**Freeway General Purpose Lanes**

I-495 freeway segments in Maryland show a 1% increase in fatal and injury crash frequency, a 1% increase in property damage only crash frequency, and 1% increase in total crash frequency in the 2045 Preferred Alternative scenario compared to the 2045 No Build scenario. The freeway segments between I-270 West Spur and MD 187 shows the largest increase in predicted crash frequencies, where the ADT traffic volumes along the General Purpose lanes are forecasted to increase along both the Inner and Outer Loops.

**Ramps (General Purpose Lane Ramps and HOT Managed Lanes Ramps)**

The ramps within the interchanges along I-495 in Maryland, which include the General Purpose and HOT lane ramps, shows a 13% decrease in fatal and injury crash frequency, a 1% decrease in property damage only crash frequency, and a 7% decrease in total crash frequency in the 2045 Preferred Alternative scenario compared to the 2045 No Build scenario. The ramp segments at the I-495 and Clara Barton Parkway interchange account for the largest decrease in predicted crash frequency, where the ADT along four of the six ramps are forecasted to decrease in the 2045 Preferred Alternative scenario compared to the 2045 No Build scenario.

**Overall Freeway Facility (HOT Managed Lanes combined with A. General Purpose lanes and B. Ramps)**

Since the HOT managed lanes do not exist in the No Build scenario, the comparison discussion for the HOT lanes was combined with General Purpose lanes and ramps to consider the freeway facilities as a whole. The

00001830

 I-495 & I-270 Managed Lanes Study

Draft Application for Interstate Access Point Approval

combined HOT managed lanes, General Purpose lanes, and ramps along I-495 in Maryland show a 5% increase in fatal and injury crash frequency, a 7% increase in property damage only crash frequency, and a 6% increase in total crash frequency in the 2045 Preferred Alternative scenario compared to the 2045 No Build scenario. This increase is mainly attributed to the addition of HOT managed lanes that do not exist in the No Build condition, which, based on the predictive analysis, is not outweighed by a decrease in crashes in the General Purpose lanes and ramps, along with the increase in ADT being served with the Preferred Alternative.

**Adjacent Intersections**

Intersections along crossroads along I-495 in Maryland, which include ramp terminals from General Purpose and HOT lane ramps, show a 37% increase in fatal and injury crash frequency, a 48% increase in property damage only crash frequency, and a 42% increase in total crash frequency in the 2045 Preferred Alternative scenario compared to the 2045 No Build scenario. The largest increase in crash frequency occurs at the ramp terminals at the I-495 at MD 190 interchange. The main reason for this increase is the proposed new access to the HOT managed lanes at this interchange, where the ADT at the ramp terminals along the crossroad legs inside of the interchange access points are expected to increase along both the Inner and Outer Loops in the 2045 Preferred Alternative scenario compared to the 2045 No Build scenario. The next largest increase in crash frequency occurs at the ramp terminals at the I-495 at MD 187 interchange. The reason for this increase is the volume at the ramp terminals where the ADTs entering the Inner and Outer Loop intersections with MD 187 are forecasted to increase in the 2045 Preferred Alternative scenario compared to the 2045 No Build scenario.

**I-495 in Virginia and George Washington Memorial Parkway**

The predictive crash frequency analysis includes the transition of the Preferred Alternative in Maryland to the proposed Express Lanes in Virginia[16], accounting for one-and-a-half miles of I-495 between the American Legion Bridge and the I-495 at MD 193 interchange. Comparing the relative change in predicted crashes frequency between the 2045 Preferred Alternative and the 2045 No Build scenario, I-495 in Virginia shows an overall 8% increase in total crash frequency including an 8% increase in fatal and injury crash frequency and an 8% increase in property damage only crash frequency. A discussion of the predicted crash frequency results by freeway segments, ramps, and adjacent intersections along the crossroads is below.

**Freeway General Purpose Lanes**

I-495 freeway segments in Virginia show an 11% increase in fatal and injury crash frequency, a 9% increase in property damage only crash frequency, and a 10% increase in total crash frequency in the 2045 Preferred Alternative scenario compared to the 2045 No Build scenario, which include the managed lanes constructed by the 495 NEXT project. The freeway segments between the George Washington Memorial Parkway interchange to just south of the Route 193 interchange show a 24% increase in fatal and injury crash frequency,

---

[16] The predicted crash frequency results shown in this Draft Application for Interstate Access Point Approval may differ from the predicted crash frequency results shown in VDOT's I-495 Express Lanes Northern Extension (NEXT) Interchange Justification Report. One primary reason for this difference is the assumptions under the respective No Build scenarios. The No Build scenario for this Application includes the completion and operation of the I-495 Express Lanes in Virginia.

00001831

a 26% increase in property damage only crash frequency, and a 25% increase in total crash frequency in the 2045 Preferred Alternative scenario compared to the 2045 No Build scenario. The northbound and southbound General Purpose lanes within this section of I-495 in Virginia are expected to increase in the forecasted ADT in the 2045 Preferred Alternative scenario compared to the 2045 No Build scenario.

**Ramps (General Purpose Lane Ramps and HOT Managed Lanes Ramps)**

The ramps within the interchanges along I-495 in Virginia, which include the General Purpose and managed lane ramps, show a 28% decrease in fatal and injury crash frequency, a 24% decrease in property damage only crash frequency, and a 25% decrease in total crash frequency in the 2045 Preferred Alternative scenario compared to the 2045 No Build scenario. The ramps at the Route 193 interchange and George Washington Memorial Parkway interchange account for the decrease in predicted crash frequency, where the ADT along the Inner Loop and Outer Loop ramps are generally forecasted to decrease in the 2045 Preferred Alternative scenario compared to the 2045 No Build scenario.

**Overall Freeway Facility (HOT Managed Lanes combined with A. General Purpose lanes and B. Ramps)**

To be consistent with the previous HOT managed lane discussions and since the managed lanes are partially present in the No Build scenario in Virginia, the comparison discussion for the managed lanes was combined with General Purpose lanes and ramps to be able provide a relative comparison. The combined HOT managed lanes, General Purpose lanes, and ramps along I-495 in Virginia show an 8% increase in fatal and injury crash frequency, a 9% increase in property damage only crash frequency, and a 9% increase in total crash frequency in the 2045 Preferred Alternative scenario compared to the 2045 No Build scenario. This increase is mainly attributed to the freeway General Purpose lanes that is discussed in the previous paragraphs, and the addition of HOT managed lanes north of George Washington Memorial Parkway to Maryland State Line that do not exist in the No Build condition.

**Adjacent Intersections**

I-495 General Purpose ramp terminals in Virginia show a 7% increase in fatal and injury crash frequency, a 1% increase in property damage only crash frequency, and a 3% increase in total crash frequency in the 2045 Preferred Alternative scenario compared to the 2045 No Build scenario. The ramp terminals at the Route 193 interchange account for these increases in predicted crash frequency, where the ADT increases at the ramp terminals by 1 to 4% in the 2045 Preferred Alternative scenario compared to the 2045 No Build scenario. Although no geometric changes are proposed in the Preferred Alternative at the I-495 and Route 193 interchange, the additional ramps proposed at the adjacent interchange at I-495 and George Washington Memorial Parkway influence the forecasted volumes at the Route 193 interchange and therefore influence the predicted crash frequency.

## 7.7    SAFETY ANALYSIS SUMMARY

The safety evaluation conducted as part of this Draft Application for IAPA included a thorough review of existing crash data and crash patterns for all freeways, ramps, intersections, and crossroads; an evaluation of crash rates and the identification of high crash locations within the study area; a qualitative assessment of how key design elements from the Preferred Alternative would be expected to influence safety and affect high crash locations within the study area; and a quantitative analysis that focuses on the relative comparison results from

00001832


predictive crash analysis under the No Build Alternative and the Preferred Alternative. This multifaceted evaluation was used to develop engineering solutions to incorporate into the Preferred Alternative to reduce congestion-related crashes, consistent with the Purpose and Need of the MLS, and improve existing or potentially future high crash locations to enhance safety performance. Safety was not explicitly identified in the Purpose and Need of the MLS; however, the mobility and operational improvements associated with the Preferred Alternative are expected to reduce the potential for crashes attributed to congested roadway conditions. Specifically, the Preferred Alternative is expected to reduce congestion on the interstates and local roadway networks within the study limits, providing more reliable travel times for all users, including emergency responders.

Over the three-year crash study period, approximately 4,700 crashes occurred within the study area; 73% of the crashes along the freeways were rear end and sideswipe collisions that occurred during congested roadway conditions. The three-year crash history shows that 50 to 60% of the crashes occurring within the study area occurred during peak periods of congestion. As demonstrated through the operational analysis of this Application, the Preferred Alternative reduces congestion levels during peak periods to address the needs of the system and accommodate existing traffic and long-term traffic growth on I-270 and I-495. By reducing the extent and duration that the freeways and local roadways operate under congestion, unstable flow, and stop-and-go conditions, it can be anticipated that the Preferred Alternative will reduce the potential for congestion-related crashes, such as rear-end and sideswipe crashes occurring during peak periods.

All study interchanges were qualitatively assessed for the Preferred Alternative's impact on safety performance of the interstate facility and local roadway network. High crash locations were identified based on historical crash data for the freeway segments, ramps, and intersections along the crossroads – and those locations were reviewed to identify crash clusters, trends, and contributing factors as well as to assess the safety impacts associated with the Preferred Alternative. In addition, the predictive crash analysis methodologies outlined in the HSM were used to provide a quantitative-based analysis on how the Preferred Alternative would potentially impact safety performance in the future. While the predictive methods currently available must be applied and interpreted with caution for the purposes of the predictive safety performance of the Preferred Alternative, the results of the predictive analysis may still be beneficial through a relative comparison of the predicted annual crash frequency under the No Build Alternative and the Preferred Alternative. The relative comparison results of this study were reviewed in conjunction with the proposed Preferred Alternative design to identify and address locations where concerns were observed by the safety analysis.

As a result of this safety analysis effort, the Preferred Alternative was developed and refined through an iterative process in support of the project. Furthermore, the Preferred Alternative will replace aging structures, provide new pavement, and include improved geometrics, which will likely result in safety improvements. The removal of the Collector-Distributor lanes along I-270 minimizes the project footprint and associated impacts while also eliminating conflict points at the slip ramps, though there is some tradeoff expected with additional merging and weaving in the General Purpose lanes. While the project will include tighter cross sections through small areas to avoid impacts to critical resources, introduce new signalized intersections along some crossroads, and include additional merge and diverge access points along the freeway at certain locations, safety improvement and mitigation considerations have been identified and will continue to be evaluated through the future design efforts. Areas where safety considerations should continue to be evaluated through the ongoing and future design efforts are identified in **Chapter 8**. Overall, this safety assessment demonstrates the Preferred Alternative should not have a significant adverse impact on the safety of the study corridors.

00001833



# 8    ADDITIONAL DESIGN AND MITIGATION CONSIDERATIONS

There are corridor, interchange, and intersection geometric, operational, and safety aspects within the Phase 1 South study area, in which additional improvements or mitigation strategies may be considered as part of future and ongoing design efforts. Due to its size and complexity, the Preferred Alternative will be implemented via multiple phases of construction within the limits of the Preferred Alternative, Phase 1 South. These operational and safety measures were identified as part of the IAPA analysis and will be considered further as the design and construction progresses:

- As part of the Preferred Alternative, new signals are proposed, and signal phasing modifications were identified where needed to provide safe operations and reduce conflicting movements. During final design and construction, signal phasing, timings, and offsets at adjacent intersections along crossroads should reviewed to incorporate traffic shifts and new traffic signals into the system. Signal phasing or timing modifications may be needed to reduce the potential for conflicts, accommodate forecasted traffic volumes, or reduce queue spillback from occurring. In addition, ramp metering locations should be monitored, and adjustments may need to be considered to optimize traffic flow safely and operationally.
- New pavement and resurfacing will improve friction along the roadway and help to mitigate specific crash patterns associated with reduced pavement friction, such as wet-weather related crashes. Following construction, crash data should continue to be monitored to determine the need for additional measures such as high friction surface treatments to specific ramps with identified wet-weather crash patterns.
- Signing and pavement markings should be designed to clearly communicate message to motorists who may be unfamiliar with the roadway. Both the No Build and Preferred Alternative includes a combination of left and right-hand ramps and varying interchange configurations, which along with the HOT managed lane facility may contribute to driver confusion. Guide signing and markings will be designed to current MUTCD standards to best guide drivers without overloading the driver with information. Regulatory signs will be provided per the MUTCD to discourage wrong way movements at the HOT managed lane junctions.
- Additional opportunities to refine the proposed geometry to further discourage wrong way movements will be reviewed as part of final design. Opportunities to enhance pedestrian safety relative to existing conditions will also continue to be reviewed as design progresses.
- The trends of rear end, sideswipe, and peak period crashes that were identified through the safety analysis were found to be largely attributable to recurring congestion. The safety performance of these locations is expected to improve with the Preferred Alternative due to the improved operations, traffic volume shifts, and reduced duration of congested conditions. In addition, the demand to use the HOT lanes will be managed by toll rates, which will be set to achieve a minimum operating speed for the HOT lanes. However, congestion is still expected during the PM peak period on I-270 Northbound and the I-495 Inner Loop in the design year of 2045 due to downstream bottlenecks outside of the Preferred Alternative limits. Following implementation of the Preferred Alternative, conditions should be monitored to determine if additional safety measures are needed. For example:
  o The Preferred Alternative will include ITS devices that will have the ability to collect data and measure speeds along the roadway. These devices can be tied into an active warning system to alert motorists to downstream roadway conditions, such as congestion and slow speeds

00001834

ahead. Both the General Purpose lanes and the HOT lanes may be monitored through the vehicle data collection. This monitoring will be very beneficial for driver information systems, such as triggering messaging/signing to motorists. An active warning system, such as queue detection and warning messaging, has been found to reduce crashes in several studies:

- Following the implementation of Minnesota Queue Warning System (MN-QWARN) along a section of I-94 in Minneapolis, the freeway was found to have experienced a 49% reduction of crashes and an 82% reduction in near-crash events.[17] The ATM system incorporates intelligent lane control signals (ILCS) placed over selected lanes at half-mile increments. The ILCS units dis-played the message Slow Traffic Ahead, which would direct drivers to reduce speed due to the congested lanes downstream. Research has shown that rear-end collisions tend to occur during extended lines of stop-and-go traffic and at end-of-queue locations. Overhead, real-time electronic messages that warn of queuing conditions ahead can prepare motorists to reduce speed and avoid potential rear-end collisions.[18]

- An innovative end-of-queue warning system was implemented on a 96-mile section of Interstate 35 (I-35) in central Texas as part of a freeway widening project. The system was designed to alert motorists of slowed or stopped vehicles ahead as they approached active construction projects on I-35. Preliminary results indicated that the end-of-queue warning system reduced crash potential by 18-45%.[19]

---

[17] https://trid.trb.org/view/1759599

[18] https://mntransportationresearch.org/2017/07/26/atm-queue-warning-systems-can-reduce-freeway-crashes/

[19] https://www.itskrs.its.dot.gov/node/209197

00001835



I-495 & I-270 Managed Lanes Study

Draft Application for Interstate Access Point Approval

## 9    FINDINGS AND CONCLUSION

FHWA Policy on Access to the Interstate System, published on May 22, 2017, addresses the two considerations and requirements defined in the memorandum as follows:

- Consideration and Requirement 1: Operational and safety analysis
- Consideration and Requirement 2: Connects to a public road and provides for all movements and is designed to meet or exceed current standards

This Draft Application for Interstate Access Point Approval meets these two considerations and requirements.

<u>**Consideration and Requirement 1: Operational and Safety Analysis**</u>

*An operational and safety analysis has concluded that the proposed change in access does not have a significant adverse impact on the safety and operation of the Interstate facility (which includes mainline lanes, existing, new, or modified ramps, ramp intersections with crossroad) or on the local street network based on both the current and the planned future traffic projections. The analysis should, particularly in urbanized areas, include at least the first adjacent existing or proposed interchange on either side of the proposed change in access (23 CFR 625.2(a), 655.603(d) and 771.111(f)). The crossroads and the local street network, to at least the first major intersection on either side of the proposed change in access, should be included in this analysis to the extent necessary to fully evaluate the safety and operational impacts that the proposed change in access and other transportation improvements may have on the local street network (23 CFR 625.2(a) and 655.603(d)). Requests for a proposed change in access should include a description and assessment of the impacts and ability of the proposed changes to safely and efficiently collect, distribute, and accommodate traffic on the Interstate facility, ramps, intersection of ramps with crossroad, and local street network (23 CFR 625.2(a) and 655.603(d)). Each request should also include a conceptual plan of the type and location of the signs proposed to support each design alternative (23 U.S.C. 109(d) and 23 CFR 655.603(d)).*

Traffic operational and safety analyses are documented in **Chapters 6 and 7**, respectively. The operational study area limits consist of the Phase 1 South limits shown in **Figure 1-1**, the adjacent freeway segments and interchanges along I-495 and I-270, as well as the adjacent signalized intersections along the 13 crossroads. The methodology used to develop traffic forecasts for the project is summarized in **Chapter 5**. VISSIM microsimulation software was used for the evaluation of traffic operations for the project. Safety analysis using historical crash data and HSM methodologies were used for the evaluation of safety. The traffic analysis demonstrates that the "the proposed change in access does not have a significant adverse impact on the safety and operation of the interstate facility or on the local street network based on both the current and planned future traffic projections."

The operational analysis includes both the Preferred Alternative and No Build conditions for 2027 opening and 2045 design years, documented in **Chapter 6**. All proposed merge and diverge junctions associated with the Preferred Alternative, proposed at-grade exchange ramps along I-270 West Spur, new HOT lane ramps, and the truncation areas where the HOT lanes end and tie into the General Purpose lanes were evaluated. In addition, the proposed interchange modifications at MD 190 (where General Purpose loop ramps will be replaced with directional ramps) and I-270 at MD 189 (where the existing SPUI will be replaced with a DDI) as well as all the proposed HOT lane ramp connections onto the crossroads were evaluated and assessed to determine their operation and safety impacts. With the Preferred Alternative, there are significant operational benefits to the system. In addition to increased throughput there is a significant decrease in the lane milage of failing freeway segments. While congestion will still be present during the PM peak period on I-270 Northbound

00001836



and the I-495 Inner Loop in the design year of 2045 due to downstream bottlenecks outside of the Preferred Alternative limits, in most cases, the Preferred Alternative will also increase speeds and reduce travel times and delays compared to the No Build Alternative.

Existing crash data was summarized, high crash locations were identified, and both a qualitative assessment and predictive safety analysis were performed to document the anticipated safety impacts of the Preferred Alternative in **Chapter 7**. By reducing the extent and duration that the freeways and local roadways operate under congestion, unstable flow, and stop-and-go conditions, it can be anticipated that the Preferred Alternative will reduce the potential for congestion-related crashes, such as rear-end and sideswipe crashes occurring during peak periods. As a result of the safety analysis effort, the Preferred Alternative was developed and refined through an iterative process in support of the project. Furthermore, the Preferred Alternative will replace aging structures, provide new pavement, and include improved geometrics, which will likely result in safety improvements. The removal of the Collector-Distributor lanes along I-270 minimizes the project footprint and associated impacts while also eliminating conflict points at the slip ramps, though there is some tradeoff expected with additional merging and weaving in the General Purpose lanes. While the project will include tighter cross sections through small areas to avoid impacts to critical resources, introduce new signalized intersections along some crossroads, and include additional merge and diverge access points along the freeway at certain locations, safety improvement and mitigation considerations have been identified and will continue to be evaluated through the future design efforts. Areas where safety considerations should continue to be evaluated through the ongoing and future design efforts are identified in **Chapter 8**. Overall, the safety assessment demonstrates the Preferred Alternative should not have a significant adverse impact on the safety of the study corridors.

A conceptual signing plan depicting all major guide signs was prepared and is included in **Appendix F**.

**Consideration and Requirement 2: Connects to Public Road and Provides for All Movements**

*The proposed access connects to a public road only and will provide for all traffic movements. Less than "full interchanges" may be considered on a case-by-case basis for applications requiring special access, such as managed lanes (e.g., transit, HOVs, HOT lanes) or park and ride lots. The proposed access will be designed to meet or exceed current standards (23 CFR 625.2(a), 625.4(a)(2), and 655.603(d)). In rare instances where all basic movements are not provided by the proposed design, the report should include a full-interchange option with a comparison of the operational and safety analyses to the partial-interchange option. The report should also include the mitigation proposed to compensate for the missing movements, including wayfinding signage, impacts on local intersections, mitigation of driver expectation leading to wrong-way movements on ramps, etc. The report should describe whether future provision of a full interchange is precluded by the proposed design.*

The Preferred Alternative will provide additional new access at existing interchanges to serve traffic to/from the HOT managed lanes, as shown in **Table 3-1**. New access locations would include two new interchanges where access does not currently exist: on I-270 at Wootton Parkway and Gude Drive. A new interchange would be constructed at the existing Wootton Parkway overpass to provide direct access to and from the I-270 HOT managed lanes only. A new interchange would also be constructed at Gude Drive to provide direct access to and from the I-270 HOT managed lanes only. Additionally, direct access to the northbound HOT managed lanes and from the southbound HOT managed lanes on the I-270 West Spur would be provided at Westlake Terrace by repurposing the existing HOV entrance and exit ramps. The existing intersection at Westlake Terrace would be converted to a four-leg intersection with new exit and entrance ramps to/from the south to provide direct

00001837


access for all directions on the HOT managed lanes. Per Consideration and Requirement 2, less than "full interchanges" are allowed for managed lanes or park and ride lots. There are no existing or proposed interchange access to serve park and ride lots. Wootton Parkway, Gude Drive, and Westlake Terrace are less than full interchanges but have proposed HOT managed lanes access. All existing traffic movements that are currently accommodated along I-270 and I-495 within the limits of the Preferred Alternative will continue to be accommodated.

All elements of the project will be designed in accordance with AASHTO and MDOT SHA standards to the extent practical. Design criteria are identified in **Section 4.1** and **Appendix D**. The Design Exceptions under consideration for the Preferred Alternative are show in **Table 4-1**.

00001838



# Appendix A
## IAPA Framework Document (December 2020)



# IAPA FRAMEWORK DOCUMENT
## December 2020



U.S. Department
of Transportation

**Federal Highway
Administration**



MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

**IAPA FRAMEWORK DOCUMENT**



**Table of Contents**

1. Introduction .................................................................................................................... 1

2. Framework Document Purpose.......................................................................................... 3

3. Scope............................................................................................................................... 4

4. Policy Points .................................................................................................................... 5

5. Study Assumptions .......................................................................................................... 6

   5.1   I-495 Description.................................................................................................. 14

   5.2   I-270 Description.................................................................................................. 15

   5.3   Corridor Modeling Limits...................................................................................... 15

   5.4   Traffic Data Collection.......................................................................................... 16

      5.4.1   Traffic Volumes ......................................................................................... 16

      5.4.2   Signal Timings............................................................................................ 16

      5.4.3   Travel Times and Speeds............................................................................ 16

      5.4.4   Field Observations..................................................................................... 17

   5.5   Analysis Years and Background Projects ................................................................ 17

   5.6   Analysis Scenarios................................................................................................ 19

   5.7   Analysis Periods .................................................................................................. 19

6. Travel Demand Forecasting............................................................................................. 20

   6.1   MWCOG Model.................................................................................................... 20

      6.1.1   MWCOG Model Assumptions ...................................................................... 20

      6.1.2   MWCOG Base and Future Year Model Development ...................................... 20

   6.2   VISUM Model Development.................................................................................. 21

      6.2.1   VISUM Base Year Model Development ......................................................... 21

      6.2.2   VISUM Model Calibration and Validation...................................................... 22

      6.2.3   VISUM Future Year Model Development ...................................................... 23

7. Traffic Operational Analysis ............................................................................................ 23

   7.1   VISSIM Analysis................................................................................................... 23

   7.2   Synchro Corridor Analysis.................................................................................... 24

   7.3   Measures of Effectiveness.................................................................................... 25

8. Safety Analysis............................................................................................................... 29

   8.1   Existing Crash Data Review and Qualitative Analysis............................................... 29

   8.2   Quantitative Safety Analysis ................................................................................ 29

00001841

**IAPA FRAMEWORK DOCUMENT**

9. Schedule...................................................................................................................................30

10. Funding Plan............................................................................................................................31

11. Proposed Geometric Design Standards and Anticipated Design Exceptions or Waivers .................31

12. Final Design Approach .............................................................................................................31

13. Proposed IAPA Content............................................................................................................31

Signatures....................................................................................................................................32

**List of Tables**

Table 1: I-495 Interchanges and Lane Configurations Included in Model (Existing)...................................9
Table 2: I-270 Interchanges and Lane Configurations Included in Model (Existing)................................10
Table 3: Proposed Managed Lane Access and General Purpose Lane Access Changes...........................12
Table 4: Level of Service Criteria (LOS) – Freeways and Ramps (pc/hr/ln)..............................................27
Table 5: Level of Service Criteria (LOS) – Signalized Intersections – Per HCM Exhibit 20-2 .....................28
Table 6: Level of Service Criteria (LOS) – Unsignalized Intersections – Per HCM Exhibit 19-8.................28

**List of Figures**

Figure 1: I-495 and I-270 MLS Corridors...................................................................................................2
Figure 2: I-495 and I-270 MLS Phase 1 Limits ..........................................................................................3
Figure 3: I-495 and I-270 MLS Access Locations ......................................................................................7
Figure 4: Limits of Traffic Model Network and Interchange Locations Included along I-495 and I-270 (Existing and No Build)...........................................................................................................................8
Figure 5: Locations of High Occupancy Vehicle (HOV) and Collector-Distributor (CD) Lanes (Existing) ....11
Figure 6: I-270 Innovative Congestion Management (ICM) Improvements............................................18
Figure 7: Greenbelt Metro Station Access Improvements .....................................................................19
Figure 8: VISUM Trip Assignment Iterative Process...............................................................................22
Figure 9: Freeway Level of Service (LOS) (VISSIM) – Per HCM Exhibit 12-15 ..........................................27
Figure 10: Example Synchro Corridor Analysis Results...........................................................................28

**Appendices**

Appendix A – Phase 1 and Full MLS RPA Lane Diagrams
Appendix B – MWCOG Validation Memos
Appendix C – VISSIM Calibration Memo

00001842



# 1    INTRODUCTION

The Maryland Department of Transportation State Highway Administration (MDOT SHA) is currently conducting the I-495 & I-270 Managed Lanes Study (MLS). The Study is evaluating potential transportation improvements to portions of the I-495 and I-270 corridors in Montgomery and Prince George's Counties, Maryland, and Fairfax County, Virginia.

I-495 and I-270 in Maryland are the two most heavily traveled freeways in the National Capital Region, each with Average Annual Daily Traffic (AADT) volume up to 260,000 vehicles per day in 2018 (MDOT SHA, 2019). I-495 is the only circumferential route in the region that provides interregional connections to many radial routes in the region, such as I-270, US 29 (Colesville Road), I-95, the Baltimore-Washington Parkway, US 50 (John Hanson Highway), and MD 5 (Branch Avenue). I-270 is the only freeway link between I-495 and the fast-growing northwest suburbs in northern Montgomery County and the suburban areas in Frederick County. In addition to heavy commuter traffic demand, I-495 provides connectivity along the East Coast, as it merges with I-95 in Maryland for 25 miles around the east side of Washington DC. (**Figure 1**).

This Study is considering alternatives that address roadway congestion within the specific Study scope of 48 miles from I-495 from south of the George Washington Memorial Parkway in Fairfax County, Virginia, including improvements to the American Legion Bridge over the Potomac River, to west of MD 5, and along I-270 from I-495 to north of I-370, including the East and West I-270 Spurs.

Due to the magnitude of the Study, MDOT SHA intends to construct the improvements in phases, if a Build Alternative is selected. The I-495 & I-270 Managed Lanes Study Phase 1 (**Figure 2**) limits would extend along I-495 from the vicinity of the George Washington Memorial Parkway in Virginia, across and including the American Legion Bridge, to its interchange with I-270 at the West Spur and I-270 from its interchange with I-495 to north of I-370.

The Notice of Intent to Initiate NEPA Study occurred in Spring 2018. The Draft Environmental Impact Statement (DEIS) was published for public comment in July 2020[1]. The Final Environmental Impact Statement (FEIS) will be developed from the Fall 2020 to Spring 2021[2].

---

[1] https://495-270-p3.com/deis/
[2] https://495-270-p3.com/environmental/study-timeline/

00001843



## Figure 1: I-495 and I-270 MLS Corridors



00001844

## Figure 2: I-495 and I-270 MLS Phase 1 Limits



## 2    FRAMEWORK DOCUMENT PURPOSE

MDOT SHA is now beginning the development of an Interstate Access Point Approval (IAPA) report for the I-495 & I-270 Managed Lanes Study that will document information necessary to allow MDOT SHA to make informed decisions and to be acceptable to the Federal Highway Administration (FHWA) for safety, operations and engineering. This document and its analysis will use and build upon the traffic modeling and analysis completed for the Draft Environmental Impact Statement (DEIS), but will provide a more in-depth evaluation of operations and safety of the Recommended Preferred Alternative (RPA), which is expected to be identified in early 2021. The IAPA report will be reflective of the future design year of 2045 (while the design year for the DEIS reflected 2040), interim year (2027) analysis for the opening year of Phase 1, and revisions to the proposed managed lanes access points. The proposed managed lane access points continue to be refined as more detailed analyses are completed.

The IAPA for the MLS will document the information necessary to allow FHWA to make an informed decision regarding the potential impacts of a change in access. This document outlines the scope of work and assumptions for the traffic forecasting and analysis work in support of the IAPA.

00001845



## 3    SCOPE

As noted in the DEIS, the purpose of the MLS is to develop a travel demand management solution(s) that addresses congestion and improves trip reliability on I-495 and I-270 within the Study limits and enhances existing and planned multimodal mobility and connectivity. The Study's purpose is to address the following needs:

- **Accommodate Existing Traffic and Long-Term Traffic Growth** – High travel demand from commuter, business, and recreational trips results in severe congestion from 7 to 10 hours per day on the Study corridors, which is expected to deteriorate further by the planning horizon year of 2040. Additional roadway capacity is needed to address existing and future travel demand and congestion, reduce travel times, and allow travelers to use the facilities efficiently.

- **Enhance Trip Reliability** – Congestion on I-495 and I-270 results in unpredictable travel times. Travelers and freight commodities place a high value on reaching their destinations in a timely and safe manner, and in recent years, the Study corridors have become so unreliable that uncertain travel times are experienced daily. More dependable travel times are needed to ensure trip reliability.

- **Provide Additional Roadway Travel Choices** – Travelers on I-495 and I-270 do not have enough roadway options for efficient travel during extensive periods of congestion. Additional roadway management options are needed to improve travel choices, while retaining the general-purpose (GP) lanes.

- **Accommodate Homeland Security** – The National Capital Region is considered the main hub of government, military, and community installations related to homeland security. These agencies and installations rely on quick, unobstructed roadway access during a homeland security threat. Additional capacity would assist in accommodating a population evacuation and improving emergency response access should an event related to homeland security occur.

- **Improve Movement of Goods and Services** – I-495 and I-270 are major regional transportation networks that support the movement of passenger and freight travel within the National Capital Region. Existing congestion along both corridors increases the cost of doing business due to longer travel times and unreliable trips. The effects of this congestion on the movement of goods and services is a detriment to the health of the local, regional, and national economy. Efficient and reliable highway movement is necessary to accommodate passenger and freight travel, moving goods and services through the region.

Additional roadway capacity and improvements to enhance reliability must be financially viable. MDOT's traditional funding sources would be unable to effectively finance, construct, operate, and maintain improvements of this magnitude. Revenue sources that provide adequate funding, such as pricing options, are needed to achieve congestion relief and address existing high travel demand.

The preparation of the Environmental Impact Statement is being closely coordinated among MDOT SHA, FHWA, and the following agencies:

00001846



- US Army Corp of Engineers (USACE) Baltimore District
- US Environmental Protection Agency (EPA)
- National Park Service (NPS)
- National Capital Planning Commission (NCPC)
- Maryland Department of the Environment (MDE)
- Maryland Department of Natural Resources (MDNR)
- Virginia Department of Transportation (VDOT)
- Maryland-National Capital Park and Planning Commission (M-NCPPC)

The DEIS, published in July 2020, considered six Build alternatives and the No Build alternative. The RPA is expected in early 2021 after completion of and consideration of comments received from the DEIS comment period.

## 4    POLICY POINTS

FHWA's "Policy on Access to the Interstate System" (May 2017) includes two policy points:

1. *An operational and safety analysis has concluded that the proposed change in access does not have a significant adverse impact on the safety and operation of the Interstate facility (which includes mainline lanes, existing, new, or modified ramps, and ramp intersections with crossroad) or on the local street network based on both the current and the planned future traffic projections. The analysis should, particularly in urbanized areas, include at least the first adjacent existing or proposed interchange on either side of the proposed change in access (Title 23, Code of Federal Regulations (CFR), paragraphs 625.2(a), 655.603(d) and 771.111(f)). The crossroads and the local street network, to at least the first major intersection on either side of the proposed change in access, should be included in this analysis to the extent necessary to fully evaluate the safety and operational impacts that the proposed change in access and other transportation improvements may have on the local street network (23 CFR 625.2(a) and 655.603(d)). Requests for a proposed change in access should include a description and assessment of the impacts and ability of the proposed changes to safely and efficiently collect, distribute, and accommodate traffic on the Interstate facility, ramps, intersection of ramps with crossroad, and local street network (23 CFR 625.2(a) and 655.603(d)). Each request should also include a conceptual plan of the type and location of the signs proposed to support each design alternative (23 U.S.C. 109(d) and 23 CFR 655.603(d)).*

2. *The proposed access connects to a public road only and will provide for all traffic movements. Less than "full interchanges" may be considered on a case-by-case basis for applications requiring special access, such as managed lanes (e.g., transit or high occupancy vehicle and high occupancy toll lanes) or park and ride lots. The proposed access will be designed to meet or exceed current standards (23 CFR 625.2(a), 625.4(a)(2), and 655.603(d)). In rare instances where all basic movements are not provided by the proposed design, the report should include a full-interchange option with a comparison of the operational and safety analyses to the partial-interchange option. The report should also include the mitigation proposed to compensate for the missing movements, including wayfinding signage, impacts on local intersections, mitigation of driver expectation leading to wrong-way movements on ramps, etc. The report should describe whether future provision of a full interchange is precluded by the proposed design.*

00001847



The IAPA will address both policy points. Traffic operational analyses will be performed and documented in the IAPA. Details of the scope of the operational analyses are summarized in Section 7. Existing crash data will be summarized and both a qualitative and quantitative safety analysis will be performed to document the anticipated safety impacts of the proposed interchange. Details of the scope of the safety analyses are summarized in Section 8.

The MLS maintains all existing traffic movements at all existing interchanges. The MLS also adds managed lanes access to multiple interchanges, including three new proposed interchanges that will provide access to the managed lanes only (**Figure 3**). The methodology and assumptions for the operational analyses of these interchanges are summarized in Section 7. A conceptual signing plan depicting all major guide signs will be prepared and included in the IAPA. Design exceptions will be identified and provided in the IAPA.

The IAPA will comply with MDOT SHA's "Interstate Access Point Approval Process for the Maryland Department of Transportation State Highway Administration" (July 2017).

# 5    STUDY ASSUMPTIONS

During the NEPA process, a model was developed with defined geographical limits. As the MLS is considering improvements along I-495, I-270, and its interchanges, the model development began with determining the limits of these freeways to be included.  This model will be used in the IAPA.

The Existing and No Build interchange locations are shown in **Figure 4**. Existing lane configurations for I-495 and I-270 are described in **Tables 1 and 2**, respectively. This list includes the Existing locations of HOV lanes and CD lanes. The Existing locations of the HOV lanes, as well as CD lanes, are shown in **Figure 5**. A list of interchanges with proposed Managed Lane access and proposed changes to General Purpose Lane access is included in **Table 3.**

VISSIM models will be used to provide operational analysis results for freeways, ramps, and ramp junction intersections. Synchro will be used to develop the signal timing and phasing for input into the future-year VISSIM models. This analysis will be supplemented with Synchro analysis of the ramp junction intersections and their adjacent intersections.

**IAPA FRAMEWORK DOCUMENT**



**Figure 3: I-495 and I-270 MLS Access Locations**



00001849



**Figure 4: Limits of Traffic Model Network and Interchange Locations Included along I-495 and I-270 (Existing and No Build)**



00001850

**IAPA FRAMEWORK DOCUMENT**



### Table 1: I-495 Interchanges and Lane Configurations Included in Model (Existing)

| Segment | | # Lanes | |
|---|---|---|---|
| **From** | **To** | **Inner Loop** | **Outer Loop** |
| VA 193 | George Washington Memorial Pkwy | 4 + 1 aux | 4 + 3 CD |
| George Washington Memorial Pkwy | Clara Barton Pkwy | 4 + 1 aux | 4 + 1 aux |
| Clara Barton Pkwy | Cabin John Pkwy | 4 | 4 |
| Cabin John Pkwy | MD 190 | 4 | 4 |
| MD 190 | I-270 West Spur | 5 | 5 |
| I-270 West Spur | MD 187 | 3 | 3 |
| MD 187 | I-270 East Spur/MD 355 | 3 | 3 |
| I-270 East Spur/MD 355 | MD 185 | 4 | 4 |
| MD 185 | MD 97 | 4 | 4 |
| MD 97 | US 29 | 4 | 4 |
| US 29 | MD 193 | 4 + 1 aux | 4 |
| MD 193 | MD 650 | 4 | 4 to 5 |
| MD 650 | I-95 | 4 + 1 aux | 5 + 1 aux |
| I-95 | US 1 | 4 + 2 CD | 4 + 2 aux |
| US 1 | Greenbelt Metro | 4 | 4 |
| Greenbelt Metro | MD 201 | 4 | 4 |
| MD 201 | Baltimore-Washington Pkwy | 4 | 4 + 1 aux |
| Baltimore-Washington Pkwy | MD 450 | 4 | 4 |
| MD 450 | US 50 | 4 | 4 + 1 aux |
| US 50 | MD 202 | 4 to 3 + 2 CD + 1 aux | 4 to 3 + 2 CD + 1 aux |
| MD 202 | Arena Drive | 3 + 2 CD + 1 aux | 3 + 2 CD + 1 aux |
| Arena Drive | MD 214 | 4 + 1 aux | 4 + 1 aux |
| MD 214 | Ritchie Marlboro Road | 4 | 4 |
| Ritchie Marlboro Road | MD 4 | 4 | 4 |
| MD 4 | MD 337 | 4 | 4 |
| MD 337 | MD 5 | 4 | 4 |
| MD 5 | MD 414 | 4 | 4 |
| MD 414 | MD 210 | 4 | 4 |
| MD 210 | I-295 | 2 + 3 CD | 2 + 3 CD |
| I-295 | Woodrow Wilson Bridge | 2 + 3 CD | 2 + 3 CD |

00001851

**Table 2: I-270 Interchanges and Lane Configurations Included in Model (Existing)**

| Segment | | # Lanes | |
|---|---|---|---|
| From | To | Southbound | Northbound |
| **North of Split** | | | |
| MD 85 | MD 80 | 2 | 2 |
| MD 80 | MD 109 | 2 | 2 |
| MD 109 | MD 121 | 2 | 2 |
| MD 121 | Father Hurley Boulevard | 3 | 2 + 1 HOV* |
| Father Hurley Boulevard | MD 118 | 3 + 1 aux | 2 + 1 HOV* + 1 aux |
| MD 118 | Middlebrook Road | 3 | 3 + 1 HOV* |
| Middlebrook Road | Watkins Mill Road (Future) | 4 | 3 + 1 HOV* |
| Watkins Mill Road (Future) | MD 124 | 4 | 3 + 1 HOV* |
| MD 124 | MD 117 | 4 | 3 + 1 HOV* + 2 CD |
| MD 117 | I-370 | 5 to 4 + 2 CD | 3 + 1 HOV* + 3 CD |
| I-370 | Shady Grove Road | 3 + 1 HOV* + 3 CD | 3 + 1 HOV* + 3 CD |
| Shady Grove Road | MD 28 | 3 + 1 HOV* + 2 CD | 3 + 1 HOV* + 3 CD |
| MD 28 | MD 189 | 3 + 1 HOV* + 2 CD | 3 + 1 HOV* + 2 CD |
| MD 189 | Montrose Road | 3 + 1 HOV* + 2 CD | 3 + 1 HOV* + 2 CD |
| Montrose Road | I-270 Split | 5 + 1 HOV* | 5 + 1 HOV* |
| **East Spur** | | | |
| I-270 Split | MD 187 | 3 to 2 + 1 HOV* | 3 to 2 + 1 HOV* |
| MD 187 | I-495 | 2 + 1 HOV* | 2 + 1 HOV* |
| **West Spur** | | | |
| I-270 Split | Westlake Terrace | 2 + 1 HOV* | 2 + 1 HOV* |
| Westlake Terrace | Democracy Boulevard | 2 + 1 HOV* | 2 + 1 HOV* |
| Democracy Boulevard | I-495 | 3 | 3 |

*HOV lanes are in service from 6:00-9:00 AM Southbound and 3:30-6:30 PM Northbound on weekdays; lanes are for general purpose during other times*

00001852



### Figure 5: Locations of High Occupancy Vehicle (HOV) and Collector-Distributor (CD) Lanes (Existing)



00001853

**Table 3: Proposed Managed Lane Access and General Purpose Lane Access Changes**

| Interchange No. | Interchange Description | Proposed Managed Lanes Access | Proposed General Purpose Lanes Access |
|---|---|---|---|
| 1 | I-270 at MD 117 | None | No change |
| 2 | I-270 at I-370 | Full | No change |
| 3 | I-270 at Shady Grove Road | None | No change |
| 4 | I-270 at Gude Drive (new interchange) | Full | No change (no GPL access provided) |
| 5 | I-270 at MD 28 | None | No change |
| 6 | I-270 at MD 189 | None | No change |
| 7 | I-270 at Wootton Parkway (new interchange) | Full | No change (no GPL access provided) |
| 8 | I-270 at Montrose Road | None | No change |
| 9 | I-270 at I-270 Spur (Y-Split) | Full | No change |
| 10 | I-270 at Westlake Terrace | Full | Existing ramps to/from HOV lanes to/from the North replaced by ramps to/from MLs |
| 11 | I-270 at Democracy Boulevard | None | No change |
| 12 | I-270 at Rockledge Drive / MD 187 | None | No change |
| 13 | I-270 east of MD 187 | At-grade ramps from ML to GP EB and from GP to ML WB | No change |
| 14 | I-495 at VA 193 | None | No change |
| 15 | I-495 at George Washington Memorial Parkway | Full | No change |
| 16 | I-495 with Clara Barton Parkway | None | No change |
| 17 | I-495 at MD 190 / Cabin John Parkway | Full | Replace loop ramp from MD 190 WB to I-495 Outer Loop with directional ramp and relocate directional ramp from MD 190 EB to I-495 Outer Loop to signal |
| 18 | I-495 at I-270 West Spur | Full | No change |
| 19 | I-495 west of MD 187 | At-grade ramps from ML to GP EB and from GP to ML WB | No change |
| 20 | I-495 at MD 187 | Full | Interchange reconfigured to a SPUI to provide access to/from GPLs and MLs via the same ramps |

00001854

**Table 3: Proposed Managed Lane Access and General Purpose Lane Access Changes (Continued)**

| Interchange No. | Interchange Description | Proposed Managed Lanes (ML) Access | Proposed General Purpose Lanes (GPL) Access |
|---|---|---|---|
| 21 | I-495 at I-270 East Spur / MD 355 | Full access between I-495 and the I-270 East Spur; no direct ML access to MD 355 | Convert ramp from NB MD 355 GP to I-495 Outer Loop GP from left-side on-ramp to right-side on-ramp |
| 22 | I-495 at MD 185 | Full | No change |
| 23 | I-495 at MD 97 | None | Replace all three loop ramps with directional ramps |
| 24 | I-495 at US 29 | Full | Replace all three loop ramps with directional ramps; add movement from I-495 Outer Loop to US 29 NB |
| 25 | I-495 at MD 193 | None | Replace both loop ramps with directional ramps; add movement from MD 193 SB to I-495 Outer Loop |
| 26 | I-495 at MD 650 | Full | Replace loop ramps from MD 650 SB to I-495 Inner Loop and from I-495 Inner Loop to MD 650 NB with directional ramps and signalize, relocate directional ramp from MD 650 NB to I-495 Inner Loop to signal |
| 27 | I-495 at I-95 | Full | Convert flyover ramp NB from Park and Ride to I-495 Outer Loop to loop ramp |
| 28 | I-495 at US 1 | Full | No change |
| 29 | I-495 at Greenbelt Station / Cherrywood Lane | Full | Add ramps from I-495 Outer Loop to Greenbelt Metro Dr and from Greenbelt Metro Dr to I-495 Inner Loop (included in the No Build) |
| 30 | I-495 at MD 201 | None | No change |
| 31 | I-495 at Baltimore Washington Parkway (MD 295) | Full | No change |

00001855

**Table 3: Proposed Managed Lane Access and General Purpose Lane Access Changes (Continued)**

| Interchange No. | Interchange Description | Proposed Managed Lanes (ML) Access | Proposed General Purpose Lanes (GPL) Access |
|---|---|---|---|
| 32 | I-495 south of Baltimore Washington Parkway (MD 295) | At-grade ramps (ML to GPL access on the inner loop; GPL to ML access on the outer loop) | No change |
| 33 | I-495 at MD 450 | None | No change |
| 34 | I-495 at US 50/Pennsy Drive | Full | No change |
| 35 | I-495 at MD 202 | To/from north | No change |
| 36 | I-495 at Arena Drive | None | No change |
| 37 | I-495 at MD 214 | To/from south | No change |
| 38 | I-495 north of Ritchie Marlboro | At-grade ramps (GPL to ML access on the inner loop; ML to GPL access on the outer loop) | No change |
| 39 | I-495 at Ritchie Marlboro | Full | No change |
| 40 | I-495 at MD 4 | Full | Replace all four loop ramps with directional ramps |
| 41 | I-495 at MD 337 / Suitland Road | None | No change |
| 42 | I-495 at MD 5 | To/from east | No change |
| 43 | I-495 at MD 414 | None | No change |

## 5.1   I-495 DESCRIPTION

I-495 is a 64-mile circular freeway that runs through Maryland and Virginia and around the District of Columbia and includes 42 miles in Maryland. I-495 provides access to several roadways in the Washington, DC area, including:

- I-95, which runs along the east coast of the United States from Maine to Florida,
- I-270, which connects the Washington, DC area to Frederick County and western Maryland,
- US 29 and MD 295 (Baltimore-Washington Parkway), which provide connections from the Washington, DC Maryland suburbs to the Baltimore region,
- US 50, which provides access to Annapolis and the Eastern Shore, and
- MD 5, which provides access to southern Maryland.

For a 25-mile section in Prince George's County from the I-495/I-95 interchange to the Woodrow Wilson Bridge, I-495 runs concurrent with I-95. Collector-Distributor (CD) lanes are present along the Inner Loop

00001856



from I-95 to US 1, in both directions from north of MD 202 to Arena Drive and from MD 210 to the Woodrow Wilson Bridge. The posted speed limit along I-495 is 55 mph.

## 5.2    I-270 DESCRIPTION

I-270 is a 35-mile freeway (including the I-270 Spur) that runs from I-495 to the southeast of I-70 in the northwest, near Frederick, Maryland. North of I-70, this roadway becomes US 15, which continues north into Pennsylvania. I-270 primarily serves as a commuter route to the Washington, DC area from Frederick County and the communities along the corridor. Two miles north of I-495, I-270 splits into an East Spur and a West Spur. Both directions of I-270 include High Occupancy Vehicle (HOV) and CD lanes. The I-270 Southbound HOV lane begins at I-370 and ends at I-495 along the East Spur and south of Democracy Boulevard along the West Spur. The I-270 Northbound HOV lane begins at I-495 along the East Spur and south of Democracy Boulevard along the West Spur and ends at MD 121. The HOV lanes are in service weekdays from 6:00-9:00 AM in the southbound direction and 3:30-6:30 PM in the northbound direction. General traffic may use these lanes at other times. The HOV lanes are designated HOV 2+, meaning two or more people must occupy the vehicle. Motorcycles and emergency vehicles (during an emergency) are also permitted in these lanes. Additionally, plug-in electric and plug-in hybrid electric vehicles registered in Maryland are permitted to drive in the HOV lanes with only one occupant. The CD lanes run along I-270 Southbound from north of I-370 to south of Montrose Road, and along I-270 Northbound from south of Montrose Road to north of MD 124. The CD lanes are barrier-separated, and the number of lanes vary along the corridor. The HOV lanes are not barrier-separated. The posted speed limit along I-270 is 55 mph from I-495 (both spurs) to MD 121, 65 mph from MD 121 to MD 85, and 55 mph from MD 85 to I-70.

## 5.3    CORRIDOR MODELING LIMITS

While the MLS limits extend along I-270 from I-495 to north of I-370 and along I-495 from south of the George Washington Memorial Parkway in Virginia to west of MD 5 in Maryland, as previously shown in **Figure 1**, all VISSIM modeling efforts were extended to the following limits:

- I-495 from VA 193 in Virginia to the Woodrow Wilson Bridge on the Maryland side
- I-270 from the I-70 ramp merges to I-495, including the East and West Spurs

Extending the modeling to these limits ensures that the model accounts for effects of congestion originating outside the MLS limits that impact the freeway segments within the MLS limits, and that it captures the full extent of congestion both within the MLS limits as well as outside of the MLS limits that impact the Study area. Every existing interchange along I-495 and I-270 within these modeling limits was included in the modeling analysis. The interchange that recently opened at I-270 at Watkins Mill Road was included in all future models. The modeled network includes a total of 50 interchanges: 29 along I-495, 18 along I-270, 1 interchange between I-270 and the I-270 Spurs, and 2 interchanges between I-495 and the I-270 Spurs.

00001857

## 5.4   TRAFFIC DATA COLLECTION

### 5.4.1   Traffic Volumes

Traffic count data was obtained from MDOT SHA's Internet Traffic Monitoring System (ITMS), which is available to the public. This data includes 59 counts from 2015, 97 counts from 2016, and 102 counts from 2017. For the MLS, intersection turning movement counts (TMC) and average daily traffic (ADT) counts were collected at 101 locations along the I-495 and I-270 corridors in 2018 to supplement existing traffic data. TMC data was collected using 24-hour video counts and ADT count data was collected over 48-hour periods at mainline and ramp locations. All counts were conducted during typical weekday conditions (Tuesdays, Wednesdays, and Thursdays while schools were in session).

The use of multiple years of data was necessary due to the vast quantity of data needed throughout the entire Study area (over 350 locations). Volume data along I-270 had previously been normalized as part of the I-270 Innovative Congestion Management (ICM) initiative; therefore, most of the new count data was used to supplement the information that had been collected previously.

For the IAPA, existing traffic counts were conducted where no count data was available to establish baseline volumes at the adjacent intersections for locations outside the limits of the MLS VISSIM model. This count data was used for analysis of adjacent intersections that were not previously studied during the NEPA process.

Existing traffic volumes were balanced through the study network, including the I-495 and I-270 along with the crossing roadways, so that no volume sinks were present along the access-controlled facilities. Along I-270, volumes were developed separately for the local, express, and HOV lanes where multiple facility types exist. For all roadways, ADT and peak period volumes were developed by direction.

Peak period hourly volumes were adjusted upward at some locations where drops in peak period traffic counts were due to upstream congestion and bottlenecks. This produces a set of peak period traffic volumes that reflect the actual traveler demand and not the resulting network throughput, which was needed so that VISSIM model volume inputs for existing (and future) conditions were adequate to represent actual congestion.

### 5.4.2   Signal Timings

Signal timing data was provided for signalized intersections within the study area to ensure that the Synchro and VISSIM models included accurate existing signal timings and phasing. Timing data was obtained from MDOT SHA's Office of Traffic and Safety (OOTS), Montgomery County Department of Transportation, Prince George's County Department of Public Works and Transportation, the City of Frederick, and the City of Rockville.

### 5.4.3   Travel Times and Speeds

INRIX speed and travel time data was provided by the Regional Integrated Transportation Information System (RITIS) for segments along both I-495 and I-270 for the month of May 2017 on Tuesdays,

00001858



Wednesdays, and Thursdays. The speed and travel time data were averaged across all days, and any outliers caused by atypical issues were excluded.

### 5.4.4    Field Observations

Field observations were conducted during the peak periods along the adjacent arterials. Observations included queue measurements, speed measurements, signal timing verification, and lane distribution, in addition to other observations specific to the location. Existing roadway conditions during the peak periods were verified against Google Maps' typical traffic conditions.

## 5.5    ANALYSIS YEARS AND BACKGROUND PROJECTS

The opening year for Phase 1 of the MLS is anticipated to be 2027, and the design year for full MLS Build is 2045. The IAPA will include analysis of both Phase 1 and the full MLS. Traffic analysis will be performed for No Build and Phase 1 Build for 2027 within the Phase 1 limits. Traffic analysis will be performed for No Build, Phase 1, and full MLS Build for 2045.

The 2027 and 2045 analysis years assume completion of the following projects that are proposed or under construction in the area:

- **I-270 Innovative Congestion Management (ICM) Improvements[3]:** a Progressive Design-Build project to construct improvements along I-270 between I-70 and I-495, including the East and West Spurs. The project includes fourteen roadway improvements that increase capacity and vehicle throughput and address safety concerns and bottlenecks. The project also includes innovative technologies and techniques, including adaptive ramp metering and active traffic management strategies. Some of these improvements were completed in 2019, with the remaining improvements scheduled to be completed by Summer 2021. The proposed improvements of the I-270 ICM initiative are shown in **Figure 6**.
- **I-270 at Watkins Mill Road Interchange[4]:** a new interchange along I-270 at Watkins Mill Road, located north of the interchange at MD 124. Construction of this interchange was completed in June 2020.
- **Greenbelt Metro Station Access Improvements:** an MDOT SHA-proposed access improvements project at the Greenbelt Metro Station along I-495. The plans for these improvements are shown in **Figure 7**.
- **VDOT I-495 Express Lanes Northern Extension (NEXT) Study[5]:** VDOT is performing this study on a proposed extension of the I-495 Express Lanes from the I-495 at Dulles Toll Road interchange to the American Legion Bridge. The study began in April 2018 and has completed a draft Environmental Assessment which was released for public comment. Construction is anticipated to begin in 2021 and be completed by 2025.

---

[3] https://www.roads.maryland.gov/mdotsha/pages/Index.aspx?PageId=80
[4] https://mdot-sha-i270-watkins-mill-intrc-mo3515172r-maryland.hub.arcgis.com/
[5] http://www.495northernextension.org/

00001859

**Figure 6: I-270 Innovative Congestion Management (ICM) Improvements**



00001860



**Figure 7: Greenbelt Metro Station Access Improvements**



## 5.6    ANALYSIS SCENARIOS

The following scenarios will be evaluated for the weekday AM and PM peak periods:

- **Existing Conditions (Year 2017)**
- **No Build Conditions (Year 2027 and Year 2045):** This scenario will include VDOT NEXT and all projects included in the Washington region's Visualize 2045 – Financially Constrained Long-Range Plan (CLRP), adopted by the Metropolitan Washington Council of Governments (MWCOG) – Transportation Planning Board (TPB) in 2018 that are planned to be constructed by 2027 and 2045, including those listed above.
- **Phase 1 Build Conditions (Year 2027):** This scenario includes the No Build improvements plus Phase 1 of the I-495 & I-270 MLS and assumes No Build conditions outside the MLS and Phase 1 limits.
- **Phase 1 Build Conditions (Year 2045):** This scenario includes the No Build improvements plus Phase 1 of the I-495 & I-270 MLS and assumes No Build conditions outside the MLS and Phase 1 limits.
- **Full MLS RPA Build Conditions (Year 2045):** This scenario includes the No Build improvements plus the I-495 & I-270 MLS RPA for the limits of the Study.

Lane diagrams for the proposed Phase 1 and Full MLS RPA Build Conditions are included in **Appendix A**.

## 5.7    ANALYSIS PERIODS

Based on a review of hourly traffic volumes collected for the MLS, the identified peak periods for the VISSIM microsimulation analysis are 6:00 AM to 10:00 AM and 3:00 PM to 7:00 PM. For the Synchro analysis of the adjacent intersections, the peak hours will be reported, which include 8:00 AM to 9:00 AM and 5:00 PM to 6:00 PM, the hours when speeds are the lowest. The operational analysis results will be summarized onto diagrams for these two peak hours.

00001861

# 6    TRAVEL DEMAND FORECASTING

The following is an overview of the methodology for the development of project forecasts for the I-495 & I-270 MLS. Forecasts are being developed for each of the scenarios listed in Section 5.6.

## 6.1    MWCOG MODEL

Regional travel demand models provide valuable insights and big-picture perspectives, helping to identify areas with anticipated growth, traffic impacts due to network changes and tolling policies, and corridors that will potentially require congestion mitigation. Since I-495 and I-270 in Maryland are the two most heavily traveled freeways in the National Capital Region, the study area's regional travel demand model will be used as the first step of the forecasting process.

### 6.1.1    MWCOG Model Assumptions

To provide consistency with regional planning efforts, the Metropolitan Washington Council of Governments (MWCOG) Travel Demand Forecasting Model, Version 2.3 Travel Model, Build 75 (adopted on October 17, 2018), also known as the Version 2.3.75 Travel Model Round 9.1 Cooperative Forecasts, will be used as the basis for the development of traffic forecasts for the IAPA. MWCOG previously conducted study area calibration and developed a modified model (Version 2.3.71) that was used for the analysis to support the DEIS. Modeling documentation confirmed that modifications and revisions from Version 2.3.71 were carried over into Version 2.3.75, which is the version of the model that will be used to develop traffic forecasts for the IAPA.

The official MWCOG model will be used, which MWCOG validates based on the user guide. The MWCOG validation memo is included in **Appendix B**. Validation is based upon the percent difference between estimated and observed volumes at the screenline level, and between link-level model estimates and observed counts.

For this reason, no further calibration will be conducted to maintain consistency with MWCOG practices and previous NEPA forecasting assumptions. Link and period level volumes from the MWCOG model will not be used directly for volume development. The regional travel demand model will be used solely to develop seed information and growth rates for input to the operational analysis.

### 6.1.2    MWCOG Base and Future Year Model Development

The MWCOG model will be used as a two-part process. First, core model runs will be conducted to capture regional behavior and impacts to the study area. Second, a post processor will be developed for the subarea extraction process to produce input data that reflected necessary details for the VISUM model analyses. Results from both the core model and post processor will be reviewed to ensure that results of the subarea extraction process reflected traffic assignment and trends of the core model runs.

Due to the magnitude and intricacy of the study area network, base year 2017 network adjustments will be made to improve the subarea extraction process and provide consistency with VISUM model details. These network changes will include interchange geometry refinements to improve traffic assignment and

00001862



centroid connector placement to ensure proper trip loading to/from the traffic analysis zones (TAZs). For future year conditions, the same level of detail will be included. Additional network reviews will be conducted to confirm that future committed projects are reflected in the No Build models, as defined by the Constrained Long-Range Plan (CLRP) for the interim and design years. The Build modes will be developed by coding in the Recommended Preferred Alternative (RPA), which will include access point assumptions and expansion of the toll process to account for new links and connections outside of the CLRP assumptions.

Toll diversion for the build scenarios will be analyzed using a series of MWCOG origin-destination matrices results. These model results will distinguish toll eligible trips from non-toll eligible trips for each of the six vehicle classes. Toll eligible trips represent vehicles that are expected to access the managed lanes at some point during their trip, while non-toll eligible trips represent vehicles that are expected to conduct travels solely in general purpose lanes. MWCOG travel demand modeling accounts for many driver-related decisions during peak hour travels (e.g. toll costs, speed, capacity, distance, congestion, etc.), which will be reflected in the origin-destination matrices. After applying the appropriate calibration and growth adjustments, the MWCOG origin-destination matrices will be assigned to the VISUM network.

Through this process, input networks and trip tables will be produced for 2017 Existing, 2027 No Build, 2027 Phase 1 Build, 2045 No Build, 2045 Phase 1 Build, and 2045 RPA Build conditions for the VISUM analysis. Additional details will include:

- Subarea networks will reflect proper interchange configurations along the study corridors, including directional lanes, turn penalties, and ramp configurations
- Trip tables will be provided for four periods (i.e., AM, MID, PM, NT) for six different vehicle classes (i.e., SOV, HOV2, HOV3+, CMV, TRK, AIR)
- Trip tables will differentiate "toll eligible trips" for all six classes (i.e., those trips that would use one or more toll facilities for a portion of their trip)

## 6.2    VISUM MODEL DEVELOPMENT

A VISUM model (using PTV Visum 18) will be established to produce the daily, AM, and PM traffic volumes to streamline the process of reassigning traffic to the study roadway network at a more detailed and refined level than the MWCOG model that will be needed for the VISSIM microscopic operations analysis. The VISUM study area is extended beyond the VISSIM traffic analysis study area to account for potential shifts in traffic between competing roadways. The following sections provide further details regarding the development, calibration, and validation of the VISUM model.

### 6.2.1    VISUM Base Year Model Development

To develop the base year model, the Metropolitan Washington Council of Governments (MWCOG) model subarea network will be imported into VISUM and refined to include the detailed geometry of all roadways and intersections within the study area, including signalized intersections and key unsignalized intersections. Existing signal timing data provided by MDOT SHA will be coded into VISUM. Traffic Analysis Zones (TAZs) that serve multiple driveways/developments will be subdivided to ensure an accurate traffic

00001863

assignment at the peak hour level. The MWCOG subarea origin-destination (O-D) matrices will be exported as AM and PM peak period matrices and used as a seed matrix for the initial VISUM traffic assignment, the starting point of the VISUM model development. The MWCOG matrices will be exported to align with the peak hour time periods. The MWCOG matrices will be aggregated appropriately for all vehicle classes to produce individual AM and PM peak hour assignments in VISUM.

### 6.2.2    VISUM Model Calibration and Validation

Model calibration and validation refers to the process that confirms the model provides a reasonable approximation of reality (validation) and makes any adjustments to the model to bring it within desired validation targets (calibration). This ensures that the model accurately represents existing traffic conditions. Existing traffic count data will be the primary data used to assess the validity of the VISUM trip assignment. Field data, such as traffic control, signal timing, lane configurations, and travel speeds will be used as inputs into the model. All of these factors will be taken into consideration to produce a model that reflected realistic conditions and driver tendencies.

VISUM will be calibrated to match the existing link and turning movement volumes using its matrix estimation tool, TflowFuzzy. This built-in procedure adjusts the demand matrix so that its assignment results match observed traffic counts. The iterative process shown in **Figure 8** will be used to estimate the peak hour O-D matrices using TflowFuzzy for the AM and PM peak periods.

For calibration purposes, target values will be established using industry standards in order to establish a calibrated model. The three main standards will include RMSE (root-mean-square-error), GEH (Geoffrey E. Havers statistic formula), and $R^2$ values. All three standards measure the differences between the traffic volumes predicted by a model and the traffic volumes that are observed and collected in the field. After calibration efforts are complete, all measures will fall within the acceptable targets.

**Figure 8: VISUM Trip Assignment Iterative Process**



00001864



### 6.2.3    VISUM Future Year Model Development

Following the validation of the base year 2017 VISUM model for the AM and PM peak hours, the future year VISUM model will be developed to establish the AM and PM peak hour forecasts for both 2045 No Build and Build conditions. To generate the future year VISUM model, the adjustments required for calibration of the base year scenario will also be applied to the future year trip tables generated from the MWCOG model. The peak hour correction matrices developed from the base year validation process will be applied to the future year trip tables. This process will be repeated for each of the six classes (i.e., SOV, HOV2, HOV3+, TRK, CMV, AIR) and all eight peak hours (i.e., 6 AM – 10 AM and 3 PM – 7 PM). The VISUM model network will be modified to reflect future committed projects as defined for the design year to establish the No Build models.

The 2045 forecasts will include a series of adjustments to maintain consistency with MDOT SHA volume projections and other studies provided by MDOT SHA Travel Forecasting and Analysis Division. Since the 2040 forecasts developed for the MLS modeling efforts reflect anticipated growth in key areas, the 2040 volume projections for the following arterials/interchanges will be taken into consideration: Watkins Mill, MD 124, MD 117, Middlebrook Road, MD 118, Greenbelt Metro, MD 201, US 1, and MD 121.

The No Build models will then be modified to incorporate the RPA lane configurations. A toll lane capacity of 1,700 vehicles/hour/lane will be assumed for the build scenarios to maintain consistency with previous 2040 forecasts developed for the DEIS. This threshold assumption was established since tolling prices are expected to be adjusted during the peak hours to maintain acceptable operating speeds on the toll lanes. Using a cost function to represent toll pricing in VISUM, toll volume refinements will be completed via an iterative process. Forecasts will be reviewed and adjusted to ensure that traffic projections in the general purpose and toll lanes generally align with MWCOG model trends without exceeding the established toll lane capacity. These finalized traffic volumes became the basis for VISSIM modeling efforts.

After coordination between MDOT and VDOT representatives, further volume adjustments will be made as necessary to ensure that future year forecasts are within an acceptable margin of error for travel demand forecasting at the American Legion Bridge (ALB) and the links immediately adjacent to the ALB. Forecasting efforts for MDOT and VDOT differed in terms of the starting-point (existing conditions volumes) and travel demand models. Therefore, the forecasting efforts will ensure that the 2045 traffic volumes in the vicinity of the ALB are consistent with VDOT 2045 forecasts, within 10 percent of throughputs at the ALB.

## 7    TRAFFIC OPERATIONAL ANALYSIS

### 7.1    VISSIM ANALYSIS

VISSIM microsimulation models will be used to provide operational analysis results for the following:

- Interstate mainline segments
- Ramp merge, diverge, and weave segments
- Ramp junctions/intersections

00001865

As part of the traffic analysis to support the DEIS, VISSIM models were developed using Version 10. These models include the peak periods of 6:00 AM to 10:00 AM and 3:00 PM to 7:00 PM and are reflective of existing geometry, traffic volumes, and 2017 speeds across all lanes, including High Occupancy Vehicle (HOV) and Collector-Distributor (CD) lanes. The models do not include roadway improvements built after 2017, such as the improvements that are under construction along I-270 as part of the ICM project. To note, a portion of the ICM improvements were implemented in 2019; however, many other ICM improvements, including ramp metering, will not be fully implemented until 2021. The MLS Traffic Technical Report provides the modeling methodologies and assumptions in detail[6].

Using the DEIS VISSIM microsimulation models as a base, refinements were made to improve calibration in some areas, including coding error corrections and driver behavior modifications at spot locations to better reflect 2017 conditions. The validation targets for the I-270 and I-495 models include confirming the following:

- VISSIM travel times fall within a 95% confidence level of INRIX travel times. The cumulative upper and lower bounds of the 95% confidence intervals were determined by first calculating the margin of error for each segment along the corridor.
- VISSIM simulated volumes fall within +/- 10% of balanced traffic count volumes.

The complexity of the I-495 and I-270 VISSIM study area can be characterized by the size of the network, duration of the peak periods, and high variability of daily speeds and volumes. When evaluating the model simulated speeds and volumes compared to the field-collected data, the model is considered reasonably calibrated. This reasonableness provides the sensitivity necessary to evaluate the future year conditions for the purposes of the IAPA. Development and calibration of the VISSIM models are detailed in the "I-495 and I-270 Calibration Memo", which can be found in **Appendix C**. Using the calibrated existing models as a base, the future (2027 and 2045) No Build and Build models will be developed to account for changes to the network that occur between the baseline and future years.

The AM and PM VISSIM microsimulation models both include a seeding time of 1 hour in addition to four 1-hour simulation periods. Data is collected by VISSIM during the 4-hour peak periods of 6:00 AM to 10:00 AM and 3:00 PM to 7:00 PM, which is reflective of the identified peak periods. The initialization (seeding) periods are necessary to populate the network and produce the appropriate congestion prior to data recording. Five (5) runs will be performed for each model scenario.

## 7.2    SYNCHRO CORRIDOR ANALYSIS

The VISSIM microsimulation model used in the Traffic Technical Report, which is part of the DEIS, did not include all of the signalized intersections required for the IAPA analysis (due to the size of the models, amount of data collection required, and model runtime). Therefore, Synchro models of the cross streets were developed and calibrated to evaluate operations on the cross streets and to ensure operations along

---

[6] https://495-270-p3.com/wp-content/uploads/2020/07/APP-C_MLS_Traffic-Tech-Report-Appendices.pdf

00001866

cross streets do not impact freeway operations. Synchro was also used to develop the signal timing and phasing for input into the future-year VISSIM models.

Synchro models were developed using Version 10.3. Arterial analysis including the adjacent intersections will be performed using Synchro for one adjacent intersection on arterials (on both sides) beyond service interchanges that are modified by the MLS, when within one mile. Additional intersections will be included where needed, such as where requested by FHWA, or where signals are closely spaced. Intersection delays and Level of Service (LOS) will be reported using the Highway Capacity Manual (HCM) 6th edition reports from Synchro in most cases, which are based on Chapter 19 of the HCM.

Synchro models were calibrated based on observed conditions in the field, including signal timings and observed queuing. The models were adjusted to match field conditions, including adjusting link speeds and turning speeds, linking origin-destination volumes, adjusting lane utilization and saturation flow rates, and adjusting lane alignments to better match queuing conditions. Signal timings and phasings were confirmed in the field and adjusted where needed to match field-recorded signal timings and phasings.

## 7.3    MEASURES OF EFFECTIVENESS

Analysis will be based on microsimulation results and HCM methodologies. **Figure 9** and **Table 4** show LOS criteria for freeways and ramps. **Figure 10** shows an example of the Synchro analysis results for one interchange and its adjacent signals. **Table 5** shows LOS criteria for signalized intersections, which is based on overall intersection delay. **Table 6** shows LOS criteria for unsignalized intersections, which is based on the delay for the worst approach. Queues will be measured along I-495, I-270, and other connecting freeways (where queuing exists), along on-ramps and off-ramps, and along all approaches to ramp termini intersections. Tables of the measures of effectiveness (MOE) results, as well as figures summarizing MOEs from VISSIM and Synchro, will be provided. Per Federal Highway Administration's (FHWA) *Traffic Analysis Toolbox Volume III: Guidelines for Applying Traffic Microsimulation Modeling Software (July 2004)*,

- Delay:
    - "The HCM bases its LOS grades for intersections on estimates of mean control delay for the highest consecutive 15-minute period within the hour… The HCM does not use total delay to measure signal LOS. It uses 'control delay.' This is the component of total delay that results when a control signal causes a lane group to reduce speed or to stop."
    - *Control delay from Synchro will be used. Synchro defines control delay as "the component of delay caused by the downstream control device and does not include Queue Delay." Average vehicle delay from VISSIM will be used. VISSIM defines vehicle delay as the difference between the theoretical travel time (i.e., "the travel time which could be achieved if there were no other vehicles and/or no signal controls or other reasons for stops") and the actual travel time. As VISSIM delay does not correlate to HCM-based delay, LOS will only be included with Synchro results.*
- Density
    - "If microsimulation model reports of vehicle density are to be reported in terms of their LOS implications, it is important to first translate the densities reported by the software into the densities used by the HCM to report LOS for uninterrupted flow facilities."

00001867



- o *As VISSIM does not report HCM-based LOS for density, LOS will be reported by post-processing density using the HCM-based LOS that corresponds to the approximated density. Post processing includes applying passenger car equivalents (PCE) to VISSIM density outputs.*
- Queues
  - o "HCM 2000 defines a queue as 'A line of vehicles, bicycles, or persons waiting to be served by the system in which the flow rate from the front of the queue determines the average speed within the queue. Slowly moving vehicles or people joining the rear of the queue are usually considered part of the queue.' These definitions are not implementable within a microsimulation environment since 'waiting to be served' and 'slowly' are not easily defined. Consequently, alternative definitions based on maximum speed, acceleration, and proximity to other vehicles have been developed for use in microsimulation."
  - o *Average and maximum simulated queues from VISSIM will be reported. 50th and 95th percentile queue lengths from Synchro will be reported. It will be noted that these queues represent stopped vehicles.*

To address the above guidelines and in compliance with MDOT SHA's "Interstate Access Point Approval Process for the Maryland Department of Transportation State Highway Administration" (July 2017), MOEs to be documented include the following:

- Level of service (LOS)
  - o VISSIM analysis results
    - ▪ Approximated average intersection vehicle delay (seconds/vehicle) results will be provided for all ramp termini intersections.
    - ▪ Approximated average vehicle delay (seconds/vehicle) will be reported for all ramp junction intersections.
    - ▪ Approximated average density (passenger cars/hour/lane) and LOS results will be provided for all mainline, merge, diverge, and weaving sections on I-495 and I-270, by lane and average of all lanes.
    - ▪ Approximated average density (passenger cars/hour/lane) and LOS results will be provided for all merge, diverge, and weaving sections on crossing roadways.
  - o Synchro analysis results
    - ▪ HCM-based average control delay (seconds/vehicle) and LOS from Synchro will be provided by intersection and approach at all ramp termini intersections and the first signalized intersection on either side of the study interchange (additional intersections will be included at specific locations).
- Queues
  - o VISSIM analysis results (average and maximum queue lengths) will be provided for all ramp termini intersections (all approaches and movements).
  - o Synchro analysis results (50th and 95th percentile queue lengths) will be provided at all ramp termini intersections and the first signalized intersection on either side of the study interchange (additional intersections will be included where needed).
- Additional MOEs
  - o Simulated volume (vehicles per hour) along I-270 and I-495.
  - o Simulated average speed (mph) along I-270 and I-495 by lane and average of all lanes.

00001868

**Figure 9: Freeway Level of Service (LOS) (VISSIM) – Per HCM Exhibit 12-15**



**Table 4: Level of Service (LOS) Criteria – Freeways and Ramps (pc/hr/ln)**

| Level of Service | Freeway Segment (HCM 12-15) | Freeway Weaving (HCM 13-6) | Multilane/ C-D Road Weaving (HCM 13-6) | Freeway Merge and Diverge (HCM 14-3)* |
|---|---|---|---|---|
| A | $0 - 11$ | $0 - 10$ | $0 - 12$ | $0 - 10$ |
| B | $> 11 - 18$ | $> 10 - 20$ | $> 12 - 24$ | $> 10 - 20$ |
| C | $> 18 - 26$ | $> 20 - 28$ | $> 24 - 32$ | $> 20 - 28$ |
| D | $> 26 - 35$ | $> 28 - 35$ | $> 32 - 36$ | $> 28 - 35$ |
| E | $> 35 - 45$ | $> 35 - 43$ | $> 36 - 40$ | $> 35$ |
| F | Demand Exceeds Capacity or $> 45$ | Demand Exceeds Capacity or $> 43$ | Demand Exceeds Capacity or $> 40$ | Demand Exceeds Capacity |

*Per HCM, these criteria may also be applied to major merges and diverges; high-speed, uncontrolled merge or diverge ramps on multilane highway sections; and merges and diverges on freeway collector-distributor roadways.

00001869



### Figure 10: Example Synchro Corridor Analysis Results

**Table 5: Level of Service (LOS) Criteria for Signalized Intersections – Per HCM Exhibit 19-8**

| Level of Service | Control Delay (sec/veh) | Description |
|---|---|---|
| A | $0 - 10$ | Free flow |
| B | $> 10 - 20$ | Stable flow (slight delay) |
| C | $> 20 - 35$ | Stable flow (acceptable delay) |
| D | $> 35 - 55$ | Approaching unstable (tolerable delay) |
| E | $> 55 - 80$ | Unstable flow (intolerable delay) |
| F | $> 80$ | Forced flow (jammed) |

**Table 6: Level of Service (LOS) Criteria for Unsignalized Intersections – Per HCM Exhibit 20-2**

| Level of Service | Control Delay (sec/veh) | Description |
|---|---|---|
| A | $0 - 10$ | Free flow |
| B | $> 10 - 15$ | Stable flow (slight delay) |
| C | $> 15 - 25$ | Stable flow (acceptable delay) |
| D | $> 25 - 35$ | Approaching unstable (tolerable delay) |
| E | $> 35 - 50$ | Unstable flow (intolerable delay) |
| F | $> 50$ | Forced flow (jammed) |

00001870



# 8   SAFETY ANALYSIS

Both a qualitative and quantitative safety analysis will be performed to document the anticipated safety impacts of the proposed improvements in the RPA. The section will include evaluating existing crash data and performing predictive safety analysis. The safety analysis results will be presented in a tabular format for comparison of the existing crash data, and the expected crashes for the future (2027 and 2045) No Build, Phase 1 Build, and RPA Build scenarios.

## 8.1   EXISTING CRASH DATA REVIEW AND QUALITATIVE ANALYSIS

A review of the existing crash history (including frequency and rates per 100 million vehicle miles) will identify existing traffic safety concerns and evaluate qualitatively whether the RPA will help address these traffic safety concerns. The existing safety analysis will consist of the following:

- Obtaining historical crash data for a 3-year period (2016, 2017, 2018) on all freeway segments, ramps, ramp terminals, and crossing roadways from MDOT SHA's Office of Traffic and Safety (OOTS).
- Identifying general crash patterns (severity, type, etc.), Candidate Safety Improvement Locations (CSIL), and segments with crash rates that exceed the statewide average crash rates.
- Reviewing conceptual plans and identifying potential safety concerns and mitigation measures.
- Performing a qualitative assessment of the relative level of safety and potential safety impacts of the proposed improvements, using the existing crash data as a point for comparison.

## 8.2   QUANTITATIVE SAFETY ANALYSIS

Predictive safety analyses will be performed to quantitatively compare the total, fatal and injury, and Property Damage Only (PDO) crashes in the future No Build, Phase 1 Build, and RPA Build scenarios based on Part C of the Highway Safety Manual (HSM). This analysis will be completed for all freeway segments ramps along I-495, I-270, and the I-270 spurs, and ramp terminals and crossing roadways with direct access to the MLS. A brief summary of the assumptions for the predictive analysis is provided below.

Predictive safety analysis for freeway sections along I-270 and I-495 will consist of the following activities:

- General purpose sections and collector-distributor lanes will be evaluated using the Interstate Safety Analysis Tool enhanced (ISATe). It should be noted that the HSM Chapter 18 predictive analysis for freeways does not account for HOV Lanes. Also, the historical crash data available does not provide the level of detail needed to determine within which lane a crash occurred (for example: the HOV or GP lane on I-270). Therefore, it will be assumed that the HOV lanes operate similar to a GP lane in order to use the HSM predictive methods for the freeway sections. In addition, the proposed ramp metering along I-270 as part of the ICM project is anticipated to be in operation in the near future. This condition is assumed to be part of all the future No Build and Build scenarios. While Ramp Metering will likely have an overall influence on the future crash experiences, ramp metering is not included in the methodologies of Chapters 18 and 19 of the Highway Safety Manual.
- Sufficient crash data on managed lane operations relevant to the current study in Maryland is not available. Due to the similar characteristics of the I-495 Express Lanes in Northern Virginia, and

00001871

the close proximity to the Maryland MLS, it is assumed that the proposed managed lanes along I-270 and I-495 in Maryland will operate in a similar manner to the Express Lanes in Virginia, with the exception that the Maryland managed lanes will allow access to heavy vehicles. Therefore, MDOT SHA will be submitting a request to VDOT for their approval to obtain and use the Safety Performance Function (SPF) models developed for 495 NEXT project to compute the expected number of crashes for the managed lanes in MDOT's MLS. If used, consideration will be given to account for the potential difference in expected crashes due to the presence of heavy vehicles. If MDOT SHA is not able to obtain approval from VDOT to use the SPFs they developed for the Express Lanes, the MLS safety analysis for the managed lanes will be primarily qualitative.

Predictive safety analysis for ramps, ramp terminal intersections, crossing roadway sections, and adjacent intersections along crossing roadways with new or modified access to I-270, I-495, or the proposed managed lanes facilities will consist of the following activities:

- The Interchange Safety Analysis Tool (ISATe) will be used to develop crash predictions for the proposed ramps and ramp terminals at the new direct access ramps to and from the managed lanes and where existing general-purpose access is being modified. ISATe tool will not be used for analyzing the ramp terminals where no improvements are proposed.
- HSM Chapter 12 Computation Spreadsheets will be used to evaluate arterials and adjacent intersections. The Highway Safety Manual Part C – Chapter 12 spreadsheet cannot be used to analyze roadway sections and adjacent intersections for arterials that have six or more through travel lanes.
- For situations where the ISATe tool and the HSM Chapter 12 Computation Spreadsheets cannot be used due to the limitations associated with specific geometric conditions (such as those mentioned above), a ratio-based equation will be utilized to best estimate a proportional increase in crashes based on traffic volume shifts caused by the proposed MLS.

# 9    SCHEDULE

The current schedule is summarized below including major milestones; however, the schedule is subject to further revisions as the MLS proceeds.

- Notice of Intent to Initiate NEPA Study: Spring 2018
- Preliminary Range of Alternatives: Summer 2018
- Alternatives Analysis & Environmental Technical Analysis: Fall 2018 – Spring 2019
- Public Workshops: Spring 2019
- Development of Draft Environmental Impact Statement (DEIS): Summer 2019-Summer 2020
- DEIS Issuance: July 10, 2020
- Virtual and in-person public hearings: August/September 2020
- Draft IAPA: February 2021
- Publish Final Environmental Impact Statement (FEIS): Spring 2021
- Final IAPA: July 2021
- Public Record of Decision (ROD): Fall 2021

00001872



## 10    FUNDING PLAN

The I-495 & I-270 MLS is being delivered through multiple public-private partnership (P3) agreements. All P3 agreements will be revenue risk where the P3 Developer will provide all up-front equity and debt necessary to deliver the improvements and will be repaid by future toll revenues. While MDOT is funding the ongoing studies and development, no State funding contribution is expected to the delivery of Phase 1 of the MLS.

## 11    PROPOSED GEOMETRIC DESIGN STANDARDS AND ANTICIPATED DESIGN EXCEPTIONS OR WAIVERS

All elements of the MLS will be designed in accordance with AASHTO standards to the extent practical. As the RPA is developed, the need for design exceptions to the 10 controlling criteria will be identified and documented.

## 12    FINAL DESIGN APPROACH

It is anticipated that the P3 Developer, once selected and on-board with MDOT SHA, will need to revise and/or supplement the IAPA for MDOT SHA and FHWA approval to reflect the final design that may have modifications/refinements to the RPA – as routinely done under typical projects that have advanced from the preliminary to final design phase. In addition, the P3 Developer will establish the construction phasing and schedule to better inform the IAPA. This may include:

- Opening year analysis for subsequent phases of the MLS
- Refined safety and operational analyses
- Design exceptions
- Conceptual signing plans

MDOT SHA will complete any needed environmental documentation to support any revisions to the IAPA.

## 13    PROPOSED IAPA CONTENT

The IAPA content will satisfy the requirements of the FHWA guidelines set forth in FHWA's Policy on Access to the Interstate System (May 2017). The proposed report organization and table of contents for the IAPA will follow the following outline:

| | | | |
|---|---|---|---|
| I. | Executive Summary | VI. | Roadway Geometry |
| II. | Introduction | VII. | Traffic Volumes |
| III. | Methodology | VIII. | Traffic Analysis |
| IV. | Existing Conditions | IX. | Safety Analysis |
| V. | Alternatives Considered | X. | Appendices |

00001873



Accepted and agreed upon by the Maryland Department of Transportation State Highway Administration and Federal Highway Administration:

Jeffrey T. Folden, P.E., DBIA
Deputy Director, I-495 & I-270 P3 Office
Maryland Department of Transportation State Highway Administration

12/18/2020

Date

Keilyn Perez
Area Engineer (District 3 and LPA Coordinator)
Federal Highway Administration, Maryland Division

12/21/20

Date

00001874





# MLS Areas of Influence

00001875





# Area of Influence – I-270 at MD 117 Interchange

- One interchange north of MLS limits

- Adjacent I-270 Interchanges:

  - I-270 at I-370

  - No interchange to the north as Managed Lanes end south of MD 117



2

00001876





# Area of Influence – I-270 at I-370 Interchange

- Direct access to managed lanes

- Adjacent I-270 Interchanges:
    - I-270 at MD 117
    - I-270 at Shady Grove Rd

- Adjacent I-370 Intersections:
    - I-370 at Fields Rd
    - Washingtonian Blvd at I-370 EB Ramps
    - Washingtonian Blvd at I-270 EB Ramp
    - Sam Eig Hwy at Diamondback Dr
    - Sam Eig Hwy at MD 119



3





# Area of Influence – I-270 at Shady Grove Rd Interchange

- No direct access to managed lanes

- Adjacent I-270 Interchanges:
  - I-270 at I-370
  - I-270 at MD 28

- Adjacent Shady Grove Rd Intersections:
  - Shady Grove Rd and Choke Cherry Rd
  - Shady Grove Rd and Corporate Blvd
  - Redland Blvd and Piccard Dr
  - Fields Rd and Washingtonian Blvd
  - Omega Dr and MD 28



4




# Area of Influence – I-270 at Gude Dr Interchange (future)

- Direct access to managed lanes

- Adjacent I-270 Interchanges:
  - I-270 at Shady Grove Rd
  - I-270 at MD 28

- Adjacent Gude Dr Intersections:
  - Gude Dr and Research Blvd
  - Gude Dr and Piccard Dr



5





# Area of Influence – I-270 at MD 28 Interchange

- No direct access to managed lanes

- Adjacent I-270 Interchanges:
    - I-270 at Shady Grove Rd
    - I-270 at MD 189

- Adjacent MD 28 Intersections:
    - MD 28 and Hurley Ave
    - MD 28 and Bullard Cir/Laird St



6





# Area of Influence – I-270 at MD 189 Interchange

- No direct access to managed lanes

- Adjacent I-270 Interchanges:
  - I-270 at MD 28
  - I-270 at Montrose Rd

- Adjacent MD 189 Intersections:
  - MD 189 and Wootton Pkwy
  - MD 189 and Great Falls Rd/Potomac Valley Rd



7





# Area of Influence – I-270 at Wootton Pkwy Interchange (future)

- Direct access to managed lanes

- Adjacent I-270 Interchanges:
  - I-270 at MD 189
  - I-270 at Montrose Rd

- Adjacent MD 189 Intersections:
  - Wootton Pkwy and Seven Locks Rd
  - Wootton Pkwy and Tower Oaks Blvd



8





# Area of Influence – I-270 at Montrose Rd Interchange

- No direct access to managed lanes

- Adjacent I-270 Interchanges:
  - I-270 at MD 189
  - I-270 at I-270 Spur

- Adjacent Montrose Rd Intersections:
  - Montrose Rd and Seven Locks Rd
  - Montrose Rd and Hitching Post Ln/Farm Haven Dr
  - Tower Oaks Blvd and I-270 Northbound Ramps
  - Tower Oaks Blvd and Tower Oaks Tower Access Rd



9





# Area of Influence – I-270 at I-270 Spur ("Y Split")

- Direct access to managed lanes

- Adjacent I-270 Interchange:
  - I-270 at Montrose Rd

- Adjacent I-270 West Spur Interchange:
  - I-270 at Westlake Terrace

- Adjacent I-270 East Spur Interchange:
  - I-270 Spur at Rockledge Dr



10





# Area of Influence – I-270 (West Spur) at Westlake Terrace Interchange

- Direct access to managed lanes

- Adjacent I-270 Interchanges:
  - I-270 at I-270 Spur
  - I-270 West Spur at Democracy Blvd

- Adjacent Westlake Terrace Intersections:
  - Westlake Terrace and Motor City Dr
  - Westlake Terrace and Rockledge Dr



11

00001885





# Area of Influence – I-270 West Spur at Democracy Blvd Interchange

- **No direct access to managed lanes**

- **Adjacent I-270 West Spur Interchanges:**
  - I-270 West Spur at Westlake Terrace
  - I-270 West Spur at I-495

- **Adjacent Westlake Terrace Intersections:**
  - Democracy Blvd and Taveshire Way
  - Democracy Blvd and Fernwood Rd



12





# Area of Influence – I-270 East Spur at Rockledge Dr/MD 187 Interchange

- No direct access to managed lanes

- Adjacent I-270 East Spur Interchanges:
  - I-270 at I-270 Spur
  - I-270 East Spur / I-495 at MD 355

- Adjacent Intersections:
  - Rockledge Dr and Rockledge Blvd
  - MD 187 and Tuckerman Ln
  - MD 187 and Rock Spring Dr



13





# Area of Influence – I-270 East Spur east of MD 187

- Tie-in location

- Direct access to managed lanes

- Adjacent I-270 East Spur Interchanges:

  - I-270 East Spur at MD 187

  - I-270 East Spur / I-495 at MD 355



14

00001888





# Area of Influence – I-495 at George Washington Pkwy Interchange

- Direct access to managed lanes

- Included in VDOT's Interchange Modification Report (IMR)

- Adjacent I-495 Interchanges:
  - I-495 at Clara Barton Pkwy
  - I-495 at VA 193





15

00001889





# Area of Influence – I-495 at Clara Barton Pkwy Interchange

- No direct access to managed lanes

- Adjacent I-495 Interchanges:
  - I-495 at MD 190/Cabin John Pkwy
  - I-495 at VA George Washington Pkwy



16

00001890





# Area of Influence – I-495 at MD 190/Cabin John Pkwy Interchange

- Direct access to managed lanes

    - Includes access from General Purpose Lanes to Managed Lanes and access from Managed Lanes to General Purpose Lanes

- Adjacent I-495 Interchanges:

    - I-495 at I-270 West Spur

    - I-495 at Clara Barton Pkwy

- Adjacent MD 190 Intersections:

    - MD 190 and Seven Locks Rd

    - MD 190 and Burdette Rd



17





# Area of Influence – I-495 at I-270 (West Spur)

- Direct access to managed lanes

- Adjacent I-495 Interchanges:
  - I-495 at MD 190/Cabin John Pkwy
  - I-495 at MD 187

- Adjacent I-270 Interchanges:
  - I-270 at Democracy Blvd



18

00001892





# Area of Influence – I-495 West of MD 187

- At-grade access to managed lanes

- Adjacent I-495 Interchanges:
    - I-495 at I-270 West Spur
    - I-495 at MD 187



19



I-495 & I-270 Managed Lanes Study          Draft Application for Interstate Access Point Approval

# Appendix B
## Traffic Volume Diagrams

00001894

Existing Hourly AM Volume Diagram



**Existing Hourly AM Volume Diagram**

Existing Hourly AM Volume Diagram



**Existing Hourly AM Volume Diagram**

00001896

Existing Hourly AM Volume Diagram



**Existing Hourly AM Volume Diagram**

00001897

**Existing Hourly AM Volume Diagram**



**Existing Hourly AM Volume Diagram**

00001898



00001899

**Existing Hourly AM Volume Diagram**



**Existing Hourly AM Volume Diagram**

00001900

Existing Hourly AM Volume Diagram



Existing Hourly AM Volume Diagram

Existing Hourly PM Volume Diagram



Existing Hourly PM Volume Diagram

00001902

Existing Hourly PM Volume Diagram



**Existing Hourly PM Volume Diagram**



**Existing Hourly PM Volume Diagram**



**Existing Hourly PM Volume Diagram**



**Existing Hourly PM Volume Diagram**



**Existing Hourly PM Volume Diagram**

00001907

**Existing Hourly PM Volume Diagram**



**Existing Hourly PM Volume Diagram**

Existing Hourly PM Volume Diagram



**Existing Hourly PM Volume Diagram**

**Existing Hourly PM Volume Diagram**

*I-495*

**Existing Hourly PM Volume Diagram**

Existing ADT Volume Diagram



**Existing ADT Volume Diagram**

Existing ADT Volume Diagram



**Existing ADT Volume Diagram**



**Existing ADT Volume Diagram**

Existing ADT Volume Diagram



**Existing ADT Volume Diagram**

Existing ADT Volume Diagram



**Existing ADT Volume Diagram**



**Existing ADT Volume Diagram**

00001916



**Existing ADT Volume Diagram**

00001917

Existing ADT Volume Diagram



**Existing ADT Volume Diagram**



**2027 No-Build Hourly AM Volume Diagram**

2027 No-Build Hourly AM Volume Diagram



**2027 No-Build Hourly AM Volume Diagram**



**2027 No-Build Hourly AM Volume Diagram**

2027 No-Build Hourly AM Volume Diagram



**2027 No-Build Hourly AM Volume Diagram**

00001922

2027 No-Build Hourly AM Volume Diagram



**2027 No-Build Hourly AM Volume Diagram**

N



**2027 No-Build Hourly AM Volume Diagram**

00001924

2027 No-Build Hourly AM Volume Diagram



**2027 No-Build Hourly AM Volume Diagram**

2027 No-Build Hourly AM Volume Diagram



**2027 No-Build Hourly AM Volume Diagram**

2027 No-Build Hourly PM Volume Diagram



**2027 No-Build Hourly PM Volume Diagram**

**2027 No-Build Hourly PM Volume Diagram**



**2027 No-Build Hourly PM Volume Diagram**

2027 No-Build Hourly PM Volume Diagram



**2027 No-Build Hourly PM Volume Diagram**

**2027 No-Build Hourly PM Volume Diagram**



2027 No-Build Hourly PM Volume Diagram

00001930

**2027 No-Build Hourly PM Volume Diagram**



2027 No-Build Hourly PM Volume Diagram

2027 No-Build Hourly PM Volume Diagram



**2027 No-Build Hourly PM Volume Diagram**

00001932



**2027 No-Build Hourly PM Volume Diagram**

00001933

**2027 No-Build Hourly PM Volume Diagram**



**2027 No-Build Hourly PM Volume Diagram**

00001934



**2027 No-Build ADT Volume Diagram**

2027 No-Build ADT Volume Diagram



**2027 No-Build ADT Volume Diagram**

**2027 No-Build ADT Volume Diagram**



**2027 No-Build ADT Volume Diagram**



**2027 No-Build ADT Volume Diagram**

00001938

2027 No-Build ADT Volume Diagram



**2027 No-Build ADT Volume Diagram**

**2027 No-Build ADT Volume Diagram**



**2027 No-Build ADT Volume Diagram**

2027 No-Build ADT Volume Diagram



**2027 No-Build ADT Volume Diagram**

2027 No-Build ADT Volume Diagram



**2027 No-Build ADT Volume Diagram**

2027 Preferred Alternative Hourly AM Volume Diagram



**2027 Preferred Alternative AM Hourly Volume Diagram**

**2027 Preferred Alternative Hourly AM Volume Diagram**



**2027 Preferred Alternative AM Hourly Volume Diagram**

**2027 Preferred Alternative Hourly AM Volume Diagram**



**2027 Preferred Alternative AM Hourly Volume Diagram**

**2027 Preferred Alternative Hourly AM Volume Diagram**



**2027 Preferred Alternative AM Hourly Volume Diagram**

**2027 Preferred Alternative Hourly AM Volume Diagram**



**2027 Preferred Alternative AM Hourly Volume Diagram**

00001947



**2027 Preferred Alternative AM Hourly Volume Diagram**

**2027 Preferred Alternative Hourly AM Volume Diagram**



**2027 Preferred Alternative AM Hourly Volume Diagram**

**2027 Preferred Alternative Hourly AM Volume Diagram**



**2027 Preferred Alternative AM Hourly Volume Diagram**

**2027 Preferred Alternative Hourly PM Volume Diagram**



**2027 Preferred Alternative PM Hourly Volume Diagram**



**2027 Preferred Alternative PM Hourly Volume Diagram**



**2027 Preferred Alternative PM Hourly Volume Diagram**

2027 Preferred Alternative Hourly PM Volume Diagram



**2027 Preferred Alternative PM Hourly Volume Diagram**



**2027 Preferred Alternative PM Hourly Volume Diagram**

2027 Preferred Alternative Hourly PM Volume Diagram



**2027 Preferred Alternative PM Hourly Volume Diagram**

2027 Preferred Alternative Hourly PM Volume Diagram



**2027 Preferred Alternative PM Hourly Volume Diagram**

2027 Preferred Alternative Hourly PM Volume Diagram



**2027 Preferred Alternative PM Hourly Volume Diagram**

2027 Preferred Alternative ADT Volume Diagram



**2027 Preferred Alternative ADT Volume Diagram**

00001959



**2027 Preferred Alternative ADT Volume Diagram**

N

00001960

2027 Preferred Alternative ADT Volume Diagram



**2027 Preferred Alternative ADT Volume Diagram**

**2027 Preferred Alternative ADT Volume Diagram**



**2027 Preferred Alternative ADT Volume Diagram**



**2027 Preferred Alternative ADT Volume Diagram**

**2027 Preferred Alternative ADT Volume Diagram**



**2027 Preferred Alternative ADT Volume Diagram**

2027 Preferred Alternative ADT Volume Diagram



**2027 Preferred Alternative ADT Volume Diagram**

**2027 Preferred Alternative ADT Volume Diagram**



**2027 Preferred Alternative ADT Volume Diagram**

**2045 No-Build Hourly AM Volume Diagram**



**2045 No-Build Hourly AM Volume Diagram**



00001968

**2045 No-Build Hourly AM Volume Diagram**



**2045 No-Build Hourly AM Volume Diagram**

2045 No-Build Hourly AM Volume Diagram



**2045 No-Build Hourly AM Volume Diagram**



**2045 No-Build Hourly AM Volume Diagram**

00001971



**2045 No-Build Hourly AM Volume Diagram**



**2045 No-Build Hourly AM Volume Diagram**



2045 No-Build Hourly AM Volume Diagram



**2045 No-Build Hourly PM Volume Diagram**

**2045 No-Build Hourly PM Volume Diagram**



**2045 No-Build Hourly PM Volume Diagram**

**2045 No-Build Hourly PM Volume Diagram**



**2045 No-Build Hourly PM Volume Diagram**

**2045 No-Build Hourly PM Volume Diagram**



**2045 No-Build Hourly PM Volume Diagram**

**2045 No-Build Hourly PM Volume Diagram**



**2045 No-Build Hourly PM Volume Diagram**

**2045 No-Build Hourly PM Volume Diagram**



**2045 No-Build Hourly PM Volume Diagram**

**2045 No-Build Hourly PM Volume Diagram**



00001981

**2045 No-Build Hourly PM Volume Diagram**



*I-270*

00001982

**2045 No-Build ADT Volume Diagram**



**2045 No-Build ADT Volume Diagram**



**2045 No-Build ADT Volume Diagram**



**2045 No-Build ADT Volume Diagram**

00001985



**2045 No-Build ADT Volume Diagram**



**2045 No-Build ADT Volume Diagram**

00001987

**2045 No-Build ADT Volume Diagram**



**2045 No-Build ADT Volume Diagram**



**2045 No-Build ADT Volume Diagram**

00001989





**2045 Preferred Alternative Hourly AM Volume Diagram**



**2045 Preferred Alternative Hourly AM Volume Diagram**

00001992

2045 Preferred Alternative Hourly AM Volume Diagram



**2045 Preferred Alternative Hourly AM Volume Diagram**



**2045 Preferred Alternative Hourly AM Volume Diagram**



**2045 Preferred Alternative Hourly AM Volume Diagram**

00001995



**2045 Preferred Alternative Hourly AM Volume Diagram**



**2045 Preferred Alternative Hourly AM Volume Diagram**



**2045 Preferred Alternative Hourly AM Volume Diagram**



**2045 Preferred Alternative Hourly PM Volume Diagram**



**2045 Preferred Alternative Hourly PM Volume Diagram**



**2045 Preferred Alternative Hourly PM Volume Diagram**

2045 Preferred Alternative Hourly PM Volume Diagram



**2045 Preferred Alternative Hourly PM Volume Diagram**



**2045 Preferred Alternative Hourly PM Volume Diagram**



**2045 Preferred Alternative Hourly PM Volume Diagram**



**2045 Preferred Alternative Hourly PM Volume Diagram**



**2045 Preferred Alternative Hourly PM Volume Diagram**

**2045 Preferred Alternative ADT Volume Diagram**



2045 Preferred Alternative ADT Volume Diagram



**2045 Preferred Alternative ADT Volume Diagram**



**2045 Preferred Alternative ADT Volume Diagram**



**2045 Preferred Alternative ADT Volume Diagram**



**2045 Preferred Alternative ADT Volume Diagram**



**2045 Preferred Alternative ADT Volume Diagram**



**2045 Preferred Alternative ADT Volume Diagram**



**2045 Preferred Alternative ADT Volume Diagram**



I-495 & I-270 Managed Lanes Study     Draft Application for Interstate Access Point Approval

# Appendix C
## Preferred Alternative Lane Diagrams

00002015



Alternative 9 Proposed Lane Configuration
Add 4 HOT Managed (PM) Lanes
I-495 from SR 193 to I-270 at I-370

I-495/I-270 MANAGED LANES STUDY

OP·LANES
MARYLAND

Date: May 2022

Figure: 4



I-270 West Spur

I-495

MD 191
Bradley Blvd



I-495/I-270 MANAGED LANES STUDY

**Alternative 9
Proposed Lane Configuration Options
I-270 West Spur Interchange**

| Date: | Figure: |
| --- | --- |
| **January 2022** | **4A** |



LEGEND

General Purpose (GP) Lane

HOT Lane

3 # of General Purpose (GP) Lanes

3 # of HOT Lanes

00002017



00002018





LEGEND

— General Purpose (GP) Lane    ③ # of General Purpose (GP) Lanes

— HOT Lane    ③ # of HOT Lanes

— CD Road Lane    ③ # of CD Road Lanes

— HOV Lane    ◆ # of HOV Lanes



OP·LANES
MARYLAND
MDOT MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

**I-495/I-270 MANAGED LANES STUDY**

**Alternative 9
Proposed Lane Configuration Options
I-270 at I-370 Interchange**

| Date: | Figure: |
|-------|---------|
| **January 2022** | **4C** |

00002019

# Appendix D
## Design Criteria Documents

**Apppendix D: Geometric Design Criteria (Page 1 of 3)**

| ROAD-WAY | FROM | TO | FUNC-TIONAL CLASSIF-ICATION | ACCESS CONTROL | TERRAIN | MIN. DESIGN SPEED (MPH) | DESIGN VEHICLE | MIN. CROSS SLOPE | MAX. GRADE | MAX SUPER | LANE WIDTH | SHOULDER WIDTH (SEE NOTES 1 & 2) LEFT | RIGHT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I-495 | George Washing-ton Memorial Parkway | I-270 West Spur | Urban Interstate | Yes | Rolling | 60 | WB-67 | 2% | 4% | 6% | 12 feet | 10 feet | 10 feet |
| I-495 HOT Lanes | George Washing-ton Memorial Parkway | I-270 West Spur | Urban Interstate | Yes | Rolling | 60 | WB-67 | 2% | 4% | 6% | 12 feet | 10 feet | 4 feet |
| I-270 | I-270 West Spur | I-370 | Urban Interstate | Yes | Rolling | 60 | WB-67 | 2% | 4% | 6% | 12 feet | 10 feet | 10 feet |
| I-270 HOT Lanes | I-495 | I-370 | Urban Interstate | Yes | Rolling | 60 | WB-67 | 2% | 4% | 6% | 12 feet | 10 feet | 4 feet |
| I-270 West Spur | I-495 | I-270 | Urban Interstate | Yes | Rolling | 60 | WB-67 | 2% | 4% | 6% | 12 feet | 10 feet | 10 feet |
| I-270 East Spur | I-270 | I-495 | Urban Interstate | Yes | Rolling | 60 | WB-67 | 2% | 4% | 6% | 12 feet | 10 feet | 10 feet |
| I-370 | West Access Ramps | I-270 | Urban Interstate | Yes | Rolling | 55 | WB-67 | 2% | 5% | 4% | 12 feet | Curb & Gutter | Curb & Gutter |
| I-370 | East Access Ramps | I-270 | Urban Interstate | Yes | Rolling | 60 | WB-67 | 2% | 4% | 6% | 12 feet | 6 feet | 10 feet |
| Clara Barton Parkway | North Access Ramps | South Access Ramps | Principal Arterial/ Parkway | Yes | Rolling | 55 | Bus-40 | 2% | 6% | 6% | 12 feet | 1 foot with Curb | 1 foot with Curb |
| Cabin John Parkway | North Access Ramps | South Access Ramps | Principal Arterial/ Parkway | Yes | Rolling | 60 | Bus-40 | 2% | 4% | 6% | 12 feet | 4 feet | 12 feet |

**Apppendix D: Geometric Design Criteria (Page 2 of 3)**

| Road-way | From | To | Func-tional Classif-ication | Access Control | Terrain | Min. Design Speed (MPH) | Design Vehicle | Min. Cross Slope | Max. Grade | Max Super | Lane Width | Shoulder Width (See Notes 1 & 2) Left | Right |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Demo-cracy Boule-vard | West Access Ramps | I-270 | Minor Arterial | Yes | Rolling | 40 | WB-62 | 2% | 8% | 4% | 11 feet | Curb & Gutter | Curb |
| Demo-cracy Boule-vard | East Access Ramps | I-270 | Principal Arterial (Other) | Yes | Rolling | 40 | WB-62 | 2% | 8% | 4% | 11 feet | Curb & Gutter | Curb |
| Mon-trose Road | West Access Ramps | I-270 | Minor Arterial | Yes | Rolling | 45 | WB-62 | 2% | 7% | 4% | 11 feet | Curb & Gutter | Curb |
| Mon-trose Road | East Access Ramps | I-270 | Principal Arterial (Other) | Yes | Rolling | 45 | WB-62 | 2% | 7% | 4% | 11 feet | Curb & Gutter | Curb |
| MD 189 Falls Road | West Access Ramps | I-270 | Minor Arterial | Yes | Rolling | 40 | WB-62 | 2% | 8% | 4% | 12 feet | Curb & Gutter | 4 feet with Curb & Gutter |
| MD 189 Falls Road | East Access Ramps | I-270 | Minor Arterial | Yes | Rolling | 40 | WB-62 | 2% | 8% | 4% | 12 feet | Curb & Gutter | Curb & Gutter |
| MD 28 Mont-gomery Avenue | West Access Ramps | East Access Ramps | Urban Principal Arterial (Other) | Yes | Rolling | 35 | WB-62 | 2% | 8% | 4% | 12 feet | Curb & Gutter | Curb & Gutter |
| Shady Grove Road | West Access Ramps | I-270 | Urban Principal Arterial (Other) | Yes | Rolling | 45 | WB-62 | 2% | 7% | 4% | 11 feet | Curb & Gutter | Curb |
| Shady Grove Road | East Access Ramps | I-270 | Principal Arterial (Other) | Yes | Rolling | 45 | WB-62 | 2% | 7% | 4% | 11 feet | Curb & Gutter | Curb |

**Apppendix D: Geometric Design Criteria (Page 3 of 3)**

| ROAD-WAY | FROM | TO | FUNC-TIONAL CLASSIF-ICATION | ACCESS CONTROL | TERRAIN | MIN. DESIGN SPEED (MPH) | DESIGN VEHICLE | MIN. CROSS SLOPE | MAX. GRADE | MAX SUPER | Lane Width | SHOULDER WIDTH (SEE NOTES 1 & 2) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Left | Right |
| West-lake Terrace | Overpass | Over-pass | Business B-3 B-3 | No | Rolling | 35 | WB-62 | 2% | 8% | 4% | 11 feet | Curb & Gutter | Curb |
| Wooton Parkway | Overpass | Over-pass | Arterial | No | Rolling | 45 | WB-62 | 2% | 7% | 4% | 12 feet | Curb & Gutter | Curb & Gutter |
| West Gude Drive | Overpass | Over-pass | Minor Arterial | No | Rolling | 40 | WB-62 | 2% | 8% | 4% | 12 feet | Curb & Gutter | Curb & Gutter |

**Ramp Design Criteria**

| RAMP TYPE | FUNCTIONAL CLASSIFICATION | ACCESS CONTROL | TERRAIN | MIN. DESIGN SPEED (MPH) | DESIGN VEHICLE | MIN. CROSS SLOPE | MAX. GRADE | MAX SUPER | LANE WIDTH | SHOULDER WIDTH | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | LEFT | RIGHT |
| Loop Ramp | Urban Interstate | Yes | Rolling | 20 | WB-67 | 2% | 7% | 8% | See Note 2 below tables | See Note 2 below tables | See Note 2 below tables |
| Directional Ramp | Urban Interstate | Yes | Rolling | 30 | WB-67 | 2% | 7% | 8% | See Note 2 below tables | See Note 2 below tables | See Note 2 below tables |

**Notes for geometric design criteria tables:**

1. Where GPLs and PMLs are adjacent, they may be separated with a 4-foot-wide buffer with pylons or similar separator in lieu of providing a 12-foot shoulder on the left of the GPLs.

2. Ramp lane widths and shoulder widths shall be designed in accordance with AASHTO, *A Policy on Geometric Design of Highways and Streets*.

3. Bridge vertical clearances shall be designed in accordance with MDOT or VDOT guidelines based on the location of the structure.

# Appendix E
## Design Exceptions
(Under Development)

00002024