

I-495 & I-270 Managed Lanes Study

# APPENDIX C
# FINAL COVID-19 TRAVEL ANALYSIS
# & MONITORING PLAN
## June 2022



U.S. Department
of Transportation

**Federal Highway
Administration**



MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

00004319

 I-495 & I-270 Managed Lanes Study    Final COVID-19 Travel Analysis & Monitoring Plan

## TABLE OF CONTENTS

1  INTRODUCTION ............................................................................................................. 1

1.1  Monitoring ............................................................................................................. 1

1.2  Research ................................................................................................................ 4

1.3  Sensitivity Analysis ............................................................................................... 6

## LIST OF TABLES

Table 1: 2045 Sensitivity Analysis - System-Wide Delay for Entire Study Area ............................................ 8

## LIST OF FIGURES

Figure 1: Daily Traffic Volume Changes on I-495 and I-270 During COVID-19 Pandemic vs. 2019 ............. 2

Figure 2: VMT Growth Trends in Maryland (2007 – 2017) ........................................................................... 5

Figure 3: VMT Growth Trends Nationwide (1970 – 2017) ........................................................................... 5

## LIST OF ATTACHMENTS

| | |
|---|---|
| Attachment 1A | COVID-19 Impacts on the I-495 and I-270 Corridors Report Update, December 17, 2021 |
| Attachment 1B | Weekly Changes at Permanent Count Stations |
| Attachment 1C | WMATA Metro Ridership Snapshot, October 2021 |
| Attachment 1D | INRIX Speed Data |
| Attachment 1E | INRIX TTI Data |
| Attachment 2A | FHWA Traffic Volume Trends, October 2021 |
| Attachment 2B | Presentation: How Much Will COVID-19 Affect Travel Behavior? by the National Academies of Sciences Engineering and Medicine Transportation Research Board (TRB), 6/1/2020 |
| Attachment 2C | Presentation: COVID-19 Impacts on Managed Lanes by the TRB, 6/25/2020 |
| Attachment 2D | Memorandum: Transportation Impacts of the COVID-19 Pandemic in the National Capital Region by the National Capital Region Transportation Planning Board (TPB) Technical Committee, 9/3/2020 |
| Attachment 2E | Presentation: Commuter Connections 2020 Employer Telework Survey – Coronavirus Pandemic Survey Results by TPB Technical Committee, 9/16/2020 |
| Attachment 2F | Report: Capital COVID-19 Snapshot: Safe Return to Work by the Greater Washington Partnership, summarizing results from a survey conducted in August 2020 |
| Attachment 2G | Presentation: Visualizing Effects of COVID-19 on Transportation: A One-Year Retrospective by the TRB, 3/8/2021 |
| Attachment 2H | Poster: Observed and Expected Impacts of COVID-19 on Travel Behavior in the United States. A Panel Study Analysis presented at the 2022 TRB Annual Meeting, 1/11/2022 |
| Attachment 3A | COVID-19 Scenario Analysis Report |
| Attachment 3B | MWCOG COVID-19 Assumptions for Visualize 2045 Update |
| Attachment 3C | 2045 VISSIM Sensitivity Analysis Results |

00004320

 I-495 & I-270 Managed Lanes Study          Final COVID-19 Travel Analysis & Monitoring Plan

# 1    INTRODUCTION

The COVID-19 global pandemic had a profound impact on the daily routines of people across the world, affecting the way Maryland residents and commuters in the National Capital Region work, travel, and spend their free time. In the short-term, these changes have altered travel demand, transit use, and traffic volumes on all roadways in Maryland, the District of Columbia, and Virginia, including I-495 and I-270, during the years 2020 and 2021. In the long-term, there is uncertainty surrounding forecasts for post-pandemic traffic levels and transit use, and there is no definitive model to predict how or if changes to mobility patterns during the pandemic will affect long-term traffic trends.

While MDOT's number one priority is the health and safety of Marylanders, we are continuing with our efforts to ensure transportation improvements are being developed to meet our State's needs not only for today, but for the next 20-plus years. This Final COVID-19 Travel Analysis and Monitoring Plan has been prepared to support the FEIS and focuses on the potential long-term travel impacts associated with the pandemic, and the resulting impacts on future traffic forecasts. MDOT SHA committed to tracking trends in travel behavior and monitoring traffic volumes over time as businesses and schools reopened, and to evaluate and consider this information as part of the development of the FEIS. The Draft COVID-19 Travel Analysis and Monitoring Plan included steps to monitor travel patterns throughout the pandemic, to stay abreast of available information, research, and guidance within the larger transportation industry related to ongoing and long-term travel impacts associated with the COVID-19 pandemic, and to conduct sensitivity analyses and modeling to confirm that capacity improvements would still be required on I-495 and I-270 if future traffic demand is lower than pre-pandemic forecasts.

This Final COVID-19 Travel Analysis and Monitoring Plan builds upon the relevant resources identified in the draft plan and presents the results of the sensitivity analyses and modeling efforts. The plan includes three components, with additional details on each in the following sections:

- **Monitoring:** tracking changes in roadway and transit demand during the pandemic, including daily and hourly volume data, i.e., how does travel change in response to the number of cases, vaccine distribution, unemployment rates, school closings, and policy changes;
- **Research:** reviewing historical data and surveys/projections from the Transportation Research Board and the National Capital Region Transportation Planning Board;
- **Sensitivity Analyses:** evaluating "what if" scenarios, including potential changes in teleworking, eCommerce, and transit use on projected 2045 travel demand and operations.

Relevant resources for each component have been compiled (attached) in **Attachments 1 through 3**.

## 1.1    Monitoring

As part of its ongoing mission, and in response to public comments on the DEIS, MDOT SHA has been closely monitoring the changes in traffic patterns throughout the pandemic. A memorandum was developed in August 2020 and updated on June 24, 2021 summarizing the analysis of COVID-19 related traffic impacts on the I-495 and I-270 corridors in Maryland during the first 15 months of the pandemic. This memorandum was included in the SDEIS for review by stakeholders and the public. The information

00004321

**OP•LANES** MARYLAND | I-495 & I-270 Managed Lanes Study | Final COVID-19 Travel Analysis & Monitoring Plan

and charts in the memorandum have been updated regularly throughout the project, and the most-recent available data from December 17, 2021, is included as **Attachment 1A**.

**Figure 1** shows how traffic volumes within the study corridors have fluctuated during the pandemic compared to pre-pandemic levels. The data shows a severe drop in traffic volumes in April 2020 after stay-at-home orders were issued across Maryland, with daily traffic volumes on I-270 and I-495 reducing by more than 50 percent compared to April 2019. After the stay-at-home order was replaced with a "safer at home" advisory in May 2020, traffic volumes gradually increased throughout the summer, stabilizing at approximately 15 percent less than typical conditions during fall 2020. As cases began to surge in November/December 2020, traffic volumes dipped again through the winter. With the rollout of vaccines in early 2021, the corresponding drop in COVID-19 cases, and the gradual reopening of schools and businesses, daily traffic volumes have continued to recover. Volumes were back to over 90 percent of normal as of November 2021 compared to expected 2021 levels, even when considering two years of projected growth since 2019.

**Figure 1: Daily Traffic Volume Changes on I-495 and I-270 During COVID-19 Pandemic vs. 2019**



In addition to the project-specific information in **Attachment 1A**, MDOT posts frequent updates to statewide trends in the use of their services, including statewide weekly traffic volumes, statewide weekly truck volumes, MDTA customer traffic (toll roads), MTA services (transit), BWI passenger traffic (air travel), and Seagirt Monthly Container Counts (shipping) on the MDOT coronavirus tracking website: https://www.mdot.maryland.gov/tso/Pages/Index.aspx?PageId=141.

00004322


I-495 & I-270 Managed Lanes Study          Final COVID-19 Travel Analysis & Monitoring Plan

Statewide, weekly traffic volumes were within one percent of November 2019 values in November 2021, per MDOT's coronavirus tracking website, linked above. This is closer to pre-pandemic traffic volumes than similar measures in 2020, prior to the rollout of vaccines, when volumes were down between 15 and 25 percent. **Attachment 1B** includes graphs of the weekly changes at MDOT SHA permanent count stations throughout the state for both 2020 and 2021 compared to the 2019 pre-pandemic baseline. Hourly volumes at the permanent count stations on I-495 and I-270, shown in Figures 4 through 9 in **Attachment 1A**, indicate volumes during the afternoon peak hour have recovered closer to pre-pandemic levels compared to morning hours and daily volumes, with some permanent count stations on I-270 and I-495 recording higher volumes between 5PM and 6PM in October 2021 than October 2019. In contrast to the total traffic volumes, truck traffic rebounded more quickly after a smaller decline in the early weeks of the pandemic. Statewide, weekly truck volumes have been close to or above 2019 pre-pandemic levels since early June of 2020, as shown in the graphs in **Attachment 1B**. In November 2021, weekly truck volumes were 9 percent above the corresponding period in 2019, per MDOT's coronavirus tracking website.

Transit use has been slower to recover, with usage of Washington Metropolitan Area Transit Authority (WMATA) facilities down significantly in November 2021 compared to November 2019. WMATA rail ridership is down 73 percent on weekdays, while WMATA bus ridership is down 36 percent on weekdays, and parking at Metro facilities is down 88 percent, as shown in the WMATA Metro Ridership Snapshot from November 2021 included in **Attachment 1C**. Similarly, Maryland Transit Administration (MTA) services statewide are down over 40 percent compared to pre-pandemic levels as of November 2021, per data presented on MDOT's coronavirus tracking website.

The combined effect of changes in traffic volumes and changes in transit usage on speeds and congestion along I-495 and I-270 has also been monitored by MDOT SHA through our partnership with the Regional Integrated Transportation Information System (RITIS). RITIS compiles transportation-related data from a variety of sources, including speed and congestion data from INRIX, which MDOT SHA can obtain for any day and facility through the RITIS web portal. A review of this data indicated that congestion decreased significantly on I-495 and I-270 at the onset of the pandemic in Spring 2020, corresponding to the sharp decline in traffic volumes during that time. However, by November 2021, significant congestion had returned to the Study area, approaching pre-pandemic levels. For example, average speeds on the I-495 Inner Loop crossing the American Legion Bridge during the PM peak in early November (non-holiday) of 2021 were 20 mph, reflecting significant congestion, and matching the speeds during the similar period in November 2019 (also 20 mph). In the AM peak, average speeds on the I-495 Outer Loop between MD 650 and US 29 in early November 2021 were even lower - below 15 mph. While these speeds are slightly higher than those observed in that same area during the AM peak in November 2019 (10 mph), the findings indicate that there is still a lot of congestion along I-495 even though volumes have not fully rebounded to pre-pandemic levels along I-495 during the morning peak period. Along I-270, average speeds are generally 5 to 10 mph higher in November 2021 compared to November 2019 despite volumes exceeding 2019 levels at MDOT SHA's permanent count station located on I-270 South of MD 121. These improvements could be attributed to recent improvements completed by MDOT SHA along I-270, including the opening of the Watkins Mill interchange in 2020 and the implementation of ramp metering along southbound I-270 on-ramps in September 2021 as part of the Innovative Congestion Management (ICM) project. Even so, some congestion remains along I-270, with average speeds on I-270 southbound

00004323

 I-495 & I-270 Managed Lanes Study    Final COVID-19 Travel Analysis & Monitoring Plan

of approximately 30 mph during the AM peak period in November 2021 and average speeds on I-270 northbound below 40 mph during the PM peak period in November 2021. Speed data for early November 2021 and early November 2019 (non-holiday) is included in **Attachment 1D**.

MDOT SHA has also monitored an additional metric of congestion and reliability, Travel Time Index (TTI). TTI is defined as the ratio of the average (50th percentile) travel time during a particular hour to the travel time during free-flow or uncongested conditions. MDOT SHA defines "congestion" as any roadway segment with a TTI value greater than 1.15, while "severe congestion" is reached when TTI values reach 2.0. Baseline TTI data from 2017 and more recent October 2021 TTI data are included in **Attachment 1E**. In October 2021, the average TTI along I-495 (in both directions) exceeded 1.15 for 9 hours of the day (6:00 AM to 10:00 AM and 2:00 PM to 7:00 PM), while severe congestion (TTI > 2.0) was experienced in at least one segment of I-495 for 11 hours of the day (6:00 AM to 11:00 AM and 1:00 PM to 7:00 PM). These results are similar to the baseline (year 2017) data, in which the average TTI along I-495 exceeded 1.15 and severe congestion was experienced in at least one segment of I-495 for 10 hours of the day (6:00 AM to 10:00 AM and 2:00 PM to 8:00 PM). On I-270, the average TTI (in both directions) exceeded 1.15 for 5 hours of the day in October 2021 (6:00 AM to 9:00 AM and 4:00 PM to 6:00 PM), while severe congestion (TTI > 2.0) was experienced in at least one segment of I-495 for 8 hours of the day (6:00 AM to 10:00 AM and 3:00 PM to 7:00 PM). These results are slightly better than the baseline (year 2017) data, in which the average TTI along I-270 exceeded 1.15 and severe congestion was experienced in at least one segment of I-495 for 8 hours of the day (6:00 AM to 10:00 AM and 3:00 PM to 7:00 PM).

In addition to the detailed Fall 2021 data review described above, MDOT SHA continued to monitor volumes, transit ridership, and congestion patterns throughout early 2022.  During this period, COVID-19 case counts surged due to the Omicron variant, schools and businesses adjusted operations, and volumes and transit ridership decreased as a result.  However, by March 2022, COVID-19 case counts returned to below Fall 2021 levels, mask mandates were lifted through the region based on new CDC guidelines, and schools and businesses resumed more typical operations.

## 1.2    Research

Historically, vehicular travel has increased as the economy recovered following economic events and societal changes, such as the 1973 Arab oil embargo, 1979 energy crisis, and early 1990s recession. The most recent event was the Great Recession that occurred in 2007 and 2008. This recession had a prolonged effect on travel in Maryland, with impacts lasting for several years. The recession was compounded with a dramatic increase in fuel costs that further suppressed travel. However, a review of MDOT SHA Mobility Reports indicates that annual vehicle miles traveled (VMT) in Maryland returned to 2007 levels by 2015 and continued to increase significantly after that through 2017, as shown in **Figure 2**. Despite the dip in traffic volumes during and immediately following the recession, overall traffic growth in the 10 year period between 2007 and 2017 was more than 5 percent. In fact, traffic growth continued through 2019, and Maryland set a record for VMT in 2019 with 60.1 billion vehicle miles traveled. This pattern is similar to other historical events that have caused a temporary dip or plateau in travel, while the long-term trend line shown in **Figure 3** has continuously showed steady growth in VMT nationwide since 1970.

FHWA provides a monthly Traffic Volume Trends report based on hourly traffic count data collected at approximately 5,000 continuous traffic counting locations nationwide on the Office of Highway Policy

00004324

OP•LANES™
MARYLAND    I-495 & I-270 Managed Lanes Study    Final COVID-19 Travel Analysis & Monitoring Plan

Information website: https://www.fhwa.dot.gov/policyinformation/travel_monitoring/tvt.cfm. The November 2021 report, included in **Attachment 2A**, shows that following large drops in March and April of 2020, the average daily vehicle miles traveled on both urban and rural highways, and the seasonally adjusted vehicle miles traveled by month, have rebounded, similar to the trends in Maryland described in **Section 1.1** above.



**Figure 2: VMT Growth Trends in Maryland (2007 – 2017)**

Source: *Maryland State Highway Mobility Report*s

**Figure 3: VMT Growth Trends Nationwide (1970 – 2017)**

Source: *Federal Highway Administration, Office of Highway Policy Information*

00004325


I-495 & I-270 Managed Lanes Study    Final COVID-19 Travel Analysis & Monitoring Plan

Throughout the Study, MDOT SHA has stayed abreast of available information, research studies, and guidance within the larger transportation industry related to the long-term effects of the COVID-19 pandemic on traffic volume forecasts, including the following reports and presentations, which are included in **Attachment 2B through 2H**:

- Presentation: How Much Will COVID-19 Affect Travel Behavior? by the National Academies of Sciences Engineering and Medicine Transportation Research Board, 6/1/2020 (see **Attachment 2B**)
- Presentation: COVID-19 Impacts on Managed Lanes by the National Academies of Sciences Engineering and Medicine Transportation Research Board, 6/25/2020 (see **Attachment 2C**)
- Memorandum: Transportation Impacts of the COVID-19 Pandemic in the National Capital Region by the National Capital Region Transportation Planning Board Technical Committee, 9/3/2020 (see **Attachment 2D**)
- Presentation: Commuter Connections 2020 Employer Telework Survey – Coronavirus Pandemic Survey Results by the National Capital Region Transportation Planning Board Technical Committee, 9/16/2020 (see **Attachment 2E**)
- Report: Capital COVID-19 Snapshot: Safe Return to Work by the Greater Washington Partnership, summarizing results from a survey conducted in August 2020. (see **Attachment 2F**)
- Presentation: Visualizing Effects of COVID-19 on Transportation: A One-Year Retrospective by the National Academies of Sciences Engineering and Medicine Transportation Research Board, 3/8/2021 (see **Attachment 2G**)
- Poster: Observed and Expected Impacts of COVID-19 on Travel Behavior in the United States. A Panel Study Analysis presented at the 2022 National Academies of Sciences Engineering and Medicine Transportation Research Board Annual Meeting, 1/11/2022 (see **Attachment 2H**)

Although there is no definitive conclusion on the long-term impacts for post-pandemic travel, common themes from these reports and presentations include a slower return to transit use and shared mobility with the potential for a corresponding increase in the use of private cars, an increase in online shopping that has occurred sooner than previously expected, and the potential for increases in teleworking and long-term land use changes as housing preferences change away from cities and with designated work-from-home space.

## 1.3    Sensitivity Analysis

The FEIS used 2045 forecasts and results based on models that were developed and calibrated prior to the onset of the COVID-19 pandemic. Based upon historic research of other similar dramatic societal effects on travel and the most recent data suggesting that traffic is rebounding close to pre-pandemic levels, the 2045 forecasts used in the FEIS have been determined to be reasonable for use in evaluating projected 2045 conditions. However, MDOT SHA acknowledges that residual effects of some of the near-term changes in travel behavior could be carried forward into the future. Therefore, a sensitivity analysis evaluating several "what if" scenarios related to future travel demand due to potential long-term changes to teleworking, e-commerce, and transit use was also conducted as part of the Final COVID-19 Travel Analysis and Monitoring Plan. The results of the sensitivity analysis are summarized below.

The first part of the sensitivity analysis involved modifying input parameters in the MWCOG regional forecasting model based on observed changes in travel behavior during the pandemic to evaluate a range of potential long-term scenarios. Additional details of this scenario analysis step are provided in the *COVID-19 Scenario Analysis Report* included in **Attachment 3A**. Potential long-term travel impacts

00004326

 I-495 & I-270 Managed Lanes Study          Final COVID-19 Travel Analysis & Monitoring Plan

associated with the pandemic that could be captured within the travel demand model included changes in household travel due to increased work from home, remote learning possibilities, and increased discretionary travel, a reduction in non-home-based trips, and a decrease in long distance travel via airports, and changes in long-distance automobile travel.

Three potential scenarios were modeled using the MWCOG model. The "high impact" scenario replicated observed travel conditions in late 2020/early 2021 before the rollout of vaccines when the economy was functioning with continued work from home, and restrictions on long distance travel impacting visitor travel were still in place. During this period, there was approximately a 15% reduction in vehicle miles traveled (VMT) in the region compared to typical conditions, but this scenario would be unlikely in the long term. Two other more-likely scenarios were designed to capture potential levels between the high scenario and the original forecasts. These included a "low impact" scenario that assumed a part-time work from home schedule (1 to 2 days per week) for select industries along with limited remote learning opportunities (5 percent) and a "medium impact" scenario that assumed parameters between the low and high values. For each scenario, several model outputs were generated, including total trips, VMT, total delay, and LOS. While each scenario resulted in fewer trips, less VMT, and less overall delay than the original forecasts, a large portion of the project corridors would be projected to experience poor levels of service (LOS E or F) under No Build conditions in all scenarios. This evaluation confirmed that the project would still be needed, even if long-term effects of the pandemic were in the high impact range resulting in less traffic demand than originally projected.

Additionally, the project team consulted with MWCOG to determine how the National Capital Region Transportation Planning Board (TPB) is accounting for the potential long-term impacts of the COVID-19 pandemic in their *2022 Update to the Visualize 2045 Long-Range Transportation Plan*. MWCOG's approach is summarized in **Attachment 3B** and is consistent with the assumptions made by MDOT SHA for the Study.

The second part of the sensitivity analysis involved re-running the 2045 No Build and 2045 Build VISSIM models that were used to generate the operational results presented in the FEIS, but with reduced demand volumes to account for potential sustained impacts from the pandemic. Results from this VISSIM sensitivity analysis for the same operational metrics used in the FEIS are included in **Attachment 3C**.

For this analysis, MDOT SHA collected traffic count data in the second week of November 2021, when COVID-19 case counts were relatively low, vaccines and boosters were widely available, most schools were open for in-person learning, but many employers continued to offer flexible telework. This period avoids holidays, inclement weather, and other external factors that could impact travel, and therefore is representative of a potential long-term scenario. Data was collected at five permanent count stations located along I-270 and I-495 was compared to count data at the same locations during the same time period on the same week in November 2019. The results indicated that volumes during the AM peak period (6:00 AM to 10:00 AM) were approximately 5 percent less than normal, while volumes during the PM peak period (3:00 PM to 7:00 PM) were approximately 3 percent less than normal. Therefore, the VISSIM sensitivity analysis was conducted with AM peak period volumes 5 percent less and PM peak period volumes 3 percent less than projected in the original design year 2045 forecasts, and operational metrics were evaluated to determine the relative benefit of the Preferred Alternative under that hypothetical scenario.

00004327

The results indicate that the Preferred Alternative would be projected to provide meaningful operational benefits to the system under a reduced-demand scenario. As shown in **Table 1** below, the Preferred Alternative would be projected to reduce system-wide delay by 9 percent during the AM peak period and by 48 percent during the PM peak period compared to 2045 No Build conditions. In the AM peak period, the relative benefits of the Preferred Alternative are slightly less than for the original forecasts (9 percent versus 13 percent savings) because morning travel is impacted more significantly by factors related to the pandemic, such as increased telework. However, during the PM peak period, the relative benefits of the Preferred Alternative are higher under a reduced-demand scenario than in the original forecasts (48 percent versus 38 percent savings). This is because any long-term reduction in traffic volumes would help improve operations in the no action areas outside of the Phase 1 South limits that would otherwise constrain the overall benefits of the Preferred Alternative, particularly during the PM peak period. This trend is particularly evident when comparing the TTI results for the I-495 Inner Loop from Virginia 193 to I-270 during the PM peak, which shows a TTI of 1.2 (moderate congestion) under the reduced-demand scenario compared to a TTI of 4.0 (severe congestion) under the original forecast. VISSIM analysis results for additional metrics, including TTI, are provided in **Attachment 3C**.

**Table 1: 2045 Sensitivity Analysis - System-Wide Delay for Entire Study Area**

| Alternative | Average Delay (min/vehicle) | | Percent Improvement vs. No Build | |
|---|---|---|---|---|
| | AM Peak (6-10AM) | PM Peak (3-7PM) | AM Peak (6-10AM) | PM Peak (3-7PM) |
| No Build | 8.0 | 8.4 | N/A | N/A |
| Preferred Alternative | 7.3 | 4.4 | 9% | 48% |

Note: Sensitivity analysis assumes 5% less volume during AM peak and 3% less volume during PM peak

The results of the MWCOG and VISSIM sensitivity analyses confirm that the capacity improvements proposed under the Preferred Alternative would be needed and effective even if future demand changes from the pre-pandemic forecasts based on potential long-term impacts to teleworking, e-commerce, and transit use that are not formally accounted for in the current regional forecasting models.

00004328



# ATTACHMENT 1A:
## COVID-19 Impacts on the I-495 and I-270 Corridors Report Update, December 17, 2021

00004329



**DRAFT**

75 State Street, Suite 701
Boston, Massachusetts 02109
tel: 617 452-6000

December 17, 2021

Dusty Holcombe
P3 Office Consultant Director
I-495 & I-270 P3 Office
601 N. Calvert St.
Baltimore MD 21202

Subject:    COVID-19 Impacts on the I-495 and I-270 Corridors Report Update

Dear Mr. Holcombe:

This letter report provides an updated analysis of COVID-19 related traffic impacts on the Maryland I-495 and I-270 corridors using Maryland SHA permanent traffic count station data. An analysis of regional COVID-19 related travel data from other sources is also provided for context. This report updates the prior analysis which was presented in the "COVID-19 Impacts on the I-495 and I-270 Corridors Report Update" letter report, dated June 24th, 2020. In addition to providing more recent trends, this report includes a detailed analysis of the traffic impacts by time of day.

## The COVID-19 Pandemic and Traffic

The COVID-19 pandemic continues to impact many aspects of society and the economy, including traffic levels, in a variety of ways. Beginning in March 2020, the pandemic caused significant reductions in traffic around the U.S. including in Maryland. Both direct impacts due to stay-at-home type orders and indirect impacts due to the economic recession were experienced. In the over-20 months since the beginning of the pandemic, traffic impacts have changed as the pandemic and societal responses to the pandemic have evolved. **Table 1** provides COVID-19 pandemic related traffic impact factors that were observed statistically or anecdotally during the first year of the pandemic and apply to Maryland. The factors are grouped into positive, negative, and varied travel impacts. **Table 2** shows a timeline of COVID-19 related mandates and events in Maryland.

Recent events in the timeline of COVID-19 mandates in Maryland reflect more stable conditions compared with prior iterations of this analysis. This coincides with improved vaccination rates achieved over the course of 2021 and more widespread trend of employees returning to the office in the second half of 2021. As the pandemic situation has evolved, certain factors shown in **Table 1** that were observed in the first year of the pandemic have changed. Some of these are driven by a quicker than expected increase in demand for travel and leisure activities and a return to the workplace. For example, fuel prices continued to increase in the past several months, driven by increasing demand and production stagnation. Also, longer-distance domestic vacation and leisure travel rebounded over the summer months , as shown in airline ticketing trends. Commercial



**DRAFT**

COVID-19 Impacts
December 17, 2021
Page 2

shipping activity, which recovered to pre-pandemic levels in many sectors by fall 2020, continues to be strong. This is partially driven by growth in e-commerce during the pandemic.

Looking to the future, the medium and long-term impacts of several of the factors continue to be actively discussed and researched in the transportation industry, including those related to transit usage, e-commerce, telecommuting, and residential and employment patterns. Discussion and research related to these factors will continue to be monitored by the project team. For example, Q4 2021 trends will be monitored throughout the holiday season to observe impacts to holiday and leisure travel.

**Table 1 – COVID-19 Traffic Impact Factors During the First Year of the Pandemic (March 2020 to February 2021)**

| Positive Traffic Impacts | | Negative Traffic Impacts | | Uncertain Traffic Impacts | |
|---|---|---|---|---|---|
| Passenger Cars | Commercial Vehicles | Passenger Cars | Commercial Vehicles | Passenger Cars | Commercial Vehicles |
| • Health concerns with transit causing shifts to vehicular travel in urban areas<br>• Lower fuel prices | • Accelerated trends in e-commerce growth | • Reduced travel due to stay at home orders<br>• Employment losses<br>• Telecommuting<br>• Ongoing avoidance of less-critical travel due to health concerns<br>• Accelerated trends in e-commerce growth<br>• Lower population growth due to lower immigration | • Less shipping activitiy and deliveries related to declines in economic activity | • Potential shift to relatively more local vacation and leisure activity<br>• Potential shifts in residential and job location patterns | • Potential supply chain changes, for example related to international trade |



**DRAFT**

COVID-19 Impacts
December 17, 2021
Page 3

**Table 2 (cont. on next page) – Timeline of COVID-19 Mandates and Events in Maryland**

| Calendar Year | Date | Description |
|---|---|---|
| 2020 | March 12 | - Gatherings of more than 250 people banned<br>- Schools closed until March 27th |
| 2020 | March 16 | - Gatherings of more than 50 people banned<br>- All bars and restaurants closed |
| 2020 | March 19 | - Gatherings of more than 10 people banned<br>- Transit for essential travel only |
| 2020 | March 23 | - Non-essential businesses closed |
| 2020 | March 30 | - Residents ordered to stay-at-home indefinitely, persons traveling into Maryland are required to self-quarantine for 14 days. |
| 2020 | April 17 | - Schools closed through May 15th |
| 2020 | April 18 | - Residents ordered to wear face masks in public settings |
| 2020 | May 6 | - Schools closed through the end of the academic year |
| 2020 | May 15 | - Statewide Stay at Home order replaced by Safer at Home advisory. Some jurisdictions began Stage One of "Maryland Strong: Roadmap to Recovery" program but most social distancing measures generally remain in place. |
| 2020 | June 5 | - Maryland began moving to Stage Two of "Maryland Strong: Roadmap to Recovery" with the opening of businesses including manufacturing, construction, retail shops, specialty vendors, wholesalers, warehouses, and professional offices. Additionally, personal services(including salons, massage, and tattoo parlors) resumed operations at 50 percent capacity and the state government returned to more normal operations |
| 2020 | June 12 | - Additional Stage Two openings occurred including indoor dining and pools at 50 percent capacity and outdoor amusements at full capacity |
| 2020 | June 19 | - Additional Stage Two openings occurred including indoor fitness activities at 50 percent capacity and casinos, arcades, and malls at full capacity. Schools and child care centers also began partial reopening |
| 2020 | July 29 | - An increase in COVID-19 hospitalizations in Maryland resulted in a pause in reopening plans.<br>- Maryland residents were strongly advised to postpone or cancel travel to states with COVID-19 positivity testing rates of greater than or equal to 10 percent. |
| 2020 | July 31 | - An expanded statewide face mask order went into effect. |
| 2020 | August 27 | - All schools in Maryland authorized to reopen |
| 2020 | September 4 | - Maryland began moving to Stage Three of the "Maryland Strong: Roadmap to Recovery" with additional safe and gradual openings. Effective September 4th at 5 PM, outdoor venues may open to general public at 50% capacity or 250 people, whichever is less. Capacity for retail establishments and religious facilities increased from 50 to 75 percent. Indoor theaters may open to the general public at 50% capacity, or 100 people per auditorium—whichever is less |
| 2020 | September 21 | - Expanded capacity for indoor dining, from 50 to 75 percent, was put into place |

00004332



**DRAFT**

COVID-19 Impacts
December 17, 2021
Page 4

### Table 2 (continued) – Timeline of COVID-19 Mandates and Events in Maryland

| Calendar Year | Date | Description |
|---|---|---|
| 2020 | October 1 | - Capacity limits on child care facilities lifted; indoor visitings allowed at nursing homes |
| 2020 | November 5 | - Maryland enters red zone for coronavirus case rates; Travel advisory to avoid travel to and from states with positivity rates for 10% or higher renewed. |
| 2020 | November 20 | - Hospital visitations restricted until further notice. Nursing home visitations limited to compassionate care visits.<br>- Retail businesses and religious institutions back to Stage Two 50% capacity restrictions. Restaurants and Bars to close by 10 PM.<br>- Fans restricted at any professional or collegiate stadiums and racetracks. |
| 2020 | December 14 | - First COVID-19 vaccine administered in Maryland |
| 2021 | January 18 | - Maryland moves to Phase 1B of the COVID-19 vaccine protocols to include all Marylanders 75 and older, as well as anyone of any age living in assisted living or independent living facilities and developmental disabilities and behavioral health group homes, K-12 teachers, education staff and child care providers. |
| 2021 | January 25 | - Maryland moves to Phase 1C of the COVID-19 vaccine protocols to include adults 65 and older, U.S. Postal Service employees and essential workers in manufacturing and agriculture. |
| 2021 | March 12 | - Capacity limits lifted on outdoor and indoor dining, retail businesses, religious facilities and personal services.<br>- Large Outdoor and Indoor venues may operate at up to 50% capacity.<br>- Quarantine requirements lifted on out of state travel. |
| 2021 | March 23 | - Maryland moves to Phase 2A of the COVID-19 vaccine protocols to include all Marylanders, aged 60 and older. |
| 2021 | March 30 | - Maryland moves to Phase 2B of the COVID-19 vaccine protocols to include all Marylanders, aged 16 and older with underlying health conditions. |
| 2021 | April 6 | - COVID-19 vaccine eligibilty opens for all Marylanders, aged 16 and older at any of the state's mass vaccination sites. |
| 2021 | April 12 | - COVID-19 vaccine eligibilty opens for all Marylanders, aged 16 and older at any vaccine provider in the state. |
| 2021 | April 28 | - Maryland's statewide outdoor mask mandate lifted |
| 2021 | May 15 | - All remaining capacity restrictions lifted on all indoor entertainment venues and conventions, and all outdoor entertainment, art, and sports venues, including all ticketed events.<br>- All remaining capacity and distancing restrictions lifted on indoor and outdoor dining.<br>- Maryland's indoor mask mandate lifted except for public transportation, health care settings and schools. |
| 2021 | May 31 | - 70% of adults in Maryland have received at least one dose of the COVID-19 vaccine. |
| 2021 | June 15 | - State of emergency in Maryland lifted with most pandemic-related orders ending as of July 1, 2021. |
| 2021 | August 5 | - Maryland state employees who work in congregate settings must provide proof of COVID-19 vaccination effective September 1, 2021 |
| 2021 | August 18 | - All Maryland nursing home and hospital employees must get vaccinated against COVID-19 or be subject to regular testing |
| 2021 | September 3 | - The COVID-19 case count in Maryland crosses 500,000. |
| 2021 | November 3 | - COVID-19 vaccine rollout begins for 5- to 11-year old children. |



**DRAFT**

COVID-19 Impacts
December 17, 2021
Page 5

## Traffic Analysis Methodology

Traffic trends on the I-495 and I-270 project corridor were analyzed using data from SHA permanent count stations (ATRs). The six ATR locations on these corridors used for the analysis are listed below and are shown in **Figure 1.**

- I-495 ATR #40: At Persimmon Tree Road

- I-495 ATR #41: West of MD 650

- I-495 ATR #55: At Good Luck Road

- I-495 ATR #43: South of MD 214

- I-270 ATR #4: South of MD 121

- I-270 ATR #60: South of Middlebrook Road

**Figure 1 – Permanent Traffic Count Station (ATR) Locations on I-495 and I-270**



Note: Location #49 was not used in this analysis

The hourly data for the ATR locations was downloaded from the MDOT SHA Internet Traffic Monitoring System website or obtained from SHA Traffic Monitoring System Team Data Services Division staff. Breakdowns of the data by vehicle classification, which were used from past years at some ATR locations, were no longer available at any of the I-495 and I-270 ATR locations for the years needed for the COVID-19 analysis. Therefore, the COVID-19 impact analysis was performed based on total traffic.

The daily COVID-19 impact data analysis methodology is described below:

1. Data for 2020 before the onset of COVID-19 impacts (from January 2020 to early March 2020) was compared to similar data by day for 2019 to estimate an annual 2019 to 2020 traffic change (growth) rate by ATR location. Note that the comparison was made by shifting the comparison dates to the same day of week rather than the same exact date. For example, Sunday March 1, 2020 was compared to Sunday March 3, 2019.

2. The pre-COVID-19 traffic change (growth) rates were applied to corresponding data by day from the year before the pandemic (March 2019 to February 2020). This resulted in an



**DRAFT**

COVID-19 Impacts
December 17, 2021
Page 6

estimate of traffic levels without the COVID-19 impact. Only one year of traffic change rates were applied to the estimated traffic without the COVID-19 impact.

3. The estimated traffic without the COVID-19 impact was compared with actual traffic since March 2020 to estimate an impact due to COVID-19. This analysis methodology accounts for seasonal impacts on traffic.

The analysis of hourly impacts was conducted by directly comparing hourly traffic on average weekdays before the pandemic with hourly traffic since the pandemic. No traffic change (growth) rates were applied to the hourly data from before the pandemic in this comparison. This was because some time periods at some ATR locations experienced severe congestion and queuing so traffic change (growth) rates would not be able to be applied consistently to all hours. Rather than attempting to apply varied traffic change (growth) rates by time of day, the hourly data post-pandemic was directly compared to pre-pandemic data.

## Daily and Monthly Analysis Results

**Figure 2** shows the seven-day rolling average COVID-19 traffic impacts by ATR location and **Figure 3** shows the impacts for all ATR locations combined (both daily and seven-day rolling average trends). **Table 3** also estimates the results by month by ATR location. The most recent month of October 2021 has an estimated COVID-19 impact of about -9 percent at all locations, which is among the lowest monthly impact since the beginning of the pandemic, and similar to impacts observed since June 2021. The percent impacts shown in these figures and table are the difference between actual transactions observed since March 2020 compared to estimates of traffic levels that would have occurred without COVID-19, including growth over 2019.

Based on **Table 3,** the variation of impacts between ATR locations has narrowed over time. From April to August 2020, the range of estimated COVID-19 traffic impacts by ATR location varied by 10 to 13 percentage points. ATRs #43 and #55 on the east I-495 beltway showed the least negative impacts early in the pandemic through September 2020. Over those same months, ATR #40 showed the most severe impacts. The variation in recent months was much lower, consistently around five percentage points. The lower variation over time, which may be due to some COVID-19 impact factors (see **Table 1**) evening out over time across the locations as the recovery continues.

From **Table 3**, the total estimated COVID-19 impacts for all ATR locations was the highest in April 2020 at -52 percent. There was a significant recovery in May 2020 through July 2020 to -17 percent, followed by a more gradual recovery through October 2020 to -16 percent. Impacts became gradually more severe in November 2020 and the winter months of 2020/2021, due to an elevated number of new COVID-19 cases, although February impacts were also severely impacted by weather events making the trend in that month misleading. Following this, traffic steadily increased until May 2021, after which COVID-19 impacts have stabilized close to -9 percent.



**DRAFT**

COVID-19 Impacts
December 17, 2021
Page 7

### Figure 2 – Estimated Seven-Day Rolling Average COVID-19 Impacts by Day by Location



Note: Impacts represent the percent difference between observed transactions since March 2020 and estimates of traffic levels that would have occurred without COVID-19, including growth over 2019.

00004336



**DRAFT**

COVID-19 Impacts
December 17, 2021
Page 8

### Figure 3 – Estimated COVID-19 Impacts by Day for all ATR Locations



Note: Impacts represent the percent difference between observed transactions since March 2020 and estimates of traffic levels that would have occurred without COVID-19, including growth over 2019.



**DRAFT**

COVID-19 Impacts
December 17, 2021
Page 9

## Table 3 – Estimated COVID-19 Impacts by Month by Location

| Calendar Year | Month | ATR #4 | ATR #40 | ATR #41 | ATR #43 | ATR #55 | ATR #60 | Total All Locations |
|---|---|---|---|---|---|---|---|---|
| 2020 | March | -24% | -28% | -22% | -21% | -22% | -24% | -24% |
| 2020 | April | -52% | -60% | -50% | -47% | -48% | -53% | -52% |
| 2020 | May | -38% | -46% | -38% | -34% | -34% | -40% | -38% |
| 2020 | June | -23% | -32% | -23% | -20% | -19% | -27% | -24% |
| 2020 | July | -15% | -25% | -16% | -15% | -11% | -18% | -17% |
| 2020 | August | -16% | -23% | -20% | -15% | -13% | -18% | -18% |
| 2020 | September | -14% | -21% | -18% | -15% | -14% | -17% | -17% |
| 2020 | October | -13% | -18% | -16% | -15% | -15% | -16% | -16% |
| 2020 | November | -17% | -21% | -22% | -16% | -18% | -18% | -19% |
| 2020 | December | -19% | -22% | -22% | -17% | -18% | -21% | -20% |
| 2021 | January | -19% | -22% | -22% | -18% | -20% | -27% | -22% |
| 2021 | February[1] | -25% | -28% | -27% | -23% | -29% | -28% | -27% |
| 2021 | March | -11% | -16% | -15% | -13% | -15% | -12% | -14% |
| 2021 | April | -10% | -15% | -15% | -12% | -11% | -10% | -13% |
| 2021 | May | -8% | -10% | -14% | -11% | -11% | -9% | -11% |
| 2021 | June | -6% | -10% | -13% | -10% | -10% | -7% | -10% |
| 2021 | July | -3% | -8% | -10% | -6% | -6% | -5% | -7% |
| 2021 | August | -6% | -9% | -13% | -9% | -10% | -6% | -9% |
| 2021 | September | -5% | -7% | -15% | -10% | -11% | -7% | -10% |
| 2021 | October | -6% | -9% | -12% | -9% | -10% | -6% | -9% |

[1] Traffic in February 2021 was severely impacted by weather events.

Note: Impacts represent the percent difference between observed transactions since March 2020 and estimates of traffic levels that would have occurred without COVID-19, including growth over 2019.



**DRAFT**

COVID-19 Impacts
December 17, 2021
Page 10

In addition to the total trend at all ATR locations, **Figure 3** also graphs Maryland's daily new COVID-19 cases, as reported by the Maryland Department of Health[1]. Total ATR traffic declines were most severe in mid-April 2020 coinciding with the first wave of new cases. New cases peaked in mid-May then steadily declined through late June 2020. During this time a steady recovery in traffic occurred. The traffic impact trend improved only slightly through October during the time when the daily new cases fluctuated but remained relatively low. New COVID-19 cases started increasing significantly again starting late October and correspondingly the traffic levels dropped in November 2020. This trend continued through January 2021. With the decrease in new cases and improved access to COVID-19 vaccination, traffic levels started recovering in March 2021. The peak in new cases in late March through April 2021 did not appear to impact the traffic recovery trend. Towards the end of May 2021, the number of new COVID-19 cases in Maryland were the lowest since the beginning of the pandemic in March 2020. Another peak in cases occurred between August and November 2021, however traffic impacts remained stable.

## Hourly Analysis Results

The daily COVID-19 impacts shown previously were found to vary when considering the results by time of day, especially for sections of I-495 and I-270 that experienced the most severe congestion and queuing before the pandemic. As described in more detail in this section, it was found that afternoon and evening hours have recovered to closer to pre-pandemic levels compared to morning hours.

**Figure 4** through **Figure 9** show hourly traffic for both directions of travel at each of the six ATR locations. The figures include average Monday to Friday weekday traffic for April 2019 (wide pink line) and October 2019 (wide light blue line) which are pre-pandemic months, April 2020 (red line) with the largest pandemic-related traffic impacts of any month, and the most recent month, October 2021 (dark blue line). Callouts on each figure show the comparison of pre-pandemic versus post-pandemic traffic for the 7:00 to 7:59 AM hour and 5:00 to 5:59 PM hour for April 2019 versus April 2020 and October 2019 versus October 2021.

Traffic observed on I-270 (ATR locations #4 and #60) in October 2021 has recovered to near pre-pandemic levels for the majority of the day. Traffic at ATR location #60, south of Middlebrook Road, has recovered to the degree that congestion-related constraints are visible in the PM peak in the northbound direction, similar to pre-pandemic conditions. Morning peak period traffic in the southbound direction has not recovered to the same degree.

Similar trends can be seen at ATR locations on I-495. Evening peak hour traffic in October 2021 has recovered to levels within 11 percent of pre-pandemic levels at all four ATR locations on I-495 in

---

[1] https://coronavirus.maryland.gov/datasets/mdcovid19-totalcasesstatewide



**DRAFT**

COVID-19 Impacts
December 17, 2021
Page 11

both directions of travel. For example, PM peak traffic traveling in the eastbound direction at ATR location #40 (at Persimmon Tree Road) has recovered sufficiently to reflect congestion-related constraints approaching pre-pandemic conditions. Morning peak hour traffic through October remains below pre-pandemic levels in excess of 10 percent in both travel directions at all four locations. The most severe impacts remaining can be seen at ATR #40 where AM peak hour traffic in October 2021 was still 29 percent below pre-pandemic levels in both travel directions. This is likely due to remote work and flexible work hours options continuing to impact the early commute.

**Figure 10** is similar to **Figures 4** through **Figure 9** but reflects traffic data from all six ATR locations in both directions added together. The overall differences in recovery by time of day can be seen in this graphic. The broad trend for all ATR locations indicates that the most recent traffic shows a significant return to pre-pandemic levels, with the exception of the morning peak, which has recovered significantly but still lags the pre-pandemic benchmark.



**DRAFT**

COVID-19 Impacts
December 17, 2021
Page 12

**Figure 4 – Average Weekday Hourly Traffic at I-270 ATR Location #04**

Northbound

7:00 to 7:59 AM Impacts
Apr 2020: -45%
Oct 2021: -6%

5:00 to 5:59 PM Impacts
Apr 2020: -46%
Oct 2021: -2%

Av. Weekday Vehicles in the Hour (000's)

Hour of Day

— Apr 2019 (Pre-Pandemic)  — Oct 2019 (Pre-Pandemic)  — Apr 2020 (Largest Impact)  — Oct 2021 (Recent Month)

Southbound

7:00 to 7:59 AM Impacts
Apr 2020: -44%
Oct 2021: -5%

5:00 to 5:59 PM Impacts
Apr 2020: -52%
Oct 2021: 2%

Av. Weekday Vehicles in the Hour (000's)

Hour of Day

— Apr 2019 (Pre-Pandemic)  — Oct 2019 (Pre-Pandemic)  — Apr 2020 (Largest Impact)  — Oct 2021 (Recent Month)

Note: Hourly traffic volumes represent unadjusted average non-holiday weekdays and have not been adjusted to account for traffic growth over 2019 had COVID-19 not occurred.

**CDM Smith**

**DRAFT**

COVID-19 Impacts
December 17, 2021
Page 13

**Figure 5 – Average Weekday Hourly Traffic at I-270 ATR Location #60**



Note: Hourly traffic volumes represent unadjusted average non-holiday weekdays and have not been adjusted to account for traffic growth over 2019 had COVID-19 not occurred.

**DRAFT**

COVID-19 Impacts
December 17, 2021
Page 14

**Figure 6 – Average Weekday Hourly Traffic at I-495 ATR Location #40**



Note: Hourly traffic volumes represent unadjusted average non-holiday weekdays and have not been adjusted to account for traffic growth over 2019 had COVID-19 not occurred.



**DRAFT**

COVID-19 Impacts
December 17, 2021
Page 15

**Figure 7 – Average Weekday Hourly Traffic at I-495 ATR Location #41**

Eastbound (Inner Loop)

7:00 to 7:59 AM Impacts
Apr 2020: -49%
Oct 2021: -12%

5:00 to 5:59 PM Impacts
Apr 2020: -38%
Oct 2021: 2%

Av. Weekday Vehicles in the Hour (000's)

Hour of Day

Apr 2019 (Pre-Pandemic)    Oct 2019 (Pre-Pandemic)    Apr 2020 (Largest Impact)    Oct 2021 (Recent Month)

Westbound (Outer Loop)

7:00 to 7:59 AM Impacts
Apr 2020: -18%
Oct 2021: -18%

5:00 to 5:59 PM Impacts
Apr 2020: -51%
Oct 2021: -11%

Av. Weekday Vehicles in the Hour (000's)

Hour of Day

Apr 2019 (Pre-Pandemic)    Oct 2019 (Pre-Pandemic)    Apr 2020 (Largest Impact)    Oct 2021 (Recent Month)

Note: Hourly traffic volumes represent unadjusted average non-holiday weekdays and have not been adjusted to account for traffic growth over 2019 had COVID-19 not occurred.



**DRAFT**

COVID-19 Impacts
December 17, 2021
Page 16

**Figure 8 – Average Weekday Hourly Traffic at I-495 ATR Location #55**

Northbound (Outer Loop)

7:00 to 7:59 AM Impacts
Apr 2020: -49%
Oct 2021: -15%

5:00 to 5:59 PM Impacts
Apr 2020: -39%
Oct 2021: 2%

Av. Weekday Vehicles in the Hour (000's)

Hour of Day

Apr 2019 (Pre-Pandemic)     Oct 2019 (Pre-Pamdemic)     Apr 2020 (Largest Impact)     Oct 2021 (Recent Month)

Southbound (Inner Loop)

7:00 to 7:59 AM Impacts
Apr 2020: -43%
Oct 2021: -12%

5:00 to 5:59 PM Impacts
Apr 2020: -41%
Oct 2021: -8%

Av. Weekday Vehicles in the Hour (000's)

Hour of Day

Apr 2019 (Pre-Pandemic)     Oct 2019 (Pre-Pandemic)     Apr 2020 (Largest Impact)     Oct 2021 (Recent Month)

Note: Hourly traffic volumes represent unadjusted average non-holiday weekdays and have not been adjusted to account for traffic growth over 2019 had COVID-19 not occurred.



**DRAFT**

COVID-19 Impacts
December 17, 2021
Page 17

**Figure 9 – Average Weekday Hourly Traffic at I-495 ATR Location #43**

Northbound (Outer Loop)

7:00 to 7:59 AM Impacts
Apr 2020: -50%
Oct 2021: -11%

5:00 to 5:59 PM Impacts
Apr 2020: -43%
Oct 2021: -5%

Av. Weekday Vehicles in the Hour (000's)

Hour of Day

Apr 2019 (Pre-Pandemic)  —  Oct 2019 (Pre-Pandemic)  —  Apr 2020 (Largest Impact)  —  Oct 2021 (Recent Month)

Southbound (Inner Loop)

7:00 to 7:59 AM Impacts
Apr 2020: -48%
Oct 2021: -10%

5:00 to 5:59 PM Impacts
Apr 2020: -39%
Oct 2021: -7%

Av. Weekday Vehicles in the Hour (000's)

Hour of Day

Apr 2019 (Pre-Pandemic)  —  Oct 2019 (Pre-Pandemic)  —  Apr 2020 (Largest Impact)  —  Oct 2021 (Recent Month)

Note: Hourly traffic volumes represent unadjusted average non-holiday weekdays and have not been adjusted to account for traffic growth over 2019 had COVID-19 not occurred.



**DRAFT**

COVID-19 Impacts
December 17, 2021
Page 18

**Figure 10 – Average Weekday Hourly Traffic at All ATR Locations in Both Directions**



Note: Hourly traffic volumes represent unadjusted average non-holiday weekdays and have not been adjusted to account for traffic growth over 2019 had COVID-19 not occurred.

More detailed average weekday results by location and hour are included in **Appendix A**. Data are shown for key months corresponding to the trends discussed previously on page 6 in context of **Table 3.** The appendix tables represent a direct comparison of observed traffic and are not adjusted to show growth over 2019 levels had the COVID-19 pandemic not occurred. The data for months since the beginning of the pandemic is compared with the same month pre-pandemic. Both the absolute difference and percentage difference in traffic levels are shown. Note that overall trends listed in the "Total" row of these tables may be different than the results shown previously in **Table 3** due to the different data comparison approaches used as described previously in the Traffic Analysis Methodology section of this report and because the appendix tables include average weekday data and **Table 3** includes data from all days.



**DRAFT**

COVID-19 Impacts
December 17, 2021
Page 19

## Sample Results from Other Sources

This section provides analysis based on other sources as context to the analysis of ATR data. Because a full year of pre-pandemic data is not available for many of these other sources, comparisons to the ATR data are made in this section based on indexing back to early March 2020.

### Streetlight

**Figure 11** provides COVID-19 impacts on vehicle-miles-travelled (VMT) indexed to March 2, 2020 from the transportation analytics provider Streetlight. Streetlight began releasing VMT by county estimates via a map interface for viewing on their website during the pandemic[2]. Data through October 17, 2021 is shown for Montgomery, Prince George's, and Fairfax Counties. Also, the total combined ATR data indexed to March 2, 2020 is shown for context. The ATR data follows similar pattern to county-level VMT data. Streetlight data was collected from the live website tool shown in the footnote on December 6th, 2021.

**Figure 11 – Vehicle Miles Traveled Index by County based on Streetlight Data**



Note: County-level VMT and ATR traffic volumes are indexed to March 2nd, 2020. No adjustments were made to account for traffic growth over 2019 had COVID-19 not occurred.

---

[2] https://www.streetlightdata.com/vmt-monitor-by-county/#emergency-map-response



**DRAFT**

COVID-19 Impacts
December 17, 2021
Page 20

## Apple

**Figure 12** shows an index of the frequency of requests for directions in Apple Maps based on data made available by Apple[3]. An index of the combined ATR data is shown for comparison. The direction request trend lines for driving in Montgomery and Prince George's Counties showed a greater recovery than the ATR data starting mid-May 2020 and continued through mid-November, after which the recovery stayed similar to the ATR data through the end of February 2021. Starting March 2021, the trend lines for driving in Montgomery and Prince George's Counties showed a much stronger recovery compared to the ATR data. This likely indicates that requests for directions are an imperfect measure of overall travel trends. Requests for directions are likely more weighted toward recreational and leisure-type trips where travelers are more likely to need directions compared to more routine trips. However, it is helpful to see similar overall trends and parallels. The other trend line on the graphic, the Washington DC transit trend line, shows severe COVID-19 impacts from April 2020 through February 2021, followed by steady recovery through October 2021. It is notable that the steady increase in the Washington DC transit trend line beginning in March 2021 continued through October despite a spike in statewide COVID-19 cases from August to October 2021 (see **Figure 3**).

**Figure 12 – Index of Frequency of Requests for Directions in Apple Maps**



---

[3] https://www.apple.com/covid19/mobility



**DRAFT**

COVID-19 Impacts
December 17, 2021
Page 21

## Moody's Back-to-Normal Index

**Figure 13** shows the Back-to-Normal Index (BNI) provided by Moody's analytics/CNN Business[4] for U.S., Maryland, Virginia, and Washington, D.C. The index ranges from zero, representing no economic activity and the most severe restrictions, to 100%, representing the economy returning to pre-pandemic level in 2020. This index is composed of a composite trend of 37 indicators. Some of the key indicators are Moody's GDP model, seated restaurant diners from OpenTable, the Google Workplace Mobility Index, airline traveler throughput from the Transportation Security Administration, small businesses hours worked from Homebase, new home listings from Zillow, petroleum products supplied from the Energy Information Administration, railroad traffic from the Association of American Railroads, unemployment insurance claims, the Purchase Activity Index from Mortgage Bankers Association the Moody's Business Confidence Index, and employment rates from the Bureau of Labor Statistics.

The composite trend is indexed to February 29, 2020 which represents an index value of one.  For the purpose of this report, the composite trend was reindexed to March 2, 2020 to maintain consistency with indexing for the other data sources shown in this section. No adjustments were made to reflect economic growth that may have occurred in the absence of COVID-19. Combined ATR data is also shown in a similar index format for comparison. Both the BNI and ATR indices show steep declines through mid-April 2020. The BNI recovery was more gradual than the ATR recovery through November 2020, after which ATR data and BNI indices either decreased slightly or stayed flat, presumably due to the increase in COVID-19 cases in the winter months. The recovery again started towards the end of February 2021 and continued through the end of July 2021. Trends have somewhat stabilized from July 2021 through the end of the series in October. Most recently the BNI for Washington D.C. had less recovery compared to Maryland, while Maryland caught up with Virginia and the United States as a whole, which are both tracking closely together.

---

[4] Official Moody's Analytics Store: Purchase Research & Data Online (economy.com)

**DRAFT**

COVID-19 Impacts
December 17, 2021
Page 22

**Figure 13 – Index of Moody's Back-to-Normal Index**



## Metropolitan Washington Council of Governments (MWCOG)

A MWCOG presentation titled "COVID-19 Impacts in Metropolitan Washington"[5], from September 27, 2021, includes several slides discussing COVID-19 impacts on transportation in Washington D.C. On slide 2: "Regional traffic volumes had recovered to over 80 percent of 2019 volumes by July 2020 and had remained fairly steady through December. In February 2021, traffic levels decreased as compared to their pre-pandemic levels but have since been steadily rebounding to over 95 percent of 2019 levels in July.". The graphic on the same slide shows a -14.6 percent average percent change from equivalent 2019 month in March 2021, decreasing -4.3 percent in the latest month of July 2021. Similar trends are shown in the average impacts for all ATR locations, as shown in **Table 3**.

---

[5] https://www.mwcog.org/documents/2021/09/27/covid-19-travel-monitoring-snapshot-traffic-monitoring/



**DRAFT**

COVID-19 Impacts
December 17, 2021
Page 23

## Maryland Transportation Authority (MDTA)

Materials for a November 18, 2021 Maryland Transportation Authority (MDTA) board meeting included graphics showing COVID-19 traffic impacts experienced on MDTA toll facilities[6]. The estimated COVID-19 impact for the MDTA Legacy system in July 2021 (most recent month in the graphic) was -2 percent for passenger cars and +8 percent for commercial vehicles. The Legacy system includes seven bridge and tunnel tolling locations, with the most traveled facilities in Baltimore or on I-95 north of Baltimore. A separate COVID-19 impact graphic includes the trend for the Intercounty Connector, a MDTA toll facility mostly in Montgomery County in the northern Washington D.C. suburbs and carries primarily commuter traffic, which exhibited a -13 percent impact in July 2021. The MDTA Legacy system COVID-19 impact is several percentage points better than that of the total ATR impact in July 2021, of -7 percent for I-495 and I-270, per **Table 3**. However, the ATR recovery trend is better than the MDTA Intercounty Connector recovery.

<p style="text-align:center">*          *          *</p>

These trends will continue to be closely monitored by CDM Smith. Please reach out to us should you have any questions or concerns.

Sincerely,

Adam Aceto
Project Manager
CDM Smith Inc.

---

[6] See overall page 117 of the pdf link to the CDM Smith report "Maryland Transportation Authority FY2022 Traffic and Toll Revenue Update": https://mdta.maryland.gov/sites/default/files/Files/Meeting_Schedules/Meeting_Materials/2021_1118-%20REVISED%20Board%20Materials%20-%20Posting%20-%20Optimized.pdf

00004352



**CDM Smith**
75 State Street, Suite 701
Boston, Massachusetts 02109
tel: 617 452-6000

# DRAFT

## Appendix Table 1 - Average Weekday Hourly Traffic at I-270 ATR #04 NB

| Hour | Pre-Pandemic Hourly Traffic (thousands) | | | | | Post-Pandemic Hourly Traffic (thousands) | | | | | Absolute Difference (thousands) | | | | | Percentage Difference | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Apr 2019 | May 2019 | Jun 2019 | Oct 2019 | Jan 2020 | Apr 2020 | Jun 2020 | Oct 2020 | Jan 2021 | Oct 2021 | Apr 2020 vs Apr 2019 | Jun 2020 vs Jun 2019 | Oct 2020 vs Oct 2019 | Jan 2021 vs Jan 2020 | Oct 2021 vs Oct 2019 | Apr 2020 vs Apr 2019 | Jun 2020 vs Jun 2019 | Oct 2020 vs Oct 2019 | Jan 2021 vs Jan 2020 | Oct 2021 vs Oct 2019 |
| Midnight | 0.6 | 0.7 | 0.8 | 0.7 | 0.6 | 0.3 | 0.5 | 0.5 | 0.4 | 0.7 | -0.4 | -0.3 | -0.2 | -0.1 | 0.0 | -58% | -38% | -25% | -25% | -3% |
| 1:00 AM | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.2 | 0.3 | 0.3 | 0.3 | 0.4 | -0.2 | -0.1 | -0.1 | -0.1 | 0.0 | -58% | -34% | -23% | -25% | 1% |
| 2:00 AM | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.1 | 0.2 | 0.2 | 0.2 | 0.3 | -0.1 | -0.1 | -0.1 | -0.1 | 0.0 | -50% | -30% | -23% | -26% | -3% |
| 3:00 AM | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.2 | 0.2 | 0.2 | 0.2 | 0.3 | -0.1 | -0.1 | 0.0 | 0.0 | 0.0 | -44% | -23% | -14% | -18% | 2% |
| 4:00 AM | 0.5 | 0.4 | 0.5 | 0.5 | 0.4 | 0.3 | 0.4 | 0.4 | 0.3 | 0.5 | -0.2 | -0.1 | 0.0 | 0.0 | 0.0 | -42% | -11% | -10% | -12% | -3% |
| 5:00 AM | 1.0 | 1.0 | 1.0 | 1.0 | 0.8 | 0.6 | 1.0 | 0.9 | 0.8 | 1.0 | -0.3 | 0.0 | 0.0 | 0.0 | 0.0 | -34% | -5% | -5% | -5% | 2% |
| 6:00 AM | 1.8 | 1.9 | 1.9 | 1.8 | 1.6 | 1.2 | 1.7 | 1.6 | 1.4 | 1.8 | -0.6 | -0.1 | -0.2 | -0.2 | -0.1 | -34% | -7% | -10% | -11% | -3% |
| 7:00 AM | 2.5 | 2.5 | 2.6 | 2.5 | 2.3 | 1.4 | 2.1 | 2.2 | 1.9 | 2.3 | -1.1 | -0.5 | -0.3 | -0.3 | -0.1 | -45% | -18% | -13% | -15% | -6% |
| 8:00 AM | 2.5 | 2.6 | 2.7 | 2.6 | 2.3 | 1.2 | 2.2 | 2.3 | 2.1 | 2.6 | -1.3 | -0.6 | -0.2 | -0.2 | 0.0 | -50% | -20% | -8% | -9% | 1% |
| 9:00 AM | 2.7 | 2.8 | 2.9 | 2.7 | 2.4 | 1.2 | 2.4 | 2.5 | 2.1 | 2.9 | -1.5 | -0.5 | -0.1 | -0.2 | 0.2 | -54% | -18% | -5% | -9% | 7% |
| 10:00 AM | 3.0 | 3.1 | 3.2 | 3.0 | 2.6 | 1.4 | 2.8 | 2.9 | 2.4 | 3.1 | -1.6 | -0.5 | 0.0 | -0.2 | 0.1 | -53% | -15% | -2% | -8% | 5% |
| 11:00 AM | 3.2 | 3.4 | 3.5 | 3.2 | 2.9 | 1.6 | 3.0 | 3.2 | 2.7 | 3.4 | -1.6 | -0.5 | 0.0 | -0.2 | 0.2 | -51% | -13% | -1% | -8% | 5% |
| Noon | 3.5 | 3.6 | 3.7 | 3.5 | 3.3 | 1.8 | 3.2 | 3.5 | 3.0 | 3.6 | -1.7 | -0.5 | 0.0 | -0.3 | 0.1 | -48% | -14% | 0% | -9% | 2% |
| 1:00 PM | 4.0 | 3.9 | 3.9 | 3.9 | 3.9 | 2.1 | 3.5 | 3.8 | 3.3 | 3.9 | -1.8 | -0.4 | -0.2 | -0.5 | -0.1 | -46% | -10% | -4% | -13% | -1% |
| 2:00 PM | 4.3 | 4.3 | 4.3 | 4.2 | 4.2 | 2.5 | 3.9 | 4.2 | 3.7 | 4.3 | -1.8 | -0.4 | 0.0 | -0.6 | 0.1 | -42% | -9% | -1% | -13% | 2% |
| 3:00 PM | 4.2 | 4.0 | 4.0 | 4.0 | 4.1 | 2.6 | 3.8 | 4.1 | 3.7 | 4.3 | -1.6 | -0.2 | 0.1 | -0.4 | 0.3 | -38% | -5% | 2% | -9% | 7% |
| 4:00 PM | 4.1 | 4.0 | 3.8 | 4.0 | 3.9 | 2.4 | 3.7 | 3.9 | 3.5 | 4.1 | -1.7 | -0.2 | -0.1 | -0.4 | 0.1 | -41% | -5% | -2% | -9% | 2% |
| 5:00 PM | 4.0 | 3.9 | 3.8 | 4.0 | 3.8 | 2.1 | 3.5 | 3.8 | 3.4 | 4.0 | -1.8 | -0.3 | -0.3 | -0.4 | -0.1 | -46% | -8% | -7% | -10% | -2% |
| 6:00 PM | 3.9 | 3.8 | 3.8 | 3.8 | 3.5 | 1.6 | 2.7 | 3.2 | 2.7 | 3.6 | -2.3 | -1.1 | -0.6 | -0.7 | -0.2 | -59% | -30% | -16% | -21% | -5% |
| 7:00 PM | 3.3 | 3.4 | 3.3 | 3.4 | 3.0 | 1.2 | 2.1 | 2.5 | 2.0 | 2.9 | -2.1 | -1.2 | -0.9 | -1.0 | -0.4 | -65% | -38% | -27% | -33% | -13% |
| 8:00 PM | 2.5 | 2.5 | 2.5 | 2.5 | 2.1 | 0.8 | 1.6 | 1.8 | 1.5 | 2.3 | -1.7 | -0.9 | -0.7 | -0.7 | -0.2 | -68% | -37% | -27% | -31% | -10% |
| 9:00 PM | 2.0 | 2.0 | 2.0 | 1.9 | 1.7 | 0.6 | 1.2 | 1.4 | 1.1 | 1.7 | -1.4 | -0.8 | -0.6 | -0.6 | -0.2 | -71% | -41% | -29% | -37% | -10% |
| 10:00 PM | 1.5 | 1.6 | 1.6 | 1.4 | 1.3 | 0.5 | 0.9 | 1.0 | 0.8 | 1.3 | -1.0 | -0.7 | -0.4 | -0.4 | -0.1 | -69% | -43% | -29% | -36% | -5% |
| 11:00 PM | 1.0 | 1.1 | 1.2 | 1.0 | 0.9 | 0.4 | 0.7 | 0.7 | 0.6 | 0.9 | -0.7 | -0.5 | -0.3 | -0.3 | -0.1 | -63% | -42% | -28% | -33% | -11% |
| Total | 57.0 | 57.5 | 58.0 | 56.6 | 52.2 | 28.3 | 47.4 | 51.3 | 44.1 | 56.0 | -28.6 | -10.6 | -5.3 | -8.1 | -0.6 | -50% | -18% | -9% | -15% | -3% |



WATER + ENVIRONMENT + TRANSPORTATION + ENERGY + FACILITIES

00004353



COVID-19 Impacts
December 17, 2021
Page 2

## Appendix Table 2 - Average Weekday Hourly Traffic at I-270 ATR #04 SB

| Hour | Pre-Pandemic Hourly Traffic (thousands) | | | | | Post-Pandemic Hourly Traffic (thousands) | | | | | Absolute Difference (thousands) | | | | | Percentage Difference | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Apr 2019 | May 2019 | Jun 2019 | Oct 2019 | Jan 2020 | Apr 2020 | Jun 2020 | Oct 2020 | Jan 2021 | Oct 2021 | Apr 2020 vs. Apr 2019 | Jun 2020 vs. Jun 2019 | Oct 2020 vs. Oct 2019 | Jan 2021 vs. Jan 2020 | Oct 2021 vs. Oct 2019 | Apr 2020 vs. Apr 2019 | Jun 2020 vs. Jun 2019 | Oct 2020 vs. Oct 2019 | Jan 2021 vs. Jan 2020 | Oct 2021 vs. Oct 2019 |
| Midnight | 0.4 | 0.5 | 0.5 | 0.4 | 0.4 | 0.2 | 0.4 | 0.4 | 0.4 | 0.5 | -0.3 | -0.1 | 0.0 | 0.0 | 0.0 | -57% | -26% | -6% | -5% | 9% |
| 1:00 AM | 0.3 | 0.3 | 0.4 | 0.3 | 0.3 | 0.1 | 0.3 | 0.3 | 0.3 | 0.3 | -0.2 | -0.1 | 0.0 | 0.0 | 0.0 | -54% | -23% | -6% | -8% | 4% |
| 2:00 AM | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.2 | 0.3 | 0.3 | 0.3 | 0.3 | -0.1 | -0.1 | 0.0 | 0.0 | 0.0 | -47% | -21% | -11% | -12% | -7% |
| 3:00 AM | 0.6 | 0.5 | 0.6 | 0.6 | 0.5 | 0.3 | 0.5 | 0.5 | 0.4 | 0.5 | -0.2 | -0.1 | -0.1 | -0.1 | -0.1 | -41% | -19% | -21% | -21% | -18% |
| 4:00 AM | 1.8 | 1.7 | 1.7 | 1.8 | 1.7 | 1.0 | 1.3 | 1.3 | 1.1 | 1.3 | -0.8 | -0.3 | -0.5 | -0.6 | -0.4 | -44% | -20% | -27% | -35% | -25% |
| 5:00 AM | 3.4 | 3.2 | 3.2 | 3.4 | 3.2 | 1.9 | 2.5 | 2.4 | 2.2 | 2.6 | -1.5 | -0.7 | -1.0 | -1.0 | -0.8 | -45% | -23% | -28% | -33% | -24% |
| 6:00 AM | 3.4 | 3.4 | 3.4 | 3.4 | 3.2 | 2.1 | 2.8 | 2.9 | 2.5 | 3.1 | -1.4 | -0.6 | -0.5 | -0.7 | -0.3 | -40% | -17% | -16% | -22% | -8% |
| 7:00 AM | 3.7 | 3.6 | 3.6 | 3.5 | 3.4 | 2.1 | 3.0 | 3.2 | 2.8 | 3.3 | -1.6 | -0.6 | -0.2 | -0.6 | -0.2 | -44% | -16% | -7% | -18% | -5% |
| 8:00 AM | 3.7 | 3.6 | 3.6 | 3.6 | 3.4 | 1.8 | 2.8 | 3.2 | 2.8 | 3.2 | -1.8 | -0.8 | -0.4 | -0.7 | -0.4 | -50% | -22% | -12% | -19% | -11% |
| 9:00 AM | 3.7 | 3.6 | 3.7 | 3.7 | 3.4 | 1.5 | 2.5 | 2.9 | 2.3 | 3.3 | -2.2 | -1.2 | -0.8 | -1.1 | -0.4 | -59% | -31% | -21% | -33% | -10% |
| 10:00 AM | 3.3 | 3.2 | 3.3 | 3.1 | 3.0 | 1.5 | 2.5 | 2.7 | 2.3 | 3.0 | -1.8 | -0.9 | -0.4 | -0.7 | -0.1 | -55% | -26% | -14% | -23% | -3% |
| 11:00 AM | 3.1 | 3.1 | 3.2 | 3.0 | 2.8 | 1.5 | 2.5 | 2.7 | 2.3 | 3.1 | -1.6 | -0.6 | -0.3 | -0.5 | 0.1 | -53% | -20% | -9% | -17% | 3% |
| Noon | 3.1 | 3.1 | 3.2 | 3.0 | 2.9 | 1.5 | 2.6 | 2.9 | 2.6 | 3.2 | -1.5 | -0.5 | -0.1 | -0.3 | 0.2 | -50% | -17% | -2% | -11% | 7% |
| 1:00 PM | 3.1 | 3.1 | 3.2 | 3.0 | 2.9 | 1.6 | 2.7 | 3.0 | 2.7 | 3.2 | -1.5 | -0.5 | 0.0 | -0.2 | 0.3 | -49% | -15% | 1% | -7% | 9% |
| 2:00 PM | 3.1 | 3.2 | 3.3 | 3.1 | 3.0 | 1.7 | 2.9 | 3.2 | 2.9 | 3.4 | -1.4 | -0.5 | 0.1 | -0.1 | 0.3 | -45% | -14% | 4% | -2% | 10% |
| 3:00 PM | 3.1 | 3.2 | 3.2 | 3.2 | 3.0 | 1.7 | 2.9 | 3.2 | 3.0 | 3.5 | -1.5 | -0.4 | 0.1 | 0.0 | 0.3 | -47% | -11% | 2% | -1% | 9% |
| 4:00 PM | 3.3 | 3.3 | 3.4 | 3.4 | 3.2 | 1.7 | 2.9 | 3.4 | 3.0 | 3.6 | -1.6 | -0.5 | 0.0 | -0.1 | 0.2 | -48% | -13% | -1% | -4% | 6% |
| 5:00 PM | 3.5 | 3.6 | 3.6 | 3.6 | 3.3 | 1.7 | 3.0 | 3.5 | 3.0 | 3.7 | -1.8 | -0.6 | -0.1 | -0.3 | 0.1 | -52% | -17% | -4% | -8% | 2% |
| 6:00 PM | 3.0 | 3.1 | 3.2 | 3.1 | 2.7 | 1.4 | 2.6 | 3.1 | 2.5 | 3.2 | -1.6 | -0.7 | 0.0 | -0.2 | 0.1 | -53% | -20% | 0% | -7% | 4% |
| 7:00 PM | 2.4 | 2.6 | 2.6 | 2.5 | 2.1 | 1.0 | 2.0 | 2.5 | 1.8 | 2.7 | -1.4 | -0.6 | 0.1 | -0.3 | 0.2 | -58% | -23% | 2% | -15% | 7% |
| 8:00 PM | 1.9 | 2.1 | 2.2 | 1.9 | 1.5 | 0.8 | 1.6 | 1.8 | 1.4 | 2.0 | -1.2 | -0.6 | -0.1 | -0.2 | 0.2 | -60% | -26% | -4% | -12% | 9% |
| 9:00 PM | 1.6 | 1.8 | 1.9 | 1.5 | 1.3 | 0.5 | 1.3 | 1.3 | 1.0 | 1.5 | -1.0 | -0.6 | -0.2 | -0.2 | 0.0 | -66% | -30% | -14% | -17% | 1% |
| 10:00 PM | 1.1 | 1.3 | 1.3 | 1.1 | 0.9 | 0.4 | 0.9 | 1.0 | 0.8 | 1.1 | -0.7 | -0.4 | -0.1 | -0.1 | 0.0 | -64% | -33% | -10% | -11% | 2% |
| 11:00 PM | 0.7 | 0.8 | 0.9 | 0.7 | 0.6 | 0.3 | 0.6 | 0.7 | 0.5 | 0.7 | -0.4 | -0.2 | -0.1 | -0.1 | 0.0 | -57% | -28% | -7% | -14% | 6% |
| Total | 57.6 | 58.2 | 59.6 | 57.1 | 53.0 | 28.4 | 47.5 | 52.3 | 44.8 | 56.4 | -29.2 | -12.1 | -4.8 | -8.2 | -0.7 | -51% | -20% | -8% | -15% | -3% |

00004354



COVID-19 Impacts
December 17, 2021
Page 3

### Appendix Table 3 - Average Weekday Hourly Traffic at I-270 #60 NB

| Hour | Pre-Pandemic Hourly Traffic (thousands) | | | | | Post-Pandemic Hourly Traffic (thousands) | | | | | Absolute Difference (thousands) | | | | | Percentage Difference | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Apr 2019 | May 2019 | Jun 2019 | Oct 2019 | Jan 2020 | Apr 2020 | Jun 2020 | Oct 2020 | Jan 2021 | Oct 2021 | Apr 2020 vs. 2019 | Jun 2020 vs. 2019 | Oct 2020 vs. 2019 | Jan 2021 vs. 2020 | Oct 2021 vs. 2019 | Apr 2020 vs. 2019 | Jun 2020 vs. 2019 | Oct 2020 vs. 2019 | Jan 2021 vs. 2020 | Oct 2021 vs. 2019 |
| Midnight | 1.1 | 1.2 | 1.3 | 1.2 | 1.0 | 0.4 | 0.7 | 0.9 | 0.7 | 1.1 | -0.7 | -0.6 | -0.4 | -0.3 | -0.1 | -63% | -44% | -31% | -33% | -9% |
| 1:00 AM | 0.7 | 0.7 | 0.8 | 0.7 | 0.6 | 0.2 | 0.4 | 0.5 | 0.4 | 0.7 | -0.4 | -0.3 | -0.2 | -0.2 | 0.0 | -66% | -43% | -30% | -34% | -5% |
| 2:00 AM | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.2 | 0.3 | 0.4 | 0.3 | 0.5 | -0.3 | -0.2 | -0.1 | -0.2 | 0.0 | -57% | -37% | -27% | -35% | -3% |
| 3:00 AM | 0.4 | 0.4 | 0.5 | 0.4 | 0.4 | 0.2 | 0.3 | 0.4 | 0.3 | 0.4 | -0.2 | -0.2 | -0.1 | -0.1 | 0.0 | -48% | -32% | -18% | -28% | 4% |
| 4:00 AM | 0.6 | 0.6 | 0.6 | 0.6 | 0.5 | 0.3 | 0.5 | 0.5 | 0.4 | 0.6 | -0.3 | -0.1 | -0.1 | -0.1 | 0.0 | -42% | -18% | -15% | -22% | -5% |
| 5:00 AM | 1.3 | 1.4 | 1.4 | 1.3 | 1.1 | 0.8 | 1.2 | 1.1 | 0.9 | 1.2 | -0.5 | -0.2 | -0.2 | -0.1 | -0.1 | -36% | -14% | -15% | -14% | -7% |
| 6:00 AM | 2.4 | 2.5 | 2.5 | 2.3 | 2.0 | 1.5 | 2.1 | 2.0 | 1.7 | 2.2 | -0.8 | -0.3 | -0.4 | -0.3 | -0.1 | -36% | -14% | -16% | -16% | -5% |
| 7:00 AM | 3.5 | 3.6 | 3.7 | 3.6 | 3.2 | 1.9 | 2.9 | 3.0 | 2.5 | 3.4 | -1.6 | -0.8 | -0.6 | -0.7 | -0.1 | -45% | -23% | -17% | -22% | -4% |
| 8:00 AM | 3.9 | 4.0 | 4.2 | 4.1 | 3.7 | 1.9 | 3.1 | 3.5 | 2.8 | 4.0 | -2.0 | -1.1 | -0.7 | -0.8 | -0.1 | -51% | -26% | -16% | -23% | -3% |
| 9:00 AM | 4.1 | 4.2 | 4.4 | 4.2 | 3.7 | 1.9 | 3.4 | 3.7 | 2.8 | 4.3 | -2.2 | -1.0 | -0.5 | -0.9 | 0.1 | -54% | -23% | -12% | -24% | 3% |
| 10:00 AM | 4.4 | 4.5 | 4.7 | 4.5 | 3.9 | 2.1 | 3.9 | 4.2 | 3.1 | 4.7 | -2.3 | -0.9 | -0.3 | -0.8 | 0.2 | -51% | -19% | -6% | -19% | 4% |
| 11:00 AM | 4.8 | 4.9 | 5.1 | 4.8 | 4.3 | 2.4 | 4.3 | 4.7 | 3.6 | 5.1 | -2.4 | -0.8 | -0.1 | -0.7 | 0.3 | -49% | -16% | -3% | -17% | 6% |
| Noon | 5.4 | 5.5 | 5.6 | 5.5 | 5.0 | 2.9 | 4.8 | 5.3 | 4.2 | 5.6 | -2.5 | -0.8 | -0.2 | -0.9 | 0.2 | -46% | -14% | -3% | -18% | 4% |
| 1:00 PM | 6.0 | 6.0 | 6.1 | 6.1 | 5.8 | 3.3 | 5.2 | 5.7 | 4.7 | 6.1 | -2.6 | -0.9 | -0.4 | -1.1 | 0.0 | -44% | -15% | -6% | -19% | 0% |
| 2:00 PM | 6.7 | 6.7 | 6.7 | 6.7 | 6.6 | 3.8 | 5.8 | 6.4 | 5.3 | 6.8 | -2.8 | -0.9 | -0.3 | -1.3 | 0.1 | -43% | -13% | -4% | -19% | 1% |
| 3:00 PM | 6.6 | 6.5 | 6.6 | 6.7 | 6.7 | 4.0 | 5.9 | 6.6 | 5.5 | 6.9 | -2.6 | -0.7 | -0.1 | -1.2 | 0.2 | -39% | -10% | -1% | -17% | 2% |
| 4:00 PM | 6.4 | 6.2 | 6.1 | 6.3 | 6.2 | 3.9 | 5.9 | 6.5 | 5.0 | 6.5 | -2.4 | -0.3 | 0.2 | -1.2 | 0.2 | -38% | -5% | 3% | -19% | 3% |
| 5:00 PM | 6.3 | 6.2 | 6.1 | 6.3 | 6.0 | 3.6 | 5.7 | 6.3 | 4.7 | 6.3 | -2.7 | -0.4 | 0.0 | -1.3 | 0.1 | -43% | -7% | 0% | -21% | 1% |
| 6:00 PM | 6.4 | 6.3 | 6.3 | 6.3 | 5.9 | 2.7 | 4.4 | 5.4 | 3.4 | 6.0 | -3.7 | -1.9 | -0.8 | -2.5 | -0.3 | -58% | -30% | -13% | -42% | -4% |
| 7:00 PM | 5.7 | 5.8 | 5.6 | 5.8 | 5.3 | 2.0 | 3.5 | 4.5 | 2.8 | 5.2 | -3.6 | -2.1 | -1.3 | -2.4 | -0.6 | -64% | -37% | -23% | -46% | -10% |
| 8:00 PM | 4.6 | 4.5 | 4.5 | 4.6 | 4.0 | 1.5 | 2.7 | 3.3 | 2.1 | 4.0 | -3.1 | -1.7 | -1.3 | -1.9 | -0.5 | -68% | -38% | -28% | -48% | -12% |
| 9:00 PM | 3.8 | 3.7 | 3.9 | 3.6 | 3.2 | 1.0 | 2.1 | 2.5 | 1.5 | 3.1 | -2.7 | -1.8 | -1.2 | -1.8 | -0.5 | -72% | -47% | -33% | -54% | -14% |
| 10:00 PM | 2.8 | 3.0 | 3.1 | 2.7 | 2.4 | 0.8 | 1.5 | 1.8 | 1.2 | 2.4 | -2.0 | -1.5 | -0.9 | -1.3 | -0.4 | -73% | -50% | -35% | -52% | -13% |
| 11:00 PM | 1.9 | 2.0 | 2.2 | 1.9 | 1.7 | 0.6 | 1.1 | 1.3 | 1.0 | 1.7 | -1.3 | -1.0 | -0.7 | -0.7 | -0.3 | -67% | -47% | -33% | -41% | -14% |
| Total | 90.1 | 90.9 | 92.6 | 90.9 | 83.7 | 44.3 | 71.9 | 80.3 | 61.0 | 89.0 | -45.8 | -20.7 | -10.6 | -22.7 | -1.9 | -51% | -22% | -12% | -27% | -2% |



COVID-19 Impacts
December 17, 2021
Page 4

### Appendix Table 4 - Average Weekday Hourly Traffic at I-270 #60 SB

| Hour | Pre-Pandemic Hourly Traffic (thousands) | | | | | Post-Pandemic Hourly Traffic (thousands) | | | | | Absolute Difference (thousands) | | | | | Percentage Difference | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Apr 2019 | May 2019 | Jun 2019 | Oct 2019 | Jan 2020 | Apr 2020 | Jun 2020 | Oct 2020 | Jan 2021 | Oct 2021 | Apr 2020 vs 2019 | Jun 2020 vs 2019 | Oct 2020 vs 2019 | Jan 2021 vs 2020 | Oct 2021 vs 2019 | Apr 2020 vs 2019 | Jun 2020 vs 2019 | Oct 2020 vs 2019 | Jan 2021 vs 2020 | Oct 2021 vs 2019 |
| Midnight | 0.6 | 0.7 | 0.7 | 0.6 | 0.6 | 0.3 | 0.5 | 0.6 | 0.5 | 0.7 | -0.4 | -0.2 | 0.0 | -0.1 | 0.1 | -60% | -30% | -6% | -13% | 9% |
| 1:00 AM | 0.4 | 0.4 | 0.5 | 0.4 | 0.4 | 0.2 | 0.4 | 0.4 | 0.4 | 0.4 | -0.2 | -0.1 | 0.0 | 0.0 | 0.0 | -54% | -23% | -5% | -12% | 7% |
| 2:00 AM | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.2 | 0.4 | 0.4 | 0.3 | 0.4 | -0.2 | -0.1 | 0.0 | -0.1 | 0.0 | -45% | -19% | -9% | -13% | -1% |
| 3:00 AM | 0.7 | 0.7 | 0.8 | 0.8 | 0.7 | 0.4 | 0.6 | 0.6 | 0.6 | 0.6 | -0.3 | -0.2 | -0.2 | -0.1 | -0.1 | -39% | -22% | -21% | -19% | -17% |
| 4:00 AM | 2.3 | 2.3 | 2.3 | 2.3 | 2.2 | 1.3 | 1.7 | 1.7 | 1.5 | 1.7 | -0.9 | -0.5 | -0.6 | -0.7 | -0.6 | -42% | -23% | -28% | -34% | -25% |
| 5:00 AM | 4.9 | 4.7 | 4.7 | 4.9 | 4.6 | 2.6 | 3.5 | 3.4 | 3.0 | 3.6 | -2.3 | -1.2 | -1.6 | -1.6 | -1.3 | -46% | -26% | -32% | -34% | -27% |
| 6:00 AM | 5.5 | 5.4 | 5.4 | 5.6 | 5.2 | 3.1 | 4.4 | 4.4 | 3.9 | 5.0 | -2.4 | -1.1 | -1.2 | -1.3 | -0.6 | -43% | -19% | -21% | -25% | -10% |
| 7:00 AM | 5.4 | 5.1 | 5.4 | 5.4 | 5.2 | 3.2 | 4.6 | 5.1 | 4.5 | 5.3 | -2.2 | -0.8 | -0.3 | -0.7 | -0.2 | -41% | -15% | -6% | -13% | -3% |
| 8:00 AM | 5.8 | 5.6 | 5.7 | 5.9 | 5.6 | 3.0 | 4.5 | 5.3 | 4.6 | 5.4 | -2.8 | -1.2 | -0.7 | -0.9 | -0.5 | -49% | -21% | -11% | -17% | -9% |
| 9:00 AM | 6.2 | 6.0 | 6.1 | 6.2 | 5.6 | 2.5 | 4.1 | 4.7 | 3.9 | 5.6 | -3.7 | -1.9 | -1.5 | -1.7 | -0.6 | -60% | -32% | -24% | -30% | -10% |
| 10:00 AM | 5.3 | 5.3 | 5.5 | 5.4 | 5.0 | 2.4 | 4.0 | 4.4 | 3.8 | 5.1 | -2.9 | -1.5 | -0.9 | -1.2 | -0.3 | -55% | -27% | -18% | -24% | -5% |
| 11:00 AM | 5.0 | 4.9 | 5.2 | 5.0 | 4.7 | 2.4 | 4.0 | 4.4 | 3.8 | 5.0 | -2.6 | -1.2 | -0.6 | -0.9 | 0.0 | -52% | -23% | -12% | -20% | 0% |
| Noon | 5.0 | 5.0 | 5.2 | 5.0 | 4.7 | 2.5 | 4.2 | 4.7 | 4.0 | 5.1 | -2.5 | -1.1 | -0.4 | -0.8 | 0.0 | -51% | -20% | -7% | -16% | 1% |
| 1:00 PM | 5.0 | 5.0 | 5.2 | 5.0 | 4.7 | 2.6 | 4.2 | 4.7 | 4.1 | 5.2 | -2.4 | -1.0 | -0.3 | -0.6 | 0.2 | -48% | -19% | -6% | -12% | 4% |
| 2:00 PM | 5.0 | 5.2 | 5.3 | 5.1 | 4.8 | 2.7 | 4.4 | 4.9 | 4.3 | 5.4 | -2.3 | -0.9 | -0.2 | -0.5 | 0.2 | -46% | -17% | -4% | -10% | 5% |
| 3:00 PM | 4.9 | 5.0 | 5.1 | 5.1 | 4.7 | 2.6 | 4.2 | 4.9 | 4.3 | 5.4 | -2.3 | -0.9 | -0.2 | -0.4 | 0.3 | -47% | -17% | -4% | -9% | 5% |
| 4:00 PM | 5.0 | 5.0 | 5.2 | 5.3 | 4.8 | 2.6 | 4.2 | 5.1 | 4.3 | 5.6 | -2.4 | -1.0 | -0.2 | -0.5 | 0.3 | -48% | -19% | -4% | -11% | 6% |
| 5:00 PM | 5.3 | 5.4 | 5.5 | 5.6 | 5.1 | 2.5 | 4.1 | 5.1 | 4.2 | 5.6 | -2.8 | -1.4 | -0.5 | -0.8 | 0.0 | -52% | -25% | -9% | -17% | 0% |
| 6:00 PM | 4.5 | 4.6 | 4.8 | 4.8 | 4.2 | 2.1 | 3.5 | 4.6 | 3.5 | 5.0 | -2.4 | -1.3 | -0.2 | -0.7 | 0.2 | -53% | -28% | -4% | -17% | 5% |
| 7:00 PM | 3.5 | 3.8 | 3.9 | 3.7 | 3.2 | 1.5 | 2.8 | 3.6 | 2.5 | 4.0 | -2.0 | -1.1 | -0.2 | -0.6 | 0.2 | -56% | -29% | -5% | -20% | 6% |
| 8:00 PM | 2.9 | 3.1 | 3.2 | 2.8 | 2.4 | 1.2 | 2.3 | 2.6 | 1.9 | 3.0 | -1.7 | -0.9 | -0.2 | -0.5 | 0.1 | -60% | -29% | -8% | -20% | 5% |
| 9:00 PM | 2.4 | 2.6 | 2.7 | 2.3 | 2.0 | 0.8 | 1.8 | 1.9 | 1.5 | 2.3 | -1.5 | -0.9 | -0.4 | -0.5 | 0.0 | -65% | -34% | -17% | -25% | -1% |
| 10:00 PM | 1.7 | 1.9 | 2.0 | 1.7 | 1.4 | 0.6 | 1.2 | 1.5 | 1.2 | 1.7 | -1.0 | -0.7 | -0.2 | -0.3 | 0.0 | -62% | -37% | -13% | -18% | 0% |
| 11:00 PM | 1.0 | 1.2 | 1.2 | 1.0 | 1.0 | 0.4 | 0.8 | 0.9 | 0.8 | 1.1 | -0.6 | -0.4 | -0.1 | -0.2 | 0.1 | -61% | -35% | -8% | -20% | 6% |
| Total | 88.5 | 89.2 | 92.0 | 90.6 | 83.1 | 43.8 | 70.3 | 79.9 | 67.4 | 88.1 | -44.8 | -21.7 | -10.7 | -15.7 | -2.4 | -51% | -24% | -12% | -19% | -1% |



COVID-19 Impacts
December 17, 2021
Page 5

## Appendix Table 5 - Average Weekday Hourly Traffic at I-495 #40 EB

| Hour | Pre-Pandemic Hourly Traffic (thousands) | | | | | Post-Pandemic Hourly Traffic (thousands) | | | | | Absolute Difference (thousands) | | | | | Percentage Difference | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Apr 2019 | May 2019 | Jun 2019 | Oct 2019 | Jan 2020 | Apr 2020 | Jun 2020 | Oct 2020 | Jan 2021 | Oct 2021 | Apr 2020 vs 2019 | Jun 2020 vs 2019 | Oct 2020 vs 2019 | Jan 2021 vs 2020 | Oct 2021 vs 2019 | Apr 2020 vs 2019 | Jun 2020 vs 2019 | Oct 2020 vs 2019 | Jan 2021 vs 2020 | Oct 2021 vs 2019 |
| Midnight | 1.3 | 1.4 | 1.5 | 1.3 | 1.1 | 0.4 | 0.7 | 0.8 | 0.8 | 1.4 | -0.8 | -0.7 | -0.5 | -0.3 | 0.1 | -68% | -50% | -36% | -29% | 9% |
| 1:00 AM | 0.8 | 0.8 | 0.9 | 0.7 | 0.7 | 0.3 | 0.5 | 0.5 | 0.5 | 0.9 | -0.5 | -0.4 | -0.2 | -0.2 | 0.2 | -64% | -46% | -25% | -33% | 23% |
| 2:00 AM | 0.6 | 0.6 | 0.7 | 0.6 | 0.6 | 0.3 | 0.4 | 0.5 | 0.4 | 0.7 | -0.3 | -0.3 | -0.1 | -0.2 | 0.1 | -52% | -38% | -18% | -29% | 20% |
| 3:00 AM | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.4 | 0.5 | 0.6 | 0.5 | 0.7 | -0.3 | -0.2 | -0.1 | -0.1 | 0.0 | -48% | -30% | -14% | -21% | -6% |
| 4:00 AM | 1.5 | 1.6 | 1.7 | 1.7 | 1.5 | 1.0 | 1.2 | 1.3 | 1.2 | 1.2 | -0.5 | -0.5 | -0.4 | -0.3 | -0.5 | -35% | -31% | -22% | -19% | -29% |
| 5:00 AM | 3.9 | 3.9 | 4.0 | 4.0 | 3.6 | 2.2 | 2.9 | 3.0 | 2.7 | 2.5 | -1.7 | -1.1 | -0.9 | -0.9 | -1.4 | -44% | -27% | -23% | -24% | -36% |
| 6:00 AM | 6.8 | 6.6 | 6.9 | 6.6 | 6.1 | 3.1 | 4.2 | 4.4 | 4.1 | 4.2 | -3.8 | -2.7 | -2.2 | -1.9 | -2.4 | -55% | -39% | -33% | -32% | -37% |
| 7:00 AM | 8.0 | 7.3 | 7.9 | 7.9 | 7.4 | 3.1 | 4.5 | 5.5 | 5.0 | 5.6 | -4.9 | -3.4 | -2.4 | -2.3 | -2.3 | -62% | -43% | -31% | -32% | -29% |
| 8:00 AM | 8.0 | 7.2 | 7.8 | 7.8 | 7.3 | 2.8 | 4.5 | 5.7 | 5.3 | 6.2 | -5.2 | -3.3 | -2.2 | -2.0 | -1.6 | -65% | -43% | -28% | -28% | -20% |
| 9:00 AM | 7.4 | 7.3 | 7.3 | 7.2 | 6.8 | 2.6 | 4.4 | 5.2 | 4.7 | 6.1 | -4.8 | -2.8 | -2.0 | -2.1 | -1.1 | -65% | -39% | -28% | -31% | -15% |
| 10:00 AM | 6.8 | 6.9 | 6.9 | 6.4 | 6.0 | 2.6 | 4.6 | 5.0 | 4.5 | 6.1 | -4.1 | -2.3 | -1.4 | -1.5 | -0.4 | -61% | -34% | -22% | -25% | -6% |
| 11:00 AM | 6.5 | 6.5 | 6.5 | 6.1 | 5.8 | 2.8 | 4.8 | 5.2 | 4.6 | 6.2 | -3.7 | -1.7 | -0.9 | -1.1 | 0.1 | -57% | -26% | -15% | -20% | 1% |
| Noon | 6.8 | 6.8 | 6.8 | 6.5 | 6.4 | 3.2 | 5.3 | 5.8 | 5.1 | 6.5 | -3.6 | -1.6 | -0.7 | -1.3 | 0.0 | -53% | -23% | -11% | -20% | 0% |
| 1:00 PM | 7.2 | 7.3 | 7.3 | 6.7 | 7.1 | 3.6 | 5.9 | 6.4 | 5.8 | 6.7 | -3.6 | -1.3 | -0.3 | -1.3 | 0.0 | -50% | -18% | -4% | -19% | 0% |
| 2:00 PM | 7.3 | 7.3 | 7.2 | 7.2 | 7.3 | 4.4 | 6.8 | 7.2 | 6.8 | 6.7 | -3.0 | -0.4 | 0.0 | -0.5 | -0.5 | -40% | -6% | 0% | -6% | -6% |
| 3:00 PM | 6.1 | 5.7 | 5.8 | 6.6 | 6.7 | 4.4 | 6.5 | 7.0 | 6.8 | 6.7 | -1.7 | 0.7 | 0.4 | 0.1 | 0.1 | -28% | 12% | 6% | 2% | 1% |
| 4:00 PM | 5.1 | 4.9 | 5.1 | 5.7 | 6.2 | 4.1 | 6.3 | 6.4 | 6.4 | 6.0 | -1.0 | 1.2 | 0.7 | 0.2 | 0.3 | -19% | 23% | 12% | 4% | 6% |
| 5:00 PM | 5.7 | 5.4 | 5.7 | 6.2 | 6.2 | 3.7 | 5.8 | 6.6 | 6.0 | 6.1 | -2.0 | 0.1 | 0.4 | -0.1 | -0.1 | -35% | 2% | 6% | -2% | -2% |
| 6:00 PM | 6.7 | 6.5 | 6.7 | 6.8 | 6.3 | 2.9 | 4.9 | 5.8 | 5.0 | 6.3 | -3.8 | -1.7 | -1.0 | -1.3 | -0.5 | -56% | -26% | -14% | -20% | -7% |
| 7:00 PM | 6.7 | 7.0 | 7.0 | 6.4 | 5.6 | 2.1 | 3.8 | 4.7 | 3.7 | 5.7 | -4.5 | -3.1 | -1.7 | -1.9 | -0.7 | -68% | -45% | -27% | -34% | -11% |
| 8:00 PM | 5.1 | 5.4 | 5.4 | 4.9 | 4.2 | 1.5 | 2.8 | 3.4 | 2.7 | 4.4 | -3.6 | -2.6 | -1.5 | -1.5 | -0.5 | -71% | -48% | -31% | -35% | -10% |
| 9:00 PM | 4.4 | 4.5 | 4.6 | 4.0 | 3.6 | 1.1 | 2.1 | 2.6 | 2.2 | 3.7 | -3.3 | -2.5 | -1.3 | -1.4 | -0.2 | -75% | -54% | -34% | -39% | -5% |
| 10:00 PM | 3.5 | 3.7 | 3.8 | 3.1 | 2.8 | 0.9 | 1.7 | 2.1 | 1.8 | 3.1 | -2.6 | -2.1 | -1.1 | -1.0 | -0.1 | -75% | -55% | -34% | -37% | -2% |
| 11:00 PM | 2.3 | 2.5 | 2.7 | 2.2 | 1.8 | 0.6 | 1.2 | 1.4 | 1.2 | 2.2 | -1.6 | -1.5 | -0.7 | -0.6 | 0.0 | -72% | -56% | -34% | -31% | 0% |
| Total | 119.0 | 118.1 | 120.9 | 117.3 | 111.6 | 54.0 | 86.6 | 97.2 | 88.1 | 105.9 | -65.0 | -34.4 | -20.1 | -23.5 | -11.4 | -55% | -28% | -17% | -21% | -10% |



COVID-19 Impacts
December 17, 2021
Page 6

### Appendix Table 6 - Average Weekday Hourly Traffic at I-495 #40 WB

| Hour | Pre-Pandemic Hourly Traffic (thousands) | | | | | Post-Pandemic Hourly Traffic (thousands) | | | | | Absolute Difference (thousands) | | | | | Percentage Difference | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Apr 2019 | May 2019 | Jun 2019 | Oct 2019 | Jan 2020 | Apr 2020 | Jun 2020 | Oct 2020 | Jan 2021 | Oct 2021 | Apr 2020 vs 2019 | Jun 2020 vs 2019 | Oct 2020 vs 2019 | Jan 2021 vs 2020 | Oct 2021 vs 2019 | Apr 2020 vs 2019 | Jun 2020 vs 2019 | Oct 2020 vs 2019 | Jan 2021 vs 2020 | Oct 2021 vs 2019 |
| Midnight | 1.1 | 1.1 | 1.2 | 1.0 | 0.9 | 0.3 | 0.6 | 0.7 | 0.6 | 1.1 | -0.8 | -0.6 | -0.3 | -0.3 | 0.1 | -69% | -49% | -30% | -31% | 13% |
| 1:00 AM | 0.8 | 0.8 | 0.8 | 0.7 | 0.7 | 0.3 | 0.4 | 0.5 | 0.5 | 0.8 | -0.5 | -0.4 | -0.2 | -0.2 | 0.1 | -64% | -47% | -25% | -33% | 9% |
| 2:00 AM | 0.7 | 0.7 | 0.7 | 0.6 | 0.6 | 0.3 | 0.4 | 0.5 | 0.4 | 0.6 | -0.4 | -0.3 | -0.1 | -0.2 | 0.0 | -54% | -42% | -24% | -28% | -1% |
| 3:00 AM | 1.0 | 1.0 | 1.1 | 1.0 | 1.0 | 0.5 | 0.7 | 0.8 | 0.7 | 0.8 | -0.5 | -0.4 | -0.2 | -0.2 | -0.2 | -49% | -37% | -22% | -24% | -18% |
| 4:00 AM | 2.9 | 2.8 | 3.0 | 2.9 | 2.8 | 1.6 | 2.1 | 2.2 | 2.0 | 1.9 | -1.3 | -0.9 | -0.7 | -0.8 | -0.9 | -46% | -29% | -23% | -27% | -32% |
| 5:00 AM | 6.5 | 6.3 | 6.7 | 6.4 | 6.0 | 3.7 | 4.8 | 5.0 | 4.5 | 4.2 | -2.9 | -2.0 | -1.4 | -1.5 | -2.3 | -44% | -29% | -22% | -26% | -35% |
| 6:00 AM | 8.0 | 7.7 | 8.1 | 7.5 | 6.9 | 4.0 | 5.3 | 5.7 | 5.2 | 5.3 | -3.9 | -2.8 | -1.8 | -1.7 | -2.3 | -49% | -35% | -24% | -24% | -30% |
| 7:00 AM | 8.2 | 7.6 | 8.2 | 8.0 | 7.5 | 3.8 | 5.4 | 6.1 | 5.5 | 5.7 | -4.4 | -2.8 | -1.9 | -2.0 | -2.3 | -53% | -34% | -23% | -26% | -29% |
| 8:00 AM | 7.7 | 7.3 | 7.8 | 7.7 | 7.0 | 3.3 | 4.9 | 6.1 | 5.5 | 6.2 | -4.4 | -2.8 | -1.7 | -1.5 | -1.5 | -57% | -36% | -21% | -22% | -20% |
| 9:00 AM | 7.2 | 7.1 | 7.4 | 7.3 | 6.0 | 2.8 | 4.6 | 5.5 | 4.8 | 6.3 | -4.4 | -2.8 | -1.8 | -1.2 | -1.1 | -61% | -38% | -25% | -20% | -15% |
| 10:00 AM | 6.9 | 7.1 | 7.3 | 7.0 | 5.7 | 2.8 | 4.6 | 5.2 | 4.6 | 6.3 | -4.1 | -2.7 | -1.7 | -1.0 | -0.7 | -60% | -37% | -25% | -18% | -10% |
| 11:00 AM | 6.6 | 6.8 | 7.1 | 6.5 | 5.7 | 2.8 | 4.7 | 5.3 | 4.7 | 6.3 | -3.8 | -2.4 | -1.2 | -0.9 | -0.2 | -58% | -34% | -18% | -17% | -3% |
| Noon | 6.5 | 6.8 | 6.9 | 6.4 | 5.8 | 2.9 | 4.9 | 5.5 | 5.1 | 6.4 | -3.6 | -2.1 | -0.9 | -0.7 | -0.1 | -55% | -30% | -14% | -12% | -1% |
| 1:00 PM | 6.9 | 7.0 | 7.1 | 6.8 | 6.0 | 3.1 | 5.1 | 5.8 | 5.3 | 6.4 | -3.7 | -2.0 | -1.0 | -0.6 | -0.4 | -55% | -28% | -14% | -11% | -5% |
| 2:00 PM | 7.5 | 7.4 | 7.2 | 7.4 | 6.8 | 3.5 | 5.7 | 6.5 | 5.9 | 6.8 | -4.0 | -1.5 | -0.9 | -0.8 | -0.6 | -53% | -21% | -13% | -13% | -8% |
| 3:00 PM | 7.4 | 7.1 | 7.3 | 7.3 | 7.0 | 3.4 | 5.7 | 6.9 | 6.3 | 6.9 | -3.9 | -1.4 | -0.4 | -0.6 | -0.4 | -53% | -20% | -6% | -9% | -6% |
| 4:00 PM | 7.1 | 6.9 | 7.0 | 7.0 | 6.5 | 3.3 | 5.5 | 6.6 | 6.0 | 6.7 | -3.8 | -1.5 | -0.4 | -0.4 | -0.3 | -54% | -21% | -5% | -7% | -5% |
| 5:00 PM | 7.0 | 7.1 | 7.2 | 6.7 | 6.6 | 3.1 | 5.3 | 6.5 | 5.9 | 6.3 | -3.9 | -1.9 | -0.3 | -0.7 | -0.4 | -56% | -26% | -4% | -11% | -6% |
| 6:00 PM | 6.5 | 6.6 | 6.8 | 6.5 | 6.1 | 2.4 | 4.1 | 5.6 | 4.7 | 6.2 | -4.1 | -2.7 | -0.8 | -1.4 | -0.3 | -63% | -40% | -13% | -23% | -4% |
| 7:00 PM | 5.5 | 5.8 | 5.9 | 5.5 | 5.0 | 1.8 | 3.1 | 4.3 | 3.4 | 5.2 | -3.8 | -2.7 | -1.3 | -1.6 | -0.3 | -68% | -47% | -23% | -32% | -6% |
| 8:00 PM | 4.3 | 4.4 | 4.5 | 4.1 | 3.6 | 1.3 | 2.4 | 3.1 | 2.4 | 4.0 | -3.0 | -2.0 | -1.0 | -1.2 | 0.0 | -70% | -45% | -24% | -34% | -1% |
| 9:00 PM | 3.6 | 3.7 | 3.7 | 3.3 | 2.9 | 1.0 | 2.0 | 2.3 | 1.8 | 3.2 | -2.6 | -1.7 | -0.9 | -1.1 | 0.0 | -72% | -47% | -29% | -39% | -2% |
| 10:00 PM | 2.8 | 2.9 | 2.9 | 2.5 | 2.2 | 0.7 | 1.4 | 1.7 | 1.4 | 2.5 | -2.0 | -1.5 | -0.7 | -0.8 | 0.0 | -74% | -51% | -30% | -38% | 0% |
| 11:00 PM | 1.8 | 1.9 | 2.0 | 1.6 | 1.4 | 0.5 | 1.0 | 1.2 | 0.9 | 1.7 | -1.3 | -1.0 | -0.4 | -0.5 | 0.1 | -71% | -51% | -27% | -36% | 6% |
| Total | 124.3 | 123.9 | 127.9 | 121.7 | 110.5 | 53.3 | 84.9 | 99.7 | 88.3 | 107.8 | -71.1 | -43.0 | -22.1 | -22.3 | -13.9 | -57% | -34% | -18% | -20% | -13% |



COVID-19 Impacts
December 17, 2021
Page 7

## Appendix Table 7 - Average Weekday Hourly Traffic at I-495 #41 EB

| Hour | Pre-Pandemic Hourly Traffic (thousands) | | | | | Post-Pandemic Hourly Traffic (thousands) | | | | | Absolute Difference (thousands) | | | | | Percentage Difference | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Apr 2019 | May 2019 | Jun 2019 | Oct 2019 | Jan 2020 | Apr 2020 | Jun 2020 | Oct 2020 | Jan 2021 | Oct 2021 | Apr 2020 vs. 2019 | Jun 2020 vs. 2019 | Oct 2020 vs. 2019 | Jan 2021 vs. 2020 | Oct 2021 vs. 2019 | Apr 2020 vs. 2019 | Jun 2020 vs. 2019 | Oct 2020 vs. 2019 | Jan 2021 vs. 2020 | Oct 2021 vs. 2019 |
| Midnight | 1.5 | 1.6 | 1.7 | 1.5 | 1.4 | 0.6 | 0.9 | 1.0 | 0.9 | 1.3 | -1.0 | -0.8 | -0.5 | -0.5 | -0.2 | -63% | -45% | -35% | -36% | -12% |
| 1:00 AM | 0.9 | 1.0 | 1.1 | 0.9 | 0.9 | 0.3 | 0.6 | 0.6 | 0.5 | 0.9 | -0.6 | -0.5 | -0.3 | -0.4 | -0.1 | -63% | -43% | -36% | -39% | -9% |
| 2:00 AM | 0.8 | 0.8 | 0.8 | 0.7 | 0.7 | 0.3 | 0.5 | 0.5 | 0.4 | 0.7 | -0.4 | -0.3 | -0.3 | -0.3 | -0.1 | -59% | -40% | -37% | -41% | -8% |
| 3:00 AM | 0.8 | 0.8 | 0.9 | 0.8 | 0.8 | 0.4 | 0.5 | 0.5 | 0.5 | 0.7 | -0.4 | -0.3 | -0.3 | -0.3 | -0.1 | -55% | -38% | -35% | -38% | -9% |
| 4:00 AM | 1.3 | 1.4 | 1.4 | 1.3 | 1.2 | 0.8 | 1.0 | 1.1 | 0.9 | 1.1 | -0.6 | -0.4 | -0.3 | -0.4 | -0.2 | -43% | -27% | -22% | -29% | -16% |
| 5:00 AM | 2.9 | 3.0 | 2.9 | 3.0 | 2.7 | 1.8 | 2.4 | 2.4 | 2.0 | 2.4 | -1.1 | -0.4 | -0.6 | -0.7 | -0.6 | -39% | -16% | -19% | -24% | -19% |
| 6:00 AM | 4.7 | 4.8 | 4.6 | 4.6 | 4.1 | 2.5 | 3.5 | 3.5 | 3.0 | 3.8 | -2.2 | -1.0 | -1.1 | -1.1 | -0.8 | -47% | -23% | -23% | -26% | -17% |
| 7:00 AM | 5.8 | 5.8 | 5.6 | 5.6 | 5.3 | 2.9 | 4.2 | 4.6 | 3.9 | 4.9 | -2.8 | -1.4 | -1.0 | -1.4 | -0.7 | -49% | -25% | -19% | -26% | -12% |
| 8:00 AM | 6.2 | 6.1 | 6.0 | 6.2 | 5.6 | 2.8 | 4.3 | 4.7 | 4.1 | 5.3 | -3.4 | -1.7 | -1.5 | -1.5 | -0.9 | -55% | -29% | -24% | -27% | -15% |
| 9:00 AM | 6.2 | 6.1 | 6.0 | 6.1 | 5.6 | 2.6 | 4.4 | 4.7 | 4.1 | 5.6 | -3.6 | -1.6 | -1.4 | -1.6 | -0.5 | -58% | -27% | -23% | -27% | -8% |
| 10:00 AM | 6.3 | 6.1 | 6.1 | 6.1 | 5.6 | 2.8 | 4.8 | 5.0 | 4.3 | 5.8 | -3.5 | -1.2 | -1.0 | -1.3 | -0.2 | -55% | -20% | -17% | -23% | -4% |
| 11:00 AM | 6.4 | 6.3 | 6.3 | 6.1 | 5.9 | 3.1 | 5.2 | 5.3 | 4.7 | 6.0 | -3.3 | -1.1 | -0.8 | -1.2 | -0.1 | -51% | -17% | -12% | -20% | -1% |
| Noon | 6.5 | 6.6 | 6.5 | 6.4 | 6.4 | 3.6 | 5.7 | 6.0 | 5.3 | 6.3 | -2.9 | -0.8 | -0.4 | -1.1 | -0.1 | -45% | -12% | -6% | -17% | -2% |
| 1:00 PM | 6.8 | 6.8 | 6.7 | 6.5 | 6.9 | 4.0 | 6.3 | 6.5 | 5.9 | 6.5 | -2.7 | -0.4 | 0.0 | -1.0 | 0.0 | -40% | -6% | 0% | -14% | 0% |
| 2:00 PM | 7.0 | 6.9 | 6.8 | 6.8 | 7.0 | 4.7 | 6.9 | 6.9 | 6.4 | 6.8 | -2.3 | 0.1 | 0.2 | -0.6 | 0.0 | -33% | 1% | 3% | -9% | 0% |
| 3:00 PM | 7.0 | 6.8 | 6.9 | 6.9 | 7.1 | 5.0 | 6.8 | 7.0 | 6.6 | 6.8 | -2.0 | 0.0 | 0.1 | -0.4 | -0.1 | -29% | -1% | 2% | -6% | -1% |
| 4:00 PM | 6.8 | 6.8 | 6.9 | 6.7 | 6.9 | 4.7 | 6.7 | 7.0 | 6.5 | 6.8 | -2.1 | -0.2 | 0.4 | -0.4 | 0.1 | -31% | -3% | 6% | -6% | 1% |
| 5:00 PM | 6.6 | 6.7 | 6.8 | 6.5 | 6.4 | 4.1 | 6.2 | 6.8 | 6.0 | 6.7 | -2.5 | -0.6 | 0.3 | -0.4 | 0.2 | -38% | -9% | 4% | -7% | 2% |
| 6:00 PM | 6.7 | 6.8 | 6.7 | 6.7 | 6.2 | 3.1 | 5.1 | 6.1 | 5.1 | 6.4 | -3.6 | -1.7 | -0.6 | -1.1 | -0.3 | -54% | -25% | -8% | -18% | -5% |
| 7:00 PM | 6.4 | 6.5 | 6.4 | 6.3 | 5.6 | 2.5 | 4.2 | 5.3 | 4.0 | 5.7 | -3.9 | -2.2 | -1.0 | -1.5 | -0.6 | -61% | -34% | -17% | -28% | -9% |
| 8:00 PM | 5.2 | 5.4 | 5.4 | 5.2 | 4.4 | 1.9 | 3.3 | 3.8 | 3.0 | 4.6 | -3.4 | -2.1 | -1.3 | -1.4 | -0.5 | -65% | -39% | -26% | -32% | -11% |
| 9:00 PM | 4.5 | 4.7 | 4.7 | 4.2 | 3.7 | 1.3 | 2.6 | 2.9 | 2.3 | 3.7 | -3.1 | -2.2 | -1.3 | -1.5 | -0.5 | -70% | -46% | -32% | -39% | -13% |
| 10:00 PM | 3.6 | 3.8 | 3.8 | 3.3 | 2.9 | 1.0 | 2.0 | 2.3 | 1.8 | 2.9 | -2.5 | -1.8 | -1.0 | -1.1 | -0.5 | -71% | -48% | -32% | -39% | -14% |
| 11:00 PM | 2.5 | 2.7 | 2.8 | 2.4 | 2.1 | 0.9 | 1.5 | 1.7 | 1.4 | 2.1 | -1.6 | -1.2 | -0.7 | -0.7 | -0.3 | -64% | -45% | -29% | -34% | -12% |
| Total | 113.4 | 114.1 | 113.7 | 110.8 | 105.4 | 57.6 | 89.8 | 96.3 | 83.6 | 103.7 | -55.8 | -23.9 | -14.5 | -21.8 | -7.0 | -49% | -21% | -13% | -21% | -9% |



COVID-19 Impacts
December 17, 2021
Page 8

## Appendix Table 8 - Average Weekday Hourly Traffic at I-495 #41 WB

| Hour | Pre-Pandemic Hourly Traffic (thousands) | | | | | Post-Pandemic Hourly Traffic (thousands) | | | | | Absolute Difference (thousands) | | | | | Percentage Difference | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Apr 2019 | May 2019 | Jun 2019 | Oct 2019 | Jan 2020 | Apr 2020 | Jun 2020 | Oct 2020 | Jan 2021 | Oct 2021 | Apr 2020 vs 2019 | Jun 2020 vs 2019 | Oct 2020 vs 2019 | Jan 2021 vs 2020 | Oct 2021 vs 2019 | Apr 2020 vs 2019 | Jun 2020 vs 2019 | Oct 2020 vs 2019 | Jan 2021 vs 2020 | Oct 2021 vs 2019 |
| Midnight | 1.5 | 1.5 | 1.7 | 1.5 | 1.3 | 0.5 | 0.9 | 0.9 | 0.8 | 1.2 | -1.1 | -0.8 | -0.6 | -0.4 | -0.3 | -70% | -46% | -38% | -33% | -17% |
| 1:00 AM | 1.0 | 1.0 | 1.1 | 1.0 | 0.9 | 0.3 | 0.6 | 0.6 | 0.6 | 0.8 | -0.7 | -0.5 | -0.3 | -0.3 | -0.1 | -66% | -44% | -35% | -36% | -15% |
| 2:00 AM | 0.8 | 0.8 | 0.9 | 0.8 | 0.7 | 0.3 | 0.5 | 0.5 | 0.5 | 0.6 | -0.5 | -0.4 | -0.3 | -0.3 | -0.1 | -59% | -41% | -33% | -35% | -19% |
| 3:00 AM | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 0.5 | 0.7 | 0.7 | 0.6 | 0.7 | -0.5 | -0.4 | -0.3 | -0.3 | -0.3 | -49% | -34% | -31% | -35% | -26% |
| 4:00 AM | 2.3 | 2.3 | 2.3 | 2.5 | 2.3 | 1.5 | 1.9 | 1.9 | 1.5 | 1.7 | -0.8 | -0.4 | -0.6 | -0.7 | -0.8 | -36% | -19% | -24% | -32% | -31% |
| 5:00 AM | 5.1 | 5.1 | 4.9 | 5.1 | 4.9 | 3.3 | 4.0 | 4.1 | 3.5 | 3.8 | -1.8 | -0.8 | -1.0 | -1.4 | -1.4 | -35% | -17% | -20% | -29% | -27% |
| 6:00 AM | 4.8 | 4.8 | 4.7 | 4.5 | 4.5 | 4.0 | 5.1 | 4.8 | 4.4 | 3.9 | -0.8 | 0.4 | 0.3 | -0.1 | -0.6 | -16% | 8% | 7% | -1% | -14% |
| 7:00 AM | 4.6 | 4.3 | 4.2 | 4.3 | 4.3 | 3.8 | 5.1 | 4.9 | 4.5 | 3.5 | -0.8 | 0.8 | 0.6 | 0.2 | -0.8 | -18% | 20% | 14% | 5% | -18% |
| 8:00 AM | 4.6 | 4.3 | 4.3 | 4.6 | 4.4 | 3.4 | 4.8 | 5.1 | 4.7 | 3.9 | -1.2 | 0.5 | 0.6 | 0.3 | -0.5 | -26% | 12% | 13% | 6% | -14% |
| 9:00 AM | 5.7 | 5.3 | 5.4 | 5.7 | 5.5 | 3.0 | 4.6 | 5.1 | 4.4 | 4.9 | -2.7 | -0.8 | -0.6 | -1.1 | -0.8 | -47% | -15% | -11% | -20% | -14% |
| 10:00 AM | 6.3 | 6.1 | 6.1 | 6.1 | 5.6 | 2.9 | 4.7 | 5.1 | 4.5 | 5.3 | -3.4 | -1.5 | -0.9 | -1.1 | -0.7 | -53% | -24% | -16% | -20% | -12% |
| 11:00 AM | 6.2 | 6.2 | 6.3 | 6.0 | 5.8 | 3.0 | 4.9 | 5.2 | 4.7 | 5.5 | -3.2 | -1.4 | -0.8 | -1.1 | -0.5 | -52% | -22% | -13% | -19% | -9% |
| Noon | 6.4 | 6.3 | 6.2 | 6.2 | 6.1 | 3.1 | 5.1 | 5.4 | 5.0 | 5.7 | -3.2 | -1.1 | -0.8 | -1.0 | -0.5 | -51% | -17% | -12% | -17% | -8% |
| 1:00 PM | 6.4 | 6.3 | 6.4 | 6.3 | 6.2 | 3.3 | 5.3 | 5.7 | 5.3 | 5.8 | -3.1 | -1.0 | -0.6 | -0.9 | -0.5 | -48% | -16% | -9% | -14% | -8% |
| 2:00 PM | 6.4 | 6.5 | 6.3 | 6.5 | 6.6 | 3.6 | 5.8 | 6.0 | 5.6 | 6.1 | -2.8 | -0.6 | -0.5 | -1.0 | -0.4 | -43% | -9% | -7% | -15% | -6% |
| 3:00 PM | 6.3 | 6.2 | 6.2 | 6.6 | 6.5 | 3.6 | 5.6 | 5.9 | 5.6 | 6.0 | -2.7 | -0.6 | -0.6 | -0.9 | -0.5 | -43% | -9% | -10% | -14% | -8% |
| 4:00 PM | 6.6 | 6.5 | 6.6 | 6.6 | 6.4 | 3.5 | 5.5 | 6.0 | 5.5 | 5.8 | -3.1 | -1.0 | -0.6 | -0.9 | -0.8 | -47% | -16% | -8% | -14% | -12% |
| 5:00 PM | 6.7 | 6.7 | 6.5 | 6.4 | 6.3 | 3.3 | 5.3 | 5.9 | 5.3 | 5.7 | -3.4 | -1.2 | -0.5 | -0.9 | -0.7 | -51% | -19% | -7% | -14% | -11% |
| 6:00 PM | 6.5 | 6.5 | 6.5 | 6.2 | 5.9 | 2.9 | 4.6 | 5.5 | 4.7 | 5.7 | -3.6 | -1.8 | -0.7 | -1.3 | -0.4 | -56% | -28% | -11% | -22% | -7% |
| 7:00 PM | 5.7 | 5.9 | 5.8 | 5.7 | 5.0 | 2.2 | 3.8 | 4.6 | 3.5 | 5.2 | -3.5 | -2.0 | -1.1 | -1.4 | -0.5 | -62% | -34% | -19% | -29% | -9% |
| 8:00 PM | 4.7 | 4.8 | 4.9 | 4.6 | 3.8 | 1.6 | 3.3 | 3.5 | 2.7 | 4.1 | -3.1 | -1.6 | -1.1 | -1.2 | -0.5 | -66% | -32% | -24% | -30% | -10% |
| 9:00 PM | 4.1 | 4.2 | 4.3 | 3.9 | 3.3 | 1.3 | 2.8 | 2.7 | 2.1 | 3.3 | -2.9 | -1.5 | -1.2 | -1.2 | -0.6 | -70% | -35% | -31% | -35% | -14% |
| 10:00 PM | 3.3 | 3.5 | 3.8 | 3.1 | 2.6 | 1.1 | 2.3 | 2.2 | 1.8 | 2.7 | -2.2 | -1.5 | -0.9 | -0.8 | -0.4 | -67% | -40% | -30% | -32% | -12% |
| 11:00 PM | 2.3 | 2.4 | 2.5 | 2.1 | 1.8 | 0.7 | 1.5 | 1.5 | 1.2 | 1.9 | -1.6 | -1.1 | -0.6 | -0.6 | -0.2 | -68% | -43% | -29% | -35% | -10% |
| Total | 109.4 | 108.6 | 108.9 | 106.8 | 101.8 | 56.9 | 88.8 | 93.9 | 83.3 | 93.8 | -52.6 | -20.1 | -13.0 | -18.6 | -13.0 | -48% | -18% | -12% | -18% | -14% |



COVID-19 Impacts
December 17, 2021
Page 9

### Appendix Table 9 - Average Weekday Hourly Traffic at I-495 #55 NB

| Hour | Pre-Pandemic Hourly Traffic (thousands) | | | | | Post-Pandemic Hourly Traffic (thousands) | | | | | Absolute Difference (thousands) | | | | | Percentage Difference | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Apr 2019 | May 2019 | Jun 2019 | Oct 2019 | Jan 2020 | Apr 2020 | Jun 2020 | Oct 2020 | Jan 2021 | Oct 2021 | Apr 2020 vs 2019 | Jun 2020 vs 2019 | Oct 2020 vs 2019 | Jan 2021 vs 2020 | Oct 2021 vs 2019 | Apr 2020 vs 2019 | Jun 2020 vs 2019 | Oct 2020 vs 2019 | Jan 2021 vs 2020 | Oct 2021 vs 2019 |
| Midnight | 1.3 | 1.5 | 1.6 | 1.3 | 1.2 | 0.5 | 1.1 | 1.1 | 0.9 | 1.2 | -0.8 | -0.5 | -0.2 | -0.2 | -0.1 | -60% | -31% | -14% | -20% | -6% |
| 1:00 AM | 0.9 | 0.9 | 1.0 | 0.9 | 0.8 | 0.4 | 0.8 | 0.7 | 0.7 | 0.8 | -0.5 | -0.3 | -0.1 | -0.2 | 0.0 | -53% | -27% | -14% | -18% | -4% |
| 2:00 AM | 0.7 | 0.8 | 0.8 | 0.8 | 0.7 | 0.4 | 0.6 | 0.6 | 0.6 | 0.7 | -0.4 | -0.2 | -0.1 | -0.2 | 0.0 | -49% | -25% | -16% | -22% | -6% |
| 3:00 AM | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 0.5 | 0.8 | 0.8 | 0.7 | 0.8 | -0.4 | -0.3 | -0.2 | -0.2 | -0.2 | -45% | -25% | -22% | -24% | -17% |
| 4:00 AM | 2.0 | 2.0 | 2.1 | 2.2 | 2.0 | 1.3 | 1.7 | 1.7 | 1.5 | 1.8 | -0.7 | -0.4 | -0.5 | -0.5 | -0.4 | -35% | -19% | -24% | -25% | -19% |
| 5:00 AM | 4.7 | 4.5 | 4.5 | 4.9 | 4.4 | 3.0 | 3.6 | 3.5 | 3.1 | 3.7 | -1.7 | -1.0 | -1.3 | -1.2 | -1.2 | -37% | -21% | -28% | -28% | -24% |
| 6:00 AM | 6.2 | 6.1 | 6.0 | 6.1 | 5.5 | 3.5 | 4.5 | 4.4 | 4.0 | 5.0 | -2.7 | -1.5 | -1.7 | -1.5 | -1.2 | -44% | -25% | -28% | -28% | -19% |
| 7:00 AM | 6.9 | 6.6 | 6.5 | 6.7 | 6.0 | 3.5 | 4.8 | 5.0 | 4.5 | 5.7 | -3.4 | -1.7 | -1.7 | -1.6 | -1.0 | -49% | -26% | -25% | -26% | -15% |
| 8:00 AM | 6.7 | 6.6 | 6.5 | 6.8 | 6.0 | 3.3 | 4.9 | 5.2 | 4.6 | 5.6 | -3.4 | -1.6 | -1.6 | -1.5 | -1.1 | -50% | -24% | -24% | -25% | -17% |
| 9:00 AM | 6.6 | 6.5 | 6.5 | 6.5 | 6.0 | 3.1 | 4.8 | 4.9 | 4.2 | 5.5 | -3.5 | -1.7 | -1.6 | -1.8 | -1.0 | -53% | -26% | -25% | -30% | -15% |
| 10:00 AM | 6.5 | 6.5 | 6.3 | 6.1 | 5.6 | 3.1 | 4.9 | 5.0 | 4.4 | 5.5 | -3.4 | -1.3 | -1.1 | -1.2 | -0.6 | -52% | -21% | -18% | -21% | -10% |
| 11:00 AM | 6.3 | 6.5 | 6.3 | 6.0 | 5.6 | 3.3 | 5.3 | 5.3 | 4.8 | 5.6 | -3.0 | -1.0 | -0.7 | -0.8 | -0.4 | -48% | -16% | -12% | -15% | -7% |
| Noon | 6.3 | 6.6 | 6.2 | 6.1 | 5.9 | 3.6 | 5.7 | 5.6 | 5.1 | 5.7 | -2.7 | -0.5 | -0.5 | -0.8 | -0.4 | -43% | -8% | -8% | -13% | -7% |
| 1:00 PM | 6.5 | 6.7 | 6.6 | 6.4 | 6.2 | 3.9 | 6.0 | 5.8 | 5.4 | 6.1 | -2.6 | -0.6 | -0.6 | -0.8 | -0.3 | -40% | -9% | -9% | -12% | -5% |
| 2:00 PM | 6.7 | 6.8 | 6.5 | 6.6 | 6.5 | 4.2 | 6.4 | 6.2 | 5.8 | 6.3 | -2.4 | -0.2 | -0.4 | -0.7 | -0.4 | -36% | -3% | -7% | -10% | -5% |
| 3:00 PM | 6.5 | 6.5 | 6.5 | 6.6 | 6.5 | 4.2 | 6.3 | 6.3 | 5.8 | 6.3 | -2.3 | -0.1 | -0.2 | -0.7 | -0.3 | -35% | -2% | -4% | -10% | -4% |
| 4:00 PM | 6.5 | 6.1 | 6.3 | 6.4 | 6.2 | 4.1 | 6.3 | 6.5 | 5.9 | 6.3 | -2.4 | 0.0 | 0.1 | -0.3 | -0.1 | -37% | 1% | 1% | -4% | -2% |
| 5:00 PM | 6.2 | 5.9 | 6.0 | 6.1 | 5.6 | 3.7 | 6.0 | 6.4 | 5.6 | 6.2 | -2.4 | 0.1 | 0.3 | 0.0 | 0.1 | -39% | 1% | 5% | -1% | 2% |
| 6:00 PM | 6.1 | 5.9 | 6.1 | 5.9 | 5.3 | 3.1 | 5.2 | 5.7 | 4.7 | 5.9 | -3.0 | -0.8 | -0.2 | -0.5 | 0.1 | -49% | -13% | -3% | -10% | 1% |
| 7:00 PM | 5.4 | 5.6 | 5.5 | 5.4 | 4.5 | 2.4 | 4.3 | 4.7 | 3.6 | 5.2 | -3.0 | -1.2 | -0.6 | -0.9 | -0.2 | -55% | -21% | -12% | -20% | -3% |
| 8:00 PM | 4.7 | 4.8 | 4.9 | 4.4 | 3.6 | 1.8 | 3.7 | 3.7 | 2.9 | 4.0 | -2.8 | -1.2 | -0.8 | -0.7 | -0.5 | -61% | -24% | -17% | -21% | -10% |
| 9:00 PM | 4.0 | 4.1 | 4.2 | 3.7 | 3.1 | 1.5 | 3.2 | 3.0 | 2.4 | 3.2 | -2.5 | -1.0 | -0.7 | -0.7 | -0.4 | -63% | -24% | -19% | -23% | -12% |
| 10:00 PM | 3.0 | 3.2 | 3.4 | 2.8 | 2.4 | 1.2 | 2.6 | 2.4 | 2.0 | 2.6 | -1.8 | -0.8 | -0.4 | -0.4 | -0.3 | -60% | -24% | -14% | -18% | -9% |
| 11:00 PM | 2.1 | 2.3 | 2.3 | 1.9 | 1.7 | 0.8 | 1.7 | 1.7 | 1.4 | 1.8 | -1.2 | -0.6 | -0.3 | -0.3 | -0.1 | -60% | -27% | -14% | -19% | -8% |
| Total | 113.6 | 114.0 | 113.5 | 111.5 | 102.2 | 60.5 | 95.1 | 96.3 | 84.5 | 101.5 | -53.1 | -18.4 | -15.2 | -17.7 | -10.0 | -47% | -16% | -14% | -17% | -11% |



COVID-19 Impacts
December 17, 2021
Page 10

### Appendix Table 10 - Average Weekday Hourly Traffic at I-495 #55 SB

| Hour | Pre-Pandemic Hourly Traffic (thousands) | | | | | Post-Pandemic Hourly Traffic (thousands) | | | | | Absolute Difference (thousands) | | | | | Percentage Difference | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Apr 2019 | May 2019 | Jun 2019 | Oct 2019 | Jan 2020 | Apr 2020 | Jun 2020 | Oct 2020 | Jan 2021 | Oct 2021 | Apr 2020 vs 2019 | Jun 2020 vs 2019 | Oct 2020 vs 2019 | Jan 2021 vs 2020 | Oct 2021 vs 2019 | Apr 2020 vs 2019 | Jun 2020 vs 2019 | Oct 2020 vs 2019 | Jan 2021 vs 2020 | Oct 2021 vs 2019 |
| Midnight | 1.5 | 1.6 | 1.7 | 1.5 | 1.3 | 0.6 | 1.0 | 1.2 | 1.0 | 1.4 | -0.9 | -0.7 | -0.3 | -0.3 | -0.1 | -61% | -39% | -22% | -24% | -8% |
| 1:00 AM | 1.0 | 1.0 | 1.1 | 1.0 | 0.9 | 0.4 | 0.7 | 0.8 | 0.7 | 1.0 | -0.6 | -0.4 | -0.2 | -0.3 | 0.0 | -61% | -40% | -22% | -27% | -1% |
| 2:00 AM | 0.8 | 0.8 | 0.9 | 0.8 | 0.8 | 0.3 | 0.5 | 0.6 | 0.6 | 0.8 | -0.5 | -0.3 | -0.2 | -0.2 | 0.0 | -59% | -38% | -22% | -28% | -5% |
| 3:00 AM | 0.8 | 0.9 | 0.9 | 0.9 | 0.8 | 0.4 | 0.6 | 0.7 | 0.6 | 0.8 | -0.4 | -0.3 | -0.2 | -0.2 | -0.1 | -50% | -31% | -22% | -27% | -7% |
| 4:00 AM | 1.3 | 1.4 | 1.4 | 1.4 | 1.3 | 0.8 | 1.1 | 1.1 | 0.9 | 1.2 | -0.5 | -0.3 | -0.3 | -0.3 | -0.2 | -39% | -20% | -24% | -26% | -17% |
| 5:00 AM | 3.0 | 3.1 | 3.1 | 3.2 | 2.8 | 1.8 | 2.5 | 2.4 | 2.0 | 2.5 | -1.2 | -0.6 | -0.8 | -0.8 | -0.7 | -39% | -18% | -26% | -28% | -23% |
| 6:00 AM | 4.9 | 5.0 | 4.9 | 4.9 | 4.4 | 2.9 | 4.0 | 3.7 | 3.2 | 4.1 | -2.0 | -1.0 | -1.2 | -1.2 | -0.7 | -41% | -19% | -24% | -27% | -15% |
| 7:00 AM | 5.8 | 5.7 | 5.7 | 5.6 | 5.1 | 3.3 | 4.8 | 4.6 | 4.0 | 5.0 | -2.5 | -0.9 | -1.0 | -1.1 | -0.7 | -43% | -16% | -18% | -22% | -12% |
| 8:00 AM | 5.9 | 6.0 | 5.9 | 6.1 | 5.5 | 3.1 | 4.8 | 4.8 | 4.3 | 5.3 | -2.8 | -1.1 | -1.3 | -1.2 | -0.8 | -47% | -18% | -21% | -23% | -13% |
| 9:00 AM | 6.2 | 6.0 | 6.1 | 5.9 | 5.4 | 2.9 | 4.8 | 4.6 | 4.1 | 5.3 | -3.3 | -1.3 | -1.3 | -1.3 | -0.6 | -54% | -21% | -21% | -24% | -9% |
| 10:00 AM | 6.1 | 5.9 | 6.1 | 5.6 | 5.2 | 2.9 | 5.0 | 4.7 | 4.1 | 5.4 | -3.1 | -1.2 | -0.9 | -1.0 | -0.3 | -52% | -19% | -16% | -20% | -4% |
| 11:00 AM | 6.0 | 5.9 | 6.1 | 5.6 | 5.3 | 3.1 | 5.2 | 5.1 | 4.4 | 5.5 | -2.8 | -0.9 | -0.5 | -0.9 | -0.1 | -47% | -15% | -10% | -18% | -2% |
| Noon | 6.2 | 6.1 | 6.3 | 6.0 | 5.7 | 3.5 | 5.6 | 5.5 | 4.9 | 5.6 | -2.8 | -0.7 | -0.5 | -0.9 | -0.4 | -44% | -11% | -8% | -15% | -6% |
| 1:00 PM | 6.4 | 6.4 | 6.4 | 6.2 | 6.1 | 3.8 | 5.9 | 5.8 | 5.3 | 5.9 | -2.6 | -0.5 | -0.4 | -0.8 | -0.3 | -41% | -7% | -7% | -13% | -4% |
| 2:00 PM | 6.6 | 6.4 | 6.3 | 6.7 | 6.6 | 4.3 | 6.3 | 6.2 | 5.9 | 6.2 | -2.3 | -0.1 | -0.4 | -0.7 | -0.4 | -34% | -1% | -7% | -10% | -6% |
| 3:00 PM | 6.5 | 6.4 | 6.4 | 6.6 | 6.5 | 4.4 | 6.3 | 6.3 | 6.0 | 6.2 | -2.1 | -0.1 | -0.3 | -0.5 | -0.4 | -32% | -1% | -5% | -8% | -7% |
| 4:00 PM | 6.6 | 6.3 | 6.4 | 6.5 | 6.4 | 4.3 | 6.2 | 6.4 | 5.8 | 6.2 | -2.3 | -0.2 | -0.1 | -0.6 | -0.3 | -35% | -3% | -2% | -9% | -5% |
| 5:00 PM | 6.5 | 6.5 | 6.3 | 6.6 | 6.2 | 3.8 | 5.8 | 6.3 | 5.5 | 6.1 | -2.7 | -0.5 | -0.3 | -0.6 | -0.5 | -41% | -8% | -4% | -10% | -8% |
| 6:00 PM | 6.3 | 6.3 | 6.3 | 6.3 | 5.6 | 3.0 | 4.7 | 5.5 | 4.7 | 5.8 | -3.3 | -1.5 | -0.8 | -0.9 | -0.5 | -53% | -24% | -13% | -16% | -8% |
| 7:00 PM | 5.3 | 5.4 | 5.5 | 5.6 | 4.7 | 2.4 | 3.9 | 4.8 | 3.7 | 5.1 | -3.0 | -1.6 | -0.8 | -1.0 | -0.5 | -56% | -29% | -14% | -21% | -9% |
| 8:00 PM | 4.5 | 4.6 | 4.6 | 4.5 | 3.7 | 1.8 | 3.2 | 3.6 | 2.8 | 4.1 | -2.7 | -1.4 | -0.9 | -0.9 | -0.5 | -60% | -30% | -20% | -23% | -10% |
| 9:00 PM | 3.9 | 4.1 | 4.1 | 3.8 | 3.3 | 1.3 | 2.7 | 2.9 | 2.2 | 3.4 | -2.6 | -1.4 | -0.9 | -1.0 | -0.4 | -66% | -35% | -24% | -31% | -11% |
| 10:00 PM | 3.1 | 3.3 | 3.4 | 3.0 | 2.6 | 1.1 | 2.1 | 2.3 | 1.8 | 2.6 | -2.1 | -1.3 | -0.7 | -0.7 | -0.3 | -66% | -39% | -22% | -28% | -11% |
| 11:00 PM | 2.3 | 2.4 | 2.5 | 2.2 | 1.9 | 0.9 | 1.6 | 1.8 | 1.5 | 2.1 | -1.4 | -0.9 | -0.5 | -0.4 | -0.2 | -60% | -36% | -21% | -23% | -8% |
| Total | 107.5 | 107.3 | 108.3 | 106.5 | 98.2 | 57.0 | 89.2 | 91.6 | 80.2 | 97.5 | -50.5 | -19.1 | -14.9 | -18.0 | -9.0 | -47% | -18% | -14% | -18% | -9% |



COVID-19 Impacts
December 17, 2021
Page 11

### Appendix Table 11 - Average Weekday Hourly Traffic at I-495 #43 NB

| Hour | Pre-Pandemic Hourly Traffic (thousands) | | | | | Post-Pandemic Hourly Traffic (thousands) | | | | | Absolute Difference (thousands) | | | | | Percentage Difference | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Apr 2019 | May 2019 | Jun 2019 | Oct 2019 | Jan 2020 | Apr 2020 | Jun 2020 | Oct 2020 | Jan 2021 | Oct 2021 | Apr 2020 vs. 2019 | Jun 2020 vs. 2019 | Oct 2020 vs. 2019 | Jan 2021 vs. 2020 | Oct 2021 vs. 2019 | Apr 2020 vs. 2019 | Jun 2020 vs. 2019 | Oct 2020 vs. 2019 | Jan 2021 vs. 2020 | Oct 2021 vs. 2019 |
| Midnight | 1.4 | 1.6 | 1.7 | 1.4 | 1.3 | 0.6 | 1.2 | 1.2 | 1.1 | 1.3 | -0.8 | -0.5 | -0.2 | -0.2 | -0.1 | -58% | -31% | -11% | -14% | -6% |
| 1:00 AM | 0.9 | 1.0 | 1.1 | 0.9 | 0.9 | 0.4 | 0.8 | 0.8 | 0.8 | 0.9 | -0.5 | -0.3 | -0.1 | -0.1 | 0.0 | -53% | -27% | -8% | -16% | 0% |
| 2:00 AM | 0.8 | 0.9 | 0.9 | 0.8 | 0.8 | 0.4 | 0.7 | 0.8 | 0.7 | 0.8 | -0.4 | -0.3 | -0.1 | -0.1 | 0.0 | -49% | -28% | -8% | -15% | -1% |
| 3:00 AM | 1.0 | 1.0 | 1.1 | 1.0 | 1.0 | 0.6 | 0.8 | 0.9 | 0.8 | 0.9 | -0.5 | -0.3 | -0.2 | -0.2 | -0.1 | -47% | -28% | -17% | -21% | -10% |
| 4:00 AM | 2.0 | 2.0 | 2.0 | 2.2 | 2.0 | 1.2 | 1.6 | 1.6 | 1.5 | 1.7 | -0.7 | -0.4 | -0.5 | -0.5 | -0.4 | -38% | -22% | -24% | -24% | -19% |
| 5:00 AM | 4.3 | 4.2 | 4.2 | 4.4 | 4.0 | 2.6 | 3.3 | 3.3 | 2.9 | 3.5 | -1.7 | -0.9 | -1.1 | -1.1 | -0.9 | -39% | -21% | -26% | -27% | -20% |
| 6:00 AM | 5.8 | 5.8 | 5.8 | 6.0 | 4.8 | 3.2 | 4.2 | 4.1 | 3.8 | 4.8 | -2.7 | -1.6 | -1.8 | -1.5 | -1.2 | -46% | -27% | -31% | -29% | -21% |
| 7:00 AM | 6.8 | 6.5 | 6.5 | 6.5 | 6.0 | 3.4 | 4.7 | 4.9 | 4.4 | 5.8 | -3.4 | -1.8 | -1.6 | -1.6 | -0.7 | -50% | -27% | -24% | -27% | -11% |
| 8:00 AM | 6.8 | 6.5 | 6.6 | 6.7 | 6.1 | 3.3 | 4.9 | 5.3 | 4.7 | 6.1 | -3.4 | -1.7 | -1.4 | -1.4 | -0.6 | -51% | -26% | -20% | -23% | -9% |
| 9:00 AM | 6.7 | 6.6 | 6.7 | 6.6 | 6.0 | 3.2 | 5.0 | 5.1 | 4.6 | 6.1 | -3.6 | -1.8 | -1.5 | -1.4 | -0.5 | -53% | -26% | -23% | -23% | -8% |
| 10:00 AM | 6.7 | 6.6 | 6.6 | 6.4 | 5.8 | 3.3 | 5.2 | 5.3 | 4.8 | 6.0 | -3.4 | -1.5 | -1.1 | -1.0 | -0.4 | -50% | -22% | -18% | -17% | -7% |
| 11:00 AM | 6.5 | 6.5 | 6.5 | 6.3 | 5.7 | 3.5 | 5.5 | 5.5 | 5.1 | 6.2 | -3.0 | -1.0 | -0.8 | -0.6 | -0.1 | -46% | -16% | -13% | -10% | -1% |
| Noon | 6.7 | 6.7 | 6.7 | 6.4 | 6.1 | 3.9 | 5.9 | 5.9 | 5.6 | 6.4 | -2.8 | -0.8 | -0.5 | -0.5 | 0.0 | -42% | -12% | -7% | -8% | 0% |
| 1:00 PM | 6.9 | 6.9 | 6.9 | 6.8 | 6.4 | 4.2 | 6.2 | 6.2 | 5.9 | 6.7 | -2.7 | -0.7 | -0.5 | -0.5 | -0.1 | -39% | -10% | -8% | -8% | -1% |
| 2:00 PM | 7.2 | 7.1 | 7.1 | 7.2 | 6.8 | 4.5 | 6.5 | 6.7 | 6.4 | 6.8 | -2.7 | -0.6 | -0.5 | -0.4 | -0.3 | -37% | -9% | -7% | -6% | -5% |
| 3:00 PM | 7.2 | 7.1 | 7.2 | 7.2 | 7.0 | 4.6 | 6.7 | 6.9 | 6.5 | 6.7 | -2.6 | -0.6 | -0.3 | -0.5 | -0.5 | -36% | -8% | -5% | -7% | -7% |
| 4:00 PM | 7.2 | 6.9 | 7.1 | 7.2 | 6.8 | 4.5 | 6.8 | 6.9 | 6.3 | 6.7 | -2.7 | -0.3 | -0.3 | -0.5 | -0.4 | -38% | -4% | -4% | -7% | -6% |
| 5:00 PM | 7.3 | 7.0 | 7.0 | 7.0 | 6.5 | 4.1 | 6.3 | 6.7 | 6.0 | 6.6 | -3.1 | -0.7 | -0.2 | -0.5 | -0.4 | -43% | -10% | -3% | -8% | -5% |
| 6:00 PM | 7.0 | 6.6 | 6.7 | 6.7 | 5.9 | 3.4 | 5.5 | 5.9 | 5.0 | 6.2 | -3.6 | -1.2 | -0.8 | -0.9 | -0.5 | -51% | -18% | -12% | -15% | -8% |
| 7:00 PM | 5.9 | 6.0 | 5.8 | 5.8 | 4.8 | 2.7 | 4.5 | 4.9 | 3.8 | 5.1 | -3.2 | -1.3 | -0.9 | -0.9 | -0.7 | -53% | -22% | -16% | -19% | -13% |
| 8:00 PM | 4.9 | 5.0 | 5.1 | 4.6 | 3.8 | 2.1 | 3.8 | 3.9 | 3.1 | 4.0 | -2.8 | -1.4 | -0.8 | -0.7 | -0.6 | -57% | -27% | -16% | -18% | -13% |
| 9:00 PM | 4.1 | 4.3 | 4.5 | 3.8 | 3.2 | 1.6 | 3.1 | 3.1 | 2.5 | 3.2 | -2.5 | -1.3 | -0.8 | -0.7 | -0.6 | -60% | -30% | -20% | -22% | -17% |
| 10:00 PM | 3.1 | 3.3 | 3.5 | 2.9 | 2.5 | 1.3 | 2.5 | 2.4 | 2.1 | 2.5 | -1.8 | -1.0 | -0.5 | -0.4 | -0.4 | -58% | -28% | -16% | -16% | -13% |
| 11:00 PM | 2.2 | 2.4 | 2.5 | 2.1 | 1.8 | 0.9 | 1.8 | 1.8 | 1.5 | 1.9 | -1.3 | -0.7 | -0.3 | -0.3 | -0.2 | -58% | -29% | -15% | -16% | -11% |
| Total | 119.4 | 118.6 | 120.3 | 117.0 | 106.2 | 63.6 | 97.5 | 100.3 | 89.8 | 107.1 | -55.8 | -22.7 | -16.7 | -16.4 | -9.9 | -47% | -19% | -14% | -15% | -10% |



COVID-19 Impacts
December 17, 2021
Page 12

## Appendix Table 12 - Average Weekday Hourly Traffic at I-495 #43 SB

| Hour | Pre-Pandemic Hourly Traffic (thousands) | | | | | Post-Pandemic Hourly Traffic (thousands) | | | | | Absolute Difference (thousands) | | | | | Percentage Difference | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Apr 2019 | May 2019 | Jun 2019 | Oct 2019 | Jan 2020 | Apr 2020 | Jun 2020 | Oct 2020 | Jan 2021 | Oct 2021 | Apr 2020 vs Apr 2019 | Jun 2020 vs Jun 2019 | Oct 2020 vs Oct 2019 | Jan 2021 vs Jan 2020 | Oct 2021 vs Oct 2019 | Apr 2020 vs Apr 2019 | Jun 2020 vs Jun 2019 | Oct 2020 vs Oct 2019 | Jan 2021 vs Jan 2020 | Oct 2021 vs Oct 2019 |
| Midnight | 1.7 | 1.7 | 1.9 | 1.6 | 1.4 | 0.6 | 1.2 | 1.2 | 1.1 | 1.4 | -1.0 | -0.7 | -0.3 | -0.3 | -0.2 | -62% | -37% | -21% | -24% | -12% |
| 1:00 AM | 1.1 | 1.1 | 1.2 | 1.0 | 1.0 | 0.4 | 0.8 | 0.8 | 0.7 | 1.0 | -0.6 | -0.4 | -0.2 | -0.3 | -0.1 | -60% | -34% | -18% | -26% | -5% |
| 2:00 AM | 0.9 | 0.9 | 0.9 | 0.9 | 0.8 | 0.4 | 0.6 | 0.7 | 0.6 | 0.8 | -0.5 | -0.3 | -0.2 | -0.2 | -0.1 | -58% | -37% | -23% | -27% | -7% |
| 3:00 AM | 0.9 | 0.9 | 1.0 | 0.9 | 0.8 | 0.4 | 0.6 | 0.7 | 0.6 | 0.8 | -0.5 | -0.3 | -0.2 | -0.2 | -0.1 | -52% | -33% | -22% | -25% | -10% |
| 4:00 AM | 1.4 | 1.4 | 1.4 | 1.5 | 1.3 | 0.8 | 1.1 | 1.1 | 0.9 | 1.2 | -0.6 | -0.3 | -0.4 | -0.4 | -0.3 | -42% | -23% | -26% | -29% | -20% |
| 5:00 AM | 3.4 | 3.4 | 3.4 | 3.5 | 3.1 | 1.9 | 2.6 | 2.5 | 2.1 | 2.6 | -1.4 | -0.8 | -0.9 | -0.9 | -0.9 | -43% | -24% | -27% | -30% | -24% |
| 6:00 AM | 5.5 | 5.6 | 5.3 | 5.4 | 4.7 | 2.8 | 3.8 | 3.9 | 3.2 | 4.4 | -2.7 | -1.5 | -1.5 | -1.5 | -1.0 | -49% | -28% | -28% | -31% | -18% |
| 7:00 AM | 6.0 | 5.9 | 5.7 | 5.8 | 5.4 | 3.1 | 4.5 | 4.8 | 3.9 | 5.2 | -2.9 | -1.3 | -1.1 | -1.5 | -0.6 | -48% | -22% | -18% | -28% | -10% |
| 8:00 AM | 6.0 | 5.9 | 5.9 | 6.0 | 5.5 | 3.2 | 4.6 | 5.0 | 4.2 | 5.4 | -2.8 | -1.3 | -1.0 | -1.3 | -0.6 | -46% | -22% | -16% | -24% | -11% |
| 9:00 AM | 6.2 | 6.1 | 6.1 | 6.0 | 5.7 | 3.1 | 4.8 | 5.0 | 4.2 | 5.6 | -3.1 | -1.3 | -1.1 | -1.5 | -0.4 | -50% | -21% | -18% | -26% | -7% |
| 10:00 AM | 6.1 | 6.1 | 6.0 | 5.8 | 5.5 | 3.2 | 4.9 | 5.1 | 4.4 | 5.6 | -2.9 | -1.1 | -0.7 | -1.1 | -0.2 | -47% | -18% | -12% | -21% | -3% |
| 11:00 AM | 6.1 | 6.1 | 6.1 | 5.8 | 5.6 | 3.5 | 5.3 | 5.5 | 4.7 | 5.8 | -2.6 | -0.8 | -0.3 | -0.9 | 0.0 | -42% | -14% | -6% | -17% | 0% |
| Noon | 6.5 | 6.3 | 6.4 | 6.2 | 6.1 | 3.9 | 5.7 | 6.0 | 5.2 | 6.2 | -2.6 | -0.7 | -0.1 | -0.9 | 0.0 | -40% | -11% | -2% | -14% | 0% |
| 1:00 PM | 6.7 | 6.6 | 6.6 | 6.6 | 6.5 | 4.2 | 6.1 | 6.2 | 5.7 | 6.4 | -2.5 | -0.6 | -0.4 | -0.9 | -0.2 | -38% | -8% | -5% | -13% | -3% |
| 2:00 PM | 7.0 | 6.7 | 6.8 | 7.1 | 7.0 | 4.7 | 6.5 | 6.6 | 6.3 | 6.5 | -2.3 | -0.3 | -0.4 | -0.7 | -0.6 | -33% | -5% | -6% | -10% | -8% |
| 3:00 PM | 6.8 | 6.7 | 6.8 | 7.0 | 6.9 | 4.8 | 6.6 | 6.5 | 6.3 | 6.4 | -2.1 | -0.2 | -0.5 | -0.6 | -0.6 | -30% | -3% | -7% | -9% | -8% |
| 4:00 PM | 7.0 | 6.7 | 6.8 | 6.9 | 6.8 | 4.7 | 6.6 | 6.6 | 6.1 | 6.6 | -2.2 | -0.2 | -0.3 | -0.7 | -0.3 | -32% | -3% | -4% | -10% | -5% |
| 5:00 PM | 7.0 | 6.8 | 6.9 | 7.0 | 6.6 | 4.3 | 6.3 | 6.8 | 6.0 | 6.5 | -2.7 | -0.6 | -0.2 | -0.6 | -0.5 | -39% | -9% | -3% | -9% | -7% |
| 6:00 PM | 6.9 | 6.6 | 6.8 | 6.8 | 6.2 | 3.4 | 5.3 | 6.2 | 5.1 | 6.4 | -3.5 | -1.5 | -0.6 | -1.0 | -0.4 | -50% | -22% | -9% | -17% | -6% |
| 7:00 PM | 6.0 | 6.0 | 6.1 | 6.1 | 5.1 | 2.8 | 4.4 | 5.3 | 4.1 | 5.7 | -3.2 | -1.7 | -0.9 | -1.1 | -0.5 | -54% | -28% | -14% | -21% | -8% |
| 8:00 PM | 5.3 | 5.3 | 5.3 | 5.2 | 4.2 | 2.2 | 3.8 | 4.1 | 3.2 | 4.6 | -3.1 | -1.6 | -1.1 | -1.1 | -0.6 | -59% | -30% | -21% | -25% | -12% |
| 9:00 PM | 4.6 | 4.7 | 4.8 | 4.3 | 3.6 | 1.6 | 3.1 | 3.2 | 2.5 | 3.5 | -2.9 | -1.7 | -1.0 | -1.1 | -0.8 | -65% | -34% | -24% | -31% | -18% |
| 10:00 PM | 3.5 | 3.6 | 3.9 | 3.3 | 2.8 | 1.3 | 2.4 | 2.6 | 2.0 | 2.8 | -2.2 | -1.4 | -0.7 | -0.8 | -0.5 | -64% | -37% | -22% | -29% | -16% |
| 11:00 PM | 2.5 | 2.6 | 2.7 | 2.3 | 2.0 | 1.0 | 1.7 | 1.9 | 1.5 | 2.0 | -1.5 | -1.0 | -0.5 | -0.5 | -0.3 | -62% | -37% | -20% | -25% | -14% |
| Total | 114.9 | 113.7 | 114.9 | 113.0 | 104.7 | 62.3 | 93.3 | 98.3 | 84.6 | 103.4 | -52.6 | -21.6 | -14.7 | -20.2 | -9.6 | -46% | -19% | -13% | -19% | -9% |



I-495 & I-270 Managed Lanes Study                Final COVID-19 Travel Analysis & Monitoring Plan

# ATTACHMENT 1B:
## Weekly Changes at Permanent Count Stations

00004365



00004366



00004367

 I-495 & I-270 Managed Lanes Study    Final COVID-19 Travel Analysis & Monitoring Plan

# ATTACHMENT 1C:
## WMATA Metro Ridership Shapshot, November 2021

00004368



# Metro Ridership Snapshot

November 2021

**Washington Metropolitan Area Transit Authority**

00004369

# Table of Contents

 Rail Ridership

 Bus Ridership

Parking Utilization

 **Online Ridership Data Portal**

Note: All percentage changes in this document represent year-over-year changes in ridership, compared to the same time, location, and day type **two years ago** – to compare back to pre-pandemic ridership data. For more details, see **How to Use and Interpret Metro Ridership Data**

Bus ridership shown here is from Metro's automatic passenger counters, in both current and baseline months. Rail and parking ridership is from the farebox system.



# Overall Ridership in November

- **Rail**
  - At 27% of pre-pandemic levels on weekdays, about 50% on weekends
  - Ridership loss of 15-20% coinciding with the suspension of the 7000-series rail cars in mid-October, followed by relative stability in November

- **Bus**
  - At 64% of pre-pandemic levels on weekdays, with ridership closer to pre-pandemic levels on weekends

- **Parking**
  - Usage at 12% of pre-pandemic levels

- **Normal seasonal declines around Thanksgiving holiday**



*vs. November 2019*

| | | |
|---|---|---|
| **Rail** | Weekday | -73% |
| | Saturday | -56% |
| | Sunday | -50% |
| **Bus** | Weekday | -36% |
| | Saturday | -17% |
| | Sunday | -12% |
| **Parking** | Weekday | -88% |

| November 2021 Averages | Weekday | Saturday | Sunday |
|---|---|---|---|
| Rail | 167,000 | 128,000 | 80,000 |
| Bus (APC) | 233,000 | 140,000 | 107,000 |
| Parking | 5,000 | | |

00004371

# Ridership Trends Since February



Boardings per Weekday

Metrobus

Metrorail

Thanksgiving

Derailment occurred

7000-series rail cars suspended

250,000
200,000
150,000
100,000
50,000
0

2/1/2021 2/5/2021 2/11/2021 2/18/2021 2/24/2021 3/2/2021 3/8/2021 3/12/2021 3/18/2021 3/24/2021 3/30/2021 4/5/2021 4/9/2021 4/15/2021 4/21/2021 4/27/2021 5/3/2021 5/7/2021 5/13/2021 5/19/2021 5/25/2021 6/1/2021 6/7/2021 6/11/2021 6/17/2021 6/23/2021 6/29/2021 7/6/2021 7/12/2021 7/16/2021 7/22/2021 7/28/2021 8/3/2021 8/9/2021 8/13/2021 8/19/2021 8/25/2021 8/31/2021 9/7/2021 9/13/2021 9/17/2021 9/23/2021 9/29/2021 10/5/2021 10/12/2021 10/18/2021 10/22/2021 10/28/2021 11/3/2021 11/9/2021 11/16/2021 11/22/2021 11/29/2021

February    March    April    May    June    July    August    September    October    November

Metrobus    Metrorail    Metrobus Weekly Average    Metrorail Weekly Average

Washington Metropolitan Area Transit Authority

# Metrorail Ridership

- **Ridership at 27% of pre-pandemic levels on weekdays**

- **Ridership on weekends about 50% of pre-pandemic levels**

- **88% estimated retention of Shady Grove and Rockville ridership**
  - Based on shuttle bus ridership

- **Notes:**
  - Shady Grove and Rockville closed for repairs. Ridership at Twinbrook impacted by shuttle bus operations.
  - Rail service reduced by over 50% of normal levels through November 2021 due to the suspension of the 7000-series rail cars.



Change in rail ridership, average weekday November 2021 vs. 2019

-100%          -50%

# Metrobus Ridership

- **Ridership at 64% of pre-pandemic levels on weekdays**

- **Stronger retention on weekends - around 85% of pre-pandemic levels**

- **40% ridership increase on bus routes where service increased on Labor Day**
  - Higher than background average
  - October vs. July 2021

- **Notes:**
  - Cinder Bed Road division work stoppage impacted November 2019 ridership. Lines where there was no ridership in 2019 due to the work stoppage have been omitted from this chart
  - Line T2 excluded from this chart due to uncertain passenger count data
  - Bus <u>service</u> levels (scheduled revenue hours) remained around 93% of pre-pandemic levels on weekdays, 110-125% on weekends

**Legend:**
V12 — Bus Line
5% — Metric
— Bus Sector

**W MC**
| -39% Q | -39% | -34% | -28% |
| -39% K6 | -24% F4 | -34% F6 | -47% 83,86 |
| -49% L8 | | -36% Z7 | -50% Z8 |
| -75% Z2 | | | |
| -23% R1,2 | -25% R4 | -43% C8 | |

**E MC/W PG**
(see above)

**N PG**
| -19% 89M | -25% G12 | -31% G14 | -39% T14 |
| -10% T18 | -57% F13 | -45% F1,2 | -44% F8 |
| -53% R12 | | | |

**W DC**
| +12% 31,33 | -54% D2 | -35% L2 | -31% G2 |
| -49% N6 | -24% M4 | | |

**Central DC**
| -54% 70 | -40% 74 | -29% 79 | -53% S2 |
| -36% S9 | -23% 59 | -12% 52,54 | -31% H2,4 |
| -41% 60 | -43% 64 | -51% 62,63 | -50% 42,43 |
| -40% E4 | -50% K2 | | |

**NE DC**
| -34% G8 | -42% 80 | -45% D8 | -22% H8,9 |
| -15% H6 | -44% E2 | | |

**Central PG**
| -17% P12 | -38% C21+ | -42% B21,22 | -37% B24 |
| -43% B27 | -46% V12 | -47% V14 | -33% A12 |
| -29% F12 | -44% F14 | | |

**W NOVA**
| -24% 1A | -44% 1C | -20% 38B | -63% 2A |
| -52% 2B | -28% 23's | -47% 4B | -63% 5A |

**Downtown**
| -16% 90,92 | -37% D6 | -10% P6 |

**E DC**
| -37% M6 | -22% X2 | -19% X9 | -44% D4 |
| -53% X8 | -24% B2 | -38% 96 | -31% V2,4 |
| -36% V7,8 | -39% U4 | -38% U5,6 | -33% U7 |

**S PG**
| -37% NH1 | -33% NH2 | -49% P18 | -33% W14 |
| -76% C11,13 | -50% C12,14 | -55% H12 | -34% J12 |
| -44% K12 | -40% D12+ | | |

**Central NOVA**
| -45% 16A,C,E | -57% 16G,H | -49% 26A | -11% 28A |
| +3% 29K,N | -53% 25B | -79% 22A,F | |

**E NOVA**
| +30% REX | -64% MW1 | | |
| -78% 21C | | | |
| -61% 7A,F,Y | -64% 7M | -45% 10A | -37% 10B |

**SE DC**
| -4% 32,36 | -12% A2 | -26% A4 | -10% A6,7,8 |
| -51% W5 | -32% W1 | -31% W2,3 | -33% W4 |
| -40% W6,8 | | | |

Change in APC Bus Ridership, Avg. Weekday November 2021 vs. 2019

-100% ———— 0%



*Bus ridership based on Automatic Passenger Counter data*

Page 6

00004374

# Metro Parking Transactions

- **Parking transactions significantly below pre-pandemic levels**

- **Most stations are at around 10-15% recovered**

- **Notes:**
  - Shady Grove and Rockville closed for repairs from mid-September 2021.

**Change in Paid Parking Transactions, Average Weekday, November 2021 vs. 2019**

-100% ———————— -50%



 I-495 & I-270 Managed Lanes Study     Final COVID-19 Travel Analysis & Monitoring Plan

# ATTACHMENT 1D:
## INRIX Speed Data

00004376

**INRIX Speed Data:  November 2019 vs. November 2021**
(Early November, non-holiday speeds to the nearest 5 mph)

AM Peak:

| Segment | Direction | 2019 Speed | 2021 Speed | Difference |
|---|---|---|---|---|
| I-270 from MD-118 to Watkins Mill Rd | SB | 25 | 30 | +5 |
| I-270 from MD-121 to MD-118 | SB | 20 | 25 | +5 |
| I-495 from US-29 to MD-650 | CW | 50 | 60 | +10 |
| I-495 from US-29 to MD-650 | CCW | 10 | 15 | +5 |
| I-495 from VA Line to MD-190 | CW | 55 | 60 | +5 |
| I-495 from VA Line to MD-190 | CCW | 30 | 40 | +10 |
| I-495 from MD-450 to MD-295 | CW | 50 | 50 | 0 |
| I-495 from MD-450 to MD-295 | CCW | 40 | 45 | +5 |
| I-495 from Ritchie-Marlboro Road to MD-214 | CW | 40 | 50 | +10 |
| I-495 from Ritchie-Marlboro Road to MD-214 | CCW | 30 | 45 | +15 |

PM Peak:

| Segment | Direction | 2019 Speed | 2021 Speed | Difference |
|---|---|---|---|---|
| I-270 from MD-118 to Watkins Mill Rd | NB | 35 | 40 | +5 |
| I-270 from MD-121 to MD-118 | NB | 30 | 50 | +20 |
| I-495 from US-29 to MD-650 | CW | 30 | 30 | 0 |
| I-495 from US-29 to MD-650 | CCW | 55 | 50 | -5 |
| I-495 from VA Line to MD-190 | CW | 20 | 20 | 0 |
| I-495 from VA Line to MD-190 | CCW | 20 | 30 | +10 |
| I-495 from MD-450 to MD-295 | CW | 30 | 40 | +10 |
| I-495 from MD-450 to MD-295 | CCW | 20 | 25 | +5 |
| I-495 from Ritchie-Marlboro Road to MD-214 | CW | 30 | 30 | 0 |
| I-495 from Ritchie-Marlboro Road to MD-214 | CCW | 45 | 35 | -10 |

OP•LANES™
MARYLAND    I-495 & I-270 Managed Lanes Study    Final COVID-19 Travel Analysis & Monitoring Plan

# ATTACHMENT 1E:
## INRIX TTI Data

00004378

## TTI Trends along I-495 and I-270 – Baseline 2017 to October 2021

Examining the TTI values along **I-495** revealed the following trends:
- Baseline 2017
    - The average TTI along I-495 (in both directions) exceeds 1.15 for **10 hours** of the day (6am to 10am and 2pm to 8pm)
    - Severe congestion (TTI > 2.00) is experienced in at least one segment of I-495 for **10 hours** of the day (6am to 10am and 2pm to 8pm)
    - Maximum observed TTI was **6.28** between 8am and 9am on the Outer Loop near MD 650
    - Daily average TTI along I-495 (in both directions) was **1.21**
- October 2021
    - The average TTI along I-495 (in both directions) exceeds 1.15 for **9 hours** of the day (6am to 10am and 2pm to 7pm)
    - Severe congestion (TTI > 2.00) is experienced in at least one segment of I-495 for **11 hours** of the day (6am to 11am and 1pm to 7pm)
    - Maximum observed TTI was **6.24** between 7am and 8am on the Outer Loop near MD 650
    - Daily average TTI along I-495 (in both directions) was **1.18**

Examining the TTI values along **I-270** revealed the following trends:
- Baseline 2017
    - The average TTI along I-270 (in both directions) exceeds 1.15 for **8 hours** of the day (6am to 10am and 3pm to 7pm)
    - Severe congestion (TTI > 2.00) is experienced in at least one segment of I-270 for **8 hours** of the day (6am to 10am and 3pm to 7pm)
    - Maximum observed TTI was **6.08** between 5pm and 6pm southbound near I-495
    - Daily average TTI along I-495 (in both directions) was **1.11**
- October 2021
    - The average TTI along I-495 (in both directions) exceeds 1.15 for **5 hours** of the day (6am to 9am and 4pm to 6pm)
    - Severe congestion (TTI > 2.00) is experienced in at least one segment of I-495 for **8 hours** of the day (6am to 10am and 3pm to 7pm)
    - Maximum observed TTI was **4.61** between 7am and 8am southbound near MD 80
    - Daily average TTI along I-495 (in both directions) was **1.05**


MDOT SHA defines various levels of congestion based on TTI.  The TTI values in the following speed tables have been color-coded based on these levels as follows:

| | |
|---|---|
| Uncongested (green) | TTI ≤ 1.15 |
| Moderate Congestion (orange) | 1.15 < TTI ≤ 1.3 |
| Heavy Congestion (red) | 1.3 < TTI < 2.0 |
| Severe Congestion (black) | TTI ≥ 2.0 |

Travel time index for I-495 using INRIX data - Counterclockwise (Outer Loop)
2017 (Every Tuesday, Wednesday, and Thursday)

| Road | Segment | Miles | 12:00 AM | 1:00 AM | 2:00 AM | 3:00 AM | 4:00 AM | 5:00 AM | 6:00 AM | 7:00 AM | 8:00 AM | 9:00 AM | 10:00 AM | 11:00 AM | 12:00 PM | 1:00 PM | 2:00 PM | 3:00 PM | 4:00 PM | 5:00 PM | 6:00 PM | 7:00 PM | 8:00 PM | 9:00 PM | 10:00 PM | 11:00 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I-495 | GREENBELT METRO DR/EXIT 24 | 0.49 | 1.00 | 0.96 | 0.97 | 0.96 | 0.94 | 0.92 | 0.99 | 1.02 | 1.08 | 0.99 | 1.04 | 1.10 | 1.09 | 0.98 | 1.03 | 1.21 | 1.44 | 1.47 | 1.30 | 0.97 | 0.96 | 1.01 | 1.14 | |
| I-495 | GREENBELT METRO DR/EXIT 24 | 0.28 | 1.05 | 1.02 | 0.97 | 0.96 | 0.95 | 0.94 | 0.99 | 1.02 | 1.08 | 1.06 | 0.99 | 1.00 | 1.06 | 1.01 | 1.11 | 1.22 | 1.36 | 1.43 | 1.21 | 0.98 | 1.01 | 1.15 | | |
| I-495 | US-1/BALTIMORE AVE/EXIT 25 | 1.09 | 1.02 | 1.07 | 0.98 | 0.97 | 0.95 | 0.93 | 0.98 | 1.02 | 0.99 | 0.98 | 0.97 | 0.98 | 0.97 | 0.99 | 1.03 | 1.08 | 1.15 | 1.15 | 1.09 | 0.99 | 0.91 | 1.03 | | |
| I-495 | US-1/BALTIMORE AVE/EXIT 25 | 0.22 | 0.96 | 0.97 | 0.97 | 0.96 | 0.93 | 0.92 | 0.96 | 1.04 | 0.99 | 0.95 | 0.95 | 0.95 | 0.96 | 0.98 | 1.02 | 1.05 | 1.09 | 1.16 | 1.09 | 0.99 | 0.97 | 0.96 | 0.96 | |
| I-495 | EXIT 27 | 0.65 | 0.95 | 0.95 | 0.96 | 0.95 | 0.90 | 0.90 | 1.00 | 1.04 | 0.98 | 0.93 | 0.93 | 0.94 | 0.97 | 0.95 | 0.97 | 0.95 | 0.97 | 1.02 | 0.97 | 0.95 | 0.95 | 0.94 | | |
| I-495 | EXIT 27 | 0.93 | 0.97 | 0.97 | 0.98 | 0.96 | 0.92 | 0.94 | 2.16 | 4.38 | 3.45 | 1.44 | 1.04 | 0.95 | 0.93 | 0.93 | 0.97 | 0.95 | 0.95 | 0.97 | 1.02 | 0.97 | 0.95 | 0.95 | | |
| I-495 | MD-650/NEW HAMPSHIRE AVE/EXIT 28 | 0.67 | 0.96 | 0.96 | 0.97 | 0.95 | 0.92 | 0.94 | 2.89 | 5.40 | 5.30 | 2.77 | 1.44 | 1.15 | 1.13 | 1.02 | 1.23 | 1.11 | 1.06 | 1.12 | 1.24 | 1.06 | 0.95 | 0.95 | 0.94 | |
| I-495 | MD-650/NEW HAMPSHIRE AVE/EXIT 28 | 0.55 | 0.96 | 0.96 | 0.97 | 0.95 | 0.92 | 0.94 | 3.20 | 5.68 | 6.08 | 3.58 | 1.87 | 1.43 | 1.29 | 1.34 | 1.18 | 1.34 | 1.18 | 1.15 | 1.17 | 1.06 | 0.96 | 0.95 | 0.95 | |
| I-495 | MD-193/UNIVERSITY BLVD/EXIT 29 | 1.16 | 0.94 | 0.94 | 0.95 | 0.94 | 0.90 | 0.97 | 3.18 | 5.06 | 6.07 | 3.66 | 1.82 | 1.36 | 1.30 | 1.31 | 1.21 | 1.21 | 1.12 | 1.04 | 0.94 | 0.93 | 0.92 | 0.92 | | |
| I-495 | MD-193/UNIVERSITY BLVD/EXIT 29 | 0.21 | 0.94 | 0.95 | 0.95 | 0.94 | 0.90 | 1.00 | 2.54 | 4.03 | 4.91 | 2.90 | 1.41 | 1.06 | 1.05 | 1.09 | 1.23 | 1.45 | 1.23 | 1.13 | 1.11 | 1.03 | 0.94 | 0.94 | 0.93 | |
| I-495 | US-29/COLESVILLE RD/EXIT 30 | 0.58 | 0.94 | 0.95 | 0.95 | 0.94 | 0.91 | 1.01 | 2.51 | 3.78 | 4.55 | 2.93 | 1.49 | 1.10 | 1.09 | 1.15 | 1.32 | 1.60 | 1.33 | 1.15 | 1.15 | 1.09 | 0.99 | 0.93 | 0.93 | |
| I-495 | US-29/COLESVILLE RD/EXIT 30 | 0.24 | 0.94 | 0.95 | 0.95 | 0.94 | 0.90 | 1.05 | 2.50 | 3.62 | 4.31 | 3.00 | 1.41 | 1.15 | 1.16 | 1.23 | 1.43 | 1.77 | 1.45 | 1.22 | 1.20 | 1.08 | 0.96 | 0.94 | 0.93 | |
| I-495 | MD-97/GEORGIA AVE/EXIT 31 | 1.08 | 0.95 | 0.96 | 0.96 | 0.95 | 0.92 | 1.05 | 2.66 | 3.12 | 2.44 | 1.53 | 1.17 | 1.26 | 1.44 | 1.56 | 1.82 | 1.50 | 1.29 | 1.23 | 1.12 | 0.98 | 0.96 | 0.95 | 0.94 | |
| I-495 | MD-97/GEORGIA AVE/EXIT 31 | 0.35 | 0.96 | 0.96 | 0.96 | 0.95 | 0.92 | 1.04 | 1.53 | 2.18 | 2.53 | 1.99 | 1.38 | 1.18 | 1.18 | 1.33 | 1.44 | 1.66 | 1.43 | 1.32 | 1.18 | 1.10 | 1.00 | 0.99 | 1.00 | |
| I-495 | MD-185/CONNECTICUT AVE/EXIT 33 | 1.60 | 1.00 | 0.95 | 0.96 | 0.94 | 0.91 | 1.03 | 1.17 | 1.31 | 1.37 | 1.29 | 1.14 | 1.10 | 1.18 | 1.18 | 1.23 | 1.34 | 1.51 | 1.32 | 1.16 | 0.96 | 0.96 | 0.99 | 1.00 | |
| I-495 | MD-185/CONNECTICUT AVE/EXIT 33 | 0.69 | 0.97 | 0.98 | 0.97 | 0.97 | 0.93 | 0.98 | 1.04 | 1.13 | 1.18 | 1.16 | 1.10 | 1.14 | 1.21 | 1.20 | 1.17 | 1.20 | 1.04 | 1.40 | 1.39 | 1.05 | 0.98 | 0.97 | 1.00 | |
| I-495 | MD-355/WISCONSIN AVE/EXIT 34 | 1.13 | 0.96 | 0.96 | 0.96 | 0.96 | 0.93 | 0.95 | 0.99 | 1.03 | 1.09 | 1.05 | 1.07 | 1.10 | 1.08 | 1.06 | 1.36 | 1.36 | 1.53 | 1.25 | 1.04 | 0.97 | 0.96 | 1.07 | 1.00 | |
| I-495 | MD-355/WISCONSIN AVE/EXIT 34 | 0.18 | 0.97 | 0.98 | 0.98 | 0.97 | 0.95 | 0.94 | 1.00 | 1.04 | 1.04 | 1.00 | 1.00 | 1.01 | 1.01 | 1.06 | 1.96 | 1.94 | 1.26 | 1.02 | 0.99 | 1.04 | 1.00 | 1.08 | | |
| I-495 | I-270/EXIT 35 | 0.14 | 0.98 | 0.98 | 0.98 | 0.98 | 0.96 | 0.96 | 0.97 | 1.00 | 1.04 | 1.05 | 1.01 | 1.01 | 1.00 | 1.00 | 1.01 | 1.07 | 1.30 | 1.35 | 1.20 | 1.03 | 1.00 | 0.99 | 1.05 | 1.00 |
| I-495 | I-270/EXIT 35 | 0.40 | 1.01 | 1.01 | 1.02 | 0.99 | 0.99 | 1.01 | 0.97 | 1.03 | 1.04 | 1.05 | 0.98 | 0.99 | 0.98 | 0.99 | 1.02 | 1.13 | 1.27 | 1.16 | 1.02 | 1.00 | 1.15 | | |
| I-495 | MD-187/OLD GEORGETOWN RD/EXIT 36 | 0.42 | 1.00 | 1.01 | 1.01 | 1.00 | 1.00 | 0.98 | 1.00 | 1.03 | 1.06 | 1.14 | 1.05 | 1.05 | 0.96 | 1.00 | 1.16 | 1.50 | 1.22 | 1.09 | 1.02 | 0.99 | 1.08 | | |
| I-495 | MD-187/OLD GEORGETOWN RD/EXIT 36 | 0.40 | 1.00 | 1.01 | 1.00 | 0.99 | 0.97 | 0.93 | 1.00 | 1.06 | 1.14 | 1.36 | 1.17 | 1.11 | 0.99 | 0.95 | 1.02 | 1.35 | 2.19 | 1.37 | 1.10 | 0.97 | 0.98 | 1.06 | 1.02 | |
| I-495 | I-270 SPUR | 1.41 | 0.99 | 1.00 | 1.00 | 1.00 | 0.99 | 0.96 | 1.02 | 1.14 | 1.32 | 1.57 | 1.21 | 1.10 | 0.99 | 0.98 | 1.06 | 3.07 | 2.96 | 1.13 | 0.96 | 1.00 | 1.00 | | |
| I-495 | I-270 SPUR | 0.37 | 1.01 | 1.01 | 1.02 | 1.00 | 0.97 | 1.01 | 1.11 | 1.60 | 1.81 | 1.95 | 1.11 | 1.03 | 1.05 | 1.17 | 2.01 | 3.85 | 3.99 | 2.62 | 1.24 | 1.00 | 0.99 | 1.00 | | |
| I-495 | MD-190/RIVER RD/EXIT 39 | 1.26 | 0.97 | 0.98 | 0.98 | 0.96 | 0.92 | 0.96 | 1.04 | 1.19 | 1.59 | 1.81 | 1.34 | 1.08 | 1.00 | 1.01 | 1.33 | 1.99 | 3.46 | 3.60 | 2.61 | 1.28 | 0.96 | 0.95 | 0.95 | |
| I-495 | MD-190/RIVER RD/EXIT 39 | 0.01 | 0.98 | 0.98 | 0.98 | 0.96 | 0.93 | 0.92 | 1.00 | 1.11 | 1.44 | 2.01 | 1.48 | 1.07 | 0.99 | 1.02 | 1.16 | 2.08 | 3.40 | 3.57 | 2.77 | 1.34 | 0.96 | 0.95 | 0.95 | |
| I-495 | CABIN JOHN PKWY/EXIT 40 | 0.03 | 0.97 | 0.98 | 0.98 | 0.96 | 0.93 | 0.93 | 1.01 | 1.11 | 1.65 | 2.01 | 1.38 | 1.08 | 1.00 | 1.03 | 1.17 | 2.08 | 3.40 | 3.57 | 2.77 | 1.34 | 0.96 | 0.95 | 0.95 | |
| I-495 | CABIN JOHN PKWY/EXIT 40 | 0.55 | 0.98 | 0.98 | 0.98 | 0.97 | 0.93 | 0.94 | 1.01 | 1.14 | 1.78 | 2.19 | 1.44 | 1.10 | 1.02 | 1.06 | 1.21 | 2.13 | 3.34 | 3.51 | 2.79 | 1.37 | 0.96 | 0.95 | 0.95 | |
| I-495 | CLARA BARTON PKWY/EXIT 41 | 1.14 | 0.97 | 0.98 | 0.98 | 0.97 | 0.93 | 0.94 | 1.02 | 1.11 | 1.53 | 1.77 | 1.26 | 1.07 | 1.02 | 1.08 | 1.17 | 1.71 | 2.48 | 2.53 | 1.99 | 1.22 | 0.97 | 0.97 | 0.96 | |
| I-495 | CLARA BARTON PKWY/EXIT 41 | 0.33 | 0.96 | 0.96 | 0.96 | 0.95 | 0.93 | 0.95 | 1.04 | 1.11 | 1.45 | 1.64 | 1.18 | 1.06 | 1.03 | 1.05 | 1.16 | 2.44 | 2.44 | 1.85 | 1.17 | 0.99 | 0.96 | 0.96 | 0.97 | |
| I-495 | AMERICAN LEGION BRIDGE | 0.05 | 0.95 | 0.95 | 0.95 | 0.94 | 0.92 | 0.94 | 1.05 | 1.14 | 1.05 | 1.03 | 1.07 | 1.05 | 1.05 | 3.85 | 2.11 | 2.06 | 1.14 | 0.98 | 0.96 | 0.95 | | | | |
| I-495 | AMERICAN LEGION BRIDGE | 0.26 | 0.96 | 0.96 | 0.96 | 0.95 | 0.92 | 0.95 | 1.05 | 1.13 | 1.30 | 1.34 | 1.06 | 1.05 | 1.05 | 1.15 | 1.70 | 2.41 | 1.46 | 1.10 | 0.98 | 0.97 | 1.00 | | |
| I-495 | WOODROW WILSON MEMORIAL BRIDGE | 0.77 | 0.98 | 0.98 | 0.98 | 0.97 | 0.95 | 0.96 | 0.97 | 1.04 | 1.00 | 0.99 | 0.98 | 0.99 | 0.97 | 1.01 | 1.13 | 1.18 | 1.21 | 1.20 | 1.13 | 1.01 | 1.04 | 1.00 | | |
| I-495 | I-295 | 0.10 | 0.96 | 0.97 | 0.96 | 0.95 | 0.94 | 0.93 | 0.95 | 1.01 | 0.98 | 0.98 | 0.96 | 0.96 | 0.95 | 0.97 | 1.04 | 1.08 | 1.10 | 1.09 | 1.05 | | | | |
| I-495 | I-295 | 0.94 | 0.97 | 0.98 | 0.98 | 0.98 | 0.97 | 0.94 | 0.96 | 0.98 | 0.98 | 0.96 | 0.95 | 0.95 | 0.97 | 1.03 | 1.09 | 1.08 | 1.06 | 1.04 | 1.05 | 1.01 | 1.01 | | |
| I-495 | MD-210/EXIT 3 | 0.61 | 1.01 | 1.02 | 1.01 | 1.01 | 1.02 | 0.96 | 0.99 | 0.99 | 0.98 | 0.98 | 0.98 | 0.97 | 0.99 | 1.01 | 1.20 | 1.18 | 1.16 | 1.05 | 1.01 | 1.02 | 1.01 | | |
| I-495 | MD-210/EXIT 3 | 0.40 | 1.02 | 1.01 | 1.01 | 1.03 | 1.02 | 0.96 | 0.97 | 0.99 | 0.98 | 0.98 | 0.97 | 0.96 | 0.97 | 1.01 | 1.13 | 1.23 | 1.20 | 1.16 | 1.04 | 0.99 | 1.01 | 1.07 | |
| I-495 | MD-414/ST BARNABAS RD/EXIT 4 | 0.75 | 0.99 | 0.99 | 0.99 | 0.99 | 0.98 | 0.97 | 0.99 | 0.97 | 0.97 | 0.96 | 0.96 | 0.96 | 0.97 | 1.00 | 1.03 | 1.13 | 1.19 | 1.09 | 1.03 | 1.01 | 1.00 | 1.00 | |
| I-495 | MD-414/ST BARNABAS RD/EXIT 4 | 0.65 | 0.98 | 0.99 | 0.99 | 0.99 | 0.98 | 0.96 | 0.97 | 0.96 | 1.00 | 0.97 | 0.99 | 0.98 | 0.98 | 1.02 | 1.16 | 1.30 | 1.28 | 1.13 | 1.02 | 1.02 | 1.07 | 1.05 | |
| I-495 | MD-5/BRANCH AVE/EXIT 7 | 2.39 | 0.97 | 0.98 | 0.98 | 0.98 | 0.97 | 0.95 | 1.00 | 0.98 | 1.02 | 0.99 | 0.99 | 0.97 | 0.96 | 1.02 | 1.34 | 1.14 | 1.49 | 1.25 | 1.09 | 0.98 | 0.94 | 0.97 | 0.97 | |
| I-495 | MD-5/BRANCH AVE/EXIT 7 | 0.64 | 1.00 | 1.00 | 1.00 | 1.00 | 0.99 | 0.96 | 1.06 | 1.09 | 1.07 | 1.04 | 1.01 | 0.98 | 1.00 | 1.14 | 1.99 | 2.09 | 1.87 | 1.35 | 1.05 | 1.07 | 1.17 | 1.05 | |
| I-495 | MD-337/ALLENTOWN RD/EXIT 9 | 1.10 | 1.00 | 1.00 | 1.01 | 1.00 | 0.98 | 0.97 | 1.04 | 1.14 | 1.19 | 1.12 | 1.06 | 1.04 | 1.11 | 1.26 | 2.15 | 2.37 | 1.91 | 1.39 | 1.19 | 1.13 | 1.16 | | |
| I-495 | MD-337/ALLENTOWN RD/EXIT 9 | 0.37 | 1.01 | 1.01 | 1.02 | 1.01 | 0.98 | 0.97 | 1.04 | 1.07 | 1.21 | 1.18 | 1.10 | 1.07 | 1.14 | 1.25 | 1.60 | 1.90 | 1.38 | 1.10 | 1.07 | 1.01 | | | |
| I-495 | FORESTVILLE RD/EXIT 9 | 0.58 | 1.01 | 1.01 | 1.01 | 1.00 | 0.97 | 1.00 | 1.08 | 1.94 | 1.19 | 1.16 | 1.10 | 1.08 | 1.14 | 1.28 | 1.82 | 2.38 | 2.11 | 1.47 | 1.09 | 1.01 | 1.01 | | |
| I-495 | FORESTVILLE RD/EXIT 9 | 0.20 | 0.99 | 0.99 | 0.99 | 0.99 | 0.96 | 0.95 | 1.15 | 1.39 | 1.19 | 1.15 | 1.08 | 1.06 | 1.12 | 1.25 | 1.84 | 2.37 | 2.11 | 1.47 | 1.08 | 0.99 | 0.99 | | |
| I-495 | MD-4/PENNSYLVANIA AVE/EXIT 11 | 0.60 | 0.99 | 1.00 | 1.00 | 0.99 | 0.96 | 0.95 | 1.11 | 1.41 | 1.16 | 1.11 | 1.11 | 1.04 | 1.01 | 1.21 | 1.59 | 1.45 | 1.33 | 1.07 | 1.00 | 0.99 | 0.98 | | |
| I-495 | MD-4/PENNSYLVANIA AVE/EXIT 11 | 0.61 | 0.99 | 0.99 | 1.00 | 0.99 | 0.96 | 0.95 | 1.15 | 1.44 | 1.16 | 1.12 | 1.04 | 0.99 | 1.01 | 1.15 | 1.50 | 1.70 | 1.54 | 1.26 | 1.06 | 0.98 | 0.98 | 0.98 | |
| I-495 | RITCHIE MARLBORO RD/EXIT 13 | 1.76 | | | | | | | | | | | | | | | | | | | | | | | |
| I-495 | RITCHIE MARLBORO RD/EXIT 13 | 0.62 | | | | | | | | | | | | | | | | | | | | | | | |
| I-495 | MD-214/CENTRAL AVE/EXIT 15 | 1.06 | 0.98 | 0.98 | 0.98 | 0.98 | 0.97 | 0.95 | 0.94 | 1.00 | 1.30 | 1.60 | 1.19 | 1.08 | 1.02 | 0.99 | 1.09 | 1.03 | 1.29 | 1.30 | 1.10 | 1.03 | 0.98 | 0.96 | 0.97 | |
| I-495 | MD-214/CENTRAL AVE/EXIT 15 | 0.54 | 0.99 | 0.98 | 0.98 | 0.98 | 0.97 | 0.94 | 1.00 | 1.97 | 2.48 | 1.17 | 1.03 | 1.00 | 0.98 | 0.97 | 1.02 | 1.31 | 1.22 | 1.13 | 1.02 | 0.98 | 0.96 | 0.97 | | |
| I-495 | ARENA DR/EXIT 16 | 0.54 | 1.02 | 0.98 | 0.98 | 0.97 | 0.95 | 0.93 | 1.00 | 1.36 | 1.51 | 1.16 | 1.00 | 0.98 | 0.98 | 1.03 | 1.13 | 1.31 | 1.37 | 1.42 | 1.22 | 0.97 | 0.97 | 0.96 | |
| I-495 | ARENA DR/EXIT 16 | 0.41 | 0.98 | 0.98 | 0.98 | 0.98 | 0.97 | 0.95 | 1.00 | 1.41 | 1.29 | 1.04 | 0.99 | 0.99 | 1.05 | 1.00 | 1.04 | 1.11 | 1.22 | 1.18 | 1.08 | 1.01 | 0.99 | 1.00 | |
| I-495 | MD-202/LANDOVER RD/EXIT 17 | 0.29 | 0.98 | 0.98 | 0.99 | 0.98 | 0.96 | 0.95 | 1.02 | 2.24 | 1.93 | 1.06 | 1.01 | 1.01 | 1.05 | 1.13 | 1.30 | 1.36 | 2.27 | 2.17 | 1.75 | 1.01 | 1.00 | 1.04 | | |
| I-495 | MD-202/LANDOVER RD/EXIT 17 | 0.27 | 0.98 | 0.98 | 0.98 | 0.98 | 0.96 | 0.95 | 1.05 | 2.26 | 2.68 | 1.76 | 1.17 | 1.06 | 1.09 | 1.34 | 1.37 | 2.30 | 2.68 | 2.68 | 2.09 | 1.23 | 1.03 | 0.99 | 1.00 | |
| I-495 | I-495/I-95 EXP | 0.28 | 0.98 | 0.98 | 0.98 | 0.98 | 0.96 | 0.95 | 1.05 | 2.17 | 2.57 | 1.93 | 1.17 | 1.06 | 1.11 | 1.26 | 1.59 | 2.32 | 2.64 | 2.62 | 2.07 | 1.23 | 1.02 | 1.00 | 1.00 | |
| I-495 | I-495/I-95 EXP | 0.10 | 0.97 | 0.98 | 0.98 | 0.98 | 0.97 | 0.95 | 1.00 | 2.50 | 2.99 | 2.01 | 1.25 | 1.09 | 1.18 | 1.30 | 1.84 | 1.90 | 3.07 | 2.39 | 1.11 | 1.10 | | | |
| I-495 | US-50/EXIT 19 | 1.33 | 0.96 | 0.97 | 0.97 | 0.96 | 0.94 | 0.93 | 1.06 | 1.77 | 1.77 | 1.45 | 1.30 | 1.18 | 1.05 | 1.12 | 1.31 | 1.64 | 2.01 | 2.02 | 1.14 | 0.98 | 1.00 | | |
| I-495 | US-50/EXIT 19 | 0.73 | 0.97 | 0.97 | 0.97 | 0.97 | 0.93 | 0.93 | 1.12 | 1.71 | 1.46 | 1.18 | 1.01 | 0.97 | 1.01 | 1.02 | 1.04 | 1.15 | 1.93 | 1.89 | 1.08 | 1.01 | 1.01 | | |
| I-495 | MD-450/ANNAPOLIS RD/EXIT 20 | 0.47 | 0.97 | 0.97 | 0.98 | 0.97 | 0.94 | 0.94 | 1.21 | 1.49 | 1.80 | 1.30 | 1.06 | 1.02 | 1.04 | 1.09 | 1.10 | 1.62 | 2.47 | 2.28 | 1.16 | 1.04 | 1.05 | 0.98 | |
| I-495 | MD-450/ANNAPOLIS RD/EXIT 20 | 0.38 | 0.97 | 0.97 | 0.97 | 0.97 | 0.94 | 0.92 | 1.23 | 1.35 | 1.28 | 1.07 | 1.03 | 1.01 | 1.04 | 1.00 | 1.14 | 1.58 | 2.49 | 2.45 | 1.16 | 1.05 | 1.06 | 1.00 | |
| I-495 | MD-295/MD-193/EXIT 22 | 2.00 | 0.97 | 0.97 | 0.97 | 0.96 | 0.93 | 0.94 | 1.08 | 1.25 | 1.25 | 1.13 | 1.03 | 1.01 | 1.03 | 1.06 | 1.13 | 1.55 | 2.24 | 2.05 | 1.19 | 1.05 | 1.04 | 0.99 | |
| I-495 | MD-295/MD-193/EXIT 22 | 0.53 | 0.97 | 1.00 | 0.97 | 0.97 | 0.95 | 0.95 | 1.08 | 1.18 | 1.24 | 1.14 | 1.03 | 1.01 | 1.02 | 1.04 | 1.29 | 1.27 | 2.64 | 2.27 | 1.21 | 1.02 | 0.98 | 1.00 | |
| I-495 | MD-201/KENILWORTH AVE/EXIT 23 | 0.34 | 0.97 | 0.97 | 0.98 | 0.96 | 0.94 | 0.99 | 1.05 | 1.09 | 1.03 | 1.05 | 1.11 | 1.11 | 1.02 | 1.02 | 1.33 | 1.64 | 2.59 | 2.32 | 1.30 | 1.00 | 1.00 | | |
| I-495 | MD-201/KENILWORTH AVE/EXIT 23 | 0.53 | 0.97 | 0.98 | 0.98 | 0.97 | 0.96 | 1.00 | 1.07 | 1.14 | 1.07 | 1.07 | 1.13 | 1.11 | 1.04 | 1.05 | 1.51 | 1.76 | 2.38 | 2.27 | 1.36 | 1.01 | 1.00 | | |
| | Weighted TTI | 39.39 | 0.98 | 0.98 | 0.98 | 0.97 | 0.94 | 0.95 | 1.24 | 1.64 | 1.70 | 1.45 | 1.15 | 1.06 | 1.05 | 1.14 | 1.41 | 1.76 | 1.94 | 1.51 | 1.11 | 0.99 | 0.96 | 1.00 | 0.98 | |
| | Weighted Average TTI Both Directions | 79.23 | 0.98 | 0.98 | 0.98 | 0.97 | 0.94 | 0.94 | 1.16 | 1.53 | 1.63 | 1.32 | 1.10 | 1.04 | 1.03 | 1.06 | 1.17 | 1.49 | 1.65 | 2.01 | 1.68 | 1.19 | 1.01 | 0.99 | 0.99 | 0.98 |

Daily Avg 1.21

| | Max Observed TTI Both Directions | | 1.05 | 1.02 | 1.02 | 1.03 | 1.02 | 1.05 | 3.20 | 6.20 | 6.28 | 3.66 | 1.87 | 1.43 | 1.37 | 1.51 | 2.30 | 3.64 | 5.06 | 5.54 | 4.04 | 2.64 | 1.47 | 1.17 | 1.15 | |

00004380

**Travel time index for I-495 using INRIX data - Clockwise (Inner Loop)**
2017 (Every Tuesday, Wednesday, and Thursday)

| Road | Segment | Miles | 12:00 AM | 1:00 AM | 2:00 AM | 3:00 AM | 4:00 AM | 5:00 AM | 6:00 AM | 7:00 AM | 8:00 AM | 9:00 AM | 10:00 AM | 11:00 AM | 12:00 PM | 1:00 PM | 2:00 PM | 3:00 PM | 4:00 PM | 5:00 PM | 6:00 PM | 7:00 PM | 8:00 PM | 9:00 PM | 10:00 PM | 11:00 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I-495 | MD-355/WISCONSIN AVE/EXIT 34 | 0.26 | 0.96 | 0.96 | 0.97 | 0.97 | 0.94 | 0.91 | 0.94 | 1.15 | 1.57 | 1.33 | 1.10 | 1.09 | 1.19 | 1.36 | 2.16 | 3.58 | 3.90 | 4.49 | 3.70 | 1.70 | 1.04 | 1.00 | 0.99 | 0.96 |
| I-495 | MD-355/WISCONSIN AVE/EXIT 34 | 0.11 | 0.95 | 0.96 | 0.96 | 0.96 | 0.92 | 0.89 | 0.93 | 1.17 | 1.93 | 1.40 | 1.14 | 1.12 | 1.22 | 1.16 | 2.30 | 3.64 | 4.04 | 4.86 | 3.74 | 1.83 | 1.04 | 0.99 | 0.99 | 0.95 |
| I-495 | MD-185/CONNECTICUT AVE/EXIT 33 | 1.16 | 0.94 | 0.95 | 0.95 | 0.95 | 0.91 | 0.88 | 0.92 | 1.23 | 1.64 | 1.46 | 1.22 | 1.16 | 1.22 | 1.45 | 2.18 | 3.15 | 3.70 | 4.02 | 3.35 | 1.93 | 1.07 | 1.00 | 0.99 | 0.95 |
| I-495 | MD-185/CONNECTICUT AVE/EXIT 33 | 0.41 | 0.94 | 0.95 | 0.95 | 0.95 | 0.91 | 0.88 | 0.91 | 1.06 | 1.25 | 1.16 | 1.12 | 1.12 | 1.16 | 1.38 | 1.92 | 2.83 | 3.70 | 4.00 | 3.51 | 2.05 | 1.11 | 1.04 | 1.10 | 0.94 |
| I-495 | MD-97/GEORGIA AVE/EXIT 31 | 1.82 | 0.99 | 0.97 | 0.96 | 0.95 | 0.92 | 0.89 | 0.91 | 1.06 | 1.24 | 1.20 | 1.18 | 1.11 | 1.13 | 1.29 | 1.85 | 2.39 | 2.60 | 2.38 | 1.70 | 1.10 | 1.00 | 1.03 | 0.98 | |
| I-495 | MD-97/GEORGIA AVE/EXIT 31 | 0.29 | 0.95 | 0.96 | 0.96 | 0.96 | 0.93 | 0.90 | 0.90 | 1.00 | 1.04 | 1.03 | 1.04 | 1.02 | 1.04 | 1.11 | 1.52 | 2.20 | 2.43 | 2.22 | 1.45 | 1.04 | 0.98 | 0.96 | 0.94 | |
| I-495 | US-29/COLESVILLE RD/EXIT 30 | 1.15 | 0.95 | 0.96 | 0.96 | 0.96 | 0.92 | 0.90 | 0.91 | 1.02 | 1.03 | 1.02 | 1.02 | 1.03 | 1.05 | 1.11 | 1.39 | 1.79 | 2.14 | 2.02 | 1.38 | 1.04 | 0.99 | 0.99 | 0.94 | |
| I-495 | US-29/COLESVILLE RD/EXIT 30 | 0.38 | 0.95 | 0.96 | 0.96 | 0.95 | 0.92 | 0.90 | 0.90 | 1.04 | 1.04 | 1.02 | 1.03 | 1.04 | 1.05 | 1.10 | 1.31 | 1.85 | 2.10 | 1.89 | 1.27 | 1.00 | 0.98 | 0.95 | 0.94 | |
| I-495 | MD-193/UNIVERSITY BLVD/EXIT 29 | 0.24 | 0.94 | 0.95 | 0.95 | 0.94 | 0.92 | 0.89 | 0.90 | 1.13 | 1.12 | 1.05 | 1.06 | 1.08 | 1.09 | 1.14 | 1.21 | 1.45 | 2.13 | 2.55 | 2.28 | 1.36 | 1.00 | 0.98 | 0.97 | |
| I-495 | MD-193/UNIVERSITY BLVD/EXIT 29 | 0.42 | 0.94 | 0.95 | 0.95 | 0.94 | 0.92 | 0.89 | 0.94 | 1.16 | 1.12 | 1.05 | 1.08 | 1.09 | 1.11 | 1.19 | 1.53 | 2.21 | 2.57 | 2.45 | 1.48 | 1.01 | 0.99 | 0.98 | 0.94 | |
| I-495 | MD-650/NEW HAMPSHIRE AVE/EXIT 28 | 1.10 | 0.96 | 0.96 | 0.95 | 0.93 | 0.91 | 0.90 | 0.96 | 1.18 | 1.09 | 1.03 | 0.97 | 0.99 | 0.98 | 1.03 | 1.39 | 1.73 | 1.91 | 1.53 | 1.35 | 1.01 | 0.96 | 0.98 | 0.96 | |
| I-495 | MD-650/NEW HAMPSHIRE AVE/EXIT 28 | 0.59 | 0.98 | 0.98 | 0.98 | 0.97 | 0.95 | 0.92 | 0.98 | 1.13 | 1.05 | 1.01 | 0.98 | 1.00 | 0.98 | 1.03 | 1.09 | 1.24 | 1.45 | 1.65 | 1.32 | 1.27 | 1.05 | 0.99 | 0.98 | 0.96 |
| I-495 | EXIT 27 | 0.59 | 0.95 | 0.95 | 0.96 | 0.95 | 0.93 | 0.90 | 0.93 | 1.02 | 0.97 | 0.94 | 0.95 | 0.97 | 0.96 | 0.98 | 1.07 | 1.19 | 1.10 | 1.53 | 1.46 | 1.16 | 1.00 | 0.96 | 0.95 | 0.96 |
| I-495 | EXIT 27 | 1.04 | 0.97 | 0.97 | 0.97 | 0.97 | 0.94 | 0.92 | 0.94 | 1.01 | 1.05 | 0.94 | 0.93 | 0.93 | 0.94 | 0.96 | 1.11 | 1.46 | 1.99 | | 1.04 | 0.97 | 0.95 | 0.96 | |
| I-495 | US-1/BALTIMORE AVE/EXIT 25 | 0.54 | 0.98 | 0.97 | 0.97 | 0.97 | 0.95 | 0.93 | 0.97 | 1.51 | 2.32 | 1.72 | 1.09 | 0.98 | 0.97 | 1.06 | 1.09 | 1.31 | 3.29 | 3.79 | 2.43 | 1.16 | 0.99 | 0.96 | 0.97 | 0.96 |
| I-495 | US-1/BALTIMORE AVE/EXIT 25 | 0.24 | 1.00 | 0.99 | 0.99 | 0.98 | 0.96 | 0.95 | 0.99 | 1.60 | 2.31 | 1.90 | 1.19 | 1.03 | 1.01 | 1.01 | 1.15 | 2.18 | 3.33 | 3.65 | 2.48 | 1.24 | 1.02 | 0.99 | 1.00 | 0.96 |
| I-495 | GREENBELT METRO DR/EXIT 24 | 0.87 | 0.97 | 0.97 | 0.97 | 0.98 | 0.96 | 0.94 | 0.99 | 1.35 | 1.74 | 1.65 | 1.21 | 1.05 | 1.02 | 1.09 | 1.19 | 2.08 | 2.82 | 3.05 | 2.20 | 1.28 | 1.02 | 0.99 | 1.00 | 0.96 |
| I-495 | GREENBELT METRO DR/EXIT 24 | 0.50 | 0.96 | 0.96 | 0.97 | 0.98 | 0.94 | 0.93 | 0.98 | 1.12 | 1.24 | 1.31 | 1.14 | 1.03 | 1.01 | 1.05 | 1.19 | 1.83 | 2.32 | 2.49 | 1.83 | 1.24 | 1.01 | 0.98 | 0.96 | 0.96 |
| I-495 | MD-201/KENILWORTH AVE/EXIT 23 | 0.49 | 0.96 | 0.97 | 0.97 | 0.96 | 0.94 | 0.93 | 0.98 | 1.09 | 1.17 | 1.21 | 1.09 | 1.02 | 1.00 | 1.03 | 1.18 | 1.78 | 2.26 | 2.41 | 1.72 | 1.21 | 1.04 | 1.01 | 0.97 | 0.96 |
| I-495 | MD-201/KENILWORTH AVE/EXIT 23 | 0.57 | 0.96 | 0.97 | 0.97 | 0.97 | 0.96 | 0.94 | 0.98 | 1.09 | 1.16 | 1.20 | 1.10 | 1.01 | 1.01 | 1.03 | 1.21 | 1.83 | 2.33 | 2.44 | 1.73 | 1.24 | 1.05 | 0.98 | 0.96 | 0.96 |
| I-495 | MD-295/MD-193/EXIT 22 | 0.38 | 0.97 | 0.97 | 0.97 | 0.96 | 0.95 | 0.94 | 0.99 | 1.08 | 1.13 | 1.14 | 1.07 | 1.02 | 1.03 | 1.04 | 1.17 | 1.59 | 1.90 | 1.91 | 1.47 | 1.18 | 1.02 | 0.99 | 0.97 | 0.97 |
| I-495 | MD-295/MD-193/EXIT 22 | 0.50 | 0.97 | 0.97 | 0.97 | 0.96 | 0.95 | 0.94 | 0.96 | 1.04 | 1.09 | 1.08 | 1.02 | 0.99 | 1.01 | 1.02 | 1.14 | 1.54 | 1.85 | 1.86 | 1.43 | 1.18 | 1.01 | 0.97 | 0.96 | 0.96 |
| I-495 | MD-450/ANNAPOLIS RD/EXIT 20 | 2.01 | 1.00 | 0.96 | 0.96 | 0.95 | 0.94 | 0.93 | 0.95 | 1.01 | 1.08 | 1.05 | 1.01 | 0.99 | 0.99 | 1.01 | 1.13 | 1.50 | 1.75 | 1.84 | 1.44 | 1.09 | 0.97 | 0.95 | 0.96 | 0.95 |
| I-495 | MD-450/ANNAPOLIS RD/EXIT 20 | 0.23 | 0.96 | 0.97 | 0.97 | 0.96 | 0.95 | 0.95 | 0.96 | 1.01 | 1.10 | 1.07 | 1.04 | 1.00 | 0.99 | 1.01 | 1.18 | 1.54 | 1.70 | 1.90 | 1.51 | 1.01 | 0.97 | 0.96 | 0.97 | |
| I-495 | US-50/EXIT 19 | 0.53 | 0.96 | 0.96 | 0.96 | 0.95 | 0.94 | 0.96 | 1.01 | 1.08 | 1.07 | 1.02 | 1.00 | 1.00 | 1.01 | 1.09 | 1.28 | 1.50 | 1.62 | 1.36 | 1.10 | 0.99 | 0.96 | 0.97 | | |
| I-495 | US-50/EXIT 19 | 0.84 | 0.96 | 0.97 | 0.97 | 0.96 | 0.94 | 0.94 | 0.96 | 1.00 | 1.16 | 1.13 | 1.00 | 0.96 | 0.95 | 0.98 | 1.05 | 1.45 | 2.03 | 2.35 | 1.79 | 1.18 | 0.98 | 1.01 | 0.96 | 0.96 |
| I-495 | I-495/I-95 EXP | 1.16 | 0.96 | 0.97 | 0.97 | 0.96 | 0.95 | 0.93 | 0.98 | 1.04 | 1.24 | 1.21 | 1.04 | 0.98 | 0.98 | 1.04 | 1.12 | 1.42 | 1.87 | 2.26 | 1.53 | 1.15 | 0.99 | 0.98 | 0.96 | |
| I-495 | I-495/I-95 EXP | 0.24 | 0.98 | 0.98 | 0.98 | 0.98 | 0.97 | 0.94 | 0.97 | 1.03 | 1.07 | 1.01 | 0.98 | 0.98 | 1.02 | 1.07 | 1.42 | 1.42 | 1.95 | 2.18 | 1.53 | 1.00 | 1.00 | 0.98 | 0.98 | |
| I-495 | MD-202/LANDOVER RD/EXIT 17 | 0.28 | 0.98 | 0.99 | 0.99 | 0.98 | 0.97 | 0.94 | 0.98 | 1.03 | 1.07 | 1.06 | 1.02 | 0.98 | 0.99 | 1.09 | 1.17 | 1.44 | 1.79 | 2.26 | 1.60 | 1.11 | 1.00 | 0.99 | 0.97 | |
| I-495 | MD-202/LANDOVER RD/EXIT 17 | 0.26 | 0.98 | 0.99 | 0.98 | 0.98 | 0.97 | 0.94 | 0.98 | 1.06 | 1.11 | 1.09 | 1.03 | 0.99 | 0.99 | 1.04 | 1.13 | 1.55 | 2.38 | 2.67 | 1.41 | 1.16 | 1.00 | 0.98 | 0.97 | |
| I-495 | ARENA DR/EXIT 16 | 0.29 | 0.97 | 0.98 | 0.98 | 0.97 | 0.96 | 0.94 | 0.96 | 1.01 | 1.12 | 1.05 | 1.01 | 0.99 | 1.06 | 1.18 | 1.89 | 2.75 | 3.00 | 2.01 | 1.25 | 1.00 | 0.99 | 0.97 | | |
| I-495 | ARENA DR/EXIT 16 | 0.32 | 0.99 | 0.98 | 0.98 | 0.97 | 0.96 | 0.93 | 1.01 | 1.13 | 1.19 | 1.14 | 1.09 | 1.06 | 1.01 | 1.01 | 1.37 | 2.14 | 2.96 | 2.14 | 1.93 | 1.04 | 0.99 | 0.97 | | |
| I-495 | MD-214/CENTRAL AVE/EXIT 15 | 0.64 | 0.98 | 0.98 | 0.98 | 0.97 | 0.96 | 0.93 | 1.00 | 1.15 | 1.22 | 1.15 | 1.09 | 1.05 | 1.01 | 1.04 | 1.20 | 1.84 | 2.42 | 2.57 | 2.05 | 1.28 | 1.04 | 0.99 | 0.98 | |
| I-495 | MD-214/CENTRAL AVE/EXIT 15 | 0.52 | 0.96 | 0.97 | 0.97 | 0.96 | 0.95 | 0.94 | 1.01 | 1.21 | 1.32 | 1.18 | 1.10 | 1.07 | 1.03 | 1.05 | 1.23 | 1.82 | 2.31 | 2.38 | 1.98 | 1.39 | 1.05 | 0.99 | 0.96 | |
| I-495 | RITCHIE MARLBORO RD/EXIT 13 | 0.81 | | | | | | | | | | | | | | | | | | | | | | | | |
| I-495 | RITCHIE MARLBORO RD/EXIT 13 | 0.73 | | | | | | | | | | | | | | | | | | | | | | | | |
| I-495 | MD-4/PENNSYLVANIA AVE/EXIT 11 | 1.76 | 0.96 | 0.97 | 0.97 | 0.96 | 0.95 | 0.93 | 1.07 | 1.08 | 1.26 | 1.14 | 1.11 | 1.02 | 1.00 | 1.03 | 1.16 | 1.49 | 1.53 | 1.44 | 1.23 | 1.05 | 1.01 | 0.97 | 0.96 | |
| I-495 | MD-4/PENNSYLVANIA AVE/EXIT 11 | 0.50 | 0.98 | 0.99 | 0.99 | 0.99 | 0.97 | 0.96 | 1.03 | 1.13 | 1.17 | 1.11 | 1.11 | 1.05 | 1.03 | 1.05 | 1.16 | 1.21 | 1.33 | 1.45 | 1.34 | 1.08 | 1.02 | 1.01 | 1.04 | 1.00 |
| I-495 | FORESTVILLE RD/EXIT 9 | 0.77 | 1.00 | 1.00 | 1.00 | 0.99 | 0.98 | 0.96 | 1.09 | 1.15 | 1.09 | 1.09 | 1.09 | 1.05 | 1.05 | 1.20 | 1.33 | 1.13 | 1.19 | 1.35 | 1.11 | 1.05 | 1.04 | 1.08 | | |
| I-495 | FORESTVILLE RD/EXIT 9 | 0.05 | 1.03 | 1.01 | 1.01 | 1.00 | 0.99 | 0.97 | 1.04 | 1.04 | 1.08 | 1.08 | 1.05 | 1.03 | 1.03 | 1.15 | 1.13 | 1.19 | 1.35 | 1.28 | 1.11 | 1.07 | 1.07 | 1.04 | | |
| I-495 | MD-337/ALLENTOWN RD/EXIT 9 | 0.59 | 1.03 | 1.02 | 1.01 | 1.01 | 0.99 | 0.98 | 1.04 | 1.03 | 1.08 | 1.08 | 1.04 | 1.07 | 1.02 | 1.03 | 1.22 | 1.12 | 1.15 | 1.30 | 1.26 | 1.14 | 1.09 | 1.07 | 1.03 | |
| I-495 | MD-337/ALLENTOWN RD/EXIT 9 | 0.31 | 1.01 | 1.00 | 1.00 | 1.00 | 0.98 | 0.96 | 1.04 | 1.02 | 1.09 | 1.06 | 1.01 | 1.02 | 0.99 | 1.02 | 1.21 | 1.10 | 1.12 | 1.25 | 1.25 | 1.13 | 1.09 | 1.11 | 1.05 | 1.09 |
| I-495 | MD-5/BRANCH AVE/EXIT 7 | 1.20 | 1.00 | 1.00 | 1.00 | 0.99 | 0.97 | 0.95 | 1.03 | 1.03 | 1.08 | 1.06 | 0.99 | 0.98 | 0.99 | 1.05 | 1.02 | 1.05 | 1.13 | 1.17 | 1.09 | 1.06 | 1.03 | 1.02 | | |
| I-495 | MD-5/BRANCH AVE/EXIT 7 | 0.55 | 0.99 | 0.99 | 1.00 | 0.99 | 0.97 | 1.01 | 1.11 | 1.89 | 1.50 | 1.20 | 1.09 | 1.09 | 1.08 | 1.00 | 0.99 | 1.00 | 1.00 | 1.01 | 1.05 | 1.03 | 1.00 | 0.98 | 0.98 | |
| I-495 | MD-414/ST BARNABAS RD/EXIT 4 | 2.20 | 0.98 | 0.99 | 0.99 | 0.98 | 0.96 | 0.94 | 1.31 | 2.61 | 2.36 | 1.28 | 0.96 | 0.95 | 0.96 | 0.98 | 0.97 | 0.98 | 1.05 | 1.04 | 0.98 | 0.97 | 0.98 | 0.97 | | |
| I-495 | MD-414/ST BARNABAS RD/EXIT 4 | 0.73 | 0.99 | 1.00 | 1.00 | 0.99 | 0.96 | 0.95 | 1.72 | 3.77 | 3.33 | 1.43 | 0.99 | 0.97 | 0.97 | 0.96 | 0.97 | 0.97 | 1.02 | 1.08 | 1.00 | 1.02 | 0.99 | 0.99 | | |
| I-495 | MD-210/EXIT 3 | 1.01 | 0.99 | 0.99 | 1.00 | 0.99 | 0.97 | 0.96 | 1.27 | 3.07 | 2.81 | 1.39 | 1.01 | 0.97 | 0.97 | 0.97 | 0.97 | 0.98 | 1.04 | 1.14 | 1.10 | 1.01 | 1.03 | 1.01 | 0.99 | |
| I-495 | MD-210/EXIT 3 | 0.47 | 0.99 | 1.00 | 0.98 | 0.98 | 0.98 | 0.96 | 2.59 | 6.20 | 4.70 | 1.80 | 1.03 | 0.97 | 0.98 | 0.97 | 0.97 | 1.00 | 1.25 | 1.99 | 1.06 | 0.99 | 0.99 | 0.99 | | |
| I-495 | I-295 | 0.59 | 0.99 | 0.99 | 0.98 | 0.98 | 0.97 | 0.95 | 2.37 | 5.21 | 4.49 | 1.85 | 1.09 | 1.02 | 1.00 | 0.98 | 1.00 | 1.11 | 1.90 | 2.69 | 1.92 | 1.17 | 1.04 | 1.04 | 1.02 | 1.03 |
| I-495 | I-295 | 0.63 | 0.99 | 0.97 | 0.97 | 0.96 | 0.94 | 0.96 | 1.57 | 2.60 | 2.64 | 1.42 | 1.05 | 1.04 | 0.98 | 0.99 | 1.07 | 1.17 | 1.51 | 2.24 | 1.77 | 1.15 | 1.01 | 1.03 | 1.04 | |
| I-495 | WOODROW WILSON MEMORIAL BRIDGE | 0.24 | 1.01 | 0.97 | 0.98 | 0.98 | 0.95 | 0.96 | 1.26 | 1.47 | 1.11 | 1.00 | 1.00 | 0.98 | 0.97 | 0.99 | 1.06 | 1.24 | 1.42 | 1.37 | 1.00 | 1.00 | 1.02 | 1.04 | | |
| I-495 | WOODROW WILSON MEMORIAL BRIDGE | 0.75 | 1.02 | 0.97 | 0.97 | 0.96 | 0.94 | 0.91 | 1.04 | 1.02 | 1.25 | 1.11 | 0.99 | 1.04 | 1.06 | 1.11 | 1.38 | 2.88 | 2.97 | 4.31 | 4.35 | 4.04 | 2.64 | 1.47 | 0.97 | 0.96 |
| I-495 | AMERICAN LEGION BRIDGE | 0.27 | 0.94 | 0.94 | 0.95 | 0.94 | 0.94 | 0.91 | 1.04 | 1.02 | 1.25 | 1.15 | 1.34 | 1.14 | 1.06 | 1.51 | 2.88 | 2.97 | 4.31 | 4.35 | 4.04 | 2.64 | 1.47 | 0.97 | 0.96 | |
| I-495 | CLARA BARTON PKWY/EXIT 41 | 0.03 | 0.95 | 0.95 | 0.96 | 0.96 | 0.94 | 0.94 | 1.05 | 1.51 | 1.65 | 1.66 | 1.52 | 1.17 | 1.06 | 1.16 | 1.75 | 2.56 | 3.91 | 4.00 | 3.24 | 2.08 | 1.29 | 1.00 | 0.96 | 0.94 |
| I-495 | CLARA BARTON PKWY/EXIT 41 | 0.30 | 0.95 | 0.95 | 0.96 | 0.96 | 0.94 | 0.92 | 1.01 | 1.25 | 1.29 | 1.31 | 1.24 | 1.07 | 1.00 | 1.05 | 1.35 | 2.08 | 3.73 | 3.87 | 2.92 | 1.70 | 1.14 | 0.98 | 0.94 | 0.95 |
| I-495 | CABIN JOHN PKWY/EXIT 40 | 1.23 | 0.95 | 0.96 | 0.98 | 0.98 | 0.95 | 0.92 | 0.97 | 1.07 | 1.06 | 1.04 | 0.98 | 0.95 | 0.98 | 1.11 | 1.31 | 2.00 | 3.04 | 3.49 | 1.43 | 1.03 | 0.95 | 0.94 | |
| I-495 | CABIN JOHN PKWY/EXIT 40 | 0.39 | 0.97 | 0.97 | 0.98 | 0.98 | 0.96 | 0.93 | 0.95 | 1.03 | 1.00 | 1.00 | 0.98 | 0.96 | 0.99 | 1.09 | 1.30 | 2.58 | 5.06 | 5.54 | 3.39 | 1.65 | 1.03 | 0.98 | 0.96 |
| I-495 | MD-190/RIVER RD/EXIT 39 | 0.15 | 0.97 | 0.98 | 0.99 | 0.99 | 0.97 | 0.95 | 0.95 | 1.00 | 1.00 | 1.00 | 0.98 | 0.97 | 0.96 | 1.09 | 2.48 | 4.54 | 5.35 | 5.17 | 1.04 | 0.98 | 0.95 | 0.96 | |
| I-495 | MD-190/RIVER RD/EXIT 39 | 0.01 | 0.97 | 0.97 | 0.99 | 0.99 | 0.97 | 0.95 | 0.97 | 1.00 | 0.99 | 0.98 | 0.98 | 0.96 | 0.96 | 1.09 | 2.48 | 4.52 | 5.14 | 3.63 | 1.66 | 1.04 | 0.97 | 0.96 | |
| I-495 | I-270 SPUR | 1.13 | 0.96 | 0.97 | 0.98 | 0.98 | 0.96 | 0.93 | 0.95 | 0.96 | 0.98 | 0.98 | 0.96 | 0.96 | 0.98 | 1.09 | 2.03 | 3.18 | 3.52 | 2.21 | 1.40 | 1.01 | 0.96 | 1.02 | | |
| I-495 | I-270 SPUR | 0.38 | 0.98 | 0.99 | 0.99 | 1.00 | 0.97 | 0.96 | 0.96 | 0.98 | 0.96 | 0.96 | 0.96 | 0.96 | 0.96 | 1.05 | 1.32 | 1.31 | 1.13 | 1.07 | 0.99 | 0.99 | 1.01 | 1.00 | | |
| I-495 | MD-187/OLD GEORGETOWN RD/EXIT 36 | 1.43 | 0.98 | 0.99 | 1.00 | 1.00 | 0.98 | 0.95 | 0.96 | 0.93 | 0.94 | 0.97 | 0.95 | 0.94 | 0.97 | 1.07 | 1.08 | 1.05 | 1.07 | 1.06 | 1.13 | 1.09 | 1.00 | 0.97 | 1.01 | 1.00 |
| I-495 | MD-187/OLD GEORGETOWN RD/EXIT 36 | 0.42 | 0.96 | 0.97 | 0.97 | 0.97 | 0.95 | 0.92 | 0.92 | 0.96 | 1.21 | 1.04 | 0.97 | 1.01 | 1.07 | 1.16 | 1.53 | 2.10 | 1.95 | 2.01 | 1.35 | 1.01 | 0.98 | 1.06 | 1.00 | |
| I-495 | I-270/EXIT 35 | 0.41 | 0.96 | 0.96 | 0.98 | 0.97 | 0.95 | 0.92 | 0.94 | 1.07 | 1.40 | 1.22 | 1.04 | 1.08 | 1.18 | 1.32 | 2.11 | 3.42 | 2.93 | 3.86 | 3.18 | 1.65 | 1.06 | 1.03 | 1.06 | |
| I-495 | I-270/EXIT 35 | 0.29 | 0.96 | 0.96 | 0.96 | 0.96 | 0.93 | 0.92 | 0.94 | 1.10 | 1.42 | 1.18 | 1.05 | 1.12 | 1.23 | 1.54 | 2.24 | 3.58 | 3.36 | 4.38 | 3.52 | 1.79 | 1.04 | 1.01 | 1.05 | |
| | **Weighted TTI** | 39.84 | 0.97 | 0.97 | 0.98 | 0.97 | 0.95 | 0.93 | 1.07 | 1.42 | 1.47 | 1.18 | 1.05 | 1.01 | 1.01 | 1.06 | 1.32 | 1.57 | 2.01 | 2.24 | 1.86 | 1.27 | 1.02 | 1.00 | 0.99 | 0.98 |

Travel time index for I-495 using INRIX data - Counterclockwise (Outer Loop)
October 2021 (Every Tuesday, Wednesday, and Thursday)

| Road | Segment | Miles | 12:00 AM | 1:00 AM | 2:00 AM | 3:00 AM | 4:00 AM | 5:00 AM | 6:00 AM | 7:00 AM | 8:00 AM | 9:00 AM | 10:00 AM | 11:00 AM | 12:00 PM | 1:00 PM | 2:00 PM | 3:00 PM | 4:00 PM | 5:00 PM | 6:00 PM | 7:00 PM | 8:00 PM | 9:00 PM | 10:00 PM | 11:00 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I-495 | GREENBELT METRO DR/EXIT 24 | 0.88 | 0.94 | 0.97 | 0.96 | 0.93 | 0.90 | 0.91 | 1.07 | 1.21 | 1.55 | 0.98 | 0.96 | 0.97 | 0.97 | 0.98 | 1.17 | 1.41 | 1.44 | 1.58 | 1.12 | 0.95 | 0.93 | 0.92 | 0.92 |
| I-495 | US-1/BALTIMORE AVE/EXIT 25 | 0.78 | 0.94 | 0.96 | 0.95 | 0.92 | 0.89 | 0.91 | 1.09 | 1.41 | 0.97 | 0.95 | 0.96 | 0.95 | 1.00 | 1.06 | 1.09 | 1.13 | 1.14 | 1.05 | 0.97 | 0.93 | 0.93 |  |  |
| I-495 | US-1/BALTIMORE AVE/EXIT 25 | 0.52 | 0.93 | 0.95 | 0.94 | 0.92 | 0.88 | 0.89 | 0.99 | 0.99 | 0.99 | 0.94 | 0.94 | 0.95 | 0.94 | 0.95 | 1.00 | 1.01 | 1.04 | 1.05 | 1.03 | 0.95 | 0.93 | 0.92 | 0.92 |
| I-495 | EXIT 27 | 0.61 | 0.94 | 0.96 | 0.96 | 0.93 | 0.89 | 0.89 | 0.99 | 1.01 | 0.98 | 0.93 | 0.93 | 0.93 | 0.93 | 0.96 | 0.98 | 1.00 | 1.00 | 0.99 | 0.97 | 0.93 | 0.92 | 0.92 |  |
| I-495 | EXIT 27 | 0.83 | 0.96 | 1.00 | 0.98 | 0.95 | 0.91 | 0.94 | 1.33 | 3.79 | 3.02 | 1.05 | 0.97 | 0.97 | 0.97 | 0.96 | 0.97 | 0.99 | 1.01 | 1.04 | 0.98 | 0.94 | 0.95 | 0.92 |  |
| I-495 | MD-650/NEW HAMPSHIRE AVE/EXIT 28 | 0.76 | 0.93 | 0.96 | 0.94 | 0.93 | 0.89 | 0.91 | 2.95 | 5.74 | 5.20 | 1.88 | 0.98 | 0.96 | 0.96 | 0.96 | 0.99 | 1.03 | 1.13 | 1.26 | 1.26 | 1.14 | 0.96 | 0.94 | 0.93 |
| I-495 | MD-650/NEW HAMPSHIRE AVE/EXIT 28 | 0.46 | 0.95 | 0.97 | 0.96 | 0.94 | 0.90 | 0.93 | 3.50 | 6.24 | 5.65 | 2.57 | 1.11 | 0.98 | 0.99 | 1.00 | 1.01 | 1.11 | 1.24 | 1.39 | 1.42 | 1.18 | 0.97 | 0.97 | 0.95 |
| I-495 | MD-193/UNIVERSITY BLVD/EXIT 29 | 1.25 | 0.92 | 0.94 | 0.94 | 0.93 | 0.89 | 0.94 | 3.51 | 5.92 | 5.08 | 2.76 | 1.23 | 0.98 | 0.98 | 1.00 | 1.36 | 1.29 | 1.52 | 1.43 | 1.04 | 0.94 | 0.97 | 1.12 | 0.93 |
| I-495 | MD-193/UNIVERSITY BLVD/EXIT 29 | 0.22 | 0.94 | 0.95 | 0.95 | 0.93 | 0.90 | 0.98 | 3.18 | 5.21 | 4.29 | 2.39 | 1.18 | 0.97 | 1.06 | 1.07 | 1.08 | 1.38 | 1.53 | 1.41 | 1.25 | 1.06 | 0.96 | 0.95 | 0.97 |
| I-495 | US-29/COLESVILLE RD/EXIT 30 | 0.51 | 0.95 | 0.96 | 0.96 | 0.94 | 0.91 | 1.01 | 2.90 | 4.55 | 3.99 | 2.42 | 1.26 | 0.98 | 1.08 | 1.15 | 1.11 | 1.43 | 1.73 | 1.52 | 1.38 | 1.09 | 0.98 | 0.96 | 0.94 |
| I-495 | US-29/COLESVILLE RD/EXIT 30 | 0.21 | 0.94 | 0.95 | 0.95 | 0.93 | 0.90 | 0.99 | 2.85 | 4.44 | 3.98 | 2.62 | 1.33 | 0.97 | 1.12 | 1.24 | 1.15 | 1.50 | 1.90 | 1.64 | 1.50 | 1.11 | 0.96 | 0.95 | 0.93 |
| I-495 | MD-97/GEORGIA AVE/EXIT 31 | 1.15 | 0.99 | 0.98 | 0.97 | 0.99 | 0.90 | 0.99 | 2.19 | 3.07 | 2.93 | 2.13 | 1.26 | 0.99 | 1.04 | 1.13 | 1.19 | 1.54 | 1.85 | 1.79 | 1.61 | 1.23 | 0.95 | 0.96 | 0.96 |
| I-495 | MD-97/GEORGIA AVE/EXIT 31 | 0.30 | 1.24 | 1.19 | 1.02 | 1.24 | 0.90 | 1.01 | 1.33 | 2.55 | 2.44 | 1.72 | 1.26 | 1.01 | 1.00 | 1.82 | 1.27 | 1.60 | 1.96 | 1.82 | 1.53 | 1.18 | 0.96 | 0.95 | 1.00 |
| I-495 | MD-185/CONNECTICUT AVE/EXIT 33 | 1.65 | 0.99 | 1.00 | 0.96 | 0.99 | 0.92 | 0.91 | 1.41 | 1.41 | 1.31 | 1.28 | 1.07 | 0.97 | 1.29 | 1.09 | 1.95 | 1.69 | 1.57 | 1.40 | 1.17 | 0.93 | 0.92 | 0.92 | 1.00 |
| I-495 | MD-185/CONNECTICUT AVE/EXIT 33 | 0.60 | 0.92 | 0.94 | 0.93 | 0.92 | 0.87 | 0.91 | 1.01 | 1.05 | 1.08 | 1.06 | 0.98 | 0.95 | 0.94 | 1.16 | 1.01 | 1.53 | 1.59 | 1.51 | 1.21 | 0.99 | 0.93 | 0.91 | 0.90 |
| I-495 | MD-355/WISCONSIN AVE/EXIT 34 | 1.23 | 0.92 | 0.94 | 0.94 | 0.92 | 0.88 | 0.91 | 0.98 | 1.01 | 1.06 | 1.08 | 0.98 | 0.96 | 0.97 | 1.17 | 1.07 | 1.33 | 1.55 | 1.53 | 1.26 | 1.07 | 0.93 | 0.91 | 0.90 |
| I-495 | MD-355/WISCONSIN AVE/EXIT 34 | 0.25 | 0.95 | 0.95 | 0.96 | 0.93 | 0.88 | 0.91 | 0.98 | 1.01 | 1.08 | 1.11 | 0.98 | 0.97 | 0.96 | 1.04 | 0.99 | 1.17 | 1.44 | 1.21 | 1.26 | 1.07 | 0.93 | 0.91 | 0.90 |
| I-495 | I-270/EXIT 35 | 0.01 | 0.96 | 0.99 | 0.99 | 0.96 | 0.90 | 0.92 | 1.00 | 1.04 | 1.10 | 1.17 | 1.01 | 0.98 | 0.97 | 1.02 | 1.08 | 1.20 | 1.21 | 1.25 | 1.17 | 1.05 | 0.96 | 0.93 | 0.93 |
| I-495 | I-270/EXIT 35 | 0.25 | 0.99 | 1.03 | 1.01 | 0.97 | 0.91 | 0.91 | 1.01 | 1.03 | 1.11 | 1.29 | 1.03 | 0.97 | 0.96 | 0.98 | 1.02 | 1.08 | 1.09 | 1.09 | 1.01 | 0.96 | 0.94 | 0.95 | 0.95 |
| I-495 | MD-187/OLD GEORGETOWN RD/EXIT 36 | 0.58 | 0.96 | 0.99 | 0.99 | 0.95 | 0.89 | 0.89 | 0.97 | 0.99 | 1.16 | 1.41 | 1.14 | 0.95 | 0.91 | 0.93 | 1.20 | 0.98 | 1.05 | 1.00 | 1.02 | 0.95 | 0.92 | 0.91 | 0.90 |
| I-495 | MD-187/OLD GEORGETOWN RD/EXIT 36 | 0.37 | 0.96 | 0.98 | 0.98 | 0.95 | 0.90 | 0.90 | 0.99 | 1.00 | 1.93 | 1.80 | 1.28 | 0.93 | 1.05 | 1.20 | 1.05 | 1.49 | 1.44 | 1.06 | 0.95 | 0.93 | 0.91 | 0.90 |  |
| I-495 | I-270 SPUR | 1.44 | 0.94 | 0.97 | 0.96 | 0.94 | 0.91 | 0.91 | 0.99 | 1.25 | 2.50 | 2.55 | 2.04 | 1.34 | 1.57 | 1.27 | 1.23 | 1.23 | 2.02 | 2.40 | 1.95 | 0.95 | 0.93 | 0.92 | 0.92 |
| I-495 | I-270 SPUR | 0.28 | 0.95 | 0.97 | 0.96 | 0.93 | 0.91 | 0.94 | 1.09 | 1.90 | 3.05 | 2.80 | 1.96 | 1.24 | 1.06 | 1.21 | 1.46 | 2.47 | 3.28 | 2.92 | 1.01 | 0.95 | 0.93 | 0.94 |  |
| I-495 | MD-190/RIVER RD/EXIT 39 | 1.09 | 0.98 | 0.95 | 0.95 | 0.92 | 0.90 | 0.91 | 1.22 | 1.40 | 1.52 | 1.22 | 1.04 | 0.99 | 0.97 | 1.18 | 1.33 | 1.55 | 2.72 | 2.53 | 1.02 | 0.94 | 0.93 | 0.93 |  |
| I-495 | MD-190/RIVER RD/EXIT 39 | 0.29 | 0.94 | 0.95 | 0.95 | 0.92 | 0.89 | 0.91 | 0.97 | 1.01 | 1.40 | 1.21 | 0.97 | 0.98 | 0.93 | 1.17 | 1.40 | 1.99 | 2.76 | 2.53 | 1.02 | 0.91 | 0.92 | 0.92 |  |
| I-495 | CABIN JOHN PKWY/EXIT 40 | 0.04 | 0.92 | 0.94 | 0.94 | 0.91 | 0.88 | 0.90 | 0.98 | 1.41 | 1.22 | 0.95 | 0.98 | 0.92 | 0.93 | 1.18 | 1.41 | 1.59 | 2.76 | 2.50 | 1.01 | 0.91 | 0.91 | 0.91 |  |
| I-495 | CABIN JOHN PKWY/EXIT 40 | 0.45 | 0.94 | 0.95 | 0.95 | 0.92 | 0.90 | 0.92 | 0.98 | 1.15 | 1.29 | 0.98 | 1.05 | 0.94 | 0.98 | 1.32 | 2.08 | 2.08 | 2.88 | 2.63 | 1.06 | 0.93 | 0.95 | 0.93 |  |
| I-495 | CLARA BARTON PKWY/EXIT 41 | 1.20 | 0.94 | 0.96 | 0.95 | 0.92 | 0.89 | 0.92 | 1.01 | 1.01 | 1.54 | 1.17 | 1.01 | 1.01 | 0.99 | 1.32 | 1.37 | 1.38 | 1.93 | 1.47 | 1.01 | 0.92 | 0.92 | 0.92 |  |
| I-495 | CLARA BARTON PKWY/EXIT 41 | 0.28 | 0.93 | 0.94 | 0.94 | 0.92 | 0.89 | 0.92 | 1.04 | 1.04 | 1.71 | 1.10 | 1.02 | 1.15 | 0.96 | 1.13 | 1.17 | 1.37 | 1.54 | 1.51 | 1.20 | 1.00 | 0.92 | 0.92 | 0.92 |
| I-495 | AMERICAN LEGION BRIDGE | 0.14 | 0.92 | 0.93 | 0.93 | 0.92 | 0.89 | 0.92 | 1.01 | 1.06 | 1.66 | 1.09 | 1.03 | 1.12 | 0.98 | 1.12 | 1.14 | 1.32 | 1.33 | 1.48 | 1.21 | 0.99 | 0.93 | 0.92 | 0.91 |
| I-495 | AMERICAN LEGION BRIDGE | 0.15 | 0.94 | 0.95 | 0.95 | 0.93 | 0.90 | 0.91 | 1.02 | 1.08 | 1.61 | 1.04 | 1.04 | 1.12 | 1.00 | 1.11 | 1.11 | 1.31 | 1.33 | 1.41 | 1.19 | 1.01 | 0.94 | 0.94 | 0.93 |
| I-495 | WOODROW WILSON MEMORIAL BRIDGE | 1.16 | 0.93 | 0.92 | 0.92 | 0.93 | 0.90 | 0.90 | 0.99 | 0.98 | 0.96 | 0.96 | 0.96 | 0.98 | 1.05 | 0.97 | 1.06 | 1.09 | 1.10 | 1.08 | 1.07 | 0.95 | 0.93 | 0.96 | 0.96 |
| I-495 | I-295 | 0.12 | 0.95 | 0.93 | 0.92 | 0.92 | 0.91 | 0.90 | 0.93 | 0.94 | 0.94 | 0.94 | 0.93 | 0.93 | 0.93 | 0.94 | 0.97 | 1.06 | 1.09 | 1.10 | 1.08 | 1.07 | 0.95 | 0.93 | 0.93 |
| I-495 | I-295 | 0.19 | 0.95 | 0.95 | 0.94 | 0.94 | 0.92 | 0.91 | 0.92 | 0.92 | 0.93 | 0.93 | 0.93 | 0.92 | 0.92 | 0.92 | 0.91 | 0.91 | 0.94 | 0.99 | 1.00 | 1.02 | 1.03 |  |  |
| I-495 | MD-210/EXIT 3 | 0.98 | 0.96 | 0.97 | 0.96 | 0.95 | 0.93 | 0.91 | 0.92 | 0.91 | 0.92 | 0.92 | 0.92 | 0.91 | 0.91 | 0.91 | 0.91 | 0.91 | 0.95 | 0.97 | 0.97 | 0.98 | 0.92 | 0.92 | 0.92 |
| I-495 | MD-210/EXIT 3 | 1.64 | 0.96 | 0.97 | 0.96 | 0.97 | 0.94 | 0.92 | 0.93 | 0.92 | 0.93 | 0.93 | 0.94 | 0.94 | 0.95 | 0.99 | 1.08 | 1.04 | 1.08 | 1.14 | 1.02 | 1.02 | 0.96 | 0.95 | 0.94 |
| I-495 | MD-414/ST BARNABAS RD/EXIT 4 | 0.84 | 0.96 | 0.97 | 0.97 | 0.96 | 0.94 | 0.92 | 0.95 | 0.96 | 0.95 | 0.94 | 0.94 | 0.96 | 1.00 | 1.07 | 1.11 | 1.15 | 1.12 | 1.10 | 1.02 | 0.98 | 0.96 | 0.95 |  |
| I-495 | MD-414/ST BARNABAS RD/EXIT 4 | 0.56 | 0.96 | 0.96 | 0.96 | 0.93 | 0.92 | 0.91 | 0.95 | 0.96 | 0.94 | 0.94 | 0.94 | 0.95 | 0.97 | 1.04 | 1.16 | 1.14 | 1.02 | 1.06 | 1.05 | 0.94 | 0.94 |  |  |
| I-495 | MD-5/BRANCH AVE/EXIT 7 | 2.31 | 0.94 | 0.94 | 0.94 | 0.94 | 0.91 | 0.91 | 0.94 | 0.95 | 0.94 | 0.93 | 0.94 | 0.94 | 0.95 | 1.38 | 1.57 | 1.64 | 1.14 | 1.05 | 1.04 | 0.92 | 0.91 |  |  |
| I-495 | MD-5/BRANCH AVE/EXIT 7 | 0.71 | 0.97 | 0.97 | 0.97 | 0.96 | 0.94 | 0.93 | 0.96 | 1.02 | 1.00 | 0.97 | 1.06 | 1.00 | 0.97 | 1.19 | 1.51 | 2.53 | 1.85 | 1.08 | 1.01 | 0.97 | 0.96 | 0.95 |  |
| I-495 | MD-337/ALLENTOWN RD/EXIT 9 | 1.11 | 0.93 | 0.93 | 0.92 | 0.91 | 0.89 | 0.90 | 0.94 | 1.05 | 1.23 | 1.03 | 0.99 | 0.94 | 0.95 | 0.97 | 1.27 | 2.16 | 2.61 | 1.23 | 0.94 | 0.92 | 0.91 | 0.91 | 0.90 |
| I-495 | MD-337/ALLENTOWN RD/EXIT 9 | 0.04 | 0.94 | 0.94 | 0.93 | 0.91 | 0.88 | 0.90 | 0.94 | 1.08 | 1.55 | 1.08 | 0.94 | 0.95 | 0.98 | 0.98 | 1.38 | 2.05 | 2.36 | 2.13 | 0.96 | 0.94 | 0.92 | 0.90 |  |
| I-495 | FORESTVILLE RD/EXIT 9 | 0.93 | 0.98 | 0.98 | 0.96 | 0.93 | 0.89 | 0.92 | 0.98 | 1.24 | 1.19 | 1.20 | 0.98 | 0.96 | 1.01 | 1.03 | 1.55 | 2.57 | 2.90 | 2.61 | 1.56 | 1.00 | 0.96 | 0.95 | 0.94 |
| I-495 | FORESTVILLE RD/EXIT 9 | 0.17 | 1.01 | 1.00 | 0.98 | 0.94 | 0.91 | 0.95 | 1.03 | 1.42 | 2.01 | 1.28 | 1.03 | 1.05 | 1.08 | 1.12 | 1.76 | 2.74 | 2.93 | 2.70 | 1.83 | 1.08 | 1.04 | 0.99 | 1.02 |
| I-495 | MD-4/PENNSYLVANIA AVE/EXIT 11 | 0.60 | 1.00 | 1.00 | 0.96 | 0.93 | 0.91 | 0.95 | 1.03 | 1.20 | 1.38 | 1.22 | 1.02 | 1.03 | 1.04 | 1.09 | 1.36 | 2.01 | 2.01 | 1.97 | 1.32 | 1.10 | 1.05 | 1.00 | 0.98 |
| I-495 | MD-4/PENNSYLVANIA AVE/EXIT 11 | 0.16 | 1.01 | 1.01 | 0.99 | 0.97 | 0.93 | 0.96 | 1.05 | 1.29 | 2.27 | 1.22 | 1.00 | 1.01 | 1.01 | 1.07 | 1.16 | 2.12 | 2.17 | 2.03 | 1.25 | 1.07 | 1.03 | 0.98 | 0.98 |
| I-495 | RITCHIE MARLBORO RD/EXIT 13 | 1.87 | 0.96 | 0.96 | 0.96 | 0.94 | 0.91 | 0.93 | 0.98 | 1.34 | 1.27 | 1.13 | 0.96 | 0.97 | 1.00 | 1.29 | 1.45 | 1.62 | 1.91 | 2.07 | 1.45 | 1.07 | 1.03 | 0.99 | 0.98 |
| I-495 | RITCHIE MARLBORO RD/EXIT 13 | 0.44 | 0.98 | 0.98 | 0.97 | 0.95 | 0.92 | 0.93 | 0.98 | 1.24 | 2.54 | 1.32 | 0.96 | 0.97 | 1.03 | 2.01 | 1.88 | 1.82 | 1.50 | 1.00 | 0.97 | 1.16 | 1.00 | 0.99 |  |
| I-495 | MD-214/CENTRAL AVE/EXIT 15 | 1.20 | 0.94 | 1.06 | 1.03 | 0.99 | 0.94 | 0.97 | 1.10 | 1.45 | 1.73 | 1.04 | 1.00 | 1.01 | 1.08 | 1.45 | 1.57 | 1.95 | 1.39 | 1.07 | 1.01 | 0.95 | 1.78 | 1.27 | 1.57 |
| I-495 | MD-214/CENTRAL AVE/EXIT 15 | 0.50 | 1.43 | 1.19 | 1.11 | 1.04 | 0.92 | 0.94 | 1.13 | 1.28 | 1.09 | 1.01 | 1.02 | 1.03 | 1.08 | 1.45 | 1.26 | 1.53 | 1.32 | 1.16 | 1.04 | 1.03 | 1.10 | 1.12 | 1.57 |
| I-495 | ARENA DR/EXIT 16 | 0.53 | 1.05 | 1.06 | 1.01 | 0.97 | 0.90 | 0.93 | 0.98 | 1.10 | 1.24 | 1.06 | 0.95 | 0.96 | 0.96 | 1.21 | 1.34 | 1.44 | 1.52 | 1.16 | 1.01 | 0.95 | 0.97 | 0.96 |  |
| I-495 | ARENA DR/EXIT 16 | 0.46 | 0.99 | 1.00 | 0.98 | 0.95 | 0.91 | 0.92 | 0.99 | 1.13 | 1.32 | 1.12 | 0.96 | 0.97 | 0.96 | 0.98 | 1.35 | 1.79 | 1.90 | 1.84 | 1.34 | 1.17 | 0.97 | 0.96 | 0.96 |
| I-495 | MD-202/LANDOVER RD/EXIT 17 | 0.22 | 0.95 | 0.96 | 0.96 | 0.93 | 0.90 | 0.90 | 0.97 | 1.03 | 1.09 | 1.06 | 0.96 | 0.97 | 0.94 | 0.98 | 1.11 | 1.26 | 1.32 | 1.41 | 1.40 | 1.06 | 0.97 | 0.97 |  |
| I-495 | MD-202/LANDOVER RD/EXIT 17 | 0.58 | 0.99 | 1.01 | 1.00 | 0.96 | 0.93 | 0.94 | 1.00 | 1.24 | 1.55 | 1.38 | 1.02 | 1.00 | 0.99 | 1.00 | 1.24 | 2.25 | 2.48 | 2.42 | 1.44 | 1.40 | 1.00 | 0.99 |  |
| I-495 | I-495/I-95 EXP | 0.17 | 0.98 | 1.01 | 1.03 | 0.97 | 0.93 | 0.94 | 1.07 | 1.63 | 2.09 | 1.70 | 1.09 | 1.18 | 1.14 | 1.19 | 2.49 | 3.86 | 4.17 | 4.02 | 2.30 | 1.89 | 1.02 | 0.93 |  |
| I-495 | I-495/I-95 EXP | 0.11 | 0.94 | 0.95 | 0.94 | 0.92 | 0.89 | 0.90 | 1.05 | 1.22 | 1.74 | 1.04 | 1.12 | 1.06 | 1.26 | 2.05 | 3.63 | 3.74 | 3.83 | 2.50 | 1.88 | 0.95 | 0.93 | 0.94 |  |
| I-495 | US-50/EXIT 19 | 1.16 | 0.97 | 0.97 | 0.95 | 0.94 | 0.90 | 0.92 | 1.13 | 1.44 | 1.62 | 1.39 | 1.08 | 1.05 | 1.45 | 1.28 | 1.18 | 1.05 | 1.05 | 1.05 | 0.99 | 0.96 | 0.94 |  |  |
| I-495 | US-50/EXIT 19 | 0.70 | 0.97 | 0.98 | 0.97 | 0.96 | 0.92 | 0.93 | 1.23 | 1.52 | 1.72 | 1.53 | 1.11 | 1.00 | 1.06 | 1.22 | 1.24 | 1.44 | 1.32 | 1.16 | 1.05 | 0.98 | 0.96 | 0.94 |  |
| I-495 | MD-450/ANNAPOLIS RD/EXIT 20 | 0.49 | 0.95 | 0.96 | 0.95 | 0.93 | 0.90 | 0.94 | 1.76 | 1.99 | 1.64 | 1.20 | 0.99 | 0.98 | 1.04 | 1.28 | 1.59 | 1.90 | 2.19 | 1.57 | 1.04 | 0.95 | 0.94 |  |  |
| I-495 | MD-450/ANNAPOLIS RD/EXIT 20 | 0.40 | 0.96 | 0.98 | 0.96 | 0.94 | 0.91 | 0.98 | 1.61 | 1.42 | 2.18 | 1.16 | 0.96 | 0.94 | 1.24 | 1.72 | 2.29 | 2.37 | 2.65 | 1.02 | 0.97 | 0.96 | 0.95 | 0.94 |  |
| I-495 | MD-295/MD-193/EXIT 22 | 2.02 | 0.96 | 0.96 | 0.95 | 1.04 | 1.01 | 0.96 | 1.15 | 1.33 | 1.56 | 1.42 | 1.27 | 1.00 | 0.98 | 1.00 | 0.98 | 1.03 | 2.06 | 2.03 | 1.55 | 1.00 | 0.99 | 0.96 |  |
| I-495 | MD-295/MD-193/EXIT 22 | 0.47 | 0.96 | 1.01 | 1.01 | 0.98 | 0.93 | 0.98 | 1.14 | 1.33 | 1.56 | 1.11 | 1.02 | 1.03 | 1.03 | 1.06 | 1.39 | 1.53 | 2.00 | 2.28 | 1.57 | 1.11 | 0.99 |  |  |
| I-495 | MD-201/KENILWORTH AVE/EXIT 23 | 0.43 | 0.96 | 0.97 | 0.98 | 0.96 | 0.93 | 1.08 | 1.19 | 1.42 | 1.00 | 0.99 | 0.97 | 0.97 | 0.98 | 1.24 | 1.73 | 2.05 | 2.31 | 1.70 | 1.10 | 0.97 | 0.94 | 0.95 |  |
| I-495 | MD-201/KENILWORTH AVE/EXIT 23 | 0.53 | 0.96 | 0.97 | 0.97 | 0.95 | 0.91 | 0.93 | 1.08 | 1.27 | 1.59 | 1.00 | 0.97 | 0.97 | 0.97 | 0.98 | 1.25 | 1.74 | 2.03 | 2.24 | 0.97 | 0.94 | 0.94 | 0.94 |  |
| **Weighted TTI** |  | 42.11 | 0.98 | 0.98 | 0.96 | 0.95 | 0.91 | 0.93 | 1.27 | 1.66 | 1.83 | 1.36 | 1.08 | 1.00 | 1.03 | 1.09 | 1.19 | 1.47 | 1.70 | 1.73 | 1.41 | 1.07 | 0.96 | 0.97 | 0.96 | 0.96 |
| **Weighted Average TTI Both Directions** |  | 84.02 | 0.97 | 0.98 | 0.96 | 0.95 | 0.91 | 0.92 | 1.16 | 1.57 | 1.67 | 1.27 | 1.05 | 1.01 | 1.00 | 1.04 | 1.24 | 1.59 | 1.82 | 1.90 | 1.42 | 1.12 | 0.97 | 0.96 | 0.97 |
| **Max Observed TTI Both Directions** |  |  | 1.43 | 1.19 | 1.11 | 1.24 | 1.01 | 1.09 | 3.51 | 6.24 | 5.65 | 2.80 | 2.04 | 1.78 | 1.55 | 2.24 | 3.33 | 3.86 | 4.40 | 4.37 | 3.31 | 2.00 | 1.95 | 1.78 | 1.28 | 1.57 |

Daily Avg 1.18

**Travel time index for I-495 using INRIX data - Clockwise (Inner Loop)**
October 2021 (Every Tuesday, Wednesday, and Thursday)

| Road | Segment | Miles | 12:00 AM | 1:00 AM | 2:00 AM | 3:00 AM | 4:00 AM | 5:00 AM | 6:00 AM | 7:00 AM | 8:00 AM | 9:00 AM | 10:00 AM | 11:00 AM | 12:00 PM | 1:00 PM | 2:00 PM | 3:00 PM | 4:00 PM | 5:00 PM | 6:00 PM | 7:00 PM | 8:00 PM | 9:00 PM | 10:00 PM | 11:00 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I-495 | MD-355/WISCONSIN AVE/EXIT 34 | 0.11 | 0.95 | 0.97 | 0.98 | 0.98 | 0.92 | 0.90 | 0.97 | 1.24 | 1.66 | 1.44 | 1.00 | 1.00 | 0.99 | 1.27 | 1.68 | 3.19 | 4.00 | 3.16 | 2.49 | 1.31 | 1.03 | 0.95 | 0.94 | 0.94 |
| I-495 | MD-185/WISCONSIN AVE/EXIT 34 | 0.23 | 0.95 | 0.97 | 0.98 | 0.97 | 0.91 | 0.94 | 1.59 | 1.63 | 1.58 | 1.00 | 1.00 | 0.99 | 1.05 | 1.53 | 3.24 | 3.90 | 3.37 | 2.56 | 1.31 | 1.02 | 0.94 | 0.93 | 0.92 | 0.92 |
| I-495 | MD-185/CONNECTICUT AVE/EXIT 33 | 1.21 | 0.93 | 0.96 | 0.97 | 0.96 | 0.89 | 0.88 | 0.95 | 1.49 | 1.73 | 1.61 | 1.09 | 0.99 | 0.99 | 1.43 | 1.99 | 3.44 | 4.33 | 4.00 | 3.24 | 1.03 | 1.04 | 0.94 | 0.93 | 0.92 |
| I-495 | MD-185/CONNECTICUT AVE/EXIT 33 | 0.36 | 0.95 | 0.97 | 0.96 | 0.96 | 0.89 | 0.87 | 0.94 | 1.04 | 1.07 | 1.07 | 0.98 | 0.97 | 0.97 | 1.44 | 1.87 | 3.43 | 4.29 | 4.08 | 3.09 | 2.00 | 1.05 | 0.95 | 1.07 | 1.03 |
| I-495 | MD-97/GEORGIA AVE/EXIT 31 | 1.87 | 1.06 | 1.11 | 0.96 | 0.95 | 0.88 | 0.86 | 0.93 | 1.03 | 1.01 | 1.02 | 0.98 | 1.01 | 1.01 | 1.28 | 1.45 | 2.21 | 2.53 | 2.65 | 2.11 | 1.05 | 1.02 | 0.96 | 1.10 | 1.09 |
| I-495 | MD-97/GEORGIA AVE/EXIT 31 | 0.28 | 0.94 | 0.96 | 0.96 | 0.96 | 0.89 | 0.88 | 0.94 | 1.01 | 1.00 | 0.99 | 0.98 | 0.99 | 0.99 | 1.00 | 1.22 | 1.61 | 2.50 | 1.63 | 1.20 | 0.99 | 0.94 | 0.93 | 0.93 | 0.93 |
| I-495 | US-29/COLESVILLE RD/EXIT 30 | 1.14 | 0.93 | 0.95 | 0.95 | 0.95 | 0.90 | 0.88 | 0.93 | 0.99 | 0.99 | 0.98 | 0.98 | 0.99 | 1.00 | 1.09 | 1.05 | 1.27 | 1.32 | 1.64 | 1.20 | 0.99 | 0.94 | 0.93 | 0.93 | 0.93 |
| I-495 | US-29/COLESVILLE RD/EXIT 30 | 0.31 | 0.95 | 0.97 | 0.98 | 0.96 | 0.92 | 0.90 | 0.95 | 1.03 | 1.03 | 1.00 | 0.99 | 1.04 | 1.00 | 1.10 | 1.53 | 2.02 | 2.07 | 1.56 | 1.16 | 1.02 | 0.97 | 0.95 | 0.95 | 0.94 |
| I-495 | MD-193/UNIVERSITY BLVD/EXIT 29 | 0.31 | 0.95 | 0.97 | 0.98 | 0.96 | 0.91 | 0.90 | 0.95 | 1.05 | 1.04 | 0.98 | 0.98 | 1.06 | 0.99 | 1.12 | 1.59 | 2.22 | 2.30 | 1.68 | 1.15 | 1.00 | 0.96 | 0.95 | 0.94 | 0.93 |
| I-495 | MD-193/UNIVERSITY BLVD/EXIT 29 | 0.40 | 0.95 | 0.97 | 0.98 | 0.97 | 0.92 | 0.91 | 0.95 | 1.06 | 1.04 | 0.99 | 0.99 | 1.13 | 1.00 | 1.08 | 1.57 | 2.25 | 2.48 | 2.51 | 1.45 | 1.00 | 0.96 | 0.94 | 0.93 | 0.93 |
| I-495 | MD-650/NEW HAMPSHIRE AVE/EXIT 28 | 1.14 | 0.93 | 0.95 | 0.96 | 0.95 | 0.91 | 0.89 | 0.93 | 1.12 | 1.20 | 1.05 | 1.00 | 1.04 | 1.01 | 1.05 | 1.53 | 1.73 | 1.55 | 1.63 | 1.40 | 1.12 | 0.97 | 0.94 | 0.93 | 0.93 |
| I-495 | MD-650/NEW HAMPSHIRE AVE/EXIT 28 | 0.57 | 0.93 | 0.95 | 0.96 | 0.94 | 0.92 | 0.90 | 0.92 | 1.17 | 1.05 | 0.99 | 1.04 | 1.06 | 1.00 | 1.03 | 1.33 | 1.37 | 1.29 | 1.24 | 1.15 | 1.01 | 0.94 | 0.94 | 0.93 | 0.93 |
| I-495 | EXIT 27 | 0.59 | 0.92 | 0.93 | 0.93 | 0.93 | 0.89 | 0.88 | 0.95 | 1.08 | 1.06 | 1.00 | 1.00 | 1.00 | 1.03 | 1.13 | 1.17 | 1.18 | 1.15 | 1.08 | 0.94 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 |
| I-495 | EXIT 27 | 1.01 | 1.00 | 0.99 | 1.01 | 0.99 | 0.94 | 0.93 | 0.96 | 1.24 | 1.22 | 1.15 | 0.98 | 0.96 | 0.95 | 1.01 | 1.08 | 1.29 | 1.17 | 1.18 | 1.16 | 1.04 | 0.94 | 0.94 | 1.09 | 0.94 |
| I-495 | US-1/BALTIMORE AVE/EXIT 25 | 0.49 | 0.95 | 0.97 | 0.97 | 0.96 | 0.92 | 0.92 | 1.01 | 2.18 | 2.80 | 2.50 | 1.15 | 0.94 | 0.94 | 0.93 | 1.08 | 1.96 | 3.21 | 3.55 | 1.09 | 1.00 | 0.95 | 0.93 | 0.93 | 0.93 |
| I-495 | US-1/BALTIMORE AVE/EXIT 25 | 0.54 | 0.94 | 0.97 | 0.96 | 0.95 | 0.92 | 0.92 | 1.04 | 2.34 | 2.88 | 1.73 | 1.26 | 0.95 | 0.95 | 0.97 | 1.23 | 2.31 | 3.34 | 3.53 | 2.28 | 1.06 | 0.95 | 0.93 | 0.93 | 0.93 |
| I-495 | GREENBELT METRO DR/EXIT 24 | 0.67 | 0.94 | 0.96 | 0.95 | 0.94 | 0.93 | 0.91 | 0.92 | 2.02 | 2.03 | 1.00 | 1.19 | 0.98 | 0.99 | 1.04 | 1.29 | 1.99 | 2.49 | 2.62 | 2.02 | 1.10 | 0.97 | 0.93 | 0.93 | 0.93 |
| I-495 | GREENBELT METRO DR/EXIT 24 | 0.11 | 0.93 | 0.95 | 0.94 | 0.93 | 0.91 | 0.91 | 1.11 | 1.68 | 1.63 | 1.02 | 1.17 | 0.97 | 1.00 | 1.05 | 1.34 | 1.94 | 2.36 | 2.51 | 1.38 | 1.06 | 0.12 | 0.95 | 0.93 | 0.93 |
| I-495 | MD-201/KENILWORTH AVE/EXIT 23 | 0.88 | 0.93 | 0.96 | 0.94 | 0.93 | 0.91 | 0.91 | 1.08 | 1.76 | 1.53 | 1.40 | 1.14 | 0.97 | 0.98 | 1.00 | 1.36 | 1.65 | 2.38 | 1.76 | 1.11 | 0.95 | 0.92 | 0.93 | 0.93 | 0.93 |
| I-495 | MD-201/KENILWORTH AVE/EXIT 23 | 0.54 | 0.96 | 0.99 | 0.97 | 0.96 | 0.94 | 0.96 | 1.21 | 1.73 | 1.05 | 1.53 | 1.18 | 1.02 | 1.05 | 1.05 | 1.58 | 2.07 | 2.33 | 2.50 | 1.84 | 1.25 | 0.99 | 0.96 | 0.96 | 0.94 |
| I-495 | MD-295/MD-193/EXIT 22 | 0.36 | 0.95 | 0.97 | 0.94 | 0.95 | 0.94 | 0.97 | 1.18 | 1.40 | 1.50 | 1.38 | 1.13 | 1.03 | 1.07 | 1.06 | 1.37 | 1.81 | 1.71 | 2.03 | 1.55 | 1.22 | 1.01 | 0.98 | 0.97 | 0.96 |
| I-495 | MD-295/MD-193/EXIT 20 | 0.52 | 0.98 | 1.00 | 0.98 | 0.97 | 0.94 | 0.95 | 1.04 | 1.22 | 1.45 | 1.23 | 1.01 | 1.00 | 1.04 | 1.01 | 1.19 | 1.42 | 1.47 | 1.91 | 1.63 | 1.28 | 1.08 | 1.00 | 0.98 | 0.98 |
| I-495 | MD-450/ANNAPOLIS RD/EXIT 20 | 2.02 | 0.93 | 0.94 | 0.94 | 0.94 | 0.92 | 0.91 | 1.00 | 1.25 | 1.53 | 1.28 | 0.97 | 0.96 | 1.01 | 0.98 | 1.17 | 1.48 | 1.42 | 1.53 | 1.32 | 1.01 | 0.94 | 0.92 | 0.92 | 0.92 |
| I-495 | MD-450/ANNAPOLIS RD/EXIT 20 | 0.23 | 0.94 | 0.96 | 0.95 | 0.94 | 0.92 | 0.92 | 1.14 | 1.55 | 1.83 | 1.50 | 1.07 | 1.02 | 1.09 | 1.07 | 1.41 | 1.65 | 1.75 | 1.73 | 1.36 | 1.10 | 0.97 | 0.95 | 0.94 | 0.93 |
| I-495 | US-50/EXIT 19 | 0.53 | 0.96 | 0.97 | 0.95 | 0.94 | 0.93 | 0.94 | 1.09 | 1.24 | 1.18 | 1.26 | 1.06 | 1.04 | 1.06 | 1.01 | 1.22 | 1.35 | 1.42 | 1.56 | 1.30 | 1.02 | 1.00 | 0.96 | 0.96 | 0.96 |
| I-495 | US-50/EXIT 19 | 0.81 | 0.94 | 0.97 | 0.96 | 0.95 | 0.94 | 0.92 | 0.97 | 1.16 | 1.41 | 1.05 | 0.95 | 0.95 | 0.95 | 1.14 | 1.50 | 1.05 | 2.32 | 1.70 | 1.15 | 0.94 | 0.93 | 0.93 | 0.94 | 0.94 |
| I-495 | I-495/I-95 EXP | 1.04 | 0.95 | 0.96 | 0.96 | 0.96 | 0.94 | 0.93 | 1.03 | 1.17 | 2.12 | 1.62 | 1.21 | 1.01 | 1.02 | 1.06 | 1.31 | 1.07 | 2.14 | 2.25 | 1.05 | 1.02 | 0.97 | 0.95 | 0.97 | 0.97 |
| I-495 | I-495/I-95 EXP | 0.10 | 0.93 | 0.95 | 0.94 | 0.94 | 0.91 | 0.90 | 0.96 | 1.04 | 1.24 | 1.08 | 1.03 | 1.00 | 1.04 | 1.08 | 1.18 | 1.40 | 1.31 | 1.21 | 1.02 | 0.95 | 0.98 | 0.95 | 0.95 | 0.95 |
| I-495 | MD-202/LANDOVER RD/EXIT 17 | 0.34 | 0.93 | 0.92 | 0.92 | 0.96 | 0.91 | 0.91 | 0.94 | 0.99 | 1.09 | 1.02 | 0.97 | 0.94 | 0.95 | 0.96 | 1.02 | 1.06 | 1.15 | 1.13 | 1.03 | 0.96 | 0.97 | 0.91 | 0.91 | 0.91 |
| I-495 | MD-202/LANDOVER RD/EXIT 17 | 0.47 | 0.98 | 0.97 | 0.97 | 0.98 | 0.97 | 0.97 | 0.96 | 1.03 | 1.06 | 1.04 | 1.02 | 1.01 | 1.01 | 1.01 | 1.06 | 1.21 | 1.13 | 1.12 | 1.08 | 1.05 | 1.04 | 1.04 | 1.07 | 1.04 |
| I-495 | ARENA DR/EXIT 16 | 0.26 | 1.01 | 1.03 | 1.02 | 1.01 | 1.00 | 0.94 | 1.02 | 1.28 | 1.30 | 1.05 | 1.00 | 1.00 | 1.04 | 1.01 | 1.03 | 1.19 | 1.29 | 1.25 | 1.05 | 0.99 | 1.06 | 1.04 | 1.04 | 1.04 |
| I-495 | ARENA DR/EXIT 16 | 0.36 | 1.04 | 1.04 | 1.05 | 1.02 | 1.00 | 0.94 | 1.02 | 1.28 | 1.90 | 1.05 | 1.00 | 1.00 | 1.04 | 1.03 | 1.19 | 2.01 | 2.79 | 2.76 | 1.93 | 0.99 | 1.04 | 1.02 | 1.04 | 1.18 |
| I-495 | MD-214/CENTRAL AVE/EXIT 15 | 0.66 | 1.07 | 1.07 | 1.03 | 0.99 | 0.94 | 0.94 | 1.08 | 1.46 | 1.79 | 1.26 | 1.03 | 1.02 | 1.03 | 1.07 | 1.58 | 1.98 | 2.28 | 2.28 | 1.83 | 1.19 | 1.03 | 1.25 | 1.28 | 1.51 |
| I-495 | MD-214/CENTRAL AVE/EXIT 15 | 0.49 | 1.05 | 1.02 | 0.96 | 0.92 | 0.91 | 0.91 | 1.57 | 2.08 | 1.27 | 1.02 | 1.00 | 1.01 | 1.06 | 1.52 | 2.19 | 2.39 | 2.41 | 1.95 | 1.18 | 1.00 | 1.07 | 1.12 | 1.25 |  |
| I-495 | RITCHIE MARLBORO RD/EXIT 13 | 1.12 | 0.97 | 0.97 | 0.96 | 0.94 | 0.91 | 0.90 | 0.99 | 1.16 | 1.66 | 1.12 | 1.01 | 0.98 | 0.99 | 1.02 | 1.25 | 1.42 | 1.52 | 1.50 | 1.46 | 1.10 | 0.98 | 0.96 | 0.95 | 0.97 |
| I-495 | RITCHIE MARLBORO RD/EXIT 13 | 0.58 | 0.95 | 0.97 | 0.96 | 0.95 | 0.92 | 0.91 | 0.99 | 1.16 | 1.45 | 1.45 | 1.04 | 0.97 | 0.96 | 0.99 | 1.11 | 1.19 | 1.38 | 1.46 | 1.26 | 1.08 | 0.97 | 0.94 | 0.94 | 0.93 |
| I-495 | MD-4/PENNSYLVANIA AVE/EXIT 11 | 1.84 | 0.95 | 0.96 | 0.96 | 0.95 | 0.91 | 0.91 | 1.03 | 1.23 | 1.30 | 1.12 | 1.00 | 0.97 | 0.98 | 1.04 | 1.12 | 1.20 | 1.30 | 1.37 | 1.31 | 1.17 | 1.00 | 0.96 | 0.95 | 0.97 |
| I-495 | MD-4/PENNSYLVANIA AVE/EXIT 11 | 0.50 | 0.97 | 0.98 | 0.97 | 0.97 | 0.93 | 0.93 | 0.95 | 1.04 | 1.01 | 1.06 | 1.04 | 1.00 | 1.00 | 1.18 | 1.06 | 1.09 | 1.10 | 1.11 | 1.13 | 1.04 | 0.95 | 0.96 | 0.96 | 0.97 |
| I-495 | FORESTVILLE RD/EXIT 9 | 0.63 | 0.96 | 0.96 | 0.95 | 0.92 | 0.89 | 0.92 | 0.99 | 1.05 | 1.07 | 1.03 | 1.00 | 1.05 | 1.00 | 1.01 | 1.04 | 1.07 | 1.11 | 1.06 | 0.99 | 0.96 | 0.95 | 0.95 | 0.94 | 0.94 |
| I-495 | FORESTVILLE RD/EXIT 9 | 0.18 | 0.97 | 0.96 | 0.95 | 0.92 | 0.89 | 0.92 | 0.99 | 1.05 | 1.05 | 1.02 | 0.99 | 0.94 | 1.00 | 1.04 | 1.07 | 1.01 | 1.06 | 1.01 | 0.97 | 0.95 | 0.94 | 0.94 | 0.93 |  |
| I-495 | MD-337/ALLENTOWN RD/EXIT 9 | 0.61 | 0.96 | 0.96 | 0.95 | 0.94 | 0.90 | 0.90 | 0.96 | 1.00 | 1.03 | 0.98 | 0.96 | 0.95 | 0.95 | 0.96 | 0.99 | 1.02 | 1.03 | 1.01 | 1.01 | 0.99 | 0.95 | 0.94 | 0.94 | 0.94 |
| I-495 | MD-337/ALLENTOWN RD/EXIT 9 | 0.31 | 0.94 | 0.95 | 0.94 | 0.91 | 0.88 | 0.93 | 0.96 | 1.06 | 1.03 | 0.99 | 0.94 | 0.94 | 0.93 | 0.94 | 0.95 | 0.97 | 1.02 | 1.05 | 1.11 | 0.95 | 0.93 | 0.92 | 0.93 |  |
| I-495 | MD-5/BRANCH AVE/EXIT 7 | 1.21 | 0.96 | 0.97 | 0.95 | 0.93 | 0.90 | 0.95 | 1.00 | 1.12 | 1.01 | 0.97 | 0.96 | 0.96 | 0.98 | 1.02 | 1.09 | 1.08 | 1.11 | 1.12 | 0.98 | 0.95 | 0.94 | 0.94 | 0.94 |  |
| I-495 | MD-5/BRANCH AVE/EXIT 7 | 0.52 | 0.99 | 0.99 | 0.98 | 0.96 | 0.94 | 0.96 | 1.01 | 1.51 | 1.98 | 1.08 | 0.98 | 0.98 | 0.98 | 1.00 | 1.03 | 1.03 | 1.05 | 1.03 | 1.00 | 0.98 | 0.96 | 0.97 |  |  |
| I-495 | MD-414/ST BARNABAS RD/EXIT 4 | 2.26 | 0.97 | 0.97 | 0.96 | 0.94 | 0.90 | 0.91 | 1.15 | 2.26 | 2.19 | 1.14 | 0.97 | 0.95 | 0.95 | 0.95 | 0.95 | 0.97 | 0.99 | 1.01 | 1.00 | 0.97 | 0.95 | 0.95 | 0.94 | 0.94 |
| I-495 | MD-414/ST BARNABAS RD/EXIT 4 | 0.66 | 0.97 | 0.97 | 0.96 | 0.93 | 0.89 | 0.92 | 1.60 | 3.82 | 2.88 | 1.18 | 1.11 | 0.96 | 1.03 | 0.96 | 0.97 | 0.99 | 1.02 | 1.04 | 1.01 | 0.95 | 0.94 | 0.95 | 0.94 |  |
| I-495 | MD-210/EXIT 3 | 0.47 | 0.97 | 0.97 | 0.97 | 0.95 | 0.91 | 0.94 | 1.51 | 3.95 | 3.18 | 1.24 | 1.18 | 1.03 | 1.07 | 0.97 | 0.99 | 1.00 | 1.01 | 1.05 | 1.02 | 0.98 | 0.98 | 0.96 | 0.97 |  |
| I-495 | MD-210/EXIT 3 | 1.07 | 1.00 | 1.02 | 1.00 | 0.98 | 0.93 | 1.02 | 1.51 | 3.42 | 3.73 | 1.30 | 1.03 | 1.08 | 1.08 | 1.00 | 1.01 | 1.11 | 1.08 | 1.04 | 1.00 | 0.99 | 0.98 | 0.97 |  |  |
| I-495 | I-295 | 0.56 | 1.08 | 1.01 | 0.98 | 0.94 | 0.92 | 1.09 | 1.90 | 4.62 | 4.17 | 1.41 | 0.98 | 0.98 | 0.98 | 0.99 | 0.99 | 1.06 | 1.51 | 1.51 | 1.12 | 0.98 | 0.96 | 0.97 |  |  |
| I-495 | I-295 | 0.63 | 1.01 | 1.03 | 0.97 | 0.94 | 0.91 | 1.04 | 1.50 | 2.35 | 2.33 | 1.24 | 0.97 | 0.98 | 0.99 | 1.04 | 1.01 | 1.01 | 1.19 | 1.59 | 1.49 | 1.11 | 1.01 | 0.99 | 0.99 |  |
| I-495 | WOODROW WILSON MEMORIAL BRIDGE | 0.23 | 0.94 | 0.97 | 0.93 | 0.91 | 0.89 | 0.91 | 1.15 | 1.25 | 1.29 | 1.09 | 0.94 | 0.94 | 0.94 | 1.00 | 0.98 | 1.01 | 1.08 | 1.21 | 1.13 | 1.02 | 0.99 | 0.95 | 0.94 | 0.93 |
| I-495 | WOODROW WILSON MEMORIAL BRIDGE | 1.14 | 0.94 | 0.96 | 0.92 | 0.91 | 0.89 | 0.90 | 1.16 | 1.16 | 1.04 | 0.98 | 1.02 | 1.01 | 1.00 | 1.01 | 1.08 | 1.21 | 1.13 | 1.02 | 0.97 | 0.95 | 0.93 | 0.93 |  |  |
| I-495 | AMERICAN LEGION BRIDGE | 0.15 | 0.94 | 0.95 | 0.94 | 0.95 | 0.91 | 0.98 | 1.05 | 1.16 | 1.16 | 1.04 | 0.98 | 1.02 | 1.01 | 1.41 | 1.55 | 2.32 | 3.33 | 2.91 | 3.95 | 4.04 | 3.31 | 1.02 | 0.96 | 0.94 |
| I-495 | CLARA BARTON PKWY/EXIT 41 | 0.10 | 0.94 | 0.95 | 0.95 | 0.95 | 0.91 | 0.91 | 0.98 | 1.05 | 1.13 | 1.20 | 1.47 | 1.41 | 1.50 | 1.99 | 2.97 | 2.58 | 3.59 | 3.72 | 2.97 | 1.55 | 0.96 | 0.95 | 0.93 | 0.94 |
| I-495 | CLARA BARTON PKWY/EXIT 41 | 0.20 | 0.94 | 0.95 | 0.96 | 0.96 | 0.92 | 0.92 | 0.99 | 1.06 | 1.13 | 1.19 | 1.43 | 1.41 | 1.45 | 1.83 | 2.68 | 2.20 | 3.31 | 3.41 | 2.61 | 1.45 | 0.97 | 0.95 | 0.93 | 0.94 |
| I-495 | CABIN JOHN PKWY/EXIT 40 | 1.38 | 0.93 | 0.95 | 0.96 | 0.95 | 0.91 | 0.96 | 1.01 | 1.05 | 1.06 | 1.18 | 1.25 | 1.02 | 1.36 | 1.11 | 1.92 | 2.50 | 1.84 | 1.58 | 1.23 | 0.95 | 0.93 | 0.92 | 0.92 |  |
| I-495 | CABIN JOHN PKWY/EXIT 40 | 0.40 | 0.95 | 0.96 | 0.97 | 0.96 | 0.92 | 0.93 | 0.96 | 0.98 | 1.06 | 1.06 | 1.06 | 1.04 | 1.80 | 2.24 | 2.66 | 2.65 | 4.40 | 4.37 | 3.27 | 1.57 | 0.93 | 0.92 | 0.92 |  |
| I-495 | MD-190/RIVER RD/EXIT 39 | 0.05 | 0.96 | 0.97 | 0.98 | 0.97 | 0.94 | 0.98 | 0.99 | 1.00 | 1.03 | 1.07 | 1.09 | 1.89 | 2.16 | 1.50 | 2.45 | 3.73 | 3.78 | 2.91 | 1.39 | 0.97 | 0.93 | 0.92 |  |  |
| I-495 | MD-190/RIVER RD/EXIT 39 | 0.23 | 0.95 | 0.96 | 0.98 | 0.97 | 0.95 | 0.97 | 1.00 | 1.01 | 1.04 | 1.06 | 1.39 | 2.12 | 2.47 | 2.29 | 3.44 | 3.51 | 2.66 | 1.46 | 0.93 | 0.93 | 0.92 |  |  |  |
| I-495 | I-270 SPUR | 1.23 | 0.95 | 0.98 | 0.99 | 0.97 | 0.93 | 0.95 | 0.99 | 1.03 | 1.01 | 1.01 | 1.11 | 1.28 | 1.34 | 1.14 | 2.17 | 2.17 | 1.27 | 1.05 | 0.93 | 0.94 |  |  |  |  |
| I-495 | I-270 SPUR | 0.38 | 0.98 | 0.99 | 0.99 | 0.97 | 0.95 | 0.92 | 0.96 | 0.97 | 0.99 | 1.01 | 1.01 | 1.11 | 1.08 | 1.02 | 1.09 | 1.04 | 1.06 | 0.95 | 0.94 | 0.94 |  |  |  |  |
| I-495 | MD-187/OLD GEORGETOWN RD/EXIT 36 | 1.48 | 0.96 | 0.98 | 1.00 | 0.96 | 0.93 | 0.97 | 0.96 | 0.97 | 0.96 | 0.95 | 0.96 | 0.95 | 0.98 | 1.10 | 1.11 | 0.97 | 1.06 | 1.03 | 0.95 | 0.94 |  |  |  |  |
| I-495 | MD-187/OLD GEORGETOWN RD/EXIT 36 | 0.40 | 0.94 | 0.96 | 0.97 | 0.96 | 0.93 | 0.96 | 0.94 | 1.05 | 1.02 | 0.93 | 0.93 | 0.93 | 0.97 | 1.41 | 2.67 | 2.16 | 1.42 | 1.55 | 1.14 | 0.94 | 0.93 | 0.93 |  |  |
| I-495 | I-270/EXIT 35 | 0.43 | 0.96 | 0.97 | 0.98 | 0.99 | 0.93 | 0.93 | 1.00 | 1.32 | 1.16 | 0.98 | 0.98 | 0.98 | 1.14 | 1.43 | 3.29 | 3.57 | 2.02 | 2.11 | 1.00 | 0.93 | 0.93 | 0.93 |  |  |
| I-495 | I-270/EXIT 35 | 0.25 | 0.96 | 0.97 | 0.98 | 0.97 | 0.97 | 0.98 | 1.13 | 1.62 | 1.92 | 1.01 | 1.01 | 1.01 | 1.24 | 1.46 | 3.10 | 3.95 | 2.74 | 2.39 | 1.35 | 1.04 | 0.93 |  |  |  |
| | **Weighted TTI** | **41.91** | 0.96 | 0.98 | 0.97 | 0.95 | 0.92 | 0.92 | 1.05 | 1.45 | 1.58 | 1.18 | 1.03 | 1.00 | 1.02 | 1.11 | 1.29 | 1.59 | 1.88 | 1.91 | 1.50 | 1.17 | 0.98 | 0.96 | 0.96 | 0.97 |

**Travel time index for I-270 and I-270 SPUR using INRIX data - Southbound**
**2017 (Every Tuesday, Wednesday, and Thursday)**

| Road | Segment | Miles | 12:00 AM | 1:00 AM | 2:00 AM | 3:00 AM | 4:00 AM | 5:00 AM | 6:00 AM | 7:00 AM | 8:00 AM | 9:00 AM | 10:00 AM | 11:00 AM | 12:00 PM | 1:00 PM | 2:00 PM | 3:00 PM | 4:00 PM | 5:00 PM | 6:00 PM | 7:00 PM | 8:00 PM | 9:00 PM | 10:00 PM | 11:00 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I-270 | I-70/US-40 | 0.69 | 1.00 | 1.05 | 1.03 | 0.98 | 0.97 | 1.16 | 1.02 | 1.02 | 1.11 | 1.00 | 0.99 | 0.96 | 0.97 | 1.00 | 1.02 | 0.99 | 0.97 | 0.97 | 0.98 | 0.97 | 0.97 | 0.99 | 1.00 | 0.98 |
| I-270 | MD-85/EXIT 31 | 0.94 | 0.99 | 1.00 | 0.98 | 0.95 | 0.92 | 1.40 | 1.02 | 1.07 | 1.13 | 1.01 | 0.96 | 0.96 | 0.96 | 0.99 | 1.04 | 1.02 | 0.99 | 0.98 | 1.00 | 0.96 | 0.97 | 0.98 | 0.98 | 0.98 |
| I-270 | MD-85/EXIT 31 | 0.48 | 1.00 | 0.99 | 0.98 | 0.95 | 0.92 | 1.40 | 1.05 | 1.05 | 1.03 | 1.01 | 0.99 | 0.98 | 0.98 | 1.01 | 1.04 | 1.07 | 1.03 | 1.02 | 1.06 | 0.98 | 0.99 | 0.99 | 1.00 | 0.99 |
| I-270 | MD-80/EXIT 26 | 4.84 | 1.01 | 1.01 | 0.99 | 0.96 | 0.92 | 1.36 | 1.89 | 1.54 | 1.21 | 1.07 | 0.98 | 0.96 | 0.95 | 1.03 | 1.03 | 1.01 | 0.99 | 1.01 | 1.00 | 0.99 | 1.02 | 1.02 | 1.00 | 1.00 |
| I-270 | MD-80/EXIT 26 | 0.16 | 1.03 | 1.02 | 1.00 | 0.97 | 0.95 | 1.67 | 2.89 | 2.22 | 1.66 | 1.21 | 1.07 | 1.03 | 1.02 | 1.01 | 1.01 | 1.02 | 1.01 | 1.05 | 1.05 | 1.06 | 1.04 | 1.02 | 1.01 | |
| I-270 | MD-109/EXIT 22 | 3.55 | 1.01 | 1.01 | 0.98 | 0.95 | 0.95 | 1.51 | 2.18 | 1.66 | 1.44 | 1.20 | 1.17 | 1.15 | 1.13 | 1.01 | 1.10 | 1.10 | 1.04 | 1.03 | 1.06 | 0.99 | 0.99 | 0.98 | 0.98 | |
| I-270 | MD-109/EXIT 22 | 0.17 | 1.02 | 1.04 | 0.99 | 0.96 | 0.99 | 1.51 | 2.28 | 1.92 | 1.66 | 1.31 | 1.19 | 1.10 | 1.05 | 1.03 | 1.03 | 1.01 | 1.03 | 1.07 | 1.03 | 0.99 | 1.06 | 1.02 | 0.98 | |
| I-270 | MD-121 | 3.47 | 0.99 | 0.99 | 0.98 | 0.95 | 0.93 | 1.07 | 1.25 | 1.21 | 1.18 | 1.11 | 1.03 | 0.98 | 0.98 | 0.97 | 0.96 | 0.95 | 0.96 | 0.96 | 0.96 | 0.97 | 1.06 | 1.04 | 0.98 | |
| I-270 | MD-121 | 0.45 | 1.02 | 1.05 | 1.04 | 0.98 | 0.93 | 0.96 | 1.02 | 1.22 | 1.36 | 1.12 | 0.98 | 0.95 | 0.95 | 0.95 | 0.96 | 0.95 | 0.96 | 0.97 | 0.98 | 1.01 | 1.01 | 1.00 | | |
| I-270 | FATHER HURLEY BLVD/EXIT 16 | 2.01 | 1.01 | 1.01 | 1.00 | 0.97 | 0.93 | 0.94 | 1.20 | 1.64 | 1.85 | 1.34 | 1.00 | 0.95 | 0.95 | 0.95 | 0.94 | 0.95 | 0.95 | 0.97 | 0.98 | 0.99 | 0.99 | 0.99 | | |
| I-270 | FATHER HURLEY BLVD/EXIT 16 | 0.72 | 1.01 | 1.01 | 1.01 | 0.98 | 0.93 | 0.96 | 1.87 | 2.97 | 3.14 | 1.86 | 1.10 | 0.95 | 0.95 | 0.96 | 0.95 | 0.95 | 0.96 | 0.97 | 0.98 | 0.99 | 0.99 | 1.01 | | |
| I-270 | MD-118/EXIT 15 | 0.35 | 1.01 | 1.01 | 1.00 | 0.98 | 0.93 | 0.96 | 1.86 | 2.96 | 3.03 | 1.81 | 1.16 | 0.96 | 0.96 | 0.96 | 0.96 | 0.96 | 0.96 | 0.98 | 0.98 | 0.99 | 0.99 | 1.00 | | |
| I-270 | MD-118/EXIT 15 | 0.62 | 1.00 | 1.00 | 1.00 | 0.98 | 0.93 | 0.97 | 1.86 | 2.92 | 2.97 | 1.66 | 1.24 | 0.96 | 0.96 | 0.96 | 0.95 | 0.98 | 0.98 | 0.99 | 0.99 | 0.99 | 1.00 | | | |
| I-270 | MIDDLEBROOK RD/EXIT 13 | 0.49 | 0.99 | 0.99 | 1.00 | 0.97 | 0.93 | 0.95 | 1.60 | 2.30 | 2.27 | 1.56 | 1.21 | 0.98 | 0.96 | 0.96 | 0.97 | 1.00 | 1.01 | 0.99 | 0.98 | 0.98 | 0.98 | 0.98 | | |
| I-270 | MIDDLEBROOK RD/EXIT 13 | 0.28 | 1.00 | 0.99 | 0.99 | 0.97 | 0.93 | 0.95 | 1.47 | 2.05 | 2.00 | 1.38 | 1.17 | 0.98 | 0.95 | 0.95 | 0.95 | 0.98 | 1.00 | 0.98 | 0.98 | 0.98 | 0.98 | | | |
| I-270 | MD-124/QUINCE ORCHARD RD/EXIT 11 | 1.93 | 1.00 | 1.00 | 1.00 | 0.97 | 0.92 | 0.94 | 1.46 | 2.06 | 1.98 | 1.35 | 1.09 | 0.97 | 0.95 | 0.95 | 1.00 | 0.94 | 0.96 | 1.00 | 0.96 | 0.97 | 0.98 | 0.98 | | |
| I-270 | MD-124/QUINCE ORCHARD RD/EXIT 11 | 0.31 | 1.00 | 1.00 | 1.00 | 0.98 | 0.92 | 0.95 | 1.58 | 2.25 | 2.18 | 1.44 | 1.00 | 0.95 | 0.95 | 0.95 | 1.04 | 0.95 | 0.96 | 0.98 | 0.98 | 0.97 | 0.98 | 0.98 | | |
| I-270 | MD-117/EXIT 10 | 0.58 | 1.00 | 1.00 | 0.99 | 0.97 | 0.92 | 0.96 | 1.42 | 1.93 | 1.89 | 1.35 | 1.00 | 0.98 | 0.98 | 0.97 | 1.00 | 0.96 | 0.97 | 0.98 | 0.97 | 0.97 | 0.99 | 0.99 | | |
| I-270 | MD-117/EXIT 10 | 0.28 | 0.99 | 0.99 | 0.99 | 0.97 | 0.91 | 0.94 | 1.26 | 1.67 | 1.62 | 1.22 | 0.97 | 0.96 | 0.96 | 0.95 | 0.95 | 0.97 | 0.97 | 0.96 | 0.97 | 0.98 | 0.98 | | | |
| I-270 | I-370/SAM EIG HWY/EXIT 9 | 0.71 | 0.99 | 0.99 | 0.99 | 0.97 | 0.91 | 0.93 | 1.16 | 1.54 | 1.46 | 1.15 | 0.96 | 0.95 | 0.95 | 0.95 | 0.96 | 0.97 | 0.96 | 0.97 | 0.97 | 0.98 | 0.98 | | | |
| I-270 | I-370/SAM EIG HWY/EXIT 9 | 0.60 | 1.00 | 1.00 | 1.00 | 0.98 | 0.92 | 0.92 | 1.08 | 1.87 | 1.78 | 1.20 | 0.97 | 0.95 | 0.95 | 0.96 | 0.95 | 0.96 | 0.96 | 0.96 | 0.98 | 0.98 | 0.99 | | | |
| I-270 | SHADY GROVE RD/EXIT 8 | 0.90 | 1.00 | 1.01 | 1.01 | 0.98 | 0.93 | 0.92 | 1.12 | 2.96 | 3.08 | 1.82 | 1.03 | 0.96 | 0.96 | 0.95 | 0.95 | 0.96 | 0.96 | 0.97 | 0.99 | 1.00 | 1.00 | | | |
| I-270 | SHADY GROVE RD/EXIT 8 | 0.01 | 1.01 | 1.01 | 1.01 | 0.99 | 0.95 | 0.93 | 1.16 | 2.76 | 2.94 | 1.92 | 1.08 | 0.97 | 0.96 | 0.96 | 0.97 | 0.97 | 0.98 | 0.99 | 1.00 | 1.00 | | | | |
| I-270 | MD-28/MONTGOMERY AVE/EXIT 6 | 1.87 | 1.00 | 1.00 | 1.01 | 0.98 | 0.94 | 0.92 | 1.22 | 3.02 | 3.27 | 2.25 | 1.20 | 0.97 | 0.96 | 0.95 | 0.95 | 0.96 | 0.96 | 0.97 | 0.98 | 0.99 | 0.99 | | | |
| I-270 | MD-28/MONTGOMERY AVE/EXIT 6 | 0.01 | 0.99 | 1.00 | 1.00 | 0.97 | 0.93 | 0.92 | 1.22 | 2.19 | 2.27 | 1.63 | 1.16 | 0.97 | 0.97 | 0.96 | 0.96 | 0.96 | 0.96 | 0.97 | 0.98 | 0.98 | 0.99 | | | |
| I-270 | MD-189/FALLS RD/EXIT 5 | 0.78 | 1.01 | 1.01 | 1.01 | 0.99 | 0.94 | 0.93 | 1.20 | 2.07 | 2.19 | 1.68 | 1.15 | 0.97 | 0.96 | 0.96 | 0.97 | 0.97 | 0.97 | 1.00 | 1.00 | 1.00 | | | | |
| I-270 | MD-189/FALLS RD/EXIT 5 | 0.58 | 1.00 | 1.00 | 1.01 | 0.98 | 0.94 | 0.93 | 1.27 | 2.30 | 2.46 | 1.85 | 1.24 | 1.00 | 0.96 | 0.95 | 0.94 | 0.95 | 0.96 | 0.98 | 0.99 | 0.99 | | | | |
| I-270 | MONTROSE RD/EXIT 4 | 0.64 | 1.00 | 1.00 | 1.01 | 0.98 | 0.94 | 0.93 | 1.39 | 2.63 | 2.76 | 2.16 | 1.38 | 1.03 | 0.96 | 0.95 | 0.94 | 0.95 | 0.96 | 0.96 | 0.99 | 0.99 | | | | |
| I-270 | MONTROSE RD/EXIT 4 | 0.91 | 0.99 | 0.99 | 1.00 | 0.97 | 0.93 | 0.92 | 1.34 | 2.10 | 2.14 | 1.73 | 1.26 | 1.03 | 0.96 | 0.95 | 0.95 | 0.95 | 0.97 | 0.98 | 0.98 | | | | | |
| I-270 | I-270 (SPUR) | 1.17 | 0.99 | 1.00 | 1.00 | 0.98 | 0.94 | 0.92 | 1.22 | 1.49 | 1.55 | 1.32 | 1.11 | 0.99 | 0.96 | 0.95 | 0.95 | 0.96 | 0.96 | 0.95 | 0.96 | 0.97 | 0.97 | | | |
| I-270 | MD-187/OLD GEORGETOWN RD/EXIT 1 | 0.24 | 1.02 | 1.02 | 1.01 | 1.00 | 0.96 | 0.92 | 0.99 | 1.06 | 1.10 | 1.06 | 1.00 | 0.96 | 0.96 | 0.96 | 0.96 | 0.96 | 0.96 | 0.98 | 0.99 | 1.01 | 1.01 | 1.00 | | |
| I-270 | MD-187/OLD GEORGETOWN RD/EXIT 1 | 0.81 | 1.02 | 1.01 | 1.01 | 1.00 | 0.96 | 0.92 | 0.97 | 1.03 | 1.13 | 1.11 | 1.01 | 0.95 | 0.94 | 0.94 | 0.95 | 0.96 | 1.05 | 1.04 | 0.98 | 0.99 | 1.01 | 1.01 | 1.00 | |
| I-270 | I-495/MD-355 | 1.17 | 0.99 | 0.99 | 1.00 | 0.97 | 0.94 | 0.90 | 0.95 | 1.04 | 1.27 | 1.08 | 0.96 | 0.94 | 0.94 | 0.96 | 1.02 | 1.12 | 1.90 | 1.42 | 0.97 | 0.96 | 0.99 | 0.98 | 0.97 | |
| I-270 | I-495/MD-355 | 0.26 | 0.99 | 0.98 | 1.01 | 0.96 | 0.92 | 0.90 | 0.95 | 1.09 | 1.35 | 1.20 | 1.02 | 1.01 | 1.04 | 1.08 | 1.33 | 1.88 | 2.34 | 2.57 | 1.21 | 1.02 | 1.05 | 1.03 | 0.98 | |
| I-270-SPUR | I-270 | 0.22 | 0.99 | 1.00 | 1.00 | 0.97 | 0.94 | 0.95 | 1.75 | 2.35 | 2.59 | 2.15 | 1.47 | 1.07 | 1.00 | 0.99 | 1.01 | 1.05 | 1.06 | 1.08 | 1.06 | 0.98 | 0.99 | 0.99 | 1.01 | |
| I-270-SPUR | DEMOCRACY BLVD | 0.55 | 0.99 | 1.00 | 1.00 | 0.97 | 0.94 | 0.96 | 1.42 | 1.97 | 2.19 | 1.41 | 1.06 | 0.99 | 0.98 | 0.96 | 1.01 | 1.16 | 1.21 | 1.23 | 1.16 | 1.00 | 0.99 | 0.99 | 0.98 | |
| I-270-SPUR | DEMOCRACY BLVD | 0.52 | 0.99 | 0.99 | 1.00 | 0.96 | 0.93 | 0.95 | 1.17 | 1.69 | 2.04 | 2.38 | 1.73 | 1.17 | 0.99 | 0.96 | 1.05 | 1.88 | 3.30 | 4.21 | 2.50 | 1.11 | 0.99 | 0.97 | | |
| I-270-SPUR | I-495 | 0.79 | 0.99 | 0.99 | 0.99 | 0.97 | 0.93 | 0.96 | 1.21 | 1.78 | 2.16 | 2.65 | 1.85 | 1.26 | 1.01 | 1.00 | 1.17 | 2.49 | 5.39 | 6.08 | 3.70 | 1.36 | 0.99 | 0.99 | 1.00 | 0.98 |
| | **Weighted TTI** | 35.05 | 1.00 | 1.00 | 1.00 | 0.97 | 0.93 | 1.09 | 1.46 | 1.78 | 1.78 | 1.41 | 1.11 | 1.00 | 0.98 | 0.98 | 0.99 | 1.04 | 1.12 | 1.20 | 1.10 | 1.00 | 0.99 | 1.01 | 1.00 | 0.99 |
| | **Weighted Average TTI Both Directions** | 70.11 | 1.00 | 1.00 | 1.00 | 0.99 | 0.97 | 1.04 | 1.21 | 1.37 | 1.37 | 1.19 | 1.05 | 1.00 | 1.00 | 1.00 | 1.03 | 1.18 | 1.34 | 1.50 | 1.33 | 1.06 | 1.00 | 1.01 | 1.01 | 1.00 |
| | **Max Observed TTI Both Directions** | | 1.10 | 1.06 | 1.12 | 1.16 | 1.20 | 1.67 | 2.89 | 3.02 | 3.27 | 2.65 | 1.85 | 1.26 | 1.13 | 1.14 | 1.41 | 2.77 | 5.39 | 6.08 | 3.70 | 1.79 | 1.06 | 1.19 | 1.18 | 1.14 |

Daily Avg 1.11

00004384

**Travel time index for I-270 and I-270 SPUR using INRIX data - Northbound**
2017 (Every Tuesday, Wednesday, and Thursday)

| Road | Segment | Miles | 12:00 AM | 1:00 AM | 2:00 AM | 3:00 AM | 4:00 AM | 5:00 AM | 6:00 AM | 7:00 AM | 8:00 AM | 9:00 AM | 10:00 AM | 11:00 AM | 12:00 PM | 1:00 PM | 2:00 PM | 3:00 PM | 4:00 PM | 5:00 PM | 6:00 PM | 7:00 PM | 8:00 PM | 9:00 PM | 10:00 PM | 11:00 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I-270 | I-495/MD-355 | 0.20 | 0.99 | 0.99 | 0.99 | 0.99 | 0.99 | 0.97 | 1.00 | 1.03 | 1.07 | 1.06 | 1.02 | 1.01 | 1.02 | 1.08 | 1.03 | 1.12 | 1.83 | 2.43 | 1.74 | 1.07 | 1.03 | 1.03 | 1.03 | 1.02 |
| I-270 | MD-187/OLD GEORGETOWN RD/EXIT 1 | 1.18 | 0.98 | 0.98 | 0.98 | 0.99 | 0.97 | 0.96 | 0.97 | 0.98 | 0.99 | 0.99 | 0.97 | 0.97 | 0.97 | 0.97 | 0.97 | 1.03 | 1.59 | 2.08 | 1.63 | 1.00 | 0.98 | 0.99 | 0.98 | 1.00 |
| I-270 | MD-187/OLD GEORGETOWN RD/EXIT 1 | 0.77 | 0.98 | 0.98 | 1.00 | 0.99 | 0.98 | 0.96 | 0.97 | 0.99 | 0.97 | 0.98 | 0.96 | 0.95 | 0.95 | 0.95 | 0.96 | 1.10 | 2.12 | 2.77 | 2.14 | 1.02 | 0.98 | 0.98 | 0.98 | 0.98 |
| I-270 | I-270 (SPUR) | 0.06 | 0.98 | 0.98 | 0.99 | 0.99 | 0.97 | 0.95 | 0.97 | 0.98 | 0.97 | 0.98 | 0.96 | 0.96 | 0.96 | 0.96 | 0.97 | 1.24 | 2.57 | 3.28 | 2.56 | 1.06 | 0.98 | 0.99 | 0.99 | 0.98 |
| I-270 | MONTROSE RD/EXIT 4 | 1.34 | 0.99 | 0.99 | 0.99 | 0.99 | 1.00 | 0.98 | 0.97 | 0.96 | 0.96 | 0.97 | 0.98 | 0.99 | 0.98 | 0.98 | 0.98 | 1.21 | 1.83 | 2.11 | 1.85 | 1.11 | 1.00 | 0.98 | 0.98 | 0.98 |
| I-270 | MONTROSE RD/EXIT 4 | 0.96 | 1.00 | 1.00 | 1.01 | 1.01 | 1.01 | 1.00 | 0.98 | 0.96 | 0.95 | 0.95 | 0.96 | 0.96 | 0.97 | 0.96 | 0.99 | 1.10 | 1.32 | 1.47 | 1.35 | 1.04 | 0.98 | 0.98 | 0.98 | 0.99 |
| I-270 | MD-189/FALLS RD/EXIT 5 | 0.61 | 1.00 | 1.01 | 1.01 | 1.02 | 1.01 | 0.99 | 0.97 | 0.96 | 0.96 | 0.97 | 0.98 | 0.97 | 0.98 | 0.97 | 1.04 | 1.13 | 1.24 | 1.20 | 1.03 | 0.98 | 0.99 | 0.98 | 0.99 | 0.99 |
| I-270 | MD-189/FALLS RD/EXIT 5 | 0.58 | 1.01 | 1.01 | 1.01 | 1.02 | 1.00 | 0.99 | 0.96 | 0.95 | 0.96 | 0.97 | 0.97 | 0.97 | 0.97 | 0.96 | 0.98 | 1.02 | 1.10 | 1.25 | 1.21 | 1.02 | 0.98 | 0.98 | 0.98 | 0.98 |
| I-270 | MD-28/MONTGOMERY AVE/EXIT 6 | 0.77 | 0.99 | 0.99 | 1.00 | 1.00 | 0.99 | 0.98 | 0.96 | 0.96 | 0.96 | 0.97 | 0.97 | 0.96 | 0.96 | 0.97 | 1.03 | 1.13 | 1.40 | 1.28 | 1.02 | 0.97 | 0.97 | 0.97 | 0.98 | 0.98 |
| I-270 | MD-28/MONTGOMERY AVE/EXIT 6 | 0.01 | 0.97 | 0.97 | 0.98 | 0.98 | 0.97 | 0.96 | 0.95 | 0.95 | 0.95 | 0.96 | 0.95 | 0.95 | 0.95 | 0.95 | 1.01 | 1.09 | 1.24 | 1.24 | 1.00 | 0.96 | 0.96 | 0.96 | 0.96 | 0.96 |
| I-270 | SHADY GROVE RD/EXIT 8 | 1.90 | 1.10 | 1.06 | 1.12 | 1.16 | 1.20 | 1.11 | 1.10 | 1.06 | 0.97 | 0.97 | 0.97 | 1.04 | 1.03 | 1.09 | 1.00 | 1.01 | 1.14 | 1.64 | 1.57 | 1.06 | 1.03 | 1.04 | 1.06 | 1.14 |
| I-270 | SHADY GROVE RD/EXIT 8 | 0.01 | 1.00 | 1.00 | 1.01 | 1.01 | 1.01 | 1.00 | 0.99 | 0.97 | 0.96 | 0.96 | 0.97 | 0.97 | 0.99 | 1.08 | 1.12 | 0.96 | 1.00 | 1.31 | 2.36 | 2.29 | 1.17 | 0.97 | 0.98 | 0.98 |
| I-270 | MD-117/EXIT 10 | 1.50 | 1.00 | 1.00 | 1.01 | 1.01 | 1.01 | 1.00 | 0.97 | 0.96 | 0.95 | 0.96 | 0.96 | 1.02 | 1.08 | 1.09 | 0.98 | 1.07 | 1.55 | 2.45 | 2.26 | 1.20 | 0.98 | 0.98 | 0.98 | 0.98 |
| I-270 | MD-117/EXIT 10 | 0.01 | 0.98 | 1.00 | 1.00 | 1.00 | 0.99 | 0.98 | 0.97 | 0.96 | 0.95 | 0.96 | 0.97 | 0.97 | 0.95 | 0.97 | 1.21 | 1.88 | 2.43 | 2.22 | 1.23 | 0.97 | 0.97 | 0.97 | 0.97 | 0.97 |
| I-270 | MD-124/QUINCE ORCHARD RD/EXIT 11 | 0.62 | 0.99 | 0.99 | 1.00 | 1.00 | 1.00 | 0.99 | 0.97 | 0.95 | 0.95 | 0.95 | 0.98 | 0.98 | 0.96 | 0.95 | 0.99 | 1.33 | 2.12 | 2.58 | 2.37 | 1.30 | 0.97 | 0.97 | 0.97 | 0.98 |
| I-270 | MD-124/QUINCE ORCHARD RD/EXIT 11 | 0.01 | 0.99 | 0.99 | 1.01 | 1.00 | 1.00 | 0.99 | 0.97 | 0.95 | 0.95 | 0.95 | 0.99 | 0.99 | 0.95 | 0.95 | 0.98 | 1.44 | 2.29 | 2.66 | 2.44 | 1.36 | 0.98 | 0.98 | 0.98 | 0.98 |
| I-270 | MIDDLEBROOK RD/EXIT 13 | 2.28 | 0.98 | 0.99 | 1.00 | 1.00 | 1.00 | 0.98 | 0.96 | 0.94 | 0.95 | 0.95 | 0.98 | 0.97 | 0.95 | 0.95 | 0.97 | 1.29 | 1.75 | 1.95 | 1.74 | 1.21 | 0.99 | 0.97 | 0.97 | 0.97 |
| I-270 | MIDDLEBROOK RD/EXIT 13 | 0.23 | 0.98 | 0.99 | 1.00 | 1.00 | 1.00 | 0.98 | 0.96 | 0.94 | 0.95 | 0.95 | 0.95 | 0.95 | 0.94 | 0.95 | 1.09 | 1.31 | 1.40 | 1.18 | 1.03 | 0.98 | 0.98 | 0.97 | 0.97 | 0.97 |
| I-270 | MD-118/EXIT 15 | 0.46 | 0.99 | 1.00 | 1.01 | 1.00 | 1.00 | 0.99 | 0.96 | 0.95 | 0.95 | 0.96 | 0.96 | 0.96 | 0.95 | 0.95 | 0.97 | 1.12 | 1.35 | 1.47 | 1.19 | 1.02 | 0.98 | 0.98 | 0.97 | 0.98 |
| I-270 | MD-118/EXIT 15 | 0.65 | 0.99 | 1.00 | 1.01 | 1.01 | 1.01 | 1.02 | 0.99 | 0.96 | 0.95 | 0.96 | 0.96 | 0.96 | 0.96 | 0.95 | 1.16 | 1.39 | 1.53 | 1.18 | 1.02 | 0.99 | 0.98 | 0.98 | 0.98 | 0.98 |
| I-270 | FATHER HURLEY BLVD/EXIT 16 | 0.28 | 1.00 | 1.00 | 1.02 | 1.01 | 1.00 | 0.99 | 0.96 | 0.94 | 0.95 | 0.96 | 0.97 | 0.96 | 0.96 | 0.96 | 1.01 | 1.31 | 1.52 | 1.66 | 1.19 | 1.01 | 1.00 | 0.98 | 0.98 | 0.98 |
| I-270 | FATHER HURLEY BLVD/EXIT 16 | 0.64 | 0.99 | 1.00 | 1.01 | 1.00 | 1.00 | 0.99 | 0.96 | 0.95 | 0.94 | 0.96 | 0.99 | 0.99 | 0.99 | 1.00 | 1.08 | 1.66 | 1.87 | 2.02 | 1.32 | 1.03 | 1.02 | 0.99 | 0.99 | 0.98 |
| I-270 | MD-121 | 0.18 | 1.01 | 1.00 | 1.01 | 1.02 | 1.03 | 0.99 | 0.96 | 0.94 | 0.95 | 1.05 | 1.04 | 1.08 | 1.14 | 1.08 | 1.41 | 1.97 | 2.92 | 3.06 | 2.22 | 1.24 | 1.02 | 1.16 | 1.13 | 1.02 |
| I-270 | MD-109/EXIT 22 | 3.87 | 0.98 | 0.98 | 0.98 | 0.98 | 0.97 | 0.96 | 0.96 | 0.97 | 0.97 | 1.03 | 1.04 | 1.05 | 1.05 | 1.07 | 1.16 | 1.50 | 1.61 | 1.69 | 1.47 | 1.14 | 1.05 | 1.19 | 1.18 | 1.06 |
| I-270 | MD-109/EXIT 22 | 0.17 | 1.00 | 1.00 | 1.01 | 1.00 | 1.00 | 0.98 | 0.97 | 0.94 | 0.95 | 0.96 | 0.98 | 0.98 | 1.04 | 1.14 | 1.22 | 1.23 | 1.16 | 1.06 | 1.02 | 1.02 | 1.02 | 1.01 | 1.01 | 1.01 |
| I-270 | MD-80/EXIT 26 | 3.54 | 1.01 | 1.01 | 1.01 | 1.01 | 1.00 | 0.99 | 0.97 | 0.94 | 0.95 | 0.96 | 1.00 | 0.97 | 1.00 | 1.03 | 1.13 | 1.31 | 1.40 | 1.33 | 1.25 | 1.12 | 1.02 | 1.02 | 1.01 | 1.01 |
| I-270 | MD-80/EXIT 26 | 0.18 | 1.00 | 1.01 | 1.01 | 1.01 | 1.00 | 0.99 | 0.97 | 0.95 | 0.96 | 0.97 | 1.02 | 0.98 | 1.00 | 1.04 | 1.10 | 1.22 | 1.31 | 1.35 | 1.26 | 1.10 | 0.99 | 0.99 | 0.99 | 0.99 |
| I-270 | MD-85/EXIT 31 | 4.71 | 1.02 | 1.01 | 1.00 | 1.00 | 1.00 | 0.99 | 0.99 | 0.96 | 0.95 | 0.99 | 0.99 | 1.00 | 1.02 | 1.01 | 1.18 | 1.17 | 1.25 | 1.14 | 1.04 | 0.99 | 0.98 | 1.03 | 1.02 | 1.02 |
| I-270 | MD-85/EXIT 31 | 0.47 | 1.00 | 1.01 | 1.01 | 1.01 | 1.01 | 0.99 | 0.97 | 0.97 | 0.99 | 1.00 | 1.00 | 0.99 | 1.00 | 0.99 | 1.04 | 1.15 | 1.33 | 1.09 | 1.03 | 1.01 | 1.00 | 1.00 | 0.99 | 0.99 |
| I-270 | I-70/US-40 | 0.50 | 0.99 | 1.01 | 1.01 | 1.01 | 0.99 | 0.99 | 0.96 | 0.94 | 0.95 | 0.96 | 0.97 | 0.97 | 0.97 | 0.97 | 1.03 | 1.21 | 1.37 | 1.05 | 0.98 | 0.98 | 0.98 | 0.97 | 0.97 | 0.97 |
| I-270 | I-70/US-40 | 0.94 | 1.00 | 1.00 | 0.99 | 1.00 | 0.99 | 0.98 | 0.97 | 1.00 | 1.21 | 1.08 | 0.98 | 1.02 | 1.05 | 0.99 | 1.06 | 2.46 | 2.46 | 2.99 | 1.40 | 0.99 | 0.99 | 1.02 | 0.99 | 0.99 |
| I-270-SPUR | DEMOCRACY BLVD | 0.94 | 0.99 | 0.98 | 0.99 | 0.99 | 0.98 | 0.95 | 0.94 | 0.94 | 0.96 | 0.97 | 0.96 | 0.97 | 1.00 | 1.01 | 1.13 | 1.91 | 2.42 | 2.89 | 2.49 | 1.68 | 1.01 | 0.98 | 0.98 | 0.97 |
| I-270-SPUR | DEMOCRACY BLVD | 0.50 | 0.99 | 0.99 | 1.00 | 1.00 | 1.00 | 0.97 | 0.94 | 0.93 | 0.94 | 0.96 | 0.96 | 0.97 | 1.17 | 1.00 | 1.21 | 2.01 | 2.48 | 3.02 | 2.71 | 1.79 | 1.06 | 1.01 | 0.98 | 0.97 |
| I-270-SPUR | I-270 | 0.56 | 0.99 | 1.00 | 1.00 | 1.00 | 1.00 | 0.97 | 0.94 | 0.93 | 0.95 | 0.97 | 0.99 | 0.99 | 0.99 | 1.00 | 1.12 | 1.54 | 1.93 | 2.38 | 2.23 | 1.52 | 1.05 | 1.00 | 0.98 | 0.98 |
| I-270-SPUR | I-270 | 0.31 | 0.99 | 0.99 | 1.00 | 1.01 | 0.99 | 0.97 | 0.94 | 0.93 | 0.95 | 0.96 | 0.97 | 0.98 | 0.98 | 0.98 | 1.05 | 1.30 | 1.67 | 2.01 | 1.91 | 1.33 | 1.03 | 0.99 | 0.97 | 0.97 |
| | **Weighted TTI** | 35.06 | 1.00 | 1.00 | 1.00 | 1.01 | 1.00 | 0.99 | 0.97 | 0.96 | 0.97 | 0.98 | 0.98 | 1.00 | 1.00 | 1.01 | 1.06 | 1.31 | 1.56 | 1.80 | 1.55 | 1.12 | 1.00 | 1.02 | 1.02 | 1.01 |

00004385

**Travel time index for I-270 between I-495/MD-355 and I-70/US-40 and I-270-SPUR using INRIX data - Southbound**
October 2021 (Every Tuesday, Wednesday, and Thursday)

| Road | Segment | Miles | 12:00 AM | 1:00 AM | 2:00 AM | 3:00 AM | 4:00 AM | 5:00 AM | 6:00 AM | 7:00 AM | 8:00 AM | 9:00 AM | 10:00 AM | 11:00 AM | 12:00 PM | 1:00 PM | 2:00 PM | 3:00 PM | 4:00 PM | 5:00 PM | 6:00 PM | 7:00 PM | 8:00 PM | 9:00 PM | 10:00 PM | 11:00 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I-270 | I-70/US-40 | 0.60 | 0.97 | 1.04 | 1.01 | 0.91 | 0.87 | 0.88 | 1.38 | 0.97 | 0.94 | 0.92 | 1.04 | 1.00 | 0.92 | 0.91 | 0.91 | 0.91 | 0.92 | 0.92 | 0.92 | 0.92 | 0.91 | 0.93 | 0.93 | 0.95 |
| I-270 | MD-85/EXIT 31 | 0.98 | 0.97 | 1.01 | 0.98 | 0.92 | 0.88 | 0.98 | 1.88 | 1.14 | 1.13 | 1.05 | 1.22 | 1.11 | 1.00 | 1.00 | 0.98 | 0.98 | 0.99 | 1.00 | 1.00 | 1.00 | 0.97 | 0.97 | 0.95 | 0.98 |
| I-270 | MD-85/EXIT 31 | 0.43 | 0.98 | 1.02 | 0.97 | 0.91 | 0.88 | 0.99 | 1.80 | 1.06 | 1.02 | 1.01 | 1.04 | 1.05 | 1.02 | 1.02 | 1.01 | 1.01 | 1.02 | 1.03 | 1.02 | 1.02 | 0.99 | 0.98 | 0.97 | 0.98 |
| I-270 | MD-80/EXIT 26 | 4.90 | 0.95 | 0.99 | 0.97 | 0.92 | 0.89 | 1.07 | 2.03 | 2.61 | 1.02 | 0.94 | 0.94 | 0.94 | 0.94 | 0.94 | 0.94 | 0.95 | 0.95 | 0.95 | 0.96 | 0.94 | 0.94 | 0.93 | 0.95 | |
| I-270 | MD-80/EXIT 26 | 0.09 | 0.99 | 1.02 | 0.99 | 0.95 | 0.93 | 1.25 | 3.09 | 4.61 | 1.37 | 0.97 | 0.97 | 1.00 | 0.98 | 0.98 | 0.97 | 0.98 | 0.98 | 0.99 | 0.99 | 0.99 | 0.99 | 0.98 | 0.98 | |
| I-270 | MD-109/EXIT 22 | 3.65 | 0.95 | 0.99 | 0.97 | 0.92 | 0.89 | 1.14 | 2.33 | 2.88 | 0.51 | 0.93 | 0.93 | 0.94 | 0.94 | 0.95 | 0.95 | 0.94 | 0.95 | 0.95 | 0.95 | 0.95 | 0.94 | 0.96 | | |
| I-270 | MD-109/EXIT 22 | 0.12 | 0.96 | 0.99 | 0.97 | 0.93 | 0.91 | 1.24 | 2.67 | 3.09 | 2.10 | 1.14 | 0.99 | 0.98 | 0.96 | 0.96 | 0.97 | 0.96 | 0.97 | 0.98 | 0.97 | 0.97 | 0.95 | 0.95 | 0.94 | 0.96 |
| I-270 | MD-121 | 3.48 | 0.96 | 1.00 | 0.97 | 0.92 | 0.89 | 1.06 | 1.35 | 1.44 | 1.32 | 1.05 | 0.99 | 0.98 | 0.99 | 0.96 | 0.96 | 0.96 | 0.97 | 0.98 | 0.98 | 0.97 | 0.96 | 0.95 | 0.93 | 0.95 |
| I-270 | MD-121 | 0.14 | 0.97 | 1.01 | 0.97 | 0.94 | 0.91 | 0.92 | 0.99 | 1.22 | 1.28 | 0.97 | 0.94 | 0.93 | 0.94 | 0.94 | 0.93 | 0.94 | 0.94 | 0.96 | 0.96 | 0.95 | 0.96 | | | |
| I-270 | FATHER HURLEY BLVD/EXIT 16 | 2.34 | 0.97 | 0.97 | 0.98 | 0.95 | 0.92 | 0.92 | 0.92 | 2.04 | 2.53 | 1.09 | 0.94 | 0.94 | 0.94 | 0.95 | 0.94 | 0.95 | 0.95 | 0.95 | 0.95 | 0.95 | 0.95 | 0.96 | 0.96 | |
| I-270 | FATHER HURLEY BLVD/EXIT 16 | 0.63 | 0.96 | 0.99 | 0.96 | 0.94 | 0.90 | 0.91 | 0.99 | 3.33 | 3.91 | 1.39 | 0.94 | 0.94 | 0.94 | 0.94 | 0.95 | 0.94 | 0.95 | 0.95 | 0.95 | 0.94 | 0.94 | 0.96 | | |
| I-270 | MD-118/EXIT 15 | 0.52 | 0.97 | 0.99 | 0.96 | 0.94 | 0.90 | 0.92 | 1.08 | 2.88 | 3.42 | 1.38 | 0.95 | 0.96 | 0.96 | 0.95 | 0.96 | 0.96 | 0.97 | 0.97 | 0.97 | 0.96 | 0.96 | 0.96 | | |
| I-270 | MD-118/EXIT 15 | 0.46 | 0.97 | 0.99 | 0.96 | 0.94 | 0.90 | 0.93 | 1.12 | 2.81 | 3.33 | 1.43 | 0.96 | 0.95 | 0.96 | 0.96 | 0.96 | 0.96 | 0.97 | 0.98 | 0.97 | 0.96 | 0.96 | 0.96 | | |
| I-270 | MIDDLEBROOK RD/EXIT 13 | 0.51 | 0.97 | 0.99 | 0.96 | 0.94 | 0.90 | 0.92 | 1.05 | 2.13 | 2.46 | 1.28 | 0.97 | 0.96 | 0.97 | 0.96 | 0.97 | 0.97 | 0.98 | 1.00 | 0.99 | 0.97 | 0.96 | 0.94 | 0.94 | |
| I-270 | MIDDLEBROOK RD/EXIT 13 | 0.27 | 0.96 | 0.99 | 0.96 | 0.94 | 0.91 | 0.91 | 1.02 | 1.69 | 1.36 | 1.16 | 0.96 | 0.96 | 0.97 | 0.96 | 0.96 | 0.97 | 0.97 | 0.99 | 0.98 | 0.96 | 0.95 | 0.94 | 0.94 | 0.94 |
| I-270 | MD-124/QUINCE ORCHARD RD/EXIT 11 | 1.98 | 0.96 | 0.98 | 0.96 | 0.93 | 0.90 | 0.90 | 1.01 | 1.96 | 2.31 | 1.19 | 0.94 | 0.94 | 0.94 | 0.93 | 0.94 | 0.94 | 0.96 | 0.95 | 0.95 | 0.94 | 0.94 | 0.94 | 0.96 | |
| I-270 | MD-124/QUINCE ORCHARD RD/EXIT 11 | 0.29 | 0.98 | 1.00 | 0.98 | 0.94 | 0.90 | 0.93 | 1.13 | 2.27 | 2.50 | 1.34 | 0.97 | 0.97 | 0.97 | 0.97 | 0.97 | 0.98 | 1.00 | 0.99 | 0.98 | 0.97 | 0.96 | 0.96 | | |
| I-270 | MD-117/EXIT 10 | 0.59 | 0.97 | 1.00 | 0.98 | 0.93 | 0.89 | 0.93 | 1.11 | 1.58 | 1.70 | 1.18 | 0.98 | 0.97 | 0.98 | 0.97 | 0.98 | 0.98 | 0.99 | 1.00 | 1.00 | 0.98 | 0.96 | 0.96 | | |
| I-270 | MD-117/EXIT 10 | 0.26 | 0.97 | 1.00 | 0.98 | 0.93 | 0.88 | 0.92 | 1.06 | 1.40 | 1.49 | 1.11 | 0.96 | 0.96 | 0.97 | 0.96 | 0.97 | 0.97 | 0.98 | 1.00 | 1.00 | 0.98 | 0.96 | 0.96 | | |
| I-270 | I-370/SAM EIG HWY/EXIT 9 | 0.82 | 0.96 | 0.99 | 0.97 | 0.92 | 0.89 | 0.90 | 1.02 | 1.21 | 1.25 | 1.04 | 0.95 | 0.95 | 0.96 | 0.96 | 0.96 | 0.98 | 1.00 | 0.97 | 0.97 | 0.95 | 0.95 | 0.96 | | |
| I-270 | I-370/SAM EIG HWY/EXIT 9 | 0.88 | 0.98 | 1.00 | 0.99 | 0.95 | 0.90 | 0.91 | 0.97 | 1.19 | 1.33 | 1.02 | 0.95 | 0.94 | 0.95 | 0.94 | 0.94 | 0.94 | 0.94 | 0.95 | 0.95 | 0.94 | 0.94 | 0.96 | | |
| I-270 | SHADY GROVE RD/EXIT 8 | 0.22 | 0.98 | 1.00 | 0.98 | 0.95 | 0.91 | 0.91 | 1.01 | 1.51 | 1.68 | 1.11 | 0.96 | 0.96 | 0.96 | 0.95 | 0.94 | 0.95 | 0.96 | 0.97 | 0.97 | 0.96 | 0.96 | | | |
| I-270 | SHADY GROVE RD/EXIT 8 | 0.50 | 1.00 | 1.01 | 0.99 | 0.97 | 0.92 | 0.93 | 1.04 | 1.38 | 2.08 | 1.22 | 0.97 | 0.97 | 0.97 | 0.98 | 0.96 | 0.96 | 0.97 | 0.99 | 0.98 | 0.97 | 0.97 | 0.96 | | |
| I-270 | MD-28/MONTGOMERY AVE/EXIT 6 | 1.34 | 0.98 | 1.00 | 0.99 | 0.96 | 0.92 | 0.92 | 1.02 | 1.57 | 2.28 | 1.16 | 0.96 | 0.95 | 0.95 | 0.95 | 0.95 | 0.96 | 0.94 | 0.95 | 0.95 | 0.96 | 0.96 | 0.97 | | |
| I-270 | MD-28/MONTGOMERY AVE/EXIT 6 | 0.61 | 0.96 | 0.99 | 0.97 | 0.94 | 0.90 | 0.90 | 1.03 | 1.43 | 1.73 | 1.58 | 0.98 | 0.95 | 0.95 | 0.94 | 0.93 | 0.95 | 0.94 | 0.95 | 0.96 | 0.96 | 0.96 | 0.96 | | |
| I-270 | MD-189/FALLS RD/EXIT 5 | 0.52 | 0.98 | 1.01 | 1.00 | 0.96 | 0.91 | 0.92 | 1.04 | 1.14 | 1.34 | 1.42 | 1.09 | 1.00 | 0.97 | 0.97 | 0.96 | 0.96 | 0.95 | 0.96 | 0.97 | 0.96 | 0.96 | 0.96 | | |
| I-270 | MD-189/FALLS RD/EXIT 5 | 0.56 | 0.98 | 1.00 | 0.99 | 0.96 | 0.91 | 0.92 | 1.06 | 1.10 | 1.39 | 1.18 | 1.03 | 0.98 | 0.97 | 0.97 | 0.97 | 0.97 | 0.95 | 0.94 | 0.95 | 0.95 | 0.96 | 0.96 | | |
| I-270 | MONTROSE RD/EXIT 4 | 0.66 | 0.97 | 1.00 | 0.99 | 0.96 | 0.92 | 0.92 | 1.09 | 1.16 | 1.40 | 1.15 | 0.96 | 0.95 | 0.96 | 0.96 | 0.94 | 0.94 | 0.94 | 0.95 | 0.95 | 0.95 | 0.95 | 0.95 | | |
| I-270 | MONTROSE RD/EXIT 4 | 0.92 | 0.98 | 1.01 | 1.00 | 0.97 | 0.93 | 0.93 | 1.10 | 1.17 | 1.23 | 1.06 | 0.97 | 0.97 | 0.96 | 0.96 | 0.96 | 0.96 | 0.96 | 0.96 | 0.96 | 0.95 | 0.95 | 0.95 | | |
| I-270 | I-270 (SPUR) | 0.89 | 0.97 | 0.99 | 0.98 | 0.95 | 0.91 | 0.91 | 0.98 | 1.07 | 1.30 | 1.04 | 0.97 | 0.97 | 0.96 | 0.96 | 0.95 | 0.96 | 0.95 | 0.96 | 0.95 | 0.95 | 0.95 | | | |
| I-270 | I-270-SPUR | 0.53 | 1.01 | 1.04 | 1.03 | 1.02 | 0.93 | 0.92 | 1.08 | 1.20 | 1.05 | 0.98 | 0.98 | 0.98 | 0.98 | 0.99 | 0.98 | 0.99 | 0.99 | 0.98 | 0.99 | | | | | |
| I-270 | MD-187/OLD GEORGETOWN RD/EXIT 1 | 0.50 | 1.02 | 1.06 | 1.04 | 1.04 | 0.93 | 0.92 | 0.98 | 1.07 | 1.06 | 1.02 | 0.96 | 0.96 | 0.95 | 0.95 | 0.96 | 0.96 | 0.97 | 0.97 | 0.97 | 0.97 | | | | |
| I-270 | MD-187/OLD GEORGETOWN RD/EXIT 1 | 0.27 | 1.02 | 1.05 | 1.03 | 1.03 | 1.04 | 0.94 | 0.92 | 0.99 | 1.07 | 1.07 | 1.03 | 0.97 | 0.97 | 0.98 | 0.97 | 0.97 | 0.97 | 1.00 | 1.00 | 0.98 | 0.99 | 0.99 | | |
| I-270 | I-495/MD-355 | 1.18 | 0.98 | 1.03 | 1.01 | 1.01 | 0.91 | 0.90 | 0.96 | 1.04 | 1.17 | 1.08 | 0.95 | 0.95 | 0.95 | 0.96 | 0.95 | 0.93 | 0.94 | 0.94 | | | | | | |
| I-270 | I-495/MD-355 | 0.28 | 1.02 | 1.05 | 1.04 | 1.02 | 0.93 | 0.92 | 1.03 | 1.27 | 1.60 | 1.29 | 1.03 | 1.03 | 1.02 | 1.09 | 1.22 | 1.69 | 1.86 | 1.81 | 1.52 | 1.12 | 1.03 | 0.99 | 0.99 | |
| I-270-SPUI | I-270 | 0.57 | 0.98 | 1.00 | 0.99 | 0.95 | 0.91 | 0.92 | 0.98 | 1.23 | 2.22 | 1.47 | 0.98 | 0.98 | 0.98 | 0.99 | 0.98 | 0.98 | 0.99 | 1.00 | 0.98 | 0.97 | 0.97 | 0.96 | 0.96 | |
| I-270-SPUI | DEMOCRACY BLVD | 0.16 | 0.98 | 0.99 | 0.98 | 0.94 | 0.91 | 0.91 | 0.92 | 1.37 | 2.52 | 1.81 | 1.00 | 0.98 | 0.97 | 0.98 | 0.97 | 0.98 | 1.05 | 1.00 | 0.97 | 0.96 | 0.95 | 0.95 | | |
| I-270-SPUI | DEMOCRACY BLVD | 0.44 | 0.97 | 0.99 | 1.00 | 0.95 | 0.92 | 0.92 | 0.96 | 1.25 | 3.07 | 2.58 | 1.25 | 0.96 | 0.95 | 0.96 | 0.97 | 0.97 | 1.00 | 1.65 | 1.35 | 0.95 | 0.95 | 0.96 | | |
| I-270-SPUI | I-495 | 0.26 | 0.97 | 0.98 | 0.98 | 0.95 | 0.91 | 0.93 | 1.06 | 1.72 | 2.34 | 2.22 | 1.54 | 1.19 | 1.01 | 1.00 | 1.01 | 1.23 | 2.03 | 2.98 | 2.82 | 1.00 | 0.98 | 0.97 | 0.96 | |
| I-270-SPUI | I-495 | 0.53 | 0.97 | 0.98 | 0.99 | 0.95 | 0.91 | 0.92 | 1.01 | 1.98 | 2.94 | 2.69 | 1.69 | 1.06 | 0.97 | 0.97 | 0.99 | 1.05 | 1.42 | 2.82 | 2.49 | 0.98 | 0.96 | 0.96 | 0.96 | |
| | **Weighted TTI** | 34.88 | 0.97 | 1.00 | 0.98 | 0.94 | 0.90 | 0.98 | 1.38 | 1.86 | 1.69 | 1.16 | 0.99 | 0.98 | 0.97 | 0.96 | 0.96 | 0.96 | 0.98 | 1.02 | 1.01 | 0.97 | 0.95 | 0.95 | 0.94 | 0.96 |
| | **Weighted Average TTI Both Directions** | 69.45 | 0.96 | 0.98 | 0.98 | 0.96 | 0.93 | 0.96 | 1.17 | 1.42 | 1.35 | 1.06 | 0.98 | 0.98 | 0.98 | 1.00 | 1.01 | 1.15 | 1.21 | 1.25 | 1.14 | 1.00 | 0.96 | 0.95 | 0.94 | 0.95 |
| | **Max Observed TTI Both Directions** | | 1.02 | 1.06 | 1.04 | 1.04 | 1.04 | 1.25 | 3.09 | 4.61 | 3.91 | 2.69 | 1.69 | 1.35 | 1.49 | 1.75 | 1.58 | 2.57 | 2.63 | 3.26 | 3.05 | 1.23 | 1.03 | 1.00 | 1.00 | 1.03 |

Daily Avg **1.05**

00004386

**Travel time index for I-270 between I-495/MD-355 and I-70/US-40 and I-270-SPUR using INRIX data - Northbound**

October 2021 (Every Tuesday, Wednesday, and Thursday)

| Road | Segment | Miles | 12:00 AM | 1:00 AM | 2:00 AM | 3:00 AM | 4:00 AM | 5:00 AM | 6:00 AM | 7:00 AM | 8:00 AM | 9:00 AM | 10:00 AM | 11:00 AM | 12:00 PM | 1:00 PM | 2:00 PM | 3:00 PM | 4:00 PM | 5:00 PM | 6:00 PM | 7:00 PM | 8:00 PM | 9:00 PM | 10:00 PM | 11:00 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I-270 | I-495/MD-355 | 0.19 | 0.97 | 1.00 | 1.02 | 0.98 | 0.93 | 0.94 | 1.02 | 1.06 | 1.11 | 1.12 | 1.06 | 1.07 | 1.05 | 1.09 | 1.15 | 1.30 | 1.40 | 1.58 | 1.36 | 1.15 | 1.03 | 0.99 | 0.98 | 0.97 |
| I-270 | MD-187/OLD GEORGETOWN RD/EXIT 1 | 1.21 | 0.95 | 0.99 | 1.02 | 1.00 | 0.94 | 0.92 | 0.96 | 0.97 | 0.98 | 0.98 | 0.98 | 0.96 | 0.96 | 0.95 | 0.96 | 1.01 | 1.07 | 1.28 | 1.13 | 1.00 | 0.95 | 0.95 | 0.94 | 0.95 |
| I-270 | MD-187/OLD GEORGETOWN RD/EXIT 1 | 0.26 | 0.98 | 1.00 | 1.04 | 1.03 | 0.99 | 0.95 | 0.98 | 0.98 | 0.98 | 0.99 | 0.97 | 0.97 | 0.96 | 0.97 | 0.98 | 1.01 | 1.10 | 1.34 | 1.27 | 1.01 | 0.96 | 0.97 | 0.96 | 0.96 |
| I-270 | I-270 (SPUR) | 0.56 | 0.97 | 1.00 | 1.03 | 1.04 | 0.99 | 0.94 | 0.97 | 0.98 | 0.98 | 0.99 | 0.97 | 0.97 | 0.96 | 0.96 | 0.97 | 1.02 | 1.14 | 1.47 | 1.37 | 0.99 | 0.95 | 0.96 | 0.96 | 0.95 |
| I-270 | I-270-SPUR | 0.56 | 0.97 | 0.99 | 1.01 | 1.03 | 0.96 | 0.92 | 0.96 | 0.98 | 1.00 | 0.99 | 0.99 | 0.98 | 0.98 | 0.98 | 1.01 | 1.21 | 1.36 | 1.77 | 1.69 | 1.05 | 0.99 | 0.98 | 0.96 | 0.95 |
| I-270 | MONTROSE RD/EXIT 4 | 0.83 | 0.95 | 0.96 | 0.98 | 0.97 | 0.95 | 0.93 | 0.96 | 0.97 | 0.98 | 0.97 | 0.97 | 0.97 | 0.97 | 0.97 | 0.99 | 1.11 | 1.16 | 1.38 | 1.36 | 1.02 | 0.96 | 0.96 | 0.94 | 0.94 |
| I-270 | MONTROSE RD/EXIT 4 | 0.82 | 0.95 | 0.96 | 0.97 | 0.96 | 0.94 | 0.92 | 0.93 | 0.93 | 0.94 | 0.94 | 0.94 | 0.94 | 0.94 | 0.93 | 0.93 | 0.94 | 1.06 | 1.16 | 1.32 | 0.96 | 0.93 | 0.92 | 0.92 | 0.93 |
| I-270 | MD-189/FALLS RD/EXIT 5 | 0.73 | 0.96 | 0.96 | 0.97 | 0.97 | 0.94 | 0.93 | 0.95 | 0.94 | 0.94 | 0.94 | 0.95 | 0.95 | 0.94 | 0.94 | 0.94 | 1.03 | 1.11 | 1.21 | 1.10 | 0.97 | 0.94 | 0.93 | 0.92 | 0.93 |
| I-270 | MD-189/FALLS RD/EXIT 5 | 0.55 | 0.95 | 0.96 | 0.97 | 0.97 | 0.94 | 0.92 | 0.94 | 0.93 | 0.94 | 0.94 | 0.95 | 0.95 | 0.94 | 0.94 | 0.94 | 0.95 | 1.01 | 1.06 | 1.13 | 1.00 | 0.97 | 0.93 | 0.93 | 0.93 |
| I-270 | MD-28/MONTGOMERY AVE/EXIT 6 | 0.53 | 0.96 | 0.97 | 0.98 | 0.98 | 0.95 | 0.93 | 0.95 | 0.94 | 0.95 | 0.95 | 0.95 | 0.96 | 0.96 | 0.95 | 0.96 | 0.99 | 1.03 | 1.10 | 1.14 | 1.08 | 0.97 | 0.94 | 0.94 | 0.94 |
| I-270 | MD-28/MONTGOMERY AVE/EXIT 6 | 0.60 | 0.97 | 0.97 | 0.98 | 0.97 | 0.97 | 0.95 | 0.95 | 0.95 | 0.95 | 0.95 | 0.96 | 0.96 | 0.96 | 0.96 | 0.97 | 0.98 | 1.02 | 1.11 | 1.12 | 1.07 | 0.98 | 0.96 | 0.95 | 0.96 |
| I-270 | SHADY GROVE RD/EXIT 8 | 1.41 | 1.01 | 1.01 | 1.00 | 1.01 | 1.01 | 1.00 | 0.98 | 0.98 | 0.97 | 0.98 | 0.99 | 0.99 | 0.99 | 0.97 | 0.96 | 0.99 | 1.09 | 1.25 | 1.15 | 1.01 | 0.98 | 0.99 | 0.98 | 0.95 |
| I-270 | SHADY GROVE RD/EXIT 8 | 0.39 | 1.01 | 1.05 | 1.03 | 1.01 | 1.03 | 1.02 | 0.98 | 0.96 | 0.95 | 0.97 | 0.96 | 0.95 | 0.93 | 0.92 | 0.96 | 1.11 | 1.10 | 1.38 | 1.29 | 0.96 | 0.94 | 0.97 | 0.95 | 1.02 |
| I-270 | I-370/SAM EIG HWY/EXIT 9 | 0.27 | 1.01 | 1.06 | 1.04 | 1.01 | 1.04 | 1.03 | 0.99 | 0.95 | 0.96 | 0.97 | 0.95 | 0.95 | 0.94 | 0.95 | 0.93 | 0.92 | 0.97 | 1.14 | 1.49 | 1.35 | 0.96 | 0.93 | 0.98 | 1.03 |
| I-270 | I-370/SAM EIG HWY/EXIT 9 | 1.10 | 1.00 | 1.03 | 1.03 | 1.02 | 1.03 | 1.00 | 0.98 | 0.96 | 0.95 | 0.95 | 0.95 | 0.93 | 0.93 | 0.93 | 0.98 | 1.26 | 1.66 | 1.46 | 0.98 | 0.92 | 0.95 | 0.95 | 0.93 | 0.94 |
| I-270 | MD-117/EXIT 10 | 0.56 | 0.95 | 0.96 | 0.96 | 0.97 | 0.96 | 0.94 | 0.96 | 0.96 | 0.97 | 0.96 | 0.96 | 0.96 | 0.94 | 0.95 | 0.95 | 1.10 | 1.47 | 2.00 | 1.62 | 1.01 | 0.96 | 0.95 | 0.93 | 0.94 |
| I-270 | MD-117/EXIT 10 | 0.28 | 0.96 | 0.98 | 0.98 | 0.98 | 0.98 | 0.94 | 0.96 | 0.96 | 0.96 | 0.96 | 0.96 | 0.95 | 0.95 | 0.95 | 0.95 | 1.18 | 1.57 | 2.29 | 1.81 | 1.00 | 0.95 | 0.95 | 0.94 | 0.94 |
| I-270 | MD-124/QUINCE ORCHARD RD/EXIT 11 | 0.43 | 0.95 | 0.98 | 0.98 | 0.98 | 0.98 | 0.94 | 0.95 | 0.95 | 0.95 | 0.95 | 0.95 | 0.94 | 0.94 | 0.94 | 0.94 | 1.31 | 1.87 | 2.69 | 2.28 | 1.01 | 0.95 | 0.95 | 0.94 | 0.94 |
| I-270 | MD-124/QUINCE ORCHARD RD/EXIT 11 | 0.81 | 0.95 | 0.97 | 0.98 | 0.97 | 0.97 | 0.94 | 0.95 | 0.94 | 0.94 | 0.95 | 0.95 | 0.95 | 0.94 | 0.94 | 0.94 | 1.72 | 2.55 | 3.26 | 3.05 | 1.12 | 0.94 | 0.94 | 0.93 | 0.94 |
| I-270 | MIDDLEBROOK RD/EXIT 13 | 1.70 | 0.93 | 0.96 | 0.97 | 0.95 | 0.95 | 0.93 | 0.94 | 0.94 | 0.94 | 0.94 | 0.95 | 0.95 | 0.95 | 0.95 | 0.94 | 1.46 | 1.69 | 1.84 | 1.99 | 1.23 | 0.95 | 0.94 | 0.92 | 0.92 |
| I-270 | MIDDLEBROOK RD/EXIT 13 | 0.21 | 0.93 | 0.96 | 0.98 | 0.95 | 0.95 | 0.92 | 0.94 | 0.95 | 0.93 | 0.95 | 0.95 | 0.95 | 0.95 | 0.94 | 0.96 | 1.13 | 1.15 | 1.16 | 1.19 | 1.04 | 0.96 | 0.95 | 0.93 | 0.93 |
| I-270 | MD-118/EXIT 15 | 0.46 | 0.94 | 0.96 | 0.97 | 0.95 | 0.95 | 0.93 | 0.93 | 0.94 | 0.95 | 0.94 | 0.95 | 0.95 | 0.95 | 0.95 | 0.95 | 1.15 | 1.20 | 1.18 | 1.16 | 1.02 | 0.96 | 0.95 | 0.93 | 0.93 |
| I-270 | MD-118/EXIT 15 | 0.54 | 0.94 | 0.96 | 0.96 | 0.95 | 0.95 | 0.93 | 0.94 | 0.95 | 0.93 | 0.95 | 0.95 | 0.95 | 0.95 | 0.95 | 0.98 | 1.16 | 1.14 | 1.17 | 1.13 | 1.02 | 0.96 | 0.95 | 0.93 | 0.93 |
| I-270 | FATHER HURLEY BLVD/EXIT 16 | 0.42 | 0.95 | 0.97 | 0.96 | 0.95 | 0.95 | 0.93 | 0.93 | 0.94 | 0.95 | 0.94 | 0.95 | 0.95 | 0.95 | 0.95 | 0.96 | 1.04 | 1.06 | 1.13 | 1.08 | 1.00 | 0.96 | 0.95 | 0.93 | 0.94 |
| I-270 | FATHER HURLEY BLVD/EXIT 16 | 0.57 | 0.95 | 0.96 | 0.96 | 0.96 | 0.95 | 0.93 | 0.94 | 0.95 | 0.95 | 0.94 | 0.95 | 0.95 | 0.95 | 0.94 | 0.93 | 0.98 | 1.12 | 1.18 | 1.04 | 0.95 | 0.94 | 0.93 | 0.93 | 0.93 |
| I-270 | MD-121 | 2.19 | 0.95 | 0.96 | 0.97 | 0.96 | 0.95 | 0.93 | 0.93 | 0.95 | 0.94 | 0.95 | 0.95 | 0.95 | 0.95 | 0.94 | 0.96 | 1.01 | 1.41 | 1.20 | 1.02 | 0.96 | 0.92 | 0.92 | 0.92 | 0.93 |
| I-270 | MD-121 | 0.18 | 0.96 | 0.97 | 0.98 | 0.98 | 0.97 | 0.94 | 0.95 | 0.97 | 0.95 | 0.95 | 0.96 | 0.96 | 0.95 | 1.17 | 1.30 | 1.88 | 2.12 | 1.52 | 1.07 | 0.99 | 0.94 | 0.94 | 0.94 | 0.94 |
| I-270 | MD-109/EXIT 22 | 3.91 | 0.96 | 0.96 | 0.97 | 0.97 | 0.94 | 0.97 | 0.94 | 0.95 | 0.98 | 0.96 | 0.96 | 0.97 | 1.09 | 1.25 | 1.33 | 1.37 | 1.99 | 2.20 | 1.24 | 1.03 | 0.94 | 0.94 | 0.94 | 0.94 |
| I-270 | MD-109/EXIT 22 | 0.15 | 0.95 | 0.95 | 0.96 | 0.97 | 0.96 | 0.93 | 0.96 | 0.97 | 0.97 | 1.03 | 1.35 | 1.46 | 1.45 | 1.09 | 1.56 | 1.58 | 1.18 | 1.06 | 1.07 | 0.95 | 0.94 | 0.94 | 0.93 | 0.93 |
| I-270 | MD-80/EXIT 26 | 3.57 | 0.95 | 0.95 | 0.96 | 0.96 | 0.96 | 0.93 | 0.95 | 0.96 | 0.96 | 0.98 | 0.96 | 1.02 | 1.05 | 1.08 | 1.02 | 1.28 | 1.27 | 1.19 | 1.02 | 1.05 | 1.01 | 0.94 | 0.94 | 0.93 |
| I-270 | MD-80/EXIT 26 | 0.10 | 0.97 | 0.97 | 0.98 | 0.97 | 0.97 | 0.96 | 0.98 | 1.03 | 1.42 | 1.03 | 0.97 | 0.98 | 0.98 | 0.99 | 1.07 | 1.36 | 1.24 | 1.23 | 1.05 | 1.08 | 1.00 | 0.98 | 0.96 | 0.96 |
| I-270 | MD-85/EXIT 31 | 4.82 | 0.96 | 0.96 | 0.96 | 0.96 | 0.95 | 0.94 | 0.96 | 1.06 | 1.02 | 0.97 | 0.96 | 0.97 | 0.97 | 0.98 | 1.13 | 1.42 | 1.35 | 1.28 | 1.05 | 1.04 | 0.99 | 0.98 | 0.96 | 0.96 |
| I-270 | MD-85/EXIT 31 | 0.37 | 0.99 | 0.99 | 0.97 | 0.96 | 0.94 | 0.92 | 0.97 | 1.01 | 1.01 | 1.01 | 1.01 | 1.05 | 1.05 | 1.12 | 1.29 | 1.39 | 1.37 | 1.11 | 1.10 | 1.01 | 1.00 | 1.00 | 0.98 | |
| I-270 | I-70/US-40 | 0.53 | 0.95 | 0.94 | 0.95 | 0.94 | 0.94 | 0.90 | 0.93 | 0.96 | 0.96 | 0.95 | 0.95 | 0.97 | 0.97 | 0.96 | 0.97 | 1.23 | 1.21 | 1.28 | 1.01 | 0.99 | 0.94 | 0.93 | 0.93 | 0.92 |
| I-270 | I-70/US-40 | 0.74 | 0.96 | 1.00 | 1.01 | 0.98 | 0.99 | 0.96 | 0.97 | 1.10 | 1.24 | 0.94 | 0.94 | 0.94 | 1.00 | 0.97 | 0.94 | 2.57 | 2.63 | 2.71 | 1.24 | 0.97 | 0.94 | 0.93 | 0.93 | 0.93 |
| I-270-SPUI | DEMOCRACY BLVD | 0.53 | 0.95 | 0.97 | 0.98 | 0.97 | 0.94 | 0.93 | 0.95 | 0.96 | 0.98 | 1.03 | 1.04 | 1.04 | 1.12 | 1.18 | 1.19 | 1.14 | 1.29 | 1.27 | 1.24 | 1.04 | 0.96 | 0.95 | 0.94 | 0.95 |
| I-270-SPUI | I-495 | 0.18 | 0.95 | 0.96 | 0.97 | 0.97 | 0.94 | 0.93 | 0.95 | 0.96 | 0.97 | 1.17 | 1.14 | 1.06 | 1.49 | 1.75 | 1.58 | 1.22 | 1.39 | 1.37 | 1.28 | 1.04 | 0.96 | 0.95 | 0.94 | 0.95 |
| I-270-SPUI | DEMOCRACY BLVD | 0.42 | 0.95 | 0.97 | 0.98 | 0.99 | 0.95 | 0.94 | 0.95 | 0.96 | 0.97 | 0.99 | 1.02 | 1.02 | 1.06 | 1.16 | 1.17 | 1.24 | 1.36 | 1.35 | 1.31 | 1.04 | 0.97 | 0.95 | 0.94 | 0.94 |
| I-270-SPUI | I-270 | 0.16 | 0.94 | 0.97 | 0.98 | 0.98 | 0.95 | 0.93 | 0.94 | 0.96 | 0.97 | 0.98 | 1.02 | 1.02 | 1.05 | 1.10 | 1.11 | 1.25 | 1.31 | 1.34 | 1.32 | 1.05 | 0.97 | 0.94 | 0.94 | 0.94 |
| I-270-SPUI | I-270 | 0.73 | 0.93 | 0.97 | 0.97 | 0.97 | 0.94 | 0.92 | 0.93 | 0.95 | 0.95 | 0.96 | 0.97 | 0.97 | 0.97 | 0.98 | 1.01 | 1.12 | 1.12 | 1.22 | 1.28 | 1.01 | 0.95 | 0.94 | 0.93 | 0.94 |
| | **Weighted TTI** | 34.57 | 0.96 | 0.97 | 0.98 | 0.97 | 0.96 | 0.94 | 0.95 | 0.98 | 1.00 | 0.97 | 0.96 | 0.96 | 0.99 | 1.01 | 1.05 | 1.06 | 1.33 | 1.45 | 1.48 | 1.27 | 1.03 | 0.96 | 0.95 | 0.94 |

00004387

# ATTACHMENT 2A:
## FHWA Traffic Volume Trends, November 2021

00004388



U. S. Department
of Transportation

**Federal Highway
Administration**

Office of Highway
Policy Information

# TRAFFIC VOLUME TRENDS

## November 2021

Travel on all roads and streets changed by **+12.3%** (+29.2 billion vehicle miles) for November 2021 as compared with November 2020. Travel for the month is estimated to be 267.5 billion vehicle miles.

The seasonally adjusted vehicle miles traveled for November 2021 is 279.4 billion miles, a **+11.3%** ( +28.3 billion vehicle miles) increase over November 2020. It also represents a **+1.6%** increase (+4.4 billion vehicle miles) compared with October 2021

Cumulative Travel for 2021 changed by **+11.2%** (+298.1 billion vehicle miles). The Cumulative estimate for the year is 2,960.3 billion vehicle miles of travel.

---

Estimated Vehicle-Miles of Travel by Region - November 2021  - (in Billions)

Change in Traffic as compared to same month last year.

NORTHEAST

WEST

NORTH CENTRAL

58.2
14.4%

35.1
12.9%

57.3

11.7%

56.6

9.9%

60.3
12.7%

SOUTH GULF

SOUTH
ATLANTIC

---

Note: All data for this month are preliminary. Revised values for the previous month are shown in Tables 1 and 2.

All vehicle-miles of travel computed with Highway Statistics 2020 Table VM-2 as a base.

Compiled with data on hand as of     January 10, 2022.

Some historical data were revised based on HPMS and amended TVT data as of December 2020.
For information on total licensed drivers in the U.S. visit http://www.fhwa.dot.gov/policy/ohpi/hss/hsspubs.htm.
    Select the year of interest then Section 6 (Driver Licensing).
For information on total registered motor vehicles in the U.S., visit http://www.fhwa.dot.gov/policy/ohpi/hss/hsspubs.htm
    Select the year of interest and Section 7 (Motor Vehicles).

## Traffic Volume Trends - November 2021                                Page 2

Based on preliminary reports from the State Highway Agencies, travel during November 2021 on all roads and streets in the nation changed by **+12.3%** (+29.2 billion vehicle miles) resulting in estimated travel for the month at **267.5**\*\* billion vehicle-miles.

This total includes **83.3** billion vehicle-miles on rural roads and **184.2** billion vehicle-miles on urban roads and streets.

Cumulative Travel changed by **+11.2%** (+298.1 billion vehicle miles).

The larger changes to rural and urban travel are primarily because of the expansion in urban boundaries reflected in the 2010 census. Travel estimates for 2014 and beyond will also reflect this adjustment.

Travel for the current month, the cumulative yearly total, as well as the moving 12-month total on all roads and streets is shown below. Similar totals for each year since 1996 are also included.

### Travel in Millions of Vehicle Miles

### All Roads and Streets

| Year | November | Year to Date | Moving 12-Month |
|------|----------|--------------|-----------------|
| 1996 | 199,643 | 2,280,740 | 2,474,081 |
| 1997 | 202,422 | 2,353,051 | 2,554,513 |
| 1998 | 211,178 | 2,409,060 | 2,616,382 |
| 1999 | 221,856 | 2,457,994 | 2,674,296 |
| 2000 | 222,819 | 2,528,536 | 2,750,001 |
| 2001 | 230,511 | 2,566,027 | 2,784,417 |
| 2002 | 230,648 | 2,621,249 | 2,850,833 |
| 2003 | 233,698 | 2,651,684 | 2,885,944 |
| 2004 | 239,796 | 2,719,760 | 2,958,298 |
| 2005 | 243,056 | 2,743,643 | 2,988,672 |
| 2006 | 245,346 | 2,765,929 | 3,011,716 |
| 2007 | 245,787 | 2,789,541 | 3,037,728 |
| 2008 | 236,465 | 2,731,767 | 2,972,049 |
| 2009 | 237,264 | 2,717,170 | 2,958,912 |
| 2010 | 239,579 | 2,726,466 | 2,966,059 |
| 2011 | 238,535 | 2,705,592 | 2,946,392 |
| 2012 | 240,361 | 2,729,860 | 2,974,670 |
| 2013 | 240,055 | 2,747,043 | 2,985,753 |
| 2014 | 241,451 | 2,773,385 | 3,014,622 |
| 2015 | 248,843 | 2,835,949 | 3,088,219 |
| 2016 | 255,154 | 2,909,630 | 3,169,054 |
| 2017 | 258,159 | 2,944,389 | 3,209,167 |
| 2018 | 260,473 | 2,969,956 | 3,237,915 |
| 2019 | 260,326 | 3,000,015 | 3,270,385 |
| 2020 | 238,300 | 2,662,171 | 2,923,927 |
| 2021 | 267,512 | 2,960,303 | 3,201,754 |

Traffic Volume Trends is a monthly report based on hourly traffic count data. These data, collected at approximately 5,000 continuous traffic counting locations nationwide, are used to determine the percent change in traffic for the current month compared to the same month in the previous year. This percent change is applied to the travel for the same month of the previous year to obtain an estimate of travel for the current month.Because of the limited sample sizes, caution should be used with these estimates.  The Highway Performance Monitoring System provides more accurate information on an annual basis.

\*\* System entries may not add to give "All Systems" total due to rounding for Page 2 to 8.

**Table - 1.  Estimated Individual Monthly Motor Vehicle Travel in the United States\*\***

| System | Month | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
| 2020 Individual Monthly Vehicle-Miles of Travel in Billions | | | | | | | | | | | | |
| Rural Interstate | 19.6 | 18.3 | 18.0 | 12.2 | 17.4 | 20.5 | 22.3 | 22.1 | 20.9 | 21.6 | 19.6 | 19.5 |
| Rural Other Arterial | 29.8 | 27.8 | 27.0 | 20.6 | 27.6 | 31.4 | 33.4 | 33.2 | 31.9 | 32.6 | 28.7 | 28.7 |
| Other Rural | 26.4 | 24.4 | 23.9 | 19.5 | 25.6 | 28.6 | 30.7 | 30.1 | 29.0 | 29.5 | 25.9 | 25.4 |
| Urban Interstate | 46.8 | 43.4 | 39.3 | 27.3 | 36.0 | 41.7 | 44.5 | 44.2 | 43.6 | 45.5 | 41.3 | 41.8 |
| Urban Other Arterial | 93.9 | 87.5 | 79.9 | 58.9 | 76.6 | 86.2 | 90.8 | 91.9 | 89.0 | 92.8 | 83.2 | 84.8 |
| Other Urban | 44.3 | 41.3 | 38.5 | 29.2 | 37.8 | 42.0 | 43.9 | 43.6 | 43.1 | 44.5 | 39.7 | 41.2 |
| All Systems | 260.8 | 242.7 | 226.6 | 167.6 | 221.0 | 250.3 | 265.5 | 265.1 | 257.5 | 266.6 | 238.3 | 241.5 |
| 2021 Individual Monthly Vehicle-Miles of Travel in Billions | | | | | | | | | | | | |
| Rural Interstate | 18.3 | 16.4 | 21.9 | 20.9 | 24.0 | 24.7 | 26.5 | 24.5 | 22.9 | 23.7 | 22.7 | |
| Rural Other Arterial | 27.5 | 24.9 | 32.5 | 31.6 | 34.7 | 35.4 | 36.9 | 35.4 | 33.9 | 34.7 | 32.1 | |
| Other Rural | 24.4 | 22.1 | 28.6 | 28.4 | 31.4 | 31.6 | 33.4 | 31.8 | 30.5 | 31.0 | 28.4 | |
| Urban Interstate | 40.1 | 37.2 | 47.2 | 44.8 | 48.6 | 49.4 | 50.6 | 48.8 | 47.8 | 49.5 | 46.9 | |
| Urban Other Arterial | 81.7 | 76.3 | 94.2 | 90.4 | 98.1 | 98.2 | 100.7 | 99.7 | 96.3 | 99.3 | 92.8 | |
| Other Urban | 39.0 | 36.1 | 45.1 | 44.1 | 47.8 | 47.6 | 48.4 | 47.2 | 46.5 | 47.6 | 44.5 | |
| All Systems | 231.0 | 213.0 | 269.5 | 260.3 | 284.5 | 286.9 | 296.5 | 287.4 | 278.0 | 285.8 | 267.5 | |
| \* Percent Change In Individual Monthly Travel 2020 vs. 2021 | | | | | | | | | | | | |
| Rural Interstate | -6.8 | -10.5 | 22.0 | 72.1 | 38.1 | 20.5 | 18.9 | 11.1 | 9.4 | 9.7 | 16.1 | |
| Rural Other Arterial | -7.8 | -10.5 | 20.2 | 53.5 | 25.5 | 12.9 | 10.5 | 6.5 | 6.4 | 6.5 | 11.8 | |
| Other Rural | -7.3 | -9.3 | 19.6 | 45.9 | 22.2 | 10.5 | 8.7 | 5.5 | 5.2 | 5.0 | 10.0 | |
| Urban Interstate | -14.3 | -14.4 | 19.9 | 64.1 | 34.9 | 18.6 | 13.8 | 10.4 | 9.5 | 8.8 | 13.7 | |
| Urban Other Arterial | -13.0 | -12.8 | 17.9 | 53.4 | 28.1 | 14.0 | 10.9 | 8.5 | 8.2 | 6.9 | 11.5 | |
| Other Urban | -11.9 | -12.5 | 17.3 | 51.2 | 26.5 | 13.2 | 10.1 | 8.3 | 8.1 | 6.9 | 12.2 | |
| All Systems | -11.4 | -12.2 | 18.9 | 55.3 | 28.7 | 14.6 | 11.6 | 8.4 | 7.9 | 7.2 | 12.3 | |

**Table - 2.  Estimated Cumulative Monthly Motor Vehicle Travel in the United States\*\***

| System | Month | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
| 2020 Cumulative Monthly Vehicle-Miles of Travel in Billions | | | | | | | | | | | | |
| Rural Interstate | 19.6 | 37.9 | 55.9 | 68.0 | 85.4 | 105.9 | 128.2 | 150.2 | 171.1 | 192.7 | 212.3 | 231.8 |
| Rural Other Arterial | 29.8 | 57.6 | 84.7 | 105.3 | 132.9 | 164.3 | 197.7 | 230.9 | 262.8 | 295.4 | 324.1 | 352.8 |
| Other Rural | 26.4 | 50.7 | 74.6 | 94.1 | 119.7 | 148.3 | 179.0 | 209.1 | 238.2 | 267.7 | 293.5 | 319.0 |
| Urban Interstate | 46.8 | 90.3 | 129.6 | 156.9 | 193.0 | 234.6 | 279.1 | 323.3 | 366.9 | 412.4 | 453.7 | 495.4 |
| Urban Other Arterial | 93.9 | 181.4 | 261.3 | 320.3 | 396.8 | 483.0 | 573.8 | 665.7 | 754.7 | 847.6 | 930.8 | 1015.6 |
| Other Urban | 44.3 | 85.6 | 124.0 | 153.2 | 191.0 | 233.0 | 276.9 | 320.5 | 363.6 | 408.1 | 447.8 | 489.1 |
| All Systems | 260.8 | 503.5 | 730.2 | 897.8 | 1118.8 | 1369.1 | 1634.7 | 1899.7 | 2157.3 | 2423.9 | 2662.2 | 2903.6 |
| 2021 Cumulative Monthly Vehicle-Miles of Travel in Billions | | | | | | | | | | | | |
| Rural Interstate | 18.3 | 34.7 | 56.6 | 77.5 | 101.5 | 126.2 | 152.7 | 177.2 | 200.1 | 223.7 | 246.5 | |
| Rural Other Arterial | 27.5 | 52.4 | 84.9 | 116.5 | 151.2 | 186.6 | 223.5 | 258.9 | 292.8 | 327.5 | 359.6 | |
| Other Rural | 24.4 | 46.5 | 75.1 | 103.5 | 134.9 | 166.4 | 199.8 | 231.6 | 262.1 | 293.1 | 321.5 | |
| Urban Interstate | 40.1 | 77.3 | 124.5 | 169.3 | 217.9 | 267.3 | 317.9 | 366.7 | 414.5 | 464.0 | 510.9 | |
| Urban Other Arterial | 81.7 | 158.0 | 252.2 | 342.6 | 440.7 | 538.9 | 639.7 | 739.4 | 835.7 | 935.0 | 1027.8 | |
| Other Urban | 39.0 | 75.1 | 120.2 | 164.3 | 212.1 | 259.8 | 308.1 | 355.4 | 401.9 | 449.5 | 494.0 | |
| All Systems | 231.0 | 444.0 | 713.5 | 973.8 | 1258.3 | 1545.2 | 1841.7 | 2129.1 | 2407.0 | 2692.8 | 2960.3 | |
| \* Percent Change In Cumulative Monthly Travel 2020 vs. 2021 | | | | | | | | | | | | |
| Rural Interstate | -6.8 | -8.6 | 1.3 | 13.9 | 18.8 | 19.2 | 19.1 | 17.9 | 16.9 | 16.1 | 16.1 | |
| Rural Other Arterial | -7.8 | -9.1 | 0.2 | 10.7 | 13.7 | 13.6 | 13.1 | 12.1 | 11.4 | 10.9 | 11.0 | |
| Other Rural | -7.3 | -8.3 | 0.7 | 10.0 | 12.6 | 12.2 | 11.6 | 10.7 | 10.1 | 9.5 | 9.5 | |
| Urban Interstate | -14.3 | -14.3 | -4.0 | 7.9 | 12.9 | 13.9 | 13.9 | 13.4 | 13.0 | 12.5 | 12.6 | |
| Urban Other Arterial | -13.0 | -12.9 | -3.5 | 7.0 | 11.1 | 11.6 | 11.5 | 11.1 | 10.7 | 10.3 | 10.4 | |
| Other Urban | -11.9 | -12.2 | -3.1 | 7.3 | 11.1 | 11.5 | 11.3 | 10.9 | 10.5 | 10.1 | 10.3 | |
| All Systems | -11.4 | -11.8 | -2.3 | 8.5 | 12.5 | 12.9 | 12.7 | 12.1 | 11.6 | 11.1 | 11.2 | |

\* Percent change is based on vehicle travel in millions of miles.

Table - 3.   Changes on Rural Arterial Roads by Region and State**

Page 4

| Region and State | November | | | | October | | | |
|---|---|---|---|---|---|---|---|---|
| | Number of Stations | Vehicle-Miles (Millions) | | Percent Change | Number of Stations | Vehicle-Miles (Millions) | | Percent Change |
| | | 2021 (Preliminary) | 2020 | | | 2021 (Revised) | 2020 | |
| **Northeast** | | | | | | | | |
| Connecticut | 2 | 141 | 121 | 16.7 | 2 | 169 | 152 | 11.5 |
| Maine | 60 | 425 | 375 | 13.4 | 61 | 523 | 478 | 9.5 |
| Massachusetts | 15 | 133 | 110 | 20.2 | 15 | 156 | 139 | 12.4 |
| New Hampshire | 76 | 272 | 236 | 15.5 | 73 | 326 | 296 | 10.2 |
| New Jersey | 4 | 246 | 221 | 11.2 | 18 | 271 | 244 | 11.2 |
| New York | 49 | 1,006 | 893 | 12.7 | 47 | 1,169 | 1,079 | 8.3 |
| Pennsylvania | 44 | 1,924 | 1,670 | 15.2 | 43 | 2,115 | 1,955 | 8.2 |
| Rhode Island | 7 | 62 | 49 | 27.0 | 7 | 70 | 59 | 18.5 |
| Vermont | 25 | 211 | 180 | 17.3 | 26 | 257 | 232 | 11.1 |
| Subtotal | | **4,420** | **3,855** | **14.7** | | **5,056** | **4,634** | **9.1** |
| **South Atlantic** | | | | | | | | |
| Delaware | 4 | 106 | 90 | 17.2 | 2 | 101 | 101 | 0.1 |
| District of Columbia | - | 0 | 0 | 0.0 | - | 0 | 0 | 0.0 |
| Florida | 104 | 2,454 | 2,141 | 14.6 | 101 | 2,423 | 2,191 | 10.6 |
| Georgia | 52 | 1,815 | 1,660 | 9.3 | 53 | 1,880 | 1,754 | 7.2 |
| Maryland | 6 | 576 | 449 | 28.2 | 4 | 558 | 524 | 6.5 |
| North Carolina | 35 | 1,887 | 1,691 | 11.6 | 34 | 1,980 | 1,833 | 8.0 |
| South Carolina | 48 | 1,562 | 1,392 | 12.2 | 52 | 1,621 | 1,503 | 7.8 |
| Virginia | 320 | 1,886 | 1,647 | 14.5 | 310 | 1,954 | 1,799 | 8.7 |
| West Virginia | 18 | 454 | 410 | 10.6 | 17 | 485 | 468 | 3.5 |
| Subtotal | | **10,740** | **9,480** | **13.3** | | **11,002** | **10,173** | **8.1** |
| **North Central** | | | | | | | | |
| Illinois | 36 | 1,473 | 1,277 | 15.3 | 36 | 1,594 | 1,479 | 7.8 |
| Indiana | 24 | 1,445 | 1,267 | 14.1 | 23 | 1,577 | 1,469 | 7.3 |
| Iowa | 82 | 1,158 | 981 | 18.0 | 79 | 1,260 | 1,161 | 8.5 |
| Kansas | 68 | 905 | 807 | 12.1 | 69 | 968 | 915 | 5.8 |
| Michigan | 57 | 1,547 | 1,358 | 14.0 | 55 | 1,763 | 1,680 | 4.9 |
| Minnesota | 30 | 1,290 | 1,099 | 17.4 | 29 | 1,478 | 1,325 | 11.5 |
| Missouri | 86 | 1,717 | 1,501 | 14.4 | 82 | 1,779 | 1,639 | 8.5 |
| Nebraska | 38 | 725 | 631 | 14.9 | 38 | 803 | 747 | 7.5 |
| North Dakota | 54 | 334 | 290 | 15.2 | 53 | 375 | 340 | 10.3 |
| Ohio | 55 | 1,607 | 1,400 | 14.7 | 56 | 1,741 | 1,613 | 8.0 |
| South Dakota | 39 | 449 | 390 | 15.3 | 36 | 523 | 459 | 14.0 |
| Wisconsin | 106 | 1,424 | 1,209 | 17.8 | 87 | 1,628 | 1,473 | 10.5 |
| Subtotal | | **14,074** | **12,210** | **15.3** | | **15,489** | **14,300** | **8.3** |
| **South Gulf** | | | | | | | | |
| Alabama | 71 | 1,461 | 1,349 | 8.3 | 67 | 1,545 | 1,444 | 7.0 |
| Arkansas | 18 | 956 | 882 | 8.4 | 21 | 968 | 937 | 3.4 |
| Kentucky | 25 | 1,534 | 1,342 | 14.2 | 30 | 1,601 | 1,512 | 5.9 |
| Louisiana | 17 | 1,099 | 1,003 | 9.5 | 16 | 1,100 | 1,019 | 7.9 |
| Mississippi | 48 | 1,254 | 1,161 | 8.0 | 49 | 1,315 | 1,232 | 6.7 |
| Oklahoma | 34 | 1,234 | 1,107 | 11.5 | 34 | 1,277 | 1,174 | 8.8 |
| Tennessee | 25 | 1,629 | 1,506 | 8.1 | 25 | 1,737 | 1,632 | 6.4 |
| Texas | 142 | 5,112 | 4,485 | 14.0 | 136 | 5,314 | 4,781 | 11.1 |
| Subtotal | | **14,279** | **12,835** | **11.3** | | **14,857** | **13,731** | **8.2** |
| **West** | | | | | | | | |
| Alaska | 40 | 84 | 74 | 12.6 | 42 | 95 | 95 | 0.1 |
| Arizona | 74 | 1,220 | 1,081 | 12.8 | 66 | 1,206 | 1,157 | 4.2 |
| California | 69 | 3,954 | 3,517 | 12.4 | 57 | 3,998 | 3,828 | 4.4 |
| Colorado | 72 | 976 | 844 | 15.6 | 69 | 1,106 | 1,042 | 6.1 |
| Hawaii | 12 | 78 | 65 | 20.6 | 11 | 73 | 60 | 21.8 |
| Idaho | 124 | 564 | 486 | 16.1 | 112 | 628 | 598 | 5.0 |
| Montana | 67 | 502 | 431 | 16.6 | 68 | 587 | 524 | 12.1 |
| Nevada | 39 | 393 | 349 | 12.8 | 41 | 411 | 412 | -0.3 |
| New Mexico | 19 | 896 | 729 | 23.0 | 15 | 946 | 822 | 15.1 |
| Oregon | 100 | 814 | 729 | 11.7 | 90 | 887 | 865 | 2.6 |
| Utah | - | 541 | 474 | 14.3 | - | 598 | 576 | 4.0 |
| Washington | 79 | 938 | 801 | 17.0 | 66 | 1,016 | 937 | 8.4 |
| Wyoming | 99 | 363 | 324 | 12.0 | 99 | 428 | 429 | -0.2 |
| Subtotal | | **11,323** | **9,904** | **14.3** | | **11,979** | **11,345** | **5.6** |
| **TOTALS** | **2,718** | **54,835** | **48,286** | **13.6** | **2,622** | **58,383** | **54,182** | **7.8** |

Note: Where Number of Stations are shown as dashes, the values for the Vehicle-Miles and Percent Change
are derived from the estimated VMT based on data from surrounding States or the nationwide average VMT.

Table - 4.   Changes on Urban Arterial Roads by Region and State**                                      Page 5

| Region and State | November | | | | October | | | |
| | Number of Stations | Vehicle-Miles (Millions) | | Percent Change | Number of Stations | Vehicle-Miles (Millions) | | Percent Change |
| | | 2021 (Preliminary) | 2020 | | | 2021 (Revised) | 2020 | |
|---|---|---|---|---|---|---|---|---|
| **Northeast** | | | | | | | | |
| Connecticut | 15 | 2,165 | 1,842 | 17.5 | 16 | 2,367 | 2,106 | 12.4 |
| Maine | 20 | 235 | 206 | 13.9 | 20 | 265 | 244 | 8.4 |
| Massachusetts | 202 | 3,798 | 3,256 | 16.7 | 202 | 4,079 | 3,663 | 11.3 |
| New Hampshire | 69 | 485 | 425 | 14.0 | 69 | 558 | 512 | 8.9 |
| New Jersey | 57 | 4,560 | 3,956 | 15.3 | 102 | 4,978 | 4,450 | 11.9 |
| New York | 64 | 5,753 | 5,185 | 11.0 | 60 | 6,093 | 5,741 | 6.1 |
| Pennsylvania | 37 | 4,063 | 3,630 | 11.9 | 35 | 4,355 | 4,074 | 6.9 |
| Rhode Island | 26 | 514 | 437 | 17.8 | 29 | 528 | 457 | 15.3 |
| Vermont | 13 | 115 | 99 | 15.9 | 11 | 127 | 115 | 10.4 |
| Subtotal | | **21,688** | **19,036** | **13.9** | | **23,350** | **21,362** | **9.3** |
| **South Atlantic** | | | | | | | | |
| Delaware | 7 | 458 | 398 | 15.1 | 12 | 438 | 432 | 1.4 |
| District of Columbia | 1 | 172 | 161 | 6.5 | 3 | 194 | 176 | 10.4 |
| Florida | 146 | 10,763 | 9,498 | 13.3 | 148 | 11,206 | 10,147 | 10.4 |
| Georgia | 122 | 5,543 | 5,055 | 9.6 | 121 | 5,848 | 5,453 | 7.2 |
| Maryland | 41 | 3,315 | 2,834 | 16.9 | 39 | 3,337 | 3,186 | 4.7 |
| North Carolina | 41 | 4,643 | 4,229 | 9.8 | 41 | 5,182 | 4,796 | 8.1 |
| South Carolina | 47 | 2,095 | 1,863 | 12.5 | 48 | 2,256 | 2,104 | 7.2 |
| Virginia | 366 | 3,771 | 3,361 | 12.2 | 371 | 3,998 | 3,680 | 8.6 |
| West Virginia | 12 | 561 | 501 | 11.9 | 14 | 589 | 556 | 6.0 |
| Subtotal | | **31,321** | **27,900** | **12.3** | | **33,048** | **30,530** | **8.2** |
| **North Central** | | | | | | | | |
| Illinois | 54 | 4,862 | 4,168 | 16.7 | 53 | 5,027 | 4,707 | 6.8 |
| Indiana | 28 | 2,555 | 2,247 | 13.7 | 30 | 2,693 | 2,560 | 5.2 |
| Iowa | 30 | 824 | 721 | 14.2 | 31 | 887 | 833 | 6.5 |
| Kansas | 17 | 891 | 808 | 10.3 | 17 | 956 | 913 | 4.7 |
| Michigan | 49 | 4,453 | 3,826 | 16.4 | 49 | 4,812 | 4,499 | 7.0 |
| Minnesota | 13 | 2,029 | 1,672 | 21.3 | 11 | 2,245 | 2,010 | 11.7 |
| Missouri | 63 | 2,668 | 2,347 | 13.7 | 63 | 2,837 | 2,624 | 8.1 |
| Nebraska | 19 | 605 | 530 | 14.2 | 19 | 658 | 608 | 8.2 |
| North Dakota | 11 | 169 | 148 | 14.3 | 11 | 191 | 177 | 7.8 |
| Ohio | 99 | 4,560 | 4,133 | 10.3 | 98 | 4,945 | 4,723 | 4.7 |
| South Dakota | 5 | 226 | 192 | 17.7 | 4 | 241 | 219 | 10.0 |
| Wisconsin | 126 | 2,085 | 1,802 | 15.7 | 96 | 2,313 | 2,073 | 11.6 |
| Subtotal | | **25,927** | **22,594** | **14.8** | | **27,805** | **25,946** | **7.2** |
| **South Gulf** | | | | | | | | |
| Alabama | 111 | 2,245 | 2,084 | 7.7 | 105 | 2,403 | 2,255 | 6.6 |
| Arkansas | 4 | 1,244 | 1,160 | 7.3 | 5 | 1,239 | 1,208 | 2.6 |
| Kentucky | 22 | 1,492 | 1,358 | 9.9 | 23 | 1,651 | 1,508 | 9.5 |
| Louisiana | 12 | 1,967 | 1,815 | 8.4 | 11 | 2,103 | 1,963 | 7.1 |
| Mississippi | 22 | 1,080 | 1,033 | 4.5 | 24 | 1,130 | 1,122 | 0.7 |
| Oklahoma | 22 | 1,491 | 1,444 | 3.3 | 21 | 1,643 | 1,550 | 6.0 |
| Tennessee | 26 | 3,480 | 3,267 | 6.5 | 28 | 3,514 | 3,433 | 2.4 |
| Texas | 78 | 14,103 | 12,342 | 14.3 | 73 | 14,754 | 13,338 | 10.6 |
| Subtotal | | **27,102** | **24,503** | **10.6** | | **28,437** | **26,377** | **7.8** |
| **West** | | | | | | | | |
| Alaska | 57 | 161 | 140 | 15.4 | 57 | 186 | 174 | 6.6 |
| Arizona | 88 | 3,434 | 3,098 | 10.8 | 65 | 3,612 | 3,386 | 6.7 |
| California | 80 | 18,850 | 17,386 | 8.4 | 76 | 20,073 | 19,170 | 4.7 |
| Colorado | 36 | 2,463 | 2,176 | 13.2 | 36 | 2,729 | 2,560 | 6.6 |
| Hawaii | 48 | 474 | 389 | 22.0 | 51 | 477 | 387 | 23.4 |
| Idaho | 74 | 496 | 441 | 12.3 | 71 | 533 | 516 | 3.4 |
| Montana | 13 | 198 | 180 | 9.7 | 13 | 213 | 203 | 5.1 |
| Nevada | 39 | 1,267 | 1,070 | 18.4 | 38 | 1,337 | 1,221 | 9.5 |
| New Mexico | 16 | 722 | 590 | 22.4 | 15 | 801 | 701 | 14.3 |
| Oregon | 43 | 1,353 | 1,211 | 11.7 | 40 | 1,469 | 1,422 | 3.3 |
| Utah | - | 1,383 | 1,224 | 13.0 | - | 1,543 | 1,435 | 7.5 |
| Washington | 80 | 2,760 | 2,435 | 13.3 | 57 | 2,999 | 2,802 | 7.0 |
| Wyoming | 28 | 145 | 129 | 12.4 | 27 | 158 | 152 | 3.5 |
| Subtotal | | **33,706** | **30,469** | **10.6** | | **36,130** | **34,129** | **5.9** |
| **TOTALS** | **2,699** | **139,746** | **124,503** | **12.2** | **2,659** | **148,771** | **138,348** | **7.5** |

Note: Where Number of Stations are shown as dashes, the values for the Vehicle-Miles and Percent Change
are derived from the estimated VMT based on data from surrounding States or the nationwide average VMT.

**Table - 5.   Changes on ALL\* Estimated Roads by Region and State\*\***                    Page 6

| Region and State | November | | | | October | | | |
|---|---|---|---|---|---|---|---|---|
| | Number of Stations | Vehicle-Miles (Millions) | | Percent Change | Number of Stations | Vehicle-Miles (Millions) | | Percent Change |
| | | 2021 (Preliminary) | 2020 | | | 2021 (Revised) | 2020 | |
| **Northeast** | | | | | | | | |
| Connecticut | 17 | 2,908 | 2,474 | 17.5 | 18 | 3,247 | 2,889 | 12.4 |
| Maine | 107 | 1,150 | 1,037 | 10.9 | 108 | 1,361 | 1,255 | 8.5 |
| Massachusetts | 228 | 5,156 | 4,425 | 16.5 | 229 | 5,543 | 4,990 | 11.1 |
| New Hampshire | 157 | 1,043 | 914 | 14.1 | 154 | 1,206 | 1,107 | 8.9 |
| New Jersey | 65 | 6,319 | 5,524 | 14.4 | 126 | 6,919 | 6,218 | 11.3 |
| New York | 128 | 9,245 | 8,435 | 9.6 | 122 | 10,089 | 9,653 | 4.5 |
| Pennsylvania | 98 | 8,091 | 7,277 | 11.2 | 94 | 8,856 | 8,320 | 6.5 |
| Rhode Island | 33 | 669 | 563 | 18.7 | 36 | 707 | 611 | 15.7 |
| Vermont | 50 | 540 | 457 | 18.1 | 49 | 653 | 580 | 12.4 |
| Subtotal | | **35,121** | **31,106** | **12.9** | | **38,581** | **35,623** | **8.3** |
| **South Atlantic** | | | | | | | | |
| Delaware | 11 | 840 | 726 | 15.7 | 14 | 810 | 801 | 1.1 |
| District of Columbia | 1 | 255 | 240 | 6.5 | 3 | 288 | 261 | 10.4 |
| Florida | 259 | 20,025 | 17,427 | 14.9 | 258 | 20,581 | 18,515 | 11.2 |
| Georgia | 203 | 10,787 | 9,832 | 9.7 | 203 | 11,395 | 10,632 | 7.2 |
| Maryland | 56 | 4,993 | 4,216 | 18.4 | 51 | 5,080 | 4,839 | 5.0 |
| North Carolina | 93 | 9,714 | 8,908 | 9.1 | 91 | 10,723 | 10,041 | 6.8 |
| South Carolina | 109 | 4,978 | 4,459 | 11.6 | 119 | 5,275 | 4,942 | 6.7 |
| Virginia | 699 | 7,276 | 6,421 | 13.3 | 693 | 7,657 | 7,032 | 8.9 |
| West Virginia | 34 | 1,415 | 1,282 | 10.4 | 35 | 1,508 | 1,447 | 4.2 |
| Subtotal | | **60,283** | **53,511** | **12.7** | | **63,317** | **58,510** | **8.2** |
| **North Central** | | | | | | | | |
| Illinois | 97 | 8,738 | 7,507 | 16.4 | 95 | 9,190 | 8,586 | 7.0 |
| Indiana | 65 | 6,994 | 6,121 | 14.3 | 65 | 7,599 | 7,136 | 6.5 |
| Iowa | 139 | 2,674 | 2,327 | 14.9 | 136 | 2,912 | 2,744 | 6.1 |
| Kansas | 96 | 2,513 | 2,266 | 10.9 | 96 | 2,690 | 2,561 | 5.1 |
| Michigan | 106 | 7,933 | 6,853 | 15.8 | 104 | 8,741 | 8,214 | 6.4 |
| Minnesota | 48 | 4,692 | 3,952 | 18.7 | 44 | 5,216 | 4,720 | 10.5 |
| Missouri | 163 | 6,996 | 6,112 | 14.5 | 159 | 7,111 | 6,710 | 6.0 |
| Nebraska | 66 | 1,738 | 1,522 | 14.2 | 66 | 1,911 | 1,780 | 7.4 |
| North Dakota | 74 | 753 | 660 | 14.0 | 72 | 881 | 807 | 9.2 |
| Ohio | 169 | 9,188 | 8,321 | 10.4 | 168 | 10,067 | 9,572 | 5.2 |
| South Dakota | 47 | 897 | 771 | 16.2 | 43 | 1,004 | 901 | 11.5 |
| Wisconsin | 243 | 5,062 | 4,424 | 14.4 | 193 | 5,763 | 5,198 | 10.9 |
| Subtotal | | **58,178** | **50,836** | **14.4** | | **63,085** | **58,929** | **7.1** |
| **South Gulf** | | | | | | | | |
| Alabama | 190 | 5,909 | 5,606 | 5.4 | 179 | 6,263 | 6,057 | 3.4 |
| Arkansas | 25 | 3,114 | 2,917 | 6.8 | 31 | 3,205 | 3,079 | 4.1 |
| Kentucky | 65 | 4,234 | 3,784 | 11.9 | 70 | 4,566 | 4,308 | 6.0 |
| Louisiana | 30 | 4,393 | 4,065 | 8.1 | 29 | 4,551 | 4,265 | 6.7 |
| Mississippi | 82 | 3,502 | 3,343 | 4.8 | 86 | 3,719 | 3,617 | 2.8 |
| Oklahoma | 66 | 3,751 | 3,495 | 7.3 | 65 | 4,016 | 3,741 | 7.3 |
| Tennessee | 59 | 7,031 | 6,591 | 6.7 | 60 | 7,220 | 7,035 | 2.6 |
| Texas | 253 | 24,657 | 21,693 | 13.7 | 243 | 25,670 | 23,266 | 10.3 |
| Subtotal | | **56,591** | **51,494** | **9.9** | | **59,210** | **55,368** | **6.9** |
| **West** | | | | | | | | |
| Alaska | 111 | 407 | 375 | 8.5 | 112 | 486 | 475 | 2.3 |
| Arizona | 188 | 6,155 | 5,513 | 11.6 | 156 | 6,530 | 6,133 | 6.5 |
| California | 150 | 27,314 | 24,983 | 9.3 | 134 | 28,859 | 27,602 | 4.6 |
| Colorado | 110 | 4,332 | 3,816 | 13.5 | 107 | 4,835 | 4,545 | 6.4 |
| Hawaii | 68 | 907 | 743 | 22.0 | 70 | 897 | 731 | 22.7 |
| Idaho | 212 | 1,537 | 1,355 | 13.4 | 196 | 1,694 | 1,634 | 3.7 |
| Montana | 92 | 1,018 | 890 | 14.4 | 93 | 1,153 | 1,051 | 9.7 |
| Nevada | 90 | 2,378 | 2,035 | 16.9 | 90 | 2,520 | 2,360 | 6.8 |
| New Mexico | 40 | 2,280 | 1,879 | 21.4 | 35 | 2,469 | 2,165 | 14.1 |
| Oregon | 151 | 2,805 | 2,533 | 10.7 | 137 | 3,067 | 2,980 | 2.9 |
| Utah | - | 2,683 | 2,368 | 13.3 | - | 2,942 | 2,765 | 6.4 |
| Washington | 163 | 4,715 | 4,139 | 13.9 | 127 | 5,198 | 4,834 | 7.5 |
| Wyoming | 151 | 810 | 722 | 12.2 | 149 | 912 | 894 | 2.0 |
| Subtotal | | **57,341** | **51,351** | **11.7** | | **61,562** | **58,169** | **5.8** |
| **TOTALS** | **5,957** | **267,512** | **238,300** | **12.3** | **5,813** | **285,760** | **266,596** | **7.2** |

Note: Where Number of Stations are shown as dashes, the values for the Vehicle-Miles and Percent Change
are derived from the estimated VMT based on data from surrounding States or the nationwide average VMT.
\* All Estimated roads include travel from Table 3 and 4 plus remaining roads.

**Table - 6.  Estimated Rural Vehicle Miles (Millions) and Percent Change from Same Period Previous Year\*\***

**Year - 2020**

| | Rural Interstate | % | | Rural Other Arter | % | | Other Rural | % | | Total Rural | % | | All Systems | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan | 19,637 | 5.1 | Jan | 29,799 | 5.9 | Jan | 26,359 | 6.7 | Jan | 75,796 | 5.9 | Jan | 260,847 | 4.8 |
| Feb | 18,274 | 5.6 | Feb | 27,847 | 5.9 | Feb | 24,369 | 6.7 | Feb | 70,490 | 6.1 | Feb | 242,695 | 4.7 |
| Mar | 17,964 | -17.9 | Mar | 27,044 | -14.2 | Mar | 23,907 | -12.1 | Mar | 68,915 | -14.5 | Mar | 226,638 | -16.8 |
| Q1 | 55,875 | -3.5 | Q1 | 84,690 | -1.5 | Q1 | 74,635 | -0.1 | Q1 | 215,201 | -1.6 | Q1 | 730,180 | -3.0 |
| Apr | 12,159 | -43.3 | Apr | 20,591 | -35.1 | Apr | 19,455 | -30.9 | Apr | 52,204 | -35.8 | Apr | 167,617 | -38.7 |
| May | 17,370 | -25.0 | May | 27,628 | -19.3 | May | 25,648 | -16.6 | May | 70,647 | -19.9 | May | 221,006 | -23.7 |
| Jun | 20,491 | -13.2 | Jun | 31,369 | -7.3 | Jun | 28,573 | -4.8 | Jun | 80,433 | -8.0 | Jun | 250,330 | -11.0 |
| Q2 | 50,020 | -26.7 | Q2 | 79,589 | -20.3 | Q2 | 73,675 | -17.1 | Q2 | 203,284 | -20.9 | Q2 | 638,953 | -24.3 |
| 1st Half | 105,895 | -16.0 | 1st Half | 164,279 | -11.6 | 1st Half | 148,311 | -9.4 | 1st Half | 418,484 | -12.0 | 1st Half | 1,369,133 | -14.3 |
| Jul | 22,261 | -10.6 | Jul | 33,417 | -6.0 | Jul | 30,671 | -2.6 | Jul | 86,349 | -6.1 | Jul | 265,550 | -8.9 |
| Aug | 22,055 | -9.4 | Aug | 33,203 | -6.6 | Aug | 30,150 | -4.4 | Aug | 85,408 | -6.6 | Aug | 265,060 | -9.6 |
| Sep | 20,936 | -2.9 | Sep | 31,856 | -2.4 | Sep | 29,025 | -0.6 | Sep | 81,817 | -1.9 | Sep | 257,531 | -5.8 |
| Q3 | 65,252 | -7.8 | Q3 | 98,475 | -5.1 | Q3 | 89,846 | -2.6 | Q3 | 253,574 | -4.9 | Q3 | 788,141 | -8.2 |
| Oct | 21,581 | -3.4 | Oct | 32,601 | -2.7 | Oct | 29,523 | -0.7 | Oct | 83,705 | -2.2 | Oct | 266,596 | -6.1 |
| Nov | 19,572 | -6.7 | Nov | 28,714 | -5.7 | Nov | 25,850 | -2.9 | Nov | 74,136 | -5.0 | Nov | 238,300 | -8.5 |
| Dec | 19,517 | -9.0 | Dec | 28,683 | -5.4 | Dec | 25,427 | -2.8 | Dec | 73,627 | -5.5 | Dec | 241,451 | -7.8 |
| Q4 | 60,670 | -6.3 | Q4 | 89,998 | -4.5 | Q4 | 80,801 | -2.1 | Q4 | 231,469 | -4.2 | Q4 | 746,347 | -7.4 |
| 2nd Half | 125,922 | -7.1 | 2nd Half | 188,473 | -4.8 | 2nd Half | 170,647 | -2.4 | 2nd Half | 485,042 | -4.6 | 2nd Half | 1,534,489 | -7.8 |
| Year | 231,818 | -11.4 | Year | 352,752 | -8.1 | Year | 318,957 | -5.7 | Year | 903,527 | -8.2 | Year | 2,903,622 | -11.0 |

**Year - 2021**

| | Rural Interstate | % | | Rural Other Arter | % | | Other Rural | % | | Total Rural | % | | All Systems | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan | 18,311 | -6.8 | Jan | 27,467 | -7.8 | Jan | 24,441 | -7.3 | Jan | 70,218 | -7.4 | Jan | 231,016 | -11.4 |
| Feb | 16,359 | -10.5 | Feb | 24,934 | -10.5 | Feb | 22,096 | -9.3 | Feb | 63,389 | -10.1 | Feb | 213,027 | -12.2 |
| Mar | 21,924 | 22.0 | Mar | 32,494 | 20.2 | Mar | 28,591 | 19.6 | Mar | 83,009 | 20.5 | Mar | 269,486 | 18.9 |
| Q1 | 56,594 | 1.3 | Q1 | 84,895 | 0.2 | Q1 | 75,128 | 0.7 | Q1 | 216,617 | 0.7 | Q1 | 713,529 | -2.3 |
| Apr | 20,920 | 72.1 | Apr | 31,607 | 53.5 | Apr | 28,377 | 45.9 | Apr | 80,904 | 55.0 | Apr | 260,258 | 55.3 |
| May | 23,981 | 38.1 | May | 34,663 | 25.5 | May | 31,353 | 22.2 | May | 89,996 | 27.4 | May | 284,475 | 28.7 |
| Jun | 24,693 | 20.5 | Jun | 35,405 | 12.9 | Jun | 31,565 | 10.5 | Jun | 91,663 | 14.0 | Jun | 286,917 | 14.6 |
| Q2 | 69,594 | 39.1 | Q2 | 101,675 | 27.8 | Q2 | 91,295 | 23.9 | Q2 | 262,564 | 29.2 | Q2 | 831,651 | 30.2 |
| 1st Half | 126,187 | 19.2 | 1st Half | 186,570 | 13.6 | 1st Half | 166,423 | 12.2 | 1st Half | 479,180 | 14.5 | 1st Half | 1,545,180 | 12.9 |
| Jul | 26,477 | 18.9 | Jul | 36,938 | 10.5 | Jul | 33,354 | 8.7 | Jul | 96,770 | 12.1 | Jul | 296,475 | 11.6 |
| Aug | 24,500 | 11.1 | Aug | 35,371 | 6.5 | Aug | 31,798 | 5.5 | Aug | 91,669 | 7.3 | Aug | 287,397 | 8.4 |
| Sep | 22,907 | 9.4 | Sep | 33,905 | 6.4 | Sep | 30,529 | 5.2 | Sep | 87,341 | 6.8 | Sep | 277,979 | 7.9 |
| Q3 | 73,884 | 13.2 | Q3 | 106,215 | 7.9 | Q3 | 95,681 | 6.5 | Q3 | 275,779 | 8.8 | Q3 | 861,852 | 9.4 |
| Oct | 23,665 | 9.7 | Oct | 34,718 | 6.5 | Oct | 31,003 | 5.0 | Oct | 89,386 | 6.8 | Oct | 285,760 | 7.2 |
| Nov | 22,721 | 16.1 | Nov | 32,113 | 11.8 | Nov | 28,431 | 10.0 | Nov | 83,265 | 12.3 | Nov | 267,512 | 12.3 |
| Dec | | | Dec | | | Dec | | | Dec | | | Dec | | |
| Q4 | 46,386 | 12.7 | Q4 | 66,831 | 9.0 | Q4 | 59,434 | 7.3 | Q4 | 172,651 | 9.4 | Q4 | 553,272 | 9.6 |
| 2nd Half | 120,270 | 13.0 | 2nd Half | 173,046 | 8.3 | 2nd Half | 155,115 | 6.8 | 2nd Half | 448,431 | 9.0 | 2nd Half | 1,415,124 | 9.4 |
| Year | 246,457 | 16.1 | Year | 359,616 | 11.0 | Year | 321,538 | 9.5 | Year | 927,611 | 11.8 | Year | 2,960,303 | 11.2 |

**Table - 7.  Estimated Urban Vehicle Miles (Millions) and Percent Change from Same Period Previous Year****

### Year - 2020

| | Urban Interstate | % | | Urban Other Arte | % | | Other Urban | % | | Total Urban | % | | All Systems | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan | 46,835 | 4.7 | Jan | 93,908 | 3.9 | Jan | 44,308 | 4.8 | Jan | 185,051 | 4.3 | Jan | 260,847 | 4.8 |
| Feb | 43,438 | 4.6 | Feb | 87,508 | 3.8 | Feb | 41,259 | 4.3 | Feb | 172,205 | 4.1 | Feb | 242,695 | 4.7 |
| Mar | 39,341 | -19.2 | Mar | 79,924 | -18.0 | Mar | 38,458 | -15.6 | Mar | 157,723 | -17.7 | Mar | 226,638 | -16.8 |
| Q1 | 129,614 | -4.0 | Q1 | 261,340 | -3.9 | Q1 | 124,025 | -2.7 | Q1 | 514,979 | -3.7 | Q1 | 730,180 | -3.0 |
| Apr | 27,331 | -43.3 | Apr | 58,920 | -39.6 | Apr | 29,162 | -37.0 | Apr | 115,413 | -39.9 | Apr | 167,617 | -38.7 |
| May | 36,013 | -28.7 | May | 76,564 | -25.1 | May | 37,783 | -22.7 | May | 150,360 | -25.4 | May | 221,006 | -23.7 |
| Jun | 41,674 | -15.2 | Jun | 86,184 | -12.2 | Jun | 42,039 | -9.9 | Jun | 169,897 | -12.4 | Jun | 250,350 | -11.0 |
| Q2 | 105,017 | -29.0 | Q2 | 221,668 | -25.6 | Q2 | 108,984 | -23.1 | Q2 | 435,670 | -25.9 | Q2 | 638,953 | -24.3 |
| 1st Half | 234,631 | -17.0 | 1st Half | 483,008 | -15.3 | 1st Half | 233,009 | -13.5 | 1st Half | 950,649 | -15.3 | 1st Half | 1,369,133 | -14.3 |
| Jul | 44,467 | -12.4 | Jul | 90,805 | -10.1 | Jul | 43,929 | -8.2 | Jul | 179,200 | -10.2 | Jul | 265,550 | -8.9 |
| Aug | 44,154 | -13.8 | Aug | 91,896 | -10.2 | Aug | 43,603 | -9.6 | Aug | 179,653 | -11.0 | Aug | 265,060 | -9.6 |
| Sep | 43,618 | -8.5 | Sep | 89,036 | -7.6 | Sep | 43,061 | -6.2 | Sep | 175,714 | -7.5 | Sep | 257,531 | -5.8 |
| Q3 | 132,239 | -11.6 | Q3 | 271,736 | -9.3 | Q3 | 130,593 | -8.0 | Q3 | 534,567 | -9.6 | Q3 | 788,141 | -8.2 |
| Oct | 45,500 | -8.8 | Oct | 92,848 | -8.0 | Oct | 44,543 | -6.4 | Oct | 182,891 | -7.8 | Oct | 266,596 | -6.1 |
| Nov | 41,281 | -11.0 | Nov | 83,222 | -10.2 | Nov | 39,660 | -8.3 | Nov | 164,164 | -9.9 | Nov | 238,300 | -8.5 |
| Dec | 41,774 | -11.0 | Dec | 84,800 | -9.2 | Dec | 41,249 | -5.1 | Dec | 167,824 | -8.7 | Dec | 241,451 | -7.8 |
| Q4 | 128,555 | -10.2 | Q4 | 260,871 | -9.1 | Q4 | 125,453 | -6.6 | Q4 | 514,879 | -8.8 | Q4 | 746,347 | -7.4 |
| 2nd Half | 260,794 | -11.0 | 2nd Half | 532,607 | -9.2 | 2nd Half | 256,046 | -7.3 | 2nd Half | 1,049,446 | -9.2 | 2nd Half | 1,534,489 | -7.8 |
| Year | 495,425 | -14.0 | Year | 1,015,614 | -12.2 | Year | 489,055 | -10.4 | Year | 2,000,095 | -12.2 | Year | 2,903,622 | -11.0 |

### Year - 2021

| | Urban Interstate | % | | Urban Other Arte | % | | Other Urban | % | | Total Urban | % | | All Systems | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan | 40,127 | -14.3 | Jan | 81,653 | -13.0 | Jan | 39,017 | -11.9 | Jan | 160,797 | -13.1 | Jan | 231,016 | -11.4 |
| Feb | 37,201 | -14.4 | Feb | 76,323 | -12.8 | Feb | 36,114 | -12.5 | Feb | 149,638 | -13.1 | Feb | 213,027 | -12.2 |
| Mar | 47,151 | 19.9 | Mar | 94,233 | 17.9 | Mar | 45,093 | 17.3 | Mar | 186,477 | 18.2 | Mar | 269,486 | 18.9 |
| Q1 | 124,479 | -4.0 | Q1 | 252,209 | -3.5 | Q1 | 120,224 | -3.1 | Q1 | 496,912 | -3.5 | Q1 | 713,529 | -2.3 |
| Apr | 44,850 | 64.1 | Apr | 90,398 | 53.4 | Apr | 44,107 | 51.2 | Apr | 179,354 | 55.4 | Apr | 260,258 | 55.3 |
| May | 48,578 | 34.9 | May | 98,086 | 28.1 | May | 47,814 | 26.6 | May | 194,479 | 29.3 | May | 284,475 | 28.7 |
| Jun | 49,424 | 18.6 | Jun | 98,225 | 14.0 | Jun | 47,604 | 13.2 | Jun | 195,254 | 14.9 | Jun | 286,917 | 14.6 |
| Q2 | 142,853 | 36.0 | Q2 | 286,709 | 29.3 | Q2 | 139,526 | 28.0 | Q2 | 569,087 | 30.6 | Q2 | 831,651 | 30.2 |
| 1st Half | 267,331 | 13.9 | 1st Half | 538,918 | 11.6 | 1st Half | 259,750 | 11.5 | 1st Half | 1,065,999 | 12.1 | 1st Half | 1,545,180 | 12.9 |
| Jul | 50,607 | 13.8 | Jul | 100,733 | 10.9 | Jul | 48,366 | 10.1 | Jul | 199,706 | 11.4 | Jul | 296,475 | 11.6 |
| Aug | 48,761 | 10.4 | Aug | 99,724 | 8.5 | Aug | 47,243 | 8.3 | Aug | 195,728 | 8.9 | Aug | 287,397 | 8.4 |
| Sep | 47,769 | 9.5 | Sep | 96,337 | 8.2 | Sep | 46,533 | 8.1 | Sep | 190,639 | 8.5 | Sep | 277,979 | 7.9 |
| Q3 | 147,136 | 11.3 | Q3 | 296,794 | 9.2 | Q3 | 142,142 | 8.8 | Q3 | 586,072 | 9.6 | Q3 | 861,852 | 9.4 |
| Oct | 49,486 | 8.8 | Oct | 99,285 | 6.9 | Oct | 47,603 | 6.9 | Oct | 196,374 | 7.4 | Oct | 285,760 | 7.2 |
| Nov | 46,917 | 13.7 | Nov | 92,829 | 11.5 | Nov | 44,501 | 12.2 | Nov | 184,247 | 12.2 | Nov | 267,512 | 12.3 |
| Dec | | | Dec | | | Dec | | | Dec | | | Dec | | |
| Q4 | 96,403 | 11.1 | Q4 | 192,114 | 9.1 | Q4 | 92,104 | 9.4 | Q4 | 380,621 | 9.7 | Q4 | 553,272 | 9.6 |
| 2nd Half | 243,539 | 11.2 | 2nd Half | 488,909 | 9.2 | 2nd Half | 234,245 | 9.1 | 2nd Half | 966,693 | 9.6 | 2nd Half | 1,415,124 | 9.4 |
| Year | 510,870 | 12.6 | Year | 1,027,827 | 10.4 | Year | 493,995 | 10.3 | Year | 2,032,692 | 10.9 | Year | 2,960,303 | 11.2 |

00004396

# Figure – 1. Moving 12-Month Total on ALL Roads



00004397

**Figure 2. Average Daily Travel on U.S. Highways by Month**

## Urban Highways



## Rural Highways



00004398

**Figure - 3. Seasonally Adjusted Vehicle Miles Traveled by Month**



**Months**

OP·LANES™
MARYLAND | I-495 & I-270 Managed Lanes Study | Final COVID-19 Travel Analysis & Monitoring Plan

# ATTACHMENT 2B:

**Presentation: <u>How Much Will COVID-19 Affect Travel Behavior?</u> by the National Academies of Sciences Engineering and Medicine Transportation Research Board, 6/1/2020**

00004400



00004401

## Research Team



**Abolfazl (Kouros) Mohammadian, PhD**
Professor and Department Head
University of Illinois at Chicago
kouros@uic.edu



**Ramin Shabanpour, PhD**
Research Assistant Professor
University of Illinois at Chicago
rshaba4@uic.edu



**Ali Shamshiripour**
Research Assistant
University of Illinois at Chicago
ashams5@uic.edu



**Ehsan Rahimi**
Research Assistant
University of Illinois at Chicago
erahim4@uic.edu

## Webinar Discussant



**Rebekah Anderson, P.E.**
Ohio Department of Transportation
rebekah.anderson@dot.ohio.gov

## Webinar Moderator



**Monique Stinson**
Computational Transportation Scientist
Argonne National Laboratory
mstinson@anl.gov





00004403

# COVID-19

- On March 11, 2020, the World Health Organization (WHO) recognised the COVID-19 outbreak as a pandemic calling for global attention

- The COVID-19 pandemic has forced rapid, large changes in U.S. households' social dynamics resulting in substantial changes in their behavior

- A sharp transition from a reality of long commutes, in-person classes and business meetings, and in-store shopping to telecommuting, online classes and business meetings, and online shopping even for groceries



**UIC ENGINEERING**

00004404







# OUTLINE

**INTRODUCTION**

**ANALYSIS**

- Survey & Demographics
- Health & Exposure Risk
- Risk Perceptions
- Air Travel
- Shopping Habits & Attitudes
- Economic Impacts
- Working from Home

**FUTURE INSIGHTS**

- Planning Towards More Sustainable Future
- Industries
- Autonomous Vehicles
- Digital Twin: ADAPTS Agent-based Model

**SUMMARY AND REMARKS**



**Online survey:** *stated preference & revealed preference*

**Study area:** the Chicago Metropolitan Area

**Survey duration:** April 25 - May 20

**Sample size:** 906 valid responses

**UIC IRB protocol:** #2020-0395







**Survey & Demographics**













Distribution of Income



Distribution of Education



00004409



Distribution of the work status
(before the pandemic)

- Working full-time: 44%
- Working part-time: 14%
- Retired: 22%
- Not working: 18%
- Prefer not to answer: 2%



Distribution of job categories
(before the pandemic)

- Healthcare personnel: 6%
- Retail: 11%
- Non-retail sales: 4%
- Restaurants, food services, and drinking: 7%
- Transportation (e.g., delivery, driver): 4%
- Teacher or faculty: 5%
- Arts, entertainment, or recreation: 3%
- Finance and insurance: 5%
- Government: 3%
- Manufacturing: 6%
- Professional, scientific, or technical services: 8%
- Real estate, rental, or leasing: 3%
- Utilities or warehousing: 2%
- Other: 31%

0%  10%  20%  30%  40%



**UIC ENGINEERING**

# Health & Exposure Risk



**BMI Index**

- BMI<18.5: Underweight
- 18.5<BMI<25: Normal
- 25<BMI<30: Overweight
- 30<BMI: Obese

5%

34%

34%

27%

**Frequency of smoking cigarettes**

- Never
- A few cigarettes a day
- A few cigarettes a week or less frequent

6%

9%

84%

Adult Body Mass Index

(reference: Centers for Disease Control and Prevention)



Perceived risk of traveling with different modes during the COVID-19 pandemic



■ Extremely low risk  ■ Low risk  ■ Medium risk  ■ High risk  ■ Extremely high risk

Personal vehicle: 59% | 28% | 8% | 3% | 3%

Taxi and ride-hailing (e.g., UberX): 2% | 8% | 28% | 29% | 32%

Pooled ride-hailing (e.g., Uberpool): 2% | 7% | 19% | 32% | 40%

Transit: 2% | 5% | 16% | 33% | 44%

Shared bike: 5% | 20% | 26% | 25% | 24%

Private bike: 46% | 25% | 13% | 9% | 7%

Walk: 42% | 34% | 14% | 5% | 4%

0%    25%    50%    75%    100%



Perceived risk of performing different activities during the COVID-19 pandemic

Extremely low risk   Low risk   Medium risk   High risk   Extremely high risk

| Activity | Extremely low risk | Low risk | Medium risk | High risk | Extremely high risk |
|---|---|---|---|---|---|
| Going to hospitals | 4% | 6% | 12% | 21% | 57% |
| Going out for in-store shopping | 4% | 10% | 39% | 30% | 17% |
| Going to resturants | 6% | 11% | 31% | 29% | 23% |
| Visiting family and friends | 9% | 29% | 33% | 18% | 10% |
| Going to gym/fitness | 3% | 6% | 14% | 31% | 46% |
| Going to parks | 11% | 28% | 28% | 18% | 15% |

0%   25%   50%   75%



Expected change in airplane travels once the COVID-19 is no longer a threat as compared to the before-pandemic situations

| Category | Percentage |
|---|---|
| Significantly less than the conditions before COVID-19 outbreak | 26% |
| Somewhat less than the conditions before COVID-19 outbreak | 17% |
| Around the same as the conditions before COVID-19 outbreak | 43% |
| Somewhat more than the conditions before COVID-19 outbreak | 8% |
| Significantly more than the conditions before COVID-19 outbreak | 6% |



**UIC ENGINEERING**

00004415

Reasons behind the expected change in airplane travels once the COVID-19 is no longer a threat as compared to the before-pandemic situations

| Reason | Percentage |
|---|---|
| My financial circumstances changed and I can no longer afford to travel in the same way. | 25% |
| My financial circumstances changed and I can now afford more air travel. | 6% |
| I will need/want to take trips that were cancelled during the COVID-19 pandemic. | 25% |
| My priorities changed and I no longer want to travel in the same way. | 23% |
| I don't feel safe or comfortable sharing close space with strangers. | 48% |
| After having been cooped up at home for so long, I want to travel more than I did before. | 14% |
| I anticipate taking more of my long-distance trips by car. | 27% |
| I anticipate taking more of my long-distance trips by train or bus. | 4% |
| Other | 13% |



00004416

## Shopping Habits & Attitudes



### Online grocery shopping

- **Never experienced** — 66.8%
- **Experienced at least once** — 33.2%

First time experience:

| 61% | 6% | 34% |
|---|---|---|

Jan 24, 2020 / March 21, 2020

- Before the first confirmed case in Illinois
- Between the first confirmed case & the Stay-at-home order
- After the Stay-at-home order in Illinois

### Order food online from restaurants

- **Never experienced** — 44.9%
- **Experienced at least once** — 55.1%

First time experience:

| 76% | 6% | 18% |
|---|---|---|

Jan 24, 2020 / March 21, 2020

- Before the first confirmed case in Illinois
- Between the first confirmed case & the Stay-at-home order
- After the Stay-at-home order in Illinois


**UIC ENGINEERING**

00004417

Online shopping more frequently in the future as compared to before-pandemic?

| | Online grocery shopping | Order food online from restaurants |
|---|---|---|
| In the first few months after the pandemic is over | Likely / Unlikely — 11% Unlikely, 89% Likely | Likely / Unlikely — 25% Unlikely, 75% Likely |
| Far after the pandemic is over | Likely / Unlikely — 22% Unlikely, 71% Likely | Likely / Unlikely — 35% Unlikely, 65% Likely |



**UIC ENGINEERING**

Motivations for online shopping before vs. during the COVID-19 outbreak

- ■ Highly appealing
- ■ Somewhat appealing
- ■ Not appealing

**Shopping 24/7**

| | Highly appealing | Somewhat appealing | Not appealing |
|---|---|---|---|
| Before | 33.85% | 41.23% | 24.92% |
| During | 40.67% | 35.64% | 23.69% |

**Avoiding going to stores**

| | Highly appealing | Somewhat appealing | Not appealing |
|---|---|---|---|
| Before | 24.25% | 42.01% | 33.74% |
| During | 52.85% | 29.94% | 17.21% |

**Avoiding crowds**

| | Highly appealing | Somewhat appealing | Not appealing |
|---|---|---|---|
| Before | 39.33% | 40.34% | 20.34% |
| During | 66.15% | 22.57% | 11.28% |

**Finding items in high demand**

| | Highly appealing | Somewhat appealing | Not appealing |
|---|---|---|---|
| Before | 38.66% | 40.89% | 20.45% |
| During | 43.69% | 37.88% | 18.44% |

0%    25%    50%    75%    100%



**UIC** **ENGINEERING**

Concerns for online shopping before vs. during the COVID-19 outbreak



Highly concerning    Somewhat concerning    Not concerning

**Not being able to examine**

| | Highly concerning | Somewhat concerning | Not concerning |
|---|---|---|---|
| Before | 38.77% | 43.91% | 17.32% |
| During | 42.46% | 41.12% | 16.42% |

**Information inaccuracy**

| | Highly concerning | Somewhat concerning | Not concerning |
|---|---|---|---|
| Before | 34.53% | 47.60% | 17.88% |
| During | 40.78% | 45.03% | 14.19% |

**Not having instant access**

| | Highly concerning | Somewhat concerning | Not concerning |
|---|---|---|---|
| Before | 26.93% | 44.02% | 29.05% |
| During | 34.86% | 40.67% | 24.47% |

0%      25%      50%      75%      100%



**Economic Impacts**

Change in employment status during the pandemic

Lost job/Temporary laid off during the pandemic by job category





**For full-time workers:**

- Still working full-time
- Shifted to working part-time
- Temporarily laid off
- Lost their job





**For part-time workers:**

- Still working part-time
- Temporarily laid off
- Lost their job







Lost job/Temporary laid off during the pandemic by income category



00004422

**Economic Impacts**

Change in shopping expenditure during the pandemic: Shopping for groceries, prepared meals, & errands

| | | | | |
|---|---|---|---|---|
| 40% | | | | ■ Grocery shopping |
| 38% | | 21% | 21% | — $R^2 = 0.689$ |
| 20% | 19% 15% | 20% 15% | 21% | ■ Prepared meals |
| 10% | | | 11% | — $R^2 = 0.067$ |
| 0% | | 4% | | ■ Other errands |
| -2% | -8% | | | — $R^2 = 0.596$ |
| -20% | -25% | -22% | -18% | |

Less than $29,999 | $30,000 to $69,999 | $70,000 to $99,999 | $100,000 to $149,999 | $150,000 or more



00004423



Frequency of working from home, Before and During the COVID-19 outbreak



00004424

**Working From Home**

- More distractions at home
- Lack of comfortable work environment

- No commuting time to work
- More casual environment at home

Significantly lower  Lower  Similar  Higher  Significantly higher

| | Significantly lower | Lower | Similar | Higher | Significantly higher |
|---|---|---|---|---|---|
| Before: never During: 5 times a week | 8% | 33% | 41% | 16% | 2% |
| Before: 5 times a week During: 5 times a week | 21% | 17% | 52% | 7% | 3% |

Workers' self-evaluation of the productivity of working from home during the COVID-19 pandemic





00004426

- Teleworking carries much more potential than we thought before
  - A considerable portion of people fairly happy with their productivities at home, but not everyone:
    - Not having comfortable work environments at home
    - Distractions at home are important
  - Reducing the pollutants while keeping the individuals and firms productive.





**UIC ENGINEERING**

**FUTURE INSIGHTS**

## Planning Towards More Sustainable Future

- Promoting micro-mobility
  - Bikes and scooters
  - Safe and accessible substitutes for transit in the pandemic situations





- Expectations on housing industry
  - Large Multi-story buildings in the suburban areas
  - People would be more interested in homes



**FUTURE INSIGHTS**

Industries

- Expectations on Air-travel & Urban Mobility Industries
  - Air-travel to road trips
  - Autonomous vehicles
  - Vehicle body sizes/types
  - TNC services to carry goods






- Expectations on online shopping industry
  - ○ Growth in the market of online shopping -- at least for groceries and from restaurants
    - ■ Online shopping for groceries grew faster
    - ■ Still online shopping from restaurants is more popular
  - ○ The growth persists in the future, even far after the pandemic is over
    - ■ ICT
    - ■ Vehicle ownership






## FUTURE INSIGHTS

## Autonomous Vehicles

More effective to promote AVs over non-AVs

- AVs make road trips easier
- AVs enable people to work in vehicles

More challenging to promote shared & pooled shared AVs over privately-owned AVs

- People have more concerns about shared-mobility



**UIC ENGINEERING**

https://www.autonews.com/sponsored/autonomous-vehicles-automotive-and-transportation-template

# Digital Twin: ADAPTS Agent-based Model



# Next Phase of the Research ...



**NSF RAPID**
**National-level & Multi-wave panel survey**

**Contact:**
**kouros@uic.edu**

**Current Survey: https://translab.lab.uic.edu/covid-19**
**Next survey (NSF funded): www.covidfuture.org**

**UIC ENGINEERING**

00004433

COVID-19 AND TRAVEL

○ Affected Everyone's Travel

### Passenger & Truck Traffic Impacts by Week

Legend:
- Passenger & Type A
- B & C Commercial Trucks

Passenger & Type A values: -31%, -50%, -50%, -51%, -50%, -46%, -43%, -38%, -34%

B & C Commercial Trucks values: -1%, -11%, -15%, -20%, -20%, -16%, -15%, -11%, -10%

X-axis categories:
3/15/2020 - 3/21/2020, 3/22/2020 - 3/28/2020, 3/29/2020 - 4/4/2020, 4/5/2020 - 4/11/2020, 4/12/2020 - 4/18/2020, 4/19/2020 - 4/25/2020, 4/26/2020 - 5/2/2020, 5/3/2020 - 5/9/2020, 5/10/2020 - 5/16/2020

Data Source: ODOT Technical Services, Traffic Monitoring, Permanent Count Stations, Average daily count by day of week March-May 2019 compared to actual count by specific day in 2020.

34 | TRB Webinar: How Much Will COVID-19 Affect Travel Behavior?



00004434

○ **Long-Distance trip rates were lower than expected starting mid-January.**



Average LD Trip Rate



Ohio Long-Distance Trip-rate -- COVID-19 Analysis

— Year 1 (monthly avg.)
— Year 2 (monthly avg.)
•••• Year 3 - Four week moving average

-6%

-31%

★ First confirmed U.S. COVID-19 case, Jan 20

*Notes:*

- *Year 1,2 shown as average weekly trip rate by month*
- *Year 1,2 data wraps years (Y1 ran Jan-Jan; Y2 Feb-Feb) while Year 3 is sequential (Mar-Mar)*
- *Rate changes shown based on December and February monthly averages*

Data Source: Unweighted Ohio Long-Distance HTS



LONG-DISTANCE TRAVEL COVID-19 EFFECTS

- ○ 38% of those with LD trips planned February 15- March 14, 2020 were affected in due to COVID-19

- ○ Personal travel was more affected than Business travel.
- ○ Both were affected for 18% of respondents.

**Did you change your plans for long-distance (over 50 miles) trips scheduled between February 15 and March 14 due to COVID-19? Select all that apply.**

| | |
|---|---|
| I made no LD trips and COVID-19 did not affect my LD travel | 46% |
| I did make LD trips and COVID-19 did not affect my LD travel | 29% |
| Yes, cancelled planned trip(s) | 15% |
| Yes, conducted meetings(s) virtually instead | 6% |
| Yes, delayed booking trip(s) | 4% |
| Yes, changed how I plan to travel | 1% |

n=26

**How many planned long-distance business and/or personal trips did you cancel, delay booking for a future month, or attend virtually rather than in person between February 15 and March 14, 2020? (Asked of those who replied they were affected by COVID-19)**

0: Personal 20%, Business 62%
1: Personal 56%, Business 24%
2: Personal 18%, Business 14%
3: Personal 4%
4: Business 2%

■ Personal ■ Business

n=5



36 | TRB Webinar: How Much Will COVID-19 Affect Travel Behavior?

⬤dot

00004436

**FUTURE TRAVEL?**

- o Asked the week of March 15, 2020.
- o Unfortunately, we neglected to ask if no LD trips were planned.
- o Previous 2 years showed 73% of respondents made a LD trip from March 15-April 14



- o Presumably, 13% of LD travelers did not think that their LD trips would be affected by COVID-19.
- o This is potentially correct.
  - o Many still made personal LD trips.
  - o Some made unplanned LD trips.

37 | TRB Webinar: How Much Will COVID-19 Affect Travel Behavior?



00004437

# Changes for Shopping

- Online grocery shopping and 3rd Party Food Delivery was already experiencing anticipated growth.
- Probably will level off to already expected levels by a Facility's Design Year (~2045)
- Hence, low-risk of affecting facility demand and design.



Source: https://www.statista.com/chart/14854/online-food-and-alcohol-sales-in-the-us/ July 2018



Source: https://www.emarketer.com/content/us-food-delivery-app-usage-will-approach-40-million-users-in-2019

00004438

CHANGES FOR WORK LOCATION

- While telecommuting was already expected to rise, the number of companies noting "just how well" telecommuting has worked for their business will probably increase this trend.

- Potential for decreased traffic to CBDs, leading to lower peak period congestion.

- Adds risk for overdesign of expensive downtown facilities



Chart 1: Full-time employees primarily working from home as a percent of total full-time employment, 2001 to 2017

Source: American Community Survey; IPUMS-USA, University of Minnesota.

Chart 2: Full-time teleworkers as a percent of total full-time employment by occupation group, 2001 to 2017.



Source: American Community Survey; IPUMS-USA, University of Minnesota.

39 | TRB Webinar: How Much Will COVID-19 Affect Trave Source: https://www.conference-board.org/blog/labor-markets/Teleworking-Rapid-Expansion-Continues

00004439

**CHANGES FOR TRAVEL MODE**

- o Prior research shows that mode use as a child persists over one's life

  - o "Role of Childhood Context and Experience in Shaping Activity-Travel Choices in Adulthood" (Long, K. et al, TRR 2673, 2019)

  - o "Mobility Biographies in Three Generations – Socialization Effects on Commute Mode Choice" (Doring, L. et al, Transportation Research Procedia 1, 2014)

  - o "Travel Socialization: A Social Theory of Travel Mode Behavior" (Basington, H., International Journal of Sustainable Transportation, 2008)

  - o "Childhood Influences on Adult Travel Mode Choice" (Johansson, M., International Conference of Traffic and Transport Psychology, 2005)



40 | TRB Webinar: How Much Will COVID-19 Affect Travel Beha

00004440

## CHANGES FOR TRAVEL MODE

- ○ "Bicycles are the new toilet paper" – Landis-Hanley, J. *The Guardian*, 21 Apr 2020

- ○ Hard to quantify or even guess just what these effects might be
    - ○ Will children or even adults continue to use active modes?
    - ○ What trip purposes?
        - ○ School, shopping, personal business, other errands?
    - ○ Increase demand for non-motorized facilities?

- ○ Perhaps increased importance for Routine Accommodation policies



00004441

## Research Team



**Abolfazl (Kouros) Mohammadian, PhD**
Professor and Department Head
University of Illinois at Chicago
kouros@uic.edu



**Ramin Shabanpour, PhD**
Research Assistant Professor
University of Illinois at Chicago
rshaba4@uic.edu



**Ali Shamshiripour**
Research Assistant
University of Illinois at Chicago
ashams5@uic.edu



**Ehsan Rahimi**
Research Assistant
University of Illinois at Chicago
erahim4@uic.edu

## Webinar Discussant



**Rebekah Anderson, P.E.**
Ohio Department of Transportation
rebekah.anderson@dot.ohio.gov

## Webinar Moderator



**Monique Stinson**
Computational Transportation Scientist
Argonne National Laboratory
mstinson@anl.gov

**Contact: kouros@uic.edu**

**https://translab.lab.uic.edu/covid-19**





SCAN ME

00004442

# Webinar Presenters



**Abolfazl (Kouros) Mohammadian, PhD**
University of Illinois at Chicago

**Ehsan Rahimi**
University of Illinois at Chicago





**Ramin Shabanpour, PhD**
University of Illinois at Chicago



**Rebekah Anderson**
Ohio Department of Transportation

**Ali Shamshiripour**
University of Illinois at Chicago





**Monique Stinson**
Argonne National Laboratory

The National Academies of
SCIENCES · ENGINEERING · MEDICINE

**TRB**
TRANSPORTATION RESEARCH BOARD

00004443

# TRB Resources

- Blog: **Telework transportation research in light of the COVID-19 pandemic**



NCHRP
RESEARCH REPORT 934

NATIONAL COOPERATIVE HIGHWAY RESEARCH PROGRAM

Traffic Forecasting Accuracy Assessment Research



The National Academies of
SCIENCES · ENGINEERING · MEDICINE

TRB
TRANSPORTATION RESEARCH BOARD

# Get Involved with TRB

- Getting involved is free!

- Join a Standing Committee
  (http://bit.ly/TRBstandingcommittee)

- Become a Friend of a Committee
  (http://bit.ly/TRBcommittees)
  - Networking opportunities
  - May provide a path to become a
    Standing Committee member

- For more information: www.mytrb.org
  - Create your account
  - Update your profile

 @NASEMTRB

 @NASEMTRB

 Transportation Research Board

**#TRBwebinar**
**#COVID19**

The National Academies of
SCIENCES · ENGINEERING · MEDICINE

T R B
TRANSPORTATION RESEARCH BOARD

00004445

# TRB turns 100 on November 11, 2020



## Help TRB:

· Promote the value of transportation research;

· Recognize, honor, and celebrate the TRB community; and

· Highlight 100 years of accomplishments.

Learn more at

**www.TRB.org/Centennial**
#TRB100

## MOVING IDEAS: ADVANCING SOCIETY—100 YEARS OF TRANSPORTATION RESEARCH

*The National Academies of*
SCIENCES · ENGINEERING · MEDICINE


TRANSPORTATION RESEARCH BOARD

00004446



I-495 & I-270 Managed Lanes Study          Final COVID-19 Travel Analysis & Monitoring Plan

# ATTACHMENT 2C:

**Presentation: <u>COVID-19 Impacts on Managed Lanes</u> by the National Academies of Sciences Engineering and Medicine Transportation Research Board, 6/25/2020**

00004447

The National Academies of
SCIENCES · ENGINEERING · MEDICINE

TRANSPORTATION RESEARCH BOARD

# TRB Webinar: COVID-19 Impacts on Managed Lanes

**June 25, 2020**

**@NASEMTRB
#TRBwebinar
#COVID19**

00004448

# Questions and Answers

Please type your questions into your webinar control panel



We will read your questions out loud, and answer as many as time allows

**#TRBwebinar**
**#COVID19**

The National Academies of
SCIENCES · ENGINEERING · MEDICINE


TRANSPORTATION RESEARCH BOARD

# COVID-19 Response
# Bay Area Express Lanes

Lisa Klein
Director, Field Operations and Asset Management
Metropolitan Transportation Commission

TRB Webinar
June 25, 2020





BAY AREA **EXPRESS LANES**

1

Case 8:22-cv-02597-DKC   Document 57-9   Filed 10/30/23   Page 133 of 204

# COVID-19 Shelter-in-Place Regional Traffic Impacts

Traffic volumes decreased significantly:

- Bay Area Bridges: ⬇44% to 61%

- I-80 (Alameda County): ⬇40%

- US-101 (San Mateo County): ⬇60+%

- I-680 (Contra Costa County) Express Lanes Corridor: ⬇60+%

Traffic volumes reached their lowest point by late March / early April

Bay Bridge – Jan 2020



Bay Bridge – Mar 2020



BAY AREA **EXPRESS LANES**

# Bay Area Express Lanes



*About MTC's I-680 Express Lanes in Contra Cost County*

- 12-mile corridor between Walnut Creek and Dublin, CA
- Heavily congested in the northern half of the corridor
- 31,000 Average Daily Express Lane Trips (pre COVID-19)

# Regional Express Lane Tolling Ceased March 20 Restarted June 1



**BAY AREA EXPRESS LANES**

00004453

# Express Lane Tolling Decisions

## Bay Area Express Lane Operators Acted Jointly

### Decision to Suspend Tolling

 Significant reduction in corridor traffic

 Free-up CHP enforcement for more critical tasks

 Relieve workload on back-office contractor

### Decision to Resume Tolling

 Steady increase in corridor traffic

 Easing of public health orders

 Other CA EL Operators continued tolling

 BAY AREA **EXPRESS LANES**

# I-680 Traffic Trends During COVID-19

I-680 NB & SB - Total Volume (All Lanes) 3:00 pm - 6:00 pm

55% decline in traffic volumes in two-week period (3/10 – 3/24)

Steady rise in traffic volumes since 4/7. As of 6/18, corridor traffic volumes are down 22% compared to their pre COVID-19 levels.

Shelter in Place    Suspended Tolling    Resumed Tolling

I-680 NB & SB - 2020    I-680 NB & SB - 2019    *Memorial Day



BAY AREA **EXPRESS LANES**

I-680 Express Lanes in Contra Costa County

00004455

# I-680 Traffic Since Restart of Tolling

### Peak Period (3:00 pm – 6:00 pm) Most Congested Tolling Zone

| Express Lane | | | |
|---|---|---|---|
| | Pre COVID-19 Pandemic | 6/11/2020 | % Difference |
| Average Toll | $8.00 | $1.00 | -88% |
| Average Speed | 67 MPH | 78 MPH | +16% |
| Average Volume | 1,029 VPH | 585 VPH | -43% |

| General Purpose Lanes | | | |
|---|---|---|---|
| | Pre COVID-19 Pandemic | 6/11/2020 | % Difference |
| Average Toll | N/A | N/A | N/A |
| Average Speed | 57 MPH | 68 MPH | +19% |
| Average Volume | 1,458 VPH | 1,314 VPH | -10% |

BAY AREA **EXPRESS LANES**

I-680 Express Lanes in Contra Costa County

# Remote Operation of Express Lanes



Express Lanes
Network (ELN)

Regional Operations
Center (ROC)

**1** Pre COVID-19, EL Ops staff accessed the ELN directly through a closed network portal from the ROC.

**2** Starting March 13th, EL Ops staff shifted to remote work to reduce risk of exposure to COVID-19 infection.

**3** EL Ops staff continue operations remotely by connecting to the ELN via a secure Virtual Private Network (VPN).



BAY AREA **EXPRESS LANES**

00004457

# Regional FasTrak Operations Significantly Affected

Suspended cash collection on seven toll bridges

Sent ~1.4 M invoices in each of April and May

Suspended escalation for toll violations for all facilities

BAY AREA **EXPRESS LANES**



Case 8:22-cv-02597-DKC    Document 57-9    Filed 10/30/23    Page 141 of 204

# FasTrak Regional Customer Service Center Call Volumes

Call volumes declined by ~50% in the first weeks of shelter-in-place



BAY AREA **EXPRESS LANES**

# Regional Customer Service Center COVID Impacts

## Operational Impacts

- Operations consistent with health ordinance for essential work
- Operational hours reduced; walk in center closed
- Sending toll notices with $0 penalty

## Staffing Impacts

- Initial absenteeism between 40%-60%
- Recruiting to replace agents
- Work from home
  - Non-phone personnel in April
  - Phone agents in progress

 BAY AREA **EXPRESS LANES**

# Planning for the Future (3 – 12 months)
## Uneven Return of Traffic



13

# More Unknowns than Knowns

 Economic Recovery / Schools

 Social/ Business Practices (telecommuting, use of transit & carpooling)

 Traffic

 2nd Wave?

## Managed lanes / technology provide operational flexibility

- Proceed as planned for new express lanes, opening later this year
- Formalize all electronic tolling on region's toll bridges

 BAY AREA **EXPRESS LANES**

# LA Metro ExpressLanes

COVID-19
Response


Metro

# LA Metro COVID-19 Response

- March 19 – County of Los Angeles issues Safer at Home order (Ph 2:May 8)
  - Metro & ExpressLanes staff implement Work from Home (WFH) policy
  - Headquarters (Gateway Building) remains open
  - ExpressLanes closes Torrance Service Center
  - 20 Customer Service Representatives issued "Thin Clients" to receive calls remotely
  - Consultants, BOS, & RTCS remain engaged and in the field or work remotely

- End of March/ early April Metro initiates minimum pricing on all corridors

- June 9 Metro re-establishes dynamic pricing on all corridors



2

00004464

# Traffic Volumes

### COVID-19 Era ExpressLanes Transaction Counts
**As Percent of Normal Levels**

—o— *Transaction Counts*



00004465

# Revenue Volumes



COVID-19 Era ExpressLanes Toll Revenues
**As Percent of Normal Levels**



# Traffic and Revenue Volumes



COVID-19 Era ExpressLanes Transaction Counts and Toll Revenues
**As Percent of Normal Levels**



00004467

# LA Metro COVID-19

## Next Steps:

- I-105 Environmental & Design (Ongoing)
- Dynamic Pricing (June 9)
- Open Service Center (July 6)
- Occupancy Detection System (August 1)
- Metro HQ (Gateway) Reopens (August – TBD)
- Normal Operations (October – December 2020)
- TIFIA LOI for 105 (2021, planned)



6

**Mark Linsenmayer**
LA Metro
Deputy Executive Officer
Congestion Reduction

213.922.5569 w
linsenmayerm@metro.net



7

00004469




# The Effects of COVID-19 on MnPASS Express Lanes

**Kiet Ly, PE**

**MnPASS Operations Engineer**

**June 25, 2020**



MnPASS.org

00004470

# MnPASS Corridors Overview







6/25/2020                                    MnPASS.org                                                    2

00004471

# MnPASS Express Lanes

- MnPASS = MN's system of priced managed lanes
(or High Occupancy Toll Lanes)

- MnPASS lanes currently
in operation:

  - I-394 since 2005

  - I-35W since 2009

  - I-35E since 2015



- MnPASS is a key strategy for improving the efficiency of the region's highway and transit systems by providing a reliable, less congested option during peak travel times.

MnPASS.org

3

00004472

# Traffic Travel Demand

## Travel decreased steadily in the days following the first COVID-19 case in Minnesota



MnPASS.org

00004473

# Congestion Levels

March 4th @ 8AM – before COVID-19 emergency

March 25th @ 8AM – after COVID-19 emergency





00004474

# Operation Background

- MnPASS operations background
  - Customer Service Center at Golden Valley office
  - Approximately 50,000 accounts and over 67,000 transponders/tags
  - 3 CSRs; 1 CSR supervisor; 1 CSC manager and 1 project manager
- When Peace Time Emergency declared, our contract consultant established a new protocol to provide our services remotely
  - Discontinued walk-in service due to reduction of walk-in customers (a couple a day)
  - Set up CSRs to be able to access the back-office system remotely
  - Two staff report twice a week to handle mail and phone messages

00004475

# COVID-19 Effects on MnPASS Operations

| Average Monthly | Before COVID-19 | After COVID-19 | % Change |
|---|---|---|---|
| Inbound Calls | 787 | 122 | -84% |
| Outbound Calls | 281 | 250 | -11% |
| Emails | 266 | 546 | 105% |
| Chats | 145 | 155 | 7% |
| Walk-ins | 76 | 0 | -100% |
| Accounts Opened | 486 | 42 | -91% |
| Accounts Closed | 92 | 86 | -7% |
| Tags Requested | 781 | 127 | -84% |

00004476

# COVID-19 Effects on MnPASS Operations

|  | Before COVID-19 | After COVID-19 | % Change |
|---|---|---|---|
| **Average Monthly Toll Transactions (Trips)** | 258,103 | 36,169 | -86% |
| **Average Monthly Toll Revenue** | $431,180.44 | $14,788.75 | -97% |
| **Average Toll** | $1.67 | $0.41 | -76% |
| | | | |
| **Average Daily Toll Transactions (Trips)** | 12,340 | 1,722 | -86% |
| **Average Daily Toll Revenue** | $20,614.20 | $704.23 | -97% |

00004477

# COVID-19 Effects on MnPASS Operations



00004478

# COVID-19 Effects on MnPASS Operations



**Weekly Toll Revenue**

MnPASS.org

00004479

# COVID-19 Effects on MnPASS Operations



MnPASS.org

00004480

# COVID-19 Effects on MnPASS Operations



MnPASS.org

00004481

# Conclusion

- Significant impacts on our operations.

- Continue to operate with our current protocol.

- We will operate  normal when the economy and travel demands are recovered.

00004482

# Thank you!

**Kiet Ly, P.E.**
**MnPASS Operations Engineer**
*Kiet.t.ly@state.mn.us*
651-234-7028

00004483

# Webinar Presenters

**Lisa Klein**





**Kiet Ly**







**Mark Linsenmayer**



**Moderator: Darren Henderson**







The National Academies of
SCIENCES · ENGINEERING · MEDICINE

TRB
TRANSPORTATION RESEARCH BOARD

00004484

# TRB Resources

- Consensus Study Report: *Renewing the National Commitment to the Interstate Highway System: A Foundation for the Future*
- *NCHRP Research Report 835: Guidelines for Implementing Managed Lanes*
- *NCHRP Research Report 860: Assessing the Environmental Justice Effects of Toll Implementation or Rate Changes: Guidebook and Toolbox*
- *NCHRP Synthesis Report 540: Leveraging Private Capital for Infrastructure Renewal*
- *NCFRP Research Report 39: Freight Transportation Resilience in Response to Supply Chain Disruptions*
- Traffic management webinars

The National Academies of
SCIENCES · ENGINEERING · MEDICINE

TRB
TRANSPORTATION RESEARCH BOARD

# Get Involved with TRB

Receive emails about upcoming TRB webinars
https://bit.ly/TRBemails

**#TRBwebinar**

Find upcoming conferences
http://www.trb.org/Calendar





The National Academies of
SCIENCES · ENGINEERING · MEDICINE

TRB
TRANSPORTATION RESEARCH BOARD

00004486

# Get Involved with TRB
## #TRBwebinar

 @NASEMTRB
@NASEMTRB
 Transportation Research Board

*Getting involved is free!*

**Be a Friend of a Committee** [bit.ly/TRBcommittees](bit.ly/TRBcommittees)
– Networking opportunities
– May provide a path to Standing Committee membership

**Join a Standing Committee** [bit.ly/TRBstandingcommittee](bit.ly/TRBstandingcommittee)

**Work with CRP** [https://bit.ly/TRB-crp](https://bit.ly/TRB-crp)

**Update your information** [www.mytrb.org](www.mytrb.org)

The National Academies of
SCIENCES · ENGINEERING · MEDICINE

TRB
TRANSPORTATION RESEARCH BOARD

00004487



**Help TRB:**

· Promote the value of transportation research;

· Recognize, honor, and celebrate the TRB community; and

· Highlight 100 years of accomplishments.

Learn more at

**www.TRB.org/Centennial**
#TRB100

**MOVING IDEAS: ADVANCING SOCIETY—100 YEARS OF TRANSPORTATION RESEARCH**

The National Academies of
SCIENCES · ENGINEERING · MEDICINE

TRB
TRANSPORTATION RESEARCH BOARD

  I-495 & I-270 Managed Lanes Study    Final COVID-19 Travel Analysis & Monitoring Plan

# ATTACHMENT 2D:

**Memorandum: <u>Transportation Impacts of the COVID-19 Pandemic in the National Capital Region</u> by the National Capital Region Transportation Planning Board Technical Committee, 9/3/2020**

00004489

**National Capital Region**
**Transportation Planning Board**

**MEMORANDUM**

**TO**:     TPB Technical Committee
**FROM**:   Andrew Meese, TPB Systems Performance Planning Director
**SUBJECT**: Transportation Impacts of the COVID-19 Pandemic in the National Capital Region
**DATE**:   September 3, 2020 (Revised)

---

**INTRODUCTION**

The COVID-19 pandemic and associated precautions since March 2020 have had profound impacts on travel and transportation systems in the National Capital Region. This memorandum compiles information from a variety of sources to provide snapshots of the magnitude and trends of these changes in the initial months of this disruptive pandemic period. Summary presentations are planned for the September 4, 2020 TPB Technical Committee meeting and at a future TPB meeting.

The purpose of this work activity is to examine the data availability on various aspects of travel, and to understand the fidelity and limitations of the data, to help assess the true nature/extent of change in travel and usage of the transportation service and infrastructure. At the present time, staff has not conducted any analysis to assess system performance and or draw conclusions to inform future planning and programming.

This work activity is the beginning of efforts towards better understanding the impacts with the intention of determining the aspects of transportation system that the region will need to address to be more resilient and more equitable in the future. A meaningful analysis of this unprecedented change in the supply and demand on transportation needs accurate, representative, comprehensive data on the demand and supply sides. For example, while the pandemic-related restrictions on movement have impacted travel demand, the personal and public health nature of the pandemic has affected the ability to provide transportation service – particularly public transportation. Regionally, fares contribute about 30% (ranging from 10% to 70% on different systems) of the operating costs of providing public transportation. Inability to collect these fares (on systems that have suspended fare collection due to pandemic social distancing precautions) and reduced travel (particularly on the rail systems) have impacted the financial viability of public transportation. At the same time, transit agencies have had to consider rider and employee health risks, and undertake both additional cleaning/disinfecting and equipment modification (e.g., driver shields) activities, while maintaining as much transit service as feasible. This comes at a time when these services have been most needed – especially the bus services.

Emergency orders in the District of Columbia, Maryland, and Virginia impacting travel were issued in the general time period of March 5 through 20, 2020. The COG website at www.mwcog.org/about-us/covid-19/ provides information about declarations as well as links to data sources about COVID-19 and its (non-transportation) impacts.

00004490

**STRUCTURE OF THIS MEMORANDUM**

TPB staff compiled data and information from a variety of sources to examine the COVID-19 pandemic's transportation impacts from several perspectives. These data differ in geography, time scales, and methodologies because of the variety of mostly non-COG/TPB sources, but individually and collectively provide insights (though not necessarily definitive conclusions) on regional impacts. Caveats include that the scope, timeliness, and consistent or continued availability of data from outside sources are beyond the control of TPB staff, potentially limiting further staff analysis. In some cases, anomalous information in data from external sources could not be explained, and for now, those sources have not been included in this memorandum. Additionally, a separate future effort is anticipated to examine transit impacts in more detail, especially for Metrobus and Metrorail.

Information is grouped into three main sections: Travel and Roadway Traffic Volumes Impacts; Transit and Walking; and Safety, Speeds, and Other Impacts. Each section contains multiple subsections with one or more information sources each, providing a variety of snapshots.

**TRAVEL AND ROADWAY TRAFFIC VOLUME IMPACTS**

**1. ROADWAY TRAFFIC VOLUMES**

*Snapshot: Roadway traffic volumes in the National Capital Region, which in April 2020 had dipped below 50% of 2019 volumes, by July had recovered to over 80% of 2019 volumes. The magnitude of these trends varied among the core jurisdictions, inner suburbs, and outer suburbs.*

Figure 1 shows traffic volumes at over 60 continuous count stations at locations around the TPB modeled region (larger than the TPB membership area itself). Volumes at these pinpoint locations were down generally almost 50% in the month of April 2020 compared to April 2019, but by July 2019, had risen to be just about 19% less than July 2019 levels. Visualizations of weekly average daily traffic and average hourly traffic by month are also shown.

Figures 2 through 4 show these traffic volumes summarized for three jurisdictional groupings in the modeled area: core, inner, and outer jurisdictions. Figure 2 shows that the central jurisdictions showed the largest decrease with a monthly average percent change in traffic of almost 60 percent from 2019 levels during April and still more than 30 percent off in July compared to the previous year. Figures 3 and 4 show that the inner jurisdictions and outer jurisdictions had changes in traffic volumes more consistent with regional levels, with the outer jurisdictions registering the smallest decrease in traffic volumes among the three jurisdictional groups.

00004491

*Figure 1: Traffic Counts and Percentage Changes at Permanent County Stations in the TPB Modeled Region (Source: TPB)*

Monthly Average Percent Change from Equivalent 2019 Month

| Month | Percent Change |
|---|---|
| January | 4.0% |
| February | 2.6% |
| March | -21.8% |
| April | -49.9% |
| May | -36.7% |
| June | -24.5% |
| July | -18.9% |

Weekly Average Daily Traffic at All Active Stations

100,000
80,000
60,000
40,000
20,000
0
1-Jan 15-Mar 31-Jul
2020
2019

Average 2020 Hourly Traffic at All Active Stations by Month

6000
5000
4000
3000
2000
1000
0
1 3 5 7 9 11 13 15 17 19 21 23
January
February
March
April
May
June
July

*Figure 2: Traffic Counts and Percentage Changes at Permanent County Stations in the Core Jurisdictions (Source: TPB)*



NOTE: *Core jurisdictions include the District of Columbia and Arlington County and the City of Alexandria in Virginia.*

00004493

*Figure 3: Traffic Counts and Percentage Changes at Permanent County Stations in the Inner Jurisdictions (Source: TPB)*



NOTE: *Inner jurisdictions include Montgomery County, and Prince George's County in Maryland and Fairfax County (including independent cities of Falls Church and Fairfax) in Virginia.*

5

00004494

*Figure 4: Traffic Counts and Percentage Changes at Permanent County Stations in the Outer Jurisdictions (Source: TPB)*



NOTE: Outer jurisdictions include Anne Arundel, Carroll, Charles, Frederick (including Frederick City), Howard, and St. Mary's counties in Maryland; Clarke, Fauquier, King George, Loudoun, Prince William (including Manassas and Manassas Park), Spotsylvania (portion), and Stafford counties in Virginia; and Jefferson County in West Virginia.

6

## 2. VEHICLE MILES OF TRAVEL

*Snapshot: Regional vehicle miles of travel dipped most dramatically in April, but by July had recovered significantly, according to a post on the blog of big data provider INRIX[1].*

Trends in vehicle miles of travel (VMT) in the region are informative, but not always readily available. Private sector big data provider INRIX[2], in an August 11, 2020 blog post, described morning and evening peak VMT trends for 26 major metropolitan areas[3] around the country, including metropolitan Washington[4]. Figure 5 shows reported VMT for metropolitan Washington versus the median values for the full 26 metropolitan areas described in the blog post[5]. Monthly VMT was lowest in April both regionally and nationally, and has recovered somewhat since then through July; metropolitan Washington's VMT has generally tracked a bit lower than the national median.

*Figure 5: Vehicle Miles of Travel Trends (Percentage of Pre-pandemic VMT) Reported by INRIX, March through July 2020 (Source: INRIX https://inrix.com/blog/2020/08/vmt-commute-us/, August 11, 2020)*



| | March AM Peak | March PM Peak | April AM Peak | April PM Peak | May AM Peak | May PM Peak | June AM Peak | June PM Peak | July AM Peak | July PM Peak |
|---|---|---|---|---|---|---|---|---|---|---|
| Median of 26 Metro Areas | 75% | 79% | 46% | 54% | 59% | 71% | 72% | 84% | 74% | 88% |
| Metropolitan Washington | 74% | 78% | 39% | 56% | 48% | 59% | 63% | 74% | 70% | 80% |

---

[1] https://inrix.com/blog/2020/08/vmt-commute-us/.
[2] At this time, TPB only has gratis access to some, not all, data sets vended by INRIX.
[3] The metropolitan areas reported (as listed by INRIX) were: Atlanta, Austin, Baltimore, Boston, Charlotte, Chicago, Dallas, Denver, Detroit, Houston, Los Angeles, Miami, Minneapolis, New York, Orlando, Philadelphia, Phoenix, Portland, Sacramento, San Antonio, San Diego, San Francisco, Seattle, St. Louis, Tampa, and Washington, D.C.
[4] Note that INRIX's geographical definition of metropolitan Washington, D.C. is understood to be somewhat different from (is more expansive than) the TPB membership area.
[5] Medians for the 26 metropolitan areas were calculated by TPB staff based on the blog post, and were not provided by INRIX; there may be rounding error. All values should be considered approximate.

 7

## 3. PERSON TRAVEL

*Snapshot: Though miles of travel per person have returned to near pre-pandemic levels, people are still much more likely to be staying at home than pre-pandemic.*

The University of Maryland's COVID-19 Impact Analysis Platform[6] contains a wealth of information nationally about COVID-19 impacts and travel. Figure 6 illustrates the dramatic decline in person travel in the late March and early April time frame of the pandemic, and the recovery in person travel since then, by the metrics of percentage of persons staying home and miles of travel per person. People are still "staying home" at higher rates than before the pandemic, though miles of travel are close to pre-pandemic levels, perhaps reflecting a preponderance of non-work (non-commute) travel and considerable increases in delivery trips (food, grocery, online shopping).

*Figure 6: National Capital Region Percentage Staying at Home and Miles of Travel Per Person (Source: TPB staff analysis of information from COVID-19 Impact Analysis Platform, Maryland Transportation Institute, University of Maryland, August 2020)*



---

[6] https://data.covid.umd.edu/. The site does not provide details on source data or methodology.



8

00004497

## 4. TRUCK TRAVEL

*Snapshot: Truck travel never declined as much as passenger travel did.*

According to big data provider INRIX, travel nationally has continued to recover from reductions in the April 2020 time frame. Notable in Figure 7 below is that truck travel, especially long-distance truck travel, never declined to the extent that passenger travel did. Figure 8 on the next page shows a National Capital Region example on an I-95 continuous count station at Dumfries, Virginia, where truck travel remained at similar levels or actually increased, as general volumes declined, during the March/April peak of COVID-19 impacts.

*Figure 7: Nationwide Trends in Tripmaking and Confirmed COVID-19 Cases (Source: INRIX Blog https://inrix.com/covid-19-transportation-trends/, retrieved August 27, 2020)*



00004498

*Figure 8: Heavy-Duty Vehicle (HDV) Volumes Compared to Non-HDV Volumes, I-95 Northbound at Dumfries, Virginia, March-April 2020 (Source: COG [Sunil Kumar] Analysis of Virginia Department of Transportation Data)*



00004499

**TRANSIT AND WALKING**

**5. TRANSIT RIDERSHIP: LOCAL TRANSIT AND COMMUTER SERVICES**

*Snapshot: Impacts to transit ridership have varied across the region, with longer-distance commuter services experiencing the biggest ridership declines, and local bus transit services experiencing declines of lesser magnitudes. While the ridership numbers reflect changes in usage, these reductions have to be viewed in relation to the reduction in service levels (capacity) due to pandemic-related challenges in operating transit. Preliminary data demonstrate that usage of available capacity has been significant, particularly on the bus system, which remains a lifeline for critical workers.*

The region's local transit agencies and commuter services have experienced differing impacts to ridership. Figure 9 shows approximate ridership reductions for WMATA rail and bus[7], and Figure 10 for a selected group of the region's transit providers as reported by an August 5, 2020 questionnaire of these agencies by TPB. As may be observed from Figure 9, WMATA's Metrobus system continued to carry a substantial portion of riders through this period, even with considerable reductions in service and limits on passenger capacity within the buses due to social distancing. The regional nature of Metrobus routes, and the destinations and population served, highlight how critical bus service has been especially to the workers essential in many aspects of the economy. While longer distance services such as MARC and Loudoun Commuter Bus services had the largest reported declines in ridership (likely result of greater share of patrons being able to work from home), as did services popular with visitors and tourists such as DC Circulator, local and WMATA bus transit services generally reported ridership declines of lesser magnitudes (given the nature of destinations served and greater dependence of the patrons on public transportation).

TPB staff plans to work with transit agencies on further analysis of the supply and usage of public transportation in general and WMATA in particular given that about 84% of the region's public transportation trips are made on the WMATA system.

---

[7] Data obtained from WMATA Ridership Portal, https://wmata.com/initiatives/ridership-portal/.

11

00004500

*Figure 9: Metrorail and Metrobus Year-to-Year Ridership Percentage Change, June/July/August 2020 Versus 2019 (Source: WMATA Data Portal)*



*Figure 10: Transit Ridership Reductions on Selected Local Transit and Commuter Services (as reported in an August 5, 2020 TPB questionnaire to these agencies; all figures are approximate; Source: COG/TPB)*



00004501

## 6. WALKING

*Snapshot: App-based data provide an interesting but perhaps unproven insight into walking trends during the pandemic.*

Data regarding walking in the region are of interest, but not always readily available. Apple Mobility made such data available for the District of Columbia[8]. These proprietary data compare mobile device usage associated with map direction requests on specific modes of travel[9], and may not be consistent with other data sources; their inclusion here is illustrative. Figure 11 shows trends over time comparing driving and walking to a January 13, 2020 baseline. Both modes showed significant declines in the late March and early April time frame, and have recovered since then. Driving is even being reported to exceed the January 13 baseline, with walking still down somewhat. It must be noted that this dataset comes from a limited segment of probe data (only Apple devices) and further from a smaller segment of such probe users (only those using the Apple Maps app on those Apple devices). The representativeness of these data is unclear compared to the overall population's walking, and may be biased toward trips to destinations unfamiliar to the user. Nevertheless, the comparative trend line is of interest.

*Figure 11: Apple Mobility Data for Walking Versus Driving, District of Columbia Only (Compared to a January 13, 2020 Baseline) Source: Apple Mobility Trends, August 2020*



---

[8] Apple Mobility data sets do not appear to be made available or summarized at the level of the National Capital Region geography, thus data for the District of Columbia only were used as illustrative.
[9] The information is generated by counting the number of requests made to Apple Maps for directions. The data sets are then compared to reflect a change in volume of people driving, walking or taking public transit around the world. Data availability in a particular city, country, or region is subject to a number of factors, including minimum thresholds for direction requests made per day. See https://www.apple.com/newsroom/2020/04/apple-makes-mobility-data-available-to-aid-covid-19-efforts/.

00004502

**SAFETY, SPEEDS, AND OTHER IMPACTS**

**7. ROADWAY SPEEDS**

*Snapshot: Roadway speeds in the National Capital Region generally remain at or near free-flow speeds, with slight declines since May.*

Reductions of peak period delays have been a noted impact of COVID-19, with free-flow conditions even at "rush hour" in most of the region in the April time frame. By July, peak period speeds have shown some slowing, but still much higher than pre-pandemic levels. Figure 12 provides an example showing the 5:00 P.M. to 6:00 P.M. time period on Interstate highways in the National Capital Region for the January to July 2020 time frame, separately for passenger vehicles and trucks.

As may be seen from the compiled data, speed increases have been of a greater magnitude than the magnitude of traffic volumes. While traffic volumes regionally recently have been about 20% below pre-pandemic levels, peak period speed data remain near free-flow. Traffic flow theory and longstanding empirical data have established that when demand exceeds capacity and traffic operations are in unstable or saturated conditions, a small reduction in demand results in a disproportionate improvement in speeds. As such, strategies to marginally reduce single occupant vehicle (SOV) demand during peak demand via flexible work schedules, pricing or ridesharing (including express bus service) are effective ways to address peak period congestion, conserve energy and reduce emissions.

14

00004503

*Figure 12: Interstate System Car and Truck Mean Speeds by Week, Weekdays 5:00 P.M. to 6:00 P.M., National Capital Region (Source: TPB analysis of National Performance Management Research Data Set [NPMRDS])*



00004504

Figure 13 shows the chronology of COVID-related District of Columbia, Maryland, and Virginia emergency declarations since March, with the amalgamated mean speed trend of the region's Interstate highways shown in the same chronology. Regional Interstate Highway speed increases were dramatic in March, with modest reductions since then.

*Figure 13: Chronology of Emergency Declarations and Regional Interstate Highways Mean Speed (Sources: COG regional COVID-19 resources web page (https://www.mwcog.org/about-us/covid-19/; National Performance Management Research Data Set)*



## 8. SAFETY

*Snapshot: Though the overall number of crashes and incidents went down during the pandemic, the numbers of major incidents and fatal crashes have remained near pre-pandemic levels, despite reduced travel demand.*

The Metropolitan Area Transportation Operations Coordination (MATOC) Program provides regional monitoring and situational awareness regarding incidents that have major impacts on traffic. MATOC's monthly records[10] provide an indication of overall incident trends, summarized in Figure 14. Notable in this data set was the relatively high number of incidents classified by MATOC as major during the month of April, even as the number of minor incidents had declined significantly, and intermediate incidents had declined somewhat. However, by June, incident patterns were already returning to historical norms.

*Figure 14: MATOC Roadway Incidents Summary, July 2019 to June 2020 (Source: MATOC)*



---

[10] Summary provided to TPB staff by MATOC staff August 2020. Note that MATOC documents incidents only during its official operating hours, generally Mondays through Fridays from 4:30 A.M. to 8:00 P.M., and for a specific set of major roadways defined in MATOC's standard operating procedures (SOPs). Any incidents outside those hours and/or not on roadways designated in MATOC's SOPs are not included in these data.

00004506

Although comprehensive, regionwide fatal and serious injury crash data will not be available until later dates (published annually after thorough reviews), preliminary data have been made available for the Northern Virginia portion of the region[11]. Figure 15 shows fatal and serious injury crashes for all of 2019, and for 2020 through June. Post-COVID serious crash numbers have been significantly lower than their 2019 counterparts, but fatal crashes have remained at about the same level as 2019, even during months such as April with reduced traffic volumes.

*Figure 15: Northern Virginia Fatal and Serious Injury Crashes: Preliminary 2019 and 2020 Data (Source: TPB staff analysis of Virginia Department of Motor Vehicles/Virginia Department of Transportation)*



---

[11] Virginia Department of Motor Vehicles data accessed through the Virginia Department of Transportation Crash Analysis Tool website: https://app.powerbigov.us/view?r=eyJrIjoiMjhlZjFhZDAtNTljMC00MDA1LWEyOTMtYWYwM2NiMmRiMmRkIiwidCI6IjYyMGFlNWE5LTRlYzEtNGZhMC04NjQxLTVkOWYzODZjNzMwOSJ9.

00004507

## 9. AIR TRAVEL

*Snapshot: Air travel has recovered somewhat at the region's three major airports since April, but remains much lower than 2019.*

Figure 16 shows enplanements data for the area's three airports (Ronald Reagan Washington National Airport, Washington Dulles International Airport, and Baltimore-Washington Thurgood Marshall International Airport).

*Figure 16: Washington/Baltimore Monthly Enplanements through June 2020 (Source: COG)*



00004508

## 10. COVID-19 CASES

Figure 17, taken from the U.S. Centers for Disease Control, shows the number of newly reported COVID-19 cases nationally. Figure 18 shows cumulative cases of COVID-19 in the National Capital Region as reported by Johns Hopkins University.

*Figure 17: Nationwide New Reported COVID-19 Cases By Day (Source: https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html, retrieved August 25, 2020)*



*Figure 18: COVID-19 Cumulative Daily Confirmed Cases in the National Capital Region (Source: COVID-19 Data Repository by the Center for Systems Science and Engineering (CSSE) at Johns Hopkins University, https://coronavirus.jhu.edu/map.html)*



20

## 11. ECONOMIC IMPACTS

Figure 19, taken from COG's Regional Economic Monitoring System Report[12] for June 2020, shows the region's unemployment rate trend over time, compared to the national rate, as a comparator to travel demand.

Also according to the report, over-the-year employment decreased by 270,900 jobs or 8.0 percent in the Washington Metropolitan Statistical Area (MSA), while the national over-the-year employment decreased by about 13 million jobs or 8.7 percent. The Leisure & Hospitality Sector lost 131,700 jobs and the Trade Transportation, & Utilities Sector lost 35,400 jobs during the last year. (Most jobs were lost between March and April 2020) The number of unemployment insurance claims rose to a high of 96,406 for the week of April 4 and with a steady decline down to 20,679 for the week of June 27.The region's inflation decreased in May to -0.1 percent from a rate of 0.4 percent in March 2020. During June, the region's unemployment rate decreased to 8.4 percent, while the national rate decreased to 11.2 percent. The 2,432 new housing units authorized during June 2020 represent a 25.0 percent increase from June 2019, when 1,945 new units were started. For a list of jurisdictions in the MSA, visit www.mwcog.org/REMS.

*Figure 19: Regional and National Unemployment Rate, June 2018 through June 2020 (Source: COG Regional Economic Monitoring System (REMS) Report, July 2020 REPORT – JULY 2020)*



---

[12] https://www.mwcog.org/documents/2020/07/01/regional-economic-monitoring-system-rems-report-economy/.



00004510

## SUMMARY

The COVID-19 pandemic has had a significant, quickly-changing, and still-evolving impact on travel and transportation in the National Capital Region and nationally. Notable among the snapshots of data examined by TPB staff include:

- Traffic volumes in the National Capital Region, which in April 2020 had dipped below 50% of 2019 volumes, by July had recovered to over 80% of 2019 volumes.

- Regional vehicle miles of travel dipped most dramatically in April to approximately 40% of January 2020 levels, but by July had recovered significantly.

- Though miles of travel per person have returned to near pre-pandemic levels, people are still much more likely to be staying at home than pre-pandemic.

- Truck travel never declined as much as passenger travel did.

- Impacts to transit ridership have varied across the region, with longer-distance commuter services experiencing the biggest ridership declines, and local bus transit services experiencing declines of lesser magnitudes. While the ridership numbers reflect changes in usage, these reductions have to be viewed in relation to the reduction in service levels (capacity) due to pandemic-related challenges in operating transit. Preliminary data demonstrates that usage of available capacity has been significant, particularly on the bus system, which remains a lifeline for critical workers.

- Though the overall number of crashes and incidents went down during the pandemic, the numbers of major incidents and fatal crashes remained near pre-pandemic levels, even during periods of reduced travel demand.

- Air travel has recovered somewhat at the region's three major airport since April, but remains much lower than 2019.

## ACKNOWLEDGEMENTS

Thanks to additional COG and TPB staff who contributed to this memorandum or analyses herein: Timothy Canan, Paul DesJardin, Martha Kile, Sunil Kumar, James Li, Abdul Mohammed, Eric Randall, Jon Schermann, Kanti Srikanth, and C. Patrick Zilliacus.

22

OP•LANES™
M A R Y L A N D | I-495 & I-270 Managed Lanes Study    Final COVID-19 Travel Analysis & Monitoring Plan

# ATTACHMENT 2E:

**Presentation: <u>Commuter Connections 2020 Employer Telework Survey – Coronavirus Pandemic Survey Results</u> by the National Capital Region Transportation Planning Board Technical Committee, 9/16/2020**

00004512

# COMMUTER CONNECTIONS 2020 EMPLOYER TELEWORK SURVEY

## Coronavirus Pandemic Survey Results

Nicholas Ramfos
Director, Transportation Operations Programs

National Capital Region Transportation Planning Board
September 16, 2020



# Survey Objectives and Methodology

- Employer telework survey is conducted every three years by Commuter Connections to define the portion of teleworking influenced by assistance provided.

- For FY2020, the survey was expanded to include questions on the Coronavirus Pandemic's influence on Telework.



# Survey Objectives and Methodology (con't)

- Examined telework changes made by employers during coronavirus pandemic

- Interviewed employers that were in either the Employer Outreach database or federal Employee Transportation Coordinators/Telework coordinator database

- Sent email/postal mail invitations for an Internet-based survey and followed up by telephone.



# Survey Objectives and Methodology (con't)

**The questionnaire addressed the following broad topics:**

- Change in worksite operation due to coronavirus pandemic
- Number of employees teleworking at the time of the survey and before the pandemic
- Changes in telework programs or policies in response to the pandemic
- Likelihood to continue telework after the pandemic ends
- Assistance received with telework planning or implementation
- Significant telework issues encountered during the pandemic
- Employee and manager benefits received by teleworking
- Employer characteristics (size, location, major industry)



00004516

# Survey Objectives and Methodology

- 4,539 Employers were contacted in May and June 2020 and 180  responded for a 4% response rate.

- Due to office closures, employee furloughs and other impediments to reaching employer representatives to respond to the survey, a survey confidence level was not calculated.

  - Essentially, the survey results can be categorized as a "very large focus group"

- Companion briefing report is also available with in-depth survey response details.



# Employer Profile – Diverse Sample

- Worksite state: **12%** DC**, 43%** MD, **45%** VA
- Employer type: **49%** private, **33%** NFP, **13%** Federal, **5%** State/Local government
    - Industry: Government, medical, trade association, business support, education, real estate/property management, technology, hospitality, legal/professional, banking/finance
    - Size – number of employees in Washington metro region

| Employees | Percent |
|---|---|
| 1-25 employees | 23% |
| 26-50 employees | 14% |
| 51-100 employees | 16% |
| 101-250 employees | 19% |
| 251-999 employees | 14% |
| 1000 or more employees | 14% |



# 96% of Worksites Shut Down or Reduced On-site Operation Either Completely (81%) or Partially (15%) Since Coronavirus Pandemic Began

*At the time of the survey, 95% of sites with reduced operation were still closed/limited on-site operation*

**All worksites shut down/reduced operation, 81%**

**Some shut down/reduced operation, 15%**

**All worksites remained open/employees on site, 4%**



# 97% of Worksites Had At Least Some Telework Since Pandemic Began – For 55%, It was Full-time for All Employees

**All employees TW, some workdays, 11%**

**All employees TW all workdays, 55%**

**Some employees TW, but some worked at usual location, 31%**

**No TW at all, 3%**



# At the Time of the Survey, 95% of Worksites Had Telework; Telework Was Common Pre-Pandemic Also - 76% Had At Least Some Telework Before

*But during the pandemic, the average share of employees who teleworked grew from 36% to 82% at sites with telework*

| | Pre-Pandemic TW | Current TW |
|---|---|---|
| 0% TW | 26% | 5% |
| 1%-25% TW | 24% | 8% |
| 26%-50% TW | 8% | 5% |
| 51%-75% TW | 4% | 6% |
| 76%-99% TW | 4% | 21% |
| 100% TW | 4% | 40% |
| Some TW, unknown % | 30% | 15% |

**Average Percentage of Employees Teleworking**

**Pre-Pandemic**
**36%**

**With Pandemic**
**82%**



**COMMUTER CONNECTIONS.**
**A SMARTER WAY TO WORK**

00004521

# During the Pandemic, 14% of Worksites Developed a Formal Telework Program/Policy; 61% of Worksites Already Had a Formal Program/Policy before the Pandemic

**Had formal program/policy before pandemic**, 61%

**Developed formal program/policy during pandemic, 14%**

**No formal program/policy, 25%**

