# 62% of Worksites With a Telework Program/Policy Made Changes to Accommodate the Pandemic – Most Made a Change to Expand Telework Eligibility





# More than Half of Worksites Anticipate A Post-Pandemic Telework Level that is Higher Than the Pre-Pandemic Level



Agenda Item #11
September 16, 2020

12

# Seven in Ten Worksites Have Considered Implementing Work Hours or Commute Strategies After the Stay at Home Restrictions are Lifted to Reduce Future Virus Outbreaks



00004525

# Employers Also Have Considered Implementing Other Virus-Prevention Strategies at the Worksite



# 50% of Employers Noted A "Significant" TW Issue

*Few Reported Technical and Coordination Issues; They Reported Greater Issues with Employees' Experience with Telework*



# 80% of Employers Said Managers Reported Benefits of Managing Remotely

*Nearly three in ten said managers noted greater worker productivity and increased communication with workers*



00004528

# 92% of Employers Said Employees Reported Benefits of Working From Home

*The greatest employee benefits were on not commuting, comfortable work environment, and personal cost savings*



# Three in Ten Organizations Had Received Some Telework Information or Assistance

*Half Who Received Assistance Named an Internal or Corporate Source*



00004530

# FY2020 Commuter Connections Regional Employer Telework Survey Key Highlights

- Good cross-section of employers that responded with regards to location, size and type of industry.

- During the pandemic, the average share of employees who teleworked grew from 36% to 82% at sites with telework already in place.

- Telework was a widely applied strategy to maintain business operations during the pandemic. Nearly all (97%) respondents said at least some employees were teleworking since the start of the pandemic. More than half (55%) said all employees teleworked all of their workdays.



# FY2020 Commuter Connections Regional Employer Telework Survey Key Highlights (con't)

- More than six in ten (61%) respondents said their organizations had a formal telework policy or program in place before the pandemic began.

- 62% of Worksites With a Telework Program/Policy Made Changes to Accommodate the Pandemic – Most Made a Change to Expand Telework Eligibility.



00004532

# FY2020 Commuter Connections Regional Employer Telework Survey Key Highlights (con't)

- Ninety-two percent of respondents said their organizations anticipated continuing telework after the Stay-at-Home restrictions were lifted and employees could return to their usual work locations. Two in ten (20%) said they would most likely continue telework at the level during the pandemic.

- Seven in ten respondents said their organizations had considered at least one work hours or commute travel action. 64% considered actions for flexible or staggered work hours to minimize employee contact when arriving and leaving work. Three in ten (29%) considered compressed work schedules.



# FY2020 Commuter Connections Regional Employer Telework Survey Key Highlights (con't)

- More than four in ten (42%) said employees had encountered issues with child or dependent care, 23% said employees had experienced isolation and missed going to the workplace, and 17% had experienced conflict with a spouse or partner while teleworking during the pandemic.

- Nearly nine in ten (89%) respondents cited benefits they had heard employees express about their telework experience during the pandemic.

- About half (52%) of respondents noted benefits they heard managers express about their experience managing remotely during the pandemic.



## Nicholas Ramfos

(202) 962-3313
nramfos@mwcog.org

**commuterconnections.org**

Metropolitan Washington Council of Governments
777 North Capitol Street NE, Suite 300
Washington, DC 20002



00004535

# ATTACHMENT 2F:

**Report: <u>Capital COVID-19 Snapshot: Safe Return to Work</u> by the Greater Washington Partnership, summarizing results from a survey conducted in August 2020**



# Capital COVID-19 Snapshot: Safe Return to Work

The Greater Washington Partnership is about solutions and unity.



GREATER WASHINGTON PARTNERSHIP
FROM BALTIMORE TO RICHMOND.
FOSTERING UNITY. ADVANCING GROWTH.

00004537

# Contents

03 Introduction

04 Capital COVID Snapshot

05 Employer Survey

13 Capital COVID Survey Transit Tracker

18 Conclusion

19 Survey and Transit Data Methodology

00004538



# Introduction

The Greater Washington Partnership is about solutions and unity, bringing people, organizations, and jurisdictions together to make the Capital Region of Baltimore, Washington, and Richmond, the world's best place to live, work, raise a family, and build a business. **The Capital COVID Snapshot: Safe Return to Work,** conducted in partnership with public agencies and business organizations throughout the region, is designed to increase regional information and data sharing, so employers, both large and small, can make more informed decisions about reopening and public agencies can better understand when employees are expected to return to their offices and worksites.

In March 2020, the Capital Region issued stay-at-home orders due to the rapid spread of COVID-19. Employers quickly prepared to have a majority of their workforce work from home full-time if possible, while many in the region continued to serve on the front lines as healthcare workers, essential service providers, and researchers working on a vaccine. Six months later, many employers in our region are still unsure when and how to safely return their employees to worksites, limiting the public sector's ability to efficiently and confidently meet the demand for many services, including public transportation. Furthermore, it is clear that low-income and minority communities are bearing a disproportionate health and economic burden due to the pandemic. A successful recovery must go beyond reopening and seek ways to address the inequities in our systems and foster opportunity for all the Capital Region's residents.

**The Capital COVID-19 Survey was conducted between August 10-28, 2020, with more than 430 unique employers participating from the Washington, Baltimore, and Richmond metro areas that employ 275,000 residents.** Along with an analysis of employer reopening plans, this report includes public sector information, including a Transit Tracker that provides ridership trends and the social distancing carrying capacity of the region's public transportation systems. The findings contained in this report will help employers and public agencies collaboratively reopen the Capital Region's economy safely, gradually and sustainably in the months ahead. The Partnership intends to update this product regularly as the region continues to reopen, so that all public and private decision-makers and residents have access to regular, timely and actionable information. As we work together to reopen the region safely, the Partnership encourages all employers and residents to do their part to help slow the spread of COVID-19 by following public health officials' guidance, wearing masks and observing social distancing guidelines.

00004539

# Capital COVID Snapshot



## Regional Partners

The Greater Washington Partnership is a first-of-its-kind civic alliance of CEOs in the region, drawing from the leading employers and entrepreneurs committed to making the Capital Region— from Baltimore to Richmond—one of the world's best places to live, work and build a business. The Partnership is about unity and solutions and we are stronger and more successful when aligned with our many exceptional partners throughout the Capital Region. This is especially true for the Capital COVID Snapshot: Safe Return to Work report. Thank you to the following partners for collaborating on this effort to ensure the Capital Region has a strong, safe recovery.


























GREATER WASHINGTON PARTNERSHIP



## Employer Comment #1

"Our COVID-19 Task Force is continuously monitoring and reviewing guidance from the CDC and local jurisdictions so that we can update our approach as needed."

# Employer Survey

## Key Findings



1. Employers are adopting a phased approach to reopening, but many remain uncertain. This fall, about one-third of the region's workforce are projected to physically return to worksites.

2. Of employers who had long-term reopening plans, on average, those employers expect to have 72% of their employees return to the office by Summer 2021. However, a third of responding employers are still unsure of their summer 2021 plans

3. Most employers want to test their employees for COVID-19 but will not if the test costs more than $50.

4. Nearly 50 percent of employers indicated a high level of concern about public transit safety and a low level of confidence that public agencies can control crowding and enforce the wearing of masks.

COVID-19 Snapshot: Safe Return to Work

# Reopening Worksites

*The return to worksites will be gradual.*

**The health and safety of our regional workforce comes first.**

Based on responses as of August 2020, employers with plans for next summer expect, on average, **72 percent of their employees to return to the office by summer 2021**. However, a third of responding employers are still unsure of their summer 2021 plans.

Decision-makers must continue to prioritize the health and safety of workers, and their families. By collecting and widely disseminating this information, leaders across organizations will be able to learn from each other and apply best practices to their operations.

According to responding employers, on average, less than a third of their workforce are expected to be physically at their worksites after Labor Day. Employers are adopting a phased approach to their return, with modified work schedules to limit the number of employees in the office and teleworking will continue for most employers. Employers are adopting a phased approach to their return, with modified work schedules to limit the number of employees in the office.

**Share of Workforce Expected Onsite post Labor Day**



**Share of Workforce Expected Onsite post Labor Day by Worksite Size**



# Share of Workforce Expected Onsite post Labor Day by State



# Share of Workforce Expected Onsite Over the Next Year



Some employers say they are benchmarking and monitoring the situation to adhere to the local/ state government mandates. Although the general theme in the comments provided by employers was continual "monitoring and re-evaluating,", those who were able to provide a long-term estimate on the return of their employees, believe a majority of their workforce will be back by spring 2021.  Breaking down responses by larger employers are generally more cautious about bringing their workforce back.

# Worksite Safety & Flexibility for Employees

*Nearly 7 in 10 employers are currently offering alternate work schedules to support employees.*

Employers are implementing revised policies and procedures to promote the safety and well-being of employees and their families during this pandemic, with more than two-thirds of respondents offering flexible and remote work options, and nearly 50 percent providing paid and/or unpaid leave. Comments from employers indicated the new accommodations are heavily influenced by employee childcare and education needs.



**Accommodations for COVID-Related Personal Challenges** (e.g. lack of childcare, caring for family member)

*A majority of employers are providing new flexible options for employees.*

In addition to allowing more telework, over half of employers responding to the survey are changing existing schedules to accommodate employee needs and ensure safety protocols. In addition to the listed options, employers noted that they are also providing expanded employee assistance programs, access to additional resources for working parents, and providing childcare at their worksites.



**Post-COVID Flexible Work Policies**



## Employer Comment #2

"We are planning a 50% decrease in the density of our office as a maximum, based on a 9' planning module."

GREATER WASHINGTON PARTNERSHIP

00004544

*Most employers are working to ensure physical distancing, requiring masks and limiting the number of people in the workplace.*

Employers are actively working to mitigate the risk of viral spread by adjusting their procedures for those employees that do return to worksites. Nearly 90 percent of employers are requiring employees to wear masks at the workplace, and four-in-ten employers plan to conduct contact tracing for infected employees.

### Safety Measures at Worksites



### Employer Attitudes on Frequency and Cost of Testing



*Only 10-percent of respondents indicated that their organization plans to require testing to enter a worksite.*

**Most employers do not plan to regularly test employees.**

A robust regionwide testing strategy that is timely, accessible, and affordable is needed to achieve our shared goal of reopening safely and sustainably. In addition to a robust testing strategy, there is a suite of actions employers are adopting to lower the transmission risk further. These include social distancing, contact tracing and requiring masks.

Half of employers will not test their employees if the cost per test were above $50.

While the Capital Region has been ramping up testing, there is no coordinated strategy or best practices for employers. **A robust regionwide testing strategy that is timely, accessible, and affordable is needed to achieve our shared goal of reopening safely and sustainably.** In addition to a robust testing strategy, there is a suite of actions employers are adopting to lower the transmission risk further. These include social distancing, contact tracing and requiring masks.

We asked respondents to indicate how often their organization would want to test employees for COVID, assuming rapid and accurate results, at varying price levels.  When it comes to mandatory testing, employers' feelings are mixed with less than 10 percent indicating they are implementing mandatory testing.  Larger organizations (500+) are more likely to require testing now or in the future (23 percent vs. 8 percent at smaller organizations). When asked about likelihood of testing if quick, accurate and free tests were available, less than quarter of the respondents (22 percent) said they would not test. However, 7 out 10 say they would not test if tests cost more than $75.  Attitudes towards testing frequency vary greatly with few employers saying they would test daily (21 percent), once a week (24 percent), or every two weeks (10 percent) if tests were free.  In their open-ended feedback, some employers shared that they plan to test as needed (i.e., testing required to return to work after exposure/infection). Regardless of frequency, some employers stressed the need for affordable and readily available testing with quick results in their comments.

# Commuting to Worksites

*Employers do not expect many employees to use transit for commutes.*

**Today, most employees are teleworking or driving**

We know that the **plan to reopen the Capital Region's economy safely must be phased and gradual**, including employee commutes. Prior to March 2020, more than 60 percent of

## Level of Concern About Employees Using Public Transit



- 7% Not Concerned
- 20% Somewhat Concerned
- 47% Very Concerned
- 27% Concerned



# Employer Comment #3

"People REALLY miss seeing each other and collaborating/ interacting. The longer this continues, the more challenged our culture will be, let alone the economic challenges."

employees at respondent worksites commuted by private vehicle, 25 percent by transit, and less than 10 percent teleworked daily. To maintain operations and safety during the pandemic, employee commutes have changed with teleworking growing by 7x since February and transit use shrinking by 4x.

Now, more than ever, decision-makers need access to timely and relevant data to make crucial decisions and this includes real-time data on public transportation usage. The pandemic is likely to have long-lasting impacts on how employees commute to their worksites.

**Employers lack confidence in the safety of public transportation.**

Almost half of employers are very concerned about the safety of using public transit and generally do not feel confident about public agencies' ability to promote social distancing and enforce the use of masks.  Employees' fears about using public transit also seems to be driving remote work policies – evidenced by some of the comments provided by employers.

## COVID Impact on Commuting



## Confidence in Public Transit Performance







## Employer Comment #4

"We are fundamentally re-assessing our workplace expectations.  Our employees are very worried about public transportation.  This is a big deal because our office location was secured to be very near metro and bus lines. "

COVID-19 Snapshot: Safe Return to Work



# Capital COVID Survey Sample Information

430 employers (562 worksites) from various industries are represented in the survey. Together these organizations employ around 275K people in the Capital Region (full time, part-time and contracted workforce). The results from the Employer Survey reflect the opinions and assumptions of employers who responded to the survey and should not be used to generalize to the entire Capital Region.

## Organization/Industry Type



*Manufacturing, Construction, etc.

GREATER WASHINGTON PARTNERSHIP

00004548

## Location



## Organization (Number of Employees)



# Capital COVID-19 Transit Tracker



# Key Findings from the Capital Transit Tracker

1. Metrorail ridership remains well below historic levels (85 percent below last year) while service, hours of operation, and frequencies are close to pre-pandemic levels. After service increased in August, on average there are no trains exceeding social distance standards, including during peak periods.

2. Local and WMATA bus transit services generally reported smaller ridership declines compared to commuter rail and bus, but no transit agencies have reported widespread crowding issues as of August.

3. Some historically high-ridership bus routes are experiencing crowding above social distancing capacity at certain times of day; a standard 40ft bus seats about 40 passengers, but the CDC guidance on social distancing capacity limits capacity to only 10 passengers per bus.

4. While crowding on the transit system is not common today, budget challenges resulting from COVID-19 will exacerbate crowding concerns should Congress be unable to

provide additional aid to our region's transit network which is expected to lead to service reductions.

Working in partnership with the region's transit operators through the Metropolitan Washington Council of Governments (MWCOG), WMATA's public datasets and with expert guidance from Metro Hero, the Greater Washington Partnership and EY have created the Capital COVID-19 Transit Tracker. The tracker is intended to help employers and employees make decisions about whether and how to safely use transit. The tool allows the region to better understand the ridership and capacity limitations of the WMATA Metrorail System and provide summaries of service from commuter rail and bus transit providers around the region.

As of August 2020, nearly all transit agencies around the Capital Region are requiring masks to be worn on transit and are not reporting significant capacity issues that exceed social distancing capacity (except on limited bus routes and times outlined in the report). Data included in the report pertains to August 2020 and is subject to change based on the state of the health crisis and its impact on public budgets and transit agency service levels.

While snapshots from the Capital COVID Transit Tracker are included in this report, the interactive tool can be accessed online at: greaterwashingtonpartnership.com/covid-transit-tracker

COVID-19 Snapshot: Safe Return to Work

*Ridership remains 40-95% below normal depending on the system.*

**Transit service is close to pre-pandemic levels.**

In March 2020, as COVID-related restrictions were implemented across the Capital Region and hundreds of thousands of workers transitioned to telework, transit ridership plummeted. Before the pandemic, WMATA Metrorail carried more than 600,000 trips each weekday. By the end of March, WMATA reported Metrorail ridership was around 30,000, a drop of 95%. Commuter rail systems experienced similar drops in ridership while buses, used heavily by essential workers, experienced smaller yet substantial declines in ridership between 40-80%. Daily Metrorail ridership at the end of August exceeded 70,000 riders for the first time since March, still 88% below pre-COVID levels.

# WMATA Metrorail

*The Metrorail system has not experienced significant capacity issues; however, some stations have approached the social distancing capacity during peak periods*

Metrorail can only carry 23 passengers per car, on average, to allow six feet between passengers before they are considered crowded by social distance carrying capacity standards. During the coronavirus pandemic, the traditional peak periods have shifted. For example, the AM peak period has shifted earlier while the midday and early afternoon periods see higher relative levels of ridership.

The chart below shows the average passengers per car (PPC) by time of day on the Blue, Orange, and Silver lines passing through





L'Enfant Plaza station between August 1 and August 31, 2020. L'Enfant Plaza is one of the busiest stations in the Metrorail system. During August, L'Enfant Plaza's average PPC did not exceed social distancing capacity, however it did approach the crowding threshold between 3-4pm heading towards Branch Avenue. *Use the Capital COVID Transit Tracker to observe ridership and crowding trends at any station on the Metrorail system.*

The chart below shows the average PPC for all WMATA Metrorail Red Line stations. During August, the Red line did not exceed social distancing capacity, however it did approach the crowding threshold between 1-6pm in the downtown core. *Use the Capital COVID Transit Tracker to observe ridership and crowding trends on any line on the Metrorail system.*

The maps below show the average crowding on the Metrorail system during the PM peak on the last Thursday in August in both 2019 and 2020. Pre-COVID, the Metrorail system experienced regular crowding on the system between 4-5pm, particularly downtown. Even with the current capacity restrictions to allow for social distancing, no station experienced crowding on August 27, 2020 between 4-5pm. *Use the Capital COVID Transit Tracker to observe ridership and crowding averages on the Metrorail system for any day and time period.*

**GREATER WASHINGTON PARTNERSHIP**



### Average Crowding Level by Station, Line & Time

| Station | Direction | | 5am-6am | 6am-7am | 7am-8am | 8am-9am | 9am-10am | 10am-11am | 11am-12pm | 12pm-1pm | 1pm-2pm | 2pm-3pm | 3pm-4pm | 4pm-5pm | 5pm-6pm | 6pm-7pm | 7pm-8pm | 8pm-9pm | 9pm-10pm | 10pm-11pm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bethesda | Towards Glenmont | RD | | | | | | | | | | | | | | | | | | |
| Bethesda | Towards Shady Grove | RD | | | | | | | | | | | | | | | | | | |
| Brookland-CUA | Towards Glenmont | RD | | | | | | | | | | | | | | | | | | |
| Brookland-CUA | Towards Shady Grove | RD | | | | | | | | | | | | | | | | | | |
| Cleveland Park | Towards Glenmont | RD | | | | | | | | | | | | | | | | | | |
| Cleveland Park | Towards Shady Grove | RD | | | | | | | | | | | | | | | | | | |
| Dupont Circle | Towards Glenmont | RD | | | | | | | | | | | | | | | | | | |
| Dupont Circle | Towards Shady Grove | RD | | | | | | | | | | | | | | | | | | |
| Farragut North | Towards Glenmont | RD | | | | | | | | | | | | | | | | | | |
| Farragut North | Towards Shady Grove | RD | | | | | | | | | | | | | | | | | | |
| Forest Glen | Towards Glenmont | RD | | | | | | | | | | | | | | | | | | |
| Forest Glen | Towards Shady Grove | RD | | | | | | | | | | | | | | | | | | |
| Fort Totten (upper level) | Towards Glenmont | RD | | | | | | | | | | | | | | | | | | |
| Fort Totten (upper level) | Towards Shady Grove | RD | | | | | | | | | | | | | | | | | | |
| Friendship Heights | Towards Glenmont | RD | | | | | | | | | | | | | | | | | | |
| Friendship Heights | Towards Shady Grove | RD | | | | | | | | | | | | | | | | | | |
| Gallery Place-Chinatown (upper level) | Towards Glenmont | RD | | | | | | | | | | | | | | | | | | |
| Gallery Place-Chinatown (upper level) | Towards Shady Grove | RD | | | | | | | | | | | | | | | | | | |
| Glenmont | Towards Shady Grove | RD | | | | | | | | | | | | | | | | | | |

The crowding band definition is based on Avg. Passenger Per Car (PPC) and the range differs between Pre COVID Capacity and Social Distancing Capacity as explained below:
Pre COVID Capacity: Avg PPC < 60 "Not Crowded", 60 ≤ Avg PPC < 90 "Some Crowding" & Avg PPC ≥ 90 "Crowded"
Current Capacity (with social distancing): Avg PPC < 15 "Not Crowded", 15 ≤ Avg PPC < 23 "Some Crowding" & Avg PPC ≥ 23 "Crowded"

- Not Crowded
- Some Crowding
- Crowded

## Metrorail System:

Pre-COVID Capacity
Thursday, August 29, **2019** between 4-5pm

## Metrorail System:

Current Capacity (with social distancing)
Thursday, August 27, **2020** between 4-5pm



● AM Peak ● Midday ● PM Peak ● Evening



| | |
|---|---|
| Alexandria DASH | 80% / 80% |
| Arlington Transit (ART) | 100% / 100% |
| DC Circulator | 75% / 75% |
| DC Streetcar | 100% / 100% |
| Fairfax Connector | 100% / 100% |
| Frederick Translt | 100% / 100% |
| Loudoun County Transit | 57% / 61% / 100% / 100% |
| MTA Commuter | 100% / 100% |
| Prince George's Transit | 60% / 60% |
| Prince William Transit (Omni-Ride) | 90% / 90% |
| Ride On-Montgomery | 75% / 75% |
| WMATA Metrobus | 75% / 75% |

## Bus Routes that were Estimated to Exceed Social Distancing Capacity in August*

**WMATA Metrobus:** A2, A6, A8, B2, C4, D8, F4, H8, J2, K6, P6, S2, S4, X2, Y2, Y8, Z8, 10B, 28A, 30N, 30S, 64, 70, 79, 80, 90, 92, 96, & REX

**Prince George's Transit:** AM Peak – Route 16, 18, 24, 33; PM Peak – Route 18, 24, 32

**Montgomery Ride On:** AM Peak – Route 55; PM Peak – Route 55

**Alexandria DASH:** AM Peak – AT8; PM Peak – AT8 & AT1 Plus

**Arlington ART:** AM Peak – Route 41 & 45; Late Evening – Route 41 & 45

*Estimates based on ridership and social distancing capacity. May only exceed social distance capacity along specific portions of the route at specific times of day. Subject to change as transit agencies adjust schedules and ridership levels vary.

# Bus & Local Transit Service

*Local bus and transit agencies are operating close to pre-pandemic levels of service.*

To protect transit operators and conserve resources, transit service was significantly reduced at the outset of the pandemic. However, with new safety protocols, transit agencies began restoring service.

This chart captures service levels in September. After significant reductions during the early days of the pandemic, most local transit systems restored 75% or more of pre-COVID service. However, ridership is still historically low.

*Real-time ridership and crowding data will help employers and employees feel more confident.*

**Most bus systems are not experiencing general crowding issues except on isolated routes at certain times of day.**

A typical bus can only hold 10 passengers before exceeding CDC guidelines for social distancing capacity. However, most regional bus systems are not experiencing general crowding issues except on isolated routes at certain times of day. Route-level ridership data was not readily available for WMATA's Metrobus, but estimates indicate that approximately 20-30 of Metrobus routes in service may experience crowding conditions, especially historically heavily trafficked routes around midday.

Most local bus systems are reporting slow, steady ridership growth, while WMATA saw a nearly 20% increase from August 17 to August 24. Ridership varies among systems falling somewhere between 30%-70% of pre-COVID ridership. Commuter bus ridership remains significantly lower around 15% of pre-COVID ridership.

*Every transit system in the Washington area requires masks onboard.*

Every local bus and transit operation in the Washington area requires masks onboard and a majority are distributing masks upon request. Most bus systems have implemented rear door boarding and do not plan to collect fares until adequate protective barriers for drivers can be installed on buses.



GREATER WASHINGTON PARTNERSHIP

00004552



| Bus Type | Masks Available Onboard Buses? | Masks Required Onboard Buses? | Fare Collection | Rear Door Boarding | Ridership Trend in mid-August |
|---|---|---|---|---|---|
| Alexandria DASH | ✔ | ✔ | ✖ | ✔ | ↗ |
| Arlington Transit (ART) | ✔ | ✔ | ✖ | ✔ | → |
| DC Circulator | ✔ | ✔ | ✖ | ✔ | ↘ |
| DC Streetcar | ✖ | ✔ | ✖ | ✖ | ↘ |
| Fairfax Connector | ✔ | ✔ | ✖ | ✔ | ↗ |
| Frederick Transit | ✔ | ✔ | ✖ | ✔ | ↗ |
| Loudoun County Transit | ✔ | ✔ | ✖ | ✖ | ↗ |
| MTA Commuter | ✖ | ✔ | ✔ | ✖ | ↗ |
| Prince George's Transit | ✖ | ✔ | ✖ | ✔ | ↗ |
| Prince William Transit (Omni-Ride) | ✔ | ✔ | ✖ | ✔ | ↗ |
| Ride On-Montgomery | ✔ | ✔ | ✖ | ✔ | → |
| WMATA Metrobus | ✖ | ✔ | ✖ | ✔ | ↗ |

*Transit System Overview - Policies by Operator (August 31, 2020)*

*Real-time data sharing can help.*

**Transit agencies must instill confidence for riders and employers.**

Employers are concerned of transit's ability to safely transport employees to worksites due to crowding and face mask concerns. Real-time ridership numbers, reporting on social distance carrying capacity, crowding data, and information on mask compliance may help employers and employees feel more confident in using the transit network during and after the COVID pandemic.

Limiting crowding and ensuring a safe and reliable ridership may become a challenge if large organizations in the Capital Region do not coordinate their efforts and use the latest data to ensure the safety of their employees.

# Find more COVID-related transit information:

- WMATA: COVID-19 Public Information
- Maryland Transit Administration: Coronavirus Updates
- Virginia Department of Rail & Public Transportation: Commuting Safely and Confidently
- Virginia Railway Express (VRE): Train Utilization Trends
- Metropolitan Washington Council of Governments: Commuter Connections Commute Guide

# Commuter Rail

*Commuter rail has not reported any social distance capacity issues on rail cars.*

Maryland's MARC ridership is holding steady at about 10% of pre-COVID ridership. Virginia's VRE ridership has been increasing by about 100 riders per week. However, as of August it remained well below social distancing capacity.

VRE created a Train Utilization Trends dashboard that shows the current daily ridership by train and the maximum capacity to fully support social distancing. A similar dashboard for MARC trains would help employees and employers make more informed transportation decisions.

**The VRE dashboard can be accessed online at:**
https://www.vre.org/service/rider/train-utilization-trends/

00004553



# Conclusion

*A key theme from the Capital COVID: Back to Work Report is continued uncertainty.*

Many employers are uncertain when and how to reopen and whether transit is safe for their employees' commutes. While employers and transit agencies are taking unprecedented steps to make their worksites and transit trips safer, the full return to worksites is not expected until after summer 2021. The Greater Washington Partnership hopes the contents of this report, the cross-sector information sharing, and the Transit Tracker tool will help the region's leaders and public sector officials address some of the uncertainty so they can make the best plans for how to reopen their worksites and the Capital Region in a safe, gradual, and sustainable manner.

**The Greater Washington Partnership would like to thank our public and private sector partners, especially the transit agencies, business organizations, and individual employers who helped to disseminate the survey and share their data. By working together, we can create the strategies, tools, and systems we need to reopen the Capital Region safely and create a stronger, more resilient and inclusive economy.** We encourage everyone to do their part by wearing masks when outside of households, social distancing, and adhering to the guidance of public health officials. We look forward to continuing to work together to share more relevant and timely information so we can make the Capital Region one of the best places to live, work, and build a business during and after the COVID pandemic.

GREATER WASHINGTON PARTNERSHIP

00004554

# Survey & Transit Data Methodology

## Survey Audience

Employers, public and private, of any size with worksites located in the Capital Region. Respondents included C-suite-level leaders and decision-makers involved in reopening plans and activities.

## Survey Geography

Capital Region, which includes, Washington, Baltimore, and Richmond metro areas

## Survey Data Collection

Online survey managed and hosted online by EY, under the supervision of the EY research team. Responses were collected between August 10, 2020 through August 28, 2020.

## Survey Sample

Survey respondents were sought from email subscriber lists of The Greater Washington Partnership and more than 15 partner organizations, including MWCOG, WMATA, MDOT, NVTA and NVTC, and local Chambers of Commerce. Partner organizations supported this effort by promoting the survey through their network of employers and subscribers. The survey was also promoted through social media using both targeted ads and online posts on LinkedIn, Twitter, and Facebook Employer groups. Although survey results are only representative of the organizations which chose to participate in the survey, findings provide a valuable snapshot of employers' reopening plans and general sentiment related to commuting in the Capital Region. Please note, organizations in this study were not randomly sampled and so findings cannot be generalized to all employers in the region. Responses from the survey were also not statistically weighted by geography or business size. Instead, differences are highlighted based on these factors when significant.

430 employers (562 worksites) from various industries are represented in the survey. Together these organizations employ approximately 275,000 people in the Capital Region (full time, part-time and contracted workforce).

## Transit Audience

Local transit agencies WMATA and Commuter Rail (Marc and VRE)

## Transit Geography

Washington Metropolitan Area

## Transit Data Collection

The MWCOG surveyed all transit agencies operating in the Washington metro area. EY analyzed available data from the MWCOG survey and data available from WMATA to produce the findings for this report. Data collection occurred during August 2020.

## Transit Sample

Transit agencies were asked to provide data on current ridership, levels of service, projected demand, and safety precautions they are employing to limit the risk of COVID-19 transmission. MWCOG distributed a questionnaire to local transit agencies and EY worked directly with WMATA to access relevant data.

Findings provide a valuable snapshot of transit service levels and safety precautions related to commuting in the Capital Region. Data included in the report pertains to August 2020 and is subject to change as transit agencies adjust service plans and ridership levels respond to employer reopening plans and the state of the health crisis.

WMATA, MARC, VRE, ART, DASH, DC Circulator, DC Streetcar, Fairfax Connector, Frederick Transit, Loudoun County Transit, Montgomery Ride On, MTA Commuter, Prince George's Transit, and PRTC provided service level data during August 2020.



00004556

 

Final COVID-19 Travel Analysis & Monitoring Plan

# ATTACHMENT 2G:

**Presentation: <u>Visualizing Effects of COVID-19 on Transportation: A One-Year Retrospective</u> by the National Academies of Sciences Engineering and Medicine Transportation Research Board, 3/8/2021**

00004557

# Visualizing Effects of COVID-19 on Transportation:
# A One-Year Retrospective

ORGANIZED BY:

TRB STANDING COMMITTEE ON VISUALIZATION IN TRANSPORTATION (AED80)

March 8, 2021 – 2:00 PM ET

00004558

# TRB Standing Committee on Visualization in Transportation (AED80)

Our goal: to use visualization to identify and address critical transportation issues of today, and to develop innovative visualization approaches to meet society's transportation needs of the future.

Subcommittees:
- Subcommittee on Building Information Modeling (BIM)
- Subcommittee on Performance Visualization
- Subcommittee Interactive Simulation

# How to Get Involved

## Become a friend of the Committee

Create an account at <u>mytrb.org</u> and search for AED80



## Today's Webinar

**Visualizing COVID-19 Impacts on Urban Mobility**

Dr. Kaan Ozbay, New York University

**Visualizing COVID-19 Impacts on State-Level Mobility**

Michael L. Pack, University of Maryland

**Visualizing COVID-19 Impacts on Air Travel**

Mark Duell, FlightAware

**Questions & Answers**

Moderated by Charles Lattimer, University of Maryland

The National Academies
SCIENCES · ENGINEERING · MEDICINE

TRANSPORTATION RESEARCH BOARD

# Visualizing Effects of COVID-19 on Transportation: A One-Year Retrospective

## March 8, 2021

**@NASEMTRB
#TRBwebinar**

00004562

# PDH Certification Information:

•1.5 Professional Development Hour (PDH) – see follow-up email for instructions
•You must attend the entire webinar to be eligible to receive PDH credits
•Questions? Contact Reggie Gillum at RGillum@nas.edu

*The Transportation Research Board has met the standards and requirements of the Registered Continuing Education Providers Program. Credit earned on completion of this program will be reported to RCEP. A certificate of completion will be issued to participants that have registered and attended the entire session. As such, it does not include content that may be deemed or construed to be an approval or endorsement by RCEP.*



**REGISTERED CONTINUING EDUCATION PROGRAM**

# #TRBwebinar

# Learning Objectives

1. Identify COVID-19's impacts on urban and state-level mobility
2. Identify COVID-19's impacts on air travel

## #TRBwebinar



# VISUALIZING COVID-19 IMPACTS ON URBAN MOBILITY AND SOCIABILITY

**Kaan Ozbay, Ph.D.**
Director & Professor
C2SMART University Transportation Center
New York University Tandon School of Engineering

Mar 8th, 2021

c2smart.engineering.nyu.edu

00004565

# DATA VISUALIZATION vs COVID vs MOBILITY

**DATA** is critical to understanding the impacts and needs in times of crisis. However, simply collecting data is not enough.

**DATA VISUALIZATION** is one of the best tools to understand the data and communicate findings in constructive ways. Data visualization during the COVID-19 pandemic helps us to fast track the changes and develop effective strategies immediately actionable in the current environment.

**MOBILITY** is one good indicator of the effectiveness of Nonpharmaceutical interventions (NPIs) such as social distancing policies during the outbreak and reveals the recovery of the cities.

**OUR APPROACH:**



Interactive Data Dashboard → Visualizing the Effect of Social Distancing → Infographics for Travel Survey



COVID-19 IMPACT

DATA VISUALIZATION

MOBILITY

2

00004566

# C2SMART COVID-19 INTERACTIVE DASHBOARD



*Fan Zuo, Jingxing Wang, Jingqin Gao, Kaan Ozbay, Xuegang Jeff Ban, Yubin Shen, Hong Yang and Shri Iyer (2020), An Interactive Data Visualization and Analytics Tool to Evaluate Mobility and Sociability Trends During COVID-19,* UrbComp 2020 : *The 9th SIGKDD International Workshop on Urban Computing.*

We developed a comprehensive and publicly accessible data dashboard that integrates numerous sources of data to monitor transportation trends in the wake of COVID-19.

http://c2smart.engineering.nyu.edu/covid-19-dashboard/

**Online dashboard pooling open data sources to observe trends**

**Travel trends and mode choice**

**The effect of social distancing**

**Multi-city: New York City, Chicago, Seattle, 6 cities in China**

As far as we know it is the only deployed and open site that integrates all of these datasets in one place.

3

00004567

# C2SMART COVID-19 DATA DASHBOARD ARCHITECTURE



**Realtime/ Offline Data Acquisition**   **Digital Integration & Access Layer**   **Data Mining & Could Computing**

**C2SMART COVID-19 DATA DASHBOARD & ANALYTICS**



- Cross domain multi-data view
- Perform scenario analysis

00004568

# Newly Released Version of the Public Data Dashboard

## C2SMART COVID-19 Data Dashboard

Welcome to the C2SMART COVID-19 Data Dashboard! This interactive data dashboard consolidates public data sources to track the mobility and sociability impact of the pandemic on transportation systems as it unfolds. This platform will update regularly and continue to evolve with the addition of new data, impact metrics, and visualizations.

**Updates:**

- **NEW!** – Social Distancing Safety Rate and Temporal Distributions of Pedestrian, Car and Cyclist charts have been uploaded under "Sociability" Tab
- Most of the data and aggregated statistics will be updated weekly and are open for download



MOBILITY BOARD

An all-in-one dashboard for mobility trends



SOCIABILITY BOARD

A deep-learning based approach to measure social distancing



ⓘ **ABOUT**
Introduction of the interactive data dashboard

📄 **WHITE PAPERS & PUBLICATIONS**
White papers and publications detailing COVID-19 research

🚗 **MATSIM-NYC**
Multi-agent simulation to predict COVID-19 impacts

📊 **COVID-19 TRAVEL SURVEY**
Mobility trends for different demographics including people with disabilities

🔊 **WEBINAR**
Webinars about C2SMART COVID-19 research

5

00004569

# MOBILITY BOARD

# SOCIABILITY BOARD







00004570

# C2SMART COVID-19 Interactive Dashboard Data Collection



## Transit Ridership

NYC/Seattle/Multiple cities in China



## Speed & Travel Time

Traffic Speed Map

Corridor Travel Time



## Camera Violations

Speeding /parking tickets



## Vehicular Volume

NYC inter-city traffic volume



## Crashes

NYPD reported crashes: peds/cyclist fatality rate



## NYC CitiBike trips

Seattle Bike counts, Fremont Bridge



## Social Distancing

Pedestrian density

Social distance safety rate



## Weigh-in-Motion

Traffic Volume/speed

by gross vehicle weight classes

7

00004571

# A Glance Back to April (April 2020 vs. 2019)

## New York City

 ↓**92%** Subway

 ↓**68%** Vehicular Traffic via MTA bridges and tunnels

 ↑**108%** Avenue Speeds Midtown 8AM-6PM Apr vs. Feb ↑**44%** Average Bus Speeds

 ↑ **73%** School Zone Speeding Tickets

 ↓**30-44%** Trucks with GVW > 100kips at BQE WIM Stations

**Changes in Freight Traffic**

 Yellow Taxi: **-96%**
Green Taxi: **-92%**

 For-hire Vehicle: **-79%**
High volume for-hire services (Uber, Lyft, Via etc.): **-76%**

 ↓**15%** Friday & Saturday trips ↑**20%** Trip duration

 Social Distancing Complaints **2nd most frequent** of all 311 complaint types

8

00004572

# WHERE WE ARE NOW

    

- Uneven recovery speeds - with a faster rebound of truck volume, and slower rebound of transit ridership
- Higher recovery demand for Access-a-ride

|  | Subway | Bus | Commuter Rail (LIRR) | Commuter Rail (MNR) | Access-a-ride |
|---|---|---|---|---|---|
| **Worst week in 2020** | -92% | -79% | -97% | -95% | -78% |
| **Week of Jan 25, 2021** | -70% | -56% | -76% | -78% | -30% |

|  | Vehicular (MTA Bridge & Tunnel) | Vehicular (PANYNJ crossing - Monthly) | Vehicular (BQE WIM, Queensbound) |
|---|---|---|---|
| **Worst week in 2020** | -68% | -61% (-30% Truck) | -37% (-28% Truck) |
| **Week of Jan 25, 2021** | -17% | -19% (+2% Truck), Dec 2020 | -4% (+1% Truck), Nov 2020 |

Source: MTA, PANYNJ, NYCDOT/C2SMART



Source: MTA

### PANYNJ MONTHLY EASTBOUND VOLUMES



|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Autos | 4% | 7% | -29% | -63% | -43% | -27% | -16% | -13% | -11% | -11% | -16% | -19.80% |
| Trucks | 3% | 4% | -2% | -30% | -23% | -3% | 0% | -3% | -1% | -6% | -3% | 1.90% |
| Buses | -1% | 1% | -26% | -70% | -65% | -48% | -43% | -43% | -39% | -41% | -41% | -40.20% |

Source: PANYNJ

9

00004573

# WHERE WE ARE NOW (Cont'd)

## Bus Speed

| Borough | Monthly Bus Speed, mph (Feb 2020) | Monthly Bus Speed, mph (Dec 2020) | %change (Dec 2020 vs Feb 2020 ) | Highest %change in 2020 (Highest month vs Feb 2020) |
|---|---|---|---|---|
| **Bronx** | 7.46 | 7.74 | +4% | +10% |
| **Brooklyn** | 7.17 | 7.55 | +5% | +21% |
| **Manhattan** | 5.97 | 6.44 | +8% | +29% |
| **Queens** | 8.94 | 9.42 | +5% | +21% |
| **Staten Island** | 14 | 14.25 | +2% | +4% |

Source: MTA



8 AM - 6 PM (June 2020 vs 2019)
- No change or lower than 2019
- Increase <20% vs last year
- Increase >20% vs last year

**June 2020 vs 2019**

## Vehicular Travel Time

- Travel times on the 495 Corridor in the first week of December 2020 are still about **17% lower (EB)** and **24% lower (WB)** compared to pre-pandemic levels (Feb 2020).
- Still see **30% more school zone speeding tickets** in Jan 2021, compared to Mar 2020.



City Wide Speed Map - January 10, 2021 7 PM



Corridor Travel Time
Hourly Travel Time on corridor 495 between Flushing Meadows Corona Park and NJ Turnpike Exit 16E (minutes)

Source: C2SMART Virtual Sensors

10

00004574

## Micromobility

Micromobility is on the rise and have even surpasses pre-pandemic volumes in some cases. These modes are being increasingly counted on as an alternative to the subway, as economical, safer and less-crowded travel options.

## Bike Share - Citi Bike

Source: Citi Bike

### Overall Statistics

% Change (Citi Bike Dec 2020 vs Dec 2019)



| | |
|---|---|
| Daily Ridership | +13% |
| Active Stations | +35% |
| Bike/dock Actions | -73% |
| Active Annual Members | +12% |
| Average Trip Distance | +21% |
| Average Trip Duration | +21% |
| %Trips by Annual Members | -8% |

### Ridership Trend

Citi Bike Monthly Ridership Change (2020 vs 2019, NYC only)



Jan +28%, Feb +22%, Mar -20%, Apr -62%, May -23%, Jun -12%, Jul -4%, Aug -1%, Sep +1%, Oct +7%, Nov +17%, Dec +14%

### Spatial Distributions

Identify hotspots & new clusters





## Ride-Sharing Moped - Revel

Source: Revel

Average daily ridership is 3 times higher in June 2020, compared with pre-pandemic data in 2020.



11

00004575

## Sociability Indicators from Real-time Traffic Cameras



Understanding the actual reduction in social contact and is important to measuring the effectiveness of the policy. Identifying the density of the crowd on the street can help provide informative insights.

A **deep-learning based video-processing algorithm** was developed to monitor the evolution of social distancing patterns in urban areas.

- ✓ Leverages existing public video data sources
- ✓ Real-time object detection for different classes (Pedestrians, Cars, Trucks and Cyclists)
- ✓ Distance projection and approximation
- ✓ Temporal and spatial density distribution

00004576

# DATA-DRIVEN ANALYTICAL FRAMEWORK

**Perishable data** was collected for 105 locations in NYC + 1 location in Seattle, including locations near hospitals, subway stations, and meal distribution centers.
- Reporting average and maximum pedestrian density from selected locations in NYC
- Computing social distancing safety sate (the ratio of people following social distancing guidelines)
- Currently applied in off-line mode, feasible for real-time application





Public Traffic Cameras: https://nyctmc.org/

This study (#IRB-FY2020-4638) is reviewed by the University Committee on Activities Involving Human Subjects (UCAIHS) at New York University and is determined that it does not involve human subjects as defined by 45 CFR part 46.102.

00004577

# DETECTION OUTPUT

Blue lines between pedestrian pairs indicating a social distance less than 6 feet.







Heatmap example of clustered pedestrians who are not following social distancing guidelines during April 2020.

*Zuo, F., Gao, J., Kurkcu, A., Yang, H., Ozbay, K., & Ma, Q. (2021) Reference-Free Video-to-Real Distance Approximation-Based Urban Social Distancing Analytics Amid COVID-19 Pandemic. Journal of Transport & Health.*

# SOCIABILITY TRENDS

*Social distancing safety rate* (the ratio of people following social distancing guidelines) and *average pedestrian density* (#peds/frame) are calculated from representative weekdays based on 60+ selected locations in NYC. The results are constantly updated with more locations.



## C2SMART COVID-19 Data Dashboard - Sociability



Average Pedestrian Density



Camera Locations

The social distancing adherence rate shows the percentage of paired pedestrians who keep a greater distance than the specific threshold. Three different thresholds (3ft., 6ft., 12ft.) are applied according to different sources.

The closed-circuit television (CCTV) system is a valuable source of traffic condition information for many transportation systems. This work collected traffic video data from NYC Department of Transportation (NYCDOT) traffic cameras.



00004579

# C2SMART COVID-19 TRAVEL SURVEY





❑ Understand how people are adjusting their travel and essential needs as COVID19 presents new challenges and constraints

❑ Focus on NYC specific trends, looking at how different demographics of people were affected by the effect of COVID19

❑ Analyze how travel trends have changed for *people with disabilities, women, older people, low-income households*



What are the main concerns before and after the pandemic?

How the pandemic has changed travel trends?

Did people shift to other travel modes?

What is the impact on disadvantaged group's travel?

16

00004580

# SURVEY STATISTICS

- Data collection time-frame: **July to October 2020**

- Total responses (partial and completed): **2022**

- Total completed responses: **1382**

July to September 2020

September to October 2020

**Phase I**
Distributed **nation-wide** via **organic reach**

## 892

(partial and completed responses)
**58% respondents for NYC (all five boroughs)**

**Phase II**
Targeted at NYC residents who are **over 60 years old**, or identify as **having a disability**

## 1130

(partial and completed responses)

**532** respondents identified as living with a disability

---

**NEW YORK UNIVERSITY**

**COVID Transportation Impact Survey**

Description of the Project:

Through this survey, researchers seek to understand the impact COVID-19 has had on transportation and mobility of all travelers. As cities begin to reopen, there is a need to understand how travel has changed due to the pandemic and what concerns individuals and families have in order to better plan and provide transportation services. This survey also seeks to learn how people are perceiving some of the initiatives and policies put in place in light of the global pandemic. We look forward to your responses, and thank you for your time.

Greetings,

**Participation in this survey will involve a 5-10 minute single session.** Participation in this study is voluntary, there will be no personally identifiable information collected and you may refuse to participate or withdraw at any time. You have the right to skip any questions that don't apply to you or that you prefer not to answer. Although you will receive no direct benefits, this research may help the investigator understand the changes in mobility and travel behavior due to COVID-19.

If there is anything about the study or your participation that is unclear or that you do not understand, if you have questions or wish to report a research-related problem, you may contact Kaan Ozbay at (646) 997-3691, kaan.ozbay@nyu.edu, 6 Metrotech Center, NYU Civil Engineering, Brooklyn, NY 11201.

For questions about your rights as a research participant, you may contact the University Committee on Activities Involving Human Subjects (UCAIHS), New York University, 665 Broadway, Suite 804, New York, New York, 10012, at ask.humansubjects.edu or (212) 998-4808. Please reference the study # (IRB-FY2020-4491) when contacting the IRB (UCAIHS).

Would you like to proceed?

Yes

No

17

00004581

# SURVEY RESULTS AT A GALANCE









00004582

## Travel Mode Frequency Shift
***Top five most frequent used modes after reopening of the city





## Impact on Older Population

**87%** Found seeing friends/family "more challenging"

**90%** Found having friends/family over "more challenging"

## PWD Top 3 Reasons for Travel

 Trips to the grocery store

 Trips to the pharmacy or drugstore

 Medical visits

## Concerns with Travel Modes



https://c2smart.engineering.nyu.edu/covid-19-dashboard-covid-19-travel-survey

00004583

# MATSim-nyc - A Multi-agent Simulation to Evaluate the Impact of COVID-19 on Mass Transit Ridership

The findings imply that a transit capacity restriction policy during reopening needs to be accompanied by (1) support for micromobility modes, particularly in non-Manhattan boroughs, and (2) congestion alleviation policies that focus on reducing traffic in Manhattan, such as cordon-based pricing.

## Pre-COVID-19          Post-COVID-19



Wang, D., He, B. Y., Gao, J., Chow, J. Y., Ozbay, K., & Iyer, S. (2021). Impact of COVID-19 Behavioral Inertia on Reopening Strategies for New York City Transit. International Journal of Transportation Science and Technology.

20

00004584



## C2SMART Project Team



**Lead:** Kaan Ozbay, Joseph Y.J. Chow, Shri Iyer
**NYU Team:** Jingqin Gao, Yubin Shen, Zilin Bian, Suzana Duran Bernardes,

Fan Zuo, Yubin Shen, Abhinav Bhattacharyya, Yueshuai He,

Ding Wang, Siva Soorya Muruga Thambiran, Nick Hudanich, John Petinos

**UW Team:** Jingxing Wang, Yanyan Chen,
Sai Sarath Chandra Pavuluri Venkata
**Lead:** Xuegang Jeff Ban

**Rutgers Team:** Chaekuk Na
**Lead:** Hani Nassif

21

00004585



New York University

Tandon School of Engineering

6 MetroTech Center

Brooklyn, NY 11201

c2smart.engineering.nyu.edu

kaan.ozbay@nyu.edu

# THANK YOU

22



# Visualizing the COVID-19 Impacts Platform

Michael Pack, Director of CATT Laboratory

   

Enabling agencies through better communication, data-based decision making, advanced insights discovery, and enhanced operations and planning capabilities.

00004587

# CATT Lab Visualization Team

> 75+ Professional Staff of

> > Software Developers

> > Data Scientists

> > UI/UX Designers

> > Program Managers

> > IT & Network Engineers

> 30-60 Students

> > Computer Science

> > Human Computer Interaction

> > Engineering

> 50+ affiliated researchers



00004588

# Analytics of All Flavors

**Speed & Congestion**

**Mobility Analytics**

**Safety Analysis**

**Operations and Planning Analytics**

**Project Prioritization, Before & After Studies, and AARs**

**Work Zones & Weather Analysis**



00004589

# COVID-19 Travel Impacts Analysis

00004590



00004591











**Gray: Driving**

**Purple: Air**

**Green: Rail**

**Red: Bus**

**Yellow: Bike/Walk**

00004592


> **39 Metrics are Computed and Aggregated**

> **Mobility & Social Distancing (9 metrics)**

>> Social distancing index

>> % Staying at hoe

>> Trips/Person

>> % out-of-county trips

>> % out-of-state trips

>> Miles/person

>> Work trips/ person

>> Non-work trips / person

>> Transit mode share

> **COVID & Health (15 metrics)**

> **Economic Impact (5 metrics)**

> **Vulnerable Populations  (10 metrics)**

7

00004593





https://data.covid.umd.edu/

00004595

Live Demo
data.covid.umd.edu

00004596

# Social Distancing Index by State

February 20~May 1 data from: data.covid.umd.edu

"X" indicates statewide stay-at-home order date.

MARYLAND
TRANSPORTATION
INSTITUTE



# Impact of Stay-at-Home Orders on Mobility Behavior

March 1~April 9 data from: data.covid.umd.edu

Black lines indicate dates of statewide stay-at-home orders. Vertical axes on the left show ranges of %staying home (15~50) and #trips/person (2~5). #COVID-19 cases across states have different ranges.



00004598

# USDOT Bureau of Transportation Statistics



00004599

# USDOT Bureau of Transportation Statistics





00004600

# USDOT Bureau of Transportation Statistics





00004601

# When they leave the home, how far are people traveling?

Are people going farther on each trip, or are they sticking close to home? Use the date selector to learn how patterns have changed.

## Distribution of Trips by Distance: National, State, and County level

### Average Trips per Day by Distance Band



00004602

# Bureau of Transportation Statistics

| Topics and Geography | Statistical Products and Data | National Transportation Library | Newsroom | About BTS |

Catalog of COVID-19 Related Transportation Statistics

Daily Travel (National, State, and County) >

The Week in Transportation (National)

Docked Bikeshare Ridership

Ferry Operations >

Pandemic-Related Data Spotlights >

## Explore the Trips By Distance Data on Your Own

Click on the image below to see the metadata for the Daily Travel data in our Data Inventory. There, you can download the data or use the inventory platform to create your own visualizations and share them with others.



## Source

The Daily Travel data and number of people staying home and not staying home are estimated for the Bureau of Transportation Statistics by the Maryland Transportation Institute and Center for Advanced Transportation Technology Laboratory at the University of Maryland.

00004603

# Additional Analysis & Tools from the RITIS Platform

00004604

# COVID-19 **Key Insights**    Traffic Volumes Decreased  Significantly due to COVID-19



- Passenger vehicles, buses, and single unit trucks *decreased by 9-35%*

- Tractor trailer volumes *increased by 10-16%* in select freight corridors

19

00004605

Traffic Volumes Decreased  Significantly due to COVID-19



Case 3 2:20-cv-02892-JWB    Document 57-11    Filed 10/30/23    Page 85 of 168

Welcome, Michael | My History | Help | Tutorials | Logout



What's New 07/17/20



### REGION EXPLORER
Explore the relationships between bottlenecks and traffic events in real-time and in the past.

Tutorial  Help



### MASSIVE DATA DOWNLOADER
Download raw probe data from our archive for offline analysis.

Tutorial  Help  History



### CONGESTION SCAN
Analyze the rise and fall of congested conditions on a stretch of road.

Tutorial  Help  History



### TREND MAP
Create animated maps of roadway conditions.

Tutorial  Help  History



### PERFORMANCE CHARTS
Chart performance metrics over time.

Tutorial  Help  History



### PERFORMANCE SUMMARIES
Report on Buffer Time Index, Planning Time Index, and other performance metrics.

Tutorial  Help  History



### BOTTLENECK RANKING
Rank bottlenecks and discover which ones have the greatest impact.

Tutorial  Help  History



### SPEED THRESHOLD BREAKDOWN
Determine how well or how poorly a road performed between two dates.

Help  History



### USER DELAY COST ANALYSIS
Put a dollar amount on how much a road's performance impacts its users.

Tutorial  Help  History



### DASHBOARD
Create your own personal dashboards to monitor corridor performance in regions of interest.

Tutorial  Help



### NPMRDS COVERAGE MAP
Explore the coverage completeness of the NPMRDS on a month-by-month basis.

Tutorial  Help



### TRAVEL TIME DELTA RANKING
Rank roads based on their change in travel time performance between two time periods.

Tutorial  Help  History



### TRAVEL TIME COMPARISON
Chart travel times to compare performance for different time periods.

Tutorial  Help  History



### TUTORIALS
Learn how to use each of the tools in the suite.

Need to reach out to us?  Feedback  |  Support

00004607

## Average travel speeds by month at 8:00 a.m.



Source: RITIS / Trend Map

00004608



Case 8:23-cv-02597-DKC · Document 57-10 · Filed 10/30/23 · Page 87 of 168



Maryland Daily Trips (Jan 1, 2019 - Feb 20, 2021)

00004609



# COVID-19 **Key Insights**

User Delay Cost (UDC) Comparisons: Pre-pandemic vs. Pandemic

Using the UMD RITIS **User Delay Cost (UDC)** tool, comparisons were made for a six-month period between 2019 (pre-pandemic) and 2020.

Comparing month-by-month UDC results for the entire state of Maryland shows ***dramatic drops* in user delay cost – between 31% and 82%** – with an overall decrease in delay cost of **$202M** for the six-month period.



**Statewide UDC by Month | 2019 vs 2020 (Feb to Jul)**

UDC ($ Millions)

- Feb, $36.5
- Feb, $25.2
- Mar, $40.7
- Mar, $16.2
- Apr, $50.5
- Apr, $9.2
- May, $61.5
- May, $12.6
- Jun, $55.1
- Jun, $15.7
- Jul, $53.1
- Jul, $16.8

Month

Source: RITIS / UDC

■ 2019 Monthy UDC ($ Millions)
■ 2020 Monthy UDC ($ Millions)

24

Case 8:23-cv-02597-PKC    Document 57-10    Filed 10/30/23    Page 89 of 168



**MD Statewide UDC by Month (Jan 2019-Feb 2021)**

00004611

**Thanks! Comments and Feedback are Welcome.**

**CATT Lab Point-of-Contact:**

**Michael Pack**
**Director, CATT Lab**
**packml@umd.edu; 240.676.4060**

**or**

**Rick Ayers**
**Public Agency Advocate, CATT Lab**
**rayers@umd.edu  703..989.3221**

**Or**

**support@ritis.org**

**Online Training Videos available at:**
https://www.ritis.org/help/tutorials/





Visualizing the Impact of COVID-19 on the Aviation Industry

00004813

Visualizing the Impact of COVID-19 on Aviation
# Hyperfeed



00004814

Visualizing the Impact of COVID-19 on Aviation

# Commercial Passenger Airlines Overall



00004815

Visualizing the Impact of COVID-19 on Aviation

# Geographic Variation



00004616

Visualizing the Impact of COVID-19 on Aviation
# Operation Type Impact



**Passenger Airlines**

**(to/from/within United States)**



**Business Aviation**

**(to/from/within United States)**

00004617

Visualizing the Impact of COVID-19 on Aviation
# Operation Type Impact



**Passenger Airlines**

**(to/from/within United States)**



**Cargo Airlines**

**(to/from/within United States)**

6

00004818

Visualizing the Impact of COVID-19 on Aviation
# Stage length impact



00004619

Visualizing the Impact of COVID-19 on Aviation

# Airliner Size Mix



00004620

# Summary

- Commercial passenger airlines have levelled off at a modest recovery of traffic levels during COVID19

  - Geographically diverse recovery profile

- Other operation types have seen more substantial recovery and even growth through COVID19

- Different recovery profiles for flights above and below 4 hours

- Multiple changes in mix of aircraft size

00004621

# Today's Panelists

## #TRBWebinar



Moderator:
Charles Lattimer

Michael Pack







Kaan Ozbay, *New York University/ C2SMART Center*

Mark Duell







The National Academies of
SCIENCES · ENGINEERING · MEDICINE

TRANSPORTATION RESEARCH BOARD

# Get Involved with TRB

Receive emails about upcoming TRB webinars
https://bit.ly/TRBemails          **#TRBwebinar**

Find upcoming conferences
http://www.trb.org/Calendar





The National Academies of
SCIENCES · ENGINEERING · MEDICINE

TRANSPORTATION RESEARCH BOARD

00004623

# Get Involved with TRB
## #TRBwebinar



@NASEMTRB
@NASEMTRB
Transportation Research Board

*Getting involved is free!*



**Be a Friend of a Committee** bit.ly/TRBcommittees
– Networking opportunities
– May provide a path to Standing Committee membership

**Join a Standing Committee** bit.ly/TRBstandingcommittee

**Work with CRP** https://bit.ly/TRB-crp

**Update your information** www.mytrb.org

*The National Academies of*
SCIENCES · ENGINEERING · MEDICINE

**TRB**
TRANSPORTATION RESEARCH BOARD

# ATTACHMENT 2H:

**Poster: <u>Observed and Expected Impacts of COVID-19 on Travel Behavior in the United States. A Panel Study Analysis</u> presented at the 2022 National Academies of Sciences Engineering and Medicine Transportation Research Board Annual Meeting, 1/11/2022**

00004625



# Observed and Expected Impacts of COVID-19 on Travel Behavior in the United States. A Panel Study Analysis

M. Javadinasr[1] (mjavad2@uic.edu), T. Magassy[1], E. Rahimi[1], M. Mohammadi[1], A. Davatgari[1], A. Mohammadian[1], D. Salon[2], M. Conway[3], R. Chauhan[1], R. Pendyala[2], S. Derrible[1], S. Khoeini[2]

1. University of Illinois at Chicago, IL, USA.
2. Arizona State University, Tempe, AZ, USA.
3. University of North Carolina at Chapel Hill, Chapel Hill, North Carolina.




## Introduction

- A collaboration between the University of Illinois at Chicago (UIC) and the Arizona State University (ASU).
- Drastic impacts of Covid-19 on the rhythm of daily life by forcing billions of people to stay at their homes.
- Exploring people's activity and travel behavior before, during, and after the Covid-19 pandemic.
- Focusing on three major areas of **work-from-home (WFH), online shopping,** and **commute mode choice.**
- Research questions:
  1. How was the evolution of observed changes, from the pre-pandemic through different waves during the pandemic?
  2. What are the expected behavioral preferences and choices regarding the 3 mentioned categories in the post-covid world?
  3. What are the underlying reasons that motivate individuals to make such decisions?
- Conducting a two-wave panel survey with nearly 3000 valid responses in the United States.

## Introduction

- Conducting a longitudinal two-wave panel survey, from April 2020 to October 2020 (wave 1) and from November 2020 to May 2021(wave 2), in the U.S. encompassing the information of nearly 3,000 respondents across different states.
- Employing census divisions and developing sample weights to control for demographic discrepancies and provide more representative results. (Fig. 1).
- Using descriptive and inferential statistic measures, to investigate the revealed changes in travel behavior from the pre-pandemic to wave 1, revealed transitions from wave 1 to wave 2, and expected changes after the pandemic.



Fig. 1. Used census divisions for weighting the panel sample

## Results and Discussion

### ☐ Work from Home (WFH)

- The proportion of frequent WFH workers (i.e., WFH more than once/week) has substantially expanded from 16% ( pre-pandemic) to 46% (i.e., 191% rise) in wave 1 which is also sustained through wave 2. (Fig. 2)

- Another observation is that through the transition from pre-pandemic to wave 1, 13% of the formerly employed respondents have been laid off. The unemployment rate then started to recover by reaching 9% in wave 2.
- In the post-covid situation, 52% of the respondents expect not to have the opportunity to WFH.
- Frequent WFH employees are expected to increase from 16% in pre-pandemic to 34% in post-pandemic (i.e., 113% growth).



Fig. 2. Proportions and transitions of different levels of work from home from pre-pandemic to post-pandemic. Please note that "Frequent" refers to WFH more than once/week, and "Infrequent" refers to WFH once/week or less.

- Workers' intention to WFH after the pandemic can be highly correlated with their perceived productivity.
- Fig. 3 shows the reasons that positively affects the perceived productivity of WFH in wave 1 and 2 of the survey.
- The first selected positive factor associated with being more productive in both waves is "no commute" (selected by 69% and 45% of workers in waves 1 and 2, respectively) followed by "more comfortable workspace at home" (selected by 48%) in wave 1 and "flexible hours" (selected by 35%) in wave 2



Fig. 3. Factors positively affecting WFH productivity, reported in wave 1 and wave 2 of data collection.

### ☐ Online Shopping

- The increased consumers' willingness to shop online to avoid coronavirus in tandem with enforced social distancing regulations has accelerated the expansion of the already growing e-commerce industry to an unprecedented pace.



Fig. 4. Proportions and transitions of different categories of online grocery shoppers from pre-pandemic to post-pandemic. Please note that "Frequent" refers to doing online shopping more than once/week, "Infrequent" refers to between once/week and once/month, and "Rare" refers to less than once/month or never.

- The frequent online grocery shoppers (i.e., doing online shopping more than once/week) have almost doubled in wave 1 of the survey. (Fig. 4)
- 78% growth in "infrequent" online grocery shoppers (i.e., doing online shopping between once/week and once/month) from pre-pandemic to wave 1.
- The growth in the post-pandemic (compared to the pre-pandemic) is expected to occur in infrequent grocery buyers (i.e., 87%) and frequent grocery buyers (i.e., 34%).
- These results indicate that consumers' adaptations to online shopping are likely to persist after the COVID-19 passes.

### ☐ Commute Trips and Mode Choice

- As shown in Fig. 5, before the pandemic, around 81% of the commuters relied on private vehicles to get to their destination. The following most frequently used modes were transit and walk, accounting for transporting 12% and 3.5% of the commuters, respectively.



Fig. 5. Proportions and transitions of different categories of commuters based on main travel mode to work from pre-pandemic to post-pandemic.

- In wave 1, the share of private vehicle commuters plummeted to around 45% (i.e., 44.45% reduction) primarily for shifting to telecommuting and partly for becoming unemployed.
- Regarding the post-covid perceptions, 72% of the respondents expected to use a private vehicle for commuting, indicating a 10.5% reduction compared to the pre-pandemic era.
- With a 70.5% reduction, transit commuters experienced the most massive drop among all modes from pre-pandemic to wave 1.
- The share of transit commute increased by 22% from waves 1 to 2.
- In the post-pandemic, the percentage of transit commuters would still be 36% less than before the COVID-19 outbreak.

- The percentage of walking commuters sharply declined by 50% from pre-pandemic to wave 1. The share of this category then grew by 8% from wave 1 to wave 2; however, this change is not significant.
- Concerning the post-covid period, our data indicate that 36% fewer commuters are expected to use walking mode to commute to work compared to the pre-pandemic period.
- The share of commute modes should be considered in tandem with the frequency of commuting to account for future changes.
- As shown in fig. 6, before the pandemic, the average number of commute days was 4.1 days per week, which then plummet to 1.75 and 1.87 day per week in wave 1 and wave 2, respectively.
- After-pandemic, it is expected that, on average, people commute 3.42 days/week (i.e., 17% decline compared to the pre-pandemic).



Fig. 6. The number of commute days to work in pre-pandemic, wave 1, wave 2, and post-pandemic periods.

## Conclusion

- This study presents descriptive/inferential analyses to investigate activity-travel behaviors and attitudes before, during, and after the Covid-19 pandemic.
- Relying on concrete evidence from nationwide-representative panel data, our results confirm substantially observed and expected changes during and after the pandemic in telecommuting, commute mode choice, and online shopping.
- Around half of the employees expect to have the option to WFH and among which 71% anticipate being frequent telecommuters (i.e., work from home more than once a week) after the pandemic.
- Despite the gradual rebound of transit ridership, it is still expected that after the pandemic, transit commuters will be 36% less, compared to the pre-pandemic situation.
- The remarkable shift to WFH will significantly alter the commute travel patterns.
- Altogether, these findings indicate that the future of urban mobility includes a lower number of commute trips, higher car dependency, significant transit ridership lost, new and additional generated trips, and different traffic patterns rather than just the conventional morning/afternoon peak.
- More reliance on private vehicles and increased time flexibility of telecommuters can create different peak hours throughout the day or even exacerbate congestions in unexpected hours.



I-495 & I-270 Managed Lanes Study    Final COVID-19 Travel Analysis & Monitoring Plan

# ATTACHMENT 3A:
## COVID-19 Scenario Analysis Report

00004627



# COVID-19 Scenario Analysis
## January 2022



U.S. Department
of Transportation

**Federal Highway
Administration**



MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

00004628

OP·LANES™
M A R Y L A N D     I-495 & I-270 Managed Lanes Study

COVID-19 Scenario Analysis

**Table of Contents**

1.    Introduction ........................................................................................................................................ 1
    1.1    Study Design ................................................................................................................................. 3
2.    Data Sources ...................................................................................................................................... 5
    2.1    University of Maryland COVID-19 Impact Analysis Platform ........................................................ 5
    2.2    Burbio School Opening Tracker ................................................................................................... 7
    2.3    Air Traffic Statistics ..................................................................................................................... 8
    2.4    MDOT SHA Traffic Monitoring .................................................................................................. 10
3.    Long-Term Impacts ......................................................................................................................... 13
4.    Parameter Development ................................................................................................................... 15
    4.1    Work from Home ........................................................................................................................ 15
        4.1.1    Work from Home – Production End ..................................................................................... 15
    4.2    Distance Learning ....................................................................................................................... 18
    4.3    Discretionary and Non-Home-Based Travel .............................................................................. 19
    4.4    Long Distance Travel .................................................................................................................. 20
5.    Model Parameters – Baseline Scenario (HIGH) ................................................................................ 23
    5.1    Results of High Scenario in 2019 ............................................................................................... 25
6.    Scenario Framework ........................................................................................................................ 29
7.    Results .............................................................................................................................................. 31
    7.1    Measures Used ........................................................................................................................... 31
    7.2    Geographic Scale ........................................................................................................................ 32
    7.3    Changes in Trip Making ............................................................................................................... 34
    7.4    Regional Network Changes ........................................................................................................ 35
        7.4.1    Vehicle Miles of Travel ....................................................................................................... 35
        7.4.2    Daily Vehicle Hours of Delay .............................................................................................. 37
        7.4.3    Lane Miles by Level of Service ........................................................................................... 38
    7.5    Study Area ................................................................................................................................... 40
    7.6    Project Corridor .......................................................................................................................... 42
8.    Conclusion ........................................................................................................................................ 45
    8.1    Methodology ............................................................................................................................... 45
    8.2    Results ......................................................................................................................................... 45

00004629


I-495 & I-270 Managed Lanes Study

COVID-19 Scenario Analysis

**List of Tables**

Table 1: UMD COVID-19 Impact Analysis Platform Metrics ............................................................ 6
Table 2: Potential Long-Term Travel Impacts ............................................................................ 14
Table 3: MWCOG Model Parameters and Long Term Impact ........................................................ 15
Table 4: High Scenario Model Parameters ................................................................................ 25
Table 5: Change in Household Trip Making ................................................................................ 26
Table 6: Changes in MISC Trip Making...................................................................................... 26
Table 7: 2019 Baseline Regional Systemwide Metrics................................................................. 27
Table 8: 2019 High Scenario Regional Systemwide Metrics ......................................................... 28
Table 9: Scenario Framework ................................................................................................. 30
Table 10: MWCOG Model Results............................................................................................ 31
Table 11: Level of Service by V/C Range ................................................................................... 31
Table 12: AM % of VMT by LOS No Build – Montgomery County .................................................. 41
Table 13: AM % of VMT by LOS No Build – Prince George's County .............................................. 42
Table 14: Project Corridor – Montgomery County AM % VMT by LOS............................................ 43
Table 15: Project Corridor – Prince George's County AM % VMT by LOS ........................................ 44
Table 16: AM % of Lane Miles by LOS No Build – MWCOG Model Region........................................ 47
Table 17: Project Corridor – Montgomery County AM % VMT by LOS............................................ 48

**List of Figures**

Figure 1: I-495 and I-270 Corridors.......................................................................................... 2
Figure 2: UMD COVID-19 Impact Analysis Platform Metric Visualization ....................................... 7
Figure 3: In-Person Index by Grade Level (Source: Burbio) ........................................................... 8
Figure 4: Total Commercial Passenger Enplanements Trends (2016-2021), Source: MWAA October 2021
Report ............................................................................................................................... 9
Figure 5: Daily Traffic Volume Changes on I-495 and I-270 During COVID-19 Pandemic vs. 2019 ........... 11
Figure 6: Volume Trends along I-495 East of Persimmon Tree Road (Near the American Legion Bridge). 12
Figure 7: Work Trip Rates (Source: UMD COVID-19 Impact Portal – MWCOG Model Area) .................... 16
Figure 8: Effects of COVID-19 on Travel Behavior by Income Group (Source: BTS) ................................ 17
Figure 9: School Opening Tracker as of 3/1/2021 (Source: Burbio School Opening Tracker) ................... 18
Figure 10: Daily Trips Per Person (Source: UMD COVID-19 Impact Portal – MWCOG Model Area) ............ 19
Figure 11: Daily Non Work Trips Per Person (Source: UMD COVID-19 Impract Portal – MWCOG Model Area)
......................................................................................................................................... 20
Figure 12: Daily % Trips Out of County (Source: UMD COVID-19 Impact Portal – MWCOG Model Area) . 21
Figure 13: Daily % Inter State Trips (Source: UMD COVID-19 Impact Portal – MWCOG Model Area)....... 21
Figure 14: Change in Passenger Travel through December 2020 (Source: Air Traffic Statistics, Metropolitan
Washington Airports Authority, January 2021) ........................................................................... 22
Figure 15: Miles Per Person (Source: UMD COVID-19 Impact Portal – MWCOG Model Area) ................. 23

00004630



I-495 & I-270 Managed Lanes Study

COVID-19 Scenario Analysis

Figure 16: Weekly Traffic Change – Statewide (Source: MDOT SHA) .......................................................... 24
Figure 17: Distribution of Household Trips by Period .................................................................................. 27
Figure 18: Regional Extent ......................................................................................................................... 32
Figure 19: Montgomery and Prince George's Counties .............................................................................. 33
Figure 20: MLS Study Area ......................................................................................................................... 33
Figure 21: 2045 Daily Household Trips by Period by Scenario .................................................................... 34
Figure 22: 2045 Daily Household Trips by Purpose by Scenario ................................................................. 35
Figure 23: Daily VMT – No Build Network .................................................................................................. 36
Figure 24: Daily VMT – Phase 1 Build Network .......................................................................................... 36
Figure 25: Daily VHT – No Build Network .................................................................................................. 37
Figure 26: Daily VHT – Phase 1 Build Network .......................................................................................... 38
Figure 27: 2019 Baseline AM Lane Miles by LOS ....................................................................................... 38
Figure 28: 2019 HIGH AM Lane Miles by LOS ............................................................................................ 38
Figure 29: 2045 No Build Baseline Scenario AM Lane Miles by LOS ........................................................... 39
Figure 30: 2045 Phase 1 Build Baseline Scenario AM Lane Miles by LOS ................................................... 39
Figure 31: 2045 No Build LOW Scenario AM Lane Miles by LOS ................................................................ 39
Figure 32: 2045 No Build MID Scenario AM Lane Miles by LOS ................................................................. 39
Figure 33: 2045 No Build HIGH Scenario AM Lane Miles by LOS ............................................................... 39
Figure 34: Daily No Build VMT for Prince George's and Montgomery Counties ......................................... 40
Figure 35: Daily VMT (No Build Network) .................................................................................................. 46

00004631

# 1. INTRODUCTION

The Maryland Department of Transportation State Highway Administration (MDOT SHA) is currently conducting the I-495 & I-270 Managed Lanes Study (MLS). The Study is evaluating potential transportation improvements to portions of the I-495 and I-270 corridors in Montgomery and Prince George's Counties, Maryland, and Fairfax County, Virginia.

I-495 and I-270 in Maryland are the two most heavily traveled freeways in the National Capital Region, each with Average Annual Daily Traffic (AADT) volume up to 260,000 vehicles per day in 2018 (MDOT SHA, 2019). I-495 is the only circumferential route in the region that provides interregional connections to many radial routes in the region, such as I-270, US 29 (Colesville Road), I-95, US 1, the Baltimore-Washington Parkway, US 50 (John Hanson Highway), and MD 5 (Branch Avenue). I-270 is the only freeway link between I-495 and the fast-growing northwest suburbs in northern Montgomery County and the suburban areas in Frederick County. In addition to heavy commuter traffic demand, I-495 provides connectivity along the East Coast, as it merges and runs concurrent with I-95 in Maryland for 25 miles around the east side of Washington DC. Figure 1 shows the limits of the MLS along I-495 and I-270 along with the Preferred Alternative.

The traffic forecast for the MLS is based upon the outputs of the MWCOG Regional Travel Demand Model, Version 2.3.75. More information on the traffic forecasting can be found within the FEIS - Chapter 4 and Appendix A, Final Traffic Analysis Technical Report. The MWCOG model, which is the model typically used by MDOT SHA and other transportation agencies to evaluate projects in the Washington, DC metro area, relies upon a set of model parameters to estimate travel that were based upon household travel survey data collected in the MWCOG region. The model is validated to observed traffic counts throughout the region and then applied to future scenarios that rely upon different network assumptions. These network assumptions include the regional long-range transportation plan and inputs from the Cooperative Demographic Forecast program. For the MLS, the model was updated to reflect the latest network assumptions (Alternative 9 - Phase 1) and applied using 2045 demographic inputs consistent with the Vision 2045 model effort completed by MWCOG.

There is understanding that the forecasts developed by the model are only predictions that are based on the best assumptions available at the time. The accuracy of those predictions can be impacted through multiple factors, including variations in land use patterns, changing demographic patterns or growth trends, emergence of new technologies, and/or unanticipated travel behavioral shifts. The TRB National Cooperative Highway Research Program (NCHRP) developed *Research Report 934: Traffic Forecasting Accuracy Assessment Research* (2020) that studied the accuracy of forecasts and analyzed some of the reasons why the predictions were not realized. The COVID-19 pandemic is an example of a factor that can dramatically impact the accuracy of the forecasts given the uncertainty of the long-term impacts.

00004632

Sensitivity analysis is a process of understanding the impacts of changing assumptions on the results of a set of mathematical models and is well-suited to the study of understanding the long-term impacts of COVID-19 on the resulting MWCOG forecasts.



**Figure 1: I-495 and I-270 Corridors**

00004633


## 1.1 STUDY DESIGN

The purpose of this report is to provide the results of a sensitivity analysis that considered the potential long-term impacts of the COVID-19 pandemic on travel patterns within the study area of the I-495/I-270 MLS. For this analysis, the MWCOG Regional Travel Demand Model was used as the basis for the sensitivity modeling. A series of parameters were developed that captured potential long-term impacts based on various scenarios. Because of the uncertainty surrounding the long-term impacts, parameter values were varied to account for a range of potential long-term impacts.

To understand the impacts these changes may have to regional travel in the future, and more specifically to the I-495 and I-270 corridors, a series of model scenarios for various levels of travel demand changes were developed to evaluate low, mid and high-level impacts. The intent of this analysis is to understand the sensitivities of the forecasts under various future growth scenarios, since it is unknown how the pandemic will impact travel in the long term. The future high-impact scenario assumes consideration of personal safety in decision-making relating to travel, similar to what was experienced in late 2020/early 2021 in terms of increased levels of work-from-home, modified mode-choice, and significant levels of distance-learning prior to the availability of vaccines. The high-impact scenario is defined to capture this period of the pandemic but is not expected as a possible future scenario. Conversely, the low-impact scenario for the future assumes minimal impacts directly related to COVID-19 but assumes some behavioral shift over time. The mid-impact scenario assumes a midpoint for long-term behavioral shifts.

The resulting demand impacts were applied to the 2045 model using two network scenarios as a base:

- 2045 No Build (MWCOG Constrained Long-Range Plan (CLRP) Network without MLS Preferred Alternative)
- 2045 Build (MWCOG Constrained Long-Range Plan (CLRP) Network with MLS Preferred Alternative)

The purpose of the sensitivity analysis was not to develop a predictive tool to estimate the utilization of the highway network under different long-term impacts, but instead to provide a quantitative framework to provide decisionmakers an understanding of the potential range of impacts to the system, given the unknown long-term changes that may result from the pandemic.

There are several potential long-term travel impacts associated with the COVID-19 pandemic that could be captured within a travel demand model. These types of potential impacts include:

- Household Travel: Changes in work from home, remote learning opportunities, and increased time for discretionary activities due to reduced commute times.
- Visitor Travel: Changes in air passenger demand and external visitors to the region.
- Modal Preference: Shifts in mode choice away from transit to personal vehicle or from high occupancy to lower occupancy modes.
- E-Commerce: Potential accelerated adoption of E-Commerce, including home delivery or curbside pickup.
- Freight: Changes in truck demand for freight.

00004634



I-495 & I-270 Managed Lanes Study

COVID-19 Scenario Analysis

The sensitivity analysis for this study focused on understanding the long-term impacts related to personal travel made by households within the model area, as well as external auto demand that passes through the model area (i.e., visitor travel). The decision to focus on these factors was based on available data collected during the period from January 2020 through Spring 2021 that captured changes in household travel behavior prior to the pandemic and early stages of stay-at-home orders.

The following factors were not included because data indicated the impact was short term or inconclusive:

-   Modal Preference: There was a significant drop in transit use, with a greater than a 50% decrease in usage of Maryland Transit Administration (MTA) services and with an approximately 70% drop in Baltimore-Washington International (BWI) Airport passenger traffic compared to 2019. Similar trends were observed in the WMATA rail and bus data. Data collected by WMATA through late 2021 is starting to show a rebound in both rail and bus ridership that is still below pre-pandemic levels but is trending upward. Based on the available data, it appears that changes to mode-choice were driven by reductions in service and restrictions to travel and may not reflect long term shifts in behavior. Further, data from MTA (Maryland Transit Authority) was not publicly available.
-   E-Commerce: During the early stages of the pandemic, there was a dramatic increase in the use of E-commerce for retail activity. However, available data was unable to distinguish what proportion of that increase was direct delivery versus curbside fulfillment. Because curbside fulfillment still requires a home-based shopping trip and delivery of retail goods to a brick-and-mortar store, the potential for significant decreases in traffic is minimal.
-   Freight: In the early phases of the pandemic, truck traffic was dramatically up, as a percentage of total traffic, with fewer total vehicles on the road. Data from the Bureau of Transportation Statistics (BTS) shows that through 2021, the freight activity begins to normalize as compared to pre-2020 based upon the Freight Index.

The implementation of the identified impacts was able to be implemented via adjusting existing model parameters or direct inputs. Scripts were not modified in the provided model.

00004635



## 2. DATA SOURCES

Data sources were identified to address two fundamental questions related to the analysis:

1) What are the travel behavior changes experienced during the pandemic recovery phase observed in the fall of 2020 through early spring of 2021, and how did they impact the level of traffic?

2) What information is available that can be used to help predict long-term changes in travel behavior post pandemic?

The following sections of this chapter provide a brief overview of the data sources utilized. Further discussion of how the data was used to establish the parameter values for input to the MWCOG models is discussed in Chapters 3 and 4 of this report.

### 2.1 UNIVERSITY OF MARYLAND COVID-19 IMPACT ANALYSIS PLATFORM

The Maryland Transportation Institute (MTI), in collaboration with the Center for Advanced Transportation Technology Laboratory (CATT Lab), has developed the University of Maryland COVID-19 Impact Analysis Platform. This platform allows users to view county and statewide data related to COVID-19's impact on mobility, health, economy, and society. Up until April 20, 2021, data was reported daily and can be searched by user-defined date ranges and by one of four specific metric areas: Mobility and Social Distancing, COVID and Health, Economic Impact, and Vulnerable Populations, as shown in Table 1.

Access to the dashboard is public and can be found at https://data.covid.umd.edu/. For purposes of this study, UMD provided the study team raw data for the counties within the MWCOG model area for the period from January 1, 2020 through February 2021.

The dashboard allows users to view data elements from each category and compare how they change over time. An example for Montgomery County, MD for January 1, 2020 through April 20, 2021 is shown in Figure 2.

00004636

OP•LANES™
MARYLAND    I-495 & I-270 Managed Lanes Study

COVID-19 Scenario Analysis

**Table 1: UMD COVID-19 Impact Analysis Platform Metrics**

| Mobility and Social Distancing (M) | | COVID and Health (H) | | Economic Impact (E) | | Vulnerable Populations (P) | |
|---|---|---|---|---|---|---|---|
| 1 | Social distance index | 1 | # days: decreasing COVID cases | 1 | Unemployment claims/1000 people | 1 | % people older than 60 |
| 2 | % staying at home | 2 | # days: decreasing Influenza-like illness (ILI) cases | 2 | Unemployment rate | 2 | Median income |
| 3 | Trips/person | 3 | Testing capacity gap | 3 | % working from home | 3 | % African Americans |
| 4 | % out of county trips | 4 | # contact tracing workers/1000 people | 4 | Cumulative inflation rate | 4 | % Hispanic Americans |
| 5 | % out of state trips | 5 | % hospital bed utilization | 5 | % change in consumption | 5 | % male |
| 6 | Miles/person | 6 | % ICU utilization | | | 6 | Population density |
| 7 | Work trips/person | 7 | New COVID cases | | | 7 | Employment density |
| 8 | Non-work trips/person | 8 | New cases/1000 people | | | 8 | # hot spots/1000 people |
| 9 | Transit mode share | 9 | Active cases/1000 people | | | 9 | COVID death rate |
| | | 10 | Imported COVID cases | | | 10 | Population |
| | | 11 | COVID exposure/1000 people | | | | |
| | | 12 | Tests done/1000 people | | | | |
| | | 13 | Hospital beds/1000 people | | | | |
| | | 14 | ICUS/1000 people | | | | |
| | | 15 | Ventilator needs | | | | |

00004637

OP·LANES™
MARYLAND    I-495 & I-270 Managed Lanes Study

COVID-19 Scenario Analysis



**Figure 2: UMD COVID-19 Impact Analysis Platform Metric Visualization**

## 2.2 BURBIO SCHOOL OPENING TRACKER

Data related to the status of in-person versus remote learning at schools within the MLS study area was obtained from Burbio. Burbio collects data from 80,000 elementary, middle, and high school calendars from across the United States. Throughout the 2020 to 2021 school year, Burbio has provided data related to various levels of virtual, traditional in-person, and hybrid learning across all 50 states, school openings and closures, and other information related to the pandemic's impact on learning for Kindergarten through Grade 12. Figure 3 shows the national trends of in-person learning by grade level. Burbio has not posted data for the 2021 to 2022 school year.

00004638



**Figure 3: In-Person Index by Grade Level (Source: Burbio)**

## 2.3 AIR TRAFFIC STATISTICS

The Metropolitan Washington Airport Authority (MWAA) manages both Washington Dulles International and Washington National Airports. Available to the public, the MWAA reports monthly passenger traffic by airport for each month and compares the data to previous years' information. Data from the most recently available report for October 2021 shows significant reduction in passenger service through 2020, but a steady increase in 2021, as shown in Figure 4.

00004639

OP•LANES™
MARYLAND    I-495 & I-270 Managed Lanes Study

COVID-19 Scenario Analysis



**Reagan National**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | 760 | 815 | 1,042 | 1,012 | 1,068 | 1,051 | 1,035 | 1,023 | 979 | 1,053 | 986 | 945 |
| 2017 | 881 | 823 | 1,038 | 1,026 | 1,067 | 1,067 | 1,037 | 1,051 | 932 | 1,070 | 1,005 | 936 |
| 2018 | 798 | 822 | 1,012 | 1,030 | 1,065 | 1,081 | 1,044 | 1,033 | 891 | 1,037 | 993 | 928 |
| 2019 | 790 | 821 | 1,042 | 1,044 | 1,103 | 1,062 | 1,040 | 1,043 | 948 | 1,072 | 971 | 1,013 |
| 2020 | 858 | 872 | 456 | 35 | 67 | 185 | 228 | 222 | 202 | 226 | 211 | 206 |
| 2021 | 162 | 157 | 299 | 454 | 560 | 668 | 751 | 715 | 649 | 765 | | |



**Dulles International**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | 684 | 647 | 836 | 834 | 984 | 1,048 | 1,088 | 1,051 | 946 | 964 | 875 | 913 |
| 2017 | 773 | 652 | 842 | 936 | 1,011 | 1,111 | 1,121 | 1,108 | 944 | 992 | 903 | 932 |
| 2018 | 777 | 698 | 942 | 936 | 1,064 | 1,171 | 1,185 | 1,148 | 983 | 1,073 | 987 | 984 |
| 2019 | 774 | 728 | 972 | 1,000 | 1,133 | 1,221 | 1,219 | 1,165 | 998 | 1,078 | 980 | 1,060 |
| 2020 | 857 | 766 | 434 | 48 | 95 | 138 | 210 | 244 | 268 | 342 | 314 | 367 |
| 2021 | 298 | 261 | 399 | 429 | 538 | 654 | 843 | 816 | 738 | 817 | | |

**Figure 4: Total Commercial Passenger Enplanements Trends (2016-2021), Source: MWAA October 2021 Report**

00004640

## 2.4 MDOT SHA TRAFFIC MONITORING

Maryland Department of Transportation State Highway Administration (MDOT SHA) has been providing data from permanent count stations throughout the state, known as Automatic Traffic Recorders (ATR).  There are six (6) ATR stations located along I-270 and I-495 in Montgomery and Prince George's Counties that collect data continuously.  MDOT SHA has been using the data from these ATR stations to track how volumes have fluctuated throughout the pandemic.

Figure 5 shows how traffic volumes within the study corridors have fluctuated during the pandemic compared to pre-pandemic levels. The data shows a severe drop in traffic volumes in April 2020 after stay-at-home orders were issued across Maryland, with daily traffic volumes on I-270 and I-495 reducing by more than 50 percent compared to April 2019. After the stay-at-home order was replaced with a "safer at home" advisory in May 2020, traffic volumes gradually increased throughout the summer, stabilizing at approximately 15 percent less than typical conditions during fall 2020. As cases began to surge in November/December 2020, traffic volumes dipped again through the winter. With the rollout of vaccines in early 2021, the corresponding drop in COVID-19 cases, and the gradual reopening of schools and businesses, daily traffic volumes have continued to recover. Volumes were back to over 90 percent of normal as of October 2021 compared to expected 2021 levels, even when considering two years of projected growth since 2019.  MDOT SHA will continue to monitor volumes into winter 2021-2022.

00004641

OP·LANES
M A R Y L A N D    I-495 & I-270 Managed Lanes Study

COVID-19 Scenario Analysis



**Figure 5: Daily Traffic Volume Changes on I-495 and I-270 During COVID-19 Pandemic vs. 2019**

Figure 6 shows into the levels of traffic observed along one of the ATR stations, I-495 east of Persimmon Tree Road, which is located close to the American Legion Bridge. Shaded bars show the percent change in volume from 2019 to 2020, and solid bars show the percent change volume from 2019 to 2021.

00004642

OP·LANES™  MARYLAND    I-495 & I-270 Managed Lanes Study

COVID-19 Scenario Analysis



**Figure 6: Volume Trends along I-495 East of Persimmon Tree Road (Near the American Legion Bridge)**

00004643

 I-495 & I-270 Managed Lanes Study

COVID-19 Scenario Analysis

## 3. LONG-TERM IMPACTS

Since the beginning of the pandemic, there is has been a significant shift in travel behavior that can be associated with two primary factors:

1) Response to restrictive measures imposed by the Government, and
2) Perception of own safety and/or commitment to slow the spread.

Predicting the impact on travel from restrictive measures is relatively straightforward. More difficult is understanding the long-term behavioral shifts that may not be directly related to safety or restrictions because of the pandemic. Much of the research and analysis that has been done since March 2020 has focused on understanding the changes in travel behavior and highway system utilization during the initial rounds of closures. This study differs in that it is not attempting to model the period during the most active and restrictive phase of the pandemic, but instead the intent is to consider the long-term impacts in travel behavior that may be experienced in 2045.

Using the available data described in the previous section, specific behavioral impacts related to travel have been identified for consideration of long-term impacts associated with the pandemic. These include changes in work from home, increased remote learning and changes in discretionary travel. These factors are shown in Table 2 and how they can be reflected within the MWCOG model is also described.

00004644

**OP·LANES** ™
M A R Y L A N D   I-495 & I-270 Managed Lanes Study

COVID-19 Scenario Analysis

## Table 2: Potential Long-Term Travel Impacts

| Impact | Description of Impact | Representation in MWCOG |
|---|---|---|
| Work from Home (WFH) – Production | Increased participation in work from home on a regular or semi-regular basis will continue. | Reduction in HBW production rates for higher income households that are more likely to be industries that can function remotely. |
| Changes in Non-Home-Based (NHB) Travel | Because many NHB trips are associated with work locations, reduction of NHB work related travel. | Lower NHB work travel based on reduction in WFH activities. |
| Distance Learning | Increased use of hybrid education models that include remote or distance learning in place of in-person. | Reduction of home-based school trip purpose; only includes K-12 school trips. |
| Changes in Discretionary Travel | With reduced time spent commuting because of WFH on a semi-regular or regular basis, household may increase discretionary travel. | Increase to the non-work-related Home-Based trip purpose production rates. |
| Long Distance Travel (External Demand) | Restrictive policies have reduced non-essential long-distance travel for recreational and work-related purposes. | Reduction in external travel entering region. |

00004645

## 4. PARAMETER DEVELOPMENT

For each of the potential impacts described above, data sources were reviewed to help define parameter values for the MWCOG sensitivity modeling. As mentioned previously, the range of scenarios evaluated were to capture a spectrum of impacts that used observed conditions from late 2020/early 2021 before vaccines were available as the high-impact scenario and then moving towards a low and mid scenario that captures a range of the long-term potential impacts.

The basis for the scenario analysis is the MWCOG Regional Travel Demand Model, Version 2.3.75. This is the same model platform used for the modeling of the MLS alternatives to support the forecast development. A review of the MWCOG model revealed a series of parameters, either specific values or input files, that are accessible to adjust for the purposes of the scenario analysis. Table 3 identifies the parameters and relationship with the long-term impacts identified in Chapter 3.

### Table 3: MWCOG Model Parameters and Long Term Impact

| MWCOG Model Parameter/Input | Long Term Impact | | | | |
|---|---|---|---|---|---|
| | Work from Home | Changes in Non Home Based Travel | Distance Learning | Changes in Discretionary Travel | Long Distance Travel |
| Airport Trip Table | | | | | X |
| School Trip Table | | | X | | |
| Taxi Trip Table | | X | | | X |
| Visitor Trip Table | | | | X | X |
| External Through Auto Trips | | | | | X |
| Trip Generation (Production End) | X | X | | X | |

A discussion of each of the long-term impacts and how the available data covering the period in late 2020/early 2021 can be used to establish the base parameter values.

### 4.1 WORK FROM HOME

Perhaps the most significant impact of the pandemic has been the sudden shift to work from home. Traditionally work from home has been focused on specific industries or job types. The onset of the pandemic saw an increase in work from home for these traditional candidate industries as well as expansion to new industries and workers. In the long term, work from home is expected to continue in some form on a more regular basis. The impact of work from home is related to both the production and attraction end of the trip purpose.

#### 4.1.1    Work from Home – Production End

Based on data from the University of Maryland COVID-19 Impact Analysis Platform, the average work trips per person dropped significantly from March 2020 onward. The rate reported is based on trips made

00004646

outside the home for work purposes and thus captures the increase in WFH activities. By fall of 2020, the number of work trips was approaching 50% of pre-pandemic levels (Figure 7).



**Figure 7: Work Trip Rates (Source: UMD COVID-19 Impact Portal – MWCOG Model Area)**

Data from the Bureau of Transportation Statistics (BTS) collected during September of 2020 found that 47.3% of households in the state of Maryland had at least one person substituting work trips by working from home. Further review of the data shows that this percentage increases significantly as household income increases. For household making less than $25,000, the percentage that had at least one person substituting work trips by working from home was 11.9% (compared to over 70% for households making more than $200,000). This information from BTS is shown in Figure 8.

00004647

OP·LANES™ MARYLAND    I-495 & I-270 Managed Lanes Study    COVID-19 Scenario Analysis



**Figure 8: Effects of COVID-19 on Travel Behavior by Income Group (Source: BTS)**

00004648

## 4.2 DISTANCE LEARNING

Remote learning has been prevalent across the country starting in the spring of 2020 and continuing through late 2020/early 2021 throughout the country. Each school district has implemented different policies ranging from solely virtual learning to some mix of in-person and virtual learning. Figure 9 shows the level of in-person and virtual learning on March 1, 2021.



**Figure 9: School Opening Tracker as of 3/1/2021 (Source: Burbio School Opening Tracker)**

Based on Maryland State Department of Education's Local School System (LSS) Reopening Plans, as of August 2020, the majority of school districts within the MWCOG model area were providing remote learning only in place of in-person. (Source: http://marylandpublicschools.org/newsroom/Pages/COVID-19/ReopeningPlans.aspx). At this time, Maryland was at a level of 16 (Source: Burbio School Opening Index) on a scale of 0 to 100, with 0 representing no in-school instruction and 100 representing 5 days a week in-school instruction.

By fall of 2021, most schools had returned to in-person instruction, including Montgomery and Prince George's County public schools. Prince George's County Public Schools returned to full-time virtual learning from December 20, 2021 to January 14, 2022 however because of recent changes in cases, but returned to in-person learning on January 18, 2022. It is expected that in the future remote learning may be offered to both traditional and non-traditional students.

00004649

OP•LANES™
MARYLAND    I-495 & I-270 Managed Lanes Study

COVID-19 Scenario Analysis

## 4.3 DISCRETIONARY AND NON-HOME-BASED TRAVEL

Under restrictive policies present in late 2020/early 2021, it would be expected to see overall decreases in work and non-work-related travel. Data from the University of Maryland COVID-19 Impact Analysis Platform shows that following an initial decrease in both total trips per person (Figure 10) and non-work (Figure 11) related travel in March and April, levels approach pre-pandemic values by varying greatly day-by-day during the non-holiday weekdays. Because of the underlying reduction in work-related travel for higher income households, for travel levels to be as high as those pre-pandemic households are making higher levels of non-work-related travel.



**Figure 10: Daily Trips Per Person (Source: UMD COVID-19 Impact Portal – MWCOG Model Area)**

00004650

OP·LANES
MARYLAND    I-495 & I-270 Managed Lanes Study

COVID-19 Scenario Analysis



**Figure 11: Daily Non Work Trips Per Person**
**(Source: UMD COVID-19 Impract Portal – MWCOG Model Area)**

## 4.4 LONG DISTANCE TRAVEL

Without data directly associated with trips by distance, two measures from the UMD COVID-19 Impact Portal can be used to look at changes in long distance travel because of COVID-19. The first, daily % of trips made outside the county is approximately 5% lower in late 2020/early 2021 as compared to pre-pandemic levels (Figure 12). The second metric, daily % of trips made out of state shows a similar reduction as compared to pre-pandemic levels (Figure 12).

A second measure of long-distance travel is change in passengers arriving to Washington DC area airports. Combined passenger volumes for National and Dulles airport were down 73% in December 2020 from 2019 and 67% for the last 12 months ending in December 2020 (Figure 13).

00004651



**Figure 12: Daily % Trips Out of County (Source: UMD COVID-19 Impact Portal – MWCOG Model Area)**



**Figure 13: Daily % Inter State Trips (Source: UMD COVID-19 Impact Portal – MWCOG Model Area)**

00004652




**Figure 14: Change in Passenger Travel through December 2020 (Source: Air Traffic Statistics, Metropolitan Washington Airports Authority, January 2021)**

00004653

OP·LANES™
MARYLAND    |    I-495 & I-270 Managed Lanes Study

COVID-19 Scenario Analysis

## 5. MODEL PARAMETERS – BASELINE SCENARIO (HIGH)

Several data sources including information from the UMD COVID-19 Impact Portal and MDOT SHA traffic counts show that in late 2020/early 2021 there was an observed 15 to 20% reduction in both miles traveled per person per day (Figure 15) and daily traffic levels across the study area (Figure 16). Some variation occurs during weeks that include holidays.



**Figure 15: Miles Per Person (Source: UMD COVID-19 Impact Portal – MWCOG Model Area)**

00004654



**Figure 16: Weekly Traffic Change – Statewide (Source: MDOT SHA)**

Table 4 provides an overview of the parameter values used for establishing the high scenario results. The goal for this scenario when the parameters are combined is to provide a base of travel reduction consistent with that observed in the above figures representing the fall of 2020.

00004655

**Table 4: High Scenario Model Parameters**

| Impact | Parameter | Value | Source |
|---|---|---|---|
| WFH | Production Rates – Reduce HBW Productions by Income | Income Level 1 (0 to $50k): -18%<br>Inc2 ($50 to $100k): -45%<br>Inc3 ($100 to $150k): -70%<br>Inc4 (>$150k):-75% | BTS |
| Change in NHB Travel | Reduction of Non-Home-Based Work (NHBW) Production Rates by Income | Inc1 (0 to $50k): -18%<br>Inc2 ($50 to $100k): -45%<br>Inc3 ($100 to $150k): -70%<br>Inc4 (>$150k):-75% | BTS |
| Distance Learning | Reduction of Home-Based School Trips by 75% to account for hybrid learning | Home Based School Trip Table * 0.25 | Burbio School Opening Index |
| Discretionary Travel (Other HB Travel) | Changes to discretionary non home-based travel. | 5% increase in HBO Travel for all income groups<br>No change to home-based shopping to account for increase in curb-side fulfilment | UMD COVID-19 Impact Portal |
| Long Distance Travel | External Auto<br><br>Air Travel<br><br><br><br>Visitor Travel | 5% reduction in external auto trips<br>*75% decrease in trips associated with airports consistent with passenger volume*<br><br>*75% decrease in visitor trips consistent with airport passenger travel.* | UMD COVID-19 Impact Portal<br>*Washington Airports Authority* |

## 5.1 RESULTS OF HIGH SCENARIO IN 2019

The goal for the high scenario is to replicate the observed travel seen during late 2020/early 2021 when the economy was functioning with continued work from home and restrictions on long distance travel impacting visitors still in place. The high-impact scenario is defined to capture this period of the pandemic but is not expected as a possible future scenario. From the observed data from the UMD COVID-19 Portal and SHA, this period saw an approximate 15% reduction in Vehicle Miles Traveled (VMT) and daily trip making. From the MWCOG model, the number of daily household trips reduced 16% as compared to the calibrated model parameters. Table 5 shows a decrease in the home-based work and non-home-based work purposes consistent with higher levels of WFH.

00004656



### Table 5: Change in Household Trip Making

| Trip Purpose | Baseline | High Scenario | % Change |
|---|---|---|---|
| Home Based Work | 3,507,999 | 1,727,433 | -51% |
| Home Based Shop | 2,199,435 | 2,196,887 | 0% |
| Home Based Other | 5,057,367 | 5,297,795 | 5% |
| Non-Home Based – Work | 1,420,675 | 624,967 | -56% |
| Non-Home Based – Other | 2,402,671 | 2,390,395 | -1% |

The number of visitor related trips, airport passenger related travel and school trips are reduced by 75% from the baseline condition with a 5% reduction in auto external travel (Table 6).

### Table 6: Changes in MISC Trip Making

| Trip Purpose | Baseline | High Scenario | % Change |
|---|---|---|---|
| Auto Through Trips | 46,516 | 44,335 | -5% |
| Visitor Trips | 280,434 | 70,234 | -75% |
| School Trips | 322,953 | 80,808 | -75% |
| Airport Trips | 73,580 | 18,415 | -75% |

Consistent with observed data, the change in the AM period is most dramatic with a 28% decrease in home-based travel with 19% reduction in the PM and less than 12% in the mid-day and night. As expected, home based work trips decrease from nearly 24% of all household travel to 14% while the importance of discretionary travel goes up.

00004657

OP•LANES
MARYLAND    I-495 & I-270 Managed Lanes Study

COVID-19 Scenario Analysis



**Figure 17: Distribution of Household Trips by Period**

Traffic assignment results from the MWCOG model can be summarized by roadway type (freeway vs arterial) and by period of the day (AM Period, Midday Period, PM Period and Overnight). The resulting Vehicle Miles Traveled (VMT) decreases by 17% from the baseline when aggregating the four period volumes together for a daily value. The reduction is 14% on freeways and 19% on arterials between the two scenarios. Congested VHT decreased by 31% with 29% reduction on freeways and 33% on arterials. Consistent with the change in trips by period, the AM VMT decreases as a proportion of the daily traffic from 19% to 17.3% for the baseline and high scenario respectively.

**Table 7: 2019 Baseline Regional Systemwide Metrics**

| Metric | | AM Period | Midday Period | PM Period | Overnight | Daily |
|---|---|---|---|---|---|---|
| Vehicle Miles Traveled (VMT) | Freeway | 14,868,116 | 25,247,639 | 21,921,054 | 18,989,412 | 81,026,222 |
| | Arterial | 18,203,521 | 27,362,877 | 27,069,716 | 19,565,261 | 92,201,375 |
| | Total | 33,071,637 | 52,610,517 | 48,990,770 | 38,554,673 | 173,227,597 |
| Vehicle Hours Traveled – Free Flow | Freeway | 257,433 | 438,998 | 380,321 | 330,462 | 1,407,214 |
| | Arterial | 444,743 | 665,182 | 662,535 | 471,868 | 2,244,328 |
| | Total | 702,176 | 1,104,180 | 1,042,856 | 802,330 | 3,651,543 |
| Vehicle Hours Traveled – Congested | Freeway | 542,625 | 512,909 | 778,787 | 346,134 | 2,180,456 |
| | Arterial | 813,795 | 780,872 | 1,161,087 | 506,640 | 3,262,394 |
| | Total | 1,356,420 | 1,293,782 | 1,939,875 | 852,774 | 5,442,850 |
| Daily Hours of Delay | Freeway | 285,192 | 73,912 | 398,466 | 15,673 | 773,242 |
| | Arterial | 369,051 | 115,690 | 498,553 | 34,771 | 1,018,065 |
| | Total | 654,243 | 189,602 | 897,019 | 50,444 | 1,791,308 |

00004658

**Table 8: 2019 High Scenario Regional Systemwide Metrics**

| | | AM Period | Midday Period | PM Period | Overnight | Daily |
|---|---|---|---|---|---|---|
| Vehicle Miles Traveled (VMT) | Freeway | 11,984,091 | 22,611,646 | 18,374,437 | 16,343,682 | 69,313,856 |
| | Arterial | 12,978,939 | 23,965,126 | 20,979,012 | 16,612,850 | 74,535,927 |
| | Total | 24,963,030 | 46,576,772 | 39,353,449 | 32,956,532 | 143,849,783 |
| Vehicle Hours Traveled – Free Flow | Freeway | 207,131 | 392,341 | 318,336 | 283,469 | 1,201,277 |
| | Arterial | 312,912 | 580,706 | 508,906 | 399,946 | 1,802,470 |
| | Total | 520,044 | 973,047 | 827,242 | 683,415 | 3,003,747 |
| Vehicle Hours Traveled – Congested | Freeway | 309,984 | 443,563 | 500,598 | 294,252 | 1,548,398 |
| | Arterial | 416,370 | 658,541 | 700,555 | 423,185 | 2,198,651 |
| | Total | 726,354 | 1,102,105 | 1,201,154 | 717,437 | 3,747,049 |
| Daily Hours of Delay | Freeway | 102,853 | 51,222 | 182,262 | 10,783 | 347,121 |
| | Arterial | 103,457 | 77,836 | 191,650 | 23,239 | 396,181 |
| | Total | 206,311 | 129,058 | 373,912 | 34,022 | 743,302 |

The results presented above comparing the baseline to the high scenario for 2019 show that the parameters used to capture the level of activity towards the end of 2020/early 2021 replicate the approximate 15% reduction in VMT and change in period trips.

00004659

 I-495 & I-270 Managed Lanes Study

COVID-19 Scenario Analysis

## 6. SCENARIO FRAMEWORK

As described above the scenario framework includes the testing of three different levels of long-term impacts from COVID-19 on travel behavior using the No Build and Phase 1 Build 2045 networks. In addition to the three scenarios, the calibrated model parameters from the MWCOG model will serve as the baseline. The scenarios test different levels of work from home, remote learning, and impact to airport and visitor-related travel.

The scenarios were designed to capture potential levels of the different impacts between the high and baseline levels:

- WFH: with respect to work from home, the mid and low-level scenarios assume roughly 50% and 30% work from home for higher income households, respectively. The low scenario is consistent with a 1 to 2-day work from home schedule being used in several industries.

- Remote Learning: incremental levels were selected between the high scenario of 95% remote to a 5% level under the low scenario.

- Airport and Visitor Travel: based upon maintaining past trends working from a potential lower forecast point of air traffic not returning to pre-pandemic levels.

00004660

 I-495 & I-270 Managed Lanes Study

COVID-19 Scenario Analysis

## Table 9: Scenario Framework

| Impact | Parameter | High Impact | Medium Impact | Low Impact |
|---|---|---|---|---|
| WFH | Production Rates – Reduce HBW Productions by Income | Inc1 (0 to $50k): -18% | Inc1 (0 to $50k): -9% | Inc1 (0 to $50k): -0% |
| | | Inc2 ($50 to $100k): -45% | Inc2 ($50 to $100k): -35% | Inc2 ($50 to $100k): -20% |
| | | Inc3 ($100 to $150k): -70% | Inc3 ($100 to $150k): -50% | Inc3 ($100 to $150k): -30% |
| | | Inc4 (>$150k):-75% | Inc4 (>$150k):-50% | Inc4 (>$150k):-30% |
| | Attraction Rates – Reduce Office Employment in HBW Attraction Model by Income | Inc1 (0 to $50k): -18% | Inc1 (0 to $50k): -9% | Inc1 (0 to $50k): -0% |
| | | Inc2 ($50 to $100k): -45% | Inc2 ($50 to $100k): -35% | Inc2 ($50 to $100k): -20% |
| | | Inc3 ($100 to $150k): -70% | Inc3 ($100 to $150k): -50% | Inc3 ($100 to $150k): -30% |
| | | Inc4 (>$150k):-75% | Inc4 (>$150k):-50% | Inc4 (>$150k):-30% |
| Change in NHB Travel | Reduction of NHBW Production Rates by Income | Inc1 (0 to $50k): -18% | Inc1 (0 to $50k): -9% | Inc1 (0 to $50k): -0% |
| | | Inc2 ($50 to $100k): -45% | Inc2 ($50 to $100k): -35% | Inc2 ($50 to $100k): -20% |
| | | Inc3 ($100 to $150k): -70% | Inc3 ($100 to $150k): -50% | Inc3 ($100 to $150k): -30% |
| | | Inc4 (>$150k):-75% | Inc4 (>$150k):-50% | Inc4 (>$150k):-30% |
| Distance Learning | Reduction of HBSC Trips by 75% to account for hybrid learning | SCHL Trip Table * 0.25 | SCHL Trip Table * 0.65 | SCHL Trip Table * 0.95 |
| Other HB Travel | Changes to discretionary and home-based shopping | 5% increase in HBO Travel for all income groups | | |
| | | No change to HB-Shopping to account for increase in curb-side fulfilment | | |
| Long Distance Travel | External Auto | 5% reduction in external auto trips | 5% reduction in external auto trips | No change in external auto trips |
| | Air Travel | 75% decrease in trips associated with airports consistent with passenger volume | 40% decrease in trips associated with airports consistent with passenger volume | 5% decrease in trips associated with airports consistent with passenger volume |
| | Visitor Travel | 75% decrease in visitor trips consistent with airport passenger travel. | 40% decrease in visitor trips consistent with airport passenger travel. | 5% decrease in visitor trips consistent with airport passenger travel. |

00004661

OP·LANES
M A R Y L A N D    I-495 & I-270 Managed Lanes Study

COVID-19 Scenario Analysis

## 7. RESULTS

Using the 2045 MWCOG model, the baseline scenario applies the calibrated model parameters. The Low, Mid, and High scenarios were tested using the No Build and Phase 1 Build network. A series of metrics were extracted from the model runs for each of the three demand scenarios under the two network scenarios for 2045 and compared against the baseline scenario. Trends in growth are evaluated using the 2019 baseline and 2019 using the high-impact scenario, consistent with the pandemic in late 2020/early 2021 before the rollout of vaccines.

### 7.1 MEASURES USED

The MWCOG Regional Travel Demand Model generates statistics related to the demand for travel as well how travel is assigned to the system and resulting levels of congestion. Table 10 provides an overview of the metrics extracted from the model and whether they relate to travel demand, network utilization, and/or congestion levels.

#### Table 10: MWCOG Model Results

| Data Attribute | Demand | Network | Congestion |
|---|---|---|---|
| Trips by Purpose | X | | |
| Trips by Mode | X | | |
| Vehicle Miles Traveled (Freeway vs Arterial) | X | X | |
| Vehicle Hours Traveled (Freeway vs Arterial) | X | X | |
| Total Hours of Delay (Freeway vs Arterial) | | X | X |
| Lane Miles by Level of Service (LOS) | | | X |
| Vehicle Miles Traveled by LOS | | | X |

The trips being compared are those considered in the scenario framework – which include home-based purposes and impacted external demands from visitors, airport-related travel, and external auto trips. Level of service (LOS) is measured by calculating the volume-to-capacity ratio on each link with an associated LOS. LOS is reported by lane miles as well as distribution of VMT experiencing the conditions.

#### Table 11: Level of Service by V/C Range

| V/C Ratio | Level of Service |
|---|---|
| 0.0 to 0.49 | A |
| 0.49 to 0.74 | B |
| 0.75 to 0.79 | C |
| 0.80 to 0.89 | D |
| 0.9 to 1.0 | E |
| >1.0 | F |

00004662

OP·LANES™
MARYLAND    I-495 & I-270 Managed Lanes Study

COVID-19 Scenario Analysis

## 7.2 GEOGRAPHIC SCALE

The measures reported in Table 10 above will be reported for each of the demand and network scenarios at three levels of geography: regionally (Figure 18), Montgomery and Prince George's Counties (Figure 19), and specific to the corridor using a buffer around the entire MLS corridor (Figure 20).



**Figure 18: Regional Extent**

00004663

OP•LANES™
MARYLAND | I-495 & I-270 Managed Lanes Study

COVID-19 Scenario Analysis



**Figure 19: Montgomery and Prince George's Counties**



**Figure 20: MLS Study Area**

00004664

## 7.3 CHANGES IN TRIP MAKING

In 2045, the baseline scenario estimates nearly 17.5 million daily household trips with a time-of-day distribution of: 14% (AM), 35% (MD), 27% (PM) and 24% (NT). The High Scenario reduces the number of trips by 16% to 14.7 million daily household trips with a reduction in the AM period to 12% and PM to 26%. Figure 21 provides a comparison of the baseline to the HIGH, MID and LOW scenarios for total trips and distribution by period.



**Figure 21: 2045 Daily Household Trips by Period by Scenario**

Consistent with the parameters for each scenario, the home-based-work and non-home-based-work related purposes see the most significant decrease between the baseline and HIGH scenario as shown in Figure 22. Home-based-work trips are cut by nearly ½ because of the high levels of work from home activity in all income ranges. The LOW and MID scenarios estimate a 19% and 33% reduction, respectively. With the reduction in home-based-work trips, AM and PM travel sees a greater decrease as compared to the mid-day and night which have proportion of discretionary travel.

00004665

OP·LANES™
MARYLAND    I-495 & I-270 Managed Lanes Study
COVID-19 Scenario Analysis



**Figure 22: 2045 Daily Household Trips by Purpose by Scenario**

## 7.4 REGIONAL NETWORK CHANGES

The baseline scenario was compared against the HIGH, MID and LOW scenarios across the entire MWCOG model network. Scenarios were compared using the vehicle miles traveled (VMT), hours of delay, and lane miles by level of service during the AM period for freeways and arterials. The regional network statistics are shown for the No Build and Phase 1 Build network scenarios.

### 7.4.1    Vehicle Miles of Travel

Vehicle Miles of Travel (VMT) is a common measure used to represent the total travel in the system across the entire region. Under the baseline scenario, the entire MWCOG region is expected to see a 21% increase in VMT between 2045 and 2019 reaching nearly 210 million miles traveled per day. Under the HIGH scenario, the pandemic level VMT is estimated at 143 million which is a 17% decrease from the baseline scenario. In 2045, the estimated VMT under the HIGH scenario is 177 million, showing a similar rate of growth as the baseline scenario. Figure 23 and Figure 24 show the VMT for 2019 and 2045 under the baseline and three scenarios for the No Build and Phase 1 Build network scenario. These figures show that at the regional level, VMT growth is similar in both the No Build and Phase 1 Build conditions under the baseline and each of the three scenarios. The three scenarios for 2045 are shown to pivot from the 2019 estimate of pandemic level VMT observed in the 2020/2021 timeframe. The figures show that under the LOW and MID scenarios, the level of VMT expected in 2045 is approaching the baseline scenario with a 5% reduction and 10% reduction respectively.

00004666



**Figure 23: Daily VMT – No Build Network**



**Figure 24: Daily VMT – Phase 1 Build Network**

00004667

### 7.4.2    Daily Vehicle Hours of Delay

Vehicle Hours of Delay is calculated as the differences between the vehicle hours of travel on each link in the network under congested and free flow speeds aggregated across the four periods of the model. Under the baseline scenario, the region experiences 1.79 million hours of delay per day in 2019 and is expected to increase to almost 2.97 million hours by 2045. With the introduction of the project, regional delay decreases by 50,000 hours. Figure 25 and Figure 26 show the estimated hours of delay under the LOW, MID and HIGH scenarios as compared to the baseline under the no build and build network conditions. The reduction in hours of delay is not a linear relationship to Vehicle Miles Traveled (VMT) reduction because of the non-linear shape of the volume delay functions in the travel demand model. Additionally, background improvements within the model increase the number of lane miles in the system and reduce delay in the 2045 No Build condition compared to 2019 conditions. Similar to the Vehicle Miles Traveled (VMT) growth, Vehicle Hours of Delay (VHD) growth at the regional level is similar in both the No Build and Phase 1 Build conditions under the baseline and each of the three scenarios.



**Figure 25: Daily VHT – No Build Network**

00004668



**Figure 26: Daily VHT – Phase 1 Build Network**

### 7.4.3   Lane Miles by Level of Service

When evaluating Level of Service, the results were compared using the AM Peak Period. The AM was selected because it includes the highest proportion of home-based work activity and would be the most sensitive to the long-term travel impacts. In 2019 under the baseline scenario, 29% of the arterial lane miles and 39% of the freeway lane miles are at LOS F across the region (Figure 27). Under the HIGH scenario for 2019 which is a representation of the late 2020/early 2021 phase of the pandemic, the LOS F lane miles decreased to 9% on arterials and 6% on freeways in the AM period (Figure 28).



**Figure 27: 2019 Baseline AM Lane Miles by LOS**



**Figure 28: 2019 HIGH AM Lane Miles by LOS**

Under the baseline scenario, the % of lane miles by LOS shows some reduction in LOS F lane miles between the No Build (Figure 29) and Phase 1 (Figure 30) network scenario in 2045 for freeways with a higher percentage of arterials with LOS below D in the build condition.

00004669

OP•LANES
MARYLAND        I-495 & I-270 Managed Lanes Study

COVID-19 Scenario Analysis



**Figure 29: 2045 No Build Baseline Scenario AM Lane Miles by LOS**



**Figure 30: 2045 Phase 1 Build Baseline Scenario AM Lane Miles by LOS**

Figure 31, Figure 32, and Figure 33 show the change in the distribution of lane miles by LOS under the AM no build conditions for the LOW, MID and HIGH scenarios respectively for the entire MWCOG model network. As anticipated, the percentage of the network operating at LOS E and F decreases on both the arterial and freeway systems.



**Figure 31: 2045 No Build LOW Scenario AM Lane Miles by LOS**



**Figure 32: 2045 No Build MID Scenario AM Lane Miles by LOS**



**Figure 33: 2045 No Build HIGH Scenario AM Lane Miles by LOS**

00004670

OP·LANES™ MARYLAND    I-495 & I-270 Managed Lanes Study

## 7.5 STUDY AREA

More specific to the I-270 and I-495 corridors, the metrics below are summarized for Prince George's and Montgomery Counties that were shown in Figure 34. The total VMT for the two-county area in 2045 under the three scenarios is less than the baseline by 5%, 11% and 16% for the LOW, MID and HIGH scenarios, respectively.



**Figure 34: Daily No Build VMT for Prince George's and Montgomery Counties**

Tables 12 and 13 provide a comparison of the percent of AM VMT by LOS on arterials and freeways in Montgomery and Prince George's County, respectively, under the baseline and three scenarios (LOW, MID and HIGH). As anticipated and consistent with the decrease in VMT, the percent of the network that has LOS of D or below increases significantly.

00004671

## Table 12: AM % of VMT by LOS No Build – Montgomery County



00004672

**Table 13: AM % of VMT by LOS No Build – Prince George's County**



## 7.6 PROJECT CORRIDOR

The buffer analysis around the I-270 and I-495 corridors as shown in Figure 20 accounts for 16% of the VMT across the entire MWCOG model area and approximately 60% of the VMT in Montgomery and Prince George's Counties combined. Table 14 and Table 15 show the distribution of VMT by LOS under the AM conditions for Montgomery and Prince George's Counties respectively. The tables further provide the information for the No Build and Phase 1 Build network under the baseline, LOW, MID and HIGH scenarios. As expected, the difference between the No Build and Phase 1 Build networks is more significant in Montgomery County given its proximity to the I-270 corridor where Phase 1 is to be built.

Under No Build conditions, in Montgomery County, nearly 50% of the freeway VMT in the AM conditions still experiences LOS E and F conditions in the HIGH scenario as compared to over 65% in the baseline scenario. Under the Phase 1 Build scenario, the % of VMT experiencing LOS E and F conditions decreases from nearly 60% to less than 50% in the HIGH scenario.

There is less difference between the No Build and Phase 1 Build scenarios in Prince George's County, but comparing the baseline to HIGH scenario shows a decrease in the % of VMT experiencing LOS E and F conditions on both arterials and freeways.

00004673

OP·LANES
M A R Y L A N D    I-495 & I-270 Managed Lanes Study

COVID-19 Scenario Analysis

**Table 14: Project Corridor – Montgomery County AM % VMT by LOS**



00004674

OP·LANES
M A R Y L A N D
I-495 & I-270 Managed Lanes Study

COVID-19 Scenario Analysis

**Table 15: Project Corridor – Prince George's County AM % VMT by LOS**



00004675

# 8. CONCLUSION

## 8.1 METHODOLOGY

The purpose of this analysis was to evaluate the potential long term behavioral changes related to travel that have come from COVID-19. This includes changes in work from home, work related non-home based trips, increased time for discretionary travel as well as changes in visitor, airport related and external travel demand. Model parameters were developed under three scenarios including a baseline to measure different levels of impact. The HIGH scenario was developed to represent a level of activity consistent with the period during the pandemic in late 2020/early 2021 before the rollout of vaccines that saw increases in activity because of loosening restrictions but still high levels of work from home and remote learning. This scenario is seen as unlikely in the long term. The LOW and MID scenarios are more likely outcomes that will include some level of work from home continuing into the future for higher income industries, a low level of remote learning and potential long term declines in visitor and air passenger related travel.

The MWCOG model was run for the 2019, 2045 No Build and 2045 Build (Phase 1) for the baseline, LOW, MID and HIGH scenarios. The results of the scenarios were evaluated at three levels of geography: the entire MWCOG model area, project area (Montgomery and Prince George's Counties) and finally in a buffer area focused on the I-270 and I-495 corridor through the two counties.

The parameters defined for this analysis did not include several potential long-term impacts including shifts in mode choice (SOV vs HOV or transit vs non-transit options) nor impacts related to freight trends. Both areas were considered in the initial scenario development but because of lack of data or inconsistencies in the trends observed during 2020 and early 2021 they were not included. The scenarios were focused on impacts to household trip making and direct external related travel from visitors, air passengers and through demand.

## 8.2 RESULTS

The analysis conducted to explore the long-term impacts of behavioral changes created by COVID-19 indicates a continued need for the improvements to the I-270 and I-495 corridor:

- There was significant traffic congestion in 2019 prior to the pandemic.

- 2045 No Build VMT will exceed 2019 VMT even in the highly unlikely HIGH scenario.

- In the more likely LOW scenario, projected VMT and congestion is near the 2045 baseline.

- There will still be significant congestion in the study area under a No Build condition evidenced by the high percentage of LOS E/F segments in the region under all scenarios.

The resulting decrease in VMT between the LOW, MID and HIGH scenarios was 5%, 10% and 15% respectively across the entire MWCOG model region. shows that starting from a 2019 HIGH scenario reflecting the period in the pandemic, the VMT under the LOW and MID scenarios exceeds 2019 levels between 2030 and 2035 and begins to approach that of the baseline scenario by 2045.

00004676

OP·LANES
MARYLAND   I-495 & I-270 Managed Lanes Study

COVID-19 Scenario Analysis

The results confirm that the capacity improvements proposed under the Preferred Alternative would be needed and effective even if future demand changes from the pre-pandemic forecasts based on potential long-term impacts to teleworking, e-commerce, and transit use that are not formally accounted for in the current regional forecasting models. For example, in Montgomery County under the HIGH scenario, the % of VMT experiencing LOS E and F conditions decreases from nearly 60% in the No Build scenario to less than 50% in the Phase 1 Build scenario, with greater improvements in the LOW and MID scenarios.

When focusing on the project corridor buffer, specifically in Montgomery County where Phase 1 is located, the impact of the scenarios between the no build and build network shows significant VMT still subjected to poor levels of service (Table 17).



**Figure 35: Daily VMT (No Build Network)**

The decrease in VMT does reduce the hours of delay and improves the % of the network operating under poor Level of Service across the entire region (Table 16).

00004677

OP·LANES
MARYLAND

I-495 & I-270 Managed Lanes Study

COVID-19 Scenario Analysis

## Table 16: AM % of Lane Miles by LOS No Build – MWCOG Model Region



00004678

OP•LANES
M A R Y L A N D
I-495 & I-270 Managed Lanes Study

COVID-19 Scenario Analysis

**Table 17: Project Corridor – Montgomery County AM % VMT by LOS**



00004679

 I-495 & I-270 Managed Lanes Study    Final COVID-19 Travel Analysis & Monitoring Plan

# ATTACHMENT 3B:
# MWCOG COVID-19 Assumptions for Visualize 2045 Update

00004680

**MDOT SHA Correspondence with MWCOG via email 3/22/2022**

**Question from Project Team:**

Is MWCOG in its update to Visualize 2045 considering long term effect of COVID-19 on regional analysis?

**Response from MWCOG:**

*For the air quality conformity analysis of the constrained element of the 2022 Update to the Visualize 2045 Long-Range Transportation Plan, TPB staff did not adjust the travel demand model inputs or outputs to account for potential long-term impacts of the COVID-19 pandemic. The TPB staff believe that the pandemic-related travel disruptions are still evolving and are yet to settle into an established pattern that could be used as the basis for more reliable forecasts. An examination of the traffic and travel data in the region by the TPB staff indicate that current roadway traffic volumes and peak period conditions are approaching the pre-pandemic levels, while transit ridership is currently low for a variety of reasons including some that staff believe to be short term. The plan is currently in development, with TPB action scheduled for June 2022.*

*TPB staff acknowledge that there are uncertainties associated with various elements of every long-range transportation plan given the 20-plus-year planning horizon of the plan, which necessitate forecasting a range of items (e.g., population, employment, land use, and transit service levels). The current COVID-19-pandemic-related disruptions to people's travel behavior, choices, and patterns, while unique, present one additional uncertainty. Given the unprecedent nature of the pandemic-related disruptions to travel, the TPB staff have been examining a set of travel metrics during the pandemic and intend to continue to do this into the near future. The TPB's process of updating its long-range transportation plan provides for updates to the inputs and assumptions to reflect changes in demand and supply. As such, based on observed data and research findings documenting the "new normal," including travel surveys and other sources, appropriate adjustments to modeling tools and assumptions will be reflected in future updates of the long-range transportation plan. The TPB recognizes the value of scenario planning to gauge impacts of uncertainties and has used it in the past and could do so again.*

*The planning assumptions for the constrained element of the 2022 Update to Visualize 2045 were presented by staff to the TPB Technical Committee (Cook, Stacy. "Visualize 2045 Update: Planning Assumptions Review." National Capital Region Transportation Planning Board Technical Committee, Metropolitan Washington Council of Governments, January 8, 2021. https://www.mwcog.org/file.aspx?&A=ZT42EzEXvqejO2LNpFaf084ytgIXJN%2bZn1y1iyGTLsY%3d.)*

# ATTACHMENT 3C:
## 2045 VISSIM Sensitivity Analysis Results

00004682

**Table 3C-1: 2045 Sensitivity Analysis - System-Wide Delay**

| Alternative | Original 2045 Forecasts | | | | With Reduced Volumes (AM - 5% & PM - 3%) | | | |
|---|---|---|---|---|---|---|---|---|
| | Average Delay (min/vehicle) | | Percent Improvement vs. No Build | | Average Delay (min/vehicle) | | Percent Improvement vs. No Build | |
| | AM Peak | PM Peak | AM Peak | PM Peak | AM Peak | PM Peak | AM Peak | PM Peak |
| No Build | 12.2 | 11.3 | N/A | N/A | 8 | 8.4 | N/A | N/A |
| Preferred Alternative | 10.6 | 7 | 13% | 38% | 7.3 | 4.4 | 9% | 48% |

00004683

**Table 3C-2: 2045 Sensitivity Analysis Travel Time Index (TTI)**

| Alternative | Original 2045 Forecasts | With Reduced Volumes (AM - 5% & PM - 3%) |
|---|---|---|
| | Weighted Average TTI[1] (GP Lanes) | Weighted Average TTI[1] (GP Lanes) |
| No Build | 2 | 1.6 |
| Preferred Alternative | 1.8 | 1.4 |

Note: [1] Reflects weighted average TTI on I-270 and I-495 during peak hours

Table 3C-3: 2045 Sensitivity AnalysisTravel Time Index (TTI) Results for General Purpose Lanes from VISSIM Model

| Peak Period | Corridor | Alternative | | | |
| --- | --- | --- | --- | --- | --- |
| | | Original 2045 Forecasts | | With Reduced Volumes (AM-5% & PM-3%) | |
| | | No Build | Preferred | No Build | Preferred |
| AM Peak Hour (7-8AM) | I-270 Northbound from I-495 to I-370 | 1.1 | 1 | 1 | 1 |
| | I-270 Southbound from I-370 to I-495 | 1.3 | 1.2 | 1.1 | 1.2 |
| | I-495 Inner Loop from Virginia 193 to I-270 | 1.4 | 1 | 1.2 | 1 |
| | I-495 Outer Loop from I-270 to Virginia 193 | 1.5 | 1.1 | 1.5 | 1.1 |
| | I-495 Inner Loop from I-270 to I-95[3] | 1 | 1.1 | 1 | 1 |
| | I-495 Outer Loop from I-95 to I-270[3] | 2.9 | 2.7 | 2.6 | 2.6 |
| | I-495 Inner Loop from I-95 to MD 5[3] | 2.7 | 2.6 | 1.8 | 1.6 |
| | I-495 Outer Loop from MD 5 to I-95[3] | 2.5 | 2.5 | 2.1 | 2.2 |
| PM Peak Hour (4-5PM) | I-270 Northbound from I-495 to I-370 | 2.2 | 1.7 | 1.4 | 1.3 |
| | I-270 Southbound from I-370 to I-495 | 1 | 1 | 1 | 1 |
| | I-495 Inner Loop from Virginia 193 to I-270 | 3.8 | 4 | 2.9 | 1.2 |
| | I-495 Outer Loop from I-270 to Virginia 193 | 2.4 | 1 | 1.3 | 1 |
| | I-495 Inner Loop from I-270 to I-95[3] | 2.8 | 2.4 | 2.8 | 2.3 |
| | I-495 Outer Loop from I-95 to I-270[3] | 1.8 | 1.1 | 1.2 | 1.1 |
| | I-495 Inner Loop from I-95 to MD 5[3] | 1.4 | 1.5 | 1.4 | 1.3 |
| | I-495 Outer Loop from MD 5 to I-95[3] | 2.7 | 1.9 | 2.1 | 1.6 |

Notes: [1] MDOT SHA defines various levels of congestion based on TTI: Uncongested (green) – TTI ≤ 1.15; Moderate Congestion (yellow) – 1.15 < TTI ≤ 1.3; Heavy Congestion (orange) – 1.3 < TTI < 2.0; Severe Congestion (red) – TTI ≥ 2.0   [2] This table summarizes TTI in the GP lanes. All HOT/Express Toll Lanes would have TTI values in the uncongested range (TTI less than 1.15). [3] Gray shaded rows reflect segments outside Phase 1 South limits

**Table 3C-4: 2045 Sensitivity Analysis Average Speed – Entire Study Area**

| Alternative | Average Speed[1] (GP Lanes) | |
|---|---|---|
| | Original 2045 Forecasts | With Reduced Volumes (AM-5% & PM-3%) |
| No Build | 24 mph | 31 mph |
| Preferred Alternative | 28 mph | 36 mph |

Note: [1] Reflects weighted average speed on I-270 and I-495 during peak hours (7-8AM and 4-5PM)

Table 3C-5: 2045 Sensitivity Analysis Corridor Travel Speed (mph) Results from VISSIM Model

| Peak Period | Corridor | Travel Lanes | Alternative | | | |
|---|---|---|---|---|---|---|
| | | | Original 2045 Forecasts | | With Reduced Volumes (AM-5% & PM-3%) | |
| | | | No Build | Preferred | No Build | Preferred |
| AM Peak Hour (7-8AM) | I-270 Northbound from I-495 to I-370 | GP Lanes | 55 [2] | 61 | 55 | 61 |
| | | HOT Lanes | - | 63 | - | 63 |
| | I-270 Southbound from I-370 to I-495 | GP Lanes | 44 [2] | 45 | 46 | 49 |
| | | HOT Lanes | - | 62 | - | 62 |
| | I-495 Outer Loop from I-270 West Spur to George Washington Memorial Parkway | GP Lanes | 35 | 50 | 35 | 51 |
| | | HOT Lanes | - | 62 | - | 62 |
| | I-495 Inner Loop from George Washington Memorial Parkway to I-270 West Spur | GP Lanes | 38 | 55 | 47 | 56 |
| | | HOT Lanes | - | 63 | - | 63 |
| | I-495 Outer Loop from MD 5 to I-270 West Spur [1] | GP Lanes | 20 | 22 | 25 | 25 |
| | | HOT Lanes | | | | |
| | I-495 Inner Loop from I-270 West Spur to MD 5 [1] | GP Lanes | 26 | 26 | 38 | 40 |
| | | HOT Lanes | | | | |
| PM Peak Hour (4-5PM) | I-270 Northbound from I-495 to I-370 | GP Lanes | 27 [2] | 27 | 36 | 42 |
| | | HOT Lanes | - | 45 | - | 59 |
| | I-270 Southbound from I-370 to I-495 | GP Lanes | 57 [2] | 58 | 57 | 58 |
| | | HOT Lanes | - | 63 | - | 63 |
| | I-495 Outer Loop from I-270 West Spur to George Washington Memorial Parkway | GP Lanes | 22 | 52 | 44 | 52 |
| | | HOT Lanes | - | 63 | - | 62 |
| | I-495 Inner Loop from George Washington Memorial Parkway to I-270 West Spur | GP Lanes | 14 | 15 | 19 | 47 |
| | | HOT Lanes | - | 62 | - | 62 |
| | I-495 Outer Loop from MD 5 to I-270 West Spur [1] | GP Lanes | 19 | 32 | 31 | 39 |
| | | HOT Lanes | | | | |
| | I-495 Inner Loop from I-270 West Spur to MD 5 [1] | GP Lanes | 25 | 24 | 29 | 30 |
| | | HOT Lanes | | | | |

Notes: [1] Shaded rows reflect locations outside the Phase 1 South limits with no action proposed under the Preferred Alternative. [2] No Build results along I-270 are shown as an average of the Express Lanes and the adjacent Local Lanes. Under No Build conditions, vehicles enter and exit I-270 via a separated Local Lanes system, which will be eliminated under the Build alternatives to reduce the roadway footprint and minimize impacts

00004687

**Table 3C-6: 2045 Sensitivity Analysis Percent of Lane-Miles Operating at LOS F**

| Alternative | Percent of Lane-Miles Operating at LOS F | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Original 2045 Forecasts | | | With Reduced Volumes (AM-5% & PM-3%) | | |
| | AM Peak | PM Peak | Average | AM Peak | PM Peak | Average |
| No Build | 32% | 47% | 39% | 24% | 31% | 27% |
| Preferred Alternative | 26% | 30% | 28% | 18% | 19% | 19% |

00004688

**Table 3C-7: 2045 Sensitivity Analysis Vehicle Throughput**

| Alternative | Average Vehicle Throughput at Four Key Locations[1] (veh/hr) | |
|---|---|---|
| | Original 2045 Forecasts | With Reduced Volumes (AM-5% & PM-3%) |
| No Build | 15,700 | 16,200 |
| Preferred Alternative | 17,700 | 17,900 |

Note: [1] Evaluation locations include I-495 at American Legion Bridge, I-495 west of I-95, I-495 at MD 5, I-270 at Montrose Road

**Table 3C-8: 2045 Sensitivity Analysis Vehicle Throughput Results from VISSIM Model**

| Metric | Peak Period | Location | Original 2045 Forecasts | | With Reduced Volumes (AM-5% & PM-3%) | |
|---|---|---|---|---|---|---|
| | | | No Build | Preferred | No Build | Preferred |
| Vehicle-Throughput (veh/hr) | AM Peak | I-270 at Montrose Rd | 18,182 | 19,855 | 17,808 | 19,256 |
| | | I-495 at American Legion Bridge | 18,204 | 22,346 | 18,332 | 21,346 |
| | | I-495 west of I-95 | 14,381 | 14,525 | 14,557 | 14,447 |
| | | I-495 at MD 5 | 8,847 | 8,990 | 11,935 | 12,579 |
| | PM Peak | I-270 at Montrose Rd | 19,246 | 22,182 | 19,517 | 22,291 |
| | | I-495 at American Legion Bridge | 17,002 | 22,472 | 17,761 | 22,612 |
| | | I-495 west of I-95 | 15,881 | 16,639 | 16,120 | 16,525 |
| | | I-495 at MD 5 | 13,804 | 14,325 | 13,792 | 14,078 |
| Percent Change in Vehicle-Throughput vs. 2045 No Build | AM Peak | I-270 at Montrose Rd | N/A | 10% | N/A | 10% |
| | | I-495 at American Legion Bridge | N/A | 25% | N/A | 15% |
| | | I-495 west of I-95 | N/A | 0% | N/A | 0% |
| | | I-495 at MD 5 | N/A | 0% | N/A | 5% |
| | PM Peak | I-270 at Montrose Rd | N/A | 15% | N/A | 15% |
| | | I-495 at American Legion Bridge | N/A | 30% | N/A | 25% |
| | | I-495 west of I-95 | N/A | 5% | N/A | 0% |
| | | I-495 at MD 5 | N/A | 5% | N/A | 0% |

Note: Gray shaded rows indicate locations outside Phase 1 South limits.