

Environmental Resource Mapping

LOD Preferred Alternative

Appendix E Map 1

June 2022

00005098



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Current Map

Potomac Heritage Trail

George Washington Memorial Parkway

George Washington Memorial Parkway/Clara Barton Memorial Parkway

Limit of Disturbance extends along George Washington Memorial Parkway for placement of signage in advance of interchange at I-495.

GEORGE WASHINGTON MEMORIAL PKWY

CAPITAL BELTWAY

Exchange ramp proposed from general purpose lanes in Virginia to managed lanes in Maryland.

Direct access to managed lanes in Maryland proposed at George Washington Memorial Parkway interchange.

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance are set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

| Legend | | |
|---|---|---|
| LOD - Preferred Alternative | Managed Lane | Noise Barrier - Existing |
| Right-of-Way | Managed Lane VDOT 495 NEXT Project | Noise Barrier - Proposed |
| Roadway Baseline | Aerial Structure | Noise Barrier - Proposed VDOT 495 NEXT Project |
| Edge of Lane | Aerial Structure VDOT 495 NEXT Project | Proposed Large Stormwater Management Facility |
| General Purpose Lane | Pedestrian / Bicycle Facility | Trails |
| General Purpose Lane VDOT 495 NEXT Project | Pedestrian / Bicycle Facility VDOT 495 NEXT Project | FEMA - 100 Year Floodplain |
| Delineated Waterways (Feature ID, Refer to NRTR) | Delineated Wetlands Buffer (Feature ID, Refer to NRTR) | Forest Interior Dwelling Habitat |
| FCE Individual Tree | Historic Properties | Park Property |

Environmental Resource Mapping

LOD
Preferred Alternative

June 2022

0  50  100  200 Feet

Appendix E
Map 2

OP LANES
MARYLAND

00005099



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Current Map

Limit of Disturbance extends along George Washington Memorial Parkway for placement of signage in advance of interchange at I-495.

George Washington Memorial Parkway

George Washington Memorial Parkway/Clara Barton Memorial Parkway

Potomac Heritage Trail

22000

GEORGE WASHINGTON MEMORIAL PKWY

Limit of Disturbance in isolated areas along George Washington Memorial Parkway for removal of existing signs and installation of new signage in advance of interchange at I-495.

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

LOD - Preferred Alternative
Right-of-Way
Roadway Baseline
General Purpose Lane
General Purpose Lane VDOT 495 NEXT Project
Managed Lane

Managed Lane VDOT 495 NEXT Project
Aerial Structure
Aerial Structure VDOT 495 NEXT Project
Pedestrian / Bicycle Facility
Pedestrian / Bicycle Facility VDOT 495 NEXT Project
Noise Barrier - Existing

Noise Barrier - Proposed
Noise Barrier - Proposed VDOT 495 NEXT Project
Proposed Large Stormwater Management Facility
Trails
FEMA - 100 Year Floodplain
Delineated Waterways (Feature ID, Refer to NRTR)

Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
DNR Owned Properties and Conservation Easements
FCE Individual Tree
Historic Properties
Park Property

June 2022

N

0  50 100      200
Feet

**Environmental Resource Mapping**
*LOD*
*Preferred Alternative*

Appendix E
Map 3

OP LANES
MARYLAND

00005100



**Current Map**

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Limit of Disturbance accommodates construction and access needs for replacement of American Legion Memorial Bridge.

Naval Surface Warfare Center/Carderock Division (NSWCCD) Historic District

Limit of Disturbance accommodates construction needs for replacement of American Legion Memorial Bridge.

Chesapeake and Ohio Canal National Historical Park

Potomac Heritage Trail

The reconstructed American Legion Bridge will include a new shared use path to connect facilities in Maryland and Virginia

CAPITAL BELTWAY

I-495

George Washington Memorial Parkway/Clara Barton Memorial Parkway

George Washington Memorial Parkway

Clara Barton Parkway

Public comments supporting a direct connection of the shared use path from the ALB to the Chesapeake and Ohio Canal towpath were received by MDOT SHA, FHWA, and NPS during the SDEIS public comment period. To be responsive, a direct connection to the Chesapeake and Ohio Canal towpath has been incorporated into the preliminary design and is accounted for in the Preferred Alternative LOD and impact analyses. The direct connection to the Chesapeake and Ohio Canal towpath results in fewer NPS property and natural resource impacts.

Plummers Island & Washington Biologist Field Club

Chesapeake and Ohio Canal National Historical Park

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

**Legend:**

- LOD - Preferred Alternative
- Right-of-Way
- Roadway Baseline
- Edge of Lane
- General Purpose Lane
- General Purpose Lane VDOT 495 NEXT Project
- Managed Lane
- Managed Lane VDOT 495 NEXT Project
- Aerial Structure
- Aerial Structure VDOT 495 NEXT Project
- Pedestrian / Bicycle Facility
- Pedestrian / Bicycle Facility VDOT 495 NEXT Project
- Noise Barrier - Existing
- Noise Barrier - Proposed
- Noise Barrier - Proposed VDOT 495 NEXT Project
- Proposed Large Stormwater Management Facility
- Trails
- FEMA - 100 Year Floodplain
- Delineated Waterways (Feature ID, Refer to NRTR)
- Delineated Wetlands (Feature ID, Refer to NRTR)
- Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
- Forest Interior Dwelling Habitat
- FCE Individual Tree
- Historic Properties
- Park Property

**Environmental Resource Mapping**

*LOD Preferred Alternative*

Appendix E Map 4

OP LANES MARYLAND
Options & Opportunities for All

June 2022

0  50  100    200
Feet

00005101



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Current Map

Naval Surface Warfare Center, Carderock Division (NSWCCD) Historic District

David W. Taylor Model Basin

Chesapeake and Ohio Canal National Historical Park

Washington Aqueduct

MACARTHUR BLVD

MACARTHUR BLVD

495

CLARA BARTON PKWY

Clara Barton Parkway

George Washington Memorial Parkway/Clara Barton Memorial Parkway

CLARA BARTON PKWY

CLARA BARTON PKWY

Chesapeake and Ohio Canal National Historical Park

Limit of Disturbance accommodates construction and access needs for replacement of American Legion Memorial Bridge.

Public comments supporting a direct connection of the shared use path from the ALB to the Chesapeake and Ohio Canal towpath were received by MDOT SHA, FHWA, and NPS during the SDEIS public comment period. To be responsive, a direct connection to the Chesapeake and Ohio Canal towpath has been incorporated into the preliminary design and is accounted for in the Preferred Alternative LOD and impact analyses. The direct connection to the Chesapeake and Ohio Canal towpath results in fewer NPS property and natural resource impacts.

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

| Legend | | |
|---|---|---|
| LOD - Preferred Alternative | Managed Lane | Noise Barrier - Existing |
| Right-of-Way | Managed Lane VDOT 495 NEXT Project | Noise Barrier - Proposed |
| Roadway Baseline | Aerial Structure | Noise Barrier - Proposed VDOT 495 NEXT Project |
| Edge of Lane | Aerial Structure VDOT 495 NEXT Project | Proposed Large Stormwater Management Facility |
| General Purpose Lane | Pedestrian / Bicycle Facility | Trails |
| General Purpose Lane VDOT 495 NEXT Project | Pedestrian / Bicycle Facility VDOT 495 NEXT Project | FEMA - 100 Year Floodplain |
| | | Delineated Waterways (Feature ID, Refer to NRTR) |

Delineated Wetlands (Feature ID, Refer to NRTR)
Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
Forest Interior Dwelling Habitat
FCE Individual Tree
Historic Properties
Park Property
Potential Hazardous Concerns

N

June 2022

0  50 100      200
Feet

**Environmental Resource Mapping**

*LOD Preferred Alternative*

Appendix E
Map 5

OP LANES
MARYLAND

00005102



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Current Map

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

| Legend | | |
|---|---|---|
| LOD - Preferred Alternative | Managed Lane | Noise Barrier - Existing |
| Right-of-Way | Managed Lane VDOT 495 NEXT Project | Noise Barrier - Proposed |
| Edge of Lane | Aerial Structure | Noise Barrier - Proposed VDOT 495 NEXT Project |
| General Purpose Lane | Aerial Structure VDOT 495 NEXT Project | Proposed Large Stormwater Management Facility |
| General Purpose Lane VDOT 495 NEXT Project | Pedestrian / Bicycle Facility | FEMA - 100 Year Floodplain |
| | Pedestrian / Bicycle Facility VDOT 495 NEXT Project | Delineated Waterways (Feature ID, Refer to NRTR) |

Delineated Wetlands (Feature ID, Refer to NRTR)
Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
Forest Conservation Act Easement (FCE)
FCE Individual Tree
Historic Individual Tree
Historic Properties
Park Property
Potential Hazardous Concerns

Environmental Resource Mapping

LOD
Preferred Alternative

Appendix E
Map 6

OP LANES
MARYLAND

June 2022

0  50  100    200 Feet

00005103



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Current Map

MD
VA
DC

Carderock Springs Elementary School

CAPITAL BELTWAY
I-495

The Preferred Alternative limits of disturbance have been modified to avoid impacts to the Morningstar Tabernacle No. 88 Moses Hall and Cemetery property.

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Legend:
- LOD - Preferred Alternative
- Right-of-Way
- Roadway Baseline
- Edge of Lane
- General Purpose Lane
- General Purpose Lane VDOT 495 NEXT Project
- Managed Lane
- Managed Lane VDOT 495 NEXT Project
- Aerial Structure
- Aerial Structure VDOT 495 NEXT Project
- Pedestrian / Bicycle Facility
- Pedestrian / Bicycle Facility VDOT 495 NEXT Project
- Noise Barrier - Existing
- Noise Barrier - Proposed
- Noise Barrier - Proposed VDOT 495 NEXT Project
- Proposed Large Stormwater Management Facility
- Delineated Waterways (Feature ID, Refer to NRTR)
- Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
- Forest Conservation Act Easement (FCE)
- FCE Individual Tree
- Historic Properties
- Potential Hazardous Concerns
- School

June 2022

0 50 100 200 Feet

**Environmental Resource Mapping**
*LOD Preferred Alternative*

Appendix E
Map 7

OP LANES MARYLAND

00005104



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

**Current Map**

Gaithersburg
Aspen **MD**
VA
DC

Direct access to proposed managed lanes at Cabin John Parkway / MD 190 interchange.

Limit of Disturbance accommodates culvert augmentation needs

Gibson Grove Church

Limit of Disturbance extends along Cabin John Parkway for construction access and maintenance of traffic

The Preferred Alternative limits of disturbance have been modified to avoid impacts to the Morningstar Tabernacle No. 88 Moses Hall and Cemetery property.

Booze Creek SVP

HEATHERHILL RD
HEATHERHILL CT
CABIN JOHN PKWY

Cabin John SVP, Unit 2

CAPITAL BELTWAY
495
SEVEN LOCKS RD
CYPRESS GROVE LA
SEVEN LOCKS RD
THORNLEY CT
HAMILTON SPRING RD

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

**Legend:**
- LOD - Preferred Alternative
- Right-of-Way
- Roadway Baseline
- Edge of Lane
- General Purpose Lane
- General Purpose Lane VDOT 495 NEXT Project
- Managed Lane
- Managed Lane VDOT 495 NEXT Project
- Aerial Structure
- Aerial Structure VDOT 495 NEXT Project
- Pedestrian / Bicycle Facility
- Pedestrian / Bicycle Facility VDOT 495 NEXT Project
- Noise Barrier - Existing
- Noise Barrier - Proposed
- Noise Barrier - Proposed VDOT 495 NEXT Project
- Proposed Large Stormwater Management Facility
- Trails
- FEMA - 100 Year Floodplain
- Delineated Waterways (Feature ID, Refer to NRTR)
- Delineated Wetlands (Feature ID, Refer to NRTR)
- Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
- Forest Interior Dwelling Habitat
- FCE Individual Tree
- Historic Properties
- Park Property
- Potential Hazardous Concerns
- Place of Worship

**Environmental Resource Mapping**
*LOD*
*Preferred Alternative*

Appendix E
Map 8

OP LANES
MARYLAND

June 2022

0  50  100  200 Feet

00005105



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Limit of Disturbance accommodates culvert augmentation needs

Direct access from proposed managed lanes at Cabin John Parkway / MD 190 interchange.

Direct access to proposed managed lanes at Cabin John Parkway / MD 190 interchange.

Direct access to proposed managed lanes at Cabin John Parkway / MD 190 interchange.

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

| Legend | | |
|---|---|---|
| LOD - Preferred Alternative | Managed Lane VDOT 495 NEXT Project | Noise Barrier - Proposed VDOT 495 NEXT Project |
| Right-of-Way | Aerial Structure | Proposed Large Stormwater Management Facility |
| Edge of Lane | Aerial Structure VDOT 495 NEXT Project | Trails |
| General Purpose Lane | Pedestrian / Bicycle Facility | FEMA - 100 Year Floodplain |
| General Purpose Lane VDOT 495 NEXT Project | Pedestrian / Bicycle Facility VDOT 495 NEXT Project | Delineated Waterways (Feature ID, Refer to NRTR) |
| Managed Lane | Noise Barrier - Existing | Delineated Wetlands (Feature ID, Refer to NRTR) |
| | Noise Barrier - Proposed | Delineated Wetlands Buffer (Feature ID, Refer to NRTR) |

Forest Interior Dwelling Habitat
Forest Conservation Act Easement (FCE)
FCE Individual Tree
Historic Properties
Park Property
Potential Hazardous Concerns
Place of Worship

**Environmental Resource Mapping**

*LOD*
*Preferred Alternative*

June 2022

0  50  100  200 Feet

Appendix E
Map 9

OP LANES
MARYLAND

00005106



Environmental Resource Mapping

LOD Preferred Alternative

Appendix E Map 10

June 2022



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Current Map

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

| Legend | | |
|---|---|---|
| LOD - Preferred Alternative | Managed Lane | Noise Barrier - Existing |
| Right-of-Way | Managed Lane VDOT 495 NEXT Project | Noise Barrier - Proposed |
| Roadway Baseline | Aerial Structure | Noise Barrier - Proposed VDOT 495 NEXT Project |
| Edge of Lane | Aerial Structure VDOT 495 NEXT Project | Proposed Large Stormwater Management Facility |
| General Purpose Lane | Pedestrian / Bicycle Facility | FEMA - 100 Year Floodplain |
| General Purpose Lane VDOT 495 NEXT Project | Pedestrian / Bicycle Facility VDOT 495 NEXT Project | Delineated Waterways (Feature ID, Refer to NRTR) |

Delineated Wetlands (Feature ID, Refer to NRTR)
Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
Forest Conservation Act Easement (FCE)
FCE Individual Tree
Historic Properties
Potential Hazardous Concerns

June 2022

0 50 100 200 Feet

**Environmental Resource Mapping**

*LOD*
*Preferred Alternative*

Appendix E
Map 11

OP·LANES
MARYLAND

00005108



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Current Map

Limit of Disturbnce extends along Bradley Blvd for construction access and maintenance of traffic

Direct access to/from managed lanes on I-495 and I-270 proposed at I-270 west spur / I-495 interchange.

CAPITAL BELTWAY

I-270 SPUR

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

| | | |
|---|---|---|
| LOD - Preferred Alternative | Managed Lane | Noise Barrier - Existing |
| Right-of-Way | Managed Lane VDOT 495 NEXT Project | Noise Barrier - Proposed |
| Roadway Baseline | Aerial Structure | Noise Barrier - Proposed VDOT 495 NEXT Project |
| Edge of Lane | Aerial Structure VDOT 495 NEXT Project | Proposed Large Stormwater Management Facility |
| General Purpose Lane | Pedestrian / Bicycle Facility | FEMA - 100 Year Floodplain |
| General Purpose Lane VDOT 495 NEXT Project | Pedestrian / Bicycle Facility VDOT 495 NEXT Project | Delineated Waterways (Feature ID, Refer to NRTR) |

| | |
|---|---|
| Delineated Wetlands Buffer (Feature ID, Refer to NRTR) | |
| Forest Conservation Act Easement (FCE) | |
| FCE Individual Tree | |
| Potential Hazardous Concerns | |

June 2022

0  50 100    200
Feet

**Environmental Resource Mapping**

*LOD*
*Preferred Alternative*

Appendix E
Map 12

OP LANES
MARYLAND

00005109



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Current Map

Direct access to/from managed lanes on I-495 and I-270 proposed at I-270 west spur / I-495 interchange.

Limit of Disturbance extends along Greentree Rd for construction access.

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

| Legend | | |
|---|---|---|
| LOD - Preferred Alternative | Managed Lane | Noise Barrier - Existing |
| Right-of-Way | Managed Lane VDOT 495 NEXT Project | Noise Barrier - Proposed |
| Roadway Baseline | Aerial Structure | Noise Barrier - Proposed VDOT 495 NEXT Project |
| Edge of Lane | Aerial Structure VDOT 495 NEXT Project | Proposed Large Stormwater Management Facility |
| General Purpose Lane | Pedestrian / Bicycle Facility | FEMA - 100 Year Floodplain |
| General Purpose Lane VDOT 495 NEXT Project | Pedestrian / Bicycle Facility VDOT 495 NEXT Project | Delineated Waterways (Feature ID, Refer to NRTR) |

Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
Forest Conservation Act Easement (FCE)
FCE Individual Tree
Historic Properties
Potential Hazardous Concerns

June 2022

N

0  50 100    200
Feet

**Environmental Resource Mapping**
*LOD*
*Preferred Alternative*

OP LANES
MARYLAND
Options & Opportunities for All

Appendix E
Map 13

00005110



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Current Map

Limit of Disturbance accommodates area for construction staging and materials storage.

Limit of Disturbance extends along I-495 outer loop for placement of signage in advance of interchange at I-270 west spur.

CAPITAL BELTWAY

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

LOD - Preferred Alternative
Right-of-Way
Roadway Baseline
Edge of Lane
General Purpose Lane
General Purpose Lane VDOT 495 NEXT Project

Managed Lane
Managed Lane VDOT 495 NEXT Project
Aerial Structure
Aerial Structure VDOT 495 NEXT Project
Pedestrian / Bicycle Facility

Pedestrian / Bicycle Facility VDOT 495 NEXT Project
Noise Barrier - Existing
Noise Barrier - Proposed
Noise Barrier - Proposed VDOT 495 NEXT Project
Proposed Large Stormwater Management Facility
Delineated Waterways (Feature ID, Refer to NRTR)

Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
Forest Conservation Act Easement (FCE)
FCE Individual Tree
Potential Hazardous Concerns

June 2022

N

0  50 100        200
Feet

**Environmental Resource Mapping**

*LOD*
*Preferred Alternative*

Appendix E
Map 14

OP·LANES
MARYLAND

00005111



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Current Map

Limit of Disturbance extends along I-495 outer loop for placement of signage in advance of interchange at I-270 west spur.

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

| | | |
|---|---|---|
| LOD - Preferred Alternative | Managed Lane | Pedestrian / Bicycle Facility VDOT 495 NEXT Project |
| Right-of-Way | Managed Lane VDOT 495 NEXT Project | Delineated Waterways (Feature ID, Refer to NRTR) |
| Roadway Baseline | Aerial Structure | Delineated Wetlands Buffer (Feature ID, Refer to NRTR) |
| General Purpose Lane | Aerial Structure VDOT 495 NEXT Project | FCE Individual Tree |
| General Purpose Lane VDOT 495 NEXT Project | Pedestrian / Bicycle Facility | Potential Hazardous Concerns |
| | Noise Barrier - Existing | |
| | Noise Barrier - Proposed | |
| | Noise Barrier - Proposed VDOT 495 NEXT Project | Proposed Large Stormwater Management Facility |

Environmental
Resource Mapping

LOD
Preferred Alternative

Appendix E
Map 15

OP·LANES
MARYLAND

June 2022

0  50  100    200
Feet

00005112



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Current Map

Proposed exchange ramp allows for ingress and egress between the managed lanes and general purpose lanes.

Proposed exchange ramp allows for ingress to the managed lanes from the general purpose lanes.

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

| Legend | | |
|---|---|---|
| LOD - Preferred Alternative | Managed Lane | Noise Barrier - Existing |
| Right-of-Way | Managed Lane VDOT 495 NEXT Project | Noise Barrier - Proposed |
| Roadway Baseline | Aerial Structure | Noise Barrier - Proposed VDOT 495 NEXT Project |
| Edge of Lane | Aerial Structure VDOT 495 NEXT Project | Proposed Large Stormwater Management Facility |
| General Purpose Lane | Pedestrian / Bicycle Facility | FEMA - 100 Year Floodplain |
| General Purpose Lane VDOT 495 NEXT Project | Pedestrian / Bicycle Facility VDOT 495 NEXT Project | Delineated Waterways (Feature ID, Refer to NRTR) |

Delineated Wetlands (Feature ID, Refer to NRTR)
Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
Forest Conservation Act Easement (FCE)
FCE Individual Tree
Historic Properties
Park Property
Potential Hazardous Concerns

**Environmental Resource Mapping**

*LOD Preferred Alternative*

Appendix E
Map 16

June 2022

0  50  100    200
Feet

OP LANES
MARYLAND

00005113



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Proposed exchange ramp allows for egress from the managed lanes to general purpose lanes.

Direct access to/from managed lanes proposed at Westlake Terrace interchange.

Limit of Disturbance extends along Westlake Terrace for construction access and maintenance of traffic.

Proposed exchange ramp allows for ingress and egress between the managed lanes and general purpose lanes.

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Legend:
- LOD - Preferred Alternative
- Right-of-Way
- Roadway Baseline
- Edge of Lane
- General Purpose Lane
- General Purpose Lane VDOT 495 NEXT Project
- Managed Lane
- Managed Lane VDOT 495 NEXT Project
- Aerial Structure
- Aerial Structure VDOT 495 NEXT Project
- Pedestrian / Bicycle Facility
- Pedestrian / Bicycle Facility VDOT 495 NEXT Project
- Noise Barrier - Existing
- Noise Barrier - Proposed
- Noise Barrier - Proposed VDOT 495 NEXT Project
- Proposed Large Stormwater Management Facility
- FEMA - 100 Year Floodplain
- Delineated Waterways (Feature ID, Refer to NRTR)
- Delineated Wetlands (Feature ID, Refer to NRTR)
- Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
- FCE Individual Tree
- Park Property
- Potential Hazardous Concerns
- Post Office

June 2022

Environmental Resource Mapping

*LOD*
*Preferred Alternative*

Appendix E
Map 17

OP·LANES™
MARYLAND

0  50 100     200
Feet

00005114



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

LOD - Preferred Alternative
Right-of-Way
Roadway Baseline
Edge of Lane
General Purpose Lane
General Purpose Lane VDOT 495 NEXT Project
Managed Lane
Managed Lane VDOT 495 NEXT Project
Aerial Structure
Aerial Structure VDOT 495 NEXT Project
Pedestrian / Bicycle Facility
Pedestrian / Bicycle Facility VDOT 495 NEXT Project
Noise Barrier - Existing
Noise Barrier - Proposed
Noise Barrier - Proposed VDOT 495 NEXT Project
Proposed Large Stormwater Management Facility
Trails
FEMA - 100 Year Floodplain
Delineated Waterways (Feature ID, Refer to NRTR)
Delineated Wetlands (Feature ID, Refer to NRTR)
Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
Forest Conservation Act Easement (FCE)
FCE Individual Tree
Historic Properties
Park Property

June 2022

**Environmental Resource Mapping**

*LOD*
*Preferred Alternative*

Appendix E
Map 18

OP LANES
MARYLAND

0  50  100      200
Feet

00005115



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Limit of Disturbance extends along Old Georgetown Road for construction access.

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

| Legend | | |
|---|---|---|
| LOD - Preferred Alternative | Managed Lane | Delineated Wetlands Buffer (Feature ID, Refer to NRTR) |
| Right-of-Way | Managed Lane VDOT 495 NEXT Project | Forest Conservation Act Easement (FCE) |
| Roadway Baseline | Aerial Structure | Noise Barrier - Existing | FCE Individual Tree |
| Edge of Lane | Aerial Structure VDOT 495 NEXT Project | Noise Barrier - Proposed | Place of Worship |
| General Purpose Lane | Pedestrian / Bicycle Facility | Noise Barrier - Proposed VDOT 495 NEXT Project | Recreation Center |
| General Purpose Lane VDOT 495 NEXT Project | Pedestrian / Bicycle Facility VDOT 495 NEXT Project | Proposed Large Stormwater Management Facility | |
| | | Delineated Waterways (Feature ID, Refer to NRTR) | |
| | | Delineated Wetlands (Feature ID, Refer to NRTR) | |

June 2022

**Environmental Resource Mapping**

*LOD*
*Preferred Alternative*

Appendix E
Map 19

OP LANES
MARYLAND

0  50 100    200 Feet

00005116



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Current Map

Gaithersburg

Aspen MD

VA

DC

Limit of Disturbance accommodates culvert augmentation needs

Limit of Disturbance accommodates areas for construction staging and materials storage.

Limit of Disturbance accommodates culvert augmentation needs

I-270 EISENHOWER MEM HWY

MAZWOOD RD
CAMEO CT
WINDERMERE CIR
CHARNWOOD DR
WINDERMERE CIR
WARXWOOD CT
ROCKLEDGE BLVD
187
ROCKLEDGE DR
ROCKLEDGE DR

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

LOD - Preferred Alternative
Right-of-Way
Roadway Baseline
Edge of Lane
General Purpose Lane
General Purpose Lane VDOT 495 NEXT Project

Managed Lane
Managed Lane VDOT 495 NEXT Project
Aerial Structure
Aerial Structure VDOT 495 NEXT Project
Pedestrian / Bicycle Facility
Pedestrian / Bicycle Facility VDOT 495 NEXT Project

Noise Barrier - Existing
Noise Barrier - Proposed
Noise Barrier - Proposed VDOT 495 NEXT Project
Proposed Large Stormwater Management Facility
FEMA - 100 Year Floodplain
Delineated Waterways (Feature ID, Refer to NRTR)

Delineated Wetlands (Feature ID, Refer to NRTR)
Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
Forest Conservation Act Easement (FCE)
FCE Individual Tree
Potential Hazardous Concerns

**Environmental Resource Mapping**

*LOD*
*Preferred Alternative*

June 2022

N

0  50 100        200
Feet

Appendix E
Map 20

OP LANES
MARYLAND

00005117



Limit of Disturbance accommodates area for construction staging and materials storage.

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Limit of Disturbance accommodates culvert augmentation needs

Limit of Disturbance extends along Tuckerman Lane for construction access and maintenance of traffic.

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

**Legend:**
- LOD - Preferred Alternative
- Right-of-Way
- Roadway Baseline
- Edge of Lane
- General Purpose Lane
- General Purpose Lane VDOT 495 NEXT Project

- Managed Lane
- Managed Lane VDOT 495 NEXT Project
- Aerial Structure
- Aerial Structure VDOT 495 NEXT Project
- Pedestrian / Bicycle Facility
- Pedestrian / Bicycle Facility VDOT 495 NEXT Project

- Noise Barrier - Existing
- Noise Barrier - Proposed
- Noise Barrier - Proposed VDOT 495 NEXT Project
- Proposed Large Stormwater Management Facility
- FEMA - 100 Year Floodplain
- Delineated Waterways (Feature ID, Refer to NRTR)

- Delineated Wetlands (Feature ID, Refer to NRTR)
- Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
- Forest Conservation Act Easement (FCE)
- FCE Individual Tree
- Park Property
- Potential Hazardous Concerns

**Environmental Resource Mapping**
*LOD*
*Preferred Alternative*

Appendix E
Map 21

June 2022

0  50 100    200 Feet

OP LANES MARYLAND

00005118



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Current Map

Gaithersburg
Aspen MD
VA
eston
DC

Cabin John
Regional Park

24A.1

Limit of Disturbance
accommodates culvert
augmentation needs

24X

24C

23K

24C

270 EISENHOWER MEM HWY 270

Old Farm NCA

24A    24W    24M

HOUNDS WAY        HOUNDS WAY        SPLIT RAIL CT

Tilden
Woods SVP

FARMLAND DR

OLD CLUB RD

OLD CABIN

TRIBELA LA

HITCHING POST LA

PLANTATION LA

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

| Legend | | |
|---|---|---|
| LOD - Preferred Alternative | Managed Lane | Noise Barrier - Existing |
| Right-of-Way | Managed Lane VDOT 495 NEXT Project | Noise Barrier - Proposed |
| Roadway Baseline | Aerial Structure | Noise Barrier - Proposed VDOT 495 NEXT Project |
| Edge of Lane | Aerial Structure VDOT 495 NEXT Project | Proposed Large Stormwater Management Facility |
| General Purpose Lane | Pedestrian / Bicycle Facility | Trails |
| General Purpose Lane VDOT 495 NEXT Project | Pedestrian / Bicycle Facility VDOT 495 NEXT Project | Delineated Waterways (Feature ID, Refer to NRTR) |

Delineated Wetlands (Feature ID, Refer to NRTR)
Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
Forest Conservation Act Easement (FCE)
FCE Individual Tree
Park Property

**Environmental
Resource Mapping**
*LOD
Preferred Alternative*

June 2022

0  50 100        200
Feet

Appendix E
Map 22

OP·LANES
MARYLAND

00005119



Current Map

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Limit of Disturbance accommodates culvert augmentation needs

Limit of Disturbance accommodates culvert augmentation needs

Limit of Disturbance accommodates culvert augmentation needs

Limit of Disturbance accommodates culvert augmentation and stormwater management needs

Cabin John Regional Park

EISENHOWER MEM HWY

EISENHOWER MEMORIAL HWY

DINWIDDIE DR

PLANTATION LA

PLANTATION CT

OLD GATE PL

OLD STAGE CT

OLD STAGE RD

Cabin John SVP. Unit 6

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

| Legend | | |
|---|---|---|
| LOD - Preferred Alternative | Managed Lane | Noise Barrier - Existing |
| Right-of-Way | Managed Lane VDOT 495 NEXT Project | Noise Barrier - Proposed |
| Roadway Baseline | Aerial Structure | Noise Barrier - Proposed VDOT 495 NEXT Project |
| Edge of Lane | Aerial Structure VDOT 495 NEXT Project | Proposed Large Stormwater Management Facility |
| General Purpose Lane | Pedestrian / Bicycle Facility | Trails |
| General Purpose Lane VDOT 495 NEXT Project | Pedestrian / Bicycle Facility VDOT 495 NEXT Project | Delineated Waterways (Feature ID, Refer to NRTR) |

Delineated Wetlands (Feature ID, Refer to NRTR)
Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
FCE Individual Tree
Park Property

June 2022

0  50  100    200
Feet

**Environmental Resource Mapping**

*LOD*
*Preferred Alternative*

Appendix E
Map 23

OP LANES
MARYLAND

00005120



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Current Map

Limit of Disturbance extends along Montrose Road for construction access and maintenance of traffic

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

LOD - Preferred Alternative
Right-of-Way
Roadway Baseline
Edge of Lane
General Purpose Lane
General Purpose Lane VDOT 495 NEXT Project

Managed Lane
Managed Lane VDOT 495 NEXT Project
Aerial Structure
Aerial Structure VDOT 495 NEXT Project
Pedestrian / Bicycle Facility
Pedestrian / Bicycle Facility VDOT 495 NEXT Project

Noise Barrier - Existing
Noise Barrier - Proposed
Noise Barrier - Proposed VDOT 495 NEXT Project
Proposed Large Stormwater Management Facility
FEMA - 100 Year Floodplain
Delineated Waterways (Feature ID, Refer to NRTR)

Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
Forest Conservation Act Easement (FCE)
FCE Individual Tree
Park Property
MDE Land Restoration Program Site
Potential Hazardous Concerns

Environmental Resource Mapping

*LOD*
*Preferred Alternative*

June 2022

0  50 100      200
Feet

Appendix E
Map 24

OP-LANES
MARYLAND

00005121



Current Map

EISENHOWER MEMORIAL HWY

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

TOWER OAKS BLVD

Limit of Disturbance extends along Montrose Road for construction access and maintenance of traffic

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

| Legend | | |
|---|---|---|
| LOD - Preferred Alternative | Managed Lane | Noise Barrier - Existing | Delineated Wetlands (Feature ID, Refer to NRTR) |
| Right-of-Way | Managed Lane VDOT 495 NEXT Project | Noise Barrier - Proposed | Delineated Wetlands Buffer (Feature ID, Refer to NRTR) |
| Roadway Baseline | Aerial Structure | Noise Barrier - Proposed VDOT 495 NEXT Project | Forest Conservation Act Easement (FCE) |
| Edge of Lane | Aerial Structure VDOT 495 NEXT Project | Proposed Large Stormwater Management Facility | FCE Individual Tree |
| General Purpose Lane | Pedestrian / Bicycle Facility | FEMA - 100 Year Floodplain | Park Property |
| General Purpose Lane VDOT 495 NEXT Project | Pedestrian / Bicycle Facility VDOT 495 NEXT Project | Delineated Waterways (Feature ID, Refer to NRTR) | Potential Hazardous Concerns |

June 2022

0  50  100        200
Feet

**Environmental Resource Mapping**

*LOD*
*Preferred Alternative*

OP·LANES
MARYLAND

Appendix E
Map 25

00005122



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Current Map

Limit of Disturbance accommodates culvert augmentation needs

Direct access to/from managed lanes proposed at new Wootton Parkway interchange.

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

**Legend**

- LOD - Preferred Alternative
- Right-of-Way
- Roadway Baseline
- Edge of Lane
- General Purpose Lane
- General Purpose Lane VDOT 495 NEXT Project

- Managed Lane
- Managed Lane VDOT 495 NEXT Project
- Aerial Structure
- Aerial Structure VDOT 495 NEXT Project
- Pedestrian / Bicycle Facility
- Pedestrian / Bicycle Facility VDOT 495 NEXT Project

- Noise Barrier - Existing
- Noise Barrier - Proposed
- Noise Barrier - Proposed VDOT 495 NEXT Project
- Proposed Large Stormwater Management Facility
- Delineated Waterways (Feature ID, Refer to NRTR)
- Delineated Wetlands (Feature ID, Refer to NRTR)

- Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
- Forest Conservation Act Easement (FCE)
- FCE Individual Tree
- Potential Hazardous Concerns
- Correctional Facility

June 2022

0  50  100      200
Feet

**Environmental Resource Mapping**

*LOD*
*Preferred Alternative*

Appendix E
Map 26

OP LANES
MARYLAND

00005123



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Current Map

The Preferred Alternative limits of disturbance have been modified to avoid potential impacts to the historic Poor Farm.

Direct access to/from managed lanes proposed at new Wootton Parkway interchange.

Limit of Disturbance accommodates culvert augmentation.

TOWER OAKS BLVD
EISENHOWER MEMORIAL HWY
WOOTTON PKWY
TOWER OAKS DR
SCANDIA WAY
GRAND OAK WAY
TOWER OAKS BLVD
REGAL OAK WAY
WILD OAK WAY
Cabin John SVP (Rockville)

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

| Legend | | |
|---|---|---|
| LOD - Preferred Alternative | Managed Lane | Noise Barrier - Existing |
| Right-of-Way | Managed Lane VDOT 495 NEXT Project | Noise Barrier - Proposed |
| Roadway Baseline | Aerial Structure | Noise Barrier - Proposed VDOT 495 NEXT Project |
| Edge of Lane | Aerial Structure VDOT 495 NEXT Project | Proposed Large Stormwater Management Facility |
| General Purpose Lane | Pedestrian / Bicycle Facility | FEMA - 100 Year Floodplain |
| General Purpose Lane VDOT 495 NEXT Project | Pedestrian / Bicycle Facility VDOT 495 NEXT Project | Delineated Waterways (Feature ID, Refer to NRTR) |

| | |
|---|---|
| Delineated Wetlands (Feature ID, Refer to NRTR) | |
| Delineated Wetlands Buffer (Feature ID, Refer to NRTR) | |
| Forest Conservation Act Easement (FCE) | |
| FCE Individual Tree | |
| Park Property | |
| Potential Hazardous Concerns | |

**Environmental Resource Mapping**

*LOD*
*Preferred Alternative*

June 2022

0 50 100   200 Feet

Appendix E
Map 27

OP LANES
MARYLAND

00005124



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Limit of Disturbance extends along Falls Road for construction access and maintenance of traffic

Limit of Disturbance accommodates culvert augmentation needs

Julius West Middle School Athletic Fields

West (Julius) Middle School

Millennium Garden Park

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

**Legend:**
- LOD - Preferred Alternative
- Right-of-Way
- Roadway Baseline
- Edge of Lane
- General Purpose Lane
- General Purpose Lane VDOT 495 NEXT Project
- Managed Lane
- Managed Lane VDOT 495 NEXT Project
- Aerial Structure
- Aerial Structure VDOT 495 NEXT Project
- Pedestrian / Bicycle Facility
- Pedestrian / Bicycle Facility VDOT 495 NEXT Project
- Noise Barrier - Existing
- Noise Barrier - Proposed
- Noise Barrier - Proposed VDOT 495 NEXT Project
- Trails
- Delineated Waterways (Feature ID, Refer to NRTR)
- Delineated Wetlands (Feature ID, Refer to NRTR)
- Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
- Proposed Large Stormwater Management Facility
- Forest Conservation Act Easement (FCE)
- FCE Individual Tree
- Park Property
- Potential Hazardous Concerns
- Correctional Facility
- School

June 2022

0 50 100 200 Feet

**Environmental Resource Mapping**

*LOD*
*Preferred Alternative*

Appendix E
Map 28

OP LANES
MARYLAND

00005125



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Limit of Disturbance accommodates potential modifications to existing stormwater management facility.

Limit of Disturbance accommodates culvert augmentation needs

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

**Legend**

- LOD - Preferred Alternative
- Right-of-Way
- Roadway Baseline
- Edge of Lane
- General Purpose Lane
- General Purpose Lane VDOT 495 NEXT Project
- Managed Lane

- Managed Lane VDOT 495 NEXT Project
- Aerial Structure
- Aerial Structure VDOT 495 NEXT Project
- Pedestrian / Bicycle Facility
- Pedestrian / Bicycle Facility VDOT 495 NEXT Project
- Noise Barrier - Existing

- Noise Barrier - Proposed
- Noise Barrier - Proposed VDOT 495 NEXT Project
- FEMA - 100 Year Floodplain
- Proposed Large Stormwater Management Facility
- Delineated Waterways (Feature ID, Refer to NRTR)
- Delineated Wetlands (Feature ID, Refer to NRTR)
- Delineated Wetlands Buffer (Feature ID, Refer to NRTR)

- Forest Conservation Act Easement (FCE)
- FCE Individual Tree
- Park Property
- Potential Hazardous Concerns
- Place of Worship
- School

**Environmental Resource Mapping**

*LOD*
*Preferred Alternative*

Appendix E
Map 29

OP LANES
MARYLAND

June 2022

0  50  100    200
Feet

00005126



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Limit of Disturbance accommodates culvert augmentation needs

Limit of Disturbance accommodates culvert augmentation needs

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

**Environmental Resource Mapping**

*LOD*
*Preferred Alternative*

Appendix E
Map 30

June 2022

0  50  100  200 Feet

OP LANES MARYLAND

00005127



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

| | | | |
|---|---|---|---|
| LOD - Preferred Alternative | Managed Lane | Noise Barrier - Existing | Forest Conservation Act Easement (FCE) |
| Right-of-Way | Managed Lane VDOT 495 NEXT Project | Noise Barrier - Proposed | FCE Individual Tree |
| Roadway Baseline | Aerial Structure | Noise Barrier - Proposed VDOT 495 NEXT Project | Historic Properties |
| Edge of Lane | Aerial Structure VDOT 495 NEXT Project | Proposed Large Stormwater Management Facility | Park Property |
| General Purpose Lane | Pedestrian / Bicycle Facility | FEMA - 100 Year Floodplain | Potential Hazardous Concerns |
| General Purpose Lane VDOT 495 NEXT Project | Pedestrian / Bicycle Facility VDOT 495 NEXT Project | Delineated Wetlands Buffer (Feature ID, Refer to NRTR) | |

June 2022

0  50  100      200  Feet

**Environmental Resource Mapping**

*LOD*
*Preferred Alternative*

Appendix E
Map 31

OP LANES
MARYLAND

00005128



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Direct access to/from managed lanes proposed at new Gude Drive interchange.

RESEARCH BLVD
RESEARCH BLVD
Fallsgrove SVP
EISENHOWER MEMORIAL HWY
270
HAWTHORN CT
Woodley Gardens
Rockville Senior Center Park
Ward Building
WOODLEY DR
PICCARD DR
PICCARD DR
CURIE CT

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

**Legend:**
- LOD - Preferred Alternative
- Right-of-Way
- Roadway Baseline
- Edge of Lane
- General Purpose Lane
- General Purpose Lane VDOT 495 NEXT Project
- Managed Lane
- Managed Lane VDOT 495 NEXT Project
- Aerial Structure
- Aerial Structure VDOT 495 NEXT Project
- Pedestrian / Bicycle Facility
- Pedestrian / Bicycle Facility VDOT 495 NEXT Project
- Noise Barrier - Existing
- Noise Barrier - Proposed
- Noise Barrier - Proposed VDOT 495 NEXT Project
- Trails
- FEMA - 100 Year Floodplain
- Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
- Forest Conservation Act Easement (FCE)
- FCE Individual Tree
- Historic Properties
- Park Property
- Potential Hazardous Concerns
- Recreation Center

June 2022

0  50  100       200 Feet

**Environmental Resource Mapping**
*LOD*
*Preferred Alternative*

Appendix E
Map 32

OP LANES
MARYLAND

00005129



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Current Map

RESEARCH CT    CORPORATE BLVD

SHADY GROVE RD

Limit of Disturbance accommodates area for construction staging and materials storage.

I-270    EISENHOWER MEMORIAL HWY    270

Shady Grove Medical Center Kaiser Permanente

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

| Legend | | |
|---|---|---|
| LOD - Preferred Alternative | Managed Lane | Delineated Wetlands Buffer (Feature ID, Refer to NRTR) |
| Right-of-Way | Managed Lane VDOT 495 NEXT Project | Forest Conservation Act Easement (FCE) |
| Roadway Baseline | Aerial Structure | Noise Barrier - Existing |
| Edge of Lane | Aerial Structure VDOT 495 NEXT Project | Noise Barrier - Proposed |
| General Purpose Lane | Pedestrian / Bicycle Facility | Noise Barrier - Proposed VDOT 495 NEXT Project |
| General Purpose Lane VDOT 495 NEXT Project | Pedestrian / Bicycle Facility VDOT 495 NEXT Project | Proposed Large Stormwater Management Facility |
| | | Delineated Waterways (Feature ID, Refer to NRTR) |
| | | Delineated Wetlands (Feature ID, Refer to NRTR) |
| | | FCE Individual Tree |
| | | Potential Hazardous Concerns |
| | | Hospital |

June 2022

0  50  100    200 Feet

**Environmental Resource Mapping**
*LOD*
*Preferred Alternative*

Appendix E
Map 33

OP LANES
MARYLAND

00005130



eliminated text

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Current Map

VA

DC

WASHINGTONIAN BLVD

EISENHOWER MEMORIAL HWY

GAITHER RD

GAITHER DR

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

| Legend | | |
|---|---|---|
| LOD - Preferred Alternative | Managed Lane | Noise Barrier - Existing |
| Right-of-Way | Managed Lane VDOT 495 NEXT Project | Noise Barrier - Proposed |
| Roadway Baseline | Aerial Structure | Noise Barrier - Proposed VDOT 495 NEXT Project |
| Edge of Lane | Aerial Structure VDOT 495 NEXT Project | Proposed Large Stormwater Management Facility |
| General Purpose Lane | Pedestrian / Bicycle Facility | Delineated Wetlands Buffer (Feature ID, Refer to NRTR) |
| General Purpose Lane VDOT 495 NEXT Project | Pedestrian / Bicycle Facility VDOT 495 NEXT Project | Forest Conservation Act Easement (FCE) |
| | | FCE Individual Tree |
| | | MDE Land Restoration Program Site |
| | | Potential Hazardous Concerns |

June 2022

0  50 100        200
Feet

**Environmental Resource Mapping**
*LOD*
*Preferred Alternative*

OP·LANES
MARYLAND

Appendix E
Map 34

00005131



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Current Map

Gaithersburg
Aspen MD

VA          DC

Malcolm King Park

29N

Direct access to / from managed lanes proposed at I-370 interchange

Limit of Disturbance accommodates culvert augmentation needs

29A C1

29A C2

29A 2

28B

28A

29A1

29B 1

29L

29B C

I-270

I-270

EISENHOWER MEMORIAL HWY

29B

29M

29M

29P

Morris Park

29D

29D D

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

LOD - Preferred Alternative
Right-of-Way
Roadway Baseline
Edge of Lane
General Purpose Lane
General Purpose Lane VDOT 495 NEXT Project

Managed Lane
Managed Lane VDOT 495 NEXT Project
Aerial Structure
Aerial Structure VDOT 495 NEXT Project
Pedestrian / Bicycle Facility
Pedestrian / Bicycle Facility VDOT 495 NEXT Project

Noise Barrier - Existing
Noise Barrier - Proposed
Noise Barrier - Proposed VDOT 495 NEXT Project
Trails
FEMA - 100 Year Floodplain

Delineated Waterways (Feature ID, Refer to NRTR)
Delineated Wetlands (Feature ID, Refer to NRTR)
Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
Forest Conservation Act Easement (FCE)
FCE Individual Tree
Park Property
Potential Hazardous Concerns

Proposed Large Stormwater Management Facility

June 2022

0  50 100      200
Feet

**Environmental Resource Mapping**

*LOD*
*Preferred Alternative*

OP LANES
MARYLAND

Appendix E
Map 35

00005132



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Limit of Disturbance extends along I-370 for construction access and maintenance of traffic

Malcolm King Park

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

**Legend:**
- LOD - Preferred Alternative
- Right-of-Way
- Roadway Baseline
- Edge of Lane
- General Purpose Lane
- General Purpose Lane VDOT 495 NEXT Project
- Managed Lane
- Managed Lane VDOT 495 NEXT Project
- Aerial Structure
- Aerial Structure VDOT 495 NEXT Project
- Pedestrian / Bicycle Facility
- Pedestrian / Bicycle Facility VDOT 495 NEXT Project
- Forest Conservation Act Easement (FCE)
- FCE Individual Tree
- Noise Barrier - Existing
- Noise Barrier - Proposed
- Noise Barrier - Proposed VDOT 495 NEXT Project
- Proposed Large Stormwater Management Facility
- Delineated Waterways (Feature ID, Refer to NRTR)
- Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
- Park Property
- Potential Hazardous Concerns

**June 2022**

0  50  100  200 Feet

**Environmental Resource Mapping**
*LOD*
*Preferred Alternative*

Appendix E
Map 36

OP·LANES
MARYLAND

00005133



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Current Map

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

| | | | |
|---|---|---|---|
| LOD - Preferred Alternative | Managed Lane | Noise Barrier - Existing | Delineated Wetlands Buffer (Feature ID, Refer to NRTR) |
| Right-of-Way | Managed Lane VDOT 495 NEXT Project | Noise Barrier - Proposed | Forest Conservation Act Easement (FCE) |
| Roadway Baseline | Aerial Structure | Noise Barrier - Proposed VDOT 495 NEXT Project | FCE Individual Tree |
| Edge of Lane | Aerial Structure VDOT 495 NEXT Project | Proposed Large Stormwater Management Facility | Potential Hazardous Concerns |
| General Purpose Lane | Pedestrian / Bicycle Facility | FEMA - 100 Year Floodplain | |
| General Purpose Lane VDOT 495 NEXT Project | Pedestrian / Bicycle Facility VDOT 495 NEXT Project | Delineated Waterways (Feature ID, Refer to NRTR) | |

**Environmental Resource Mapping**

*LOD*
*Preferred Alternative*

Appendix E
Map 37

OP LANES
MARYLAND

June 2022

0  50  100    200 Feet

00005134



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Current Map

Gaithersburg

Aspen **MD**

**VA**

**DC**

WEST SIDE DR

WEST SIDE DR

EISENHOWER MEMORIAL HWY

I-270

DUVALL LA

DUVALL LA

DUVALL LA

BRALAN LA

DEER PARK LA

BRALAN CT

Morris Park

SUMMIT

W DEER PARK RD

W DEER PARK RD

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

| Legend | | |
|---|---|---|
| LOD - Preferred Alternative | Managed Lane | Noise Barrier - Existing |
| Right-of-Way | Managed Lane VDOT 495 NEXT Project | Noise Barrier - Proposed |
| Roadway Baseline | Aerial Structure | Noise Barrier - Proposed VDOT 495 NEXT Project |
| Edge of Lane | Aerial Structure VDOT 495 NEXT Project | Proposed Large Stormwater Management Facility |
| General Purpose Lane | Pedestrian / Bicycle Facility | Trails |
| General Purpose Lane VDOT 495 NEXT Project | Pedestrian / Bicycle Facility VDOT 495 NEXT Project | FEMA - 100 Year Floodplain |

Delineated Waterways (Feature ID, Refer to NRTR)
Delineated Wetlands (Feature ID, Refer to NRTR)
Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
FCE Individual Tree
Historic Properties
Park Property
Potential Hazardous Concerns

June 2022

0  50  100        200
Feet

**Environmental Resource Mapping**

*LOD*
*Preferred Alternative*

Appendix E
Map 38

OP LANES
MARYLAND

00005135