# I-495 & I-270 MANAGED LANES STUDY

## Audiencias públicas conjuntas para el DEIS y la JPA

El DEIS y la JPA junto con información de respaldo están disponibles en el sitio web del Programa. Los materiales para la audiencia, incluida una presentación, exhibiciones informativas y un folleto, se pueden ver a partir del 31 de julio en los lugares de disponibilidad de documentos o en el sitio web del Programa. El público tendrá 3 minutos para dar su testimonio durante las audiencias virtuales y en persona.

### Audiencias virtuales/en línea

Debido a la actual crisis de salud de COVID-19 y al compromiso de MDOT SHA de proteger al público y a los miembros de la agencia, se invita al público a brindar testimonio público a través de las audiencias virtuales. Se planean cuatro audiencias virtuales de 9 AM a 8 PM:

- **MARTES, 18 DE AGOSTO DE 2020**
- **JUEVES, 20 DE AGOSTO DE 2020**
- **MARTES, 25 DE AGOSTO DE 2020 (AUDIENCIA OFICIAL USACE)**
- **JUEVES, 3 DE SEPTIEMBRE DE 2020**

**PROPORCIONE TESTIMONIO PÚBLICO:**
- Regístrese en 495-270-p3.com/DEIS
- Tres sesiones disponibles para cada audiencia:
  - Mañana (9 AM – 12 PM)
  - Tarde (1 – 4 PM)
  - Noche (5 – 8 PM)
- Se enviarán instrucciones por correo electrónico para el tiempo de sesión aprobado

**VEA LA AUDIENCIA VIRTUAL EN LÍNEA:**
- Vaya a 495-270-p3.com/DEIS
- Habrá subtítulos disponibles

**SI UD. NO TIENE ACCESO A INTERNET:**
- Llame al 855-432-1483, presione * para escuchar las opciones
- Escuche la audiencia virtual en vivo
- Deje su testimonio con un mensaje de voz los días de la audiencia de 9 AM - 8 PM

### Audiencia en Persona

Dos audiencias en persona están planificadas de 12 – 9 PM:

- **MARTES, 1 DE SEPTEMBER DE 2020** – Condado de Prince George – Homewood Suites by Hilton, 9103 Basil Court, Largo, MD 20774
- **JUEVES, 10 DE SEPTEMBER DE 2020** – Montgomery County – Hilton Executive Meeting Center, 1750 Rockville Pike, Rockville, MD 20852

**PROPORCIONE TESTIMONIO PÚBLICO O INDIVIDUAL SOLO POR CITA:**
- Regístrese llamando al 833-858-5960.
- Elija testimonio público para panelistas o testimonio individual para reportero de la corte.
- Los participantes registrados recibirán el mismo folleto que se encuentra en el sitio web del Programa.
- Se aplicarán estrictamente los protocolos de distanciamiento social, incluidos el uso requerido de máscara faciales, las estaciones para limpiarse las manos y la capacidad limitada en la sala de audición.
- Llame al 855-432-1483 para escuchar en vivo y/o dejar su testimonio por correo de voz en las fechas de audiencia de 12 a 9 PM.

Nota: MDOT SHA hará que la transcripción de la audiencia esté disponible en el sitio web del Programa en una fecha posterior una vez que se hayan concluido las audiencias; las audiencias podrían posponerse si las condiciones de COVID-19 cambian.

## 495-270-P3.COM/DEIS

### SOLICITUD DE ASISTENCIA:

El Servicio de Retransmisión de Maryland puede ayudar a los usuarios de teletipos por el 7-1-1. Las personas que requieran asistencia para participar, como un intérprete para dificultades auditivas/del habla o asistencia con el idioma inglés, deben comunicarse con el número gratuito del Programa al 833-858-5960 antes del 3 de agosto de 2020.

---

FHWA y MDOT SHA han completado el Borrador de la Declaración de Impacto Ambiental (DEIS, por sus siglas en inglés) y el Borrador de la Sección 4(f) Evaluación para el Estudio de Carriles de Acceso Controlado, con el Aviso de Disponibilidad publicado en el Registro Federal el 10 de julio de 2020. El DEIS incluye tráfico, ambiental, ingeniería y análisis financieros de las Alternativas de construcción y la Alternativa de no construcción. Este DEIS brinda una oportunidad para que el público, los grupos de interés y otras agencias revisen y brinden comentarios sobre la acción federal propuesta y los impactos ambientales adversos y beneficiosos y la mitigación propuesta para los impactos inevitables.

FHWA, MDOT SHA y el Departamento de Medio Ambiente de Maryland (MDE, por sus siglas en inglés) llevarán a cabo seis audiencias públicas conjuntas. El Cuerpo de Ingenieros del Ejército de los EE.UU. (USACE, por sus siglas en inglés) participará en una audiencia el 25 de agosto para cumplir con los requisitos del Departamento del Ejército. También se aceptarán comentarios sobre la Solicitud Conjunta Federal/Estatal (JPA) para la alteración de cualquier planicie de inundación, vía fluvial, humedales de mareas o sin marea en Maryland. USACE es responsable de revisar el JPA según la Ley de Agua Limpia, Sección 404 (b)(1) y MDE es responsable de revisar la Aplicación según el Artículo de Medio Ambiente §5-503 y §5-906, Código Anotado de Maryland.

Los comentarios públicos y de agencias sobre el DEIS y el JPA se aceptarán entre el 10 de julio y las 11:59 P. M. del 8 de octubre de 2020.

## Formas de comentar sobre el DEIS y la JPA

- Testimonio oral a panelistas en una audiencia en persona o virtual.
- Testimonio oral al reportero de la corte en persona
- Testimonio oral por correo de voz (855-432-1483) durante el tiempo de audiencia en persona o virtual
- Comentarios escritos en el cuadro de comentarios en la audiencia en persona

### Otras formas de comentar sobre el DEIS

- A través del formulario de comentarios en 495-270-P3.com/DEIS/
- Por correo electrónico a MLS-NEPA-P3@mdot.maryland.gov
- Envíe una carta escrita sobre el DEIS a:
  Lisa B. Choplin, DBIA
  Director, Oficina I-495 e I-270 P3
  Maryland Department of Transportation
  State Highway Administration
  707 North Calvert Street
  Mail Stop P-601, Baltimore, MD 21202

### Otras formas de comentar sobre la JPA

- Por correo electrónico a:
  john.j.dinne@usace.army.mil (USACE)
  MDE.SHAprojects@maryland.gov (MDE)
- Envíe una carta escrita acerca de la JPA a:
  USACE
  Baltimore District
  Attn: Mr. Jack Dinne
  2 Hopkins Plaza
  Baltimore, MD 21201-2930

  MDE
  Wetlands and Waterways Program
  Attn: Mr. Steve Hurt
  1800 Washington Blvd., Suite 4300
  Baltimore, MD 21230

TODOS LOS COMENTARIOS recibidos, ya sea en la audiencia a través del testimonio oral O a través de otros métodos (formulario de comentarios, correo electrónico y carta), recibirán IGUALDAD DE CONSIDERACIÓN.

## Disponibilidad de documentos DEIS y JPA

El DEIS y la JPA con información de respaldo están disponibles en línea en **495-270-P3.com/DEIS**. Las copias impresas están disponibles para su revisión a partir del 10 de julio, de la siguiente manera:

**OFICINAS ESTATALES DE MARYLAND: El horario de revisión es de lunes a viernes de 11 AM a 7 PM, sábados y domingos de 12 a 5 PM**

Condado de Montgomery: MDOT SHA Gaithersburg Shop, 502 Quince Orchard Road, Gaithersburg, MD 20878 | MDTA MD 200 West Operations, 16902 Crabbs Branch Way, Rockville, MD 20855 | MDOT SHA Fairland Shop, 12020 Plum Orchard Road, Silver Spring, MD 20904 | MDOT SHA Silver Spring Study Office, 8537 Georgia Avenue, Silver Spring, MD 20910

Condado de Prince George: MDOT SHA District 3 Office, 9300 Kenilworth Avenue, Greenbelt, MD 20770

**OFICINAS ESTATALES DE VIRGINIA: El horario de revisión es de lunes a viernes de 9 AM a 4 PM**

Condado de Fairfax: VDOT Northern Virginia District Office, 4975 Alliance Drive, Fairfax, VA 22030

**BIBLIOTECAS DE MARYLAND: Las copias impresas estarán disponibles en tráilers en los estacionamientos de la biblioteca. El horario de revisión es de martes a jueves de 11 AM a 7 PM, y los domingo de 12 a 5 PM.** Una vez que las bibliotecas estén abiertas al público, las copias impresas estarán disponibles para su revisión en las bibliotecas locales durante el horario habitual.

Condado de Montgomery: Biblioteca Chevy Chase | Biblioteca Davis (North Bethesda) | Kensington Park Biblioteca | Biblioteca Potomac

Condado de Prince George: Biblioteca Local Glenarden | Biblioteca Local Largo-Kettering | Biblioteca Local New Carrollton | Biblioteca Local Spauldings

**BIBLIOTECA DE WASHINGTON, DC: El horario de revisión es de lunes a viernes de 11 AM a 2 PM y de 3 a 7 PM.** Si el horario de la biblioteca cambia, el documento estará disponible durante las horas habituales de la biblioteca.

Washington, DC: Biblioteca Shepherd Park Neighborhood Library

**OFICINA POSTAL DE LOS EE.UU.: El horario de revisión es de lunes a viernes de 9 AM a 5 PM, Sábado de 9 AM al el horario varía (revise más abajo)**

Condado de Montgomery: West Lake PO (el sábado cierra a la 1 PM), 10421 Motor City Drive, Bethesda, MD 20817 | Rockville PO (el sábado cierra a las 4 PM), 500 N Washington Street, Rockville, MD 20850

Condado de Prince George: Kenilworth PO (el sábado cierra a las 12 PM), 6270 Kenilworth Ave, Riverdale, MD 20737 | Hampton Park PO (el sábado cierra a las 4 PM), 9201 Edgeworth Drive, Capitol Heights, MD 20790 | Largo PO (el sábado cierra a las 3 PM), 9801 Apollo Drive, Upper Marlboro, MD 20774 | Temple Hills PO, 4806 Saint Barnabas Rd, Temple Hills, MD 20748







00005390

# RESUMEN EJECUTIVO

## Descripción general del estudio

### ¿Qué es el Estudio sobre carriles controlados en la I-495 y la I-270?

El Estudio sobre carriles controlados (Estudio) en la I-495 y la I-270 es el primer elemento del Programa de Asociación Público-Privada (P3) de la I-495 y la I-270. En este estudio se consideran alternativas que abordan la congestión vial dentro del alcance específico del estudio de 48 millas desde la I-495 desde el sur de la George Washington Memorial Parkway en el condado de Fairfax, Virginia, incluidas mejoras en el puente de la Legión Americana sobre el río Potomac, al oeste de la MD 5, y a lo largo de la I-270 desde la I-495 al norte de la I-370, incluidos los ramales este y oeste I-270. La I-495 y la I-270 en Maryland son las dos autopistas más transitadas en dicho estado, cada una con un volumen promedio anual de tránsito diario (AADT) de hasta 260 000 vehículos por día en 2018 (Administración de Carreteras del Estado del Departamento de Transporte de Maryland [MDOT SHA], 2019) (remítase a la **Figura ES-1**).

El estudio evaluó puntos finales racionales, conocidos como terminales lógicas. El estudio se extiende más allá de las terminales lógicas e incluye el área de influencia para los análisis de tránsito y ambientales. Hay tres terminales lógicas para el Estudio de carriles controlados (MLS), tal y como se detalla a continuación:



Figura ES- 1: Tramos del Estudio sobre carriles controlados en la I-495 y la I-270

- **Terminal Oeste:** Se ubica en la I-495, 0.4 millas al sur del intercambio de George Washington Memorial Parkway; permite que las mejoras de la línea principal de la circunvalación exterior que llegan a la George Washington Memorial Parkway se unan y se trasladen a los carriles de la línea principal existente sin causar congestión debido a las salidas y entradas de carriles. Los carriles controlados se conectarían directamente a la extensión propuesta de Express Lanes de Virginia.
- **Terminal Sur:** Se ubica en la I-495, 1.3 millas al oeste de la MD 5; permite que las mejoras de la línea principal de la circunvalación interior que llegan a la MD 5, una carretera norte-sur de acceso regional

00005391


controlado, se unan a los carriles de la línea principal existentes antes del sistema expreso local sin causar congestión debido a las salidas, los entrelazamientos y las entradas de carriles.

- **Terminal norte:** Se encuentra en la I-270, a 0.6 millas al norte de la I-370; permite que las mejoras de la línea principal en dirección norte que llegan a la I-370 se unan y se trasladen a los carriles de uso general existentes y al carril para vehículos de alta ocupación (HOV) de manera segura, minimizando la congestión debida a las salidas y entradas de carriles. La I-370 se une con la MD 200, una importante carretera con dirección este-oeste con peaje. El carril para HOV desde las 0.6 millas al norte de la I-370 continuará hasta su terminal actual en la MD 121 (Clarksburg Road), 8 millas al norte de la I-370.

El modelado y análisis del tránsito ha abarcado el siguiente intercambio más allá de estos tres límites como el área de influencia del tránsito. Además, las terminales lógicas para el área de revisión y análisis ambientales se ha ampliado más allá de estas calzadas que se intersecan para tener en cuenta la distancia necesaria para que las mejoras de la línea principal se unan a las operaciones de las calzadas existentes.

## ¿Quién dirige el estudio?

La Administración Federal de Carreteras (FHWA), en su calidad de Agencia Federal Principal, y la Administración de Carreteras del Estado del Departamento de Transporte de Maryland (MDOT SHA), como patrocinador local del proyecto, han preparado un Borrador de la Declaración de Impacto Ambiental (DEIS) en función de la Ley Nacional de Política Ambiental (NEPA) para el Estudio sobre carriles controlados en la I-495 y la I-270.



## ¿Qué otras agencias participan en el estudio?

La FHWA y la MDOT SHA han llevado a cabo un extenso trabajo de divulgación con agencias federales, estatales, regionales y locales, además de las partes interesadas y el público en general, durante todo el estudio. Al inicio del estudio, se elaboró un Plan de Coordinación de Agencias. El objetivo del plan fue establecer la estructura y el cronograma para la coordinación con las agencias involucradas durante el estudio (remítase al **capítulo 7** y al **apéndice P** del DEIS para obtener más detalles).

Entre las agencias que participan activamente en el estudio se encuentran las agencias cooperantes y las agencias participantes. Las agencias cooperantes son agencias federales distintas de una agencia principal que tienen jurisdicción por ley o experiencia especial con respecto a cualquier recurso ambiental que pueda verse afectado[1]. Las agencias participantes son cualquier agencia federal, estatal, tribal, regional y local que pueda tener interés en el estudio y el proceso de revisión ambiental[2]. Al inicio del estudio, se invitó a las agencias a ser cooperantes, participantes y notificadas[3]. Hay 8 agencias cooperantes, 18 participantes y 7 notificadas en el estudio.  Remítase al **cuadro 7-1** del **capítulo 7** para obtener una lista completa de estas agencias y sus funciones.

Las agencias cooperantes para el estudio son:

---

[1] Agencia cooperante, tal como se define en Código de Reglamentos Federales (CFR) 40, 1508.5. Una agencia estatal o local con características similares o, cuando los efectos se produzcan en tierras de interés tribal, una tribu nativa estadounidense podrá, por acuerdo con las agencias principales, convertirse también en una agencia cooperante.

[2] Agencia participante tal como se define en el Código de los Estados Unidos (USC) 23, 139(d)

[3] Las agencias notificadas se han definido en este estudio como aquellas que incluyen a todas las demás agencias que puedan tener interés en el estudio o que tengan un papel que aún no se ha determinado. Estas agencias serían notificadas de los hitos del estudio al mismo tiempo que el público y esos puntos de notificación de hitos forman parte del plan de participación pública.

- Cuerpo de Ingenieros del Ejército de los Estados Unidos (USACE), Distrito de Baltimore
- Agencia de Protección Ambiental (EPA) de los Estados Unidos
- Servicio de Parques Nacionales (NPS)
- Comisión Nacional de Planificación de Capital (NCPC)

- Departamento de Medio Ambiente de Maryland (MDE)
- Departamento de Recursos Naturales de Maryland (MDNR)
- Departamento de Transporte de Virginia (VDOT)
- Comisión de Parques y Planificación de Maryland, Área de la Capital Nacional (M-NCPPC)

La FHWA y la MDOT SHA han celebrado reuniones del Grupo de Trabajo Interinstitucional, así como reuniones sobre recursos específicos con las agencias, y seguirán llevando a cabo reuniones con las agencias cooperantes, participantes y otras agencias interesadas para mantenerlas informadas y comprometidas en el proceso de revisión ambiental.

## ¿Cómo se ha involucrado al público en el estudio?

El público ha participado en cada etapa del proceso y es un componente clave del proceso de la NEPA, incluida la revisión de este DEIS. Hasta la fecha, la MDOT SHA ha involucrado ampliamente al público a través de las siguientes maneras, entre otras:

- talleres públicos de gran alcance
  - o cuatro (4) talleres de alcance público
  - o cuatro (4) talleres públicos alternativos
  - o ocho (8) talleres públicos de alternativas retenidas para su estudio detallado
- reuniones de la asociación comunitaria (21)
- reuniones de partes interesadas y grandes propietarios de tierras (85)
- presentaciones a funcionarios electos regionales, estatales y locales
- mantenimiento activo de listas de correo de funcionarios públicos y electos
- boletines de programas y estudios (3)
- correos electrónicos masivos a funcionarios públicos y electos
- divulgación dirigida a las comunidades desfavorecidas
- redes sociales
- radio
- periódicos regionales y locales
- página web del programa P3 (495-270-p3.com/)

## ¿Cómo ha afectado la pandemia de la COVID-19 al estudio?

La MDOT SHA reconoce el impacto sustancial del pedido de quedarse en casa debido a la COVID-19 en los patrones actuales de transporte en toda la región.  Entendemos que la COVID-19 está afectando a todos los habitantes de Maryland: en la forma en que trabajamos, en cómo pasamos nuestro tiempo libre y en cómo viajamos.  Si bien la prioridad número uno de la MDOT es la salud y la seguridad de los habitantes de Maryland, continuamos con nuestros esfuerzos para garantizar que se estén desarrollando mejoras en el transporte para satisfacer las necesidades de nuestro estado, no solo para hoy, sino también para los próximos 20 años y más.  Somos conscientes de la reducción del tránsito en interestatales como la I-495 y la I-270 a causa de la orden de quedarse en casa debido a la COVID-19. La MDOT SHA también reconoce la incertidumbre respecto a los niveles de tránsito posteriores al cierre y el uso del tráfico.   No existe un modelo definitivo de tránsito que prevea cómo esta pandemia mundial sin precedentes afectará a las

00005393

proyecciones futuras del tránsito y al uso del tráfico a largo plazo.  La MDOT SHA está comprometida con el seguimiento de las tendencias en el comportamiento de los viajes y el monitoreo de los volúmenes de tránsito a lo largo del tiempo a medida que las empresas y las escuelas comienzan a reabrir lentamente.   Evaluaremos y consideraremos toda la información nueva que esté disponible para garantizar que las soluciones satisfagan las necesidades de los habitantes de Maryland ahora y en el futuro.

# Borrador de la Declaración de Impacto Ambiental

## ¿Qué es el Borrador de la Declaración de Impacto Ambiental?

El Borrador de la Declaración de Impacto Ambiental (DEIS) brinda una descripción detallada del propósito y de la necesidad del estudio, las alternativas razonables, las condiciones ambientales existentes y el análisis de los efectos ambientales beneficiosos y adversos previstos y las consecuencias de las alternativas, y la posible mitigación.  El DEIS ofrece un análisis comparativo entre la alternativa de no construir y las alternativas de construcción para que los ciudadanos interesados, los funcionarios electos, las agencias gubernamentales, las empresas y otras partes interesadas puedan evaluar los posibles efectos sociales, culturales y ambientales naturales del estudio. El DEIS está respaldado por 19 informes técnicos, que se enumeran en el recuadro de texto contiguo y se adjuntan al documento.

**¿Cuáles son los informes técnicos que respaldan al DEIS?**
A. declaración de propósito y necesidad
B. informe técnico de alternativas
C. informe técnico de tránsito
D. mapeo de recursos ambientales
E. evaluación de los efectos sobre la comunidad/informe técnico de justicia ambiental
F. Evaluación de la sección 4(f) del borrador
G. informe técnico sobre recursos culturales
H. acuerdo programático de la sección 106 del borrador
I. informe técnico sobre la calidad del aire
J. informe técnico sobre análisis de ruido
K. informe técnico sobre materiales peligrosos
L. informe técnico sobre recursos naturales
M. informe sobre prevención, minimización e impacto (AMR)
N. borrador del plan de mitigación compensatoria
O. informe técnico sobre efectos indirectos y acumulativos
P. informe técnico de participación pública y coordinación de agencias
Q. plan de mitigación conceptual
R. solicitud conjunta de permiso
S. formulario de evaluación ambiental

Tras la circulación del DEIS, se elaborará una Declaración Final de Impacto Ambiental (FEIS).  Se identificará en la FEIS la alternativa preferida y se centrará en cualquier análisis y perfeccionamiento adicionales de los datos, así como en responder a las observaciones importantes recibidas sobre el borrador de la EIS. Una vez finalizado el proceso de la EIS, la agencia federal principal emite un registro de decisión (ROD) donde se identifica a la acción seleccionada como resultado del estudio después de considerar una variedad razonable de alternativas y todos los medios factibles para evitar, minimizar o mitigar los daños ambientales.

## ¿Cuál es el formato del DEIS?

El DEIS ofrece un resumen de los 19 informes técnicos y contiene diez capítulos. En los informes técnicos del estudio que se adjuntan a esta DEIS (**Apéndices A a S**) se incluye documentación detallada de las

condiciones, metodologías, evaluaciones de los efectos y mitigación conceptual existentes, cuando corresponde.

- En el **capítulo 1** se presentan el propósito y la necesidad del estudio. Este capítulo está respaldado por la *Declaración de propósito y necesidad* (**Apéndice A**).

- En el **capítulo 2** se presenta la cronología del desarrollo y el análisis de alternativas para el estudio. Incluye una descripción de las alternativas consideradas y el análisis de selección, incluida la alternativa de no construir. También describe otros elementos comunes de las alternativas de construcción, tales como, límites de perturbaciones (LOD),[4] acceso a carriles controlados, gestión de aguas pluviales, construcción y efectos a corto plazo, elementos de tráfico, consideraciones para peatones y bicicletas, peaje, viabilidad financiera y beneficios de los carriles controlados. Este capítulo está respaldado por el *Informe Técnico de Alternativas* (**Apéndice B**).

- En el **capítulo 3** se presentan las condiciones de tránsito existentes y futuras y los resultados de los análisis operativos de tránsito realizados para cada una de las alternativas de construcción. Este capítulo está respaldado por el *Informe técnico de tránsito* (**Apéndice C**).

- En el **capítulo 4** se presentan las condiciones ambientales existentes (ambiente afectado) identificadas a lo largo de los tramos del estudio, los efectos previstos en los recursos (consecuencias ambientales) y las medidas para evitar, minimizar y mitigar los posibles efectos ambientales, cuando corresponde. Este capítulo está respaldado por los **Apéndices D a R**.

- En el **capítulo 5** se presenta un resumen de la *Evaluación de la sección 4(f) del borrador*, donde se tratan los posibles efectos en los parques públicos, las áreas recreativas y las propiedades históricas importantes de conformidad con la sección 4(f) de la Ley del Departamento de Transporte de los Estados Unidos (USDOT) de 1966. Este capítulo está respaldado por la *Evaluación de la sección 4(f) del borrador* (**Apéndice F**).

- En el **capítulo 6** se presenta la Orden Ejecutiva 13807: *Establecimiento de disciplina y responsabilidad en el proceso de revisión ambiental y permisos para proyectos de infraestructura*[5] que requiere que las agencias federales procesen las revisiones ambientales y las decisiones de autorización para grandes proyectos de infraestructura como «una decisión federal».

- En el **capítulo 7** se presenta un resumen de la divulgación pública y la coordinación de agencias para el Estudio que se ha realizado hasta la fecha. Este capítulo está respaldado por el *Informe técnico sobre la participación del público y la coordinación de las agencias* (**Apéndice P**) y otros apéndices específicos de recursos.

- En los **capítulos 8 y 9** se presenta la lista de preparadores del DEIS y la lista de distribución de agencias, organizaciones y personas a las que se puso a disposición el DEIS para su examen y observación.

- En el **capítulo 10** se presentan las referencias del DEIS.

---

[4] Los límites de perturbaciones son el límite propuesto dentro del cual se producirían todas las actividades de construcción, acondicionamiento, almacenamiento de materiales, nivelación, limpieza, control de la erosión y los sedimentos, paisajismo, drenaje, gestión de las aguas pluviales, sustitución/construcción de barreras acústicas y actividades relacionadas.

[5] https://www.whitehouse.gov/presidential-actions/presidential-executive-order-establishing-discipline-accountability-environmental-review-permitting-process-infrastructure/

00005395

## ¿Cuáles son algunos términos comunes utilizados en el DEIS?

- Los **tramos del estudio**, tal como se definen en el marco del estudio, abarcan la I-495 desde el sur de la George Washington Memorial Parkway en el condado de Fairfax (Virginia), incluido el puente de la Legión Americana que cruza el río Potomac, hasta el oeste de la MD 5 en el condado de Prince George, Maryland; y la I-270 desde la I-495 hasta la I-370 en el condado de Montgomery, incluidos los ramales este y oeste de la I-270 al norte de la I-495. (Remítase al **capítulo 1** para obtener más detalles).

- El **límite del estudio de tramos** se delimitó como 48 millas de largo y aproximadamente 300 pies a ambos lados de la línea central de la I-495 e I-270. Se utilizó para definir el área de recopilación de datos a fin de reunir información sobre las condiciones ambientales existentes. El límite del estudio de tramos se utilizó en las investigaciones de los recursos ambientales de Recursos Naturales, resumidas en las **secciones 4.11 a 4.20 del capítulo 4**, y parques y recursos en la sección 4(f) resumidos en la **sección 4.4 y el capítulo 5**.

- Los **límites de perturbaciones (LOD)** se definieron para cada alternativa de construcción como el límite propuesto dentro del cual se producirían todas las actividades de construcción, acondicionamiento, almacenamiento de materiales, nivelación, limpieza, control de la erosión y los sedimentos, paisajismo, drenaje, gestión de las aguas pluviales (SWM), sustitución/construcción de barreras acústicas y actividades relacionadas. (remítase al **capítulo 2, sección 2.7.4**).

## ¿Cuáles son las maneras de formular observaciones sobre el DEIS y el documento borrador de la sección 4(f)?

La FHWA y la MDOT SHA invitan a funcionarios electos, gobiernos estatales y locales, otras agencias federales, gobiernos tribales nativos estadounidenses, organizaciones y miembros del público interesados a aportar comentarios sobre el DEIS y la Evaluación de la sección 4(f) del borrador. Se pueden consultar y descargar el DEIS del estudio y los informes técnicos desde el sitio web del proyecto en: https://495-270-p3.com/DEIS/

El período de comentarios públicos abre el 10 de julio de 2020 y continuará hasta el 8 de octubre de 2020. _Los comentarios escritos y orales se tendrán en cuenta de la misma manera_; la FHWA revisará todos ellos, los tendrá en cuenta y responderá a todas las observaciones importantes recibidas o que lleven un sello postal anterior a esa fecha en la preparación del FEIS. Los comentarios que se reciban o que lleven el sello postal después de esa fecha se examinarán y tendrán en cuenta en la medida de lo posible. Se llevará a cabo una serie de audiencias públicas virtuales y presenciales al menos 30 días después del aviso de disponibilidad. Remítase a https://495-270-p3.com/DEIS/ para obtener la información más reciente sobre las fechas y los sitios de las audiencias públicas.

Se pueden hacer comentarios sobre el DEIS mediante:

- testimonio oral en una de las audiencias públicas en la sala de audiencias principal
- testimonio oral ante un portavoz del tribunal en una audiencia pública hecha en privado en una sala separada
- formulario de comentarios del DEIS en https://495-270-p3.com/DEIS/
- correos electrónicos a MLS-NEPA-P3@mdot.maryland.gov
- comentarios escritos sobre un formulario de comentario en una audiencia pública

- cartas a Lisa B. Choplin, el Instituto de Diseño y Construcción de los Estados Unidos (DBIA), el director del programa P3 I-495 e I-270, la oficina del P3 I-495 e I-270, 707 North Calvert Street, correspondencia P-601, Baltimore MD 21202

## ¿Cuál es el propósito y la necesidad del estudio?

El propósito y la necesidad del estudio se elaboraron mediante un proceso amplio que incluyó el análisis de estudios anteriores, un examen de los planes regionales existentes y un análisis de las condiciones ambientales y socioeconómicas de la región. En el **apéndice A** figura la declaración completa del propósito y la necesidad que acordaron las agencias cooperantes[6] en noviembre de 2018.

El propósito del estudio es desarrollar soluciones de gestión de la demanda de viajes que aborden la congestión, mejore la confiabilidad de los viajes en la I-495 y laI-270 dentro de los límites del estudio, y mejoren la movilidad y la conectividad multimodal existente y prevista.

Las necesidades del estudio son:
- ajustar el tránsito existente y el crecimiento del tránsito a largo plazo
- mejorar la confiabilidad de los viajes
- brindar opciones adicionales de viaje en calzadas
- ajustar la seguridad nacional
- mejorar la circulación de bienes y servicios

Además de las necesidades, se identificaron dos metas para el estudio: (1) el uso de enfoques alternativos de financiación para la viabilidad financiera y (2) la responsabilidad ambiental. Remítase al **capítulo 1** y al **Apéndice A** para obtener información adicional sobre el propósito y la necesidad del estudio.

# Alternativas consideradas

## ¿Cuál es el proceso para examinar las alternativas consideradas?

El desarrollo y el análisis de las alternativas pueden describirse mediante un proceso de cinco pasos que reduce el espectro preliminar de alternativas en consideración a la alternativa preferida (remítase a la **figura ES- 2**). Los primeros cuatro pasos se presentan en este DEIS y el último paso se documentará en el FEIS. Este proceso se llevó a cabo en colaboración con las agencias asociadas e incluyó una revisión pública. A través de una serie de pasos analíticos, así como de la revisión realizada por las agencias y el público, estas alternativas preliminares se redujeron a las alternativas seleccionadas y luego a las alternativas retenidas para su estudio detallado (ARDS) (remítase al **capítulo 2**). En general, en la NEPA, el término ARDS se refiere únicamente a aquellas alternativas retenidas para su estudio detallado; sin embargo, en este DEIS se estudiaron en detalle alternativas adicionales y se presentan los datos sustanciales analizados. Las alternativas que se estudiaron en detalle, que cumplieron con el propósito y la necesidad y que se consideraron razonables se denominan alternativas de construcción. A medida que aumentó el nivel de detalle de diseño y análisis, disminuyó el número de alternativas consideradas.

---

[6] La NCPC solo estuvo de acuerdo con el propósito y la necesidad; la NCPC de Maryland (M-NCPPC) no estuvo de acuerdo con el propósito y la necesidad.

00005397

**Figura ES- 2: Proceso de selección de alternativas**



## ¿Cuál fue la gama preliminar de alternativas consideradas?

Se identificó una gama de 15 alternativas preliminares basadas en estudios y documentos de planificación anteriores y pertinentes, y los aportes recibidos durante el proceso de análisis de la NEPA por parte del público y de las agencias reguladoras federales, estatales y locales. La gama preliminar de alternativas incluía:

- Alternativa 1: no construir
- Alternativa 2: gestión de sistemas de transporte/gestión de la demanda de transporte (TSM/TDM)
- Alternativa 3: agregar un carril de uso general (GP)
- Alternativa 4: agregar un carril para HOV en ambas direcciones en la I-495 y mantener el carril HOV existente en ambas direcciones en la I-270
- Alternativa 5: agregar una red de carriles controlados pagos[7] en ambas direcciones en la I-495 y convertir un carril para HOV existente en ambas direcciones en un carril controlado pago en la I-270
- Alternativa 6: agregar dos carriles de GP en ambas direcciones en la I-495 e I-270
- Alternativa 7: agregar dos carriles para HOV en ambas direcciones en la I-495, conservar un carril para HOV existente y agregar un carril para HOV en ambas direcciones en la I-270
- Alternativa 8: agregar dos carriles controlados pagos en ambas direcciones en la I-495, agregar un carril controlado pago en ambas direcciones y conservar un carril para HOV existente en ambas direcciones en la I-270
- Alternativa 9: agregar dos carriles controlados pagos en ambas direcciones en la I-495, convertir un carril para HOV existente en un carril controlado pago y agregar un carril controlado pago en ambas direcciones en la I-270

---

[7] Sobre la base de los aportes del público y de las agencias, la MDOT SHA definió los carriles controlados pagos como carriles de peaje de alta ocupación (HOT) o carriles de peaje exprés (ETL) y las descripciones de las alternativas se modificaron conforme a ello.

00005398

- Alternativa 10: agregar dos carriles controlados pagos en ambas direcciones en la I-495 y la I-270 y conservar un carril para HOV existente en ambas direcciones en la I-270 solamente
- Alternativa 11: separar físicamente el tránsito mediante carriles C-D agregando dos carriles de GP en ambas direcciones en la I-495
- Alternativa 12A: convertir el carril de GP existente de la I-495 en un carril de flujo contrario durante los períodos pico
- Alternativa 12B: convertir el carril para HOV existente de la I-270 en un carril de flujo contrario durante los períodos pico
- Alternativa 13A: agregar dos carriles controlados reversibles y pagos en la I-495
- Alternativa 13B: convertir los carriles para HOV existentes en dos carriles controlados reversibles y pagos en la I-270
- Alternativa 13C: agregar dos carriles controlados reversibles y pagos y conservar un carril para HOV existente en ambas direcciones en la I-270
- Alternativa 14A: tráfico ferroviario[8] pesado
- Alternativa 14B: tráfico ferroviario ligero[9]
- Alternativa 14C: guía fija de tránsito rápido de autobuses (BRT)[10] fuera de la alineación de la calzada existente.
- Alternativa 15: agregar un carril exclusivo para autobuses en la I-495 y la I-270

El análisis de la gama preliminar de alternativas se completó aplicando criterios de selección a cada alternativa relacionada con el propósito y la necesidad del estudio, remítase al **capítulo 2**, **sección 2.5**. Se realizó una evaluación cualitativa de estos criterios mediante información fácilmente disponible (datos disponibles de fuentes existentes). En esta etapa del proceso solo se dejó de considerar una alternativa si la información disponible demostraba claramente que no cumplía con el propósito y la necesidad del estudio. Las alternativas seleccionadas se identificaron como aquellas que cumplían los criterios de selección o requerían un análisis adicional para determinar su capacidad para cumplir con el propósito y la necesidad. La selección inicial de alternativas se documentó en el *Informe técnico de Alternativas* (**Apéndice B**). Remítase al **capítulo 2, sección 2.4** para obtener más detalles sobre las alternativas preliminares.

## ¿Cuáles fueron las alternativas seleccionadas que se consideraron?

Las alternativas seleccionadas se presentaron al público a través del sitio web del programa mediante documentación escrita y un video en febrero de 2019 e incluyeron:

- Alternativa 1: no construir. Aunque esta alternativa no cumple con el propósito y la necesidad del estudio, en consonancia con los requisitos de la NEPA, se llevó adelante para una evaluación más detallada que sirviera de base para comparar las otras alternativas.

---

[8] El transporte ferroviario pesado es un modo de servicio de tráfico (también llamado subterráneo, metro, tráfico rápido o ferrocarril rápido) que funciona en un ferrocarril eléctrico con capacidad para un gran volumen de tránsito. Se caracteriza por la alta velocidad y la rápida aceleración de los vagones de pasajeros que funcionan individualmente o en trenes de varios vagones sobre rieles fijos.
[9] El transporte ferroviario ligero es un modo de servicio de tráfico (también llamado tranvía o trolebús) que funciona con vagones de pasajeros individualmente (o en trenes cortos) sobre rieles fijos. Los vehículos ferroviarios ligeros suelen ser conducidos eléctricamente, con la energía extraída de una línea eléctrica aérea a través de un trolebús o un pantógrafo y conducida por un operario a bordo del vehículo.
[10] El tráfico rápido de autobuses es un sistema de tráfico de alta calidad basado en autobuses que ofrece un servicio rápido y eficiente que puede incluir carriles exclusivos, carriles para autobuses, prioridad en las señales de tránsito, recaudación de tarifas a bordo, plataformas elevadas y estaciones mejoradas.

00005399

- Alternativa 5: una red de carriles controlados de HOT.
- Alternativa 8: red de dos carriles controlados de ETL en la I-495, y una red de carriles de ETL y una red de HOV en la I-270.
- Alternativa 9: red de dos carriles controlados de HOT.
- Alternativa 10: red de dos carriles controlados de ETL en la I-495 e I-270 y conservar un carril de HOV en la I-270 únicamente.
- Alternativa 13B: red de dos carriles controlados de HOT en la I-495 y dos carriles controlados reversibles de HOT en la I-270.
- Alternativa 13C: red de dos carriles controlados de ETL en la I-495 y dos carriles controlados reversibles de ETL en la I-270, y conservar un carril de HOV en la I-270 únicamente.

Se completaron análisis adicionales de ingeniería, de tránsito, financieros y ambientales, que se utilizaron para determinar la razonabilidad de las alternativas seleccionadas que se llevarán a cabo como las ARDS. Las alternativas retenidas para su estudio detallado (SDRA) recomendadas incluyeron todas las alternativas seleccionadas y fueron presentadas en los talleres públicos de primavera de 2019. Después de estos talleres, se analizaron más a fondo las ARDS recomendadas, y se dejó de considerar la alternativa 5.

## ¿Por qué se dejó de considerar la alternativa 5?

Se identificó la alternativa 5 como una alternativa seleccionada y se consideró la posibilidad de agregar un carril controlado pago en ambas direcciones en la I-495 y convertir un carril del HOV existente en ambas direcciones en un carril controlado pago en la I-270. En respuesta a los comentarios de las agencias y a los aportes del público, la MDOT SHA y la FHWA evaluaron más a fondo el análisis detallado de la alternativa 5 y descubrieron que sería la peor de las alternativas seleccionadas para la mayoría de los parámetros utilizados para evaluar el tránsito existente y el crecimiento de este a largo plazo y la confiabilidad del viaje, y que sería la peor de las alternativas examinadas en cuanto a demora en todo el sistema, tiempo de viaje en el tramo, la densidad/el nivel de servicio[11] y el tiempo de viaje (carriles de uso general). Además, la alternativa 5 no cumplía el objetivo de viabilidad financiera, ya que para su realización se necesitaría un importante subsidio público. Sobre la base de los resultados del análisis financiero y las deficiencias para abordar el tránsito existente, el crecimiento de este a largo plazo y la fiabilidad de los viajes, la FHWA y la MDOT SHA determinaron que la alternativa 5 no era razonable ya que no cumplía con el propósito y la necesidad del estudio, y no se llevó a cabo como una ARDS para el estudio. Sin embargo, para facilitar las decisiones de las agencias cooperantes sobre sus acciones y para ser transparentes, la alternativa 5 se incluye en la comparación de impactos en los **capítulos 3** y **4** de este DEIS. Los resultados de la selección de alternativas y la justificación de la identificación de las ARDS se resumen en el **capítulo 2, secciones 2.5** y **2.6**, y se documentan en el *Informe Técnico de Alternativas* (**apéndice B**).

## ¿Qué otras alternativas se han considerado?

### Alternativa de desvío MD 200

Después de los talleres públicos de la primavera de 2019 y de las reuniones de las agencias, varias agencias cooperantes y participantes solicitaron que la MDOT SHA evaluara una alternativa (la alternativa de desvío MD 200) que brindara una ruta alternativa para que los viajeros utilizaran la MD 200 (conector entre condados) en lugar de la parte superior de la I-495 entre la I-270 y la I-95 para evitar o reducir los impactos sobre los recursos regulados importantes y las reubicaciones residenciales.

---

[11] El nivel de servicio (LOS) es una calificación en letra asignada a un tramo de calzada que mide la calidad del flujo de tránsito, que va desde el LOS A hasta LOS F.

00005400

A corto plazo, la premisa de esta alternativa tiene mérito debido a la capacidad actualmente disponible en la MD 200, una instalación de la Autoridad de Transporte de Maryland (MDTA). Por ello, la MDOT SHA está trabajando con la MDTA para fomentar el tránsito desde puntos situados al norte de la I-95 con destino al puente de la Legión Americana o más adelante (y en sentido inverso) a utilizar la MD 200 para aprovechar la capacidad sobrante a corto plazo y posiblemente ofrecer cierto alivio a la parte superior de la I-495. En un intento por desviar parte de este tránsito, la MDOT SHA ha propuesto a la MDTA que provea tiempos de viaje para la I-495 y la MD 200 mediante el uso de los carteles de mensajes dinámicos existentes. Si los tiempos de viaje indican que el este es más corto en la MD 200 y el peaje es conveniente para los viajeros, entonces ellos pueden optar por desviar hacia la MD 200.

Sin embargo, al abordar el propósito y la necesidad del estudio, la alternativa de desvío MD 200 también debe tener en cuenta el crecimiento del tránsito *a largo plazo*, mejorar la fiabilidad de los viajes y mejorar el transporte de bienes y servicios. En el año de diseño 2040, los resultados del análisis de tránsito indicaron que la alternativa de desvío MD 200 tendría un peor desempeño que la mayoría de las alternativas seleccionadas en muchos de los parámetros utilizados para evaluar lo razonable de las alternativas. La alternativa de desvío MD 200 no abordaría el propósito y la necesidad del estudio de tener en cuenta el crecimiento del tránsito a largo plazo, mejorar la fiabilidad de los viajes o mejorar el transporte de bienes y servicios. En la **sección 2.5.3.b del capítulo 2** se incluye un resumen del análisis de la alternativa de desvío MD 200 y se documenta en el *Informe Técnico de Alternativas* (**Apéndice B**).

### Alternativa 9 modificada (9M)
La MDOT SHA y la FHWA evaluaron una alternativa adicional después de identificar las ARDS denominada alternativa 9 modificada (alternativa 9M) en respuesta a los comentarios públicos y de las agencias sobre las ARDS. La alternativa 9M consistiría en una combinación de la alternativa 5 y la alternativa 9 en un esfuerzo por evitar o reducir los impactos en los recursos ambientales y las reubicaciones de propiedades sensibles en la parte superior de la I-495 (ramal oeste de la I-270 e I-95). El análisis se completó para determinar si esta alternativa, que incluye una reducción de carriles en la parte superior de la I-495, cumpliría suficientemente con el propósito y la necesidad del estudio. En general, la alternativa 9M sería una combinación de estas dos alternativas seleccionadas con la diferencia principal de que en la parte superior de la I-495 entre el ramal oeste de la I-270 y la I-95 se agregaría un carril de HOT en lugar de dos carriles de HOT en ambas direcciones.

La alternativa 9M se evaluó con el mismo nivel de detalle que las alternativas seleccionadas y se descubrió que cumple con el propósito y la necesidad del estudio, por lo que se incluye como una alternativa razonable en este DEIS. En el **capítulo 2, sección 2.6.4** se incluye un resumen del análisis de la alternativa 9 modificada y se documenta en el **Apéndice B** del *Informe Técnico de Alternativas* (**Apéndice B**).

## ¿Cuáles son las alternativas retenidas y analizadas en el DEIS?
Se consideraron análisis preliminares de ingeniería junto con análisis adicionales de tránsito, financieros y ambientales para determinar la razonabilidad de las alternativas seleccionadas a llevarse a cabo como ARDS. En este DEIS se presentan el análisis adicional y la comparación de impactos entre las ARDS, en adelante denominadas como **alternativas de construcción**, y la alternativa de no construir. Las alternativas retenidas y analizadas en el DEIS se resumen en el **cuadro ES- 1**. Remítase al **capítulo 2** para un ver una discusión adicional sobre el desarrollo de las alternativas para este estudio.

00005401

**Cuadro ES- 1: Alternativas retenidas y analizadas en el DEIS**

| Alternativa | Descripción |
|---|---|
| Alternativa 1 | No construir |
| Alternativa 8 | Red de 2 carriles controlados de ETL en la I-495 y 1 carril controlado de HOV y 1 de ETL en la I-270 |
| Alternativa 9 | Red de 2 carriles controlados de HOT tanto en la I-495 como en la I-270 |
| Alternativa 9 modificada (9M) | Red de 2 carriles controlados de HOT en los lados oeste y este de la I-495 y en la I-270; 1 carril controlado de HOT en la parte superior de la I-495 |
| Alternativa 10 | Red de 2 carriles controlados de ETL en la I-495 e I-270 más 1 carril controlado de HOV en la I-270 solamente |
| Alternativa 13B | Red de 2 carriles controlados de HOT en la I-495; red de carriles controlados reversibles de HOT en la I-270 |
| Alternativa 13C | Red de 2 carriles controlados de ETL en la I-495, red de carriles controlados reversibles y 1 carril controlado de HOV en la I-270 |

La alternativa de no construir no cumple con el propósito y la necesidad del estudio, pero se conservó para su comparación con las otras alternativas. Los resultados de la selección de alternativas y la razón para la identificación de las alternativas retenidas y analizadas en el DEIS se resumen en el **capítulo 2, sección 2.5** y se documentan en el *Informe Técnico de Alternativas* (**Apéndice B**).

## ¿Qué componentes de tráfico se incluyen en las alternativas de construcción?

Si bien se determinó que las alternativas de tránsito independientes no cumplen con el propósito y la necesidad del estudio, cada alternativa de construcción incluye los siguientes elementos de tráfico en consonancia con el propósito del proyecto de mejorar la movilidad y la conectividad multimodal existente y prevista:

- permitir el uso gratuito de autobuses en los carriles controlados para brindar un aumento en la velocidad de viaje, la seguridad de un viaje confiable y la conexión con el servicio/sistema local de autobuses en arterias que se conectan directamente con centros de actividad y económicos.

- adaptar las conexiones directas e indirectas con las estaciones de tránsito existentes y el desarrollo orientado al tránsito planeado en el metro de Silver Spring/ los Viajeros regionales del área de Maryland (MARC) (US 29), el metro de Shady Grove (I-370), el metro de Twinbrook (Wootton Parkway), el Centro de Tránsito del Centro Comercial Montgomery (Westlake Terrace), el metro del Centro Médico (MD 187 y MD 185), el MARC de Kensington (MD 185), el metro de Greenbelt/MARC (Cherrywood Lane), el metro de New Carrollton/MARC/Amtrak (US 50), el metro del Centro de Largo Town (MD 202 y MD 214), y el metro de Branch Avenue (MD 5).

Estos elementos también están siendo considerados por el *Grupo de trabajo de tránsito*, en el que participan representantes de las jurisdicciones de tráfico y planificación que se vieron afectadas directa e indirectamente por el programa P3, incluidos los condados de Montgomery, Prince George, Frederick, Howard, Anne Arundel y Charles, así como el autobús de transporte público de la Administración de Transporte de Maryland (MTA) del MDOT, MARC y la Autoridad de Tránsito del Área Metropolitana de Washington (WMATA), la oficina de planificación y programación de capital del secretario del MDOT, la MDOT SHA, la FHWA, la Administración Federal de Tránsito (FTA) y el Consejo de Gobiernos del Área Metropolitana de Washington (MWCOG). Iniciado en mayo de 2019, el Grupo de trabajo de tránsito se reunió ocho veces para brindar información sobre los servicios de tránsito existentes y ayudar a identificar

00005402

Borrador de la Declaración de Impacto Ambiental

oportunidades viables para que el tránsito utilice los carriles controlados (remítase al **capítulo 2, sección 2.7.6**).

El *Informe de Coordinación del Servicio de Tránsito* se puso a disposición del público en junio de 2020 en el sitio web del Programa P3 (https://495-270-p3.com/transit-benefits/) y se está utilizando para informar a los condados afectados y a los proveedores de servicios de tránsito sobre las importantes oportunidades de tránsito que ofrecen los carriles controlados, como las estrategias para maximizar los beneficios de la fiabilidad y la velocidad; proporcionar una base para la evaluación y el establecimiento de prioridades de las futuras necesidades de capital y de funcionamiento en la zona de servicios; e iniciar debates sobre las formas de incorporar los servicios de tránsito regionales en el Programa P3.

### ¿La sustitución del puente de la Legión Americana es parte del Estudio sobre carriles controlados?

Sí, todas las alternativas de construcción incluyen el reemplazo completo del puente de la Legión Americana por un nuevo puente más ancho (no el ensanchamiento del puente existente). El puente existente tiene casi 60 años de antigüedad y eventualmente tendría que reemplazarse durante las próximas décadas, independientemente de este estudio. El nuevo puente se construirá por etapas para mantener el mismo número de carriles existentes en todo momento, por lo que el nuevo puente se reemplazará en la misma ubicación existente.

### ¿Cómo se han considerado los comentarios públicos sobre las alternativas?

Hasta la fecha, se ha alentado al público y a las partes interesadas a que comenten sobre el alcance del estudio, el propósito y la necesidad, la variedad de alternativas, la selección inicial de alternativas, las medidas de prevención y minimización del medio ambiente y los bienes, y las posibles medidas de mitigación. A través del proceso de participación pública, la MDOT SHA ha examinado detenidamente los comentarios recibidos e incorporado ciertos elementos en el estudio, entre otros: la eliminación de los carriles existentes de recolección y distribución en la I-270 para reducir al mínimo las necesidades de derecho de paso a lo largo de la I-270; el compromiso de crear un sendero peatonal a lo largo del nuevo puente de la Legión Americana; la eliminación o creación de lugares de acceso directo a ciertos carriles controlados; la eliminación de la reubicación del arroyo Rock Creek para reducir al mínimo los impactos en este importante recurso; el compromiso de sustituir todas las barreras acústicas existentes; y la incorporación de ciertos elementos de tránsito, al tiempo que se sigue coordinando con los proveedores de tránsito locales para ofrecer oportunidades adicionales de adaptar la conectividad y la movilidad multimodal existente y prevista. Para abordar los comentarios recibidos del público y de las agencias sobre las alternativas retenidas recomendadas para su estudio detallado (ARDS) y para evitar o minimizar los impactos ambientales y comunitarios a lo largo de la parte superior de la I-495, la MDOT SHA analizó alternativas adicionales, incluida la alternativa de desvío MD 200 (ICC) y la alternativa 9 modificada. Los resultados de estos análisis pueden encontrarse en los **capítulos 2, 3 y 4**, así como la *Evaluación de la sección 4(f) del borrador* en el **Apéndice F**.

## Peaje

### ¿Por qué los nuevos carriles necesitan peaje y por qué el Estado necesita un desarrollador para construirlos?

El Estado de Maryland no tiene los fondos para construir mejoras de esta magnitud con un costo estimado de aproximadamente $ 8 a $ 10 000 millones. Además, incluso si se pagan los préstamos mediante los peajes, el Estado no tiene suficiente capacidad de fianza para pedir préstamos para pagar las mejoras. Por

00005403

lo tanto, el Estado seleccionará a un desarrollador a través de un proceso competitivo y establecerá un acuerdo P3 por el cual el desarrollador diseñará, construirá, financiará, administrará y mantendrá los carriles controlados durante un plazo mediante los ingresos del peaje. La MDOT SHA continuaría siendo propietaria de todos los carriles en la I-495 e I-270 y garantizará que la carretera cumpla con su función de transporte prevista.

## ¿Cómo funcionarán los carriles controlados con peaje?

Todas las alternativas de construcción incluyen peaje dinámico para los carriles controlados (HOT o ETL) durante todo el estudio. Las tarifas de peaje se ajustarán dinámicamente dentro del rango aprobado y pueden cambiar en respuesta a las variaciones en tiempo real de las condiciones de tránsito cada 5 a 15 minutos. Los peajes se cobrarán electrónicamente a la velocidad de la carretera, sin puestos ni cabinas de peaje, ni pagos en efectivo. Mediante este enfoque, se gestionará el flujo de tránsito, se reducirá la congestión y se mantendrá una velocidad mínima de funcionamiento media de 45 mph en los carriles controlados.

## ¿Cómo se establecerán las tarifas de peaje?

Los rangos de las tarifas de peaje se fijarán según el proceso descrito en el Código de Regulaciones de Maryland (COMAR) 11.07.05: aviso público de las revisiones de los horarios de peaje, incluido el aporte del público. En general, se desarrollará un rango recomendado de tarifas de peaje para gestionar el tránsito y garantizar que las instalaciones puedan cumplir los requisitos necesarios de funcionamiento del tránsito. El rango de tarifas de peaje incluirá un límite máximo por milla. El rango recomendado de tarifas de peaje se presentará a los miembros de la Junta de la MDTA para su revisión. Se llevarán a cabo audiencias públicas y un período mínimo de 60 días para que el público aporte comentarios a fin de que tenga la oportunidad de brindar observaciones sobre el rango de tarifas de peaje. Los comentarios del público se resumirán para los miembros de la Junta de la MDTA (incluidas las revisiones propuestas, si es necesario) y esta votará sobre el rango de tarifas de peaje. Una vez abiertos los carriles controlados, las tarifas de peaje se ajustarán dinámicamente dentro del rango de tarifas de peaje aprobado por la MDTA para garantizar que se cumplan los requisitos de rendimiento de tránsito y de los carriles.

## ¿Cuáles pueden ser las tarifas de peaje?

El estudio de planificación y el DEIS no recomiendan los rangos de tarifas de peaje finales propuestos para los carriles controlados; sin embargo, las posibles tarifas de peaje se estimaron para cumplir los objetivos del estudio (gestionar la demanda de tránsito y la congestión en la I-270 y la I-495, y garantizar unas 45 mph en carriles controlados) y para determinar si las alternativas de construcción serían viables a nivel financiero. Por lo tanto, solo con fines de planificación, las tarifas de peaje promedio estimadas por milla en días de semana (en $ en 2020) en todos los períodos para los automóviles de pasajeros que utilizan un transpondedor E-ZPass para el año de apertura estimado (2025) fueron: $ 0.70/milla para la alternativa 8; $ 0.69/milla para la alternativa 9; $ 0.77 para la alternativa 9M; $ 0.68/milla para la alternativa 10; $ 0.73/milla para la alternativa 13B; y $ 0.71/milla para la alternativa 13C. En última instancia, los rangos de tarifas de peaje serán establecidos por la junta de la MDTA después de la revisión y los comentarios del público. No se prevé que los impactos ambientales y comunitarios descritos en este DEIS sean sustancialmente diferentes una vez que se apruebe el rango final de tarifas de peaje porque el proceso de modelado para estimar las posibles tarifas de peaje a nivel de planificación es similar al proceso de modelado para respaldar el análisis de las tarifas de peaje que se presentarán a la MDTA para que la Junta las analice.

00005404

Borrador de la Declaración de Impacto Ambiental

# Transporte y tránsito

## ¿Qué es un carril controlado?

Las instalaciones de carreteras utilizan estrategias, como las restricciones de uso de carriles o la fijación de precios por congestión, para optimizar la cantidad de vehículos que pueden circular por la carretera a fin de mantener una velocidad de flujo libre. Los carriles controlados están diseñados para funcionar a un nivel aceptable de servicio incluso cuando los carriles adyacentes de uso general están congestionados. Los carriles controlados ofrecen a los conductores una opción más fiable para llegar a su destino, ya que se gestionan para controlar la cantidad de vehículos que utilizan el carril a fin de mantenerlos en circulación. Los carriles controlados pueden incluir, entre otros: carriles de HOV, carriles de HOT, ETL, y carriles exclusivos para autobuses.

## ¿Qué análisis de tránsito se realizó para el estudio?

Se realizaron análisis operativos detallados de tránsito para cada una de las alternativas de construcción a fin de evaluar su capacidad para cumplir con el propósito y la necesidad del estudio en el año de diseño 2040. La metodología de evaluación incluyó un proceso de tres etapas. En primer lugar, se elaboró un modelo regional de previsión para cada una de las alternativas de construcción utilizando el modelo de demanda de viajes del Consejo de Gobiernos del área metropolitana de Washington (modelo del Consejo de Gobiernos del área metropolitana de Washington [MWCOG]), que es el modelo habitualmente utilizado por la MDOT SHA y otras agencias de transporte para evaluar los proyectos en la zona metropolitana de Washington D. C. Se utilizó la versión 2.3.71 del modelo del MWCOG, que fue la última versión disponible cuando se inició el análisis. A continuación, se utilizaron los resultados del modelo del MWCOG para elaborar proyecciones equilibradas del volumen de tránsito para el año de diseño 2040 para cada segmento de la calzada y la circulación en las rampas dentro de los límites del estudio para cada alternativa de construcción durante los períodos pico. Finalmente, se desarrollaron modelos de simulación de tránsito para cada una de las alternativas de construcción utilizando el software VISSIM para determinar el rendimiento operativo proyectado de varios parámetros claves durante el período pico matutino (6.00 a. m. a 10.00 a. m.) y el período pico de la tarde (3.00 p. m. a 7.00 p. m.).

## ¿Cuáles son los resultados de los análisis operativos de tránsito?

La evaluación operativa del tránsito del año de diseño 2040 para cada alternativa se resume a continuación y se presenta en el **capítulo 3** de este DEIS.

- La **alternativa 1 (no construir)** no abordó ninguna de las cuestiones operacionales experimentadas en las condiciones existentes, y no logró hacer frente al crecimiento del tránsito a largo plazo, lo que da lugar a velocidades de viaje lentas, retrasos, tiempos de viaje largos y una red poco fiable.

- Se determinó que la **alternativa 5** no era razonable, ya que no cumple con el propósito y la necesidad del estudio debido a las deficiencias para abordar el tránsito existente y su crecimiento a largo plazo y la fiabilidad de los viajes. Sin embargo, los resultados de la alternativa 5 se han incluido en este DEIS únicamente con fines de comparación. Remítase al *Informe Técnico de Alternativas* (**Apéndice B**) para obtener más información.

- **Las alternativas 8, 13B** y **13C** superaron a la alternativa de no construir en cada parámetro. Sin embargo, estas alternativas no quedaron en primer lugar en ninguno de los parámetros operacionales estudiados y, por lo tanto, solo se espera que brinden beneficios moderados.

00005405

- La **alternativa 9M** no se incluyó originalmente como alternativa de construcción, pero se ha evaluado con el mismo nivel de detalle. Esta alternativa se estudió como una combinación de las alternativas 5 y 9. Remítase al **capítulo 2, sección 2.6.4** y al *Informe Técnico de Alternativas* (**apéndice B**) para obtener más información. La alternativa 9M superó a la alternativa 1 en todos los parámetros, pero no quedó en primer lugar en ninguno de los parámetros operacionales estudiados, de manera similar a las alternativas 8, 13B y 13C.

- Las **alternativas 9 y 10** funcionaron correctamente de manera regular en todos los parámetros operacionales estudiados, y ambas ocuparon el primer lugar en tres de los seis parámetros claves. La alternativa 9 mostró los mejores resultados en términos de velocidad promedio, LOS, y efecto en la red local. La alternativa 10 fue la mejor opción en términos de retraso, índice de tiempo de viaje y rendimiento. Se espera que estas dos alternativas brinden los mejores beneficios operacionales para el área de Estudio sobre carriles controlados en la I-495 y la I-270 y la red de transporte circundante. Remítase al **capítulo 3** y al **apéndice C** para obtener información detallada.

## Recursos ambientales, consecuencias y mitigación

### ¿Qué recursos ambientales se tuvieron en cuenta en el análisis documentado en el DEIS y en los informes técnicos de respaldo?

El **capítulo 4** del DEIS presenta las condiciones ambientales existentes (medio ambiente afectado) identificadas a lo largo de los tramos de estudio, los efectos previstos sobre los recursos (consecuencias ambientales) y las medidas para evitar, minimizar y mitigar efectos inevitables sobre esos recursos. Las oportunidades adicionales para evitar y minimizar los efectos se considerarán y documentarán en el FEIS. Los recursos y temas ambientales analizados fueron:

1. uso del suelo y distribución de zonas
2. demografía
3. comunidades e instalaciones comunitarias
4. parques e instalaciones recreativas
5. adquisiciones y reubicaciones de propiedades
6. recursos visuales y estéticos
7. recursos históricos, arquitectónicos y arqueológicos
8. calidad del aire
9. ruido
10. materiales peligrosos
11. topografía, geología y suelos
12. aguas de los Estados Unidos y aguas del Estado, incluidos los pantanos
13. calidad del agua de la superficie y de cuencas
14. hidrología de aguas subterráneas
15. terrenos inundables
16. vegetación y hábitat terrestre
17. vida silvestre terrestre
18. biota acuática
19. especies raras, vulnerables y en peligro de extinción
20. áreas únicas y sensibles
21. justicia ambiental y cumplimiento del Título VI
22. efectos indirectos y acumulativos
23. consecuencias de la construcción
24. compromiso de recursos

00005406

### ¿Cuáles son los efectos de las alternativas de construcción sobre los recursos ambientales?

Las consecuencias ambientales que se presentan en el **capítulo 4** se describen en función de las alternativas de construcción y las de no construir. Debido a que las alternativas de construcción ampliarían o reconfigurarían las carreteras existentes, en un entorno construido restringido, y debido a que los requisitos de ingeniería son similares entre todas las alternativas de construcción, se prevé que el alcance total de los impactos sea muy similar. En esta etapa del diseño, se supone que los impactos cuantificados presentados son efectos permanentes o a largo plazo en el DEIS (remítase a los **cuadros ES- 2** y **4-1**). A medida que el diseño avance sobre una alternativa preferida, los efectos a largo plazo se irán refinando, y los efectos específicos a corto plazo relacionados con la construcción se separarán, cuantificarán y documentarán en el FEIS. Los efectos previstos de construcción se discuten cualitativamente a lo largo del **capítulo 4** y en el **capítulo 2, sección 2.7.3**. El resumen de la comparación de efectos ambientales entre las alternativas de construcción y las de no construir se presenta en el **cuadro ES- 2.**

### ¿Qué oportunidades de prevención y minimización se han considerado para los efectos en los recursos ambientales?

En esta etapa del estudio de la NEPA se han identificado y coordinado con las agencias reguladoras y de recursos las oportunidades de prevención y minimización en parques, pantanos, pantanos protegidos, vías fluviales, bosques y el terreno inundable de 100 años de la Agencia Federal de Gestión de Emergencias. En esta etapa preliminar del estudio se evitaron y minimizaron los efectos en la mayor medida posible en todas las áreas, y se perfeccionaron específicamente las técnicas de prevención y minimización en algunas áreas de recursos sensibles o de valor recreativo. Remítase al **capítulo 4**, *Evaluación de la sección 4(f)* del borrador (**apéndice F**), y al *Informe de prevención, minimización e impactos* (**apéndice M**) para obtener más detalles. El esfuerzo por evitar, minimizar y mitigar los efectos inevitables continuará mediante la coordinación actual y futura con las agencias reguladoras y de recursos pertinentes.

### ¿Qué tipo de mitigación se está teniendo en cuenta para los efectos ambientales inevitables?

La mitigación de los efectos inevitables sobre los recursos ambientales se consideró sobre la base de los efectos de las alternativas de construcción. La mitigación conceptual propuesta se debate por los recursos aplicables en el **capítulo 4** y se detalla en mayor medida en el *Plan de Mitigación Conceptual* (**apéndice Q**) para los siguientes recursos: pantanos; bosques; especies raras, amenazadas y en peligro de extinción; parques; recursos culturales; ruido; aire; propiedades; materiales peligrosos; topografía, geología, suelos; aguas subterráneas; justicia ambiental; estética visual; biota acuática; y zonas únicas y sensibles. Se identificarán y perfeccionarán otras medidas de mitigación a medida que avance el estudio y teniendo en cuenta los comentarios del público, de las partes interesadas y de las agencias.

### ¿Qué es la sección 4(f)?

La sección 4(f) de la Ley del Departamento de Transporte de los Estados Unidos (USDOT) de 1966, en su forma enmendada (Código de los Estados Unidos [U.S.C.] 49, 303 [c]) estipula que el USDOT, incluida la FHWA, no puede aprobar el uso de tierras de un parque de propiedad pública, una zona de recreación, un refugio de vida silvestre o de aves acuáticas, o un sitio histórico público o privado, a menos que se cumplan las siguientes condiciones:

00005407

- La FHWA determina que no hay alternativa viable y prudente para evitar el uso de la tierra procedente de la propiedad, y la medida incluye toda la planificación posible para minimizar el daño que se le cause como consecuencia de dicho uso (CFR 23 §774.3[a][1] y [2]); o
- La FHWA determina que el uso de las propiedades de la sección 4(f), incluidas las medidas para minimizar el daño cometido por el solicitante, tendrá un *impacto mínimo* sobre la propiedad (CFR 23 §774.3[b]).

## ¿Cuáles son los impactos de la sección 4(f)?

Se produce un «uso» (o impacto) de la propiedad de la sección 4(f):

(i)     cuando la tierra se **incorpora de manera permanente** a una instalación de transporte

(ii)    cuando hay una **ocupación temporal** de la tierra que es adversa en términos del propósito de preservación del estatuto como se determina por los criterios del CFR 23 §774.13(d)

(iii)   cuando hay un **uso constructivo** de una propiedad de la sección 4(f) según lo determinado por los criterios del CFR 23 §774.15

Se identificó un total de 111 propiedades de la sección 4(f) dentro de los límites del estudio de los tramos, incluidos los parques públicos y las áreas de recreación, y los sitios históricos. De las 111 propiedades de la sección 4(f), 68 tendrían un uso (impacto) de la sección 4(f) y 43 se evitarían. De las 68 propiedades de la sección 4(f) que tienen un uso, 36 resultarían en un uso menor de la sección 4(f), 22 requieren una evaluación de las alternativas de prevención y un análisis del menor daño general, y 4 propiedades cumplen con los criterios de excepción. Remítase al **capítulo 5, sección 5.5** y al **apéndice F** para obtener más detalles sobre el la *Evaluación de la sección 4(f) del borrador*.

00005408



Borrador de la Declaración de Impacto Ambiental

## Cuadro ES- 2: Resumen de la comparación de los efectos de las alternativas[1]

|  | Recurso | Alternativa 1 No construir | Alternativa 5[2] | Alternativa 8 | Alternativa 9 | Alternativa 9M | Alternativa 10 | Alternativa 13B | Alternativa 13C |
|---|---|---|---|---|---|---|---|---|---|
| **Ambiental** | Totalidad de los posibles impactos sobre las propiedades de la sección 4(f), incluidos los parques y las propiedades históricas (acres) | 0 | 141.7 | 146.8 | 146.8 | 144.7 | 149.0 | 145.5 | 146.7 |
| | Cantidad de propiedades históricas con efectos adversos[3] [no se puede determinar el efecto adverso][4] | 0 | 13 [7] | 13[7] | 13[7] | 13[7] | 13[7] | 13[7] | 13[7] |
| | Llanura inundable de 100 años (acres) | 0 | 114.3 | 119.5 | 119.5 | 116.5 | 120.0 | 119.5 | 119.9 |
| | Áreas únicas y sensibles (acres) | 0 | 395.3 | 408.2 | 408.2 | 401.8 | 410.8 | 406.7 | 408.6 |
| | Área de Revisión del Proyecto de Especies Sensibles (acres) | 0 | 151.7 | 155.0 | 155.0 | 153.7 | 155.0 | 155.0 | 155.0 |
| | Dosel arbóreo(acres) | 0 | 1434 | 1497 | 1497 | 1477 | 1515 | 1489 | 1503 |
| | Pantanos de especial interés para el Estado | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Pantanos, revisado sobre el terreno (acres) | 0 | 15.4 | 16.3 | 16.3 | 16.1 | 16.5 | 16.3 | 16.1 |
| | Pantanos protegidos de 25 pies (acres) | 0 | 51.2 | 53.1 | 53.1 | 52.7 | 53.6 | 53.1 | 53.5 |
| | Aguas de los Estados Unidos (pies lineales) | 0 | 153 702 | 155 922 | 155 922 | 155 229 | 156 948 | 155 822 | 156 632 |
| | Cuencas del nivel II (acres) | 0 | 55.2 | 55.3 | 55.3 | 55.3 | 55.3 | 55.3 | 55.3 |
| | Receptores de ruido afectados[5] | 0 | 3661 | 4470 | 4470 | 4249 | 4581 | 4411 | 4461 |
| **Tránsito** | Ahorro de retrasos en todo el sistema vs. no construir (antes/después del mediodía)[6] | 0 | 20 %/22 % | 23 %/33 % | 34 %/33 % | 30 %/30 % | 35 %/34 % | 27 %/22 % | 26 %/34 % |
| **Ingeniería** | Total de derecho de paso requerido[7] (acres) | 0 | 284.9 | 323.5 | 323.5 | 313.4 | 337.3 | 318.9 | 329.3 |
| | Cantidad de propiedades afectadas de manera directa | 0 | 1240 | 1475 | 1475 | 1392 | 1518 | 1447 | 1479 |
| | Cantidad de reubicaciones residenciales | 0 | 25 | 34 | 34 | 25 | 34 | 34 | 34 |
| | Cantidad de reubicaciones de empresas | 0 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| | Ancho del pavimento en la I-495 (pies) | 138–146 | 170–174 | 194–198 | 194–198 | 170-198 | 194–198 | 194–198 | 194–198 |
| | Ancho del pavimento en la I-270 (pies) | 228–256 | 194–198 | 218–222 | 218–222 | 218-222 | 242–248 | 202–206 | 226–230 |
| | Rango de costo de capital [Construcción y derecho de paso (ROW)] (miles de millones) | N/C | $ 7.8-$ 8.5 | $ 8.7-$ 9.6 | $ 8.7-$ 9.6 | $ 8.5-$ 9.4 | $ 9.0-$ 10.0 | $ 8.7-$ 9.6 | $ 8.8-$ 9.7 |

Notas: [1] Los impactos preliminares representados en este cuadro suponen la totalidad de los impactos; los impactos permanentes y temporales se distinguirán en el FEIS.

[2] La MDOT SHA y la FHWA determinaron que la alternativa 5 no es razonable, pero se incluye en el DEIS únicamente con fines de comparación.

[3] Remítase al capítulo 4, sección 4.7 y al apéndice G, volumen 1 para obtener más detalles sobre los efectos en las propiedades históricas.

[4] Sobre la base de la información de diseño actual, los efectos no pueden determinarse completamente en estas 7 propiedades históricas. La MDOT SHA evaluará estas propiedades más a fondo a medida que avance el diseño.

[5] Los receptores de ruido son usos de la tierra sensibles al ruido que incluyen residencias, escuelas, lugares de culto y parques, entre otros usos. Nótese que estos números incluyen receptores que no tienen un muro contra el ruido existente así como receptores que sí tienen un muro contra el ruido existente que se espera que sea reemplazado.

[6] En las versiones anteriores de este cuadro se utilizaba un parámetro similar de horas anuales promedio de ahorro por viajero. El ahorro de retraso en todo el sistema refleja mejor los beneficios para todos los usuarios de la carretera.

[7] El derecho de paso se basa en la investigación de registros estatales y se completa con el derecho de paso del condado, según sea necesario. En el caso de las propiedades de la sección 4(f), algunos límites varían en función de la presencia de servidumbres y las diferencias en el tamaño y la ubicación de los límites históricos y de los parques.

00005409

Borrador de la Declaración de Impacto Ambiental

## ¿Qué permisos, aprobaciones y autorizaciones es probable que se requieran?

Además del cumplimiento de la NEPA, muchos permisos, aprobaciones y autorizaciones se están coordinando simultáneamente con el proceso de la NEPA o se obtendrán antes de la construcción de toda mejora. En el **cuadro ES- 3** se resumen los permisos, las autorizaciones y las aprobaciones federales, estatales y locales que probablemente se requerirán sobre la base de las actuales hipótesis de diseño del estudio y los impactos asociados. Remítase al **capítulo 6, sección 6.5**.

### Cuadro ES- 3: Permisos y aprobaciones probables

| | Permiso/aprobación | Responsable/agencia de autorización |
|---|---|---|
| **Simultáneamente con la NEPA o en un plazo de 90 días a partir del Acta de** | Aprobación de la Ley Nacional de Política Ambiental (NEPA): Acta de la Decisión[1] | Administración Federal de Carreteras |
| | Aprobación de la sección 4(f) | Administración Federal de Carreteras |
| | Consulta de la Ley de Especies en Peligro de Extinción | Servicio de Pesca y Vida Silvestre de los Estados Unidos/Servicio Nacional de Pesquerías Marinas, Administración Nacional Oceánica y Atmosférica (NOAA-NMFS) |
| | Acuerdo programático de la sección 106 | Administración Federal de Carreteras |
| | Ley de Agua Limpia, secciones 404 y 10 | Cuerpo de Ingenieros del Ejército de los Estados Unidos |
| | Aguas estatales de Maryland/Virginia (sección 401) | Cuerpo de Ingenieros del Ejército de los Estados Unidos/Departamento de Medio Ambiente de Maryland/Departamento de Calidad Ambiental de Virginia |
| | Permiso de pantanos y vías fluviales no marítimas de Maryland | Departamento de Medio Ambiente de Maryland |
| | Permiso de protección de pantanos de Virginia | Departamento de Calidad Ambiental de Virginia |
| **Previo a la construcción** | Permiso especial de uso: construcción en VA y MD | Servicio de Parques Nacionales |
| | Permisos del parque Capper-Cramton | Comisión Nacional de Planificación de Capital |
| | Permiso de construcción de parques: M-NCPPC | Comisión de Parques y Planificación de Maryland, Área de la Capital Nacional |
| | Aprobación de la Ley de Reforestación de Maryland | Departamento de Recursos Naturales de Maryland |
| | Aprobaciones de revisión de servidumbre de conservación de bosques de estados y condados | Departamento de Recursos Naturales de Maryland/Comisión de Parques y Planificación de Maryland, Área de la Capital Nacional |
| | Permiso general para aguas pluviales asociadas a la actividad de construcción: MD | Agencia de Protección Ambiental de los Estados Unidos/Departamento del Medio Ambiente de Maryland |
| | Permiso general para aguas pluviales asociadas a la actividad de construcción: VA | Agencia de Protección Ambiental de los Estados Unidos/Departamento de Calidad Ambiental de Virginia |
| | Gestión de las aguas pluviales/control de la erosión y los sedimentos | Departamento de Transporte de Maryland: División de Revisión del Plan de la Administración de Carreteras del Estado/Departamento del Medio Ambiente de Maryland |
| | Gestión de las aguas pluviales/control de la erosión y los sedimentos | Agencia de Protección Ambiental de los Estados Unidos/Departamento del Medio Ambiente de Maryland/Departamento de Calidad Ambiental de Virginia |
| | Ley de Agua Limpia, sección 402 (MS4) | Departamento de Medio Ambiente de Maryland |
| | Permiso de apropiación y uso del agua | Departamento de Medio Ambiente de Maryland |

Nota: [1]La agencia principal es responsable de preparar y publicar un solo ROD para todas las agencias federales con responsabilidad de autorización para el proyecto a fin de apoyar cualquier decisión de autorización necesaria. El ROD incorporará las decisiones de cada una de estas agencias, a menos que se cumpla una excepción a un solo ROD como se establece en el sección XIII o cuando la ley federal disponga que la agencia principal emita un FEIS/ROD combinado. Memorando de acuerdo para la aplicación de una decisión federal en virtud de la Orden Ejecutiva 13807, https://www.whitehouse.gov/wp-content/uploads/2018/04/MOU-One-Federal-Decision-m-18-13-Part-2-1.pdf

00005410

## ¿Qué es la Orden Ejecutiva de una decisión federal?

El Estudio sobre carriles controlados en la I-495 y la I-270 sigue la *Orden Ejecutiva* 13807 de «una decisión federal»: *Establecimiento de disciplina y responsabilidad en el proceso de revisión ambiental y permisos para proyectos de infraestructura*[12] que requiere que las agencias federales procesen las revisiones ambientales y las decisiones de autorización para grandes proyectos de infraestructura como «una decisión federal» (OFD). La Orden Ejecutiva 13807 (EO) establece el objetivo de reducir el tiempo promedio para completar las revisiones ambientales en virtud de la Ley Nacional de Política Ambiental y las decisiones de autorización para grandes proyectos de infraestructura a dos años desde la publicación del Aviso de Intención (NOI). La OE también exige que, salvo en determinadas circunstancias,[13] la agencia principal federal y todas las agencias cooperantes y participantes «registren toda decisión individual por parte de una agencia en un registro de decisión (ROD)» y preparen una única declaración de impacto ambiental (EIS). Siempre que el EIS incluya detalles adecuados para informar las decisiones de las agencias, la EO exige la obtención de permisos y aprobaciones en un plazo de 90 días a partir de la emisión del ROD[14]. La EO también exige que los grandes proyectos de infraestructura se gestionen conforme a un cronograma único de permisos que abarque la revisión y las autorizaciones ambientales.

## ¿Cuáles son los próximos pasos para el estudio?

Este DEIS fue firmado por la FHWA y la MDOT SHA y se distribuyó a las agencias federales, estatales y locales, así como a organizaciones y otras partes interesadas, y está disponible para su revisión pública. Se llevarán a cabo audiencias públicas durante un período de revisión del DEIS de 90 días; la fecha límite para hacer comentarios es el 8 de octubre de 2020.  Durante ese período de revisión de 90 días, el DEIS está disponible en lugares públicos a través de los tramos de estudio y en el sitio web del proyecto https://495-270-p3.com/DEIS/.  Los comentarios sobre el DEIS se consideran por igual, independientemente de si se reciben oralmente o por escrito y pueden ser emitidos de las siguientes maneras:

- testimonio oral en una de las audiencias públicas en la sala de audiencias principal
- testimonio oral ante una grabadora de actas literales en una audiencia pública en privado en una sala separada
- comentarios escritos sobre un formulario de comentario en una audiencia pública
- cartas a Lisa B. Choplin, el Instituto de Diseño y Construcción de los Estados Unidos (DBIA), el director del programa P3 I-495 e I-270, la oficina del P3 I-495 e I-270, 707 North Calvert Street, correspondencia P-601, Baltimore MD 21202

---

[12]  Orden Ejecutiva nro. 13807, Reglamentos federales 82, 40463 (15 de agosto de 2017), https://www.whitehouse.gov/presidential-actions/presidential-executive-order-establishing-discipline-accountability-environmental-review-permitting-process-infrastructure/

[13] La EO establece que se emitirá un solo ROD, «a menos que el patrocinador del proyecto solicite que las agencias emitan documentos de la NEPA separados, que las obligaciones de la NEPA de una agencia cooperante o participante ya hayan sido satisfechas, o que la agencia federal principal determine que un solo ROD no sería el mejor modo de promover la finalización del proceso de revisión y autorización ambiental del proyecto».

[14] La agencia federal principal puede extender el plazo de 90 días si determina que la ley federal le prohíbe emitir su aprobación en dicho plazo o que una prórroga promovería mejor la finalización del proceso de revisión y autorización ambiental del proyecto, o si los patrocinadores del proyecto solicitan un tiempo diferente.  Orden Ejecutiva nro. 13807, Reglamentos federales 82, 40463 (15 de agosto de 2017). https://www.whitehouse.gov/wp-content/uploads/2018/04/MOU-One-Federal-Decision-m-18-13-Part-2-1.pdf

00005411

- formulario de comentarios del DEIS en https://495-270-p3.com/DEIS/
- correo electrónico a MLS-NEPA-P3@mdot.maryland.gov

Tras el período de revisión de 90 días, la MDOT SHA y la FHWA revisarán todos los comentarios y responderán a todos los comentarios importantes recibidos o que contengan el sello postal al final del período de comentarios en la preparación del FEIS. Los comentarios que se reciban o que lleven el sello postal después de esa fecha se examinarán y tendrán en cuenta en la medida de lo posible. Además de la disposición de todos los comentarios importantes, en el FEIS se resumirá la información adicional y actualizada no perfeccionada o cuantificada en el DEIS, la identificación de la alternativa preferida y los factores que respaldan la selección, y los compromisos y medidas de mitigación que se llevarán a cabo durante el diseño final y la construcción.

## Programa de Asociación Público-Privada (P3)

### ¿Qué es una P3?

Una asociación pública y privada (P3) es un modelo alternativo para la ejecución de un proyecto de capital. Una P3 es una asociación entre el sector público o gubernamental con entidades privadas. La P3 trata de aprovechar los conocimientos especializados, la innovación y la financiación del sector privado a fin de lograr una infraestructura pública en beneficio del propietario y los usuarios públicos de dicha infraestructura. Las P3 tratan de sacar provecho de las respectivas fortalezas de los sectores público y privado para realizar grandes y complejos proyectos de infraestructura de manera rentable y oportuna. Las funciones en virtud de un acuerdo P3 pueden incluir el diseño, la construcción, la financiación, el funcionamiento y el mantenimiento de una instalación de transporte.

### ¿Por qué se está considerando una P3 para este estudio?

Hay varias razones para utilizar una P3:

- El financiamiento privado da como resultado una construcción más rápida: los proyectos de P3 pueden avanzar cuando el Estado no tiene fondos disponibles porque el sector privado financia las mejoras sobre la base de la financiación o los ingresos futuros. Tomaría más de 25 años financiar las mejoras para descongestionar la I-495 y la I-270 del Programa P3 con fondos estatales y se utilizaría todo el presupuesto de expansión de capital del MDOT para este proyecto.

- Transferencia de riesgos: el Estado y el sector privado comparten los riesgos en función de quién puede gestionar mejor cada riesgo a fin de brindar el mejor valor al estado.

- Operaciones y -mantenimiento: puede ser beneficioso para el estado que el sector privado gestione y mantenga la carretera (por ejemplo, que repare el pavimento, que corte el césped) a un costo más económico. Sin el Programa P3, se estima que el MDOT tendría que invertir $ 1700 millones en la sustitución/reparación de puentes y la reparación de pavimento durante la próxima década simplemente para mantener las calzadas existentes en la I-495 y la I-270 en los condados de Montgomery y Prince George en un estado de buena reparación, sin aliviar la congestión.

- Financiación gubernamental limitada: los proyectos que incluyen una futura fuente de ingresos pueden ser construidos con fondos gubernamentales limitados o sin fondos por adelantado. De hecho, el programa P3 de la I-495 e I-270 tiene el objetivo de implementar el programa sin costo neto para el estado.

00005412

## ¿Cómo se construiría el proyecto?

Este DEIS se centra en las necesidades de transporte dentro de los límites del estudio de 48 millas: la I-495 desde el sur de la George Washington Memorial Parkway en el condado de Fairfax, Virginia, incluidas las mejoras del puente de la Legión Americana sobre el río Potomac, al oeste de la MD 5, y a lo largo de la I-270 desde la I-495 hasta el norte de la I-370, incluidos los ramales este y oeste de la I-270.

Debido a la magnitud del estudio, la MDOT SHA necesitaría llevar a cabo cualquier alternativa de construcción en etapas. La etapa 1 del programa P3 incluiría esa porción del MLS a lo largo de la I-495 desde las cercanías de la George Washington Memorial Parkway en Virginia, a través e incorporando el puente de la Legión Americana (ALB), hasta su intercambio con la I-270 en el ramal oeste, y la I-270 desde su intercambio con la I-495 hasta su intercambio con la I-370.  Un acuerdo de la etapa 1 de la P3 también incluiría la I-270 hasta la I-70, que se impulsaría a través de un estudio separado e independiente de la NEPA.

La Junta de Obras Públicas de Maryland aprobó el proceso de licitación competitiva para la etapa 1 a fin de avanzar en la selección de un desarrollador de la etapa para ayudar a la MDOT SHA con las actividades preliminares de desarrollo y diseño, de acuerdo con los reglamentos federales.  La MDOT SHA no se comprometerá con ninguna alternativa que esté siendo evaluada o pueda ser evaluada a través del proceso de la NEPA.

Se espera que la etapa 1 se desarrollada y llevada a cabo por un desarrollador de dicha etapa, en virtud de un acuerdo de la P3 de la etapa 1. La parte sur de la etapa 1 de la I-495 en las cercanías de la George Washington Memorial Parkway a la I-270 y la I-270 desde la I-495 a la I-370 sería desarrollada, construida y llevada a cabo primero. Además, dada la magnitud de las mejoras, se espera que el desarrollador de la etapa desarrolle y lleve a cabo la parte sur de la etapa 1 en dos o más secciones, que se acordarán con el MDOT.

00005413

# ዋንኛው ማጠቃለያ

## የጥናት አጠቃላይ እይታ

### የ I-495 እና I-270 የሚተዳደር መስመር ጎዳናዎች (Managed Lanes) ጥናት ምንድን ነው?

የ I-495 እና I-270 የሚተዳደር መስመር ጎዳናዎች ጥናት(ጥናት) ለትልቁ የI-495 እና I-270 የሕዝብ-የግል ሽርካ (P3) መርሃግብር የመጀመሪያ አካል ነው። ይህ ጥናት በተጠቀሰው የጥናት 48 ማይል ርቀት ላይ ከሚገኙ ከ I-495 ከቨርጂኒያ ፈየርፋክስ ካውንቲ፤ የጆርጅ ዋሽንግተን የመታሰቢያ ፓርክዌይ በስተደቡብ፤ በፖቶማክ ወንዝ ለሚገናው የአሜሪካ ሌጀዮን ድልድይ ማሻሻያዎችን ጨምሮ፤ ወደ MD 5፤ እና I-270 ን ከ I-495 እስከ ሰሜን I-370 ድረስ፤ ምሥራቃዊ እና ምኸራብያ I-270 ጋለ መደትነ ጨምሮ፤ የመንገድ ላይ መጨናነቅን የሚመለከቱ አማራጮችን እየተመለከተ ነው። በሜሪላንድ ውስጥ I-495 እና I-270 in Maryland በጣም ከባድ የሆነ መንገዶች ሁለት ናቸው፤ እያንዳንዳቸው አማካይ ዓመታዊ የትራፊክ ፍሰት (AADT) መጠን በ 2018 ውስጥ እስከ 260,000 ተሽከርካሪዎች በቀን (MDOT (የሜሪላንድ የመጓጓዣ ክፍል) SHA፤ 2019) (ይመልከቱ፡ **ቁርጽ ES- 1**)።

ጥናቱ አጠካንየ ማለቂያ በመባል የሚታወቁትን፤ ምኸንያታዊ የመጨረሻ ኮሪዶችን ገምግሟ፤ ለትራፊክ እና ለአካባቢያዊ ትንታኔዎች ተዕአኖ ያላቸውን አካባቢዎች ለማካተተ ጥናቱ ከአመካንያ ማለቂያ ባሻገር ያስፋፋል። እንደሚከተሉት ለ MLS ሶስት የአመካንያ ማለቂያ አሉት፡



**ቁጽ ES- 1፣ I-495 & I-270 የሚተዳደር መስመር ጎዳናዎች ጥናት መተላለፊያዎች**

I-495 እና I-270 የሚተዳደር የመስመር ጎዳና ጥናት

- **ምዕራባዊ ማለቂያ**፡ በ I-495፣ 0.4 ማይሎች በስተደቡብ ከጆርጅ ዋሽንግተን የመታሰቢያ ፓርክዌይ ልውውጥ፤ ወደ ጆርጅ ዋሽንግተን የመታሰቢያ ፓርክዌይ የተዘዙት የውጭ-ዙርኬ አውራ-መስመር ማሻሻያዎች፤ በመስመር መቀነስ እና መቀላቀል ምክንያት መጨናነቅ ሳያስከትሉ ወደ ነባር ዋና መስመሮች እንዲዎሃድ እና እንዲቀየር ያስችላል። የሚተዳደረው መስመር በቀጥታ ወደ የቨርጂኒያ ኤክስፕረስ ጎዳናዎች ማራዘሚያ ይገናኛል።

- **ደቡባዊ ማለቂያ**፡ በ I-495፣ 1.3 ማይሎች በስተ ምስራብ የMD 5፤ ወደ MD 5 የተዘዙት የውስጥ-ዙርኬ አውራ-መስመር ማሻሻያዎች፤ በመስመር መቀነስ እና በሽመና እና በመቀላቀል ምክንያት መጨናነቅ ሳያስከትሉ፤ በሰሜናዊ-ደቡብ ሀይዌይ ቀጥ ጥር የሚደረግበት የከራላዌ መዳረሻን፤ ከማከስባ አካባቢዎየው ስርዓት በራት አውራ-መስመሮችን ጋር እንዲዎሃድ ያስችላዋል።

- **ሰሜናዊ ማለቂያ**፡ በ I-270፣ 0.6 ማይሎች በስተ ሰሜን የI-370፤ ወደ I-370 የተዘዙት የሰሜንዎለን አውራ-መስመር ማሻሻያዎች፤ በመስመር መቀነስ እና መቀላቀል ምክንያት የሚፈጠር መጨናነቅን በመውስስ ወደ ነባር አውራ-መስመሮች እና ወደ ከፍተኛ ተሽከርካሪ የሚይዝ (HOV) መስመር ደሀንነቱ በተጠበቀ ሁኔታ፡ እንዲዎሃድ እና እንዲተላለፍ ያስችላዋል። I-370 ያገኛል ወደ MD 200፡ ዋና የምስራቅ-ምዕራብ የተቀረጸ አውራ-ጎዳና፤ ከ I-370 በስተ ሰሜን ካለው 0.6 ማይል ርቀት ያለው የ HOV መስመር እስከ አሁን ባለው ማለቂ MD 121 (Clarksburg ጎዳና)፤ ከI-370 በስተ ሰሜን ባለው 8 ማይሎች ይቀጥላል።

የትራፊክ አምሳያ እና ትንታኔ የትራፊክ ተጽዕኖ አካባቢ፤ እንደሆነ ከሚቀጠሉት ክሃስቱ ገደዎች ባሻገር የሚቀጥለው ልውውጥ ያጠቃልላል። በተጨማሪም፤ ለአካባቢያዎ ግምገማ እና ትንታኝ የአካባቢ አመካንያ ማለቂ ከምንመ መስመር (ነባር) የመንገድ ላይ ሥራዎች ጋር ለማጣጣም ለቀናው መስመር ማሻሻያዎች አስፈላጊ ርቀት ለመመስረት ከእነዚህ ማንኛኛ መንገዶች በላይ ተዘርግተዋል።

00005414

## ጥናቱን የሚመራው ማነው?

የፌዴራል የአውራ-ጎዳና አስተዳደር (FHWA)፣ እንደ መሪ ፌዴራል ኤጀንሲ፣ እና የሜሪላንድ የመጓጓዣ ክፍል የግዛት የአውራ ጎዳና አስተዳደር(MDOT SHA)፣ እንደ የአካባቢው ፕሮጀክት ስፖንሰር፣ ረቂቅ የአካባቢ ተጽዕኖ መግለጫ(DEIS) በብሔራዊ የአካባቢ ፖሊሲ ሕግ (NEPA) ለ I-495 እና I-270 የሚተዳደረው የመንገዶች ጥና አዘጋጅተዋል።

## በጥናቱ ውስጥ ምን ሌሎች ኤጀንሲዎች ተካትተዋል?

FHWA እና MDOT SHAበጥናቱ ጊዜ ውስጥ ፍላጎት ካላቸ ባለድርሻ አካላት እና ከጠቅላላው ህዝብ በተጨማሪ ከፌዴራል፣ ከግዛት፣ ከአካባቢያዊ እና ከአገር ውስጥ ውጤቶች ጋር ሰፊ ውይይትን አካሂደዋል። በጥናቱ ጅማሮ ላይ የኤጀንሲ ማስተባበሪያ እቅድ ተዘጋጅቷል። የእቅዱ ዓላማ በጥናቱ ውስጥ ከሚመለከታቸው ኤጀንሲዎች ጋር የሚታባበርበት አካሄድና እና የጊዜ መመስረት ነበር (ለተጨማሪ ዝርዝሮች የ DEIS **ምዕራፍ 7** እና **አባሪ ገጽ**ን ይመልከቱ)።

በጥናቱ ውስጥ በንቃት የሚሳተፉ ኤጀንሲዎች መተባበርን እና ኤጀንሲዎችን መሳተፍን ያካትታሉ። የሕብረት ሥራ ኤጀንሲዎች በሕግ ሥልጣን፣ ወይም በልዩ ሁኔታ ሊከሰቱ የሚችሉ ማናቸውም የአካባቢ ሁብቶች በተመለከተ ልዩ ስልጣንና ብቃት ያላቸው ልዩ የፌዴራል ኤጀንሲዎች ናቸው[1]። የተሳትፎ ኤጀንሲዎች ለጥናቱ እና ለአካባቢ ግምገማ ሃይል ፍላጎት ሊኖራቸው እና ጥናቱ ወይም ተፅእኖውም የ ፌዴራል፣ ግዛት፣ ጎሳ፣ ክልል እና አካባቢያዊ ወኪሎች ናቸው[2]። በጥናቱ ጅምር ላይ ኤጀንሲዎች፣ ተባባሪ፣ ተሳታፊ፣ እና በመተባበር፣ በመሳተፍ እና በማረጋገጥ የተሰማሩ ኤጀንሲዎች እንደህን ተገበዘዋል[3]። ለጥናቱ ስምንት የትብብር ሥራ፣ 18 ተሳትፎ፣ እና ሰባት የማረጋገጥ ወኪሎች አሉ። የእነዚህን ወኪሎች እና የሥራ ድርሻ ሙሉ ዝርዝር **ምዕራፍ 7፣ ሰንጠረዥ 7-1** ን ይመልከቱ።

ለጥናቱ የሕብረት ሥራ ኤጀንሲዎች፣

- የ US ጦር ሰራዊት መሐንዲሶች (USACE) ባልቲም_ር ወረዳ
- የ US የአካባቢ ጥበቃ ኤጀንሲ (EPA)
- ብሔራዊ ፓርክ አገልግሎት (NPS)
- ብሔራዊ ካፒታል ዕቅድ ኮሚሽን (NCPC)

- የ MD የአካባቢ ጥበቃ ክፍል (MDE)
- የ Maryland የተፈጥሮ ሀብቶች ክፍል (MDNR)
- የ Virginia የመጓጓዣ ክፍል (VDOT)
- የ Maryland-ብሔራዊ ካፒታል ፓርክ እና ዕቅድ ኮሚሽን (M-NCPPC)

FHWA እና MDOT SHA በይነ-ኤጀንሲአዊ የስራ ቡድን ስብሰባዎችን እንዲሁም ከኤጀንሲዎች ጋር የመረጃ ልዎ ስብሰባዎችን አካሂደው የካሰረ ሲሆን በአካባቢ ግምገማ ሂደቱ ውስጥ መረጃ እንዲያገኙ እና እንዲሳተፉ ለማድረግ ከህብረተ ሥራ ማህበሩ፣ ከተሳትፎ እና ሌሎች ፍላጎት ካላቸው ኤጀንሲዎች ጋር ስብሰባዎች መያዙን ይቀጥላል።

## ህዝቡ በጥናቱ ውስጥ እንዴት ተሳተፈ?

ህዝቡ በእያንዳንዱ የሂደቱ እርምጃ ውስጥ ተሰምሮ፣ታል፣ እና ም የ DEIS ግምገማም ጨምሮ የ NEPA ሂደት ቁልፍ አካል ናቸው። እስከዛሬ ድረስ MDOT SHA ከሌሎች መካከል በሚቀጥሉት መንገዶች ሕዝቡን በሰፊት ሲያሳትፍ ቆይቷል፣

- ትላልቅ የህዝብ አውደ ጥናቶች
  ○ አራት (4) መደጃዊ የህዝብ አውደ ጥናቶች
  ○ አራት (4) የአማራጮች የህዝብ አውደ ጥናቶች
  ○ ስምንት (8) አማራጮች ለዝርዝር ጥናት የተያዙ ሕዝባዊ አውደ ጥናቶች
- (21) የማህበረሰብ ህብረት ስብሰባዎች
- (85) የባለድርሻ/ትልቅ የመራት ባለስትነት ስብሰባዎች
- ለከፍል፣ ለክፍል ግዛት እና ለአካባቢ ለተመረጡ ባለስልጣናት ማቅረቢያዎች
- ሕዝባዊ እና የተመረጡ ባለስልጣናች የደብዳቤ መላኪያ ዝርዝር በንቃት መጠበቅ
- (3) የመርሐግብር እና የጥናት ጋዜጣዎች
- የህዝብ እና የተመረጡ ባለስልጣን የኢሜል ፍንጅ_ዎች
- ግላሎት ላልተሚላላቸው ማህበረሰቦች ዓላማ የተደረገ ዘመቻ
- ማህበራዊ ሚዲያ
- ራዲዮ

---

[1] በ40 CFR 1508.5. እንደተገለፀው መሠረት ተባባሪ ኤጀንሲ፣ እንደ ተመሳሳይ የብቃት ማረጋገጫ ያለው ግዛት ወይም አካባቢያዊ ኤጀንሲ፣ ወይም ውጤ_ት የሆነ ጥቅሞቸን በሚመለከተ ባለብዛት አካባቢ_ዊ ላይ በሚሆንበት ጊዜ፣ እንደ ተወሰ_ አ_ካባዊ ነ_ድ ከዋ_ው ወኪሎች ጋር በመስማማት የሕብ_ት ሥራ ኤጀ_ሲ ሊሆን ይ_ቻላ።

[2] በ 23 USC 139(d) እንደተገለፀው መሠረት ተሳታፊ ኤጀንሲ፣

[3] የማረጋገጥ ወኪሎች ለጥናቱ ፍላጎት ፍላጎት ሊያደርጉበት የሚችሉ ወይም ጥ ያልተወሰ_ ሚ_ ያ_ፈ_ው ላሎ_ ወኪ_ሎ_ እ_ዲ_ደ_ት ለዚ_ ጥ_ት ተ_ዳ_ል። እ_ዚ_ ኤጀ_ሲ_ች ከህ_ብ ጋር በተ_ሳ_ይ ጊ_ የ_ል ስ_ፍ_ የ_ሰ_ታ_ው ማ_ሰ_ርያ_ች የ_ዝ_ ተ_ት_ ዕ_ድ አ_ካ ናት_ው።

የአካባቢ ተጽዕኖ መግለጫ ረቂቅ

- ክልሳዊ እና የአካባቢ ጋዜጦች
- P3 ፕሮግራም ድረ-ገጽ (495-270-p3.com/)

## የCovid-19 ወረርሽኝ በጥናቱ ላይ ምን ተጽዕኖ አሳድሯል?

MDOT SHA የCOVID-19 በቤት-ውስጥ-መቆየት ትዕዛዝ ተከትሎ በከልል ወቅታዊ የትራንስፖርት አሥራሮች ላይ ያለው ተጨባጭ ለውጥ ይገነዘባል። በዚፈው ጊዜ COVID-19 በሁለም የሜሪላንድ ነዋሪዎችን ላይ ተጽዕኖ እያሳደረ መሆኑን እንረዳለን - በምንዕራብት ጊዜ፤ ነፃ ጊዜ/ኛንን እንጂ፣ት እንደምነውል እና እንጇ፣ት እንደምንጓዝ፤ የ MDOT ቁጥር አንድ ቀዳሚ የሜሪላንድ ስም፤ ጤና እና ደህንነት ቢሆንም፤ ለዛሬ ብቻ ሳይሆን ለሜዋዋሉት 20 እና ከዚፈ በላይ ለሚሆኑ ዓመታት ደማም የኅኝን ጣብት ፍላጎትቶች ለማሟ፤ት የትራንፖር'ርጊ ማኽኘ'ያዎች እየተሻሻሉ መሠናቸውን ለማፈ፣ዛገ'ፍ ጥፈ'ፍኝን እንቀ'ፍ'ዓለን። በ COVID-19 በቤት-ውስጥ-መቆየት ትዕዛዝ መኽገ፣ት'ት እንደ I-495 እና I-270 ባሉ ሀፈ-አፍሪ'ዓፍ መስመር'ች ላይ ስላለው የትራፍ፣ት ፍፍት መቀ'ዓስ አፍ፣ት'ዓተን፤ MDOT SHA እንዲሁም ድነረ-መዙ'ፍ'ት ለሚ፣ክ'ተው የትራፍ፣ት መ'ፍ'ተን እና የመፃዝ'ት አ'ፍ'ት'ዓፍ'ፍም በተመ'ፍ'ዓፍ'ተ እር'ፍ'ፍን አ'ፍ'ዓፍ'ፍን ያፍ'ዓፍ'ፍ'ዓ። ይህ ያ'ፍ'ተ'ፍ'ፍ ዓፍ'ፍም አፍ'ፍ ወረ'ፍ'ፍ'ፍ በረ'ፍ'ም ፍ'ፍ'ፍ'ፍ የወደ'ፍ'ት የትራፍ'ፍ'ፍ ፍ'ፍ'ፍ'ፍ እና የመ'ፍ'ፍ'ፍ'ፍ አ'ፍ'ፍ'ፍ'ም ላ'ፍ ፍ'ፍ'ፍ'ፍ እንደ'ፍ'ፍ'ፍ'ፍ'ዓፍ'ፍ ፍ'ፍ'ፍ'ፍ'ፍ'ፍ ፍ'ፍ'ፍ'ፍ'ዓፍ'ፍ ፍ'ፍ'ፍ'ፍ'ፍ'ፍ ፍ'ፍ'ፍ'ፍ'ፍ'ም ላ'ፍ ፍ'ፍ'ፍ'ዓፍ'ፍ ፍ'ፍ'ፍ'ፍ'ፍ'ፍ ፍ'ፍ'ፍ'ፍ'ፍ'ፍ ፍ'ፍ'ፍ ፍ'ፍ'ዓ'ፍ'ፍ'ፍ። MDOT SHA የታየ ባህሪን ወቅታዊ አ'ፍ'ፍ'ፍ'ፍ'ፍ'ፍ ለ'ፍ'ፍ'ፍ'ፍ'ፍ እና የ'ፍ'ፍ'ፍ'ፍ'ፍ ፍ'ፍ'ፍ'ፍ'ም ፍ'ፍ'ፍ'ፍ'ፍ'ም ፍ'ፍ'ፍ'ፍ'ዓ ነ'ፍ'ም። መፍ'ፍ'ፍ'ም'ም በ'ፍ'ፍ'ፍ ፍ'ፍ'ፍ እና ለወ'ፍ'ፍ'ፍ የ'ፍ'ፍ'ፍ'ፍ'ፍ ፍ'ፍ'ፍ'ፍ'ፍ ፍ'ፍ'ፍ'ፍ'ፍ'ፍ'ፍ ፍ'ፍ'ፍ'ፍ'ፍ ፍ'ፍ'ፍ'ፍ'ፍ ፍ'ፍ'ፍ'ፍ'ፍ'ፍ እ'ፍ'ፍ'ፍ'ፍ'ፍ'ፍ'ም እ'ፍ'ፍ'ፍ'ፍ'ፍ'ም እ'ፍ'ፍ'ፍ'ፍ'ፍ'ፍ።

# ረቂቅ የአካባቢ ተጽዕኖ መግለጫ

## ረቂቅ የአካባቢ ተጽዕኖ መግለጫ ምንድነው?

ረቂቅ የአካባቢ ተጽዕኖ መግለጫ (DEIS) የጥናቱ ዓለማ እና ፍላጎት፣ ምክንያታዊ አማራጮች፣ አሁን ያለው አካባቢያዊ ሁኔታ፣ የተጠበቀው ጥቀሜታ፣ እና መጥፎ የአካባቢን ውጤት፣ እና አ'ፍ'ፍ-ቅሳሳ፣ ገ'ፍ'ዝ'ፍ'ር መ'ፍ'ፍ'ፍ ይ'ፍ'ዓፍ። DEIS በ አ'ፍ'ፍ'ፍ የ'ፍ'ፍ'ፍ'ፍ አ'ፍ'ፍ'ፍ'ፍ እና የ'ፍ'ፍ'ፍ'ፍ አ'ፍ'ፍ'ፍ'ፍ መ'ፍ'ፍ'ፍ ፍ'ፍ'ፍ'ፍ'ፍ በ'ፍ'ፍ'ፍ'ፍ'ፍ። በ'ፍ'ፍ'ፍ'ፍ ባ'ፍ'ፍ'ፍ'ፍ'ፍ'ፍ በ'ፍ'ፍ'ፍ'ፍ'ፍ ኤ'ፍ'ፍ'ፍ'ፍ'ፍ በ'ፍ'ፍ'ፍ ተ'ፍ'ፍ'ፍ'ፍ'ፍ እና በ'ፍ'ፍ'ፍ'ፍ ባ'ፍ'ፍ'ፍ'ፍ አ'ፍ'ፍ'ፍ'ፍ የ'ፍ'ፍ'ፍ'ፍ አ'ፍ'ፍ'ም፣ ማ'ፍ'ፍ'ፍ'ፍ እና ባ'ፍ'ፍ'ፍ'ፍ እና ተ'ፍ'ፍ'ፍ'ፍ'ፍ ተ'ፍ'ፍ'ፍ'ፍ'ፍ'ፍ ለ'ፍ'ፍ'ም'ም'ም እ'ፍ'ፍ'ፍ'ፍ'ፍ፤ የ'ፍ'ፍ'ፍ ት'ፍ'ፍ'ፍ ያ'ፍ'ፍ'ፍ'ፍ። DEIS በ'ፍ'ፍ'ፍ'ፍ በ'ፍ'ፍ'ፍ'ፍ ባ'ፍ'ፍ የ'ፍ'ፍ'ፍ ሳ'ፍ'ፍ ው'ፍ'ፍ የተ'ፍ'ፍ'ፍ'ፍ እና በ'ፍ'ፍ'ፍ ላ'ፍ የተ'ፍ'ፍ'ፍ'ፍ በ19 ተ'ፍ'ፍ'ፍ'ፍ ረ'ፍ'ፍ'ፍ'ፍ የ'ፍ'ፍ'ፍ ነ'ፍ'ም።

የDEIS ዝ'ፍ'ፍ'ፍ'ፍ ካ'ፍ'ፍ'ፍ በ'ፍ'ፍ'ፍ የ'ፍ'ፍ'ፍ'ፍ'ፍ'ፍ የአካባቢ ተጽዕኖ መግለጫ (FEIS) ይ'ፍ'ፍ'ፍ። The FEIS ተ'ፍ'ፍ'ፍ'ፍ የ'ፍ'ፍ'ፍ አ'ፍ'ፍ'ፍ'ፍ ለ'ፍ'ፍ'ፍ'ፍ እና በ'ፍ'ፍ'ፍ'ፍ'ም ተ'ፍ'ፍ'ፍ ት'ፍ'ፍ'ፍ እና የ'ፍ'ፍ'ፍ'ፍ ማ'ፍ'ፍ'ፍ'ፍ'ፍ ላ'ፍ ያ'ፍ'ፍ'ፍ'ፍ። እ'ፍ'ፍ'ፍ'ም በ EIS ረ'ፍ'ፍ ለ'ፍ'ፍ'ፍ'ፍ'ፍ ተ'ፍ'ፍ'ፍ'ፍ አ'ፍ'ፍ'ፍ'ፍ ፍ'ፍ'ፍ'ም'ም ም'ፍ'ፍ ይ'ፍ'ፍ'ፍ። የ EIS ሂ'ፍ'ፍ ሲ'ፍ'ፍ'ፍ'ፍ፤ የ'ፍ'ፍ'ፍ'ፍ መ'ፍ ኤ'ፍ'ፍ'ፍ'ው፣ የተ'ፍ'ፍ'ፍ አ'ፍ'ፍ'ፍ'ፍ'ፍ እና አ'ፍ'ፍ'ፍ'ፍ'ፍ ጉ'ፍ'ፍ'ፍ ለ'ፍ'ፍ'ፍ'ፍ፣ ለ'ፍ'ፍ'ፍ'ፍ ወ'ፍ'ም እ'ፍ'ፍ-ቅ'ፍ'ፍ የ'ፍ'ፍ'ፍ፣ ዘ'ፍ'ፍ'ች ሁ'ፍ ካ'ፍ'ፍ'ፍ በ'ፍ'ፍ፣ በ'ፍ'ፍ'ፍ መ'ፍ'ፍ'ፍ የተ'ፍ'ፍ'ፍ'ፍ'ፍ እ'ፍ'ም'ፍ ለ'ፍ'ፍ'ፍ የ'ፍ'ፍ'ፍ'ፍ'ፍ (ROD) ያ'ፍ'ፍ'ፍ።

## የ DEIS ቅርጸት ምንድነው?

DEIS አ'ፍ'ፍ ም'ፍ'ፍ'ፍ'ፍ'ች የ'ፍ'ፍ እና የ 19 ተ'ፍ'ፍ'ፍ'ፍ ረ'ፍ'ፍ'ፍ'ች ማ'ፍ'ፍ'ፍ'ፍ ያ'ፍ'ፍ'ፍ። የ'ፍ'ፍ ሁ'ፍ'ፍ'ፍ ዝ'ፍ'ፍ ሰ'ፍ፣ ዘ'ፍ'ፍ'ች፣ ው'ፍ'ፍ'ፍ'ፍ መ'ፍ'ም'ም እና ጽ'ፍ-ሀ'ፍ'ፍ ቅ'ፍ'ፍ በ'ፍ'ፍ'ፍ'ፍ ጊ'ፍ፣ ከ'ፍ'ፍ DEIS (**አ'ፍ'ፍ A በ S በ'ፍ'ፍ**) ጋ'ፍ የተ'ፍ'ፍ'ፍ'ፍ የ'ፍ'ፍ ተ'ፍ'ፍ'ፍ'ፍ ረ'ፍ'ፍ'ፍ'ች ው'ፍ'ፍ ይ'ፍ'ፍ'ፍ'ፍ፦

- **ምዕራፍ 1** የ'ፍ'ፍ'ፍ ዓ'ፍ'ም እና አ'ፍ'ፍ'ፍ'ፍ'ፍ ያ'ፍ'ፍ'ፍ በ ዓ'ፍ'ም እና በ'ፍ'ፍ'ፍ መ'ፍ'ፍ'ፍ (**አ'ፍ'ፍ A**)የተ'ፍ'ፍ ነ'ፍ'ም።

**ደጋፈ ቴክኒካዊ ሪፖርቶች ምንድ ናቸው?**
ለ DEIS

A.   ዓለማ እና የፍላጎት መግለጫ
B.   የ አማራጮች ቴክኒካዊ ዘገባ
C.   የ ትራፊክ ቴክኒካዊ ዘገባ
D.   የአካባቢ ውብት ልማት ካርታ
E.   የማኅበረሰብ ውጤቶች ግምገማ / የአካባቢ ፍትህ ቴክኒካዊ ዘገባ
F.   የረቂቅ ክፍል 4(f) ግምገማ
G.   የባህል ሀብት ቴክኒካዊ ዘገባ
H.   የረቂቅ ክፍል 106 መርሀግብርአዊ ስምምነት
I.   የአፈር ጥራት ቴክኒካዊ ዘገባ
J.   ጫጫታ ትንተና ቴክኒካዊ ዘገባ
K.   አደገኛ ቆሻቋቶች ቴክኒካዊ ዘገባ
L.   የተፈጥሮ ሀብቶች ቴክኒካዊ ዘገባ
M.   መወገድ፣ መቀነስ እና ተጽዕኖዎች ዘገባ (AMR)
N.   የረቂቅ ማካካሻ ቅነሳ ዕቅድ
O.   ቀጥተኛ ያልሆነ እና የተከማቸ ውጤቶች የቴክኒክ ሪፖርት
P.   የነዞብ ጥራት እና ኤ'ፍ'ፍ'ፍ ማስተባበር ቴክኒካዊ ዘገባ
Q.   ጽንሰ-ሀሳባዊ ቅነሳ ዕቅድ
R.   የ'ፍ ፈ'ፍ'ፍ ማ'ፍ'ፍ'ፍ'ፍ
S.   የአካባቢ ግምገማ ቅጽ

00005416



- **ምዕራፍ 2** የአማራጮ ልማት ቅደም ተከተልን እና የተናቱ ትንተና ያቀርባል። አይፋል የግንባታ አማራጮ ጨምሮ፣ የታሰበባቸው አማራጮች እና የማጣሪያ ትንተና መግለጫዉን ያካትታል። እንዲሁም እንጇ የግጭት ወሰን (LOD) ያሉ ሌሎች የተለመዱ የግንባታ አማራጮችን፣[4] የሚተዳደረዉ የመንገዶች ላይ መድረሻዎች፣ የቦርፍ ውሃ አያያዝ፣ የግንባታ እና የአጭር ጊዜ ተፅእኖዎች፣ የሸግር አካላት፣ የአግሮኛ እና የብስከለት ግምት፣ የከፍያ የገንዘብ ቀልጣፋነት እና የ የሚተዳደረዉ የመንገዶች ጥቅሞች ይገልጻል። ይህ ምዕራፍ በ *የአማራጮች ተከነካዊ ዘገባ* **(አባሪ B)** የተደገፈ ነው።

---

[4] የመረበቢ ገይቦች ሁሉም የግንባታ፣ የማጠራቀሚያ፣ የቅላቁሎች ማከማቻ፣ መንጠቁ፣ ማጽዳት፣ የአፈር መሸርሸር እና የደለል ንባፍ ቁጥጥር፣ የመሬት አቀማመጥ፣ የዮላሽ ማስወገጃ፣ የነርፍ ውሃ አያያዝ፣ የጨፎት አግዳሚ መተካት / ግንባታ እና ተዛማጅ ተግባራት የሚከናወንበት ወሰን ናቸው።

00005417

- **ምዕራፍ 3** አሁን ያሉትን እና የወደፊቱን የትራፊክ ሁኔታዎች ለአፖንዳንዱ የግንባታ አማራጮች የተካሄዱትን የትራፊክ ሥራ ትንተናዎች ውጤቶች ያቀርባል። ይህ ምዕራፍ በ*የትራፊክ ቴክኒካዊ ዘገባ* (**አባሪ C**) የተደገፈ ነው።

- **ምዕራፍ 4** በዋናቱ ኮሪዶሮች ውስጥ ተለይተው የሚታወቁትን ነባር የአካባቢ ሁኔታዎችን (የተጠቂ አካባቢ)፣ በ�fun.text... በዐብቶቹ ላይ የሚጠበቁትን ተፅእኖዎች (አካባቢያዊ መዘዞች) እና በሚቻልሱ ጊዜ ሊከሰቱ የሚችሉ የአካባቢ ተፅእኖዎችን ለማስወገድ፣ ለመቀነስ እና አημ亅ク-ቅ兄 ኤ兄ማጀዎችን ያቀርባል። ይህ ምዕራፍ በ **አባሪ D በ R** በhalfም የተደገፈ ነው።

- **ምዕራፍ 5** የ *ረቂቅ ክፍል 4(f) ግምገማ* ጉ兄 በሆኑ የሕዝብ መናፈ兄ዎች፣ መዝናኛ ስፍ兄ዎች፣ እና ታሪካዊ ንብረቶች ላይ ሊ ያስከትል የሚችለውን ተጽእኖ ከ ክፍል 4(f) የ US የ衣兄ኛ ክፍል (USDOT) የ 1966 ድ兄ጋ兄 መ兄ረት ማ兄ቃ兄 ያቀርባል። ይህ ምዕራፍ በ*ረቂቅ ክፍል 4(f) ግምገማ*አ兄ሪ F የተደገ兄 ነው።

- **ምዕራፍ 6** የ13807 አስፈ兄ሚ ትዕ兄ዝ ያቀርባል። የ兄ዴ兄ል ኤ兄ንሲ兄ች የአካባቢ ግምገ兄ዎችን እና ለ兄ኖ መ兄ረ兄 ልማ兄 ፕ兄ጀክ兄ፎ ፈ兄ድ አ兄ባጥ ውሳ兄ዎ兄 ለማ兄ከ兄ድ ለ兄ያ兄ፈ兄ጋ兄ው አ兄兄 "እ兄ድ የ兄ዴ兄ል ውሳ兄" የ兄ሠ兄 ልማ兄 ፕ兄ጀክ兄ፎ ለ兄ሠ兄 ልማ兄 ፕ兄ጀክ兄[5] በአካባቢ兄 ግምገ兄 እና ፈ兄ድ አ兄ባጥ ሂ兄 ውስጥ ተ兄ዛ兄 እና ተ兄ጀ兄ጿ兄 ማ兄兄ም።

- **ምዕራፍ 7** እ兄 አ兄 የ兄ክ兄ወ兄ው የ兄ና兄 የ兄ዘ兄 ማ兄ባ兄 እ兄 ኤ兄ን兄 ማ兄ኛ兄 ማ兄ቃ兄 ያ兄ር兄ል። ይ兄 ም兄ራ兄 በ *በ兄ዝ兄 ተ兄ኛ兄 እ兄 በ兄ጃ兄 ማ兄ተ兄ጸ兄 ተ兄ኒ兄 ዘ兄ባ* (**አ兄ሪ P**) እ兄 በ兄ሎ兄 ሃ兄ት-ተ兄ር መ兄ለ兄ያ兄 ይ兄ገ兄ል።

- **ምዕራፍ 8 እና 9** የ DEIS አ兄ጅ兄ች兄 ዝ兄ዝ፣ እ兄 የ兄ን兄兄ች兄፣ ድ兄ች兄፣ ስ兄兄 ዝ兄ዝ兄 እ兄 DEIS የ兄ሰ兄 ሰ兄ፎ兄 ለ兄ም兄ም兄 እ兄 አ兄ያ兄 ለ兄ስ兄 ያ兄ር兄ል።

- **ምዕራፍ 10** የ DEIS ዋ兄ዎ兄ን ያ兄ር兄ል።

## በ DEIS ውስጥ አ兄ዳ兄 የ兄መ兄 ው兄ች ም兄ድ兄ች兄?

- **የ兄ና兄 ጎ兄ዎ兄፣** በ兄ፑ兄 ወ兄ን ው兄 እ兄ተ兄ለ兄ው兄፦በ兄兄ኒ兄 ፋ兄ፋ兄 ካ兄ን兄፣ 兄ኒ兄 ው兄 ከ兄ር兄 ዌ兄ን兄 የ兄ታ兄ሰ兄 ፓ兄ዌ兄 በ兄ተ兄ሰ兄 I-495 兄 ጨ兄兄፣ በ兄ር兄 ጆ兄 ካ兄ን兄፣ 兄兄兄ድ ው兄 የ MD 5 ም兄ብ兄 የ兄ገ兄ው በ 兄兄兄ክ ወ兄 ላ兄 የ兄ያ兄 ው兄 የ አ兄兄 Legion ድ兄ድ兄 ጨ兄兄፣ እ兄 I-270 ከ I-495 እ兄 I-370 በ ም兄ት兄ም兄 ካ兄ን兄፣ ም兄ራ兄 እ兄 ም兄ራ兄 I-270 ,兄 መ兄ት兄 ስ兄 兄 የ I-495 ጨ兄兄፣ ያ兄ታ兄ል። (ለ兄ጨ兄 ዝ兄ች **ም兄ራ兄 1** ይ兄ል兄)።

- **የ兄兄 መ兄ር ጥ兄 ወ兄፣**እ兄 48 兄ሎ兄 ር兄 መ兄 እ兄 በ兄ም兄 300 兄兄ም兄 በ兄ሰ兄 መ兄 I-495 እ兄 I-270 ይ兄ጻ兄 አ兄 በ兄 የ兄ባ兄 ሁ兄 ላ兄 መ兄ኝ兄 ለ兄ሰ兄 የ兄兄 አ兄ሰ兄 በ兄 ለ兄ሰ兄 ጥ兄ም ላ兄 ው兄 በ兄ኛ兄 መ兄ን兄 ጥ兄 የ兄.ጥ兄 ድ兄ር አ兄ባ兄 የ兄.ጥ兄 ሀ兄ቶ兄 ጥ兄 ው兄 **ከ兄ች 4.11 በ 4.20 በ兄 የ ም兄ራ兄 4** ጥ兄ም ላ兄 ው兄 እ兄 ፓ兄ች兄 እ兄 ክ兄 4(f) ሀ兄ት兄 በ **ክ兄 4.4** እ兄 **ም兄ራ兄 5**ው兄 ዘ兄ዘ兄ል።

- **የ兄ት ጌ兄ዎ (LOD)** ለ እ兄ዳ兄 የ兄ባ兄 አ兄ራ兄 እ兄 እ兄ዳ兄 ግ兄ታ兄 ማ兄ባ兄 የ兄ፋ兄 兄ም兄ዳ兄 የ兄ር መ兄兄ር እ兄 兄ፋ兄 የ兄ሳ兄 ማ兄ዘ兄 የ兄ጽ ው兄 አ兄ያ兄 (SWM) የ兄ም兄 ማ兄 ም兄 ግ兄ታ兄 እ兄 ተ兄兄 የ兄ታ兄 ሥ兄ዎ兄 ይ兄ሰ兄ል። (**ም兄ራ兄 2፣ ክ兄 2.7.4** ይ兄ጿ兄ል።)

## በ DEIS እና ረቂቅ ክፍል 4(f) ሰ兄ድ ላ兄 አ兄ያ兄 ለ兄ስ兄 መ兄ዶ兄 ም兄ድ兄?

FHWA እ兄 MDOT SHA ፍ兄ት ላ兄 የ兄ረ兄 ባ兄ሥ兄ና兄 የ兄ል兄 እ兄 የ兄ባ兄 መ兄ተ兄兄ች兄 ለ兄ት የ兄ዴ兄 ኤ兄ን兄ች兄 የ兄ገ兄 ተ兄ዳ兄 አ兄兄 የ兄 መ兄ገ兄 ድ兄ች兄 እ兄 የ兄ብ兄 አ兄ት兄 በ DEIS እ兄 ረ兄 ክ兄 4(f) ግ兄ገ兄 ላ兄 አ兄ያ兄 እ兄ዲ兄兄 ይ兄ባ兄 የ DEIS ለ兄兄 እ兄 ቴ兄ካ兄 ሪ兄ች兄 ከ兄兄ክ兄 ድ兄ባ兄 በ ፡

https://495-270-p3.com/DEIS/ ላ兄 ማ兄ት兄 አ兄 ማ兄ር兄 ይ兄ላ።

የ兄ዝ兄 አ兄ያ兄 ጊ兄 የ兄ድ兄 兄ም兄 10 ቀ兄 2020 ሲ兄 እ兄 ጥ兄ም兄 8 ቀ兄 2020 ድ兄 ይ兄ላ። *የ兄-兄 እ兄 የ兄 አ兄ያ兄 ፎ兄 በ兄ክ兄 ደ兄ጀ ት兄ረ兄 ይ兄ጥ兄* እ兄 FHWA ሁ兄ም兄 አ兄ያ兄 ይ兄ም兄 እ兄ም በ兄 ቀ兄 በ FEIS 兄ጀ兄 ው兄 የ兄 ጿ兄 兄 ወ兄ም በ兄 የ兄ሰ兄 兄 አ兄ያ兄 兄 ከ兄ም兄 ው兄 ያ兄ቁ 兄 ይ兄ባ兄 ከ兄ያ兄 ቀ兄 በ兄 兄ሰ兄 兄 ወ兄ም በ兄 የ兄ሰ兄 አ兄ያ兄 ተ兄ሰ兄 የ兄ቀ兄 ያ兄 ይ兄ዳ兄 ተ兄ታ兄 兄 ያ兄 ም兄ባ兄 እ兄 በ兄 兄 ሕ兄ባ兄 兄ች兄 የ兄ኝ兄 ማ兄ሰ兄

---

[5] https://www.whitehouse.gov/presidential-actions/presidential-executive-order-establishing-discipline-accountability-environmental-review-permitting-process-infrastructure/

00005418

Case 8:22-cv-02597-DKC    Document 58-4    Filed 10/30/23    Page 30 of 98

495
270
MANAGED
LANES STUDY

የአካባቢ ተጽዕኖ መግለጫ ረቂቅ

ከተሰጠ ብኋላ ቢያንስ ከ 30 ቀናት በኋላ ይከሰታል። ስለ ሕዝባዊ ችሎቾች ቀናት እና ሥፍራዎች የቅርብ ጊዜ መረጃ ለማግኘት ወደ https://495-270-p3.com/DEIS/ይመልከቱ።

አስተያየቶች በ DEIS ላይ ሊደረግ ይችላል በ:

- በዋናው የመስሪያ ከፍል ውስጥ በአንዱ የሕዝብ ንግግር ውስጥ የቃል ምስክርነት
- በአንድ ልዩ ከፍል ውስጥ በይፋዊ ችሎቱ ፊት ለፊትና ዘጋቢ የቃል ምስክርነት
- የ DEIS አስተያየት ቅጽ በ https://495-270-p3.com/DEIS/
- ወደ MLS-NEPA-P3@mdot.maryland.gov ኢሜይል ይላኩ
- በይፋዊ ችሎት ላይ በአስተያየት ቅጽ ላይ የተፃፉ አስተያየቶች
- ወደ Lisa B. Choplin, DBIA, I-495 & I-270 P3 Program Director, I-495 & I-270 P3 Office, 707 North Calvert Street, Mail Stop P-601, Baltimore MD 21202 ደብዳቤዎች መላክ።

## የጥናቱ ዓላማ እና ፍላጎት ምንድነው?

የጥናቱ ዓላማና ፍላጎት ያለፉትን ጥናቶች ምርመራ፣ ነባር የኅልል አቅዶችን መገምገምን እና በኅልሉ ውስጥ ያሉትን የአካባቢ እና ማህበራዊ ኢኮኖሚያዊ ሁኔታ ትንተና ያካተተ አጠቃላይ ሂደት የተነሳ ነው። በህበረት ሥራ ኤጀንሲዎች የተስማማው ሙሉ ዓላማ እና ፍላጎት መግለጫ[6] በ ሕዳር 2018 በ **አባሪ A** ውስጥ ተካቷል።

የጥናቱ ዓላማ መጨናነቅ የሚያስታግስ የገዘ ፍላጎት አስተዳደር መፍትሄ(ዎች) ማዘጋጀት ነው። በጥናቱ ወሰኖች ውስጥ በ I-495 እና I-270 ላይ የገዘ አስተማማኝነትን ያሻሽላል፣ እናም አሁን ያሉትን እና የታቀዱ በርካታ የብዝሃ-ዓይነት ተንቀሳቃሽነት እና ተያያዥነት ያሻሽላል።

ጥናቱ የተፈለገበት ምክንያቶች፦
- አሁን ያለው የትራፊክ ፍሰት እና የረጅም ጊዜ የትራፊክ ዕድገት ማሟላት።
- የገዘ አስተማማኝነትን ማሻሻል
- ተጨማሪ የጎዳና ላይ ጉዞ ምርጫዎችን ማቅረብ
- የትውልደ-ሀገር ደህነነት ማሟላት
- የሸቀጦች እና አገልግሎቾች እንቅስቃሴን ማሻሻል

ከፍላጎቶቹ በተጨማሪ ሁልት የጥናቱ ግቦች ተለይተዋል፣ (1) የ አማራጭ የገንዘብ ፈንድ ለገንዘብ ነክ አቀራረብ አጠቃቀም እና (2) የአካባቢ ኃላፊነት። በጥናቱ ዓላማ እና ፍላጎት ላይ ተጨማሪ መረጃ ለማግኘት **ምዕራፍ 1** እና **አባሪ A** ይመልከቱ።

---

[6] NCPC ዓላማውን እና ፍላጎቱን ብቻ በአንድ ጊዜ ተቀብሏል። M-NCPPC ዓላማውን እና ፍላጎቱን ብቻ በአንድ ጊዜ አልተቀበለም።

00005419



# አማራጮች ከግምት ውስጥ ገብተዋል

## ከግምት ውስጥ የገቡ አማራጮችን የማጣራት ሂደት ምንድነው?

የ አማራጮች ልማት እና ማጣሪያ በአምስት እርከን ሂደት ሊጋለፅ ይችላል፣ ይህ በግምገማ ላይ ያሉ የአማራጮች የመጀመሪያ ደረጃ ዝርዝርን ጀምሮ ወደ ተመራጭ አማራጭ ያስኪዳል። (**ቁርጽ ES-2**(መልከፁ)። የመጀመሪያዎቹ አራት ደረጃዎች በዚህ DEIS ውስጥ የቀረቡ ሲሆን የመጨረሻው እርማኛ በ FEIS ውስጥ ይመዘገባል። ይህ ሂደት የተከናወነው ከእጅግንሱ ባልደረባዎች ጋር በመተባበር የህዝብ ግምገማን አካቷል። በተከታታይ በተተነተኑ ደረጃዎች፣ በኤጅንሲ እና በአዝዞብ ግምገማ፣ እነዚህ የመጀመሪያ አማራጮች ወደ ታጣቂ አማራጮች ጠባብ ነበሩ እና ከዚያ በኃላ ለዝርዘር ጥናት የቀረት አማራጮች (ARDS) (**ምዕራፍ 2**(መልከፁ)። በኤጤቃሉ። በ NEPA፣ ARDS የሚለው ቃል የሚያመለክተው ለዝርዘር ጥናት የተቀመጡ አማራጮችን ብቻ ነው። ሆኖም፣ በዚህ DEIS ውስጥ ተጨማሪ አማራጮች በዝርዘር ጥናት የተደረጉ ሲሆን ተጨማሪው የመረጃ ትንተና ቀርቧል። በዝርዘር የተጠኑት አማራጮች ዓላማውን እና ፍላጎቱን ያሟሉ እና ማካያደታዊ ለመሆን የተወሰኑት እንደ የግንባታ አማራጮች ተብለው ይጠራሉ። የንድፍ እና ትንታኔ ዝርዘር ደረጃ እየጨመረ በሄደ ቁጥር ግምት ውስጥ የሚገቡ አማራጮች ቁጥር ቀንቋል።

### ቁርጽ ES-2፣ የአማራጮች የማጣሪያ ሂደት



## የአማራጮች የመጀመሪያ ደረጃ ምን ግምት ውስጥ ያስገባ ነበር?

በቀደሙ፣ አግባብነት ባላቸው ጥናቶች እና በእቅድ ሰነዶች እና በ NEPA የፍተሻ ሂደት ወቅት ከህዝብ እና ከፌዴራል፣ ከስቴቱ እና ከአካባቢ ተቆጣጣሪ ኤጅንሲዎች በመነሳት 15 የተለያዩ የመጀመሪያ አማራጮች ታውቀዋል። የአማራጮች የመጀመሪያ ደረጃ ተካቷል፦

- አማራጭ 1፣ አይተፋል የግንባታ
- አማራጭ 2፣ የትራንስፖርት ሥርዓታዊ አያያዝ / ትራንስፖርት ፍላጎት አስተዳደር (TSM/TDM)
- አማራጭ 3፣ አንድ አጠቃላይ ዓላማ (GP) መስመር ያክሉ
- አማራጭ 4፣ በእያንዳንዱ በI-495 ላይ አንድ የ HOV መስመርን ያክሉ እና በI-270 ላይ በእያንዳንዱ አቅጣጫ ያለውን የ HOV መስመርን ያቆዩ።
- አማራጭ 5፣ በ I-495 በእያንዳንዱ አቅጣጫ አንድ ዋጋ ያለው የሚተዳደር መስመር (አውታ/ሪ) አውታ/ሪ መረብ ያክሉ እና በእያንዳንዱ አቅጣጫ አንድ ነባር የ HOV መስመርን ወደ ዋጋው[7] ወደሚተዳደር መስመር I-270 ይለውጡ።
- አማራጭ 6፣ በእያንዳንዱ አቅጣጫ I-495 እና I-270 ላይ ሁሉት የ GP መስመሮችን ያክሉ
- አማራጭ 7፣ በ I-495 ላይ በእያንዳንዱ አቅጣጫ ሁለት የ HOV መስመሮችን ያክሉ እና አንድ ነባር የ HOV መስመርን ያቆዩ እና በእያንዳንዱ አቅጣጫ I-270 ላይ አንድ የ HOV መስመርን ያክሉ።
- አማራጭ 8፣ በ I-495 ላይ በእያንዳንዱ አቅጣጫ ሁለት ዋጋ ያላቸው የሚተዳደር መስመሮችን ያክሉ እና በእያንዳንዱ አቅጣጫ አንድ ዋጋ ያለው የሚተዳደር መስመር ያክሉ እና በ I-270 በእያንዳንዱ አቅጣጫ አንድ የ HOV መስመርን ያቆዩ።
- አማራጭ 9፣ በ I-495 ላይ በእያንዳንዱ አቅጣጫ ሁለት ዋጋ ያላቸው የሚተዳደር መስመሮችን ያክሉ እና አንድ ነባር የ HOV መስመርን ወደ ዋጋው ወደሚተዳደር መስመር ይለውጡ እና በ I-270 በእያንዳንዱ አቅጣጫ አንድ ዋጋ ያለው የሚተዳደር መስመር ያክሉ።

---

[7] በአገዛዝ እና በኤጅንሲ ግብ‍ዓት ላይ በመመርኮዝ፣ MDOT SHA በዋ ፕ የተያዙ መንገዶችን እንደ ባለከፍተኛ-ይዘት የመነገድን ግብር መስመሮች (HOT)፣ ወይም ቀጥተኛ የመነገድን ግብር መስመሮች (ETL)፣ እና የአማራጮች መጣሪ‍ያዎች በዚሁ መሠረት ተስተካክለዋል።



- አማራጭ 10፡ በእያንዳንዱ I-495 እና I-270 ላይ ሁለት ዋጋ ያላቸው የሚተዳደር መስመሮችን ያክሉ እና በ I-270 ላይ በእያንዳንዱ አቅጣጫ አንድ ነባር የ HOV መስመርን ያቆዩ።
- አማራጭ 11፡ የ C-D መስመሮችን በመጠቀም የትራፊክ ፍሰት በካከል መለየት፤ በእያንዳንዱ አቅጣጫ በ I-495 ላይ ሁለት የ GP መስመሮችን በመጨመር
- አማራጭ 12A፡ ከፍተኛ ጊዜያት በሚፈጠሩብት ጊዜ ያሉትን የ GP መስመርን በ I-495 ላይ ወደ ተቃራኒ ፍሰት መስመር ይለውጡ።
- አማራጭ 12B፡ ከፍተኛ ጊዜያት በሚኖሩብት ወቅት ያለውን የ HOV መስመርን በ I-270 ላይ ወደ ተቃራኒ ፍሰት መስመር ይለውጡ።
- አማራጭ 13A፡ በ I-495 ላይ ሁለት ዋጋ ያላቸው የሚተዳደር ተቀልባሽ መስመሮችን ያክሉ
- አማራጭ 13B፡ በ I-270 ላይ ነባር የ HOV መስመሮችን ወደ ሁለት ዋጋ ያላቸው የሚተዳደር ተቀልባሽ መስመሮችን ይለውጡ።
- አማራጭ 13C፡ ሁለት ዋጋ ያላቸው የሚተዳደር ተቀልባሽ መስመሮችን ያክሉ እና I-270 ላይ በእያንዳንዱ አቅጣጫ አንድ ነባር የ HOV መስመርን ያቆዩ
- አማራጭ 14A፡ ከባድ የባቡር[8] ሽግግር
- አማራጭ 14B፡ ቀላል የባቡር[9] ሽግግር
- አማራጭ 14C፡ የተስተካከለ የመመሪያ መንገድ፣ አውቶቡስ ፈጣን ትራንስፖርት (BRT)[10] ነባር የቃዳና ላይ አሰላለፍ
- አማራጭ 15፡ በ I-495 እና I-270 ላይ አንድ የተወሰነ የአውቶቡስ መስመር ያክሉ

የአማራጭዎች የመጀመሪያ ደረጃ ትንተና ከዋናው ዓላማ እና ፍላጎት ጋር በተነጻጸፈ ላይእንዳንዱ አማራጮች የማጣሪያ መስፈርቶችን በመመዝገብ ተጠናቅቋል፤ **ምዕራፍ 2፣ ክፍል** 2.5ይመልከቱ። የእነዚህ መመዘኛዎች ዋራት ግምገም በ� በዕላ የ መጊፔን መረጀዎችን በመጠቀም ነው (ከነባር ምንጮች፣ የማፔገንዞውን መረጀ)። የቀረበው መረጀ የጥናት ዓላማ እና ፍላጎቱን ካላሟላ ብቻ በዚህ ሂደት ላይ ካለው ተጨ+ማሪ ማምሪማ ተጥ ፈ ፎ፤ ምርመራ የተደረግባቸው አማራጮች የ ማጣሪያ መስፈርትን የ ማ ፋ ማ ፉ ወይም ተ ለ ይ ተ ው የ ማ ታ ወ ቅ ት ን ዓ ላ ማ እ ና ፍ ላ ጎ ት ን ለ ማ ሟ ላ ት ች ለ ዋ ች ፉ ው ን ለ መ መ ለ ስ ተ ጨ ማ ሪ ት ን ተ ና የ ማ ፈ ለ ጉ ና ቸ ው ፤ የ አ ማ ራ ጮ ች የ መ ጀ መ ሪ ያ ም ር መ ራ በ  *አ ማ ራ ጮ ች ቱ ክ ን ዛ ሪ ፖ ር ት*  (**አ ባ ሪ** B)ው ስ ጥ ተ መ ዝ ግ ቧ ል ። በ ቀ ዳ ሚ  አ ማ ራ ጮ ች ላ ይ ተ ጨ ማ ሪ ዝ ር ዝ ር ች ን ለ ማ ግ ኘ ት **ም ዕ ራ ፍ 2 ፣ ክ ፍ ል** 2.4 ን ይ መ ል ከ ቱ ።

## ም ር መ ራ የ ተ ደ ረ ገ ባ ቸ ው አ ማ ራ ጮ ች ም ን ም ን ነ በ ሩ ?

የ ተ ፈ ተ ሹ አ ማ ራ ጮ ች በ ፕ ሮ ግ ራ ሙ  ድ ር ጣ ቢ ያ በ ዚ ሑ ፈ በ ጀ ሑ ፈ ሰ ነ ዶ ች እ ና በ የ ካ ቲ ት  ወ ር 2019 አ ን ድ ቪ ዲ ዮ ለ ህ ዝ ብ ቀ ር በ ዋ ል ፡ እ ና ያ ካ ተ ተ ው ፡

- አ ማ ራ ጭ 1 ፡ ም ን ም ግ ን ባ ታ የ ለ ም - ም ን ም እ ን ኳ ን ይ ህ አ ማ ራ ጭ የ ጥ ና ቱ ን ዓ ላ ማ እ ና ፍ ላ ጎ ት የ ማ ያ ሟ ላ ቢ ሆ ን ም ፡ ከ NEPA መ ስ ፈ ር ቶ ች ጋ ር የ ሚ ጣ ጣ ም ፡ ለ ሌ ች አ ማ ራ ጮ ች ን ለ ማ ነ ጻ ፀ ር እ ን ደ መ ሠ ረ ት ሆ ኖ እ ን ዲ ያ ገ ለ ግ ል ለ ተ ጨ ማ ሪ ግ ም ገ ማ ወ ደ ፊ ት ተ ወ ስ ጿ ል ።
- አ ማ ራ ጭ 5 ፡ አ ን ድ HOT የ ሚ ተ ዳ ደ ር የ መ ስ መ ር ግ ን ኙ ነ ት ፡
- አ ማ ራ ጭ 8 ፡ በ I-495 ላ ይ ሁ ለ ት ETL የ ሚ ተ ዳ ደ ሩ የ መ ተ ና ና መ ስ መ ር ች እ ና አ ን ድ ETL እ ና በ I-270 ላ ይ አ ን ድ HOV የ መ ተ ና ና መ ስ መ ር
- አ ማ ራ ጭ 9 ፡ ሁ ለ ት HOT የ ሚ ተ ዳ ደ ሩ የ መ ተ ና ና መ ስ መ ር ች
- አ ማ ራ ጭ 10 ፡ በ I-495 እ ና I-270 ላ ይ ሁ ለ ት ETL የ ሚ ተ ዳ ደ ሩ የ መ ተ ና ና መ ስ መ ር ች እ ና በ I-270  ብ ቻ አ ን ድ HOT የ ሚ ተ ዳ ደ ር የ መ ተ ና ና መ ስ መ ር
- አ ማ ራ ጭ 13B ፡ በ I-495 ላ ይ ሁ ለ ት HOT የ ሚ ተ ዳ ደ ሩ የ መ ተ ና ና መ ስ መ ር ች እ ና I-270 ላ ይ ሁ ለ ት ተ ቀ ል ባ ሽ HOT የ ሚ ተ ዳ ደ ሩ የ መ ተ ና ና መ ስ መ ር ች
- አ ማ ራ ጭ 13C ፡ በ I-495 ላ ይ ሁ ለ ት ETL የ ሚ ተ ዳ ደ ሩ የ መ ተ ና ና መ ስ መ ር ች እ ና I-270 ሁ ለ ት ተ ቀ ል ባ ሽ ETL የ ሚ ተ ዳ ደ ሩ የ መ ተ ና ና መ ስ መ ር ች ፡ እ ና አ ን ድ HOV መ ስ መ ር ን በ I-270 ላ ይ ብ ቻ ይ ቆ ዩ ።

ተ ጨ ማ ሪ የ ማ ያ ድ ስ ነ ፡ ት ራ ፊ ክ ፡ የ ፐ ዘ ብ እ ና የ አ ካ ባ ቢ ፡ ት ን ታ ኔ ተ ጠ ና ቀ ው ፡ እ ና እ ን ደ ARDS ወ ደ ፊ ት የ ሚ ካ ነ ፉ ት ን የ ካ ት ት አ ማ ራ ጭ አ ማ ራ ጮ ች ግ ማ ን ኃ ታ ዊ ነ ት የ ሚ ወ ስ ን ነ በ ር ፡ ለ ዝ ር ዝ ር ጥ ናት የ ገ ለ እ ገ ፉ የ ሚ መ ከ ሩ አ ማ ራ ጮ ች (ARDS) ፡ ሁ ለ ነ ም የ ተ ባ ሩ አ ማ ራ ጮ ች ን ያ ካ ተ ሲ ፓ ን በ ወ ደ ይ 2019 የ ነ በ ዘ አ ው ድ ጥ ና ቶ ች ላ ይ ቀ ር በ ዋ ል ። እ ነ ዚ ህ ን አ ው ድ ጥ ና ቶ ች ተ ከ ት ለ ዉ ም የ ሚ መ ከ ር ው ARDS የ በ ለ ጠ ተ ተ ና ና እ ና አ ማ ራ ጭ 5 ከ ተ ጨ ማ ሪ ት ኩ ረ ት ተ ጥ ሷ ል ።

## አ ማ ራ ጭ 5 ከ ተ ጨ ማ ሪ ት ኩ ረ ት ለ ም ን ተ ጣ ለ ?

አ ማ ራ ጭ 5 እ ን ደ ተ ባ ሩ አ ማ ራ ጮ ች ተ ለ ይ ቷ ል ፡ እ ና I-495 ላ ይ በ እ ያ ን ዳ ን ዱ አ ቅ ጣ ጫ አ ን ድ ዋ ጋ ያ ለ ው የ ሚ ተ ዳ ደ ር መ ስ መ ር ን ማ ክ ል ን ታ ስ ቧ ል ፡ እ ና በ እ ያ ን ዳ ን ዱ አ ቅ ጣ ጫ አ ን ድ ነ ባ ር የ HOV መ ስ መ ር ን ወ ደ ዋ ጋ ያ ለ ው የ ሚ ተ ዳ ደ ር መ ስ መ ር በ I-270 መ ለ ወ ጥ ። ለ ኢ ጂ ክ ኤ ው አ ስ ተ ያ የ ቶ ች እ ና ለ ሕ ዝ ብ አ ስ ተ ያ የ ት ም ላ ሽ ፡ MDOT SHA እ ና FHWA በ አ ማ ራ ጭ 5 ላ ይ ያ ለ ው ን ጥ ል ቅ ት ን ታ ኔ የ በ ለ ጠ ገ ም ማ ም ም ር መ ራ ከ ተ ረ ጋ ገ ቱ ው ን አ ማ ራ ጮ ች በ ጣ ም

---

[8] ከ ባ ድ ባ ቡ ር የ መ ጓ ጓ ዣ አ ገ ል ግ ሎ ት ሁ ኔ ታ ነ ው ፡ (እ ን ዲ ሁ ም ሜ ት ሮ ፡ የ ም ድ ር ው ስ ጥ ባ ቡ ር፣ ፈ ጣ ን መ ተ ላ ለ ፈ ያ፤ ወ ይ ም ፈ ጣ ን ባ ቡ ር ተ ብ ሎ ም ይ ጠ ራ ል) ለ ከ ባ ድ የ ት ራ ፊ ክ ፍ ሰ ት አ ቅ ም ባ ለ ው በ ሌ ል ክ ት ረ ከ ባ ቡ ር ሀ ዲ ዱ የ ሚ ሰ ራ ነ ው ። በ �等 ፍ ር ጥ ት በ መ ሬ ተ፣ የ ባ ብ ጠ መ ኪ ኛ ፡ ወ ይ ም የ መ ን ገ ድ ፡ በ ባ ብ ጠ መ ኪ ኛ ባ ቡ ር ች ው ስ ጥ በ ከ ፍ ተ ኛ ፍ ጥ ነ ት እ ና በ ፍ ጥ ነ ት ተ ለ ይ ቶ ይ ታ ወ ቃ ል ።

[9] ቀ ላ ል ባ ቡ ር የ መ ጓ ጓ ዣ አ ገ ል ግ ሎ ት ሁ ኔ ታ ነ ው (የ መ ግ ደ ር ባ ቡ ር ፡ ት ራ ም ዌ ይ፣ ወ ይ ም ት ሮ ሌ ይ ተ ብ ሎ ም ይ ጠ ራ ል) የ ሚ ን ቀ ሳ ቀ ሱ ተ ሳ ፋ ሪ ባ ቡ ር መ ኪ ና ች በ ው ል ቅ (ወ ይ ም በ አ ማ ር ፡ ባ ቡ ር ች) በ ቃ ሚ ሀ ዲ ዶ ች ላ ይ ፡ ተ የ ቀ ላ ባ ቡ ር ተ ሽ ከ ር ካ ሪ ዎ ች በ ተ ለ ም ዶ በ ሌ ል ክ ት ረ ከ የ ሚ ን ዱ ት ን ከ ላ ይ ከ ተ ጠ ቀ ሰ ው የ ኤ ሌ ክ ት ሪ ክ መ ስ መ ር በ ት ር ሲ ቀ ፡ ወ ይ ም ፓ ነ ል በ ኩ ል በ መ ሳ ራ ያ በ ተ ሻ ር ከ ረ ው ፡ ላ ይ ይ መ ራ ሉ ።

[10] የ አ ው ቶ ቡ ስ ፈ ጣ ን መ ጓ ጓ ዣ ከ ፍ ተ ኛ ጥ ራ ት ያ ለ ው አ ው ቶ ቡ ስ-ተ ኮ ር ስ ር ዓ ት ሲ ሆ ን ራ ሱ ን የ ወ ሰ ነ መ ስ መ ር ች ን፣ አ ው ቶ ቡ ሶ ች ን፣ የ ት ራ ፊ ክ ም ል ከ ት ን ቅ ድ ሚ ያ፣ ከ መ ሳ ፈ ሪ ቦ ላ ት ቲ ኬ ት መ ሸ ጥ፣ ከ ፉ ያ ለ መ ድ ረ ኮ ች እ ና የ ተ ሻ ሻ ለ ባ ጣ ያ ዎ ች ን ለ ያ ካ ት ት የ ሚ ች ል ፈ ጣ ን እ ና ቀ ል ባ ስ አ ገ ል ግ ሎ ት ይ ሰ ጣ ል ።

00005421

መጥፎ አፈፃፀም ያለው መሆኑ ተገንዝበዋል፣ ለስብዓፆም መለኪያዎች ነባር የትራፊክ ፍሰት እና የረጅም ጊዜ የትራፊክ እድገትን እና የገዞ አስተማማኝነትን በእነኚ መንገዱ የገዞ ጊዜ፣ በእንቅግሉት አሰጣዋ ደረጃ፣ እና በመጓዝ ጊዜ[11] (አጠቃላይ ዓላማ መንገዶች) ለመገምገም ያገለገሉ እና በበርንት ሰፋራ መዘግየት ምርመራ ከተደረገባቸው አማራጮች መካከል በጣም የከፋው ሥራን የሚፈጽው መሆኑ ተገንዝበዋል። በተጨማሪም አማራጭ 5 የገነዞ አቅርቦትን፣ ግብ ለማሳካት አልተሳካም፣ ምክንያቱም ለማቅረብ ከፍተኛ የሆነ የገገዘ ድጎማ ይጠይቃል። በፋይናንስ ትንተና ውጤቶች እና እስዓን ያለውን የትራፊክ ፍሰት እና የረጅም ጊዜ የትራፊክ ዕድገት እና የገዞ አስተማማኝነትን የመፈፀም ጉድለቶች ላይ በመመርኮዝ FHWA እና MDOT SHA አማራጭ 5 የፕናቱን ዓላማ እና ፍላጎትን የማያሟላ በመሆኑ ምክንያታዊ አማራጭ አለመሆኑን ወስነዋል። ለጥናቱ እንደ ARDS አልተላለፈም። ሆኖም የኤጀነሲዎች ውሳኔዎን ለድርጊታቸው ለማመቻቸት እና ግልፅ ለማድረግ፣ አማራጭ 5 በዚህ **ምዕራፍ 3** እና 4 ላይ ባሉት ተዕኅኖዎችን ለማክወታደ ወይም ለመቀነስ የ ክፍል ነው። የአማራጭ ማጣፈያዎቹ ማጣሪያ ውጤቶች እና የARDS የመለየት ምክንያ ት በ **ምዕራፍ 2፣ ክፍል 2.5** እና 2.6 እና ተሰንጷል በ *የአማራጮች ቴከኒካዊ ዘገባ* (**አባሪ B**)። ውስጥ ተዘርዝረዋል።

## ምን ሌሎች አማራጮች ተሰተውሰዋል?

### MD 200 የአቅጣጫ መለዋወጫ አማራጭ

የፀደይ 2019 የገነብ አውደ ጥናቶች እና የኤጀነሲ ስብሰባዎችን ተከትሎ፣ በርካታ የህብረት ሥራ ማህበራት እና ተሳታፊ ኤጀነሲዎች፣ ጉዳዩ በፕኮ፣ ቁጥጥር በተሰጣቸው ህብቶች እና የመኖሪያ ስፈራዎች ላይ ተፅእኖዎችን ለማክወታደ ወይም ለመቀነስ የ I-495 ን የፕደፍው ክፍል በ I-270 እና I-95 መካከል ከሰው ይልቅ፣ MDOT SHA (MD 200 የአቅጣጫ መለዋወጫ አማራጭ) መገባደኛች MD 200ን (የከውንት-ውስጡ አገናኝ) እንዲጨቀም የሚያስችል አማራጭ መንገድ አማራጭ ን እንዲገመግም ጠይቀዋል።

በቅርብ ጊዜ ውስጥ፣ የዚህ አማራጭ መነሻ ሃሳብ በአሁኑ ወቅት በMD 200 ባለው አቅም ምክንያት ብቁ ሆኗል፣ የ ሜሪላንድ መጓጓዣ ባለሰልጣን (MDTA) ተቋም፣ አንደዚሁ፣ MDOT SHA ለአማፊላ Legion Bridge ወይም ከዚያ ባሻገር (እና በተቃራኒ አቅጣጫ) የታሰበውን፣ በአቅጣ ጊዜ የመለዋወጫ አቅምን ለመጠቀም፣ MD 200ን ለመጠቀም እና በ I-495 የፕደፍው አናት ላይ የተወሰነ እርድታን ለመስጠት፣ ከሰሜን I-95 ከሚገኙት ነጥቦች ጀምሮ ላሉት የትራፊክ ፍሰት ለማስረታታት ከ MDTA ጋር አዠሰ ይ ፤ገ፡። የዚህን ትራፊክ የተወሰነውን ለማክበ በመሚካር ላይ MDOT SHA ነባር ተፈዋዋፅ የመልሶ ሁ መሆላፊ ያ ምልክቶኝ በመጠፀም ለ I-495 እና MD 200 የገዞ ጊዜዎችን ለMDTA አቅርቧል። የገነዞ ሰዓት በMD 200 ላይ ለዋግር መሆኑን ካባየ እና የገገዞ ክፍ ይ ለተጓገኙ የሚረዳ ከሆነ ታሳ ያ ወደ MD 200 አቅጣጫ ለመቀየር መምረጥ ይችላሉ።

ሆኖም የዋናቱ ዓላማ እና ፍላጎትን በሚመለከት መፍትሔው፣ የ MD 200 የአቅጣጫ መለዋወጫ አማራጭ፣ የረጅም ጊዜ የትራፊክ እድገትን ማፃልበትን፣ የገዞ አስተማማኝነትን ማሳሳበትን እና የየቀጠርት እና የአቃጣ ግልት እንቅስቃሴ መሻሻል አለበት። በ 2040 የንድፍ ዓመት፣ የትራፊክ ትንታኔ ውጤቶች እንደሚያመለክቱት የMD 200 የአቅጣጫ መለዋወጫ አማራጭ የፋዕዞ ጊዜ የትራፊክ እድገትን ለማስተናገድ፣ የገዞ አስተማማኝነትን ሁሉ እንኳ የከፋ መሆኑን ጠፀመዋል። የMD 200 የአቅጣጫ መለዋወጫ አማራጭ የፈ ዞ ዓላማ እና ፍላጎትን በተ ፈ ም የ ፈ ፈ ም ። የ MD 200 የአቅጣጫ መለዋወጫ አማራጭ ትንተና ማጠቃለያ **ምዕራፍ 2፣ ክፍል** 2.5.3.b ውስጥ ተዥፀል እና በ *የአማራጮች ቴከኒካል ዘገባ*(**አባሪ B**). ውስጥ ተሰንጷል።

### አማራጭ 9 የተሻሻለ (9M)

በARDS ላይ ለታዝብ እና ለኤጀነሲ ስብሰ ም ፅ አ መ ፡ MDOT SHA እና FHWA ARDS አማራጭ 9 (አማራጭ 9M) የተሻሻለ ተብሎ ከተታወቅ በኋላ ተጨ ማ ራ አማራጮችን ገምግሟል። በ I-495 የፕደፍው ኅን ላይ (I-270 ምፅራፍ ጋ ደ መ እና I-95) ላይ ባለው ተ ፈ ተ የ ፡ ፡ ። ሀብቶች እና የገብረት ስ ፈ ፍ ላ ት ፈ ኅ ፈ ፡ በ ፡ ፡ ። የአ ማ ራ ጭ 9M ጥምር ውስጥ አማራጭ 5 እና አማራጭ 9ን ያካተተ ነው። ትንታኔው የተጠናቀቀው በ I-495 በፍ ፈ ፈ ፈ ፈ ። የ ፈ ፈ ። የ ፈ ፈ ። የ ፈ ። የ ፈ ፈ ። የ ፈ ። ፈ ። የ ፈ ። ፈ ። ። ። ፈ ። ። ። ። አ ። ። ። ። ። ።

አማራጭ 9M አማራጭ ከተ ፈ ፈ ። ። ። ። ። ። ። ። ። ። ። ። ። ። ። ። ። ። ። ። ። ። ። ። ። ። ። ። ። ። ። ። ። ። ። ። ። ። ። ። ።

---

[11] የአጨ ፀ ፈ ፈ ። (LOS) ከ LOS A  LOS  F ደረስ ያለውን የትራፊክ ፍሰት ጥራት የሚለካ የመንገድ ክፍል የተመደብ የፊደል ደረጃ ነው።

## በ DEIS ውስጥ እንደገና የተያዙ እና የተተነተኑ አማራጮች ምንድን ናቸው?

እንደ ARDS ወደፊት የሚከናወኑትን የተጣሩ አማራጮች ምክንያታዊነት ለመገምገም የመጀመሪያ ምህንድስና ከተጨማሪ የ ትራፊክ፣ ፋይናንስ፣ አካባቢያዊ ትንታኔዎች ጋር ተገንዝቧል። ይህ DEIS በ ARDS ላይ፣ ከዚህ በኋላ **የግንባታ አማራጮች** ተብለው በሚጠሩት እና አይፋል የግንባታ አማራጭ ተብሎ የሚጠራውን ተጨማሪ ትንታኔ እና ንጽጽር ያሳያል። በ DEIS ውስጥ የተያዙ እና የተተነተኑት አማራጮች በ **ሰንጠረዥ** ES- 1ውስጥ ተጠቃለዋል። የዚህ ጥናት የአማራጮች እድገት ላይ ተጨማሪ ማብራሪያ ለማግኘት **ምዕራፍ 2** ን ይመልከቱ።

**ሰንጠረዥ ES- 1፥ በ DEIS ውስጥ የተያዙ እና የተተነተኑት አማራጮች**

| **አማራጭ** | **መግለጫ** |
|---|---|
| **አማራጭ 1** | አይፋል የግንባታ |
| **አማራጭ 8** | 2-መስመር፣ የ ETL የሚተዳደሩ መስመሮች መገናኛ በ I-495 እና 1-ETL እና 1-መስመር HOV የሚተዳደር መስመር በ I-270 |
| **አማራጭ 9** | 2-መስመር፣ HOT የሚተዳደሩ መስመሮች መገናኛ በ ሁለቱም I-495 እና I-270 |
| **አማራጭ 9 የተሻሻለ (9M)** | 2-መስመር፣ HOT የሚተዳደሩ መስመሮች መገናኛ በ ምእራብ እና ምስራቅ የ I-495 እና በ I-270፣ 1-መስመር HOT የሚተዳደር መስመር በ I-495 የላይኛው ጎን |
| **አማራጭ 10** | 2-መስመር፣ ETL የሚተዳደሩ መስመሮች መገናኛ በ I-495 እና I-270 በመጨመር 1-መስመር HOV የሚተዳደር መስመር በ I-270 ብቻ |
| **አማራጭ 13B** | 2-መስመር፣ HOT የሚተዳደሩ መስመሮች መገናኛ በ I-495፣ HOT የሚተዳደር፣ ተቀልባሽ መስመር መገናኛ በ I-270 |
| **አማራጭ 13C** | 2-መስመር፣ ETL የሚተዳደሩ መስመሮች መገናኛ በ I-495፣ ETL የሚተዳደር፣ ተቀልባሽ መስመር መገናኛ እና 1-መስመር HOV የሚተዳደር መስመር በ I-270 |

አይፋል የግንባታ አማራጭ የጥናቱን ዓላማ እና ፍላጎትን አያሟላም፣ ግን ከሌሎቹ አማራጮች ጋር ለማነፃፀር ተጠብቆ ቆይቷል። የአማራጮች ፍተሻ ውጤት እና በአማራጭ በDEIS ውስጥ የተያዙ እና የተተነተኑት አማራጮች ለይቶ የማያውቅበት ምክንያት በ **ምዕራፍ 2፣ ክፍል 2.5** ውስጥ ተጠቃሏል እና በ *አማራጮች ቴክኒካዊ ዘገባ* (**አባሪ B**). ውስጥ ተመዝግበዋል።

## በግንባታ አማራጮች ውስጥ ምን የመጓጓዣ ሽግግሮች ክፍሎች ይካተታሉ?

ለብቻ የሚንቀሳቀሱ የመጓጓዣ አማራጮች የጥናቱን ዓላማ እና ፍላጎትን የማያሟሉ ሆኖ ሲገኝ፣ እያንዳንዱ የግንባታ አማራጭ  አሁን ያሉትን እና የታቀዱ በርካታ የብዙሃ-ዓይነት ተንቀሳቃሽነት እና ተያያዥነት ያሻሽላል።ከፍ ለማድረግ ከፕሮጀክቱ ዓላማ ጋር የሚስማሙ የሚከተሉትን የመጓጓዣ ክፍሎች ያካትታል፦

- በሚተዳደሩ መንገዶች ውስጥ ነፃ የአውቶቡስ አጠቃቀም የመጓጓዣ ፍጥነት ጭማሪን፣ አስተማማኝ ጉዞን ማረጋገጥ እና ከአካባቢያዊ አውቶቡስ አገልግሎት / ስርዓቶች ጋር በቀጥታ ከእንቅስቃሴ እና ኢኮኖሚያዊ ማዕከላት ጋር እንዲገናኙ መፍቀድ።
- በ ሲልቨር ስፐሪንግ ሜትሮ/MARC (US 29)፣ ሻዲ ግሮቭ ሜትሮ (I-370)፣ ትዊንብሩክ ሜትሮ (ዉቶን ፓርክወይ)፣ ሞንትጎመሪ ሞል የሽግግር ማእከል (ዌስትሌክ ቴራስ)፣ ሜዲካል ሰንተር ሜትሮ (MD 187 እና MD 185)፣ ኬንሲንግቶን MARC (MD 185)፣ ግሪን በልት ሜትሮ/MARC (ቼሪዉድ መስመር)፣ ኒው ካረልቶን ሜትሮ/MARC/Amtrak (US 50)፣ ላርጎ ታውን ሰንተር ሜትሮ (MD 202 እና MD 214)፣ እና ብራንች ኣቬኑ ሜትሮ (MD 5)፣ ነባር የመጓጓዣ ጣቢያዎች እና የታቀደ የትራንስፖርት ተኮር ልማት ቀጥተኛ እና ቀጥተኛ ያልሆኑ ግንኙነቶችን ማመቻቸት።

እነዚህ ንጥረነገሮች በ Montgomery፣ Prince George's፣ Frederick፣ Howard፣ Anne Arundel and Charles counties፣ as well as MDOT MTA commuter bus፣ MARC and WMATA፣ MDOT Secretary's Office of Planning and Capital Programming፣ MDOT SHA፣ FHWA፣ Federal Transit Administration (FTA)፣ and the MWCOG ከ P3 መርሃግብር በቀጥታ እና በተዘዋዋሪ የተጎዱትን ከመጓጓዣ እና ከእቅድ አውራጃዎች ተወካዮችን ያካተተ *የሽግግር ስራ ቡድን፣* ውስጥም ከግምት ውስጥ ገብተዋል። በግንቦት 2019 የተጀመረው፣ የሽግግር ስራ ቡድን አሁን ባሉት የመጓጓዣ አገልግሎቶች ላይ ግብዓት ለመስጠት እና በሽግግር የሚተዳደር መስመሮችን ለመጠቀም የሚቻልባቸውን አጋጣሚዎች ለመለየት እንዲቻል ስምንት ጊዜ ያህል ተገናኝቷል (**ምዕራፍ 2፣ ክፍል 2.7.6** ይመልከቱ)።

የ *የመሸጋገሪያ አገልግሎት ማስተባበሪያ ዘገባ* በሰኔ 2020 በ P3 መርሃ ግብር ድርጣቢያ (https://495-270-p3.com/transit-benefits/) ላይ ለህዝብ የቀረበ ሲሆን ጉዳቱ የተደረሰባቸውን ካውንቲዎች ለማሳወቅ እና አስተማማኝነት እና ፍጥነት ያላቸውን እንደ ጥቅሞች ከፍ የማድረግ ስልቶች ያሉ በሚተዳደሩ መስመሮች ስለሚሰጡ ጉልህ የመጓጓዣ ሽግግር ዕድሎች አቅራቢዎች በአገልግሎት መስኩ ውስጥ የወደፊት ካፒታልን እና የአሠራር ፍላጎቶችን ለመገምገም እና ቅድሚያ ለመስጠት መሠረትን ይሰጣል፣ እና የክልላዊ የመጓጓዣ አገልግሎቶችን በ P3 መርሃ ግብር ውስጥ ለማካተት ስለሚረዱ መንገዶች ውይይት ለማድረግ ስራ ላይ ውሏል።

## የአሜሪካ Legion  ድልድይ መተካት የሚታዳደረው የመንገድ መስመር ክፍል አካል ነው?

አዎን፣ ሁሉም የግንባታ አማራጮች፦ የአሜሪካን Legion ድልድይ ሙሉ በሙሉ በአዲስ መተካትን ያካትታሉ፣ የሲቆ ድልድይ (አሁን ያለውን ድልድይ ለማስፋፋት አይደለም)። አሁን ያለው ድልድይ ወደ 60 ዓመት ሊጠጋ ነው እናም ይህ ጥናት ምንም ይሁን ምን በሚቀጥሉት ጥቂት አስርት ዓመታት ውስጥ መተካት አለበት። አዲሱ ድልድይ ተመሳሳይ ቁጥር ያላቸውን ነባር ቁጥሮች ሁሉጊዜ ለማቆየት በደረጃዎች ይገነባል፣ ስለሆነም አዲሱ ድልድይ በተመሳሳይ ነገር ቦታ ይተካል።

## በአማራጮቹ ላይ የሀዝብ አስተያየቶች እንዴት ተደርግዋል?

እስከዛሬ ድረስ ሀዝቡ እና ባለድርሻ አካላት በጥናቱ፣ ዓላማው እና ፍላጎቱ፣ በአማራጭ ዘርፎች፣ በአማራጭ ዎች የመፅመሪያ ምርመራ፣ በአካባቢ እና በንብረት ላይ የማስወገድ እና የሚቃለል እርምጃዎችን እና ቅነስ እርምጃዎችን በተመለከተ አስተያየት እንዲሰጡ ተበረታተዋል። በበዝብ ተሳትፎ ሂደት፣ MDOT SHA የተቀበሏቸውን አስተያየቶች በጥልቀት ተመልክቶ የተወሰኑትን በጥናቱ ውስጥ ያካተተ ቢሆንም የሚከተሉትን አያካትትም፡ በ I-270 ላይ ያሉ የቀዋታ መንገድ ፍላጎቶችን ለመቀነስ አሁን ያለውን ዕብባቢ እና አስፈላጊ መስመሮችን ከ I-270 ላይ ማስወገድ፣ በአዲሱ የአሜሪካ Legion ድልድይ ላይ                         ለእግረኛ                           እና/ወይም                           መንገድ፡                          ማበጀት፣
የተወሰኑ የተቀናጁ መስመሮችን ቁጥታ መድረጊ በታያዎቹን ማስወገድ፣ ወይም መስጠት፣ በዚህ ጉልህ ህብት ላይ ተፅእኖዎችን በእጅጉ ለመቀነስ የRock Creek፣ ማስለቀቅ ማስቀረት፣ አሁን ያሉትን ሁሉንም የደምዶ ማገጃ መተካት፣ እና አሁን ያለትን እና የታዳዱ የብዝሃ-ዓይነት ተያያቸገነትን እና ተንቀሳቃሽነትን ለማሟሟቸት፣ ተጨማሪ ዕድሎችን ከአካባቢያዊ የመጓጓዝ ቁዋኔ መተከባበር እና ከአጃጀኔ ጋር መተባበርን በሚቀጥሉብት ጊዜ የተወሰኑ የመጓጓዝ አካላትን ማካተት፡ ለዝርዝር ጥናት የሚመካሙ አማራጮቹ (ARDS) ላይ ከሀገብ እና ከኢጀንሲዎች የተቀበሉ አስተያየቶችን ለመቅረፅ እንዲሁም በ I-495 የላይኛው ነን ላይ የአካባቢ እና የማሀበረሰብ ተፅእኖዎችን ለማስወገድ ወይም ለመቀነስ፣ MDOT SHA በ I-495 እና I-270 ላይ ሁሉንም መስመሮችን በባለቤትነትን እንደሚይዝ እና ህይወይ የታቀደውን የትራንስፖርት ተግባራቸውን እንደሚያሟላ ያረጋግጣል።

# የመንገድ ግብር አካራረጥ

## አዳዲሶቹ መስመሮች ለምን የመንገድን ግብር ቀረጥ አሳባቸው እና መንገስት እኔሱን ለመገንባት ለምን ገንቢ ያስፈልጉታል?

የሜራኒድ ዛዛት በዛምት ከ 8 እስከ 10 ቢሊዮን ዶላር የሚገመት ወጪ የዚህን ታላቅ ማሻሻያ ለመገንባት ገዝብ የለውም፣ በተጨማሪም፣ ብድሮችን ለመካፈል የሚከፍሉ ከፍያዎችም ቢኖ-ትም፣ መስተዳድሩ ለተሻሻሉ ብድሮች ለመካፈል ብድር ለመውሰድ የሚያስችል በቂ የገነድ አቅም የለውም። ስለዚህ ከሌሉ በፌከበር ሂደት ውስጥ ገነድ ይመርጣል እናም ገነዱም የሚኮፍልውን ገቢ በመጠቀም ለተወሰነ ጊዜ የሚታዳዱ መስመሮችን ለመንደፍ፣ ፋይናንስን ለማካሄድ፣ እና ለማቆየት በሚችልበት P3 ስምምነት ውስጥ ይገባል። MDOT SHA በ I-495 እና I-270 ላይ ሁሉንም መስመሮችን በባለቤትነት እንደሚይዝ እና ህይወይ የታቀደውን የትራንስፖርት ተግባራቸውን እንደሚያሟላ ያረጋግጣል።

## የሚታዳዱ ዋጋ ያላቸው መስመሮች እንዴት ይሰራሉ?

ሁሉም የገነባታ አማራጮች ተለዋዋጭ ከፍ ያያዎችን ለሚታዳደሱ መስመሮች (HOT ወይም ETL) ለጥናቱ ሙሉ ርዝመት ያካትታሉ። የከፍያ መጠየቁ ተመኖች በተፈቀደለት የከፍ መጠየቂ ከፋል ውስጥ ይስተካከላል እና በየአምስት እስከ 15 ደቂቃዎች ባለው የትራፊክ ሁኔታዎች ውስጥ ለሚከሰቱ የአውንተኛ ጊዜ ለውጦ ምላሽን ሊለዋወጥ ይችላል። የሚከፈልባቸው ፕላዛዎች፡ የከፍያ መጠየቂያ ነጀዎች እና የጥፈ ገነብ ከፍያዎች ሳይኖሩ፤ ከፍያውም በህይዋይ ፍጥነት በኤሌክትሮኒክ መንገድ ይሰበሰባል። በዚህ አቀራረብ የትራፊክ ፍሰት የሚተዳዱ ነው፤ መጨናነቅ ይቀንሳል እና በትነጓ አማካይ የ 45 ማይል ፍጥነት በሚታዳዱ መስመሮች ይጠበቃል።

00005424

## የመንገድን ግብር የከፍያ ምጣኔ እንዴት ይዘጋጃል?

የከፍያ መጠየቂያ መጠን በሜሪላንድ ኮድ ደንቦች (COMAR) 11.07.05 ውስጥ በተጠቀሰው ሂደት መሠረት-የመንገድን ግብር መርሃግብር ከሳሶቹ የህዝብ ማስታወቂያ፣ የህዝብ ግብዓትንገም ጨምሮ ይዘጋጃል። በኬጠቃላይ፣ ትራፊኩን ለማስተዳደር እና መግልገያዎቹ አስፈላጊውን የትራፊክ ስፉፍም መስራርቶችን ማሟላታቸውን ለማረጋገም የሚመከር የከፍያ መጠየቂያ መጠን ይዘጋጃል። የከፍያ መጠየቂያ ተመን ክልል በአንድ ማይል የከፍያ መጠየቂያ መጠን ላይ አንድ የላይኛው ወሰን ጨምሮ ያካታታል። የሚመከረው የከፍያ መጠን ለ MDTA ቦርድ አባላት እንዳ ገመግም ይቀርባል። ሕዝብ የከፍያ መጠን ላይ አስተያየቶችን የመስጠት እድል እንደጊዜ የሕዝብ ችሎቶችን እና በትንሹ ለ 60 ቀናት የሕዝብ አስተያየት ጊዜ ይ�3ሄዳሉ። የህዝብ አስተያየቶች ለMDTA ቦርድ አባላት (የቀረቡት ከሳሶቹን ጨምሮ) አስፈላጊ ሆኖ ይቆልፋል እና የአ፣ የአፈፃፀም መስፈርቶች መሟላታቸውን ለማረጋገ የከፍያ ዋጋው በተረጋገጠ የፀደቀው የ MDTA የከፍያ ዋጋ ከልል ውስጥ ይስተካከላል።

## የመንገድን ግብር የከፍያ መጠን ምጣኔዎች ምን ሲሆኑ ይችላሉ?

የዕቅድ ጥናቱ እና DEIS ለተቀናጁት መንገዶች የመጨረሻውን የታቀደው የከፍያ መጠን ምጣኔን አይመከሩም። ሆኖም (በ I-270 እና I-495 ላይ የትራፊክ ፍላጎትን እና መጨናነቅን መቆጣጠር፣ እና ሰዓቱ 45 ሜትር በተቀናጀ መንገዶች ውስጥ ማረጋገጥ) እንዲሁም የግንባታ አማራጮች አማራጭ በገዘብ የሚቻል መሀን አስመሠናቸውን ለማሳየት የከፍያ ተመኖች የጥናቱ ግበሮቸ ለመሳካት ተገምተዋል። ሰባ ለህ፣ ለማዕድ ዓላማ ብ፣ YE-ዝማስተላለፍን ለሚጠየው ተሳፋፊ መኪናዎች ለኡሳም ጊዜዎቸ የሚገመተው የመከፈያ ዓመፅ (2025) አማካይ ማይል በሳምንት (በ 2020$) ይነበራው ፣ $0.70/ማይል ለ አማራጭ 8፣ $0.69/ማይል ለ አማራጭ 9፣ $0.77 ለ ኣማራጭ 9M፣ $0.68/ማይል ለ አማራጭ 10፣ $0.73/ማይል ለ አማራጭ 13B፣ እና $0.71/ማይል ለ አማራጭ 13C። ዘር ዘር፣ በዕ ዘብ ግምግም እና አስተያየት ከተሰጡ በኋላ የከፍያ መጠኖች በMDTA ቦርድ ይመደባሉ። የመጨረሻዎቹ የከፍያ ዋጋዎች ከፀደቁ በኋላ በዚህ DEIS ውስጥ የተገለፁት አካባቢያዊ እና ማህበረሰብ ተፅእኖዎቸ በከተተኖ ሁኔታ ይለያያሉ ተብሎ አይጠበቅም። ምከገያቀም የዕቅድ-ደረጃ የከፍያ ዋጋዎችን ለመግመት የገጸር አስባጥ ሂደት በቦርዱ እንዳመረጋገ ለ MDTA የሚቀርቡ የየ2 ተመን መጠን ትንታኔዎችን ለመደጋ ከአምሳያው ሂደት ጋር ተመሳሳይ ነው።

# መጓጓዣ እና ትራፊክ

## የሚተዳደር መስመር ምንድን ነው?

የነፃ ፍሰት ፍጥነቶችን ጠብቆ ለማቆየት በአውራ-ጎዳና የሚ3ዙትን ተሽከርካሪዎች ብዛት ለማመቻቸትኣነን፣ የመስመር-አጠቃቀም አገዳሶች ወይም የመጨናነቅ ዋጋዎችን የመሳሰሉ ስትራ-ቴጅዎችን የሚጠቀሙ የአውራ-ጎዳና መገዶ3ዎቸ፣ ተ3ዳኝ አጠቃላይ ዓላማዎቸ መጨናነቅ በሚታ3ባበት ጊዜም እነ9፣ የሚቀናጁት ተቀባይነት ባለው የአገልግሎት ደረጀ እንዲሰሩ ተደርገው የተተደሱ የፍሰት ናቸው። ምከፃዮቸም መስመሮ፣ በመጠቀም ፍሊታዎቹን ሳዋቁርሁ የተ3ከርካሪዎቸን ቁጥር ለመቆጣጠር የተደረደ፣ ስለሆኑ፣ የሚተዳደሩ መስመሮቸ ለተጠራማ9ዎ3 መ8ረ3ሻዋቶን(ዎ)(ዓፈው3) ለመድረስ ይበልጥ አስተማማኝ አማራ9ቸ ይስጣ3ሎ። የሚቀናነቱ መገዶች ሊ9ካተቱ የሚቸሉት ግን በእ3ዚ ብ3 አይ3ደበም ለ፣ HOV መስመሮቸ፣ HOT መስመሮቸ፣ ETLs፣ እና አውቶበሱ-ብ7-መስመሮቸ

## ለጥናቱ ምን የትራፊክ ትንተና ተደረገ?

በ 2040 ዳዘይ3 ዓመት የየናቱ ዓላማ እና ፍላጎታቸውን የማሟላት አቅማ3ዎ3 ለመገምገም እ3ን93ዱ የትራፊክ እንቅስቃሴ ዝርዝር ትን3ነዎቸ ተ3ር9ቸዋል። የ3ማ9ማው ዘዴ ስበት-ደረጀ ሂደት3 አካ9ል። በመጀመሪያ የ9ትሮፖሊታ3 ዋሺ3ተ3 መ3ገስ3ታ የ3ዘ ፍላ3ት ሞዴል3 በመጠቀም (የ9ትሮፖሊ3ታ3 ዋሺ3ተ3 መ3ገስ3ታ ምክር ቤት (MWCOG) ሞዴል3)፣ ለአ3ን93ዱ የ3ነ9ታ አማራጮ3ቸ የከለል ት3በ9 ሞዴል ተዘ3ጅቷል። በ9ጀን3ተ3 ዲዒ የ9ኬርፖ9ታ3 አ9ባ3፣ ፕሮጀክቶ3ን ለመገምገም በመደበ3ነት ለ MDOT SHA እና በለፉ3 የትራ3ስፖ3ርት ኤጀ3ሲዎ3 የሚጠቀሙበት ሞዴል ነው። MWCOG የሞዴል ሥ3ት 2.3.71 ጥቅም ላይ ውሏል። ት3ታ9ው በተሳባበት ጊዜ የ9ርቦ የ9ር3 ሞዴል ስሪት ነበር። በመቀጠልም ከ MWCOG አምሳያዎ3 የተገኘው ው9ጤ ለየ 2040 ዳዘይ3 አመት ለአ9ን93ዱ የመ3ገድ ክፍል እና የእ3ተ3 እ3ቅስቃ3ን በ3አ9ን93ዱ የ9ባ3ተ3 አማራ3ቸ ጊዜ ውስጥ የሚ9ነ9 የትራ3ኪ መጠን ት3በ3ዎቸ3 ለማ9ጋ3ት ጥቅም ላይ ውሏል። በመጨ3ሻ9ዎ፣ ለአ3ን93ዱ የ3ን3ታ አማራ3ቸ የትራ3ኪ ማ3መ9ያዎ3 (9ርፍ3) በአ3ን93ዱ የጠ9ት ክፍል ጊዜ (ከጠ9ቱ 6 ስዓ3 እስከ ጠ9ቱ 10 ስዓ3) እና የ ከ9ዓ3 ክፍል ጊዜ (ክ9ት 3:00 እስከ ክ9ፃሹ 7:00 ) ላይ የተገመ3ው3 የ3ሥ አፈ9ፀም ለመመ9ስ3 VISSIM ሶፍት9ር3 በመጠቀም የተ9ሰ ናቸው።

## የትራፊክ ተልዕኮአዊ ት3ታ9ዎ3 ው3ጤቶ3 ም3ድ3 ናቸው?

የአ9ን93ዱ አማራ9ች የ3ድ9ት ዓመት 2040 የትራፊክ ሥ3ራ አፈ9ፀም ግምገማ ከዚህ በ3ቸ3 እና በዚህ DEIS **ምዕ3ፍ** 3 ተዘርዝሯል።

- **አማራጭ 1 (አ3ፋል የ9ጉ9ታ)** በነበ ሁኔ9ታዎ3 ውስጥ የጠመ9ት3 የ3ጠበ9 ገ9ፎ3 በመ3 አ9ባተ9ጎች9ም፣ እና9ም የረጀ9ም ጊዜ የትራፊክ ዕድ3ት3 ማስተ9ጋ9 አ9ችልም። በዚህ9ም የ9ገ9 የገ9 ፍ3ታ9ች፣ መ9ጥ9ች3 ረጀ9ም የ9ተ ጊ9ዎ3 እና አ3ተማ9 9 ያል9ም መ9ኛ፣

- **አማራጭ 5** የጥ9ቱ ዓላማ እና ፍ9ሳ9ት3 ስለ9ም9ያ በአ9ት ወ3ት ያለ9ት የትራ9ክ ፍ3ት እና የረጀ9ም ጊዜ የትራ9ክ ዕ3ት3 እና የ9ዘ አስተ9ማ9ኝነት3 በ9ም9ላት ረ9ድ ገ9ታ9ቶ3 በመ9ና ም3ን9ያዊ አማ9ጭ3 እ3ዳይ9ን ተ9ስ9ራል። ሆ3ዮም የአማ9ጭ 5 ው9ቴ9 በ9ዚ 39ል ለ9ን9ዘ9ር ብ9 በዚ9 DEIS ው3ት ተ9ስተ9ፀል። ለበ9ለ9 *መረጃ የአማ9ጭ ቴ3ነካዊ 9ገ9* (**አባ9 B**) ይ9ል9ካ3።

- **አማራጭ 8**, **አማራጭ 13B**፣ እና **አማራጭ 13C** በሉሎም ልኬት ውስጥ የአይፋል የግንባታ አማራጮች ያሟላሉ። ሆኖም፣ እነዚህ አማራጮች በማናቸውም የተተገበሩ የአሥራር መስኪያዎች ውስጥ በመጀመሪያ ደረጃ አልፀዘም ስለሆነም ለመጠቀኛ ጥቅሞችን ብቻ ይጠበቃሉ።

- **አማራጭ 9M** በመጀመሪያ እንደ የግንባታ አማራጭ አልተካተተም፣ ግን እስከ ተመሳሳይው ዝርዝር ደረጃ ድረስ ተገምግሟል። ይህ አማራጭ እንደ አማራጭ 5 እና አማራጭ 9 ጥምር ውስጥ ያካተተ ነው የተጠናው። ለበለጠ መረጃ **ምዕራፍ 2፤ ክፍል 2.6.4** እና የ አማራጮች ቴክኒካዊ ዘገባ **(አባሪ B)** ይመልከቱ። አማራጭ 9M አማራጭ በእያንዳንዱ ልኬት ላይ አማራጭ 1 ን ይምሩል፣ ግን በአማራጭ 8፣ በአማራጭ 13B፣ እና በአማራጭ 13C ተመሳሳይ በሆነ ጥናት ከተመረጠት ማንኛውንም የአሥራር መስኪያዎች ውስጥ በመጀመሪያ ደረጃ አይይዝም።

- **አማራጭ 9** እና **አማራጭ 10** በተመረጠት ሁለም የአሥራር መስኪያዎች ውስጥ በተኪታታይ በጥሩ ሁኔታ ይከናወናል፣ እና እያንዳንዱ አማራጭ ከስድስት ቁልፍ መስኪያዎች ውስጥ ከምስት አንደኛ ደረጃ ይመጣል። ከለማኸለ ፍጥነት አንፃር፣ LOS እና በእካባቢው መገናኛ ላይ ካለው ውጤት አንፃር አማራጭ 9 የተሻለውን ይልለማል። አማራጭ 10 በመዘግየት፣ በጉዞ ጊዜ መረጃ ጠቋሚ፣ እና በተስማሚነቱ የተሻለውን ያከናውናል። እነዚህ ሁለት አማራጮች ለ I-495 እና I-270 የሚተዳደሩ መስመሮች የጥናት አካባቢ እና ለአከባቢው የትራንስፖርት መፍናኛ ምርት የሥራ አፈፃፀም ጥቅሞችን እንደሚያቀርቡ ይጠብቃል። ለዝርዝር መረጃ **ምዕራፍ 3** እና **አባሪ C** ይመልከቱ።

## የአካባቢ ሀብቶች፣ መዘዞች እና ቅነሳዎች

### በ DEIS እና ደጋፊ የቴክኒካዊ ዘገባዎች ውስጥ በተስነደው ትንተና ምን የአካባቢያዊ ሀብቶች ተገንዝቢል?

የ DEIS **ምዕራፍ 4** በጥናቱ ኮሪደርች ውስጥ ተለይተው የሚታወቁትን ነባር የአካባቢ ሁኔታዎችን፣ በአካባቢያዊ ተፅዕኖዎች ላይ የሚጠበቁትን ተፅዕኖዎች፣ እና በእነዚህ ሀብቶች ላይ የሚይታቁ ተፅዕኖዎችን ለማወወድ፣ ለመቀነስ እና ለአምቅ-ቅነሳ የሚደስትን እርማጃዎችን ያቀርባል። ውጤቶችን ለማስወረት እና ለመቀስ ተጨማሪ ዕድሎች በ FEIS ውስጥ ከምስት ውስጥ ይገለል እና በስጽ ውስጥ ይመዘገባሉ። የተተነተኑት የአካባቢ ሀብቶች እና አርእስቶች

1. የመሬት አጠቃቀም እና የዞን ክፍፍል
2. ሥነ-ሕዝብ
3. ማህበረሰቦች እና የማህበረሰብ ተቋማት
4. ፓርክች እና መዝናኛ ተቋማት
5. የገበረት ግኝቶች እና ሙለት ማስረር
6. ምስላዊ እና ውበት ያላቸው ሀብቶች
7. ታሪካዊ ሥነ ሕንፃ እና አርኪአሎጂያዊ ሀብቶች
8. የአየር ጥራት
9. ጫጫታ
10. አደገኛ ቁሳቁስች
11. የመሬት አቀማመጥ፣ ስነ ምድር እና አፈር
12. Wetland ን ጨምር የአሜሪካ ውሀሆች እና የግዛቱ ውሀ
13. የውሀ-ፍሳሽ እና የምድር ላይ የውሀ ጥራት
14. �ካርሰ ምድር ውሃ ስነውሃ
15. የጎርፍ መተሳለልፍች
16. የእትክልት እና ምድራዊ መኖሪያ
17. ምድራዊ የዱር-ህይወት
18. የውሃዊ ህይወት መኖሪያ
19. አልፎ አልፎ፣ ለፍራታ እና ለአደጋ የተጋለጡ ዝርያዎች
20. ልዩ እና ትብ አካባቢያች
21. የአካባቢ ፍትህና የርዕስ VI ማክበር
22. ቀጥተኛ ያልሆኑ እና የሚከማቹ ውጤቶች
23. የግንባታ መዘዞች
24. የሀብቶች ቁረጠኝነት

### በአካባቢያዊ ሀብቶች ላይ የግንባታ አማራጮች ተፅአኖዎች ምንድን ናቸው?

በ **ምዕራፍ 4** ላይ የቀረቡት አካባቢያዊ መዘዞች ለ አይፋል የግንባታ እና የግንባታ አማራጮች ተብለው ተገልፀዋል። ምክንያቱም የግንባታ አማራጮች፣ አስቸጋሪ በሆነ አካባቢ ውስጥ አሁን ያለትን አውራ-መንገዶች ያስፋፋሉ እና/ወይም እንደገና ያጠቅቃሉ፣ እና የምህንድስና መስፈርትች በሉሎም የግንባታ አማራጮች መካከል ተመሳሳይ ስለሚሆኑ አጠቃላይ የተፅዕኖች ስፋት በሁም ተመሳሳይ እንደሚሆን ይጠበቃል። በዚህ የዳሰሳ ደረጃ ላይ የቀረቡት ያልተመባጠኑ ተፅአኖዎች በDEIS ውስጥ ዘላቂ ወይም የረጅም ጊዜ ውጤቶች እንደሆኑ ይታመናሉ፣ በ( **ሰንጠረዥ** ES- 2 **እና 4-1**)ይመለከቱ። ዳዛይን በተመረጠው አማራጭ ላይ ሲሻሻል፣ የረጅም ጊዜ ተፅአኖዎች ይታጠራሉ እና የተወስኑ የአፃር-ጊዜ ከግንባታ ጋር የተዛመዱ ውጤቶች በ FEIS ውስጥ

00005426

ተለያይተው ይያዙ እና ይመዘገባሉ። የተጠበቁ የግንባታ ውጤቶች በ **ምዕራፍ 4** እና በ **ምዕራፍ 2፣ ክፍል 2.7.3** ውስጥ በጥራት ተወያይተዋል። በ አይፋል የግንባታ እና በ የግንባታ አማራጮች መካከል ያለው የአካባቢ ተጽዕኖ ማጠቃለያ በ **ሰንጠረዥ** ES- 2. ውስጥ ተገልጿል።

## ለአካባቢያዊ ሀብቶች ተፅእኖዎች ከግምት ውስጥ ሲገቡ ምን ዓይነት የመወገድ እና የመቀነስ እርሱዖች ተ�str ተዋል?

በዚህ ደረጃ በ NEPA ጥናት ውስጥ፣ መወገድ እና መቀነስ ዕደሱዖ ለ መናፈሻ ቦታዎች፣ እርጥብ መሬቶች፣ እርጥብ መሬት ላኪያዎች፣ የውሃ መንገዶች፣ ደኖች እና የ ፌደራል የእፅ ጋዜ አስተዳደር ኤጅንሲ ዎች የ 100 ዓመት የጎርፍ መ ተለቅለቅ ተለይቶ ከከትትል እና ሀብትና ኤጅንሲ ዎች ጋር ተቀናጅ ነቷል። በዚህ የ ጥናት የመጀመሪያ ደረጃ ላይ በሉ ተቀ ア አካባቢ ዎች ሊ ተገበሩ የ ሚ ችሉ ተፅ እ ኖ ዎች ተ መ ዘ ገ በ ዋ ች ሉ እ ና የ ማ ስ ወ ገ ድ እ ና የ መ ቀ ነ ስ ቴ ክ ን ክ � ች በ ተ ለ ይ ት ብ በ ጆ ዮ ወ ይ ም በ መ ዝ ገ ኛ ዋ ጋ ባ ፋ ቸ ው አ ን ዳ ን ድ መ ስ ኮ ች በ ተ ለ ይ ታ ድ ስ ቷ ል ። ለ ተ ጨ ማ ሪ መ ረ ጃ **ምዕራፍ 4፣** ረ ቂ ቅ ክ ፍ ል 4(f) ግ ም ግ ማ (** አ ባ ሪ F**) ፣ እ ና የ ማ ስ ወ ገ ድ ፣ የ መ ቀ ነ ስ እ ና የ ተ ለ ዮ ዎ ች ዘ ገ ባ (**አ ባ ሪ M**) ይ መ ል ከ ቱ ። ሊ ወ ገ ዱ የ ማ ይ ች ሉ ተ ፅ እ ኖ ዎ ች ን ለ ማ ስ ወ ገ ድ ፣ ለ መ ቀ ነ ስ እ ና እ ም ቅ - ቅ ነ ሳ የ ተ ደ ረ ገ ው ጥ ረ ት ክ ሚ መ ለ ከ ታ ቸ ው የ ፍ ጥ ር እ ና የ ሀ ብ ት ወ ኪ ሎ ች ጋ ር በ ቀ ጣ ይ እ ና በ ቀ ጣ ይ ቅ ን ጅ ት ይ ቀ ጥ ላ ል ።

## ሊ ወ ገ ዱ ለ ማ ይ ች ሉ አ ካ ባ ቢ ያ ዊ ተ ፅ እ ኖ ዎ ች ም ን ዓ ይ ነ ት አ ም ቅ - ቅ ነ ሳ እ የ ተ ደ ረ ገ ነ ው ?

በ አ ካ ባ ቢ ያ ዊ ሀ ብ ቶ ች ላ ይ መ ወ ገ ድ የ ማ ይ ች ሉ ተ ፅ እ ኖ ዎ ች አ ም ቅ - ቅ ነ ሳ በ ግ ን ባ ታ አ ማ ራ ጮ ች ላ ይ በ መ መ ር ኮ ዝ ከ ግ ም ት ው ስ ጥ ገ ብ ቷ ል ። የ ታ ቀ ደ ው ዕ ን ሱ - ሀ ሳ ብ ቅ ነ ሳ በ ሚ ተ ገ በ ር መ ረ ጃ በ **ምዕራፍ 4** እ ና በ ቀ ረ በ ው ዕ ን ስ - ሀ ሳ ብ ቅ ስ ዕ ቅ ድ (**አ ባ ሪ Q**) ው ስ ጥ በ ዝ ር ዝ ር ተ ብ ራ ር ቷ ል ። ለ ሚ ከ ተ ሉ ት ሀ ብ ቶ ች ፣ እ ር ጥ ብ መ ሬ ት ፣ ደ ኖ ች ፣ የ ል ተ ለ መ ዱ ፣ አ ስ ነ እ ና አ ዴ ጋ ላ ይ ዕ ጩ ዝ ር ዝ ሮ ች ፣ ፓ ር ኬ መ ሬ ት ፣ ባ ህ ላ ዊ ሀ ብ ቶ ች ፣ ጫ ጫ ታ ፣ አ የ ር ፣ ን ብ ረ ቶ ች ፣ አ ደ ገ ኛ ቁ ሳ ቁ ሶ ች ፣ የ መ ሬ ት አ ቀ ማ መ ጥ ፣ ስ ነ ም ድ ር ፣ አ ፈ ር ፣ የ ከ ር ስ ም ድ ር ው ሃ ፣ የ አ ካ ባ ቢ ፍ ት ሀ ፣ የ አ ይ ታ ው ስ ት ፣ የ ው ሃ ዊ ህ ይ ወ ት መ ኖ ሪ ያ ፣ እ ና ዕ ፅ እ ና ተ ብ አ ካ ባ ቢ ዎ ች ፣ ጥ ሩ እ ለ ፉ ሲ ሄ ሩ እ ና በ ዝ ዘ ብ ፣ ባ ለ ር ግ እ አ ካ ባ ተ እ ና በ ኤ ጅ ን ሲ ው አ ስ ተ ያ የ ት ግ ም ት ው ስ ጥ ሲ ገ ቡ ተ ጨ ማ ሪ የ ቅ ነ ሳ እ ር ም ጃ ዎ ች ተ ለ ይ ተ ው ይ ታ ወ ቃ ሉ ።

## ክፍል 4(f) ምንድን ነው?

ክ ፍ ል 4(f) የ USDOT የ 1966 ድ ን ጋ ጌ ፣ እ ን ደ ተ ሻ ሻ ለ ው (49 U.S.C. 303(C)) የ USDOT፣ FHWA ን ጨ ም ሮ የ ሚ ከ ተ ሉ ት ሁ ኔ ታ ዎ ች ካ ል ተ መ ላ ከ ቱ በ ስ ተ ቀ ር በ ሕ ዝ ባ ዊ ባ ለ ቤ ት ነ ት የ ተ ያ ዘ መ ና ፈ ሻ ፣ የ መ ዝ ና ኛ ስ ፍ ራ ፣ የ ዱ ር አ ራ ዊ ት ወ ይ ም የ ው ሃ መ ው ረ ጃ መ ጠ ለ ያ ወ ይ ም የ ሀ ዝ ብ ወ ይ ም የ ግ ል ታ ሪ ካ ዊ ቦ ታ መ ጠ ቀ ም ን ማ ጠ ቴ ም ጎ እ ን ደ ማ ይ ቻ ል ያ ስ ር ራ ል ፡

- FHWA ክ ን ብ ረ ት ላ ይ መ ራ ች ን ከ መ ጠ ቀ ም ው ጫ አ ማ ራ ጭ ና ጥ ን ቃ ቄ የ ተ ሞ ላ ቡ ት የ ማ ስ ወ ገ ድ አ ማ ራ ጭ እ ን ደ ለ ለ ይ ወ ስ ና ል ፣ እ ና እ ር ም ጃ ው ክ ን ን ደ ዚ ህ ዓ ይ ነ ት አ ጠ ቃ ቀ ም የ ሚ መ ጣ ው ን ገ ራ ት ላ ይ ጉ ዳ ት ለ መ ቀ ነ ስ ሁ ሉ ን ም አ ቅ ዶ ች ያ ጠ ቃ ላ ል (23 CFR §774.3(a)(1) እ ና (2))፣ ወ ይ ም

- FHWA በ አ መ ል ካ ቹ የ ተ ፈ ጸ መ ው ን ጉ ዳ ት ለ መ ቀ ነ ስ ማ ን ኛ ው ን ም እ ር ም ጃ ጨ ም ሮ በ ክ ፍ ል 4(f) ን በ ረ ት አ ጠ ቃ ቀ ም ላ ይ በ ን በ ረ ቱ ላ ይ አ ነ ስ ተ ኛ ተ ጽ ዕ ኖ ይ ኖ ረ ዋ ል ብ ሎ (23 CFR §774.3(b))ይ ወ ስ ና ል ።

## የ ክ ፍ ል 4(f) ተ ፅ እ ኖ ዎ ች ም ን ድ ና ቸ ው ?

የ ክ ፍ ል 4(f) አ ነ ድ "አ ጠ ቃ ቀ ም" (ወ ይ ም ተ ጽ እ ኖ ለ ክ ፍ ል 4(f)) የ ሚ ከ ሰ ተ ው ፣

(i)    መ ሬ ት በ መ ጓ ጓ ዣ ተ ቋ ም **በ ቋ ሚ ነ ት የ ተ ዋ ያ ደ** ው ስ ጥ ሲ ካ ተ ት፣
(ii)   በ ሕ ጉ ው ስ ጥ በ ተ ቀ መ ጠ ው ደ ን ብ መ ሠ ረ ት የ ሚ ወ ሰ ነ ው **ጊ ዜ ያ ዊ የ መ ሬ ት ይ ዞ ታ** በ ሚ ኖ ር በ ት ጊ ዜ በ ሚ ከ ተ ለ ው መ ስ ፈ ር ት መ ሠ ረ ት በ 23 CFR §774.13(d)፣ ወ ይ ም
(iii)  ሲ ኖ ር **ገ ን ቢ አ ጠ ቃ ቀ ም** በ ክ ፍ ል 4(f) ን በ ረ ት ው ስ ጥ በ ተ ጠ ቀ ሱ ት መ ስ ፈ ር ቶ ች መ ሠ ረ ት በ 23 CFR §774.15.

በ አ ገ ሪ ኛ መ ን ገ ዱ ጥ ና ት ወ ሰ ን ው ስ ጥ የ ሀ ዝ ብ መ ና ፈ ሻ ዎ ች እ ና መ ዝ ና ኛ ስ ፍ ራ ዎ ች ን እ ና ታ ሪ ካ ዊ ሥ ፍ ራ ዎ ች ን ጨ ም ሮ በ አ ጠ ቃ ላ ይ 111 ክ ፍ ል 4(f) ን በ ረ ቶ ች ተ ለ ይ ተ ዋ ል ። ከ 111 የ ክ ፍ ል 4(f) ን በ ረ ቶ ች ው ስ ጥ 68 ቱ የ ክ ፍ ል 4(f) ጥ ቅ ም ላ ይ ይ ው ላ ሉ (ተ ፅ እ ኖ) እ ና 43 ይ ወ ገ ዳ ሉ ። ጥ ቅ ም ላ ይ ከ ሚ ው ሉ ከ 68 ክ ፍ ል 4(f) ን በ ረ ቶ ች ው ስ ጥ 36 አ ነ ስ ተ ኛ ክ ፍ ል 4(f) አ ጠ ቃ ቀ ም ን ያ ስ ከ ት ላ ል ። 22 የ ማ ስ ወ ገ ድ አ ማ ራ ጮ ች ን እ ና ት ን ታ ኔ ዎ ች ን ግ ም ግ ም እ ና ቢ ያ ክ አ ጠ ቃ ላ ይ ጉ ዳ ት ት ን ታ ኔ ይ ለ ጠ ቃ ል ፣ እ ና አ ራ ት ን በ ረ ቶ ች ልዩ መ ስ ፈ ር ት ን ያ ሚ ላ ሉ ። **ምዕራፍ 5፣ ክ ፍ ል 5.5** እ ና **አ ባ ሪ F** ተ ጨ ማ ሪ ዝ ር ዝ ሮ ች ን ለ ማ ግ ኘ ት በ ረ ቂ ቅ ክ ፍ ል 4(f) ግ ም ግ ም ላ ይ ይ መ ል ከ ቱ ።

00005427

የአካባቢ ተጽዕና መግለጫ ረቂቅ



## ሰንጠረዥ ES- 2፡ የአማራጮቹን ተጽዕኖዎች የማነጻበር ማጠቃለያ[1]

| | ሁኔት | አማራጭ 1 አይፈላ የግንባታ | አማራጭ 5[2] | አማራጭ 8 | አማራጭ 9 | አማራጭ 9M | አማራጭ 10 | አማራጭ 13B | አማራጭ 13C |
|---|---|---|---|---|---|---|---|---|---|
| **አካባቢያዊ** | በክፍል 4(f) አጠቃላይ ሊያኑ የሚችሉ ተፅእኖዎች መሬቶች እና ታሪካዊ ንብረቶችን (acres) ጨምሮ | 0 | 141.7 | 146.8 | 146.8 | 144.7 | 149.0 | 145.5 | 146.7 |
| | ቀጥር የአቃታዊ ተፅእና ያላቸው የታሪካዊ ንብረቶች[3] [አቃታዊ ተጽዕና ሊታወቅ አይቻልም][4] | 0 | 13 [7] | 13[7] | 13[7] | 13[7] | 13[7] | 13[7] | 13[7] |
| | የ100 ዓመት የጎርፍ መጥለቅለቅ (acres) | 0 | 114.3 | 119.5 | 119.5 | 116.5 | 120.0 | 119.5 | 119.9 |
| | ልዩ እና ትብ አካባቢዎች (acres) | 0 | 395.3 | 408.2 | 408.2 | 401.8 | 410.8 | 406.7 | 408.6 |
| | ሚስተራዊት ያላቸው ዘርያዎች የተርጀከት ማጦመማ አካባቢ (acres) | 0 | 151.7 | 155.0 | 155.0 | 153.7 | 155.0 | 155.0 | 155.0 |
| | የደን ጥላ (acres) | 0 | 1,434 | 1,497 | 1,497 | 1,477 | 1,515 | 1,489 | 1,503 |
| | እርጥብ መሬቶች ልዩ የዝዛት ጉዳይ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | እርጥብ ቦታዎች፡ በመስክ የተገመገሙ | 0 | 15.4 | 16.3 | 16.3 | 16.1 | 16.5 | 16.3 | 16.1 |
| | እርጥብ ቦታዎች፡ 25-ጫማ ጾት (acres) | 0 | 51.2 | 53.1 | 53.1 | 52.7 | 53.6 | 53.1 | 53.5 |
| | የ US ውሃዎች (የርጀመት ጫማ) | 0 | 153,702 | 155,922 | 155,922 | 155,229 | 156,948 | 155,822 | 156,632 |
| | ተርታ II ፈሰኖች (acres) | 0 | 55.2 | 55.3 | 55.3 | 55.3 | 55.3 | 55.3 | 55.3 |
| | ጫጫታ ተቀባዮች ተጽዕኖ አለድረዋል[5] | 0 | 3,661 | 4,470 | 4,470 | 4,249 | 4,581 | 4,411 | 4,461 |
| **ትራፊክ** | በዐርጎት-አቶፍ መዘግየት ቁጠባዎች ከ አይፈላ የግንባታ ጋር (ጠዋት/ከሰዓት)[6] | 0 | 20%/22% | 23%/33% | 34%/33% | 30%/30% | 35%/34% | 27%/22% | 26%/34% |
| **ምህንድስና** | አጠቃላይ የመንገድ መብት ያስፈልጋል[7] (acres) | 0 | 284.9 | 323.5 | 323.5 | 313.4 | 337.3 | 318.9 | 329.3 |
| | የነብረት ብዛት በቀጥታ የሚነካ | 0 | 1,240 | 1,475 | 1,475 | 1,392 | 1,518 | 1,447 | 1,479 |
| | የመኖሪያ ስፈራዎች ብዛት | 0 | 25 | 34 | 34 | 25 | 34 | 34 | 34 |
| | የንግድ ስፈራዎች ብዛት | 0 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| | በ I-495 (ጫማ) ላይ የአገሮኛ ስፈት | 138–146 | 170-174 | 194-198 | 194-198 | 170-198 | 194-198 | 194-198 | 194-198 |
| | በ I-270 (ጫማ) ላይ የአገሮኛ ስፈት | 228-256 | 194-198 | 218-222 | 218-222 | 218-222 | 242-248 | 202-206 | 226-230 |
| | የዋና ወጪ ወሰን [የንጥታ እና ROW] (ቢሊዮኖች) | ተፈፃሚ የማይሆን | $7.8–$8.5 | $8.7 - $9.6 | $8.7 - $9.6 | $8.5-$9.4 | $9.0 – $10.0 | $8.7 - $9.6 | $8.8 - $9.7 |

ማስታወሻዎች፡ [1] በዚህ ሰንጠረዥ ውስጥ የተወከሉት የመstatement ተጽዕኖዎች አጠቃላይ ተጽዕኖዎችን ያሰላሉ፡ ዘላቂ እና ጊዜያዊ ተፅእኖዎች በ FEIS ውስጥ ተለይተው ይታወቃሉ።

[2] MDOT SHA እና FHWA የሚወሰዱት አማራጭ 5 ተመጣጣኝ አማራጭ አይደለም ብለው ወስደዋል። ግን ለማነፃፀር ዓላማዎች ብቻ በDEIS ውስጥ ተካትቷል።

[3] በታሪካዊ ንብረቶች ላይ ስለሚያስከትለው ውጤት ተጨማሪ ዝርዝሮችን ለማግኘት ምዕራፍ 4 ክፍል 4.7 እና አባሪ G፡ ክፍልፋል 1ን ይመልከቱ።

[4] አኑን ባለው የጎድፍ መረጃ ላይ በመመርኮዝ ተፅእኖዎች በእዚህ 7 ታሪካዊ ባህሪዎች ላይ ሙሉ በሙሉ መወሰን አይቻልም። MDOT SHA እዚህን ባህሪዎች እንደ ዳዜን ማሻሻያዎች በበለጠ ይገመግማሉ።

[5] ጫጫታ ተቀባዮች ከፈራች አጠቃሎዎች መካከል፡ መኖሪያ ቤቶች፡ ትምህርት ቤቶች፡ የአምልኮ ስፍራዎች እና መናፈሻዎችን ጨምሮ አጠቃቀም የሚያካተ የጫጫታ-ስጋት የሆነ የመሬት አጠቃቀሞች ናቸው፡ ያስተውሉ እዚህ ቀጥር የሚያጠቃልለት ነባር የሰከኽ ግድግዳ የሰፈኞን ተቀባዮች እንዲሁም ይተካዋል ተብሎ የሚጠበቁ የሰኽ ግድግዳ የሰፋ የአቸውም

[6] የዚህ ሰንጠረዥ ቆዳማ ስራዎች እንድ ተራዥ ውስጥ የቁጠባ ዓመታዊ አማካይ ለሳታት ተመሳሳይ መለኪ ያዎችን ተጠቅመዋል። በዐርጎት-ሰፈ መዝመነት ቁጠባዎች ለሁሉም የመንገድ ተጠቃሚዎች ጥቅማዎችን ያንፀባርቃሉ።

[7] የመንገድ መብት የተመሰረተው በግዛቱ ረቶረዶች ምርምር ላይ ሲሆን እንደአስፈላጊነቱ በክሱዝቤ የመንገድ መብት ተሞልቷል። በክፍል 4(f) ባህሪዎች፡ የታሪካዊ እና የግርኬ ድንበሮች በመዛን እና በቦታው ላይ ባሉ ቅዱቶች እና ልዩነቶች መሪራቸው ላይ በመመርኮዝ አንዳንድ ወሰኖች ሊለዩ ይችላሉ።

00005428

## ምን ዓይነት እቴታዎች፣ ማጽደቆች እና ፈቃዶች ያስፈልጋሉ?

ከ NEPA ማክበር በተጨማሪ ብዙ እቴታዎች፣ ማጽደቆች እና ፈቃዶች ከ NEPA ሂደት ጋር በተመሳሰለ ጊዜ እየተስተባበሩ ነው፡ ወይም ከማናቸውም ማሻሻያዎች ግንባታ በፊት ሊታኝ ይቻላሉ። **ሰንጠረዥ** ES- 3 አሁን ባለው የጥናት ዲዛይን ግምቶች እና ተጓዳኝ ተጽዕኖዎች ላይ በመመስረት የሚያስፈልጉ የፌዴራል፣ የግዛት እና የአካባቢ እቴታዎች፣ ፈቃዶች እና ማጽደቆች ያጠቃልላል። **ምዕራፍ 6፣ ክፍል 6.5**ን ይመልከቱ።

### ሰንጠረዥ ES- 3፣ ሊሆን የሚቻል እቴታዎች እና ማጽደቆች

| | | እቴታ/ ማጽደቅ | ኃላፊነት ያለው/ፈቃድ ሰጪ ኤጀንሲ |
|---|---|---|---|
| **ከ NEPA ጋር የተያያዘ** | **90 ቀን** | ብሔራዊ የአካባቢ ፖሊሲ ሕግ (NEPA) ማዕደች - የውሳኔ መዝገብ[1] | የፌዴራል አውራ-ጎዳና አስተዳደር |
| | | ክፍል 4(f) ማጽደቅ | የፌዴራል አውራ-ጎዳና አስተዳደር |
| | | ለአደጋ የተጋለጡ የእንስሳት ዝርያዎች ሕግ ምክክር | የአሜሪካ ዓሳ እና የዱር እንስሳት አገልግሎት/ NOAA-NMFS |
| | | ክፍል 106 የፕሮግራም ስምምነት | የፌዴራል አውራ-ጎዳና አስተዳደር |
| | | የንጹህ ውሃ ሀግ ክፍል 404 እና ክፍል 10 | የ US ጦር ሰራዊት መሐንዲሶች |
| | | የ Maryland/Virginia ማዳት ውነዎች (ክፍል 401) | የ US ጦር ሰራዊት መሐንዲሶች / የ Maryland የአካባቢ ክፍል / የ Virginia የአካባቢ ጥራት ክፍል |
| | | የ Maryland ገለልተኛ ያልሆኑ እርጥብ-መሬት እና የውሃ መንገዶች ፈቃድ | የ Maryland የአካባቢ ክፍል |
| | | የ Virginia እርጥብ-መሬት ጥበቃ ፈቃድ | የ Virginia የአካባቢ ጥራት ክፍል |
| **በፊት ከግንባ** | | ልዩ አጠቃቀም ፈቃድ - በ VA እና MD ውስጥ ግንባታ | የ ብሔራዊ ጋርቤ አገልግሎት |
| | | የ Capper-Cramton ጋርቤ ፈቃዶች | ብሔራዊ ካፒታል ዕቅድ ኮሚሽን |
| | | ጋርቤ ግንባታ ፈቃድ - M-NCPPC | የ Maryland ብሔራዊ ካፒታል ጋርቤ እና የዕቅድ ኮሚሽን |
| | | የ Maryland የደን ልማት ሀግ ማዕደቅ | የ Maryland የተፈጥሮ ሀብቶች ክፍል |
| | | የጣብት እና የካውንቲ የደን ጥበቃ ውጤት ማሻሻያ ማዕደቆች | የ Maryland የተፈጥሮ ሀብቶች ክፍል / የ Maryland ብሔራዊ ካፒታል ጋርቤ እና የዕቅድ ኮሚሽን |
| | | ከሃንባታ እንቅስቃሴ ጋር ለተገናኝ ለጎርፍ ውሃ አጠቃቀም ፈቃድ - MD | የ US አካባቢያዊ ጥበቃ ኤጀንሲ/ የ Maryland  የአካባቢ ክፍል |
| | | ከሃንባታ እንቅስቃሴ ጋር ለተገናኝ ለጎርፍ ውሃ አጠቃላይ ፈቃድ - VA | የ US አካባቢያዊ ጥበቃ ኤጀንሲ/የ Virginia የአካባቢ ጥራት ክፍል |
| | | የጎርፍ ውሃ አያያዝ / የአፈር መሸርሸር እና የደለል መቆጣጠሪያ | የ Maryland የመንጠግ ክፍል - የማዳት አውራ-ጎዳና የአስተዳደር ዕቅድ ግምገማ ክፍል / የ Maryland  የአካባቢ ክፍል |
| | | የጎርፍ ውሃ አያያዝ / የአፈር መሸርሸር እና የደለል መቆጣጠሪያ | የ US አካባቢያዊ ጥበቃ ኤጀንሲ /  የ Maryland  የአካባቢ ክፍል / የ Virginia የአካባቢ ጥራት ክፍል |
| | | የንጹህ ውሃ ሀግ ክፍል 402 (MS4) | የ Maryland  የአካባቢ ክፍል |
| | | የውሃ ትግበራ እና አጠቃቀም ፈቃድ | የ Maryland  የአካባቢ ክፍል |

ማስታወሻ፦ [1]መረው ኤጀንሲ ማንኛውም አስፈላጊ የፈቃድ ውሳኔዎችን ለመደገፍ የፕሮጀክት የማድረግ ኃላፊነት ላለው ለሁሉም የፌዴራል ኤጀንሲ አንድ ROD ማዘጋጀት እና ማተም ሀላፊነት አለበት። የ ROD አያንዳንዱ ውሳኔ ያካተተ ነውኝንድ ኤጀንሲው፣ በክፍል XIII በተደነገገው መሠረት ለአንድ ነጠላ ROD የተለየ ካልሆነን በስተቀር፣ ወይም የተቀናጀ FEIS / ROD ን ለማቅረብ እንዲችል የፌዴራል ሕግ ለዋናው ኤጀንሲ በሚሰጥበት ጊዜ። በስራ አስፈፃሚ ትእዛዝ 13807 መሠረት አንድ የፌዴራል ውሳኔን ተግባራዊ የማድረግ የመግባቢያ ሰነድ፦ https://www.whitehouse.gov/wp-content/uploads/2018/04/MOU-One-Federal-Decision-m-18-13-Part-2-1.pdf

## አንድ የፌዴራል ውሳኔ አስፈፃሚ ትእዛዝ ምንድነው?

የ I-495 እና I-270 የተቀናጀ መስመር ጎዳና ጥናት "አንድ የፌዴራል ውሳኔ"አስፈፃሚ ትዕዛዝ 13807፣ እየተከተለ ነው። በአካባቢያዊ ግምገማ ውስጥ ተግባፀ እና ተጠያቂነት ማጽጃም እና ለመሠረተ ልማት ፐርጀክቶች ፈቃድ መስጠት[12] የፌዴራል ኤጀንሲዎች የአካባቢ ግምገማዎችን እንዲያካሂዱ ይጠይቃል እና ለዋና መሰረተ ልማት ፐርጀክቶች እንደ "አንድ የፌዴራል ውሳኔ (OFD)" እና የፍቃድ ውሳኔዎች፦ የአስፈፃሚ ትዕዛዙ 13807 (EO) በብሔራዊ የአካባቢ ፖሊሲ ሕግ መሠረት የአካባቢ ግምገማዎችን ለማጠናቀቅ አማካይ ጊዜን ለመቀነስ ግብ አውጥቷል። እና ለዋና መሰረተ ልማት ፐርጀክቶች ፈቃዶች መስጫ ውሳኔዎች EO በተጨማሪም መመሪያን በተወሰኑ ሁኔታዎች ካልሆነ በስተቀር መመሪያ ይሰጣል[13] የፌዴራል መሪ ኤጀንሲ እና ሁሉም ተባባሪ እና ተሳታፊ ኤጀንሲዎች "ማንኛውንም የግል ኤጀንሲ ውሳኔ በአንድ ሪከርድን ውሳኔ (ROD) ይመዘግባሉ" እና አንድ ነጠላ የአካባቢ ተጽዕኖ መግለጫ (EIS) ማዘጋጀት። EIS ለኤጀንሲው ውሳኔ ለማስወፀ በዬ ዝርዝር መረጃዎችን አካሂዷ፣ EO፡ ROD በተሰጠበት በ 90 ቀናት ውስጥ ፈቃድ እና ማፅደቅ ማግኘት ይፈልጋል[14]። በተጨማሪም EO ዋና ዋና የመሠረተ ልማት ፐርጀክቶች አካባቢያዊ ግምገማ እና ፈቃዳዎች በሚሸፍን አንድ የፈቃድ የጊዜ ሠንጠረዥ እንዲተዳደሩ ይፈልጋል።

## ለጥናቱ የሚቀጥሉት እርምጃዎች ምንድ ናቸው?

ይህ DEIS በ FHWA እና MDOT SHA የተፈረመ ሲሆን ለፌዴራል፣ ለክፍለ-ግዛቶች እና ለአከባቢ ኤጀንሲዎች እንዲሁም ለድርጅቶች እና ሌሎች ፍላጎት ላላቸው ወገኖች ተሰራጭቷል። አሁም ለዝርዝር ግምገማ ይዘጋል። ለ DEIS በ 90 ቀናት የግምገማ ጊዜ ውስጥ ሕዝባዊ ችሎቶች ይካሄዳሉ፣ የአስተያየት ቀነ-ገደቡ ጥቅምት 8 ቀን 2020 ነው። በዚህ የ 90 ቀናት የግምገማ ወቅት፣DEIS በጥናቱ ኮሪደርፍ ሁሉ እና በፐርጀከቱ ድርጓዘ ላይ በሕዝባዊ አካባቢያዎች ይገኛል https://495-270-p3.com/DEIS/። DEIS ላይ የሚሰጡ አስተያየቶች በእነሱንፍ ይመሰዳሉ፣ በቃልም ሆነ በጽሑፍ በቀበሉ እና የተሰራው በ:

- በዋናው የመስሪያ ክፍል ውስጥ በአንጹ የሕዝብ ችሎት ውስጥ የቃል ምስክርነት
- በአንድ ልዩ ክፍል ውስጥ በግል ሕዝባዊ ችሎት ራት ለድርግጽ ዘጋቢ የቃል ምስከርነት
- በለዳባይ የህዝብ ችሎት በአስተያየት ቅጽ ላይ የተፃፉ አስተያየቶች
- ደብዳቤዎች ለ Lisa B. Choplin, DBIA, I-495 እና I-270 የ P3 የፐርግራም ዳይሬክተር, I-495 እና I-270 የ P3 ቢሮ, 707 North Calvert Street, Mail Stop P-601, Baltimore MD 21202
- የ DEIS አስተያየት ቅጽ በ https://495-270-p3.com/DEIS/
- ወደ MLS-NEPA-P3@mdot.maryland .gov ኢሜይል ይላኩ።

የ 90 ቀናት የግምገማ ጊዜን ተከትሎ፣ MDOT SHA እና FHWA ሁሉንም አስተያየቶች ይገመግማሉ እናም በአስተያየቱ ጊዜ መጨረሻ በ FEIS ዝግጅት ወቅት ለተቀበሉት ወይም ለፖስታ ለተሳተፉ ጉዳይ አስተያየቶች ሁሉ ምላሽ ይሰጣሉ ክዜ በንአ የተቀበሉት ወይም በፖስታ የተላኩ አስተያየቶች ተከልለው የሚቃላውን ያህል ይመሰዳሉ። የሁሉም አስፈላጊ አስተያየቶች ባህሪ በተጨማሪ፣ FEIS በDEIS ውስጥ ያልተጣራ ወይም ያልተሰተካከለ ተጨማሪ እና የዘመኑ መረጃዎችን፣ የተመረጠውን አማራጭን የሚይዝ፣ ምክንያቶች መለየት፣ በመጨረሻው ዲዛይንና ግንባታ ወቅት የሚከናወኑ ግዴታዎች እና ቅነሳ እርምጃዎች ጠቅላል ሊድርጎ ያቀርባል።

## የሕዝብ-የግል ሽርከና (P3) መርሀግብር

### P3 ምንድነ ነው?

የሕዝብ-የግል ሽርከና (P3) ለካፒታል ፐርጀክት ለማፅረብ አማራጭ ሞዴል ነው። P3 የሕዝብ ወይም በመንግስት ዘርፍ ከግል አካላት ጋር ሽርከና ነው። ለሕዝብ ባለቤት እና ለመሠረተ ልማት ተጠቃሚዎች ጥቅም መሠረተ ልማት ለማፅረብ፣ P3 የህዝ ሴክተር ዕውቀትን፣ ፈጠራን እና የገዝብ ድጋፎችን ለመጠቀም ይፈልጋል። P3s የህዝብ እና የግል ዘርፎችን አቅም ውጤታማ እና ውቅታዊ በሆነ መንገድ ለማፅረብ ትላልቅ እና ውስብስብ የመሠረተ ልማት

---

[12] አስፈፃሚ ትዕዛዝ ቁጥር 13807, 82 Fed. ምዝገባ 40463 (ነሐሴ 15 ቀን፣ 2017)፣ https://www.whitehouse.gov/presidential-actions/presidential-executive-order-establishing-discipline-accountability-environmental-review-permitting-process-infrastructure/

[13] "የፐርጀክቱ ስፖንሰር ሰጪዎች ኤጀንሲ ው የተለየ የ NEPA ሰነቶችን እንዲያወጡ ካልጠየቅ በስተቀር፡ የትብብር ወይም ተሳታፊ ኤጀንሲ የ NEPA ግኝታዎች ቀድሞውት ተማ፣ ለተዋል፣ ወይም መፈጠ የፌዴራል ኤጀንሲ. አንድ ROD የፐርጀክቱን የአካባቢ ግምገማ እና ፈቃዳ ሂደት አሁናቃ በተሻለ ሁኔታ እንደማያጎያ ደህነ ይመስላል። " በስተቀር EO አንድ ነጠላ ROD ይሰጣል።

[14] የፌዴራል ሕግ ኤጀንሲው በ 90 ቀናት ውስጥ ፈቃዱን እንዳይወ hኒ ክከለክለ ወይም ማፈዘመ የፐርጀክቱን የአካባቢ ግምገማ እና ፈቃድ መስጫ ሂደት ማጠናቀቅን በተሻለ የሚያስተዋውት ክ ሆነ፣ ወይም የፐርጀክቱ ስፖንሰር የተለየ የ ለ የ መስመር የሚጠይቅ ከሆነ መረው የፌዴራል ኤጀንሲ. የ 90 ቀናት የጊዜ ቀነ ገደብ ሊሪዘም ይችላል።: አስፈፃሚ ትዕዛዝ ቁጥር 13807, 82 Fed. ምዝገባ 40463 (ነሐሴ 15 ቀን፣ 2017)፡ https://www.whitehouse.gov/wp-content/uploads/2018/04/MOU-One-Federal-Decision-m-18-13-Part-2-1.pdf

00005430

ፕሮጀክቶችን በገንዘብ ውጤታማ እና ወቅታዊ በሆነ መንገድ ለማቅረብ ይፈልጋሉ። በ P3 ስምምነት ስር ያሉ ተግባራት ዲዛይን፣ ግንባታ፣ ፋይናንስ፣ አሠራር እና የትራንስፖርት መገልገያ ቦታን መያዝን ሊያካትቱ ይችላሉ።

## ለዚህ ጥናት አንድ P3 ለምን ይታሰባል?

P3 ን ለመጠቀም በርካታ ምክንያቶች አሉ፣

- በፈጣን ግንባታ ውስጥ የግል የገንዘብ ድጋፍ ውጤቶች የግሉ ሴክተር ለወደፊቱ በሚሰጡት ፈንድ ወይም በገቢ ላይ በመመርኮዝ ማሻሻያዎችን በገንዘብ ስለሚረዳ P3 ፕሮጀክቶች ወደፊት ሊፈመዱ ይችላሉ። በስቴቱ ገንዘብ ላይ በመመስረት I-495 & I-270 P3 የፕሮግራም መጨናነቅ እፎይታን ለማሻሻል ከ 25 ዓመታት በላይ ይወስዳል እና ለዚህ አንድ ፕሮጀክት ሁሉንም የ MDOT የካፒታል ማስፋፋያ በጅት ይጠቀማል።

- የእርበኛ ሁኔታዎችን ማስተላለፍ፣ ለከፍተ-ግዘፉ የተሳለውን እሴት ለማቅረብ መንገስት እና የግሉ ዘርፍ እያንዳንዱን አደጋ በተሻለ ሁኔታ ማን ማስተዳደር ይችላል በሚለው ላይ በመመርኮዝ ተጋላጭነታቸውን ይጋራሉ።

- ከዋኔዎች እና ጥገኞች፣ ግዛቱ የግሉ ዘርፍ በአውራ-ጎዳና እንዲሠራ በማድረግ (ለምሳሌ፣ የመንገድ ላይ ጥገና፣ የካር ማጨሻ) በበለጠ ኢኮኖሚያዊ ውጤ ሊያገኝ ይችላል። ከ P3 መርሀግብር ውጭ፣ MDOT በ Montgomery እና የ Prince George ካውንቲዎች ውስጥ ያሉትን I-495 እና I-270 ነባር መንገዶች በጥሩ የጥገና ሁኔታ ለማቆየት በቀባዮቹ አስርት ዓመታት $1.7 ቢሊዮን ዶላር በድልድይ መተካት/ጥገና እና የጥርግ ጥገና ላይ መዋዕለ ንዋይ ማፍሰስ እንደሚያስፈልገው ይገምታል ።። መጨናነቅ እፎይታ ሳይኖርበት ጥሩ ጥገና ያለው ሁኔታ።።

- ውስን የመንግስት ገንዘብ ድጋፍ፣ የወደፊቱን የገቢ ምንጮ የሚያካትት ፕሮጀክቶች ግንባታውን ውስን በሆነ ወይም በመንግስት ገንዘብ ባልተደገፈ መገንባት ይቻላል። በእርግጥ፣ የ I-495 እና I-270 P3 መርሀግብሩ፣ የፕሮግራሙን ያለምንም ወጪ ሊጋዞ ተግባራዊ ለማድረግ ግብ አለው።

## ፕሮጀክቱ እንዴት ይገነባል?

የዚህ የ DEIS ትኩረት በ 48 ማይል ጥናት ገደቦች ውስጥ የመጓጓዣ ፍላጎቶችን በማቃለል ላይ ነው፣ I-495 ከደቡብ የGeorge Washington የመታሰቢያ ፓርክዌይ በ Fairfax County ውስጥ፣ Virginia፣ የ American Legion Bridge በ Potomac ወንዝ ያለውን መሻሻል ጨምር፣ እስከ የ MD 5 ምዕራብ ድረስ፣ እና በ I-270 ከ I-495 ወደ ሰሜን የ I-370፣ ምስራቅ እና ምዕራብ የ I-270 ጋራ መፈቶች ያካትታል።

በጥናቱ ገዝፍነት ምክንያት MDOT SHA ማንኛውንም የግንባታ አማራጭ በየደረጃው መገንባት ያስፈልገው ነበር። ምዕራፍ 1 የ P3 መርሀግብር የ MLS ክፋል ከ I-495 አቅራቢያ  የ George Washington የመታሰቢያ ፓርክዌይ በ Virginia፣ ALB ን ጨምር እና፣ ከ ምዕራብ የ I-270 ጋራ መፈቶች ባለው ልውውጥ፣ እና I-270 ከ I-495 ልውውጡ ጋር ከ I-370 ጋር ካለው ልውውጥ፣ ያጠቃልላ ። በተለየ፣ ገለልተኛ የ NEPA ጥናት አማካይነት የሚሸሻለው የ P3 ምዕራፍ1 ስምምነት I-270 እስከ I-70 ን ያካትታል።

በፈደራል ሕጎች መሠረት የ MDOT SHA ን በቅድመ ልማት እና ዲዛይን ስራዎች ለማገዝ የ Phase ገንቢ ምርጫን ወደፊት ለማራመድ የMaryland (ሜይላንድ) የህገብ ስራዎች ቦርድ በደረጃ 1 ተመላዳ የማድረግ ሂደት ፈቅዷል። በ NEPA ሂደት በኩል እየተካሄደ ላለው ማንኛውም አማራጭ በ MDOT SHA ምንም ዓይነት ቃል አይገባም።

በደረጃ 1 P3 ስምምነት መሠረት ደረጃ 1 በደረጃ 1 ፕሮቢ ተዘጋጅቶ እንደሚቀርብ ይጠበቃል። ከ George Washington የመታሰቢያ ፓርከዌይ አቅራቢያ የደረጃ 1 ደቡባዊ ክፍል ከ I-495 እስከ I-270 እና I-270 ከ I-495 እስከ I-370 ያድጋል፤ ይገነባል እና መጅመሪያ ይሰጣል። በተጨማሪም፣ የተደረጉት ማሻሻያዎች ታላቅነት፣ የደረጃ ፕሮ, ከ MDOT ጋር ለመስማማት የደረጃ 1 ደቡቡን ክፍል በሉለት እና ከዚያ በላይ በማደግ እና በማድረስ ይጠበቃል ተብሎ ይጠበቃል።

Projet de déclaration d'impact environnemental

495 MANAGED LANES STUDY 270

# SOMMAIRE EXÉCUTIF

## Aperçu de l'étude

### Qu'est-ce que l'étude sur les voies gérées I-495 et I-270 ?

L'étude sur les voies gérées I-495 et I-270 (étude) est le premier élément du programme plus large de partenariat public-privé (P3) I-495 et I-270. Cette étude envisage des solutions de rechange pour remédier à l'encombrement des routes dans le cadre de l'étude spécifique de 48 miles de la I-495 à partir du sud du George Washington Memorial Parkway dans le comté de Fairfax, en Virginie, y compris l'amélioration du pont de la Légion américaine sur le fleuve Potomac, à l'ouest du MD 5, et le long de la I-270 de la I-495 au nord de la I-370, y compris les embranchements est et ouest de la I-270. La I-495 et la I-270 dans le Maryland sont les deux autoroutes les plus fréquentées du Maryland, chacune avec un volume de trafic journalier moyen annuel (AADT) pouvant atteindre 260 000 véhicules par jour en 2018 (MDOT SHA, 2019) (**voir figure ES- 1**).

L'étude a évalué les points terminaux rationnels, connus sous le nom de terminus logiques. L'étude s'étend au-delà des terminus logiques pour inclure la zone d'influence des analyses de trafic et d'environnement. Il y a trois terminus logiques pour le MLS, comme suit :



**Figure ES- 1: Corridors d'étude des voies gérées I-495 et I-270**

- **Terminus ouest** : sur la I-495, à 0,4 miles au sud de l'échangeur de la George Washington Memorial Parkway ; permet de fusionner les améliorations de la ligne principale de la boucle extérieure qui sont transportées vers la George Washington Memorial Parkway et de les faire passer dans les voies de la ligne principale existante sans provoquer de congestion due à des baisses et des fusions de voies. Les voies gérées se connecteraient directement à l'extension proposée des Virginia Express Lanes.

- **Terminus sud** : sur la I-495, à 1,3 miles à l'ouest du MD 5 ; permet aux améliorations de la boucle intérieure de la ligne principale qui sont apportées au MD 5, une autoroute régionale nord-sud à accès contrôlé, d'être fusionnées dans les voies existantes de la ligne principale avant le système express local sans causer de congestion due à la baisse des voies, au tissage et à la fusion.

00005433

Projet de déclaration d'impact environnemental

- **Terminus nord** : sur la I-270, à 0,6 miles au nord de la I-370 ; permet de fusionner les améliorations de la ligne principale en direction du nord qui sont apportées à la I-370 et de les faire passer dans les voies à usage général existantes et dans la voie réservée aux véhicules à occupation multiple (HOV) en toute sécurité, en réduisant au minimum les encombrements dus aux baisses et aux fusions de voies. La I-370 est reliée à la MD 200, une grande autoroute à péage est-ouest. La voie réservée aux véhicules à fort taux d'occupation de 0,6 miles au nord de la I-370 continuera jusqu'à son terminus actuel à MD 121 (Clarksburg Road), 8 miles au nord de la I-370

La modélisation et l'analyse du trafic ont englobé le prochain échangeur au-delà de ces trois limites en tant que zone d'influence du trafic. En outre, les limites logiques de la zone d'examen et d'analyse environnementaux ont été étendues au-delà de ces routes d'intersection afin de tenir compte de la distance nécessaire pour que les améliorations de la ligne principale puissent se rattacher aux opérations routières existantes.

## Qui dirige l'étude ?

La modélisation et l'analyse du trafic ont englobé le prochain échangeur au-delà de ces trois limites en tant que zone d'influence du trafic. En outre, les limites logiques de la zone d'examen et d'analyse environnementaux ont été étendues au-delà de ces routes d'intersection afin de tenir compte de la distance nécessaire pour que les améliorations de la ligne principale puissent se rattacher aux opérations routières existantes



## Quelles sont les autres agences impliquées dans l'étude ?

La FHWA et le MDOT SHA ont mené une vaste campagne de sensibilisation auprès des agences fédérales, étatiques, régionales et locales, en plus des parties prenantes intéressées et du grand public, pendant toute la durée de l'étude. Au début de l'étude, un plan de coordination des agences a été élaboré. L'objectif de ce plan était d'établir la structure et le calendrier de la coordination avec les agences concernées pendant l'étude (voir le **chapitre 7** et **l'annexe P** de la DEIS pour plus de détails).

Les agences activement impliquées dans l'étude comprennent les agences coopérantes et participantes. Les agences coopérantes sont des agences fédérales autres qu'une agence principale, qui sont compétentes en vertu de la loi ou qui possèdent une expertise particulière en ce qui concerne les ressources environnementales susceptibles d'être touchées[1]. Les agences participantes sont les agences fédérales, étatiques, tribales, régionales et locales qui peuvent avoir un intérêt dans l'étude et le processus d'examen environnemental[2]. Au début de l'étude, les agences ont été invitées à être des agences coopérantes, participantes et notifiées[3] . Il y a huit agences coopérantes, 18 agences participantes et sept agences notifiées pour l'étude.  Voir le **tableau 7-1** du **chapitre 7** pour une liste complète de ces agences et de leurs rôles.

---

[1] Agence coopérante telle que définie dans le 40 CFR 1508.5. Un État ou une agence locale de qualifications similaires ou, lorsque les effets se font sentir sur des terres d'intérêt tribal, une tribu amérindienne peut, en accord avec les agences chefs de file, devenir également une Agence coopérante.

[2] Agence participante telle que définie dans 23 USC 139(d)

[3] Les agences notifiées ont été définies pour cette étude afin d'inclure toutes les autres agences qui pourraient avoir un intérêt dans l'étude, ou qui ont un rôle qui reste à déterminer. Ces agences seront notifiées des étapes de l'étude en même temps que le public et ces points de notification des étapes font partie du plan de participation du public.

00005434

Les agences coopérantes pour l'étude sont les suivantes :
- US Army Corps of Engineers (USACE) Baltimore District
- US Environmental Protection Agency (EPA)
- National Park Service (NPS)
- National Capital Planning Commission (NCPC)

- MD Department of Environment (MDE)
- Maryland Department of Natural Resources (MDNR)
- Virginia DOT (VDOT)
- Maryland-National Capital Park and Planning Commission (M-NCPPC)

La FHWA et le MDOT SHA ont organisé des réunions du groupe de travail inter-agences, ainsi que des réunions spécifiques aux ressources avec les agences, et continueront à tenir des réunions avec les agences coopérantes, participantes et autres intéressées afin de les tenir informées et engagées dans le processus d'examen environnemental.

## Comment le public a-t-il été impliqué dans l'étude ?

Le public a été impliqué à chaque étape du processus et constitue un élément clé du processus de la NEPA, y compris la révision de cette DEIS. À ce jour, le MDOT SHA a largement fait participer le public, notamment par les moyens suivants :
- Grands ateliers publics
  o Quatre (4) ateliers publics de cadrage
  o Quatre (4) ateliers publics alternatifs
  o Huit (8) alternatives retenues pour les ateliers publics de l'étude détaillée
- Réunions des associations communautaires (21)
- Réunions des parties prenantes/grands propriétaires fonciers (85)
- Présentations aux élus régionaux, nationaux et locaux
- Tenir activement à jour les listes de diffusion des fonctionnaires et des élus
- Bulletins d'information sur les programmes et les études (3)
- Explosions de courriers électroniques publics et élus
- Sensibilisation ciblée aux communautés mal desservies
- Médias sociaux
- Radio
- Journaux régionaux et locaux
- Page web du programme P3 (495-270-p3.com/)

## Quel a été l'impact de la pandémie de Covid-19 sur l'étude ?

Le MDOT SHA reconnaît l'impact substantiel de l'ordonnance COVID-19 sur les modes de transport actuels dans toute la région. Nous comprenons que la COVID-19 a un impact sur tous les habitants du Maryland aujourd'hui - dans notre façon de travailler, de passer notre temps libre et de voyager. Bien que la priorité numéro un du MDOT soit la santé et la sécurité des Marylanders, nous poursuivons nos efforts pour assurer que les améliorations des transports soient développées pour répondre aux besoins de notre État non seulement aujourd'hui mais aussi pour les 20 prochaines années et plus. Nous sommes conscients de la réduction du trafic sur les autoroutes interétatiques telles que la I-495 et la I-270 en raison de l'ordonnance COVID-19 sur les séjours à domicile. Le MDOT SHA reconnaît également l'incertitude qui entoure les niveaux de trafic après l'arrêt de l'exploitation et l'utilisation du transit. Il n'existe pas de modèle de trafic définitif permettant de prédire comment cette pandémie mondiale sans précédent affectera les projections de trafic et l'utilisation des transports en commun à long terme. Le MDOT SHA s'engage à suivre les tendances du comportement des voyageurs et à surveiller les volumes de trafic au fil du temps, alors que les entreprises et les écoles commencent lentement à rouvrir. Nous évaluerons et prendrons en compte toutes les nouvelles informations disponibles afin de nous assurer que les solutions apportées répondront aux besoins des habitants du Maryland, aujourd'hui et à l'avenir.

Projet de déclaration d'impact environnemental



# Projet de déclaration d'impact environnemental

## Qu'est-ce que le projet de déclaration d'impact environnemental ?

Le projet de déclaration d'impact environnemental (DEIS) fournit une description détaillée de l'objectif et de la nécessité de l'étude, des alternatives raisonnables, des conditions environnementales existantes et de l'analyse des effets environnementaux bénéfiques et négatifs prévus et des conséquences des alternatives, ainsi que des mesures d'atténuation potentielles.  La DEIS fournit une analyse comparative entre l'option « pas de construction » et les options « construction » afin que les citoyens intéressés, les élus, les agences gouvernementales, les entreprises et les autres parties prenantes puissent évaluer les effets sociaux, culturels et naturels potentiels de l'étude sur l'environnement. L'étude d'impact environnemental est étayée par 19 rapports techniques, qui sont énumérés dans l'encadré ci-contre et annexés au document.

Après la diffusion de l'étude d'impact environnemental, une étude d'impact environnemental finale sera élaborée.  Le FEIS identifiera l'alternative privilégiée et se concentrera sur toute analyse supplémentaire et tout affinement des données, ainsi que sur les réponses aux commentaires de fond reçus sur le projet d'EIE. A l'issue du processus d'EIE, l'Agence fédérale principale publie un Rapport de décision (ROD) qui identifie l'action choisie à la suite de l'étude, après avoir considéré une gamme raisonnable d'alternatives et tous les moyens possibles pour éviter, minimiser ou atténuer les dommages environnementaux.

### Quels sont les rapports techniques d'appui à la DEIS ?

A.  Déclaration d'objectif et de besoin
B.  Rapport technique sur les alternatives
C.  Rapport technique sur le trafic
D.  Cartographie des ressources environnementales
E.  Rapport technique sur l'évaluation des effets sur la communauté et la justice environnementale
F.  Projet de section 4(f) Évaluation
G. Rapport technique sur les ressources culturelles
H.  Projet d'accord programmatique au titre de l'article 106
I.  Rapport technique sur la qualité de l'air
J.  Rapport technique sur l'analyse du bruit
K.  Rapport technique sur les matières dangereuses
L.  Rapport technique sur les ressources naturelles
M.  Rapport sur les mesures de prévention, de réduction et d'atténuation des impacts (AMR)
N.  Projet de plan d'atténuation compensatoire
O.  Rapport technique sur les effets indirects et cumulatifs
P.  Rapport technique sur la participation du public et la coordination des agences
Q.  Plan conceptuel d'atténuation
R.  Demande de permis conjointe
S.  Formulaire d'évaluation environnementale

## Quel est le format de la DEIS ?

Le DEIS fournit un résumé des 19 rapports techniques et contient dix chapitres. Une documentation détaillée des conditions existantes, des méthodologies, des évaluations des effets et des mesures d'atténuation conceptuelles, le cas échéant, est incluse dans les rapports techniques de l'étude annexés à cette DEIS (**annexes A à S**)

- Le **chapitre 1** présente le but et la nécessité de l'étude. Ce chapitre est étayé par l'énoncé de l'objet et du besoin (**annexe A**).

Le **chapitre 2** présente la chronologie du développement et de l'analyse des alternatives pour l'étude. Il comprend une description des alternatives envisagées et une analyse de sélection, y compris l'alternative « Pas de construction ». Il décrit également d'autres éléments communs aux alternatives de construction, tels que les limites de perturbation (LOD)4, l'accès aux voies gérées, la gestion des eaux pluviales, la construction et les effets à court terme, les éléments de transport en commun, les considérations relatives aux piétons et aux cyclistes, le péage, la viabilité financière et les avantages des voies gérées. Ce chapitre est étayé par le rapport technique sur les alternatives (**annexe B**).

---

4 Les limites de perturbation sont les limites proposées à l'intérieur desquelles se dérouleraient toutes les activités de construction, d'étagement, de stockage de matériaux, de nivellement, de défrichement, de contrôle de l'érosion et des sédiments, d'aménagement paysager, de drainage, de gestion des eaux pluviales, de remplacement ou de construction de murs antibruit et autres activités connexes.

00005436

- Le **chapitre 3** présente les conditions de circulation actuelles et futures et les résultats des analyses opérationnelles de la circulation effectuées pour chacune des alternatives de construction. Ce chapitre est étayé par le rapport technique sur la circulation (**annexe C**)

- Le **chapitre 4** présente les conditions environnementales existantes (environnement affecté) identifiées le long des corridors d'étude, les effets prévus sur les ressources (conséquences environnementales), et les mesures pour éviter, minimiser et atténuer les effets environnementaux potentiels, le cas échéant. Ce chapitre est étayé par les **annexes D à R**.

- Le **chapitre 5** présente un résumé du projet d'évaluation de la section 4(f), qui traite des effets potentiels sur les parcs publics, les zones de loisirs et les propriétés historiques importantes, conformément à la section 4(f) de la loi de 1966 du ministère américain des transports (USDOT). Ce chapitre s'appuie sur le projet d'évaluation de la section 4(f) (**annexe F**).

- Le **chapitre 6** présente le décret 13807 : *Établissement de la discipline et de la responsabilité dans le processus d'examen environnemental et d'autorisation des projets d'infrastructure* [5] qui exige des agences fédérales de traiter les examens environnementaux et les décisions d'autorisation pour les grands projets d'infrastructure comme « une décision fédérale unique ».

- Le **chapitre 7** présente un résumé de la sensibilisation du public et de la coordination des agences pour l'étude qui a eu lieu, à ce jour. Ce chapitre est étayé par le Rapport technique sur la participation du public et la coordination des agences (**Annexe P**) et d'autres annexes spécifiques aux ressources.

- Les **chapitres 8 et 9** présentent la liste des préparateurs de l'étude et la liste de distribution des agences, organisations et personnes à qui l'étude a été mise à disposition pour examen et commentaires.

- Le **chapitre 10** présente les références de l'étude d'impact.

## Quels sont les termes courants utilisés dans le DEIS ?

- Les ***corridors de l'étude***, tels que définis dans le champ d'application de l'étude, comprennent la I-495 du sud du George Washington Memorial Parkway dans le comté de Fairfax, en Virginie, y compris le pont de la Légion américaine qui traverse le fleuve Potomac, jusqu'à l'ouest du MD 5 dans le comté de Prince George, dans le Maryland, et la I-270 de la I-495 à la I-370 dans le comté de Montgomery, y compris les embranchements est et ouest de la I-270 au nord de la I-495. (Voir le **chapitre 1** pour plus de détails).

- La ***limite de l'étude du corridor*** a été définie comme étant de 48 miles de long et d'environ 300 pieds de chaque côté de la ligne centrale de la I-495 et de la I-270. Elle a été utilisée pour définir la zone de collecte de données pour recueillir des informations sur les conditions environnementales existantes. La limite de l'étude du corridor a été utilisée dans les enquêtes sur les ressources environnementales pour les ressources naturelles, résumées dans les **sections 4.11 à 4.20 du chapitre 4**, et les parcs et la section 4(f) Ressources résumées dans la **section 4.4 et le chapitre 5**.

- Les **limites de perturbation (LOD)** ont été définies pour chaque alternative de construction comme la limite proposée à l'intérieur de laquelle toutes les activités de construction, d'étagement, de stockage de matériaux, de nivellement, de défrichement, de contrôle de l'érosion et des sédiments, d'aménagement paysager, de drainage, de gestion des eaux pluviales (SWM), de remplacement/construction de murs antibruit et d'autres activités de construction connexes auraient lieu (**voir chapitre 2, section 2.7.4**).

---

[5] https://www.whitehouse.gov/presidential-actions/presidential-executive-order-establishing-discipline-accountability-environmental-review-permitting-process-infrastructure/

Projet de déclaration d'impact environnemental

## Quelles sont les façons de commenter l'EDIC et le projet de document de la section 4(f) ?

La FHWA et le MDOT SHA invitent les élus intéressés, les gouvernements des États et des collectivités locales, les autres agences fédérales, les gouvernements tribaux amérindiens, les organisations et les membres du public à faire part de leurs commentaires sur l'évaluation de l'étude d'impact environnemental et du projet de section 4(f). La DEIS de l'étude et les rapports techniques peuvent être consultés et téléchargés sur le site web du projet à l'adresse suivante : https://495-270-p3.com/DEIS/

La période de consultation publique débute le 10 juillet 2020 et se poursuivra jusqu'au 8 octobre 2020. *Les commentaires écrits et oraux seront pris en compte de manière égale*, et la FHWA examinera tous les commentaires, et prendra en compte et répondra à tous les commentaires de fond reçus ou postés avant cette date dans la préparation du FEIS. Les commentaires reçus ou postés après cette date seront examinés et pris en compte dans la mesure du possible. Une série d'auditions publiques virtuelles et en personne auront lieu au moins 30 jours après l'avis de disponibilité. Consultez le site https://495-270-p3.com/DEIS/ pour obtenir les dernières informations sur les dates et lieux des audiences publiques.

Les commentaires sur l'EDIC peuvent être faits par :

- Témoignage oral lors d'une des audiences publiques dans la salle d'audience principale
- Témoignage oral à un sténographe judiciaire lors d'une audience publique en privé dans une salle séparée
- Formulaire de commentaires DEIS à l'adresse https://495-270-p3.com/DEIS/
- Courriel : MLS-NEPA-P3@mdot.maryland.gov
- Commentaires écrits sur un formulaire de commentaires lors d'une audition publique
- Lettres à Lisa B. Choplin, DBIA, I-495 & I-270 P3 Directeur du programme, I-495 & I-270 P3 Bureau, 707 North Calvert Street, Mail Stop P-601, Baltimore MD 21202

## Quels sont les objectifs et les besoins de l'étude?

L'objectif et la nécessité de l'étude ont été définis dans le cadre d'un processus complet qui comprenait l'examen d'études antérieures, une révision des plans régionaux existants et une analyse des conditions environnementales et socio-économiques de la région. La déclaration d'objectif et de besoin complète qui a été approuvée par les agences coopérantes en novembre 2018 est incluse dans l'**annexe A**.

L'objectif de l'étude est de mettre au point une ou plusieurs alternatives de gestion de la demande de transport qui permettent de remédier à la congestion, d'améliorer la fiabilité des trajets sur l'I-495 et l'I-270 dans les limites de l'étude, et de renforcer la mobilité et la connectivité multimodales existantes et prévues.

Les besoins de l'étude sont les suivants :

- Adapter le trafic existant et la croissance du trafic à long terme
- Améliorer la fiabilité des voyages
- Offrir des choix supplémentaires en matière de transport routier
- Accueillir la sécurité intérieure
- Améliorer la circulation des biens et des services

Outre les besoins, deux objectifs ont été définis pour l'étude : (1) l'utilisation d'autres méthodes de financement pour assurer la viabilité financière et (2) la responsabilité environnementale. Voir le **chapitre 1** et l'**annexe A** pour plus d'informations sur l'objectif et la nécessité de l'étude.

---

[6] Le NCPC est d'accord sur l'objectif et le besoin seulement ; le M-NCPPC n'est pas d'accord sur l'objectif et le besoin.

Projet de déclaration d'impact environnemental

# Alternatives envisagées

## Quel est le processus d'examen des alternatives envisagées?

Le développement et la sélection des alternatives peuvent être décrits par un processus en cinq étapes qui réduit l'éventail préliminaire des alternatives à l'étude à l'alternative préférée (voir **figure ES-2**). Les quatre premières étapes sont présentées dans cette DEIS et la dernière étape sera documentée dans le FEIS. Ce processus a été mené en collaboration avec les agences partenaires et a fait l'objet d'un examen public. Grâce à une série d'étapes analytiques, ainsi qu'à l'examen des agences et du public, ces alternatives préliminaires ont été réduites aux alternatives présélectionnées, puis aux alternatives retenues pour l'étude détaillée (ARDS) (voir **chapitre 2**). En général, dans la NEPA, le terme ARDS ne désigne que les alternatives retenues pour une étude détaillée ; cependant, dans cette DEIS, des alternatives supplémentaires ont été étudiées en détail et les données substantielles analysées sont présentées. Les solutions de rechange étudiées en détail qui répondaient à l'objectif et au besoin et ayant été jugées raisonnables sont désignées par le terme « Bâtir des alternatives ». Au fur et à mesure que le niveau de détail de la conception et de l'analyse augmentait, le nombre d'alternatives envisagées diminuait.

### Figure ES- 2: Processus d'examen des alternatives



## Quelle a été la gamme préliminaire des alternatives envisagées?

Une série de 15 alternatives préliminaires a été identifiée sur la base d'études et de documents de planification antérieurs et pertinents, ainsi que sur la base des contributions du public et des organismes de réglementation fédéraux, étatiques et locaux reçus au cours du processus de délimitation du champ d'application de la NEPA. L'éventail des alternatives préliminaires comprenait :

- Alternative 1 : Pas de construction
- Alternative 2 : Gestion des systèmes de transport / Gestion de la demande de transport (TSM/TDM)
- Alternative 3 : Ajouter une voie d'accès à usage général (GP)
- Alternative 4 : ajouter une voie réservée aux véhicules à fort taux d'occupation dans chaque sens sur la I-495 et conserver la voie réservée existante dans chaque sens sur la I-270

- Alternative 5 : ajouter un réseau de voies payantes[7] gérées dans chaque sens sur la I-495 et convertir une voie réservée aux véhicules à fort taux d'occupation dans chaque sens en une voie payante gérée sur la I-270
- Alternative 6 : Ajouter deux voies GP dans chaque direction sur la I-495 et la I-270

00005439

- Alternative 7 : ajouter deux voies réservées aux véhicules à fort taux d'occupation dans chaque sens sur la I-495 et conserver une voie existante et ajouter une voie réservée aux véhicules à fort taux d'occupation dans chaque sens sur la I-270
- Alternative 8 : ajouter deux voies payantes gérées dans chaque sens sur la I-495 et ajouter une voie payante gérée dans chaque sens et conserver une voie réservée aux véhicules à fort taux d'occupation dans chaque sens sur la I-270
- Alternative 9 : ajouter deux voies payantes gérées dans chaque sens sur la I-495 et convertir une voie réservée aux véhicules à fort taux d'occupation en une voie payante gérée et ajouter une voie payante gérée dans chaque sens sur la I-270
- Alternative 10 : ajouter deux voies payantes gérées dans chaque sens sur la I-495 et la I-270 et conserver une voie réservée aux véhicules à fort taux d'occupation dans chaque sens sur la I-270 uniquement
- Alternative 11 : séparer physiquement le trafic en utilisant les voies C-D, en ajoutant deux voies GP dans chaque sens sur la I-495
- Alternative 12A : Convertir la voie de circulation existante sur la I-495 en voie à contre-courant pendant les périodes de pointe
- Alternative 12B : Convertir la voie réservée aux véhicules à fort taux d'occupation sur l'I-270 en voie à contre-courant pendant les périodes de pointe
- Alternative 13A : Ajouter deux voies réversibles gérées par les prix sur la I-495
- Alternative 13B : convertir les voies réservées aux véhicules à fort taux d'occupation en deux voies réversibles gérées par les prix sur l'I-270
- Alternative 13C : Ajouter deux voies réversibles à gestion tarifaire et conserver une voie réservée aux véhicules à fort taux d'occupation dans chaque sens sur la I-270
- Alternative 14A : transit par le train lourd[8]
- Alternative 14B : Transport en commun par train léger[9]
- Alternative 14C : Ligne de guidage fixe Bus Rapid Transit (BRT)[10] hors alignement de la chaussée existante
- Alternative 15 : ajouter une voie réservée aux bus sur la I-495 et la I-270

L'analyse de l'éventail préliminaire des alternatives a été complétée par l'application de critères de sélection à chaque alternative liée à l'objectif et au besoin de l'étude, voir le **chapitre 2**, **section 2.5**. Une évaluation qualitative de ces critères a été effectuée en utilisant des informations facilement disponibles (données disponibles à partir de sources existantes).

---

[7] Sur la base des informations fournies par le public et les agences, le MDOT SHA a défini les voies gérées en fonction des prix comme des voies à péage pour les véhicules à forte occupation (HOT) ou des voies à péage pour les véhicules rapides (ETL) et les descriptions des alternatives ont été modifiées en conséquence.

[8] Le train lourd est un mode de transport en commun (également appelé métro, métro, transport en commun rapide ou train rapide) fonctionnant sur une voie ferrée électrique ayant la capacité d'accueillir un volume de trafic important. Il se caractérise par des voitures de passagers à grande vitesse et à accélération rapide qui circulent seules ou en trains de plusieurs voitures sur des rails fixes.

[9] Le train léger est un mode de transport en commun (également appelé tramway, tramway ou trolley) qui utilise des voitures de passagers sur rail seules (ou en trains courts) sur des rails fixes. Les véhicules légers sur rail sont généralement entraînés électriquement, l'énergie étant tirée d'une ligne électrique aérienne via un chariot ou un pantographe et conduite par un opérateur à bord du véhicule.

[10] Le transport en commun rapide par autobus est un système de transport en commun de haute qualité qui offre un service rapide et efficace pouvant inclure des voies réservées, des voies réservées aux autobus, la priorité aux feux de circulation, la perception de tarifs hors-bord, des quais surélevés et des stations améliorées.



Une alternative n'a été écartée de l'examen à ce stade du processus que si les informations disponibles démontraient clairement qu'elle ne répondait pas à l'objectif et au besoin de l'étude. Les solutions de rechange examinées ont été identifiées comme étant celles qui répondaient aux critères de sélection ou qui nécessitaient une analyse supplémentaire pour déterminer leur capacité à répondre à l'objectif et au besoin. La sélection initiale des alternatives a été documentée dans le *rapport technique sur les alternatives* (**Annexe B**). Voir le **chapitre 2, section 2.4**, pour plus de détails sur les solutions de remplacement préliminaires.

## Quelles ont été les alternatives examinées ?

Les Alternatives projetées ont été présentées au public sur le site web du programme par le biais d'une documentation écrite et d'une vidéo en février 2019 et incluses :

- Alternative 1 : Pas de construction - Bien que cette alternative ne réponde pas à l'objectif et à la nécessité de l'étude, conformément aux exigences de la NEPA, elle a été reportée pour une évaluation plus approfondie afin de servir de cas de base pour comparer les autres alternatives
- Alternative 5 : un réseau de voies gérées par HOT
- Alternative 8 : Deux réseaux de voies gérées par l'ETL sur la I-495 et un réseau de voies ETL et un réseau de voies réservées aux véhicules à fort taux d'occupation sur la I-270
- Alternative 9 : Réseau de deux voies gérées par HOT
- Alternative 10 : Deux réseaux de voies gérées par l'ETL sur les routes I-495 et I-270 et conserver
une seule voie réservée aux véhicules à fort taux d'occupation sur la I-270
- Alternative 13B : deux réseaux de voies gérées à chaud sur la I-495 et deux réseaux de voies réversibles gérées à chaud sur la I-270
- Alternative 13C : Deux réseaux de voies gérées par l'ETL sur la I-495 et deux réseaux de voies réversibles gérées par l'ETL sur la I-270, et conserver une seule voie réservée aux véhicules à fort taux d'occupation sur la I-270

D'autres analyses techniques, financières, environnementales et de trafic ont été réalisées et utilisées pour déterminer le caractère raisonnable des solutions de rechange retenues pour le SDRA. Les alternatives recommandées retenues pour l'étude détaillée (ARDS) comprenaient toutes les alternatives présélectionnées et elles ont été présentées lors des ateliers publics du printemps 2019. À la suite de ces ateliers, les SDRA recommandées ont été analysées plus en détail et l'alternative 5 a été abandonnée.

## Pourquoi l'alternative 5 a-t-elle été abandonnée ?

L'alternative 5 a été identifiée comme une solution de rechange présélectionnée et a été envisagée pour ajouter une voie à péage réglementée dans chaque direction sur la I-495 et pour convertir une voie à péage existante dans chaque direction en une voie à péage réglementée sur la I-270. En réponse aux commentaires des agences et à l'avis du public, le MDOT SHA et la FHWA ont poursuivi l'analyse détaillée de l'alternative 5 et ont constaté qu'elle serait la moins performante des alternatives retenues pour la plupart des paramètres utilisés pour évaluer le trafic existant, la croissance du trafic à long terme et la fiabilité des déplacements, et qu'elle serait la moins performante des solutions retenues en ce qui concerne les retards à l'échelle du système, la durée de déplacement dans les corridors, la densité/le niveau de service[11] et la durée de déplacement (voies à usage général). En outre, l'alternative 5 n'a pas atteint l'objectif de viabilité financière, car elle nécessiterait une importante subvention publique pour être mise en œuvre. Sur la base des résultats de l'analyse financière et des lacunes dans le traitement du trafic existant, de la croissance du trafic à long terme et de la fiabilité des déplacements, la FHWA et le MDOT SHA ont déterminé que l'option 5 n'était pas une alternative raisonnable car elle ne répondait pas à l'objectif et au besoin de l'étude, et elle n'a pas été retenue comme SDRA pour l'étude.

---

[11]   Le niveau de service (LOS) est une note attribuée à une section de route qui mesure la qualité du flux de trafic, allant de LOS A à LOS F.

Cependant, pour faciliter les décisions des agences coopérantes concernant leurs actions et pour être transparent, l'Alternative **5** est incluse dans la comparaison des impacts dans les **chapitres 3** et **4** de cette DEIS. Les résultats de l'examen des alternatives et la justification de l'identification du SDRA sont résumés dans le **chapitre 2**, **sections 2.5** et **2.6**, et documentés dans le rapport technique sur les alternatives (**annexe B**).

## Quelles autres alternatives ont été envisagées ?

### Alternative de détournement MD 200
Suite aux ateliers publics et aux réunions des agences du printemps 2019, plusieurs agences participantes et coopérantes ont demandé au MDOT SHA d'évaluer une alternative (l'alternative de détournement du MD 200) qui permettrait aux voyageurs d'utiliser le MD 200 (connecteur intercomtés) au lieu de la face supérieure de la I-495 entre la I-270 et la I-95 afin d'éviter ou de réduire les impacts sur les ressources importantes et réglementées et les déplacements résidentiels.

À court terme, le principe de cette alternative a du mérite en raison de la capacité actuellement disponible sur le MD 200, une installation de la Maryland Transportation Authority (MDTA). En tant que tel, le MDOT SHA travaille avec la MDTA pour encourager le trafic en provenance de points situés au nord de la I-95 et destiné au pont de la Légion américaine ou au-delà (et le mouvement inverse) à utiliser le MD 200 pour profiter de la capacité de réserve à court terme et éventuellement soulager le haut de la I-495. Pour tenter de détourner une partie de ce trafic, le MDOT SHA a proposé à la MDTA de fournir des temps de parcours pour la I-495 et le MD 200 en utilisant les panneaux de messagerie dynamique existants. Si les temps de parcours indiquent que le trajet est plus court sur la MD 200 et que le péage est acceptable pour les voyageurs, ceux-ci peuvent alors choisir de dévier vers la MD 200.

Toutefois, pour répondre à l'objectif et à la nécessité de l'étude, la solution de détournement du MD 200 doit également tenir compte de la croissance du trafic à long terme, améliorer la fiabilité du voyage et la circulation des biens et des services. Pour l'année de conception 2040, les résultats de l'analyse du trafic ont indiqué que la solution de détournement MD 200 aurait des performances inférieures à celles de la plupart des solutions examinées dans de nombreux paramètres utilisés pour évaluer le caractère raisonnable des solutions. La solution de détournement MD 200 ne répondrait pas à l'objectif et à la nécessité de l'étude, à savoir répondre à la croissance du trafic à long terme, améliorer la fiabilité des trajets ou la circulation des biens et des services. Un résumé de l'analyse de la variante de détournement du MD 200 figure au **chapitre 2, section 2.5.3.b** et est documenté dans le rapport technique sur les variantes (**annexe B**).

### Alternative 9 Modifiée (9M)
Le MDOT SHA et la FHWA ont évalué une alternative supplémentaire après l'identification du SDRA, appelée Alternative 9 Modifiée (Alternative 9M), en réponse aux commentaires du public et des agences sur le SDRA. L'alternative 9M consisterait en un mélange de l'alternative 5 et de l'alternative 9 dans le but d'éviter ou de réduire les impacts sur les ressources environnementales sensibles et les déplacements de propriétés sur la partie supérieure de la I-495 (I-270 West Spur et I-95). L'analyse a été réalisée pour déterminer si cette solution, qui comprend une réduction des voies sur la partie supérieure de la I-495, répondrait suffisamment à l'objectif et à la nécessité de l'étude. Dans l'ensemble, l'option 9M serait un mélange de ces deux options présélectionnées, la principale différence sur la partie supérieure de la I-495 entre l'embranchement ouest de la I-270 et la I-95 étant l'ajout d'une voie CHAUDE au lieu de deux voies CHAUDES dans chaque direction.

L'alternative 9M a été évaluée avec le même niveau de détail que les solutions retenues et a été jugée conforme à l'objectif et à la nécessité de l'étude, c'est pourquoi elle est incluse comme solution raisonnable dans la présente étude d'impact. Un résumé de l'analyse de la variante 9 modifiée figure au **chapitre 2, section 2.6.4** et est documenté à l'annexe B du rapport technique sur les variantes (**annexe B**).

## Quelles sont les alternatives retenues et analysées dans le DEIS?

L'ingénierie préliminaire ainsi que des analyses supplémentaires sur le trafic, les finances et l'environnement ont été prises en compte pour déterminer le caractère raisonnable des solutions de rechange retenues pour le ARDS. La présente étude d'impact environnemental présente l'analyse et la comparaison supplémentaires des impacts entre le ARDS, ci-après dénommé **Alternatives de construction**, et la solution **Alternatives sans construction**. Les solutions retenues et analysées dans l'étude d'impact sont résumées dans le **tableau ES-1**. Le chapitre 2 présente une analyse complémentaire de l'élaboration des solutions de rechange pour la présente étude.

### Table ES- 1: Alternatives retenues et analysées dans le DEIS

| Alternative | Description |
|---|---|
| Alternative 1 | Pas de construction |
| Alternative 8 | Réseau de voies gérées par l'ETL à deux voies sur la I-495 et à une voie gérée par l'ETL et à une voie gérée par le HOV sur la I-270 |
| Alternative 9 | Réseau à deux voies, gérées par HOT, sur les routes I-495 et I-270 |
| Alternative 9 Modifiée (9M) | Réseau à 2 voies, gérées par HOT, à l'ouest et à l'est de la I-495 et sur la I-270 ; voie à 1 voie gérée par HOT sur la partie supérieure de la I-495 |
| Alternative 10 | Réseau de voies gérées par ETL à 2 voies sur les autoroutes I-495 et I-270, plus voie gérée par HOV à 1 voie sur l'autoroute I-270 uniquement |
| Alternative 13B | Réseau de voies réversibles à 2 voies, géré par HOT, sur la I-495 ; Réseau de voies réversibles, géré par HOT, sur la I-270 |
| Alternative 13C | Réseau à 2 voies gérées par l'ETL sur la I-495, réseau de voies réversibles gérées par l'ETL et voie à 1 voie gérée par les véhicules à fort taux d'occupation sur la I-270 |

L'option « Pas de construction » ne répond pas à l'objectif et à la nécessité de l'étude, mais a été retenue à des fins de comparaison avec les autres options. Les résultats de l'examen des alternatives et la justification de l'identification des alternatives retenues et analysées dans l'étude d'impact sont résumés au **chapitre 2**, **section 2.5** et documentés dans le *rapport technique sur les alternatives* (**annexe B**).

## Quelles sont les composantes du transport en commun incluses dans les alternatives de construction?

Bien qu'il ait été constaté que les solutions de transport en commun autonomes ne répondaient pas à l'objectif et au besoin de l'étude, chaque alternative de construction comprend les éléments de transport en commun suivants, conformément à l'objectif du projet, qui est d'améliorer la mobilité et la connectivité multimodales existantes et prévues :

- Permettre l'utilisation gratuite des bus dans les voies gérées afin d'augmenter la vitesse de déplacement, d'assurer un voyage fiable et de relier les services/systèmes de bus locaux sur les artères qui sont directement reliées aux centres d'activité et aux centres économiques.

- Permettre des correspondances directes et indirectes avec les stations de transport en commun existantes et les projets de développement orientés vers le transport en commun au Silver Spring Metro/MARC (US 29), au Shady Grove Metro (I-370), au Twinbrook Metro (Wootton Parkway), au Montgomery Mall Transit Center (Westlake Terrace), Medical Center Metro (MD 187 et MD 185), Kensington MARC (MD 185), Greenbelt Metro/MARC (Cherrywood Lane), New Carrollton Metro/MARC/Amtrak (US 50), Largo Town Center Metro (MD 202 et MD 214), et Branch Avenue Metro (MD 5).

Ces éléments sont également pris en compte par le groupe de travail sur le transport en commun, qui comprend des représentants des administrations de transport en commun et de planification qui ont été directement et indirectement touchées par le programme P3, notamment les comtés de Montgomery, Prince George's, Frederick, Howard, Anne Arundel

et Charles, ainsi que les autobus de banlieue du MDOT MTA, MARC et WMATA, le bureau du secrétaire du MDOT pour la planification et la programmation des immobilisations, le MDOT SHA, la FHWA, la Federal Transit Administration (FTA) et le MWCOG. Lancé en mai 2019, le groupe de travail sur le transit s'est réuni huit fois pour fournir des informations sur les services de transit existants et aider à identifier les possibilités d'utilisation des voies gérées par le transit (voir **chapitre 2**, **section 2.7.6**).

Le *rapport sur la coordination des services de transport en commun* a été mis à la disposition du public en juin 2020 sur (https://495-270-p3.com/transit-benefits/) et il est utilisé pour informer les comtés concernés et les fournisseurs de services de transport en commun sur les importantes possibilités de transport en commun offertes par les voies gérées, telles que les stratégies visant à maximiser les avantages de la fiabilité et de la vitesse; fournir une base pour l'évaluation et la priorisation des besoins futurs en matière de capital et d'exploitation dans la zone de service; et lancer des discussions sur les moyens d'intégrer les services de transport en commun régionaux dans le programme P3.

## Le remplacement du pont de la Légion américaine fait-il partie de l'étude sur les voies gérées?

Oui, toutes les alternatives de construction comprennent le remplacement complet du pont de la Légion américaine par un nouveau pont plus large (et non l'élargissement du pont existant). Le pont existant a près de 60 ans et devrait être remplacé au cours des prochaines décennies, indépendamment de cette étude. Le nouveau pont serait construit par phases afin de maintenir le même nombre de voies existantes à tout moment, et le nouveau pont sera donc remplacé au même endroit.

## Comment les commentaires du public sur les alternatives ont-ils été pris en compte?

Jusqu'à présent, le public et les parties prenantes ont été encouragés à faire part de leurs commentaires sur la portée de l'étude, l'objectif et la nécessité, la gamme de solutions de rechange, l'examen préalable initial des solutions de rechange, les mesures d'évitement et de minimisation des impacts sur l'environnement et les biens, et les mesures d'atténuation potentielles. Dans le cadre du processus de participation du public, le MDOT SHA a examiné attentivement les commentaires reçus et a intégré certains éléments dans l'étude, notamment, mais pas exclusivement : la suppression des voies de collecte et de distribution existantes sur l'I-270 afin de réduire au minimum les besoins en emprises le long de l'I-270 ; l'engagement d'un chemin piétonnier le long d'un nouveau pont de la Légion américaine ; l'élimination ou la fourniture de certaines voies gérées d'accès direct ; l'évitement du déplacement du Rock Creek afin de réduire considérablement les impacts sur cette ressource importante ; l'engagement de remplacer tous les écrans antibruit existants ; et l'intégration de certains éléments de transport en commun tout en continuant à coordonner avec les fournisseurs locaux de transport en commun pour des possibilités supplémentaires d'accommoder la connectivité et la mobilité multimodales existantes et prévues. Pour répondre aux commentaires reçus du public et des agences sur les solutions de rechange recommandées retenues pour l'étude détaillée (ARDS) et pour éviter ou minimiser les impacts environnementaux et communautaires le long de la partie supérieure de la I-495, le MDOT SHA a analysé des solutions de rechange supplémentaires, notamment la solution de détournement MD 200 (ICC) et l'alternative 9 modifiée. Les résultats de ces analyses se trouvent aux **chapitres 2, 3 et 4** ainsi que dans le *projet d'évaluation de la section* 4(f) de l'**annexe F.**

# Péage

## Pourquoi les nouvelles voies doivent-elles être payantes et pourquoi l'État a-t-il besoin d'un promoteur pour les construire?

L'État du Maryland n'a pas les fonds nécessaires pour construire des améliorations de cette ampleur, dont le coût est estimé à environ 8 à 10 milliards de dollars. En outre, même avec les péages pour rembourser les prêts, l'État n'a pas la capacité de déposer des garanties suffisantes pour contracter des prêts afin de payer les améliorations. Par conséquent, l'État sélectionnera un promoteur par le biais d'un processus concurrentiel et conclura un accord de PPP en vertu duquel le promoteur concevra, construira, financera, exploitera et entretiendra les voies gérées pendant une certaine période en utilisant les recettes du péage. Le MDOT SHA resterait propriétaire de toutes les voies sur la I-495 et la I-270 et veillerait à ce que l'autoroute remplisse la fonction de transport prévue.

Projet de déclaration d'impact environnemental

## Comment les voies de péage gérées fonctionneront-elles?

Toutes les alternatives de construction incluraient un péage dynamique pour les voies gérées (HOT ou ETL) pendant toute la durée de l'étude. Les taux de péage seraient ajustés de manière dynamique dans la fourchette de taux de péage approuvée et pourraient changer en réponse aux variations en temps réel des conditions de circulation toutes les cinq à quinze minutes. Les péages seraient perçus électroniquement à la vitesse de l'autoroute, sans gares de péage, sans postes de péage et sans paiement en espèces. Grâce à cette approche, le flux de trafic serait géré, les encombrements seraient réduits et une vitesse moyenne minimale de 45 mph serait maintenue dans les voies gérées.

## Comment les taux de péage seront-ils fixés?

Les fourchettes de taux de péage seront fixées selon le processus décrit dans le Code of Maryland Regulations (COMAR) 11.07.05 - Public Notice of Toll Schedule Revisions, y compris la participation du public. En général, une fourchette recommandée de tarifs de péage sera élaborée pour gérer le trafic et s'assurer que les installations peuvent répondre aux exigences nécessaires en matière de performance du trafic. La fourchette de taux de péage comprendra une limite supérieure du taux de péage par kilomètre.  La fourchette de taux de péage recommandée sera présentée aux membres du conseil d'administration de la MDTA pour examen. Des audiences publiques et une période de consultation publique de 60 jours minimum seront organisées afin que le public ait la possibilité de faire des commentaires sur la fourchette de taux de péage. Les commentaires du public seront résumés pour les membres du conseil d'administration de la MDTA (y compris les révisions proposées, si nécessaire) et le conseil d'administration votera sur la fourchette de taux de péage. Une fois les voies gérées ouvertes, les taux de péage seront ajustés de manière dynamique dans la fourchette de taux de péage approuvée par la MDTA afin de garantir que les exigences en matière de trafic et de performance des voies soient respectées.

## Quels pourraient être les taux de péage?

L'étude de planification et l'étude d'impact sur le développement durable ne recommandent pas les fourchettes de taux de péage définitives proposées pour les voies gérées ; toutefois, les taux de péage potentiels ont été estimés pour répondre aux objectifs de l'étude (gérer la demande de trafic et la congestion sur la I-270 et la I-495, et assurer une vitesse de 45 miles/heure dans les voies gérées), et pour déterminer si les solutions de remplacement seraient financièrement viables. Par conséquent, à des fins de planification uniquement, les taux de péage moyens par kilomètre (en dollars de 2020) pour toutes les périodes de l'année d'ouverture (2025) ont été estimés pour les voitures particulières utilisant un transpondeur E-ZPass : 0,70 $/mille pour l'alternative 8, 0,69 $/mille pour l'alternative 9, 0,77 $ pour l'alternative 9M, 0,68 $/mille pour l'alternative 10, 0,73 $/mille pour l'alternative 13B et 0,71 $/mille pour l'alternative 13C. En fin de compte, les fourchettes de tarifs de péage seront fixées par le Conseil de la MDTA après examen et commentaires du public. Il n'est pas prévu que les impacts environnementaux et communautaires décrits dans cette étude d'impact environnemental soient sensiblement différents une fois qu'une fourchette de taux de péage définitive sera approuvée, car le processus de modélisation pour l'estimation des taux de péage potentiels au niveau de la planification est similaire au processus de modélisation pour soutenir l'analyse des fourchettes de taux de péage qui seront présentées à l'Office de la MDTA pour examen.

00005445



Projet de déclaration d'impact environnemental

# Transport et circulation

## Qu'est-ce qu'une voie aménagée?

Les installations routières qui utilisent des stratégies, telles que les restrictions d'utilisation des voies ou la tarification des encombrements, pour optimiser le nombre de véhicules pouvant circuler sur l'autoroute afin de maintenir des vitesses de libre circulation. Les voies gérées sont conçues pour fonctionner à un niveau de service acceptable même lorsque les voies générales adjacentes sont encombrées. Parce qu'elles sont gérées de manière à contrôler le nombre de véhicules qui les empruntent pour maintenir leur fluidité, les voies gérées offrent aux usagers une option plus fiable pour atteindre leur(s) destination(s). Les voies gérées peuvent inclure, mais ne sont pas limitées à des voies réservées aux véhicules à fort taux d'occupation (HOV), les voies réservées aux véhicules lourds (HOT Lanes), les voies réservées aux autobus (ETL) et les voies réservées aux autobus.

## Quelle analyse du trafic a été effectuée pour l'étude?

Des analyses opérationnelles détaillées du trafic ont été effectuées pour chacune des alternatives de construction afin d'évaluer leur capacité à répondre à l'objectif et au besoin de l'étude au cours de l'année de conception 2040. La méthodologie d'évaluation comprenait un processus en trois étapes. Tout d'abord, un modèle de prévision régional a été développé pour chacune des alternatives de construction en utilisant le modèle de demande de transport du Conseil des gouvernements de la région métropolitaine de Washington (MWCOG), qui est le modèle généralement utilisé par le MDOT SHA et d'autres agences de transport pour évaluer les projets dans la région métropolitaine de Washington, DC. La version 2.3.71 du modèle MWCOG a été utilisée, il s'agit de la dernière version du modèle disponible lorsque l'analyse a été lancée. Ensuite, les sorties du modèle MWCOG ont été utilisées pour développer des projections équilibrées du volume de trafic pour l'année de conception 2040 pour chaque segment de route et mouvement de rampe dans les limites de l'étude pour chaque alternative de construction pendant les périodes de pointe. Enfin, des modèles de simulation du trafic pour chacune des alternatives de construction ont été développés à l'aide du logiciel VISSIM afin de déterminer la performance opérationnelle prévue de plusieurs mesures clés pendant la période de pointe du matin (6h00 à 10h00) et la période de pointe de l'après-midi (15h00 à 19h00).

## Quels sont les résultats des analyses opérationnelles du trafic?

L'évaluation opérationnelle du trafic de l'année de conception 2040 pour chaque alternative est résumée ci-dessous et présentée au **chapitre 3** de cette DEIS.

- **L'alternative 1 (pas de construction)** ne résoudrait aucun des problèmes opérationnels rencontrés dans les conditions actuelles et ne pourrait pas faire face à une croissance du trafic à long terme, ce qui se traduirait par des vitesses de déplacement lentes, des retards, des temps de parcours longs et un réseau peu fiable.

- **L'alternative 5** a été jugée non raisonnable, car elle ne répond pas à l'objectif et à la nécessité de l'étude en raison des lacunes dans la gestion du trafic existant, de la croissance du trafic à long terme et de la fiabilité des trajets. Toutefois, les résultats de l'option 5 ont été inclus dans la présente étude d'impact sur le développement durable à des fins de comparaison uniquement. Pour plus d'informations, veuillez consulter le rapport technique sur les alternatives (**annexe B**).

- **L'alternative 8**, **l'alternative 13B** et **l'alternative 13C** seraient toutes plus performantes que la solution sans construction dans tous les domaines.  Toutefois, ces solutions ne se classeraient pas en tête dans aucune des mesures opérationnelles étudiées et ne devraient donc apporter que des avantages modérés.

- **L'alternative 9M** n'a pas été incluse à l'origine comme option de construction, mais elle a été évaluée au même niveau de détail.  Cette alternative a été étudiée comme un mélange de l'Alternative 5 et de l'Alternative 9. Pour plus d'informations, voir le **chapitre 2, section 2.6.4** et le rapport technique sur les alternatives (**annexe B**).  La variante 9M serait plus

00005446

performante que la variante 1 dans tous les domaines, mais elle ne serait pas classée première dans aucun des domaines opérationnels étudiés, tout comme la variante 8, la variante 13B et la variante 13C.

- **Les alternatives 9 et 10** seraient systématiquement performantes dans toutes les mesures opérationnelles étudiées, et chaque variante serait classée première dans trois des six mesures clés. L'alternative 9 serait la plus performante en termes de vitesse moyenne, de LDV et d'effet sur le réseau local. L'alternative 10 serait la plus performante en termes de retard, d'indice de temps de parcours et de débit. Ces deux alternatives devraient apporter les meilleurs avantages opérationnels à la zone d'étude des voies gérées de l'I-495 et de l'I-270 et au réseau de transport environnant. Voir le **chapitre 3** et **l'annexe C** pour des informations détaillées.

## Ressources environnementales, conséquences et atténuation

### Quelles ressources environnementales ont été prises en compte dans l'analyse documentée dans la DEIS et les rapports techniques qui l'accompagnent?

Le **chapitre 4** de la DEIS présente les conditions environnementales existantes (environnement affecté) identifiées le long des corridors d'étude, les effets prévus sur les ressources (conséquences environnementales), et les mesures visant à éviter, minimiser et atténuer les effets inévitables sur ces ressources. D'autres possibilités d'éviter et de minimiser les effets seront examinées et documentées dans l'étude d'impact sur l'environnement.

Les ressources et les sujets environnementaux analysés ont été :

1. Utilisation des terres et zonage
2. Démographie
3. Communautés et équipements collectifs
4. Parcs et installations récréatives
5. Acquisitions et déménagements de biens immobiliers
6. Ressources visuelles et esthétiques
7. Ressources architecturales et archéologiques historiques
8. Qualité de l'air
9. Bruit
10. Matières dangereuses
11. Topographie, géologie et sols
12. Eaux des États-Unis et eaux de l'État, y compris les zones humides
13. Bassins versants et qualité des eaux de surface
14. Hydrologie des eaux souterraines
15. Plaines inondables
16. Végétation et habitat Terrestre
17. F aune terrestre
18. Biote aquatique
19. Espèces rares, menacées et en voie de disparition
20. Zones uniques et sensibles
21. Justice environnementale et respect du titre VI
22. Effets indirects et cumulatifs
23. Conséquences de la construction
24. Engagement des ressources

00005447

## Quels sont les effets des alternatives de construction sur les ressources environnementales?

Les conséquences environnementales présentées au chapitre 4 sont décrites pour les solutions « Pas de construction » et « Construction ». Étant donné que les solutions de substitution à la construction prévoient l'extension et/ou la reconfiguration des routes existantes dans un environnement bâti contraint, et que les exigences techniques sont similaires pour toutes les solutions de substitution à la construction, l'ampleur totale des impacts devrait être très similaire.  À ce stade de la conception, les impacts quantifiés présentés sont supposés être des effets permanents ou à long terme dans l'étude d'impact environnemental (voir les **tableaux ES-2 et 4-1**). Au fur et à mesure de l'avancement de la conception d'une solution privilégiée, les effets à long terme seront affinés, et les effets spécifiques à court terme liés à la construction seront séparés, quantifiés et documentés dans l'étude d'impact sur l'environnement. Les effets prévus de la construction sont examinés de manière qualitative tout au long du chapitre 4 et dans le **chapitre 2**, **section 2.7.3**. Le résumé de la comparaison des effets environnementaux entre l'absence de construction et les alternatives de construction est présenté dans le **tableau ES- 2**.

## Quelles possibilités d'évitement et de minimisation ont été prises en compte pour les effets sur les ressources environnementales?

À ce stade de l'étude NEPA, les possibilités d'éviter et de réduire au minimum les parcs, les zones humides, les zones tampons des zones humides, les cours d'eau, les forêts et la plaine inondable à 100 ans de l'Agence fédérale de gestion des urgences ont été identifiées et coordonnées avec les organismes de réglementation et de ressources. À ce stade préliminaire de l'étude, les impacts ont été évités et minimisés dans toute la mesure du possible dans tous les domaines, et les techniques d'évitement et de minimisation ont été spécifiquement affinées dans certaines zones de ressources sensibles ou de valeur récréative. Pour plus de détails, voir le **chapitre 4**, projet de section *4(f) Évaluation* (**annexe F**), et le *rapport sur les techniques d'évitement, de minimisation et d'impact* (**annexe M**). L'effort visant à éviter, minimiser et atténuer les impacts inévitables se poursuivra par une coordination permanente et future avec les organismes de réglementation et de ressources concernés.

## Quelles mesures d'atténuation sont envisagées pour les effets environnementaux inévitables?

Les mesures d'atténuation des effets inévitables sur les ressources environnementales ont été envisagées en fonction des effets des solutions de remplacement de la construction. L'atténuation conceptuelle proposée est examinée par ressource applicable au **chapitre 4** et détaillée dans le plan d'atténuation conceptuel (**annexe Q**) pour les ressources suivantes : zones humides ; forêts ; espèces rares, menacées et en danger ; parcs ; ressources culturelles ; bruit ; air ; propriétés ; matières dangereuses ; topographie, géologie, sols ; eaux souterraines ; justice environnementale ; esthétique visuelle ; biote aquatique ; et zones uniques et sensibles. D'autres mesures d'atténuation seront identifiées et affinées au fur et à mesure de l'avancement de l'étude et en tenant compte des commentaires du public, des parties prenantes et des agences.

## Qu'est-ce que la section 4(f)?

La section 4(f) de la loi USDOT de 1966, telle que modifiée (49 U.S.C. 303(c)), stipule que l'USDOT, y compris la FHWA, ne peut pas approuver l'utilisation de terres provenant d'un parc public, d'une zone de loisirs, d'un refuge pour la faune ou la sauvagine, ou d'un site historique public ou privé, sauf si les conditions suivantes s'appliquent :

Projet de déclaration d'impact environnemental

- La FHWA détermine qu'il n'y a pas d'alternative possible et prudente à l'utilisation du terrain de la propriété, et l'action comprend toute la planification possible pour minimiser les dommages à la propriété résultant d'une telle utilisation (23 CFR §774.3(a)(1) et (2)) ; ou

- La FHWA détermine que l'utilisation des propriétés de la section 4(f), y compris toute mesure visant à minimiser les dommages commis par le demandeur, aura un impact de minimis sur la propriété (23 CFR §774.3(b)).

## Quels sont les effets de l'article 4(f)?

Une « utilisation » de (ou un impact sur) la propriété de la section 4(f) se produit :

(i)   Lorsqu'un terrain est **incorporé de façon permanente** dans une installation de transport ;

(ii)  Lorsqu'il y a une **occupation temporaire** de la terre qui est défavorable en termes de préservation de la loi, comme déterminé par les critères de 23 CFR §774.13(d) ; ou

(iii) Lorsqu'il y a une **utilisation constructive** d'un bien de la Section 4(f), telle que déterminée par les critères de 23 CFR §774.15.

Un total de 111 propriétés de la section 4(f) ont été identifiées dans les limites de l'étude du corridor, y compris les parcs publics et les zones de loisirs et les sites historiques. Sur les 111 propriétés de la section 4(f), 68 auraient une utilisation (impact) de la section 4(f) et 43 seraient évitées. Sur les 68 propriétés de la section 4(f) qui ont une utilisation, 36 résulteraient en une utilisation mineure de la section 4(f), 22 nécessiteraient une évaluation des alternatives d'évitement et une analyse du moindre dommage global, et quatre propriétés répondent aux critères d'exception. Voir le **chapitre 5**, **section 5.5** et l'annexe F pour plus de détails sur le *projet d'évaluation de la* **section 4(f).**

00005449

Projet de déclaration d'impact environnemental

## Table ES- 2: Résumé des effets Comparaison des alternatives[1]

| | Resource | Alt 1 Pas de construction | Alt 5[2] | Alt 8 | Alt 9 | Alt 9M | Alt 10 | Alt 13B | Alt 13C |
|---|---|---|---|---|---|---|---|---|---|
| **Environnement** | Total des impacts potentiels sur les propriétés de la section 4(f), y compris les parcs et les propriétés historiques (en acres) | 0 | 141.7 | 146.8 | 146.8 | 144.7 | 149.0 | 145.5 | 146.7 |
| | Nombre de propriétés historiques ayant un effet négatif[3] [L'effet négatif ne peut être déterminé][4] | 0 | 13 [7] | 13[7] | 13[7] | 13[7] | 13[7] | 13[7] | 13[7] |
| | Plaine d'inondation de 100 ans (acres) | 0 | 114.3 | 119.5 | 119.5 | 116.5 | 120.0 | 119.5 | 119.9 |
| | Zones uniques et sensibles (acres) | 0 | 395.3 | 408.2 | 408.2 | 401.8 | 410.8 | 406.7 | 408.6 |
| | Zone d'examen des projets sur les espèces sensibles (en acres) | 0 | 151.7 | 155.0 | 155.0 | 153.7 | 155.0 | 155.0 | 155.0 |
| | Canopée forestière (en acres) | 0 | 1,434 | 1,497 | 1,497 | 1,477 | 1,515 | 1,489 | 1,503 |
| | Zones humides d'intérêt particulier pour l'État | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Zones humides, examinées sur le terrain (acres) | 0 | 15.4 | 16.3 | 16.3 | 16.1 | 16.5 | 16.3 | 16.1 |
| | Zones humides de 25 pieds (acres) | 0 | 51.2 | 53.1 | 53.1 | 52.7 | 53.6 | 53.1 | 53.5 |
| | Eaux des Etats-Unis (pieds linéaires) | 0 | 153,702 | 155,922 | 155,922 | 155,229 | 156,948 | 155,822 | 156,632 |
| | Bassins versants de niveau II (en acres) | 0 | 55.2 | 55.3 | 55.3 | 55.3 | 55.3 | 55.3 | 55.3 |
| | Récepteurs de bruit touchés[5] | 0 | 3,661 | 4,470 | 4,470 | 4,424 | 4,581 | 4,411 | 4,461 |
| **Trafic** | Économies de retard à l'échelle du système par rapport à l'absence de construction (AM/PM)[6] | 0 | 20%/22% | 23%/33% | 34%/33% | 30%/30% | 35%/34% | 27%/22% | 26%/34% |
| **Ingénierie** | Total des droits de passage requis[7] (acres) | 0 | 284.9 | 323.5 | 323.5 | 313.4 | 337.3 | 318.9 | 329.3 |
| | Nombre de propriétés directement touchées | 0 | 1,240 | 1,475 | 1,475 | 1,392 | 1,518 | 1,447 | 1,479 |
| | Nombre de déménagements résidentiels | 0 | 25 | 34 | 34 | 25 | 34 | 34 | 34 |
| | Nombre de délocalisations d'entreprises | 0 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| | Largeur de la chaussée sur la I-495 (pieds) | 138–146 | 170–174 | 194–198 | 194–198 | 170-198 | 194–198 | 194–198 | 194–198 |
| | Largeur de la chaussée sur la I-270 (pieds) | 228–256 | 194–198 | 218–222 | 218–222 | 218-222 | 242–248 | 202–206 | 226–230 |
| | Fourchette de coût du capital | N/A | $7.8–$8.5 | $8.7 – $9.6 | $8.7 – $9.6 | $8.5-$9.4 | $9.0 – $10.0 | $8.7 - $9.6 | $8.8 - $9.7 |

Notes:

[1] Les impacts préliminaires représentés dans ce tableau supposent des impacts totaux ; les impacts permanents et temporaires seront distingués dans le FEIS.

[2] Le MDOT SHA et la FHWA ont déterminé que l'alternative 5 n'était pas raisonnable, mais elle est incluse dans l'étude d'impact environnemental à des fins de comparaison uniquement.

[3] Voir le chapitre 4, section 4.7 et l'annexe G, volume 1, pour plus de détails sur les effets sur les propriétés historiques.

[4] Sur la base des informations actuelles sur la conception, les effets ne peuvent pas être entièrement déterminés sur ces 7 propriétés historiques. Le MDOT SHA évaluera ces propriétés plus tard au fur et à mesure des progrès de la conception.

[5] Les récepteurs de bruit sont des utilisations du sol sensibles au bruit qui comprennent, entre autres, les résidences, les écoles, les lieux de culte et les parcs. Notez que ces chiffres incluent les récepteurs qui n'ont pas de mur antibruit existant ainsi que les récepteurs qui ont un mur antibruit existant qui devrait être remplacé

[6] Les versions précédentes de ce tableau utilisaient une mesure similaire de la moyenne annuelle des heures d'économie par navetteur.  Les économies de retards à l'échelle du système reflètent mieux les avantages pour tous les usagers de la route].

[7] Le droit de passage est basé sur la recherche dans les registres de l'État et complété par le droit de passage du comté, si nécessaire. Avec les propriétés de la section 4(f), certaines limites varient en fonction de la présence de servitudes et des différences de taille et d'emplacement des limites historiques et des parcs.

00005450

Projet de déclaration d'impact environnemental

## Quels permis, approbations et autorisations seront vraisemblablement nécessaires?

En plus de la conformité à la NEPA, de nombreux permis, approbations et autorisations sont coordonnés en même temps que le processus de la NEPA ou seraient obtenus avant la construction de toute amélioration. Le **tableau ES- 3** résume les permis, autorisations et approbations fédéraux, étatiques et locaux qui seront probablement nécessaires sur la base des hypothèses de conception actuelles de l'étude et des impacts associés.  Se reporter au **chapitre 6**, **section 6.5**.

### Tableau ES- 3: Permis et approbations probables

| | Permis/ Approbation | Agence responsable/autorisante |
|---|---|---|
| En même temps que la NEPA ou dans les 90 jours à compter du compte rendu de décision | Approbation de la loi sur la politique environnementale nationale (NEPA) - Compte rendu de décision1 | Administration fédérale des routes |
| | Article 4(f) Approbation | Administration fédérale des routes |
| | Consultation sur la loi sur les espèces menacées d'extinction | US Fish and Wildlife Service / NOAA-NMFS |
| | Article 106 de l'accord de programme | Administration fédérale des routes |
| | Loi sur la propreté de l'eau, article 404 et article 10 | Corps des ingénieurs de l'armée américaine |
| | Eaux de l'Etat du Maryland/Virginie (section 401) | US Army Corps of Engineers / Maryland Department of Environment / Virginia Department of Environmental Quality |
| | Permis pour les zones humides et les voies d'eau non marémotrices du Maryland | Département de l'environnement du Maryland |
| | Permis de protection des zones humides de Virginie | Département de la qualité environnementale de Virginie |
| Avant la construction | Permis d'utilisation spécial - Construction en VA et MD | Service des parcs nationaux |
| | Permis du parc de Capper-Cramton | Commission d'aménagement de la capitale nationale |
| | Permis de construire un parc - M-NCPPC | Parc de la capitale nationale du Maryland et Commission de planification |
| | Approbation de la loi sur le reboisement du Maryland | Département des ressources naturelles du Maryland |
| | Approbations de la révision des servitudes de conservation des forêts des États et des comtés | Département des ressources naturelles du Maryland / Commission du parc national de la capitale du Maryland et de la planification |
| | Permis général pour les eaux pluviales liées à une activité de construction - MD | Agence américaine de protection de l'environnement / Département de l'environnement du Maryland |
| | Permis général pour les eaux pluviales liées à une activité de construction - VA | Agence américaine de protection de l'environnement / Département de la qualité de l'environnement de Virginie |
| | Gestion des eaux de ruissellement, érosion et contrôle des sédiments | Département des transports du Maryland - Division de la révision du plan de l'administration des routes d'État / Département de l'environnement du Maryland |
| | Gestion des eaux de ruissellement, érosion et contrôle des sédiments | Agence américaine de protection de l'environnement / Département de l'environnement du Maryland / Département de la qualité environnementale de Virginie |
| | Loi sur la propreté de l'eau, article 402 (MS4) | Département de l'environnement du Maryland |
| | Permis d'appropriation et d'utilisation de l'eau | Département de l'environnement du Maryland |

Note : [1] L'agence responsable est chargée de préparer et de publier un seul ROD pour toutes les agences fédérales responsables de l'autorisation du projet afin d'appuyer toute décision d'autorisation nécessaire. L'ODR intégrera chacune des décisions de dette agence, à moins qu'une exception à un seul ROD ne soit satisfaite comme indiqué à la section XIII ou que la loi fédérale prévoie que l'agence responsable émette un FEIS/ROD combiné. Protocole d'accord mettant en œuvre une décision fédérale unique en vertu du décret 13807, https://www.whitehouse.gov/wp-content/uploads/2018/04/MOU-One-Federal-Decision-m-18-13-Part-2-1.pdf

00005451

## Qu'est-ce que le décret d'exécution « Une décision fédérale »?

L'étude sur les voies gérées I-495 et I-270 suit le décret 13807 « Une décision fédérale » : *établir la discipline et la responsabilité dans le processus d'examen environnemental et d'autorisation des projets d'infrastructure*[12] exige des agences fédérales qu'elles traitent les examens environnementaux et les décisions d'autorisation des grands projets d'infrastructure comme « Une décision fédérale (OFD) ». Le décret 13807 (EO) fixe un objectif de réduction du temps moyen pour réaliser les examens environnementaux en vertu de la loi sur la politique environnementale nationale et les décisions d'autorisation pour les grands projets d'infrastructure à deux ans à partir de la publication de l'avis d'intention (NOI). L'EO ordonne également que, sauf dans certaines circonstances[13], l'agence fédérale chef de file et toutes les agences coopérantes et participantes « enregistrent toute décision d'agence individuelle dans un seul rapport de décision (ROD) » et préparent une seule déclaration d'impact environnemental (DIE). Pour autant que l'EIE contienne suffisamment de détails pour éclairer les décisions des agences, l'EO exige l'obtention de permis et d'approbations dans les 90 jours suivant la délivrance du ROD[14]. L'EO exige également que les grands projets d'infrastructure soient gérés selon un calendrier unique de délivrance des permis couvrant l'examen environnemental et les autorisations.

## Quelles sont les prochaines étapes de l'étude?

Cette DEIS a été signée par la FHWA et le MDOT SHA et distribuée aux agences fédérales, étatiques et locales, ainsi qu'aux organisations et autres parties intéressées, et est disponible pour un examen public. Des audiences publiques seront organisées pendant une période de 90 jours pour l'examen de l'étude d'impact ; la date limite pour les commentaires est le 8 octobre 2020.  Pendant cette période de 90 jours, l'étude d'impact est disponible dans des lieux publics tout au long des corridors d'étude et sur le site web du projet https://495-270-p3.com/DEIS/. Les commentaires sur l'EDIC sont pris en compte de la même manière, qu'ils soient reçus oralement ou par écrit, et peuvent être formulés par :

- Témoignage oral lors d'une des audiences publiques dans la salle principale
- Témoignage oral devant un rédacteur de procès-verbaux lors d'une audience publique en privé dans une salle séparée
- Commentaires écrits sur un formulaire de commentaires lors d'une audition publique
- Lettres à Lisa B. Choplin, DBIA, I-495 & I-270 P3 Directeur du programme, I-495 & I-270 P3 Bureau, 707 North Calvert Street, Mail Stop P-601, Baltimore MD 21202
- Le formulaire de commentaires du DEIS est disponible sur https://495-270-p3.com/DEIS/
- Email à MLS-NEPA-P3@mdot.maryland.gov

Après la période d'examen de 90 jours, le MDOT SHA et la FHWA examineront tous les commentaires et répondront à tous les commentaires de fond reçus ou postés avant la fin de la période de commentaires dans le cadre de la préparation du FEIS, le cachet de la poste faisant foi. Les commentaires reçus ou postés après cette date seront examinés et pris en compte dans la mesure du possible. Outre la prise en compte de tous les commentaires de fond, le FEIS résumera les informations supplémentaires et actualisées qui n'ont pas été affinées ou quantifiées dans l'EDIC, l'identification de la solution privilégiée et des facteurs qui soutiennent la sélection, ainsi que les engagements et les mesures d'atténuation à mettre en œuvre lors de la conception et de la construction finales.

---

[12] Exéc. Ordonnance n° 13807, 82 Fed. Reg. 40463 (15 août 2017), https://www.whitehouse.gov/presidential-actions/presidential-executive-order-establishing-discipline-accountability-environmental-review-permitting-process-infrastructure/
[13] L'OE prévoit qu'un seul ROD sera émis, « à moins que le promoteur du projet ne demande aux agences de publier des documents NEPA séparés, que les obligations NEPA d'une agence coopérante ou participante n'aient déjà été satisfaites, ou que l'agence fédérale responsable ne détermine qu'un seul ROD ne serait pas le meilleur moyen de promouvoir l'achèvement du processus d'examen environnemental et d'autorisation du projet ».
[14] L'Agence fédérale principale peut prolonger le délai de 90 jours si elle détermine que la loi fédérale interdit à l'agence de délivrer son approbation dans les 90 jours ou qu'une prolongation favoriserait mieux l'achèvement du processus d'examen environnemental et d'autorisation du projet ou que les promoteurs du projet demandent un délai différent.  Exéc. Ordonnance n° 13807, 82 Fed. Reg. 40463 (15 août 2017). https://www.whitehouse.gov/wp-content/uploads/2018/04/MOU-One-Federal-Decision-m-18-13-Part-2-1.pdf

00005452

## Programme de partenariat public-privé (P3)

### Qu'est-ce qu'un P3?

Un partenariat public-privé (PPP) est un modèle alternatif pour la réalisation d'un projet d'investissement. Un P3 est un partenariat entre le secteur public ou gouvernemental et des entités privées. Le P3 cherche à exploiter l'expertise, l'innovation et le financement du secteur privé afin de fournir une infrastructure publique au profit du propriétaire et des utilisateurs publics de l'infrastructure. Les PPP cherchent à exploiter avec succès les forces respectives des secteurs public et privé pour réaliser de grands projets d'infrastructure complexes de manière rentable et rapide. Les fonctions d'un accord de PPP peuvent inclure la conception, la construction, le financement, l'exploitation et l'entretien d'une installation de transport.

### Pourquoi un P3 est-il envisagé dans le cadre de cette étude?

Il y a plusieurs raisons d'utiliser un P3 :

- Le financement privé permet d'accélérer la construction : Les projets P3 peuvent avancer lorsque l'État ne dispose pas de fonds disponibles, car le secteur privé finance les améliorations en fonction des financements ou des recettes futurs. Il faudrait plus de 25 ans pour financer les améliorations du programme P3 de décongestionnement des autoroutes I-495 et I-270 en s'appuyant sur les fonds de l'État et en utilisant tout le budget d'expansion du capital du MDOT pour ce seul projet.
- Transfert des risques : L'État et le secteur privé partagent les risques en fonction de la personne qui peut le mieux gérer chaque risque afin de fournir la meilleure valeur à l'État.
- Opérations et maintenance : L'État peut bénéficier de l'exploitation et de l'entretien de l'autoroute par le secteur privé (par exemple, réparation de la chaussée, tonte du gazon) à un coût plus économique. Sans le programme P3, on estime que le MDOT devrait investir 1,7 milliard de dollars dans le remplacement/la remise en état des ponts et la réfection des chaussées au cours des dix prochaines années, simplement pour maintenir en bon état les routes existantes sur les I-495 et I-270 dans les comtés de Montgomery et Prince George, sans soulager les embouteillages.
- Financement gouvernemental limité : Les projets qui comprennent une future source de revenus peuvent être construits avec un financement gouvernemental limité ou sans financement initial. En fait, le programme P3 I-495 et I-270 a pour objectif de mettre en œuvre le programme sans coût net pour l'État.

### Comment le projet serait-il construit?

L'objectif de cette DEIS est de répondre aux besoins de transport dans les limites de l'étude de 48 miles : I-495 du sud du George Washington Memorial Parkway dans le comté de Fairfax, Virginie, y compris les améliorations apportées au pont de la Légion américaine sur le fleuve Potomac, à l'ouest du MD 5, et le long de la I-270 de la I-495 au nord de la I-370, y compris les embranchements est et ouest de la I-270.

En raison de l'ampleur de l'étude, le MDOT SHA devrait construire toute alternative de construction par étapes. La phase 1 du programme P3 inclurait la partie du MLS le long de la I-495 depuis les environs de la George Washington Memorial Parkway en Virginie, à travers et incluant l'ALB, jusqu'à son échangeur avec la I-270 à l'embranchement ouest, et la I-270 depuis son échangeur avec la I-495 jusqu'à son échangeur avec la I-370. Un accord P3 de phase 1 inclurait également l'I-270 jusqu'à l'I-70 qui serait avancé par une étude NEPA séparée et indépendante.

Le Conseil des travaux publics du Maryland a approuvé le processus d'appel d'offres pour la phase 1 afin d'avancer dans la sélection d'un développeur de phase pour aider le MDOT SHA dans les activités préliminaires de développement et de conception, conformément à la réglementation fédérale.  Aucun engagement ne sera pris par le MDOT SHA quant à toute alternative qui est ou pourrait être évaluée par le processus NEPA.

00005453

Il est prévu que la phase 1 soit développée et exécutée par un développeur de phase 1, dans le cadre d'un accord P3 de phase 1. La partie sud de la phase 1 de la I-495, à proximité du George Washington Memorial Parkway, jusqu'à la I-270 et la I-270 de la I-495 à la I-370 seraient développées, construites et livrées en premier. De plus, étant donné l'ampleur des améliorations, le développeur de phase devrait développer et livrer la partie sud de la phase 1 en deux ou plusieurs sections, à convenir avec le MDOT.

00005454

SDEIS EJ Public Involvement Materials

00005455

October 8, 2021

Dear Community Member:

The Federal Highway Administration (FHWA) and the Maryland Department of Transportation State Highway Administration (MDOT SHA) are completing the I-495 & I-270 Managed Lanes Study (MLS) in compliance with the National Environmental Policy Act (NEPA). The study considers ways to relieve congestion and improve trip reliability, mobility and connectivity for modes of travel, including transit, in the National Capital Region.

MDOT SHA and FHWA published the MLS Supplemental Draft Environmental Impact Statement (SDEIS) on October 1, 2021. The SDEIS, developed after the DEIS was published in July 2020, provides new information related to Preferred Alternative, Alternative 9 – Phase I South: American Legion Bridge I-270 to I-370. This alternative focuses on replacing the 60-year-old American Legion Bridge and delivering two high occupancy toll (HOT) managed lanes in each direction within Phase I South: American Legion Bridge I-270 to I-370.

**To help us with our outreach efforts, we ask that you please post the enclosed informational flyers about the MLS SDEIS where you display your organization's community information. The flyer is provided in English, Amharic, Chinese, French, Korean, and Spanish. A PDF version of the flyer will automatically be emailed to your organization's email address for listserv distribution if your organization's email address is readily available online.  Please contact MDOT SHA if you have not received an email with the PDF flyer.**

The scope of the SDEIS builds upon the analysis and information that remains valid in the existing DEIS but is limited to new information about the Preferred Alternative. On I-495, the Preferred Alternative consists of adding two new HOT managed lanes in each direction from the George Washington Memoria Parkway in Fairfax County, Virginia, to east of MD 187, Old Georgetown Road. On I-270, the Preferred Alternative consists of converting the one existing high occupancy vehicle (HOV) in each direction to a HOT managed lane and adding one new HOT managed lane in each direction on I-270 from I-495 to north of I-370, and on the I-270 east and west spurs. Transit buses, motorcycles and HOV3+ vehicles (those carrying three or more people) would be permitted to use the managed lanes toll-free. There is no action, or no improvements, included at this time on I-495 east of the I-270 east spur.

A public comment period for the SDEIS opened on October 1, 2021, and will continue through 11:59 p.m. on Monday, November 15, 2021. The comment period includes two virtual public hearing sessions, scheduled for Monday, November 1, as well as opportunities for email, written and recorded comments. Following the 45-day public comment period, MDOT SHA and FHWA will consider comments received and will respond to substantive comments on both the SDEIS and DEIS in the Final Environmental Impact Statement (FEIS).

The SDEIS is available online at OpLanesMD.com/SDEIS. Hard copies of the SDEIS and electronic copies of the SDEIS technical reports are also available for review at multiple library

locations in Montgomery and Prince George's counties, as well as one in Fairfax, Virginia and one in Washington, D.C. For a list of these locations, please visit OpLanesMD.com/SDEIS.

Individuals are invited to provide verbal testimony on the SDEIS via telephone during the Monday, November 1, virtual public hearing sessions. The two call-in testimony hearing sessions will be from 2:00 p.m. to 4:00 p.m. and 6:00 p.m. to 8:00 p.m. Advance registration is required to be admitted to the phone queue to provide verbal testimony during the virtual hearing sessions. Registration is available at OpLanesMD.com/SDEIS or by calling 833-858-5960. Members of the public will be allotted three minutes and elected officials will be allotted five minutes, per person, for verbal testimony. Responses to questions will not be given at the hearing.

The public can listen to the live hearing sessions via telephone by dialing 855-432-1483 or by watching the livestream at OpLanesMD.com/SDEIS. Maryland Relay Service can assist teletype users at 7-1-1. Individuals requiring assistance to participate, such as an interpreter for hearing/speech difficulties or assistance with the English language, should contact the Op Lanes Maryland toll-free number, **833-858-5960, by October 22, 2021**.

In addition to providing live verbal testimony, stakeholders may also provide verbal testimony during the call-in hearing sessions by dialing 855-432-1483 and leaving a single voicemail message limited to three minutes. Prior to attending a public hearing session, the public is encouraged to review the online presentation available at OpLanesMD.com/SDEIS. After the hearing, transcripts will be available on the website at a later date. All comments received, regardless of method of submission, will be given equal consideration.

Thank you for your assistance. If you have questions, please contact Ms. Caryn Brookman, Environmental Program Manager, at (410) 637-3335 or via email at CBrookman@mdot.maryland.gov. Ms. Brookman will be happy to assist you.

Sincerely,

Jeffrey J. Folden

Jeffrey T. Folden, P.E., DBIA
Deputy Director, I-495 & I-270 P3 Office, MDOT SHA

cc:    Ms. Caryn J. G. Brookman, Environmental Program Manager, I-495 & I-270 P3 Office, MDOT SHA

**495 270 MANAGED LANES STUDY**

# INTRODUCCIÓN

La Administración de Carreteras del Estado del Departamento de Transporte de Maryland (MDOT SHA, Maryland Department of Transportation State Highway Administration) y la Administración Federal de Carreteras (FHWA, Federal Highway Administration) publicaron el 1 de octubre de 2021 el Borrador Suplementario de Declaración de Impacto Ambiental (SDEIS, Supplemental Draft Environmental Impact Statement), en cumplimiento de la Ley Nacional de Política Ambiental (NEPA, National Environmental Policy Act) para el Estudio de Carriles de Acceso Controlado de la I-495 y la I-270. El SDEIS ha sido preparado para considerar la nueva información desarrollada después de que el Borrador de Declaración de Impacto Ambiental (DEIS) fuera publicado en julio de 2020 y presenta los resultados y recomendaciones pertinentes a la **Alternativa Preferida, Alternativa 9 - Fase 1 Sur: American Legion Bridge I-270 a I-370.** Mientras que el Estudio de Carriles de Acceso Controlado considera formas de aliviar la congestión y mejorar la fiabilidad de los viajes, la movilidad y la conectividad para diferentes modos de viaje, incluyendo el tránsito, en la Región de la Capital Nacional, esta alternativa se centra en la construcción de un nuevo American Legion Bridge y en proporcionar dos carriles de peaje de alta ocupación (HOT, High Occupancy Toll) en cada dirección dentro de la Fase 1 Sur: American Legion Bridge I-270 a I-370. El alcance del SDEIS se basa en el análisis y la información que sigue siendo válida en el DEIS existente, pero se limita a la nueva información sobre la Alternativa Preferida. También proporciona una oportunidad para que el público, las agencias y todas las partes interesadas revisen y proporcionen comentarios sobre la Alternativa Preferida y los impactos asociados tal como se presentan en el SDEIS.

Se admitirán comentarios sobre el SDEIS entre el viernes 1 de octubre y las 11:59 PM del lunes 15 de noviembre de 2021. El MDOT SHA y la FHWA realizarán una consulta pública virtual a través de dos sesiones el lunes 1 de noviembre de 2021.

El alcance del SDEIS se basa en el análisis y la información que sigue siendo válida en el DEIS existente, pero se limita a la nueva información sobre la Alternativa Preferida. En la I-495, la Alternativa Preferida consiste en añadir dos nuevos carriles de acceso controlado HOT en cada dirección desde la George Washington Memorial Parkway en el condado de Fairfax, Virginia, hasta el este de la MD 187, Old Georgetown Road. En la I-270, la Alternativa Preferida consiste en convertir el carril para vehículos de alta ocupación (HOV, High Occupancy Vehicle) existente en cada dirección en un carril de acceso controlado HOT y añadir un nuevo carril de acceso controlado HOT en cada dirección en la I-270 desde la I-495 hasta el norte de la I-370 y en los ramales este y oeste de la I-270. No hay ninguna acción, o ninguna mejora, incluida en este momento en la I-495 al este del ramal este de la I-270. Los autobuses de tránsito y los vehículos HOV de 3 o más personas podrán utilizar los carriles de acceso controlado sin peaje.

El SDEIS y la información complementaria están disponibles en el sitio web de Op Lanes Maryland. Antes de asistir a una sesión de consulta pública, se recomienda al público que revise la presentación en línea disponible en OpLanesMD.com/SDEIS a partir del viernes 1 de octubre. Después de la sesión, la transcripción de los comentarios del público estará disponible en el sitio web.

## Sesiones virtuales de consulta pública del SDEIS

**DOS SESIONES DE CONSULTA PÚBLICA DE TESTIMONIOS POR TELÉFONO**

**LUNES, 1 DE NOVIEMBRE DE 2021**

**SESIÓN 1 • 2:00–4:00 PM**

**SESIÓN 2 • 6:00–8:00 PM**

Los miembros del público dispondrán de tres minutos y los funcionarios elegidos dispondrán de cinco minutos, por persona, para dar su testimonio verbal. No se responderá a las preguntas durante la sesión. El MDOT SHA y la FHWA considerarán y responderán a los comentarios sustanciales en la FEIS.

**PRESENTE UN TESTIMONIO VERBAL EN LA SESIÓN**
- Inscríbase para una de las sesiones en OpLanesMD.com/SDEIS o llamando al 833-858-5960
- Es necesario inscribirse con antelación para ser admitido en la cola telefónica de comentarios: inscríbase hasta el 1 de noviembre
- La hora de la sesión aprobada y las instrucciones se enviarán por correo electrónico a los inscritos antes del 1 de noviembre

**PRESENTE UN TESTIMONIO VERBAL A TRAVÉS DE UN BUZÓN DE VOZ**
- Presente un testimonio verbal marcando el número de teléfono 855-432-1483 y dejando un solo mensaje de voz, limitado a tres minutos
- No es necesario inscribirse con antelación; se aceptarán testimonios por correo electrónico durante el periodo de 45 días de comentarios

**VEA O ESCUCHE EN DIRECTO LAS SESIONES DE LAS CONSULTAS PÚBLICAS**
- Vea la transmisión en directo en OpLanesMD.com/SDEIS (con subtítulos disponibles)
- Escuche por teléfono marcando el número 855-432-1483

## OpLanesMD.com/SDEIS

---

## Formas de Comentar sobre el SDEIS

⊙ Presentar un testimonio verbal en las sesiones virtuales de **consulta pública**

📞 Presentar un testimonio verbal a través del **buzón de voz** (855-432-1483) durante las sesiones virtuales de las consulta pública, o a lo largo del periodo de comentarios de 45 días

○ Presentar un **formulario electrónico de comentarios** en OpLanesMD.com

✉ Enviar un **correo electrónico** a oplanesMLS@mdot.maryland.gov

✉ Enviar una **carta** sobre el SDEIS a:

Jeffrey T. Folden, P.E., DBIA
Deputy Director, I-495 & I-270 P3 Office
Maryland Department of Transportation
State Highway Administration
707 North Calvert Street
Mail Stop P-601
Baltimore, MD 21202

TODOS LOS COMENTARIOS recibidos, independientemente del método de presentación, recibirán la MISMA CONSIDERACIÓN

## Solicitud de Ayuda en Español

El Servicio de Retransmisión de Maryland puede ayudar a los usuarios de teletipos en el 7-1-1. Las personas que necesiten ayuda para participar, como un intérprete en caso de dificultades auditivas o del habla, o ayuda con el idioma inglés, deben ponerse en contacto con el número gratuito de Op Lanes Maryland en el **833-858-5960 antes del 22 de octubre de 2021.**

**Chinese**   如需<中文版>的简体，请发电子邮件到 oplanesMLS@mdot.maryland.gov。请在电子邮件主题栏标出

**Amharic**   ይህንን ጋዜጣ በ<አማርኛ> ለማግኘት፣ እባክዎ በሚከተለው አድራሻ ኢ.ሜይል ያድርጉ: oplanesMLS@mdot.maryland.gov። እባክዎ በኢ.ሜይል ርዕስ ላይ ብለው ይመልከቱ።

**Vietnamese**   Để nhận được bản tin này bằng <tiếng Việt>,, xin vui lòng gửi email đến: oplanesMLS@mdot.maryland.gov. Xin vui lòng biểu thị trong dòng tiêu đề email.

**Spanish**   Para recibir este boletín en por favor envíe un correo electrónico a: oplanesMLS@mdot.maryland.gov. Por favor indique en español el asunto del correo electrónico.





**495 270 MANAGED LANES STUDY**

## INTRODUCTION

La *Maryland Department of Transportation State Highway Administration* (MDOT-SHA, administration routière du Département des transports du Maryland) et la *Federal Highway Administration* (FHWA, Administration fédérale des autoroutes) ont publié le projet de déclaration d'impact environnemental supplémentaire (SDEIS, *Supplemental Draft Environmental Impact Statement*) le 1er octobre, en conformité avec le National Environmental Policy Act (NEPA, loi nationale sur la politique de l'environnement) pour l'étude des voies gérées de la I-495 et de la I-270. Le SDEIS a été préparé pour tenir compte des informations nouvelles depuis la publication du projet de déclaration d'impact environnemental (DEIS, *Draft Environmental Impact Statement*) publié en juin 2020 et présente les résultats et les recommandations liés à la solution privilégiée, **la solution 9 – Phase 1 sud : American Legion Bridge I-270 jusqu'à la I-370**. Même si l'étude examine les moyens de résoudre les problèmes de congestion, d'améliorer la fiabilité des déplacements et de renforcer la mobilité et la connectivité multimodales des divers modes de déplacement, y compris le transport en commun, dans la région de la capitale nationale, cette solution se concentre, dans le cadre de la Phase 1 sud : American Legion Bridge I-270 jusqu'à la I-370, sur la construction d'un nouveau American Legion Bridge et la réalisation de deux voies gérées à péage réservées aux véhicules à haut taux d'occupation dans chaque direction, dans le cadre de la Phase 1 sud : Le SDEIS se fonde sur l'analyse et l'information toujours d'actualité du DEIS, mais se limite aux informations nouvelles concernant la solution privilégiée. Il offre également la possibilité au public, aux organismes et à toutes les parties prenantes de lire et de commenter la solution privilégiée et ses effets tels qu'il les présente.

Les commentaires sur le SDEIS seront acceptés du vendredi 1er octobre au lundi 15 novembre 2021 à 23 h 59. La MDOT SHA et la FHWA organiseront une audition publique virtuelle en deux séances le lundi 1er novembre 2021.

Le SDEIS se fonde sur l'analyse et l'information, toujours d'actualité, du DEIS, mais se limite aux informations nouvelles concernant la solution privilégiée. Sur la I-495, la solution privilégiée consiste à ajouter deux nouvelles voies gérées à péage pour véhicules à haut taux d'occupation dans chacune des directions, à partir de la route-promenade George Washington Memorial Parkway dans le comté de Fairfax, en Virginie, jusqu'à l'est de la MD 187, Old Georgetown Road. Sur la I-270, la solution privilégiée consiste à convertir la voie réservée aux véhicules à taux d'occupation élevée dans chacune des directions en une voie gérée à péage réservée pour les véhicules à haut taux d'occupation et à en ajouter une autre dans chaque direction sur la I-270, de la I-495 au nord de la I-370, et sur les embranchements est et ouest de la I-270. Pour l'instant, aucune action ou amélioration n'est prévue sur la I-495 à l'est de l'embranchement est de la I-270. Les autobus urbains et les VOM 3+ seraient autorisés à circuler gratuitement sur les voies gérées.

Le SDEIS et les documents qui l'étayent peuvent être consultés sur le site Web de Op Lanes Maryland. Avant d'assister à une séance d'audition publique, le public est invité à consulter la présentation en ligne disponible à OpLanesMD.com/SDEIS à partir du vendredi 1er octobre 2021. Après l'audition, la transcription des commentaires publics sera affichée sur le site Web.

## Auditions Publiques Virtuelles du SDEIS

### DEUX SÉANCES D'AUDITION PUBLIQUE EN PERSONNE

**LUNDI 1ER NOVEMBRE 2021**
**PREMIÈRE SÉANCE • 14 H – 16 H**
**DEUXIÈME SÉANCE • 18 H – 20 H**

Pour les témoignages oraux, le temps de parole des membres du public sera de trois minutes et celui des élus, de cinq minutes par personne. Les questions posées au cours de l'audition ne recevront pas de réponse. La MDOT SHA et la FHWA étudieront les commentaires de fond et y répondront dans la déclaration d'impact environnemental finale.

### FOURNIR UN TÉMOIGNAGE PUBLIC À L'AUDITION

- S'inscrire à l'une des séances à OpLanesMD.com/SDEIS ou en composant le 833-858-5960
- Pour être admis dans la file d'attente téléphonique pour laisser un commentaire, une inscription préalable est requise – s'inscrire jusqu'au 1er novembre
- Les personnes inscrites recevront l'heure de séance approuvée et des instructions par courriel d'ici le 1er novembre

### FOURNIR UN TÉMOIGNAGE PAR BOÎTE VOCALE

- Fournir un témoignage oral en composant le 855-432-1483 et en laissant un seul message d'au plus trois minutes
- Une inscription préalable n'est pas requise – les témoignages par boîte vocale seront acceptés pendant les 45 jours de consultation

### REGARDER OU ÉCOUTER LES AUDITIONS PUBLIQUES EN DIRECT

- Regarder la diffusion en direct à OpLanesMD.com/SDEIS (sous-titres disponibles)
- Écouter par téléphone en composant le 855-432-1483

### OpLanesMD.com/SDEIS

## Façons de commenter le SDEIS

- Fournir un témoignage oral lors des séances **d'audition publique** virtuelles
- Fournir un témoignage par **boîte vocale** (855-432-1483) pendant les auditions publiques virtuelles ou au cours de la période de consultation de 45 jours
- Soumettre un **formulaire de commentaires** électronique sur OpLanesMD.com
- Envoyer un **email** à oplanesMLS@mdot.maryland.gov
- Envoyer une **lettre** à propose du SDEIS à :

  Jeffrey T. Folden, P.E., DBIA
  Deputy Director, I-495 & I-270 P3 Office
  Maryland Department of Transportation
  State Highway Administration
  707 North Calvert Street
  Mail Stop P-601
  Baltimore, MD 21202

LA MÊME IMPORTANCE sera accordée à TOUS LES COMMENTAIRES reçus, indépendamment du mode de communication choisi.

## Demande d'assistance

Le Maryland Relay Service peut aider les utilisateurs de télétype au 7-1-1. Les personnes qui ont besoin d'assistance pour participer aux auditions, comme un interprète pour les difficultés d'audition ou de parole ou une assistance pour la langue anglaise, doivent composer le numéro gratuit de Op Lanes Maryland au **833-858-5960 d'ici le 22 octobre 2021**.

**Chinese**   如需<中文版>的简报，请发电子邮件到 oplanesMLS@ mdot.maryland.gov 。请在电子邮件主题栏标出

**Amharic**   ይህንን ጋዜጣ በ<አማርኛ> ለማግኘት፣ እባክዎ በሚከተለው አድራሻ ኢ-ሜይል ይላኩ: oplanesMLS@mdot.maryland.gov። እባክዎ በኢ-ሜይል ርዕስ ላይ ብለው ያመልክቱ።

**Vietnamese**   Để nhận được bản tin này bằng <tiếng Việt>,, xin vui lòng gửi email đến: oplanesMLS@mdot.maryland.gov. Xin vui lòng biểu thi trong dòng tiêu đề email.

**Spanish**   Para recibir este boletín en por favor envíe un correo electrónico a: oplanesMLS@mdot.maryland.gov. Por favor indique en español el asunto del correo electrónico.







**495 270 MANAGED LANES STUDY**

## 介绍

根据《国家环境政策法案》(NEPA)，马里兰州运输部州际公路管理局 (MDOT SHA) 和联邦公路管理局 (FHWA) 于2021年10月1日发布了《环境影响声明补充草案》(SDEIS)，进行对I-495公路和I-270公路管理车道研究。SDEIS已经考虑了在2020年7月环境影响声明草案 (DEIS) 发布后所作发的新信息，并提出了首选替代方案，方案9 — 第一阶段南部：American Legion Bridge (美国军团桥) I-270公路至I-370公路相关的结果和建议。尽管"管理车道研究"考虑了不同方法来缓解国家首都地区的拥堵，提高出行可靠性、机动性和出行连通性，这个替代方案的重点是建设一座新的美国军团桥，并在第一阶段南部 — 美国军团桥I-270至I370 的每个方向提供两个高承载收费 (HOT) 管理车道。SDEIS的范围建立在现有的DEIS中仍然有效的分析和基础上，但仅限于关于首选替代方案的新信息。它定为公众、机构和所有股东提供了一个就SDEIS中提出的首选替代方案和相影响进行审查并提供意见的机会。

您可以在2021年10月1日（周五）到11月15日（周一）晚上11:59分之间对SDEIS提出意见。MDOT SHA和IFHWA将于2021年11月1日（周一）组织两次网络公开听证会。

SDEIS的范围建立在现有DEIS中仍然有效的分析和信息的基础上，但仅限于关于首选替代方案的新信息。在I-495公路上，首选的替代方案包括从弗吉尼亚州 (Virginia) 费尔法克斯郡 (Fairfax) 的乔治华盛顿公园路 (George Washington Memorial Parkway) 到MD 1871以东的老乔治城路 (Old Georgetown Road)，在每个方向增加两个新的HOT管理车道。在I-270公路上，首选替代方案包括将每个方向上的一个现有的高承载专用车道 (HOV) 转换为HOT管理车道，并在I-270号公路上从I-495号公路到I-370号公路以北以及在I-270号公路的东西支路的每个方向上增加一个新的HOT管理车道。目前，在I-495公路东侧的I-270公路上没有任何动工或改进措施。公交车和HOV 3+车辆将被允许免费使用管理车道。

SDEIS及其相关信息可在Op Lanes Maryland网站上找到。在参加听证会之前，从10月1日（周五）开始，公众可以在OpLanesMD.com/SDEIS网站上阅览在线文本演示。听证会结束后，公众评论意见的文字记录将会在网站上公布。

## SDEIS网络公开听证会

### 两次电话评论公开听证会

**2021年11月1日星期一**

会议1・ 2:00—4:00 PM

会议2・ 6:00—8:00 PM

市民每人都会有3分钟的评论时间，民选官员每人会有5分钟的评论时间。听证会上将不会对同题做出回应。MDOT SHA和IFHWA将在FEIS中考虑并回应实质性意见。

#### 在听证会上提出评论

- ・请登陆OpLanesMD.com/SDEIS或拨打833-858-5960 注册其中一个会议
- ・您需要在11月1日之前提前注册才能有资格加入电话发言的等候名单
- ・确定的会议时间和会议说明将在11月1日前通过电子邮件发送给注册人员

#### 通过语音信箱提出评论

- ・请拨打855-432-1483并在语音信留下一条3分钟以内的评论
- ・不需要提前注册—在45天的评论期内您都可以在语音信箱留下评论。

#### 观看或收听公开听证会直播

- ・请在OpLanesMD.com/SDEIS观看直播（提供字幕）
- ・请拨打855-432-1483收听直播

### OpLanesMD.com/SDEIS

## 对SDEIS提出评论的方法

- 在网络**听证会**上提出评论
- 在虚拟听证会期间，或在45天的评论期间，请通过**拨打语音信箱**(855-432-1483)提出评论
- 请在OpLanesMD.com上提交**电子评论表格**
- 请发送**电子邮件**至oplanesMLS@mdot.maryland.gov
- 写一封关于SDEIS的**信**给

  Jeffrey T. Folden, P.E., DBIA
  Deputy Director, I-495 & I-270 P3 Office
  Maryland Department of Transportation
  State Highway Administration
  707 North Calvert Street
  Mail Stop P-601
  Baltimore, MD 21202

  *所有收到的意见，无论*
  *使用哪种提交方法，都*
  *将给予同等的考虑机会*

## 请求援助

电传打字机用户可以通过拨打7-1-1接受马里兰中继服务提供的帮助。需要协助参与的个人，例如因为听力/言语困难需要翻译译人员，或需要英语协助，请在2021年10月22日前联系Op Lanes Maryland的免费电话：833-858-5960。

**Chinese**  如需<中文版>的简报，请发电子邮件到 oplanesMLS@mdot.maryland.gov 。请在电子邮件主题栏标出

**Amharic**  ይህንን ጋዜጣ በ<አማርኛ> ለማግኘት፣ እባክዎ በሚከተለው አድራሻ ኢ.ሜይል ይላኩ: oplanesMLS@mdot.maryland.gov፡ እባክዎ በኢ.ሜይል ርዕስ ላይ ብለው ይምዘግቡ፡፡

**Vietnamese**  Để nhận được bản tin này bằng <tiếng Việt>,, xin vui lòng gửi email đến: oplanesMLS@mdot.maryland.gov. Xin vui lòng biểu thị trong tiêu đề email.

**Spanish**  Para recibir este boletín en por favor envíe un correo electrónico a: oplanesMLS@mdot.maryland.gov. Por favor indique en español el asunto del correo electrónico.





**495 270 MANAGED LANES STUDY**

## 소개말

메릴랜드 교통부 주 고속도로국 (MDOT SHA)과 연방 도로청(FHWA)는 I-495와 I-270에 대한 국가환경정책법(NEPA)에 따라 보충 환경영향평가서 초안(SDEIS)을 2021년 10월 1일에 발표하였습니다. SDEIS는 환경영향평가서 초안(DEIS)이 2020년 7월에 발표된 후 알려진 새로운 정보를 고려하기 위해 작성되었으며 우선적 대안인 대안 9 – Phase 1 South: American Legion Bridge I-270에서 I-370까지 관련 결과와 권고안을 제시합니다. 관리 차로 연구는 수도 지역 혼잡을 줄이고 주행 신뢰성, 이동성 및 환승을 포함한 교통된 간 연결을 개선하고자 하며 상기 대안의 새로운 American Legion Bridge를 건설하려고 각 방향에서 두 개의 다인승 차량 전용(HOT) 관리 차로들을 Phase 1 South: American Legion Bridge I-270에서 I-370 노선 내에서 제공하는데 주안을 두고 있습니다. SDEIS의 범위는 기존 DEIS에서 유효한 분석과 정보를 기반으로 하지만 새로운 정보에 한정되어 있습니다. 또한 SDEIS에 제시된 우선적 대안과 관련 영향에 대해 일반 대중, 관련 기관 및 모든 이해 당사자들에게 검토 및 의견 제시 기회를 제공합니다.

SDEIS 관련 의견은 2021년 10월 1일 금요일부터 11월 15일 월요일 11:59 PM 사이에 접수됩니다. MDOT SHA와 FHWA는 2021년 11월 1일 월요일에 두 세션에 걸쳐 한 번의 비대면 공청회를 개최할 예정입니다.

SDEIS의 범위는 기존 DEIS에서 유효한 분석과 정보를 기반으로 하지만 우선적 대안과 관련한 새로운 정보에 한정되어 있습니다. I-495관련해서 우선적 대안은 버지니아주 페어팩스 카운티에 있는 George Washington Memorial Parkway에서 MD 187, Old Georgetown Rd 동쪽까지 각 방향에서 두 개의 새로운 HOT 관리 차로를 추가하는 내용입니다. I-270 관련한 우선적 대안은 I-495에서 I-370 북쪽까지 그리고 I-270 east 및 west 지선에서 각 방향 기존의 다인승(HOV) 차선 하나를 HOT 관리 차로로 전환하고 하나의 새로운 HOT 관리 차로를 추가하는 방안입니다. 지금 현재 I-270 east 지선의 I-495 east 상에서 진행 중인 개선이나 조치는 없습니다. 환승 버스와 HOV 3+ 차량은 통행료 없이 관리 차로를 이용할 수 있습니다.

SDEIS와 그를 뒷받침하는 정보는 Op Lanes Maryland 웹사이트에 나와 있습니다. 10월 1일 금요일에 시작하는 공청회에 참여하고자 하는 일반인들은 OpLanesMD.com/SDEIS에 나와 있는 온라인 프레젠테이션을 검토하시기를 권합니다. 공청회에서 수집된 의견을 기록하여 웹사이트에서 제공할 것입니다.

## SDEIS에 대한 의견 제시 방법

- 비대면 **공청회 세션**에서 구두 발언 제공하기
- 공청회 세션 중 또는 45일의 의견 수집 기간 내내 **음성사서함** (855-432-1483)을 통해 구두 발언을 제공해 주세요
- OpLanesMD.com에서 온라인 **의견 제시 양식**을 제출하세요
- oplanesMLS@mdot.maryland.gov로 **이메일**을 보내세요
- SDEIS에 관해 **편지** 보낼 주소
  Jeffrey T. Folden, P.E., DBIA
  Deputy Director, I-495 & I-270 P3 Office
  Maryland Department of Transportation
  State Highway Administration
  707 North Calvert Street
  Mail Stop P-601
  Baltimore, MD 21202

제출 방법에 상관 없이 접수된 모든 의견은 동등하게 고려됩니다.

## SDEIS 비대면 공청회 세션

두 번의 전화 참여 공청회 세션
**2021년 11월 1일 월요일**
SESSION 1 오후 2:00-4:00
SESSION 2 오후 6:00-8:00

일반인들은 일인 당 3분씩, 공직자들은 5분씩 발언 기회가 주어집니다. 공청회에서는 제기된 질문에 대한 답변을 제공하지 않습니다. MDOT SHA와 FHWA가 제시된 주요 의견에 대해 고려한 후 최종 환경영향평가서(FEIS)에서 답변을 제공할 예정입니다.

### 공청회에서 구두 발언 하는 방법
- OpLanesMD.com/SDEIS 또는833-858-5960으로전화하셔서 공청회 두 세션 중 하나에 등록하세요
- 미리 등록하셔야 발언 신청자 대기열에 포함됩니다. 11월 1일까지 등록하세요
- 11월 1일까지 등록하신 분께 발언이 승인된 세션 시간과 참가 방법 설명을 이메일로 보내 드립니다

### 음성사서함(VOICEMAIL)으로 구두 발언 하는 방법
- 855-432-1483으로 전화하셔서 최대 3분 길이의메시지로 한 번 음성사서함을 남겨서 구두 발언을 해주세요
- 사전 등록은 필요하지 않습니다. 음성사서함 발언은 45일의 의견 수집 기간 내내 받습니다

### 공청회 세션을 실시간으로 시청 또는 경청하는 방법
- OpLanesMD.com/SDEIS에서 라이브스트림으로시청하세요. (자막 제공됨)
- 855-432-1483으로 전화해서 진행 상황을 들으세요

**OpLanesMD.com/SDEIS**

## 도움 요청 방법

텔레타이프 사용자들은7-1-1로 전화 걸어서 메릴랜드 릴레이 서비스의 도움을 받으실 수 있습니다. 참여에 청각 및 언어 장애에 대해 수화 통역이나 통역 등 도움이 필요하신 분들은2021년10월 22일까지833-858-5960으로Op Lanes Maryland에 연락 주시기 바랍니다.

**Chinese** 如需<中文版>的简报，请发电子邮件到 oplanesMLS@mdot.maryland.gov 。请在电子邮件主题栏标出

**Amharic** ይህንን ጋዜጣ በ<አማርኛ> ለማግኘት፣ እባክዎ በሚከተለው አድራሻ ኢሜይል ይላኩ: oplanesMLS@mdot.maryland.gov። እባክዎ በኢሜይሉ ርዕስ ላይ ብለው ያመልክቱ።

**Vietnamese** Để nhận được bản tin này bằng <tiếng Việt>,, xin vui lòng gửi email đến: oplanesMLS@mdot.maryland.gov. Xin vui lòng biểu thị trong dòng tiêu đề email.

**Spanish** Para recibir este boletín en por favor envíe un correo electrónico a: oplanesMLS@mdot.maryland.gov. Por favor indique en español el asunto del correo electrónico.





![I-495 270 MANAGED LANES STUDY]

# መግቢያ

የሜሪላንድ የትራንስፖርት መምሪያ የግዛ አውራ ጎዳና አስተዳደር(ኤም·ዲ·ኦ·ቲ·ኤስ·ኤች·ኤ) (MDOT SHA) እና የፌዴራል አውራ ጎዳና አስተዳደር (ኤፍ·ኤች·ደብልዩ·ኤ)(FHWA) ለ I-495 & I-270 ማኔጅድ ሌን ስተዲ(Managed Lanes Study) ቁጥሮ ለማዘጋጀባቸው መስመሮች ጥናት ከመጣው የብሄራዊ የአካባቢ ፖሊሲ አዋጅ (ኤ·ኢ·ፒ·ኤ)(NEPA) ጋር የሚስማማ ተጨማሪ የአካባቢጥቁ ተጽዕኖ ረቂቅ መግለጫ (ኤስ·ዲ·ኢ·አይ·ኤስ)(SDEIS) በኦክቶበር 1፡ 2021 አስተመጣል። SDEIS የአካባቢ ጥቁ ተጽዕኖ ረቂቅ መግለጫ፣ ዲ·ኢ·ኤስ(DEIS) በጁላይ 2020 ከታተመ በኋላ ጥተፈፀሩ አጿቷ መረጃዎች፣ ከግምት ውስጥ ለማስገባት ተዘጋጅቷል። አነጋጋሪዎች ተውሮራር አማራጭ፣ አማራ(ጭ 9 – ምስራቡ South) በተመሰጥ የሆነ ውጥ ተቃኝ እና ምከረ ሆሎ በፕ ንቃ፣ ንቃ(Phase 1 South) ውስጥ አጿ የአማ(ጭ) ኤፕነ ይ ይ አማ(ጭ) ኤ 1 ሎ ሎ(Phase 1 South) ውስጥ አጿ የአማ(ጭ) ኤፕነ ድልድ(ጅ) መጓጉዣ እና ሆሎ ከፍተ(ኛ) በሰለ አይ የፀ(ጭ) የከፍ(ኛ) አ·ቲ·(HOT) ቁጥ(ጥ) የሚ(ረ)ገብ(ቸ) መስመ(ቸ) በአጿ(ጭ)ጭ አ(ጭ)መ(ጭ) ማ(ፈ)(ረ)አ(ጭ) ጭ(ፈ)(ረ)ታ(ጭ) ጭ(ፈ)(ረ)እ(ጭ) ኤ(ፈ)ነ ደ(ፈ)ለ(ፈ)(ረ)ብ(ጭ) አ·ቲ·(HOT) ጭ(ፈ)ነ(ፈ) ደ(ፈ)ለ(ፈ)ብ(ጭ) መ(ፈ)ስ(ፈ)(ረ)መ(ጭ) በ(ፈ)ጭ(ጭ)ጭ (ፈ)አ(ፈ)መ(ፈ)(ረ)(ሮ)ች(ጭ) የአ(ሜ)(ፈ)(ፈ)እ(ጭ) ከ(ፈ)(ፈ)(ረ)ተ(ጭ) ኤ(ፈ)ነ አ(ጭ)ሰ(ፈ)ተ(ጭ) ኤ(ጭ)ነ(ፈ) ገ(ፈ)(ሮ)(ም) እ(ጭ) ለ(ጭ) ኤ(ፈ)ነ(ፈ) ኤ(ፈ)ለ(ፈ)ተ(ፈ)ሰ(ጭ) ና(ጭ) ጭ(ፈ)(ፈ)(ፈ)(ረ)(ፈ)(ፈ)(ፈ)

SDEIS ለይ የሚሰጡ አስተያየቶች ከክርበ፣ ኦክቶበር 1፣ አስከ ሰዋ፣ ኖቬምበር 15፡ 2021 ከሰዓት 11:59 ተቀባይ(ነ)ት ይገኛቸዋል። MDOT SHA እና FHWA ለሰዋ፣ ኖቬምበር 1፡ 2021 ለይ አነጽ ምናባዊ የህዝብ ችሎት በሁለት ክፍል ዝኪዎች ያካሄዳሉ።

የ SDEIS ዓላማ 1 ነ(ረ) DEIS ውስጥ ልስ ፕኖ በቀየ(ጭ) ት(ጭ)ት እና መ(ሬ) አይ ድ(ም)ለ(ፈ)ታ 1(ረ) ፖ 1 ስለ ተመ(ረ)(ሮ) አማ(ረ)(ፈ)(ሮ) በ(ፈ)(ረ)(ጭ)(ጭ) ተ(ፈ) ት(ጭ) 1(ም)። I-495 አይ(ፈ)(ረ) ተ(ፈ)(ረ) (ጭ)(ጭ) አ(ፈ)(ፈ)(ሮ)(ጭ) (Preferred Alternative) ፖ(ጭ) አጿ(ጭ) መ(ሬ)(ጭ)(ጭ) (ረ)ብ(ጭ) 1(ሮ)። የ(ፈ)(ሮ)(ሮ)(ጭ) መ(ሬ)(ሮ)(ጭ)(ጭ) በ(ፈ)(ሮ)(ጭ)(ጭ) አ(ፈ)(ሮ)ር(ጭ)(ጭ) ፖ(ፈ)(ሮ)(ጭ)(ጭ) (Preferred Alternative)(ፈ)(ሮ)(ጭ)(ጭ) (ፈ)(ሮ)(ም)(ጭ) ኖ(ፈ)(ፈ) (HOT)(ጭ)(ጭ)(ጭ)(ጭ) የ(ፈ)(ሮ)(ም)(ጭ) በ(ፈ)(ሮ)(ጭ)(ጭ)(ጭ) አ(ፈ)(ሮ)(ጭ) (ፈ)(ፈ)(ፈ)(ፈ)(ፈ)(ሮ)(ጭ)(ጭ)(ጭ)(Fairfax County: Virginia) ከ ጄርጅ ዋሽ(ጭ)ንን ማመ(ረ)(ጅ) ፓ(ረ)(ክ)ዌ(Old Georgetown) መ(ጭ)ጭ(ፈ) በ(ፈ)ት ም(ሮ)(ረ)ራ(ጭ) ድ(ፈ)(ጭ) መ(ፈ)(ጭ)(ሮ)(ጭ) ያ(ጭ) ተ(ፈ)(ሮ)(ጭ)። I-270(ጭ) አይ(ፈ) ተ(ፈ)(ሮ)(ሮ)(ጭ) አ(ሜ)(ፈ)(ጭ)(ጭ)(ጭ) HOV መ(ሮ)(ሮ)(ም)(ጭ) በ(ፈ)(ጭ)(ጭ)(ጭ)(ጭ)(ጭ) አ(ፈ)(ፈ)(ረ)(ሮ)(ጭ)(ጭ) ወ(ፈ)(ጭ) HOT(ጭ)(ጭ)(ጭ) የ(ፈ)(ሮ)(ም)(ጭ)(ጭ) መ(ሮ)(ም)(ጭ)(ጭ)(ጭ) መ(ሮ)(ሮ)(ም)(ጭ) እ(ጭ) I-270(ጭ) አ(ፈ) (ፈ) I-495(ጭ)(ጭ)(ጭ)(ጭ)(ጭ)(ጭ) አ(ጭ)(ፈ) I-370(ጭ)(ጭ)(ጭ) በ(ፈ)(ሮ)(ጭ)(ጭ)(ጭ) አ(ፈ)(ጭ)(ጭ)(ጭ)(ጭ) እ(ጭ) ፖ(ፈ)(ሮ)(ም)(ጭ)(ጭ)(ጭ)(ም)(ጭ)(ጭ)(ጭ)(ጭ)(ጭ)(ጭ)(ጭ)(ጭ)(ጭ)(ጭ)(ጭ) HOT(ጭ) ቁ(ፈ)(ሮ)(ም)(ጭ) የ(ፈ)(ሮ)(ም)(ጭ)(ጭ) መ(ሮ)(ም)(ጭ)(ጭ) በ(ፈ)(ሮ)(ጭ)(ጭ)(ጭ)(ጭ) አ(ፈ)(ጭ)(ጭ)(ጭ)(ጭ)(ጭ) መ(ጭ)(ም)(ጭ) ያ(ጭ)(ተ)(ፈ)(ታ)(ም)። በ(ፈ)(ሮ) ጋ(ፈ) 1 I-270(ጭ) ም(ሮ)(ረ) (ፈ)(ም) ተ(ፈ)(ሮ)(ጭ)(ጭ) I-495(ጭ) ም(ሮ)(ረ) አ(ፈ) (ፈ) አ(ፈ) ም(ሮ)(ም) አ(ፈ)(ጭ) አ(ፈ)(ጭ)(ጭ)(ም) ማ(ፈ)(ሮ)(ም)(ጭ) አ(ሜ)(ፈ)(ጭ)(ም)(ጭ) ተ(ፈ)(ም)(ጭ) (ም) ፡ የ(ፈ)(ሮ)(ም)(ጭ) አ(ሜ) ተ(ፈ)(ብ)(ጭ) እ(ጭ) HOV 3 + ተ(ፈ)(ሮ)(ጭ)(ም)(ም)(ም)(ም)(ም) ቁ(ፈ)(ሮ)(ም)(ጭ) የ(ፈ)(ሮ)(ም)(ጭ)(ጭ)(ም)(ም)(ም)(ም) ተ(ፈ)(ም) መ(ሮ)(ም)(ጭ) ከ(ፈ)(ሮ)(ም)(ም)(ም) 18 (ም)(ም) (ም) (ም) (ም) (ም)።

SDEIS እና የአፈ(ጭ) አ(ጭ)(ፈ) መ(ረ)(ጅ)(ጭ) ኦ(ፈ)(ም)(ም)(ም)(ም)(ጭ) መ(ሮ)(ም)(ም)(ም)(ም)(ም)(ም) ቲ(ፈ)(ም) (ም) ደ(ረ)(ጋ)(ም) ለ(ጭ)(ም) ይ(ም)(ም)። የ(ጭ)(ዝ)(ም) ች(ፈ)(ም) ከ(ፈ)(ም)(ጭ) ዝ(ም)(ም) ክ(ም)(ም) (ም) (ም)(ም)(ም)(ም) (ም)(ም)(ም)(ም) (ም)(ም) OpLanesMD.com/ SDEIS (ም)(ም) የ(ጭ)(ም)(ም)(ም)(ም) የ(ም)(ም)(ም)(ም) ለ(ም) 7(ም)(ም) ክ(ም)(ም) (ም) ተ(ም)(ም) ል(ም) 1 (ም)(ም) እ(ም)(ም)(ም)(ም)(ም)(ም)(ም)(ም)(ም) ይ(ፈ)(ም)(ም) ታ(ም)። ክ(ፈ)(ም) ተ(ም) በ(ም)(ም)(ም) የ(ፈ)(ም)(ም) አ(ም)(ም)(ም)(ም)(ም)(ም) ግ(ም)(ም)(ም)(ም) በ(ም)(ም) (ም) 7(ም) አ(ፈ) ይ(ም)(ም)።

---

## SDEIS ለይ አስተያየት የሚሰጡ ባቸው መንገዶች

-  ምናባዊ **የህዝብ ችሎ**ት ክፍል ዝኪ ዎቹ ለይ የቃል ምስክርነት መስጠ፣
- ምናባዊ የህዝብ ችሎ፣ት ክፍል ዝኪ ዎች ወቅት፣ ወይም በ 45-ቀነ የአስተያየት መስጫ፣ ዝኪ ው በ መሉ በ **ድምጽ መልስ**ኪት (855-432-1483) የቃል ምስክርነት መስጠ፣ት
- OpLanesMD.com ለይ የኤሌክትሮ ኒክ **አስተ**ያ**የት ቅጽ** ያስገቡ ለ
- oplanesMLS@mdot.maryland.gov **ኢሜይ**ል ይላኩ
- ለሚከተለው አካል ስስ SDEIS የጽ(ሁ)ፍ **ደብዳቤ** ይላኩ:

ጄፍሪይ ቲ. ፎልደን፣ ፒ.ኢ. ዲ.ቢ.ኤ(Jeffrey T. Folden፣ P.E. DBIA)
ምክትል ዳይሬክ(ተ)ር I-495 & I-270 P3 መስራጅ ቤት
Maryland Department of Transportation
State Highway Administration
707 North Calvert Street
Mail Stop P-601

ሁ(ሉ)ም አስተያየቶች
ተቀባይ(ነ)ት አ(ጋ)ቲ(ሲ)ል፣
የገ(ኛ)በ(ጭ) ዘ(ፈ) ም(ጭ)ም
ይ(ሁ)ነ ም(ሮ)፣ እ(ፈ)(ጭ)
ግ(ም)(ም)(ም)(ም) ደ(ፈ)(ጭ)(ም)(ም)(ም)።

---

## የ SDEIS ምናባዊ የህዝብ ችሎ(ት) ክፍል ዝኪዎች

ሁለት የቀጥታ ስል(ፈ) ጥ(ፈ) ምስክርነት የህዝብ ችሎ(ት) ክፍል ዝኪዎች

### ሰኞ፣ ኖቬምበር 1፡ 2021

**ክፍል ዝኪ 1** - ከሰዓት 2:00–4:00
**ክፍል ዝኪ 2** - ከሰዓት ከ6:00–8:00

ለቃል ምስክርነት የህብረተሰቡ አባላት በሰው ስስት ደቂቀ ተመራ(ጭ) ባለሰልጣናት ደ(ገ)ም አ(ም)ስት ደቂቀ ይመ(ረ)ብ(ፈ)(ጭ)ዋል። በ(ች)ሎ(ት) ወ(ፈ)(ጭ) ለ(ጭ)(ጭ)ጭ(ፈ)(ጭ)(ች) ም(ፈ)(ጭ)(ች) አ(ፈ)(ም)(ጭ)። MDOT SHA እና FHWA በ FEIS ውስ(ጥ) ለ(ፈ)(ም)ት ለ(ጭ) አ(ፈ)ል አ(ፈ)(ም)(ም)(ም)(ም)(ም)(ም)(ም)(ም) ከ(ም)(ም)(ም) ው(ፈ)(ም) ያ(ም)(ም)(ም)(ም) አ(ፈ)(ጭ)(ም)(ም)(ም) መ(ፈ)(ም)(ም) ይ(ም)(ም)(ም)(ም)(ም)(ም)።

### በ(ች)ሎ(ት)፡ ወቅት የቃል ምስክርነት ይስጡ

- OpLanesMD.com/SDEIS ለይ ወይም በ 833-858-5960 በ(ም)(ም)(ም) ስ(ፈ)(ም)(ጭ)(ም) ክ(ም)ል ዝ(ፈ) ይ(ም)(ም) ተ(ም)(ም)(ም)(ም)
- አስተ(ፈ)የ(ም) ለ(ም)(ም)(ም)(ም)(ም) የ(ም)(ም)(ም)(ም) ተ(ረ)(ም) አ(ም)(ም)(ም)(ም) የ(ም)(ም)(ም)(ም) ም(ም)(ም)(ም)(ም)(ም)(ም) ያ(ም)(ም)(ም)(ም)(ም)(ም) — አ(ፈ)ስ ፕ(ም)(ም)(ም)(ም)(ም)(ም) 1 ይ(ም)(ም)(ም)(ም)
- የ(ፈ)ደ(ፈ) የ(ም)(ም)(ም) ዝ(ም) ሰ(ፈ)(ም)(ም)(ም) እ(ም)(ም) መ(ም)(ም)(ም)(ም)(ም)(ም)(ም)(ም) ከ(ም)(ም)(ም)(ም)(ም)(ም) 1 አ(ም)(ም)(ም)(ም)(ም) ለ ተ(ም)(ም)(ም)(ም)(ም)(ም)(ም)(ም)(ም)(ም)(ም) በ(ም)(ም)(ም)(ም) ይ(ም)(ም)(ም)(ም)

### በ**ድምጽ** መል**ስ**ኪት የቃል ምስክርነት ይስጡ

- 855-432-1483 ለይ በ(ም)(ም)(ም) ወ(ም) እ(ፈ) በ(ም)(ም)(ም) ደ(ም)(ም)(ም)(ም)(ም) የ ተ(ም)(ም)(ም) አ(ፈ)(ም)(ም) የ(ም)(ም)(ም) መ(ም)(ም)(ም)(ም)(ም) በ(ም)(ም)(ም)(ም)(ም)(ም)(ም)(ም)(ም)(ም)(ም)(ም) 1 ይ(ም)(ም)(ም)(ም)(ም)
- የ(ም)(ም)(ም)(ም) ም(ም)(ም)(ም)(ም) አ(ም)(ም)(ም)(ም)(ም)(ም)(ም)—የ(ፈ)(ም)(ም)(ም)(ም) መ(ም)(ም)(ም)(ም)(ም) ም(ም)(ም)(ም)(ም)(ም)(ም)(ም) በ 45-ቀነ የአስተ(ፈ)የ(ም)(ም)(ም) መ(ም)(ም)(ም) ዝ(ፈ) ም(ም)(ም) ተ(ም)(ም)(ም)(ም)(ም) ይ(ም)(ም)(ም)(ም)(ም)

### የህዝብ ችሎ(ት) ክፍል ዝኪዎች(ነ) በ(ቀ)(ም)ት ይ(ም)(ም)(ም)(ም) ወ(ም)(ም) ይ(ም)(ም)(ም)(ም)(ም)

- OpLanesMD.com/SDEIS ለይ በ(ቀ)(ም)ት ስ(ም)(ም)(ም)(ም) ይ(ም)(ም)(ም)(ም)(ም)(ም) (ዝ(ፈ) ጽ(ም)(ም) ይ(ም)(ም)(ም)(ም))
- 855-432-1483 ለይ በ(ም)(ም)(ም)(ም)(ም)(ም) በ(ም)(ም)(ም)(ም) ያ(ም)(ም)(ም)(ም)

## **OpLanesMD.com/SDEIS**

---

## የእርዳታ ጥያቄ

የሜሪላንድ አሜሪ የ(ም)(ም)(ም) ቁ(ም)(ም)(ም) አ(ፈ)(ም)(ም)(ም)(ም)(ም) የ(ም)(ም)(ም)(ም) ተ(ም)(ም)(ም)(ም)(ም) ች(ም)(ም) 7-1-1 መ(ረ)(ጅ)(ም) ይ(ም)(ም)(ም)(ም)። የ(ም)(ም)(ም)(ም)(ም)(ም)/የ(ም)(ም)(ም)(ም)(ም) ች(ም)(ም)(ም)(ም)(ም) አ(ም)(ም)(ም)(ም)(ም) የ(ም)(ም)(ም)(ም)(ም)(ም) ወ(ም)(ም) የ(ም)(ም)(ም)(ም)(ም) ግ(ም)(ም)(ም)(ም)(ም) ቁ(ም)(ም) ነ(ም) ዴ(ም)(ም) የ(ም)(ም)(ም)(ም)(ም) አ(ም)(ም)(ም)(ም)(ም) እ(ም)(ም)(ም)(ም) የ(ም)(ም)(ም)(ም)(ም)(ም) ግ(ም)(ም)(ም)(ም) **833-858-5960 ለይ አ(ፈ)(ም)(ም) ኦ(ም)(ም)(ም)(ም) 22፡ 2021** ዝ(ም)(ም) የ Op Lanes Maryland 1(ም) የ(ም)(ም)(ም)(ም) ቁ(ም)(ም)(ም)(ም) ማ(ም)(ም)(ም)(ም) አ(ም)(ም)(ም)(ም)።

**Chinese**   如需<中文版>的简报，请发电子邮件到 oplanesMLS@mdot.maryland.gov。请在电子邮件主题栏标出

**Amharic**   ይ(ሆ)(ነ) ጋ(ም)(ም) በ<አ(ም)(ም)(ም)> አ(ም)(ም)(ም)(ም)(ም) አ(ም)(ም)(ም) በ(ም)(ም)(ም)(ም) ተ(ም) አ(ም)(ም)(ም) አ(ም)(ም)(ም)(ም)(ም)(ም) ኤ.ሜ(ም)(ም) ይ(ም)(ም)(ም)(ም): oplanesMLS@mdot.maryland. gov። አ(ም)(ም)(ም) በ(ም)(ም)(ም) ሮ(ም)(ም)(ም)(ም)(ም) አ(ም) ም(ም)(ም) ያ(ም)(ም)(ም)(ም)።

**Vietnamese**   Để nhận được bản tin này bằng <tiếng Việt>,, xin vui lòng gửi email đến: oplanesMLS@mdot.maryland.gov. Xin vui lòng biểu thị trong dòng tiêu đề email.

**Spanish**   Para recibir este boletín en por favor envíe un correo electrónico a: oplanesMLS@mdot.maryland.gov. Por favor indique en español el asunto del correo electrónico.





**495 270 MANAGED LANES STUDY**

La Administración de Carreteras del Estado del Departamento de Transporte de Maryland (MDOT SHA) y la Administración Federal de Carreteras (FHWA) completó el Suplementario Borrador de la Declaración de Impacto Ambiental (SDEIS) con el Aviso de Disponibilidad publicado en el Registro Federal el 1 de octubre de 2021. Este SDEIS ha sido preparado para considerar la nueva información derivada tras la publicación en julio de 2020 del Borrador de la Declaración de Impacto Ambiental (DEIS), y presenta los resultados y recomendaciones relativas a la **Alternativa Preferida: Alternativa 9 - Fase 1 Sur**. Mientras que el Estudio de Gestión de Carriles considera formas de aliviar la congestión de tráfico y mejorar la confiabilidad de los viajes, incluido el transporte público, en la Región de la Capital Nacional, esta alternativa se concentra en construir un nuevo puente American Legion y proporcionar dos carriles de alta ocupación (HOT) de pago en cada dirección en la Fase 1 Sur: el puente American Legion I-270 a la I-370. El alcance de este SDEIS se apoya en el análisis y la información validada en el SDEIS existente, pero está limitada a la nueva información sobre la Alternativa Preferida. También proporciona una oportunidad para que el público, las agencias públicas y todas las partes interesadas revisen y provean comentarios sobre la Alternativa Preferida y los impactos asociados como se presentan en el SDEIS.

Los comentarios del SDEIS se aceptarán entre el viernes 1 de octubre y las 11:59 p.m. del lunes 15 de noviembre de 2021. MDOT SHA y FHWA llevarán a cabo una audiencia pública virtual a través de dos sesiones el lunes 1 de noviembre de 2021.

## Formas de comentar sobre la SDEIS

🎤 Proporcionar testimonio público verbal en sesiones de **audiencia pública** virtual

📞 Proporcionar testimonio público verbal a través del **correo de voz** (855-432-1483) durante las sesiones de audiencia pública virtual o durante el periodo de comentarios de 45 días.

💻 Enviar un **formulario de comentarios** electrónico a OpLanesMD.com/SDEIS

✉️ Enviar un **correo electrónico** a oplanesMLS@mdot.maryland.gov

✉️ Enviar una **carta escrita** sobre la SDEIS a
Jeffrey T. Folden, P.E., DBIA
Deputy Director, I-495 & I-270 P3 Office
Maryland Department of Transportation
State Highway Administration
707 North Calvert Street
Mail Stop P-601
Baltimore, MD 21202

## Disponibilidad de documentos SDEIS

El SDEIS y su información de apoyo está disponible en línea en OpLanesMD.com/SDEIS. Las copias en papel están disponibles para su revisión a partir del viernes 1 de octubre, de la siguiente manera.

### BIBLIOTECAS DE CONDADO DE MONTGOMERY

| | | |
|---|---|---|
| Sucursal de Gaithersburg | 18330 Montgomery Village Avenue, Gaithersburg, MD 20879 | Lunes, miércoles, viernes y sábados: 10 AM - 6 PM† |
| Sucursal de Quince Orchard | 15831 Quince Orchard Road, Gaithersburg, MD 20878 | Martes y jueves: 12 - 8 PM† |
| Sucursal de Rockville Memorial* | 21 Maryland Avenue, Rockville, MD 20850 | |
| Sucursal de Potomac | 10101 Glenolden Drive, Potomac, MD 20854 | |
| Sucursal de Davis | 6400 Democracy Boulevard, Bethesda, MD 20817 | |
| Sucursal de Kensington Park | 4201 Knowles Avenue, Kensington, MD 20895 | |
| Sucursal de Chevy Chase | 8005 Connecticut Avenue, Chevy Chase, MD 20815 | |
| Sucursal de Silver Spring | 900 Wayne Avenue, Silver Spring, MD 20910 | |
| Sucursal de White Oak | 11701 New Hampshire Avenue, Silver Spring, MD 20904 | |

### BIBLIOTECAS DE CONDADO DE PRINCE GEORGE'S

| | | |
|---|---|---|
| Sucursal de Beltsville | 4319 Sellman Road, Beltsville, MD 20705 | Lunes, martes, jueves, y viernes: 10 AM - 6 PM† |
| Sucursal de Greenbelt* | 11 Crescent Road, Greenbelt, MD 20770 | Miércoles: 12 - 8 PM† |
| Sucursal de New Carrollton | 7414 Riverdale Road, New Carrollton, MD 20784 | Sábado: 10 AM - 5 PM† |
| Sucursal de Glenarden | 8724 Glenarden Parkway, Glenarden, MD 20706 | |
| Sucursal de Largo-Kettering | 9601 Capital Lane, Upper Marlboro, MD 20772 | |
| Sucursal de Spauldings | 5811 Old Silver Hill Road, District Heights, MD 20747 | |
| Sucursal de Oxon Hill | 6200 Oxon Hill Road, Oxon Hill, MD 20745 | |

### BIBLIOTECA DE CONDADO DE FAIRFAX

| | | |
|---|---|---|
| Sucursal de Dolley Madison | 1244 Oak Ridge Avenue, McLean, VA 22101 | Lunes y martes: 10 AM - 9 PM† Miércoles, jueves, viernes y sábado: 10 AM - 6 PM† |

### BIBLIOTECA DE WASHINGTON, D.C.

| | | |
|---|---|---|
| Sucursal del vecindario de Juanita E. Thornton/ Shepherd Park | 7420 Georgia Avenue NW, Washington, DC 20012 | Lunes, martes, miércoles, viernes, y sábado: 10 AM - 6 PM† Jueves: 12 - 8 PM† |

\* Las bibliotecas de Rockville y Greenbelt tendrán copias en papel del SDEIS y los informes técnicos disponibles. Todas las demás bibliotecas tendrán los informes técnicos en unidades flash USB.

† En caso de cambios con COVID-19, visite el sitio web de la biblioteca para conocer las horas de trabajo.

## Sesiones de audiencia pública virtual de SDEIS

El SDEIS y su información de apoyo están disponibles en el sitio web de Op Lanes Maryland. Antes de asistir a una sesión de audiencia pública, se alienta al público a revisar la presentación en línea disponible en OpLanesMD.com/SDEIS a partir del viernes 1 de octubre. Después de la audiencia, una transcripción de los comentarios públicos estará disponible en el sitio web.

### DOS SESIONES DE AUDIENCIA PÚBLICA DE TESTIMONIO POR CONVOCATORIA

**LUNES 1 DE NOVIEMBRE DE 2021**

**SESIÓN 1 • 2:00-4:00 PM**

**SESIÓN 2 • 6:00-8:00 PM**

A los miembros del público se les asignarán cinco minutos por persona para testimonio verbal. No se darán respuestas a las preguntas en la audiencia. MDOT SHA y FHWA considerarán y responderán a los comentarios importantes en la Declaración Final de Impacto Ambiental.

### PROPORCIONAR TESTIMONIO VERBAL EN LA AUDIENCIA

- Regístrese para una de las sesiones en OpLanesMD.com/SDEIS o llamando 855-432-1483
- Es necesario registrarse con anticipación para ser admitido en la línea telefónica para comentarios - regístrese antes el 1 de noviembre
- El tiempo de sesión aprobado y las instrucciones se enviarán por correo electrónico a los inscritos antes del 1 de noviembre

### PROPORCIONAR TESTIMONIO VERBAL A TRAVÉS DEL CORREO DE VOZ

- Proporcione testimonio verbal llamando al 855-432-1483 y dejando un mensaje de voz de tres minutos como máximo
- No requiere registrarse previamente - se aceptarán testimonios por mensaje de voz durante el periodo de comentarios públicos de 45 días

### MIRAR O ESCUCHAR EN VIVO LAS SESIONES DE AUDENCIA

- Vea la transmisión en vivo en OpLanesMD.com/SDEIS (subtítulos disponibles)
- Escuche por teléfono llamando al 855-432-1483

## OpLanesMD.com/SDEIS

**TODOS LOS COMENTARIOS** recibidos, independientemente del método de envío, recibirán IGUAL CONSIDERACIÓN.

### SOLICITUD DE ASISTENCIA

El Maryland Relay Service puede ayudar a los usuarios de teletipos al 7-1-1. Las personas que requieren asistencia para participar, como un intérprete para dificultades auditivas/ del habla, o asistencia con el idioma inglés deben comunicarse con el número gratuito de Op Lanes Maryland al 833-8585-5960 antes del 22 de octubre de 2021.



MDOT MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

# 495 270 MANAGED LANES STUDY

La Administración de Carreteras del Estado del Departamento de Transporte de Maryland (MDOT SHA) y la Administración Federal de Carreteras (FHWA) completó el Suplementario Borrador de la Declaración de Impacto Ambiental (SDEIS) con el Aviso de Disponibilidad publicado en el Registro Federal el 1 de octubre de 2021. Este SDEIS ha sido preparado para considerar la nueva información derivada tras la publicación en julio de 2020 del Borrador de la Declaración de Impacto Ambiental (DEIS), y presenta los resultados y recomendaciones relativas a la **Alternativa Preferida: Alternativa 9 - Fase 1 Sur**. Mientras que el Estudio de Gestión de Carriles considera formas de aliviar la congestión de tráfico y mejorar la confiabilidad de los viajes, incluido el transporte público, en la Región de la Capital Nacional, esta alternativa se concentra en construir un nuevo puente American Legion y proporcionar dos carriles de alta ocupación (HOT) de pago en cada dirección en la Fase 1 Sur: el puente American Legion I-270 a la I-370. El alcance de este SDEIS se apoya en el análisis y la información validada en el SDEIS existente, pero está limitada a la nueva información sobre la Alternativa Preferida. También proporciona una oportunidad para que el público, las agencias públicas y todas las partes interesadas revisen y provean comentarios sobre la Alternativa Preferida y los impactos asociados como se presentan en el SDEIS.

Los comentarios sobre el SDEIS se aceptarán entre el viernes 1 de octubre y las 11:59 p. m. del lunes 15 de noviembre de 2021. MDOT SHA y FHWA llevarán a cabo una audiencia pública virtual a través de dos sesiones el lunes 1 de noviembre de 2021.

## Formas de comentar sobre la SDEIS

🎤 Proporcionar testimonio público verbal en sesiones de **audiencia pública virtual**

📞 Proporcionar testimonio público verbal a través del **correo de voz** (855-432-1483) durante las sesiones de audiencia pública virtual o durante el periodo de comentarios de 45 días.

💻 Enviar un **formulario de comentarios** electrónico a OpLanesMD.com/SDEIS

✉ Enviar un **correo electrónico** a oplanesMLS@mdot.maryland.gov

📄 Enviar una **carta escrita** sobre la SDEIS a Jeffrey T. Folden, P.E., DBIA Deputy Director, I-495 & I-270 P3 Office Maryland Department of Transportation State Highway Administration 707 North Calvert Street Mail Stop P-601 Baltimore, MD 21202

## Disponibilidad de documentos SDEIS

El SDEIS y su información de apoyo está disponible en línea en OpLanesMD.com/SDEIS. Las copias en papel están disponibles para su revisión a partir del viernes 1 de octubre, de la siguiente manera.

### BIBLIOTECAS DE CONDADO DE MONTGOMERY

| | | |
|---|---|---|
| Sucursal de Gaithersburg | 18330 Montgomery Village Avenue, Gaithersburg, MD 20879 | Lunes, miércoles, viernes y sábados: 10 AM – 6 PM |
| Sucursal de Quince Orchard | 15831 Quince Orchard Road, Gaithersburg, MD 20878 | Martes y jueves: 12 – 8 PM |
| Sucursal de Rockville Memorial* | 21 Maryland Avenue, Rockville, MD 20850 | Domingo: cerrado† |
| Sucursal de Potomac | 10101 Glenolden Drive, Potomac, MD 20854 | |
| Sucursal de Davis | 6400 Democracy Boulevard, Bethesda, MD 20817 | |
| Sucursal de Kensington Park | 4201 Knowles Avenue, Kensington, MD 20895 | |
| Sucursal de Chevy Chase | 8005 Connecticut Avenue, Chevy Chase, MD 20815 | |
| Sucursal de Silver Spring | 900 Wayne Avenue, Silver Spring, MD 20910 | |
| Sucursal de White Oak | 11701 New Hampshire Avenue, Silver Spring, MD 20904 | |

### BIBLIOTECAS DE CONDADO DE PRINCE GEORGE'S

| | | |
|---|---|---|
| Sucursal de Beltsville | 4319 Sellman Road, Beltsville, MD 20705 | Lunes, martes, jueves, y viernes: 10 AM – 6 PM |
| Sucursal de Greenbelt* | 11 Crescent Road, Greenbelt, MD 20770 | Miércoles: 12 – 8 PM |
| Sucursal de New Carrollton | 7414 Riverdale Road, New Carrollton, MD 20784 | Sábado: 10 AM – 5 PM |
| Sucursal de Glenarden | 8724 Glenarden Parkway, Glenarden, MD 20706 | Domingo: cerrado† |
| Sucursal de Largo-Kettering | 9601 Capital Lane, Upper Marlboro, MD 20772 | |
| Sucursal de Spauldings | 5811 Old Silver Hill Road, District Heights, MD 20747 | |
| Sucursal de Oxon Hill | 6200 Oxon Hill Road, Oxon Hill, MD 20745 | |

### BIBLIOTECA DE CONDADO DE FAIRFAX

| | | |
|---|---|---|
| Sucursal de Dolley Madison | 1244 Oak Ridge Avenue, McLean, VA 22101 | Lunes y martes: 10 AM – 9 PM • Miércoles, jueves, viernes y sábado: 10 AM – 6 PM • Domingo: cerrado† |

### BIBLIOTECA DE WASHINGTON, D.C.

| | | |
|---|---|---|
| Sucursal del vecindario de Juanita E. Thornton/Shepherd Park | 7420 Georgia Avenue NW, Washington, DC 20012 | Lunes, martes, miércoles, viernes, y sábado: 10 AM – 6 PM |

*Las bibliotecas de Rockville y Greenbelt tendrán copias en papel del SDEIS y los informes técnicos disponibles. Todas las demás bibliotecas tendrán los informes técnicos en unidades flash USB.

† En caso de cambios con COVID-19, visite el sitio web de la biblioteca para conocer las horas de trabajo.

## Sesiones de audiencia pública virtual de SDEIS

El SDEIS y su información de apoyo están disponibles en el sitio web de Op Lanes Maryland. Antes de asistir a una sesión de audiencia pública, se alienta al público a revisar la presentación en línea disponible en OpLanesMD.com/SDEIS a partir del viernes 1 de octubre. Después de la audiencia, una transcripción de los comentarios públicos estará disponible en el sitio web.

### DOS SESIONES DE AUDIENCIA PÚBLICA DE TESTIMONIO POR CONVOCATORIA

**LUNES 1 DE NOVIEMBRE DE 2021**

**SESIÓN 1 • 2:00-4:00 PM**

**SESIÓN 2 • 6:00-8:00 PM**

A los miembros del público se les asignarán cinco minutos por persona para testimonio verbal. No se darán respuestas a las preguntas en la audiencia. MDOT SHA y FHWA considerarán y responderán a los comentarios importantes en la Declaración Final de Impacto Ambiental.

### PROPORCIONAR TESTIMONIO PÚBLICO VERBAL EN LA AUDIENCIA

- Regístrese para una de las sesiones en OpLanesMD.com/SDEIS o llamando 833-858-5960
- Es necesario registrarse con anticipación para ser admitido en la línea telefónica para comentarios – regístrese antes el 1 de noviembre
- El tiempo de sesión aprobado y las instrucciones se enviarán por correo electrónico a los inscritos antes del 1 de noviembre

### PROPORCIONAR TESTIMONIO PÚBLICO VERBAL A TRAVÉS DEL CORREO DE VOZ

- Proporcione testimonio verbal llamando al 855-432-1483 y dejando un mensaje de voz de tres minutos como máximo
- No requiere registrarse previamente – se aceptarán testimonios por mensaje de voz durante el periodo de comentarios públicos de 45 días

### MIRAR O ESCUCHAR EN VIVO LAS SESIONES DE AUDIENCIA PÚBLICA

- Vea la transmisión en vivo en OpLanesMD.com/SDEIS (subtítulos disponibles)
- Escuche por teléfono llamando al 855-432-1483

## OpLanesMD.com/SDEIS

**TODOS LOS COMENTARIOS** recibidos, independientemente del método de envío, recibirán **IGUAL CONSIDERACIÓN.**

## SOLICITUD DE ASISTENCIA

El Maryland Relay Service puede ayudar a los usuarios de teletipos al 7-1-1. Las personas que requieren asistencia para participar, como un intérprete para dificultades auditivas/ del habla, o asistencia con el idioma inglés deben comunicarse con el número gratuito de Op Lanes Maryland al 833-8585-5960 antes del 22 de octubre de 2021.



MDOT MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

TRAFFIC RELIEF PLAN

# RESUMEN EJECUTIVO

## Visión general

### ¿Cuál es el objetivo del Borrador Suplementario de la Declaración de Impacto Ambiental?

De acuerdo con el 23 CFR 771.130, una Declaración de Impacto Ambiental (EIS, Environmental Impact Statement) puede ser suplementada en cualquier momento, cuando la Administración Federal de Carreteras (FHWA, Federal Highway Administration) determina que los cambios en la acción propuesta o la nueva información pertinente a las preocupaciones ambientales o los impactos de la acción propuesta no fueron evaluados en el Borrador EIS (DEIS, Draft Environmental Impact Statement). Este Borrador Suplementario de Declaración de Impacto Ambiental (SDEIS, Supplemental Draft Environmental Impact Statement) ha sido preparado para considerar nueva información relativa a la Alternativa Preferida, Alternativa 9 - Fase 1 Sur. Basándose en el análisis de la DEIS existente, la SDEIS revela nueva información relevante para la Alternativa Preferida, centrándose en la nueva información y haciendo referencia a la DEIS para la información que sigue siendo válida. La SDEIS también describe los antecedentes y el contexto en el que se identificó la Alternativa Preferida, la Alternativa 9 - Fase 1 Sur. La SDEIS estará disponible para que el público pueda revisar y comentar la Alternativa Preferida durante un período de comentarios de 45 días. Tras el período de comentarios de la SDEIS, la FHWA y la Administración de Carreteras del Estado del Departamento de Transporte de Maryland (MDOT SHA, Maryland Department of Transportation) considerarán los comentarios recibidos y responderán a los comentarios sustanciales sobre el DEIS y el SDEIS en la Declaración de Impacto Ambiental Final (FEIS, Final Environmental Impact Statement).

### ¿En qué se centra el SDEIS?

El SDEIS se centra en la nueva información relacionada con la Alternativa Preferida para el Estudio de Carriles de Acceso Controlado de la I-495 y la I-270 (Estudio). El Estudio está considerando alternativas que abordan la congestión de las carreteras dentro del alcance específico del Estudio, el cual permanece sin cambios desde el DEIS: la I-495 desde el sur de la George Washington Memorial Parkway en el condado de Fairfax, Virginia, incluyendo el reemplazo del Puente American Legion sobre el río Potomac, hasta el oeste de la MD 5 y a lo largo de la I-270 desde la I-495 hasta el norte de la I-370, incluyendo los ramales este y oeste de la I-270, en los condados de Montgomery y Prince George, Maryland. La Alternativa Preferida, la Alternativa 9 - Fase 1 Sur (mostrada en **azul oscuro** en la **Figura 1** del **ES**), incluye mejoras de construcción únicamente dentro de los límites de la Fase 1 Sur. No hay ninguna acción o no se incluyen mejoras en este momento en la I-495 al este del ramal este de la I-270 a MD 5 (mostrado en **azul claro** en la **Figura 1**). Aunque la Alternativa Preferida no incluye mejoras en las partes restantes de la I-495 dentro del alcance del Estudio, las mejoras en el resto del sistema interestatal pueden seguir siendo necesarias en el futuro y avanzarían por separado, sujetas a estudios ambientales adicionales, análisis y colaboración con el público, las partes interesadas y las agencias locales.

00005465



### ES-1: Corredores del Estudio de Carriles de Acceso Controlado de la I-495 y la I-270 - Alternativa Preferida



## ¿Cuál es el propósito y la necesidad del estudio?

La Declaración de Propósitos y Necesidades sigue siendo la misma presentada en el Capítulo 1 del DEIS y en la Declaración de Propósitos y Necesidades completa en el Apéndice A del DEIS. Sin embargo, a continuación, se reitera el propósito y las necesidades para facilidad del lector.

El propósito del estudio es desarrollar una o varias soluciones de gestión de demanda de viajes que aborden la congestión, mejoren la fiabilidad de los viajes en la I-495 y la I-270 dentro de los límites del estudio y mejoren la movilidad y la conectividad multimodal existente y prevista.

Las necesidades del Estudio son:
- Dar cabida al tráfico existente y al crecimiento del tráfico a largo plazo
- Mejorar la fiabilidad de los viajes
- Proporcionar más opciones de viaje por carretera
- Dar cabida a la Seguridad Nacional
- Mejorar la circulación de bienes y servicios

Se identificaron también dos objetivos para el Estudio, además de la finalidad y las necesidades: (1) el uso de enfoques de financiación alternativos para la viabilidad financiera y (2) la responsabilidad medioambiental. Consulte el Capítulo 1 y el Apéndice A del DEIS para obtener más información sobre el Propósito y la Necesidad del Estudio.

## ¿Siguen siendo válidos el Propósito y la Necesidad con la Alternativa Preferida?

La identificación de la Alternativa 9 - Fase 1 Sur como la Alternativa Preferida no altera el Propósito y la Necesidad del Estudio. La necesidad general de mejoras en el área de estudio sigue siendo válida, independientemente de las alternativas de construcción evaluadas y de cualquier cambio potencial en los

00005466

K

límites de construcción de una alternativa preferida. Las necesidades declaradas del proyecto, por ejemplo, para acomodar el crecimiento del tráfico existente y a largo plazo, para mejorar la fiabilidad de los viajes, y para proporcionar opciones adicionales de carreteras, siguen siendo necesarias para hacer frente a los desafíos de transporte en el área de estudio. Además, el MDOT SHA sigue considerando los posibles cambios en las tendencias del tráfico y la movilidad como resultado de la pandemia, tal y como se describe en el **Capítulo 3** de este SDEIS, e informará sobre esos resultados en el FEIS.

## ¿Se abordarán los comentarios del DEIS?

Todos los comentarios sustanciales recibidos sobre el DEIS y el SDEIS serán revisados y respondidos en la FEIS.

Durante el último año, el MDOT SHA y la FHWA han tenido en cuenta los casi 3.000 comentarios recibidos sobre el DEIS y han trabajado con nuestras agencias asociadas y las partes interesadas para abordar muchos de los comentarios comunes recibidos de la siguiente manera:

- Alineación de la Alternativa Preferida y del proceso de obtención de permisos con el enfoque de entrega por fases centrado en solucionar la grave congestión del Puente American Legion como prioridad.
- Prevención y reducción significativa de los impactos sobre la propiedad, la comunidad, el patrimonio histórico, los recursos naturales y los parques.
- Lograr que se eviten todos los desplazamientos residenciales y empresariales.
- Prevención de impactos en el Morningstar Tabernacle No. 88 Moses Hall and Cemetery.
- Identificación de la gestión de las aguas pluviales dentro y fuera de las instalaciones para cumplir con los requisitos reglamentarios.
- Monitoreo y análisis de los impactos de tráfico asociados con la pandemia COVID-19 para entender cualquier impacto en el Estudio.
- Compromiso con las mejoras prioritarias para las bicicletas, los peatones y el tránsito para aumentar las opciones multimodales de viaje dentro de los corredores de estudio.
- Inclusión de viajes con peaje gratuito en la Alternativa Preferida para los Vehículos de Alta Ocupación (HOV, High Occupancy Vehicles) con tres (3) o más usuarios, autobuses de tránsito, viajes compartidos y motociclistas, a fin de reducir la dependencia de los vehículos de ocupación individual y proporcionar opciones de viaje equitativas.

Este esfuerzo fue posible gracias a la amplia coordinación de las agencias y las partes interesadas que se produjo desde la publicación del DEIS en julio de 2020, incluyendo:

- La creación de Grupos de Trabajo de Justicia Económica, de Tránsito y Medioambiental
- Realización de más de 60 reuniones individuales con municipios, organizaciones no gubernamentales, funcionarios electos y comunidades.
- Realización de más de 80 reuniones con agencias reguladoras y de recursos para discutir los comentarios del DEIS, la evitación, la minimización y las oportunidades de mitigación; y
- Realización de más de 60 reuniones presenciales y de oficina con las agencias reguladoras para discutir los impactos en los recursos naturales, la gestión de las aguas pluviales, el aumento de las alcantarillas y la obtención de permisos.

Consulte los **Capítulos 4** y **5** del SDEIS para obtener más detalles sobre los esfuerzos de evitación, minimización y mitigación y el **Capítulo 7** del **SDEIS** para obtener más detalles sobre la coordinación pública y de las agencias.

00005467

## ¿Cómo ha afectado al estudio la pandemia de COVID-19?

La pandemia mundial de COVID-19 causó un profundo impacto en las rutinas diarias de las personas de todo el mundo, afectando a la forma en que los residentes y los viajeros de la Región de la Capital Nacional trabajan, viajan y pasan su tiempo libre. Estos cambios han alterado la demanda de tráfico, el uso del tránsito y los volúmenes de tráfico en todas las carreteras de Maryland, el Distrito de Columbia y Virginia, incluidas la I-495 y la I-270. El MDOT SHA ha estado monitoreando de cerca los cambios en los patrones de tráfico durante la pandemia. Consulte el **SDEIS, Apéndice B** para ver el Plan de Análisis y Monitoreo de Viajes COVID-19. El plan incluye un análisis de sensibilidad que confirmará la necesidad del proyecto y verificará que la Alternativa Preferida proporcionaría beneficios si la demanda futura es menor que la proyectada. Los resultados serán incluidos en la FEIS.

Los datos de tráfico indican una grave caída de los volúmenes de tráfico en abril de 2020 después de que se emitieran órdenes para permanecer en casa en todo Maryland, con volúmenes de tráfico diarios en la I-270 y la I-495 que se redujeron en más del 50 por ciento en comparación con abril de 2019. Con el despliegue de las vacunas a principios de 2021, la correspondiente caída de los casos de COVID-19 y la reapertura gradual de las escuelas y las empresas, los volúmenes de tráfico han seguido recuperándose y han vuelto a más del 90% de lo normal a partir de agosto de 2021. El uso del tránsito ha sido más lento en recuperarse, puesto que el uso de los servicios de la Administración de Tránsito de Maryland (MDOT MTA) del Departamento de Transporte de Maryland sigue siendo aproximadamente un 50% menor en comparación con los niveles prepandémicos a partir de agosto de 2021, según los datos presentados en el sitio web de seguimiento del coronavirus del MDOT.

El Plan de Análisis y Monitoreo de Viajes COVID-19 continuará evaluando las tendencias de transporte y confirmará que los mejoramientos de capacidad propuestos bajo la Alternativa Preferida serían necesarios y efectivos si la demanda futura varía sustancialmente de los pronósticos previos a la pandemia. El MDOT SHA debe asegurarse de que las mejoras en el transporte se desarrollan para satisfacer las necesidades de nuestro Estado no sólo para hoy, sino para los próximos 25 años o más. Debido a que las tendencias de viaje a largo plazo están lejos de estar establecidas y debido a que los datos más recientes sugieren que el tráfico está repuntando cerca de los niveles pre-pandémicos, las proyecciones del SDEIS continúan aplicando modelos que fueron desarrollados y calibrados antes de 2020 para su uso en la evaluación de las condiciones proyectadas para 2045 en este documento. Sin embargo, el MDOT SHA seguirá revisando los nuevos datos a medida que estén disponibles. El análisis de sensibilidad que evalúa varios escenarios hipotéticos relacionados con la futura demanda de tráfico debido a posibles cambios a largo plazo en el teletrabajo, el comercio electrónico y el uso del tránsito como parte del Plan de Análisis y Seguimiento de Viajes COVID-19 (**SDEIS, Apéndice B**) está en curso.

Consulte la **Sección 3.1.4** del **Capítulo 3** y el **Apéndice B** del SDEIS para obtener más detalles sobre el impacto de la pandemia COVID-19 en el estudio. Los resultados se presentarán en la FEIS.

## Borrador Suplementario de Declaración de Impacto Ambiental

### ¿Qué se incluye en el Borrador Suplementario de la Declaración de Impacto Ambiental en comparación con la Declaración de Impacto Ambiental Final?

Este SDEIS ha sido preparado para presentar nueva información relativa a la Alternativa Preferida, Alternativa 9 - Fase 1 Sur. La FHWA y el MDOT SHA han identificado la Alternativa 9 Fase 1 Sur como la Alternativa Preferida.

Este SDEIS suplementa el DEIS existente que fue publicado el 10 de julio de 2020. El SDEIS se limita a centrarse en la nueva información, mientras que hace referencia al DEIS para la información que sigue siendo válida. La documentación detallada de las condiciones existentes, las metodologías, las

00005468



Borrador Suplementario de la Declaración de Impacto Ambiental

evaluaciones de los efectos de las alternativas de construcción del DEIS, y la mitigación conceptual, cuando sea aplicable, se incluyen en los informes técnicos del Estudio anexos al DEIS (Apéndices A a la S) y están disponibles a través del sitio web del Programa (https://495-270-p3.com/deis/#DEIS).

El SDEIS presenta una descripción de la Alternativa Preferida, así como el análisis de tráfico asociado junto con los impactos permanentes y temporales asociados a la Alternativa Preferida. Con el avance de la Alternativa Preferida, ha continuado la coordinación con las agencias de recursos sobre la evitación, minimización y mitigación conceptual. El SDEIS describe los esfuerzos actuales para evitar, minimizar y mitigar los impactos desde la publicación del DEIS en julio de 2020 hasta el verano de 2021. La mitigación y los compromisos finales se incluirán en el Registro de Decisión (ROD, Record of Decision).

El SDEIS está disponible para que los ciudadanos interesados, los funcionarios electos, las agencias gubernamentales, las empresas y otras partes interesadas puedan revisar y comentar la Alternativa Preferida durante un período de comentarios de 45 días y durante una consulta pública virtual el 1 de noviembre de 2021 (consulte oplanesmd.com/SDEIS para obtener los últimos detalles sobre la consulta pública virtual).

Tras la difusión del SDEIS y la revisión y consideración de los comentarios recibidos, se elaborará una FEIS. La FEIS se centrará en cualquier análisis adicional y en el perfeccionamiento de los datos, así como en la respuesta a los comentarios sustanciales recibidos sobre el DEIS y el SDEIS. Los análisis adicionales o finales que se presentarán en la FEIS incluyen:

- Evaluación de Impactos Visuales final para la Alternativa Preferida, incluyendo representaciones y mitigación final.

- Análisis de Calidad del Aire final para la Alternativa Preferida incluyendo CO, MSATs, Emisiones de Gases de Efecto Invernadero e impactos de calidad del aire relacionados con la construcción.

- Evaluación de la Sección 4(f) final con el Análisis del Menor Daño Global final.

- Análisis de Justicia Ambiental (EJ) final que incluye la consideración de la mitigación, la comparación de los efectos adversos de la Alternativa Preferida dentro de las poblaciones EJ con los efectos adversos dentro de una comunidad de referencia de población no EJ y la conclusión final de si se producirían efectos desproporcionadamente altos y adversos.

- Paquete de Mitigación final incluyendo todas las medidas finales para mitigar los impactos inevitables para todos los recursos identificados a través de la coordinación con las agencias jurisdiccionales.

- Declaración de Conclusiones sobre Humedales e Inundaciones final que identifica la mitigación final de los impactos en los humedales y en la llanura de inundación en la propiedad del Servicio de Parques Nacionales.

- Solicitud Conjunta Federal/Estatal final y documentación de apoyo para la alteración de cualquier llanura aluvial, vía fluvial, humedal mareal o no mareal.

## ¿Cuál es el formato del SDEIS?

El formato del SDEIS sigue el mismo formato que el DEIS del 10 de julio de 2020 y contiene diez capítulos.

- El **Capítulo 1** presenta el Propósito y la Necesidad del Estudio, el cual no se ha modificado con respecto al DEIS, pero se repite para facilitar al lector. Este capítulo está respaldado por la

00005469

Declaración de Propósito y Necesidad (**DEIS, Apéndice A**, https://495-270-p3.com/wp-content/uploads/2020/07/DEIS_AppA_PN_web.pdf).

- El **Capítulo 2** presenta una descripción de la Alternativa Preferida. También describe otros elementos comunes de la Alternativa Preferida como los límites de interferencia (LOD, limits of disturbance),[1] acceso a carriles controlados, gestión de aguas pluviales, alcantarillas, construcción y efectos a corto plazo, elementos de tránsito, consideraciones para peatones y bicicletas, y peaje.

- El **Capítulo 3** presenta los resultados de los análisis operativos de tráfico realizados para la Alternativa de No Construir 2045 y la Alternativa Preferida. También discute cómo se consideran los efectos de la pandemia en el análisis de tráfico, así como los efectos en las redes de carreteras locales. Este capítulo está respaldado por el *Memorando de Evaluación del Tráfico - Alternativa 9: Fase 1 Sur* en el **SDEIS, Apéndice A**.

- El **Capítulo 4** presenta los impactos permanentes y temporales asociados a la Alternativa Preferida. También ofrece una actualización de las medidas para evitar, minimizar y mitigar los posibles efectos ambientales, donde corresponda. La mitigación final se incluirá en la FEIS.

- El **Capítulo 5** presenta el Borrador Actualizado de la Evaluación de la Sección 4(f), que actualiza los usos potenciales de la Sección 4(f) y la mitigación asociada con la Alternativa Preferida a parques públicos significativos, áreas recreativas y propiedades históricas en cumplimiento de la Sección 4(f) de la Ley del Departamento de Transporte de los Estados Unidos (USDOT) de 1966. Este capítulo es un suplemento del Borrador de la Evaluación de la Sección 4(f) (DEIS, **Apéndice F**, https://495-270-p3.com/wp-content/uploads/2020/07/DEIS_AppF_Draft-Section-4f-Eval_web.pdf).

- El **Capítulo 6** reconoce que el 20 de enero de 2021, la Orden *Ejecutiva 13807: Estableciendo Disciplina y Responsabilidad en la Revisión Ambiental y los Procesos de Permiso para Proyectos de Infraestructura,* fue revocada en la *Orden Ejecutiva 13990: Protegiendo la Salud Pública y el Medioambiente y Reestableciendo la Ciencia para Hacer Frente a la Crisis Climática.*

- El **Capítulo 7** presenta un resumen del alcance público y la coordinación de las agencias para el Estudio que se ha producido, desde la publicación del DEIS en julio de 2020 hasta el verano de 2021.

- El **Capítulo 8** presenta la Lista de Preparadores del SDEIS.

- El **Capítulo 9** presenta la Lista de Distribución de las agencias, organizaciones y personas a las que se facilitó el SDEIS para su revisión y comentario, así como información sobre la disponibilidad pública del SDEIS.

- El capítulo 10 presenta las referencias para el SDEIS.

El SDEIS se centra en la nueva información relacionada con la Alternativa Preferida. El SDEIS completo y los apéndices de apoyo se pueden encontrar en el sitio web del Programa: oplanesmd.com/SDEIS. La información existente en el DEIS de julio de 2020 que no ha cambiado no se repetirá en el SDEIS, pero el DEIS y los análisis técnicos de apoyo están disponibles para su revisión y referencia en el sitio web del Programa: https://495-270-p3.com/deis/.

---

[1] Los límites de interferencia están en el límite propuesto en el que toda construcción, andamiaje, materiales de almacenamiento, nivelado, limpieza, control de erosión y sedimentación, paisajismo, drenaje, manejo de aguas pluviales, reemplazo/construcción de barreras de sonido y actividades relacionadas ocurrirían.

00005470

## ¿Cuáles son las formas de comentar el SDEIS?

La FHWA y el MDOT SHA invitan a los funcionarios electos interesados, a los gobiernos estatales y locales, a otras agencias federales, a los gobiernos tribales de los nativos americanos, a las organizaciones y a los miembros del público a presentar sus comentarios sobre el SDEIS. El SDEIS para el Estudio y los reportes técnicos pueden ser vistos y descargados del sitio web del proyecto en: oplanesmd.com/SDEIS.

El periodo de comentarios públicos se abre el 1 de octubre de 2021 y continuará hasta el 15 de noviembre de 2021. *Los comentarios por escrito y verbales tendrán la misma consideración.* El MDOT SHA y la FHWA revisarán todos los comentarios, y considerarán y responderán a todos los comentarios sustanciales recibidos o estampillados antes de esa fecha en la preparación del FEIS. Los comentarios recibidos o estampillados después de esa fecha serán revisados y considerados en la medida de lo posible. El 1 de noviembre de 2021 se celebrará una consulta pública virtual. Consulte oplanesmd.com/SDEIS para obtener la información más reciente sobre los detalles de la consulta pública.

Los comentarios sobre la SDEIS se pueden realizar de las siguientes maneras:

- Testimonio oral en la Consulta Pública virtual, el 1 de noviembre de 2021
- Formulario de comentarios sobre el SDEIS en oplanesmd.com/SDEIS
- Correo electrónico a MLS-NEPA-P3@mdot.maryland.gov
- Cartas a Jeff Folden, I-495 & I-270 P3 Program Deputy Director, I-495 & I-270 P3 Office, 707 North Calvert Street, Mail Stop P-601, Baltimore MD 21202
- Llame al 855-432-1483 y deje un mensaje de voz limitado a tres minutos

## Alternativas

### ¿Cuál es la Alternativa Preferida?

En enero de 2021, la Alternativa 9 fue anunciada como la Alternativa Preferida Recomendada por el MDOT SHA, basándose en los resultados de los análisis de tráfico, ingeniería, financieros y ambientales, así como en los comentarios del público. Después de varios meses de coordinar y escuchar a las agencias y partes interesadas en relación con la Alternativa 9 como la Alternativa Preferida Recomendada, el MDOT SHA decidió alinear el Estudio para ser consistente con el enfoque de entrega y permisos por etapas determinado previamente, que se centró en la Fase 1 Sur solamente. Como resultado, la FHWA y el MDOT SHA identificaron una nueva Alternativa Preferida Recomendada: Alternativa 9 - Fase 1 Sur. La Alternativa 9 - Fase 1 Sur incluye las mismas mejoras propuestas como parte de la Alternativa 9 pero limitadas a los límites de la Fase 1 Sur solamente **(Figura ES-1)**. Esta Alternativa Preferida fue identificada después de la coordinación con las agencias de recursos, el público y las partes interesadas para responder directamente a los comentarios recibidos en el DEIS, y para alinear la aprobación de la NEPA con el enfoque de entrega por fases del proyecto y permisos del Programa P3. La FHWA y las Agencias Cooperantes[2] acordaron la Alternativa 9 - Fase 1 Sur como la Alternativa Preferida en junio de 2021.

La Alternativa Preferida incluye una red de carriles de peaje de alta ocupación (HOT, High Occupancy Toll) de dos carriles en la I-495 y la I-270 dentro de los límites de la Fase 1 Sur únicamente **(Figura ES 2)**. En la I-495, la Alternativa Preferida consiste en añadir dos carriles nuevos de peaje en cada dirección desde la George Washington Memorial Parkway hasta el este de la MD 187. En la I-270, la alternativa preferida consiste en convertir el carril HOV existente en cada dirección en un carril de acceso controlado HOT y añadir un nuevo carril de acceso controlado HOT en cada dirección en la I-270 desde la I-495 hasta el norte de la I-370 y en los ramales este y oeste de la I-270. No hay ninguna acción, o no se incluyen mejoras en

---

[2] El NCPC y el M-NCPPC no coincidieron en la Alternativa Preferida.

00005471

este momento en la I-495 al este del ramal este de la I-270 hasta la MD 5. A lo largo de la I-270, los carriles colectores-distribuidores (C-D) existentes desde Montrose Road hasta la I-370 se eliminarían como parte de las mejoras propuestas. Los carriles de acceso controlado se separarían de los carriles de uso general mediante pilones colocados dentro de una franja de protección de cuatro pies de ancho. Los autobuses de tránsito y los vehículos HOV 3+ podrán utilizar los carriles de acceso controlado sin peaje.

**Figure ES-1: Alternativa 9 - Secciones Típicas de la Fase 1 Sur (Carriles de Acceso Controlado HOT mostrados en amarillo)**



I-495 from the George Washington Memorial Parkway to east of MD 187

Approx. 194' - 198'

I-495: American Legion Bridge (Looking north towards Maryland)

Exit and entrance lanes provide access to the High-Occupancy Toll Lanes from the George Washington Memorial Parkway

High-Occupancy Toll Lanes with free transit and carpools of three or more

Possible location for shared-use path on ALB

I-495 east of MD 187 to west of MD 5 - NO ACTION AT THIS TIME

Approx. 138' - 146'

I-270 from I-495 to I-370

Approx. 218' - 222'

## ¿Qué componentes de tránsito se incluyen en la Alternativa Preferida?

Mientras que las alternativas de tránsito independientes no cumplen con el Propósito y Necesidad del Estudio, la Alternativa Preferida incluye elementos de tránsito consistentes con el propósito del proyecto de mejorar la movilidad y conectividad multimodal existente y planificada. (Consulte el **Capítulo 2, sección 2.3.7** para obtener más detalles sobre los elementos relacionados con el tránsito de la alternativa preferida). Para promover esta consideración clave y para responder a los comentarios del público y de los organismos recibidos hasta la fecha, el MDOT SHA ha identificado oportunidades para mejorar la movilidad y la conectividad del tránsito dentro de la Alternativa Preferida. Esto incluye los siguientes elementos:

- Permitir el uso del tránsito de autobuses en los carriles de acceso controlado HOT libre de peaje para proporcionar un aumento en la velocidad de los viajes, la garantía de un viaje fiable, y la conexión con el servicio de autobús local/sistemas en las arterias que conectan directamente con la actividad urbana y suburbana y los centros económicos.

00005472



Borrador Suplementario de la Declaración de Impacto Ambiental

- Facilitar las conexiones directas e indirectas desde los carriles de acceso controlado HOT propuestos hasta las estaciones de tránsito existentes y el desarrollo orientado al transporte previsto en el metro de Shady Grove (I-370), el metro de Twinbrook (Wootton Parkway), el Centro de Tránsito de Montgomery Mall (Westlake Terrace) y el metro de Medical Center (MD 187).
- Las mejoras del tránsito regional para potenciar el tránsito existente y planificado y apoyar nuevas oportunidades de servicio de tránsito regional forman parte de la Alternativa Preferida e incluyen:
  o Construcción de nuevas bahías para autobuses en la Estación de Metros de Shady Grove de la WMATA
  o Mayor capacidad en el estacionamiento disuasorio de Westfield Montgomery Mall

Los elementos de tránsito también fueron considerados por el Grupo de Trabajo de Tránsito y el estudio conjunto I-495/ Puente American Legion Tránsito/Gestión de la Demanda de Transporte (TDM) por el Departamento de Senderos y Transporte Público de Virginia y la Administración de Tránsito de Maryland del Departamento de Transporte de Maryland. Ambas iniciativas dieron lugar a informes.

El *Reporte de Coordinación del Servicio de Tránsito* completado en coordinación con el Grupo de Trabajo de Tránsito se puso a disposición del público en junio de 2020 en el sitio web del Programa P3 (https://495-270-p3.com/transit-benefits/) y se está utilizando para informar a los condados afectados y a los proveedores de tránsito sobre las importantes oportunidades de tránsito que ofrecen los carriles de acceso controlado, tales como las estrategias para maximizar los beneficios de la confiabilidad y la velocidad; proporcionar una base para la evaluación y priorización de las futuras necesidades de capital y de operación en el área de servicio; e iniciar las discusiones sobre las formas de incorporar los servicios de tránsito regional en el Programa P3.

El *Reporte y Plan Final de Tránsito/TDM de la I-495/ALB* fue completado en marzo de 2021 y fue publicado en línea (http://www.drpt.virginia.gov/media/3375/i495_alb_transittdm_study_finalreport_030521_combined.pdf) Identificó una serie de paquetes potenciales de inversión para proveer nuevas opciones de movilidad para el servicio de viajes biestatales. Cada paquete describía una combinación de elementos de servicio de tránsito, mejoras tecnológicas, programas de asistencia a los viajeros y necesidades de estacionamiento. Los paquetes de inversión ofrecían opciones para trasladar a más personas a través del Puente American Legion (ALB) en menos vehículos.

## ¿Qué compromisos adicionales de tránsito se han asumido a través del acuerdo P3?

El 11 de agosto de 2021, de acuerdo con la ley de Maryland, el MDOT y la MDTA presentaron y recibieron la aprobación del Consejo de Obras Públicas para adjudicar el Acuerdo P3 de la Fase 1 al Proponente Seleccionado para el trabajo de predesarrollo relacionado con la Fase 1 Sur del Programa P3. Como parte de su propuesta, el Desarrollador de la Fase se ha comprometido a proporcionar un estimado de 300 millones de dólares para los servicios de tránsito en el condado de Montgomery durante el plazo de funcionamiento de la Fase 1 Sur.

Para apoyar aún más los servicios de tránsito, el MDOT se ha comprometido, tras el cierre financiero del Acuerdo de la Sección P3 para la Fase 1 Sur, a financiar no menos de 60 millones de dólares para el diseño y la obtención de permisos de las inversiones de tránsito de alta prioridad en el condado de Montgomery, como la Fase I del Corridor Cities Transitway, el Bus Rapid Transit en el Corredor MD 355, u otros proyectos de alta prioridad, y para construir y equipar la Instalación de Operaciones y Mantenimiento de Autobuses de Metropolitan Grove.

00005473

## ¿La sustitución del Puente American Legion forma parte del Estudio de Carriles de Acceso Controlado?

Sí, la Alternativa Preferida incluye la sustitución completa del Puente American Legion (ALB) por un puente nuevo y más ancho (no la ampliación del puente existente) para dar cabida a los dos carriles HOT en cada dirección. El puente existente tiene casi 60 años y tendría que ser sustituido en algún momento de la próxima década, independientemente de este Estudio. El nuevo puente se construirá en fases para mantener el mismo número de carriles existentes en todo momento durante la construcción. El nuevo puente se sustituirá en la misma ubicación actual.

El ALB reconstruido incluirá un camino de uso compartido para proporcionar una conexión ciclista y peatonal entre Virginia y Maryland. Consulte el **SDEIS, Capítulo 2**, **Sección 2.3.8**, para conocer las opciones de camino de uso compartido que se están considerando.

## ¿Aborda la Alternativa Preferida la gestión de las aguas pluviales?

Sí, se realizó un análisis preliminar y conceptual de la gestión de las aguas pluviales (SWM, Stormwater Management) para la alternativa preferida y se utilizó para ayudar a determinar el LOD. (Consulte el **Capítulo 2, Sección 2.3.2** de este documento para obtener más detalles). De acuerdo con la Ley de Gestión de Aguas Pluviales de Maryland de 2007, el MDOT SHA se asegurará de que se cumplan los requisitos de cantidad y calidad del agua de SWM, y de que el tratamiento se realice y mejore las condiciones actuales, tal como lo exige la Ley de SWM.

Para la Alternativa Preferida, el requisito de gestión de la cantidad de agua se cumplirá dentro de cada segmento de drenaje, excepto uno: el segmento de drenaje del ALB. De acuerdo con la normativa habitual, se podría conceder una exención cuantitativa para el ALB debido a la descarga directa en el río Potomac, una vía fluvial importante.

En cuanto a los requisitos de calidad del agua, la alternativa preferida cumplirá con los requisitos de diseño ambiental del sitio (ESD, Environmental Site Design) en la mayor medida posible (MEP, Maxium Extent Practicable) en el sitio. Sin embargo, debido a la cantidad de superficie impermeable que requiere tratamiento y a las limitaciones existentes en el emplazamiento, no se pudo proporcionar la cantidad total de calidad de agua requerida en todos los segmentos de drenaje. Para aquellos segmentos de drenaje en los que la calidad del agua no pudo ser atendida en el sitio, el déficit se cubrirá mediante la gestión compensatoria de las aguas pluviales dentro de la misma cuenca hidrográfica, tal y como se define en las Directrices y Procedimientos sobre Sedimentos y Aguas Pluviales (SSGP, Sediment and Stormwater Guidelines and Procedures) del MDOT SHA, Sección 5.5. Basándose en los resultados de un análisis de la gestión compensatoria de las aguas pluviales fuera del emplazamiento, se identificaron numerosos emplazamientos potenciales de calidad del agua para cumplir y superar el tratamiento completo del área impermeable (IAT, Impervious Area Treatment) requerido para la Alternativa Preferida. (Consulte el **Capítulo 2, Sección 2.3.2** y el **SDEIS, Apéndice C**, para obtener más detalles sobre la gestión compensatoria de las aguas pluviales).

## ¿Qué pasa con las mejoras que se estudiaron para la I-495, al este del ramal este de la I-270 hasta la MD 5?

Aunque la Alternativa Preferida no incluye mejoras en las partes restantes de la I-495 dentro de los límites del Estudio, es posible que en el futuro se necesiten mejoras en el resto del sistema interestatal. Cualquier mejora de este tipo avanzaría por separado, y estaría sujeta a estudios ambientales adicionales, análisis y colaboración con el público, las partes interesadas y las agencias locales.

00005474

# Peaje

## ¿Por qué los nuevos carriles deben ser de peaje y por qué el Estado necesita un desarrollador para construirlos?

El Estado de Maryland no dispone de fondos para construir mejoras de esta magnitud con un coste estimado de aproximadamente 3.000 a 3.500 millones de dólares como coste estimado de las mejoras de la Fase 1 Sur. Además, incluso con los peajes para devolver los préstamos, el Estado no tiene suficiente capacidad de fianza para pedir préstamos para pagar las mejoras. Por lo tanto, el Estado ha seleccionado un desarrollador de fase a través de un proceso competitivo y ha entrado en un acuerdo de Fase P3 por el que el desarrollador diseñará, construirá, financiará, operará y mantendrá los carriles gestionados durante un período de tiempo utilizando los ingresos de los peajes. El MDOT SHA seguiría siendo el propietario de todos los carriles de la I-495 y la I-270 y se aseguraría de que la autopista cumpla su función de transporte prevista.

## ¿Cómo se fijarán las tarifas de peaje?

El proceso de fijación de las tarifas de peaje está dirigido por el MDTA. Es la única entidad estatal con autoridad para establecer, revisar y fijar las tarifas de peaje de acuerdo con el Artículo de Transporte §4-312 del Código Anotado de Maryland y el COMAR Título 11 del Departamento de Transporte, Subtítulo 07 de la MDTA, Capítulo 05 de la Notificación Pública de las Revisiones de los Horarios de Peaje (11.07.05). La MDTA es responsable de establecer los rangos de las tarifas de peaje y de llevar a cabo las operaciones de cobro de peaje para los límites de la Fase 1 Sur.

El proceso de fijación de la gama de tarifas de peaje se centra en una propuesta del personal del MDTA para establecer tarifas de peaje mínimas, tarifas de peaje máximas, topes de tarifas blandas dentro de las gamas de tarifas de peaje mínimas y máximas, un proceso de escalada de peaje anual y descuentos de peaje para determinados tipos de vehículos.

El proceso para llevar a cabo las audiencias públicas y registrar los comentarios del público se especifica en el Artículo de Transporte, §4-312, Código Anotado de Maryland. La propuesta inicial se presentó a la Junta del MDTA el 20 de mayo de 2021. De acuerdo con el proceso, la Junta votó a favor de llevar la propuesta de peaje a audiencias públicas y a un período de comentarios públicos, garantizando así la participación del público en el proceso de fijación de la gama de tarifas de peaje y cumpliendo con la ley estatal al proporcionar oportunidades para la revisión y los comentarios del público.

Las consultas públicas se realizaron los días 12 y 14 de julio de 2021 y todo el material de las consultas públicas, incluida la información y los estudios utilizados en el análisis para justificar la propuesta de la gama de tarifas de peaje, se publicaron en el sitio web del MDTA y siguen estando a disposición del público en https://mdta.maryland.gov/ALB270TollSetting. El periodo de comentarios duró desde el 20 de mayo hasta el 12 de agosto de 2021. En la reunión de la Junta Directiva del MDTA del 26 de agosto de 2021, el personal del MDTA presentó un resumen y un análisis de los comentarios públicos recibidos en las audiencias públicas. Además, respondieron a las preguntas de los miembros de la Junta. Un resumen de los comentarios públicos recibidos y el análisis de los mismos está disponible en la página web del MDTA en mdta.maryland.gov/ALB270TollSetting/PublicParticipation.

Después de considerar los comentarios del público, en la reunión de la Junta Directiva del MDTA del 30 de septiembre de 2021, el personal de la MDTA presentó la propuesta final del rango de tarifas de peaje. Este rango final de tarifas de peaje será la acción recomendada para la Junta y está disponible en la página web del MDTA en mdta.maryland.gov/ALB270TollSetting.

00005475

Borrador Suplementario de la Declaración de Impacto Ambiental

## ¿Cuáles podrían ser las tarifas de peaje?

En lugar de centrarse únicamente en los ingresos, la Alternativa Preferida se diseñará para mantener velocidades de 45 millas por hora o más en los carriles de peaje de alta ocupación HOT (High Occupancy Toll). El objetivo de los carriles HOT es mantener un tráfico fluido y utilizar los factores de fijación de precios para influir en el flujo de tráfico. Como tal, el rango de la tarifa de peaje se establecerá para asegurar que los carriles HOT operen con las métricas operativas establecidas, que aplican los principios económicos de la oferta y la demanda para influir en la utilización de los carriles HOT. El Desarrollador de la Sección de la Fase 1 será responsable de fijar las tarifas de peaje dentro de los rangos de tarifas de peaje establecidos, si se aprueban al final del proceso de fijación de rangos de tarifas de peaje.

Los rangos de tarifas de peaje propuestos para los límites de la Alternativa Preferida - Fase 1 Sur están disponibles en el sitio web de la MDTA en http://mdta.maryland.gov/ALB270TollSetting/TollRateRangeSettingProcessandProposal. Los rangos de tarifas de peaje consistirán en tarifas de peaje mínimas, topes de tarifas de peaje suaves y tarifas de peaje máximas para los carriles HOT. Las tarifas también incluirán factores de escalada anual para asegurar que los rangos de tarifas de peaje sean adecuados para cubrir todo el plazo de los acuerdos del Programa P3 (que se prevé que sea de 50 años). Las tarifas de peaje se establecerán de forma dinámica, lo que significa que podrían cambiar hasta cada cinco minutos según el volumen de tráfico o la velocidad en los carriles HOT para proporcionar a los clientes que decidan utilizar los carriles HOT y pagar un peaje, un viaje más rápido y fiable. Las tarifas de peaje reales cambiarán según el tráfico en tiempo real dentro de cada segmento de peaje.

## Transporte y tráfico

### ¿Qué análisis de tráfico actualizado para el SDEIS?

El análisis de tráfico se actualizó de un año de diseño de 2040 a un año de diseño de 2045 para las Alternativas de No Construir y Preferidas utilizando proyecciones de volumen de tráfico de una versión actualizada del modelo de proyección regional del MWCOG, Versión 2.3.75. El DEIS utilizó una versión anterior del modelo del MWCOG, la versión 2.3.71, que era la última versión del modelo disponible cuando se inició el Estudio y sólo proyectaba la demanda de tráfico hasta el año 2040.

Para las condiciones futuras de tráfico, la Alternativa Preferida fue evaluada y comparada con la condición de No Construir utilizando las proyecciones actualizadas de 2045 para varias métricas operativas clave, incluyendo: velocidad, retraso, tiempo de viaje, nivel de servicio, rendimiento y el efecto en la red local. Estos parámetros son los mismos utilizados en el DEIS para evaluar y comparar las alternativas. Consulte el **Capítulo 3** de este SDEIS y el **Apéndice A** del SDEIS para obtener más detalles.

El **SDEIS, Capítulo 3**, también aborda cómo el MDOT SHA está considerando los efectos de la pandemia COVID-19 en la demanda y las proyecciones de tráfico. Consulte la **Sección 3.1.4** del **Capítulo 3** y el **Apéndice B** del SDEIS para obtener más detalles.

### ¿Cuáles son los resultados de los análisis operativos de tráfico?

Los resultados de la evaluación operativa del tráfico en el año de diseño 2045 para la Alternativa de No Construir y la Alternativa Preferida se resumen a continuación y se presentan en el **Capítulo 3** de este SDEIS y **SDEIS, Apéndice A**.

La **Alternativa de No Construir** no resolvería ninguno de los problemas operativos significativos experimentados bajo las condiciones existentes. No podría adaptarse al crecimiento del tráfico a largo plazo, lo que daría lugar a velocidades de viaje lentas, retrasos significativos, largos tiempos de viaje y una red poco fiable. En comparación con los resultados de 2040 de No Construir presentados en el DEIS, los

00005476



Borrador Suplementario de la Declaración de Impacto Ambiental

resultados de 2045 de No Construir muestran mayores retrasos y tiempos de viaje en la I-495 y la I-270 debido al crecimiento adicional del tráfico proyectado entre 2040 y 2045. Este crecimiento del tráfico se anticipa a pesar de los proyectos de tránsito adicionales incluidos en la proyección de 2045 que ayudan a reducir ligeramente los retrasos proyectados en la red de carreteras locales circundantes.

Se prevé que la **Alternativa Preferida** proporcione beneficios operativos tangibles al sistema a pesar de que no incluye ninguna acción o ninguna mejora para una gran parte del área de estudio para evitar y minimizar los impactos. Esta alternativa aumentaría significativamente el rendimiento a través del Puente American Legion y en la sección sur de la I-270, reduciendo al mismo tiempo la congestión. También aumentaría la velocidad, mejoraría la fiabilidad y reduciría los tiempos de viaje y los retrasos a lo largo de la mayoría de la I-495, la I-270 y la red de carreteras circundantes en comparación con la Alternativa de No Construir. Aunque la Alternativa Preferida proporciona una menor mejora en las operaciones de tráfico en comparación con las Alternativas de Construcción, que incluían los límites completos de estudio de 48 millas evaluados en el DEIS (como las Alternativas 9 y 10), fue elegida en parte por los comentarios del público y de las partes interesadas que indicaron su fuerte preferencia por la eliminación de los impactos sobre la propiedad y el medio ambiente en la parte superior y este de la I-495. La congestión estaría presente durante las horas pico de la tarde en la I-270 en dirección norte y en el bucle interior de la I-495 en el año de diseño de 2045 debido a los cuellos de botella que se producen fuera de los límites de la Alternativa Preferida.

El FEIS y la Aprobación del Punto de Acceso Interestatal (IAPA), que es una aprobación de la FHWA para garantizar la seguridad, las operaciones y la aceptabilidad de la ingeniería en el sistema interestatal, incluirán una evaluación más detallada de la futura línea principal y los impactos operativos localizados de la Alternativa Preferida. Se evaluarán las oportunidades de abordar aún más la seguridad y las operaciones en la Alternativa Seleccionada después de la conclusión de la NEPA y durante el diseño final.

En general, la Alternativa Preferida proporciona beneficios operativos tangibles que serían significativamente mejores que la de No Construir.

## Recursos ambientales, consecuencias y mitigación

### ¿Cuáles son los efectos de la Alternativa Preferida sobre los Recursos Ambientales?

Las consecuencias medioambientales presentadas en el **Capítulo 4** se describen para la Alternativa Preferida. Desde el DEIS, el diseño ha avanzado en la Alternativa Preferida. Los efectos permanentes o a largo plazo y temporales o a corto plazo relacionados con la construcción se cuantifican y se presentan en este SDEIS. El resumen de los efectos ambientales de la Alternativa Preferida se presenta en la **Tabla ES-1**.

Tabla ES-1: Resumen de los impactos cuantificables de la Alternativa Preferida

| Recurso | Permanente[1] | Temporal[1] | Total[1] |
|---|---|---|---|
| Total de impactos potenciales en las propiedades del parque (acres) | 21.0 | 15.1 | 36.1 |
| Derecho de paso total requerido[2] (acres) | 97.2 | 18.7 | 115.9 |
| Número de propiedades directamente afectadas (recuento) | - | - | 501 |
| Número de reubicaciones residenciales (recuento) | - | - | 0 |
| Número de reubicaciones de empresas (recuento) | - | - | 0 |
| Número de inmuebles históricos con efectos adversos[3] (recuento) | - | - | 11 |
| Zonas sensibles al ruido afectadas (recuento) | - | - | 49 |
| Lugares de interés para materiales peligrosos (recuento) | - | - | 255 |
| Humedales de interés especial para el Estado (acres) | 0 | 0 | 0 |

00005477

Borrador Suplementario de la Declaración de Impacto Ambiental

| | | | |
|---|---|---|---|
| Humedales[4] (acres) | 3.7 | 0.6 | **4.3** |
| Humedal de 25 pies de amortiguación[4] (acres) | 6.5 | 0.6 | **7.1** |
| Vías fluviales[4] (pies cuadrados) | 673,757 | 343,945 | **1,017,702** |
| Vías fluviales[4] (pies lineales) | 43,852 | 2,701 | **46,553** |
| Captaciones de nivel II (acres) | 0 | 0 | **0** |
| Llanura de inundación de 100 años (acres) | 33.7 | 15.1 | **48.8** |
| Dosel forestal (acres) | 479.6 | 20.3[5] | **500.1** |
| Hábitat de especies raras, amenazadas y en peligro (acres) | 33.4 | 23.0 | **56.4** |
| Área de revisión del proyecto de especies sensibles (acres) | 24.5 | 20.0 | **44.5** |
| Áreas únicas y sensibles (acres) | 139.2 | 29.4 | **168.5** |

Notas: Los impactos en esta tabla corresponden a las mejoras de la línea principal para la Alternativa Preferida. Cualquier impacto asociado a la gestión compensatoria de las aguas pluviales es preliminar y se discute en el SDEIS, Apéndice C.

[1] Todos los valores están redondeados a la décima.

[2] El derecho de paso se basa en la investigación de los registros del Estado y se completa con el derecho de paso del condado, según sea necesario.

[3] Consulte la Sección 4.7 del Capítulo 4 para obtener más detalles sobre los efectos en los inmuebles históricos.

[4] Consulte la **Tabla 4-25, Sección 4.12** para obtener más detalles sobre los impactos en los humedales y las vías fluviales.

[5] Los impactos temporales en el dosel forestal consisten en la tala de bosques en áreas que no serán adquiridas o alteradas permanentemente por la construcción de la carretera. Se replantará en estas zonas. Se evitarán y minimizarán los impactos y se maximizará la replantación dentro del corredor según se determine en el diseño final.

*Texto en azul = Corregido para que corresponda con la Tabla 4-1, Página 4-3 (11/10/21)*

## ¿Qué posibilidades de evitar y minimizar los efectos sobre los recursos medioambientales se han tenido en cuenta?

Desde la publicación del DEIS, las oportunidades de evitar y minimizar inmuebles históricos, parques, humedales, zonas de amortiguación de humedales, vías fluviales, bosques y la llanura de inundación de 100 años de la Agencia Federal de Gestión de Emergencias han avanzado gracias a una amplia coordinación con las agencias reguladoras y de recursos. La alternativa preferida, con mejoras de construcción sólo dentro de los límites de la Fase 1 Sur, evita más de 100 acres de parques y cientos de humedales y arroyos. Los impactos asociados con la Alternativa Preferida se evitaron y minimizaron en la mayor medida posible en todas las áreas en esta etapa preliminar del Estudio, y las técnicas de evitación y minimización se refinaron específicamente en algunas áreas de recursos sensibles o de valor recreativo, como las propiedades del parque NPS alrededor del Puente American Legion. Consulte los **Capítulos 2, 4 y 5** de este documento para obtener más detalles. El esfuerzo por evitar, minimizar y mitigar los impactos continuará a través de la coordinación continua y futura con las agencias reguladoras y de recursos aplicables.  La evitación, minimización y mitigación definitivas se documentarán en la FEIS.

## ¿Qué esfuerzos de minimización se han incorporado a la Alternativa Preferida LOD en la propiedad de Morningstar Tabernacle No. 88 Moses Hall and Cemetery?

En respuesta a los comentarios del público, de las agencias y de las partes interesadas después de la publicación del DEIS, el MDOT SHA refinó el LOD en la propiedad del Morningstar Tabernacle No. 88 Moses Hall and Cemetery. A finales del invierno de 2021, los impactos en el Morningstar Cemetery se redujeron de 0.3 acres (13,068 pies cuadrados) reportados en el DEIS para la Alternativa 9 a aproximadamente 14 pies cuadrados de área temporal necesaria para la construcción de una barrera contra el ruido adyacente a la propiedad. También se evitó la alteración del terreno dentro del límite del cementerio. La reducción fue en respuesta a los comentarios del público y de las agencias y fue el resultado de las modificaciones de diseño, incluyendo cambios en la configuración de la rampa de intercambio de Cabin John Parkway, para minimizar los impactos en la propiedad del cementerio. En el verano de 2021, se llevó a cabo una

00005478



investigación adicional para detectar y mapear las posibles tumbas marcadas y no marcadas dentro y adyacentes al límite del Morningstar Cemetery. Se realizaron nuevos ajustes de diseño en respuesta a los resultados de esta investigación y se ha logrado evitar por completo la propiedad del Morningstar Cemetery.

## ¿Qué esfuerzos de minimización se han incorporado a la Alternativa Preferida LOD en las propiedades del parque y los recursos asociados alrededor del Puente American Legion?

Los esfuerzos de evitación y minimización más significativos desde el Borrador de la Evaluación de la Sección 4(f) y el DEIS se centraron en torno al ALB. El MDOT SHA y la FHWA se reunieron con el NPS el 8 de diciembre de 2020, para discutir el LOD en las cercanías del ALB que se presentó en la DEIS. El NPS solicitó que el MDOT SHA reevalúe el LOD en las cercanías del ALB para limitar los impactos en los terrenos del NPS y sus recursos naturales. El MDOT SHA convocó un " Equipo de Acción ALB " compuesto por expertos nacionales y locales en diseño de puentes, recursos naturales y recursos culturales a los que se les encomendó la siguiente misión:

*Desarrollar y evaluar alternativas para la sustitución del ALB con el fin de evitar los impactos, en la mayor medida posible, y reducir los impactos globales en acres a las unidades del C&O Canal National Historic Park y George Washington Memorial Parkway del NPS*

El Equipo de Acción ALB consideró los enfoques de construcción de puentes para determinar si alguno de ellos podría limitar aún más el LOD. El Equipo de Acción ALB llevó a cabo una investigación detallada sobre un enfoque de construcción de segmentos de arriba hacia abajo; un enfoque de cableado de arriba hacia abajo; y un enfoque de construcción de puente deslizado en su lugar. Además, tras el análisis de campo y la revisión de la información disponible, el MDOT SHA y el Equipo de Acción ALB determinaron que el acceso al sitio a nivel del río podría consolidarse en el lado norte del río a lo largo de Clara Barton Parkway, eliminando el acceso de construcción de los otros tres cuadrantes alrededor del puente y reduciendo significativamente los impactos en los terrenos del NPS. Esto se lograría construyendo una entrada temporal de acceso a la construcción desde Clara Barton Parkway en el cuadrante noroeste e instalando un puente temporal sobre el C&O Canal y un camino de acarreo temporal paralelo al camino de sirga del C&O Canal. Este esfuerzo dio como resultado una reducción del impacto de 7.8 acres en el George Washington Memorial Parkway y una reducción de 5,3 acres en el Chesapeake & Ohio Canal National Historical Park. **Consulte el Capítulo 4, Sección 4.12.4** para obtener más detalles sobre los esfuerzos del Equipo de Acción ALB.

## ¿Qué medidas de mitigación se están considerando para los efectos ambientales inevitables?

El avance de la mitigación conceptual para los efectos inevitables en los recursos ambientales de la Alternativa Preferida se ha producido desde el DEIS. La mitigación conceptual propuesta se discute por recurso aplicable en el **Capítulo 4** y se detalla en el Plan de Mitigación Conceptual (*Conceptual Mitigation Plan*) (**DEIS, Apéndice Q**) para los siguientes recursos: humedales; bosques; especies raras, amenazadas y en peligro de extinción; parques; recursos culturales; ruido; aire; propiedades; materiales peligrosos; topografía, geología, suelos; aguas subterráneas; justicia ambiental; estética visual; biota acuática; y áreas únicas y sensibles. Se identificarán y perfeccionarán otras medidas de mitigación a medida que avance el Estudio y en consideración a los comentarios del público, de las partes interesadas y de las agencias sobre este SDEIS. La mitigación final se documentará en la FEIS.

00005479

## ¿Qué es el borrador actualizado de la evaluación de la Sección 4 (f)?

La Sección 4 (f) de la Ley de USDOT de 1966, enmendada en (49 U.S.C. 303(c)) estipula que el USDOT, incluyendo la FHWA, no puede aprobar el uso de terreno de un parque de propiedad pública, área recreativa, refugio de fauna o aves acuáticas, o zonas históricas públicas o privadas a no ser que se apliquen las siguientes condiciones:

- La FHWA determina que no hay una alternativa viable o prevención prudente al uso del terreno de la propiedad, y esta acción incluye todos los planes posibles para minimizar el daño a la propiedad que resulte de ese uso (23 CFR §774.3(a)(1) y (2)); o
- La FHWA determina que el uso de las propiedades de la Sección 4(f), incluyendo cualquier medida para minimizar el daño cometido por el aplicante, tendrá un impacto muy pequeño en la propiedad (23 CFR §774.3(b)).

Desde la publicación del Borrador de la Evaluación de la Sección 4(f) y el DEIS en julio de 2020, la Alternativa Preferida ha sido identificada como Alternativa 9 - Fase 1 Sur, que incluye las mismas mejoras de construcción propuestas con parte de la Alternativa 9 en el DEIS y la Sección 4(f) del Borrador pero limitado a los límites de la Fase 1 Sur. No ocurrirían acciones o mejoras en los límites del estudio fuera de la Fase 1 Sur. Esta decisión sobre la Alternativa Preferida consideró mayor coordinación y colaboración con las agencias y las partes interesadas, incluyendo los Funcionarios Públicos con Jurisdicción (OWJs, Officials with Jurisdiction) para las propiedades de la Sección 4(f). La Alternativa Preferida contesta a los comentarios recibidos que piden la omisión de los recursos de la Sección 4(f) y se suma al estudio para ser consistente con la entrega en fases determinada previamente y la estrategia autorizada.

**El capítulo 5** de este SDEIS incluye el Borrador Actualizado de la Evaluación de la Sección 4(f) para proveer información sobre la Alternativa Preferida. La información incluida en este Borrador Actualizado de la Secciónn 4(f) informará la consideración de la FHWA sobre el uso de propiedad de la Secciónn 4(f) de la Alternativa Preferida. Este capítulo del SDEIS provee información suplementaria y actualizada para el Borrador de la Evaluación de la Sección 4(f), que fue incluida como **DEIS, Apéndice F**. Esta información suplementaria no reemplaza la información del Borrador de la Evaluación de la Sección 4(f), solo provee un análisis adicional. La evaluación de la Sección 4(f) y este suplemento sigue las regulaciones establecidas por USDOT en el Informe de Política 23 CFR 774, FHWA's 2012 Section 4(f) y en el 23 U.S.C. 138 y 39 U.S.C. 303.

## ¿Cuáles son los impactos de la Sección 4 (f)?

Un "uso" de (o impacto a) la Sección 4(f) ocurre:

i. Cuando el terreno se **incorpora permanentemente** en una instalación de transporte
ii. Cuando hay una **ocupación temporal** del terreno que es perjudicial en cuanto al objetivo de conservación del estatuto como determina el criterio en el 23 CFR §774.13(d); o
iii. Cuando hay un **uso constructivo** de una propiedad de la Sección 4(f) como determina el criterio en el 23 CFR §774.15.

La Alternativa Preferida evitaría el uso de 38 propiedades de la Sección 4(f) que hacen un total de 115 acres relacionados con la Alternativa de Construcción DEIS. La Alternativa Preferida requeriría el uso de un total de 39.1 acres de 21 propiedades de la Sección 4(f) (incluyendo temporales y permanentes) comparado con un total de 146.8 acres en la Alternativa 9 de Construcción DEIS.

Consulte el **Capítulo 5, Sección 5.2 del SDEIS** y el **Apéndice F** del **DEIS** para más detalles. Se ha identificado la mitigación conceptual para los impactos de la Sección 4(f), pero la coordinación con los OWJs para las propiedades de la Sección 4(f) todavía continúa. La evaluación final de la Sección 4(f) reflejará la

00005480

coordinación continuada con los OWJs para coordinar los impactos y mitigación, y la pequeña coordinación con los OWJs. La evaluación final de la Sección 4(f) también incluirá el análisis finalizado para demostrar todos los planes posibles para minimizar el daño, y el Análisis de Menor Daño General finalizado, y los compromisos de mitigación finales.

### ¿Cuáles son los siguientes pasos del Estudio?

Este SDEIS fue aprobado por la FHWA y el MDOT SHA y distribuido a agencias federales, estatales y locales, además de otras organizaciones y partes interesadas y está disponible para revisión pública. Habrá una sesión de consulta pública virtual durante el periodo de revisión del SDEIS de 45 días; la fecha límite para comentar es el 15 de noviembre de 2021. Durante este periodo de revisión de 45 días, el SDEIS está disponible en lugares públicos a lo largo de la ruta del estudio y en el sitio web del Programa [oplanesmd.com/SDEIS](oplanesmd.com/SDEIS)

Los comentarios acerca del SDEIS son considerados de igual forma independientemente de si fueron recibidos verbalmente o por escrito y pueden hacerse mediante:

- Testimonio verbal en la sesión de consulta pública virtual el 1 de noviembre de 2021
- El formulario de comentarios SDEIS en [oplanesmd.com/SDEIS](oplanesmd.com/SDEIS)
- Un correo electrónico a [MLS-NEPA-P3@mdot.maryland.gov](MLS-NEPA-P3@mdot.maryland.gov)
- Una carta a Jeff Folden, I-495 & I-270 P3 Program Deputy Director, I-495 & I-270 P3 Office, 707 North Calvert Street, Mail Stop P-601, Baltimore MD 21202
- Una llamada al 855-432-1483 dejando un mensaje de voz con límite de tres minutos

Después del periodo de revisión de 45 días, el MDOT SHA y la FHWA revisarán los comentarios y responderán a todos comentarios importantes recibidos o marcados con matasellos hasta el final del periodo de comentario en preparación para la FEIS. Los comentarios recibidos o marcados con matasellos después de la fecha límite serán considerados en la medida de los posible. Además de la distribución de todos los comentarios importantes recibidos en el DEIS y SDEIS, la FEIS resumirá información adicional y actualizada no cuantificada o precisada en el SDEIS, y medidas de mitigación. El ROD documentará los compromisos que se llevarán a cabo durante el diseño final y la construcción.

## Programa de Cooperación Público-Privada (P3)

### ¿Qué es un P3?

Una cooperación público-privada (P3) es un modelo alternativo para la entrega de un proyecto capital. Un P3 es una colaboración entre el sector público o gubernamental y entidades privadas. El P3 busca utilizar el conocimiento, innovación y la financiación del sector privado para ofrecer infraestructura pública para el beneficio del propietario público y usuarios de la infraestructura. Los P3s buscan aprovechar con éxito las ventajas de los sectores público y privado para producir grandes y complejos proyectos de infraestructura oportunamente. Las funciones dentro de un acuerdo P3 pueden incluir diseño, construcción, financiación, operación y mantenimiento de una instalación de transporte. Las siguientes definiciones de los límites fueron provistas para ayudar a entender el proceso de solicitud de NEPA y de la Fase 1.

- Fase 1: I-495 desde el sur de ALB a la I-270 y la I-270 desde la I-495 a la I-70. Estos son también los límites de la Fase 1 del Acuerdo P3.
- Fase 1 Sur: I-495 desde el sur de la ALB a la I-270 y la I-270 desde la I-495 hasta la I-370. Estos son también los límites de la Alternative Preferida de la NEPA.
- Fase 1 Norte: I-270 desde la I-370 a la I-70

00005481

## ¿Cuál es el estado del proceso de solicitud de la Fase 1 y el Acuerdo P3?

El Maryland BPW aprobó inicialmente la designación P3 para el Programa P3 en junio de 2019 y proporcionó la aprobación suplementaria en enero de 2020.

Estas aprobaciones permitieron al MDOT SHA usar el proceso Progresivo P3 para diseñar y construir la Fase 1 del Programa 3, mediante la búsqueda de un Desarrollador de Fase para la Fase 1. Esta estrategia progresiva permitió que el proceso de solicitud procediera sin compromiso final durante el proceso NEPA.

Como parte de la solicitud Progresiva P3, el MDOT siguió un proceso de Petición de Propuesta (RFP, Request for Proposal) buscando desarrolladores de fase interesados en febrero de 2020. El MODT y el MDTA, con participación de las jurisdicciones locales, desarrollaron una preselección de cuatro solicitantes altamente cualificados en julio de 2020. Tres de las cuatro firmas preseleccionadas enviaron una propuesta para entrar en la Fase 1 del acuerdo P3 para asistir con el desarrollo del trabajo, entrega de la Fase 1 incluyendo I-495 desde ALB hasta la I-270, y a lo largo de la I-270 desde I-495 hasta la I-70. En febrero de 2021, el MDOT SHA identificó la propuesta seleccionada que podía entregar el proyecto de la manera más ventajosa para el estado.

El 11 de agosto de 2021, de acuerdo con la ley de Maryland, el MDOT y el MDTA presentaron y recibieron aprobación del Consejo de Obras Públicas para conceder el Acuerdo de la Fase 1 P3 al Solicitante Seleccionado, una compañía creada de forma conjunta, llamada Accelerate Maryland Partners, Inc. (AMP). Ellos completarán el trabajo de predesarrollo relacionado con la Fase 1 del programa P3.

De acuerdo con los términos y condiciones del Acuerdo de la Fase 1 P3, el MDOT y AMP avanzarán el trabajo de predesarrollo en esta primera sección, que incluye la vecindad de George Washington Memorial Parkway a través del Puente American Legion a la I-270 y en la I-270 hasta la I-370 (Fase 1 Sur).

La Alternativa Preferida en el SDEIS es consistente con los límites de la Fase 1 Sur, y es la primera sección a entregar según el plan del proyecto. Como parte de esta propuesta, el Desarrollador de la Fase se ha comprometido a proveer la estimada cantidad de 300 millones de dólares para servicios de transporte en el condado de Montgomery durante el témino operativo de la Fase 1 Sur. Para apoyar los servicios de transporte aún más, el MDOT se ha comprometido, bajo liquidación financiera de la Fase 1 Sur, a financiar no menos de 60 millones de dólares para diseño y permisos de inversiones de transporte de alta prioridad, como la Fase 1 de Corridor Cities Transitway, Bus Rapid Transit en la Ruta MD 355, u otros proyectos de alta prioridad y para construir y equipar las instalaciones de funcionamiento y mantenimiento Metropolitan Grove.

AMP, como Desarrollador de la Fase, está trabajando colaborativamente con MDOT, MDTA, y las partes interesadas en trabajos de predesarrollo incluyendo el diseño preliminar y actividades de debido cumplimiento para minimizar los impactos aún más. Después de completar los trabajos de predesarrollo con respecto a la Fase 1 Sur y la FEIS, MDOT buscará aprobación final del BPW para seguir adelante con el Acuerdo de la Sección P3 bajo el que el subsidiario del Desarrollador de la Fase (llamado "Desarrollador de la Sección) será responsable del diseño final, construcción, financiación, funcionamiento y mantenimiento de una sección particular durante un periodo estimado de 50 años.

00005482

# SOMMAIRE EXÉCUTIF

## Aperçu de l'étude

### Quel est l'objet de la déclaration d'impact environnemental supplémentaire?

Une déclaration d'impact environnemental (EIS) peut être complétée en tout temps, en vertu du 23 CFR §771.130, lorsque la *Federal Highway Administration* (FHWA, Administration fédérale des autoroutes) estime que des changements à l'action proposée ou que des informations nouvelles liées à des préoccupations ou à des retombées environnementales touchant l'action proposée n'ont pas été évaluées dans le projet de déclaration d'impact environnemental (DEIS, *Draft Environmental Impact Statement*). Ce projet de déclaration d'impact environnemental supplémentaire (SDEIS, *Supplemental Draft Environmental Impact Statement*) a été préparé pour tenir compte d'informations nouvelles relatives à la solution privilégiée, la solution 9 – Phase 1 sud. S'appuyant sur l'analyse de l'actuel DEIS, le SDEIS présente de l'information nouvelle à propos de la solution privilégiée tout en se reportant au DEIS pour l'information toujours d'actualité. Le SDEIS décrit également l'historique et le contexte dans lesquels s'inscrit la solution privilégiée, la solution 9 – Phase 1 sud. Le public disposera d'une période de 45 jours pour consulter le SDEIS, étudier la solution privilégiée et faire part de ses commentaires. À la fin de cette période, la FHWA et l'administration routière du Département des transports du Maryland (MDOT-SHA, *Maryland Department of Transportation State Highway Administration*) tiendront compte des commentaires de fond sur le DEIS et le SDEIS et y répondront dans la déclaration d'impact environnemental finale (*Final Environmental Impact Statement*, FEIS).

### Quel est l'objet du SDEIS?

Le SDEIS se concentre sur les informations nouvelles liées à l'étude sur la solution privilégiée pour les voies gérées de la I-495 et la I-270 (l'étude). L'étude envisage des solutions de rechange pour remédier à la congestion routière dans le cadre spécifique du champ de l'étude, inchangé depuis le DEIS : la I-495 à partir du sud du George Washington Memorial Parkway dans le comté de Fairfax, en Virginie, y compris l'amélioration de l'American Legion Bridge (ALB) sur le fleuve Potomac, à l'ouest de la MD 5, et le long de la I-270 de la I-495 jusqu'au nord de la I-370, y compris les embranchements est et ouest de la I-270, dans les comtés de Montgomery et Prince George, au Maryland. La solution privilégiée, la solution 9 – Phase 1 sud (indiquée en **bleu foncé** à la **ES-Figure 1**) comprend des améliorations dans les limites de la Phase 1 sud seulement. Aucune action ou amélioration n'est actuellement prévue sur la I-495 à l'est de l'embranchement est de la I-270 vers la MD5 (indiquée en **bleu clair** à la **ES-Figure 1**). Bien que la solution privilégiée, dans le cadre de l'étude, ne prévoie pas améliorer les autres parties de la I-495, il sera peut-être nécessaire dans l'avenir d'apporter des améliorations au reste du système des autoroutes inter-États. Elles seraient effectuées séparément et feraient l'objet d'études environnementales, d'analyses supplémentaires et d'un travail de collaboration additionnel avec le public, les parties concernées et les organismes locaux.

00005483

Projet de déclaration d'impact environnemental supplémentaire

**ES-1: Corridors d'étude des voies gérées I-495 et I-270 – solution privilégiée**



## Quels sont l'objet et la nécessité de l'étude?

La déclaration de l'objet et de la nécessité de l'étude est la même que celle présentée dans le **chapitre 1** du **DEIS** et celle, détaillée, figurant à l'**annexe A** du **DEIS**. Cela dit, elle est reprise ci-dessous pour la commodité du lecteur.

L'objectif de l'étude est de mettre au point une ou plusieurs solutions de gestion de la demande de transport pour remédier à la congestion, améliorer la fiabilité des trajets sur la I-495 et la I-270 dans les limites de l'étude, et renforcer la mobilité et la connectivité multimodales, actuelles et anticipées.

Les besoins de l'étude sont les suivants:

- Adapter le trafic existant et la croissance du trafic à long terme
- Améliorer la fiabilité des voyages
- Offrir des choix supplémentaires en matière de transport routier
- Accueillir la sécurité intérieure
- Améliorer la circulation des biens et des services

Outre son objet et sa nécessité, deux objectifs ont été définis pour l'étude : (1) l'utilisation d'autres méthodes de financement pour assurer la viabilité financière et (2) la responsabilité environnementale. Se reporter au **chapitre 1** et à l'**annexe A** du **DEIS** pour plus d'information sur l'objet et la nécessité de l'étude.

## L'objet et la nécessité de l'étude demeurent-ils valables à la lumière de la solution privilégiée?

La sélection de la solution 9 – Phase 1 sud n'affecte pas l'objet et la nécessité de l'étude. La nécessité d'apporter des améliorations dans la zone d'étude demeure valable, indépendamment des solutions de

00005484

construction évaluées et de tout changement potentiel des limites de construction envisagées dans le cadre d'une solution privilégiée. Les besoins exprimés du projet, soit accommoder la croissance du trafic à long terme, améliorer la fiabilité des déplacements et offrir d'autres options routières, sont toujours nécessaires pour remédier aux problèmes de transport dans la région de l'étude. En outre, en raison de la pandémie, la MDOT SHA surveille les changements éventuels qui pourraient modifier les tendances de circulation et de mobilité, décrits au chapitre 3 de ce SDEIS, et rendra compte de ses constatations dans la déclaration d'impact environnemental finale.

## Les commentaires du DEIS recevront-ils une réponse?

Tous les commentaires de fond sur le DEIS et le SDEIS seront examinés et la déclaration d'impact environnemental finale y répondra.

Au cours de la dernière année, la MDOT-SHA et la FHWA ont analysé plus de 3 000 commentaires reçus sur le DEIS et ont collaboré avec nos organismes partenaires et nos parties prenantes pour répondre aux commentaires les plus fréquents et adopter les mesures suivantes:

- Harmonisation de la solution privilégiée et du processus d'octroi de permis avec une réalisation des travaux par étapes qui met l'accent sur les embouteillages sérieux de l'American Legion Bridge.
- Prévenir et réduire de manière significative les effets sur les biens, les communautés, l'histoire, les ressources naturelles et des espaces verts.
- Éviter tout déménagement résidentiel ou toute relocalisation d'entreprise.
- Éviter tout impact sur le Morningstar Tabernacle No. 88 Moses Hall and Cemetery.
- Indiquer des sites de gestion des eaux pluviales, sur site et hors site, de façon à répondre aux exigences réglementaires.
- Surveiller et analyser les effets associés à la pandémie de COVID-19 sur la circulation pour comprendre leurs répercussions, s'il y a lieu, sur l'étude.
- Prendre l'engagement d'apporter des améliorations prioritaires pour les vélos, les piétons et les transports en commun afin d'augmenter le nombre d'options multimodales de déplacement dans les couloirs de l'étude.
- Inclure, dans le cadre de la solution privilégiée, des déplacements gratuits pour les véhicules à occupation multiple (VOM) comptant au moins trois (3) passagers, les autobus urbains, le covoiturage ou le covoiturage par fourgonnette et les motocyclistes, dans le but de réduire la dépendance envers les véhicules à occupant unique et proposer des options de déplacement équitables.

Ces efforts ont été possibles grâce à la coordination étroite des organismes et des parties prenantes depuis la parution du DEIS en juillet 2020:

- Constitution de groupes de travail sur les thèmes de l'économie, des transports et de la justice environnementale.
- Tenue de plus de 60 réunions individuelles de parties prenantes avec les municipalités, les organisations non gouvernementales, les élus et les communautés.
- Tenue de plus de 80 réunions avec les organismes de réglementation et de ressources pour discuter des commentaires formulés sur le DEIS, de même que des mesures d'évitement, de réduction et d'atténuation possibles.

00005485

- Tenue de plus de 60 réunions sur le terrain et dans les bureaux avec les organismes de réglementation pour discuter des effets sur les ressources naturelles, la gestion des eaux pluviales, l'augmentation du nombre de ponceaux et l'octroi de permis.

Se reporter aux **chapitres 4** et **5** du **SDEIS** pour de plus amples détails sur les mesures d'évitement, de réduction et d'atténuation et au **chapitre 7** du **SDEIS** pour plus de détails sur la coordination du public et des organismes.

## Comment l'épidémie de COVID-19 a-t-elle affecté l'étude?

L'épidémie mondiale de COVID-19 a profondément bousculé la routine quotidienne des populations de la planète, affectant la façon dont les résidents et les navetteurs de la région de la capitale nationale travaillent, se déplacent et profitent de leur temps libre. Ces changements ont modifié la demande de trafic, l'usage des transports en commun et le volume de trafic sur toutes les routes du Maryland, du District de Columbia et de Virginie, dont la I-495 et la I-270. Le MDOT SHA a surveillé de près les changements de configuration de circulation tout au long de la pandémie. Se reporter à l'**annexe B** du **SDEIS** pour l'analyse sur les déplacements et le plan de suivi COVID-19. Ce plan comporte une analyse de sensibilité destinée à confirmer la nécessité du projet et à vérifier que la solution privilégiée présentera des avantages si la demande future est moins importante que prévu. Les résultats figureront dans la déclaration d'impact environnemental finale.

Les données de circulation montrent une dégringolade du volume de trafic en avril 2020, après la promulgation des ordres de confinement dans tout le Maryland. Sur la I-2070 et la I-495, le volume de trafic quotidien avait chuté de plus de 50 % par rapport à avril 2019. Avec le déploiement des vaccins au début de 2021, la baisse du nombre de cas de COVID-19 qui a suivi et la réouverture progressive des écoles et des entreprises, le volume de trafic a continué à s'améliorer. En août 2021, il était à 90 % de la normale. L'usage des transports en commun a été lent à reprendre, les services de l'administration de transport en commun du département des transports de l'État du Maryland (MDOT-MTA, *Maryland Department of Transportation Maryland Transit Administration*) connaissent toujours, en date du mois d'août 2021 et selon les chiffres affichés sur le site de surveillance du coronavirus du MDOT, une baisse d'environ 50 % par rapport aux niveaux d'avant la pandémie.

L'analyse sur les déplacements et le plan de suivi COVID-19 continueront à évaluer les tendances en transport et confirment que les augmentations de capacité, proposées dans le cadre de la solution privilégiée, seraient nécessaires et efficaces si la demande future devait changer considérablement par rapport aux prévisions antérieures à la pandémie. La MDOT SHA doit veiller à ce que les améliorations d'infrastructure de transport répondent non seulement aux besoins actuels de notre État, mais à ceux des 25 prochaines années au moins. Comme les tendances à long terme relatives aux déplacements sont loin de s'être stabilisées et que les données les plus récentes suggèrent que le trafic atteint presque les niveaux d'avant la pandémie, les prévisions du SDEIS continuent d'appliquer les modèles développés et étalonnés avant 2020 pour évaluer, dans ce document, les conditions projetées pour 2045. Cela dit, la MDOT SHA continuera d'étudier les nouvelles données au fur et à mesure qu'elles seront disponibles. L'analyse de sensibilité qui, à cause des changements à long terme en matière de télétravail, de commerce électronique et de l'usage des transports en commun, évalue plusieurs scénarios prospectifs sur la demande de trafic future, dans le cadre de l'analyse sur les déplacements et le plan de suivi COVID-19 (**annexe B** du **SDEIS**), est en cours.

Se reporter à la **section 3.1.4** du **chapitre 3** et à l'**annexe B** du **SDEIS** pour de lus amples détails sur les effets de l'épidémie de COVID-19 sur l'étude. Les résultats figureront dans la déclaration d'impact environnemental finale.

00005486

## Projet de déclaration d'impact environnemental supplémentaire

### Quelle est la différence entre le projet de déclaration d'impact environnemental supplémentaire et la déclaration d'impact environnemental finale?

Le présent SDEIS a été préparé pour tenir compte d'informations nouvelles relatives à la solution privilégiée, la solution 9 – Phase 1 sud. La FHWA et la MDOT SHA ont retenu la solution 9 Phase 1 sud comme solution privilégiée.

Ce SDEIS s'ajoute au DEIS publié le 10 juillet 2020. Il se limite à présenter de l'information nouvelle tout en se reportant au DEIS pour l'information toujours valable. La documentation détaillée sur les conditions existantes, les méthodologies, les effets des solutions de construction proposées par le DEIS et les mesures d'atténuation conceptuelles, s'il y a lieu, figure dans les rapports techniques annexés au DEIS (**annexes A à S**) et peut être consultée sur le site Web du programme ([https://495-270-p3.com/deis/#DEIS](https://495-270-p3.com/deis/#DEIS)).

Le SDEIS présente la solution privilégiée, les effets permanents et temporaires associés à celle-ci l'analyse de trafic. La solution privilégiée retenue, la coordination avec les organismes de ressources sur les mesures d'évitement, de réduction et d'atténuation conceptuelles s'est poursuivie. Le SDEIS précise les efforts déployés, depuis la publication du DEIS en juillet 2020 et jusqu'à l'été 2021, sur les mesures d'évitement, de réduction et d'atténuation conceptuelles. Les mesures d'atténuation et les engagements finaux figureront dans le compte rendu de décision.

Le SDEIS est mis à la disposition du public pour que les citoyens intéressés, les élus, les organismes gouvernementaux, les entreprises et d'autres parties prenantes puissent consulter et commenter la solution privilégiée sur une période de 45 jours et lors d'une audition publique virtuelle le 1ᵉʳ novembre 2021 (consulter [oplanesmd.com/SDEIS](oplanesmd.com/SDEIS) pour connaître toutes les dernières informations sur l'audition publique virtuelle).

Une fois que le SDEIS aura été mis en circulation, qu'il aura été consulté et que les commentaires reçus auront été analysés, une déclaration d'impact environnemental finale sera rédigée.   Elle s'attachera à rendre compte de toute analyse et de tout raffinement additionnels des données et à répondre aux commentaires de fonds reçus à propos du DEIS et du SDEIS. Les analyses additionnelles ou finales suivantes seront présentées dans la déclaration d'impact environnemental finale:

- Évaluation finale des impacts visuels de la solution privilégiée, comportant les dessins techniques et les mesures d'atténuation finales.
- Analyse finale de la qualité de l'air de la solution privilégiée, y compris pour le monoxyde carbone, les polluants atmosphériques toxiques, les émissions de gaz à effet de serre et les effets des travaux de construction sur la qualité de l'air.
- Évaluation finale de l'article 4(f) accompagnée de l'analyse finale du moindre dommage global.
- Analyse finale de justice environnementale (EJ) tenant compte des mesures d'atténuation, comparant les effets de la solution privilégiée au sein des populations touchées par la justice environnementale à ceux d'une communauté de référence ne comportant pas de populations touchées par la justice environnementale et offrant une conclusion finale quant à l'existence d'effets disproportionnés et négatifs.
- Ensemble final des mesures d'atténuation comprenant toutes les mesures finales destinées à atténuer les effets inévitables de la solution sur toutes les ressources recensées lors de la coordination avec les organismes gouvernementaux.

00005487