- Exposé final des conclusions relatives aux zones humides et aux terres inondables présentant les mesures d'atténuation définitives adoptées pour contrer les effets de la solution sur les zones humides et les plaines inondables des biens du Service des parcs nationaux.
- Demande conjointe finale fédérale/étatique et documents à l'appui pour la modification de toute terre inondable, voie navigable, zone humide avec marée ou sans marée.

## Quel est le format du SDEIS?

Le format du SDEIS reprend celui du DEIS du 10 juillet 2020 et comporte 10 chapitres.

- Le **chapitre 1** présente l'objet et la nécessité de l'étude, inchangés depuis le DEIS, mais répétés pour la commodité du lecteur. Ce chapitre est étayé par l'énoncé de l'objet et de la nécessité de l'étude (**DEIS, annexe A,** https://495-270-p3.com/wp-content/uploads/2020/07/DEIS_AppA_PN_web.pdf).
- Le **chapitre 2** présente la solution privilégiée et décrit d'autres éléments communs de la solution privilégiée, tels que les limites de perturbation[1], l'accès aux voies gérées, la gestion des eaux pluviales, les ponceaux, les travaux de construction et leurs effets à court terme, les éléments de transit, les réflexions autour des piétons et des bicyclettes et les péages.
- Le **chapitre 3** présente les résultats des analyses opérationnelles de la circulation effectuées pour la solution sans construction et la solution privilégiée pour 2045. Il explique également comment l'analyse de trafic tient compte des effets de la pandémie, de même que les répercussions de celle-ci sur les réseaux routiers locaux. Ce chapitre est étayé par l'aide-mémoire d'évaluation de la circulation de la solution 9 – Phase 1 sud (*Traffic Evaluation Memorandum – Alternative 9 : Phase 1 South*) de l'**annexe A du SDEIS**.
- Le **chapitre 4** décrit les effets permanents et temporaires prévus associés à la solution privilégiée. Il propose également une mise à jour, s'il y a lieu, des mesures visant à éviter, réduire et atténuer les effets environnementaux potentiels sur ces ressources. Les mesures d'atténuation finales figureront dans la déclaration d'impact environnemental finale.
- Le **chapitre 5** présente un résumé du projet d'évaluation actualisé de l'article 4(f), qui traite des possibles usages et mesures d'atténuation relatifs à l'article 4(f), associés à la solution privilégiée, sur les parcs publics, les zones de loisirs et les propriétés historiques importantes, conformément à l'article 4(f) de la loi de 1966 du ministère américain des Transports (USDOT). Ce chapitre est un complément du projet d'évaluation de l'article 4(f) (**DEIS, annexe F,** https://495-270-p3.com/wp-content/uploads/2020/07/DEIS_AppF_Draft-Section-4f-Eval_web.pdf).
- Le **chapitre 6** indique que le 20 janvier 2021, *le décret présidentiel 13807 : Établir la discipline et la responsabilité dans le processus d'examen environnemental et de délivrance de permis pour les projets d'infrastructure a été révoqué par le décret présidentiel 13990 : Protéger la santé publique et l'environnement et restaurer la science pour lutter contre la crise climatique.*
- Le **chapitre 7** présente un résumé des activités de sensibilisation du public et de coordination des organismes réalisées pour l'étude depuis la publication du DEIS de juillet 2021 jusqu'à l'été 2021.
- Le **chapitre 8** présente la liste des préparateurs du SDEIS.

---

[1] Les limites de perturbation désignent les limites proposées à l'intérieur desquelles se déroulent toutes les activités de construction, d'échafaudage, d'entreposage des matériaux, de nivellement, de déblaiement, de contrôle de l'érosion et des sédiments, d'aménagement paysager, de drainage, de gestion des eaux pluviales, de remplacement/construction des écrans antibruit et autres activités connexes.

00005488

- Le **chapitre 9** présente la liste de distribution des organismes, des organisations et des personnes qui ont eu accès au SDEIS pour examen et commentaires, de même que des détails sur la diffusion publique du SDEIS.
- Le **chapitre 10** recense les références du SDEIS.

Le SDEIS se concentre sur les informations nouvelles liées à la solution privilégiée. Le projet de déclaration d'impact environnemental supplémentaire et les annexes qui l'étayent sont consultables sur le site Web du programme : oplanesmd.com/SDEIS. Le SDEIS ne répétera pas l'information qui n'aura pas changé et qui figure dans le DEIS de juillet 2020, mais le DEIS et les analyses techniques qui l'étayent peuvent être consultés et utilisés à des fins de référence à : https://495-270-p3.com/deis/.

## Comment faire part de ses commentaires sur le SDEIS?

La FHWA et le MDOT SHA invitent les élus intéressés, les gouvernements des États et les collectivités locales, les autres agences fédérales, les gouvernements tribaux d'Autochtones d'Amérique, les organisations et les membres du public à faire part de leurs commentaires sur le SDEIS. Le SDEIS pour l'étude et les rapports techniques peut être consulté sur le site Web du projet : oplanesmd.com/SDEIS et téléchargé.

La période de consultation publique débute le 1er octobre 2021 et se poursuivra jusqu'au 15 novembre 2021. La même importance sera accordée aux commentaires écrits et oraux. La MDOT SHA et la FHWA étudieront tous les commentaires formulés et tiendront compte et répondront aux commentaires de fond reçus ou postés avant cette date dans la préparation de la déclaration d'impact environnemental finale. Les commentaires reçus ou postés après cette date seront examinés et pris en compte dans la mesure du possible. Une audition publique virtuelle aura lieu le 1er novembre 2021. Consulter le site oplanesmd.com/SDEIS pour obtenir les dernières informations sur les dates et les lieux des auditions publiques.

Les commentaires sur la SDEIS peuvent être formulés par:

- Témoignage oral lors de l'audition publique virtuelle, le 1er novembre 2021.
- Le formulaire de commentaires du SDEIS est disponible sur oplanesmd.com/SDEIS
- Email à MLS-NEPA-P3@mdot.maryland.gov
- Lettres à Jeff Folden, directeur adjoint du programme I-495 & I-270 P3, Bureau I-495 & I-270 P3, 707 North Calvert Street, Mail Stop P-601, Baltimore MD 21202
- Téléphone au 855-432-1483 en laissant un message vocal limité à trois minutes

# Alternatives

## Quelle est la solution privilégiée?

En se basant sur les résultats des analyses de circulation, d'ingénierie, financières et environnementales, de même que sur les commentaires du public, la MDOT SHA a annoncé, en janvier 2021, qu'elle privilégiait la solution 9. Après plusieurs mois de coordination suivie avec les agences et les parties prenantes et la prise en compte de leurs avis au sujet de la solution 9 comme solution privilégiée recommandée, la MDOT SHA a décidé, par souci de cohérence, d'aligner l'étude, qui ne se concentrait que sur la Phase 1 sud, sur l'approche par étapes précédemment établie pour la réalisation des travaux et l'octroi des permis. À la suite de quoi, la FHWA et la MODT SHA ont retenu une nouvelle solution privilégiée recommandée: la solution 9 – Phase 1 sud. La solution 9 – Phase 1 sud comporte les mêmes travaux d'amélioration proposés

00005489

dans le cadre de la solution 9, mais uniquement circonscrits aux limites de la Phase 1 sud (**Figure ES-1**). Cette solution privilégiée a été retenue après une coordination des organismes de ressources, du public et des parties prenantes réalisée pour répondre directement aux commentaires émis sur le DEIS et aligner l'approbation du processus de la NEPA sur l'approche planifiée par étapes de la réalisation des travaux et de l'octroi de permis. La FHWA et les agences coopérantes[2] ont convenu, en juin 2021, que la solution 9 – Phase 1 sud était la solution privilégiée.

Cette solution privilégiée comprend un réseau géré à deux voies à péage pour véhicules à haut taux d'occupation (HOT) sur la I-495 et la I-270 uniquement dans les limites de la Phase 1 sud(**Figure ES-2**). Sur la I-495, la solution privilégiée consiste à ajouter deux nouvelles voies gérées à péage pour véhicules à haut taux d'occupation dans chacune des directions, du pont George Washington Memorial Parkway à l'est de la MD 187. Sur la I-270, la solution privilégiée consiste à convertir la voie réservée aux véhicules à taux d'occupation élevée dans chacune des directions en une voie gérée à péage réservée aux véhicules à haut taux d'occupation et à en ajouter une autre dans chaque direction sur la I-270, de la I-495 jusqu'au nord de la I-370, et sur les embranchements est et ouest de la I-270. Pour l'instant, aucune action ou amélioration n'est prévue sur la I-495 à l'est de l'embranchement est de la I-270 vers la MD5. Dans le cadre des améliorations proposées, les voies de collecte et de distribution, le long de la I-270, de MontRose Road à la I-370, seraient supprimées. Les voies gérées seraient séparées des voies à usage générales au moyen de cônes de signalisation placés dans une zone tampon de quatre pieds (1,22 m). Les autobus urbains et les VOM 3+ seraient autorisés à circuler gratuitement sur les voies gérées.

---

[2] La NCPC (*National Capital Planning Commission*, Commission de planification de la capitale nationale) et la M-NCPPC (*Maryland-National Capital Park and Planning Commission*, Commission de planification et de parc de la capitale nationale-Maryland), n'ont pas souscrit à la solution privilégiée.

00005490

### Figure ES-1: Alternative 9 – Sections types de la Phase 1 sud (voies gérées par HOT indiquées en jaune)



**I-495 from the George Washington Memorial Parkway to east of MD 187**

Approx. 194' - 198'

**I-495: American Legion Bridge (Looking north towards Maryland)**

Exit and entrance lanes provide access to the High-Occupancy Toll Lanes from the George Washington Memorial Parkway

High-Occupancy Toll Lanes with free transit and carpools of three or more

Possible location for shared-use path on ALB

**I-495 east of MD 187 to west of MD 5 - NO ACTION AT THIS TIME**

Approx. 138' - 146'

**I-270 from I-495 to I-370**

Approx. 218' - 222'

## Quelles sont les composantes du transport en commun incluses dans la solution privilégiée?

Bien qu'il ait été jugé que les solutions de transport en commun autonomes ne répondaient pas à l'objet et à la nécessité de l'étude, la solution privilégiée comprend des éléments de transport public correspondant à l'objet du projet, soit l'amélioration de la mobilité et de la connectivité multimodales, actuelles et anticipées. (Se reporter à la **section 2.3.7** du **Chapitre 2** pour de plus amples détails sur les éléments de transport en commun de la solution privilégiée.) Pour tenir compte de cet aspect essentiel et répondre aux commentaires reçus jusqu'à présent du public et des organismes, la MDOT-SHA a envisagé certains scénarios pour améliorer la mobilité et la connectivité du transport en commun dans le cadre de la solution privilégiée:

- Permettre aux autobus de transport public l'usage gratuit des voies à péage gérées réservées aux véhicules à haut taux d'occupation afin d'augmenter la rapidité des déplacements, garantir des déplacements fiables et rejoindre les services ou systèmes d'autobus locaux sur les artères directement reliées aux centres d'activité et aux centres économiques urbains et de banlieue.
- Permettre des correspondances directes et indirectes à partir des voies à péage gérées réservées aux véhicules à taux d'occupation élevée jusqu'aux stations de transport en commun existantes et aux projets de développement orientés vers le transport en commun, au Shady Grove Metro (I- 370), au Twinbrook Metro (Wootton Parkway), au Montgomery Mall Transit Center (Westlake Terrace) et au Medical Center Metro (MD 187).

00005491

- La solution privilégiée comporte des engagements relatifs à l'amélioration du transport public régional, lesquels visent à renforcer le transport en commun existant et planifié et à promouvoir de nouvelles solutions pour le transport public régional.
  - ○ Construction de nouvelles zones d'arrêt d'autobus à la station de Métrorail WMATA Shady Grove
  - ○ Capacité de stationnement augmenté au parc-relais du centre d'achats de Westfield Montgomery

Le groupe de travail sur les transports en commun et l'étude conjointe I-495/American Legion Bridge Transit/Transportation Demand Management (TDM, gestion de la demande en transport) du *Virginia Department of Trail and Public Transit* (Département des transports ferroviaires et publics de l'État de Virginie) et du *Maryland Department of Transportation Maryland Transit Administration* ont également tenu compte des éléments de transport public. Chacune de ces initiatives a donné lieu à un rapport.

Le *rapport sur la coordination des services de transport en commun* réalisé en collaboration avec le groupe de travail sur le transport public a été mis à la disposition du public en juin 2020 sur le site du Programme P3 (https://495-270-p3.com/transit-benefits/) pour informer les comtés et les fournisseurs de services de transport publics concernés des possibilités intéressantes que les voies gérées de transport en commun offrent. Celles-ci permettent, par exemple, d'établir des stratégies visant à tirer pleinement parti des avantages de la fiabilité et de la vitesse; de servir de fondement à l'évaluation et à la priorisation des besoins futurs en matière d'exploitation et d'immobilisations dans la zone de service; et de lancer des discussions sur les moyens d'intégrer les services de transport en commun régionaux au programme P3.

Le rapport final et le plan I-495/ALB Transit/TDM ont été terminés en mars 2021 et publiés en ligne http://www.drpt.virginia.gov/media/3375/i495_alb_transittdm_study_finalreport_030521_combined.pdf. Il comporte une série de formules d'investissement possibles pour fournir de nouveaux choix de mobilité pour les déplacements entre deux États. Chaque formule combinait des éléments de service de transport en commun, des améliorations technologiques, des programmes d'aide aux usagers et des besoins en places de stationnement. Elles proposaient des options pour faire traverser l'American Legion Bridge (ALB) à plus de personnes dans moins de véhicules.

## Quels autres engagements ont été pris à l'égard du transport en commun dans le cadre de l'accord P3?

Le 11 août 2021, conformément à la loi de l'État du Maryland, Le MDOT et la MDTA ont demandé au Conseil des travaux publics d'octroyer l'accord P3 pour la Phase 1 au proposant sélectionné pour les travaux de développement préliminaires liés à la Phase 1 sud du programme P3. Dans le cadre de sa proposition, le promoteur de phase s'est engagé à injecter un montant estimatif de 300 millions de dollars dans les services de transport en commun dans le comté de Montgomery, au cours du mandat d'exploitation de la Phase 1.

Pour stimuler davantage les services de transport public, le MDOT s'est engagé, à la clôture financière de la section P3 de l'accord pour la Phase 1 sud, à débloquer pas moins de 60 millions de dollars destinés, d'une part, à la conception et à l'octroi de permis d'investissements en transport hautement prioritaires dans le comté de Montgomery, tel que la Phase 1 de la voie rapide de transport en commun des villes du corridor, un service d'autobus express pour le corridor de la MD 355 ou d'autres projets à priorité élevée et, d'autre part, à la construction et à l'équipement d'installations pour l'exploitation et l'entretien des autobus de Metropolitan Grove.

00005492

## Le remplacement de l'American Legion Bridge fait-il partie de l'étude sur les voies gérées?

Oui, la solution privilégiée comprend le remplacement total de l'American Legion Bridge par un nouveau pont, plus large (sans élargir le pont actuel) pour permettre deux voies de péage réservées aux véhicules à haut taux d'occupation dans chaque direction. Le pont actuel a près de 60 ans et devra être remplacé au cours des dix prochaines, indépendamment de l'étude. La construction du nouveau pont s'effectuerait par étapes afin de toujours conserver le même nombre de voies durant les travaux. Le nouveau pont s'érigera au même endroit que le pont actuel.

L'American Lion Bridge reconstruit comportera une voie cyclopiétonne pour relier la Virginie au Maryland. Se reporter à la **section 2.3.8** du **chapitre 2** du **SDEIS** pour les options de voies à usage partagé envisagées.

## La solution privilégiée tient-elle compte de la gestion des eaux pluviales?

Oui, une analyse préliminaire et conceptuelle de la gestion des eaux pluviales a été préparée pour la solution privilégiée et a servi à fixer la limite de perturbation. (Se reporter à la **section 2.3.8** du **chapitre 2** du présent document pour de plus amples détails.) En vertu de la loi de 2007 de l'État du Maryland sur la gestion des eaux pluviales, le MDOT SHA garantit le respect des exigences relatives à la quantité et la qualité de l'eau de la gestion des eaux pluviales, veille à ce que celles-ci soient traitées et améliore les conditions actuelles, comme le prescrit le SWM Act.

Dans le cas de la solution privilégiée, l'exigence relative à la gestion de la quantité d'eau sera satisfaite pour chacun des segments de drainage, à l'exclusion de celui de l'American Legion Bridge. En se basant sur les pratiques courantes, une exemption sur la quantité pourrait être octroyée pour l'ALB en raison des déversements directs dans le fleuve Potomac, une voie navigable majeure.

En ce qui a trait aux exigences en matière de qualité de l'eau, la solution privilégiée satisfera, dans toute la mesure du possible, aux critères de conception environnementale du site sur le site. Cependant, en raison de la quantité de surface imperméable nécessitant un traitement et des contraintes du site, le montant total exigé pour la qualité de l'eau n'a pu être atteint dans tous les segments de drainage. Le déficit des segments de drainage pour lesquels les critères de qualité de l'eau n'ont pu être satisfaits sur le site sera comblé à l'aide de solutions compensatoires de gestion des eaux pluviales dans le même bassin versant, défini à la section 5.5 des *Sediment and Stormwater Guidelines and Procedures* (SSGP, procédures et directives relatives aux sédiments et aux eaux pluviales) de la MDOT SHA. À partir des résultats d'une analyse hors site sur les solutions compensatoires de gestion des eaux pluviales, de nombreux sites potentiels d'eau de qualité ont été répertoriés, lesquels répondent aux besoins de traitement de la surface imperméable, que la solution privilégiée exige, voire les dépasse. (Se reporter à la **section 2.3.2** du **chapitre 2** et à l'**annexe C** du **SDEIS** pour de plus amples détails sur les solutions compensatoires de gestion des eaux pluviales.)

## Qu'en est-il des améliorations étudiées pour la I-495, à l'est de l'embranchement est de I-270 vers la MD5?

Bien que la solution privilégiée, dans le cadre de l'étude, ne prévoie pas améliorer les autres parties de la I-495, il sera peut-être nécessaire dans l'avenir d'apporter des améliorations au reste du système des autoroutes inter-États. De telles améliorations seraient effectuées séparément et feraient l'objet d'études environnementales, d'analyses supplémentaires et d'un travail de collaboration additionnel avec le public, les parties concernées et les organismes locaux.

00005493

## Péage

### Pourquoi les nouvelles voies doivent-elles être à péage et pourquoi l'État a-t-il besoin de recourir à un promoteur pour les construire?

L'État du Maryland ne dispose pas des fonds nécessaires pour effectuer des travaux d'amélioration de cette ampleur, dont le coût estimé, pour la Phase 1 sud, s'élève entre 3 et 3,5 milliards de dollars. En outre, même avec les péages pour rembourser les prêts, l'État n'a pas la capacité de déposer des garanties suffisantes pour contracter des prêts afin de couvrir les travaux d'amélioration. L'État a donc, à la conclusion d'un processus concurrentiel, sélectionné un promoteur et a conclu un accord de PPP en vertu duquel le promoteur concevra, construira, financera, exploitera et entretiendra les voies gérées pendant une certaine période, en utilisant les recettes du péage. La MDOT SHA demeure propriétaire de toutes les voies de la I-495 et de la I-270 et veille à ce que l'autoroute remplisse la fonction de transport pour laquelle elle a été prévue.

### Comment les tarifs de péage seront-ils établis?

Le processus d'établissement de la fourchette des tarifs de péage est piloté par la MDTA (*Maryland Transportation Authority*, Autorité des transports du Maryland), le seul organe de l'État ayant le pouvoir d'établir, de réviser et de fixer les tarifs de péage en vertu de l'Annotated Code of Maryland (Code annoté du Maryland), article sur les transports, §4-312 et du COMAR du Département des transports, Titre 11, sous-titre 07 MDTA, chapitre 5, *Public Notice of Toll Schedule Revisions* (Avis public concernant les modifications apportées à la grille tarifaire) (11.07.05). Elle est chargée de fixer les fourchettes de tarifs de péage et de mener les opérations de perception des péages dans les limites de la Phase 1 sud.

Le processus d'établissement des fourchettes de tarifs de péage s'articule sur une proposition du personnel de la MDTA visant à établir des tarifs minimums, des tarifs maximums, des tarifs intermédiaires entre les fourchettes de tarifs minimums et maximums et des réductions de péage pour certains types de véhicules.

La procédure pour la tenue d'auditions publiques et l'enregistrement des commentaires du public est précisée à l'article sur les transports, §4-312, de l'Annotated Code of Maryland. La proposition initiale a été présentée au conseil d'administration de la MDTA le 20 mai 2021. Conformément à la procédure, le conseil a voté pour que la proposition de péage fasse l'objet d'auditions publiques et d'une période de consultation publique, garantissant ainsi que le public participe au processus d'établissement des fourchettes de tarifs de péage et se conformant à la loi de l'État en offrant au public la possibilité de consulter et commenter la proposition.

Des auditions publiques se sont déroulées le 12 et le 14 juin 2021 et tous les documents s'y rapportant, dont l'information et les études utilisées dans cette analyse étayant la proposition de fourchettes de tarifs de péage, ont été publiés sur le site de la MDTA et peuvent être toujours consultés à https://mdta.maryland.gov/ALB270TollSetting. La période de consultation s'est déroulée du 20 mai au 12 août 2021. À la réunion du conseil d'administration de la MDTA du 26 août 2021, le personnel du MDTA a présenté un résumé et une analyse des commentaires reçus lors des auditions publiques. Il a également répondu aux questions des membres du conseil. Un résumé des commentaires reçus et l'analyse de ceux-ci peuvent être consultés sur la page Web de la MDTA à mdta.maryland.gov/ALB270TollSetting/PublicParticipation.

Après avoir tenu compte des commentaires du public, le personnel de la MDTA a présenté la version finale de sa proposition de fourchettes de tarifs de péage au conseil d'administration de la MDTA le 30 septembre 2021. Ces fourchettes de tarifs de péage sont recommandées par le conseil

00005494

d'administration et peuvent être consultées sur le site de la MDTA à mdta.maryland.gov/ALB270TollSetting.

## Quels seraient les tarifs de péage?

Plutôt que de ne s'intéresser qu'aux revenus, la solution privilégiée sera conçue de manière à maintenir la vitesse à au moins 45 miles à l'heure (70 km/h) dans les voies à péage réservées aux véhicules à haut taux d'occupation. Le but de ces voies est de préserver le libre circulation et d'utiliser des facteurs de fixation des prix pour influencer le courant de circulation. Par conséquent la fourchette des tarifs de péage sera établie de façon à garantir que ces voies fonctionnent dans le cadre de mesures opérationnelles fixes en appliquant les principes économiques de l'offre et de la demande pour influencer l'usage des voies à péage réservées aux véhicules à haut taux d'occupation. Il incombera au promoteur de la section de la Phase 1 d'établir les tarifs de péage selon les fourchettes de tarifs établies, si celles-ci sont approuvées à la fin du processus d'établissement des fourchettes de tarifs de péage.

Les fourchettes de tarifs de péage proposées dans les limites de la solution privilégiée – Phase 1 sud peuvent être consultées sur le site de la MDTE à http://mdta.maryland.gov/ALB270TollSetting/TollRateRangeSettingProcessandProposal. Elles comportent des tarifs minimums, des tarifs intermédiaires et des tarifs maximums pour les voies à péage réservées aux véhicules à haut taux d'occupation. Ces tarifs tiendront compte des facteurs d'indexation annuels de façon à ce que les fourchettes de tarifs de péage couvrent la pleine durée des accords du programme P3 (qui devrait être de 50 ans). Les tarifs de péage seront dynamiques, c'est-à-dire qu'ils pourront changer toutes les cinq minutes en fonction du volume ou de la vitesse de la circulation dans les voies à péage réservées aux véhicules à haut taux d'occupation pour offrir aux clients qui les choisissent et acquittent un droit de péage, un déplacement plus rapide et fiable. Les tarifs de péage effectifs changeront en fonction de la circulation en temps réel dans chacun des segments.

## Transport et circulation

### Laquelle des analyses de circulation a été actualisée pour le SDEIS?

L'année de projection de l'analyse de trafic a été actualisée, de 2040 à 2045 pour la solution sans construction et la solution privilégiée, à l'aide des prévisions du volume de trafic d'une version mise à jour, la version 2.3.75) du modèle prévisionnel régional du MWCOG (*Metropolitan Washington Council of Governments*, Conseil métropolitain de Washington des gouvernements). Le DEIS s'était servi d'une version antérieure du modèle du MWCOG, la version 2.3.71, qui était, au moment de l'étude, la plus récente et la seule qui projetait la demande de trafic pour 2040.

En vue des futures conditions de circulation, la solution privilégiée a été évaluée et comparée à la condition sans construction à l'aide des prévisions mises à jour pour 2045 de plusieurs indicateurs opérationnels clés : vitesse, retard, niveau de service, débit et effets sur le réseau local. Ces indicateurs sont les mêmes que ceux utilisés dans le DEIS pour l'évaluation et la comparaison des solutions. Se reporter au **chapitre 3** du présent **SDEIS** et à l'**annexe A** du **SDEIS** pour de plus amples détails.

Le **chapitre 3** du **SDEIS** explique également comment la MDOT SHA prend en compte les effets de la pandémie de COVID-19 sur la demande et les prévisions de trafic. Se reporter à la **section 2.3.7** du **chapitre 3** et à l'**annexe B** du **SDEIS** pour de plus amples détails.

00005495



## Quels sont les résultats des analyses opérationnelles des données de circulation?

Les résultats de l'évaluation opérationnelle des données de circulation pour l'année 2045 pour la solution sans construction et la solution privilégiée sont résumés ci-dessous et présentés au **chapitre 3** du présent **SDEIS** et à l'**annexe A** du **SDEIS**.

La solution sans construction ne résoudrait aucun des problèmes opérationnels rencontrés dans les conditions actuelles. Elle ne pourrait pas faire face à une croissance du trafic à long terme, ce qui se traduirait par des vitesses de déplacement lentes, des retards importants, de longs temps de parcours et un réseau peu fiable.  Par rapport aux résultats de la solution sans construction 2040 présentés dans le DEIS, les résultats de la solution sans construction 2045 révèlent des délais et des temps de déplacement plus longs sur la I-495 et la I-270 en raison d'une croissance additionnelle anticipée de la circulation entre 2040 et 2045. Cette croissance de la circulation est attendue malgré les projets de transport en commun supplémentaires inclus dans les prévisions pour 2045 qui contribuent à réduire légèrement les retards prévus sur le réseau routier local environnant.

La **solution privilégiée** devrait offrir des avantages opérationnels tangibles au système, même si elle ne comporte aucune action ou amélioration pour éviter ou réduire les effets environnementaux dans une grande partie de la zone d'étude. Cette solution augmenterait considérablement le débit de circulation sur l'American Legion Bridge et sur la section sud de la I-270 tout en réduisant les encombrements.  Elle augmenterait également la vitesse, améliorerait la fiabilité et réduirait les temps de déplacement et les retards le long de la plus grande partie de la I-495, de la I-270 et du réseau routier environnant par rapport à la solution sans construction. Bien que la solution privilégiée n'améliore pas autant les opérations de circulation que les solutions de construction, lesquelles comprenaient l'ensemble des limites de l'étude de 48 miles (77 km) évaluées dans le DEIS (telles les solutions 9 et 10), elle a été retenue en partie à cause des avis du public et des parties prenantes, lesquels ont indiqué une forte préférence pour l'élimination des effets sur les biens et l'environnement de la partie supérieure et du côté est de la I-495. En 2045, l'année de conception, des embouteillages auraient lieu durant les heures de pointe de l'après-midi sur la I-270 en direction nord et sur la boucle intérieure de la I-495 en raison des goulots d'étranglement en aval, à l'extérieur des limites de la solution privilégiée.

La déclaration d'impact environnemental finale et l'autorisation des points d'accès sur les autoroutes inter-États, une autorisation de la FHWA destinée à assurer la sécurité, l'exploitation et l'acceptabilité technique du réseau des autoroutes inter-États, comporteront une évaluation plus poussée de la ligne principale et des répercussions opérationnelles localisées de la solution privilégiée.  Les possibilités d'améliorer la sécurité et l'exploitation seront évaluées dans le cadre de la solution retenue après les conclusions du processus de la NEPA (*National Environment Policy Act*, loi nationale sur la politique de l'environnement) et lors de la conception finale.

Dans l'ensemble, la solution privilégiée offre des avantages opérationnels tangibles nettement plus intéressants que ceux de la solution sans construction.

## Ressources environnementales, conséquences et mesures d'atténuation

### Quels sont les effets de la solution privilégiée sur les ressources environnementales?

Les conséquences environnementales décrites au **chapitre 4** sont celles de la solution privilégiée. Depuis le DEIS, la conception de la solution privilégiée a progressé. Les effets permanents ou à long terme et ceux

00005496



Projet de déclaration d'impact environnemental supplémentaire

temporaires ou à court terme liés aux travaux de construction sont quantifiés et présentés dans le SDEIS. Le **tableau ES-1** résumé des effets environnementaux de la solution privilégiée est présenté au.

### Tableau ES-1 : Résumé des effets quantifiables de la solution privilégiée

| Ressource | Permanents[1] | Temporaires[1] | Total[1] |
|---|---|---|---|
| Effets potentiels totaux sur les parcs (acres) | 21,0 | 15,1 | **36,1** |
| Total des droits de passages[2] requis (acres) | 97,2 | 18,7 | **115,9** |
| Nombre de biens directement touchés (chiffre) | - | - | **501** |
| Nombre de déménagements résidentiels (chiffre) | - | - | **0** |
| Nombre de délocalisations d'entreprises (chiffre) | - | - | **0** |
| Nombre de propriétés historiques avec des effets négatifs[3] (chiffre) | - | - | **11** |
| Zones sensibles au bruit affectées (chiffre) | - | - | **49** |
| Sites de produits dangereux préoccupants (chiffre) | - | - | **255** |
| Zones humides d'intérêt particulier pour l'État (acres) | 0 | 0 | **0** |
| Zones humides[4] (acres) | 3,7 | 0,6 | **4,3** |
| Zone humide tampon de 25 pieds (7,6 m)[4] (acres) | 6,5 | 0,6 | **7,1** |
| Voies navigables[4] (pieds carrés) | 673 757 | 343 945 | **1 017 702** |
| Voies navigables[4] (pieds linéaires) | 43 852 | 2 701 | **46 553** |
| Bassins versants de niveau II (acres) | 0 | 0 | **0** |
| Zone de crue centennale (acres) | 33,7 | 15,1 | **48,8** |
| Canopée forestière (acres) | 479,6 | 20,3[5] | **500,1** |
| Habitat d'espèces rares, menacées et en voie de disparition (acres) | 33,4 | 23,0 | **56,4** |
| Zone d'examen des projets sur les espèces sensibles (acres) | 24,5 | 20,0 | **44,5** |
| Zones uniques et sensibles (acres) | 139,2 | 29,4 | **168,5** |

Remarques : Les effets figurant dans ce tableau concernent les améliorations apportées à la ligne principale de la solution privilégiée. Tous les effets associés aux solutions compensatoires de la gestion des eaux pluviales sont préliminaires et présentés à l'annexe C du SDEIS.

[1] Toutes les valeurs sont arrondies au dixième.

[2] Le droit de passage est basé sur une recherche dans les registres de l'État et complété par le droit de passage du comté, si nécessaire.

[3] Se reporter à la section 4.7 du chapitre 4 pour de plus amples détails sur les effets sur les propriétés historiques.

[4] Se reporter à la **section 4.12** du **tableau 4.25** plus de plus amples détails sur les effets sur les zones humides et les voies navigables.

[5] Les effets temporaires sur la canopée forestière désignent des forêts déboisées dans des zones qui ne seront pas acquises ou modifiées de façon permanente par les travaux de construction routière. Ces forêts seront reboisées. Cela évitera ou réduira les effets et le reboisement du corridor sera maximisé, comme l'indiquent les plans de conception finaux.

*Texte en bleu = modifié pour correspondre au tableau 4-1, page 4-3 (2021/11/10)*

## Quelles sont les mesures de prévention et de minimisation des effets sur les ressources environnementales qui ont été envisagées?

Depuis la publication du DEIS, dans le cadre d'un vaste effort de coordination avec les organismes de ressources et de réglementation, le développement de mesures d'évitement et de réduction pour les propriétés historiques, les espaces verts, les zones humides, les zones humides tampons, les forêts et la zone de crue centennale de l'Agence fédérale des situations d'urgence FEMA) a progressé. La solution privilégiée, dont les travaux d'amélioration se situent uniquement à l'intérieur des limites de la Phase 1 sud, préserve plus de 100 acres d'espaces verts et des centaines de caractéristiques des zones humides et des cours d'eau. À ce stade préliminaire de l'étude, les effets associés à la solution privilégiée ont été, autant que possible, évités et réduits, et ce, dans tous les domaines. Par ailleurs, des techniques d'évitement et de réduction ont été spécifiquement affinées pour certaines zones de ressources sensibles ou de valeur récréative tels les parcs du NPS (National Park Service, Service des parcs nationaux) autour de l'American Legion Bridge. Se reporter aux **chapitres 2, 4 et 5** du présent document pour plus de détails. Les efforts déployés pour réduire ou atténuer les effets se poursuivront dans le cadre de la collaboration

00005497



entretenue avec les organismes de ressources et de réglementation concernés. La déclaration d'impact environnemental finale précisera les mesures définitives d'évitement, de réduction et d'atténuation.

## Quelles sont les mesures de réduction, intégrées à la limite de perturbation de la solution privilégiée, adoptées pour la Morningstar Tabernacle No. 88 Moses Hall and Cemetery Property?

En réponse aux commentaires du public, des organismes et des parties prenantes à la publication du DEIS, la MDOT SHA a précisé la limite de perturbation pour la Morningstar Tabernacle No. 88 Moses Hall and Cemetery property. À la fin de l'hiver 2021, les effets sur le Morningstar Cemetery sont passés de 0,3 acres (13,068 pieds carrés ou 1 214,057 m²), comme l'indiquait le DEIS pour la solution 9, à une zone temporaire d'environ 14 pieds carrés (1,30 m²) nécessaire à l'érection d'un écran antibruit à proximité de la propriété. Cette mesure a permis d'éviter de perturber le sol dans le périmètre du cimetière. La mesure de réduction répondait aux commentaires du public et des organismes et a abouti à des modifications apportées à la conception du projet, notamment à la configuration de la bretelle de l'échangeur de la voie-promenade Cabin John Parkway, destinées à réduire les effets sur le cimetière. À l'été 2021, des recherches supplémentaires ont été effectuées pour détecter et cartographier les tombes marquées et les tombes anonymes à l'intérieur et à proximité du Morningstar Cemetery. À la suite des résultats de ces recherches, de nouvelles modifications ont été effectuées et la propriété du cimetière sera maintenant complètement évitée.

## Quelles sont les mesures de réduction, intégrées à la limite de perturbation de la solution privilégiée, adoptées pour les parcs et leurs ressources autour de l'American Legion Bridge?

Les efforts d'évitement et de réduction les plus importants, depuis l'évaluation du projet de l'article 4(f) et le DEIS, ont porté sur l'American Legion Bridge. La MDOT SHA et le NPS se sont rencontrés le 8 décembre 2020 pour discuter de la limite de perturbation de l'American Legion Bridge qui avait été présentée dans le DEIS. Le NPS a demandé que la MDOT SHA réévalue la limite de perturbation afin de limiter les effets, à proximité du pont, sur le territoire du NPS et ses ressources naturelles. La MDOT SHA a formé une « équipe de choc ALB » constituée d'experts locaux et nationaux en conception de ponts, en ressources naturelles et en ressources culturelles, chargée de:

*Développer et évaluer des solutions de rechange pour le remplacement de l'ALB, dans le but d'éviter, dans toute la mesure du possible, des effets et de réduire les impacts sur l'ensemble de la superficie des unités du C&O Canal National Historic Park et de la route panoramique George Washington Memorial Parkway relevant du NPS.*

L'équipe de choc de l'ALB a envisagé des approches de construction afin de déterminer si l'une d'entre elles pouvait davantage réduire la limite de perturbation. Elle a donc réalisé une étude détaillée sur trois m de construction : « top-down » à voussoirs, « top-down » à haubans et par poussage, En outre, après une analyse terrain et un examen de l'information facilement accessible, la MDOT SHA et l'équipe de choc de l'ALB ont estimé que l'accès au site au niveau du fleuve pourrait être consolidé du côté nord du fleuve, le long de la voie-promenade Clara Barton Parkway, éliminant ainsi l'accès au chantier autour du pont à partir des trois autres quadrants et réduisant significativement les effets sur les espaces du NPS. Cela signifie la construction d'une entrée temporaire sur la route d'accès au chantier près de la voie-promenade Clara Barton Parkway dans le quadrant nord-ouest et l'installation d'un pont temporaire enjambant le C&O Canal, de même qu'une route de transport temporaire parallèle au chemin de halage du C&O Canal. Ces efforts se sont traduits par une réduction des effets de 7,8 acres sur la voie-promenade George Washington Memorial Parkway et de 5,3 acres sur le parc historique national Chesapeake & Ohio.

00005498


Se reporter à la **section 4.12.4** du **chapitre 4** pour de plus amples détails sur les travaux de l'équipe de choc ALB.

## Quelles sont les mesures d'atténuation envisagées pour les effets environnementaux inévitables?

Le travail sur les mesures d'atténuation conceptuelles concernant les effets inévitables de la solution privilégiée sur les ressources environnementales avance depuis le DEIS. Le **chapitre 4** présente les mesures d'atténuation conceptuelles par ressource, détaillées plus avant dans le plan de mesures d'atténuation conceptuelles (**annexe Q** du **DEIS**) : zones humides; forêts; espèces rares, menacées et en danger; parcs; ressources culturelles; bruit; air; propriétés; matières dangereuses; topographie, géologie, sols; eaux souterraines; justice environnementale; esthétique visuelle; biote aquatique et zones uniques et sensibles. Au fur et à mesure de l'étude et des commentaires du public, des parties prenantes et des organismes sur le présent SDEIS, d'autres mesures d'atténuation seront mises au point. La déclaration d'impact environnemental finale précisera les mesures d'atténuation finales.

## Qu'est-ce que le projet d'évaluation actualisé de l'article 4(f)?

L'article 4(f) modifié (49 U.S.C. 303(c)) de l'USDOT Act de 1966 stipule que l'USDOT, dont relève la FHWA, ne peut pas approuver l'utilisation de terrains provenant d'un parc public, d'une zone de loisirs, d'un refuge pour la faune ou la sauvagine ou d'un site historique public ou privé, sauf si les conditions suivantes s'appliquent:

- La FHWA détermine qu'il n'existe pas d'alternative réalisable et prudente à l'usage du terrain de la propriété, et l'action dispose d'un plan aussi détaillé que possible pour réduire les dommages à la propriété résultant d'un tel usage (23 CFR §774.3(a)(1) et (2)); ou
- La FHWA détermine que l'usage des biens relatifs à l'article 4(f), y compris toute mesure visant à réduire les dommages commis par le demandeur, aura un effet négligeable sur le bien (23 CFR §774.3(b)).

Depuis la publication du projet d'évaluation de l'article 4(f) et du DEIS en juillet 2020, la solution retenue est la solution 9 – Phase 1 sud, laquelle comporte les mêmes travaux d'amélioration proposés dans le cadre de la solution 9 dans le DEIS et l'évaluation du projet d'évaluation de l'article 4(f), mais uniquement circonscrits aux limites de la Phase 1 sud. Aucune action ou amélioration ne seraient entreprises dans les limites de l'étude à l'extérieur de la Phase 1. Cette décision sur la solution privilégiée préconisait une coordination suivie avec les organismes et les parties prenantes, notamment avec les autorités ayant compétence sur les biens relatifs à l'article 4(f) La solution privilégiée répond aux commentaires reçus demandant d'adopter des mesures d'évitement pour les ressources de l'article 4(f) et cadre l'étude de façon à ce qu'elle corresponde à l'approche par étapes, préalablement établie, de la réalisation des travaux et de l'octroi des permis.

Le **chapitre 5** du présent SDEIS comprend la mise à jour du projet d'évaluation actualisé de l'article 4(f) afin d'offrir de l'information sur la solution privilégiée. L'information contenue dans la mise à jour du projet d'évaluation actualisé de l'article 4(f) alimentera la réflexion de la FHWA sur l'usage que la solution privilégiée fera des biens relatifs à l'article 4(f). Ce chapitre du SDEIS donne des renseignements additionnels et mis à jour sur le projet d'évaluation de l'article 4(f), lequel figurait à l'**annexe F** du **DEIS**. Cette information nouvelle ne remplace pas le projet d'évaluation de l'article 4(f); elle n'en fournit qu'une analyse complémentaire. L'évaluation de l'article 4(f) et ce complément suivent les règlements établis de l'USDOT définis dans les documents suivants : 23 CFR 774, le document d'orientation de 2012 de la FHWA sur l'article 4(f), et 23 U.S.C. 138 and 39 U.S.C. 303.

00005499

## Quels sont les effets de l'article 4(f)?

Un usage de (ou un effet sur) un bien relatif à l'article 4(f) se produit:

i.    lorsqu'un terrain est **incorporé de façon permanente** dans une installation de transport;
ii.   lorsqu'une **occupation temporaire** des sols est défavorable au regard de l'objet de préservation de la loi, selon la définition qu'en donne le critère 23 CFR §774.13(d); ou
iii.  lorsqu'il y a **usage constructif** d'un bien relatif à l'article 4(f), selon la définition qu'en donne le critère 23 CFR §774.15.

La solution privilégiée éviterait de faire usage de 38 biens relatifs à l'article 4(f) totalisant environ 105 acres associés aux solutions de construction du DEIS. La solution privilégiée nécessiterait l'usage d'un total de 39,1 acres de 21 biens relatifs à l'article 4(f) (temporaire et permanent), comparativement aux 146,8 acres de la solution de construction 9 du DEIS..

Se reporter à la **section 5.2** du **chapitre 5** et à l'**annexe F** du **DEIS** pour plus de détails. Les mesures d'atténuation conceptuelles des effets de l'article 4(f) sont définies, mais la coordination avec les autorités ayant compétence sur les biens relatifs à l'article 4(f) se poursuit. L'évaluation finale de l'article 4(f) rendra compte du suivi réalisé, avec les autorités compétentes, de la coordination des effets et des mesures d'atténuation, de même que de la coordination minimale assurée avec les autorités compétentes. L'évaluation finale de l'article 4(f) comportera également l'analyse finale destinée à présenter toutes les mesures possibles, susceptibles de limiter les dommages, de même que l'analyse finale du moindre dommage global.

## Quelles sont les prochaines étapes de l'étude?

La FHWA et la MDOT SHA ont approuvé le SDEIS et l'ont diffusé auprès des organismes fédéraux, des États et locaux, ainsi qu'auprès d'organismes et d'autres parties intéressées pour consultation publique. Une audition publique virtuelle sur le SDEIS aura lieu au cours de la période de consultation de 45 jours; la date limite pour formuler les commentaires est le 15 novembre 2021. Au cours de la période de consultation de 45 jours, le SDEIS peut être consulté dans certains lieux publics situés dans les corridors de l'étude et sur le site Web du programme oplanesmd.com/SDEIS La même attention sera accordée à tous les commentaires sur le SDEIS, qu'ils soient formulés verbalement ou par écrit. Ils peuvent être transmis par:

- Témoignage oral lors de l'audition publique virtuelle, le 1er novembre 2021.
- Le formulaire de commentaires du SDEIS est disponible sur oplanesmd.com/SDEIS
- Email à MLS-NEPA-P3@mdot.maryland .gov
- Lettres à Jeff Folden, directeur adjoint du programme I-495 & I-270 P3, Bureau I-495 & I-270 P3, 707 North Calvert Street, Mail Stop P-601, Baltimore MD 21202
- Téléphone au 855-432-1483 en laissant un message vocal limité à trois minutes

La période de consultation de 45 jours terminée, la MDOT SHA et la FHWA étudieront tous les commentaires formulés et tiendront compte et répondront aux commentaires de fond reçus ou postés avant cette date lors de la rédaction de la déclaration d'impact environnemental finale. Les commentaires reçus ou postés après cette date seront étudiés et pris en compte, dans la mesure du possible. Non seulement la déclaration d'impact environnemental finale répondra aux commentaires de fond reçus sur le DEIS et le SDEIS, mais elle résumera l'information supplémentaire et actualisée, brute et non quantifiée, présentée dans le SDEIS, de même que les mesures d'atténuation. Le compte rendu de décision recensera les engagements pris, à respecter lors de la conception finale et de la construction.

00005500



Projet de déclaration d'impact environnemental supplémentaire

# Programme de partenariat public-privé (P3)

## Qu'est-ce qu'un P3

Un partenariat public-privé (PPP) est un modèle alternatif pour la réalisation d'un projet d'investissement. Un P3 est un partenariat entre le secteur public ou gouvernemental et des entités privées. Le P3 cherche à exploiter l'expertise, l'innovation et le financement du secteur privé afin de fournir une infrastructure publique au profit du propriétaire public et des utilisateurs de l'infrastructure. Les P3 permettent de tirer parti des forces respectives des secteurs public et privé pour réaliser des projets d'infrastructure complexes et de grande envergure de manière rentable et dans les délais impartis. Les fonctions d'un accord de PPP peuvent inclure la conception, la construction, le financement, l'exploitation et l'entretien d'une installation de transport. Les délimitations suivantes sont fournies pour comprendre le processus de la NEPA et celui de l'appel d'offres de la Phase 1.

- Phase 1:  I-495 du sud de l'American Legion Bridge à la I-270 et la I-270 de la I-495 à la I-70. Elles correspondent également à celles de l'accord P3 pour la Phase 1.
- Phase 1 sud: I-495 du sud de l'American Legion Bridge à la I-270 et la I-270 de la I-495 à la I-370. Elles correspondent également à celles de la solution privilégiée par le processus de la NEPA.
- Phase 1 nord: I-270 de la I-370 à la I-70.

## Où en est le processus d'appel d'offres et de l'accord P3 pour la Phase 1?

Le Maryland BPW (Conseil des travaux publics de l'État du Maryland) avait initialement approuvé le nom de « P3 » pour le programme P3 en juin 2019 et l'a réapprouvé en janvier 2020. Ces approbations ont permis à la MDOT SHA d'adopter le processus progressif de PPP et donc de rechercher un promoteur pour concevoir et bâtir la Phase 1 du programme P3. Cette approche par étapes a permis d'entamer le processus de demande de soumissions sans engagement définitif au cours du processus de la NEPA.

Dans le cadre de l'appel d'offres par étapes, le MDOT a suivi le processus de demande de propositions pour rechercher des promoteurs de phase en février 2021. Le MDOT et la MDTA, avec la collaboration des juridictions locales, ont établi une liste de quatre proposants sélectionnés éminemment qualifiés en juillet 2020. Trois de ces quatre sélectionnées ont déposé des propositions pour participer à l'accord par étapes P3 pour la Phase 1 afin de contribuer aux travaux de développement préliminaires et réaliser les travaux de la Phase 1, dont l'I-495 de l'American Legion Bridge à la I-270 et le long de la I-270 de la I-495 à la I-70. En février 2021, la MDOT SHA a sélectionné le proposant le plus à même de réaliser le projet de la manière la plus avantageuse pour l'État.

Le 11 août 2021, conformément à la loi de l'État du Maryland, Le MDOT et la MDTA ont demandé au Conseil des travaux publics d'octroyer l'accord P3 pour la Phase 1 au proposant sélectionné, une société conjointe créée pour le projet, Accelerate Maryland Partners, Inc. (AMP), demande qui leur a été accordée. Elle terminera les travaux de développement préliminaires de la Phase 1 du programme P3.

Conformément aux conditions de l'accord P3 pour la Phase 1, le MDOT et l'AMP poursuivront les travaux de développement préliminaires de la première section, laquelle commence à proximité de la voie-promenade George Washington Memorial Parkway, à la sortie du pont de l'American Legion, jusqu'à la I-270 et se poursuit sur la I-270 jusqu'à la I-370 (« Phase 1 sud »). La solution privilégiée de ce SDEIS s'inscrit dans les limites de la Phase 1 sud, la première section à réaliser dans le cadre de ce projet. Dans sa proposition, le promoteur de phase s'est engagé à injecter un montant estimatif de 300 millions de dollars dans les services de transport en commun dans le comté de Montgomery, au cours du mandat d'exploitation de la Phase 1. Pour stimuler davantage les services de transport public, le MDOT s'est engagé, à la clôture financière de la section P3 de l'accord pour la Phase 1 sud, à débloquer pas moins de

00005501

60 millions de dollars destinés, d'une part, à la conception et à l'octroi de permis d'investissements en transport hautement prioritaires dans le comté de Montgomery, tel que la Phase 1 de la voie rapide de transport en commun des villes du corridor, un service d'autobus express pour le corridor de la MD 355 ou d'autres projets à priorité élevée et, d'autre part, à la construction et à l'équipement du dépôt Metropolitan Grove pour les fonctions opérationnelles et d'entretien d'autobus.

Le promoteur de phase, AMP, collabore avec le MDOT, la MDTA et les parties prenantes sur les travaux de développement préliminaires, notamment les activités de conception préliminaire et de diligence raisonnable, de manière à réduire davantage les effets du projet. À la fin des travaux de développement préliminaires relatifs à la Phase 1 sud, et après la déclaration d'impact environnemental finale, le MDOT demandera au BPW son autorisation finale pour donner suite à la section P3 l'accord, selon laquelle un subsidiaire du promoteur de phase (désigné sous le terme de « promoteur de section ») sera chargé de la conception finale, de la construction, du financement, de l'exploitation et de l'entretien d'une section pour une période prévue de 50 ans.

00005502



环境影响声明补充草案

# 执行摘要

## 概述

### 环境影响声明补充草案的目的是什么？

根据 23 CFR 771.130，当联邦高速公路管理局 (FHWA) 确定变更拟议的行动或新信息与环境问题有关或影响 EIS 草案拟议的行动未在 EIS 草案 (DEIS) 中进行评估时，可随时使用环境影响声明 (EIS)进行补充。

环境影响声明草案 (SDEIS) 是为了考虑与首选替代方案（替代方案 9 - 第一阶段南部）相关的新信息而准备的。在现有 DEIS 分析的基础上，SDEIS 公开了与首选替代方案相关的新信息。它着重于新信息，但同时也引用了 DEIS 仍然有效的现有信息。SDEIS 还描述了确定首选替代方案——替代方案 9 - 第一阶段南部的背景和内容。SDEIS 将允许市民在 45 天的意见征询期内对首选替代方案进行审查和提出意见。

在 SDEIS 的意见征询期结束后，FHWA 和马里兰州交通运输部州际公路管理局 (MDOT SHA) 将会参考收到的意见，并将在最终环境影响声明 (FEIS) 中回应对 DEIS 和 SDEIS 的实质性意见。

### SDEIS 的重点是什么？

SDEIS 重点关注与 I-495 和 I-270 管理车道研究（研究）的首选替代方案相关的新信息。该研究正在考虑在 DEIS 保持不变的特定研究范围内解决道路拥堵问题的替代方案：I-495 从在 Fairfax County, Virginia 的 George Washington Memorial Parkway 以南，包括替换的 Potomac 河上的 American legion Bridge，到 MD 5 以西，沿 I-270 从 I-495 到 I-370 以北，包括位于 Maryland 的 Montgomery 和 Prince George 郡东西向的 I-270 支线。首选替代方案，替代方案 9 第一阶段南部（在 **ES-图 1** 中以**深蓝色**显示），包括了仅在第一阶段南部范围的构建改进。目前在 I-270 东支线至 MD 5 以东的 I-495 公路上没有采取任何行动或改善措施（在 **ES-图 1** 中以**浅蓝色**显示）。虽然首选替代方案不包括对研究范围内 I-495 其余部分的改进，但未来可能仍需要对州际公路系统的其余部分进行改进，并将作为单独推进项目，这取决于额外的环境研究、分析以及与公众、利益相关者和地方机构的合作。

00005503

**ES-1: I-495 和 I-270 管理车道研究——首选替代方案**



## 研究的目的和需求是什么？

目的和需求声明与 **DEIS 第 1 章**和 **DEIS 附录 A** 中的完整目的和需求声明保持一致。但是，为了便于读者阅读，以下重申了目的和需求。

该研究的目的是开发一种交通需求管理解决方案来解决交通拥堵问题，在研究范围内提高 I-495 和 I-270 的出行可靠性，并提高现有和计划中的多模式机动性和连接性。

该研究的需求是：

- 适应现有车流量和长期车流量增长
- 提高出行可靠性
- 提供额外的道路交通选择
- 顾及国土安全
- 改善商品和服务的流动性

除了目的和需求之外，这项研究还确定了两个目标：(1) 使用可替代的资助方法以实现财务可行性；(2) 环境责任。有关研究目的和需求的其他信息，请参阅**第 1 章**和 DEIS，附录 A。

## 首选替代方案的目的和需求是否仍然有效？

确定替代方案 9 - 第一阶段南部段为首选替代方案不会改变研究的目的和需求。无论建造方案有否被评估以及对首选替代方案的建造限制会有任何潜在的变化，研究区域总体的改善需求是仍有效的。为适应现有的和长期的交通增长、提高出行的可靠性，并提供额外的道路选择，该项目仍然需要解决研究区域的交通挑战。此外，如本 SDEIS **第 3 章**所述，MDOT SHA 将继续考虑新冠大流行导致的交通和机动性趋势的潜在变化，并将在 FEIS 中报告这些发现。

00005504

环境影响声明补充草案

### 是否会处理有关 DEIS 的意见？

所有收到的有关 DEIS 和 SDEIS 的实质性意见都将在 FEIS 中加以审查和回应。

在过去的一年里，MDOT SHA 和 FHWA 考虑了收到的关于 DEIS 的近 3,000 条的意见，并与我们的合作机构和利益相关方合作，通过以下努力解决了收到的许多常见意见：

- 将首选替代方案和许可流程与分阶段交付方法相结合，重点是解决 American Legion Bridge 的严重拥堵问题。
- 避免并显著减少对物业、社区、历史、自然资源和公园用地的影响。
- 避免所有住宅和商业搬迁。
- 避免影响 Morningstar Tabernacle No. 88 Moses Hall and Cemetery。
- 确定现场和场外雨水的管理以满足监管要求。
- 监测和分析与 COVID-19（新冠）大流行相关的交通影响，以了解对研究所产生的任何影响。
- 承诺优先改善自行车、行人和公共交通，以增加研究范围内出现的多种交通选择。
- 包括首选替代方案，也为拥有三（3）名或更多乘客的高载客车辆（HOV）、公交车、拼车/上下班交通车合用组、以及摩托车提供免收费出行，以减少对单人车辆出行的依赖并提供公平的出行选择。

自 2020 年 7 月 DEIS 发布以来，通过广泛的机构和利益相关方协调，把这项工作实现了，其中包括：

- 建立经济、运输和环境司法工作组
- 与市政当局、非政府组织、民选官员和社区举行了 60 多场个体利益相关者会议
- 举行超过 80 次资源和监管机构会议，讨论 DEIS 的意见，避免、最小化和缓解机会；以及
- 与监管机构举行 60 多次现场和办公室会议，讨论自然资源影响、雨水管理、排水道扩建和许可。

有关避免、最小化和缓解工作的更多详细信息，请参阅 SDEIS **第 4 章**和**第 5 章**，有关公众和机构协调的更多细节，请参阅 SDEIS **第 7 章**。

### COVID-19 大流行对研究有何影响？

COVID-19 全球大流行对世界各地人们的日常生活都产生了深远的影响，它影响了国家首都地区的居民和通勤者的工作、出行和休闲方式。这些变化改变了马里兰州、哥伦比亚特区和弗吉尼亚州所有道路（包括 I-495 和 I-270）的交通需求、运输使用和交通量。 MDOT SHA 一直在密切监测整个大流行期间交通模式的变化。有关 COVID-19 的出行分析和监测计划，请参阅 SDEIS，附录 B。该计划包括敏感性分析，该分析将确认对项目的需求，并验证如果未来需求低于预期，首选替代方案会带来好处。结果将包含在 FEIS 中。

交通数据显示，在 Maryland 发布居家令后，2020 年 4 月的交通量大幅下降，与 2019 年 4 月相比，I-270 和 I-495 的每日交通量减少了 50% 以上。随着 2021 年初疫苗投入使用，COVID-19 病例的相应下降，学校和企业的逐步重新开放，交通量持续恢复，截止至 2021 年 8 月已恢复到正常水平的 90% 以上，公共交通的使用量仍在缓慢恢复。根据 MDOT 新冠病毒跟踪网站上提供的数据，截止至 2021 年 8 月，马里兰州交通部马里兰州交通管理局 (MDOT MTA) 服务的使用率仍比大流行前水平下降了约 50%。

00005505

COVID-19 出行分析和监测计划将继续评估交通趋势，并确认如果未来需求与新冠大流行前的预测相比发生重大变化，在首选替代方案下提出的容量改进将是必要且有效的。 MDOT SHA 必须确保交通改善的发展，不仅满足我们州今天的需求，而且要满足未来超过 25 年的需求。由于长期出行趋势远未确定，而且最近的数据表明交通量正在反弹接近新冠大流行前的水平，因此 SDEIS 的预测将继续应用在 2020 年之前开发和校准的模型，用于评估 2045 年的预测情况。但是，MDOT SHA 将继续审查可用的新数据。作为 COVID-19 出行分析和监测计划（**SDEIS，附录 B**）的一部分，敏感性分析评估了与未来交通需求相关的几种"假设"情景，因为远程办公、电子商务和公交使用的潜在长期变化还在持续进行中。

有关 COVID-19 大流行对研究影响的更多详细信息，请参阅**第 3 章第 3.1.4 节**和 **SDEIS 附录 B**。结果将会在 FEIS 中公布。

## 环境影响声明补充草案

### 环境影响声明补充草案与最终的环境影响声明包括了哪些内容？

此 SDEIS 已准备好提供与首选替代方案（替代方案 9-第一阶段南部）相关的新信息。 FHWA 和 MDOT SHA 已经确定替代方案 9-第一阶段南部为首选方案。

此 SDEIS 是对 在 2020 年 7 月 10 日发布的现有 DEIS 的补充。 SDEIS 仅限于关注新信息，同时在 DEIS 中引用仍然有效的信息。当条件适用时，有关现有条件、方法、DEIS 构建替代方案的效果评估，以及概念上的缓解的详细文档都会包含在 DEIS 所附的研究技术报告（**附录 A 到 S**）里，并可在项目网站上进行阅览（https://495-270-p3.com/deis/#DEIS）。

SDEIS 提供了对首选替代方案的描述，以及相关的交通分析以及与首选替代方案相关的永久及临时影响。随着首选替代方案的推进，在避免、尽量减少和概念性缓解方面继续与资源机构进行协调。 SDEIS 描述了从 2020 年 7 月 DEIS 出台到 2021 年夏季在避免、最小化和概念性缓解方面所做的努力。最终的缓解和承诺将列入决策记录 (ROD)。

SDEIS 可供感兴趣的公民、民选官员、政府机构、企业和其它利益相关者在 45 天的评论期内以及在 2021 年 11 月 1 日的网络公开听证会上审查和评论首选替代方案（请参阅 oplanesmd.com/SDEIS 有关网络公开听证会的最新详细信息）。

在传阅 SDEIS 和审查及考虑所收到的意见后，我们会制订 FEIS。 FEIS 将专注于对数据任何的额外分析和改进，以及对收到的关于 DEIS 和 SDEIS 的实质性评论作出回应。在 FEIS 中提出的其他分析或最终分析包括：

- 首选替代方案的最终视觉影响评估，包括效果图和最终缓解方案。
- 首选替代品的最终空气质量分析，包括 了 CO、MSATs、温室气体排放和与建筑相关的空气质量影响。
- 最后的第 4(f) 节评估以及最终的最低总体危害分析。
- 最终环境正义 (EJ) 分析，包括对缓解措施的考虑、比较首选替代方案在 EJ 人群中的不利影响与非 EJ 人群参考社区中的不利影响进行比较，并最终得出是否会出现严重不利影响的结论。
- 最终缓解方案，包括了为以减轻通过与司法机构协调确定的所有资源不可避免地影响所有最终措施。
- 《湿地和洪泛区调查结果最终声明》确定了国家公园管理局对湿地和洪泛区影响的最终缓解措施。

00005506



- 最终申请——联邦/州联合申请和支持文件，适用于"改变任何洪泛区、水道、潮汐或非潮汐湿地"。

## SDEIS 的格式是什么？

SDEIS 的格式与 2020 年 7 月 10 日的 DEIS 格式相同，一共有十个章节。

- **第 1 章**介绍了研究目的和需求，与 DEIS 中的内容没有变化，只是为了方便读者而进行了重复。此章节得到了*目的和需求声明*的支持（**DEIS，附录 A**，https://495-270-p3.com/wp-content/uploads/2020/07/DEIS_AppA_PN_web.pdf）。
- **第 2 章**呈现了有关首选替代方案的介绍。它还描述了首选替代方案的其他常见要素，例如干扰限制 (LOD)、管理车道通道、雨水管理、排水道、施工和短期影响、交通要素、行人和自行车注意事项以及收费。
- **第 3 章**介绍了为 2045 无建造替代方案和首选替代方案进行的交通运营分析的结果。它还讨论了如何在交通分析中考虑新冠大流行的影响，以及对当地道路网络的影响。本章由 SDEIS，**附录 A 中的**交通评估备忘录——*替代方案 9：第一阶段南部*提供支持。
- **第 4 章**介绍了与首选替代方案相关的永久和临时影响。在适用的情况下，它还提供了有关避免、最小化和减轻潜在环境影响措施的最新信息。最终缓解措施将包含在 FEIS 中。
- **第 5 章**介绍了第 4(f) 节评估的更新草案，它更新了第 4(f) 节与重要公园、休闲区和历史财产的首选替代方案相关的用途和缓解措施，符合 1966 年美国交通部 (USDOT) 法案第 4(f) 节。本章是对*第 4(f) 节评估草案*（DEIS，附录 F，https://www.oplanesmd.com/wp-content/uploads/2020/07/DEIS_AppF_Draft-Section-4f-Eval_web.pdf）。
- **第 6 章**承认，在 2021 年 1 月 20 日，*第 13807 号行政命令：在基础设施项目的环境审查和许可过程中建立纪律和问责制*，在第 *13990 号行政命令*中撤销：*保护公众健康和环境和回归科学以应对气候危机*。
- **第 7 章**总结了自 DEIS 于 2020 年 7 月发布至 2021 年夏季以来针对该研究进行的公众宣传和机构协调。
- **第 8 章**介绍了 SDEIS 的编制者名单。
- **第 9 章**提供了 SDEIS 可供分发、审查和评论的机构、组织和个人名单，以及有关 SDEIS 公开可用性的信息。
- **第 10 章**介绍了 SDEIS 的参考资料。

SDEIS 注重于与首选替代方案相关的新信息。完整的 SDEIS 和支持附录可在项目网站上找到：oplanesmd.com/SDEIS。2020 年 7 月 DEIS 中未更改的现有信息不会在 SDEIS 中重复，但 DEIS 和支持技术分析可在项目网站上查阅和参考：https://495-270-p3.com/deis/。

## 有哪些途径可以对 SDEIS 提出意见？

FHWA 和 MDOT SHA 邀请感兴趣的民选官员、州和地方政府、其他联邦机构、美洲原住民部落政府、组织和公众成员对 SDEIS 发表意见。研究和技术报告的 SDEIS 可以从项目网站上查阅并下载：oplanesmd.com/SDEIS。

公众意见征询期将从 2021 年 10 月 1 日开始，持续到 2021 年 11 月 15 日。*书面和口头意见都将被平等考虑*。MDOT SHA 和 FHWA 将审查所有评论意见，并在准备 FEIS 的过程中考虑并回复在该日期之前收到或邮寄的所有实质性评论。在该日期之后收到或邮寄的评论将在可行的范围内进行审查和考虑。网络公开听证会将于 2021 年 11 月 1 日举行。有关公开听证会详情的最新信息，请访问 oplanesmd.com/SDEIS。

可以通过以下方式对 SDEIS 发表意见：

- 在 2021 年 11 月 1 日的网络公开听证会上的口头发表评论
- [oplanesmd.com/SDEIS](oplanesmd.com/SDEIS) 上的 SDEIS 意见表
- 发送电子邮件至 [MLS-NEPA-P3@mdot.maryland.gov](MLS-NEPA-P3@mdot.maryland.gov)
- 邮寄信件至 Jeff Folden, I-495 & I-270 P3 Program Deputy Director, I-495 & I-270 P3 Office, 707 North Calvert Street, Mail Stop P-601, Baltimore MD 21202
- 拨打 855-432-1483 发表评论，并留下限时三分钟的语音信息

# 替代方案

## 什么是首选替代方案？

在 2021 年 1 月，根据交通、工程、财务和环境分析的结果以及公众意见，替代方案 9 被宣布为 MDOT SHA 推荐的首选替代方案。在与机构和利益相关方就替代方案 9 作为推荐的首选替代方案进行了几个月的进一步协调并听取了他们的意见后，MDOT SHA 决定调整该研究，以与之前确定的分阶段交付和许可方式保持一致，该方式仅侧重于第一阶段南部。因此，FHWA 和 MDOT SHA 确定了一个新的推荐首选替代方案：替代方案 9 - 第一阶段南部。替代方案 9 – 第一阶段南部包括了和替代方案 9 中的一部分提出的相同改进，但仅限于第一阶段南部（图 ES-1）。该首选替代方案是在与资源机构、公众和相关利益方协调后确定的，用于直接回应收到的关于 DEIS 的反馈，并使 NEPA 核准与 P3 项目计划的项目分阶段交付和许可方式保持一致。FHWA[1] 和合作机构*同意在 2021 年 6 月将替代方案 9 – 第一阶段南部作为首选替代方案。

首选替代方案包括了仅在第一阶段南的范围内（图 ES 2），I-495 和 I-270 上的双车道高承载收费 (HOT) 管理车道网络。在 I-495 上，首选替代方案包括在从 George Washington Memorial Parkway 到 MD 187 以东的每个方向增加两条新的 HOT 管理车道。在 I-270 上，首选替代方案包括在每个方向上将现有的一个 HOV 车道转换成 HOT 管理车道，并在 I-270 上从 I-495 到 I-370 以北以及 I-270 东、西支线的每个方向上增加一条新的 HOT 管理车道。目前在 I-270 东支路以东到 MD 5 的 I-495 上没有任何施工且未进行任何改进。沿着 I-270，从 Montrose Road 到 I-370 的现有收集及分配 (C-D) 车道将作为建议改进的一部分被移除。管理车道将通过放置在四英尺宽的缓冲区内的塔架与通用车道分开。公交车和 HOV 3+ 车辆将被允许免费使用管理车道。

---

[1] NCPC 和 M-NCPPC 并未同意首选替代方案。

00005508


**图 ES-2：替代方案 9 – 第一阶段南部典型路段（HOT 管理车道由黄色显示）**









## 首选替代方案中包含哪些公交部分？

虽然独立的交通替代方案被证实不符合研究的目的和需求，但首选方案包括了与项目目的一致的交通元素，即增强现有和计划中的多方式机动性和连通性。（请参阅**第 2 章第 2.3.7 节**，了解有关首选替代方案中交通相关要素的更多详细信息。）为了推进这一关键设想并解决迄今为止收到的公众和机构意见，MDOT SHA 确定了在首选替代方案中有关交通移动性和连通性的改进机会。其中包括以下要素：

- 允许公交车免费使用 HOT 管理车道，以提高出行速度，确保可靠的出行，并连接到当地的公交车服务/系统，其处于衔接城市和郊区活动以及经济中心的干线上
- 容纳从拟建的 HOT 管理车道到现有公交站和计划中的公交枢纽中心开发项目的直接和间接的公交连接，包括 Shady Grove 地铁 (I-370)、Twinbrook 地铁 (Wootton Parkway)、Montgomery Mall 公交中心 (Westlake Terrace) 和 Medical Center 地铁（MD 187）。
- 通过改善区域公共交通来改进现有和计划中的公共交通并支持区域公交服务的新机会，将会作为首选替代方案的一部分，它包括了：
  o 在 WMATA Shady Grove 地铁站建造新的公交站
  o 增加 Westfield Montgomery Mall Park and Ride 的停车容量

00005509

交通工作组以及由 Virginia 路线和公共交通部以及 Maryland 交通部 Maryland 交通管理局提出的 I-495/American Legion 大桥交通/交通需求管理 (TDM) 联合研究也同样考虑了交通要素。这两项举措都出现在了报告中。

与公交工作组协调完成的*公交服务协作报告*已于 2020 年 6 月在 P3 项目网站 ([https://495-270-p3.com/transit-benefits/](https://495-270-p3.com/transit-benefits/)) 上向公众发布，它被用于向受影响的郡和交通供应商通报管理车道提供的重要交通机会，例如最大限度地提高可靠性和速度优势的策略；为服务区未来资本和运营需求的评估和优先排序提供基础；并开始讨论将区域公交纳入 P3 项目的方法。

*I-495/ALB Transit/TDM Final Report and Plan* 于 2021 年 3 月完成并发布在网上 ([http://www.drpt.virginia.gov/media/3375/i495_alb_transittdm_study_finalreport_030521_combined.pdf](http://www.drpt.virginia.gov/media/3375/i495_alb_transittdm_study_finalreport_030521_combined.pdf)) 它确定了一系列潜在的投资方案，以提供新的机动性选择来服务两个州之间的出行。每个方案都概述了交通服务要素、技术改进、公交援助计划和停车需求的组合。投资方案提供了使用更少车辆运送更多人通过 American Legion 大桥 (ALB) 的选项。

### 通过 P3 协议做出了哪些额外的公交承诺？

在 2021 年 8 月 11 日，根据 Maryland 法律，MDOT 和 MDTA 提交并获得了公共工程委员会的批准，将第一阶段 P3 协议授予选定的提议者，用于与 P3 项目第一阶段南部相关的前期开发工作。作为其提案的一部分，阶段开发商已承诺在第一阶段南部的运营期内为 Montgomery 郡的公共交通服务提供大约 3 亿美元的资金。

为了进一步支持公共交通服务，MDOT 已承诺，在第一阶段南部 P3 部分协议的财务结算时，将提供不少于 6000 万美元的资金，用于设计和许可 Montgomery 郡的高优先级交通投资，例如 Corridor Cities Transitway 第一阶段、在 MD 355 Corridor 的快速公交车系统或其他高优先级项目，以及建造和装备 Metropolitan Grove 公交车运营和维护设施。

### ALB 桥的替换是管理车道研究 (Managed Lanes Study) 的一部分吗？

是的，首选替代方案将 (ALB) 完全替换为一座新的、更宽的桥（不扩大现有的桥），以容纳每个方向的两个 HOT 车道。现有的桥梁已经有近 60 年的历史，无论这项研究如何，我们都需要在未来十年的某个时候进行更换。新桥将分阶段建造，以便在建造过程中始终保持现有车道的数量不变。重建的 ALB 将包括一条共享的使用路径，以提供弗吉尼亚州和马里兰州之间的自行车和行人连接。请参阅 **SDEIS，第 2 章，第 2.3.8 节**，了解所考虑的共享使用路径选项。

### 首选替代方案是否有处理雨水管理问题？

是的，初步的、概念性的雨水管理 (SWM) 已经为首选方案完成分析，并用于协助确定 LOD。(详见本文档**第 2 章第 2.3.2 节**）。根据 2007 年的《马里兰州雨水管理法案》，MDOT SHA 将根据 SWM 法案的要求，确保 SWM 中水的数量及质量的要求，并将提供处理和改善目前的条件。

对于首选方案，除 ALB 的排水段外，每个排水段均满足水量管理要求。根据典型的做法，由于直接向主要水道 Potomac River 排放，ALB 可以获得数量豁免。

在水质要求方面，首选方案将在实际可行的范围内最大限度地满足现场环境设计 (ESD) 的要求。然而，由于需要处理的不透水面积的数量和现有场地的限制，我们无法在所有排水区段提供所需的水质。对于那些无法实地满足水质要求的排水区段，将在 MDOT SHA *沉积物和雨水指引及程序* (SSGP) 第 5.5 节所定义的同一流域内使用补偿雨水管理来弥补不足。根据非排水区段补偿雨水管理分析的结果，我们确定了许多潜在的水质站点以满足并超过首选方案要求的全面不透水区处理 (IAT)。（有关雨水管理的补充详情，**请参阅第 2 章，第 2.3.2 节及 SDEIS 附录 C**）

00005510

### 对 I-495, I-270 洲际公路东支线到 MD 5 东面的改进进行了研究，结果如何？

虽然首选方案不包括在研究范围内对 I-495 剩余部分的改进，但未来仍可能需要对州际公路系统的剩余部分进行改进。任何此类改进都将单独进行，并且需要经过额外的环境研究、分析和与公众、利益相关方和地方机构合作。

## 收费

### 为什么新车道需要收费，为什么州政府需要开发商建造新车道？

马里兰州没有资金建设如此巨大规模的改善工程，其估计成本与第一阶段南部改善工程的估计成本一致，约为 30 至 35 亿美元。此外，即使有了偿还贷款的通行费，州政府也没有足够的担保能力来贷款支付改善工程。因此，州政府通过竞争的方法选择了一个阶段开发商，并签订了 P3 阶段协议。根据该协议，开发商将在一段时间内使用通行费收入来进行设计、建造、融资、运营和维护管理车道。MDOT SHA 将继续拥有 I-495 和 I-270 的所有车道，并确保高速公路满足其预期的运输功能。

### 如何设定收费标准？

收费的费率范围设置过程由 MDTA 主导。他们是唯一有权根据《马里兰州注释代码运输条款第 4-312 条》和 COMAR 第 11 章交通部，第 07 小标题，第 05 章修订收费时间表的公告 (11.07.05) 规定设置、修改和固定收费费率的州单位实体。MDTA 负责为第一期南部界线设定收费范围，并进行收费工作。

收费范围的设定过程是围绕 MDTA 工作人员提出的一项建议进行的。该建议旨在建立最低收费标准、最高收费标准、最低和最高收费标准范围内的软收费上限、年度收费升级过程以及特定类型车辆的收费折扣。

进行公开听证会和记录公众意见的过程在《马里兰州法典》运输条款第 4-312 条中有具体规定。初步提案已于 2021 年 5 月 20 日提交 MDTA 理事会。按照这个过程，委员会投票决定将收费建议提交给公开听证会和公众评议期，从而确保公众参与收费范围的设定过程，并通过提供公众审查和评论的机会来遵守州法律。

2021 年 7 月 12 日和 14 日会进行公开听证会。所有供听证会的材料包括信息和研究中使用的分析来说明收费范围的提议都已公布在 MDTA 的网站并持续供公众浏览：https://mdta.maryland.gov/ALB270TollSetting. 该方案的评论期从 2021 年 5 月 20 日持续到 8 月 12 日。在 2021 年 8 月 26 日的 MDTA 理事会会议上，MDTA 的工作人员提交了在公开听证会上收到的所有公众意见的摘要和分析。此外，他们还回答了理事会成员提出的问题。收到的公众意见摘要和对这些意见的分析可在 MDTA 的网页 mdta.maryland.gov/ALB270TollSetting/PublicParticipation 上找到。

在考虑了公众意见后，MDTA 工作人员在 2021 年 9 月 30 日的理事会会议上提出了最终的收费范围建议。这个最终收费范围将是委员会建议采取的行动，它可在 MDTA 的网页 mdta.maryland.gov/ALB270TollSetting 上查询。

### 收费标准是什么？

首选替代方案的设计目标是在 HOT 车道上保持每小时 45 英里或更高的速度，而不是仅仅关注收入。HOT 车道的目标是保持交通顺畅，并利用定价因素来影响交通流量。因此，我们将设置收费范围以确保 HOT 车道按照既定的运营指标运行，这是应用了供与求的经济原则来影响 HOT 车道的

00005511

环境影响声明补充草案

使用。如果在收费范围设定过程结束时获得批准，第一阶段的开发商将负责在已确定的收费范围内设定收费。

建议的首选替代方案——第一阶段南部的收费范围可在 MDTA 网站 http://mdta.maryland.gov/ALB270TollSetting/TollRateRangeSettingProcessandProposal 上查询。收费范围包括 HOT 车道的最低收费、软收费上限和最高收费。费率还将包括年度升级因素，以确保费率范围足以覆盖 P3 计划协议的整个期限（预计为 50 年）。收费将是动态设定的，这意味着它们可以根据 HOT 车道的交通量或速度每 5 分钟改变一次，为选择使用 HOT 车道并支付通行费的客户提供更快、更可靠的旅行。实际收费的费率将根据每个收费路段上实时流量而变化。

## Some 运输和交通

### SDEIS 更新了什么车流量分析？

不建造和首选方案的交通分析是从 2040 设计年更新到 2045 设计年，使用的是更新版本的 MWCOG 区域预测模型 (version 2.3.75)。DEIS 使用了 MWCOG 模型的早期版本 2.3.71。这是研究开始时的最新可用版本，仅预测到 2040 年的车流量需求。

使用更新的 2045 年预测未来的交通状况，评估了首选替代方案，并将其与不建造条件进行了比较。这些关键的运营指标包括：速度、延误、旅行时间、服务水平、吞吐量以及对当地交通网络的影响。这些指标与 DEIS 中用于评估和比较备选方案的指标相同。请参阅 SDEIS 的第 3 章和 SDEIS 的附录 A 了解更多详情。

SDEIS，第 3 章还讨论了 MDOT SHA 如何考虑 COVID-19 大流行对交通需求和预测的影响。详见第 3 章 3.1.4 节和 SDEIS，附录 B。

### 交通营运分析的结果是什么？

本 SDEIS 第 3 章和 SDEIS 附录 A 对 2045 设计年度的无建造方案和首选方案的交通运行评估结果进行了总结。

不建造替代方案不会解决在现有条件下遇到的任何重大操作问题。它将无法适应长期的交通增长，导致旅行速度缓慢，严重的时间延误，旅行时间过长，和不可靠的道路网络。与 DEIS 中描述的 2040 年无建造结果相比，2045 年的无建造结果显示，由于预计在 2040 年至 2045 年之间的额外交通增长，I-495 和 I-270 上的延误和出行时间将会更高。尽管 2045 年的预测中包括了额外的交通项目，它有助于略微减少周围当地道路网络的预计延误，但预计的交通流量仍将会增长。

即使首选替代方案不包括对大部分研究区域采取行动或进行改进，预计该方案仍旧将为系统提供切实的运营效益，以避免和尽量减少影响。这个方案将显著提高美国军团桥（American Legion Bridge）和 I-270 南部路段的吞吐量，同时减少拥堵。与"无建造方案"相比，它还将提高速度和可靠性，并减少沿 I-495、I-270 和周围道路网络的大部分旅行时间和延误。尽管与"建造方案"相比，"首选替代方案"对交通运营的改善较少，"建造方案"包括 DEIS 评估的全部 48 英里研究范围（如备选方案 9 和 10），选择它的部分依据是公众和利益相关者的反馈，他们表示强烈希望消除对 I-495 公路顶部和东侧的物业和环境的影响。在 2045 年设计年的 PM 高峰期间，I-270 北行和 I-495 内环将出现拥堵。原因是下游的瓶颈超出了首选方案的范围。

FEIS 和州际接入点批准 (IAPA) 是 FHWA 为确保州际系统的安全性、运营和工程可接受性而批准的，它将包括对未来干线和首选替代方案本地化运营影响的更详细的评估。在国家环保局 NEPA 商定和进行最终设计期间，将对所选方案进行进一步的安全性和运营评估。

00005512

总的来说，首选替代方案提供的切实可行的操作明显优于不建造方案。

## 环境资源、影响和缓解

### 首选替代方案对环境资源的影响是什么？

首选替代方案中提出的对环境的影响在**第 4 章**里有描述。自 DEIS 公布以来，设计在首选替代方案上取得了进展。与建设相关的永久性或长期、临时性或短期影响都被量化并呈现在 SDEIS 中。**表 ES-1** 列出了首选替代方案的环境影响摘要。

### 表 ES-1：首选替代方案的可量化影响摘要

| 资源 | 长期的[1] | 短期的[1] | 总数[1] |
|---|---|---|---|
| 对公园物业的潜在影响（英亩） | 21.0 | 15.1 | **36.1** |
| 所需通行权的总数[2]（英亩） | 97.2 | 18.7 | **115.9** |
| 直接受到影响的物业数量（个） | - | - | **501** |
| 迁居个案数（个） | - | - | **0** |
| 搬迁商家数量（个） | - | - | **0** |
| 受不良影响的历史物业数目[3]（个） | - | - | **11** |
| 受影响的噪音敏感地区（个） | - | - | **49** |
| 涉及危险物料地点（个） | - | - | **255** |
| 州政府特别关注的湿地（英亩） | 0 | 0 | **0** |
| 湿地[4]（英亩） | 3.7 | 0.6 | **4.3** |
| 湿地 25 英尺缓冲区[4]（英亩） | 6.5 | 0.6 | **7.1** |
| 水道[4]（平方英尺） | 673,757 | 343,945 | **1,017,702** |
| 水道[4]（直线英尺） | 43,852 | 2,701 | **46,553** |
| 第 2 层集水区（英亩） | 0 | 0 | **0** |
| 100 年的洪泛区 （英亩） | 33.7 | 15.1 | **48.8** |
| 森林冠层（英亩） | 479.6 | 20.3[5] | **500.1** |
| 珍稀、受威胁和濒危物种栖息地（英亩） | 33.4 | 23.0 | **56.4** |
| 敏感物种项目审查区（英亩） | 24.5 | 20.0 | **44.5** |
| 独特及敏感地区（英亩） | 139.2 | 29.4 | **168.5** |

注：本表中的影响是针对首选替代方案的主要改进。任何与补偿性雨水管理有关的影响都是初步的，并在 SDEIS 附录 C 中进行了讨论。
[1] 所有的数值都四舍五入到十分位
[2] 通行权是基于州记录研究的，必要时需填上超前通行权。
[3] 有关对历史建筑的影响的更多细节，请参阅第 4 章第 4.7 节。
[4] 有关对湿地和水道的影响的补充，请参阅**表 4-25 第 4.12 节**。
[5] 临时森林冠层的影响是指不会被永久获取或因道路建设而改变的被清除的森林区域。这些地区将会进行重新种植。根据最终的设计，我们将避免和最小化影响森林冠层，并在通路内进行最大限度的重新种植。

*蓝色文本 = 调整后用来匹配表格 4-1，第 4-3 页 (11/10/21)*

### 考虑了哪些可以避免和减少影响环境资源的机会？

自 DEIS 公布以来，通过与监管和资源机构的广泛协调，避免和尽量减少对历史资产、公园、湿地、湿地缓冲区、水道、森林以及联邦应急管理局的 100 年泛洪区的机会。首选替代方案只在第一阶段南部的范围内进行建筑改进，避免了超过 100 英亩的公园用地和数百个湿地溪流。在此项研究的初步阶段，首选替代方案所涉及的影响已在所有有范围内切实可行地被避免或最大程度地减少，尤其是在一些敏感区域或有休闲价值的资源如 American Legion 桥周边的 NPS 公园物业。详情请参阅本文件第 2、4、5 章。通过适用的监管和资源机构进行持续的和未来的协调，将继续努力避免、尽量减少和减轻影响。最终的避免、减少和减轻环境影响的措施将记录在 FEIS 中。

00005513

### 在 Morningstar Tabernacle No. 88 Moses Hall and Cemetery Property，首选替代方案 LOD 采取了哪些减少环境影响的措施？

在 DEIS 公布后，为了回应公众、机构和利益相关者的意见，马里兰州交通运输部州际高速公路管理局 (MDOT SHA)在 Morningstar Tabernacle No. 88 Moses Hall and Cemetery Property 改善了 LOD。在 2021 年冬季末，对 Morningstar Cemetery 的影响从替代方案 9 DEIS 报告中的 0.3 英亩（13,068 平方英尺）减少到大约 14 平方英尺的临时区域，用以建造物业旁的噪音阻隔屏障。这一努力也避免了公墓区域内的任何地面干扰。这一减少是设计修改的结果，回应了公众和机构的意见，包括改变 Cabin John Parkway 的立交坡道以减少对公墓物业的影响。在 2021 年夏季，进行了额外的调查以探测和标出 Morningstar Cemetery 边界和附近可能存在的标记和未标记的墓地。根据这次调查的结果，我们对设计做了进一步的改进，现已完全避免使用 Morningstar Cemetery 的物业。

### 美国军团桥（American Legion Bridge）周边的公园物业和相关资源上，首选替代 LOD 实施了哪些减少措施？

这是自第 4(f) 章节和 DEIS 评估草案以来围绕 ALB 采取的最重大的避免和减少措施。MDOT SHA 和 FHWA 与国家公园管理处（NPS）于 2020 年 12 月 8 日会面，商讨了 DEIS 中临近美国军团桥（ALB）的 LOD。国家公园管理处（NPS）要求 MDOT SHA 重新评估临近美国军团桥（ALB）的 LOD 以减少对 NPS 土地及其自然资源的影响。MDOT SHA 召集了一个由国家和地方桥梁设计、自然资源和文化资源专家组成的 ALB 攻坚小组，他们的任务是：

*在切实可行的情况下，研制和评估替代方案，以避免并减少对 NPS 的 C&O Canal National Historic Park 和 George Washington Memorial Parkway 的整体影响。*

ALB 攻坚小组考虑了桥梁建设方法以确定是否有任何方法可以进一步限制 LOD。ALB 攻坚小组对以下进行了细致的调查：一个自上而下的分段施工方法；一个自上而下的缆索拉直方法；以及一个滑入式的桥梁施工方法。此外，在进行了现场分析和审查了现有信息后，MDOT SHA 和 ALB 攻坚小组决定沿 Clara Barton Parkway 整合到河流北侧上，消除了桥梁周围的其他三个象限的施工通道，显著地降低对 NPS 土地的影响。这将通过在西北象限的 Clara Barton Parkway 上建造一个临时的施工通道入口，并在 C&O Canal 上面安装一座临时的路桥和一条与 C&O Canal 拖船道平行的临时运输道路来实现。这一努力将使对 George Washington Memorial Parkway 的影响减少 7.8 英亩，对 Chesapeake & Ohio Canal National Historical Park 的影响减少 5.3 英亩。详见第 4 章，第 4.12.4 节了解 ALB 攻坚小组的更多细节。

### 如何缓解不可避免的环境影响？

对于无法避免的环境资源影响，在 DEIS 中已提升了概念性减轻措施。建议的概念性缓解在**第 4 章**的适用资源中进行了讨论，并在*概念性缓解计划*（DEIS，附录 Q）中对以下资源进行了进一步详细说明：湿地；森林；稀有、受威胁和濒危物种；公园；文化资源；噪音；空气；物业；有害物质；地形；地质；土壤；地下水；环境公正；视觉审美；水生物；以及独特和敏感的区域。进一步的缓解措施会随着研究进展及根据公众、利益相关方和机构对 SDEIS 的意见被确定和改善。最终的缓解措施将记录在 FEIS 中。

### 什么是第 4(f)章节修订草案？

USDDOT1966 年法案 4(f)章节，经修订（49U.S.C. 303(c)）明确规定，USDOT，包括 FHWA，不能批准使用公共公园，休闲区域，野生动物或水禽保护地，或公共或私人历史遗址的土地，除非符合以下条件：

00005514

- FHWA 确定对物业上土地的使用无其他可行及谨慎的避免替代方案，且行动包括了所有可能的计划以尽量减少由于这种使用对该物业土地造成的损害（23 CFR §774.3(a)(1) 和 (2)）；或
- FHWA 裁定，使用第 4(f)章节规定的物业，包括申请人承诺以减少伤害采取的任何措施，将对物业造成最小的影响（23 CFR §774.3(b)）。

自 2020 年 7 月第 4(f)章节评估草案和 DEIS 公布以来，首选替代方案被认定为替代方案 9 -第一阶段南部，包括了 DEIS 中替代方案 9 和第 4(f)章节评估草案的部分内容中提出的相同的建设改进，但仅限于第一阶段南段。研究不包括超出第一阶段南段范围的行动或改进。首选替代方案的确定考虑了进一步与跟各机构及利益相关方，包括 4(f)章节物业的司法官员（OWJs）的合作及听取意见。首选替代方案是对收到的要求避免使用第4(f)章节资源的意见作出回应，并使研究与之前确定的分阶段交付和许可方法保持一致。

SDEIS 的第 5 章包括更新的第 4(f)章节评估草案，为首选替代方案提供信息。更新的第 4(f)章节评估中包含的信息将告知 FHWA 对首选替代方案使用第 4(f)章节物业的考量。SDEIS 此章节提供了第 4(f)章节评估草案的更新补充信息，该草案被列为 DEIS 附录 F。此补充资料不会取代第 4(f)章节评估草案；它只提供额外的分析。第 4(f)章节评估和本补充条款遵循已建立的 USDOT 23 CFR 774, FHWA's 2012 Section 4(f) 23 CFR 774, FHWA's 2012 Section 4(f)政策文件和 23 U.S.C. 138 和 39 U.S.C. 303 的规定。

## 第 4(f)章节的影响是什么？

使用第 4(f)章节物业有以下情形：

i. 当土地被永久并入在交通设施内；
ii. 当土地被临时占用，违反了由 23 CFR §774.13(d)条例的标准确定的保护目的；或
iii. 根据 23 CFR §774.15 的标准对第 4(f)章节规定的进行建设性使用。

首选替代方案将避免使用第 38 节 4(f)章节，大约 105 英亩与 DEIS 建设替代方案相关的土地。首选替代方案将要求使用共 39.1 英亩的 21 个 第 4(f) 章节物业（包括临时和永久的），而 DEIS 建设替代方案 9 的总计是 146.8 英亩的土地。

请参阅 SDEIS，第 5 章，5.2 节和 DEIS，附录 F 了解更多细节。第 4(f)影响的概念性缓解措施已确定，但与司法官员（OWJs）就第 4(f)章节物业上的协调仍在进行中。4(f)章节最终评估将反映与司法官员（OWJs）的持续协调以协调影响和缓解并将与 OWJs 的协调最小化。第 4(f)章节最终评估也将包括分析的最终定稿，以展示所有可能减少损害的计划，和最终的最低总体损害分析，以及最后的缓解承诺。

## 本研究的下一步是什么？

FHWA 和 MDOT SHA 已经批准了这一环境影响声明补充信息（SDEIS），并发送给联邦、州和地方各机构以及各组织和其他相关方，并交由公众审阅。在为期 45 天的 SDEIS 审查期间，将举办网上络公开听证会；评论截止日期是 2021 年 11 月 15 日。在此 45 天审查期内，SDEIS 可在公众场所的学习走廊和项目网站 oplanesmd.com/SDEIS 上获得。对 SDEIS 的意见无论是口头的还是书面的，都将被公平对待，并可通过以下方式提出：

- 在 2021 年 11 月 1 日的网络公开听证会上的口头发表评论
- oplanesmd.com/SDEIS 上的 SDEIS 意见表
- 发送电子邮件至 MLS-NEPA-P3@mdot.maryland.gov

00005515

- 邮寄信件至 Jeff Folden, I-495 & I-270 P3 Program Deputy Director, I-495 & I-270 P3 Office, 707 North Calvert Street, Mail Stop P-601, Baltimore MD 21202
- 拨打 855-432-1483 发表评论，并留下限时三分钟的语音信息

在 45 天的审查期过后，MDOT SHA 和 FHWA MDOT SHA 和 FHWA 将审查所有评论意见，并在准备 FEIS 的过程中考虑并回复在该日期之前收到或邮寄的所有实质性评论。在该日期之后收到或邮寄的评论将在可行的范围内进行审查和考虑。除了处理所有收集到的关于 DEIS 和 SDEIS 的实质性的意见外，FEIS 还将总结在 SDEIS 中没有细化或量化的额外和更新信息以及缓解措施。ROD 将在最终的设计和建设中记录执行的承诺。

## 公私合作（P3）项目

### 什么是 P3?

公私合作（P3）是资本项目交付的另一种模式。P3 是一种公共或政府部门与私营实体之间的合作关系。P3 寻求利用私营部门的专业知识、创新和资金来进行公共基础建设，使公共基础设施的所有者和用户收益。P3 寻求成功地利用公共和私营部门各自的优势，以具有成本效益和及时的方式建设大型、复杂的基础设施项目。P3 协议的职能包括设计、建造、融资、运营和维护交通设施。为帮助理解 NEPA 和第一阶段招标过程，提供以下限值定义。

- 第一阶段：ALB 南部至 I-270 的 I-495 和从 I-495 至 I-70 的 I-270。这些也是 P3 协议第一阶段的范围。
- 第一阶段南部：从 ALB 南部至 I-270 的 I-495 和从 I-495 至 I-370 的 I-270.这些也是 NEPA 首选替代方案的范围。
- 第一阶段北部：从 I-370 至 I-70 的 I-270.

### 第一阶段征集过程和 P3 协议的情况如何？

Maryland BPW 最初于 2019 年 6 月批准了 P3 项目的 P3 委任，并于 2020 年 1 月提供了补充批准。这些批准允许 MDOT SHA 通过寻找第一阶段的开发商，使用阶段性 P3 程序来设计和建设 P3 项目的第一阶段。这种渐进的方法允许在 NEPA 过程中，在没有具备最终承诺的情况下进行招标过程。

作为阶段性 P3 征集的一部分，MDOT 在 2020 年 2 月遵循了一项征求意见书（RFP）程序，寻找感兴趣的阶段性开发商。MDOT 和 MDTA 在地方司法管辖区的参与下，于 2020 年 7 月拟定了一个有四家优质申请人的入围名单。其中三家提交了进入第一阶段 P3 阶段协议的方案，以协助前期开发工作，交付的第一阶段包括从 ALB 至 I-270 的 I-495，以及从 I-495 至 I-70 的 I-270 沿线。在 2020 年 2 月，MDOT SHA 确定了能够对本州最有利的方式，最佳地执行项目的选定申请人。

在 2021 年 8 月 11 日，根据 Maryland 法律，MDOT 和 MDTA 向公共工程委员会提交了第一阶段 P3 协议，并获得了批准，该协议将授予选定的申请人一个为这项工程创立的合资公司，名为 Accelerate Maryland Partners, Inc. (AMP)。他们将完成 P3 项目第一阶段的前期开发工作。

依照第一阶段 P3 协议的条款和条件，MDOT 和 AMP 将进一步推进第一部分的前期开发工作，其中包括从 George Washington Memorial Parkway 周边穿过 American Legion 桥至 I-270 以及直至 I-370 的 I-270，（"第一阶段南部"）。SDEIS 中的首选替代方案与第一阶段南部范围一致，这是计划在项目下交付的第一部分。作为提案中的一部分，阶段开发商已经承诺在第一阶段南部的运营期间为 Montgomery 郡的运输服务提供大约 3 亿美元。为进一步支持交通服务，MDOT 已承诺在第一阶段南部的 P3 协议财务结算时，提供不少于 6 千万美元的资金用于设计和保障 Montgomery 郡

00005516



高优先级交通投资，例如走廊城市运输通道阶段 1，MD 355 走廊的快速公交，或其他高优先级项目以及建设和装备 Metropolitan Grove 公交运营和维护设备。

AMP，作为阶段开发商，正与 MDOT, MDTA 以及利益相关方合作开展前期开发工作，包括改进初步设计和尽职调查活动，以进一步减少影响。在完成第一阶段南部的前期开发工作和 FEIS 后，MDOT 将寻求最终批准从 BPW 推进 P3 的部分协议。此协议下的阶段开发商（称作"部分开发商"）的子公司将负责最终的设计、建设、融资、运营，并对某一特定区域进行为期 50 年的维护。

00005517



보충 환경영향 평가서 초안

# 개요서

## 개관

### 보충 환경영향평가서가 의도한 목적은 무엇입니까?

환경영향평가서(EIS)는 미 연방규정집(CFR) 23 조 771.130 항에 의거하여 연방도로청(FHWA)이 환경영향평가서(DEIS) 초안에서 제안된 조치의 환경적 우려나 영향과 관련해서 제안된 조치나 새로운 정보가 평가되지 않았다고 판단할 경우 언제라도 보완될 수 있습니다. 이번 보충 환경영향평가서(SDEIS)는 우선적 대안인 대안 9 – Phase 1 South 과 관련한 새로운 정보를 고려하기 위해 작성되었습니다. 기존 환경영향평가서 초안(DEIS)에 포함된 분석과 유효한 정보를 토대로, SDEIS 는 우선적 대안과 관련한 새로운 정보를 공개하고 있습니다. 또한 SDEIS 에서는 우선적 대안인 대안 9-Phase 1 South 가 선정된 배경과 맥락을 설명하고 있습니다. SDEIS 는 45 일 간의 의견 수집 기간 동안 우선적 대안에 대한 검토와 의견 제시를 하실 수 있도록 일반 대중에게 공개됩니다. SDEIS 관련 의견 수집 기간이 끝난 후, FHWA 와 메릴랜드주 교통부 주 고속도로국(MDOT SHA)이 DEIS 와 SDEIS 관련 수집된 의견을 고려한 후 최종 환경영향평가서((FEIS)에서 중요한 의견에 대해 답변할 것입니다.

### SDEIS 는 어디에 주안점을 두고 있나요?

SDEIS 는 I-495 및 I-270 관리 차로 연구(이후 연구)의 우선적 대안과 관련한 새로운 정보에 주안점을 두고 있습니다. 동 연구는 DEIS 와 동일한 연구 범위, 즉 Potomac 강을 가로지르는 American Legion Bridge 교체를 포함한 버지니아주 페어팩스 카운티 George Washington Memorial Parkway 남쪽에서 MD 5 서쪽까지의 I-495 구간, 그리고 메릴랜드주 몽고메리 카운티와 프린스 조지 카운티에 위치한 I-270 동서 지선을 포함한 I-495 에서 I-370 북쪽까지의 I-270 구간 내에서 도로 혼잡을 해결하는 여러 대안을 고려하고 있습니다. 우선적 대안인 대안 9-Phase 1 South(ES- 그림 1 에서 진한 파랑색으로 표시)에는 Phase 1 South 의 경계선 내에서만 개선 조치를 건설하는 것을 포함합니다. I-270 east 지선 동쪽 I-495 에서 MD 5 구간 상에서 지금 현재 진행 중인 개선이나 조치는 없습니다. (ES- 그림 1 에서 옅은 파랑색으로 표시) 동 연구의 범위 내에서 우선적 대안은 그 외 기타 I-495 구간에 대한 개선 조치는 포함하고 있지 않지만 향후에 기타 주간 도로망에서 개선 조치가 필요할 수 있고 추가적 환경영향평가 연구, 분석 및 일반 대중, 이해 당사자, 현지 정부 기관과의 협력에 따라 별도로 추진될 수 있습니다.

00005518



### ES-1: I-495 및 I-270 관리 차로 연구 대상 구간 – 우선적 대안



## 이번 연구의 목적은 무엇이고 왜 필요한가요?

목적과 필요 설명서는 **DEIS, 1 장**과 **DEIS, 첨부 A** 에서 설명된 것과 같습니다. 그러나 독자를 위해 아래에 다시 목적과 필요가 기재되어 있습니다.

이번 연구의 목적은 연구 대상 지역 내 I-495 및 I-270 상 도로 혼잡과 이동의 신뢰성을 해결하는 교통 수요 관리 솔루션을 개발하고 기존 및 예정된 여러 교통편 간의 이동성과 연결성을 개선하는 것입니다.

이번 연구가 해결해야 할 필요:
- 기존 교통량과 장기적 교통량 증가를 수용
- 이동 신뢰성 개선
- 추가적인 도로상 이동 선택권 제공
- 국토 보안 니즈 수용
- 재화 및 용역 이동 개선

상기한 이번 연구의 목적과 필요에 더불어 두 가지 목표도 확인할 수 있었습니다: (1) 대안적 자금 제공 방식 활용으로 재정적 실행 가능성 개선 (2) 환경적 책임. 이번 연구의 목적과 필요에 대한 추가적인 정보는 **DEIS 1 장**과, **첨부 A** 를 참고해 주십시오.

## 우선적 대안에서도 상기한 목적과 필요가 유효한가요?

대안 9 – Phase 1 South 을 우선적 대안으로 선정했다고 이번 연구의 목적과 필요가 바뀌지 않습니다. 우선적 대안 관련해서 평가된 건설 대안과 건설 제한에 대한 잠재적인 변화와 상관 없이 연구 대상 지역에서 전반적인 개선이 필요하다는데는 변화가 없습니다. 기존 및 장기적 교통량 증가에 대응하고, 이동 신뢰성을 개선하며 추가적인 도로 선택권을 제공한다는 프로젝트의 명시한 목적은 연구 대상 지역의 교통 관련 문제를 해결하기 위해 여전히 필요합니다. 또한 **MDOT SHA** 는

00005519

계속해서 SDEIS **3 장**에 설명된 코로나 19 대유행으로 인한 잠재적인 교통량 및 이동성 추세 변화를 검토하고 있으며 FEIS 에서 검토 결과에 대해 보고할 것입니다.

## DEIS 관련하여 제시된 의견에 대한 대응 조치가 취해 질까요?

DEIS 와 SDEIS 에 대해 제기된 모든 중요한 의견에 대해서 FEIS 에서 검토 및 답변이 있을 것입니다.

지난 한 해 동안, MDOT SHA 와 FHWA 는 DEIS 관련 접수된 거의 3,000 개 의견을 고려하였으며 파트너 기관 및 이해 당사자들과 다음 노력을 통해 접수된 공통된 의견 중 여러 사안들을 해결하기 위해 협조한 바 있습니다.

- American Legion Bridge 에서의 심각한 교통 체증을 해결하는데 주안점을 두면서 우선적 대안과 허가 취득 과정을 단계적 수행 방식에 따라 진행한다
- 재산상, 지역사회, 역사적, 천연 자원 및 공원 부지에 미치는 환경 영향을 피하거나 크게 줄인다.
- 주민과 상업권의 이주를 최소화한다.
- Morningstar Tabernacle No. 88 Moses Hall 및 공동 묘지에 대한 영향력을 최소화한다.
- 규제 요건을 만족시키기 위해 현장 내외 폭우 관리 방안을 파악한다.
- 코로나-19 대유행이 교통량에 미치는 영향을 모니터링하고 분석하여 이번 연구에 미치는 파급 효과를 이해한다.
- 자전거 이용자, 보행자 및 환승 개선에 우선 순위를 두어 이번 연구 대상 구간 내에서 이동 교통편 옵션을 늘인다.
- 우선적 대안 하에서 3 인 이상이 탑승한 다인승 차량(HOV), 환승 버스, 카풀/승합차 합승 차량 및 오토바이에 대해 통행료를 부과하지 않음으로써 일인 이용 차량에 대한 의존도를 줄이고 공평한 이동 관련 옵션을 제공한다.

이러한 노력은 2020 년 7 월에 DEIS 가 발표된 이후 관계 기관과 이해 당사자들 간에 다음을 포함한 광범위한 조정 활동을 통해 가능했습니다.

- 경제, 환승 및 환경 정의 실무 그룹 결성
- 관련 지자체 정부, 비정부 기구, 공직자 및 지역 사회들의 참여 하에 60 회 이상의 이해 당사자 회의 개최
- DEIS 관련 제시된 의견과 영향 회피, 최소화, 및 경감 기회를 논하기 위해 80 회 이상의 자원 담당 및 규제 기관 회의 개최
- 천연 자원에 미치는 영향, 폭우 관리, 지하 배수로 증가 및 허가 취득을 논하기 위해 규제 기관과 60 회 이상 현장 및 사무소 회의 개최

영향 회피, 최소화 및 경감 노력에 대한 상세한 내용은 SDEIS **4 장 및 5 장**을 대중과 담당 기관 간의 조율 노력에 대한 상세한 내용은 SDEIS **7 장**을 참고하시기 바랍니다.

## 코로나-19 대유행이 이번 연구에 어떤 영향을 미쳤나요?

코로나-19 대유행은 전세계인들의 일상 생활에 지대한 영향을 미쳤으며 여기에는 미국 수도권 지역의 주민과 통근 인구의 업무, 여행 및 여가 시간 활동도 포함됩니다. 이러한 변화로 메릴랜드주, DC 지역, 버지니아주 I-495 와 I-270 을 포함한 모든 도로 상에서 교통 수요, 환승 이용 및 교통량도 바꾸어 놓았습니다. MDOT SHA 는 대유행 시기 내내 교통 패턴 변화를 긴밀하게 모니터링

00005520

해왔습니다. **SDEIS, 첨부 B** 에 나와 있는 코로나-19 이동 분석 및 모니터링 계획을 참고하시기 바랍니다. 이 계획에는 본 프로젝트의 필요성을 재확인하고 미래 수요가 예상치에 미치지 못할 경우 우선적 대안이 제공하는 혜택을 보여주는 민감도 분석이 포함되어 있습니다. 해당 결과는 FEIS 에 포함될 예정입니다.

교통량 데이터를 보면 메릴랜드 전역에서 봉쇄령이 내려진 후 2020 년 4 월 교통량이 크게 저하되어 I-270 와 I-495 상에서 일일 교통량이 2019 년 4 월 대비 50% 이상 감소되었음을 알 수 있습니다. 2021 년 초반 백신이 공급되면서 코로나-19 확진자 수도 따라 감소하였고 점차 학교와 업소들이 다시 문을 열면서 교통량도 계속해서 늘어나 2021 년 8 월 현재 정상 수치의 90%까지 회복되었습니다. 환승 이용량은 회복이 더뎌 메릴랜드 교통부 환승국(MDOT MTA) 서비스 이용율은 아직 2021 년 8 월 현재 MDOT 의 코로나바이러스 추적 웹사이트 데이터에 따르면 대유행 이전 대비 대략 50% 수준에 머무르고 있습니다.

코로나-19 이동 분석 및 모니터링 계획은 계속해서 운송 트렌드를 평가하고 미래 수요가 대유행 이전 예측 수치에서 크게 달라질 경우 우선적 대안에서 제안된 용량 개선이 필요하며 효과적임을 확인해 줄 것입니다. MDOT SHA 는 우리 주의 현재뿐 아니라 향후 25 년 간의 교통 수요를 충족시키기 위해 운송 부문에 지속적인 개선이 일어나도록 해야 합니다. 장기적인 이동 트렌드는 안정적이지 않으며 가장 최신 데이터를 보면 교통량이 대유행 수준에 근접하게 회복되고 있기 때문에, SDEIS 예측은 본 문서에서 2045 년 예상 상황을 평가하기 위해 2020 년 이전에 개발 조정된 모델을 계속해서 적용하고 있습니다. 하지만, MDOT SHA 는 새로운 데이터가 나오는 대로 계속 그를 검토할 것입니다. 코로나-19 이동 분석 및 모니터링 계획(SDEIS, 첨부 B)의 일환으로 재택 근무, 전자 상거래와 환승 이용률의 잠재적인 장기적 변화 등 미래 교통량 수요에 대한 여러 "가능" 시나리오를 평가하는 민감도 분석은 계속 진행 중입니다.

코로나-19 대유행이 이번 연구에 미친 영향에 대한 추가적인 세부 사항은 **3 장, 섹션 3.1.4** 와 **SDEIS, 첨부 B** 를 참고하시기 바랍니다. 결과는 FEIS 에서 설명될 예정입니다.

## 보충 환경영향평가서 초안

### 보충 환경영향평가서 초안과 최종 환경영향평가서에 포함된 내용 사이의 차이점은?

SDEIS 는 우선적 대안, 대안 9-Phase 1 South 관련 새로운 정보를 제공하기 위해 작성되었습니다. FHWA 와 MDOT SHA 가 대안 9, Phase 1 South 를 우선적 대안으로 선정하였습니다.

SDEIS 는 2020 년 7 월 10 일 발표된 기존 DEIS 를 보완합니다. SDEIS 는 계속 유의미한 정보에 관해서는 DEIS 를 언급하면서 새로운 정보에 집중하도록 그 범위가 한정되어 있습니다. DEIS 의 건설 대안 관련 기존 상황, 방법론 및 영향 평가 관련한 상세한 문서와 해당 시 개념적 영향 경감 조치도 DEIS 에 첨부된(**첨부 A 에서 S 까지**) 이번 연구 기술 보고서에 포함되어 있으며 프로그램 웹사이트([https://495-270-p3.com/deis/#DEIS](https://495-270-p3.com/deis/#DEIS))에도 올려져 있습니다.

SDEIS 는 우선적 대안과 관련 교통량 분석 및 연관된 일시적 및 영구적 영향을 설명하고 있습니다. 우선적 대안이 진행되면서, 자원 제공 기관과 영향 회피, 최소화 및 개념적 영향 경감을 위한 조율 작업도 계속 되었습니다. SDEIS 는 2020 년 7 월 DEIS 가 발표된 이후부터 2021 년 여름까지 영향 회피, 최소화 및 개념적 영향 경감 관련 현행 노력을 설명합니다. 최종적인 영향 경감 및 프로젝트 약정 사항이 의사결정 기록(ROD)에 포함될 것입니다.

관심 있는 시민, 공직자, 정부 기관, 업체 및 기타 이해 당사자들이 45 일 간의 의견 수집 기간 동안 그리고 2021 년 11 월 1 일에 열리는 비대면 공청회(공청회 관련 최신 세부 사항은 oplanesmd.com/SDEIS 을 참고)에서 우선적 대안을 검토하고 의견을 제시할 수 있도록 SDEIS 를 일반에 공개합니다.

SDEIS 회람과 검토 및 수집된 의견을 고려한 후 FEIS 를 준비하게 됩니다. FEIS 는 데이타 추가 분석과 개량 그리고 DEIS 와 SDEIS 에 대해 수집된 중요한 의견에 대한 대응에 집중하게 됩니다. FEIS 에 포함될 추가 분석 또는 최종 분석의 예로는:

- 우선적 대안에 대한 시각적 표현물과 최종 영향 경감을 포함한 최종 시각적 영향 평가
- 일산화탄소(CO), MSATs, 온실 가스 배출량을 포함한 우선적 대안에 대한 최종 공기 질 분석과 건설 공사가 공기의 질에 미치는 영향
- 최종적인 전반적 최소 피해 분석을 포함한 최종 Section 4(f) 평가
- 영향 경감, EJ 계층 내 우선적 대안의 부정적 영향과 비 EJ 참조 집단 내 부정적 영향 비교 및 과도하게 부정적인 영향이 발생할 지 여부에 대한 최종적 결론을 포함한 최종 환경 정의(EJ) 분석
- 관할 기관과의 조율을 통해 파악한 모든 자원에 대한 불가피한 영향을 줄이기 위한 모든 최종 조치를 포함한 최종 영향 경감 패키지
- 국립공원관리청(NPS) 관할 하에 있는 습지와 범람원에 대한 최종적인 영향 경감 방안을 정리한 최종 습지 및 범람원 실태 보고서
- 범람원, 수로, 조수성 및 비조수성 습지 변경에 대한 최종 신청서 연방/주 정부 공동 신청서 및 증빙 자료

## SDEIS 은 어떤 포맷으로 되어 있나요?

SDEIS 는 2020 년 7 월 10 일자 DEIS 와 같은 포맷을 따르며 10 장으로 구성되어 있습니다.

- **1 장**은 DEIS 에서와 변함이 없지만 독자의 편의를 위해 반복해서 연구의 목적과 필요를 설명합니다. 이 장은 목적 및 필요 설명서로 뒷받침 됩니다. (**DEIS, 첨부 A,** https://495-270-p3.com/wp-content/uploads/2020/07/DEIS_AppA_PN_web.pdf).
- **2 장**은 우선적 대안을 기술합니다. 소관 제한 (LOD),[1] 관리 차로 접근성, 폭우 관리, 지하 배수로, 건설 공사 및 단기적 영향, 환승 요소, 보행자 및 자전거 관련 고려 사항 및 통행료 부과 등 우선적 대안의 기타 공통 요소도 포함합니다.
- **3 장**은 2045 년 비건설적 대안과 우선적 대안에 대해 실시된 교통 운영 분석 결과를 제시합니다. 또한 대유행의 영향이 교통 분석에서 어떻게 다뤄지고 있는지와 대유행이 지역 도로망에 미치는 영향도 논합니다. 3 장은 **SDEIS, 첨부 A** 에서 교통 평가 보고서 – 대안 9: Phase 1 South 로 뒷받침됩니다.
- **4 장**은 우선적 대안 관련 영구적 및 일시적 영향을 논합니다. 또한 잠재적인 환경 영향을 해당 시 회피, 최소화 및 경감시킬 수 있는 조치에 대한 최신 정보를 제공합니다. 최종 영향 경감 조치는 FEIS 에 포함될 것입니다.
- **5 장**은 1966 년 미국 교통부(USDOT)법의 Section 4(f)에 의거하여 중대한 공원, 레크리에이션 구역, 역사적 건물에 대한 우선적 대안과 관련된 Section 4(f) 이용 및 영향 경감 조치를 업데이트하는 Section 4(f) 평가서 초안을 제시합니다. 이 장은 *Section 4(f) 평가서 초안*을 보완하는 내용입니다. (**DEIS, 첨부 F,** https://495-270-p3.com/wp-content/uploads/2020/07/DEIS_AppF_Draft-Section-4f-Eval_web.pdf)

---

[1] 소관 경계(LOD)는 건설 현장, 비계, 자재 보관, grading, 부식 및 침전물 통제, 조정, 배수, 폭우 관리, 차음벽 교체/건설 및 관련 활동이 그 안에서만 진행되게 설정된 경계 구역을 의미합니다.

- **6 장**에서는 2021 년 1 월 20 일자 행정 명령 13807: "인프라 프로젝트 환경 검토와 허가 취득 절차에서 규율과 책임성 도입"이 행정 명령 13990: "공중 보건 및 환경 보호 및 기후 위기 해결에 과학의 힘 복원"에서 철회되었음을 인정합니다.
- **7 장**은 2020 년 7 월에 DEIS 가 발표된 후 2021 년 여름까지 이번 연구 관련 대중 홍보 활동 및 관계 기관 조율 활동을 요약합니다.
- **8 장**은 SDEIS 작성자들의 목록입니다.
- **9 장**은 검토와 의견 수집을 위해 SDEIS 를 발송한 관계 기관, 조직 및 관계자의 배포 목록과 SDEIS 의 일반인 대상 공개 관련 정보를 포함합니다.
- **10 장**은 SDEIS 관련 참조 문헌입니다.

SDEIS 는 우선적 대안과 관련한 새로운 정보에 집중합니다. 완전한 SDEIS 와 첨부 자료를 프로그램 웹사이트: oplanesmd.com/SDEIS 에서 찾을 수 있습니다. 2020 년 7 월 발표된 DEIS 중 변경되지 않은 기존 정보는 SDEIS 에서 반복되지 않지만 DEIS 와 그를 뒷받침하는 기술 분석은 프로그램 웹사이트: https://495-270-p3.com/deis/에서 검토와 참고용으로 제공됩니다.

### SDEIS 에 대한 의견은 어떻게 제시할 수 있나요?

FHWA 와 MDOT SHA 는 관심 있는 공직자, 주 및 지방 정부 및 기타 연방 기관, 미국 원주민 부족 정부, 조직 및 일반인들이 SDEIS 에 대한 의견 제시를 요청합니다. 이번 연구에 대한 SDEIS 및 기술 보고서는 그로젝트 웹사이트: oplanesmd.com/SDEIS 에서 보고 다운로드 할 수 있습니다.

일반 대중의 의견 제시 기간은 2021년 10월 1일에 시작해서 2021년 11월 15일까지 계속됩니다. 서면 또는 구두로 제시된 의견 모두 동등하게 고려됩니다. MDOT SHA 와 FHWA는FEIS 를 작성하는 데 있어서 제공된 모든 의견을 검토하고 해당 날짜까지 접수 또는 우편 소인이 찍힌 모든 주요한 의견을 고려하고 대응할 것입니다. 해당 날짜 이후에 접수 또는 우편 소인이 찍힌 의견은 실행 가능한 한도 내에서 검토 및 고려될 것입니다. 비대면 공청회가 2021년 11월 1일에 개최됩니다. 공청회 관련 최신 정보는oplanesmd.com/SDEIS를 참고해 주십시오.

SDEIS 에 대한 의견은 다음과 같이 제시하실 수 있습니다.

- 2021 년 11 월 1 일 비대면 공청회에서 구두 발언하기
- oplanesmd.com/SDEIS 에서 SDEIS 의견 제시 양식 작성
- MLS-NEPA-P3@mdot.maryland.gov 로 이메일 보내기
- Jeff Folden, I-495 & I-270 P3 Program Deputy Director, I-495 & I-270 P3 Office, 707 North Calvert Street, Mail Stop P-601, Baltimore MD 21202 에게 편지 보내기
- 855-432-1483 로 전화해서 최대 3 분 길이로 음성사서함 메시지 남기기

# 대안

## 우선적 대안이란?

2021 년 1 월에 대안 9 가교통량, 토목, 재정 및 환경 분석 결과와 일반의 의견을 토대로 MDOT SHA 가 추천하는 우선적 대안으로 발표되었습니다. 추천하는 우선적 대안인 대안 9 관련하여 몇 개월에 걸쳐 관계 기관과 이해 당사자들과 추가적 조율 및 의견 청취 후, MDOT SHA 는 이번 연구를 사 1 전에 결정된 단계별 진행 및 허가 취득 방식을 적용해서 Phase 1 South 만 집중하기로 결정했습니다. 그 결과 FHWA 와 MDOT SHA 는 새로운 추천 우선적 대안: 대안 9 – Phase 1 South 를 선정했습니다. 대안 9 – Phase 1 South 에는 대안 9 의 일환으로 제안된 동일한 개선 조치를 포함하지만 Phase 1 South 의 경계 구역으로 제한되어 있습니다. **(Figure ES-1)** 이 우선적 대안은 자원 담당 기관, 일반인 및 이해

00005523

당사자들과 조율을 거쳐 DEIS 관련 수집된 피드백에 직접 대응하고 NEPA 승인을 P3 프로그램의 프로젝트 단계별 제공 및 허용 방식을 채택하기로 한 후 선정되었습니다. FHWA[2] 와 협조 기관들*은 2021 년 6 월에 대안 9-Phase 1 South 가 우선적 대안이라는데 동의한 바 있습니다.

우선적 대안은 Phase 1 South 만의 경계 구역 내 I-495 와 I-270 상에서 이차선으로 된 다인승 통행료 부과(HOT) 관리 차로 네트워크를 포함합니다. (**Figure ES-2**). I-495 상 우선적 대안은 George Washington Memorial Parkway 에서 MD 187 동쪽까지 각 방향에서 두 개의 HOT 신규 관리 차로로 구성됩니다. I-270 상에서 우선적 대안은 I-495 에서 I-370 북쪽까지 그리고 I-270 east 와 west 지선 상에서 각 방향에서 기존의 HOV 차선 하나를 HOT 관리 차로로 전환하고 각 방향에서 새로운 HOT 관리 차로 하나를 추가하는 것으로 구성됩니다. 지금 현재 I-270 east 지선에서 MD 5 까지 I-495 east 상에서 진행 중인 개선이나 조치는 없습니다. I-270 상에서 Montrose Road 에서 I-370 까지 기존의 수금-배포(C-D) 차선은 제안된 개선 조치의 일환으로 사라지게 됩니다. 관리 차로는 4 피트 넓이의 완충 구역 내에 놓인 철탑 (pylons)을 사용해서 일반 용도 차선과 분리시킵니다. 환승 버스와 HOV 3+ 차량은 통행료 없이 관리 차로를 이용할 수 있습니다.

---

[2] NCPC 와 M-NCPPC 는 우선적 대안에 동의하지 않았습니다.

00005524



보충 환경영향 평가서 초안



**그림 ES-1: 대안 9 – Phase 1 South 일반 구간 (HOT 관리 차로는 노랑색으로 표시)**

I-495 from the George Washington Memorial Parkway to east of MD 187

Approx. 194' - 198'



I-495: American Legion Bridge (Looking north towards Maryland)

Exit and entrance lanes provide access to the High-Occupancy Toll Lanes from the George Washington Memorial Parkway

High-Occupancy Toll Lanes with free transit and carpools of three or more

Possible location for shared-use path on ALB



I-495 east of MD 187 to west of MD 5 - NO ACTION AT THIS TIME

Approx. 138' - 146'



I-270 from I-495 to I-370

Approx. 218' - 222'

## 우선적 대안에는 어떤 환승편 요소가 포함되어 있나요?

독자적 환승 대안은 이번 연구의 목적과 필요에 부합하지 않는다는 결론이 났지만 우선적 대안에는 기존 및 계획된 여러 교통편의 이동성과 연결성을 개선한다는 프로젝트 목표에 맞는 환승 요소가 포함됩니다. (우선적 대안의 환승 관련 요소에 대한 추가적인 세부 정보는 **2 장, Section 2.3.7** 을 참고하세요.) 이런 핵심 고려 사항을 진척시키고 지금까지 수집된 일반인 및 기관의 의견에 대응하기 위해 MDOT SHA 는 우선적 대안 내에서 환승 이동성과 연결성을 개선할 수 있는 기회를 파악했습니다. 그런 기회에는 다음의 요소가 포함됩니다:

- HOT 관리 차로를 통행료 없이 버스 환승용으로 사용할 수 있도록 허용하여 이동 속도를 높이고 신뢰성 있는 이동을 보장하며 도시 및 교외 활동 및 경제 중심지와 직접 연결되는 간선 도로 상에서 현지 버스 서비스/시스템과 연결.
- 제안된 HOT 관리 차로를 직간접적으로 Shady Grove Metro (I-370), Twinbrook Metro (Wootton Parkway), Montgomery Mall 환승 센터 (Westlake Terrace), 및 Medical Center Metro (MD 187)에 있는 기존의 환승역 및 계획된 환승 중심의 개발과 연결
- 기존 및 계획된 환승을 개선하고 지역 환승 서비스에 새로운 기회를 지원하는 지역 환승 개선 조치가 우선적 대안의 일환으로 결정이 되었으며 다음을 포함합니다:
  - WMATA Shady Grove Metrorail 역 버스 정류장 신축
  - Increased parking capacity at the Westfield Montgomery Mall 환승 주차장 (Park and Ride) 주차 용량 증가

00005525

환승 요소는 환승 실무 그룹과 버지니아주 트레일 및 공공 환승부와 메릴랜드주 교통부 메릴랜드 환승국이 실시한 I-495/American Legion Bridge 환승/운송 수요 관리(TDM) 공동 연구에서도 고려한 바 있습니다. 이 두 이니셔티브 모두 보고서를 산출하였습니다.

*환승 서비스 조율 보고서*는 환승 실무 그룹과의 조율 하에 완성되어 2020 년 6 월 P3 프로그램 웹사이트(https://495-270-p3.com/transit-benefits/)에서 발표되었으며 현재 이 보고서는 해당 카운티 및 환승 서비스 공급업체들에게 신뢰성 및 이동 속도 등 혜택을 극대화하고 미래 자본과 운영상의 니즈 평가 및 우선 순위화하는 근거를 제공하며 지역 환승 서비스를 P3 프로그램에 통합하는 방법에 대한 대화를 시작하는 등 관리 차로가 제공하는 중요한 환승 기회에 대해 정보를 제공하고 있습니다.

*I-495/ALB 환승/TDM 최종 보고서 및 계획*은 2021 년 3 월에 완성되어 [http://www.drpt.virginia.gov/media/3375/i495_alb_transittdm_study_finalreport_030521_combined.pdf] 에서 게시되었습니다. 거기에서 메릴랜드와 버지니아 두 주 간의 이동에 있어 새로운 이동성 선택권을 제공하는 일련의 잠재적 투자 패키지가 파악되었습니다. 각 패키지는 환승 서비스 요소, 기술 개선, 통근자 지원 프로그램 및 주차 수요가 결합되어 있습니다. 그러한 투자 패키지는 더 많은 인구가 더 적은 수의 차량을 사용해서 American Legion Bridge (ALB)를 건널 수 있는 옵션을 제공합니다.

## P3 합의를 통해 어떤 추가적인 환승편 관련 조치를 취하기로 했나요?

2021 년 9 월 11 일에 메릴랜드 법에 따라, MDOT 와 MDTA 는 P3 프로그램의 Phase 1 South 관련 개발 전 작업 실행권을 특정 제안자들에게 부여하는 신청서를 공공 사업 위원회에 신청서를 제출하여 승인을 받았습니다. 그 제안의 일환으로 해당 단계 개발업체가 Phase 1 South 의 운영 기간 동안 대략 3 억 달러 가치의 환승 서비스를 Montgomery 카운티에서 제공하겠다는 약속을 했습니다.

환승 서비스를 추가적으로 지원하기 위해, MDOT 는 Phase 1 South 의 Section P3 합의가 종결되는 즉시 Montgomery 카운티에서 최우선 순위의 환승 서비스 설계 및 허가 취득 관련 투자에 최소 6 천만불을 제공하겠다고 약속했습니다. 여기에는 대상 구간 도시 환승로 Phase 1, MD 355 대상 구간 내의 Bus Rapid Transit 또는 기타 최우선 순위 프로젝트 및 Metropolitan Grove 버스 운영 및 유지 보수 시설 건설 및 장비 제공이 포함됩니다.

## American Legion Bridge 교체가 관리 차로 연구에 포함되어 있나요?

네, 우선적 대안에는 American Legion Bridge (ALB)를 기존 교량 폭을 넓히는 것이 아닌 더 넓은 신축 교량으로 대체하여 각 방향에서 두 개의 HOT 차로를 수용할 수 있게 하는 방안이 포함되어 있습니다. 기존 교량은 건설된 지 거의 60 년이 다 되어 가며 이번 연구와 상관 없이 앞으로 10 년 중 언젠가 교체되어야 할 것입니다. 새로운 교량은 여러 단계로 건설되어 건설 기간 중 기존 차선 수를 항상 같은 수로 유지할 수 있게 됩니다. 신규 교량은 같은 위치에서 새 다리로 교체됩니다.

재건된 ALB 에는 버지니아주와 메릴랜드주 사이에 자전거 및 보행자들 공유 사용 차로가 포함될 것입니다. 고려 중인 공유 사용 경로 옵션에 대한 내용은 **SDEIS, 2 장, Section 2.3.8** 을 참고하시기 바랍니다.

## 우선적 대안은 폭우 관리를 다루나요?

네 주로 개념적 수준의 폭우 관리(SWM) 분석이 우선적 대안에 대해 완료 되었고 LOD 선정에 활용 되었습니다. (추가적인 세부 사항은 이 문서 **2 장, Section 2.3.2** 를 참고해 주십시오.**) 2007 년** 메릴랜드주 폭우 관리법(SWM)에 의거하여 MDOT SHA 는 SWM 법에서 요구하는 물 양과 질 요건을 만족시키며, 정수 처리를 하며 현 상황을 개선할 것입니다.

00005526



우선적 대안에 대해 물의 양 관리 요건은 ALB 배구 구간을 제외한 각 배수 구간별로 충족되어야 합니다. 전형적 관행을 기준으로 수량 포기 각서가 ALB 에 제공되는데 이는 주요 수로인 Potomac 강으로 직접 물이 방류되기 때문입니다.

수질 요건 면에서 우선적 대안은현장에서 가능한 최대 범위에서 (MEP) 환경적 현장 설계(ESD) 요건을 만족시키게 될 것입니다. 그러나 정수 처리를 요하는 불투수면 면적과 기존 현장의 제약 요건 때문에 모든 배수 구간에서 요구되는 수질을 완전히 만족시키지 못 할 수 있습니다. 수질을 현장에서 만족시킬 수 없는 배수 구간에 대해 부족한 수치는 MDOT SHA *침전 및 폭우 가이드라인 및 절차* (SSGP), Section 5.5.에서 정의된 같은 분수령 내에서 보충적 폭우 관리를 활용해서 보완시킬 것입니다. 현장 외에서 실시한 보충적 폭우 관리 분석의 결과를 토대로 우선적 대안에서 요하는 전체 불투수면 면적(IAT)의 처리 요건을 만족 및 초과하기 위해 여러 잠재적인 수량 지역이 선정되었습니다. (보충적 폭우 관리에 대한 추가적인 세부 정보는 **2 장**, **Section 2.3.2 와 SDEIS, 첨부 C** 를 참고하세요.)

### I-270 East 지선 동쪽 구간에서 MD 5 사이 I-495 구간에 대해 연구한 개선 조치는 어떻게 되었나요?

우선적 대안은 연구 대상 구간 이내의 I-495 기타 구간에 대한 개선 조치는 포함하지 않지만, 나머지 주간 도로 시스템이 향후 개선이 필요할 수 있습니다. 그러한 개선은 별도로 진행되어야 하며 추가적인 환경 영향평가, 분석 및 대중, 이해 당사자 및 현지 기관과의 조율이 따라야 합니다.

## 통행료 부과

### 왜 새로운 차로에 대해 통행료를 부과해야 하며 왜 주 정부는 개발업자가 차로를 건설하도록 해야 하나요?

메릴랜드 주는 Phase 1 South 개선 조치의 예상 비용인 30 억에서 35 억 달러 정도 액수의 개선 조치를 건설한 자금 여력이 없습니다. 또한 대출금을 상환하기 위해 통행료를 부과한다고 해도 메릴랜드주는 개선 조치에 필요한 대출금을 받기 위한 채권 능력이 없습니다. 따라서 메릴랜드주는 경쟁 프로세스를 통해 단계별 개발업자를 선정했고 그러한 개발업자가 통행료 수입을 통해 당분간 관리 차로를 설계, 건설, 자금 조달, 운영 및 유지하는 P3 합의 단계에 돌입했습니다. MDOT SHA 는 계속해서 I-495 및 I-270 상 모든 차로에 대한 소유권을 가지면서 고속도로가 의도된 교통 기능을 만족시킬 수 있게 할 것입니다.

### 통행료 액수는 어떻게 결정되나요?

통행료 범위 설정 프로세스는 주에서 유일하게 메릴랜드주 주석 달린 법령의 교통 관련 §4-312 조항과 COMAR 표제 11, 교통국 부제 07 MDTA, 5 장 통행료 범위 수정에 대한 대중 통보 요건(11.07.05).에 의거하여 통행료를 설정, 수정 및 고정시킬 수 있는 유일한 주립 기관인 MDTA 가 주도합니다. MDTA 는 Phase 1 South 경계 구역에서 통행료 범위를 설정하고 통행료를 수거할 할 책임이 있습니다.

통행료 범위 설정 과정은 최소 및 최대 통행료, 그 최소 및 최대 통행료 범위 내에서 대략적 통행료 한도 및 연간 통행료 인상 프로세스와 특수 차량을 위한 통행료 할인을 확립하기 위한 MDTA 직원들의 제안을 중심으로 합니다.

공청회 실시 및 일반인 의견 기록 과정은 메릴랜드 주 주석 달린 법령집의 교통 관련 조항 §4-312 에 명시되어 있습니다. 초기 제안은 2021 년 5 월 20 일에 MDTA 에 제출되었습니다. 이 과정에 따라 이사회가 통행료 제안을 공청회에서 다루고 일반인 의견 수렴 기간을 거치자는 제안에 대한 투표를

00005527

거쳐서 통행료 범위 설정 과정에 대중을 참여시키고 일반 대중의 검토와 의견 제시 기회를 반드시 제공해야 하는 주 법도 준수하였습니다.

공청회는 2021 년 7 월 12 일과 14 일에 열렸으며 통행료 범위 관련 제안의 근거 자료를 포함한 모든 공청회 자료는 MDTA 웹사이트와 게시되었고 지금도 https://mdta.maryland.gov/ALB270TollSetting 웹사이트에서 일반인들이 검토할 수 있도록 제공됩니다. 의견 수집 기간은 2021 년 5 월 20 일에서 8 월 12 일까지 진행되었습니다. 2021 년 8 월 26 일에 열린 MDTA 이사회 회의에서 MDTA 직원들이 공청회에서 접수된 모든 대중의 의견을 요약 분석해서 발표했습니다. 추가로 이사회 위원들의 질의에도 답했습니다. 접수한 모든 대중 의견과 그에 대한 분석이 요약되어 MDTA 웹페이지 mdta.maryland.gov/ALB270TollSetting/PublicParticipation 에서 볼 수 있습니다.

대중의 의견을 고려한 후, 2021 년 9 월 30 일 MDTA 이사회 회의에서 MDTA 직원들은 최종 통행료 범위 제안서를 발표했습니다. 이 최종 통행료 범위는 이사회의 추천 조치가 되며 MDTA 웹 페이지인 mdta.maryland.gov/ALB270TollSetting 에서 볼 수 있습니다.

### 부과되는 통행료는 얼마 정도 될까요?

우선적 대안은 매출에만 집중하기 보다는 HOT 차로에서 시속 45 마일 이상 속도를 유지하도록 설계될 예정입니다. HOT 차로의 목표는 교통이 자유롭게 흐르게 하고 가격 설정 요소를 활용해서 교통 흐름에 영향을 주는 것입니다. 따라서 통행료의 범위는 HOT 차로 활용에 수요와 공급이라는 경제 원칙을 적용하는 확립된 운영 척도에 맞게 운영되도록 설정될 것입니다. Phase 1 섹션 개발업체는 통행료 범위 설정 프로세스 마지막 단계에서 승인이 된다면 그렇게 확립된 통행료 범위 내에서 통행료를 결정할 책임이 있습니다.

우선적 대안-Phase 1 South 경계 구역에 대해 제안된 통행료 범위는 MDTA 웹사이트인 http://mdta.maryland.gov/ALB270TollSetting/TollRateRangeSettingProcessandProposal 에서 볼 수 있습니다. 통행료 범위는 그러한 HOT 차로에 대한 최소통행료, 대략적 통행료 한도, 그리고 최대 통행료로 구성됩니다. 통행료 범위가 P3 프로그램 기간 전체(50 년으로 예상)에 걸쳐 적절하도록 매년 가격 인상 요소도 포함됩니다. 통행료 범위는 HOT 차로에서의 교통량 또는 속도에 따라 최대 5 분 마다 바뀌어서 HOT 차로를 이용하고 통행료를 지불하는 고객들이 더 빠르고 신뢰성 높은 이동을 할 수 있도록 역동적으로 설정됩니다. 실제 통행료는 각 통행료 실시 구간 내에서 실시간 교통량에 근거하여 바뀔 것입니다.

## 운송 및 교통량

### SDEIS 에서 어떤 교통량 분석이 업데이트 되었나요?

교통량 분석은 업데이트된 MWCOG 지역 예측 모델 2.3.75 버전에서 나온 교통량 예측을 활용하여 비건설(No Build)과 우선적 대안에 대해 2040 년 설계 연도에서 2045 년 설계 연도로 업데이트 되었습니다. DEIS 는 이번 연구가 개시되고 유일한 교통량 수요 예측이 2040 년까지였을 때 가장 최근 모델 버전이었던 MWCOG 모델, 2.3.71 버전을 사용하였습니다.

우선적 대안은 미래 교통 상황에 대해 속도, 지연, 이동 시간, 서비스 수준, 처리량 및 현지 네트워크 등을 포함한 여러 핵심 운영 척도에 대한 2045 년 예측치를 활용해서 평가되고 비건설 (No Build) 상황과 비교되었습니다. 이러한 척도는 DEIS 에서 대안을 평가 및 비교하는 데 사용된 것과 같은 척도들입니다. 더 자세한 내용은 이 SDEIS 3 장과 SDEIS, 첨부 A 를 참고하시기 바랍니다.

00005528

SDEIS 3 장에서는 MDOT SHA 가 코로나 19 대유행이 교통 수요 및 예측에 미치는 영향을 고려하는 방법을 논의하고 있습니다. 더 자세한 내용은 **3 장, Section 3.1.4** 와 **SDEIS, 첨부 B** 를 참고하시기 바랍니다.

### 교통량 운영 분석의 결과는?

비건설 대안과 우선적 대안에 대한 2045 년 설계 연도 교통량 운영 평가 결과가 아래에 요약되어 있고 이 SDEIS **3 장과 SDEIS, 첨부 A** 에 나와 있습니다.

**비건설 대안**은 기존 상황에서 경험한 주요한 운영상 이슈 중 어느 것도 해결하지 못할 것입니다.장기적 교통량 증가를 수용하지 못해서 느린 이동 속도, 심각한 지연, 긴 이동 시간 및 신뢰성 낮은 네트워크로 이어질 것입니다. DEIS 에 제시된 2040 년 비건설 결과와 비교할 때, 2045 년 비건설 결과는 2040 년과 2045 년 사이에 추가적인 교통량 증가가 예측되기 때문에 I-495 와 I-270 상에서 더 극심한 지연과 길어진 이동 시간을 보여 줍니다. 2045 년 예측에 포함된 추가적인 환승 프로젝트로 인해 지역내 도로 네트워크 상에서 지연이 약간 줄어 들 것으로 예상됨에도 불과하고 이러한 교통량 증가가 예상됩니다.

**우선적 대안**은 영향을 회피하고 최소화 하기 위해 연구 대상 지역의 많은 부분에 아무 조치나 개선 노력을 포함하고 있지 않음에도 불과하고 도로 시스템에 가시적인 운영상의 혜택을 제공할 것으로 예상됩니다. 이 대안은 **American Legion** 다리 전체와 I-270 남쪽 부분에 체증은 줄이면서 교통 처리량은 크게 증가시키게 될 것입니다. 또한 비건설 대안과 비교할 때 I-495, I-270 및 주변 도로 네트워크 대부분에서 속도를 높이고 신뢰성을 개선하며 이동 시간과 지연은 줄이게 될 것입니다. DEIS 에서 평가한 48 마일의 연구 대상 경계 구역 전체를 포함하는 건설 대안과 비교시(대안 9 와 대안 10 포함) 교통 운영상 개선은 적지만 우선적 대안이 선정된 이유는 부분적으로는 I-495 위쪽 및 동쪽 지역에 대한 재산상 및 환경적 영향을 없애는 것을 강력하게 선호하는 일반 대중과 이해 당사자들의 피드백 때문이었습니다. 2045 년 설계 연도에 I-270 북향과 I-495 내부 고리형 구간에서 우선적 대안 경계 구역 외부의 하향 병목 현상 때문에 오후/저녁 시간대에 러시아워가 발생할 것으로 예상됩니다.

FEIS 와 주간 도로 시스템의 안전성, 운영 및 공학적 용인 가능성에 대한 FHWA 승인인 주간 접근 포인트 승인(IAPA)에서 우선적 대안에 대한 더 자세한 미래 주요 간선과 국지적 운영상 영향 평가가 포함될 것입니다. NEPA 가 종결된 후 최종 설계 단계에서 선택된 대안에 대해 안전성 및 운영에 대해 추가적으로 다룰 기회에 대해 평가하게 될 것입니다.

전반적으로 우선적 대안은 비건설 대안보다 훨씬 나은 가시적인 운영상의 혜택을 제공합니다.

## 환경 자원, 결과 및 영향 경감

### 우선적 대안이 환경 자원에 미치는 영향은 무엇인가요?

**4 장**에 제시된 환경에 미치는 결과는 우선적 대안에 대한 설명입니다. DEIS 이후, 우선적 대안 설계가 진행되어 왔습니다. 영구적 또는 장기 및 일시적 또는 단기 건설 관련 효과를 계량화하여 이 SDEIS 에서 설명하고 있습니다. 우선적 대안의 환경적 영향을 요약한 내용은 **표 ES-1** 에 나와 있습니다.

00005529



보충 환경영향 평가서 초안

## 표 ES-1: 우선적 대안의 계량화한 영향 요약

| 자원 | 영구적[1] | 일시적[1] | 총합[1] |
|---|---|---|---|
| 공원 시설에 대한 잠재적 영향 총 면적(에이커) | 21.0 | 15.1 | **36.1** |
| 요구되는 공공 통행로 총 면적[2] (에이커) | 97.2 | 18.7 | **115.9** |
| 직접 영향을 받는 부동산의 수 (갯수) | - | - | **501** |
| 이주가 필요한 가구 총수 (수) | - | - | **0** |
| 이주가 필요한 업소 수 (수) | - | - | **0** |
| 부정적 영향을 받는 역사적 건물 수[3] (수) | - | - | **11** |
| 영향을 받게 되는 소음 민감 지역 (수) | - | - | **49** |
| 유해 물질 우려 장소(수) | - | - | **255** |
| 주 지정 특별 관심 습지 (에이커) | 0 | 0 | **0** |
| 습지[4] (에이커) | 3.7 | 0.6 | **4.3** |
| 습지 25-피트 완충지대[4] (에이커) | 6.5 | 0.6 | **7.1** |
| 수로[4] (스퀘어피트) | 673,757 | 343,945 | **1,017,702** |
| 수로[4] (직선 거리, 피트) | 43,852 | 2,701 | **46,553** |
| 2 단계 집수 지역(에이커) | 0 | 0 | **0** |
| 100 년 빈도 범람원 (에이커) | 33.7 | 15.1 | **48.8** |
| 임관 산림 (에이커) | 479.6 | 20.3[5] | **500.1** |
| 희귀하고 위협 받는 멸종 위기 생물종 서식지(에이커) | 33.4 | 23.0 | **56.4** |
| 민감한 생물종 프로젝트 검토 지역 (에이커) | 24.5 | 20.0 | **44.5** |
| 독특하고 민감한 지역 (에이커) | 139.2 | 29.4 | **168.5** |

주: 이 표 안에 포함된 영향이란 우선적 대안의 주요한 개선 조치에 대한 영향을 의미합니다. 보충적 폭수 관리와 관련된 영향은 사전의 내용이며 SDEIS, **첨부 C** 에서 다루고 있습니다.

[1] 모든 액수는 소수점 첫째 자리로 반올림하였습니다.
[2] 공공 통행로는 주 기록 연구를 기반으로 하며 필요한 경우 카운티의 공공 통행로로 대체했습니다.
[3] 역사적 건물에 대한 영향 관련한 추가적인 정보는 4 장, Section 4.7 을 참고해 주십시오.
[4] 습지와 수로에 대한 영향 관련한 추가적인 정보는 **표 4-25, Section 4.12** 를 참고해 주십시오.
[5] 임관 산림에 미치는 일시적 영향은 도로 건설을 위해 영구적으로 인수하거나 변경되지 않는 지역에서 개간된 산림을 말합니다. 그러한 지역에서는 다시 수목을 심게 됩니다. 영향을 피하거나 최소화 하고자 하며 최종 설계에서 정해진 대로 대상 구간에서 수목을 다시 심는 노력을 극대화하게 될 것입니다.

*파란색 텍스트 = 4-3 페이지의 표 4-1 에 맞게 조정됨 (11/10/21)*

## 환경 자원에 대한 영향과 관련해서 어떤 영향 회피, 최소화 기회를 고려했나요?

DEIS 가 발표된 이후, 역사적 건물, 공원 부지, 습지, 습지 완충 지역, 수로, 산림 및 연방 재난관리청(FEMA)의 100 년 빈도 범람원에 대한 영향 최소화 기회가 규제 및 자원 담당 기관과의 광범위한 조율을 통해 발전되어 왔습니다. 우선적 대안은 Phase 1 South 경계선 내에서만 개선 조치를 건설함으로써 100 에이커가 넘는 공원 및 수백 개의 습지와 개울 기능을 간과합니다. 우선적 대안과 관련된 환경적 영향은 최대로 가능한 한도 내에서 이번 연구의 초기 단계의 모든 분야에서 회피하고 최소화했지만, 회피 및 최소화 테크닉은 민감하거나 레크리에이션면에서 중요한 American Legion 다리 주변의 NPS 공원 등 일부 자원 분야에 국한되었습니다. 더 자세한 정보는 이 문서의 **2 장, 4 장 및 5 장**을 참고하시기 바랍니다. 환경 영향을 회피, 최소화 및 경감시키려는 노력은 해당 규제 및 자원 담당 기관과의 지속적인 조율을 통해 계속될 것입니다. 최종적인 영향 회피, 최소화 및 경감 관련 정보는 FEIS 에서 문서화 하게 됩니다.

00005530

## Morningstar Tabernacle No. 88 Moses Hall 및 공동 묘지에 대한 어떠한 영향 최소화 노력이 우선적 대안 LOD 에 포함되었나요?

DEIS 발표 후 일반 대중, 관계 기관 및 이해 당사자들의 의견에 대응하여 MDOT SHA 는 Morningstar Tabernacle No. 88 Moses Hall 과 공동 묘지의 LOD 를 개선했습니다. 2021 년 겨울 후반부에 Morningstar 공동묘지에 미치는 환경 영향이 대안 9 관련 DEIS 에 보고된 0.3 에이커보다 줄어들어 묘지 근처에 차음벽 설치를 위해 대략 14 평방 피트 면적의 임시 구역만 필요하게 되었습니다. 이런 노력으로 묘지 경계선 내에 모든 땅 흔들림도 없앨 수 있었습니다. 이는 일반 대중과 관계 기관의 의견 제시에 대한 대응으로 Cabin John Parkway 인터체인지 경사로 배치를 포함한 설계 변경을 통해 묘지에 미치는 영향을 최소화 했기 때문에 가능했습니다. 2021 년 여름에 추가적 조사를 통해 Morningstar 공동 묘지 경계선 내와 주변에 위치한 표기 및 미표기 무덤을 감지하고 지도화하는 작업을 했습니다. 이 조사 결과에 대응하여 추가적인 설계 개선을 한 결과 Morningstar 공동 묘지에서 완전한 영향 회피를 성취할 수 있었습니다.

## American Legion Bridge 주변 공원 시설과 관련 자원 관련하여 어떤 영향 최소화 노력이 우선적 대안 LOD 내에 포함되었나요?

Section 4(f) 평가서 초안과 DEIS 가 발표된 이후 가장 중대한 영향 회피와 최소화 노력은 ALB 주변에 집중되었습니다. MDOT SHA 와 FHWA 는 2020 년 12 월 8 일 NPS 와 회의를 열어 DEIS 에서 제시된 ALB 주변의 LOD 에 대해 논의 했습니다. NPS 는 NPS 소유 땅과 천연 자원에 대한 영향을 줄이기 위해 ALB 주변 LOD 를 재평가해 줄 것을 MDOT SHA 에 요청했습니다. MDOT SHA 는 다음의 미션으로 하는 전국 및 지역 교량 설계, 천연 자원 및 문화 자원 전문가로 구성된 'ALB 전담팀'을 조직했습니다.

*NPS 산하 C&O Canal National Historic Park 과 George Washington Memorial Parkway 에 대한 영향을 가능한 회피하고 전반적으로 영향 받는 면적을 줄이기 위해 ALB 교체의 대안을 개발하고 평가한다.*

ALB 전담팀은 LOD 를 더 줄일 수 있는 교량 시공 방식을 검토했습니다. ALB 전담팀은 하행식 (Top-down) 구역별 시공 공법, 하행식 사장교 및 슬라이드인 가설 공법에 대해 상세한 조사를 했습니다. 추가로 현장 분석과 가용 정보 검토 후, MDOT SHA 와 ALB 전담팀은 강 수준에서 현장 접근성을 Clara Barton Parkway 을 따라 강 북단과 통합하여 다리 주변 다른 세 개 사분면에서 건설 현장으로 접근할 수 없게 하고 NPS 소유지에 미치는 영향을 크게 줄일 수 있다는 결론을 내렸습니다. 임시 공사장 접근용 도로 입구를 Clara Barton Parkway 에서 강 북서쪽 사분면에 만들고 C&O Canal 을 가로지르는 임시 교량을 설치하고 C&O Canal 배 끄는 예선로와 평행하게 임시 haul road 를 건설함으로써 이것이 가능해 집니다. 이러한 노력으로 George Washington Memorial Parkway 에 미치는 영향 면적을 7.8 에이커 줄였고 Chesapeake & Ohio Canal 에 미치는 영향 면적은 5.3 에이커 줄일 수 있었습니다. ALB 전담팀의 노력에 대한 더 자세한 정보는 **4 장, Section 4.12.4** 를 참고하시기 바랍니다.

## 불가피한 환경적 영향 관련하여 어떤 영향 경감 조치를 고려하고 있나요?

우선적 대안이 환경 자원에 미치는 불가피한 영향을 개념적으로 경감시키는 노력도 DEIS 발표 후 계속 발전되어 왔습니다. 제안된 개념적 경감 조치는 **4 장**에서 해당 자원이 논하고 있고 습지, 산림, 희귀하고 위협 받는 멸종 위기 생물종, 공원, 문화 자원, 소음, 공기, 소유 부동산, 유해 물질, 지형, 지질학, 토양, 지하수, 환경 정의, 가시적 미학, 수중 생물상 및 독특하고 민감한 분야와 같은 자원에 대해서는 개념적 영향 경감 계획(DEIS, **첨부 Q**)에서 더 자세히 설명되고 있습니다. 연구가 진행되면서 대중과 이해 당사자, 관련 기관의 SDEIS 관련 의견을 고려한 후 추가적인 경감 조치를 파악하고 개선시킬 예정입니다. 최종 경감 조치는 FEIS 에서 문서화 될 것입니다.

00005531

## 업데이트된 Section 4(f) 사정 내용은 무엇입니까?

1966 년 제정된 USDOT 법은(49 U.S.C. 303(c))로 개정된 후 다음의 조건이 만족되지 않는 한 FHWA 를 포함한 미국 교통부(USDOT)는 공공 소유의 공원, 레크리에이션 지역, 야생 동식물 또는 수조 보호구역 또는 역사적 현장(민관 소유)에 해당되는 토지의 사용을 승인할 수 없다고 규정합니다.

- FHWA 가 그러한 부동산 사용을 피할 수 있는 실현성 있고 신중한 대안이 없다고 판단하며 계획 단계에서 그러한 토지 사용에서 기인하는 피해를 최소화하는 가능한 모든 조치를 취할 경우 (23 CFR §774.3(a)(1) & (2)) 또는
- 신청인이 약속한 피해 최소화를 위한 모든 조치를 포함한 Section 4(f) 소유물 사용이 그 소유물에 *미소한* 영향만을 미칠 것으로 FHWA 가 판단할 때(23 CFR §774.3(b)).

Section 4(f) 평가서 초안과 DEIS 가 2020 년 7 월에 발표된 후, 우선적 대안은 대안 9-Phase 1 South 로 지정되었으며 DEIS 와 Section 4(f) 평가서 초안에서 대안 9 의 일환으로 제안된 건설 개선 조치를 포함하지만 그 범위가 Phase 1 South 경계 구역으로만 제한되어 있습니다. Phase 1 South 외부의 연구 대상 경계 구역 내에서는 어떠한 조치나 개선도 없을 것입니다. 우선적 대안에 대한 결정은 Section 4(f) 소유물에 대한 관할권이 있는 담당자(OWJs)들을 포함한 관계 기관과 이해 당사자들과의 추가적인 조율 노력과 의견 경청을 통해 내려졌습니다. 우선적 대안은 Section 4(f) 자원에 대한 영향 회피를 요청하는 접수된 의견에 대응하고 연구를 사전에 결정된 단계별 제공 및 허가 취득 방식으로 일관되게 진행하고자 합니다.

SDEIS 5 장에는 우선적 대안에 대한 정보를 제공하기 위해 업데이트된 Section 4(f) 평가서 초안이 포함되어 있습니다. 이 업데이트된 Section 4(f) 평가서 초안에 포함된 정보는 FHWA 가 우선적 대안을 위해 Section 4(f) 소유물 사용을 검토할 때 자료로 쓰이게 됩니다. SDEIS 의 이 장에서는 DEIS, 첨부 F 로 포함되었던 Section 4(f) 평가서 초안을 업데이트하고 보충하는 정보를 제공합니다. 이런 보충 정보는 Section 4(f) 평가서 초안을 대체하지는 않으며 단지 추가적인 분석을 제공할 뿐입니다. Section 4(f) 평가서와 이 보충 자료는 23 CFR 774, FHWA's 2012 Section 4(f) 정책 문서와 23 U.S.C. 138 and 39 U.S.C. 303 에서 확립된 USDOT 규정을 따릅니다.

## Section 4(f) 영향이란 무엇입니까?

Section 4(f) 소유물의 사용(또는 Section 4(f) 소유물에 대한 영향)은 다음과 같은 경우 발생합니다:

i.   어떤 부지가 운송 시설로 **영구적으로 편입**될 때:
ii.  연방규정집(CFR) 23 조 §774.13 (d)가 정한 기준에 의거하여 법령의 보존 목적에 저촉되는 토지의 **일시적인 점거**가 있을 때: 또는
iii. 연방규정집(CFR) 23 조 §774.15 가 정한 기준에 의거하여 Section 4(f) 소유물이 **건설적으로 사용**될 때

우선적 대안은 대략 105 에이커에 달하는 DEIS 건설 대안에 관련된 38 개의 Section 4(f) 소유물 사용을 피할 것입니다. 우선적 대안은 21 개의 Section 4(f) 소유물(임시 및 영구 소유물 포함)이 소재한 총 39.1 에이커의 사용이 필요하게 되며 반면 DEIS 건설 대안 9 는 총 146.8 에이커를 사용해야 합니다.

더 상세한 정보는 SDEIS, 5 장, Section 5.2 과 DEIS, 첨부 F 를 참고해 주십시오. Section 4(f)에 미치는 영향에 대한 개념적 경감 노력은 결정되었지만 Section 4(f) 소유물 담당자들(OWJs)과의 조율 작업이 아직 진행 중입니다. 최종 Section 4(f) 평가서에는 OWJs 와의 영향 감소를 위한 지속적인 조율 노력과 OWJs 와의 미소 조정을 반영할 것입니다. 최종 Section 4(f) 평가서에는 또한 피해를 최소화 하기 위한 가능한 모든 계획 노력을 보여주는 분석과 전반적 최소 피해 분석을 완성하고 최종 영향 경감 약정 내용을 포함하게 됩니다.

00005532

### 이번 연구의 후속 단계는 무엇입니까?

이 SDEIS 는 FHWA 와 MDOT SHA 이 승인했고 연방, 주 및 지방 관계 기관 및 조직과 기타 관심있는 당사자들에게 배포되었고 일반 대중도 검토가 가능합니다. SDEIS 에 대한 45 일의 검토 기간 중 비대면 공청회가 열리게 됩니다. 의견 제시 마감일은 2021 년 11 월 15 일입니다. 이 45 일 검토 기간 중, SDEIS 는 연구 대상 지역 도처에 위치한 여러 공공 장소에서 그리고 프로그램 웹사이트인 oplanesmd.com/SDEIS 에서 보실 수 있습니다. SDEIS 에 대해 제공하신 의견은 구두 또는 서면 또는 아래에 나온 어떤 방식으로 제공하셨건 상관없이 동등하게 간주됩니다.

- 2021 년 11 월 1 일 비대면 공청회에서 구두 발언
- oplanesmd.com/SDEIS 에서 SDEIS 의견 제시 양식 작성
- MLS-NEPA-P3@mdot.maryland .gov 로 이메일 보내기
- Jeff Folden, I-495 & I-270 P3 Program Deputy Director, I-495 & I-270 P3 Office, 707 North Calvert Street, Mail Stop P-601, Baltmore MD 21202 에게 편지 보내기
- 855-432-1483 로 전화해서 최대 3 분 길이로 음성사서함에 의견을 남기기

45 일간의 검토 기간이 끝난후, MDOT SHA 와 FHWA 는 모든 의견을 검토한후 FEIS 작성 시 의견 제시 기간 마지막 날까지 접수되거나 우편 소인이 찍인 모든 주요한 의견에 응답할 것입니다. 마지막 날 이후에 접수되거나 이후 날짜의 우편 소인이 찍힌 의견은 가능한 한도 내에서 검토 및 고려될 것입니다. 모든 DEIS 와 SDEIS 관련 접수된 주요한 의견을 처리할 뿐 아니라, FEIS 는 SDEIS 에서 개선되거나 계량화되지 않은 추가적 최신 정보와 영향 경감 조치를 요약할 것입니다. 의사 결정 기록(ROD)이 최종 설계 및 시공 단계에서 실행될 약정 사항을 문서화하게 됩니다.

## 민관 협력(P3) 프로그램

### P3 란 무엇입니까?

민관 협력(P3)이란 자본 프로젝트를 수행하는 대안적 모델입니다. P3 는 공공 또는 정부 분야와 민간 기관 간의 파트너십입니다. P3 는 민간 분야의 전문성, 혁신 및 자금을 활용해서 공공 인프라를 제공하여 공공 분야 프로젝트 책임자들과 인프라 사용자 모두에게 혜택을 제공하고자 합니다. P3 는 민간 및 공공 분야 각각의 장점을 잘 활용해서 복잡한 대형 인프라 프로젝트를 비용 효율적이며 신속하게 수행하는 것을 목표로 합니다. P3 합의에 해당되는 분야는 운송 시설 설계, 시공, 재무, 운영 및 유지 보수를 포함합니다. NEPA 와 Phase 1 업체 물색 과정에 대한 이해를 돕기 위해 다음과 같이 경계 구역 정의를 제공합니다.

- Phase 1: ALB 남단에서 I-270 까지의 I-495 구간과 I-495 에서 I-70 까지의 I-270 구간. 이 구간들은 또한 Phase 1 P3 합의의 경계선이기도 합니다.
- Phase 1 South: ALB 남단에서 I-270 까지 I-495 구간과 I-495 에서 I-370 까지 I-270 구간. 이 구간들은 또한 NEPA 우선적 대안의 경계선이기도 합니다.
- Phase 1 North: I-370 에서 I-70 까지 I-270 구간

### Phase 1 담당 업체 물색 과정과 P3 합의의 현재 진행 상황은?

메릴랜드 BPW 는 원래 2019 년 6 월에 P3 프로그램으로 승인을 했으며 2020 년 1 월에 보충 승인을 했습니다. 이러한 승인을 받음으로써 MDOT SHA 가 점진적인 P3 프로세스를 통해 P3 프로그램의 Phase 1 담당 개발업체를 물색함으로써 Phase 1 의 설계 및 시공을 할 수 있게 되었습니다. 이런 점진적인 접근방식으로 NEPA 과정 중 최종적 확약 없이 업체 물색 과정을 진행할 수 있게 되었습니다.

점진적인 P3 업체 물색 과정의 일환으로 MDOT 는 2020 년 2 월 관심있는 단계 전담 개발 업체를 물색하는 제안요청서(RFP) 프로세스를 시작했습니다. MDOT 와 MDTA 는 지자체 기관들이 참여한

00005533

가운데 2020 년 7 월에 우수한 자격 요건을 갖춘 업체 네 곳을 선정했습니다. 이 중 세 업체가 개발 이전 작업을 지원하는 Phase 1 의 단계별 P3 합의에 참여하겠다는 제안서를 제출했습니다. Phase 1 은 ALB 에서 I-270 까지의 I-495 구간과 I-495 에서 I-70 사이의 I-270 구간을 포함합니다. 2021 년 2 월에 MDOT SHA 는 주에 가장 큰 혜택을 주는 방식으로 프로젝트를 수행할 수 있는 제안 업체를 선정하였습니다.

2021 년 8 월 11 일, 메릴랜드 주법에 따라 MDOT 와 MDTA 는 Phase 1 P3 합의를 선정된 제안 업체에 수여하는 것에 대해 공공 사업 위원회로부터 승인을 받았습니다. 선정된 이 프로젝트를 위해 설립된 Accelerate Maryland Partners, Inc. (AMP)라는 합작 회사입니다. AMP 가 P3 프로그램의 Phase 1 관련 사전 개발 작업을 수행하게 됩니다.

P3 합의 Phase 1 에 대한 계약 조건에 따라, MDOT 와 AMP 는 첫번째 구역 관련 사전 개발 작업을 추가적으로 진행할 것입니다. 여기에는 American Legion 다리에서 I-270 까지 George Washington Memorial Parkway 주변 지역과 I-370 까지의 I-270 구간을 포함합니다. ("Phase 1 South") 이 SDEIS 에 포함된 우선적 대안은 Phase 1 경계선과 일치되며 이 프로젝트 수행에서 계획된 첫번째 구역입니다. 제안서에서 단계 전담 개발업체는 Phase 1 South 운영 기간 동안 3 억 달러로 추산되는 Montgomery 카운티 내 환승 서비스 비용을 감당하기로 약정했습니다. 환승 서비스를 추가적으로 지원하기 위해 MDOT 는 Phase 1 South 에 대한 Section P3 합의가 종결되는 시점에서 Montgomery 카운티 내, 대상 구간 도시 환승로 Phase 1, MD 355  대상 구간의 Bus Rapid Transit 또는 기타 최우선순위 프로젝트와 같은 환승 부분 투자의 설계와 허가 취득 그리고  Metropolitan Grove 버스 운영과 유지보수 시설의 건설과 장비 제공을 위해 최소한 6 천만불을 펀딩하기로 약속했습니다.

단계 전담 개발업체로서 AMP 는 일차적 설계 및 실사 활동을 통해 환경 영향을 더욱 최소화하는 것을 포함한 사전 개발 작업에서 MDOT, MDTA 및 이해 당사자들과 협력하고 있습니다. Phase 1 South 관련 사전 개발 작업이 완료 된 후, FEIS 와 MDOT 는 Section P3 합의 진행에 대해 BPW 의 최종 승인을 요청할 것입니다. 이에 따라 단계 전담 개발업체의 자회사("구간(Section) 개발업체")가 50 년으로 추정되는 기간에 대해 특정 구간의 최종 설계, 시공, 자금 조달, 운영 및 유지보수를 담당하게 됩니다.

00005534

# ዋና ማጠቃለያ

## አጠቃላይ እይታ

### የተጨማሪ ረቂቅ የአካባቢ ተጽዕኖ መግለጫ ዓላማ ምንድን ነው?

በ 23 CFR 771.130 መሠረት የፌዴራል ሀይዌይ አስተዳደር (FHWA) በታቀደው እርምጃ የታቀደው እርምጃ ላይ ለውጦች አንደሚደረጉ ሲወስን፣ የአካባቢ ተጽዕኖ መግለጫ (EIS) በማንኛውም ጊዜ ሊሟላ ይችላል ወይም አስፈላጊ የአካባቢያዊ ስጋቶች ወይም ተፅእኖዎችን የሚመለከት አዲስ መረጃ በረቂቅ EIS (DEIS) ውስጥ አልተገመገመም። ይህ ተጨማሪ ረቂቅ የአካባቢ ተጽዕኖ መግለጫ (SDEIS) ከተመረጠው አማራጭ፣ አማራጭ 9 - ምዕራፍ 1 ደቡብ እንዝር አዲስ መረጃን ለማግኛዝብ ተዘጋጅቷል። አሁን ባለው DEIS ውስጥ ያለውን ትንትና ላይ በመመስረት፣ ተገቢ ሆኖ ለሚቆይ መረጃ SDEIS ን ሲያካትስ፣ አዲስ መረጃ ላይ በማተኮር ለተመረጠው አማራጭ የሚመለከተውን አዲስ መረጃ ያሳያል። SDEIS አንዲሁ የተመረጠ አማራጭ፣ አማራጭ 9 - ምዕራፍ 1 ደቡብ ለይቶት የነበረውን ዳራ እና አውድ ይገልጻል። SDEIS በ 45 ቀናት የአስተያየት ጊዜ ውስጥ የተመረጠ አማራጭን ለመገምገም እና አስተያየት ለመሰጠት ለሕዝብ ዝግጁ ይሆናል። የ SDEIS የአስተያየት ጊዜን ተከትሎ፣ FHWA እና የሜሪላንድ የትራንስፖርት ግዛት ሀይዌይ አስተዳደር (MDOT SHA) የተሰጡ አስተያየቶችን ከግምት ውስጥ ያስገባሉ እና በ DEIS እና SDEIS ላይ ለአካባቢያዊ አስተያየቶች በመጨረሻ የአካባቢ ተጽዕኖ መግለጫ (FEIS) ላይ ምላሽ ይሰጣሉ።

### የ SDEIS ትኩረት ምንድነው?

SDEIS ለ I-495 & I-270 Managed Lanes Study (ጥናት) ከተመረጠው አማራጭ ጋር በተዛመደ አዲስ መረጃ ላይ ያተኩራል። ጥናቱ ከ DEIS ባልተለወጠው በተወሰነ የጥናት ወሰን ውስጥ የመንገድ መጨናነቅን የሚመለከተ አማራጮችን እያገናዘበ ነው፦ በFairfax ካውንቲ፣ Virginia፣ በ?ታምዝ ወንዝ ላይ የአሜሪካን Legion Bridge መተካትን ጨምሮ፣ ከ MD 5 በስተ ምዕራብ ውስጥ ያለው I-495 ከጆርጅ ዋሽንገተን መታሰቢያ ፓርክዌይ በስተደቡብ እና በ I-270 ከ I-495 ወደ I-370 ሰሜን፣ የምሥራቅና የምዕራብ I-270 ስፐርሶችን ጨምሮ፣ በMontgomery እና በPrince George ካውንቲዎች፣ ሜሪላንድ ውስጥ። የተመረጠ አማራጭ፣ አማራጭ 9 - ደረጃ 1 ደቡብ (በ **ጥቁር ሰማያዊ** በ ES- ምስል 1 ውስጥ ይታያል)፣ የደረጃ 1 ደቡብ ገደቦች ውስጥ ብቻ የግንባታ ማሻሻያዎችን ያካትታል። በ I-495 ምሥራቅ ከ I-270 ምሥራቃዊቃዊ ቅስቀሳ ወደ MD 5 (በ **ፈዛ ያለ ሰማያዊ** በ ES- ምስል 1 ላይ የሚታየው) በዚህ ጊዜ ምንም አርምጃ ወይም ምንም ማሻሻያዎች የለም። የተመረጠው አማራጭ በጥናት ወሰን ውስጥ በቀሪት የ I-495 ክፍሎች ላይ ማሻሻያዎች ባያካትትም፣ ተጨማሪ አካባቢያዊ ጥናቶች፣ ትንታኔ እና ትብብር ከህዝብ፣ ከባለድርሻ አካላት እና ከአካባቢ ኤጀንሲዎች ላይ ተሞርከዞ፣ በተቀረው የኢንተርስቴት ሲስተም ላይ ማሻሻያዎች አሁንም ወደፊት ሊያስፈልጉ እና በተናጠል ሊራመዱ ይችላሉ።

00005535

## ES-1: የ I-495 እና I-270 የሚተዳደር መስመር ጎዳናዎች ጥናት



### የጥናቱ ዓላማ እና አስፈላጊነት ምንድነው?

የዓላማዎቹ እና የፍላጎት መግለጫዉ በDEIS፣ **በምዕራፍ 1** እና በ DEIS ውስጥ ባለው ሙሉ ዓላማ እና ፍላጎት መግለጫ፣ አባሪ ሀ ውስጥ ሆኖ እንደቀጠለ ነው፤ ሆኖም ዓላማው እና ፍላጎቱ ለአንባቢው ቀላል እንዲሆን ከዚሀ በታች ተደግሟል።

የጥናቱ ዓላማ መጨናነቅን የሚመለከት፣ በጥናት ወሰን ውስጥ በ I-495 እና I-270 ላይ የገዞ አስተማማኝነትን የሚያሻሽል፣ ነባር እና የታቀደ የብዙ ሞዳል እንቅስቃሴ እና ግንኙነትን የሚያሻሽል የገዞ ፍላጎት አስተዳደር መፍትሄ (ዎች) ማዘጋጀት ነው።

ጥናቱ ያስፈለገበት ምክንያት፡

- አሁን ያለውን የትራፊክ ፍሰት እና የረጅም ጊዜ የትራፊክ ዕድገት ማስተናገድ
- የገዞ አስተማማኝነትን ማሻሻል
- ተጨማሪ የጎዳና ላይ የገዞ ምርጫዎችን ማቅረብ
- የሆምላንድ ደህንነትን ማካተት
- የሸቀጦች እና አገልግሎቶች እንቅስቃሴን ማሻሻል

ከጥናቱ ዓላማ እና አስፈላጊነት በተጨማሪ ለጥናቱ ሁለት ግቦች ተለይተዋል፡ (1) ለገንዘብ አዋጭነት አማራጭ የገንዘብ ድጋፍ አ�program አ ካቀ እና (2) የአካባቢ ሃላፊነትን በጥናቱ ዓላማ እና ፍላጎት ላይ ተጨማሪ መረጃ ለማግኘት **ምዕራፍ 1 እና DEIS፣ አባሪ ሀን** ይመልከቱ።

### ዓላማው እና ፍላጎቱ በተመረጠው አማራጭ ላይ ተጽ ሀኖ ይቆያል?

ተለዋጭ 9 - ደረጃ 1 ደቡብ አንደ የተመረጠ አማራጭ መለየት የጥናቱን ዓላማ እና ፍላጎት አይለውጥም። የተመረጠት የግንባታ አማራጮች ቢ ጋግሙ እና በግንባታ ጊደቦች ላይ ያለው ማንኛውም ለውጥ ለተመረጠ አማራጭ ምንም ይሁን ምን በጥናቱ አካባቢ አጠቃላይ የማሻሻያ ፍላጎት ልክ ሆኖ ይቆያል። የተገለፀው የፕሮጀክት ፍላጎቶች፡ ነባሩን እና

00005536

የረጅም ጊዜ የትራፊክ ዕድገትን ለማስተናገድ፣ የነዝ አስተማማኝነትን ለማሳደግ እና ተጨማሪ የመንገድ ምርጫዎችን ለማቅረብ አሁንም በጥናት አካባቢ የትራንስፖርት ችግሮችን ለመቅረፍ አስፈላጊ ናቸው። በተጨማሪም፣ MDOT SHA በዚህ SDEIS ምዕራፍ 3 እንደተገለፀው በትራፊክ እና በእንቅስቃሴ አዝማሚያዎች ላይ ሊከሰቱ የሚችሉ ለውጦችን ከግምት ውስጥ ያስገባል። በዚህ SDEIS **ምዕራፍ 3** ላይ እንደተገለጸው፣ እና ስለ እነዚህ ግኝቶች በ FEIS ውስጥ ሪፖርት ያደርጋል።

## በ DEIS ላይ ያሉ አስተያየቶች ይፈቱ ይሆን?

በDEIS እና SDEIS ላይ የተቀበሉት ሁሉም ተጨባጭ አስተያየቶች ተገምግመው በ FEIS ውስጥ ምላሽ ይሰጣሉ።

ባለፈው ዓመት፣ MDOT SHA እና FHWA በDEIS ላይ የተቀበሉትን 3,000 የሚጠጉ አስተያየቶችን ከግምት ውስጥ በማስገባት በሚከተሉት ጥረቶች የተቀበሉትን ብዙ የተለመዱ አስተያየቶችን ለመቅረፍ ከኢጋር ኤጀንሲዎቻቸን እና ከባለድርሻ አካላት ጋር ተባብረዋል፦-

- በአሜሪካ Legion Bridge ያለውን ከባድ መጨናነቅን እንደ ቅድሚያ ትኩረት በመስጠት የተመረጠ አማራጭን ማጣጣም እና የፍቃድ ሂደት በረረጀ አሰጣጥ አቀራረብ።

- የንብት፣ማገረሰብ፣ ታሪካዊ፣ የተፈጥሮ ሀብቶች እና የፓርክ ሜሪት ተፅእኖዎችን ማስወገድ እና በከፍተኛ ሁኔታ መቀነስ።

- ለጠዋት ኮክብ ድንኳን ቁጥር 88 የሙሴ አዳራሽ እና የመቃብር ስፍራዎች ተፅእኖዎችን ማስወገድ።

- የቁጥር መስፈርቶችን ለማሟላት በቦታው ላይ እና ከቦታ ውጪ የዝናብ ውሃ አስተዳደር መሰየት።

- የቁጥር መስፈርቶችን ለማሟላት በቦታው ላይ እና ከጣቢያው የዝናብ ውሃ አያያዝን መለየት።

- በጥናቱ ላይ ማንኛውንም ተፅእኖ ለመረዳት ከኮቪድ-19 ወረርሽኝ ጋር የተዛመዱ የትራፊክ ተፅእኖዎችን መከታተል እና መተንተን።

- በጥናት ኮሪደሮች ውስጥ ለመዝገብ ባለብዙ ሞዳል አማራጮችን ለማሳደግ ቅድሚያ ለሚሰጠው ብስክሌት፣ አግሮኖች እና የመጓጓዣ ማሻሻያዎችን ቁርጠኝ መሆን።

- በነጠላ መኖሪያ ተሽከርካሪዎች ላይ መተማመንን ለመቀነስ እና ፍትሃዊ የነዝ አማራጮቻቸን ለመስጠት በሶስት (3) ወይም ከዚያ በላይ ተጠቃሚ፣ የመጓጓዣ አውቶቡሶች፣ የመኪና ማቆሚያ/ቫንpoolል እና የሞተርሳይክል ባለሞያዎች የተመረጠ አማራጭ ለከፍተኛ ነፃ ተሽከርካሪዎች (HOV) ስሽ ከከፍያ ነፃ ነዋን ጨምሮ።

ይህ ጥረት የተቻለው በሐምሌ 2020 ከ DEIS ከታተመ በኋላ በተከናወነው ሰፊ ኤጀንሲ እና ባለድርሻ አካላት ማስተባበር ነው፦-

- ኢኮኖሚያዊ፣ ትራንዚት እና የአካባቢ ፍትህ የሥራ ቡድኖችን ማቋቋም

- ከ 60 በላይ የግለሰብ ባለድርሻ አካላትን ስብሰባዎችን ከማዘጋጀ ቢቶች፣ መንግስታዊ ካልሆኑ ድርጅቶች፣ ከተመረጡ ባለስልጣናት እና ከማህበረሰቦች ጋር ስብሰባዎችን ማካሄድ።

- ስለ DEIS አስተያየቶች፣ ስለማስወገድ፣ ስለመቀነስ እና ስለማቃለል እድሎች ለመወያየት ከ 80 በላይ የህብት እና የቁጥር ኤጀንሲ ስብሰባዎችን ማካሄድ ፤ እና

- የተፈጥሮ ሀብት ተፅእኖን፣ የነዝናብ ውሃ አያያዝን፣ culvert augmentation ን እና ፈቃድን ለመወያየት ከ 60 በላይ የመስክ እና የቀረ ስብሰባዎችን ከተቆጣጣሪ ኤጀንሲዎች ጋር ማድረግ።

ስለማስወገድ፣ ስለ መቀነስ እና ስለማቃለል ጥረቶች የበለጠ ዝርዝር ለማግኘት SDEIS ምዕራፍ 4 እና 5 እና በሕዝባዊ እና ኤጀንሲ ቅንጅት ላይ የበለጠ ዝርዝር ለማግኘት SDEIS፡ ምዕራፍ 7 ን ይመልከቱ ።

00005537

## COVID-19 ወረርሽኝ በጥናቱ ላይ እንዴት ተጽዕኖ አሳድሯል?

የኮቪድ-19 ዓለም አቀፍ ወረርሽኝ በዓለም ዙሪያ ባሉ ሰዎች የዕለት ተዕለት እንቅስቃሴ ላይ ከፍተኛ ተጽዕኖ አሳድሯል፣ ይህም በ National Capital Region ውስጥ ያሉ ነዋሪዎች እና ተዛማጅ የሚሠሩበት፣ የሚጓዙበት እና ነፃ ጊዜያቸውን የሚያሳልፉበት አ�gኝ ላይ ተጽዕኖ አሳድሯል። እነዚህ ለውጦች I-495 እና I-270 ን ጨምሮ በሜሪላንድ፣ በዲስትሪክት አፍ ኮሎምቢያ እና በቨርጂኒያ በሉ-ጦም መንገዶች ላይ የትራፊክ ፍላጎትን፣ የመጓዝ አቅጣቃዎችን እና የትራፊክ መጠኖችን ቀይረዋል። MDOT SHA በመላው ወረርሽኝ ወቅት የትራፊክ ንድፎችን ለውጦች በቅርበት እየተከታተለ ይኸፍደል። ለኮቪድ-19 የነዞ ትንተና እና ከትትል ዕጅድ SDEIS፣ አባሪ ለ ይመልከቱ። ይህ ዕጅድ የፕሮጀከቱን አስፈላጊነት የሚያረጋግጥ እና የወደፊቱ ፍላጎት ከታቀደው ያክ ከሆነ የተመረጠ አማራጭ ጥቅሞችን እንደሚሰጥ የሚያረጋግጥ የስሜት ትንተናን ያጠቃልላል። ውጤቶቹ በ FEIS ውስጥ ይካተታሉ።

የትራፊክ መረጃው በመላው ሜሪላንድ ውስጥ የቤት ቆዩ ትዕዛዞች ከተሰጡ በኋላ በኤፕሪል 2020 የትራፊክ መጠኖች ከፍተኛ መቀነስን ያሳያል፣ በ I-270 እና I-495 ላይ በየቀኑ የትራፊክ መጠኖች ከኤፕሪል 2019 ጋር ሲነፃፀር ከ 50 በመቶ በላይ ቀንሷል። በ 2021 መጀመሪያ ላይ ከትባቶች በሚለቀቁበት ጊዜ፣ በኮቪድ-19 ጉዳዮች ውስጥ ያለው ተመጣጣኝ መቀነስ፣ እና ትምህርት ቤቶችን እና ንግዶችን ቀስ በቀስ በመከፈት፣ የትራፊክ መጠኖች ማገገሙን የቀጠሉ ሲሆን አስከ አነስተ 2021 ድረስ ከመደበኛ 90 በመቶ በላይ ተመልሷዋል። በሜሪላንድ የትራንስፖርት መምሪያ የሜሪላንድ ትራንዚት አስተዳደር (MDOT MTA) ለገልግሎቶች አጠቃቀም ከቅድም ወረርሽኝ ደረጃዎች ጋር ሲነፃፀር አስከ ነሐሴ 2021 ድረስ በ MDOT የኮሮሻ ይሪስ መከታተያ ድር ጣቢያ ላይ በቀረበው መረጃ የትራንስፖርት አጠቃቀም ለማገገም ዘገምተኛ ሆኗል።

የኮቪድ-19 የነዞ ትንተና እና ከትትል ዕጅድ የትራንስፖርት አገ敚ፃሚያዎችን መገምገሙን እና የወደፊቱ ፍላጎት ከቅድመ ወረርሽኝ ትንበያዎች በአጅጥ ከተለወጠ በተመረጠው አማራጭ ስር የቀረበው የአቅም ማሻሻያዎች አስፈላጊ እና ውጤታማ መሆናቸውን ያረጋግጣል። የክልሉችን ፍላጎቶች ለዛሬ ብቻ ሳይሆን ለወጣ 25 እና ተጨማሪ ዓመታት የትራንስፖርት ማሻሻያዎች እየተዘ嶸 መሆናቸውን ማረጋገጥ አለበት። የረጅም ጊዜ የነዞ አገ敚ፃሚያዎች እልባት ስለፈላቸው ነገ የ�length ጊዜው መረጃ ትራፊል ወደ ቅድመ-ወረርሽ ደረጃዎች እየተጠጋ መሆኑን ስለሚጠቁም፣ የ SDEIS ትንበያዎች በ 2045 ውስጥ የተተነበዩ ሁኔታዎችን ለመገምገም ጥቅም ላይ እንዲ敚ሉ ከ 2020 በፊት የተዘጋጁ እና የተሰተካከሉ ሞዴሎ敚ን መተማበር ይቀጥላሉ። ሆኖም፣ MDOT SHA አዲስ መረጃን ልክ እንደተገኘ መከሰሉን ይቀጥላል፣ እንደ ኮቪድ-19 የነዞ ትንተና እና የከትትል ዕጅድ ( **SDEIS፣ አባሪ ለ**) አክሉ የረጅም ጊዜ ለውጦች በቴሌኮም-ኒኬሽን፣ በኤ-ኮማርስ እና በትራንዚት አጠቃቀም ላይ ሊЈን ከሚችሉ የወደፊት የትራፊክ ፍላጎት ጋር የሚዛመዱ በርካታ "ምን ቢ ጋ" ሁኔታዎችን የሚገመግም የተ敚ሱ敚ን ትንተና በመካሄድ ላይ ነው።

በኮቪድ-19 ወረርሽኝ ወረርሽኝ ላይ በጥናቱ ላይ ለተጨማሪ ዝርዝር ምዕራፍ 3፣ ክፍል 3.1.4 እና SDEIS፣ አባሪ ለ ን ይመልከቱ። ውጤቶች በ FEIS ውስጥ ይቀርባሉ።

## ተጨማሪ ረቂቅ የአካባቢ ተጽዕኖ መግለጫ

### በተጨባጭ ረቂቅ የአካባቢ ተጽዕኖ መግለጫ እና የመጨረሻው የአካባቢ ተጽዕኖ መግለጫ ውስጥ ምን ተካትቷል?

ይህ SDEIS ከተመረጠው አማራጭ፣ አማራጭ 9 - ደረጃ 1 ደrepresents አንፃር አዲስ መረጃን ለማቅረብ ተዘጋጅቷል። FHWA እና MDOT SHA አማራጭ 9 ደረጃ 1 ደrepresents የተመረጠ አማራጭ አድርገው敚ዋል።

ይህ SDEIS በሐምሌ 10 ቀን 2020 የታተመውን ነባር DEIS ያክላል። SDEIS ትክክለኛ ሆኖ ለሚቆዩ መረጃ DEIS ን እያፀቀሰ በአዲስ መረጃ ላይ ለማትኮር የተረዳ ነው። የነባር ሁኔታዎች ዝርዝር ዘዴዎች፣ የአሠራር ዘዴዎች፣ የ DEIS ግንባታ አማራጮ敚 ውጤቶች ግምገማዎች፣ እና ጽነሳ-ህዳሳ敚 ቅነሳ፣ ሲተ敚በር፣ ለ DEIS (ክ敚ሳሪዎ敚 **A** አስከ **S**) በተካተተው የጥናት ቴክኒካ敚 ሪፖርቶ敚 ውስጥ ተካትቷ敚 እንዲሁም በፕሮግራ敚 ድ敚 ጣቢ敚 በ敚ል ይገኛ敚 ( https://495-270-p3.com/deis/#DEIS )።

00005538


SDEIS ስለ የተመረጠ አማራጭ ገለፃ፣ አንዳሁም ተጓዳኝ የትራፊክ ትንተና ከተመረጠው አማራጭ ጋር ከተያያዙት ቋሚ እና ጊዜያዊ ተጽዕኖዎች ጋር ያቀርባል። በተመረጠው አማራጭ እድገት፣ በማስቀረት፣ በማቃለል እና በፀንስ -ሀሳባዊ ቅነሳ ላይ ከሀብት ኤጀንሲዎች ጋር ቅንጅት ቀጥሏል። SDEIS ከcraወታ 2020 DEIS ህትመት እስከ ከረምት 2021 ድረስ ያለውን ጥረት በማስቀረት፣ በመቀነስ እና ጽንስ -ሀሳባዊ ቅነሳን ይገልፃል። የመጨረሻ ቅነሳ እና ግዴታዎች ከውሳኔ መዝገብ (ROD) ጋር ይካተታሉ።

ፍላጎት ያላቸው ዜጎች፣ የተመረጡ ባለሥልጣናት፣ የመንግሥት ኤጀንሲዎች፣ ንግዶች እና ሌሎች ባለድርሻ አካላት በ 45 ቀናት የአስተያየት ጊዜ ውስጥ እና በ�View 1፣ 2021 በቨርቹዋል የሀዝብ ችሎት ላይ ተመልከተው አስተያየት እንዲሰጡ SDEIS ይገኛል (ናዛዌ የሀዝብ ችሎት ላይ የኮርብ ጊዜ ዝርዝሮችን ለማግኘት oplanesmd.com/SDEISይመልከቱ።

የ SDEIS ስርጭት ከተሰጠ እና አስተያየቶችን ከተገመገመ እና ከተገመገመ በኋላ FEIS ይዘጋጃል። FEIS በማገኘውም የመረጃ ትንተና እና ማሻሻያዎች ላይ አንዳሁም በ DEIS እና SDEIS ላይ ለተገኙት ተጨባጭ አስተያየቶች ምላሽ ይሰጣል። በ FEIS ውስጥ የሚቀርቡት ተጨማሪ ትንታኔዎች ወይም የመጨረሻ ትንታኔዎች የሚከተሉትን ያካትታሉ።

- ለተመረጠው አማራጭ የመጨረሻ የእይታ ተጽዕኖዎች ግምገማ፣ ማ�addሪፋ ያዎችን እና የመጨረሻ ቅነሳን ጨምሮ

- CO፣ MSATs፣ የግሪንሀውስ ጋዝ ልቀቶችን እና ከማንበታ ጋር የተዛመዱ የአየር ጥራት ተጽዕኖዎችን ጨምሮ ለተመረጠው አማራጭ የመጨረሻ የአየር ጥራት ትንተና።

- የመጨረሻ ክፍል 4 (ረ) ግምገማ ከመጨረሻዉ አቀቃላይ አቀቃላይ የጉዳት ትንተና ጋር።

- የመጨረሻ የአካባቢያዊ ፍትህ ትንተና ቅነሳን ከግምት ውስጥ ማስገባት፣ በEJ ሕዝብ ውስጥ ከተመረጠው አማራጭ የገንዘብ ጉዳቶችን ማወዳደር በEJ ባልሆነ የሀዝብ ማወሳበሪያ ማኀበረሰብ ውስጥ አሉታዊ ውጤቶችን እና ያልተመጣጠነ ከፍተኛ እና አሉታዊ ውጤቶች ይከሰቱ እንደሆነ የመጨረሻ መደምደሚያ።

- ከስልጣን ኤጀንሲዎች ጋር በመተባበር ለታወቁት ሀብቶች ሁሉ የማይቀሩትን ተጽዕኖዎች ለመቀነስ ሁሉንም የመጨረሻ አርምጃዎችን ጨምሮ የመጨረሻ ቅነሳ ጥቅሎ።

- በብሔራዊ ፓርክ አገልግሎት ንብረት ላይ በእርባብታማ መሬቶች እና በጆርፍ ተጎጂዎች ላይ የሚኖረውን ተጽእኖ የመጨረሻ ቅነሳን የሚለይ የመጨረሻ ረገረጋማ እና የጆርፍ መጥለቅለቅ መግለጫ።

- የማገኘውም የጆርፍ ተፋሰስ፣ የውሃ አካልዕበላማ እና ማዕበላማ እርጥበታማ መሬቶችን ለመላወጥ የመጨረሻ ማመልከቻ የጋራ የፌዴራል/የስቴት ማመልከቻ እና ደጋፊ ሰነዶች።

## የ SDEIS ቅጠጽ ምንድነው?

የ SDEIS ቅጠጽ አንድ አባ10፣ 2020 DEIS ተመሳሳይ ቅጠጽ ይከተላል እንዲሁም ምዕራፎችን ይይዛል።

- **ምዕራፍ 1** የጥናቱ ዓላማንና ፍላጎቱን ያቀርባል፣ ይህምDEIS ያልተለወጠ፣ ግን ለአንባቢው ምቾት ሲባል ተደግሞ።ል። ይህ ምዕራፍ በዓላማ እና በፍላጎት መግለጫ ( DEIS፣ አባ ሀ፣ https://495-270-p3.com/wp-content/uploads/2020/07/DEIS_AppA_PN_web.pdf ) የተደገፈ ነው።

- **ምዕራፍ 2** ስለ ተመራጭ አማራጭ መገለጫ ያቀርባል፣ እንዲሁም እንዲ ተመራጭ አማራጭ ሌሎች የተለመዱ አካላትን ይገልፃል ፣ የረብሽ ገደቦች (LOD) [1] ፣ የሚተዳደሩ መስመሮችን ተደራሽነት ፣ የዝናብ ውሃ አስተዳደር ፣

[1] የረብሽ ገደቦች ሁሉም ግንባታ ፣ ደረጃ ፣ የቁፋቁስ ማከማቻ ፣ ደረጃ አሰጣጥ ፣ ማጽዳት ፣ የአፈር መሸርሸር እና ደለል ቁጥጥር ፣ የመሬት አቀማመጥ ፣ የፍሳሽ ማስወገጃ ፣ የዝናብ ውሃ አስተዳደር ፣ የድምፅ ማገጃ መተካት/ግንባታ እና ተዛማጅ እንቅስቃሴዎች የሚከሰቱበት የታቀደው ወሰን ነው።

አቅ톱በር 2021                                                                                                ES-5

00005539



የውሃ ሙውረጃዎች ፣ የግንባታ እና የአጭር ጊዜ ውጤቶች ፣ የመጓጓዣ አካላት ፣ የእግረኞች እና የብስክሌት ግምት እና የክፍያ መጠየቂያ።

- **ምዕራፍ 3** ለ 2045 ያለ ግንባታ አማራጭ እና ለተመረጠ አማራጭ የተደረገውን የትራፊክ የአሠራር ትንተና ውጤቶችን ያቀርባል። እንዲሁም የወረርሽኙ ተፅዕኖዎች በትራፊክ ትንተና ውስጥ እንዴት እንደሚታሰቡ እንዲሁም በአከባቢው የመንገድ አውታሮች ተፅእኖዎችን ይብራራል። ይህ ምኬፋፍ በ *Traffic Evaluation Memorandum – Alternative 9* ድጋፍ የሚደረግለት ነው፣ *ደረጃ 1 ዲጂ በ***SDEIS, አባሪ A**።

- **ምኤራፍ 4** ከተውዳጅ አማራጮቾ አንጻር ጊዜያዊ እና ቋሚ የሆኑ ተጽእኖዎች ምን እንደሆኑ ያቀርባል። ከዚህ በተጨማሪበሚተገበርበት ስፍራ ላይ ሊፈጠሩ የሚችሉ አካባቢያዊ ተጽእኖዎችን እንዴት ማስወገድ መቀነስ እና መቀነስ እንደሚቻል አፈሰ ያቀርባል። የመጨረሻ ቅነሳ በ FEIS ላይ የሚካተት ይሆናል።

- **ምኤራፍ 5** የታደሰውን ረቂቅ ክፍል 4(f) የሚያቀርብ ሲሆን ይህም ሊሆን የሚችል ክፍል 4(f)ን የሚያድስ ሲሆን በ ህዝባዊ ፓርኮች ላይ፣ የመዝናኛ ስፍራዎች ላይ እንዲሁም ታሪካዊ ቦታዎች ላይ ለ 4(f) ክሚገዙ ስፍራዎች አንጻር በ US Department of Transportation (USDOT) የ 1966 አዋጅ ተገዢ የሆኑትን ያቀርባል። ይህ ምኤራፍ ለ *ረቀቀ ክፍል 4(f) ግምገማ* (**DEIS, Appendix F**, https://495-270-p3.com/wp-content/uploads/2020/07/DEIS_AppF_Draft-Section-4f-Eval_web.pdf) ተጨማሪ ነው።

- **ምኤራፍ 6** የ ጃንዋሪ 20 2021፣ *ፐረዘዳንታዊ ትዛዛዝ 13807 አውቅና ይሰጣል። ለ መሳረ ልማት ፕሮጀክቶች በሀገ ውን በአካባቢ ከለሳ እና ፈቃድ ሂደት ላይ ሰርአትን እና ተጠያቂነትን ማስተመጥ በ ፐረዘዳንታዊ ትዛዝ 13990 ውድቅ ሆኗል፣ የህዝብን ጤና እና አካባቢውን መጠበቅ እንዲሁም የአየር ንብረት ችግሮችን ለመፍታት ሳይንስን ወደ*ከበረበት መመለስ።

- **ምኤራፍ 7** ከ ጁላይ 2020 አስከ ክረምት 2021 ድረስ DEIS ከታተመበት ጊዜ ጀምሮ ወደ ህዝቡ ተገበት የተሰራውን ስራ እና የተካፈደውን ጥናት ከለሳ ያቀርባል።

- **ምኤራፍ 8** የ SDEIS አዘጋጆችን ዝርዝር ያቀርባል።

- **ምኤራፍ 9** SDEIS ን እንዲከለሱ እና አስተያየት እንዲሰጡ የተደረጉ የወኪሎችን፣ ድርጅቶችን እና ግለሰቦችን ዝርዝር እንዲሁም SDEIS ለህዝቡ ምን ያክል ተደራሽ ነው የሚለውን መረጃ ያቀርባል።

- **ምኤራፍ 10** የ SDEISን መነሻ መረጃዎች ያቀርባል።

SDEIS በተመራጭ አማራጮቾ ላይ ያሉ አዳዲስ መረጃዎች ላይ ትኩረት የሚያደርግ ይሆናል። ሙሉው SDEIS እንዲሁም ድጋፍ የሚያደርጉት አባሪዎች በ ፕሮግራሙ ድረገጽ oplanesmd.com/SDEIS ላይ ይገኛ፣ ከ ጁላይ 2020 DEIS ጀምሮ ያለ እና ያልተቀየረ መረጃ በ SDEIS ላይ የማይደገም ሲሆን፣ DEIS እና ድጋፍ የሚያደርጉ ቴክኒካዊ ትንተና ለክለሳ እና ምልከታ በፕሮግራሙ ድረገጽ https://495-270-p3.com/deis/ ላይ የሚገኙ ይሆናል።

## SDEIS ላይ አስተያየት የሚሰጡበትው መንገዶች ምንድን ናቸው?

FHWA እና MDOT SHA የተመረጡ እና ፍላጎት ያላቸውን ባለስልጣናት፣ የክልል እና አካባቢ መንግስት እንዲሁም ሌሎች የፌደራል ወኪሎችን፣ የአሜሪካ ተወላጅ ጎሳዎች መንግስቶችን፣ ድርጅቶችን እንዲሁም የግህበረሰቡን አባላት በ SDEIS ላይ አስተያየት ይሰጡ ዘንድ ይጋብዛል። SDEIS ጥናት እና ቴክኒካዊ ሪፖርቶች በፕሮጀክቱ ድረገጽ ላይ ሊታዩ እና ሊወርዱ ይችላሉ: oplanesmd.com/SDEIS።

ህዝብ አስተያየት መስጠት የሚጀምርበት ጊዜ አካቶበር 1 2021 ክፍት የሚደረግ ሲሆን አስከ ኖቬምበር 15 2021 ድረስ የሚዘልቅ ይሆናል። *በጽሁፍ እና በቃል የሚሰጡ አስተያየቶች አከል የሆነ ዋጋ የሚሰጣቸው ይሆናል።* MDOT SHA እና FHWA ሁሉንም አስተያየቶች የሚመለከቱ ሲሆን FEIS ን በማዘጋጀት ሂደት ውስጥ ለሁሉም ከሲደረት ያላቸው የተሰጡ ወይም በፖስት የተላኩ አስተያየቶች መልስ ይሰጣሉ። ከቀኑ በኋላ የተሰጡ ወይም በፖስት የተላኩ

አስተያየቶች መተግበር እንደሚችሉበት መጠን ተከልሰው ከማምት ውስጥ ይገባሉ። ኖቬምበር 1 2021 ላይ ቼርቸዋል (በበይነመረብ) የሆነ ችሎ የሚካሄድ ይሆናል። ለችሎት ዝርዝር የሆነ የቅርብ መረጃዎች ወደ [oplanesmd.com/SDEIS](oplanesmd.com/SDEIS) ይሂዱ።

በ SDEIS ላይ አስተያየቶች በሚከተሉት መንገዶች ሊደረጉ ይችላሉ:

- ኖቬምበር 1 2021 በችሎት ላይ በቃል የሚደረግ ምስክርነት
- SDEIS አስተያየት ቅጽ በ [oplanesmd.com/SDEIS](oplanesmd.com/SDEIS)
- ለ MLS-NEPA-P3@mdot.maryland.gov ኢሜይል በማድረግ
- ደብዳቤዎች ለ Jeff Folden, I-495 & I-270 P3 Program Deputy Director, I-495 & I-270 P3 Office, 707 North Calvert Street, Mail Stop P-601, Baltimore MD 21202
- አስተያየት ለመስጠት በ 855-432-1483 ላይ ደውለው ሶስት ደቂቃ ብቻ የሆነ የድምጽ መልእክት ማስቀመጥ

## አጣራጮች

### ከሁሉ የተሻለው አጣራጭ ምንድን ነው?

ጃንዋሪ 2021 ላይ፣ በ ትራፊክ፣ ምህንድስና እና አካባቢያዊ ትንተና መሰረት እንዲሁም ህዝባዊ አስተያየት መሰረት አጣራጭ 9 እንደ MDOT SHA የሚመከር ተመራጭ አጣራጭ ግልጽ ተደርጎ ነበር። የ አጣራጭ 9ን ተመራጭ አጣራጭነት በሚመለከት ከበዙ ወራት ቅንጅት እና ወኪሎችን እንዲሁም ባለድርሻ አካላትን ከማዳመጥ ሂደት በኋላ MDOT SHA በ ደረጃ 1 ደ015 ላይ ብቻ ትኩረት በሚያደርገው ከዚህ በፊት በተወሰነ የደረጃ ማድረስ እና ፈቃድ ሂደት መሰረት ጥናት ትኩረት እንዲያደርግ ወስኗል። እናም እንደወጠነ FHWA እና MDOT SHA አዲስ የሚመከር ተመራጭ አጣራጭ አጣራታዋል፡ አጣራጭ 9 - ደረጃ 1 ደቡብ። አጣራጭ 9 - ደረጃ 1 ደቡብ እንደ አጣራጭ 9 የሆነ ነገር ግን በ ደረጃ 1 ደቡብ ላይ የተገደበ ማሻሻያን ያካትታል (**Figure ES-1**)። ተመራጭ የሆነው አጣራጭ የተለየው ከ ግብአት ወኪሎች፣ ህዝቡ እና ባለድርሻ አካላት ጋር ቅንጅት ከማድረግ በኋላ ሲሆን ከ DEIS ላይ የተለበበበውን ግብረመልስ መሰረት በማድረግ፣ እና የ NEPAን ፈቃድ ከ P3 ፕሮግራም የታቀደ ፕሮጀክትን መሰረት ያደረገ ማስከብ እንዲሁም ፈቃድ አቀራረብ ነው። FHWA እና ተባባሪ ወኪሎች[2] አጣራጭ 9 - ደረጃ 1 ደቡብ ተመራጭ አጣራጭ እንደሆነ በ ጁን 2021 ላይ ወስነዋል።

ተመራጭ የሆነው አጣራጭ ባለ ሁለት መስመር ከፍተኛ ፍሰት ያለው (HOT) የሚታዳደር መስመር በ I-495 እና I-270 ትስስር የሚያካትት ሲሆን ይህም በ ደረጃ 1 ደቡብ ገደብ ስር ብቻ ነው (**Figure ES-2**)። በ I-495 ላይ፣ ተመራጭ የሆነዉ አጣራጭ ሁለት አዲስ የ HOT ቁጥጥር የሚደረግባቸው መስመሮችን በእያንዳንዱ መስመር ከ George Washington Memorial Parkway እስከ east of MD 187 ድረስ ነው። I-270 ላይ፣ ተመራጩ አጣራጭ ነባሩን የ HOV መስመር በእያንዳንዱ አቅጣጫ ወደ HOT የቁጥጥር መንገድ መለወጥን እና I-270 ላይ ከ I-495 አንስቶ እስከ I-370 በስተ ሰሜን እና የ I-270 ምስራቅ እና ምስራቂ መታጠፊያዎች ላይ በ HOT ቁጥጥር የሚደረግባትን መስመር በእያንዳንዱ አቅጣጫ መጨመርን ያካትታል። በዚህ ጊዜ ከ I-270 ምስራቅ መታጠፊያ እስከ MD 5 ድረስ I-495 ምስራቅ ላይ ምንም አይነት እርምጃ፣ ወይም ማሻሻያዎች አልተካተቱም። በ Along I-270 መስመር ላይ አሁን ያለው ሰብሳቢ-አሰራጭ (C-D) መስመሮች ከ Montrose Road እስከ I-370 እንጀተጠቀሰው ማሻሻያ የሚወገድ ይሆናል። የሚተዳደሩት መስመሮች ከ ዋናው መስመር የሚለዩ ሲሆን ይሆም በ 4ጫማ ስፋት ባላቸው አካፋይ ፓይልሶኖች ነው። የትራንዚት አውቶቡሶች እና HOV 3+ ተሽከርካሪዎች ቁጥጥር የሚደረግባቸውን መስመሮች ከከፍያ ነጻ እንዲጠቀሙ ይሆናል።

---

[2] NCPC እና M-NCPPC ተመራጭ በሆነው አጣራጭ ላይ ስምምነት ላይ አልደረሱም።

00005541

## ምስል ES-1: አማራጭ 9 – ደረጃ 1 ደቡብ የተለመዱ ክፍሎች (HOT የሚተዳደሩ መስመሮች በ ቢጫ የሚታዩ ይሆናል)

I-495 from the George Washington Memorial Parkway to east of MD 187



I-495: American Legion Bridge (Looking north towards Maryland)



I-495 east of MD 187 to west of MD 5 - NO ACTION AT THIS TIME



I-270 from I-495 to I-370



## ተመራጭ በሆነው አማራጭ ላይ የሚፈለጉት አማራጮች ላይ የሚካተቱት ክፍሎች ምንድን ናቸው?

ለብቻቸው ያሉ የትራንዚት መስመሮች የ ጥናት አላማዉን እና ፍላጎት እንደማያሟሉ ስለታወቁ፣ ተመራጭ የሆነው አማራጭ ከፕሮጀክት አላማዉን  አሁን ያሉ መልቲሞዳል እንቅስቃሴዎችን እና ግንኙነቶች ጋር ተጣጣሚ የሆኑ ነገሮችን ያካትታል። (ተመራጭ ከሆነው አማራጭ አንፃር ከትራንዚት ነገሮች ጋር ግንኙነት ላላቸው ለተጨማሪ ዝርዝሮች **ምዕራፍ 2፣ ክፍል 2.3.7** ይመልከቱ።) ይህንን ቁልፍ ጉዳይ ወደፊት ከማምጣት አንጻር አንዲሁም የህዝቡን እና አስካሁንም የመጡ የወኪሎችን አስተያየቶች መልስ ከመስጠት አንጻር MDOT SHA ተመራጭ በሆነው አማራጭ ላይ የትራንዚት እንቅስቃሴን እና ግንኙነትን ለማሻሻል ያሉ አድሎችን ለይቷል። አነዚህም የሚከተሉትን ያካትታል:

- ፍጥነት እንዲጨምር፣ አስተማማኝ የሆነ ጉዞ ለማረጋገጥ አንዲሁም የአስቶብስ አገልግሎት/ሲስተሞች በቀጥታ ከከተማ እና ከተማ ዳርቻ አንዲሁም የንግድ ሰፈሮች ላይ አንዲኖር የ HOT የሚተዳደሩ መስመሮች ላይ ከከፍያ ነጻ የአውቶብስ ትራንዚት ጥቅም አንዲኖር መፍቀድ።

- በ Shady Grove Metro (I-370)፣ Twinbrook Metro (Wootton Parkway)፣ Montgomery Mall Transit Center (Westlake Terrace)፣ እና Medical Center Metro (MD 187) ቀጥታ እና ቀጥታ ያልሆኑ ግንኙነቶች ከ ታለመው የ HOT የሚተዳደሩ መስመር አሁን ወዳሉ የትራንዚት ጣቢያዎች እና የታቀዱ ትራንዚት ተኮር ግንባታ ላይ ማካተት።

00005542

- ክልላዊ የትራንዚት ማሻሻያ የታቀዱ እና አሁን ያሉ ትራንዚቶችን ለማሻሻል እንዲሁም በክልላዊ ትራንዚት አገልግሎት ላይ አዳዲስ እድሎችን እንደ ተመራጭ የሆኑ አማራጮች የሚከተሉትን ያካትታሉ:

  ○ በ WMATA Shady Grove Metrorail ጣቢያ ላይ አዳዲስ የአውቶብስ መናኸሪያዎችን መገንባት

  ○ በ Westfield Montgomery Mall Park እና Ride ላይ የመኪና ማቆሚያዎች አቅምን መጨመር

የትራንዚት ጉዳዮች በ Transit Work Group ከግምት ውስጥ የገቡ ሲሆን የባምራ 495/American Legion Bridge Transit/Transportation Demand Management (TDM) ጥናት ደግሞ በ Virginia Department of Trail and Public Transit እና በ Maryland Department of Transportation Maryland Transit Administration ከግምት ውስጥ ገብተዋል። ሁለቱም እነዚህ ተግባራት ጥቅሞችን አስገኝተዋል።

ከ Transit Service Coordination Report ጋር በጋራ በመሆን ለህዝብ በ ጁን 2020 በ P3 ፕሮግራም ድረገጽ (https://495-270-p3.com/transit-benefits/) ላይ ይፋ የተደረገ ሲሆን በዚህ ምክንያት ተ�poኖች ለደረሰባቸው ካወንታይ እንዲሁም ትራንዚት አቅራቢዎች ስለ የሚተዳደሩ መስመሮች የሚያቀርቡት እድል ማለታም እንደ የአስተማማኝነትን ጥቅም እና ፍጥነት ከፍ ማድረግ ያሉ እድሎችን አቅርቧል። ለግምገማው መሰረተ ሁሳብ የሆነው ምን እንደሆነ እንዲሁም በአገልግሎት አከባቢው ወደፊት የካፒታል እና አስታዊ ስራ ፍላጎት ቅድሚያ መስጠት እንዲሁም ክልላዊ የትራንዚት አገልግሎትን እንዴት ወደ P3 ፕሮግራም ማካተት እንደሚቻልም ይጨምራል።

የ I-495/ALB Transit/TDM Final Report and Plan የተጠናቀቀው በ ማርች 2021 ሲሆን ድረገጽ ላይ ተለጥፏል። (http://www.drpt.virginia.gov/media/3375/i495_alb_transittdm_study_finalreport_030521_combined.pdf) ከእነጅ ክልል ወደ ሌላው የሚደረግ ጉዞ ላይ የተለያዩ የእንቅስቃሴ ምርጫዎችን ለማቅረብ የተለያዩ የኢንቨስትመንት ጥቅሞችን ለይቷል። እያንዳንዱ ጥቅል የትራንዚት አገልግሎት ጉዳይን፣ ቴክኖሎጂ ማሻሻያ፣ የተጓዥ ድጋፍ ፕሮግራሞችን እና የመኪና ማቆሚያ ፍላጎቶችን ድብልቅ ይዘል። የኢንቨስትመንት ጥቅሎች ተጨማሪ ሰዎችን በ American Legion Bridge (ALB) ላይ በጥቂት መኪናዎችን ለማጓጓዝ አማራጮችን አቅርበዋል።

## በ P3 ስምምነት ላይ ምን ተጨማሪ የትራንዚት መስጠቶች ተደርገዋል?

በ አስ중 11 2021 ላይ በ ሜሪላንድ ህግ መሰረት MDOT እና MDTA ከ ደረጃ 1 ደቡብ P3 ፕሮግራም ጋር በተያያዘ ለ Board of Public Works አቅርቦ ለተወሰኑ ሁሳብ አቅራቢዎች የ ደረጃ 1 P3 ስምምነት ቅድመ ግንባታ እንዲጀመር ፈቃድ አግኝ튷ል። አንደ ፕሮግዛሱ አካል የደረጃ ገንቢው በ ምንትነመሪ ካውንቲ ውስጥ በ ስራው ጊዜ ገደብ ውስጥ ለ ደረጃ 1 ደቡብ $300 ለማቅረብ ቃል ገብ튷ል።

የትራንዚት አገልግሎቱ ላይ ተጨማሪ ድጋፍ ለማድረግ፣ ለ ደረጃ 1 ደቡብ ክፍል P3 ስምምነት፣ በ4ይናነስ መዛገያው ወቅት ለንጅፍ እና ከፍተኛ የትራንዚት ኢንቨስትመንትን በ ምንትነмሪ ካውንቲ ውስጥ ከ $60 ሚሊዮን የማያንስ ለማፍሰስ ቃል ገብ튷ል፣ ይህም እንደ የኦደር ከተማ꼱ት ትራンዚት መስመር፣ አውቶብስ ፍጥነት ትራንዚት በ 355 ኮሪዶር ወይም ሌላ ከፍተኛ ፍጥነት ፕሮጀክት አይነት ሲሆን፣ የ Metropolitan Grove Bus Operations and Maintenance Facility ን መገንባት እና መጨረስም ያካትታል።

## የ American Legion Bridge መተካት የሚተዳደር መስመር ጥናት አካል ነው?

አዎ፣ ተማራጭ የሆነው አማራጭ የ American Legion Bridge (ALB) ን መሙሉ የሆነ በሰሬ ድልድይ አዳዲሶቹን በሁሉቱም አቅጣጫዎች ያሉ HOT መስመሮች ለማከተት እንዲቻል (አሁን ያለውን ማሸፈት አይደለም) መተካትን ያካትታል። አሁን ያለው ድልድይ 60 አመት ሊሞላው የደረስ ሲሆን ይሀ ጥናት ባይደረግም እንኳ በሚቀጥለው አስርት አመት ውስጥ ሊተካ ያስፈልጋል። በግንባታው ወቅት አሁን ያለችን ያከ መስመሮች ይኖሩ ዘንድ አዲሱ ድልድይ ደረጃ በደረጃ የሚገነባ ይሆናል። አዲሱ ድልድይ አሁን ባለበት ቦታ ላይ የሚተካ ይሆናል።

00005543

ዳግም የሚገነባው ALB በ ቨርጂኒያ እና ሜሪላንድ መካከል የብስክሌት እና አግሪኞች መተላለፊያ እንዲኖር የጋራ መተላለፊያ የሚኖረው ይሆናል። በኤይታ ውስጥ ያሉት የጋራ መተላለፊያ አግራሪኞች ምን እንደሆኑ ለማወቅ እባክዎ **SDEIS፣ ምዕራፍ 2 ክፍል 2.3.8** ን ይመልከቱ።

### ተመሪጭ የሆነው አግራጭ የአወፍስፋስ ጎርፍ እስተዳደርን ጉዳይ መልስ ይሰጥበታል?

አዎን፤ የመጀመሪያ ደረጃ፤ ሁሳባዊ ደረጃ ላይ ያለ የአውስፍስፋስ ጎርፍ አስተዳደር (SWM) ትንተና ተመሪጭ ለሆነው አግራጭ ተጠናቆ የነበረ ሲሆን LOD ለመወሰንም ድጋፍ አድርጓል። (ተጨማሪ ዝርዝሮችን ለማግኘት የዚህን ሰነድ **ምዕራፍ 2 ክፍል 2.3.2** ን ይመልከቱ።) አንደ Maryland Stormwater Management የ 2007 አዋጅ፤ MDOT SHA የ SWM ውህ መጠን እና ጥራት መስፈርትን የሚያሟላ ሲሆን፤ ህክምና የሚቀርብ ሲሆን አሁን ያለ ሁኔታዎችን በ SWM አዋጅ መስፈረት ያሻሻላል።

ተመሪጭ ለሆነው አግራጭ፤ የውሀ መጠን አስተዳደር መስፈርት ከ ALB ውህ ማስተላለፊያ ትቦ ክፍል ውጪ በአያንዳንዱ ውህ ማስተላለፊያ ትቦ ክፍል ውስጥ የሚሟላ ይሆናል። በተሰመዱ አሰራር ሂደት መስረት፤ የመጠን ማስወገድ ለ ALB የሚቀርብ ሲሆን ይሆም በ ቀተተኛ ከ ፓቶማክ ወንዝ በሚመጣ ውህ ምክንያት ነው።

ለውህ ጥራት መስፈርቶች፤ ተመሪጭ የሆነው አግራጭ የአካባቢ ንድፍ (ESD) በከፍተኛ ሊተገበር የሚችል መጠን (MEP) የሚያሟላ ይሆናል። ነገር ግን፤ ህክምና በሚያስፈልገው ውህ የማያስተላልፈው ክፍል ምክንያት እንዲሁም ያሉ የከፍራ ገደቦች ምክንያት፤ ሙሉ የሆነው የው ጥራት መስፈርት በ ውህ ማስተላለፊያ ትቦዎች ውስጥ ሊቀርብ አልፓላም። በስፍራው ላይ የውህ ጥራት መስፈርት ሊሟላላቸው ላልቻሉ ለአነዚህ የውህ ማስተላለፊያ ክፍሎች፤ የኳደሎ በዚያው ተፋሰስ ውስጥ ባለ የአውስፍስፋስ ጎርፍ አስተዳደር ምትክ በ MDOT SHA *Sediment and Stormwater Guidelines and Procedures* (SSGP)፤ ክፍል 5.5 መሰረት ይሟላል። ከስራው ቦታ ውጪ ምትክ በሚሆን የአውስፍስፋስ ጎርፍ አስተዳደር ትንተና መስፈርት፤ ብዙ የውህ ጥራት ስፍራዎች የተለየ ሲሆን አነዚህም መላውን ውህ የማያስተላልፍ ክፍል ህክምና (IAT) መስፈርት ተመሪጭ ለሆነው አግራጭ በ በ ጠ ተገኛተዋል። (ምትክ ለሚሆነው የአውስፍስፋስ ጎርፍ አስተዳደር **ምዕራፍ 2፤ ክፍል 2.3.2** እና SDEIS፤ **አባሪ C** ይመልከቱ።)

### ለ I-495፣ East of the I-270 East Spur እስከ MD 5 ለተጠነት ማሻሻዮች ምን ይፈጠራል?

ተመሪጭ የሆነው አግራጭ በ ቀራው I-495 ማሻሻዎችን በጦናቱ ገድብ ውስጥ የማያካትት ሲሆን፤ ወደፈት በመላው ከልል ውስጥ ባለው ሲስተም ላይ ግን ማሻሻዎች ሊያስፈልጉ ይችላሉ። አንደዚህ አይነት ማሻሻ ለብቻው የሚካሄድ ሲሆን፤ ተጨማሪ የአካባቢ ጥናት፤ ትንተና እና ከ ህዝብ፣ ባልድርባ አካላት አንዲሁም አካባቢያም ወኪሎች ጋር ይፈልጋል።

## ክፍያ

### አዳዲሶቹ መስመሮች ክፍያ የሚያስፈልጋቸው ለምንድን ነው እንዲሁም ክልሉ አነዚህን ለመገንባት ተቁራጭ የሚያስፈልገው ለምንድን ነው?

የ ሜሪላንድ ክልል ይህንን ያክል ስፋት ያለውን ግንባት ለማድረግ ገንዘብ የለለው ሲሆን ለ ደረጃ 1 ደቡብ በግምት ከ $3 እስከ $3.5 ቢሊዮን ወጪ አንደሚኖረው ይገመታል። በተጨማሪም፤ ክፍያዎችን በማስከፈል ብድሮችን ቢከፍልም ክልሉ ማሻሻዎችን ለማድረግ የሚያስፈልግ ብድር ለመበደር የሚበቃ ቦንድ አቅም የለውም። ግዛቱ በተወዳዳሪ ሂደት የምዕራፍ አልሚኝን መርጦ፤ አልሚዉ ለተወሰነ ጊዜ የከፍያ መንገዶቹ ገቢን በመጠቀም ዲዛይን የሚያደርግበት ፤ የሚገባበት ፤ ፋይናንስ የሚያደርግበት ፤ የሚሠራበት እና የሚጠበቅበት ምዕራፍ P3 ስምምነት ውስጥ ገብቷል። MDOT SHA በ I-495 እና I-270 ላይ ያሉትን መስመሮች ሁሉ በባለቤትነት መያዙን እና ሀይዌዩ የታለመውን የመጓጓዣ ተግባር ማሟላቱን ያረጋግጣል።

00005544

## የክፍያ ተመኖች እንዴት ይዘጋጃሉ?

የክፍያ ተመን ወሰን ዝግጅት ሂደት የሚመራው በ MDTA ነው። በሜሪላንድ በተብራራው ኮድ እና በ COMAR ርዕስ 11 የትራንስፖርት መምሪያ ፣ንዑስ ርዕስ 07 MDTA ፣ ምዕራፍ 05 የክፍያ መርኃ ግብር ክለሳዎች የሕዝብ ማስታወቂያ (11.07.05) ፣ የትራንስፖርት አንቀጽ §4-312 መሠረት የክፍያ ተመኖችን የማዘጋጀት ፣ የመከለስ እና የማስተካከል ሥልጣን ያላቸው ብቸኛ የመንግስት አካል ናቸው።    MDTA ለዶረጃ 1 ደለ-ብ ገደቦች የክፍያ ተመን ጣሪያዎችን የማዘጋጀት እና የክፍያ አሰባሰብ ሥራዎችን የማከናወን ኃላፊነት አለበት።

የክፍያ ተመን ክልል ቅንብር ሂደት ዝቅተኛ የክፍያ ተመኖች ፣ ከፍተኛ የክፍያ ተመኖች ፣ ለሰላሳ ተመን ከፒዎች በዝቅተኛ እና ከፍተኛ የክፍያ ተመን ክልሎች ፣ ዓመታዊ የክፍያ ጭማሪ ሂደት እና ለአንዳንድ ዓይነት ተሽከርካሪዎች የክፍያ ቅናሾች ለመመስረት በ MDTA ሥራተኞች ሆሳብ ላይ ያተኮረ ነው ።

የሕዝብ ኢ አስተያየቶችን ማሻሻጥና መመዝገብ ፣ በሜሪላንድ የተብራራ ኮድ በትራንስፖርት አንቀጽ §4-312 ውስጥ ተገልጿል። የመጀመሪያው ሆሳብ በግንቦት 12 ቀን 2013 ለMDTA ቦርድ ቀርቧል። በሂደቱ መሠረት ቦርዱ የክፍያ ጥያቄውን ወደ የሕዝብ ችሎቶች እና ለሕዝብ አስተያየት ጊዜ ለመውሰድ ድምጽ ሰጥቷል ፣ በዚህም የጻዛቱን ሕግ በማክበር ሕዝቡ በከፍያ ተመን ክልል ቅንብር ሂደት ውስጥ የተሰማራ መሆኑን ለማረጋገጥ እና ለሕዝብ ለመገምገም እና አስተያየት ለመስጠት እድሎችን ይሰጣል።

የሕዝብ ችሎቶች በሐምሌ 5 እና 7 ፣ 2013 የተካሄዱ ሲሆን የክፍያ ተመን ወሰን ሆሳብን ለማመላከት በመተንተን ውስጥ ጥቅም ላይ የዋለውን መረጃ እና ጥናቶች ጨምሮ ሁሉም የሆዝብ የመስማት ቁሳቁሶች በ MDTA ድርጣቢያ ላይ ተለጥፈው ለሕዝብ በ https://mdta.maryland.gov/ALB270TollSetting ለማየት እንዲችሉ ተደርገዋል። የአስተያየት ጊዜ ከግንቦት 12 እስከ ኔሐሴ 6 ቀን 2013 ድረስ ቆይቷል። በኔሐሴ 20 ቀን 2013 MDTA የቦርድ ስብሰባ ላይ ፣ የMDTA ሥራተኞች በሕዝባዊ ችሎቶች ላይ ያገኙትን ማንኛውንም የሕዝብ አስተያየት ማጠቃለያ እና ትንታኔ አቅርበዋል። በተጨማሪም ከቦርዱ አባላት ለቀረቡላቸው ጥያቄዎች ምላሽ ሰጥተዋል። የተቀበሉት የሕዝብ አስተያየቶች ማጠቃለያ እና የአስተያየቶቹ ትንተና በ MDTA ድረ -ገጽ mdta.maryland.gov/ALB270TollSetting/PublicParticipation ላይ ይገኛል።

የህዝብ አስተያየቶችን ከግምት ካስገባ በኋላ ፣ በመስከረም 20 ፣ 2013 ፣ MDTA የቦርድ ስብሰባ ላይ ፣ የ MDTA ሥራተኞች የመጨረሻውን የክፍያ ተመን ክልል ሆሳብ አቅርበዋል።  ይህ የመጨረሻው የክፍያ መጠን ክልል ለቦርዱ የሚመከር ተግባር ይሆናል እና በ MDTA ድረ -ገጽ mdta.maryland.gov/ALB270TollSetting ላይ ይገኛል።

## የክፍያ ተመኑ ምን ሲሆን ይችላል?

በገቢ ላይ ብቻ ከማተኮር ይልቅት ፣ ተመራጭ አማራጭ በ HOT መስመሮች ውስጥ 45 ማይልስ ወይም ከዚያ በላይ ፍጥነቶችን ለመጠበቅ ዲዛይን ቢደረግ ነው። የ HOT መስመሮች ዓላማ ነፃ የትራፊክን ፍሰት መጠበቅ እና በትራፊክ ፍሰት ላይ ተጽዕኖ ለማሳደር የዋጋ አሰጣጥ ሁኔታዎችን መጠቀም ነው። እንጂዘህም ፣ የHOT መስመሮች ለተመሠረተ የአሠራር መለኪያዎች የሚሰሩ መሆናቸውን ለማረጋገጥ የክፍያ ተመን ወሰን ይዘጋጃል ፣ ይህም የአቅርቦትን እና የፍላጎትን ኢኮኖሚያዊ መርሆዎች በHOT መስመሮች አጠቃቀም ላይ ተጽዕኖ ያሳድራል። የደረጃ 1 ክፍል አልሚ በክፍያ ተመን ክልል ቅንብር ሂደት መጨረሻ ላይ ከፀደቀ፣ በተጻጻጻመው የክፍያ ተመን ክልሎች ውስጥ የክፍያ ተመኖችን የማዘጋጀት ኃላፊነት አለበት።

የታቀደው የክፍያ መጠን ክልል ለተመራጭ አማራጭ - ደረጃ 1 ደለ-ብ ገደቦች በMDTA ድረገጽ በ http://mdta.maryland.gov/ALB270TollSetting/TollRateRangeSettingProcessandProposal ላይ ይገኛል። የክፍያ ተመን ክልሎች ለዝቅተኛ የክፍያ ተመኖች፣ ለሰላሳ የክፍያ ተመን ካፒች እና ለከፍተኛ HOT መስመሮች የክፍያ ተመኖችን ያጠቃልላል። የክፍያ ተመን ክልሎች የ P3 ፕሮግራም ስምምነትች (50 ዓመታት እንደሚሆኑ የሚገመተው) ለመሸፈን በቂ መሆናቸውን ለማረጋገጥ፣ ተመኖች እንዲሁ ዓመታዊ የማሰደጊያ ሁኔታዎችን ያጠቃልላሉ። የክፍያ ተመኖች ተለዋዋጭ እንዲሆኑ ተደርገው ይዘጋጃሉ፣ ይህም ማለት የ HOT መስመሮችን ለመጠቀም የሚመርጡ

00005545

ደንበኞች ፈጣን እና ይበልጥ አስተማማኝ ጉዞ እንዲኖራቸው ለማድረግ፣ በትራፊክ ፍሰት እና ፍጥነት ላይ በመመስረት በ HOT መስመሮች ውስጥ በየአምስት ደቂቃዎች ሊለወጡ ይችላሉ ማለት ነው። በኢንዳንጉ የክፍያ ክፍል ውስጥ በእውነተኛ-ጊዜ ትራፊክ ላይ በመመርኮዝ ትክክለኛው የክፍያ ተመኖች ይለወጣሉ።

## መጨናነቅ እና ትራፊክ

### ለ SDEIS ምን የትራፊክ ትንተና ተዘምኗል?

የትራፊክ ትንተናው ከተሻሻለው የ MWCOG ክልላዊ ትንበያ ሞዴል ፣ ስሪት 2.3.75 የትራፊክ መጠን ትንበያዎችን በመጠቀም የ 2040 የንድፍ ዓመት አስከ የ 2045 ዲዛይን ዓመት ድረስ ለሆነ ግንኙታ እና ተመራጭ አማራጮች ተዘምኗል። DEIS ጥናቱ ሲጀመር የነበረውን ወቅታዊ ስሪት እና አስከ 2040 ዓመት ድረስ ብቻ የተተነበየ የትራፊክ ፍላጎት የሆነውን የ MWCOG የመጀመሪያ ስሪት 2.3.71 ን ተጠቅሟል።

ለወደፊት የትራፊክ ሁኔታዎች ፣ ተመራጭ አማራጭ ተገምግሟል እና ለበርካታ ቁልፍ የአሠራር መለኪያዎች የተዘመኑትን 2045 ትንበያዎች በመጠቀም ከ ግንኙታው ሁኔታ ጋር ፍጥነት ፣ መዘግየት ፣ የጉዞ ጊዜ ፣ የአገልግሎት ደረጃ ፣ የውጤት ፍሰት እና በአካባቢው አውታረመረብ ላይ የሚያሳድረው ተጽዕኖ አነጻጽሯል። እነዚህ መለኪያዎች አማራጮችን ለመገምገም እና ለማወዳደር በ DEIS ውስጥ ጥቅም ላይ የዋሉ ተመሳሳይ መለኪያዎች ናቸው። ለተጨማሪ ዝርዝሮች የዚህን SDEIS እና SDEIS ምዕራፍ 3 ፣ አባሪ ሀን ይመልከቱ።

SDEIS፣ ምዕራፍ 3 እንዲሁም MDOT SHA በ COVID-19 ወረርሽኝ ፍላጎት እና ትንበያዎች ላይ ስለሚያስከትለው ውጤት እንዴት እንደሚያስብ ያብራራል። ተጨማሪ ዝርዝሮችን ለማግኘት ምዕራፍ 3፣ ክፍል 3.1.4 እና SDEIS፣ አባሪ ለ ይመልከቱ።

### የትራፊክ አፈፃፀም ትንተናዎች ውጤቶች ምንድን ናቸው ?

የያዘ ግንኙታ አማራጭ እና ተመራጭ አማራጭ የንድፍ ዓመት 2045 የትራፊክ አሠራር ግምገማ ውጤቶች ከዚህ በታች ጠቅለል ተደርገው እና በዚህ SDEIS ምዕራፍ 3 እና SDEIS, አባሪ ሀ ውስጥ የቀረቡ ናቸው።

**ያለ ግንኙታ የሚሄደው አማራጭ** አሁን ባሉት ሁኔታዎች ውስጥ ያጋጠሙትን ጉልህ የሆኑ የአሠራር ጉዳዮችን አይመለከትም። የረጅም ጊዜ የትራፊክ ዕድገትን ማስተናገድ አይችልም ፣ ይህም የዘገየ የጉዞ ፍጥነት፣ ከፍተኛ መዘግየቶች፣ ረጅም የጉዞ ጊዜዎች እና አስተማማኝነት ያልሆነ አውታራ መረብን ያስከትላል። በ 2040 እና በ 2045 መካከል ባለው ተጨማሪ የታቀደ የትራፊክ ዕድገት ምክንያት፣ በDEIS ውስጥ ከ�parነ የ 2040 ያለ ግንኙታ ውጤ ጋር ሲነጻጸር የ 2045 ያለ ግንኙታ ውጤቶች በ I-495 እና I-270 ላይ ከፍተኛ መዘግየቶችን እና የጉዞ ጊዜዎችን ያሳያሉ። በ 2045 ትንበያ ውስጥ የተካተተ ተጨማሪ የመጨናነቅ ፕሮጀክቶች ቢኖሩም ይህ የትራፊክ ዕድገት በአካባቢው የመንገድ አውታር ላይ የታቀፉ መዘግየቶችን በትንሹ ለመቀነስ ይረዳል።

**የተመረጠ አማራጭ** ተፅዕኖዎችን ለማስወገድ እና ለመቀነስ ሲባል ምንም እርምጃ ወይም ምንም ማሻሻያዎችን ባያካትትም እንኳ ለስርዓቱ ተጨ ባጭ የአሠራር ጥቅሞችን የአሠራር ጥቅሞችን ለመሰጠት የታቀዱ ነው። መጨናነቅን በሚቀንስበት ጊዜ ይህ አማራጭ በአሜሪካን Legion Bridge እና በ I-270 ደቡባዊ ክፍል ላይ ያለውን የጭነት ፍሰትን በከፍተኛ ሁኔታ ይጨምራል። እንዲሁም ፍጥነት ይጨምራል፣ አስተማማኝነትን ያሻሽላል፣ እንዲሁም በአብዛኛዎቹ በ I-495 ፣ I-270 እና በአካባቢው የመንገድ አውታረ መረብ ላይ ከያዘ ግንኙታ አማራጭ ጋር ሲነጻጸር የጉዞ ጊዜዎችን እና መዘግየቶችን ይቀንሳል። ምንም እንኳን የተመረጠ አማራጭ በDEIS (እንደ አማራጮች 9 እና 10 ያሉ) የተገመገሙትን የ 48 ማይል የጥናት ገደቦችን ያካተተ ከግንኙታ አማራጮች ጋር ሲነጻጸር ለትራፊክ አሠራሮች አነስተኛ መሻሻልን ቢሰጥም፣ ከሕነባብ እና በ I-495 የላይኛው እና ምስራቅ በኩል የንብረት እና የአካባቢ ተፅዕኖዎችን ለማስወገድ ጠንካራ ምርጫን ያመለክቱ እና ባለድርሻ አካላት በተሰጠው አስተያየት መሠረት በከፊል ተመርጧል። ከተመረጠው አማራጭ ገ የታችኛው በኩል ማኑቶ ዎ ምክንያት፣ በ 2045 የዲዛይን ዓመት ውስጥ በ I-270 በሰሜን አቅጣጫ እና በ I-495 የውስጠኛው ዙር ላይ መጨናነቅ PM ከፍተኛ የሥራ ሰዓታት ላይ ይፈጠራል።

00005546

በኢንተርስቴት ሲስተም ላይ ይህንንትን፣ ሥራዎችን እና የምህንድስና ተቀባይነትን ለማረጋገጥ የ FHWA እውቅና የሆነው FEIS እና የኢንተርስቴት የመዳረሻ ነጥብ ማረጋገጫ (Interstate Access Point Approval, IAPA) ፤ የወደፊቱ ዋና መስመር እና አካባቢያዊ የአውራር ተፅዕኖዎች የበለጠ ዝርዝር ግምገማን የተመረጠ አማራጭን ያካትታል። ይህንንትን እና አሁራርን የበለጠ የመፍታት አድሎች ከNEPA መደምደሚያ በኋላ በመጨረሻው ዲዛይን ወቅት በተመረጠው አማራጭ ላይ ይገመገማሉ።

በአጠቃላይ፣ የተመረጠው አማራጭ ከያ ግንባታ በጀት የተሻሉ ተጨባጭ የአውራር ጥቅሞችን ይሰጣል።

## የአካባቢ ሁብቶች፣ መዘዞች እና ቅነሳ

### የተመረጠው አማራጭ በአካባቢ ሁብቶች ላይ የሚያሳድረው ተጽዕኖ ምንድነው?

**በምሳሌ 4** ውስጥ የቀረቡት አካባቢያዊ ውጤቶች ለተመረጠው አማራጭ ተጠልፀዋል። ከ DEISበ፡ኣሲ ዲዛይን በተመረጠው አማራጭ ላይ እንዲራቀቅ ተደርጓል። ቋጣ ወይም የረጅም ጊዜ እና ጊዜያዊ ወይም የአጭር ጊዜ ከግንባታ ጋር የተዛመዱ ውጤቶች በቁጥር ተይዘው በዚህ SDEIS ውስጥ ቀርበዋል። የተመራጭ አማራጭ የአካባቢ ውጤቶች ማጠቃለያ በ **Table ES-1** ውስጥ ቀርቧል።

### ሠንጠረዥ ES-1: የተመረጠው አማራጭ ሊቆጠሩ የሚችሉ ተፅዕኖዎች ማጠቃለያ[1]

| ሁብት | ቋጣ[1] | ጊዜያዊ[1] | ጠቅላላ[1] |
|---|---|---|---|
| በፖርቡ ንብረቶች (ኤክር) ላይ አጠቃላይ ሊሆኑ የሚችሉ ውጤቶች | 21.0 | 15.1 | **36.1** |
| የሚፈለገው ጠቅላላ የመንገድ ራይት አፍ ዌይ[2] (ኤክር) | 97.2 | 18.7 | **115.9** |
| በቀጥታ የተጎዱት የንብረቶች ብዛት (ቁተር) | - | - | **501** |
| ወደ ሌላ ቦታ የሚዛወሩ የመኖሪያ ቦታዎች ብዛት (ብዛት) | - | - | **0** |
| ወደ ሌላ ቦታ የሚዛወሩ ንግዶች ብዛት (ብዛት) | - | - | **0** |
| አሉታዊ ተፅዕኖ ያለባቸው ታሪካዊ ሀብቶች[3] ብዛት (ብዛት) | - | - | **11** |
| ተጽዕኖ ያለባቸው ለጫጭ ቋ የማይስማማቸው አካባቢዎች (ብዛት) | - | - | **49** |
| ጥያቄ ውስጥ ያሉ ጣቢያዎች አደገኛ ቆሻሻዎች (ብዛት) | - | - | **255** |
| ጥያቄ ውስጥ ያሉ ልዩ ስቴት እርጥብታማ ቦታዎች (ኤክር) | 0 | 0 | **0** |
| እርጥብታማ ቦታዎች[4] (ኤክር) | 3.7 | 0.6 | **4.3** |
| የእርጥብታማ ቦታ 25 ጫማ ክልል[4] (ኤክር) | 6.5 | 0.6 | **7.1** |
| የውሃ መንገዶች[4] (ካሬ ጫማ) | 673,757 | 343,945 | **1,017,702** |
| የውሃ መስመሮች[4] (ቀጥ ያለ ፋት) | 43,852 | 2,701 | **46,553** |
| የደረጃ II ተፋሰሶች (ኤክር) | 0 | 0 | **0** |
| በ 100 ዓመት ተመልስ የሚመጣ ጎርፍ (ኤክር) | 33.7 | 15.1 | **48.8** |
| የደን ካፒር (ኤክር) | 479.6 | 20.3[5] | **500.1** |
| ብርቅዬ፣ ስጋት ያለባቸው እና ለለደጋ የተጋለጡ ዝርያዎች መኖሪያ (ኤክር) | 33.4 | 23.0 | **56.4** |
| የተጋላጭ ዝርያዎች ፕሮጀክት ግምገማ አካባቢ (ኤክር) | 24.5 | 20.0 | **44.5** |
| ልዩ እና ተጋላጭ አካባቢዎች (ኤክር) | 139.2 | 29.4 | **168.5** |

ማስታወሻዎች፣ በዚህ ሠንጠረዥ ውስጥ ያሉት ተፅዕኖዎች ለተመረጠው አማራጭ ለዋናው መስመር ማሻሻያዎች ናቸው። ከማካካሻ የዝናብ ውሃ አያያዝ ጋር የተዛመዱ ማንኛውም ተፅዕኖዎች መብዛረ ሲሆን በ SDEIS ፤ አባሪ ሐ ውስጥ ተብራርተዋል።

[1] ሁልም እሴቶች ወደ አሥረኛው ቦታ የተጠጋጉ ናቸው።

[2] የመንገድ ራይት አፍ ዌይ በስቴቱ መዛግብት ምርመዎ ላይ የተመሠረተ እና እንደአስፈላጊነቱ በካውንቲ ራይት አፍ ዌይ ውስጥ ተሞልቷል።

[3] በታሪካዊ ንብረቶች ተፅዕኖዎች ላይ ተጨማሪ ዝርዝሮችን ለማግኘት ምዕራፍ 4 ክፍል 4.7 ን ይመልከቱ።

[4] በርግረጋማ እና የውኃ አካላት ላይ ያሉ ተፅዕኖዎች ላይ ተጨማሪ ዝርዝሮችን ለማግኘት ሠንጠረዥ 4-25፣ ክፍል 4.12 ን ይመልከቱ።

[5] በመንገድ ግንባታ በጊዜያዊት በማይፈለጉ ወይም በማይለወጡ አካባቢዎች ውስጥ ጊዜያዊ የደን ሽፋን ተፅዕኖዎች ተጠርጓል። በእነዚህ አካባቢዎች መልሶ መትከል የ� ውራ አስ ተፅዕኖዎች ይመነፀሉ እንዲሁም ይበሳሉ፣ እንዲሁም በመጨረሻ ዲዛይን ላይ እንደተገለጸው መልሶ መትከል በ ውራይደ ውስጥ ከፍተኛ ይሆናል።

*ሰማያዊ ጽሑፍ = ከሠንጠረዥ 4-1፣ ገጽ 4-3 (11/10/21) ጋር እንዲመሳሰል የተሰተካከለ*

00005547


### በአካባቢ ሀብቶች ላይ ምን ተጽዕኖዎች እንዳሉ ከግምት ውስጥ ገብተዋል?

ከ DEIS ህትመት ጊዜ ጀምሮ ለታሪካዊ ንብረቶች፣ ለፓርኮች፣ ለአርክቴጶታማ መሬቶች፣ ለአርተቤታማ መሬት ክልሎች፣ ለውሃ አካላት፣ ለደኖች እና ለ የፌዴራል የድንገተኛ አደጋ አስተዳደር ኤጀንሲ 100 ዓመት የመመለሻ ጊዜ ያለው የፎርፍ ተፋሰስ ከተቀጣጣር እና የሀብት ኤጀንሲዎች ጋር በሰፊው በመቀናጀት ማስወገድ እና መቀነስ እንዳይቀት ተደርጓል። የተመረጠ አማራጭ፣ በግንባታ ማሻሻያዎች በምዕራፍ 1 ደብብ ገይፍ ውስጥ ብቻ ፣ ከ 100 ሄክታር የፓርኩ መሬት እና በመቶዎች የሚቆጠሩ ኤርተቤታማ መሬት እና የወንዝ አካላትን ያስወገዳል። ከተመረጠው አማራጭ ጋር የተያያዘ ተጽዕኖዎች በዚህ የጥናት የመጀመሪያ ደረጃ ውስጥ በሁሉም አካባቢዎች በከፍተኛ ተጨባጭ ሁኔታ ተመግደዋል እንዲሁም ተቀንሰዋል፣ እንዲሁም ሊቀነስ ችለዋል፣ እንዲሁም የማስወገድ እና የማቃለል ቴክኒኮች በተላይ በአሜሪካ ሌጌዎን ድልድይ ዙሪያ ያሉ አንጻ NPS ፓርክ ንብረቶች ባሉ ተጋላጭ ወይም የመዝናኛ ዋጋ ባላቸው ሀብቶች አካባቢ ምች ውስጥ ተጣርተዋል። ተጨማሪ ዝርዝሮችን ለማግኘት የዚህን ሰነድ **ምዕራፍ 2: 4 እና 5** ን ይመልከቱ። ከሚመለከታቸው የቀጥጥር እና የንብረት ኤጀንሲዎች ጋር ቀጣይ እና የወደፊት ቅንጅትን በመፍጠር ተጽዕኖዎችን ለማስወገድ፣ ለማቃለል የሚደረገው ጥረት ይቀጥላል። የመጨረሻው ማስወገድ፣ መቀነስ እና ማቃለል በ FEIS ውስጥ ይመዘገባል።

### በMorningstar Tabernacle No. 88 Moses Hall እና በመቃብር ንብረት ላይ ወደ ተመረጠው አማራጭ LOD ውስጥ ምን የመቀነሻ ጥረቶች ተካተዋል?

የ DEIS ህትመትን ተከትሎ ለሕዝብ፣ ለኤጀንሲ እና ለባለድርሻ አካላት አስተያየቶች ምላሽ ሲሰጥ፣ MDOT SHA ን በMorningstar Tabernacle No. 88 እና በመቃብር ንብረት ላይ LOD ን አጥርቷል። በሊፐምበ 2021 መጨረሻ ላይ የ Morningstar የመቃብር ስፍራ ተፅዕኖ በ DEIS ውስጥ ለ አማራጭ 9 ከተዘገበው 0.3 ሄክታር (13,068 ካራ ጫማ) በግምት ወደ 14 ካራ ጫማ ጊዴያዊ አካባቢ. ክንዲፈጵ አጠገብ ለድምፅ ማገጃ ግንባታ ያስፈልጋል። ይህ ጥረት በመቃብር ወለን ውስጥ ያለውን የመሬት ሁከት ሁሉ አስቀርቷል። ቅነሳው ለሕዝብ እና ለሌጀንሲ አስተያየቶች ምላሽ ሲሰጥ በመቃብር ንብረት ላይ የሚኖረውን ተፅእኖ ለመቀነስ በCabin John Parkway መሳሪያ መወጣጫ አወቃቀር ላይ ለውጦችን ጨምሮ በዲዛይን ማሻሻያዎች ምክንያት ነበር። በ 2023 የቦታ ወኪት ፣ ከMorningstar የመቃብር ድንበር ውስጥ እና በአቅራቢያው ያሉ ምልክት የተደረገባቸው እና ምልክት ያልተደረገባቸው መቃብሮችን ለመለየት እና ካርታ ለመለየት ተጨማሪ ምርመራ ተደርጓል። ለዚህ የምርመራ ውጤት ምላሽ ተጨማሪ የንድፍ ማሻሻያዎች ተደርገዋል እናም የ Morningstar የመቃብር ንብረትን ሙሉ በሙሉ ማስወገድ አሁን ተችልዋል።

### በአሜሪካን ሌጀኖን ድልድይ ዙሪያ በፓርኩ ንብረቶች እና ተጓዳኝ ሀብቶች ውስጥ ወደ ተመረጠ አማራጭ LOD ውስጥ ምን የመቀነስ ጥረቶች ተካተዋል?

በጣም አስፈላጊው የማስቀረት እና የመቀነስ ጥረቶች   ክፈቅዋ ክፍል 4 (ረ) ግምገማ እና DEIS በ ALB ዙሪያ ትኩረት ከተደረገ በኋላ ነው። MDOT SHA እና FHWA በ DEIS ውስጥ በቀረበው ALB አካባቢ ስለ LOD ለመወያየት ዲሴምበር 8 ቀን 2020 ከ NPS ጋር ተገናኝተዋል። MDOT SHA በ ALB አካባቢ ያለውን LOD ዳግም ምርመራ. እንዲደረፅግ NPS በመሬት እና በተፈጥሮ ሃብት ላይ ያለውን ተጽእኖ እንዲገድብ NPS ጠይቋል። MDOT SHA በድልድይ አሰራር፣ ተፈጥሮኣዊ ሃብት እና ባህላዊ ሃብቶችን በአገር አቀፍ እና በአካባቢ ባለሙያዎችን የያዘ 'ALB ስትራይክ ቡድን' በማዋቀር የሚከተሉት ተልእኮ ተሰጥቶቻፈል፡

ተፅእኖዎችን ለማስወገድ፣ ALB ን ለመተካት አማራጮቶችን ለማፃበር እና ለመገምገም፣ በተቻለ መጠን፣ እና በ C&O ቦይ ብሔራዊ ታሪካዊ ፓርክ እና በ NPS ጀርጅ ዋሽንግተን መታሰቢያ ፓርክዌይ ክፍሎች ላይ ኣጠቃላይ የአካባቢያዊ ተፅእኖዎችን ለመቀነስ።

የ ALB ስትራይክ ቡድን እንዳቸውም ቢሆኑ LOD ን የበለጠ ሊገድቡ ይችሉ እንደሆነ ለመወሰን የድልድይ ግንባታ አቀራረቦችን ግምት ውስጥ አስገብቷል። የ ALB ስትራይክ ቡድን ከላይ ወደ ታች በተከፋፈለ የግንባታ አቀራረብ ላይ

00005548

ዝርዝር ምርመራ አካሂደ�256 ከላይ ወይታች ገመድ የቆመ አቀራረብ፤ እና ተነሻራታች ቡታ ድልድይ ግንታታ አቀራረብ። በተጨማሪም፣ የመስከ ትንታና እና በቀላሉ ሊገኙ የሚችል መረጃ ከተገመገመ በኋላ፣ MDOT SHA እና ALB ስትራይክ ቡድን በግንባታ ላይ ያለውን ተደራሽነት በማስወገድ በወንዙ ደረጃ ወደ ጣቢያው መድረስ በከላሉ ባርተን ፓርክዌይ በኩል ወደ ወንዙ ሰሜናዊ ክፍል ሊጠናከር አንደሚችል ወስነዋል። በድልድዩ ዙሪያ ሌሎች ሦስት አራት ማዕዘኖች እና በ NPS መሬት ላይ የሚያሰርረውን ተጽዕኖ በከፍተኛ ሁኔታ በመቀነስ ይህ የሚሳካው በስየዣን ምዕራብ አራተኛ ክፍል ከሚገኘው ከላሪ ባርተን ፓርክዌይ ጊዜያዊ የግንባታ መዳረሻ የመንገድ መግቢያ በመግባም ነው። ይህ ጥረት በጅርሰ የ�%ን%ታ%ን% መታሰቢ% ፓርክዌይ ላይ የ 7.8 ሔክር ቅነሳ እና በዌሳዌኺ እና በአሃዮ በዩ ብሔራዊ ታሪካዊ ፓርክ ላይ የ 5.3 ሔክር ቅነሳን አስከትሏል። በ ALB ስትራይክ ቡድን ጥረቶች ላይ ተጨማሪ ዝርዝሮችን ለማግኘት **ምዕራፍ 4 ክፍል 4.12.4** ን ይመልከቱ።

## ማስወገድ ለማይቻል የአካባቢ ተፅእኖዎች ምን መቀነሻ ነው የሚታሰበው?

ከተመረጠው አማራጭ ለአካባቢያዊ ሀብቶች ሊወገዱ የማይችሉ ተፅእኖዎች ጽንሰ -ሀሳባዊ ቅነሳ እርጉዙ የተከሰተው ከ DEIS ጀምሮ ነው። የታቀደው ፅንስ -ሀሳባዊ ቅነሳ **በምዕራፍ 4** ውስጥ በሚመለከተው ሃብት ተወያይቷል እና በሚከተሉት ሀብቶች ላይ በፅንስ -ሀሳብ ቅነሳ ዕቅድ (**DEIS፣ አባሪ Q**) ውስጥ በዝርዝር ተዘርዝሯል - እርጥብ መሬቶች፣ ደኖች፣ አልፎ አልፎ፣ ለአደጋ የተጋለጡ እና ለአደጋ የተጋለጡ ዝርያዎች፣ መናፈሻ ቦታ፣ ባህላዊ ሀብቶች፣ ጫጫታ፣ አየር፣ ንብረቶች፣ አደገኛ ቆሻቆሻ፣ የመሬት አቀማመጥ፣ ጂኦሎጂ፣ አፈር፣ የከርሰ ምድር ውሃ፣ የአካባቢ ፍትህ፣ የአይታ ውበት፣ የውሃ ባየታ፣ እና ልዩ እና ስሜታዊ አካባቢዎች። ጥናት አየገፉ ሲኳድ እና በዚህ SDEIS ላይ የአዝዘብ፣ የባልድርሻ አካላት እና የወኪል አስተያየት ሲሰተ ተጨማሪ የማቃለል እርምጃዎች ተለይተው ይጣራሉ። የመጨረሻው ቅነሳ በ FEIS ውስጥ ይመዘገባል።

## የዞመን ረቂቅ ክፍል 4 (f) ግምገማ ምንድነው?

በተሻሻለው (ኤ.ኤ. በ 1966) የ USDOT አዋጅ ክፍል 4 (f) (49 U.S.C. 303 (ሐ)) የሚከተሉት ሁኔታዎች ተፈጻሚ ካልሆኑ በስተቀር FHWA ን ጨምሮ USDOT የመንግሥት አጠቃቀም ፓርክ፣ የመዝናኛ ሥፍራ፣ የዱር አራዊት ወይም የውሃ ወፍ መጠለያ፣ ወይም የአዝዝብ ወይም የሚል ታሪካዊ ቦታ የመራት አጠቃቀምን ማጽደቅ እንደማይችል ይደነግጋል።

- FHWA ከንብረቱ የመሬት አጠቃቀም አማራጭ እና የማይቻል የማስወገድ አማራጭ እንደሌለ ይወስናል፣ እና ድርጊቱ በእንጸዚ ዓይነት አጠቃቀም ምክንያት በንብረቱ ላይ የሚደርሰውን ጉዳት ለመቀነስ ሁሉንም አቅርቶችን ያጠቃልላል (23 CFR §774.3 (a) (1) እና ( 2)); ወይም

- FHWA በአመልካቹ የተፈጸመውን ጉዳት ለመቀነስ ማንኛውንም እርምጃዎችን ጨምሮ የአንቀጽ 4 (f) ንብረቶችን መጠቀሙ በንብረቱ ላይ *de minimis* ተፅእኖ እንዳለው ይወስናል (23 CFR §774.3 (b))።

በሐምሌ 2020 ረቂቅ ክፍል 4 (f) ግምገማ እና DEIS ከታተመ ጀምሮ፣ ተመራጭ አማራጭ እንጸ አማራጭ 9 - ደረጃ 1 ደበብ ሆኖ ተለይይተል፣ ይህም በ DEIS እና ረቂቅ ክፍል ውስጥ እንጸ አማራጭ 9 አካል የቀረበውን ተመሳሳይ የግንባታ ማሻሻያዎችን ያካተተ ሲሆን 4 (f) ግምገማ ግን በደረጃ 1 ደፐብ ገደቦች ብቻ የተገደበ። ከደረጃ 1 ደፐብ ውጭ በጥናት ገደቦች ውስጥ ምንም እርምጃ ወይም ምንም መሻሻል አይከስትም። ይህ በተመረጠው ተለዋዋጭ ላይ የተሰጠው ውሳኔ ለሐልል 4 (f) ንብረቶች ስልጣን ያላቸውን ባለሥልጣናት (OWJ) ጨምሮ ከወከፐች እና ከባልድርሻ አካላት ጋር ተጨማሪ ቅንጅት እና ማዳመጥን ከግምት ውስጥ ያስገባ ነበር። ተመራጭ አማራጭ ከክፍል 4 (f) ሀብቶች መራጭን ለሚጠይቁ አስተያየቶች ምላሽ የሚሰጥ ሲሆን ጥናቱ ቀደም ሲል ከተወሰነ ደረጃ አሰጣጥ እና የፍቃቃ አቀራረብ ጋር የሚስማማ እንዲሆን ያስተካክላል።

የዚህ SDEIS **ምዕራፍ 5** በተመረጠው አማራጭ ላይ መረጃ ለመስጠት የዞመኑውን ረቂቅ ክፍል 4 (f) ግምገማን ያጠቃልላል። በዚህ የዞመን ረቂቅ ክፍል 4 (f) ግምገማ ውስጥ የተካተተው መረጃ በተመረጠው አማራጭ ክፍል 4 (f) ንብረትን ስለመጠቀም የ FHWA ግምት ያሳውቃል። ይህ የ SDEIS ምዕራፍ ለ ረቂቅ ክፍል 4(f) ግምገማ ተጨማሪ መረጃ

00005549



የሚሰጥ ሲሆን፣ እንደ **DEIS፣ አባሪ F** የተካተተ ነው። ይህ ተጨማሪ መረጃ ረቂቁን ክፍል 4 (f) ግምገማ አይተነዛም፣ እሉ ተጨማሪ ትንታኔ ብቻ ይሰጣል። ክፍል 4 (f) ግምገማ እና ይህ ማሟያ በ 23 CFR 774፣ በ FHWA 2012 ክፍል 4 (f) የፖሊሲ ወረቀት የ USDOT መመሪያዎችን የሚያካትት ነው። 138 እና 39 U.S.C. 303.

## ክፍል 4 (f) ተጽዕኖች ምንድናቸው?

የአንቀጽ 4 (f) ንብረት "አጠቃቀም" (ወይይም ተጽዕኖ) ይከሰታል፦

- (i)       *መሬት* **በቋሚነት** ወደ የትራንስፖርት ተቋም **ሲገባ፣**
- (ii)      በ 23 CFR §774.13 (d) ውስጥ በተቀመጡት *መመዘኛዎች መሠረት* ከሕጉ ጥበቃ ዓላማ አንፃር *አሉታዊ* የሆነ **ጊዜያዊ የመሬት ይዞታ** ሲኖር፣ ወይይም
- (iii)     በ 23 CFR § 774.15 ውስጥ ባለው *መስፈርት መሠረት* የአንድ ክፍል 4 (f) ንብረት **ገንቢ አጠቃቀም** ሲኖር።

ተመራጭ አማራጭ ከ DEIS ግንባታ አማራጮች *ጋር* ሲነፃፀር በግምት 105 ሄክታር የሚያክል የ 38 ክፍል 4 (f) ንብረቶችን ከመጠቀም ይቆጠባል። ተመራጭ አማራጭ ለ DEIS ግንባታ አማራጭ 9 ከጠቅላላው 146.8 ሄክር *ጋር* ሲነፃፀር የ 21 ክፍል 4 (f) ንብረቶችን (ጊዜያዊ እና ቋሚን ጨምሮ) በአጠቃላይ 39.1 ሄክር መጠቀምን ይፈልጋል።

ለተጨማሪ ዝርዝሮች SDEIS፣ **ምዕራፍ 5፣ ክፍል 5.2** እና DEIS፣ **አባሪ F** ን ይመልከቱ። ለክፍል 4 (f) ተጽዕኖዎች ጽንስ-ሀሳብ ቅኝት ተለይቷል፣ ነገር ግን ከአህጉድ *ጋር* ለክፍል 4 (f) ንብረቶች ማስተባበር አሁንም እንደቀጠለ ነው። የመጨረሻው ክፍል 4(f) ግምገማው ተፅእኖዎችን እና ቅነሳዎችን ለማፍናጀት እና ከ OWJ ዎች *ጋር* የተቀናጀ ቅንጅትን ከ OWJ ዎች *ጋር* ቀጣይ ቅንጅትን ያንፀባርቃል። የመጨረሻ ክፍል 4(f) ግምገማ እንዲሁ ጉዳትን ለመቀነስ የሚያፈሳውን ዕቅድ ሁሉ፣ እና አነስተኛውን አጠቃላይ የጉዳት ትንተና እና የመጨረሻውን የሚያለለ ግዴታዎች ለማሳየት ትንተናውን ማጠናቀቅን ያካትታል።

## ለዋናቱ ቀጣይ እርምጃዎች ምንድናቸው?

ይህ SDEIS በ FHWA እና MDOT SHA ጸድቆ ለፌዴራል፣ ለክልል እና ለአካባቢ፣ ወኪሎች እንዲሁም ለድርጅቶች እና ለሕዝቦች ፍላጎት ላላቸው አካላት ተሰራጭቶ ለሕዝብ ግምገማ ይገኛል። ለ SDEIS በ 45 ቀናት የግምገማ ጊዜ ውስጥ ምናባዊ የሕዝብ ችሎት ይካሄዳል ፣ የአስተያየት ቀነ ገደብ ኖቬምበር 15፣ 2021 ነው። በዚህ የ 45 ቀናት የግምገማ ወቅትን SDEIS በጥናት ኮሪደሮች ውስጥ እና በፐሮግራሙ ድርጣቢያ ላይ oplanesmd.com/SDEIS በ SDEIS ላይ አስተያየቶች በቃልም ሆነ በጽሑፍ ቢቀበሉም እኩል ተደርገው ይወሰዳሉ እና በ

- በኖቬምበር 1፣ 2021 በቨርቹዋል የሕዝብ ችሎት ላይ የቃል ምስክርነት
- የ SDEIS አስተያየት ቅጽ oplanesmd.com/SDEIS
- ኢ.ሜል ለ MLS-NEPA-P3@mdot.maryland .gov
- ደብዳቤዎች ለጄፍ ፎልደን፣ I-495 እና I-270 P3 የፕሮግራም ምክትል ዳይሬክተር፣ I-495 እና I-270 P3 ቢሮ፣ 707 North Calvert Street, Mail Stop P-601, Baltimore MD 21202
- በ 855-432-1483 ላይ አስተያየት ይይዙሉ እና በሶስት ደቂቃ የተገደበ የድምፅ መልእክት ይተው

የ 45 ቀናት የግምገማ ጊዜን ተከትሎ፣ MDOT SHA እና FHWA ሁሉንም አስተያየቶች ይገመግማሉ እና በFEIS አስተያየቱ ጊዜ ማብቂያ ላይ ለተቀበሉት ወይይም ለፖስት ማልክት የተደረገበትን ሁሉንም ተጨባጭ አስተያየቶች ምላሽ ይሰጣሉ። ከዚ ቀን በኋላ የተቀበሉት ወይይም የፖስት ምልክት የተደረገበት አስተያየቶች ተገምግመው በተቻለ መጠን ግምት ውስጥ ይገባሉ። በ DEIS እና SDEIS ላይ ከተቀበሉት ሁሉም ተጨባጭ አስተያየቶች አቀማመጥ በተጨማሪ፣ FEIS በ SDEIS ውስጥ ያልተባራ ወይይም ያልተመዘገበ ተጨማሪ እና የዘመነ መረጃን፣ እና የመቀነስ

እርምጃዎችን ያጠቃልላል። ROD በመጨረሻው ዲዛይን እና ግንባታ ወቅት የሚፈጸሙትን ግዴታዎች በሰነድ ይመዘግባል።

## የመንግስት-የግል አጋርነት (P3) ፕሮግራም

### P3 ምንድነው?

የመንግስት እና የግል አጋርነት (P3) የኅብረታዊ ፕሮጀክት ለማቅረብ አማራጭ ሞዴል ነው። P3 በመንግስት ወይም በመንግስት ዘርፍ ከግል አካላት ጋር ሽርክና ነው። P3 የህዝብ መሠረተ ልማት ለሕዝብ ባለቤት እና ለመሠረተ ልማት ተጠቃሚዎች ጥቅም ሲባል የግል ዘርፍ ሙያ፣ ፈጠራ እና የገንዘብ ድጋፍን ለመጠቀም ይፈልጋል። P3ዎች ትላልቅ እና ውስብስብ የመሠረተ ልማት ፕሮጀክቶችን ወጪ ቆጣቢ እና ወቅታዊ በሆነ መንገድ ለማቅረብ የመንግሥትና የግሉ ዘርፎች የሚመለከታቸውን ጥንካሬዎች በተሳካ ሁኔታ ለመጠቀም ይፈልጋሉ። በ P3 ስምምነት መሠረት ተግባራት የትራንስፖርት ተቋምን ዲዛይን፣ ግንባታ፣ ፋይናንስ፣ አሠራር እና ጥገናን ሊያካትት ይችላል። NEPA እና ደረጃ 1 ከስ ሂደት ለመረዳት ለማገዝ የሚከተሉት ገበሮች ትርጓሜዎች ቀርበዋል።

- ደረጃ 1፡ I-495 ከISብ ALB እስከ I-270 እና I-270 ከ I-495 እስከ I-70። እነዚህም የደረጃ 1 P3 ስምምነት ገበሮች ናቸው።

- ደረጃ 1 ደቡብ፡ I-495 ከISብ ALB እስከ I-270 እና I-270 ከ I-495 እስከ I-370 ድረስ። እነዚህም የ NEPA ተመራጭ አማራጭ ገበሮች ናቸው።

- ደረጃ 1 ሰሜን፡ I-270 ከ I-370 እስከ I-70።

### የደረጃ 1 የመፍትሄ ሂደት እና የ P3 ስምምነት ሁኔታ ምን ይመስላል?

የሜሪላንድ BPW በመጀመሪያ ለ P3 ፕሮግራም የ P3 ስያሜ በጁን 2019 አፅደቀ እና በጃንዋሪ 2020 ተጨማሪ ማፅደቅ ሰጥቷል። ለ ደረጃ 1 ደረጃ ገንቢን በመፍለጥ እነዚህ ማፅደቆች MDOT SHA የ ‹P3› መርሃ ግብር ደረጃ 1 ን ለመንደፍ እና ለመገንባት ተራማጅ P3 ሂደትን እንዲጠቀም ፈቅደዋል። ይህ ተራማጅ አካሄድ በ NEPA ሂደት ወቅት የመጨረሻውን ቁርጠኝነት ሳይደረግ የመጠየቅ ሂደቱ እንዲቀጥል አስችሏል።

እንደ ተራማጅ P3 ከስ አካል፣ MDOT በፌብሩዋሪ 2020 ፍላጎት ያላቸውን ደረጃ ገንቢዎችን ለመፈለግ ጥያቄን (RFP) ሂደትን ተከተለ። MDOT እና MDTA፣ ከአካባቢ አውራጃዎች ተሳትፎ ጋር፣ በጁላይ 2020 አራት ከፍተኛ ብቃት ያላቸው ፕሮፖዛል አቅራቢዎችን ዝርዝር አዘጋጅተዋል። ከአራቱ ዕጩ ዝርዝር ውስጥ ሦስቱ ሙያ በ� ቅድም-ልማት ሥራው ውስጥ ለመረዳት ወደ ደረጃ 1 የቅድም ልማት P3 ስምምነት ለመግባት ሀሳብ አቅርበዋል፣ I-495 ን ከ ALB ወደ I-270፣ እና I-270 ን ከ I- ከ 495 እስከ I-70። በፌብሩዋሪ 2021 MDOT SHA ፕሮጀክቱን ለስቱቱ በጣም ጠቃሚ በሆነ መንገድ ሊያቀርብ የሚችል የተመረጠውን አቅራቢ ለይቶ አውቋል።

በኅዳት 11፣ 2021 በሜሪላንድ ሕግ መሠረት MDOT እና MDTA ለፕሮጀክቱ የጋራ ባለቤትነት ለነበረው ለተመረጠው ፕሮፖዛል አቅራቢ, Accelerate Maryland Partners, Inc. (AMP) ደረጃ 1 P3 ስምምነትን ለሕዝብ ሥራዎች ቦርድ አቅርበው አጽድቀዋል። ከ P3 ፕሮግራም ደረጃ 1 ጋር የተዛመደ የቅድም ልማት ሥራን ያጠናቅቃሉ።

በደረጃ 1 P3 ስምምነት ውስጦች እና ሁኔታዎች መሠረት MDOT እና AMP በመጀመሪያው ክፍል ላይ የቅድም ልማት ሥራን የበለጠ ያራምዳሉ፣ ይህም ከጆርጅ ዋሺንግተን መታሰቢያ ፓርክዌይ አካባቢ, በአሜሪከ ሌጌዎን ድልድይ በኩል እስከ I-270 እና I -270 እስከ I-370፣ ("ደረጃ 1 ደቡብ")። በዚህ SDEIS ውስጥ ተመራጭ አማራጭ በፕሮጀክቱ ስር ለማድረስ የታቀደው የመጀመሪያው ክፍል ከደረጃ 1 ደቡብ ገበሮች ጋር የተስተካከለ ነው። እንደ ሀሳቡ አካል፣ ደረጃ ገንቢው በሞንትጎመሪ ካውንቲ ውስጥ በማማት 300 ሚሊዮን ዶላር ለመሻጋገሪያ አገልግሎቶችን የደረጃ 1 ደቡብ የሥራ ጊዜ ለመስጠት ቃል ገብቷል። የትራንስፖርት አገልግሎቶችን የበለጠ ለመደገፍ፣ MDOT በሞንጎመሪ ካውንቲ ውስጥ እንደ ኮሪደር ደረጃ 1 ያሉ ለቅድም -ደረጃ የመጓጓዣ ኢ.ገስትመንትዮች ለዲዛይን እና ከ 60 ሚሊዮን ዶላር ያላነ የገንዘብ ድጋፍ ለማድረግ ለደረጃ 1 ደቡብ የፋይናንስ መዘጋቱን MDTA ወስኗል፣ እንዚህም የኪተሞች መተላለፊያ መንገድ፣

00005551

በአውቶቡስ 355 ኮሪደር ውስጥ የአውቶቡስ ፈጣን ትራንዚት፣ ወይም ሌሎች ቅድሚያ የሚሰጣቸው ፕሮጀክቶች እና የሜትሮፖሊታን ግሮሽ አውቶቡስ አገልሽኞች እና የጥገና ተቋምን ለመገንባት እና ለማስታጠቅ።

AMP፣ አንደ ደረጃ ገንቢ፣ ከ MDOT፣ MDTA፣ እና ከባለድርሻ አካላት ጋር በመተባበር የቅድመ ልማት ሥራን ጨምሮ የቅድመ-ንድፍ ሥራን ማሳደግን እና የጥንቃቄ እርምጃዎችን የበለጠ ተፅእኖዎችን ለመቀነስ። የደረጃ 1 ደቡብ እና የ FEIS፣ MDOT የቅድመ -ልማት ሥራውን ከጨረሰ በኋላ የደረጃው ገንቢ ("ከፍል ገንቢ" ተብሎ የሚጠራው) በሚለው ክፍል P3 ስምምነት ወደፊት ለመራመድ ከ BPW የመጨረሻ ማፅደቅን ይፈልጋል፣ በግምት ለ 50 ዓመታት ያህል ለአንድ የተወሰነ ክፍል የመጨረሻ ዲዛይን፣ ግንባታ፣ ፋይናንስ፣ አገራሽኞች እና ጥገና ኃላፊነት አለበት።

00005552

# APPENDIX H: EJ Initiative Summary Report



I-495 & I-270 Managed Lanes Study

# Environmental Justice Outreach and Engagement Initiative for the Preferred Alternative

January 31, 2022

00005554

**TABLE OF CONTENTS**

Introduction ................................................................................................................................. 2

Methodology .............................................................................................................................. 3

   Survey ....................................................................................................................................... 3

   Outreach to Regional and Local Jurisdictions and Advisory Groups ........................................ 5

   Community Contacts ................................................................................................................. 5

   Email Blasts .............................................................................................................................. 6

   Postcards and Flyers Distribution ............................................................................................ 6

   In-Person Engagement ............................................................................................................. 7

   Yard Signs ................................................................................................................................. 8

   Outreach To Places of Worship ............................................................................................... 9

Survey Findings ........................................................................................................................ 10

   Community Needs and Improvements .................................................................................... 10

   Information to Support Future Engagement ........................................................................... 14

   Responses by Jurisdiction ...................................................................................................... 16

Future Efforts .......................................................................................................................... 30

Appendices .............................................................................................................................. 31

00005555

**INTRODUCTION**

This report provides an update on Environmental Justice outreach and engagement efforts conducted for the Preferred Alternative. The outreach was conducted by the Maryland Department of Transportation State Highway Administration (MDOT SHA) and is in addition to the outreach and engagement conducted over the course of the Managed Lanes Study (MLS). The purpose of this additional effort was to continue providing opportunities for meaningful engagement with underserved communities directly or indirectly affected by the proposed MLS improvements. The intended result of this engagement was to understand community concerns and identify community enhancements that could be implemented as part of the project to address those concerns.

It should be noted this outreach effort occurred during the ongoing COVID 19 pandemic, which constrained the opportunities for face-to-face engagement. For this reason, MDOT SHA used an online survey as the primary tool for collecting public input on community needs and potential enhancements. The notification methods noted below were implemented to encourage meaningful involvement by low-income and minority race/ethnicity populations.

The Environmental Justice outreach and engagement efforts included:
- Developing an online survey for Environmental Justice community members which was made available in six languages (English, Spanish, Korean, Chinese, Amharic, and French). These are the top languages spoken by limited English proficient populations in Montgomery County as identified in the 2020 Montgomery County Department of Transportation *Language Assistance Plan*
- Using provided and developed outreach lists to identify and coordinate communications with community contacts for the dissemination of survey information
- Contacting regional and local advisory groups for information on groups to contact, additional methods for outreach, and potential community enhancements.
- Sending two email blasts to 230 community groups, associations, civic groups, and advocacy groups, asking them to share the link to the survey with their community members
- Distributing postcards containing QR codes with links to the survey in each of the six languages
- Conducting six community "pop-up" events at grocery stores and shopping centers to spread awareness of the survey, distribute postcards with links to the survey, and invite on-site survey participation via iPads. Spanish, Korean, Chinese, Amharic, or French language translators were available at each event depending on the community
- Distributing yard signs, posters, and/or postcards to churches, low-income multi-family housing, ethnic grocery stores and markets, and health clinics serving Environmental Justice communities, inviting people to participate in the survey
- Targeted outreach to places of worship.

00005556

## METHODOLOGY

### Survey

In view of concerns about public health due to COVID 19, the primary form of public engagement was an online survey to seek feedback on community needs and potential community enhancements (see Appendix A). The survey was hosted on SurveyMonkey and was open for participation for five weeks, from November 10 through December 15, 2021. A QR code linked to the survey was included on yard signs, postcards, and flyers allowing participants to access the survey at their convenience over the five weeks. The survey was translated into five languages, Spanish, French, Amharic, Chinese, and Korean. These are the top languages spoken by limited English proficient populations in Montgomery County as identified in the 2020 Montgomery County Department of Transportation *Language Assistance Plan*. The DEIS and SDEIS materials were translated into the same top five, non-English languages spoken in the study area. Postcards, flyers, yard signs, and targeted social media was used to advertise the QR code and the survey. Sixty-one individuals completed in the survey. The breakdown of completed surveys by language was as follows:

- English – 47
- Spanish – 6
- Korean – 5
- Chinese – 3
- Amharic – 0
- French – 0

The survey contained nine questions. The purpose of questions 1, 2, 4, and 8 was to solicit the specific information that MDOT SHA was looking for: needs or improvements identified by community members. Because engagement with Environmental Justice communities in the project study area will continue as the project moves forward, the purpose of the next several questions (questions 4 through 7) was to facilitate MDOT SHA's future engagement with these communities. These questions sought information on the types of organizations that are relied upon in the communities for general information, potential forums for engagement, as well as languages spoken at home. Question 6 helped MDOT SHA understand the geographic reach this survey achieved.

Question #1: What kind of improvements would make it easier or safer to get to the places you need or want to go? [Select no more than 3.]
- More bus services
- More Park and Ride lots
- More or improved sidewalks
- More crosswalks
- Better lighting on streets or sidewalks
- Traffic calming to make streets safer
- Safer routes for bicyclists
- Other (please specify)

00005557

I-495 & I-270 Managed Lanes Study

Question #2: What are the needs in your neighborhood? [Select no more than 3.]
- Recreational centers, parks, and playgrounds
- Job-training or adult learning centers
- Healthcare centers
- Childcare centers
- Sidewalks, trails, bike lanes
- Other (please specify)

Question #3: Do you have any environmental problems in your community that need to be addressed? If so, what are they? [Select all that apply.]
- Flooding
- Water quality
- Air pollution
- Safe and healthy housing
- Noise
- Other (please specify)

Question #4: Which community organizations are most helpful to you or are active in your community (i.e., advocacy groups, places of worship, legal assistance organizations, etc.)? [Type the organization name in the text box.]

Question #5: Does your community have regular meetings or a social media page to share information? If yes, can you provide more information? [Type the response in the text box.]

Question #6: What is your zip code? [Type your zip code in the text box.]

Question #7: What language do you primarily speak at home? [Select one.]
- Amharic
- Chinese
- English
- French
- Korean
- Spanish
- Other (please specify)

Question #8: Are there other improvements needed in your community? [Type response in the text box.]

Question #9: If you would like to be added to the project mailing list, please provide your email address:

00005558

**Outreach to Regional and Local Jurisdictions and Advisory Groups**

MDOT SHA reached out to regional and local jurisdictions and advisory groups to seek input and feedback on the proposed engagement approach, gather input on best practices on reaching the target communities, and identify specific locations of underserved communities within or near the study area. These groups included the following:

- City of Rockville
- City of Gaithersburg
- Center for Community Engagement, Environmental Justice, and Health (CEEJH) at the University of Maryland School of Public Health
- Montgomery County Department of Transportation Communications
- Montgomery County Advisory Groups:
  - African Affairs Advisory Group
  - Asian Pacific Advisory Group
  - Caribbean American Advisory Group
  - Faith Community Advisory Council
  - Latin American Advisory Group
  - LGBTQ Advisory Group
  - Middle Eastern American Advisory Group
  - Senior Community Advisory Group

**Community Contacts**

Additionally, MDOT SHA contacted the following community organizations directly to share the survey information with their members and to encourage their membership to participate in the survey:

- Middle Eastern American Advisory Group
- Islamic Center of Maryland
- Community Reach of Montgomery County
- Muslim Community Center
- Casa De Maryland - Rockville Welcome Center
- Latino Health initiative
- Korean Community Service Center of Greater Washington
- First Baptist Church of Rockville
- Saint Raphael's Catholic Church
- Montgomery Medical Clinic
- All Day Medical Care Clinic
- Family Health Center
- CCACC Health - Pan Asian Health Clinic
- Mobile Medical - Ibn Sina Clinic
- Asian American Health Initiative
- Calvary Pentecostal Ministries
- Las Americas Market

00005559

- Latino Market Grocery Inc
- Orange Latin Market, Colombian & South American Products
- Savanna International Market Inc
- East Rockville Civic Association
- Chinese Bible Church of Maryland
- Community Ministries of Rockville
- Interfaith Works (IW)
- Korean Community Service Center of Greater Washington, Inc.
- Asian American LEAD
- We Are Casa
- Community Reach of Montgomery County
- MOCO Latino Health Initiative
- American Chinese School
- Korean Community Service Center
- Chinese American Senior Services Association (CASSA)
- Family Hearing Center – The Treatment and Learning Centers
- The Arc of Montgomery County

**Email Blasts**

An initial email blast containing the survey QR code and project information was sent on November 16, 2021, to 149 community organizations, religious institutions, advocacy, and advisory groups informing people about the survey, inviting them to participate, and encouraging them to share the information and access to the survey with their community members. This list of email addresses and contact names was gathered during the Environmental Justice outreach process for the DEIS and SDEIS. A supplemental list of email addresses was provided by the City of Rockville for this effort. The same email blast was sent to the 81 addresses on that list on December 2, 2021. In total, the email blast was sent to 230 addresses.

A follow-up email blast was sent on December 10, 2021, to all 230 addresses, reminding the recipients that the timeframe to accept survey responses would close on December 15, 2021.

Please refer to Appendix B for the Email Blast content.

**Postcards and Flyers Distribution**

Postcards and flyers were placed at 38 locations including local medical/health clinics, specialty markets, grocery stores, and places of worship. Please refer to Appendix D for a list of places contacted for the postcard and flyer distribution.

00005560

## In-Person Engagement

MDOT SHA focused on areas identified in the Environmental Justice Analysis (FEIS Appendix F) and engaged directly with communities with high percentages of low-income and/or minority populations (Rockville and Gaithersburg) through multiple community pop-up events at local specialty markets. Two to three members of MDOT SHA staffed each of the pop-up events. Participants could complete the survey at the pop-up booth via an iPad. Translators were available at each event, specific to the local community. Postcards with a QR code to the online survey were



*Figure 1: Community Pop-Up Event at Great Wall Supermarket*

available for citizens who preferred to take the survey at a later time. **Table 1** lists the pop-up locations and **Figure 2** shows a map of the pop-up event locations, and the yard sign placements.

*Table 1 – Community Pop-Up Events Location*

| Store | Location | Community | Date |
|---|---|---|---|
| Great Wall Supermarket | Rockville | Chinese/Korean | 11/10/2021 |
| Lotte Plaza Market | Gaithersburg | Korean | 11/13/2021 |
| Megamart | Gaithersburg | Hispanic | 11/19/2021 |
| H Mart | Gaithersburg | Asian and Hispanic | 11/19/2021 |
| Adarash Market and Lotte Plaza Market | Rockville | Ethiopian and Korean | 11/20/2021 |
| Patel Brothers | Montgomery Village | South Asian | 11/23/2021 |

Members of MDOT SHA staff contacted 60 stores requesting the opportunity to have a pop up or leave a poster or post cards for the public. In addition to the pop-up locations, an additional thirteen store owners/managers allowed the outreach team to display a stack of postcards with the survey QR code at their location and one store owner/manager allowed for the placement of a yard sign in the store window.

00005561

*Figure 2: Locations of Community Pop-Up Events and Yard Signs*



## Yard Signs

Yard signs with information about the survey and including the QR code linking to the online survey, were placed at multiple locations around Montgomery County. Yard signs were placed around the six community pop-up locations, near the low-income multi-family housing locations listed below and bus stops where permitted, so that community members walking by were able to see the sign and connect to the survey using the QR code:

00005562

- Diamond Square
- Londonderry Towers
- Montgomery Club VI
- The Crossings at Washingtonian Center
- Bauer Park
- Timberlawn Crescent
- The Fields of Rockville
- Fireside Park Apartments
- Heritage House
- The Forest Apartments
- Rockville Town Center Apartments
- Woodmont Park Apartments

*Figure 3: Example of Yard Sign Placement*



## Outreach To Places of Worship

The outreach team contacted 51 places of worship within the project corridor with predominately minority or low-income population members. Outreach to the churches included the following:

- Made an initial phone call to each ministry to discuss the outreach initiative. Several follow-up calls took place over the course of the outreach.
- Visited 21 locations to share information directly with facility staff.
- Left a supply of the Environmental Justice Survey postcards at 11 locations.
- Sent a follow-up email to each location, resharing the link to the survey and indicating MDOT SHA's availability to participate in one of the services/events.
- Placed yard signs at 10 places of worship (with their permission).

Please refer to Appendix D for a list of the places of worship contacted by the outreach team.

00005563

## SURVEY FINDINGS

The survey responses are presented below by subject. Because no surveys were taken in French or Amharic, those languages are not shown in the charts or tables below.

### Community Needs and Improvements

Question #1: What kind of improvements would make it easier or safer to get to the places you need or want to go? [Select no more than 3.]



|  | English | Spanish | Chinese | Korean | TOTAL | % of Total |
|---|---|---|---|---|---|---|
| More bus services | 14 | 1 | 1 | 1 | 17 | 11.4% |
| More Park and Ride lots | 13 | 0 | 2 | 2 | 17 | 11.4% |
| More or improved sidewalks | 24 | 1 | 1 | 0 | 26 | 17.4% |
| More crosswalks | 17 | 1 | 0 | 0 | 18 | 12.1% |
| Better lighting on streets or sidewalks | 25 | 1 | 2 | 3 | 31 | 20.8% |
| Traffic calming to make streets safer | 19 | 1 | 1 | 1 | 22 | 14.8% |
| Safer routes for bicyclists | 11 | 1 | 1 | 1 | 14 | 9.4% |
| Other (please specify) | 2 | 0 | 0 | 2 | 4 | 2.7% |
| **TOTAL** | **125** | **6** | **8** | **10** | **149** | |

00005564

I-495 & I-270 Managed Lanes Study

Other:
- Fix potholes ASAP and improve the maintenance of existing sidewalks, lights, poles and signs
- More bike lanes
- I live in North Potomac so everything is ok but security cameras installed on every main street in town
- Fix pothole, stop boom cars

Question #2: What are the needs in your neighborhood? [Select no more than 3.]



|  | English | Spanish | Chinese | Korean | TOTAL | % of Total |
|---|---|---|---|---|---|---|
| Recreational centers, parks, and playgrounds | 30 | 3 | 3 | 2 | 38 | 30% |
| Job-training or adult learning centers | 15 | 0 | 1 | 2 | 18 | 14 % |
| Healthcare centers | 18 | 2 | 1 | 1 | 22 | 17% |
| Childcare centers | 12 | 1 | 0 | 0 | 13 | 10% |
| Sidewalks, trails, bike lanes | 31 | 0 | 2 | 0 | 33 | 26 % |
| Other (please specify) | 2 | 0 | 0 | 1 | 3 | 2 % |
| **TOTAL** | **108** | **6** | **7** | **6** | **127** |  |

Other:
- Lights for tennis courts at big pine park
- Supermarket

**11** | P a g e

- Security cameras installed at park entrances and exits to ensure the safety of walking in the park

Question #3: Do you have any environmental problems in your community that need to be addressed? If so, what are they? [Select all that apply.]



|  | English | Spanish | Chinese | Korean | TOTAL | % of Total |
|---|---|---|---|---|---|---|
| Flooding | 12 | 0 | 0 | 0 | 12 | 13.0% |
| Water quality | 16 | 2 | 1 | 3 | 22 | 24% |
| Air pollution | 11 | 2 | 1 | 0 | 14 | 15 % |
| Safe and healthy housing | 15 | 1 | 1 | 1 | 18 | 20% |
| Noise | 16 | 0 | 1 | 1 | 18 | 20% |
| Other (please specify) | 7 | 0 | 0 | 1 | 8 | 9% |
| **TOTAL** | **77** | **5** | **4** | **6** | **92** | |

Other:
- Plastic waste
- Litter by ignorant people
- Motorcycle noise
- Motorcycles in large numbers on 270
- Motorcycles in large numbers on 270
- Safe Walking or biking

Question #8: Are there other improvements needed in your community?

00005566

These topics, listed by frequency, were listed more than once.

| Topic | Number of times cited |
|---|---|
| Lighting | 5 |
| Community Services | 4 |
| Safety | 4 |
| Roads | 4 |
| Recreational Facilities | 3 |
| Transit | 2 |
| Noise | 2 |

The following is the complete list:
- Affordable housing and community services to become a more inclusive community
- More guest parking
- More recycling
- Some legislation is needed to require supermarkets to control the removal of shopping carts that are in our neighborhood
- Safety
- More job opportunities
- More safety: cameras would be good
- Safety
- Better internet provider
- Flooding issues
- Lights for the tennis at Big Pine Park would be great. Big Pine Park tennis court is heavily utilized. lights will benefit a large amount of residents.
- Buses
- Recreational center
- Safety
- More sidewalk
- Lighting
- Better lighting on Great Falls Rd
- Better lighting on Great Falls Rd
- Bicycle
- Better roads good pavement
- Better roads
- Not just my community but my concern is that throughout the county & the DMV in general, there's more than a few places where there's insufficient lighting. It's not widespread but it's still not an uncommon problem
- Better highway between VA and MD
- Less toll roads
- Better Metrorail
- Noisy streets

00005567

- Lighting
- More park
- Expansion of diverse and continuous multicultural support services
- Communication necessary for Korean compatriots to quickly inform local news, a newsletter from the institution or native language is required. The Korean American Association is playing a role, but due to the lack of government support, it cannot be fully informed
- Noise

**Information to Support Future Engagement**

Question #4: Which community organizations are most helpful to you or active in your community (i.e., advocacy groups, places of worship, legal assistance organizations, etc.)?

Twenty -seven of the survey respondents answered this question with 33 responses.

| Organization Type | Numbers of Times Cited | Specific organization, if provided |
|---|---|---|
| Advocacy Groups, Service Centers | 8 | Chinese Culture And Community Service Center, Coalition of Asian Pacific American Democrats of Maryland, Washington Korean Service Center, Rockville Senior Center |
| Religious Institutions | 7 | Mercy Seat Chapel of the Redeemed Christian Church of God, Global Mission Church |
| Neighborhood Associations | 7 | Leisure World, King Farm, Mt. Pleasant Historic District, Nextdoor, West End Community Association |
| Legal Aid/Legal Assistance | 5 | |
| Local Government | 2 | Montgomery County District, DC Advisory Neighborhood Commission |
| Internet | 1 | |
| Gym | 1 | |
| Grocery Stores | 1 | |
| Health Programs | 1 | |
| Individual | 1 | |
| **TOTAL** | **34** | |

Question #5: Does your community have regular meetings or a social media page to share information? If yes, can you provide more information?

Twenty of the respondents stated yes, 15 said no, and 3 did not know. Most respondents did not identify their HOA or community group. Four respondents noted that the Nextdoor app is used to share information, others noted the following:

- Montgomery County Show
- Facebook
- Community Newsletters

00005568



I-495 & I-270 Managed Lanes Study

- MDKorean.org.

Question #6: What is your zip code?

The numbers of respendents from each zipcode are shown in the outlined zipcode.



00005569

Question #7: What language do you primarily speak at home? [Select one.]

| Language | Number | % of Total |
|---|---|---|
| English | 27 | 54% |
| Chinese | 10 | 20% |
| Spanish | 6 | 12% |
| Korean | 3 | 6% |
| Japanese | 2 | 4% |
| French | 1 | 2% |
| Taiwanese | 1 | 2% |

**Responses by Jurisdiction**

The survey results were also reviewed by jurisdiction and language. The results differed by jurisdiction: Rockville, Gaithersburg, outside Rockville and Gaithersburg, and responses without a zip code.

Responses from the Rockville Area

| Question #1 Q1. What kind of improvements would make it easier or safer to get to the places you need or want to go? [Select no more than 3.] | English | Spanish | Korean | Chinese | Total |
|---|---|---|---|---|---|
| More bus services | 7 | | | 1 | 8 |
| More Park and Ride lots | 7 | | 1 | 1 | 9 |
| More or improved sidewalks | 10 | | | 1 | 11 |
| More crosswalks | 6 | | | | 6 |
| Better lighting on streets or sidewalks | 6 | | 2 | 1 | 9 |
| Traffic calming to make streets safer | 8 | | 1 | | 9 |
| Safer routes for bicyclists | 4 | | | 1 | 5 |
| Other (please specify): | | | | | |
| Fix pothole, stop boom cars | | | 1 | | |

00005570

| Question #2 | | | | | Languages | |
|---|---|---|---|---|---|---|
| Q2. What are the needs in your neighborhood? [Select no more than 3.] | English | Spanish | Korean | Chinese | Total | |
| Recreational centers, parks, and playgrounds | 13 | | 2 | 2 | 17 | |
| Job-training or adult learning centers | 4 | | 2 | | 6 | |
| Healthcare centers | 6 | | | 1 | 7 | |
| Childcare centers | 5 | | | | 5 | |
| Sidewalks, trails, bike lanes | 13 | | | 1 | 14 | |
| Other (please specify) | | | | | | |
| Supermarket | 1 | | | | 1 | |

| Question #3 | | | | | Languages | |
|---|---|---|---|---|---|---|
| Q3. Do you have any environmental problems in your community that need to be addressed? If so, what are they? [Select all that apply.] | English | Spanish | Korean | Chinese | Total | |
| Flooding | 5 | | | | 5 | |
| Water quality | 6 | | 2 | 1 | 9 | |
| Air pollution | 3 | | | 1 | 4 | |
| Safe and healthy housing | 7 | | 1 | 1 | 9 | |
| Noise | 8 | | 1 | 1 | 10 | |
| Other (please specify) | | | | | | |
| Safe Walking or biking | 1 | | | | 1 | |
| Motorcycles in large numbers on 270 | 1 | | | | 1 | |
| Plastic waste | 1 | | | | 1 | |
| Nothing | 1 | | | | 1 | |

00005571

| Question #4 | | Languages | | | | |
|---|---|---|---|---|---|---|
| Q4. Which community organizations are most helpful to you or active in your community (i.e. advocacy groups, places of worship, legal assistance organizations, etc.)? [Type the organization name in the text box.] | | | | | | |
| N/A | 1 | | | | | |
| King Farm | 1 | | | | | 1 |
| Worship | 4 | | | | | 4 |
| Advocacy Group | 1 | | | | | 1 |
| CCACC | 1 | | | | 1 | 2 |
| Rockville Senior Center | 1 | | | | | 1 |
| Legal Aid clinics at the Courthouse or in the neighborhood | 1 | | | | | 1 |
| Doesn't know | 2 | | | | | 2 |
| KCSCGW(워싱턴한인봉사센터) | | | | 1 | | |
| neighborhood network | 1 | | | | | |
| Online | 1 | | | | | |
| Global Mission Church | | | | 1 | | |

| Question #5 | | Languages | | | | |
|---|---|---|---|---|---|---|
| Q5. Does your community have regular meetings or a social media page to share information? If yes, can you provide more information? [Type the response in the text box.] | | English | Spanish | Korean | Chinese | Total |
| No | 5 | | | | | 5 |
| Yes | 4 | | | | 1 | 5 |
| Don't Know | 2 | | | | | 2 |
| Information Provided: | | | | | | |
| Next Door | 1 | | | | | 1 |
| HOA | 1 | | | | | 1 |
| Newsletter | | | | 1 | | |
| WECA does. West End Community Association | 1 | | | | | 1 |
| Facebook | | | | 1 | | |
| WeChat Group | 1 | | | | | 1 |

00005572

| Question #6 | | Languages | | | | |
|---|---|---|---|---|---|---|
| Q6. What is your zip code? [Type your zip code in the text box.] | English | Spanish | Korean | Chinese | Total | |
| 20850 | 9 | | 1 | 2 | 12 | |
| 20852 | 2 | | 1 | | 3 | |
| 20854 | 2 | | | | | |
| 20855 | 1 | | 1 | | | |
| 20857 | 1 | | | | | |
| 20859 | 15 | | | | 15 | |
| 20817 – Bethesda | 2 | | | | | |
| 20816 – Bethesda | 1 | | | | | |
| 20895 – Kensington | 1 | | | | | |

| Question #7 | | Languages | | | | |
|---|---|---|---|---|---|---|
| Q7. What language do you primarily speak at home? [Select one.] | English | Spanish | Korean | Chinese | Total | |
| Amharic | | | | | | |
| Chinese | 7 | | | 2 | 9 | |
| English | 9 | | | | 9 | |
| French | 1 | | | | 1 | |
| Korean | 1 | | 2 | | | |
| Spanish | | | | | | |
| Other (please specify) | | | | | | |
| Taiwanese | 1 | | | | 1 | |
| Japanese | | | 1 | | | |

00005573

| Question #8 | | | | | Languages |
|---|---|---|---|---|---|
| Q8. Are there other improvements needed in your community? [Type response in the text box.] | | | | | |
| More Parks | 1 | | | | 1 |
| Lighting | 1 | | | | 1 |
| No | 3 | | | 1 | 4 |
| Not Sure | 1 | | | | 1 |
| Safety | 1 | | | | 1 |
| Better high way between Ava and Md. | 1 | | | | 1 |
| affordable housing and community services to become a more inclusive community | 1 | | | | 1 |
| Less toll roads | 1 | | | | 1 |
| Not just my community but my concern is that throughout the county & the DMV in general, there's more than a few places where there's insufficient lighting. It's not widespread but it's still not an uncommon problem | 1 | | | | 1 |
| Recreational Center | 1 | | | | 1 |
| Noise | | | 1 | | |
| More recycling | 1 | | | | |
| Better lighting on Great Falls Rd | 1 | | | | 1 |
| 다양하고 지속적인 다문화 지원 서비스 확대 | | | 1 | | |
| Better roads | 2 | | | | 2 |

Responses from the Gaithersburg Area

| Question #1 | | | | | Languages |
|---|---|---|---|---|---|
| Q1. What kind of improvements would make it easier or safer to get to the places you need or want to go? [Select no more than 3.] | English | Spanish | Korean | Chinese | Total |
| More bus services | 4 | 1 | | | 5 |
| More Park and Ride lots | 2 | 1 | | | 3 |
| More or improved sidewalks | 10 | | | | 10 |
| More crosswalks | 6 | | | | 6 |
| Better lighting on streets or sidewalks | 11 | 1 | | | 12 |
| Traffic calming to make streets safer | 6 | 2 | | | 8 |
| Safer routes for bicyclists | 4 | 1 | | | 5 |
| Other (please specify) | | | | | |
| Fix potholes ASAP and improve the maintenance of existing sidewalks, lights, poles and signs | 1 | | | | |
| I live in North Potomac so everything is ok but Security cameras installed on every main street in town | | | 1 | | |

00005574

| Question #2 | | | | | Languages | |
|---|---|---|---|---|---|---|
| Q2. What are the needs in your neighborhood? [Select no more than 3.] | English | Spanish | Korean | Chinese | Total | |
| Recreational centers, parks, and playgrounds | 10 | 4 | | | 14 | |
| Job-training or adult learning centers | 6 | | | | 6 | |
| Healthcare centers | 7 | 3 | | | 10 | |
| Childcare centers | 4 | | | | 4 | |
| Sidewalks, trails, bike lanes | 9 | | | | 9 | |
| Other (please specify) | | | | | | |
| Security cameras installed at park entrances and exits to ensure the safety of walking in the park | | | 1 | | | |
| lights for tennis courts at big pine park | 1 | | | | 1 | |

| Question #3 | | | | | Languages | |
|---|---|---|---|---|---|---|
| Q3. Do you have any environmental problems in your community that need to be addressed? If so, what are they? [Select all that apply.] | English | Spanish | Korean | Chinese | Total | |
| Flooding | 4 | 1 | | | 5 | |
| Water quality | 6 | 2 | 1 | | 9 | |
| Air pollution | 6 | 1 | | | 7 | |
| Safe and healthy housing | 6 | 2 | | | 8 | |
| Noise | 4 | | | | 4 | |
| Other (please specify) | | | | | | |
| motor cycle noise | 1 | | | | 1 | |

00005575

| Question #4 | | | | | Languages | |
|---|---|---|---|---|---|---|
| Q4. Which community organizations are most helpful to you or active in your community (i.e. advocacy groups, places of worship, legal assistance organizations, etc.)? [Type the organization name in the text box.] | English | Spanish | Korean | Chinese | Total | |
| None | 5 | | | | 5 | |
| Legal Assistance | 1 | | | | 1 | |
| Next Door | 1 | | | | 1 | |
| Nine District for MoCo | 1 | | | | 1 | |
| MD-CAPAD And Korean Association of the state of Maryland | 0 | | 1 | | 1 | |
| Church, gym, legal assistance, grocery stores | 1 | | | | 1 | |
| 20877 | | 1 | | | 1 | |
| Antonio Gonzalez | | 1 | | | | |
| Programas de salud | | 1 | | | | |

| Question #5 | | | | | Languages | |
|---|---|---|---|---|---|---|
| Q5. Does your community have regular meetings or a social media page to share information? If yes, can you provide more information? [Type the response in the text box.] | English | Spanish | Korean | Chinese | Total | |
| No | 5 | 1 | | | 6 | |
| Yes | 1 | 1 | | | 2 | |
| Don't Know | 2 | | | | 2 | |
| Information Provided: | | | | | | |
| Yes, Support | 1 | | | | 1 | |
| Yes don't know the name | 1 | | | | 1 | |
| Building wide | 1 | | | | 1 | |
| NextDoor app is very useful. Our HOA also has a facebook page. | 1 | | | | 1 | |
| mdkorean.org | | | 1 | | | |
| Moco show | 1 | | | | 1 | |

00005576



I-495 & I-270 Managed Lanes Study

| Question #6 | | | | | Languages | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Q6. What is your zip code? [Type your zip code in the text box.] | English | Spanish | Korean | Chinese | Total | | | | |
| 20697 | | | | | | | | | |
| 20877 | 2 | 4 | | | | | | | |
| 20878 | 8 | | 1 | | 9 | | | | |
| 20879 | 2 | | | | | | | | |
| 20882 | | | | | | | | | |
| 20883 | | | | | | | | | |
| 20884 | | | | | 0 | | | | |
| 20885 | | | | | | | | | |
| 20886 | 3 | 1 | | | | | | | |
| 20898 | | | | | | | | | |
| 20899 | | | | | | | | | |
| 20874 - Darnestown | 2 | | | | | | | | |

| Question #7 | | | | | Languages | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Q7. What language do you primarily speak at home? [Select one.] | English | Spanish | Korean | Chinese | Total | | | | |
| Amharic | | | | | | | | | |
| Chinese | 1 | | | | 1 | | | | |
| English | 11 | | | | 11 | | | | |
| French | | | | | 0 | | | | |
| Korean | 2 | | 1 | | | | | | |
| Spanish | 3 | 5 | | | | | | | |
| Other (please specify) | | | | | | | | | |

00005577

| Question #8 | | | | Languages |
|---|---|---|---|---|
| Q8. Are there other improvements needed in your community? [Type response in the text box.] | | | | |
| Bicycle | 1 | | | 1 |
| Lighting | 1 | | | 1 |
| Buses | 1 | | | 1 |
| lights for the tennis at Big Pine Park would be great. Big Pine Park tennis court is heavily utilized. lights will benefit a large amount of residents. | | | | 0 |
| Better internet provider | 1 | | | 1 |
| Safety | 2 | | | 2 |
| Flooding | 1 | | | 1 |
| More Guest parking | 1 | | | 1 |
| Arreglar calle y basureros | | 1 | | |
| Mas mejoras combo en los departamentos | | 1 | | |
| More safety; cameras would be good | 1 | | | 1 |
| Communication necessary for Korean compatriots to quickly inform local news. A newsletter from the institution or native language is required. The Korean American Association is playing a role, but due to the lack of government support, it cannot be fully informed.한인 동포들 이 지역 소식을 빠르게 알리기에 필요한 소통 기관이나 모국어의 뉴스레터가 필요하다 한인회가 역할을 하지만 정부지원부족으로 충분히 알릴 수가 없고, 정부 지원을 요청하는 방법등을 모국어로 도움을 받았으면 한다 | | | 1 | 1 |
| Yes | | 1 | | |
| No | 1 | | | 1 |

Responses from outside of Rockville and Gaithersburg

00005578

I-495 & I-270 Managed Lanes Study

| Question #1 | Languages | | | | |
|---|---|---|---|---|---|
| Q1. What kind of improvements would make it easier or safer to get to the places you need or want to go? [Select no more than 3.] | English | Spanish | Korean | Chinese | Total |
| More bus services | 2 | | | | 2 |
| More Park and Ride lots | 4 | | | 1 | 5 |
| More or improved sidewalks | 2 | | | | 2 |
| More crosswalks | 4 | | | | 4 |
| Better lighting on streets or sidewalks | 6 | | | 1 | 7 |
| Traffic calming to make streets safer | 4 | | | 1 | 5 |
| Safer routes for bicyclists | 2 | | | | 2 |
| Other (please specify) | | | | | |
| More bike lanes | 1 | | | | |

| Question #2 | Languages | | | | |
|---|---|---|---|---|---|
| Q2. What are the needs in your neighborhood? [Select no more than 3.] | English | Spanish | Korean | Chinese | Total |
| Recreational centers, parks, and playgrounds | 5 | | | 1 | 6 |
| Job-training or adult learning centers | 4 | | | 1 | 5 |
| Healthcare centers | 4 | | | | 4 |
| Childcare centers | 3 | | | | 3 |
| Sidewalks, trails, bike lanes | 6 | | | 1 | 7 |
| Other (please specify) | | | | | |

| Question #3 | Languages | | | | |
|---|---|---|---|---|---|
| Q3. Do you have any environmental problems in your community that need to be addressed? If so, what are they? [Select all that apply.] | English | Spanish | Korean | Chinese | Total |
| Flooding | 1 | | | | 1 |
| Water quality | 3 | | | | 3 |
| Air pollution | 2 | | | | 2 |
| Safe and healthy housing | 2 | | | | 2 |
| Noise | 3 | | | | 3 |
| Other (please specify) | | | | | |
| Litter by ignorant people | 1 | | | | 1 |

00005579

| Question #4 | | | | | Languages | |
|---|---|---|---|---|---|---|
| Q4. Which community organizations are most helpful to you or active in your community (i.e. advocacy groups, places of worship, legal assistance organizations, etc.)? [Type the organization name in the text box.] | English | Spanish | Korean | Chinese | Total | |
| None | | | | | 0 | |
| No | | | | | 0 | |
| Mt pleasant historic district | 1 | | | | 1 | |
| Advisory Neighborhood Commission | 1 | | | | 1 | |
| Leisure world | 1 | | | | 1 | |
| Legal assistance | 2 | | | | 2 | |
| Mercy seat chapel RCCG | 1 | | | | 1 | |

| Question #5 | | | | | Languages | |
|---|---|---|---|---|---|---|
| Q5. Does your community have regular meetings or a social media page to share information? If yes, can you provide more information? [Type the response in the text box.] | English | Spanish | Korean | Chinese | Total | |
| No | 1 | | | | 1 | |
| Yes | 1 | | | | 1 | |
| Don't Know | | | | | 0 | |
| Information Provided: | | | | | | |
| Next door | 1 | | | | 1 | |
| Next door mount pleasant | 1 | | | | 1 | |
| Yes, they have a newsletter and gazette | 1 | | | | 1 | |
| Yes, HOA offers social chat on community updates | 1 | | | | 1 | |

| Question #6 | | | | | Languages | |
|---|---|---|---|---|---|---|
| Q6. What is your zip code? [Type your zip code in the text box.] | English | Spanish | Korean | Chinese | Total | |
| 20902 – Silver Spring | 1 | | | | | |
| 20906 – Silver Spring | 2 | | | | | |
| 20910 – Silver Spring | | | | 1 | | |
| 20832 – Olney | 1 | | | | | |
| 20010 – DC | 2 | | | | 2 | |
| 20871 – Clarksburg | 1 | | | | 1 | |
| 20872 – Damascus | 1 | | | | | |

00005580


| Question #7 | Languages | | | | |
|---|---|---|---|---|---|
| Q7. What language do you primarily speak at home? [Select one.] | English | Spanish | Korean | Chinese | Total |
| Amharic | | | | | |
| Chinese | 1 | | | 1 | 2 |
| English | 5 | | | | 5 |
| French | | | | | 0 |
| Korean | | | | | |
| Spanish | | | | | |
| Other (please specify) | | | | | |
| Japanese | 2 | | | | 2 |

| Question #8 | Languages | | | | |
|---|---|---|---|---|---|
| Q8. Are there other improvements needed in your community? [Type response in the text box.] | English | Spanish | Korean | Chinese | Total |
| | | | | | 0 |
| No | 1 | | | | 1 |
| Noisy streets | 1 | | | | 1 |
| Better Metrorail | 1 | | | | 1 |
| More sidewalks | 1 | | | | 1 |
| More job opportunities | | | | | 0 |
| Some legislation is needed to require supermarkets to control the removal of shopping carts that are in our neighborhood | 1 | | | | 1 |

Responses without a zip code.

| Question #1 | Languages | | | | |
|---|---|---|---|---|---|
| Q1. What kind of improvements would make it easier or safer to get to the places you need or want to go? [Select no more than 3.] | English | Spanish | Korean | Chinese | Total |
| More bus services | 1 | | 1 | | 2 |
| More Park and Ride lots | | | 1 | | 1 |
| More or improved sidewalks | 2 | 1 | | | 3 |
| More crosswalks | 1 | 1 | | | 2 |
| Better lighting on streets or sidewalks | 3 | | 1 | | 4 |
| Traffic calming to make streets safer | 1 | | | | 1 |
| Safer routes for bicyclists | 1 | 1 | 1 | | 3 |

00005581

OP·LANES
M A R Y L A N D

I-495 & I-270 Managed Lanes Study

| Question #2 | | | | | Languages | |
|---|---|---|---|---|---|---|
| Q2. What are the needs in your neighborhood? [Select no more than 3.] | English | Spanish | Korean | Chinese | Total | |
| Recreational centers, parks, and playgrounds | 2 | 1 | | | 3 | |
| Job-training or adult learning centers | 1 | | | | 1 | |
| Healthcare centers | 1 | 1 | 1 | | 3 | |
| Childcare centers | | 1 | | | 1 | |
| Sidewalks, trails, bike lanes | 3 | | | | 3 | |

| Question #3 | | | | | Languages | |
|---|---|---|---|---|---|---|
| Q3. Do you have any environmental problems in your community that need to be addressed? If so, what are they? [Select all that apply.] | English | Spanish | Korean | Chinese | Total | |
| Flooding | 2 | | | | 2 | |
| Water quality | 1 | | | | 1 | |
| Air pollution | | 1 | | | 1 | |
| Safe and healthy housing | | 1 | | | 1 | |
| Noise | 1 | | | | 1 | |
| Other (please specify) | | | | | | |
| No | | | 1 | | 1 | |
| Motorcycles in large numbers on 270 | 1 | | | | 1 | |
| | | | | | 0 | |

| Question #4 | | | | | Languages | |
|---|---|---|---|---|---|---|
| Q4. Which community organizations are most helpful to you or active in your community (i.e. advocacy groups, places of worship, legal assistance organizations, etc.)? [Type the organization name in the text box.] | English | Spanish | Korean | Chinese | Total | |
| None | | | | | 0 | |
| No | | | 1 | | 1 | |

00005582

| Question #5 | | | | | Languages | |
|---|---|---|---|---|---|---|
| Q5. Does your community have regular meetings or a social media page to share information? If yes, can you provide more information? [Type the response in the text box.] | English | Spanish | Korean | Chinese | Total | |
| No | | | 1 | | 1 | |
| Yes | | | | | 0 | |
| Don't Know | | | | | 0 | |

| Question #6 | | | | | Languages | |
|---|---|---|---|---|---|---|
| Q6. What is your zip code? [Type your zip code in the text box.] | English | Spanish | Korean | Chinese | Total | |
| Resondents skipped this question | 3 | 1 | 1 | | | |

| Question #7 | | | | | Languages | |
|---|---|---|---|---|---|---|
| Q7. What language do you primarily speak at home? [Select one.] | English | Spanish | Korean | Chinese | Total | |
| Amharic | | | | | | |
| Chinese | 1 | | | | 1 | |
| English | 2 | 1 | | | 3 | |
| French | | | | | 0 | |
| Korean | | | | | | |
| Spanish | | | | | | |
| Other (please specify) | | | | | | |
| No | | | 1 | | 1 | |

| Question #8 | | | | | Languages | |
|---|---|---|---|---|---|---|
| Q8. Are there other improvements needed in your community? [Type response in the text box.] | English | Spanish | Korean | Chinese | Total | |
| | | | | | 0 | |
| No | | | 1 | | 1 | |
| Better lighting on Great Falls Rd | 1 | | | | 1 | |

00005583

**FUTURE EFFORTS**

MDOT SHA will continue coordination with local and regional advisory groups to determine additional methods for engaging with underserved communities. This will be an ongoing effort that continues post-NEPA, through final design and construction, in partnership with the Phase Developer. However, to be responsive to community concerns raised during this engagement which identified priorities for more or improved sidewalks and bicycle facilities; better lighting on streets and sidewalks; and traffic calming measures to make streets safer, MDOT SHA commits to working with the City of Rockville, the City of Gaithersburg, and Montgomery County to:

- Identify locations where safer pedestrian crossings on major state roadways are needed.

- Identify locations where additional pedestrian improvements including adding or upgrading sidewalk, restriping for bicycle lanes, and adding or upgrading ADA ramps are needed.

- Identify locations along state roads with existing pedestrian facilities where more or better lighting is needed.

00005584


**APPENDICES**

- Appendix A - Survey
- Appendix B - Email Blasts
- Appendix C - Postcard Image/Yard Sign Image
- Appendix D - Postcard and Flyer Distribution
- Appendix E – Outreach to Places of Worship

00005585

APPENDIX A: Survey

*The Maryland Department of Transportation State Highway Administration (MDOT SHA) is seeking your input on community improvements that could be considered as part of the I-495 and I-270 Managed Lanes Study. For more information on the Study, please visit our webpage at oplanesmd.com/sdeis/. Please complete this short survey to tell us what types of improvements you would like to see in your community.*

**1. What kind of improvements would make it easier or safer to get to the places you need or want to go? [Select no more than 3.]**

- More bus services
- More Park and Ride lots
- More or improved sidewalks
- More crosswalks
- Better lighting on streets or sidewalks
- Traffic calming to make streets safer
- Safer routes for bicyclists
- Other: _____

**2. What are the needs in your neighborhood? [Select no more than 3.]**

- Recreational centers, parks, and playgrounds
- Job-training or adult learning centers
- Healthcare centers
- Childcare centers
- Sidewalks, trails, bike lanes
- Other: _____

**3. Do you have any environmental problems in your community that need to be addressed? If so, what are they? [Select all that apply.]**

- Flooding
- Water quality
- Air pollution
- Safe and healthy housing
- Noise
- Other: _____

**4. Which community organizations are most helpful to you or active in your community (i.e. advocacy groups, places of worship, legal assistance organizations, etc.)? [Write the organization name below.]**

Organization name(s):

_____

**5. Does your community have regular meetings or a social media page to share information? If yes, can you provide more information? [Write the response below.]**

Response: _____

_____

_____

**6. What is your zip code? [Write your zip code below.]**

Zip code: _____

**7. What language do you primarily speak at home? [Select one.]**

- Amharic
- Chinese
- English
- French
- Korean
- Spanish
- Other: _____

**8. Are there other improvements needed in your community? [Write the response below.]**

Response: _____

_____

**9. If you would like to be added to the project mailing list please provide your email address:**

_____

MDOT MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

OP·LANES
MARYLAND
Options & Opportunities for All

OP·LANES
M A R Y L A N D
I-495 & I-270 Managed Lanes Study

**OPINION SURVEY**

የሜሪላንድ የትራንስፖርት ዲፓርትመንት የስቴት የመንገድ አስተዳደር (ኤምዲ. ኦ.ቲ. ኤስ.ኤች.ኤ)(MDOT SHA) እንደ I-495 እና I-270 የሚተዳደር የሌይን ጥናት አካል ሊወሰዱ በሚችሉ የማህበረሰብ ማሻሻያዎች ላይ የእርስዎን አስተያየት ይፈልጋል። በጥናቱ ላይ ተጨማሪ መረጃ ለማግኘት አባክዎ https://oplanesmd.com/sdeis/ ላይ የእኛን ድረ-ገጽ ይጎብኙ። በማህበረሰብዎ ውስተ ምን አይነት ማሻሻያዎችን ማየት እንደሚፈልጉ ለመንገር አባክዎን ይህን አጭር የዳሰሳ ጥናት ይሙሏቅ።

**1.** ወደሚፈልጉባቸው ቦታዎች ለመድረስ ምን አይነት ማሻሻያዎችን ቀላል ወይም ደህንነቱ የተጠበቀ ያደርጋሞል? [ከ3 በላይ አይምረጡ።]
- ○ ተጨማሪ የእውቶብስ አገልግሎቶች
- ○ ተጨማሪ ፓርክ እና ግልቢያ ዕጣ
- ○ ብዙ ወይም የተሻሻሉ የአግረኛ መንገዶች
- ○ ተጨማሪ የአግረኛ(ዜብራ) መሻገሪያ መንገዶች
- ○ በጎዳናዎች ወይም በአግረኛ መንገዶች ላይ የተሻለ ብርሃን
- ○ መንገዶችን የበለጠ አስተማማኝ ለማድረግ የትራፊክ ማረጋጋት
- ○ ለሳይክል ነጃዎች ደህንነቱ የተጠበቀ መንገዶች
- ○ ሌላ: _____

**2.** በአካባቢዎ ውስተ ምን አፍላጎትች አሉ? [ከ3 በላይ አይምረጡ።]
- ○ የመዝናኛ ማዕከላት፣ መናፈሻዎች እና የመጫወቻ ሜዳዎች
- ○ የሥራ-ስልጠና ወይም የአዋቂዎች የመማሪያ ማዕከሎች
- ○ የጤና እንክብካቤ ማዕከላት
- ○ የሕፃናት እንክብካቤ ማዕከሎች
- ○ የአግረኛ መንገዶች፣ መንገዶች፣ የባስ/ሊት መንገዶች
- ○ ሌላ: _____

**3.** በእርስዎ ማህበረሰብ ውስተ መስተካከል ያለባቸው የአካባቢ ችግሮች አሉዎት? ከምነክ ምንድናቸው? [የሚመለከተውን ሁሉ ይምረጡ።]
- ○ የጎርፍ መጥለቅለቅ
- ○ የውሃ ጥራት
- ○ የአየር ብክለት
- ○ ደህንነቱ የተጠበቀ እና ጤናማ መኖሪያ ቤት
- ○ ጫጫታ
- ○ ሌላ: _____

**4.** የትኞቹ የማህበረሰብ ድርጅቶች ለእርስዎ በጣም የሚረዳዎት ወይም በማህበረሰብዎ ውስተ በ7ታት የሚሰሩ ናቸው (ማለትም የጥበቅና ቡድኖች፣ የአምልኮ ቦታዎች፣ የህ? ድ/ጎፍ ድርጅቶች፣ ወዘተ)? [በጽሑፍ ሳጥኑ ውስተ የድርጅቱን ስም ይተይበ።]

የድርጅት ስም(ዎች):

_____

**5.** ማህበረሰብዎ መረጃ ለመለዋወጥ መደበኛ ስብሰባዎች ወይም የማህበራዊ ሚዲያ ገጽ አለው? አዎ ከሆነ፣ ተጨማሪ መረጃ መስጠት ይቸላሉ? [ምላሽን በጽሑፍ ሳጥኑ ውስተ ያስገበ።]

ምላሽ: _____

_____

_____

**6.** የእርስዎ አካባቢያዊ መለያ ቁተር (ዚፕ ኮድ) ምንድን ነው? [አካባቢያዊ መለያ ቁተርዎን በጽሑፍ ሳጥኑ ውስተ ጻፉ።]

አካባቢያዊ መለያ ቁተር: _____

**7.** በዋናነት ቤት ውስተ የሚናገሩት ቋንቋ ምንድን ነው? [አ ን ድ ም ረ ጥ.]
- ○ አማርኛ
- ○ ቻይንኛ
- ○ እንግሊዝኛ
- ○ ፈረንሳይኛ
- ○ ኮሪያኛ
- ○ ስፓንኛ
- ○ ሌላ: _____

**8.** በእርስዎ ማህበረሰብ ውስተ የሚያስፈልጉ ሌሎች ማሻሻያዎች አሉ? [ምላሽን በጽሑፍ ሳጥኑ ውስተ ያስገበ።]
- ○ ምላሽ: _____

**9.** 9. ወደ የፕሮጀክት የደብዳቤ መላኪያ ዝርዝር መካተት ከፈለጉ አባክዎን የኢሜል አድራሻዎን ያቅርቡ:-

_____

MDOT MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

OP·LANES
M A R Y L A N D
Options & Opportunities for All

00005588

**OP•LANES**
M A R Y L A N D
I-495 & I-270 Managed Lanes Study

**OPINION SURVEY**

*La Administración de Carreteras del Estado del Departamento de Transporte de Maryland (MDOT SHA, por sus siglas en inglés) solicita su opinión sobre las mejoras de la comunidad que podrían considerarse parte del Estudio de Carriles Administrados de la I-495 y la I-270. Para obtener más información sobre el estudio, visite nuestro sitio web https://oplanesmd.com/sdeis/. Complete esta breve encuesta e infórmenos qué tipos de mejoras le gustaría ver en su comunidad.*

**1.** **¿Qué tipo de mejoras harían que sea más fácil o seguro llegar a los lugares a los que debe o desea ir? [Elija no más de 3].**

○ Más servicios de colectivos
○ Más aparcamientos disuasorios
○ Más o mejores veredas
○ Más cruces peatonales
○ Mejor iluminación en las calles y veredas
○ Moderación del tráfico para hacer las calles más seguras
○ Vías más seguras para los ciclistas
○ Otra: _____

**2.** **¿Cuáles son las necesidades de su vecindario? [Elija no más de 3].**

○ Centros recreativos, parques y áreas de juegos
○ Capacitación laboral o centros educativos para adultos
○ Centros de salud
○ Guarderías
○ Veredas, senderos, bicisendas
○ Otras: _____

**3.** **¿Hay algún problema ambiental en su comunidad que deba abordarse? En ese caso, ¿cuáles son? [Elija todos los que apliquen].**

○ Inundación
○ La calidad del agua
○ Contaminación del aire
○ Viviendas saludables y seguras
○ Ruidos
○ Otro: _____

**4.** **¿Qué organizaciones de la comunidad son las más útiles para usted o las más activas en su comunidad (p. ej. grupos de apoyo, lugares de culto, instituciones de asistencia legal, etc.)? [Escriba el nombre de la organización en el cuadro de texto].**

Nombre(s) de la(s) organización(es):

_____

**5.** **¿Su comunidad realiza reuniones habituales o tiene una página en una red social para compartir información? En ese caso, ¿puede brindar más información? [Escriba la respuesta en el cuadro de texto].**

Respuesta:_____
_____
_____

**6.** **¿Cuál es su código postal? [Escriba su código postal en el cuadro de texto].**

Código postal: _____

**7.** **¿Qué idioma habla principalmente en su hogar? [Elija uno].**

○ Amárico
○ Chino
○ Inglés
○ Francés
○ Coreano
○ Español
○ Otro: _____

**8.** **¿Se necesitan otras mejoras en su comunidad? [Escriba la respuesta en el cuadro de texto].**

Respuesta:_____
_____

**9.** **Si le gustaría que lo/la agreguen a la lista de correo del proyecto, escriba su casilla de correo electrónico:**

_____



**MDOT** MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

**OP•LANES**
M A R Y L A N D
Options & Opportunities for All

00005589

**OP LANES**
M A R Y L A N D
I-495 & I-270 Managed Lanes Study

**OPINION SURVEY**

马里兰州交通部高速公路管理局（MDOT SHA）正在征求您对社区改善的意见，这些意见可能会纳入I-495和I-270管理车道研究。有关此研究的更多资料，请访问网址https://oplanesmd.com/sdeis/。 请完成这个简短的调查，告诉我们您希望您的社区有哪方面的改进。

**1.** 什么样的改进会使您更容易或更安全地到达您需要或想去的地方？ ［选项不能超过3个］
- ○ 更多巴士服务
- ○ 更多停车和乘车点
- ○ 更多或更好的人行道
- ○ 更多的人行道
- ○ 改善街道或人行道的照明
- ○ 疏导交通，使街道更安全
- ○ 为骑车人提供更安全的路线
- ○ 其他：＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**2.** 您附近的需要是什么？［选项不能超过3个］
- ○ 休闲中心、公园和操场
- ○ 就业培训或成人学习中心
- ○ 医疗保健中心
- ○ 托儿所
- ○ 人行道、步道、自行车道
- ○ 其他＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**3.** 您的社区是否有任何需要解决的环境问题？如果有，那是什么问题呢？［选择所有适用的答案］
- ○ 水患
- ○ 水质
- ○ 空气污染
- ○ 安全和健康的住房
- ○ 噪音
- ○ 其他：＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**4.** 哪些社区组织对您最有帮助或在您的社区中最活跃（即宣传团体、礼拜场所、法律援助组织等）？［在文本框中输入组织名称］。

组织名称：

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**5.** 您的社区是否有定期会议或社交媒体页面来分享信息？如有，您可以提供更多信息吗？［在文本框中输入答复］

答复：＿＿＿＿＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**6.** 您的邮编是多少？［在文本框中输入邮编］

邮编：＿＿＿＿＿＿＿＿＿＿＿＿＿

**7.** 您在家里主要讲什么语言？［选择一项］
- ○ 阿姆哈拉语
- ○ 汉语
- ○ 英语
- ○ 法语
- ○ 韩语
- ○ 西班牙语
- ○ 其他：＿＿＿＿＿＿＿＿＿＿＿＿

**8.** 您的社区还需要其他改进吗？［在文本框中输入答复］

答复：＿＿＿＿＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**9.** 如果您想加入到本项目的邮件列表中，请提供您的电子邮件地址。

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**MDOT MARYLAND DEPARTMENT OF TRANSPORTATION**
**STATE HIGHWAY ADMINISTRATION**

**OP LANES**
M A R Y L A N D
Options & Opportunities for All

**OP LANES**
M A R Y L A N D

**OPINION SURVEY**

*L'administration routière du département des Transports de l'État du Maryland (MDOT SHA) sollicite votre avis sur les améliorations communautaires qui pourraient être apportées dans le cadre de l'étude sur les voies gérées de la I-495 et de la I-270. Pour plus d'informations sur l'étude, veuillez consulter notre site web à l'adresse https://oplanesmd.com/sdeis/. Veuillez répondre à ce bref questionnaire pour nous indiquer les différents types d'améliorations que vous souhaitez voir dans votre communauté.*

**1.** **Quels types d'améliorations vous permettraient de vous rendre plus facilement ou en toute sécurité aux endroits où vous devez ou voulez aller ? [Choisissez-en 3 au maximum.]**

○ Augmenter les services de bus
○ Créer plus de parkings-relais
○ Créer plus de trottoirs ou des trottoirs rénovés.
○ Créer plus de passages pour piétons
○ Mieux éclairer des rues ou des trottoirs
○ Réguler la circulation pour rendre les voies plus sûres
○ Rendre les pistes cyclables plus sûres
○ Autre :_____

**2.** **Quels sont les besoins de votre quartier ? [Choisissez-en 3 au maximum.]**

○ Centres de loisirs, parcs et aires de jeux
○ Centres de formation professionnelle ou d'apprentissage pour adultes
○ Centres de santé
○ Garderies d'enfants
○ Trottoirs, parcours de promenade, pistes cyclables
○ Autre : _____

**3.** **Avez-vous des problèmes environnementaux dans votre communauté qui doivent être résolus ? Si oui, citez-les ? [Sélectionnez toutes les réponses possibles.]**

○ Inondations
○ Qualité de l'eau
○ Pollution de l'air
○ Logement sûr et sain
○ Niveau de bruit
○ Autre : _____

**4.** **Quelles sont les organisations communautaires les plus utiles pour vous ou les plus actives dans votre communauté (c'est-à-dire les groupes de défense, les lieux de culte, les organisations d'assistance juridique, etc.) [Insérez le nom de l'organisation dans la zone de texte.]**

Nom(s) de l'organisation:

_____

**5.** **Votre communauté organise-t-elle des réunions régulières ou dispose-t-elle d'une page de réseaux sociaux pour partager des informations ? Si oui, pouvez-vous alors donner plus d'informations ? [Insérez la réponse dans la zone de texte.]**

Réponse: _____

_____

_____

**6.** **Quel est votre code postal ? [Insérez votre code postal dans la zone de texte.]**

Code postal : _____

**7.** **Quelle langue parlez-vous le plus à la maison ? [Sélectionnez une réponse.]**

○ Amharique
○ Chinois
○ Anglais
○ Français
○ Coréen
○ Espagnol
○ Autre : _____

**8.** **Y a-t-il d'autres améliorations nécessaires dans votre communauté ? [Insérez la réponse dans la zone de texte.]**

Réponse : _____

_____

**9.** **Si vous souhaitez être ajouté à la liste de diffusion du projet, veuillez fournir votre adresse électronique :**

_____

**MDOT** MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION



OP LANES
M A R Y L A N D
Options & Opportunities for All

# OP·LANES
M A R Y L A N D
I-495 & I-270 Managed Lanes Study

# OPINION SURVEY

메릴랜드주 교통부 도로청(Maryland Department of Transportation State Highway Administration, MDOT SHA)에서는 I-495 및 I-270 관리차로 연구의 일환으로 간주될 수 있는 지역사회 내 개선 사항에 대해 여러분의 의견을 구하고 있습니다. 본 연구에 대한 자세한 내용은 웹페이지(https://oplanesmd.com/sdeis/)에 방문해 주시기 바랍니다. 간단한 설문조사를 완료하여 귀하의 지역사회에서 이루어지기를 희망하는 개선 사항으로는 어떤 유형이 있는지 말씀해 주십시오.

**1.** 다음 중 귀하께서 가야 하거나 가려는 장소에 더 용이하거나 안전하게 갈 수 있도록 하는 개선 사항은 무엇입니까? [3가지 이하로 선택해 주십시오.]

○ 버스 서비스 증대
○ 주차장 증설
○ 보도 증설 또는 개선
○ 횡단보도 증설
○ 거리 또는 보도의 조명 개선
○ 더 안전한 거리를 위한 도로 안전 장비
○ 자전거 이용자를 위한 더 안전한 노선
○ 기타: _____

**2.** 귀하의 지역에 필요한 것은 무엇입니까? [3가지 이하로 선택해 주십시오.]

○ 레크리에이션 센터, 공원, 운동장
○ 직무 교육 또는 성인 학습 센터
○ 의료 시설
○ 보육 시설
○ 보도, 산책로, 자전거 도로
○ 기타: _____

**3.** 귀하의 지역사회에는 해결해야 할 환경 문제가 있습니까? 있다면, 무엇입니까? [해당되는 항목을 모두 선택해 주십시오.]

○ 홍수
○ 수질
○ 대기 오염
○ 안전하고 건강한 주택
○ 소음
○ 기타: _____

**4.** 귀하에게 가장 도움이 되거나 혹은 귀하의 지역사회에서 가장 활발한 지역사회 조직이 있다면 무엇입니까? (예: 변호단체, 예배 장소, 법률 지원 단체 등) [아래 공란에 해당 조직 이름을 입력하십시오.]

조직 이름:

_____

**5.** 귀하의 지역사회에는 정보를 공유할 수 있는 정기 모임이나 소셜 미디어 페이지가 있습니까? 있다면, 자세한 정보를 알려주실 수 있습니까? [아래 공란에 응답을 입력하십시오.]

응답: _____

_____

_____

**6.** 자택 우편번호가 어떻게 되십니까? [아래 공란에 우편번호를 입력하십시오.]

우편번호: _____

**7.** 자택에서 주로 사용하시는 언어는 무엇입니까? [하나를 선택하십시오.]

○ 암하라어
○ 중국어
○ 영어
○ 프랑스어
○ 한국어
○ 스페인어
○ 기타: _____

**8.** 귀하의 지역사회에 필요한 다른 개선 사항이 있습니까? [아래 공란에 응답을 입력하십시오.]

응답: _____

_____

**9.** 본 프로젝트 메일 목록에 추가하여도 괜찮으시다면, 귀하의 이메일 주소를 입력해 주십시오.

_____

MDOT **MARYLAND DEPARTMENT OF TRANSPORTATION**
**STATE HIGHWAY ADMINISTRATION**

OP·LANES
M A R Y L A N D
Options & Opportunities for All

# APPENDIX B: E-Blasts

00005593

**From:**     MDOT Op Lanes P3 Program <oplanesmd@mdot.maryland.gov>
**Sent:**     Tuesday, November 16, 2021 10:15 AM
**To:**
**Subject:**  We want to hear from you

Unsubscribe
It appears that you have subscribed to commercial messages from this sender. To stop receiving such messages from this sender, please unsubscribe



I-495 & I-270 Managed Lanes Study

Hello - we need your help!

The Federal Highway Administration and the Maryland Department of Transportation State Highway Administration are completing the I-495 & I-270 Managed Lanes Study. The study considers ways to relieve congestion and improve trip reliability, mobility, and connectivity for modes of travel, including transit, in the National Capital Region.

The American Legion Bridge I-270 to I-370 project will rebuild the American Legion Bridge and include the addition of High Occupancy Toll lanes. If a vehicle has 3 or more people riding in it, they can drive for free on the High Occupancy Toll Lanes. These High Occupancy Toll Lanes will extend along the west side of I-495 to I-270 and on I-270 as far north as I-370. All existing general-purpose lanes will remain free. Transit buses will also be able to use the High Occupancy Toll lanes for free and will benefit from free-flowing traffic, providing faster, more reliable service.

We want to hear from members of your community on how we could minimize any impacts from the project, or what improvements the community or neighborhood could use. To make this easy we have a short survey that we hope you will share with members of your community. We will take all recommendations and suggestions into consideration as we move forward with the project.

**To help us with our outreach efforts, we ask that you please share this email about the survey with members of your community. The survey is available in English, French, Spanish, Amharic, Korean, and Chinese.**

00005594

Thank you for your assistance. If you have questions, please contact, Ms. Caryn Brookman, Environmental Program Manager, at **(410) 637-3335** or via email at **CBrookman@mdot.maryland.gov** and she will be happy to assist you.

Sincerely,

Jeffrey T. Folden, P.E., DBIA
Director, I-495 & I-270 P3 Office, MDOT SHA

    

MDOT Op Lanes P3 Program | 707 North Calvert Street, Mail Stop P-601, Baltimore, MD 21202

Unsubscribe mmeade@rkk.com

Update Profile | About Constant Contact

Sent by oplanesmd@mdot.maryland.gov in collaboration with



Try email marketing for free today!

00005595

| | |
|---|---|
| **From:** | MDOT Op Lanes P3 Program <oplanesmd@mdot.maryland.gov> |
| **Sent:** | Friday, December 10, 2021 2:15 PM |
| **To:** | |
| **Subject:** | Reminder: We are looking for your input! |



I-495 & I-270 Managed Lanes Study

Hello again,

**This is a reminder that the survey will be closing December 12th**. Please encourage members of your community to take the survey so we get your input on what improvements are needed in your community or neighborhood. Thank you for your assistance and participation!

The Federal Highway Administration and the Maryland Department of Transportation State Highway Administration are completing the I-495 & I-270 Managed Lanes Study. The study considers ways to relieve congestion and improve trip reliability, mobility, and connectivity for modes of travel, including transit, in the National Capital Region.

The American Legion Bridge I-270 to I-370 project will rebuild the American Legion Bridge and include the addition of High Occupancy Toll lanes. If a vehicle has 3 or more people riding in it, they can drive for free on the High Occupancy Toll Lanes. These High Occupancy Toll Lanes will extend along the west side of I-495 to I-270 and on I-270 as far north as I-370. All existing general-purpose lanes will remain free. Transit buses will also be able to use the High Occupancy Toll lanes for free and will benefit from free-flowing traffic, providing faster, more reliable service.

We want to hear from you and members of your community on how we could minimize any impacts from the project, or what improvements the community or neighborhood could use.

To make this easy we have a short survey that we hope you will share with members of your community. We will take all recommendations and suggestions into consideration as we move forward with the project.

**To help us with our outreach efforts, we ask that you please share this email about the survey with members of your community. Click these links for the survey in English, French, Spanish, Amharic, Korean, and Chinese.**

1

00005596

Thank you for your assistance. If you have questions, please contact, Ms. Caryn Brookman, Environmental Program Manager, at (410) 637-3335 or via email at CBrookman@mdot.maryland.gov and she will be happy to assist you.

Sincerely,

Jeffrey T. Folden, P.E., DBIA
Director, I-495 & I-270 P3 Office, MDOT SHA

    

MDOT Op Lanes P3 Program | 707 North Calvert Street, Mail Stop P-601, Baltimore, MD 21202

Unsubscribe mmeade@rkk.com

Update Profile | About Constant Contact

Sent by oplanesmd@mdot.maryland.gov in collaboration with



Try email marketing for free today!

2

00005597

APPENDIX C: Postcards and Yard Signs

I-495 & I-270 Managed Lanes Study

# More lighting, better sidewalks, easier access to transit?

# What are YOUR priorities?

The Maryland Department of Transportation State Highway Administration (MDOT SHA) is proposing to build a new American Legion Bridge and provide two new high occupancy toll (HOT) managed lanes in each direction on the west side of I-495 and on I-270 from I-495 to I-370 as part of the I-495 and I-270 Managed Lanes Study.

MDOT SHA is exploring opportunities to provide improvements in communities along portions of I-495 and I-270. We want to hear from you!

# Please take our short survey.

# Thank you!



<< Scan me to take the survey.

Visit our website to learn more about the study.

https://oplanesmd.com/

00005599

# ተጨማሪ መብራት፣ የተሳሉ የአግረኛ መንገዶች፣ ቀላል የመጓጓዣ መዳረሻ ቅድሚያ የሚሰጧቸው ነገሮች ምንድን ናቸው

የሜሪላንድ የትራንስፖርት ዲፓርትመንት የስቴት ሀይዌይ አስተዳደር *(ኤም.ዲ. ኦ.ቲ. ኤስ.ኤች.ኤ)* (MDOT SHA) አዲስ የአሜሪካ ሌጌዎን ድልድይ ለመገንባት እና ሁለት አዳዲስ ከፍተኛ የነዋሪነት ክፍያ (ኤች.ኦ.ቲ) (HOT) የሚተዳደሩ መስመሮችን በእያንዳንዱ አቅጣጫ በ I-495 በምዕራብ በኩል እና በ I-270 ከ ከ I-495 እስከ I-370 እንደ I-495 እና I-270 የሚተዳደሩ የመንገድ መስመሮች ጥናት አካል።

MDOT SHA ከI-495 እና I-270 ክፍሎች ጋር በመሆን በማህበረሰቦች ውስጥ ማሻሻያዎችን ለማቅረብ እድሎችን በማሰስ ላይ ነው። ከእርስዎ መስማት እንፈልጋለን!

## እባክዎን አጭር ዳሰሳችንን ይውሰዱ። አመሰግናለሁ



ዳሰሳውን እንድወስድ ይቃኙኝ።

ስለ ጥናቱ የበለጠ ለማወቅ ድህረ ገጻችንን ይጎብኙ።

https://oplanesmd.com/



MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION



OP·LANES™
MARYLAND
Options & Opportunities for All

00005600

# 更多的照明，更好的人行道，更便捷的交通？
## 您的优先事项是什么？

作为I-495和I-270车道管理研究的一部分，马里兰州交通局高速公路管理局（MDOT SHA）建议建造一座新的美国军团大桥，并在I-495西侧和I-270从I-495到I-370的各方向上建两条高承载收费车道。



扫描二维码参加调查

访问网站了解研究的更多信息

**https://oplanesmd.com/**

马里兰州交通局高速公路管理局正在寻求为I-495和I-270部分沿线的社区进行改善的机会。我们希望倾听您的意见！

## 请参加我们的简短调查。
## 谢谢！





Options & Opportunities for All

# Plus d'éclairage, de meilleurs trottoirs et un accès plus facile au transport ?

## Quelles sont **VOS** priorités ?

L'administration routière du département des Transports de l'Etat de Maryland (MDOT SHA) propose la construction d'un nouvel « American Legion Bridge » et de deux nouvelles voies avec péages à fort trafic dans chaque direction sur le côté ouest de la I-495 et sur la I-270 de la I-495 à la I-370, dans le cadre de l'étude sur les voies gérées de la I-495 et de la I-270.

La MDOT SHA étudie les possibilités d'apporter des améliorations aux communautés situées le long de certains tronçons de la I-495 et de la I-270. Nous souhaitons avoir votre avis !



<< Scannez-moi pour participer au sondage

Visitez notre site internet pour en savoir davantage sur l'étude.

https://oplanesmd.com/

## Veuillez participer à un court sondage. Merci !



MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION



OP·LANES™
MARYLAND
Options & Opportunities for All

# 조명 추가 설치, 보도 개선, 손쉬운 환승 이용 중 '귀하의' 우선순위는 무엇입니까?

메릴랜드주 교통부 도로청(Maryland Department of Transportation State Highway Administration, MDOT SHA)에서는 새로운 아메리칸 리전 브리지를 건설하고, I-495 및 I-270 관리차로 연구의 일환으로 I-495의 서쪽 방향 및 I-270에서 I-495부터 I-370까지의 각 방향에 대해 복합다인승(HOT) 관리차로 두 곳을 구비할 것을 제안 중에 있습니다.



스캔하여 설문조사
<< 참여하기

본 연구에 대한 자세한 내용은 하기 웹사이트를 방문해 주십시오.

https://oplanesmd.com/

MDOT SHA에서는 I-495 및 I-270의 일부와 더불어 지역사회를 개선할 기회를 모색하고 있습니다. 귀하의 의견을 듣고자 합니다!

## 간단한 설문조사에 참여해 주십시오. 감사합니다!





Options & Opportunities for All

00005603

# ¿Más iluminación, veredas mejores, un acceso al transporte más sencillo?

## ¿Cuáles son SUS prioridades?

La Administración de Carreteras del Estado del Departamento de Transporte de Maryland (MDOT SHA, por sus siglas en inglés) propone construir un nuevo puente American Legion y crear dos nuevos carriles para vehículos con múltiples pasajeros administrados con peaje (HOT, por sus siglas en inglés) en cada dirección, en el lado oeste de la I-495 y en la I-270 desde I-495 hasta I-370, como parte del Estudio de Carriles Administrados de la I-495 y la I-270.

La MDOT SHA está explorando oportunidades para brindar mejoras en las comunidades en las áreas de la I-495 y la I-270. ¡Queremos oír de usted!



<< Escanéeme para realizar la encuesta

Para conocer más sobre el estudio, visite nuestro sitio web

**https://oplanesmd.com/**

## Realice nuestra breve encuesta. ¡Gracias!



MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION



OP·LANES™
MARYLAND
Options & Opportunities for All

 **OP•LANES™** MARYLAND | I-495 & I-270 Managed Lanes Study

# ተጨማሪ መብራት፣ የተሻሉ የእግረኛ መንገዶች፣ ቀለል የመጓጓዝ መዳረሻ?

# ቅድሚያ የሚሰጧቸው ነገሮች ምንድን ናቸው?

# እባክዎን አጭር ዳሰሳችንን ይውሰዱ። አመሰግናለሁ!

ዳሰሳውን እንድወስድ ይቃኙኝ። >> 

ስለ ጥናቱ የበለጠ ለማወቅ ድህረ ገጻችንን ይጎብኙ። https://oplanesmd.com/

00005605



| I-495 & I-270 Managed Lanes Study

# 更多的照明，更好的人行道，更便捷的交通？
# 您的优先事项是什么？

## 请参加我们的简短调查。谢谢！

扫描二维码参加调查 >>



访问网站了解研究的更多信息
https://oplanesmd.com/

00005606



**I-495 & I-270 Managed Lanes Study**

# More lighting, better sidewalks, easier access to transit?

# What are YOUR priorities?

# Please take our short survey. Thank you!

Scan me to take the survey >>



Visit our website to learn more about the study.
https://oplanesmd.com/

00005607



I-495 & I-270 Managed Lanes Study

# Plus d'éclairage, de meilleurs trottoirs et un accès plus facile au transport ?

## Quelles sont VOS priorités ?

# Veuillez participer à un court sondage. Merci !

Scannez-moi pour participer au sondage >>



Visitez notre site internet pour en savoir davantage sur l'étude.
https://oplanesmd.com/

00005608



I-495 & I-270 Managed Lanes Study

# 조명 추가 설치, 보도 개선, 손쉬운 환승 이용 중 '귀하의' 우선순위는 무엇입니까?

# 간단한 설문조사에 참여해 주십시오. 감사합니다!

스캔하여 설문조사 참여하기 >>



본 연구에 대한 자세한 내용은 하기 웹사이트를 방문해 주십시오.
https://oplanesmd.com/

00005609



I-495 & I-270 Managed Lanes Study

# ¿Más iluminación, veredas mejores, un acceso al transporte más sencillo?

# ¿Cuáles son SUS prioridades?

# Realice nuestra breve encuesta. ¡Gracias!

Escanéeme para realizar la encuesta. >>



Para conocer más sobre el estudio, visite nuestro sitio web.
https://oplanesmd.com/

00005610

APPENDIX D: Contact Lists

**Postcard and Flyer Distribution**

| | |
|---|---|
| Not-for-profits, Advocacy groups | Casa Ruby |
| Not-for-profits, Advocacy groups | Literacy Council of Montgomery County |
| Not-for-profits, Advocacy groups | Islamic Center of Maryland |
| Not-for-profits, Advocacy groups | Community Reach of Montgomery County |
| Not-for-profits, Advocacy groups | Muslim Community Center |
| Not-for-profits, Advocacy groups | Association of Vietnamese Americans |
| Not-for-profits, Advocacy groups | Casa De Maryland - Rockville Welcome Center |
| Not-for-profits, Advocacy groups | Latino Health initiative |
| Not-for-profits, Advocacy groups | African and Caribbean Immigration and social Services |
| Not-for-profits, Advocacy groups | Korean Community Service Center Of Greater Washington |
| Health Clinics | Mobile Medical Clinic |
| Health Clinics | Montgomery Medical Clinic |
| Health Clinics | All Day Medical Care Clinic |
| Health Clinics | Mansfield Kaseman Health Clinic |
| Health Clinics | Family Health Center |
| Health Clinics | CCACC Health - Pan Asian Health Clinic |
| Health Clinics | Mobile Medical - Ibn Sina Clinic |
| Health Clinics | Asian American Health Initiative |
| Grocery stores/shopping centers | Las Americas Market |
| Grocery stores/shopping centers | Latino Market Grocery Inc |
| Grocery stores/shopping centers | Orange Latin Market, Colombian & South American products |
| Grocery stores/shopping centers | Savanna International Market Inc |
| Grocery stores/shopping centers | Patel Brothers |
| Grocery stores/shopping centers | Great Wall Supermarket |
| Grocery stores/shopping centers | H Mart |
| Grocery stores/shopping centers | Megamart Gaithersburg |
| Grocery stores/shopping centers | Lotte Market |
| Grocery stores/shopping centers | Adarash Market Location |
| Low-income multi-family Housing | Diamond Square |
| Low-income multi-family Housing | The Fields of Rockville |
| Low-income multi-family Housing | Fireside Park Apartments |
| Low-income multi-family Housing | Heritage House |
| Low-income multi-family Housing | The Forest Apartments |
| Low-income multi-family Housing | Rockville Town Center Apartments |
| Low-income multi-family Housing | Wood mont Park Apartments |
| Low-income multi-family Housing | Londonderry Towers |
| Low-income multi-family Housing | Montgomery Club VI |
| Low-income multi-family Housing | The Crossings at Washingtonian Center |
| Low-income multi-family Housing | Bauer Park |
| Low-income multi-family Housing | Timberlawn Crescent |

**Places of Worship Contacted**

| | |
|---|---|
| B'NAI Israel | 6301 Montrose Road, Rockville, MD 20852 |
| Calvary Pentacostal Ministries | 19140 Brook Grove court |
| Centro Cristiano Peniel | 1001 Twinbrook Pkwy Rockville, Maryland 20850 |
| Chinese Bible Church of Maryland | 4414 Muncaster Mill Road, Rockville, MD 20853 |
| Christ Episcopal Church | 109 South Washington St Rockville MD 20850 |
| Church of Christ at Manor Woods | 5300 Norbeck Road, Rockville 20853 |
| Clinton AME Zion Church | 223 Elizabeth Ave Rockville MD 20850 |
| Cross Community | 1150 Carnation Drive Rockville, MD 20850 |
| Epworth United Methodist Church | 9008 Rosemont Drive, Gaithersburg |
| Ezra Israel Congregation | 803 Montrose Rd Rockville MD 20852 |
| First AME Church | 17620 Washington Grove Ln, Gaithersburg, MD 20877 |
| First Baptist Church of Rockville | 55 Adclare Rd Rockville MD 20850 |
| First Church-Christ (Scientist) | 100 Nelson St  Rockville MD 20850 |
| First Korean Presbyterian Church | 1011 Maple Ave, Rockville, MD 20851 |
| Forest Hill Baptist Church | 17 W. Jefferson St., Rockville, MD 20850 |
| Hevrat Shalom Congregation | P.O. Box 3606 Gaithersburg, MD 20878 |
| Iglesia de Dios | 210 FIRST ST. Rockville Md, 20850 |
| Iglesia Hispana Centro Cristiano de Rockville | 5906 Halpine Road Rockville, Maryland  20851 |
| Iglesis Adventista de Rockville | 2208 Rockland Ave, Rockville, MD 20851 |
| Interfaith Works Community Ministry of Montgomery Co. | 114 W Montgomery Ave Rockville MD 20850 |
| Islamic Center of Maryland | 19411 Woodfield Rd, Gaithersburg, MD 20879 |
| Islamic Community Center of Potomac | 10601 River Rd, Potomac, MD 20854 |
| Islamic Education Center | 7917 Montrose Rd, Potomac, MD 20854 |
| Jerusalem-Mt. Pleasant United Methodist Church | 21 Wood Ln Rockville MD 20850 |
| Jewish Rockville Outreach Center | 11304 Old Georgetown Road Rockville MD 20852 |
| Kol Shalom | 9110 Darnestown Rd, Rockville, MD 20850 |
| Korean Presbyterian Church of Rockville | 800 Hurley Ave. Rockville MD 20850 |
| Living Faith  Lutheran Church | 1605 Viers Mill Rd Rockville MD 20851 |
| Lutheran Church of the Cross | 12801 Falls Rd  Rockville MD 20854 |
| Mclean Bible Church | 12440 Parklawn Drive, Rockville, MD |
| Mt. Calvary Baptist Church | 608 North Horners Ln Rockville MD 20850 |
| National Korean UMC | 2181 Baltimore Road Rockville, MD 20851 |
| Our Lady of China Pastoral Center | 1001 Grandin Avenue, Rockville, MD 20851 |
| Rockville Assembly of God | 14225 Glen Mill Rd Rockville MD 20850 |
| Rockville Christian Church (Disciples of Christ) | 301 Adclare Rd Rockville MD 20850 |
| Rockville Church of God | 726 Anderson Avenue, Rockville, MD 20850 |
| Rockville Evangelical Mission Church | 110 Central Ave, Gaithersburg |
| Rockville Presbyterian Church | 215 W Montgomery Ave Rockville MD 20850 |
| Rockville Seventh-day Adventist Church | 727 W Montgomery Ave Rockville MD 20850 |
| Rockville United Church | 355 Linthicum St Rockville MD 20851 |
| Rockville United Methodist Church | 112 W Montgomery Ave  Rockville MD 20850 |

| | |
|---|---|
| Saint Martin of Tours Catholic Church | 201 S. Frederick Avenue, Gaithersburg |
| St Raphael Catholic Church | 1513 Dunster Rd Rockville MD 20854 |
| St. Elizabeth Catholic Church | 917 Montrose Rd  Rockville MD 20852 |
| St. Mary's Catholic Church | 520 Viers Mill Rd Rockville MD 20852 |
| Temple Beth Ami | 14330 Travilah Road Rockville MD, 20850 |
| The Baha'is Faith of Rockville | P.O. Box 1826 Rockville MD 20849-1826 |
| Tikvat Israel Congregation | 2200 Baltimore Road Rockville, MD 20851 |
| Twinbrook Community Church | 5906 Halpine Rd  Rockville MD 20851 |
| Unitarian Universalist Congregation of Rockville | 100 Welsh Park Dr Rockville MD 20850 |

 I-495 & I-270 Managed Lanes Study    Final Community Effects Assessment & EJ Analysis Technical Report

**Maryland iMap (iMap)**

2010. *Maryland Land Use Land Cover – 2010*. Accessed at:
data.imap.maryland.gov/datasets/maryland-land-use-land-cover-land-use-land-cover-2010.

**Maryland Department of Labor (DLLR)**

2018. *Commuting Patterns: Montgomery Workforce Region*. Accessed at:
https://www.dllr.state.md.us/lmi/wiacommuting/.

2021. *Major Employers in Montgomery County, Maryland*. Accessed at:
https://www.dllr.state.md.us/lmi/emplists/montgomery.shtml.

**Maryland Department of Planning (MDP)**

2019. *Planning Legislation*. Accessed at: planning.maryland.gov/pages/OurWork/plan-
legislation.aspx.

2022. *MDP Priority Funding Areas*. Accessed at:
https://mdpgis.mdp.state.md.us/PFA/publicinfotemplate/index.html.

**The Maryland-National Capital Park and Planning Commission (M-NCPPC)**

2021. Montgomery County Planning Department. *Master Plan List*. Accessed at:
https://montgomeryplanning.org/planning/master-plan-list/.

2021. Montgomery County Planning Department. Open Data Portal. *MNCPPC MCATLAS*. Accessed
at: mcatlas.org/viewer/.

2021. Montgomery County Planning Department. *Pipeline of Approved Development*. Accessed at:
montgomeryplanning.org/tools/research/development-pipeline/

2021. Montgomery County Planning Department. *Compact Growth*. Accessed at:
https://montgomeryplanning.org/planning/master-plan-list/general-plans/thrive-montgomery-
2050/compact-growth-2050/.

**The Maryland State Department of Education (MSDE)**

2021. *Free and Reduced-Price Meal Statistics for School Year 2019-2020*. Accessed at:
marylandpublicschools.org/programs/pages/school-community-
nutrition/freereducedpricemealstatistics.aspx

**Metropolitan Washington Council of Governments**

2018. *Equity Emphasis Areas for TPB's Enhanced Environmental Justice Analysis*. Updated June 20,
2018. Accessed at: mwcog.org/transportation/planning-areas/fairness-and-
accessibility/environmental-justice/equity-emphasis-areas/

00005615



**Montgomery County Housing Opportunities Commission**

2021. *Rental Programs*. Includes *Privately-Owned Developments, Section 8/Mod Rehab, Opportunity Housing, Senior/Disability Programs* Accessed at: https://www.hocmc.org/rental-programs/rental-programs.html.

**National Cooperative Highway Research Program (NCHRP)**

2012. *NCHRP Report 710. Practical Approaches for Involving Traditionally Underserved Populations in Transportation Decisionmaking*. Accessed at: http://www.trb.org/Publications/Blurbs/166872.aspx

2018. *NCHRP Research Report 860. Assessing the Environmental Justice Effects of Toll Implementation or Rate Changes*. Accessed at: www.trb.org/Main/Blurbs/177062.aspx.

**University of Maryland (UMD)**

2021. *About the Maryland EJScreen Mapper*. Accessed at: https://p1.cgis.umd.edu/mdejscreen/help.html.

**US Census Bureau (Census)**

2010. *2010 Census Urban Area Reference Maps*. Accessed at: census.gov/geo/maps/dc10map/UAUC_RefMap/ua/ua92242_washington_dc--va--md/.

2018. *Industry and Occupation*. Accessed at: census.gov/topics/employment/industry-occupation/about/faq.html#par_textimage_1746965162

2021. *Longitudinal Employer-Household Dynamics*. Accessed at: lehd.ces.census.gov/data/.

**US Department of Housing and Urban Development (HUD)**

2021. *Multifamily Assistance & Section 8 Contracts Database*. Accessed at: https://www.hud.gov/program_offices/housing/mfh/exp/mfhdiscl.

**US Environmental Protection Agency (EPA)**

2021. *Understanding EJSCREEN Results*. Accessed at: https://www.epa.gov/ejscreen/understanding-ejscreen-results.

**Vanderbilt Law Review**

2020. Archer, Deborah. "White Men's Roads Through Black Men's Homes": Advancing Racial Equity Through Highway Reconstruction." Volume 73, Number 5. Accessed at: https://scholarship.law.vanderbilt.edu/vlr/vol73/iss5/1/.

00005616



I-495 & I-270 Managed Lanes Study    Final Community Effects Assessment & EJ Analysis Technical Report

**Virginia Department of Education (VDOE)**

2021. *National School Lunch Program Free and Reduced Price Eligibility Reports by School for 2019-2020.* Accessed at: https://doe.virginia.gov/support/nutrition/statistics/index.shtml#vdoe.

00005617