

I-495 & I-270 Managed Lanes Study

# CULTURAL RESOURCES TECHNICAL REPORT
# Volume 1:
# Overview and Effects Assessment
### June 2022



U.S. Department
of Transportation

**Federal Highway
Administration**



MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

 I-495 & I-270 Managed Lanes Study 

Cultural Resources Technical Report

## TABLE OF CONTENTS

1 INTRODUCTION ........................................................................................................1
    1.1 Overview ...........................................................................................................1
    1.2 Study Corridors and the Preferred Alternative...........................................................1
    1.3 Description of the Preferred Alternative ...................................................................2
    1.4 Summary of Cultural Resources Technical Report, Volumes 1 through 9 ..........................4
2 SECTION 106 PROCESS ..............................................................................................7
    2.1 Section 106 Requirements and Procedures................................................................7
    2.2 Consultation Initiation .........................................................................................7
    2.3 Identification Efforts ...........................................................................................8
        2.3.1 Area of Potential Effects ...............................................................................8
        2.3.2 Identification of Historic Properties within the APE ...........................................10
        2.3.3 Architectural Resources Evaluations................................................................11
        2.3.4 Archaeological Resources Evaluations..............................................................12
    2.4 Effects Assessment.............................................................................................12
        2.4.1 Properties Experiencing Adverse Effect............................................................13
        2.4.2 Historic Properties Experiencing No Adverse Effect.............................................17
        2.4.3 National Historic Landmarks in the APE.............................................................21
        2.4.4 Indirect and Cumulative Effects.....................................................................21
    2.5 Resolution of Effects ..........................................................................................21
        2.5.1 Section 106 Programmatic Agreement..............................................................21

## LIST OF TABLES

Table 1: Comparison of APE, CSB, LOD terms...........................................................................10
Table 2: Historic Properties with Adverse Effect ......................................................................14
Table 3: Category 1: Properties with Minor Elements within LOD...................................................18
Table 4: Category 2: Adjacent to LOD, but no audible, atmospheric, or visual impacts to contributing features....................................................................................................................................19
Table 5: Category 3: Substantially removed from LOD, No noticeable effects anticipated ......................20

## LIST OF FIGURES

Figure 1: I-495 & I-270 Managed Lanes Study Corridors – Preferred Alternative.......................................2
Figure 2: Preferred Alternative Typical Sections (HOT Managed lanes Shown in Yellow) ...........................3

00005778

OP·LANES™ | I-495 & I-270 Managed Lanes Study
MARYLAND

Cultural Resources Technical Report

## LIST OF APPENDICES

Appendix A    ACHP and Consulting Parties Correspondence
Appendix B    Consulting Parties List
Appendix C    Map of Historic Properties within Area of Potential Effects and Archaeological Sites and
              Survey Areas Proposed for Treatment

00005779

# 1    INTRODUCTION

## 1.1    Overview

The Federal Highway Administration (FHWA), as the Lead Federal Agency, and the Maryland Department of Transportation State Highway Administration (MDOT SHA), as the Local Project Sponsor, are preparing a Final Environmental Impact Statement (FEIS) in accordance with the National Environmental Policy Act (NEPA) for the I-495 & I-270 Managed Lanes Study (Study). The I-495 & I-270 Managed Lanes Study (Study) is the first environmental study under the broader I-495 & I-270 Public-Private Partnership (P3) Program.

This Final Cultural Resources Technical Report has been prepared to support the FEIS and focuses on the analysis of the Preferred Alternative. The Preferred Alternative, also referred to as Alternative 9 – Phase 1 South, includes building a new American Legion Bridge and delivering two high-occupancy toll (HOT) managed lanes in each direction on I-495 from the George Washington Memorial Parkway in Virginia to east of MD 187 on I-495, and on I-270 from I-495 to north of I-370 and on the I-270 eastern spur from east of MD 187 to I-270. Refer to **Figure 1**. This Preferred Alternative was identified after extensive coordination with agencies, the public and stakeholders to respond directly to feedback received on the DEIS to avoid displacements and impacts to significant environmental resources, and to align the NEPA approval with the planned project phased delivery and permitting approach.

The purpose of the Final Cultural Resources Technical Report is to present the existing conditions, an assessment of potential direct impacts of the Preferred Alternative to cultural resources and final mitigation, if applicable, for unavoidable impacts. This Final Cultural Resources Technical Report builds upon the analysis in the Draft Cultural Resources Technical Report, DEIS and Supplemental DEIS (SDEIS), and has been prepared to support and inform the FEIS.

## 1.2    Study Corridors and the Preferred Alternative

In the SDEIS, published on October 1, 2021, FHWA and MDOT SHA identified the Preferred Alternative: Alternative 9 – Phase 1 South to be consistent with the previously determined phased delivery and permitting approach, which focuses on Phase 1 South. As a result, Alternative 9 – Phase 1 South includes the same improvements proposed as part of Alternative 9 in the DEIS but focuses the build improvements within the Phase 1 South limits only. The limits of Phase 1 South are along I-495 from the George Washington Memorial Parkway to east of MD 187 and along I-270 from I-495 to north of I-370 and on the I-270 east and west spurs as shown in dark blue in **Figure 1**. The improvements include two new HOT managed lanes in each direction along I-495 and I-270 within the Phase 1 South limits. There is no action, or no improvements included at this time on I-495 east of the I-270 east spur to MD 5 (shown in light blue in **Figure 1**). While the Preferred Alternative does not include improvements to the remaining parts of I-495 within the Study limits, improvements on the remainder of the interstate system may still be needed in the future. Any such improvements would advance separately and would be subject to additional environmental studies and analysis and collaboration with the public, stakeholders, and agencies.

The 48-mile corridor Study limits remain unchanged: I-495 from south of the George Washington Memorial Parkway in Fairfax County, Virginia, to west of MD 5 and along I-270 from I-495 to north of I-370, including the east and west I-270 spurs in Montgomery and Prince George's Counties, Maryland (shown in both dark and light blue in **Figure 1**).

00005780

**Figure 1: I-495 & I-270 Managed Lanes Study Corridors – Preferred Alternative**



## 1.3    Description of the Preferred Alternative

The Preferred Alternative includes a two-lane HOT managed lanes network on I-495 and I-270 within the limits of Phase 1 South only (**Figure 2**). On I-495, the Preferred Alternative consists of adding two, new HOT managed lanes in each direction from the George Washington Memorial Parkway to east of MD 187. On I-270, the Preferred Alternative consists of converting the one existing HOV lane in each direction to a HOT managed lane and adding one new HOT managed lane in each direction on I-270 from I-495 to north of I-370 and on the I-270 east and west spurs. There is no action, or no improvements included at this time on I-495 east of the I-270 east spur to MD 5. Along I-270, the existing collector-distributor (C-D) lanes from Montrose Road to I-370 would be removed as part of the proposed improvements. The managed lanes would be separated from the general-purpose lanes using pylons placed within a four-foot-wide buffer. Transit buses and HOV 3+ vehicles would be permitted to use the managed lanes toll-free.

00005781

**Figure 2: Preferred Alternative Typical Sections (HOT Managed lanes Shown in Yellow)**

I-495 from the George Washington Memorial Parkway to east of MD 187



I-495: American Legion Bridge (Looking north towards Maryland)



I-495 east of MD 187 to west of MD 5 - NO ACTION AT THIS TIME



I-270 from I-495 to I-370



00005782

## 1.4   Summary of Cultural Resources Technical Report, Volumes 1 through 9

The following nine-volume cultural resources technical report was prepared in compliance with Section 106 of the National Historic Preservation Act (NHPA) of 1966, as amended, and its implementing regulations at 36 CFR Part 800. Section 106 requires federal agencies such as FHWA, to consider effects on historic properties of projects they carry out, approve, or fund. Therefore, MDOT SHA and FHWA identified historic properties within the undertaking's area of potential effects (APE); assessed effects to those properties; and consulted with the Maryland Historical Trust (MHT), representing Maryland's State Historic Preservation Officer (SHPO), the Virginia Department of Historic Resources (VDHR), representing Virginia's SHPO, and additional consulting parties throughout the Section 106 process. In addition, the report has been prepared to support and inform the Environmental Impact Statement (EIS).

Section 106 of the NHPA is a procedural requirement consisting of several steps for federal agencies to consider effects to historic properties resulting from undertakings. MDOT SHA, through delegated authority, assists in performing several of the steps on behalf of the FHWA. The process is initiated by determining the undertaking and identifying appropriate consulting parties. An APE is established in consultation with the SHPO(s), wherein historic properties, should they exist, may be affected by the proposed undertaking. MDOT SHA and FHWA then identify historic properties within the APE, and, if not previously evaluated, determine their eligibility for the National Register of Historic Places (NRHP), in consultation with consulting parties. Historic properties are districts, sites, buildings, structures, or objects listed in or eligible for inclusion in the register. Effects to such properties resulting from the proposed undertaking are then assessed. Adverse effects occur where there is an expected diminishment of those qualities that qualify a property for the NRHP. If adverse effects are anticipated, resolution of effects can occur through a binding agreement document that stipulates measures to avoid, minimize, and/or mitigate adverse effects to historic properties. Where undertakings are unusually complex, and/or effects cannot be fully determined, a programmatic agreement (PA) may be used to fulfill Section 106. Because of the Study's geographic scope, complexity, and limited design information, MDOT SHA and FHWA informed consulting parties of the intention to complete Section 106 via a PA resolving known adverse effects and stipulating ongoing consultation requirements as design advances. Accordingly, this report documents the identification and evaluation efforts to date, but additional efforts and consultation will occur under the PA.

This report, entitled *Cultural Resources Technical Report*, is Volume 1 and consists of an overview of the status of Section 106 review for the project and an assessment of effects to historic properties. Chapter 1 includes a description of the Preferred Alternative. Chapter 2 presents a review of the consultation undertaken as part of the Section 106 process. Chapter 3 is a summary of the effects assessment on historic properties within the APE. Chapter 4 presents the results of the Phase I archaeological identification survey and concludes with next steps for the Section 106 process consisting of additional archaeological investigations and the implementation of the Section 106 PA.

Volume 2 consists of the *Archaeological and Historic Architectural Gap Analysis and Assessment* (Hutchins-Keim et al. 2018) (Gap Analysis), a review of existing cultural resources information and studies of the APE, including a methodology for additional identification and evaluation of historic properties. At the time of the Gap Analysis development, cultural resources affected by the study in the Commonwealth of Virginia were assumed to be addressed separately by the Virginia Department of Transportation (VDOT) for their

00005783

 I-495 & I-270 Managed Lanes Study                                     Cultural Resources Technical Report

ongoing project to extend the American Legion Memorial Bridge High Occupancy Toll (HOT) Lanes to the George Washington Parkway, called the 495 Express Lanes Northern Extension (NEXT) Project. Since the completion of the Gap Analysis, MDOT SHA has adopted an APE in Virginia based on VDOT's NEXT Project as of May 2019 and has incorporated the results of VDOT's cultural resources survey.

Volume 3, the *Architectural Resources Evaluation Technical Report*, documents architectural resources identification efforts. This study includes all architectural resources constructed in or before 1978, including a wide variety of resource types such dwellings, neighborhoods, commercial and industrial buildings, institutional buildings, and parks and parkways. A total of 353 resources were identified throughout the course of the Study. Of these, 352 were divided into multiple batches to facilitate review by MHT and additional consulting parties. The National Park Service (NPS) made a preliminary determination that Greenbelt Park (PG:67-69) was eligible for the purposes of Section 106 during a separate consultation process between the NPS and MHT. A total of 29 architectural historic properties (NRHP- eligible or listed resources) are within the APE.

Volume 4 consists of the *Phase I Archaeological Investigation for the I-495 & I-270 Managed Lanes Study, Montgomery and Prince George's County, Maryland and Fairfax County, Virginia*. Archaeological field evaluation was completed for of 39 of the 54 areas identified in the Gap Analysis, along with three proposed stormwater management features. Of these, seven survey areas were found to contain a total of 12 archaeological sites, and three newly identified archaeological sites were recommended for further study. The results of the Phase I archaeological survey, as well as recommendations for additional Phase I and Phase II studies, are presented in Volume 4.

Volume 5 is the *Phase II Archaeological Evaluation at Sites 18PR750, 18MO749, and 18MO751 for the I-495 & I-270 Managed Lanes Study Project, Prince George's and Montgomery Counties, Maryland*, which presents the NRHP evaluation results for two sites identified by the Study and a third, previously identified archaeological site. Site 18PR750 was identified by a prior study of the I-495 corridor, and sites 18MO749 and 18MO751, located within lands administered by NPS, were identified by the Phase I investigation included as Volume 4. The investigation recommended that site 18PR750 is not eligible for listing in the NRHP, and that sites 18MO749 and 18MO751 are eligible for listing in the NRHP.

Volume 6 is entitled *Phase I Archaeological Survey, Intensive Phase I Archaeological Survey of 44FX0373, and Phase II Archaeological Evaluation at Sites 44FX0374, 44FX0379, 44FX0381, 44FX0389, 44FX3160, and 44FX3900 Within the George Washington Memorial Parkway for I-495/I-270 Managed Lanes Study, Fairfax County, Virginia*. This volume presents the results of archaeological survey and evaluation of various sites that may be impacted by the Study in Virginia. The investigation concluded that significant archaeological resources are present, including a proposed NRHP-eligible archaeological district (Dead Run Ridges Archaeological District, 44FX3922).

Volume 7 is entitled *Phase I Archaeological Survey for I-495/I-270 Managed Lanes Study Stream Mitigation Sites at RFP3 Tuscarora Creek and PA-1 Back Branch in Prince George's and Frederick Counties, Maryland*. This volume presents the results of archaeological survey at stream and wetland mitigations sites. The investigation concluded that no intact archaeological resources are present and no further archaeology was recommended.

00005784

 I-495 & I-270 Managed Lanes Study                    Cultural Resources Technical Report

Volume 8 is entitled *Phase I Archaeological Survey for Proposed Stream Mitigation Sites for I-495/I-270 Managed Lanes Study, Anne Arundel, Charles, and Prince George's Counties, Maryland*. This volume presents the results of archaeological survey at additional stream and wetland mitigation sites. The investigation identified two archaeological sites at the Beltsville Agricultural Research Center in Montgomery County, which warrant Phase II evaluation, should the project potentially impact them.

Volume 9 is entitled *Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery (M: 35-212) for the I-495 & I-270 Managed Lanes Study and Remote Sensing of the Morningstar Cemetery and the Gibson Grove A.M.E. Zion Church (M: 29-39), Montgomery County, Maryland*. This volume presents the results of The Morningstar Cemetery documentation and remote sensing survey. The documentation consisted of historic and archival research, recordation of cemetery features, and mapping, together with archaeological monitoring of invasive bamboo removal. The remote sensing survey identified 378 probable and possible features that may be burials including some that extended into the MDOT SHA ROW north of the cemetery. The investigation recommended that project design be modified to avoid impacts to the Morningstar parcel and portions of the MDOT SHA ROW with the possibility of containing burials.

Volumes 1 through 6 were submitted to MHT, VDHR, and additional consulting parties for review and comment on January 10, 2020. Comments were received from VDHR on February 14, 2020, and from MHT on March 12, 2020; additional consulting parties completed their review on March 16, 2020. Comments on Volumes 1 through 6 were incorporated into this final Cultural Resources Technical Report. Volumes 7 through 9 were submitted to MHT, VDHR, and additional consulting parties in separate submissions for review and comment on February 11, 2021 (Volumes 7 and 8) and May 27 and September 8, 2021 (Volume 9).

00005785

## 2    SECTION 106 PROCESS

### 2.1    Section 106 Requirements and Procedures

The implementing regulations for Section 106, codified at 36 CFR Parts 800.3 through 800.7 identify four broad steps for Section 106 review, with numerous requirements at each step: Initiating the Process, Identification of Historic Properties, Assessment of Effects, and Resolution of Effects. The following discussion of consultation summarizes the Study's compliance with Section 106 requirements.

### 2.2    Consultation Initiation

The Study, as "a project, activity, or program funded in whole or in part under the direct or indirect jurisdiction of a Federal agency" and requiring multiple Federal "permits, license or approvals" is an undertaking as defined at 36 CFR Part 800.16(y). Because this undertaking may affect historic properties, it is subject to further review under Section 106.

FHWA notified the Advisory Council on Historic Preservation (ACHP) on March 26, 2018, of the Study. ACHP chose to participate in consultation in a letter dated May 22, 2018 (see **Appendix A** for consultation correspondence).

MDOT SHA, on behalf of and in coordination with FHWA, initiated the Section 106 process and presented the Study by letter to MHT, VDHR and other consulting parties on April 12, 2018.

In 2018, MDOT SHA and FHWA continued invitation of additional parties to participate in the Section 106 compliance process for this undertaking, in accordance with 36 CFR Part 800.2[c][5] and 800.3[f], including tribal, federal, state, and local governments, many of whom were included in the initial consultation letter. FHWA consulted with federally recognized tribes; this included sending letters on June 17, 2019, to Virginia tribes requesting their interests in both the States of Maryland and Virginia. MDOT SHA has an established notification procedure, coordinated with FHWA, for federally recognized tribes who have already expressed an interest in Maryland. MDOT SHA identified and invited additional parties in 2019. Four additional consulting parties were identified and invited in 2020 following the publication of the DEIS. And MDOT SHA and FHWA invited one additional party since the publication of the SDEIS. **Appendix B** lists all invited consulting parties who have either affirmatively responded, or who continue to be provided information as having clear property or jurisdictional relationship to the Study regardless of participation.

The Study involves multiple federal agencies, each of whom may have certain approval, permitting, or other actions subject to Section 106. 36 CFR Part 800.2(a)(2) allows that "some or all the agencies may designate a lead Federal agency" [to] "act on their behalf, fulfilling their collective responsibilities under section 106". FHWA requested confirmation from the NPS, U.S. Army Corps of Engineers, U.S. Department of Agriculture, the U.S. Postal Service (USPS), the Federal Railroad Administration, the National Capital Planning Commission, the U.S. Coast Guard, and the Department of Defense that FHWA could serve as the lead federal agency for the Study. Each agency contacted confirmed that FHWA would serve as lead federal agency. Ultimately, the contacted agencies may or may not have a defined Section 106 undertaking that affects historic properties, due to evolving property and permitting needs, design advancement, or NRHP eligibility determinations of involved properties (i.e., if an involved agency's required action would not affect historic properties, or the property under their jurisdiction affected by

00005786

 I-495 & I-270 Managed Lanes Study    Cultural Resources Technical Report

the study is not NRHP eligible, such agencies would not have an undertaking with potential to affect historic properties).

Section 106 public involvement requirements (36 CFR Part 800.2[d][3]) were fulfilled through the same processes used for general project outreach and NEPA compliance. Public outreach at Montgomery and Prince George's County locations provided Study and alternatives development information, including cultural resources information. The public also had opportunities to engage with the Study team and to submit comments on the Study. Interested individuals, organizations, and public agencies provided input on the scope of the EIS during April 2018 open houses. Public workshops in July 2018 gathered comments and information to help inform the alternatives development process. Public workshops in April and May 2019 presented information about the seven Study Screened Alternatives, including the relationship of the study boundaries to previously identified historic properties. This information, along with an ArcGIS-based interactive map with historic property locations, is available to the public online on the project website (https://495-270-p3.com).

The DEIS was published on July 10, 2020, and the DEIS comment period was 120 days, from July 10 to November 9, 2020. The public had various opportunities to comment: oral testimony at public hearings, written comments at public hearings, online comment forms, email, and written letters. Four virtual or online hearings were held in August and September 2020 and two in-person hearings were held in September 2020.

The SDEIS, reflecting the selection of the Preferred Alternative, was published on October 1, 2021, and the SDEIS comment period was 60 days, from October 1 to November 20, 2021. The public had various opportunities to comment: oral testimony at public hearings, online comment forms, email, and written letters. Two virtual or online hearings were held in November 2021.

Four consulting parties meetings have taken place, on May 3 and November 13, 2018, June 17, 2019, and March 10, 2021, all attended by FHWA. The first meeting provided overviews of the Study and the Section 106 process for this undertaking. A draft schedule of activities was also presented. The second meeting provided general Study updates, an update on Section 106 efforts, and outlined the development of the proposed PA. The third meeting included general Study updates, historic properties status updates, a preliminary list of adversely affected properties, and the PA development outline. The fourth meeting presented Study updates, ongoing avoidance and minimization efforts, and the first draft of the PA.

## 2.3    Identification Efforts

### 2.3.1    Area of Potential Effects

MDOT SHA, on behalf of and in coordination with FHWA, established the initial version of the Study's APE by letter to MHT and other parties on April 12, 2018 (36 CFR Part 800.4[a][1]). MDOT SHA and consultant RK&K, LLP additionally met with MHT on April 18, 2018, to discuss the project, APE, and proposed Section 106 consultation process. The APE is the geographic area within which an undertaking may directly or indirectly cause alteration in the character or use of historic properties (36 CFR Part 800.16[d]). Because the precise LOD was unknown at that time, FHWA and MDOT SHA developed a corridor study boundary (CSB), the envelope within which physical effects to historic properties were assumed to be possible. The CSB was defined as a line extending 300 feet from the centerline on either side of I-495 and I-270 within the study limits, expanding farther at certain interchanges. Within the CSB, FHWA and MDOT SHA

00005787

 I-495 & I-270 Managed Lanes Study                    Cultural Resources Technical Report

conducted archaeological survey to identify archaeological resources possibly subject to impact by the Study.

To capture anticipated visual, atmospheric, or audible effects, the APE generally encompassed an additional 250 feet on either side of the CSB. MHT accepted this APE without additional comments on May 17, 2018. VDHR indicated on April 17, 2018, their participation as a consulting party.

The APE has been modified since its original development. On May 14, 2019, the APE in Maryland was updated in the vicinity of the American Legion Bridge and the Chesapeake and Ohio (C&O) Canal National Historical Park as a result of additional constructability analysis for the American Legion Bridge replacement. In Virginia, including within the George Washington Memorial Parkway, the APE was updated to conform in part to the APE established by VDOT's NEXT project, which was more precisely defined and accounted for noise barriers and other factors shielding adjacent properties from indirect effects. MHT agreed with the APE update on June 13, 2019. VDHR requested MDOT SHA respond to the concerns of its office and NPS GWMP that an expanded APE may be necessary to account for visual effects due to tree removal on June 10, 2019.

The APE in Maryland was subsequently updated in November 2019 to ensure consistency of a 250-foot buffer of consideration on either side of the widest proposed alternative's LOD (Alternative 10), to account for those areas where design advancement of the engineered LOD required this expansion of the APE. The APE remained unchanged in Virginia, although MDOT SHA clarified that it would consider visual effects on the George Washington Memorial Parkway and C&O Canal National Historical Park in their entirety. MHT agreed with the APE updated on December 30, 2019. And with that clarification, on December 23, 2019, VDHR expressed its confidence in the APE as presented in May 2019.

MDOT SHA submitted an update to the APE in Maryland to include the LODs for stream and wetland mitigation sites on July 23, 2020. MHT agreed with the APE update on September 4, 2020. The APE remained unchanged in Virginia.

The APE was updated again in September 2021 to accommodate the Preferred Alternative. On September 8, 2021, MDOT SHA provided an update to the APE in Maryland and Virginia to reflect a 250-foot buffer around the LOD for the Preferred Alternative, additional avoidance and minimization measures, and proposed off-site compensatory stormwater mitigation locations (**Appendix C**). MHT and VDHR agreed with the APE update on October 8, 2021. MDOT SHA, in consultation with MHT, made additional, minor updates to the APE in Maryland for the Preferred Alternative on January 4, 2022 to reflect 19 additional off-site compensatory stormwater management and wetland mitigation sites and several small expansions to the LOD. MDOT SHA, in consultation with MHT, made a limited update to the LOD and APE in Maryland on March 31, 2022.

MDOT SHA includes a process for APE updates in the project PA, as design advances under the concessionaire. **Table 1** summarizes the distinctions among "APE", "CSB", and "LOD" as used in this technical report.

00005788

Table 1: Comparison of APE, CSB, LOD terms

| Term | Definition | Explanation |
|------|------------|-------------|
| APE | Area of Potential Effects | The geographic boundaries where all effects to historic properties may occur, including visual, atmospheric, or audible effects. This may include effects to setting, feeling or viewshed that are not specific physical property impacts. This is the widest/most comprehensive boundary for evaluation of historic properties for the Study. The APE has been updated since initiation of the study. The APE now consists of a 250-foot buffer around the LOD for the Preferred Alternative: Alternative 9 – Phase 1 South, design avoidance and minimization efforts, and the LODs for stream and wetland and compensatory stormwater management mitigation sites. |
| CSB | Corridor Study Boundary | Upon initiation of the Study, the CSB was used as an initial survey boundary in the absence of engineered alternatives. The CSB consists of a line extending 300 feet outside the centerline of I-495 and I-270 within the study limits. Prior to design advancement establishing an LOD (see below), it was assumed physical impacts may occur within the CSB. The CSB was generally used for the boundaries of archaeological study (Volume 4), with the exception of the American Legion Bridge and Virginia portions of the APE, where design development permitted greater accuracy. |
| LOD | Limits of Disturbance | Following engineering design advancement, MDOT SHA developed "limits of disturbance" for where physical construction impacts are likely to occur as a result of the alternatives under consideration. In general, the LOD are narrower than the CSB and APE. As of September 8, 2021, the Preferred Alternative: Alternative 9 – Phase 1 South LOD now define limits where physical impacts are likely. |

### 2.3.2    Identification of Historic Properties within the APE

36 CFR Part 800.4 (a) and (b) requires consultation with the SHPO(s) regarding the scope of identification efforts for historic properties. To accommodate the large study area and number of properties requiring evaluation, including many post–World War II properties expected to reach the 50 years of age consideration threshold during the course of the anticipated project, MDOT SHA developed Volume 2 of this report, the Gap Analysis (Hutchins-Keim et al. 2018) and submitted it to MHT for review and comment on August 8, 2018. The Gap Analysis presents a detailed examination of the potential for Maryland archaeological and architectural historic properties that may be affected by the Study. The Gap Analysis was additionally shared with other consulting parties. The Gap Analysis includes an overview of previous surveys and recorded cultural resources within the APE; it evaluates the potential for encountering archaeological resources, provides for archaeological survey methodology, and includes recommendations for NRHP evaluations of historic architectural resources.

00005789



MHT responded with minor comments and agreed with the general approaches in the Gap Analysis on November 27, 2018 (**Appendix A of Volume 1**).

MDOT SHA, in consultation with MHT, committed to identify previously recorded and newly identified resources constructed in or before 1978, to account for properties that may reach 50 years in age prior to the anticipated end of construction. Properties younger than 50 years in age are generally not considered for inclusion in the NRHP except in cases of exceptional significance.

Over the course of the Study, MDOT SHA identified a total of 353 resources that required additional documentation or evaluation for the NRHP.

### 2.3.3    Architectural Resources Evaluations

Because the APE identified a large number of post–World War II developments and property types associated with suburban development of the Washington, D.C. area, the Gap Analysis identified a need for additional historic context to consistently evaluate these resources. A draft *Suburbanization Historic Context Addendum (1961–1980), Montgomery and Prince George's Counties, Maryland* (Suburbanization Context Addendum) was prepared and shared with consulting parties on October 19, 2018. The Suburbanization Context Addendum expands upon the coverage of suburbanization included in the *Suburbanization Historic Context and Survey Methodology: I-495/I-95 Capital Beltway Corridor Transportation Study, Montgomery and  Prince George's Counties, Maryland* (Volumes I and II) (November 1999, revised May 2000). The Suburbanization Context Addendum expands the time period covered by the original study, which ends in 1960. It includes historical trends, development patterns, suburban development systems, property types, and significance assessment considerations for suburban resources in Maryland, particularly in Montgomery and Prince George's Counties. When relevant, the Study's NRHP evaluations relied on these two contexts. MHT responded with minor comments on the Suburbanization Context Addendum and agreed with the general approach in their acceptance of the Gap Analysis on November 27, 2018. MHT and additional consulting party comments were addressed in a final Suburbanization Context Addendum in May 2019.

Of 353 resources identified over the course of the Study, MDOT SHA submitted 352 architectural resource survey or evaluation forms to MHT for review and comment in 14 rolling batch submissions—the first was dated December 21, 2018, and the last was dated January 4, 2022. The NPS made its own preliminary eligibility determination for Greenbelt Park during the study efforts, and MDOT SHA deferred to the NPS evaluation. Printed copies of each form and archival discs with supporting files were provided to MHT via rolling batch submittals, at which time the additional consulting parties received the forms for review and comment via links to an ArcGIS Online web map maintained by MDOT SHA, where full evaluation forms were available for download (http://bit.ly/495-270-DOE). Comments were received from MHT and additional consulting parties and addressed as appropriate.

MDOT SHA has completed eligibility evaluations of architectural resources in the APE per the methodology described in the Gap Analysis; there are no eligibility findings where SHPO concurrence has not been obtained. MDOT SHA's survey and evaluation effort identified a total of 29 previously surveyed and newly identified architectural historic properties (NRHP-eligible or listed resources) within the Preferred Alternative APE. Volume 3 of this report, *Architectural Historic Properties Identification*, includes the results of the eligibility evaluations.

00005790

 I-495 & I-270 Managed Lanes Study    Cultural Resources Technical Report

## 2.3.4    Archaeological Resources Evaluations

The Gap Analysis outlined an archaeological testing approach to those portions of the CSB where direct physical impacts (specifically ground disturbance) were expected, at that time, to occur. The corridor was divided into numerous survey areas, each with an assessment of archaeological potential and an associated methodology for investigations to identify archaeological historic properties, and to evaluate significance of known archaeological properties. Volume 4 of this report, the *Phase I Archaeological Investigation for the I-495 & I-270 Managed Lanes Study, Montgomery and Prince George's County, Maryland and Fairfax County, Virginia* includes the results of these evaluations. Upon update of the APE in May 2019 to include work in Virginia, MDOT SHA proposed additional archaeological methodologies for the Virginia portion of the APE to VDHR. Archaeological evaluation in Virginia was not originally anticipated at the time the Gap Analysis was written. VDHR responded on June 28, 2019, indicating no additional comments at that time on the scope as proposed by MDOT SHA. The work was additionally coordinated with NPS as part of an Archaeological Resources Protection Act (ARPA) permit for work within the George Washington Memorial Parkway property. While the majority of areas in Maryland identified for archaeological evaluation were surveyed in preparation of this technical report, a number of areas were not accessible, or require additional evaluation to determine the presence of NHRP-eligible sites (see Section 2.5.1 of this volume and Volume 4). Such areas are identified for phased identification as part of the PA as part of an archaeological treatment plan. The PA includes archaeological evaluation requirements in response to design development and associated project activities (e.g. stormwater facilities, stream and wetland mitigation sites, etc.).

Sixty-seven archaeological resources are present within the CSB: 57 of the resources were identified prior to the Study, and 10 newly identified sites were documented as a result of the Phase I archaeological investigation (see **Volume 4**). Eight additional sites were newly identified by the Phase I archaeological investigations for the stream and wetland mitigation sites (**Volumes 7 and 8**). An intensive Phase I archaeological investigation and Phase II evaluations were conducted at seven resources in Virginia (**Volume 6**). In addition, Phase II evaluation studies were completed on one previously identified site (18PR750) and two newly identified sites (18MO749 and 18MO751) in Maryland (**Volume 5**). As a result of these investigations, seven archaeological resources were recommended eligible for listing in the NRHP. Twenty-eight of the 75 archaeological resources identified over the course of the Study are within the APE for the Preferred Alternative. Seven newly determined eligible archaeological historic properties were identified within the APE. There are no eligibility findings where SHPO concurrence has not been obtained.

## 2.4    Effects Assessment

MDOT SHA made an assessment of the effects of the undertaking on historic properties within the APE by applying the criteria of adverse effect in accordance with 36 CFR Part 800.5. An effect may occur when there is an alteration to the characteristics of a historic property qualifying it for inclusion in or eligibility for the NRHP (36 CFR Part 800.16[l]). To be eligible for listing on the NRHP, historic properties (districts, sites, buildings, structures, and objects) must possess integrity of location, design, setting, materials, workmanship, feeling and association and meet at least one of the below four criteria:

- Criterion A – that are associated with events that have made a significant contribution to the broad patterns of our history; or
- Criterion B – that are associated with the lives of persons significant in our past; or

00005791

- Criterion C – that embody distinctive characteristics of a type, period, or method of construction, or that represent the work of a master, or that possess high artistic values, or that represent a significant and distinguishable entity whose components may lack individual distinction; or

- Criterion D – that have yielded, or may be likely to yield, information important in prehistory or history.

An adverse effect is found when an undertaking may alter, directly or indirectly, any of the characteristics of a historic property that qualify it for inclusion in the NRHP in a manner that would diminish the integrity of the property's location, design, setting, materials, workmanship, feeling, or association (36 CFR Part 800.5[a][1]).

Examples of adverse effects (36 CFR Part 800.5[a][2]) include:

- (i) Physical destruction of or damage to all or part of the property;

- (ii) Alteration of a property, including restoration, rehabilitation, repair, maintenance, stabilization, hazardous material remediation and provision of handicapped access, that is not consistent with the Secretary of the Interior's *Standards for the Treatment of Historic Properties* (36 CFR Part 68) and applicable guidelines;

- (iii) Removal of the property from its historic location;

- (iv) Change of the character of the property's use or of physical features within the property's setting that contribute to its historic significance;

- (v) Introduction of visual, atmospheric, or audible elements that diminish the integrity of the property's significant historic features;

- (vi) Neglect of a property which causes its deterioration, except where such neglect and deterioration are recognized qualities of a property of religious and cultural significance to an Indian tribe or Native Hawaiian organization; and

- (vii) Transfer, lease, or sale of property out of federal ownership or control without adequate and legally enforceable restrictions or conditions to ensure long-term preservation of the property's historic significance.

A total of 29 known and newly determined-eligible architectural historic properties and seven newly determined eligible archaeological historic properties were identified within the Preferred Alternative APE (**Appendix C; Volume 3; Volumes 5 and 6**). The LOD were used to assess potential physical effects, and potential visual, atmospheric, or audible effects were considered within the entire APE. MDOT SHA has determined, on behalf of FHWA, that the Preferred Alternative will have an adverse effect on historic properties. See below for a discussion of these findings for individual historic properties. The effect assessments found an adverse effect on four architectural historic properties and six archaeological historic properties and the remainder of the historic properties in the APE are not adversely affected.

### 2.4.1    Properties Experiencing Adverse Effect

Four architectural historic properties (including parks and parkways) within the APE will be adversely affected by the Preferred Alternative (**Table 2**). No properties are proposed for complete demolition or destruction, but adversely affected properties will generally have contributing features of the property

00005792

OP·LANES
MARYLAND    I-495 & I-270 Managed Lanes Study    Cultural Resources Technical Report

experiencing physical impacts of varying degrees. In addition, six archaeological historic properties will be adversely affected within the LOD of the Preferred Alternative. Two of the sites will be partially or completely destroyed or significantly diminished in all aspects of integrity and four of the sites would have limited portions destroyed diminishing some aspects of integrity. Adversely affected properties are discussed individually below.

**Table 2: Historic Properties with Adverse Effect**

| State | MIHP#/ VDHR# | Jurisdiction | Name | Period of Significance | NRHP Criteria | Nature of Adverse Effect |
|---|---|---|---|---|---|---|
| MD | M: 12-46 | NPS/ C&O Canal NHP | Chesapeake and Ohio Canal National Historical Park | 1828-1924 | A, C, D | LOD Impacts to contributing features; diminishment of setting |
| MD and VA | M: 35-61 and 029-0228 (Virginia)* | NPS/ George Washington Memorial Parkway | George Washington Memorial Parkway/Clara Barton Parkway | 1930-1966 | B, C | LOD Impacts to contributing features; diminishment of setting (Virginia); temporary diminishment of setting (Maryland) |
| MD | M: 29-39 | Private | Gibson Grove A.M.E. Zion Church | 1923 | A | LOD Impacts; a temporary but long-term diminishment of the property's setting and feeling due to construction impacts |
| MD | M: 12-46-2 | NPS/ C&O Canal NHP | Washington Biologists' Field Club on Plummers Island | 1901-1971 | A | LOD impacts; diminishment of setting |
| MD | 18MO749 | NPS/ C&O Canal NHP | C&O Canal Site 1 | Early Woodland | D | The site will be partially or completely destroyed or significantly diminished in all aspects of integrity |
| MD | 18MO751 | NPS/ C&O Canal NHP | C&O Canal Site 3 | 1828-1924 | D | The site will be partially or completely destroyed or significantly diminished in all aspects of integrity |
| VA | 44FX3922 | NPS/ George Washington Memorial Parkway | Dead Run Ridges Archaeological District | Late Archaic-Woodland | D | Limited portions of individual sites within the district would likely be destroyed, and the district would likely be diminished in some aspects of integrity |
| VA | 44FX0374** | NPS/ GWMP | N/A | Late Archaic-Late Woodland | D | Limited portions of the margin of this site within the district would likely be destroyed |
| VA | 44FX0379** | NPS/ GWMP | N/A | Late Archaic-Early Woodland | D | Limited portions of the margin of this site within the district would likely be destroyed |
| VA | 44FX0389** | NPS/ GWMP | N/A | Late Archaic-Late Woodland | D | Limited portions of the margin of this site within the district would likely be destroyed |

Notes: * National Park Service-National Capital Parks-East
**Archaeological sites 44FX0374, 44FX0379, and 44FX0389 are each individually NRHP-eligible and contributing to the NRHP-eligible Dead Run Ridges Archaeological District (44FX3922).

00005793

 I-495 & I-270 Managed Lanes Study    Cultural Resources Technical Report

## A.    Chesapeake and Ohio Canal National Historical Park

Built between 1828 and 1850, the Chesapeake and Ohio (C&O) Canal operated until 1924, extending 184.5 miles from Georgetown, DC, to Cumberland, Maryland. It represents one of the most intact and impressive survivals of the American canal-building era. The C&O Canal National Historical Park, eligible under criteria A, C, and D, would be adversely affected.

Project activities at this location include accommodation of a temporary access road for construction vehicles and materials to build the new American Legion Bridge (ALB) and remove the existing structure, reconstruction and maintenance of the I-495 northbound ramp to Clara Barton Parkway and the eastbound Clara Barton Parkway ramp to northbound I-495, construction of a trail connection between a multi-use path on the east side of the new ALB and the C&O Canal towpath.

The Preferred Alternative includes the expansion of the ALB within the park boundaries, increasing visual and physical intrusion into the setting of the park, resulting in diminishment of setting. The minimization of the LOD at the ALB was documented in the SDEIS. Long-term construction access and staging is also required at the park, which will cause additional temporary diminishment of setting, feeling, and association for the duration of construction.

The park contains two archaeological historic properties that would also be adversely affected (18MO749 and 18MO751). Those sites are discussed separately in this section under "Archaeological Sites" (2.4.1.E).

## B.    George Washington Memorial Parkway/Clara Barton Memorial Parkway

As one of the nation's premier parkways, the circa-1930 George Washington Memorial Parkway/Clara Barton Parkway comprises 7,146 acres and extends 38.3 miles along the Potomac River. The northern section of the parkway runs on opposite sides of the Potomac River from Arlington Memorial Bridge to the Capital Beltway/I-495, a distance of 9.7 miles in Virginia, and includes the 6.6-mile Clara Barton Parkway in Maryland. The George Washington Memorial Parkway/Clara Barton Parkway, eligible under criteria B and C, would be adversely affected.

Project activities in the boundary of the George Washington Memorial Parkway in Virginia are confined to a small strip of land north of the westbound lanes of George Washington Memorial Parkway for resurfacing and the installation, static signing. In addition, LOD is needed along I-495 between the inner loop and George Washington Memorial Parkway accommodate a retaining wall and shared-use path. There is a small area in the southeast quadrant for the ALB pier and superstructure construction activities.

Project activities within the boundary of the Clara Barton Parkway in Maryland include construction of a temporary access road for construction vehicles and materials to build the new ALB and remove the existing structure, reconstruction and maintenance of I-495 northbound ramp to Clara Barton Parkway and the eastbound Clara Barton Parkway ramp to northbound I-495, and construction of a trail connection between a multi-use path on the east side of the new ALB and the C&O Canal towpath.

In both Maryland and Virginia, the George Washington Memorial Parkway/Clara Barton Parkway would experience temporary diminishment of setting and feeling for the duration of construction. Long-term construction access and staging is also required at the Clara Barton Parkway in Maryland, which will cause additional temporary diminishment of setting and feeling for the duration of construction.

00005794

 I-495 & I-270 Managed Lanes Study                    Cultural Resources Technical Report

The park, in Virginia, contains archaeological historic properties, the proposed Dead Run Ridges archaeological district, and its contributing sites, that would also be adversely affected, and those are discussed separately below in Section 2.4.1.E.

C.    **Gibson Grove A.M.E. Zion Church**

Gibson Grove A.M.E. Zion Church is a small, wood-frame building set on a hill overlooking Seven Locks Road, immediately north of I-495. Gibson Grove A.M.E. Zion Church is significant for its association with the African American settlement of Gibson Grove that was founded in the 1880s by formerly enslaved people. The original church building was a log structure that was replaced with the current edifice in 1923. It is the only remaining building associated with the African American Gibson Grove community. The Gibson Grove A.M.E. Zion Church property, eligible under criterion A, would be adversely affected.

Proposed improvements at this location include outfall stabilization, culvert augmentation (including improvements to drainage on church property), bridge erection, and construction access. Physical impacts to the church property are limited to 0.1 acres along the north side of I-495, at a steep hillside adjoining the church. The new bridge over Seven Locks Road will result in temporary impacts to the church property during construction. In consideration of the small size of the church parcel, and the extent of construction activities on the property, there would be a temporary, but long term, diminishment of the property's integrity of setting and feeling due to construction impacts on the property.

D.    **Washington Biologists' Field Club on Plummers Island**

The Washington Biologists' Field Club is a twentieth-century naturalist club on Plummers Island in the Potomac River. The Washington Biologists' Field Club is significant for its association with contributions to science and conservation as the site of long-term scientific studies conducted by the club and as the meeting place for the club's collective membership of influential and accomplished scientists. The Washington Biologists' Field Club on Plummers Island, eligible under criterion A, would be adversely affected.

The LOD on Plummers Island along the ALB will impact approximately 0.2 acres of the Washington Biologists' Field Club. This area is required for the bridge substructure, including permanent pier placement and construction activities. Construction activities within the LOD at the Washington Biologists' Field Club may include excavation; demolition of the existing bridge foundation and piers; installation of proposed foundations, piers, or abutments; and slope protection. Access to the existing and proposed piers is required for these activities. Impacts were minimized by strategically locating the new piers near the existing piers such that a single access method could be used for demolition of the existing and construction of the proposed structures. However, some impact is unavoidable based on construction requirements and the structural requirements for pier locations.

Although the majority of the historic features of the Washington Biologists' Field Club are outside the LOD, the proposed construction activities at the western edge of Plummers Island will alter the natural landscape of the island, a character-defining feature of the Washington Biologists' Field Club, resulting in diminishment of the property's integrity of setting.

00005795

 I-495 & I-270 Managed Lanes Study                    Cultural Resources Technical Report

E.    **Archaeological Sites**

a.    18MO749

Site 18MO749 is an Early Woodland archaeological site eligible under Criterion D. Because the site is within the LOD, the site would likely be partially or completely destroyed or significantly diminished in all aspects of integrity by construction of the project.

b.    18MO751

Site 18MO751 is a historic period (circa 1828-1924) archaeological site eligible under Criterion D. Because the site is within the LOD, the site would likely be partially or completely destroyed or significantly diminished in all aspects of integrity by construction of the project.

c.    Dead Run Ridges Archaeological District (44FX3922)

MDOT SHA evaluated a number of recorded precontact archaeological sites within the George Washington Memorial Parkway property in Virginia. MDOT SHA has determined that several of the investigated sites, together with previously recorded sites that were not investigated as part of the study, constitute a NRHP-eligible archaeological district of related resources (44FX3922); the district was determined eligible by the Keeper of the Register when VDHR did not concur with MDOT SHA's initial finding that the district was eligible. Contributing sites within the proposed district boundary and inside the Preferred Alternative LOD include 44FX0374, 44FX0379, and 44FX0389; these sites are also individually eligible for the NRHP. Sites 44FX3160 and 44FX3900 were investigated and found neither individually eligible nor, in the case of 44FX3160, contributing to the district (44FX3900 is not part of the defined District). Because the district is partially within the Preferred Alternative LOD, portions of individual sites within the district would likely be destroyed, and the district and sites 44FX0374, 44FX0379, and 44FX0389 would likely be diminished in some aspects of integrity by construction of the project, although impacts have been reduced from the DEIS.

As described in Volume 4, several areas within the LOD require additional investigation to evaluate the presence of archaeological sites and/or NRHP eligibility of sites. The PA identifies a process to minimize and/or mitigate adverse effects for eligible sites identified through these efforts if adverse effects cannot be avoided.

### 2.4.2    Historic Properties Experiencing No Adverse Effect

A.    **Architectural Historic Properties**

Of the remaining 25 eligible or listed architectural historic properties within the Preferred Alternative APE, 24 would not be adversely affected by the project. These properties would either experience slight alteration of the characteristics that qualify them for inclusion in the NRHP, but there would be no diminishment of these characteristics, or there would be no appreciable alteration of the properties at all.

As context, the study corridor already includes substantial and congested highway facilities within the viewshed and audible setting of most properties. As such, increasing capacity and flow of the existing Beltway *in and of itself* would not generally result in substantive new audible, visual, or other adverse effects to the setting, feeling and association of these properties, because the existing setting already includes the I-495 and I-270 facilities. While the setting would be somewhat altered by the addition of new lanes, these are not newly introduced visual, atmospheric, or audible elements that would diminish

00005796

  I-495 & I-270 Managed Lanes Study                    Cultural Resources Technical Report

the integrity of significant historic features of nearby properties. Adverse effects are generally found, as above, when there are specific contributing features of historic properties either within or in close proximity to the project LOD that would be physically impacted in a manner beyond the general increase in capacity of the highway facilities.

The properties experiencing no adverse effect fall into three general groupings.

1. Properties where there is a minor portion of the historic property boundary within the LOD, but there are generally no contributing elements of the property within the LOD. No diminishment of location, design, materials, association, and workmanship would occur, and setting and feeling would be consistent with the existing highway facility.

2. Properties with no portion of the historic property boundary within the LOD but are adjacent to the LOD. No physical impacts would occur, and although some change may be perceptible, no visual, atmospheric, or audible elements that are substantially different from those that already exist, would be introduced. These properties are, or would be, screened by noise barriers and/or trees and vegetation.

3. Properties further removed from the LOD, that would experience no notable changes resulting from the proposed improvements.

Because individual discussion of these properties would be largely redundant, they are grouped in **Table 3**, **Table 4**, and **Table 5** with any relevant property-specific information informing the effect determination captured as a note in the appropriate column.

**Table 3: Category 1: Properties with Minor Elements within LOD**

| MIHP# | Name | Period of Significance | NRHP Criteria | Notes |
|---|---|---|---|---|
| M: 30-38 | Academy Woods | 1967-1974 | C | The LOD include minor portions of rear yards at 7221, 7224, and 7225 Grubby Thicket Way. Rear yards are adjacent to the existing highway, and the greatest area of impact, at 7224 Grubby Thicket Way, occurs at a wooded corner of the parcel, far removed from the house. |
| M: 17-01 | Beallsville Historic District | 1873-1945 | A, C | The LOD are within the yard of 19725 Darnestown Road, which does not contribute to the district. |
| M:37-16 | B&O Railroad, Metropolitan Branch | 1873-1945 | A, C | The LOD crosses beneath the railroad overpass, but no changes will occur to the railroad itself. |
| PG:62-14 | Beltsville Agricultural Research Center (BARC) | Unspecified | A, C | The LOD include small, wooded areas along the highway designated for tree removal, grading, and construction access; no contributing agricultural fields, buildings, or structures are within the LOD. |
| M: 18-8-1 | Boyds-White Grounds Historic District | 1870-1930 | A | The LOD include a fence at 15215 Barnesville Road and culvert wall near 15140 Barnesville Road that post-date the period of significance. The LOD also include portions of an empty lot on north side of Barnesville Road and a wooded lot at the southwest corner of Barnesville Road and |

00005797

 I-495 & I-270 Managed Lanes Study    Cultural Resources Technical Report

| MIHP# | Name | Period of Significance | NRHP Criteria | Notes |
|---|---|---|---|---|
| | | | | Clarksburg Road. The LOD will avoid contributing resources. |
| M: 35-121 | Burning Tree Club | 1922-1923 | A, C | The LOD include a portion of wooded areas along the highway near the contributing golf course, but no impacts to the course itself. |
| M: 29-59 | Carderock Springs Historic District | 1962-1967 | A, C | The LOD will impact approximately 3.2 square feet of the rear yard at 7610 Hamilton Springs Road, adjacent to the existing highway, and will not diminish the original topography and natural vegetation characteristic of the larger district. |
| M: 14-27 | Cedar Grove Historic District | Unspecified | A, C | The LOD just enter the southern boundary of the historic district, on the south side of Davis Mill Road, where no contributing resources are present. |
| M: 18-15 | Friends Advice | c. 1806-1951 | A, B, Criteria Consideration G | The LOD include parts of a wood fence and trees along road, which do not contribute to the property. |
| M: 12-44 | Sugarloaf Mountain Historic District | Mid-18th century-1939 | A, B, C, D | The LOD affect a post-1989 fence adjoining an agricultural field along Beallsville Road. Elsewhere, the LOD affects grassy areas along the roadside or adjoins modern buildings, including the mid-20th-century houses at 20400 Mouth of Monocacy Road and 22400 Dickerson Road and a 2003 house at 22318 Nicholson Farm Road. |
| M: 26-72-1 | Ward Building | 1978 | C | The LOD include a grass berm and areas of the parking lot, which do not contribute to the significance of the property. |
| M: 20-21 | Ward House | 1891-1969 | A, C | The LOD affects a noncontributing fence. |
| M: 26-71 | Woodley Gardens | 1960-1970 | A, C | The LOD at the northwest corner of the property include a noncontributing trail and grassy area, and minor portions of the rear yards at 8 – 13 Hawthorne Court, adjacent to the existing highway. At the Woodley Gardens Shopping Center, LOD impacts will be limited to the edge of the parking lot adjoining the existing highway. |

**Table 4: Category 2: Adjacent to LOD, but no audible, atmospheric, or visual impacts to contributing features**

| MIHP# | Name | Period of Significance | NRHP Criteria | Notes |
|---|---|---|---|---|
| M: 35-194 | Carderock Springs South | 1966-1971 | C | The historic property boundary is adjacent to the LOD at Persimmon Tree Road, but the houses, designed landscapes, and entrance sign are outside the LOD. |
| M: 29-79 | Congressional Country Club | 1924-1978 | A, C | The contributing 1978 golf course is across Eggert Drive from the LOD, but the buildings are substantially removed from the LOD |
| M: 17-63 | Seneca Historic District | Late 17th-early 20th centuries | A | The LOD adjoins the non-contributing Bretton Woods Golf Course (1968) |

00005798

**Table 5: Category 3: Substantially removed from LOD, No noticeable effects anticipated**

| MIHP# | Name | Period of Significance | NRHP Criteria |
|---|---|---|---|
| F-1-134 | Carrollton Manor Rural Historic District (including the Hebb-Kline Farmstead, F-1-202) | 1855-1940 | A, C |
| M: 29-47 | David W. Taylor Model Basin | 1938-1970 | A, C |
| M: 30-39 | Grosvenor Park | 1963-1966 | A, C |
| M: 26-89 | Latvian Evangelical Lutheran Church of Washington, DC | 1975-1979 | A |
| M: 29-40 | Magruder Blacksmith Shop | c. 1750-1850 | C |
| M: 20-47 | National Institute of Standards and Technology (NIST) Headquarters | 1963-1969 | A, C |
| M: 29-52 | Naval Surface Warfare Center Carderock Division (NSWCCD) Historic District | 1938-1958 | A, C |
| M:24-49 | Washington Aqueduct | 1853-1939 | A, C |

## B.    Archaeological Historic Properties

Out of the seven known NRHP-eligible seven archaeological historic properties within the LOD for the Preferred Alternative, six archaeological properties are adversely affected. One eligible archaeological site, 44FX0381, is outside of the LOD and will experience no adverse effect. However, as discussed more thoroughly in Chapter 4, several sites require additional evaluation, and further archaeological work is recommended at these locations to define site boundaries and determine potential impacts. These additional investigations are commitments documented in the PA. The PA also includes provisions for further evaluation, determining eligibility and effects findings in the event of changes to the LOD in response to design advancement or an inadvertent archaeological discovery during construction.

### 2.4.3    Deferred Effects Determination

MDOT SHA and FHWA requested and received concurrence from MHT to defer of resolution of effects to the Morningstar Tabernacle No. 88 Moses Hall and Cemetery to the PA. Based on the current historic boundary, the Preferred Alternative will avoid direct impacts to the Morningstar Tabernacle No. 88 Moses Hall and Cemetery. Additionally, no atmospheric, audible, visual, or cumulative adverse effects to the property have been identified from the Preferred Alternative. No diminishment of location, design, setting, materials, workmanship, feeling or association has been found in these areas. The project will be governed by a PA, including a treatment plan that specifies the methods, limits and consultation procedures for further investigation of areas with the potential for additional burials outside of the current

00005799

 I-495 & I-270 Managed Lanes Study                    Cultural Resources Technical Report

historic boundary, no specific determination of effects to the Morningstar Tabernacle No. 88 Moses Hall and Cemetery will be made at this time, and will be made following completion of the additional investigations specified in the PA and treatment plan (Refer to **FEIS, Appendix J**).

### 2.4.4    National Historic Landmarks in the APE

There is one National Historic Landmark (NHL) in the APE. The Washington Aqueduct was designated an NHL in 1973 and was determined eligible for the NRHP under Criteria A and C. The LOD at this location represent above-grade impacts, and no physical impacts to the historic property are anticipated. The project will cross an underground segment of the aqueduct at MacArthur Boulevard. The vertical aspect of the APE and LOD remains at the surface and ground disturbance at this location will be prohibited. Current project engineering is not expected to alter the character of the property; therefore, the project will not adversely affect the Washington Aqueduct.

### 2.4.5    Indirect and Cumulative Effects

36 CFR 800.5(1) notes that adverse effects "may include reasonably foreseeable effects caused by the undertaking that may occur later in time, be farther removed in distance or be cumulative." The build alternatives, responding to an identified need for additional capacity, may be one factor in increased demand for residential or commercial development due to improved travel access along the study corridors – particularly in areas with undeveloped land such as northern Montgomery County and in the Frederick vicinity. Potential indirect effects could occur to historic properties resulting from increased population growth and development in the APE. However, these areas are subject to many greater economic and demographic pressures producing increased population and development that are not caused by the Study.

Past actions that have impacted historic properties include the numerous infrastructure and land development activities that have occurred in the APE. The APE has experienced substantial growth of population, housing, and employment since the mid-twentieth century. This has resulted in destruction or degradation of historic properties, including demolition for new construction and/or changes in land use. Present and future actions, including transportation projects and land development activity, would likely continue to impact cultural resources in similar ways. For transportation projects, however, existing protective regulations and consultation requirements associated with Section 106 and Section 4(f) resources would minimize and mitigate for such effects, reducing the overall net effect to historic properties. Potential future impacts to cultural resources from non-transportation projects would also be subject to applicable federal, state, and local planning ordinances that protect many of these resources.

There are no planned developments within the APE that are dependent on completion of the Preferred Alternative. The Study is responding to other large-scale pressures resulting in increased population and development that result in depleted capacity and congestion on I-495 and I-270; it is not the cause of generalized degradation of historic properties in the APE due to development. As a result, there are no indirect or cumulative adverse effects to historic properties specifically caused by the undertaking.

## 2.5    Resolution of Effects

### 2.5.1    Section 106 Programmatic Agreement

Due to the complexity and wide scope of the Study, the Section 106 process has concluded through the execution of a PA, as described at 36 CFR Part 800.14[b] (Refer to **FEIS, Appendix J**). FHWA notified the

00005800

 I-495 & I-270 Managed Lanes Study                                    Cultural Resources Technical Report

ACHP of this anticipated PA in March 2018, and the ACHP notified MDOT SHA and FHWA in May 2018 of their participation in consultation for this undertaking (36 CFR Part 800.6[a][1][iii]). The PA provides protocols for additional consultation, historic properties identification, effects assessment, and adverse effects resolution as design advances. MDOT SHA will oversee implementation of the PA as the project continues following the anticipated Record of Decision (ROD).

## A.    **Architectural Resources**

MDOT SHA conducted consultation to identify mitigation to include in the PA for historic properties that would experience an adverse effect under the Preferred Alternative, and where design could be adjusted to avoid adverse effects. Mitigation is reasonable, feasible, and commensurate with the impact to the resources. Specific mitigation efforts for affected historic properties—Chesapeake and Ohio Canal National Historical Park, George Washington Memorial Parkway/Clara Barton Parkway, Gibson Grove A.M.E. Zion Church, and Washington Biologists' Field Club—are delineated in the PA and include elements such as: context-sensitive design, creation of interpretive materials, historic property documentation, and other property-specific initiatives.

## B.    **Archaeological Resources**

For the known NRHP-eligible archaeological historic properties located within the LOD of the Preferred Alternative, the Section 106 consultation process assessed anticipated effects and efforts to avoid, minimize, or mitigate such effects. MDOT SHA recorded the agreed-upon terms and conditions in the PA to resolve adverse effects to the following affected archaeological historic properties: 18MO749, 18MO751, and Dead Run Ridges Archaeological District, 44FX3922 (which includes individually eligible and contributing sites 44FX0374, 44FX0379, and 44FX0389). These commitments include a flexible treatment plan to be incorporated by reference into the PA. Section 106 mitigation for unavoidable adverse effects to archaeological historic properties will include: recovery of archaeological data through excavation, reporting, and public interpretation of archaeological results.

Four previously identified archaeological sites within the LOD of the Preferred Alternative require additional evaluation to determine eligibility for the NRHP: 18MO190, 18MO191, 18MO457, and 18MO752. MDOT SHA recorded commitments in the PA and a treatment plan for phased evaluation of these sites.

MDOT SHA also recorded commitments in the PA for additional evaluation of areas inaccessible in the initial Phase I survey, or where additional investigations have been recommended. MDOT SHA recorded commitments for additional archaeological investigations at the fourteen survey areas that are within the boundary of the LOD for the Preferred Alternative: RS-1, RS-2, S-4, SWM S-4, S-5, SWM S-5, S-6, SWM S-6, S-27, SWM S-27, S-28, S-8, S-10, and S-53, and CHOH-13.

The PA also includes provisions for avoidance, minimization, or mitigation of adverse effects to these resources or any newly identified resources, should they be determined NRHP-eligible.

## C.    **Historic Cemeteries**

The two cemeteries within or near the LOD for the Preferred Alternative—the Montgomery County Poor Farm Cemetery and the Morningstar Tabernacle No. 88 Moses Hall and Cemetery—are subject to delineation, evaluation, and treatment or further investigation under the PA, as determined through

00005801



consultation. No known interments are affected by the Preferred Alternative, however, MDOT SHA will continue to define further investigation measures and work to avoid or minimize impacts and coordinate with affected communities on the treatment of human remains, should they be encountered. MDOT SHA has coordinated extensively with interested stakeholders to identify appropriate investigation measures or other context-sensitive commitments. The PA documents how, in the event of impacts to a NRHP-eligible cemetery, adverse effects will be addressed, and procedures for late discovery of human remains in compliance with state and federal regulations; this commitment also includes a treatment plan incorporated by reference into the PA.

00005802

# Appendices

00005803

(Intentionally Left Blank)

00005804

# Appendix A
# ACHP and Consulting Parties Correspondence

**(Intentionally Left Blank)**

00005806

# ACHP

U.S. Department
of Transportation

**Federal Highway
Administration**

**Maryland Division**

31 Hopkins Plaza, Suite 1520
Baltimore, Maryland 21201
(410) 962-4440
(410) 962-4054

March 26, 2018

In Reply Refer To:
HDA-MD

Mr. John M. Fowler
Executive Director
Advisory Council on Historic Preservation
401 F Street NW, Suite 308
Washington DC 20001-2637

Dear Mr. Fowler:

The Federal Highway Administration (FHWA), in coordination with the Maryland Department
of Transportation State Highway Administration (MDOT SHA), is preparing an Environmental
Impact Statement (EIS) for the I-495 & I-270 Managed Lanes Study in accordance with the
National Environmental Policy Act (NEPA). FHWA published a Notice of Intent to prepare the
EIS in the Federal Register on March 16, 2018. The purpose of the I-495 & I-270 Managed
Lanes Study is to accommodate existing traffic and long-term traffic growth, enhance trip
reliability, and improve travel choice. The study will result in an EIS which will include:
scoping, purpose and need development, corridor alternative analysis and screening, traffic and
environmental analyses, and public and agency involvement. The study limits encompass
approximately 55 miles on I-495 (Capital Beltway), from south of the American Legion Bridge
in Virginia to east of the Woodrow Wilson Bridge and on I-270 (Dwight D. Eisenhower
Memorial Highway) from I-495 to I-370, including the east and west I-270 spurs in Montgomery
and Prince George's Counties, Maryland. The study will include a review of existing and future
traffic, roadway, and environmental conditions to identify alternatives and assess potential
impacts. The attached figure (**Attachment A**) depicts the extent of the study area.

Your agency has been identified as one that may have jurisdiction by law and an interest in this
project; accordingly, FHWA and MDOT SHA invite your agency to become a participating
agency in the environmental review process and preparation of the Draft EIS and Final EIS for
the subject project in accordance with 40 CFR 1501.6. Pursuant to 23 U.S.C. § 139, participating
agencies are responsible to identify issues of concern that could substantially delay or prevent an
agency from granting a permit or other approval that is needed for a project.

As a participating agency, your agency would have the following responsibilities related to its
jurisdiction:

1. Identify, as early as practicable, any issues of concern regarding potential impacts on the
   natural or human environment.

2. Provide meaningful and early input on relevant issues such as the study purpose and need, the range of alternatives to be considered, and the methodologies and level of detail required in the alternatives analysis.
3. Participate in coordination meetings and field reviews with other environmental resource agencies as appropriate.
4. Adhere to timeframes for reviewing and commenting on administrative copies of environmental documentation, including the Draft and Final EIS.

If you are not the point of contact, please provide the appropriate contact information. Your agency may elect to accept or decline the invitation by checking the appropriate box and signing the attached agency response form (Attachment B). If your agency elects to decline this invitation, please include the reason for declining with your agency's response to the lead federal agency. The response may be transmitted electronically to the Environmental Program Manager, Ms. Jeanette Mar, at jeanette.mar@dot.gov.

Thank you in advance for your consideration, we look forward to receiving your response to our invitation to serve as a participating agency. Please respond to this invitation no later than **April 26, 2018**. If you have any questions or need additional information, please contact Ms. Mar via email at jeanette.mar@dot.gov or via phone at (410) 779-7152.

Sincerely,

Gregory Murrill
Division Administrator

Attachments:
    A: Study Area Map
    B: Agency Response Form

cc: Ms. Caryn J. G. Brookman, MDOT SHA, P3 Environmental Manager
    Ms. Lisa B. Choplin, DBIA, MDOT SHA, P3 Director
    Mr. Jeff Folden, P.E, DBIA, MDOT SHA P3 Deputy Director
    Ms. Sarah Stokely, ACHP, Program Analyst

Milford Wayne Donaldson, FAIA
Chairman

Leonard A. Forsman
Vice Chairman

John M. Fowler
Executive Director



*Preserving America's Heritage*

May 22, 2018

Ms. Brandye Hendrickson
Acting Administrator
Federal Highway Administration
1200 New Jersey Ave S.E.
Washington, D.C. 20590

Ref:  *Environmental Impact Statement for the I-495 & I-270 Managed Lanes Study
Montgomery and Prince Georges County, Maryland
ACHPConnect Log Number: 12723*

Dear Ms. Hendrickson:

In response to a recent notification by the Federal Highway Administration (FHWA), in coordination with
the Maryland Department of Transportation State Highway Administration (MDOT SHA), the Advisory
Council on Historic Preservation (ACHP) will participate in consultation regarding the Section 106
review for the I-495 & I-270 Managed Lanes Study in Maryland. The ACHP understands that FHWA
will finalize a Programmatic Agreement with the consulting parties once a preferred alternative is
selected. Our decision to participate in this consultation is based on the *Criteria for Council Involvement
in Reviewing Individual Section 106 Cases*, contained within the regulations, "Protection of Historic
Properties" (36 CFR Part 800) implementing Section 106 of the National Historic Preservation Act. The
criteria are met for this proposed undertaking because the project could have substantial impacts on
important historic properties, and has the potential for presenting procedural problems.

Section 800.6(a)(1)(iii) of our regulations requires that we notify you, as the head of the agency, of our
decision to participate in consultation. By copy of this letter, we are also notifying Mr. Gregory Murrill,
FHWA Maryland Division Administrator, and Ms. Jeanette Mar, FHWA Maryland Division
Environmental Program Manager.

Our participation in this consultation will be handled by Sarah Stokely who can be reached at 202-517-
0224 or via e-mail at sstokely@achp.gov. We look forward to working with your agency and other
consulting parties to consider alternatives to this undertaking that could avoid, minimize, or mitigate
potential adverse effects on historic properties and to reach a resolution.

Sincerely,

John M. Fowler
Executive Director

ADVISORY COUNCIL ON HISTORIC PRESERVATION

401 F Street NW, Suite 308 • Washington, DC 20001-2637
Phone: 202-517-0200 • Fax: 202-517-6381 • achp@achp.gov • www.achp.gov

00005810

# MHT and DHR

00005811

Larry Hogan
Governor

Boyd K. Rutherford
Lt. Governor

Pete K. Rahn
Secretary

Gregory Slater
Administrator

**MDOT**

**MARYLAND DEPARTMENT
OF TRANSPORTATION**

**STATE HIGHWAY
ADMINISTRATION**

April 12, 2018

Ms. Elizabeth Hughes
State Historic Preservation Officer
Maryland Historical Trust
100 Community Place
Crownsville MD 21032-2023

Dear Ms. Hughes:

**Introduction and Study Description**

This letter serves to inform the Maryland Historical Trust (MHT) of the Maryland Department of
Transportation State Highway Administration's (MDOT SHA) proposed Study No. AW073A11,
I-495 & I-270 Managed Lanes Study (MLS). The study is the first element of a broader I-495 &
I-270 Public-Private Partnership (P3) Program which considers improvements along the entire
length of I-495 (Capital Beltway), as well as the entire length of I-270 (Dwight D. Eisenhower
Memorial Highway) up to I-70 in Frederick County, Maryland. The study limits of the initial
phase, the I-495 & I-270 MLS, encompass I-495 from south of the American Legion Bridge in
Fairfax County, Virginia, to east of the Woodrow Wilson Bridge and I-270 from I-495 north to I-
370, including the east and west I-270 spurs along I-495. The preliminary purpose of the MLS is
to accommodate existing traffic and long-term traffic growth, enhance trip reliability, and
improve travel choice on I-495 and I-270, within the study limits.

As a P3 study, design and construction will be undertaken by private sector concessionaires, who
will also be responsible for the ongoing operation of the improvements. Due to the nature of the
P3 study delivery structure, the precise nature of the improvements will not be determined until
the concessionaires have been selected and develop a solution that meets the goals of the study.

Due to the complexity of the undertaking and the design flexibility allowed by the P3 delivery
method, MDOT SHA expects Section 106 review to be completed through execution of a
Programmatic Agreement documenting assessment and resolution of effects to known properties
and providing protocols for evaluation and resolution of effects following advancement of
design.  MDOT SHA will ask FHWA to notify the Advisory Council on Historic Preservation
and invite their participation in the proposed Agreement.

**Preliminary Area of Potential Effects**

In developing a preliminary Area of Potential Effects (APE) for this study, MDOT SHA
considered possible visual, audible, atmospheric and/or physical effects to historic properties,

00005812

Ms. Elizabeth Hughes
Page Two

both archaeological sites and standing structures, that would diminish the integrity of any characteristics that would qualify a property for the National Register of Historic Places (NRHP).

Because the precise limits of disturbance are unknown, MDOT SHA has developed a Corridor Study Boundary (CSB), the envelope within which improvements may occur. The CSB is defined as a line extending 300 feet from the centerline on either side of I-495 and I-270 within the study limits, as shown in Attachment 1. MDOT SHA makes the assumption at this point that the CSB represents the area where direct effects to historic properties, including archaeological resources, may occur.

To capture anticipated direct and indirect effects, the preliminary APE encompasses the CSB and extends an additional 250 feet on either side, expanding farther at certain interchanges. The CSB and APE are preliminary and subject to change as more information about the I-495 & I-270 MLS study becomes available.

**Funding**

Federal funds are anticipated for this study.

**Identification Methods and Results**

Potentially significant architectural and archaeological resources will be researched as part of the historic investigation instigated by the proposed I-495 & I-270 MLS.

*Architecture*: The study area is located along I-495 from south of the Potomac River to I-270 in Montgomery County, and along I-270 between its confluence with I-495 to I-370 South of Gaithersburg. Within the study limits, I-495 and I-270 are multilane divided highway that form multiple large interchanges with Maryland highways. The surrounding areas include a range of residential, commercial, and office and industrial buildings constructed from the early twentieth century up to the present. Residential dwellings include single-family houses, multi-family apartments, and townhouse communities. Commercial properties are primarily auto-oriented shopping centers, and office and industrial uses are present individually and concentrated in single-use developments. The majority of buildings are single-family houses within residential subdivisions developed between 1950 and 1980.

North, east, and south of Washington, D.C., I-495 mainly passes through and between preexisting suburban neighborhoods constructed following World War II and those built concurrently with the highway into the 1960s. Later development appears primarily in Montgomery County along the western section of the Beltway and along the I-270 corridor.

A preliminary review of MHT's Medusa database, the Maryland Inventory of Historic Properties (MIHP), the Virginia Department of Historic Resources' V-CRIS database, and property tax data has identified 35 NRHP listed or eligible properties within the APE. The APE also includes 18

Ms. Elizabeth Hughes
Page Three

properties that are listed in the MIHP but have not been evaluated for NRHP eligibility. One eligible property within the APE, the WMAL Transmittal Property (M: 30-24), was demolished in 2017. A list of eligible and unevaluated resources within the APE is provided as Attachment 2.

In addition, under Section 106 of the National Historic Preservation Act of 1966, buildings that are 50 years of age qualify to be considered for inclusion in the National Register of Historic Places (NRHP). In consideration of the study schedule, MDOT SHA intends to evaluate resources within the APE that were constructed in or prior to 1978 for NRHP eligibility to account for resources that may become eligible during the course of construction.

MDOT SHA will develop an addendum to the existing *Suburbanization Historic Context and Survey Methodology* (KCI Technologies, Inc., 2000) which covers suburban development in Montgomery and Prince George's counties up to 1960, to provide guidance for evaluating resources constructed after 1960.

As the study develops and details regarding the study limits and CSB are finalized, MDOT SHA will revise the APE accordingly and determine the extent of affected properties. MDOT SHA looks forward to coordinating with MHT and other consulting parties on this study.

*Archaeology*: The archaeology survey area is defined as the CSB, and is subject to change. MDOT SHA prepared a preliminary archaeological assessment, which identified 48 archaeological sites have been recorded in or within 250 m of the current archaeology survey area.

As part of the prior I-495 Capital Beltway Managed Lanes Project, the Capital Beltway was surveyed by Diamante et al. (2008), who tested two previously recorded sites and identified 9 archaeological sites and 10 isolated finds. One of two previously identified sites and one of nine newly identified archaeological sites were recommended for further archaeological investigations that did not occur at that time.

Within the archaeology survey area, the preliminary assessment identified at least 49 discrete areas that appear to be undisturbed and warrant additional archaeological investigation (including inaccessible parcels identified by Diamante et al. 2008). Stormwater, wetland, reforestation, and other environmental stewardship and mitigation sites have not yet been identified, and additional areas requiring archaeological survey may be identified as the study is refined. In addition, the following archaeological resources may require further archaeological investigations; MDOT SHA will consult with MHT and appropriate consulting parties as we develop the scope of work for these resources.

- Previously recorded Site 18MO514 is within the National Register listed National Park Seminary Historic District (M:36-01) and determination of the eligibility of its archaeological component was beyond the scope of the investigation by Diamante et al. (2008).

00005814

Ms. Elizabeth Hughes
Page Four

- Site 18PR750 may be eligible for the National Register of Historic Places and Phase II testing is warranted to evaluate significance.
- The Montgomery County Poor Farm (18MO514) along I-270 should be evaluated for the possible presence of human remains associated with the cemetery.
- The Walker Family Cemetery (PG:67-3), located along the Capital Beltway immediately south of MD 201, is part of the NRHP listed Greenbelt Historic District.
- The C&O Canal National Historic Park (NR-12), including Canal Locks 12 through 14, is a National Historic Landmark property.

MDOT SHA will continue to consult with MHT and other consulting parties as the study evolves.

**Review Request**

Please examine the attached APE map (**Attachment 1**). We request your comments by May 11, 2018 on MDOT SHA's proposed I-495 and I-270 MLS. By carbon copy, we are inviting the relevant agencies, local government representatives, and historic groups (Attachment 3) to provide comments and participate in the Section 106 process. Federally recognized tribes will also be invited to consult.

MDOT SHA also looks forward to coordination with the Virginia Department of Transportation and the Virginia Department of Historical Resources for the portion of the study within Virginia jurisdiction.

Pursuant to the requirements of the implementing regulations found at 36 CFR Part 800, MDOT SHA seeks the attached parties' assistance in identifying historic preservation issues as they relate to this specific study (see 36 CFR §800.2(c)(3) and (5), and §800.3(f) for information regarding the identification and participation of consulting parties, and §800.4, and §800.5 regarding the identification of historic properties and assessment of effects). For additional information regarding the Section 106 regulations, see the Advisory Council on Historic Preservation's website, www.achp.gov, or contact MDOT SHA or MHT. If you do not wish to consult on this study, please notify MDOT SHA.

MDOT SHA proposes to hold a consulting parties kickoff meeting at 11 a.m. on May 3, 2018 at the P3 Study Office located at 601 N. Calvert Street in Baltimore and invites all consulting parties to attend. If you are unable to attend the meeting but wish to receive information, please feel free to contact MDOT SHA using the contact information below.

Please contact Cultural Resources Team Leader Steve Archer (410-545-8508 or email sarcher@sha.state.md.us) for general questions about the Section 106 process for this study. Matt Manning may be reached at 410-545-8560 (or via email at MManning@sha.state.md.us) with questions regarding standing structures, and Richard Ervin may be reached at 410-545-2878 (or via email at rervin@sha.state.md.us) with concerns regarding archaeology.

Ms. Elizabeth Hughes
Page Five

Sincerely,

Digitally signed by Steve Archer
DN: cn=Steve Archer,
o=Maryland State Highway
Administration, ou=Cultural
Resources Section/
Environmental Planning
Division,
email=SArcher@sha.state.md.us,
c=US

_for_ Julie M. Schablitsky
Assistant Division Chief
Environmental Planning Division

Attachments

cc:

Ms. Julie Langan, Virginia State Historic Preservation Officer
Ms. Jeanette Mar, Environmental Manager, FHWA
Lisa B. Choplin, DBIA, Director, I-495 & I-270 P3 Office, MDOT SHA
Jeffrey Folden, P.E., DBIA, Deputy Director, I-495 & I-270 P3 Office, MDOT SHA (w/
    Attachments)
Ms. Caryn Brookman, Environmental Manager, I-495 & I-270 P3 Office, MDOT SHA
Mr. Steve Archer, MDOT SHA-EPLD
Mr. Richard Ervin, MDOT SHA-EPLD
Mr. Matt Manning, MDOT SHA-EPLD

2018021ST

F
FHWA
TJT/
EJC

## Concurrence with the MD State Highway Administration's
## Area of Potential Effects

**Project Number:**   **AW073A11**          **MHT Log No.** 201802131
**Project**       I-495 & I-270 Managed Lanes Study
**County:**       Montgomery and Prince George's
**Letter Date:**   **April 16, 2018**

The Maryland Historical Trust has reviewed the documentation attached to the referenced letter and concurs with the MD State Highway Administration's determinations as follows:

**Appropriate Area of Potential Effects** (Attachment 1)
     ☒   Concur
     [ ]   Do Not Concur

**Eligibility** (as noted in the Eligibility Table [N/A]):
     [ ]   Concur
     [ ]   Do Not Concur

**Effect** (as noted in the Effects Table [N/A]):
     [ ]   No Properties Affected
     [ ]   No Adverse Effect
     [ ]   Conditioned upon the following action(s) (see comments below)
     [ ]   Adverse Effect

**Comments:**

By: _____          5/7/18
     MD State Historic Preservation Office/        Date
     Maryland Historical Trust

Return by U.S. Mail or Facsimile to:
Dr. Julie M. Schablitsky, Assistant Division Chief, Environmental Planning Division,
MD State Highway Administration, P.O. Box 717, Baltimore, MD 21203-0717
Telephone: 410-545-8870 and Facsimile: 410-209-5046
A-Proj #x Ervin/Manning

Cc:   Ervin
     Manning
     Brookman



**MARYLAND DEPARTMENT
OF TRANSPORTATION**

**STATE HIGHWAY
ADMINISTRATION**

Larry Hogan
Governor

Boyd K. Rutherford
Lt. Governor

Pete K. Rahn
Secretary

Gregory Slater
Administrator

August 8, 2018

Ms. Elizabeth Hughes
State Historic Preservation Officer
Maryland Historical Trust
100 Community Place
Crownsville MD 21032-2023

Dear Ms. Hughes:

This letter serves to inform the Maryland Historical Trust (MHT) of the completion the enclosed *Archaeological and Historic Architectural Gap Analysis and Assessment* (Gap Analysis) associated with Study No. AW073A11, I-495 & I-270 Managed Lanes Study (MLS). The MLS is the first element of a broader I-495 & I-270 Public-Private Partnership (P3) Program which considers improvements along the entire length of I-495 (Capital Beltway), as well as the entire length of I-270 (Dwight D. Eisenhower Memorial Highway) up to I-70 in Frederick County, Maryland. MDOT SHA notified MHT of the study in an initiation letter dated April 12, 2018.

The Gap Analysis provides an inventory of recorded historical resources within the study area and identifies unsurveyed areas requiring archaeological investigation and architectural resources constructed in or before 1978. The Gap Analysis does not include cultural resources along the Virginia segment of the I-495 & I-270 MLS. The Virginia Department of Transportation will address inventory of historic properties for both archaeology and historic architecture in Virginia as part of the agency's ongoing project to extend the American Legion Memorial Bridge High Occupancy Toll (HOT) Lanes to the George Washington Parkway.

MDOT SHA's archaeological gap analysis identified 54 previously unsurveyed areas totaling 268 acres. Of those areas, 37 are recommended for full Phase I archaeological survey, and 17 are recommended for limited archaeological survey to assess integrity.

The architectural analysis identified 33 previously recorded National Register of Historic Places (NRHP)-eligible historic properties, including 11 that are listed on the NRHP. A total of 288 newly identified resources encompassing buildings, districts, parks, and linear resources, require evaluation for NRHP eligibility. MDOT SHA will evaluate these properties using a combination of regular Determination of Eligibility (DOE) forms, short forms, and MIHP Addendum forms.

Although not addressed in the gap analysis, MDOT SHA will work with consulting parties to identify any additional historic property types such as traditional cultural properties (TCPs) or cultural landscapes, as the project moves forward.

00005818

Ms. Elizabeth Hughes
Page Two

In the interest of streamlining and reducing costs to the state in the documentation of the
numerous architectural resources, MDOT SHA proposes using the I-495 & I-270 MLS as a pilot
to submit DOE forms without archival prints. Digital photos will include labels generated in
white space below the image, as shown in the attached example (Attachment 2). This format
ensures the legibility of photo labels. This digital labeling method meets National Park Service
standards and has been accepted by the Virginia and Delaware SHPOs. MDOT SHA will
maintain the original digital photos in TIFF format should MHT later request archival prints.

Please examine the attached Archaeological and Historic Architectural Gap Analysis and
Assessment (Attachment 1). We request your comments by September 8, 2018 on MDOT
SHA's Gap Analysis for the I-495 & I-270 MLS, and MHT's response regarding photo standards
and labeling. Please contact Matt Manning at 410-545-8560 (or via email at
MManning@sha.state.md.us) with questions regarding standing structures for this project.
Richard Ervin may be reached at 410-545-2878 (or via email at RErvin@sha.state.md.us) with
concerns regarding archaeology.

Sincerely,

Digitally signed by Steve Archer
DN: cn=Steve Archer, o=Maryland
State Highway Administration,
ou=Cultural Resources Section/
Environmental Planning Division,
email=SArcher@sha.state.md.us,
c=US

Julie M. Schablitsky
for  Assistant Division Chief
Environmental Planning Division

Attachments

cc:    Ms. Caryn Brookman, Environmental Manager, I-495 & I-270 P3 Office, MDOT SHA
       Ms. Lisa B. Choplin, Project Manager, I-495 & I-270 P3 Office, MDOT SHA
       Mr. Steve Archer, MDOT SHA-EPLD
       Mr. Richard Ervin, MDOT SHA-EPLD
       Mr. Matt Manning, MDOT SHA-EPLD
       Dr. Julie Schablitsky, MDOT SHA-EPLD

00005819



**MARYLAND DEPARTMENT
OF TRANSPORTATION**

**STATE HIGHWAY
ADMINISTRATION**

Larry Hogan
*Governor*

**Boyd K. Rutherford**
Lt. Governor

**Pete K. Rahn**
Secretary

**Gregory Slater**
Administrator

October 19, 2018

Ms. Elizabeth Hughes
State Historic Preservation Officer
Maryland Historical Trust
100 Community Place
Crownsville MD  21032-2023

Dear Ms. Hughes:

This letter serves to inform the Maryland Historical Trust (MHT) of the completion the enclosed *Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties, Maryland* (Context Addendum) and Batch 1 of the standing structures eligibility determinations associated with Study No. AW073A11, I-495 & I-270 Managed Lanes Study (MLS). The MLS is the first element of a broader I-495 & I-270 Public-Private Partnership (P3) Program which considers improvements along the entire length of I-495 (Capital Beltway), as well as the entire length of I-270 (Dwight D. Eisenhower Memorial Highway) up to I-70 in Frederick County, Maryland. MDOT SHA provided MHT with the Gap Analysis and Area of Potential Effects (APE) associated with the study in a letter dated August 8, 2018.

The Context Addendum supplements the original 1999 *Suburbanization Historic Context and Survey Methodology* prepared by KCI Technologies, Inc., and describes historical trends, property types, and significance assessment considerations for properties dating from the 1960-1980 period in Montgomery and Prince George's counties.

Batch 1 of MDOT SHA's historic architecture evaluations includes 15 resources within the MLS Study APE that were previously identified in the Maryland Inventory of Historic Properties. These resources were evaluated using 11 Determination of Eligibility (DOE) forms and 4 MIHP Addendum forms. MDOT SHA has determined that none of the properties evaluated in Batch 1 is eligible for eligible for the National Register of Historic Places (NRHP).

DOE Forms

| | |
|---|---|
| M: 26-10-56 | Reiche Cottage Stone House |
| M: 26-52 | 626 Great Falls Road |
| M: 29-42 | Stoneyhurst Quarries |
| M: 30-17 | Montgomery Bean House |
| M: 36-38 | Forest Grove Neighborhood |
| M: 36-71 | Montgomery Hills Baptist Church |
| PG:69-000 | New Carrollton |
| PG:76A-31 | John and Marie Darcey Houses |

00005820

Ms. Elizabeth Hughes
Page Two

PG:76A-30    Linda Holmes House
PG:71A-54    Baltimore and Potomac RR, Washington City Branch District
PG:LAU-29    Baltimore and Ohio RR, Washington Branch District

MIHP Addendum Forms
M: 30-24     WMAL Transmitter Property
PG:73-22     4509 Jefferson Street
PG:73-23     8906 Ardwick-Ardmore Road
PG:73-24     4403 Jefferson Street

The Batch 1 submittal includes printed forms for each resource and an archival DVD with digital photographs and PDF copies of the forms. MDOT SHA will provide an Access database with the final batch submittal, scheduled between March and June 2019, that includes all properties evaluated for the I-495 & I-270 MLS.

Please examine the attached Context Addendum (Attachment 1), Batch 1 (Attachment 2), and Eligibility Table (Attachment 3). We request your comments by November 24, 2018, on MDOT SHA's Context Addendum. We also request your concurrence with MDOT SHA's Batch 1 eligibility determinations. Please contact Matt Manning at 410-545-8560 (or via email at MManning@sha.state.md.us) with questions regarding standing structures for this project. Richard Ervin may be reached at 410-545-2878 (or via email at RErvin@sha.state.md.us) with concerns regarding archaeology.

Sincerely,

Digitally signed
by Steve Archer
Adobe Acrobat
version:
2017.011.30105

for Julie M. Schablitsky
Assistant Division Chief
Environmental Planning Division

Attachments

cc:    Ms. Jeanette Mar, FHWA
       Ms. Lisa B. Choplin, Project Manager, I-495 & I-270 P3 Office, MDOT SHA
       Mr. Steve Archer, MDOT SHA-EPLD
       Mr. Richard Ervin, MDOT SHA-EPLD
       Mr. Matt Manning, MDOT SHA-EPLD
       Dr. Julie Schablitsky, MDOT SHA-EPLD

*Eligibility/Status Table*

Attachment #3

**Project Name:**　　　　　　　　　　　　　　　　　　　　**October 18, 2018**

| Resource | Type | SHA NR Det. | SHPO Opinion | Attach. | Remarks |
|---|---|---|---|---|---|
| M: 26-10-56 | Reiche Cottage Stone House | S | X | Req. 11/2018 | 2 | DOE |
| M: 26-52 | 626 Great Falls Road | S | X | Req. 11/2018 | 2 | DOE |
| M: 29-42 | Stoneyhurst Quarries | S | X | Req. 11/2018 | 2 | DOE |
| M: 30-17 | Montgomery Bean House | S | X | Req. 11/2018 | 2 | DOE |
| M: 36-38 | Forest Grove Neighborhood | HD | X | Req. 11/2018 | 2 | DOE |
| M: 36-71 | Montgomery Hills Baptist | S | X | Req. 11/2018 | 2 | DOE |
| PG:69-000 | New Carrollton | HD | X | Req. 11/2018 | 2 | DOE |
| PG:76A-31 | John and Marie Darcey Houses | S | X | Req. 11/2018 | 2 | DOE |
| PG:76A-30 | Linda Holmes House | S | X | Req. 11/2018 | 2 | DOE |
| M: 30-24 | WMAL Transmitter Property | S | X | Req. 11/2018 | 2 | Addendum – demolished; NR 2000 |
| PG:73-22 | 4509 Jefferson Street | S | X | Req. 11/2018 | 2 | Addendum |
| PG:73-23 | 8906 Ardwick-Ardmore Road | S | X | Req. 11/2018 | 2 | Addendum |
| PG:73-24 | 4403 Jefferson Street | S | X | Req. 11/2018 | 2 | Addendum |

**Codes:**

Resource Types:  S (Structure), A (Archeological Site), HD (Historic District), NHL (National Historic Landmark)
NR Determination:  ND (Not Determined), X (Not Determined), X (Not Eligible), NR (Eligible), NRL (Listed), NHL (Landmark)
SHPO Opinion: (B) designates opinion regarding boundary. Code following date signifies SHPO opinion
**Bold** rows indicate review action requested



MARYLAND DEPARTMENT OF

PLANNING
MARYLAND HISTORICAL TRUST

Larry Hogan, Governor
Boyd Rutherford, Lt. Governor

Robert S. McCord, Secretary

November 27, 2018

Dr. Julie M. Schablitsky
MDOT State Highway Administration
707 North Calvert Street
Baltimore, MD 21202

Re:    I-495 & I-270 Managed Lanes Study
       Montgomery and Prince George's Counties
       MDOT SHA Study No. AW073A11

Dear Dr. Schablitsky:

Thank you for providing the Maryland Historical Trust (Trust), the Maryland State Historic Preservation Office, with an opportunity to review the draft *Archaeological and Historic Architectural Gap Analysis and Assessment* (Gap Analysis) and the draft *Suburbanization Historic Context Addendum (1961-1980)* (MDOT 2018) prepared for the above-referenced undertaking. We would like to acknowledge the vast amount of research and field work conducted to compile a thorough historical context for this complex project area. We believe this work will facilitate project planning, future intensive survey efforts and the eventual development of a Programmatic Agreement (PA). We are providing our specific comments on the two draft reports in accordance with Section 106 of the National Historic Preservation Act.

Comments on the Gap Analysis: Trust staff reviewed the following document, *Archaeological and Historic Architectural Gap Analysis and Assessment* (July 2018) prepared by RK&K for MDOT SHA. Also, we met with MDOT SHA staff on April 18, 2018 to discuss the project's methodology. In general, we believe that the document proposes a reasonable and appropriate level of effort to complete the identification of historic and archeological properties within the current area of potential effects (APE), given the project scope and concentration of possible resources in the area. We have a few minor comments on the identification strategy. For the archeology efforts, we encourage team to utilize the Maryland Archeological Synthesis Project data to assist in developing defensible evaluations of National Register eligibility and placing sites within a broader context by region or site type. For architecture, the Trust does not recommend the survey and evaluation of electrical infrastructure. There is no need to evaluate the two linear power transmission lines with the project's APE.

Comments on the *Suburbanization Historic Context Addendum (1961-1980)*: As mentioned above, this historic context addendum provides valuable information and insight into mid-twentieth century development trends within Maryland and will serve as a useful tool in the evaluation of the historic built environment for this study.

The context presents a comprehensive discussion of overall mainstream suburban development trends. However, the context should include further analysis of national and local trends, such as the sweeping authority of federal housing regulations and the suburban experience of local historically marginalized populations. For example, we learned that much of Maryland's suburban built environment in the mid-twentieth century was shaped by increasing influence of government regulators and planners at the federal, state and local levels. This context report excels when discussing the specific governmental policies and programs that affected development trends and directly impacted the physical character and social composition of communities during the period. This discussion could benefit from additional

00005823

Dr. Julie Schablitsky
I-495 & I-270 Managed Lanes Study
Page 2 of 2

examination of how these laws directly influenced settlement patterns and the appearance of our suburban landscape. Most importantly, the report should include examples of how this phenomenon is expected to be represented in the local built environment.

The context addendum is a valuable tool for identifying historic properties within Maryland's ubiquitous mid-twentieth century suburban landscape. As additional knowledge is gained through fieldwork and research, we hope that the discussion of expected resource types and significance assessments can be further refined to provide examples and greater specificity. It would be helpful to identify the earliest examples of resource types and the anticipated construction date ranges for building types. Also, how is the suburban experience of historically excluded and marginalized groups manifested in the built environment? This information will aid in the identification of properties with the potential for representing important themes within this context report.

We look forward to ongoing coordination with MDOT SHA, FHWA, and the other consulting parties moving forward with implementation and review of the survey and evaluation efforts. Given the magnitude of survey efforts and level of consulting party involvement in the project, we strongly advocate that MDOT SHA provide the opportunity for consulting parties to view and provide input on the identification results concurrent with review by the Trust.

If you have questions or need further assistance, please contact Tim Tamburrino (for historic structures) at tim.tamburrino@maryland.gov / 410-697-9589 or Beth Cole (for archeology) at beth.cole@maryland.gov / 410-697-9541. Thank you for providing us this opportunity to comment.

Sincerely,

Elizabeth Hughes
Director/State Historic Preservation Officer

EH/BC/TJT/201804336&201805587
cc:    Caryn Brookman (SHA)
       Jeanette Masr (FHWA)
       Rebeccah Ballo (Montgomery County Planning)
       Joey Lampl (Montgomery County Parks)
       Sarah Rogers (Heritage Tourism Alliance of Montgomery County, Inc.)
       Howard Berger (Prince George's County Planning Department)
       Aaron Marcavitch (Anacostia Trails Heritage Area, Inc.)

MARYLAND DEPARTMENT OF

# PLANNING
MARYLAND HISTORICAL TRUST

Larry Hogan, Governor

Boyd Rutherford, Lt. Governor

Robert S. McCord, Secretary

December 21, 2018

Dr. Julie M. Schablitsky
MDOT State Highway Administration
707 North Calvert Street
Baltimore, MD 21202

Re:     I-495 & I-270 Managed Lanes Study
        Historic Structures Investigations – Determination of Eligibility Forms ("Batch 1")
        Montgomery and Prince George's Counties
        MDOT SHA Study No. AW073A11

Dear Dr. Schablitsky:

Thank you for providing the Maryland Historical Trust (Trust), the Maryland State Historic Preservation Office, with an opportunity to review the Determination of Eligibility (DOE) Forms produced for the above-referenced undertaking. The Trust has reviewed the materials as part of our ongoing consultation for this undertaking, pursuant to Section 106 of the National Historic Preservation Act of 1966, as amended. We offer the following comments and recommendations regarding the historic structures investigations.

Trust staff reviewed the Determination of Eligibility (DOE) Forms prepared by Dovetail Cultural Resources Group and RK&K LLP on behalf of the Maryland Department of Transportation State Highway Administration (MDOT SHA). MDOT SHA's submittal of 9 DOE forms and 4 MIHP Addenda represents the first batch of historic structure investigations for the current I-495 & I-270 Managed Lanes Study planning study. Our comments regarding the eligibility of historic properties for listing in the National Register of Historic Places (National Register) are provided below.

The following properties are <u>not eligible</u> for listing in the National Register:
MIHP No. M: 26-10-56 Reiche Cottage Stone House
MIHP No. M: 26-52      626 Great Falls Road
MIHP No. M: 29-42      Stoneyhurst Quarries
MIHP No. M: 30-17      Montgomery Bean House
MIHP No. M: 36-38      Forest Grove Neighborhood
MIHP No. M: 36-71      Montgomery Hills Baptist Church
MIHP No. PG:69-000     New Carrollton
MIHP No. PG:76A-31     John and Marie Darcey Houses
MIHP No. PG:76A-30     Linda Holmes House

We look forward to ongoing consultation with MDOT SHA and other involved parties to successfully complete the Section 106 review of the Managed Lanes Study as project planning progresses.

Dr. Julie Schablitsky
I-495 & I-270 Managed Lanes Study
Page 2 of 2

If you have questions or need further assistance, please contact Tim Tamburrino (for historic structures) at tim.tamburrino@maryland.gov / 410-697-9589 or me (for archeology) at beth.cole@maryland.gov / 410-697-9541. Thank you for providing us this opportunity to comment.

Sincerely,

Beth Cole

Beth Cole
Administrator, Project Review & Compliance

EH/BC/TJT/201805587
cc:     Caryn Brookman (SHA)
        Jeanette Masr (FHWA)
        Rebeccah Ballo (Montgomery County Planning)
        Joey Lampl (Montgomery County Parks)
        Sarah Rogers (Heritage Tourism Alliance of Montgomery County, Inc.)
        Howard Berger (Prince George's County Planning Department)
        Aaron Marcavitch (Anacostia Trails Heritage Area, Inc.)

00005826



**MARYLAND DEPARTMENT
OF TRANSPORTATION**

**STATE HIGHWAY
ADMINISTRATION**

Larry Hogan
Governor

Boyd K. Rutherford
Lt. Governor

Pete K. Rahn
Secretary

Gregory Slater
Administrator

December 7, 2018

Ms. Elizabeth Hughes
State Historic Preservation Officer
Maryland Historical Trust
100 Community Place
Crownsville MD  21032-2023

Dear Ms. Hughes:

This letter serves to inform the Maryland Historical Trust (MHT) of the completion of Batch  2
of the standing structures eligibility determinations associated with Study No. AW073A11, I-495
& I-270 Managed Lanes Study (MLS). The MLS is the first element of a broader I-495 & I-270
Public-Private Partnership (P3) Program which considers improvements along the entire length
of I-495 (Capital Beltway), as well as the entire length of I-270 (Dwight D. Eisenhower
Memorial Highway) up to I-70 in Frederick County, Maryland.

Please see Attachment 1 for a list of the properties included in this batch submittal and a
summary of MDOT SHA's eligibility findings. MDOT SHA has determined that    9  of the 16
properties evaluated in this submittal are eligible for the National Register of Historic Places
(NRHP).

This batch submittal includes printed forms for each resource and an archival disc with digital
photographs and PDF copies of the forms. MDOT SHA will provide an Access database with the
final batch submittal, scheduled between March and June 2019, that includes all properties
evaluated for the I-495 & I-270 MLS.

Please examine the attached Eligibility Table (Attachment 1) and batch submittal (Attachment
2). We request your concurrence with MDOT SHA's Batch  2  eligibility determinations
by  January 7, 2019 . Please contact Matt Manning at 410-545-8560 (or via email at
MManning@sha.state.md.us) with questions regarding standing structures for this project.
Richard Ervin may be reached at 410-545-2878 (or via email at RErvin@sha.state.md.us) with
concerns regarding archaeology.

00005827

Ms. Elizabeth Hughes
Page Two

Sincerely,

Digitally signed by
Steve Archer
Adobe Acrobat
version:
2017.011.30106

Julie M. Schablitsky
*for* Assistant Division Chief
Environmental Planning Division

Attachments

cc:    Ms. Jeanette Mar, FHWA
       Ms. Lisa B. Choplin, Project Manager, I-495 & I-270 P3 Office, MDOT SHA
       Mr. Steve Archer, MDOT SHA-EPLD
       Mr. Richard Ervin, MDOT SHA-EPLD
       Mr. Matt Manning, MDOT SHA-EPLD
       Dr. Julie Schablitsky, MDOT SHA-EPLD

*Eligibility Table*

Attachment #1

**Project Name: I-495 & I-270 MLS - Batch 2**                                                                          December 7, 2018

| MIHP | Resource Name | Type | SHA NR Det. | SHPO Opinion | Attach. | Remarks |
|------|---------------|------|-------------|--------------|---------|---------|
| M: 21-281 | **Londonderry Apartments and Towers** | HD | X | Req. 1/2019 | 2 | DOE |
| M: 26-71 | **Woodley Gardens** | HD | NR | Req. 1/2019 | 2 | DOE |
| M: 26-72 | **70-S Industrial Park** | HD | X | Req. 1/2019 | 2 | DOE |
| M: 26-72-1 | **Ward Building** | S | NR | Req. 1/2019 | 2 | DOE |
| M: 29-59-1 | **Greenfield House** | S | X | Req. 1/2019 | 2 | DOE |
| M: 29-69 | **Olde Carderock** | HD | X | Req. 1/2019 | 2 | DOE |
| M: 30-38 | **Academy Woods** | HD | NR | Req. 1/2019 | 2 | DOE |
| M: 30-39 | **Grosvenor Park** | HD | NR | Req. 1/2019 | 2 | DOE |
| M: 30-40 | **Marriott International Corporate Headquarters**\*\* | S | NR | Req. 1/2019 | 2 | DOE |
| M: 31-71 | **Washington, DC Temple (Church of Jesus Christ of Latter-Day Saints)** | S | NR | Req. 1/2019 | 2 | DOE |
| M: 35-193 | **The Promenade** | S | X | Req. 1/2019 | 2 | DOE |
| PG:LAU-29 | **Baltimore and Ohio (B&O) Railroad, Washington Branch** | S | NR | Req. 1/2019 | 2 | DOE |
| PG:70-101 | **Gould Building** | S | X | Req. 1/2019 | 2 | DOE |
| PG:71A-54 | **Baltimore & Potomac Railroad, Washington City Branch (Pennsylvania Railroad, Baltimore and Potomac Division)** | S | NR | Req. 1/2019 | 2 | DOE |
| PG:72-26 | **Town of Glenarden** | HD | NR | Req. 1/2019 | 2 | DOE |
| PG:73-26 | **Town of Glenarden** | HD | NR | Req. 1/2019 | 2 | DOE |
| PG:76A-60 | **National Oceanic and Atmospheric Administration (NOAA) World Weather Building** | S | X | Req. 1/2019 | 2 | DOE |

**Codes:**
Resource Types:  S (Structure), A (Archeological Site), HD (Historic District), NHL (National Historic Landmark)
NR Determination:  ND (Not Determined), X (Not Eligible), NR (Eligible), NRL (Listed), NHL (Landmark)
SHPO Opinion: (B) designates opinion regarding boundary, Code following date signifies SHPO opinion
**Bold** rows indicate review action requested
\*\*Although construction began in 1978, Marriott HQ was not opened until early 1979. For the purposes of evaluation, MDOT SHA considers this building to fall within the 40 year period identified in the Gap Analysis.



MARYLAND DEPARTMENT OF

# PLANNING
MARYLAND HISTORICAL TRUST

Larry Hogan, Governor

Boyd Rutherford, Lt. Governor

Robert S. McCord, Secretary

Sandy Schrader, Deputy Secretary

February 22, 2019

Dr. Julie M. Schablitsky
MDOT State Highway Administration
707 North Calvert Street
Baltimore, MD 21202

Re:   I-495 & I-270 Managed Lanes Study
      Historic Structures Investigations – Determination of Eligibility Forms ("Batch 2")
      Montgomery and Prince George's Counties
      MDOT SHA Study No. AW073A11

Dear Dr. Schablitsky:

Thank you for providing the Maryland Historical Trust (Trust), the Maryland State Historic Preservation Office, with an opportunity to review the Determination of Eligibility (DOE) Forms produced for the above-referenced undertaking. The Trust has reviewed the materials as part of our ongoing consultation for this undertaking, pursuant to Section 106 of the National Historic Preservation Act of 1966, as amended. We offer the following comments and recommendations regarding the historic structures investigations.

Trust staff reviewed the Determination of Eligibility (DOE) Forms prepared by Dovetail Cultural Resources Group and RK&K LLP on behalf of the Maryland Department of Transportation State Highway Administration (MDOT SHA). MDOT SHA's submittal of 16 DOE forms represents the second batch of historic structure investigations for the current I-495 & I-270 Managed Lanes Study. Our comments regarding the eligibility of historic properties for listing in the National Register of Historic Places (National Register) are provided below.

The Trust concurs with MDOT SHA that the following properties are <u>eligible</u> for listing in the National Register:
MIHP No. M: 26-71     Woodley Gardens
MIHP No. PG:LAU-29 Baltimore & Ohio Railroad, Washington Branch
MIHP No. PG:71A-54  Baltimore & Potomac Railroad, Washington City Branch
MIHP No. PG:72-26    Town of Glenarden

As you know, the National Register Criteria for Evaluation exclude properties that achieved significance within the past fifty years unless they are of exceptional importance, and therefore, meet National Register Criteria Consideration G. Several of the properties evaluated within Batch 2 of this study are less than fifty years old and do not meet the requirements of Criteria Consideration G. However, these properties will reach or surpass the fifty-year age threshold during the duration of the undertaking and they represent important themes identified in the *Suburbanization Historic Context Addendum (1961-1980)* (MDOT 2018). Therefore, we concur with MDOT SHA that the following properties will be treated as National Register-eligible solely for the purposes of the I-495 & I-270 Managed Lanes Study:

00005830

Dr. Julie Schablitsky
I-495 & I-270 Managed Lanes Study
Page 2 of 2

MIHP No. M: 26-72-1   Ward Building
MIHP No. M: 30-38     Academy Woods
MIHP No. M: 30-39     Grosvenor Park
MIHP No. M: 31-71     Washington DC Temple

The Trust concurs with MDOT SHA that the following properties are <u>not eligible</u> for listing in the National Register:

MIHP No. M: 21-281    Londonderry Apartments and Towers
MIHP No. M: 26-72     70-S Industrial Park
MIHP No. M: 29-59-1   Greenfield House
MIHP No. M: 29-69     Olde Carderock
MIHP No. M: 35-193    The Promenade
MIHP No. PG:70-101    Gould Building
MIHP No. PG:76A-60    NOAA World Weather Building

MIHP No. M: 30-40     Marriott International Corporate Headquarters – The Trust does not concur with MDOT SHA's recommendation that this property is eligible for the National Register under Criterion C. The property primarily reflects an expansion of the facility during the mid-1980s. Since the majority of the property will not reach the fifty-year age threshold during the project planning study, it is the Trust's opinion that the property is not eligible for the National Register.

We look forward to ongoing consultation with MDOT SHA and other involved parties to successfully complete the Section 106 review of the Managed Lanes Study as project planning progresses. If you have questions or need further assistance, please contact Tim Tamburrino (for historic structures) at tim.tamburrino@maryland.gov or Beth Cole (for archeology) at beth.cole@maryland.gov. Thank you for providing us this opportunity to comment.

Sincerely,

*Elizabeth Hughes*
Elizabeth Hughes
Director/State Historic Preservation Officer

EH/BC/TJT/201806345
cc:   Caryn Brookman (SHA)
      Jeanette Masr (FHWA)
      Rebeccah Ballo (Montgomery County Planning)
      Joey Lampl (Montgomery County Parks)
      Sarah Rogers (Heritage Tourism Alliance of Montgomery County, Inc.)
      Howard Berger (Prince George's County Planning Department)
      Aaron Marcavitch (Anacostia Trails Heritage Area, Inc.)



Larry Hogan
Governor

Boyd K. Rutherford
Lt. Governor

Pete K. Rahn
Secretary

Gregory Slater
Administrator

**MARYLAND DEPARTMENT
OF TRANSPORTATION**

**STATE HIGHWAY
ADMINISTRATION**

January 7, 2019


Ms. Elizabeth Hughes
State Historic Preservation Officer
Maryland Historical Trust
100 Community Place
Crownsville MD  21032-2023

Dear Ms. Hughes:

This letter serves to inform the Maryland Historical Trust (MHT) of the completion of Batch 3 of
the standing structures eligibility determinations associated with Study No. AW073A11, I-495 &
I-270 Managed Lanes Study (MLS). The MLS is the first element of a broader I-495 & I-270
Public-Private Partnership (P3) Program which considers improvements along the entire length
of I-495 (Capital Beltway), as well as the entire length of I-270 (Dwight D. Eisenhower
Memorial Highway) up to I-70 in Frederick County, Maryland.

Please see Attachment 1 for a list of the properties included in this batch submittal and a
summary of MDOT SHA's eligibility findings. MDOT SHA has determined that 4 of the 18
properties evaluated in this submittal are eligible for the National Register of Historic Places
(NRHP).

This batch submittal includes printed forms for each resource and an archival disc with digital
photographs and PDF copies of the forms. MDOT SHA will provide an Access database with the
final batch submittal, scheduled between March and June 2019, that includes all properties
evaluated for the I-495 & I-270 MLS.

Please examine the attached Eligibility Table (Attachment 1) and batch submittal (Attachment
2). We request your concurrence with MDOT SHA's Batch 3 eligibility determinations by
February 7, 2019. Please contact Matt Manning at 410-545-8560 (or via email at
MManning@sha.state.md.us) with questions regarding standing structures for this project.
Richard Ervin may be reached at 410-545-2878 (or via email at RErvin@sha.state.md.us) with
concerns regarding archaeology.

00005832

Ms. Elizabeth Hughes
Page Two


Sincerely,

Digitally signed by
Steve Archer
Adobe Acrobat
version:
2017.011.30110

*for* Julie M. Schablitsky
Assistant Division Chief
Environmental Planning Division


Attachments


cc:    Ms. Jeanette Mar, FHWA
       Ms. Lisa B. Choplin, Project Manager, I-495 & I-270 P3 Office, MDOT SHA
       Mr. Steve Archer, MDOT SHA-EPLD
       Mr. Richard Ervin, MDOT SHA-EPLD
       Mr. Matt Manning, MDOT SHA-EPLD
       Dr. Julie Schablitsky, MDOT SHA-EPLD

*Eligibility Table*

Attachment #1

Project Name: I-495 & I-270 MLS - Batch 3

January 2, 2019

| MIHP | Resource Name | Type | SHA NR Det. | SHPO Opinion | Attach. | Remarks |
|------|---------------|------|-------------|--------------|---------|---------|
| M: 21-282 | Brighton Village East | HD | X | Req. 2/2019 | 2 | DOE |
| M: 21-283 | Brighton West Condominiums | HD | X | Req. 2/2019 | 2 | DOE |
| M: 21-284 | Fireside Condominiums | HD | X | Req. 2/2019 | 2 | DOE |
| M: 26-73 | Tracor Applied Sciences | S | X | Req. 2/2019 | 2 | DOE |
| M: 31-72 | Cedar Lane Unitarian Church | S | NR | Req. 2/2019 | 2 | DOE |
| M: 31-73 | Phillips House | S | X | Req. 2/2019 | 2 | DOE |
| M: 33-31 | Washington Coca-Cola Bottling Plant (Silver Spring) | S | NR | Req. 2/2019 | 2 | DOE |
| M: 35-194 | Carderock Springs South | HD | NR | Req. 2/2019 | 2 | DOE |
| M: 35-195 | Prelude | HD | X | Req. 2/2019 | 2 | DOE |
| M: 37-35 | Good Shepherd United Methodist Church | S | X | Req. 2/2019 | 2 | DOE |
| PG:67-40-1 | Maryland State Savings and Loan Association (Greenbelt) | S | X | Req. 2/2019 | 2 | DOE |
| PG:72-26 | New Carrollton Metrorail Station and Yard | HD | NR | Req. 2/2019 | 2 | DOE |
| Short | 722 W. Montgomery Avenue | S | X | Req. 2/2019 | 2 | Short |
| Short | 6940 Seven Locks Road | S | X | Req. 2/2019 | 2 | Short |
| Short | 7205 Longwood Drive | S | X | Req. 2/2019 | 2 | Short |
| Short | 10316 Fleming Avenue | S | X | Req. 2/2019 | 2 | Short |
| Short | First Baptist Church of Rockville | S | X | Req. 2/2019 | 2 | Short |
| Short | Rockville Christian Church | S | X | Req. 2/2019 | 2 | Short |

Codes:

Resource Types: S (Structure), A (Archeological Site), HD (Historic District), NHL (National Historic Landmark)

NR Determination: ND (Not Determined), X (Not Eligible), NR (Eligible), NRL (Listed), NHL (Landmark)

SHPO Opinion: (B) designates opinion regarding boundary, Code following date signifies SHPO opinion

**Bold** rows indicate review action requested

00005834



MARYLAND DEPARTMENT OF

## PLANNING
MARYLAND HISTORICAL TRUST

Larry Hogan, Governor
Boyd Rutherford, Lt. Governor

Robert S. McCord, Secretary
Sandy Schrader, Deputy Secretary

February 22, 2019

Dr. Julie M. Schablitsky
MDOT State Highway Administration
707 North Calvert Street
Baltimore, MD 21202

Re:     I-495 & I-270 Managed Lanes Study
        Historic Structures Investigations – Determination of Eligibility Forms ("Batch 3")
        Montgomery and Prince George's Counties
        MDOT SHA Study No. AW073A11

Dear Dr. Schablitsky:

Thank you for providing the Maryland Historical Trust (Trust), the Maryland State Historic Preservation Office, with an opportunity to review the Determination of Eligibility (DOE) Forms produced for the above-referenced undertaking. The Trust has reviewed the materials as part of our ongoing consultation for this undertaking, pursuant to Section 106 of the National Historic Preservation Act of 1966, as amended. We offer the following comments and recommendations regarding the historic structures investigations.

Trust staff reviewed the Determination of Eligibility (DOE) Forms prepared by Dovetail Cultural Resources Group and RK&K LLP on behalf of the Maryland Department of Transportation State Highway Administration (MDOT SHA). MDOT SHA's submittal of 18 DOE forms represents the third batch of historic structure investigations for the current I-495 & I-270 Managed Lanes Study. Our comments regarding the eligibility of historic properties for listing in the National Register of Historic Places (National Register) are provided below.

The Trust concurs with MDOT SHA that the following properties are <u>eligible</u> for listing in the National Register:

MIHP No. M: 31-72     Cedar Lane Unitarian Church
MIHP No. M: 33-31     Washington Coca-Cola Bottling Plant Silver Spring
MIHP No. M: 35-194    Carderock Springs South

As you know, the National Register Criteria for Evaluation exclude properties that achieved significance within the past fifty years unless they are of exceptional importance, and therefore, meet National Register Criteria Consideration G. One of the properties evaluated within Batch 3 of this study is less than fifty years old and does not meet the requirements of Criteria Consideration G. However, this property will reach or surpass the fifty-year age threshold during the duration of the undertaking and it represents important themes identified in the Suburbanization Historic Context Addendum (1961-1980) (MDOT 2018). Therefore, we concur with MDOT SHA that the following property will be treated as National Register-eligible solely for the purposes of the I-495 & I-270 Managed Lanes Study:

MIHP No. PG:72-76     New Carrollton Metrorail Station and Yard

00005835

Dr. Julie Schablitsky
I-495 & I-270 Managed Lanes Study
Page 2 of 2

The Trust concurs that the following properties are <u>not eligible</u> for listing in the National Register:

MIHP No. M: 21-282    Brighton Village East
MIHP No. M: 21-283    Brighton West Condominiums
MIHP No. M: 21-284    Fireside Condominiums
MIHP No. M: 26-73     Tracor Applied Sciences
MIHP No. M: 31-73     Phillips House
MIHP No. M: 35-195    Prelude
MIHP No. M: 37-35     Good Shepherd Methodist Church
MIHP No. PG:67-40-1   MD State Saving & Loan Association (Greenbelt)
Rockville Christian Church, 301 Adclare Road
First Baptist Church of Rockville, 55 Adclare Road
10316 Fleming Avenue, Bethesda
7205 Longwood Drive, Bethesda
6940 Seven Locks Road, Cabin John
722 W. Montgomery Avenue, Rockville

We look forward to ongoing consultation with MDOT SHA and other involved parties to successfully complete the Section 106 review of the Managed Lanes Study as project planning progresses. If you have questions or need further assistance, please contact Tim Tamburrino (for historic structures) at tim.tamburrino@maryland.gov or Beth Cole (for archeology) at beth.cole@maryland.gov. Thank you for providing us this opportunity to comment.

Sincerely,

Elizabeth Hughes
Director/State Historic Preservation Officer

EH/BC/TJT/201806345
cc:    Caryn Brookman (SHA)
       Jeanette Masr (FHWA)
       Rebeccah Ballo (Montgomery County Planning)
       Joey Lampl (Montgomery County Parks)
       Sarah Rogers (Heritage Tourism Alliance of Montgomery County, Inc.)
       Howard Berger (Prince George's County Planning Department)
       Aaron Marcavitch (Anacostia Trails Heritage Area, Inc.)
       Jim Ashe (WMATA)



**MARYLAND DEPARTMENT
OF TRANSPORTATION**

**STATE HIGHWAY
ADMINISTRATION**

Larry Hogan
Governor

Boyd K. Rutherford
Lt. Governor

Pete K. Rahn
Secretary

Gregory Slater
Administrator

February 7, 2019

Ms. Elizabeth Hughes
State Historic Preservation Officer
Maryland Historical Trust
100 Community Place
Crownsville MD  21032-2023

Dear Ms. Hughes:

This letter serves to inform the Maryland Historical Trust (MHT) of the completion of Batch 4 of
the standing structures eligibility determinations associated with Study No. AW073A11, I-495 &
I-270 Managed Lanes Study (MLS). The MLS is the first element of a broader I-495 & I-270
Public-Private Partnership (P3) Program which considers improvements along the entire length
of I-495 (Capital Beltway), as well as the entire length of I-270 (Dwight D. Eisenhower
Memorial Highway) up to I-70 in Frederick County, Maryland.

Please see Attachment 1 for a list of the properties included in this batch submittal and a
summary of MDOT SHA's eligibility findings. MDOT SHA has determined that one of the 28
properties evaluated in this submittal is eligible for the National Register of Historic Places
(NRHP).

This batch submittal includes printed forms for each resource and an archival disc with digital
photographs and PDF copies of the forms. MDOT SHA will provide an Access database with the
final batch submittal, scheduled between March and June 2019, that includes all properties
evaluated for the I-495 & I-270 MLS.

Please examine the attached Eligibility Table (Attachment 1) and batch submittal (Attachment
2). We request your concurrence with MDOT SHA's Batch 4 eligibility determinations by
March 7, 2019. Please contact Matt Manning at 410-545-8560 (or via email at
MManning@sha.state.md.us) with questions regarding standing structures for this project.
Richard Ervin may be reached at 410-545-2878 (or via email at RErvin@sha.state.md.us) with
concerns regarding archaeology.

00005837

Ms. Elizabeth Hughes
Page Two

Sincerely,

Digitally signed by
Steve Archer
Adobe Acrobat
version:
2017.011.30113

*for* Julie M. Schablitsky
Assistant Division Chief
Environmental Planning Division

Attachments

cc:    Ms. Jeanette Mar, FHWA
       Ms. Lisa B. Choplin, Project Manager, I-495 & I-270 P3 Office, MDOT SHA
       Mr. Steve Archer, MDOT SHA-EPLD
       Mr. Richard Ervin, MDOT SHA-EPLD
       Mr. Matt Manning, MDOT SHA-EPLD
       Dr. Julie Schablitsky, MDOT SHA-EPLD

*Eligibility Table*
Attachment #1
Project Name: I-495 & I-270 MLS - Batch 4

February 6, 2019

| MIHP | Resource Name | Type | SHA NR Det. | SHPO Opinion | Attach. | Remarks |
|---|---|---|---|---|---|---|
| M: 26-74 | Briarglen | HD | X | Req. 3/2019 | 2 | DOE |
| M: 26-75 | Markwood | HD | X | Req. 3/2019 | 2 | DOE |
| M: 26-77 | Saddlebrook | HD | X | Req. 3/2019 | 2 | DOE |
| M: 26-78 | Roxboro | HD | X | Req. 3/2019 | 2 | DOE |
| M: 29-70 | Congressional Country Club Estates | HD | X | Req. 3/2019 | 2 | DOE |
| M: 29-71 | Seven Locks Hills | HD | X | Req. 3/2019 | 2 | DOE |
| M: 29-72 | Burning Tree Estates | HD | X | Req. 3/2019 | 2 | DOE |
| M: 30-41 | Fernwood Estates | HD | X | Req. 3/2019 | 2 | DOE |
| M: 30-42 | Georgetown Village | HD | X | Req. 3/2019 | 2 | DOE |
| M: 30-43 | North Bethesda Grove | HD | X | Req. 3/2019 | 2 | DOE |
| M: 30-44 | Ashburton | HD | X | Req. 3/2019 | 2 | DOE |
| M: 35-196 | Arrowood | HD | X | Req. 3/2019 | 2 | DOE |
| M: 35-197 | Bethesda Overlook | HD | X | Req. 3/2019 | 2 | DOE |
| M: 35-198 | Bradley Manor | HD | X | Req. 3/2019 | 2 | DOE |
| M: 35-199 | Hawley Estate | S | NR | Req. 3/2019 | 2 | DOE |
| M: 35-200 | Persimmon Tree | HD | X | Req. 3/2019 | 2 | DOE |
| M: 35-201 | St. Jane Frances de Chantal Church and St. Jane de Chantal School | S | X | Req. 3/2019 | 2 | DOE |
|  | Best Western Capital Beltway | S | X | Req. 3/2019 | 2 | Short |
|  | Best Western Plus Rockville Hotel and Suites | S | X | Req. 3/2019 | 2 | Short |
|  | Bethesda Fire Department 26 | S | X | Req. 3/2019 | 2 | Short |
|  | Geico Materials Center | S | X | Req. 3/2019 | 2 | Short |
|  | Holiday Inn Washington College Park | S | X | Req. 3/2019 | 2 | Short |
|  | Red Lobster (Gaithersburg) | S | X | Req. 3/2019 | 2 | Short |
|  | Rockville Nursing Home | S | X | Req. 3/2019 | 2 | Short |
|  | Xerox Data Systems (BioMed Realty Trust) | S | X | Req. 3/2019 | 2 | Short |
|  | 7401 Bradley Boulevard | S | X | Req. 3/2019 | 2 | Short |
|  | 7415 Bradley Boulevard | S | X | Req. 3/2019 | 2 | Short |
|  | 7330 Arrowood Road | S | X | Req. 3/2019 | 2 | Short |

**Codes:**

Resource Types: S (Structure), A (Archeological Site), HD (Historic District), NHL (National Historic Landmark)

NR Determination: ND (Not Determined), X (Not Eligible), NR (Eligible), NRL (Listed), NHL (Landmark)

SHPO Opinion: (B) designates opinion regarding boundary, Code following date signifies SHPO opinion

**Bold** rows indicate review action requested

00005840



MARYLAND DEPARTMENT OF

PLANNING
MARYLAND HISTORICAL TRUST

Larry Hogan, Governor
Boyd Rutherford, Lt. Governor

Robert S. McCord, Secretary
Sandy Schrader, Deputy Secretary

March 26, 2019

Dr. Julie M. Schablitsky
MDOT State Highway Administration
707 North Calvert Street
Baltimore, MD 21202

Re:    I-495 & I-270 Managed Lanes Study
       Historic Structures Investigations – Determination of Eligibility Forms ("Batch 4")
       Montgomery and Prince George's Counties
       MDOT SHA Study No. AW073A11

Dear Dr. Schablitsky:

Thank you for providing the Maryland Historical Trust (Trust), the Maryland State Historic Preservation Office, with an opportunity to review the Determination of Eligibility (DOE) Forms produced for the above-referenced undertaking. The Trust has reviewed the materials as part of our ongoing consultation for this undertaking, pursuant to Section 106 of the National Historic Preservation Act of 1966, as amended. We offer the following comments and recommendations regarding the historic structures investigations.

Trust staff reviewed the Determination of Eligibility (DOE) Forms prepared by Dovetail Cultural Resources Group and RK&K LLP on behalf of the Maryland Department of Transportation State Highway Administration (MDOT SHA). MDOT SHA's submittal of 28 DOE forms represents the fourth batch of historic structure investigations for the current I-495 & I-270 Managed Lanes Study. Our comments regarding the eligibility of historic properties for listing in the National Register of Historic Places (National Register) are provided below.

The Trust concurs with MDOT SHA that the following property is <u>eligible</u> for listing in the National Register:
    MIHP No. M: 35-199 Hawley Estate (Federation of American Societies for Experimental Biology)

The Trust concurs that the following properties are <u>not eligible</u> for listing in the National Register:
    MIHP No. M: 26-74    Briarglen
    MIHP No. M: 26-75    Markwood
    MIHP No. M: 26-77    Saddlebrook
    MIHP No. M: 26-78    Roxboro
    MIHP No. M: 29-70    Congressional Country Club Estates
    MIHP No. M: 29-71    Seven Locks Hills
    MIHP No. M: 29-72    Burning Tree Estates
    MIHP No. M: 30-41    Fernwood Estates
    MIHP No. M: 30-42    Georgetown Village
    MIHP No. M: 30-43    North Bethesda Grove
    MIHP No. M: 30-44    Ashburton
    MIHP No. M: 35-196   Arrowood
    MIHP No. M: 35-197   Bethesda Overlook

00005841

Dr. Julie Schablitsky
I-495 & I-270 Managed Lanes Study – Batch 4
Page 2 of 2

MIHP No. M: 35-198 Bradley Manor
MIHP No. M: 35-200 Persimmon Tree
MIHP No. M: 35-201 St. Jane Frances de Chantal Church and St. Frances de Chantal School
7330 Arrowood Road
7401 Bradley Boulevard
7415 Bradley Boulevard
Best Western Capital Beltway
Best Western Plus Rockville Hotel & Suites
Bethesda Fire Department 26
Geico Materials Management Center
Holiday Inn Washington College Park
Red Lobster (Gaithersburg)
Rockville Nursing Home
Xerox Data Systems (BioMed Realty Trust)

We look forward to ongoing consultation with MDOT SHA and other involved parties to successfully complete the Section 106 review of the Managed Lanes Study as project planning progresses. If you have questions or need further assistance, please contact Tim Tamburrino (for historic structures) at tim.tamburrino@maryland.gov or Beth Cole (for archeology) at beth.cole@maryland.gov. Thank you for providing us this opportunity to comment.

Sincerely,

*Elizabeth Hughes*

Elizabeth Hughes
Director/State Historic Preservation Officer

EH/BC/TJT/201900558
cc:     Caryn Brookman (SHA)
        Jeanette Masr (FHWA)
        Rebeccah Ballo (Montgomery County Planning)
        Joey Lampl (Montgomery County Parks)
        Sarah Rogers (Heritage Tourism Alliance of Montgomery County, Inc.)
        Howard Berger (Prince George's County Planning Department)
        Aaron Marcavitch (Anacostia Trails Heritage Area, Inc.)



MARYLAND DEPARTMENT
OF TRANSPORTATION

STATE HIGHWAY
ADMINISTRATION

Larry Hogan
Governor

Boyd K. Rutherford
Lt. Governor

Pete K. Rahn
Secretary

Gregory Slater
Administrator

March 8, 2019

Ms. Elizabeth Hughes
State Historic Preservation Officer
Maryland Historical Trust
100 Community Place
Crownsville MD  21032-2023

Dear Ms. Hughes:

This letter serves to inform the Maryland Historical Trust (MHT) of the completion of Batch 5 of
the standing structures eligibility determinations associated with Study No. AW073A11, I-495 &
I-270 Managed Lanes Study (MLS). The MLS is the first element of a broader I-495 & I-270
Public-Private Partnership (P3) Program which considers improvements along the entire length
of I-495 (Capital Beltway), as well as the entire length of I-270 (Dwight D. Eisenhower
Memorial Highway) up to I-70 in Frederick County, Maryland.

Please see Attachment 1 for a list of the properties included in this batch submittal and a
summary of MDOT SHA's eligibility findings. MDOT SHA has determined that none of the
properties evaluated in this submittal are eligible for the National Register of Historic Places
(NRHP).

This batch submittal includes printed forms for each resource and an archival disc with digital
photographs and PDF copies of the forms. MDOT SHA will provide an Access database with the
final batch submittal, expected around June 2019, that includes all properties evaluated for the
I-495 & I-270 MLS.

Please examine the attached Eligibility Table (Attachment 1) and batch submittal (Attachment 2).
We request your concurrence with MDOT SHA's Batch 5 eligibility determinations by
April 9, 2019. Please contact Matt Manning at 410-545-8560 (or via email at
MManning@sha.state.md.us) with questions regarding standing structures for this project.
Richard Ervin may be reached at 410-545-2878 (or via email at RErvin@sha.state.md.us) with
concerns regarding archaeology.

00005843

Ms. Elizabeth Hughes
Page Two

Sincerely,

Digitally signed
by Steve Archer
Adobe Acrobat
version:
2017.011.30127

*for* Julie M. Schablitsky
Assistant Division Chief
Environmental Planning Division

Attachments

cc:   Ms. Jeanette Mar, FHWA
      Ms. Lisa B. Choplin, Project Manager, I-495 & I-270 P3 Office, MDOT SHA
      Mr. Steve Archer, MDOT SHA-EPLD
      Mr. Richard Ervin, MDOT SHA-EPLD
      Mr. Matt Manning, MDOT SHA-EPLD
      Dr. Julie Schablitsky, MDOT SHA-EPLD

00005844

*Eligibility Table*
Attachment #1
Project Name: I-495 & I-270 MLS - Batch 5

March 8, 2019

| MIHP | Resource Name | Type | SHA NR Det. | SHPO Opinion | Attach. | Remarks |
|---|---|---|---|---|---|---|
| M: 26-76 | Rockshire Village | HD | X | Req. 4/2019 | 2 | DOE |
| M: 26-79 | Fallswood | HD | X | Req. 4/2019 | 2 | DOE |
| M: 26-80 | North Farm | HD | X | Req. 4/2019 | 2 | DOE |
| M: 26-81 | West End Park Section 2 | HD | X | Req. 4/2019 | 2 | DOE |
| M: 29-73 | Montgomery Mall (Westfield Montgomery) | HD | X | Req. 4/2019 | 2 | DOE |
| M: 29-74 | Seven Locks Manor | HD | X | Req. 4/2019 | 2 | DOE |
| M: 29-75 | Watkins Glen | HD | X | Req. 4/2019 | 2 | DOE |
| M: 29-76 | Wildwood Hills | HD | X | Req. 4/2019 | 2 | DOE |
| M: 30-45 | Alta Vista Gardens | HD | X | Req. 4/2019 | 2 | DOE |
| M: 30-46 | Windermere | HD | X | Req. 4/2019 | 2 | DOE |
| M: 30-47 | John Henry O'Neale House | S | X | Req. 4/2019 | 2 | DOE |
| M: 30-48 | Montrose Woods | HD | X | Req. 4/2019 | 2 | DOE |
| M: 30-49 | Stratton Commons | HD | X | Req. 4/2019 | 2 | DOE |
| M: 30-50 | Stratton Woods | HD | X | Req. 4/2019 | 2 | DOE |
| M: 30-51 | Tusculum and Grubby Thicket | HD | X | Req. 4/2019 | 2 | DOE |
| M: 30-52 | Wildwood Knolls | HD | X | Req. 4/2019 | 2 | DOE |
| M: 30-53 | Wildwood Manor | HD | X | Req. 4/2019 | 2 | DOE |
| M: 33-32 | Hillandale Shopping Center | HD | X | Req. 4/2019 | 2 | DOE |
| M: 35-202 | Tusculum Woods | HD | X | Req. 4/2019 | 2 | DOE |
| M: 35-203 | Linden Hill Towers | S | X | Req. 4/2019 | 2 | DOE |
| PG:70-102 | Dresden Green | HD | X | Req. 4/2019 | 2 | DOE |
| PG:70-103 | Whitfield Woods | HD | X | Req. 4/2019 | 2 | DOE |
| PG:72-77 | Ardwick Industrial District | HD | X | Req. 4/2019 | 2 | DOE |
| | 2406 Muskogee Street | S | X | Req. 4/2019 | 2 | Short |
| | 2407 Muskogee Street | S | X | Req. 4/2019 | 2 | Short |
| | 3315 Glenmoor Drive | S | X | Req. 4/2019 | 2 | Short |

| MIHP | Resource Name | Type | SHA NR Det. | SHPO Opinion | Attach. | Remarks |
|------|---------------|------|-------------|--------------|---------|---------|
| | **4 Choke Cherry Road** | S | X | Req. 4/2019 | 2 | Short |
| | **Bowlmor Rockville** | S | X | Req. 4/2019 | 2 | Short |
| | **Christman Park** | S | X | Req. 4/2019 | 2 | Short |
| | **CIESBD Thrift Store and Office** | S | X | Req. 4/2019 | 2 | Short |
| | **College Park Animal Hospital** | S | X | Req. 4/2019 | 2 | Short |
| | **Comfort Zone** | S | X | Req. 4/2019 | 2 | Short |
| | **Hillandale Center** | S | X | Req. 4/2019 | 2 | Short |
| | **Hollywood Square** | S | X | Req. 4/2019 | 2 | Short |
| | **Holy Cross Hospital** | S | X | Req. 4/2019 | 2 | Short |
| | **Interstate Corporation** | S | X | Req. 4/2019 | 2 | Short |
| | **Just Tires (Hyattsville)** | S | X | Req. 4/2019 | 2 | Short |
| | **Life Time Athletic (Potomac)** | S | X | Req. 4/2019 | 2 | Short |

**Codes:**

Resource Types: S (Structure), A (Archeological Site), HD (Historic District), NHL (National Historic Landmark)

NR Determination: ND (Not Determined), X (Not Determined), NR (Eligible), NRL (Listed), NHL (Landmark)

SHPO Opinion: (B) designates opinion regarding boundary, Code following date signifies SHPO opinion

**Bold** rows indicate review action requested

00005846



MARYLAND DEPARTMENT OF

PLANNING

MARYLAND HISTORICAL TRUST

Larry Hogan, Governor

Boyd Rutherford, Lt. Governor

Robert S. McCord, Secretary

Sandy Schrader, Deputy Secretary

April 17, 2019

Dr. Julie M. Schablitsky
MDOT State Highway Administration
707 North Calvert Street
Baltimore, MD 21202

Re:    I-495 & I-270 Managed Lanes Study
       Historic Structures Investigations – Determination of Eligibility Forms ("Batch 5")
       Montgomery and Prince George's Counties
       MDOT SHA Study No. AW073A11

Dear Dr. Schablitsky:

Thank you for providing the Maryland Historical Trust (Trust), the Maryland State Historic Preservation Office, with an opportunity to review the Determination of Eligibility (DOE) Forms produced for the above-referenced undertaking. The Trust has reviewed the materials as part of our ongoing consultation for this undertaking, pursuant to Section 106 of the National Historic Preservation Act of 1966, as amended. We offer the following comments and recommendations regarding the historic structures investigations.

Trust staff reviewed the Determination of Eligibility (DOE) Forms prepared by Dovetail Cultural Resources Group and RK&K LLP on behalf of the Maryland Department of Transportation State Highway Administration (MDOT SHA). MDOT SHA's submittal of 38 DOE forms represents the fifth batch of historic structure investigations for the current I-495 & I-270 Managed Lanes Study. Our comments regarding the eligibility of historic properties for listing in the National Register of Historic Places (National Register) are provided below.

The Trust concurs with MDOT SHA that the following properties are <u>not eligible</u> for listing in the National Register:

MIHP No. M: 26-76   Rockshire Village
MIHP No. M: 26-79   Fallswood
MIHP No. M: 26-80   North Farm
MIHP No. M: 26-81   West End Park Section 2
MIHP No. M: 29-73   Montgomery Mall (Westfield Montgomery)
MIHP No. M: 29-74   Seven Locks Manor
MIHP No. M: 29-75   Watkins Glen
MIHP No. M: 29-76   Wildwood Hills
MIHP No. M: 30-45   Alta Vista Gardens
MIHP No. M: 30-46   Windermere
MIHP No. M: 30-47   John Henry O'Neale House
MIHP No. M: 30-48   Montrose Woods
MIHP No. M: 30-49   Stratton Commons
MIHP No. M: 30-50   Stratton Woods
MIHP No. M: 30-51   Tusculum and Grubby Thicket
MIHP No. M: 30-52   Wildwood Knolls

Dr. Julie Schablitsky
I-495 & I-270 Managed Lanes Study — Batch 5
Page 2 of 2

MIHP No. M: 30-53  Wildwood Manor
MIHP No. M: 33-32  Hillandale Shopping Center
MIHP No. M: 35-202 Tusculum Woods
MIHP No. M: 35-203 Linden Hill Towers
MIHP No. PG:70-102 Dresden Green
MIHP No. PG:70-103 Whitfield Woods
MIHP No. PG:72-77  Ardwick Industrial District
2406 Muskogee Street
2407 Muskogee Street
3315 Glenmoor Drive
4 Coke Cherry Road
Bowlmor Rockville
Christman Park
CIESBD Thrift Store and Office Building
College Park Animal Hospital
Comfort Zone
Hillandale Center
Hollywood Square
Holy Cross Hospital
Interstate Corporation
Just Tires (Hyattsville)
Life Time Athletic (Potomac)

We look forward to ongoing consultation with MDOT SHA and other involved parties to successfully complete the
Section 106 review of the Managed Lanes Study as project planning progresses. If you have questions or need further
assistance, please contact Tim Tamburrino (for historic structures) at tim.tamburrino@maryland.gov or Beth Cole (for
archeology) at beth.cole@maryland.gov. Thank you for providing us this opportunity to comment.

Sincerely,

Elizabeth Hughes
Director/State Historic Preservation Officer

EH/BC/TJT/201901035
cc:     Caryn Brookman (SHA)
        Jeanette Masr (FHWA)
        Rebeccah Ballo (Montgomery County Planning)
        Joey Lampl (Montgomery County Parks)
        Sarah Rogers (Heritage Tourism Alliance of Montgomery County, Inc.)
        Howard Berger (Prince George's County Planning Department)
        Aaron Marcavitch (Anacostia Trails Heritage Area, Inc.)



Larry Hogan
Governor

Boyd K. Rutherford
Lt. Governor

Pete K. Rahn
Secretary

Gregory Slater
Administrator

April 8, 2019


Ms. Elizabeth Hughes
State Historic Preservation Officer
Maryland Historical Trust
100 Community Place
Crownsville MD  21032-2023

Dear Ms. Hughes:

This letter serves to inform the Maryland Historical Trust (MHT) of the completion of Batch 6 of
the standing structures eligibility determinations associated with Study No. AW073A11, I-495 &
I-270 Managed Lanes Study (MLS). The MLS is the first element of a broader I-495 & I-270
Public-Private Partnership (P3) Program which considers improvements along the entire length
of I-495 (Capital Beltway), as well as the entire length of I-270 (Dwight D. Eisenhower
Memorial Highway) up to I-70 in Frederick County, Maryland.

Please see Attachment 1 for a list of the properties included in this batch submittal and a
summary of MDOT SHA's eligibility findings. MDOT SHA has determined that 1 of the 37
properties evaluated in this submittal is eligible for the National Register of Historic Places
(NRHP).

This batch submittal includes printed forms for each resource and an archival disc with digital
photographs and PDF copies of the forms. MDOT SHA will provide an Access database with the
final batch submittal, scheduled for August 2019, that includes all properties evaluated for the I-
495 & I-270 MLS.

Please examine the attached Eligibility Table (Attachment 1) and batch submittal (Attachment
2). We request your concurrence with MDOT SHA's Batch 6 eligibility determinations by May
8, 2019. Please contact Matt Manning at 410-545-8560 (or via email at
MManning@sha.state.md.us) with questions regarding standing structures for this project.
Richard Ervin may be reached at 410-545-2878 (or via email at RErvin@sha.state.md.us) with
concerns regarding archaeology.

00005849

Ms. Elizabeth Hughes
Page Two

Sincerely,

Digitally signed
by Steve Archer
Adobe Acrobat
version:
2017.011.30127

Julie M. Schablitsky
for  Assistant Division Chief
Environmental Planning Division

Attachments

cc:    Ms. Jeanette Mar, FHWA
       Ms. Lisa B. Choplin, Project Manager, I-495 & I-270 P3 Office, MDOT SHA
       Mr. Steve Archer, MDOT SHA-EPLD
       Mr. Richard Ervin, MDOT SHA-EPLD
       Mr. Matt Manning, MDOT SHA-EPLD
       Dr. Julie Schablitsky, MDOT SHA-EPLD

00005850

*Eligibility Table*

Attachment #1

Project Name: I-495 & I-270 MLS - Batch 6

April 8, 2019

| MIHP | Resource Name | Type | SHA NR Det. | SHPO Opinion | Attach. | Remarks |
|---|---|---|---|---|---|---|
| M: 20-50 | **Shady Grove Development Park, Parcel 2** | S | X | Req. 5/2019 | 2 | DOE |
| M: 26-82 | **Montgomery County Detention Center and Rockville Police Station (District 1)** | S | X | Req. 5/2019 | 2 | DOE |
| M: 29-77 | Willerburn Acres | HD | X | Req. 5/2019 | 2 | DOE |
| M: 30-54 | Old Farm | HD | X | Req. 5/2019 | 2 | DOE |
| M: 31-74 | Forest Glen Knolls | HD | X | Req. 5/2019 | 2 | DOE |
| M: 31-75 | Forest Glen Road Houses | HD | X | Req. 5/2019 | 2 | DOE |
| M: 31-76 | Carolyn Hill Apartments | S | X | Req. 5/2019 | 2 | DOE |
| M: 32-35 | Argyle Forest South Section | HD | X | Req. 5/2019 | 2 | DOE |
| M: 32-36 | Franklin Knolls | HD | X | Req. 5/2019 | 2 | DOE |
| M: 33-33 | Hampshire Forest | HD | X | Req. 5/2019 | 2 | DOE |
| M: 33-34 | Holly Hall Apartments | S | X | Req. 5/2019 | 2 | DOE |
| M: 33-35 PG:65-54 | Hillandale Forest | HD | X | Req. 5/2019 | 2 | DOE |
| M: 35-204 | Wolfe's Subdivision | HD | X | Req. 5/2019 | 2 | DOE |
| M: 36-87 | Rock Creek Stream Valley Park, Units 2 and 3 | HD | NR | Req. 5/2019 | 2 | DOE |
| M: 36-94 | Forest Glen Park | HD | X | Req. 5/2019 | 2 | DOE |
| M: 36-95 | Northmont | HD | X | Req. 5/2019 | 2 | DOE |
| M: 37-36 PG:65-55 | Greenwich Woods | HD | X | Req. 5/2019 | 2 | DOE |
| PG:65-50 | Adelphi Forest | HD | X | Req. 5/2019 | 2 | DOE |
| PG:65-51 | Holly Hill Manor | HD | X | Req. 5/2019 | 2 | DOE |
| PG:65-52 | Holly Hill Terrace | HD | X | Req. 5/2019 | 2 | DOE |
| PG:65-53 | Knollwood | HD | X | Req. 5/2019 | 2 | DOE |

**Codes:**

Resource Types: S (Structure), A (Archeological Site), HD (Historic District), NHL (National Historic Landmark)

NR Determination: ND (Not Determined), X (Not Eligible), NR (Eligible), NRL (Listed), NHL (Landmark)

SHPO Opinion: (B) designates opinion regarding boundary, Code following date signifies SHPO opinion

**Bold** rows indicate review action requested

00005851

| MIHP | Resource Name | Type | SHA NR Det. | SHPO Opinion | Attach | Remarks |
|------|---------------|------|-------------|--------------|--------|---------|
| M: 37-15 | Oakview | S | X | Req. 5/2019 | 2 | Addendum |
| - | 9601 Parkwood Drive | S | X | Req. 5/2019 | 2 | Short |
| - | 9816 Riggs Road | S | X | Req. 5/2019 | 2 | Short |
| - | 10001-10013 Rhode Island Avenue | S | X | Req. 5/2019 | 2 | Short |
| - | D & F Construction Warehouse | S | X | Req. 5/2019 | 2 | Short |
| - | Former Amoco Gas and Service Station (Forest Glen) | S | X | Req. 5/2019 | 2 | Short |
| - | Former Co-op Gas and Service Station (Greenbelt) | S | X | Req. 5/2019 | 2 | Short |
| - | Holly View Apartments | S | X | Req. 5/2019 | 2 | Short |
| - | Industrial Bank | S | X | Req. 5/2019 | 2 | Short |
| - | Lanham Strip Center | S | X | Req. 5/2019 | 2 | Short |
| - | Montgomery County Division of Facilities Management | S | X | Req. 5/2019 | 2 | Short |
| - | Montgomery County Public Schools Transportation and Facilities Maintenance Bethesda Depot | S | X | Req. 5/2019 | 2 | Short |
| - | Seven Locks Plaza (Potomac Woods Plaza) | S | X | Req. 5/2019 | 2 | Short |
| - | Silver Spring Volunteer Fire Station 16 | S | X | Req. 5/2019 | 2 | Short |
| - | Strip Center, 9002 Lanham Severn Road | S | X | Req. 5/2019 | 2 | Short |
| - | Texaco/Exxon Gas Station (Suitland) | S | X | Req. 5/2019 | 2 | Short |

**Codes:**

Resource Types: S (Structure), A (Archeological Site), HD (Historic District), NHL (National Historic Landmark)
NR Determination: ND (Not Determined), X (Not Eligible), NR (Eligible), NRL (Listed), NHL (Landmark)
SHPO Opinion: (B) designates opinion regarding boundary, Code following date signifies SHPO opinion
**Bold** rows indicate review action requested

00005852



MARYLAND DEPARTMENT OF

**PLANNING**
MARYLAND HISTORICAL TRUST

Larry Hogan, Governor

Boyd Rutherford, Lt. Governor

Robert S. McCord, Secretary

Sandy Schrader, Deputy Secretary

May 30, 2019

Dr. Julie M. Schablitsky
MDOT State Highway Administration
707 North Calvert Street
Baltimore, MD 21202

Re:    I-495 & I-270 Managed Lanes Study
Historic Structures Investigations – Determination of Eligibility Forms ("Batch 6")
Montgomery and Prince George's Counties
MDOT SHA Study No. AW073A11

Dear Dr. Schablitsky:

Thank you for providing the Maryland Historical Trust (Trust), the Maryland State Historic Preservation Office, with an opportunity to review the Determination of Eligibility (DOE) Forms produced for the above-referenced undertaking. The Trust has reviewed the materials as part of our ongoing consultation for this undertaking, pursuant to Section 106 of the National Historic Preservation Act of 1966, as amended. We offer the following comments and recommendations regarding the historic structures investigations.

Trust staff reviewed the Determination of Eligibility (DOE) Forms prepared by Dovetail Cultural Resources Group and RK&K LLP on behalf of the Maryland Department of Transportation State Highway Administration (MDOT SHA). MDOT SHA's submittal of 37 DOE forms represents the sixth batch of historic structure investigations for the current I-495 & I-270 Managed Lanes Study. Our comments regarding the eligibility of historic properties for listing in the National Register of Historic Places (National Register) are provided below.

The Trust concurs with MDOT SHA that the following property is <u>eligible</u> for listing in the National Register:
  MIHP No. M: 36-87    Rock Creek Stream Valley Park, Units 2 and 3; This property is National Register-eligible under Criterion A, however, the B&O Railroad Trestle Bridge (MIHP No. M: 36-29) is unrelated to the development of the park and does not contribute to its significance.

The Trust concurs with MDOT SHA that the following properties are <u>not eligible</u> for listing in the National Register:
  MIHP No. M: 20-50    Shady Grove Development Park, Parcel 2
  MIHP No. M: 26-82    Montgomery County Detention Center and Rockville Police Station (District 1)
  MIHP No. M: 29-77    Willerburn Acres
  MIHP No. M: 30-54    Old Farm
  MIHP No. M: 31-74    Forest Glen Knolls
  MIHP No. M: 31-75    Forest Glen Road Houses
  MIHP No. M: 31-76    Carolyn Hill Apartments
  MIHP No. M: 32-35    Argyle Forest South Section
  MIHP No. M: 32-36    Franklin Knolls
  MIHP No. M: 33-33    Hampshire Forest
  MIHP No. M: 33-34    Holly Hall Apartments
  MIHP No. M: 33-35/PG:65-54  Hillandale Forest
  MIHP No. M: 35-204   Wolfe's Subdivision
  MIHP No. M: 36-94    Forest Glen Park

Maryland Historical Trust   •   100 Community Place   •   Crownsville   •   Maryland   •   21032

Tel: 410.697.9591   •   toll free 877.767.6272   •   TTY users: Maryland Relay   •   MHT.Maryland.gov

00005853

Dr. Julie Schablitsky
I-495 & I-270 Managed Lanes Study – Batch 6
Page 2 of 2

MIHP No. M: 36-95    Northmont
MIHP No. M: 37-36/PG:65-55  Greenwich Woods
MIHP No. PG:65-50    Adelphi Forest
MIHP No. PG:65-51    Holly Hill Manor
MIHP No. PG:65-52    Holly Hill Terrace
MIHP No. PG:65-53    Knollwood
9601 Parkwood Drive
9816 Riggs Road
10001-10013 Rhode Island Avenue
D&F Construction Warehouse
Former Amoco Gas and Service Station (Forest Glen)
Former Co-op Gas and Service Station (Greenbelt)
Holly View Apartments
Industrial Bank
Lanham Strip Center
Montgomery County Division of Facilities Management
Montgomery County Public Schools Transportation and Facilities Maintenance Bethesda Depot
Seven Locks Plaza (Potomac Woods Plaza)
Silver Spring Volunteer Fire Station 16
Strip Center, 9002 Lanham Severn Road
Texaco/Exxon Gas Station (Suitland)

Finally, a portion of the Oakview community (MIHP No. M: 37-15) was previously surveyed and determined ineligible for the National Register in 2000. We agree with MDOT SHA that the survey boundary for this subdivision should be expanded to encompass additional associated residences and amenities that were omitted from the original documentation. The expanded geographic survey area was described and assessed using an MIHP Addendum Form. However, in order to formally evaluate the expanded survey area, we request the preparation of a DOE form containing the National Register evaluation to accompany the updated survey information supplied on the Addendum form.

We look forward to ongoing consultation with MDOT SHA and other involved parties to successfully complete the Section 106 review of the Managed Lanes Study as project planning progresses. If you have questions or need further assistance, please contact Tim Tamburrino (for historic structures) at tim.tamburrino@maryland.gov or Beth Cole (for archeology) at beth.cole@maryland.gov. Thank you for providing us this opportunity to comment.

Sincerely,

Elizabeth Hughes
Director/State Historic Preservation Officer

EH/BC/TJT/201901808
cc:     Caryn Brookman (SHA)
        Jeanette Masr (FHWA)
        Rebeccah Ballo (Montgomery County Planning)
        Joey Lampl (Montgomery County Parks)
        Sarah Rogers (Heritage Tourism Alliance of Montgomery County, Inc.)
        Howard Berger (Prince George's County Planning Department)
        Aaron Marcavitch (Anacostia Trails Heritage Area, Inc.)



Larry Hogan
Governor

Boyd K. Rutherford
Lt. Governor

Pete K. Rahn
Secretary

Gregory Slater
Administrator

**MARYLAND DEPARTMENT OF TRANSPORTATION**

**STATE HIGHWAY ADMINISTRATION**

May 8, 2019

Ms. Elizabeth Hughes
State Historic Preservation Officer
Maryland Historical Trust
100 Community Place
Crownsville MD  21032-2023

Dear Ms. Hughes:

This letter serves to inform the Maryland Historical Trust (MHT) of the completion of Batch 7 of the standing structures eligibility determinations associated with Study No. AW073A11, I-495 & I-270 Managed Lanes Study (MLS). The MLS is the first element of a broader I-495 & I-270 Public-Private Partnership (P3) Program which considers improvements along the entire length of I-495 (Capital Beltway), as well as the entire length of I-270 (Dwight D. Eisenhower Memorial Highway) up to I-70 in Frederick County, Maryland.

Please see Attachment 1 for a list of the properties included in this batch submittal and a summary of MDOT SHA's eligibility findings. MDOT SHA has determined that one of the 37 properties evaluated in this submittal is eligible for the National Register of Historic Places (NRHP).

This batch submittal includes printed forms for each resource and an archival disc with digital photographs and PDF copies of the forms. MDOT SHA will provide an Access database with the final batch submittal, scheduled for July 2019, that includes all properties evaluated for the I-495 & I-270 MLS.

Please examine the attached Eligibility Table (Attachment 1) and batch submittal (Attachment 2). We request your concurrence with MDOT SHA's Batch 7 eligibility determinations by June 7, 2019. Please contact Matt Manning at 410-545-8560 (or via email at MManning@sha.state.md.us) with questions regarding standing structures for this project. Richard Ervin may be reached at 410-545-2878 (or via email at RErvin@sha.state.md.us) with concerns regarding archaeology.

00005855

Ms. Elizabeth Hughes
Page Two

Sincerely,

Digitally signed by
Steve Archer
Adobe Acrobat
version:
2017.011.30140

*for* Julie M. Schablitsky
Assistant Division Chief
Environmental Planning Division

Attachments

cc:    Ms. Jeanette Mar, FHWA
       Ms. Lisa B. Choplin, Project Manager, I-495 & I-270 P3 Office, MDOT SHA
       Mr. Steve Archer, MDOT SHA-EPLD
       Mr. Richard Ervin, MDOT SHA-EPLD
       Mr. Matt Manning, MDOT SHA-EPLD
       Dr. Julie Schablitsky, MDOT SHA-EPLD

*Eligibility Table*
Attachment #1 (2 pages)
**Project Name: I-495 & I-270 MLS - Batch 7**                                        **May 7, 2019**

| MIHP | Resource Name | Type | SHA NR Det. | SHPO Opinion | Attach. | Remarks |
|------|---------------|------|-------------|--------------|---------|---------|
| M: 26-83 | **Montgomery County Fleet Management** | S | X | Req. 6/2019 | 2 | DOE |
| M: 31-77 | **Forest Glen Tract (West Section)** | HD | X | Req. 6/2019 | 2 | DOE |
| M: 31-78 | **Rock Creek Hills Section 2** | HD | X | Req. 6/2019 | 2 | DOE |
| M: 31-79 | **Thomas W. Riley Estate Subdivision** | HD | X | Req. 6/2019 | 2 | DOE |
| M: 32-34 | **Indian Spring Club Estates and Indian Spring Country Club** | HD | NR | Req. 6/2019 | 2 | DOE |
| M: 35-205 | **Parkview** | HD | X | Req. 6/2019 | 2 | DOE |
| M: 35-206 | **Park View Estates** | HD | X | Req. 6/2019 | 2 | DOE |
| M: 35-207 | **Rolling Hills** | HD | X | Req. 6/2019 | 2 | DOE |
| M: 35-208 | **Spring Hill** | HD | X | Req. 6/2019 | 2 | DOE |
| PG:61-43 | **Powder Mill Estates** | HD | X | Req. 6/2019 | 2 | DOE |
| PG:61-85 | **Powder Mill Village** | HD | X | Req. 6/2019 | 2 | DOE |
| PG:65-56 | **White Oak Manor** | HD | X | Req. 6/2019 | 2 | DOE |
| PG:69-69 | **Carrollan Manor Apartments** | HD | X | Req. 6/2019 | 2 | DOE |
| PG:70-104 | **Addition to Lanham Acres** | HD | X | Req. 6/2019 | 2 | DOE |
| PG:70-105 | **Lanham Acres** | HD | X | Req. 6/2019 | 2 | DOE |
| M: 37-37/ PG:65-57 | **The Chateau** | S | X | Req. 6/2019 | 2 | DOE |
| - | **4705 Edgewood Road** | S | X | Req. 6/2019 | 2 | Short |
| - | **4933 Whitfield Chapel Road** | S | X | Req. 6/2019 | 2 | Short |
| - | **6010 Princess Garden Parkway** | S | X | Req. 6/2019 | 2 | Short |
| - | **7101 Greenbelt Road** | S | X | Req. 6/2019 | 2 | Short |
| - | **9116-9120 Levelle Drive** | S | X | Req. 6/2019 | 2 | Short |
| - | **9808 47th Place** | S | X | Req. 6/2019 | 2 | Short |
| - | **9907 51st Avenue** | S | X | Req. 6/2019 | 2 | Short |
| - | **Forestville Volunteer Fire Department** | S | X | Req. 6/2019 | 2 | Short |

**Codes:**

Resource Types:  S (Structure), A (Archeological Site), HD (Historic District), NHL (National Historic Landmark)
NR Determination:  ND (Not Determined), X (Not Eligible), NR (Eligible), NRL (Listed), NHL (Landmark)
SHPO Opinion: (B) designates opinion regarding boundary, Code following date signifies SHPO opinion
**Bold** rows indicate review action requested

| MIHP | Resource Name | Type | SHA NR Det. | SHPO Opinion | Attach. | Remarks |
|------|---------------|------|-------------|--------------|---------|---------|
| - | Former Amoco Gas and Service Station (Suitland) | S | X | Req. 6/2019 | 2 | Short |
| - | Former Andrews Esso Gas and Service Station | S | X | Req. 6/2019 | 2 | Short |
| - | Former Holiday Inn (Suitland) | S | X | Req. 6/2019 | 2 | Short |
| - | Former Princess Garden Special Center | S | X | Req. 6/2019 | 2 | Short |
| - | Former Sheraton of Washington Northeast | S | X | Req. 6/2019 | 2 | Short |
| - | Indian Spring Terrace Park | S | X | Req. 6/2019 | 2 | Short |
| - | K-Mart Plaza (Landover Crossing) | S | X | Req. 6/2019 | 2 | Short |
| - | Marlo Furniture Warehouse and Showroom (Forestville) | S | X | Req. 6/2019 | 2 | Short |
| - | Maryland State Police Barrack L Forestville | S | X | Req. 6/2019 | 2 | Short |
| - | McDonald's (Suitland) | S | X | Req. 6/2019 | 2 | Short |
| - | Sheehy Ford of Marlow Heights | S | X | Req. 6/2019 | 2 | Short |
| - | Strip Center, 4767-4773 Allentown Road | S | X | Req. 6/2019 | 2 | Short |
| - | Texaco-Shell Gas and Former Service Station (Suitland) | S | X | Req. 6/2019 | 2 | Short |

**Codes:**

Resource Types:  S (Structure), A (Archeological Site), HD (Historic District), NHL (National Historic Landmark)
NR Determination:  ND (Not Determined), X (Not Eligible), NR (Eligible), NRL (Listed), NHL (Landmark)
SHPO Opinion: (B) designates opinion regarding boundary, Code following date signifies SHPO opinion
**Bold** rows indicate review action requested

00005858



MARYLAND DEPARTMENT OF

**PLANNING**

MARYLAND HISTORICAL TRUST

Larry Hogan, Governor

Boyd Rutherford, Lt. Governor

Robert S. McCord, Secretary

Sandy Schrader, Deputy Secretary

August 8, 2019

Dr. Julie M. Schablitsky
MDOT State Highway Administration
707 North Calvert Street
Baltimore, MD 21202

Re:    I-495 & I-270 Managed Lanes Study
       Historic Structures Investigations – Determination of Eligibility Forms ("Batch 7")
       Montgomery and Prince George's Counties
       MDOT SHA Study No. AW073A11

Dear Dr. Schablitsky:

Thank you for providing the Maryland Historical Trust (Trust), the Maryland State Historic Preservation Office, with an opportunity to review the Determination of Eligibility (DOE) Forms produced for the above-referenced undertaking. The Trust has reviewed the materials as part of our ongoing consultation for this undertaking, pursuant to Section 106 of the National Historic Preservation Act of 1966, as amended. We offer the following comments and recommendations regarding the historic structures investigations.

Trust staff reviewed the Determination of Eligibility (DOE) Forms prepared by Dovetail Cultural Resources Group and RK&K LLP on behalf of the Maryland Department of Transportation State Highway Administration (MDOT SHA). MDOT SHA's submittal of 37 DOE forms represents the seventh batch of historic structure investigations for the current I-495 & I-270 Managed Lanes Study. Our comments regarding the eligibility of historic properties for listing in the National Register of Historic Places (National Register) are provided below.

The Trust concurs with MDOT SHA that the following property is <u>eligible</u> for listing in the National Register:
   MIHP No. M: 32-34    Indian Spring Club Estates and Indian Spring Country Club
                        This property is National Register-eligible under Criteria A, B and C as a planned suburban
                        community by Jewish developers for the Jewish community utilizing mass-production techniques
                        for the construction of architecturally distinctive homes targeted to the middle class.

The Trust concurs with MDOT SHA that the following properties are <u>not eligible</u> for listing in the National Register:
   MIHP No. M: 26-83    Montgomery County Fleet Management
   MIHP No. M: 31-77    Forest Glen Tract (West Section)
   MIHP No. M: 31-78    Rock Creek Hills Section 2
   MIHP No. M: 31-79    Thomas W. Riley Estate Subdivision
   MIHP No. M: 35-205   Parkview
   MIHP No. M: 35-206   Park View Estates
   MIHP No. M: 35-207   Rolling Hills
   MIHP No. M: 35-208   Spring Hill
   MIHP No. PG:61-43    Powder Mill Estates
   MIHP No. PG:61-85    Powder Mill Village
   MIHP No. PG:65-56    While Oak Manor
   MIHP No. PG:69-69    Carrollan Manor Apartments
   MIHP No. PG:70-104   Addition to Lanham Acres

00005859

Dr. Julie Schablitsky
I-495 & I-270 Managed Lanes Study — Batch 7
Page 2 of 2

MIHP No. PG:70-105  Lanham Acres
MIHP No. M: 37-37 and PG:65-57 The Chateau
4705 Edgewood Road
4933 Whitfield Chapel Road
6010 Princess Garden Parkway
7101 Greenbelt Road
9116-9120 Levelle Drive
9808 47th Place
9907 51st Avenue
Forestville Volunteer Fire Department
Former Amoco Gas and Service Station (Suitland)
Former Andrews Esso Gas and Service Station
Former Holiday Inn (Suitland)
Former Princess Garden Special Center
Former Sheraton of Washington Northeast
Indian Spring Terrace Park
K-Mart Plaza (Landover Crossing)
Marlo Furniture Warehouse and Showroom (Forestville)
Maryland State Police Barrack L Forestville
McDonald's (Suitland)
Sheehy Ford of Marlow Heights
Strip Center, 4767-4773 Allentown Road
Texaco-Shell Gas and Former Service Station (Suitland)

We look forward to ongoing consultation with MDOT SHA and other involved parties to successfully complete the Section 106 review of the Managed Lanes Study as project planning progresses. If you have questions or need further assistance, please contact Tim Tamburrino (for historic structures) at tim.tamburrino@maryland.gov or Beth Cole (for archeology) at beth.cole@maryland.gov. Thank you for providing us this opportunity to comment.

Sincerely,

*Elizabeth Hughes*

Elizabeth Hughes
Director/State Historic Preservation Officer

EH/BC/TJT/201902237
cc:     Caryn Brookman (SHA)
        Jeanette Masr (FHWA)
        Rebeccah Ballo (Montgomery County Planning)
        Joey Lampl (Montgomery County Parks)
        Sarah Rogers (Heritage Tourism Alliance of Montgomery County, Inc.)
        Howard Berger (Prince George's County Planning Department)
        Aaron Marcavitch (Anacostia Trails Heritage Area, Inc.)



Larry Hogan
Governor

Boyd K. Rutherford
Lt. Governor

Pete K. Rahn
Secretary

Gregory Slater
Administrator

May 14, 2019

Ms. Elizabeth Hughes
State Historic Preservation Officer
Maryland Historical Trust
100 Community Place
Crownsville, MD 21032-2023

Ms. Julie Langan
State Historic Preservation Officer
Department of Historic Resources
2801 Kensington Avenue
Richmond, VA 23221

Dear Ms. Hughes and Ms. Langan:

This letter serves to inform the Maryland Historical Trust (MHT) and The Virginia Department
of Historic Resources (VDHR) of an update to the Maryland Department of Transportation State
Highway Administration (MDOT SHA) proposed Study No. AW073A11, I-495 & I-270
Managed Lanes Study (MLS), The project is the first element of a broader I-495 & I-270 Public-
Private Partnership (P3) Program which considers improvements along the entire length of I-495
(Capital Beltway), as well as the entire length of I-270 (Dwight D. Eisenhower Memorial
Highway) up to I-70 in Frederick County, Maryland. The study limits of the I-495 & I-270 MLS
encompass I-495 from south of the American Legion Bridge in Fairfax County, Virginia, to west
of MD 5 and I-270 from I-495 north to I-370, including the east and west I-270 spurs along I-
495.

On April 16, 2018, MDOT SHA submitted a preliminary Area of Potential Effects (APE) for the
I-495 & I-270 MLS. MHT accepted MDOT SHA's APE definition on May 17, 2018 (MHT Log
201802131). At that time, MDOT SHA did not anticipate the need for substantial historic
properties identification efforts within Virginia. Since that time, MDOT SHA has conducted
additional constructability analysis for replacement of the American Legion Bridge, and
coordinated with the Virginia Department of Transportation (VDOT) and the National Park
Service (NPS) on project evaluation needs. As a result, the APE in the vicinity of the American
Legion Bridge, C&O Canal National Historical Park, and within Virginia has changed. The MLS
limits in Virginia overlap with the study area of VDOT's 495 Express Lanes Northern Extension
(NEXT) study; MDOT SHA and VDOT are continuing to coordinate our historic properties
inventory efforts and expect to use the results of each agency's architectural and archaeological
surveys to support effect findings and/or development of Programmatic Agreements for the
respective agency projects.

00005861

Ms. Elizabeth Hughes
Page Two

The revised I-495 & I-270 MLS APE is included as Attachment 1.

*Architecture*: VDOT is currently conducting survey and evaluation of historic architectural resources within the proposed MLS APE in Virginia, using the same survey cut-off date, 1978, established in MDOT SHA's Gap Analysis. Based on design evolution and in consideration of VDOT's NEXT project, MDOT SHA's APE is more precisely defined than the remainder of the corridor in Maryland, taking into account existing noise barriers and other factors that would shield adjacent properties from indirect effects. At this time MDOT SHA generally adopts VDOT's proposed architectural survey boundary along I-495 in Virginia and along the George Washington Memorial Parkway (GWMP) as sufficient for the MLS APE in Virginia. The GWMP and the Georgetown Pike are the only existing NRHP eligible or listed properties within the APE in Virginia. According to the Georgetown Pike NRHP nomination, the .53-mile section of the Georgetown Pike that provides access to I-495 within the APE does not contribute to the Georgetown Pike's significance. MDOT SHA believes that the results of VDOT's in-progress architectural history survey efforts will be sufficient to identify architectural resources potentially affected by the MDOT SHA MLS.

*Archaeology*:

Because design refinement has occurred since initiation of consultation, MDOT SHA's archaeological survey area is also more specifically defined in the Legion Bridge crossing vicinity and in Virginia, within and adjacent to the GWMP. As opposed to a general corridor survey boundary defined as an arbitrary distance from right-of-way, MDOT SHA is using the combined worst-case LOD of alternatives currently under consideration as the survey area for archaeology. For constructability, the LOD/archaeological survey area has been expanded within the C&O Canal property within Maryland. Additionally, potential conduit and signage needs have been identified along the GWMP. Several known archaeological resources and unsurveyed areas are known to be present along and adjacent to the GWMP in Virginia. MDOT SHA is coordinating with the National Park Service on an Archaeological Resources Protection Act (ARPA) permit and will coordinate with VDHR on the proposed survey and evaluation methods for archaeological resources in Virginia.

**Review Request**

Please examine the attached APE (**Attachment 1**). We request your comments by June 17, 2019 on MDOT SHA's revised I-495 & I-270 MLS APE in Maryland and Virginia in the general vicinity shown of the American Legion Bridge and along the GWMP. By email carbon copy, we are inviting the relevant agencies, local government representatives, and historic groups to provide comments and participate in the Section 106 process. Federally recognized tribes will also be invited to comment, including additional coordination with Federally Recognized Tribes in Virginia, as the previous APE definition and communication did not anticipate archaeological work by MDOT SHA within Virginia.

Ms. Elizabeth Hughes
Page Three

Pursuant to the requirements of the implementing regulations found at 36 CFR Part 800, MDOT
SHA seeks the copied parties' assistance in identifying historic preservation issues as they relate
to this specific project (see 36 CFR §800.2(c)(3) and (5), and §800.3(f) for information regarding
the identification and participation of consulting parties, and §800.4, and §800.5 regarding the
identification of historic properties and assessment of effects.

Please contact MDOT SHA Cultural Resources Team Leader Steve Archer at (410) 545-8508 or
via email at sarcher@mdot.maryland.gov with any questions or information needs on this
project.

Sincerely,

*Digitally signed
by Steve Archer
Adobe Acrobat
version:
2017.011.30140*

Julie M. Schablitsky
*for* Assistant Division Chief
Environmental Planning Division

Attachments

cc:

  Ms. Jeanette Mar, Environmental Manager, FHWA Maryland Division
  Mr. Tony Opperman, VDOT
  Ms. Sarah Clarke, VDOT
  Ms. Lisa B. Choplin, DBIA, Director, I-495 & I-270 P3 Office, MDOT SHA
  Mr. Jeffrey Folden, P.E., DBIA, Deputy Director, I-495 & I-270 P3 Office, MDOT SHA
    (w/ Attachments)
  Ms. Caryn Brookman, Environmental Manager, I-495 & I-270 P3 Office, MDOT SHA
  Mr. Steve Archer, MDOT SHA-EPLD
  Mr. Richard Ervin, MDOT SHA-EPLD
  Mr. Matt Manning, MDOT SHA-EPLD

# COMMONWEALTH of VIRGINIA

## Department of Historic Resources

Matt Strickler
*Secretary of Natural Resources*

2801 Kensington Avenue, Richmond, Virginia 23221

Julie V. Langan
*Director*

Tel: (804) 367-2323
Fax: (804) 367-2391
www.dhr.virginia.gov

10 June 2019

Ms Julie M. Schablitsky
Maryland Department of Transportation
State Highway Administration
707 North Calvert Street
Baltimore, Maryland 21202

RE:  Revised Area of Potential Effects for the I-495 and I-270 Managed Lanes Study
MDOT SHA Study No. AW073A11
DHR File No. 2018-0251

Dear Ms Schablitsky:

The Department of Historic Resources (DHR) has received for our review and comment the revised Area of Potential Effects (APE) as defined by the Maryland Department of Transportation State Highway Administration (MDOT SHA) for the proposed I-495 and I-270 Managed Lanes Study (MLS). The revised definition of the APE is a result of MDOT SHA's additional constructability analysis for replacement of the American Legion Bridge, and further coordination with the Virginia Department of Transportation (VDOT) and the National Park Service (NPS). As a result, the APE in the vicinity of the American Legion Bridge, C & O Canal National Historical Park, and within Virginia has changed. It is our understanding that the MLS limits in Virginia overlap with the VDOT study area for its I-495 Express Lanes Northern Expansion (NEXT) study. The MDOT SHA and VDOT plan to use the results of each other's architectural and archaeological surveys to support the respective agency's effect findings and/or development of a Programmatic Agreement.

The DHR, which in Virginia is the State Historic Preservation Office, was contacted by the NPS George Washington Memorial Parkway (GWMP) unit regarding the current MDOT SHA redefinition of the MLS APE. It expressed concern that the new APE does is not large enough to adequately address anticipated visual effects from tree clearing

| Administrative Services | Eastern Region Office | Western Region Office | Northern Region Office |
|---|---|---|---|
| 10 Courthouse Ave. | 2801 Kensington Avenue | 962 Kime Lane | 5357 Main Street |
| Petersburg, VA 23803 | Richmond, VA 23221 | Salem, VA 24153 | PO Box 519 |
| Tel: (804) 862-6408 | Tel: (804) 367-2323 | Tel: (540) 387-5443 | Stephens City, VA 22655 |
| Fax: (804) 862-6196 | Fax: (804) 367-2391 | Fax: (540) 387-5446 | Tel: (540) 868-7029 |
| | | | Fax: (540) 868-7033 |

Page 2
10 June 2019
Ms Julie M. Schablitsky

associated with the undertaking and temporary construction access. We were told that
there is planned an estimated fourteen (14) acres of tree clearing on the Virginia side of
the MLS, which includes both permanent and temporary vegetative loss. If this is the
case, the DHR shares NPS GWMP's position that an expanded APE may be necessary to
account for visual effects due to tree removal. Before DHR concurs with the new
definition of the APE we request that the MDOT SHA respond to NPS GWMP and DHR
regarding this issue.

If you have any questions about our comments, please contact me at (804) 482-6090.

Sincerely,

Marc Holma, Architectural Historian
Division of Review and Compliance

C:     Ms Sarah Clarke, VDOT
       Mr. Tony Opperman, VDOT
       Mr. Matt Virta, NPS GWMP
       Mr. Bradley Krueger, NPS GWMP

**Concurrence with the MD State Highway Administration's**
**Determination(s) of Eligibility and/or Effects**

| | |
|---|---|
| **Project Number:** | **AW073A11**   **MHT Log No.** 201902528 |
| **Project** | **I-495 & I-270 Managed Lanes Study** |
| **County:** | **Montgomery and Prince George's** |
| **Letter Date:** | **May 15, 2019** |

The Maryland Historical Trust has reviewed the documentation attached to the referenced letter and concurs with the MD State Highway Administration's determinations as follows:

**Appropriate Area of Potential Effects** (Attachment 1)

     [X]    Concur
     [ ]    Do Not Concur

**Eligibility** (as noted in the Eligibility Table [N/A]):

     [ ]    Concur
     [ ]    Do Not Concur

**Effect** (as noted in the Effects Table [N/A]):

     [ ]    No Properties Affected
     [ ]    No Adverse Effect
     [ ]    Conditioned upon the following action(s) (see comments below)
     [ ]    Adverse Effect

**Comments:**

_____

_____

_____

_____


By: _____          6/13/19
        MD State Historic Preservation Office/          Date
        Maryland Historical Trust

Return by U.S. Mail or Facsimile to:
Dr. Julie M. Schablitsky, Assistant Division Chief, Environmental Planning Division,
MD State Highway Administration, P.O. Box 717, Baltimore, MD 21203-0717
Telephone: 410-545-8870 and Facsimile: 410-209-5046
A-Proj #9690 Ervin/Manning

Cc:    Ervin
       Manning

00005866



**MARYLAND DEPARTMENT
OF TRANSPORTATION**

**STATE HIGHWAY
ADMINISTRATION**

Larry Hogan
Governor

Boyd K. Rutherford
Lt. Governor

Pete K. Rahn
Secretary

Gregory Slater
Administrator

May 28 2019

Ms. Julie Langan
State Historic Preservation Officer
Department of Historic Resources
2801 Kensington Avenue
Richmond, VA 23221

Dear Ms. Langan:

This letter provides the Virginia Department of Historic Resources (VDHR) with the proposed scope of archaeological investigations in Virginia for the Maryland Department of Transportation State Highway Administration (MDOT SHA) proposed Study No. AW073A11, I-495 & I-270 Managed Lanes Study (MLS).

As indicated in our May 14, 2019 letter, MDOT SHA's proposed project design in Virginia now extends outside the proposed limits of disturbance of the Virginia Department of Transportation's (VDOT) 495 Express Lanes Northern Extension (NEXT) project in and near the George Washington Memorial Parkway.

In coordination with VDOT and the National Park Service (NPS), MDOT SHA proposes to conduct Phase I and Phase II archaeological investigations within lands administered by the National Park Service in the George Washington Memorial Parkway (GWMP). A map of the proposed MDOT SHA archaeological survey area for the MLS in Virginia is enclosed as **Attachment 1**.

MDOT SHA's archaeology survey area also encompasses proposed project impacts for the VDOT NEXT Project. Potential ramp locations and conduit and signage needs have been identified along the GWMP, and several known archaeological resources and unsurveyed areas are present within the LOD in Virginia. MDOT SHA is coordinating with the National Park Service on an Archaeological Resources Protection Act (ARPA) permit for the proposed survey and evaluation of archaeological resources in the GWMP, which is enclosed as Attachment 2.

Please examine the attached scope of work found within the ARPA permit application (**Attachment 2**). We request your comments by June 28, 2019 on MDOT SHA's proposed scope of archaeological investigations along the GWMP in Virginia.

Please contact MDOT SHA Cultural Resources Team Leader Steve Archer at (410) 545-8508 or via email at sarcher@mdot.maryland.gov with any questions or information needs on this

00005867

Ms. Elizabeth Hughes
Page Two

project, or MDOT SHA archaeologist Richard Ervin at (410) 545-2878 or via email at
rervin@mdot.maryland.gov for concerns about archaeology.

Sincerely,

Digitally signed
by Steve Archer
Adobe Acrobat
version:
2017.011.30142

Julie M. Schablitsky
*for* Assistant Division Chief
Environmental Planning Division

Attachments

cc:    Ms. Elizabeth Hughes, Maryland State Historic Preservation Officer
       Ms. Jeanette Mar, Environmental Manager, FHWA Maryland Division
       Mr. Tony Opperman, VDOT
       Ms. Sarah Clarke, VDOT
       Ms. Lisa B. Choplin, DBIA, I-495 & I-270 P3 Office, MDOT SHA
       Mr. Jeffrey Folden, P.E., DBIA, I-495 & I-270 P3 Office, MDOT SHA
       Ms. Caryn Brookman, I-495 & I-270 P3 Office, MDOT SHA
       Mr. Steve Archer, MDOT SHA-EPLD
       Mr. Richard Ervin, MDOT SHA-EPLD
       Mr. Matt Manning, MDOT SHA-EPLD

00005868

*Eligibility Table*
Attachment # 2
**Project Name: I-495 & I-270 MLS**

May 15, 2019

| Resource | Type | SHA NR Det. | SHPO Opinion | Attachment | Remarks |
|---|---|---|---|---|---|
| George Washington Parkway | S | - | NRL | | |
| Georgetown Pike | S | - | NRL | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Codes:**

Resource Types: S (Structure), A (Archeological Site), HD (Historic District), NHL (National Historic Landmark)

NR Determination: ND (Not Determined), X (Not Eligible), NR (Eligible), NRL (Listed), NHL (Landmark)

Impact: None, No Adverse, Adverse

Effect: NPA (No Properties Affected), NAE (No Adverse Effect), AE (Adverse Effect)

**Bold** rows indicate review action requested

00005869



# COMMONWEALTH of VIRGINIA

## Department of Historic Resources

Matt Strickler
*Secretary of Natural Resources*

2801 Kensington Avenue, Richmond, Virginia 23221

Julie V. Langan
*Director*

Tel: (804) 367-2323
Fax: (804) 367-2391
www.dhr.virginia.gov

28 June 2019

Ms Julie M. Schablitsky
Maryland Department of Transportation
State Highway Administration
707 North Calvert Street
Baltimore, Maryland 21202

RE:    Proposed archaeological scope for the I-495 and I-270 Managed Lanes Study
       MDOT SHA Study No. AW073A11
       DHR File No. 2018-0251

Dear Ms Schablitsky:

The Department of Historic Resources (DHR) has received for our review and comment the Maryland Department of Transportation State Highway Administration's (MDOT SHA) proposed scope for archaeological investigations in Virginia associated with the proposed I-495 and I-270 Managed Lanes Study (MLS). The DHR understands that MDOT SHA proposes additional archaeological survey for portions of the planned limits of disturbance outside areas previously surveyed as part of the I-495 Express Lanes Northern Expansion project within lands administered by the National Park Service George Washington Memorial Parkway unit. The MDOT SHA proposes conducting a Phase I survey across all of the additional impact areas that do not exhibit extensive prior disturbance and Phase II evaluations on five archaeological sites (44FX0374, 44FX0379, 44FX0381, 44FX0389, and 44FX3160). Additionally, Site 44FX0373 will be subjected to close interval Phase I survey within the portion of the site which overlays the proposed limits of disturbance and a 150-foot buffer beyond the limit of disturbance. While DHR has no additional comments on the scope as proposed by MDOT SHA at this time, DHR recommends that MDOT SHA ensure all archaeological investigations be completed to meet or exceed DHR's *Guidelines for Conducting Historic Resources Survey in Virginia* (revised 2017).

If you have any questions about our comments, please contact me at (804) 482-6090.

Sincerely,

Marc Holma, Architectural Historian
Division of Review and Compliance

Administrative Services
10 Courthouse Ave.
Petersburg, VA 23803
Tel: (804) 862-6408
Fax: (804) 862-6196

Eastern Region Office
2801 Kensington Avenue
Richmond, VA 23221
Tel: (804) 367-2323
Fax: (804) 367-2391

Western Region Office
962 Kime Lane
Salem, VA 24153
Tel: (540) 387-5443
Fax: (540) 387-5446

Northern Region Office
5357 Main Street
PO Box 519
Stephens City, VA 22655
Tel: (540) 868-7029
Fax: (540) 868-7033

00005870

C:     Ms Sarah Clarke, VDOT
       Mr. Tony Opperman, VDOT
       Mr. Matt Virta, NPS GWMP
       Mr. Bradley Krueger, NPS GWMP

# United States Department of the Interior

NATIONAL PARK SERVICE
Greenbelt Park & Baltimore Washington Parkway
6565 Greenbelt Road
Greenbelt, Maryland 20770

IN REPLY REFER TO:
1. A.2. (NCR-NACE)

**MAY 29 2019**

Ms. Elizabeth Hughes
State Historic Preservation Officer
Maryland Department of Housing and Community Development
100 Community Place
Crownsville, MD 21032

Dear Ms. Hughes:

As part of the I-495 and I-270 Managed Lanes Study Section 106 Process, National Capital Parks-East (NACE), a unit of the National Park Service (NPS), is seeking your preliminary concurrence that Greenbelt Park is potentially eligible for listing on the National Register of Historic Places. NACE recognizes that a Cultural Landscape Inventory will need to be prepared for the park in the near future in order to fulfill its Section 110 obligations of the National Historic Preservation Act of 1966.

**Background:**

Greenbelt Park was established in 1950 as part of a comprehensive and continuous development of the park system of the national capital region. The park provides high quality camping, picnicking, and hiking in wooded area and along stream corridors, preserving forests, and contributing to the protection of water quality in the Anacostia River watershed. This 1,100-acre park features a 174- site campground, nine (9) miles of trails, and three picnic areas.

The Historic Resources Study[1] done in 2006 for Greenbelt Park recognizes that the Park was initially constructed with funds from the Park Service's Mission 66 program, but did not find any of the building types or small-scale features of exceptional importance and pointed out that there was no established NPS nationwide or regional context at that time by which such construction at Greenbelt Park could be evaluated.[2]

In 2015, a Multiple Property Documentation (MPD) listing for NPS Mission 66 Era Resources (#65501248) was done to establish that nationwide context that was missing. The MPD notes that NPS Mission 66 resources are located nationwide in the national parks designated through 1972 and includes Greenbelt Park (est. 1950 and from the post- World War II era) as a park that potentially may have Mission 66 resources. The period of significance for Mission 66 era is from 1945-1972. Subsequently, a DRAFT NPS National Capital Region (NCR) Mission 66 MPD Form has added to the context by stating that Greenbelt Park received its initial development from the Mission 66 program, including the construction of the park maintenance building, U.S. Park Police sub-station, and additional parking, while

---

[1] Robinson & Associates, *Greenbelt Park, National Capital Parks –East, Historic Resources Study (Final).* Prepared for the National Park Service, National Capital Region, May 31, 2006.
[2] Ibid, 117.

00005872

also pointing out that little additional development has taken place at Greenbelt Park since Mission 66 funding ended.[3]

**Significance Statement:**

Though it has not been formally nominated or listed, nor has a determination of eligibility been done, based on the MPD and draft NCR Mission 66 MPDF, the NPS considers Greenbelt Park potentially significant under National Register of Historic Places Criteria A, C, and D due to historic structures associated with the NPS Mission 66 era, cultural landscape, and potentially information-yielding prehistoric and historic archeological resources. Greenbelt Park is significant as a Property Type 3-Public Use District/Facility as the park includes a variety of contributing resources to the Mission 66 program, such as Greenbelt Park - Main Park Road (1961); Greenbelt Park Maintenance Building (ca. 1964); Greenbelt Park USPP Substation D-4 (ca. 1964); Greenbelt Park Picnic Areas (Sweetgum, Laurel, Holly Picnic Areas - ca. 1964); and Greenbelt Park Comfort Stations (ca. 1964).

Greenbelt Park is locally significant under Criterion A as the majority of the park was developed from the Mission 66 program and it fulfilled NCR's goal of providing a variety of recreational opportunities for DC's urban population after WWII. NCR was the main federal agency in the area with authority over substantial natural areas, watersheds, and urban reservations, and it planned and executed its Mission 66 program with an eye toward providing picnic and camping facilities, hiking trails, ball fields, golf courses, a boat center for local high schools and colleges, interpretation of natural and historic resources aimed at schoolchildren, and other facilities for local residents in addition to tourists visiting the nation's capital.

Greenbelt Park is also significant under Criterion C as it typifies the landscape design characteristics of the Mission 66 program, and the only park in the region where almost all of the landscape, roads campsites, comfort stations, and buildings were constructed during this time. In particular, the campgrounds followed new Mission 66 standards, which included tightly confined developed areas within attractive natural settings, connected by one-way loop roads and hiking trails. Vegetation was also preserved to the greatest extent and the campgrounds featured modern comfort stations. Aside from following the "park service modern" style, the Greenbelt Park USPP Substation (ranger station) was sited at the park's entrance and served as the first official point of contact within the park boundaries for some visitors. Its relatively low profile also 'harmonized' with its setting through horizontality of massing, and color and texture of materials. Finally, the roads and trails were also designed and constructed following Mission 66 design principles including, the use of retaining walls to reduce the height and extent of cut-and-fill slopes, use of vegetation to blend ditches and shoulders to the adjacent landscape was a standard policy, and cut-and-fill slopes were rounded, warped at the end for a natural transition.

Thank you for your attention to this matter and we look forward to receiving your concurrence. Should any questions arise during your review, please do not hesitate to contact Mike Commisso, Acting Chief of Resource Management at (202) 690-5160 or by email at michael_commisso@nps.gov.

Sincerely,

Matthew D. Carroll
Superintendent

---

[3] Robinson & Associates, *Mission 66-Era Visitor Centers, Administration Buildings, and Public Use Areas in the National Capital Region of the National Park Service*, NRHP Multiple Property Documentation Form (DRAFT), 2012.

On Jun 18, 2019, at 3:38 PM, Beth Cole - MHT <beth.cole@maryland.gov> wrote:

Mike,

Thank you for your recent letter providing NPS's views regarding the National Register eligibility of Greenbelt Park.  Attached please find the MD SHPO's concurrence with NPS's findings that Greenbelt Park is potentially eligible for the NRHP under Criteria A and C.  We have assigned inventory number PG:67-69 to Greenbelt Park and it will now be added to our GIS and inventory records.  For purposes of Section 106, we will treat Greenbelt Park as an eligible historic property.  We look forward to further coordination with NPS in its further study and documentation of Greenbelt Park.  Let me know if you have questions or need further assistance.

Have a good afternoon,

Beth

**Beth Cole**
Administrator, Project Review and Compliance
Maryland Historical Trust
Maryland Department of Planning
**100 Community Place**
Crownsville, MD 21032
beth.cole@maryland.gov / **410-697-9541**
MHT.Maryland.gov
Please take our customer service survey
Planning.Maryland.gov  /  Census.Maryland.gov

 

On Wed, May 29, 2019 at 5:04 PM Commisso, Michael <michael_commisso@nps.gov> wrote:
Good afternoon Beth,

As we discussed, as part of the I-495 and I-270 Managed Lanes Study Section 106 Process, National Capital Parks-East (NACE), a unit of the National Park Service (NPS), is seeking your preliminary concurrence that Greenbelt Park is potentially eligible for listing on the National Register of Historic Places (see attachment). NACE recognizes that a Cultural Landscape Inventory will need to be prepared for the park in the near future in order to fulfill its Section 110 obligations of the National Historic Preservation Act of 1966.

Let me know if you have any questions or concerns.

Mike
-----------------------------------------------------------------------------------
*Please note, I am out of the office on detail to National Capital Parks-East. For National Mall and Memorial Parks related issues, please contact Catherine Dewey at (202) 245-4711. Thank you.*

**Michael Commisso**
Acting Chief of Resource Management
National Capital Parks-East
1900 Anacostia Drive SE
Washington, DC 20020
202.690.5160 office
202.494.6905 cell

Cultural Resources Program Manager
National Mall and Memorial Parks
National Park Service
900 Ohio Drive, SW
Washington, DC 20024
<GreenbeltPark MDSHPO 06-18-19.pdf>



MARYLAND DEPARTMENT
OF TRANSPORTATION

STATE HIGHWAY
ADMINISTRATION

Larry Hogan
Governor

Boyd K. Rutherford
Lt. Governor

Pete K. Rahn
Secretary

Gregory Slater
Administrator

June 7, 2019

Ms. Elizabeth Hughes
State Historic Preservation Officer
Maryland Historical Trust
100 Community Place
Crownsville MD  21032-2023

Dear Ms. Hughes:

This letter serves to inform the Maryland Historical Trust (MHT) of the completion of Batch 8 of
the standing structures eligibility determinations associated with the Maryland Department of
Transportation State Highway Administration (MDOT SHA) Study No. AW073A11, I-495 & I-
270 Managed Lanes Study (MLS). The MLS is the first element of a broader I-495 & I-270
Public-Private Partnership (P3) Program which considers improvements along the entire length
of I-495 (Capital Beltway), as well as the entire length of I-270 (Dwight D. Eisenhower
Memorial Highway) up to I-70 in Frederick County, Maryland.

Please see Attachment 1 for a list of the properties included in this batch submittal and a
summary of MDOT SHA's eligibility findings. MDOT SHA has determined that one of the 48
properties evaluated in this submittal is newly eligible for the National Register of Historic
Places (NRHP).

This batch submittal includes printed forms for each resource and an archival disc with digital
photographs and PDF copies of the forms. MDOT SHA will provide an Access database with the
final batch submittal, scheduled for July 2019, that includes all properties evaluated for the I-495
& I-270 MLS.

The Batch 8 submittal also includes the finalized *Suburbanization Historic Context Addendum
(1961-1980), Montgomery and Prince George's Counties, Maryland*. A hard copy and digital
copy on CD are included for MHT's library.

00005876

Ms. Elizabeth Hughes
Page Two

Please examine the attached Eligibility Table (Attachment 1) and batch submittal (Attachment 2). We request your concurrence with MDOT SHA's Batch 8 eligibility determinations by July 8, 2019. Please contact Matt Manning at 410-545-8560 (or via email at MManning@mdot.maryland.gov) with questions regarding standing structures for this project. Richard Ervin may be reached at 410-545-2878 (or via email at RErvin@mdot.maryland.gov) with concerns regarding archaeology.

Sincerely,

Julie M. Schablitsky
Chief Archaeologist/ADC
Environmental Planning Division

Attachments

cc:   Ms. Jeanette Mar, FHWA
      Ms. Lisa B. Choplin, Project Manager, I-495 & I-270 P3 Office, MDOT SHA
      Mr. Steve Archer, MDOT SHA-EPLD
      Mr. Richard Ervin, MDOT SHA-EPLD
      Mr. Matt Manning, MDOT SHA-EPLD
      Dr. Julie Schablitsky, MDOT SHA-EPLD

*Eligibility Table*
Attachment #1 (2 pages)
**Project Name: I-495 & I-270 MLS - Batch 8**                                              June 7, 2019

| MIHP | Resource Name | Type | SHA NR Det. | SHPO Opinion | Attach. | Remarks |
|------|---------------|------|-------------|--------------|---------|---------|
| M: 26-84 | **Julius West Junior High School (Julius West Middle School)** | S | X | Req. 7/2019 | 2 | DOE |
| M: 26-85 | **Washington National Pike Industrial Park, Block A** | HD | X | Req. 7/2019 | 2 | DOE |
| M: 29-78 | **Cabin John Regional Park** | HD | X | Req. 7/2019 | 2 | DOE |
| M: 29-79 | **Congressional Country Club** | HD | NR | Req. 7/2019 | 2 | DOE |
| M: 32-37 | **Argyle Local Park** | HD | X | Req. 7/2019 | 2 | DOE |
| M: 35-38 | **In the Woods** | S | - | NR 10/2000 | 2 | Rev. DOE |
| PG:66-38 | **Hollywood Addition** | HD | X | Req. 7/2019 | 2 | Rev. DOE |
| PG:66-41 | **Sunnyside and Sunnyside Knolls** | HD | X | Req. 7/2019 | 2 | Rev. DOE |
| PG:66-69 | **Hollywood** | HD | X | Req. 7/2019 | 2 | Rev. DOE |
| PG:66-82 | **Edgewood Knolls** | HD | X | Req. 7/2019 | 2 | DOE |
| PG:66-83 | **Sunnyside B** | HD | X | Req. 7/2019 | 2 | DOE |
| PG:67-70 | **Goddard Space Village** | HD | X | Req. 7/2019 | 2 | DOE |
| PG:67-71 | **Good Luck Estates** | HD | X | Req. 7/2019 | 2 | DOE |
| PG:67-72 | **Greenbriar Condominiums** | HD | X | Req. 7/2019 | 2 | DOE |
| PG:67-73 | **Hunting Ridge** | HD | X | Req. 7/2019 | 2 | DOE |
| PG:67-74 | **Schrom Hills** | HD | X | Req. 7/2019 | 2 | DOE |
| PG:69-70 | **Carrollan** | HD | X | Req. 7/2019 | 2 | DOE |
| PG:69-71 | **Princess Springs** | HD | X | Req. 7/2019 | 2 | DOE |
| PG:72-78 | **Washington Suburban Sanitary Commission (WSSC) Central Avenue Water Pumping Station** | S | X | Req. 7/2019 | 2 | DOE |
| PG:76A-61 | **Andrews Village** | HD | X | Req. 7/2019 | 2 | DOE |
| PG:76A-62 | **Forest Village Apartments** | HD | X | Req. 7/2019 | 2 | DOE |
| PG:76B-76 | **Allentowne Apartments** | HD | X | Req. 7/2019 | 2 | DOE |
| PG:76B-77 | **Andrews Manor** | HD | X | Req. 7/2019 | 2 | DOE |
| PG:76B-78 | **Andrews Manor Apartments** | HD | X | Req. 7/2019 | 2 | DOE |

**Codes:**
Resource Types:  S (Structure), A (Archeological Site), HD (Historic District), NHL (National Historic Landmark)
NR Determination:  ND (Not Determined), X (Not Eligible), NR (Eligible), NRL (Listed), NHL (Landmark)
SHPO Opinion: (B) designates opinion regarding boundary, Code following date signifies SHPO opinion
**Bold** rows indicate review action requested

| MIHP | Resource Name | Type | SHA NR Det. | SHPO Opinion | Attach. | Remarks |
|---|---|---|---|---|---|---|
| PG:76B-79 | Andrews Manor Shopping Center | HD | X | Req. 7/2019 | 2 | DOE |
| - | 4305 Forestville Road | S | X | Req. 7/2019 | 2 | Short |
| - | 5401 Florist Place | S | X | Req. 7/2019 | 2 | Short |
| - | Chevy Chase Recreation Association | S | X | Req. 7/2019 | 2 | Short |
| - | Ephesians New Testament Church | S | X | Req. 7/2019 | 2 | Short |
| - | Herc Rentals | S | X | Req. 7/2019 | 2 | Short |
| - | Holy Cross Lutheran Church | S | X | Req. 7/2019 | 2 | Short |
| - | Joint Base Andrews Water Tower | S | X | Req. 7/2019 | 2 | Short |
| - | Kingdom Square | S | X | Req. 7/2019 | 2 | Short |
| - | Morris Park | S | X | Req. 7/2019 | 2 | Short |
| - | North Chevy Chase Local Park | S | X | Req. 7/2019 | 2 | Short |
| - | Peterbilt | S | X | Req. 7/2019 | 2 | Short |
| - | Ryder Truck Rental & Leasing | S | X | Req. 7/2019 | 2 | Short |
| - | U-Haul Moving & Storage of Landover | S | X | Req. 7/2019 | 2 | Short |
| - | Warehouse, 5000-5060 Beech Place | S | X | Req. 7/2019 | 2 | Short |
| - | Warehouses, 8901-8961 D'Arcy Road | S | X | Req. 7/2019 | 2 | Short |
| - | Whitfield Chapel Park | S | X | Req. 7/2019 | 2 | Short |
| M: 20-15 | Gaither-Howes House | S | X | Req. 7/2019 | 2 | Addendum |
| M: 20-24 | Mills House | S | X | Req. 7/2019 | 2 | Addendum |
| M: 26-6 | Poor Farm, Site and Cemetery | S | X | Req. 7/2019 | 2 | Addendum |
| M: 36-36 | Louis C. & Charlotte E. Dismer Property | S | X | Req. 7/2019 | 2 | Addendum |
| PG:76A-25 | L and R Lawnmower | S | X | Req. 7/2019 | 2 | Addendum |
| PG:76A-26 | Helen Knox House | S | X | Req. 7/2019 | 2 | Addendum |
| PG:77-60 | Hazard Storage (AAFB Building #1990) | S | X | Req. 7/2019 | 2 | Addendum |

Codes:

Resource Types:  S (Structure), A (Archeological Site), HD (Historic District), NHL (National Historic Landmark)
NR Determination:  ND (Not Determined), X (Not Eligible), NR (Eligible), NRL (Listed), NHL (Landmark)
SHPO Opinion: (B) designates opinion regarding boundary, Code following date signifies SHPO opinion
**Bold** rows indicate review action requested

00005879



MARYLAND DEPARTMENT OF

**PLANNING**

MARYLAND HISTORICAL TRUST

| | |
|---|---|
| Larry Hogan, Governor | Robert S. McCord, Secretary |
| Boyd Rutherford, Lt. Governor | Sandy Schrader, Deputy Secretary |

August 8, 2019

Dr. Julie M. Schablitsky
MDOT State Highway Administration
707 North Calvert Street
Baltimore, MD 21202

Re:    I-495 & I-270 Managed Lanes Study
       Historic Structures Investigations – Determination of Eligibility Forms ("Batch 8")
       Montgomery and Prince George's Counties
       MDOT SHA Study No. AW073A11

Dear Dr. Schablitsky:

Thank you for providing the Maryland Historical Trust (Trust), the Maryland State Historic Preservation Office, with an opportunity to review the Determination of Eligibility (DOE) Forms produced for the above-referenced undertaking. The Trust has reviewed the materials as part of our ongoing consultation for this undertaking, pursuant to Section 106 of the National Historic Preservation Act of 1966, as amended. We offer the following comments and recommendations regarding the historic structures investigations.

Trust staff reviewed the Determination of Eligibility (DOE) Forms prepared by Dovetail Cultural Resources Group and RK&K LLP on behalf of the Maryland Department of Transportation State Highway Administration (MDOT SHA). MDOT SHA's submittal of 41 DOE forms represents the eight batch of historic structure investigations for the current I-495 & I-270 Managed Lanes Study. Our comments regarding the eligibility of historic properties for listing in the National Register of Historic Places (National Register) are provided below.

The Trust concurs with MDOT SHA that the following property is <u>eligible</u> for listing in the National Register:
   MIHP No. M: 29-79   Congressional Country Club
                       This property is National Register-eligible under Criteria A and C for its association with the development of 20th century country clubs and the role of this club as a gathering place for the political and business elite of Washington, D.C. The property is also significant for the design of its distinctive clubhouse.

The Trust concurs with MDOT SHA that the following properties are <u>not eligible</u> for listing in the National Register:
   MIHP No. M: 26-84   Julius West Junior High School (Julius West Middle School)
   MIHP No. M: 26-85   Washington National Pike Industrial Park, Block A
   MIHP No. M: 29-78   Cabin John Regional Park
   MIHP No. M: 32-37   Argyle Local Park
   MIHP No. PG:66-38   Hollywood Addition
   MIHP No. PG:66-41   Sunnyside and Sunnyside Knolls
   MIHP No. PG:66-69   Hollywood
   MIHP No. PG:66-82   Edgewood Knolls
   MIHP No. PG:66-83   Sunnyside B
   MIHP No. PG:67-70   Goddard Space Village
   MIHP No. PG:67-71   Good Luck Estates
   MIHP No. PG:67-72   Greenbrier Condominiums

00005880

Dr. Julie Schablitsky
I-495 & I-270 Managed Lanes Study – Batch 8
Page 2 of 3

MIHP No. PG:67-73    Hunting Ridge
MIHP No. PG:67-74    Schrom Hills
MIHP No. PG:69-70    Carrollan
MIHP No. PG:69-71    Princess Springs
MIHP No. PG:72-78    WSSC Central Avenue Water Pumping Station
MIHP No. PG:76A-61  Andrews Village
MIHP No. PG:76A-62  Forest Village Apartments
MIHP No. PG:76B-76  Allentowne Apartments
MIHP No. PG:76B-77  Andrews Manor
MIHP No. PG:76B-78  Andrews Manor Apartments
MIHP No. PG:76B-79  Andrews Manor Shopping Center
4305 Forestville Road
5401 Florist Place
Chevy Chase Recreation Association
Ephesians New Testament Church
Herc Rentals
Holy Cross Lutheran Church
Joint Base Andrews Water Tower
Kingdom Square
Morris Park
North Chevy Chase Local Park
Peterbilt
Ryder Truck Rental & Leasing
U-Haul Moving & Storage of Landover
Warehouse, 5000-5060 Beech Place
Warehouses, 8901-8961 D'Arcy Road
Whitfield Chapel Park

The property known as In the Woods (MIHP No. M: 35-38) was previously evaluated and determined eligible for listing in the National Register in 2000. As part of the current study, MDOT SHA revisited the property to update its National Register boundary, period of significance and character-defining features. We concur with the revised documentation and historic boundary for this resource.

Finally, we acknowledge receipt of the final revised draft of the following report: Suburbanization Historic Context Addendum (1961-1980) (MDOT SHA 2019). This report has been accessioned into our library.

We look forward to ongoing consultation with MDOT SHA and other involved parties to successfully complete the Section 106 review of the Managed Lanes Study as project planning progresses. If you have questions or need further assistance, please contact Tim Tamburrino (for historic structures) at tim.tamburrino@maryland.gov or Beth Cole (for archeology) at beth.cole@maryland.gov. Thank you for providing us this opportunity to comment.

Sincerely,

*Elizabeth Hughes*

Elizabeth Hughes
Director/State Historic Preservation Officer
EH/BC/TJT/201902893
cc:      Caryn Brookman (SHA)
         Jeanette Masr (FHWA)
         Rebeccah Ballo (Montgomery County Planning)
         Joey Lampl (Montgomery County Parks)
         Sarah Rogers (Heritage Tourism Alliance of Montgomery County, Inc.)
         Howard Berger (Prince George's County Planning Department)
         Aaron Marcavitch (Anacostia Trails Heritage Area, Inc.)



Governor

Boyd K. Rutherford
Lt. Governor

Pete K. Rahn
Secretary

Gregory Slater
Administrator

**MARYLAND DEPARTMENT
OF TRANSPORTATION**

**STATE HIGHWAY
ADMINISTRATION**

July 8, 2019

Ms. Elizabeth Hughes
State Historic Preservation Officer
Maryland Historical Trust
100 Community Place
Crownsville MD 21032-2023

Dear Ms. Hughes:

This letter serves to inform the Maryland Historical Trust (MHT) of the completion of Batch 9 of
the standing structures eligibility determinations associated with the Maryland Department of
Transportation State Highway Administration (MDOT SHA) Study No. AW073A11, I-495 & I-
270 Managed Lanes Study (MLS). The MLS is the first element of a broader I-495 & I-270
Public-Private Partnership (P3) Program which considers improvements along the entire length
of I-495 (Capital Beltway), as well as the entire length of I-270 (Dwight D. Eisenhower
Memorial Highway) up to I-70 in Frederick County, Maryland.

Please see Attachment 1 for a list of the properties included in this batch submittal and a
summary of MDOT SHA's eligibility findings. MDOT SHA has determined that one of the 50
properties included in this submittal is newly eligible for the National Register of Historic Places
(NRHP). Two other properties are eligible: the Glenarden Historic District (PG:72-26/PG:73-26)
and the Philip F. Gormley House/Gagarin Property (M: 35-162). The Glenarden Historic District
is a revised and expanded version of the Town of Glenarden Determination of Eligibility (DOE)
form MDOT SHA submitted to MHT as part of Batch 2. New information based on additional
survey and ongoing research in the area has resulted in an expansion of the previous boundary.
MHT holds an easement on the Philip F. Gormley House/Gagarin Property, but the property had
not been formally evaluated for the NRHP using MHT's DOE form.

MDOT SHA provided a review draft of the DOE form for the U.S. Postal Service (USPS)
Southern Maryland Processing and Distribution Center to Mr. Daniel Delahaye, Federal
Preservation Officer for the USPS. The included form for that facility reflects input from the
USPS.

Also included is a Maryland Inventory of Historic Properties form for the Marriott International
Corporate Headquarters in Bethesda. This form replaces the DOE form submitted to MHT as
part of Batch 2.

This batch submittal includes printed forms for each resource and an archival disc with digital
photographs and PDF copies of the forms. MDOT SHA will provide an Access database with the

00005882

Ms. Elizabeth Hughes
Page Two

final batch submittal, anticipated in September 2019, that includes all properties evaluated for the
I-495 & I-270 MLS.

Please examine the attached Eligibility Table (Attachment 1) and batch submittal (Attachment
2). We request your concurrence with MDOT SHA's Batch 9 eligibility determinations by
August 7, 2019. Please contact Matt Manning at 410-545-8560 (or via email at
MManning@mdot.maryland.gov) with questions regarding standing structures for this project.
Richard Ervin may be reached at 410-545-2878 (or via email at RErvin@mdot.maryland.gov)
with concerns regarding archaeology.

Sincerely,

Digitally signed by
Steve Archer
Adobe Acrobat
version:
2017.011.30143

Julie M. Schablitsky
*for* Chief Archaeologist/Assistant Division Chief
Environmental Planning Division

Attachments

cc:
      Ms. Jeanette Mar, FHWA
      Mr. Daniel Delahaye, USPS
      Ms. Lisa B. Choplin, Project Manager, I-495 & I-270 P3 Office, MDOT SHA
      Mr. Steve Archer, MDOT SHA-EPLD
      Mr. Richard Ervin, MDOT SHA-EPLD
      Mr. Matt Manning, MDOT SHA-EPLD
      Dr. Julie Schablitsky, MDOT SHA-EPLD

*Eligibility Table*
Attachment #1 (2 pages)
**Project Name: I-495 & I-270 MLS - Batch 9**                                                                    **July 8, 2019**

| MIHP | Resource Name | Type | SHA NR Det. | SHPO Opinion | Attach. | Remarks |
|------|---------------|------|-------------|--------------|---------|---------|
| M: 26-86 | Potomac Valley Nursing Home (Potomac Valley Nursing and Wellness Center) | S | X | Req. 8/2019 | 2 | DOE |
| M: 29-80 | Cabin John Stream Valley Park | HD | X | Req. 8/2019 | 2 | DOE |
| M: 29-81 | Montgomery Country Club (Bethesda Country Club) | HD | X | Req. 8/2019 | 2 | DOE |
| M: 33-36 | Hillandale Swim and Tennis Association | S | X | Req. 8/2019 | 2 | DOE |
| M: 33-37 | Xaverian College (National Labor College) | HD | X | Req. 8/2019 | 2 | DOE |
| M: 35-162 | Philip F. Gormley House/Gagarin Property | S | NR | Req. 8/2019 | 2 | DOE |
| M: 35-209 | Old Georgetown Club | S | X | Req. 8/2019 | 2 | DOE |
| PG:61-86 | Powder Mill Elementary School (Frances Fuchs Early Childhood Center) | S | X | Req. 8/2019 | 2 | DOE |
| PG:72-26 PG:73-26 | Glenarden Historic District | HD | NR | Req. 8/2019 | 2 | Rev. DOE |
| PG:72-79 | Centennial Village | HD | X | Req. 8/2019 | 2 | DOE |
| PG:72-80 | Hanson-Beltway Industrial Center | HD | X | Req. 8/2019 | 2 | DOE |
| PG:73-36 | Carsondale | HD | NR | Req. 8/2019 | 2 | DOE |
| PG:73-37 | Cranmore Knolls | HD | X | Req. 8/2019 | 2 | DOE |
| PG:73-38 | Rambling Hills | HD | X | Req. 8/2019 | 2 | DOE |
| PG:75A-78 | USPS Southern Maryland Processing and Distribution Center | HD | X | Req. 8/2019 | 2 | DOE |
| PG:75A-79 | Badini's Addition to Ole Longfield | HD | X | Req. 8/2019 | 2 | DOE |
| PG:76A-63 | Andrews Park | HD | X | Req. 8/2019 | 2 | DOE |
| PG:76A-64 | Silver Valley | HD | X | Req. 8/2019 | 2 | DOE |
| PG:76B-80 | Old Branch Avenue Houses | HD | X | Req. 8/2019 | 2 | DOE |
| PG:76B-81 | Princeton | HD | X | Req. 8/2019 | 2 | DOE |
| PG:76B-82 | Temple Terrace | HD | X | Req. 8/2019 | 2 | DOE |
| PG:76B-83 | Woodlane | HD | X | Req. 8/2019 | 2 | DOE |
| PG:76B-84 | Yorkshire Village | HD | X | Req. 8/2019 | 2 | DOE |

Codes:

Resource Types:  S (Structure), A (Archeological Site), HD (Historic District), NHL (National Historic Landmark)
NR Determination:  ND (Not Determined), X (Not Eligible), NR (Eligible), NRL (Listed), NHL (Landmark)
SHPO Opinion: (B) designates opinion regarding boundary, Code following date signifies SHPO opinion
**Bold** rows indicate review action requested

| MIHP | Resource Name | Type | SHA NR Det. | SHPO Opinion | Attach. | Remarks |
|------|---------------|------|-------------|--------------|---------|---------|
| | **3220 Park View Road** | S | X | Req. 8/2019 | 2 | Short |
| | **3231 Park View Road** | S | X | Req. 8/2019 | 2 | Short |
| | **3724 Brightseat Road** | S | X | Req. 8/2019 | 2 | Short |
| | **3900 Penn Belt Place** | S | X | Req. 8/2019 | 2 | Short |
| | **4704 Medley Drive** | S | X | Req. 8/2019 | 2 | Short |
| | **5612 Lanham Station Road** | S | X | Req. 8/2019 | 2 | Short |
| | **8803 Ardwick Ardmore Road** | S | X | Req. 8/2019 | 2 | Short |
| | **8808 Spring Avenue** | S | X | Req. 8/2019 | 2 | Short |
| | **8819 Saunders Lane** | S | X | Req. 8/2019 | 2 | Short |
| | **8820 Saunders Lane** | S | X | Req. 8/2019 | 2 | Short |
| | **8904 Ardmore Road** | S | X | Req. 8/2019 | 2 | Short |
| | **9017 Spring Hill Lane** | S | X | Req. 8/2019 | 2 | Short |
| | **10020 Riggs Road** | S | X | Req. 8/2019 | 2 | Short |
| | **The Classics** | S | X | Req. 8/2019 | 2 | Short |
| | **Ebenezer United Methodist Church** | S | X | Req. 8/2019 | 2 | Short |
| | **Episcopal Church of the Nativity** | S | X | Req. 8/2019 | 2 | Short |
| | **Landover Center** | S | X | Req. 8/2019 | 2 | Short |
| | **Lanham Sports Park** | S | X | Req. 8/2019 | 2 | Short |
| | **McDonald Field** | S | X | Req. 8/2019 | 2 | Short |
| | **Malcolm King Park** | S | X | Req. 8/2019 | 2 | Short |
| | **Silver Cab of P.G. & Taxi Taxi Dispatch Center** | S | X | Req. 8/2019 | 2 | Short |
| | **Snapbox Self-Storage** | S | X | Req. 8/2019 | 2 | Short |
| | **Waste Management - Temple Hills** | S | X | Req. 8/2019 | 2 | Short |
| M: 29-59 | **Carderock Springs Historic District** | HD | - | 11/2008 NRL | 2 | Addendum |
| M: 31-7 | **Capitol View Park Historic District** | HD | - | 4/2001 NR | 2 | Addendum |
| PG:76A-33 | **Warren Ammann House** | HD | **ND** | Req. 8/2019 | 2 | Addendum |
| M: 30-40 | **Marriott International Corporate Headquarters** | S | **ND** | Req. 8/2019 | 2 | MIHP |

**Codes:**
Resource Types:  S (Structure), A (Archeological Site), HD (Historic District), NHL (National Historic Landmark)
NR Determination:  ND (Not Determined), X (Not Eligible), NR (Eligible), NRL (Listed), NHL (Landmark)
SHPO Opinion: (B) designates opinion regarding boundary, Code following date signifies SHPO opinion
**Bold** rows indicate review action requested



MARYLAND DEPARTMENT OF

PLANNING

**MARYLAND HISTORICAL TRUST**

Larry Hogan, Governor

Boyd Rutherford, Lt. Governor

Robert S. McCord, Secretary

Sandy Schrader, Deputy Secretary

August 12, 2019

Dr. Julie M. Schablitsky
MDOT State Highway Administration
707 North Calvert Street
Baltimore, MD 21202

Re:    I-495 & I-270 Managed Lanes Study
       Historic Structures Investigations – Determination of Eligibility Forms ("Batch 9")
       Montgomery and Prince George's Counties
       MDOT SHA Study No. AW073A11

Dear Dr. Schablitsky:

Thank you for providing the Maryland Historical Trust (Trust), the Maryland State Historic Preservation Office, with an opportunity to review the Determination of Eligibility (DOE) Forms produced for the above-referenced undertaking. The Trust has reviewed the materials as part of our ongoing consultation for this undertaking, pursuant to Section 106 of the National Historic Preservation Act of 1966, as amended. We offer the following comments and recommendations regarding the historic structures investigations.

Trust staff reviewed the Determination of Eligibility (DOE) Forms prepared by Dovetail Cultural Resources Group and RK&K LLP on behalf of the Maryland Department of Transportation State Highway Administration (MDOT SHA). MDOT SHA's submittal of 47 DOE forms represents the ninth batch of historic structure investigations for the current I-495 & I-270 Managed Lanes Study. Our comments regarding the eligibility of historic properties for listing in the National Register of Historic Places (National Register) are provided below.

The Trust concurs with MDOT SHA that the following property is <u>eligible</u> for listing in the National Register:

MIHP No. 73-36        Carsondale

This historic district eligible for the National Register of Historic Places under Criterion A as one of the earliest suburban developments advertised for African American WWII veterans.

The Trust concurs with MDOT SHA that the following properties are <u>not eligible</u> for listing in the National Register:

MIHP No. M:26-86     Potomac Valley Nursing Home (Potomac Valley Nursing and Wellness Center)
MIHP No. M: 29-81    Montgomery Country Club (Bethesda Country Club)
MIHP No. M: 33-36    Hillandale Swim and Tennis Association
MIHP No. M: 33-37    Xaverian College (National Labor College)
MIHP No. M: 35-209   Old Georgetown Club
MIHP No. PG:61-86    Powder Mill Elementary School (Frances Fuchs Early Childhood Center)
MIHP No. PG:72-79    Centennial Village
MIHP No. PG:72-80    Hanson-Beltway Industrial Center
MIHP No. PG:73-37    Cranmore Knolls
MIHP No. PG:73-38    Rambling Hills
MIHP No. PG:75A-78   USPS Southern MD Processing & Distribution Center
MIHP No. PG:75A-79   Badini's Addition to Ole Longfield
MIHP No. PG:76A-63   Andrews Park
MIHP No. PG:76A-64   Siler Valley
MIHP No. PG:76B-80   Old Branch Avenue Houses
MIHP No. PG:76B-81   Princeton

Maryland Historical Trust   •   100 Community Place   •   Crownsville   •   Maryland   •   21032

Tel: 410.697.9591   •   toll free 877.767.6272 •   TTY users: Maryland Relay   •   MHT.Maryland.gov

00005886

Dr. Julie Schablitsky
I-495 & I-270 Managed Lanes Study — Batch 9
Page 2 of 3

MIHP No. PG:76B-82 Temple Terrace
MIHP No. PG:76B-83 Woodlane
MIHP No. PG:76B-84 Yorkshire Village
3220 Park View Road
3231 Park View Road
3724 Brightseat Road
3900 Penn Belt Place
4704 Medley Drive
5612 Lanham Station Road
8803 Ardwick Ardmore Road
8808 Spring Avenue
8819 Saunders Lane
8820 Saunders Lane
8904 Ardmore Road
9017 Spring Hill Lane
10020 Riggs Road
The Classics, 4591 Allentown Road
Ebenezer United Methodist Church, 4912 Whitfield Chapel Road
Episcopal Church of the Nativity, 5203 Manchester Drive
Landover Center, 1701 Brightseat Road
Lanham Sports Park, 7700 Good Luck Road
McDonald Field, 13 Southway
Malcolm King Park, 1200 West Side Drive
Silver Cab of P.G. & Taxi Taxi Dispatch Center, 8316 Ardwick Ardmore Road
Snapbox Self-Storage, 5061 Beech Place
Waste Management — Temple Hills, 4900 Beech Place

The property known as the Town of Glenarden (MIHP Nos. PG:72-26/73-26) was previously evaluated and determined eligible for listing in the National Register in 2018. Ongoing research conducted as part of this study has resulted in an expansion of the previously identified historic boundary. We concur with the revised documentation and historic boundary for the property now known as the Glenarden Historic District.

The Trust holds a perpetual preservation easement on the Philip F Gormley House/Gagarin Property (MIHP No. PG:35-162), however, a formal DOE was never completed. We appreciate MDOT SHA's preparation of a DOE for this resource and agree that it is National Register eligible.

The Trust agrees that the Cabin John Stream Valley Park (MIHP No. M: 29-80) is not eligible for listing in the National Register based on the existing analysis presented in MDOT SHA's DOE form. The property is a late example of park creation in the region and possesses minimal manmade improvements. However, we welcome future efforts to develop a comprehensive context or multiple property documentation of the Stream Valley Park system that could result in a re-evaluation of this property.

We look forward to ongoing consultation with MDOT SHA and other involved parties to successfully complete the Section 106 review of the Managed Lanes Study as project planning progresses. If you have questions or need further assistance, please contact Tim Tamburrino (for historic structures) at tim.tamburrino@maryland.gov or Beth Cole (for archeology) at beth.cole@maryland.gov. Thank you for providing us this opportunity to comment.

Sincerely,

Elizabeth Hughes
Director/State Historic Preservation Officer
EH/BC/TJT/201903398
cc:    Caryn Brookman (SHA)
       Jeanette Masr (FHWA)
       Rebeccah Ballo (Montgomery County Planning)
       Joey Lampl (Montgomery County Parks)
       Sarah Rogers (Heritage Tourism Alliance of Montgomery County, Inc.)
       Howard Berger (Prince George's County Planning Department)
       Aaron Marcavitch (Anacostia Trails Heritage Area, Inc.)



**MARYLAND DEPARTMENT
OF TRANSPORTATION**

**STATE HIGHWAY
ADMINISTRATION**

Larry Hogan
Governor

Boyd K. Rutherford
Lt. Governor

Pete K. Rahn
Secretary

Gregory Slater
Administrator

November 26, 2019

Ms. Elizabeth Hughes
State Historic Preservation Officer
Maryland Historical Trust
100 Community Place
Crownsville, MD 21032-2023

Ms. Julie Langan
State Historic Preservation Officer
Department of Historic Resources
2801 Kensington Avenue
Richmond, VA 23221

Dear Ms. Hughes and Ms. Langan:

This letter serves to inform the Maryland Historical Trust (MHT) and the Virginia Department of
Historic Resources (VDHR) of an update to the Area of Potential Effects (APE) and the
completion of Batch 10 of the standing structures eligibility determinations associated with the
Maryland Department of Transportation State Highway Administration (MDOT SHA) Study No.
AW073A11, I-495 & I-270 Managed Lanes Study (MLS). The MLS is the first element of a
broader I-495 & I-270 Public-Private Partnership (P3) Program which considers improvements
along the entire length of I-495 (Capital Beltway) in Maryland, connecting into Virginia's
portion of I-495, as well as the entire length of I-270 (Dwight D. Eisenhower Memorial
Highway) up to I-70 in Frederick County, Maryland.

MDOT SHA initially defined the APE in a letter to MHT dated April 16, 2018. In the absence of
engineered alternatives, the APE at the time was established using a Corridor Study Boundary
(CSB) as the initial survey boundary. The CSB, a 300-foot-wide area along the centerline of I-
495 and I-270 within the project limits, was the area in which it was assumed physical impacts
would occur. The APE extended an additional 250 feet along either side of the CSB and was
entirely within Maryland. MHT accepted MDOT SHA's definition of the APE on May 17, 2018
(MHT Log 201802131).

On May 14, 2019, MDOT SHA submitted an updated APE for the I-495 & I-270 MLS
encompassing parts of the Virginia Department of Transportation's 495 Express Lanes Northern
Extension (NEXT) study in the vicinity of the American Legion Bridge. MHT accepted the
updated APE definition on June 13, 2019 (MHT Log 201902528).

00005888

Ms. Elizabeth Hughes
Page Two

MDOT SHA received comments from the National Park Service and VDHR requesting clarification of visual effects considerations regarding the APE in the vicinity of the American Legion Bridge spanning Maryland and Virginia over the Potomac River. MDOT SHA notes that sizable historic properties are present at both landings of the bridge (George Washington Memorial Parkway in Virginia and The Chesapeake and Ohio Canal National Historical Park in Maryland). MDOT SHA will consider effects to these resources in their entirety. MDOT SHA believes the 250-foot buffer is consistent with the consideration to effects to viewshed, setting and feeling given to all other historic properties for the study and does not merit special extension in this area. As with all other historic properties, MDOT SHA considers effects to the property in total even if only a portion of the property falls within the APE. However, because the limits of disturbance (LOD) have expanded at the American Legion Bridge, the APE is accordingly shown 250 feet from the edge of LOD, resulting in a minor APE expansion within the Potomac River.

Since the APE update in May 2019, following design advancement and the establishment of engineered alternatives, MDOT SHA has developed LOD for the alternatives under consideration. Refinements to the LOD have resulted in an expanded APE in Maryland. MDOT SHA has revised the APE using the LOD for Alternative 10, which represents the broadest alternative for physical construction impacts. In general, the LOD is narrower than the CSB and is a more accurate estimation of project impacts. However, where the LOD is smaller than the CSB, the APE continues to use the larger limits of the CSB. Where the LOD extends beyond the CSB, the APE has expanded. As it did with the CSB, the APE extends 250 feet on either side of the Alternative 10 LOD. Within Virginia, particularly along the west side of I-495, the APE has a reduced buffer from the LOD in some areas for consistency with VDOT's NEXT project, taking into account the presence of noise barriers and where engineering design has been more refined. The APE within Virginia is unchanged from the May 2019 submittal.

Please see Attachment 2 for a list of the properties included in the Batch 10 submittal and a summary of MDOT SHA's eligibility findings. MDOT SHA has determined that 2 of the 46 properties evaluated in this submittal, Capitol Car Distributors (PG:70-95) and Little Washington (PG:78-39), are eligible for the National Register of Historic Places (NRHP). Oakview (M: 37-15), which MDOT SHA originally submitted as an Addendum form with Batch 6, is included on a Determination of Eligibility (DOE) form at MHT's request to facilitate concurrence with the neighborhood's expanded boundaries.

Also included is a revised Addendum form for Carderock Springs (M: 29-59), which corrects a mapping error on the version submitted to MHT as part of Batch 9.

This batch submittal includes printed forms for each resource and an archival disc with digital photographs and PDF copies of the forms. Following this submittal, MDOT SHA will provide MHT with an Access database that includes all properties evaluated for the I-495 & I-270 MLS through Batch 10.

Ms. Elizabeth Hughes
Page Three

Please examine the attached APE Map (Attachment 1), Eligibility Table (Attachment 2), and batch submittal (Attachment 3). We request comments from MHT and VDHR by December 26, 2019, on MDOT SHA's revised APE. By the same date, we request MHT concurrence with MDOT SHA's Batch 10 eligibility determinations. Please contact Matt Manning at 410-545-8560 (or via email at MManning@mdot.maryland.gov) with questions regarding standing structures for this project. Richard Ervin may be reached at 410-545-2878 (or via email at RErvin@mdot.maryland.gov) with concerns regarding archaeology.

Sincerely,

Digitally signed
by Steve Archer
Adobe Acrobat
version:
2017.011.30152

*for* Julie M. Schablitsky
Chief Archaeologist/Assistant Division Chief
Environmental Planning Division

Attachments

cc:   Ms. Jeanette Mar, Environmental Manager, FHWA Maryland Division
      Mr. John Simkins, FHWA Virginia Division
      Mr. Tony Opperman, VDOT
      Ms. Sarah Clarke, VDOT
      Ms. Lisa B. Choplin, DBIA, Director, I-495 & I-270 P3 Office, MDOT SHA
      Mr. Jeffrey Folden, P.E., DBIA, Deputy Director, I-495 & I-270 P3 Office, MDOT SHA
      Mr. Steve Archer, MDOT SHA-EPLD
      Mr. Richard Ervin, MDOT SHA-EPLD
      Mr. Matt Manning, MDOT SHA-EPLD
      Dr. Julie Schablitsky, MDOT SHA-EPLD

*Eligibility Table*
Attachment #2 (2 pages)
**Project Name: I-495 & I-270 MLS - Batch 10**                                      **November 26, 2019**

| MIHP | Resource Name | Type | SHA NR Det. | SHPO Opinion | Attach. | Remarks |
|------|---------------|------|-------------|--------------|---------|---------|
| M: 21-285 | **The Willows** | HD | X | Req. 12/2019 | 3 | DOE |
| M: 26-87 | **Fallsmead** | HD | X | Req. 12/2019 | 3 | DOE |
| M: 30-55 | **Martin Marietta Corporation Headquarters** | S | X | Req. 12/2019 | 3 | DOE |
| M: 31-80 | **Forest Grove Elementary School** | S | X | Req. 12/2019 | 3 | DOE |
| M: 32-38 | **Indian Spring Park** | HD | X | Req. 12/2019 | 3 | DOE |
| M: 35-210 | **Wyngate** | HD | X | Req. 12/2019 | 3 | DOE |
| M: 36-97 | **The Valley** | HD | X | Req. 12/2019 | 3 | DOE |
| M: 36-98 | **Woodside Forest** | HD | X | Req. 12/2019 | 3 | DOE |
| M: 36-99 | **Technical Service Park** | S | X | Req. 12/2019 | 3 | DOE |
| M: 37-15 | **Oakview (Batch 6 Addendum Revised to DOE)** | HD | X | Req. 12/2019 | 3 | DOE |
| PG:67-75 | **Lakecrest** | HD | X | Req. 12/2019 | 3 | DOE |
| PG:70-95 | **Capitol Car Distributors** | S | NR | Req. 12/2019 | 3 | DOE |
| PG:73-39 | **Spring Dale** | HD | X | Req. 12/2019 | 3 | DOE |
| PG:76B-85 | **Abbott Forest** | HD | X | Req. 12/2019 | 3 | DOE |
| PG:76B-86 | **Glenn-Hills** | HD | X | Req. 12/2019 | 3 | DOE |
| PG:76B-87 | **Manchester Estates** | HD | X | Req. 12/2019 | 3 | DOE |
| PG:78-39 | **Little Washington** | HD | NR | Req. 12/2019 | 3 | DOE |
|  | **223 University Boulevard** | S | X | Req. 12/2019 | 3 | Short |
|  | **1509 Forest Glen Road** | S | X | Req. 12/2019 | 3 | Short |
|  | **2410-26 Linden Lane** | S | X | Req. 12/2019 | 3 | Short |
|  | **5502 Old Branch Avenue** | S | X | Req. 12/2019 | 3 | Short |
|  | **6001 Auth Road** | S | X | Req. 12/2019 | 3 | Short |
|  | **6302 Princess Garden Parkway** | S | X | Req. 12/2019 | 3 | Short |
|  | **6314 Princess Garden Parkway** | S | X | Req. 12/2019 | 3 | Short |
|  | **6712 McKeldin Drive** | S | X | Req. 12/2019 | 3 | Short |
|  | **7100 Heatherhill Road** | S | X | Req. 12/2019 | 3 | Short |
|  | **7104 Heatherhill Road** | S | X | Req. 12/2019 | 3 | Short |

Codes:
  Resource Types:  S (Structure), A (Archaeological Site), HD (Historic District), NHL (National Historic Landmark)
  NR Determination:  ND (Not Determined), X (Not Eligible), NR (Eligible), NRL (Listed), NHL (Landmark)
  SHPO Opinion: (B) designates opinion regarding boundary, Code following date signifies SHPO opinion
  **Bold** rows indicate review action requested

| MIHP | Resource Name | Type | SHA NR Det. | SHPO Opinion | Attach. | Remarks |
|------|---------------|------|-------------|--------------|---------|---------|
| | **7124 Greentree Road** | **S** | **X** | **Req. 12/2019** | **3** | **Short** |
| | **7601 Good Luck Road** | **S** | **X** | **Req. 12/2019** | **3** | **Short** |
| | **9001 Annapolis Road** | **S** | **X** | **Req. 12/2019** | **3** | **Short** |
| | **9001 Ardmore Road** | **S** | **X** | **Req. 12/2019** | **3** | **Short** |
| | **9011 Annapolis Road** | **S** | **X** | **Req. 12/2019** | **3** | **Short** |
| | **9075 Comprint Court** | **S** | **X** | **Req. 12/2019** | **3** | **Short** |
| | **Douglass E. Patterson Park** | **S** | **X** | **Req. 12/2019** | **3** | **Short** |
| | **Episcopal Church of Our Saviour** | **S** | **X** | **Req. 12/2019** | **3** | **Short** |
| | **Forestville Asphalt** | **S** | **X** | **Req. 12/2019** | **3** | **Short** |
| | **Grace Presbyterian Church** | **S** | **X** | **Req. 12/2019** | **3** | **Short** |
| | **James E. Duckworth School** | **S** | **X** | **Req. 12/2019** | **3** | **Short** |
| | **Knights of Columbus Prince George's Council** | **S** | **X** | **Req. 12/2019** | **3** | **Short** |
| | **Morningside Shell Service Station** | **S** | **X** | **Req. 12/2019** | **3** | **Short** |
| | **Museum Warehouse, Building 178, Forest Glen Annex** | **S** | **X** | **Req. 12/2019** | **3** | **Short** |
| | **Shell Gas and Service Station (Gaithersburg)** | **S** | **X** | **Req. 12/2019** | **3** | **Short** |
| | **Shell Gas and Service Station (Rockville)** | **S** | **X** | **Req. 12/2019** | **3** | **Short** |
| | **Shell Service Station and Strip Center** | **S** | **X** | **Req. 12/2019** | **3** | **Short** |
| | **Sheraton Potomac Inn** | **S** | **X** | **Req. 12/2019** | **3** | **Short** |
| | **Steuart Ford** | **S** | **X** | **Req. 12/2019** | **3** | **Short** |
| M: 29-59 | Carderock Springs Historic District (8124 Stone Trail Drive) | HD | - | 11/2008 NRL | 3 | Addendum |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Codes:**
Resource Types:  S (Structure), A (Archaeological Site), HD (Historic District), NHL (National Historic Landmark)
NR Determination:  ND (Not Determined), X (Not Eligible), NR (Eligible), NRL (Listed), NHL (Landmark)
SHPO Opinion: (B) designates opinion regarding boundary, Code following date signifies SHPO opinion
**Bold** rows indicate review action requested

# COMMONWEALTH of VIRGINIA

## Department of Historic Resources

2801 Kensington Avenue, Richmond, Virginia 23221

Matt Strickler
*Secretary of Natural Resources*

Julie V. Langan
*Director*

Tel: (804) 367-2323
Fax: (804) 367-2391
www.dhr.virginia.gov

23 December 2019

Ms Julie M. Schablitsky
Maryland Department of Transportation
State Highway Administration
707 North Calvert Street
Baltimore, Maryland 21202

RE:    Update on APE and Batch 10 architectural properties for the I-495 and I-270
Managed Lanes Study
MDOT SHA Study No. AW073A11
DHR File No. 2018-0251

Dear Ms Schablitsky:

The Department of Historic Resources (DHR) has received your letter of 26 November
2019 regarding the above referenced project. The correspondence from the Maryland
Department of Transportation State Highway Administration (MDOT SHA) is, in part, a
response to DHR's letter of 10 June 2019 commenting on the revised Area of Potential
Effects (APE) for the proposed I-495 and I-270 Managed Lanes Study (MLS).
Specifically, we informed MDOT SHA that the National Park Service unit at George
Washington Memorial Parkway (NPS GWMP) expressed to DHR that the revised APE
did not take into consideration possible visual impacts caused by an estimated 14 acres of
vegetative and tree clearing associated with the undertaking and temporary construction
access. In our letter, we requested MDOT SHA address NPS GWMP's concerns
concerning this topic.

As stated in MDOT SHA's letter of 26 November, it believes the 250-foot buffer
extended along either side of the Corridor Study Boundary "is consistent with the
consideration to effects to viewshed, setting, and feeling given to all other historic
properties for the study and does not merit special extension" in the area of the George

Administrative Services
10 Courthouse Ave.
Petersburg, VA 23803
Tel: (804) 862-6408
Fax: (804) 862-6196

Eastern Region Office
2801 Kensington Avenue
Richmond, VA 23221
Tel: (804) 367-2323
Fax: (804) 367-2391

Western Region Office
962 Kime Lane
Salem, VA 24153
Tel: (540) 387-5443
Fax: (540) 387-5446

Northern Region Office
5357 Main Street
PO Box 519
Stephens City, VA 22655
Tel: (540) 868-7029
Fax: (540) 868-7033

Page 2
23 December 2019
Ms Julie M. Schablitsky

Washington Memorial Parkway. However, because the limits of disturbance (LOD) have expanded in the area of the American Legion Bridge the 250-foot buffer has expanded some as well. Additionally, MDOT SHA stated it is the agency's policy to "consider effects to the property in total even if only a portion of the property falls within the APE." With the knowledge that MDOT SHA has expanded the indirect APE in response to the larger LOD near the American Legion Bridge, and the fact it will assess the project effects along all of the George Washington Memorial Parkway, not just those portions within the APE, DHR has greater confidence in MDOT SHA's definition of the APE. Please note, however, that as part of the effect analysis DHR anticipates MDOT SHA to prepare visual simulations depicting the undertaking as seen at various points along the George Washington Memorial Parkway, to include locations outside the established APE.

With respect to the Batch 10 standing structures eligibility determinations, the properties covered in this submission fall entirely in Maryland and, therefore, are outside of DHR's purview. We have no comment on Batch 10.

If you have any questions about our comments, please contact me at (804) 482-6090.

Sincerely,

Marc Holma, Architectural Historian
Division of Review and Compliance


C:    Mr. John Simkins, FHWA Virginia Division
      Ms Sarah Clarke, VDOT
      Mr. Tony Opperman, VDOT
      Mr. Matt Virta, NPS GWMP
      Ms Maureen Joseph, NPS GWMP

Larry Hogan, Governor
Boyd Rutherford, Lt. Governor



Robert S. McCord, Secretary
Sandy Schrader, Deputy Secretary

# Maryland
## DEPARTMENT OF PLANNING
## MARYLAND HISTORICAL TRUST

December 30, 2019

Dr. Julie M. Schablitsky
MDOT State Highway Administration
707 North Calvert Street
Baltimore, MD 21202

Re:     I-495 & I-270 Managed Lanes Study
        Historic Structures Investigations – Determination of Eligibility Forms ("Batch 10")
        Montgomery and Prince George's Counties
        MDOT SHA Study No. AW073A11

Dear Dr. Schablitsky:

Thank you for providing the Maryland Historical Trust (Trust), the Maryland State Historic Preservation Office, with an opportunity to review the Determination of Eligibility (DOE) Forms produced for the above-referenced undertaking. The Trust has reviewed the materials as part of our ongoing consultation for this undertaking, pursuant to Section 106 of the National Historic Preservation Act of 1966, as amended. We offer the following comments and recommendations regarding the historic structures investigations.

The Maryland Department of Transportation State Highway Administration (MDOT SHA) defined in the undertaking's original Area of Potential Effects (APE) in April 2018 and updated the APE in May 2019. Based on ongoing design development, the APE has been expanded within Maryland. The Trust agrees with MDOT SHA's current redefined APE.

Trust staff reviewed the Determination of Eligibility (DOE) Forms prepared by Dovetail Cultural Resources Group, RK&K LLP and the Maryland Department of Transportation State Highway Administration (MDOT SHA). MDOT SHA's submittal of 46 DOE forms represents the tenth batch of historic structure investigations for the current I-495 & I-270 Managed Lanes Study. Our comments regarding the eligibility of historic properties for listing in the National Register of Historic Places (National Register) are provided below.

The Trust concurs with MDOT SHA that the following properties are <u>eligible</u> for listing in the National Register:

MIHP No. PG:70-95      Capitol Car Distributors
                       This property is eligible for the National Register under Criterion C as an example of a New Formalist corporate office building of the 1960s.

MIHP No. PG:78-39      Little Washington
                       This historic district is eligible for the National Register under Criterion A as an example of a mid-20th century auto-dependent African American subdivision from segregation-era Maryland.

MIHP No. M: 29-59      Carderock Springs Historic District
                       The Trust agrees that the dwelling located at 8214 Stone View Trail Drive contributes to the historic significance of the National Register-listed Carderock Springs Historic District.

The Trust concurs with MDOT SHA that the following properties are <u>not eligible</u> for listing in the National Register:

MIHP No. M: 21-285  The Willows
MIHP No. M: 26-87   Fallsmead
MIHP No. M: 30-55   Martin Marietta Corporation Headquarters

Dr. Julie Schablitsky
I-495 & I-270 Managed Lanes Study – Batch 10
Page 2 of 3

MIHP No. M: 31-80  Forest Grove Elementary School
MIHP No. M: 32-38  Indian Spring Park
MIHP No. M: 35-210 Wyngate
MIHP No. M: 36-97  The Valley
MIHP No. M: 36-98  Woodside Forest
MIHP No. M: 36-99  Technical Service Park
MIHP No. PG:67-75  Lakecrest
MIHP No. PG:73-39  Spring Dale
MIHP No. PG:76B-85 Abbott Forest
MIHP No. PG:76B-86 Glenn-Hills
MIHP No. PG:76B-87 Manchester Estates
223 University Boulevard East
1509 Forest Glen Road
2410-2426 Linden Lane
5502 Old Branch Avenue
6001 Auth Road
6302 Princess Garden Parkway
6314 Princess Garden Parkway
6712 McKeldin Drive
7100 Heatherhill Road
7104 Heatherhill Road
7124 Greentree Road
7601 Good Luck Road
9001 Annapolis Road
9001 Ardmore Road
9011 Ardmore Road
9075 Comprint Court
Douglass E. Patterson Park, 7001 Marianne Drive
Episcopal Church of Our Saviour, 1700 Powder Mill Road
Forestville Asphalt, 8700 D'Arcy Road
Grace Presbyterian Church, 5924 Princess Garden Parkway
James E. Duckworth School, 11201 Evans Trail
Knights of Columbus Prince George's Council, 9450 Cherry Hill Road
Morningside Shell Service Station, 6815 Suitland Road
Museum Warehouse, Building 178, Forest Glen Annex, Linden Lane at Smith Drive
Shell Gas and Service Station, 15730 Shady Grove Road
Shell Gas and Service Station, 1250 W. Montgomery Avenue
Shell Service Station and Strip Center, 10201-10203 New Hampshire Avenue
Sheraton Potomac Inn, 3 Research Court
Steuart Ford, 9020 Lanham Severn Road

The property known as Oakview (MIHP No. M: 37-15) was evaluated and determined not eligible for listing in the National Register in 2000. Ongoing research conducted as part of this study has resulted in an expansion of the previously documented resource to include additional associated residential buildings and amenities. The Trust accepts the revised documentation and boundary for the Oakview community, and we agree that it remains ineligible for listing in the National Register.

Dr. Julie Schablitsky
I-495 & I-270 Managed Lanes Study – Batch 10
Page 2 of 3

We look forward to ongoing consultation with MDOT SHA and other involved parties to successfully complete the Section 106 review of the Managed Lanes Study as project planning progresses. If you have questions or need further assistance, please contact Tim Tamburrino (for historic structures) at tim.tamburrino@maryland.gov or Beth Cole (for archeology) at beth.cole@maryland.gov. Thank you for providing us this opportunity to comment.

Sincerely,

Elizabeth Hughes
Director/State Historic Preservation Officer
EH/BC/TJT/201905523

cc:    Caryn Brookman (SHA)
       Jeanette Masr (FHWA)
       Rebeccah Ballo (Montgomery County Planning)
       Joey Lampl (Montgomery County Parks)
       Sarah Rogers (Heritage Tourism Alliance of Montgomery County, Inc.)
       Howard Berger (Prince George's County Planning Department)
       Aaron Marcavitch (Anacostia Trails Heritage Area, Inc.)



**MARYLAND DEPARTMENT
OF TRANSPORTATION**

**STATE HIGHWAY
ADMINISTRATION**

Larry Hogan
Governor

Boyd K. Rutherford
Lt. Governor

Pete K. Rahn
Secretary

Gregory Slater
Administrator

January 10, 2020

Ms. Elizabeth Hughes
State Historic Preservation Officer
Maryland Historical Trust
100 Community Place
Crownsville, MD 21032-2023

Ms. Julie Langan
State Historic Preservation Officer
Department of Historic Resources
2801 Kensington Avenue
Richmond, VA 23221

Dear Ms. Hughes and Ms. Langan:

This letter serves to continue consultation under Section 106 of the National Historic
Preservation Act with the Maryland Historical Trust (MHT) and the Virginia Department of
Historic Resources (VDHR) for Project No. AW073A11, I-495 & I-270 Managed Lanes Study
(MLS). The Maryland Department of Transportation State Highway Administration (MDOT
SHA), on behalf of the Federal Highway Administration (FHWA) finds that that the MLS
undertaking would have an adverse effect on historic properties. The MLS is the first element of
a broader I-495 & I-270 Public-Private Partnership (P3) Program which considers improvements
along the entire length of I-495 (Capital Beltway) in Maryland, connecting into Virginia's
portion of I-495, as well as the entire length of I-270 (Dwight D. Eisenhower Memorial
Highway) up to I-70 in Frederick County, Maryland. MDOT SHA most recently coordinated the
project's Area of Potential Effects (APE) and eligibility determinations for architectural
properties in Maryland by letter dated November 26, 2019, with concurrence responses received
from MHT and VDHR dated December 30, 2019 and December 23, 2019, respectively.

Enclosed is the **Cultural Resources Technical Report** for the MLS, which summarizes MDOT
SHA's archaeological and architectural investigations in Maryland and Virginia and presents
National Register of Historic Places (NRHP) eligibility and effect findings. The report is
presented in six volumes, as follows:

00005898

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Two

| Volume | Title | Description |
|---|---|---|
| 1 | **Overview and Effects Assessment** | Contains a summary of Section 106 coordination and contains project effect determinations for each identified historic property within the APE. |
| 2 | **Archaeological and Historic Architectural Gap Analysis and Assessment** | Document created in 2018 defining the scope of identification and evaluation efforts for historic properties; previously shared with consulting parties. |
| 3 | **Architectural Historic Properties Identification** | Summary and collation of eligibility determinations for architectural historic properties within the APE. Each newly evaluated resource's eligibility determination has been previously shared with consulting parties. |
| 4 | **Phase I Archaeological Investigation for the I-495 and I-270 Managed Lanes Study, Montgomery and Prince George's County, Maryland and Fairfax County, Virginia** | Describes the archaeological identification efforts within the Maryland portion of the APE and contains archaeological evaluation for several archaeological properties determined not eligible for the NRHP during the Phase I investigation. |
| 5 | **Supplemental Phase I Archaeological Survey and Phase II Archaeological Evaluation of Sites 18PR750, 18MO749 and 18MO751, Prince George's and Montgomery Counties, Maryland** | Describes additional identification efforts and NRHP-eligibility evaluation of the referenced sites in Maryland, including the Chesapeake and Ohio Canal National Historical Park. |
| 6 | **Phase I Archaeological Survey, Intensive Phase I Archaeological Survey of Site 44FX0373, and Phase II Archaeological Evaluation of Sites 44FX0374, 44FX0379, 44FX0389, 44FX3160 and 44FX3900 Within the George Washington Memorial Parkway for the I-495/I-270 Managed Lanes Study (Maryland Department of Transportation), Fairfax County, Virginia** | Describes identification efforts and NRHP-eligibility evaluation for archaeological properties within the Virginia portion of the APE, all within the George Washington Memorial Parkway property. |

*Architecture*: MDOT SHA identified a total of 51 architectural historic properties within the APE (**Volume 3, Table 2-2; Appendices D and E**); of these, 50 are entirely located in Maryland. The George Washington Memorial Parkway/Clara Barton Parkway (M: 35-61 and DHR# 029-0228) is in both Maryland and Virginia, with unaffected distant portions of the resource within the District of Columbia. The Greenbelt Historic District (PG:67-4) and Washington Aqueduct (M: 29-49) are National Historic Landmarks (NHLs).

Both physical effects as well as potential visual, atmospheric, or audible effects were considered within the entire APE. The effect assessment finds no adverse effect to 34 architectural historic properties and an adverse effect on 10 architectural historic properties. Effects cannot be fully determined on seven architectural historic properties; these will be subject to stipulations of the proposed Programmatic Agreement to avoid, minimize, or mitigate adverse effects as design advances. Property effect assessments are summarized in **Attachment 2** and discussed in more

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Three

detail in **Volume 1** of the Technical Report. MDOT SHA has determined the project will have an adverse effect on architectural historic properties.

MDOT SHA intends to request that the Federal Highway Administration make a *de minimis* impact finding for the minor Section 4(f) use of nine properties that will experience no adverse effect as a result of the project. These properties are listed in **Table 4, Attachment 2** of this letter.

*Archaeology* (Maryland): MDOT SHA conducted Phase I archaeological survey (inventory for archaeological properties) within areas that may be subject to ground disturbance, as described in **Volume 4**, with some supplemental Phase I work described in **Volumes 5** and **6**.  As presented in **Volume 1**, MDOT SHA has determined ten sites in Maryland (18MO22, 18MO750, 18MO753, 18MO754, 18MO755, 18MO756, 18PR425, 18PR750, 18PR1131, and 18PR1133) are not eligible for the NRHP.  MDOT SHA requests concurrence from MHT on these determinations.

As a result of Phase II investigations in Maryland, presented in **Volume 5**, MDOT SHA has determined sites 18MO749 and 18MO751 within the C&O Canal National Historical Park **are** eligible for the NRHP, and MDOT SHA requests concurrence from MHT on these determinations.

Further archaeological investigations are recommended at the following previously recorded archaeological resources in Maryland, unless avoidance is feasible: 18MO190 (Kavanagh XI), 18MO191 (Kavanagh XII), 18MO457 (Booze Creek), 18MO510, 18MO752 (Cabin John 1) and 18MO514 (Forest Glen).  Additional investigations are also recommended within the LOD at two cemetery locations, the Montgomery County Poor Farm and the Moses Lodge Cemetery (**Volume 4**).  MDOT SHA proposes to include provisions related to treatment and evaluation of these resources in the Programmatic Agreement proposed for the project.

*Archaeology* (Virginia): In Fairfax County, Virginia, additional Phase I survey and Phase II archaeological evaluation were completed along the George Washington Memorial Parkway, as described in **Volume 6**.

As a result of these investigations, MDOT SHA, on behalf of FHWA, has determined one archaeological resource in Virginia is eligible for the NRHP, the Dead Run Ridges Archaeological District. Four of the six investigated sites within the proposed district boundary can provide important information concerning local or regional prehistoric period occupations and are recommended as contributing to the NRHP eligibility of the district under Criterion D (44FX0374, 44FX0379, 44FX0381, and 44FX0389).

Several other sites have been previously identified within the district boundary but have not been evaluated for eligibility to the NRHP because they are outside of proposed project impacts and

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Four

will not be affected by the undertaking.  MDOT SHA requests concurrence from VDHR on the NRHP eligibility of the district and the properties identified as contributing to the significance of the district.

The investigations also identified only scattered, low-density archaeological materials within the LOD at previously identified sites 44FX0373, 44FX0322, 44FX0326, and 44FX0377. The proposed undertaking would not impact significant archaeological deposits associated with these resources, and no further archaeological investigations are warranted to evaluate NRHP eligibility of these sites.

MDOT SHA, on behalf of FHWA has determined site 44FX3160 is **not eligible** for the NRHP. Additionally, newly recorded site 44FX3900 is also not eligible for the NRHP.

**Review Request**

MDOT SHA respectfully requests review by MHT of the enclosed technical reports supporting the analysis, and concurrence on the following determinations:

- Sites 18MO749 AND 18MO751 **are** eligible for the NRHP
- Sites 18MO22, 18MO750, 18MO753, 18MO754, 18MO755, 18MO756, 18PR425, 18PR750, 18PR1131, and 18PR1133 are **not** eligible for the NRHP
- The MLS undertaking will have an adverse effect to historic properties in Maryland
- There will be no adverse effect to the NRHP-eligible properties in Attachment 2, Table 3
- Properties in Attachment 2, Table 1 **will** experience an adverse effect
- Archaeological sites 18MO749 and 18MO751 will experience an adverse effect
- Properties in Attachment 2, Table 2, and Attachment 3, as specified, should be subject to provisions of the proposed Programmatic Agreement to avoid, minimize or mitigate potential adverse effects
- Acknowledgement of FHWA's intent to make a *de minimis* determination for the purposes of 4(f) for properties listed in Attachment 2, Table 4

MDOT SHA respectfully requests review by VDHR of the enclosed technical reports supporting the analysis, and concurrence on the following determinations:

- The MLS will have an adverse effect on historic properties in Virginia, specifically the George Washington Memorial Parkway and the Dead Run Ridges Archaeological District.
- The Dead Run Ridges Archaeological District **is eligible** for the NRHP
- Sites 44FX3160 and 44FX3900 **are not** eligible for the NRHP
- Sites 44FX0373, 44FX0322, 44FX0326, and 44FX0377 have not been evaluated for the NRHP, but the project LOD does not contain significant deposits related to these resources and no further archaeological work is warranted.

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Five

We request the above responses from MHT and VDHR by **March 16, 2020**, including any comments you may have on the enclosed technical reports. We look forward to working with the respective State Historic Preservation Offices and additional consulting parties on continued development of the proposed Programmatic Agreement for the MLS undertaking. Please feel free to contact Steve Archer, MDOT SHA Cultural Resources Team Leader at 410-545-8508 or sarcher@mdot.maryland.gov with any questions or information needs on this project.

Sincerely,

Digitally signed
by Steve Archer
Adobe Acrobat
version:
2017.011.30156

Julie M. Schablitsky
*for* Chief Archaeologist/Assistant Division Chief
Environmental Planning Division

Attachments

cc:
      Mr. Marc Holma, Virginia DHR
      Ms. Jeanette Mar, Environmental Manager, FHWA Maryland Division
      Mr. Tony Opperman, VDOT
      Ms. Mandy Ranslow, ACHP
      Mr. John Simkins, FHWA Virginia Division
      Mr. Steve Archer, MDOT SHA-EPLD
      Ms. Lisa B. Choplin, DBIA, Director, I-495 & I-270 P3 Office, MDOT SHA
      Mr. Richard Ervin, MDOT SHA-EPLD
      Mr. Jeffrey Folden, P.E., DBIA, Deputy Director, I-495 & I-270 P3 Office, MDOT SHA
      Mr. Matt Manning, MDOT SHA-EPLD
      Dr. Julie Schablitsky, MDOT SHA-EPLD
      I-495 & I-270 MLS Section 106 Consulting Parties

**Concurrence with the MDOT State Highway Administration's
Determination(s) of Eligibility and/or Effects**

**Project Number:** AW073A11                    **MHT Log No.**_____
**Project Name:** I-495 & I-270 Managed Lanes Study (MLS)
**County:** Montgomery and Prince George's
**Letter Date:** January 10, 2020

The Maryland Historical Trust has reviewed the documentation attached to the referenced letter and concurs with the MDOT State Highway Administration's determinations as follows:

**Eligibility** (as noted in the Eligibility Table [Attachments 2 & 3):
      [ ]    Concur
      [ ]    Do Not Concur

**Effect** (as noted in the Effects Table [Attachments 2 &3):
      [ ]    No Properties Affected
      [ ]    No Adverse Effect
      [ ]    Conditioned upon the following action(s) (see comments below)
      [ ]    Adverse Effect

**Acknowledgment of FHWA's intent to make a *de minimis* impact finding** (as detailed in the referenced letter, if applicable):
      [ ]    Acknowledge

Comments:

_____
_____
_____
_____
_____
_____

By: _____       _____
     MD State Historic Preservation Office/                Date
     Maryland Historical Trust

_____

**Section 4(f) Criteria of Temporary Occupancy or *de minimis* Finding Approval, if applicable:**

_____    _____    _____
**Federal Highway**              **Printed Name**                    **Date**
**Administration**

Return by U.S. Mail or Facsimile to:
Dr. Julie M. Schablitsky, Assistant Division Chief, Environmental Planning Division,
MDOT State Highway Administration, P.O. Box 717, Baltimore, MD 21203-0717
Telephone: 410-545-8870 and Facsimile: 410-209-5046
A_Proj Number: 11729

**Effects Table—Architectural Historic Properties**
Attachment # 2
I-495 & I-270 Managed Lanes Study (MLS)

**Table 1: Properties Experiencing an Adverse Effect**

| MIHP#/DHR# | Name | Type | Impact | SHPO Concurrence | Period of Significance | NRHP Criteria | Remarks |
|---|---|---|---|---|---|---|---|
| PG:69-26 | Baltimore-Washington Parkway | Structure | Adverse | Requested 3/2020 | 1942-1954 | A, C | Listed |
| M: 12-46 | Chesapeake and Ohio Canal National Historical Park | District | Adverse | Requested 3/2020 | 1828-1924 | A, C, D | Listed |
| M: 35-61 and 029-0228 (Virginia) | George Washington Memorial Parkway/Clara Barton Memorial Parkway | Structure | Adverse | Requested 3/2020 | 1930-1966 | B, C | Listed |
| PG:72-26 and PG:73-26 | Glenarden Historic District | District | Adverse | Requested 3/2020 | 1939-1977 | A | Eligible |
| PG:67-69 | Greenbelt Park | District | Adverse | Requested 3/2020 | 1945-1972 (for Mission 66 era) | A, C, D | Eligible (for the purposes of Section 106) |
| M: 32-34 | Indian Spring Club Estates and Indian Spring Country Club | District | Adverse | Requested 3/2020 | 1939-1957 | A, B, C | Eligible |
| M: 37-16 | Metropolitan Branch, B&O Railroad | Structure | Adverse | Requested 3/2020 | 1866-1873 | A, C | Eligible |
| M: 36-1 | National Park Seminary Historic District/Forest Glen/ Walter Reed A.M.C. Annex | District | Adverse | Requested 3/2020 | 1894-ca. 1930 | Unspecified | Listed (MHT Easement) |
| M: 36-87 | Rock Creek Stream Valley Park, Units 2 and 3 | District | Adverse | Requested 3/2020 | 1931-1970 | A | Eligible |
| M: 32-15 | Sligo Creek Parkway | District | Adverse | Requested 3/2020 | Unspecified | A, C | Eligible |

**Effects Table—Architectural Historic Properties**
Attachment # 2
I-495 & I-270 Managed Lanes Study (MLS)

**Table 2: Properties Where Effects Cannot Be Fully Determined**

| MIHP#/DHR# | Name | Type | Impact | SHPO Concurrence | Period of Significance | NRHP Criteria | Remarks |
|---|---|---|---|---|---|---|---|
| M: 31-7 | Capitol View Park Historic District | District | Effects Cannot Be Fully Determined | Requested 3/2020 | 1887-1941 | A, C | Eligible |
| M: 29-59 | Carderock Springs Historic District | District | Effects Cannot Be Fully Determined | Requested 3/2020 | 1962-1967 | A, C | Listed |
| PG:73-36 | Carsondale | District | Effects Cannot Be Fully Determined | Requested 3/2020 | 1955-1962 | A | Eligible |
| M: 29-39 | Gibson Grove A.M.E. Zion Church | Building | Effects Cannot Be Fully Determined | Requested 3/2020 | 1923 | A, Criteria Consideration A | Eligible |
| M: 32-5 | Polychrome Historic District | District | Effects Cannot Be Fully Determined | Requested 3/2020 | 1934-1935 | A, C | Listed |
| PG:76A-22 | Suitland Parkway | Structure | Effects Cannot Be Fully Determined | Requested 3/2020 | 1942-1944 | A, C | Listed |
| M: 29-49 | Washington Aqueduct | Structure | Effects Cannot Be Fully Determined | Requested 3/2020 | 1853-1939 | A, C | Listed (NHL) |

**Effects Table—Architectural Historic Properties**
Attachment # 2
I-495 & I-270 Managed Lanes Study (MLS)

### Table 3: Properties Experiencing No Adverse Effect

| MIHP#/DHR# | Name | Type | Impact | SHPO Concurrence | Period of Significance | NRHP Criteria | Remarks |
|---|---|---|---|---|---|---|---|
| M: 30-38 | Academy Woods | District | No Adverse | Requested 3/2020 | 1967-1974 | C | Eligible (Upon reaching 50 years) |
| PG:LAU-29 | Baltimore & Ohio Railroad, Washington Branch | Structure | No Adverse | Requested 3/2020 | 1835-1945 | A, C | Eligible |
| PG:71A-54 | Baltimore & Potomac Railroad, Washington City Branch | Structure | No Adverse | Requested 3/2020 | 1872-1945 | A, C | Eligible |
| PG:62-14 | Beltsville Agricultural Research Center (BARC) | District | No Adverse | Requested 3/2020 | Unspecified | A, C | Eligible |
| M: 35-121 | Burning Tree Club | District | No Adverse | Requested 3/2020 | 1922-1923 | A, C | Eligible |
| M: 36-37 | Calvary Evangelical Lutheran Church | Building | No Adverse; | Requested 3/2020 | 1948, ca. 1950, ca. 1965 | C, Criteria Consideration A | Eligible |
| PG:70-95 | Capitol Car Distributors | Building | No Adverse | Requested 3/2020 | 1965 | C | Eligible |
| M: 35-194 | Carderock Springs South | District | No Adverse | Requested 3/2020 | 1966-1971 | C | Eligible |
| M: 31-72 | Cedar Lane Unitarian Church | Building | No Adverse | Requested 3/2020 | 1958-1963 | C, Criteria Consideration A | Eligible |
| M: 31-8-5 | Charles E. Brock Property | Building | No Adverse | Requested 3/2020 | 1908 | C | Eligible |
| M: 29-79 | Congressional Country Club | District | No Adverse | Requested 3/2020 | 1924-1978 | A, C | Eligible |
| M: 29-47 | David W. Taylor Model Basin | Building | No Adverse | Requested 3/2020 | 1938-1970 | A, C | Listed |
| M: 30-15 | Wild Acres (Grosvenor Estate) | District | No Adverse | Requested 3/2020 | 1928-1966 | A, B, C | Eligible |

**Effects Table—Architectural Historic Properties**
Attachment # 2
I-495 & I-270 Managed Lanes Study (MLS)

### Table 3: Properties Experiencing No Adverse Effect

| MIHP#/DHR# | Name | Type | Impact | SHPO Concurrence | Period of Significance | NRHP Criteria | Remarks |
|---|---|---|---|---|---|---|---|
| M: 26-71 | Woodley Gardens | District | No Adverse | Requested 3/2020 | 1960-1970 | A, C | Eligible |
| M: 31-26 | Greater Washington Boy's and Girl's Club, Silver Spring Branch (Harry F. Duncan Building) | Building | No Adverse | Requested 3/2020 | ca. 1950 | A, C | Eligible |
| PG:67-36 | Greenbelt Maryland National Guard Armory | Building | No Adverse | Requested 3/2020 | 1955 | C | Eligible |
| M: 31-8 | Forest Glen Historic District | District | No Adverse | Requested 3/2020 | 1891-early 20th century | A, C | Eligible |
| PG:67-4 | Greenbelt Historic District | District | No Adverse | Requested 3/2020 | 1935-1941 | A, C | Listed (NHL) |
| M: 30-39 | Grosvenor Park | District | No Adverse | Requested 3/2020 | 1963-1966 | A, C | Eligible (Upon reaching 50 years) |
| M: 35-199 | Hawley Estate (Federation of American Societies for Experimental Biology) | Building | No Adverse | Requested 3/2020 | 1929-1954 | C | Eligible |
| M: 35-38 | In the Woods (David Fairchild Estate) | Building | No Adverse | Requested 3/2020 | 1906-1926 | B, C | Eligible |
| PG:78-39 | Little Washington | District | No Adverse | Requested 3/2020 | 1938-1969 | A | Eligible |
| M: 35-120 | Locust Hill Estates | District | No Adverse | Requested 3/2020 | 1941-1949 | A, C | Eligible |
| PG:67-41 | Maryland State Highway Administration (MDOT SHA) District 3 Headquarters Building | Building | No Adverse | Requested 3/2020 | 1967 | C | Eligible |
| PG:76A-39 | Morningside | District | No Adverse | Requested 3/2020 | ca.1940-ca.1955 | A, C | Eligible |
| M: 20-47 | National Institute of Standards and Technology (NIST) Headquarters | District | No Adverse | Requested 3/2020 | 1963-1969 | A, C | Eligible |
| M: 29-52 | Naval Surface Warfare Center Carderock Division (NSWCCD) Historic District | District | No Adverse | Requested 3/2020 | 1938-1958 | A, C | Eligible |

**Effects Table—Architectural Historic Properties**
Attachment # 2
I-495 & I-270 Managed Lanes Study (MLS)

### Table 3: Properties Experiencing No Adverse Effect

| MIHP#/DHR# | Name | Type | Impact | SHPO Concurrence | Period of Significance | NRHP Criteria | Remarks |
|---|---|---|---|---|---|---|---|
| PG:72-76 | New Carrollton Metrorail Station and Yard | Building | No Adverse | Requested 3/2020 | 1978-1983 | A, C | Eligible (Upon reaching 50 years) |
| PG:75A-35 | Percy Benson Sansbury Property | Building | No Adverse | Requested 3/2020 | ca. 1930 | C | Eligible |
| M: 35-162 | Philip F. Gormley House/Gagarin Property | Building | No Adverse | Requested 3/2020 | ca. 1912 | C | Eligible (MHT Easement) |
| PG:72-3 | Street Railway Service Building | Building | No Adverse | Requested 3/2020 | Unspecified | A, C | Eligible |
| M: 26-72-1 | Ward Building | Building | No Adverse | Requested 3/2020 | 1978 | C | Eligible (Upon reaching 50 years) |
| M: 33-31 | Washington Coca-Cola Bottling Plant (Silver Spring) | Building | No Adverse | Requested 3/2020 | 1969 | C | Eligible |
| M: 31-71 | Washington DC Temple (Church of Jesus Christ Latter-day Saints) | Building | No Adverse | Requested 3/2020 | 1971-1979 | A, C | Eligible (Upon reaching 50 years) |

**Effects Table—Architectural Historic Properties**
Attachment # 2
I-495 & I-270 Managed Lanes Study (MLS)

**Table 4: Section 4(f) *de minimis* properties***

| MIHP#/DHR# | Name | Type | Impact | SHPO Concurrence | Period of Significance | NRHP Criteria | Remarks |
|---|---|---|---|---|---|---|---|
| M: 30-38 | Academy Woods | District | No Adverse; *de minimis* | Requested 3/2020 | 1967-1974 | C | Eligible (Upon reaching 50 years) |
| PG:62-14 | Beltsville Agricultural Research Center (BARC) | District | No Adverse; *de minimis* | Requested 3/2020 | Unspecified | A, C | Eligible |
| M: 35-121 | Burning Tree Club | District | No Adverse; *de minimis* | Requested 3/2020 | 1922-1923 | A, C | Eligible |
| M: 36-37 | Calvary Evangelical Lutheran Church | Building | No Adverse; *de minimis* | Requested 3/2020 | 1948, ca. 1950, ca. 1965 | C, Criteria Consideration A | Eligible |
| M: 31-8 | Forest Glen Historic District | District | No Adverse; *de minimis* | Requested 3/2020 | 1891-early 20th century | A, C | Eligible |
| PG:67-4 | Greenbelt Historic District | District | No Adverse; *de minimis* | Requested 3/2020 | 1935-1941 | A, C | Listed (NHL) |
| M: 26-72-1 | Ward Building | Building | No Adverse; *de minimis* | Requested 3/2020 | 1978 | C | Eligible (Upon reaching 50 years) |
| M: 30-15 | Wild Acres (Grosvenor Estate) | District | No Adverse; *de minimis* | Requested 3/2020 | 1928-1966 | A, B, C | Eligible |
| M: 26-71 | Woodley Gardens | District | No Adverse; *de minimis* | Requested 3/2020 | 1960-1970 | A, C | Eligible |

*Based on MHT concurrence with our determination of no adverse effect to these properties, and in consideration of the views of any consulting parties participating in the Section 106 consultation, MDOT SHA intends to request that the Federal Highway Administration make a de minimis impact finding for the minor Section 4(f) use of the above-listed properties.

*Hybrid Eligibility/Effects Table—Archaeological Resources*
Attachment # 3
**Project Name**                                                                                   **January 10, 2020**

| Resource (Maryland) | Type | SHA NR Det | SHPO Opinion | Impact | SHPO Concur | Attachment | Remarks |
|---|---|---|---|---|---|---|---|
| 18MO749 | A | NR | Requested March 2020 | Adverse | Requested March 2020 | Vol 5 | Adverse Effect |
| 18MO751 | A | NR | Requested March 2020 | Adverse | Requested March 2020 | Vol 5 | Adverse Effect |
| 18PR750 | A | X | Requested March 2020 | None | Requested March 2020 | Vol 5 | Not Eligible, No further work |
| 18MO190 | A | ND | | ND | | Vol 4 | Additional investigations are warranted |
| 18MO191 | A | ND | | ND | | Vol 4 | Additional investigations are warranted |
| 18MO457 | A | ND | | ND | | Vol 4 | Additional investigations are warranted |
| 18MO510 | A | ND | | ND | | Vol 4 | Additional investigations are warranted |
| 18MO514 | A | ND | | ND | | Vol 4 | Additional investigations are warranted |
| 18MO752 | A | ND | | ND | | Vol 4 | Additional investigations are warranted |
| 18MO22 | A | X | Requested March 2020 | None | Requested March 2020 | Vol 5 | Not eligible, no further work |
| 18MO750 | A | X | Requested March 2020 | None | Requested March 2020 | Vol 4 | Not eligible, no further work |
| 18MO753 | A | X | Requested March 2020 | None | Requested March 2020 | Vol 4 | Not eligible, no further work |
| 18MO754 | A | X | Requested March 2020 | None | Requested March 2020 | Vol 4 | Not eligible, no further work |
| 18MO755 | A | X | Requested March 2020 | None | Requested March 2020 | Vol 4 | Not eligible, no further work |
| 18MO756 | A | X | Requested March 2020 | None | Requested March 2020 | Vol 4 | Not eligible, no further work |
| 18PR425 | A | X | Requested March 2020 | None | Requested March 2020 | Vol 4 | Not eligible, no further work |
| 18PR1131 | A | X | Requested March 2020 | None | Requested March 2020 | Vol 4 | Not eligible, no further work |
| 18PR1133 | A | X | Requested March 2020 | None | Requested March 2020 | Vol 4 | Not eligible, no further work |

| Resource (Virginia) | Type | SHA NR Det | SHPO Opinion | Impact | SHPO Concur | Attachment | Remarks |
|---|---|---|---|---|---|---|---|
| **Dead Run Ridges Archaeological District** | **A** | **NR** | **Requested March 2020** | **Adverse** | **Requested March 2020** | **Vol 6** | **Adverse Effect** |
| **44FX0373** | **A** | **ND** | | **None** | **Requested March 2020** | | **Eligibility not determined** |
| **44FX0374** | **A** | **NR** | **Requested March 2020** | **Adverse** | **Requested March 2020** | | **Contributing element to District under Criterion D** |
| **44FX0379** | **A** | **NR** | **Requested March 2020** | **Adverse** | **Requested March 2020** | | **Contributing element to District under Criterion D** |
| **44FX0381** | **A** | **NR** | **Requested March 2020** | **Adverse** | **Requested March 2020** | | **Contributing element to District under Criterion D** |
| **44FX0389** | **A** | **NR** | **Requested March 2020** | **Adverse** | **Requested March 2020** | | **Contributing element to District under Criterion D** |
| **44FX3160** | **A** | **X** | **Requested March 2020** | **None** | **Requested March 2020** | | **Not eligible, no further work** |
| **44FX3900** | **A** | **X** | **Requested March 2020** | **None** | **Requested March 2020** | | **Not eligible, no further work** |
| **44FX0322** | **A** | **ND** | | **None** | **Requested March 2020** | | **Eligibility not determined** |
| **44FX0326** | **A** | **ND** | | **None** | **Requested March 2020** | | **Eligibility not determined** |
| **44FX0377** | **A** | **ND** | | **None** | **Requested March 2020** | | **Eligibility not determined** |
| **Effect** | | **AE** | **Requested March 2020** | | **Requested March 2020** | | |

**Codes**:   Resource Types:  S (Structure), A (Archeological Site), HD (Historic District), NHL (National Historic Landmark)
     NR Determination:  ND (Not Determined), X (Not Eligible), NR (Eligible), NRL (Listed), NHL (Landmark)
     SHPO Opinion: (B) designates opinion regarding boundary, Code following date signifies SHPO opinion
     Impact:  None, No Adverse, Adverse
     Effect:  NPA (No Properties Affected), NAE (No Adverse Effect), AE (Adverse Effect)
     **Bold** rows indicate review action requested

# COMMONWEALTH of VIRGINIA

## Department of Historic Resources

2801 Kensington Avenue, Richmond, Virginia 23221

Matt Strickler
*Secretary of Natural Resources*

Julie V. Langan
*Director*

Tel: (804) 367-2323
Fax: (804) 367-2391
www.dhr.virginia.gov

14 February 2020

Ms Julie M. Schablitsky
Maryland Department of Transportation
State Highway Administration
707 North Calvert Street
Baltimore, Maryland 21202

RE:     Archaeological survey for the I-495 and I-270 Managed Lanes Study
        MDOT SHA Study No. AW073A11
        DHR File No. 2018-0251

Dear Ms Schablitsky:

The Department of Historic Resources (DHR) has received for our review and comment the report "Cultural Resources Technical Report, Volume 6: Phase I Archaeological Survey, Intensive Phase I Archaeological Survey of Site 44FX0373, and Phase II Archaeological Evaluation of Sites 44FX0374, 44FX0379, 44FX0381, 44FX0389, 44FX3160, and 44FX3900 within the George Washington Memorial Parkway for the I-495/I-270 Managed Lanes Study (Maryland Department of Transportation), Fairfax County, Virginia" (December 2019) prepared by TRC Environmental Corporation. We provide our comments to the Federal Highway Administration (FHWA) and Maryland Department of Transportation as assistance in meeting its responsibilities under Section 106 of the National Historic Preservation Act.

The investigations and report generally meet applicable standards and guidelines and DHR accepts the report as a reasonable and good faith effort to identify historic properties. The report documents Phase I survey efforts of previously unsurveyed portions of the project's limits of disturbance. The Phase I survey within the vicinity of sites 44FX0322 and 44FX0326 encountered no cultural materials. The Phase I survey expanded the boundary of site 44FX0377 but encountered a low density of non-diagnostic lithic artifacts within the limits of disturbance. The consultant investigated a portion of site 44FX0373 within the limits of disturbance for the project at Phase I "intensive" level. The consultant evaluated six (6) sites at a Phase II level within the project limits of disturbance. The report's findings recommend sites 44FX0322, 44FX0326, and 44FX0377 remain unevaluated for their National Register of Historic Places

Administrative Services
10 Courthouse Ave.
Petersburg, VA 23803
Tel: (804) 862-6408
Fax: (804) 862-6196

Eastern Region Office
2801 Kensington Avenue
Richmond, VA 23221
Tel: (804) 367-2323
Fax: (804) 367-2391

Western Region Office
962 Kime Lane
Salem, VA 24153
Tel: (540) 387-5443
Fax: (540) 387-5446

Northern Region Office
5357 Main Street
PO Box 519
Stephens City, VA 22655
Tel: (540) 868-7029
Fax: (540) 868-7033

Page 2
14 February 2020
Ms Julie M. Schablitsky

(NRHP) eligibility but no further work is necessary the vicinity of sites 44FX0322, 44FX0326, and 44FX0377. The consultant recommends sites 44FX0374 and 44FX0379 eligible for listing on the NRHP. The consultant further recommends sites 44FX0381, 44FX0389, 44FX3160 and 44FX3900 are not individually eligible for listing on the NRHP. The consultant believes additional Phase II testing would be necessary to assess NRHP eligibility of site 44FX0373, but that the portion of the site within the planned limits of disturbance does not contribute to the site's overall eligibility. Finally, the report concludes that a majority of the sites (44FX0373, 44FX0374, 44FX0379, 44FX0381, and 44FX0389), as well as three (3) sites not included in this investigation (44FX0380, 44FX0390, and 44FX0227) should be listed as the "Dead Run Ridges Archaeological District" with all the aforementioned sites would contribute to the overall eligibility of the district.

The DHR project review archaeologist presented report and its recommendations to the archaeological subcommittee of our department's National Register Evaluation Committee on 7 February 2020. Based on the information provided, the committee concurs that sites 44FX0374 and 44FX0379 are eligible for listing on the NRHP under Criterion D. The committee does not agree, however, that sites 44FX0381 and 44FX0389 are not eligible and recommends both sites as individually eligible for listing on the NRHP under Criterion D. Both sites exhibit similar horizontal and vertical integrity as well as a similar level of research potential as do sites 44FX0374 and 44FX0379. The committee noted Site 44FX0381 as having a greater diversity of stone tools and distinctly Late Woodland period diagnostic artifacts, making it a notable outlier from the surrounding Late Archaic to Early Woodland period sites with potential to improve our understanding of the Late Woodland occupation of the area. The committee concurs sites 44FX3160 and 44FX3900 are not eligible for listing on the NRHP. The committee also agrees the portion of site 44FX0373 within the study area does not contribute to the site's overall potential eligibility for listing on the NRHP. Additionally, DHR concurs sites 44FX0322, 44FX0326, and 44FX0377 should remain unevaluated for NRHP eligibility and no further archaeological investigation is necessary in the project's limits of disturbance for these sites.

Finally, regarding the proposed "Dead Run Ridges Archaeological District," the committee does not endorse the recommendation to list sites 44FX0373, 44FX0374, 44FX0379, 44FX0381, 44FX0389, 44FX0380, 44FX0390, and 44FX0227 as an archaeological district. Based on the information provided, it is DHR's opinion that listing the area as an archaeological district is not appropriate at this time. The boundary for the proposed district appears arbitrarily defined by the limits of the current investigation rather than unique cultural or topographic features related to the Early Archaic through Late Woodland period use of the landscape. While DHR agrees the identified sites are analogous with one another and represent lithic and resource extraction activities along the ridges above the Potomac River, other sites characterized by similar temporal and functional affiliations extend well beyond the boundaries of the proposed district along a large portion of the Potomac. The consultant even notes that the scope of the investigation has limited the definition of the district boundaries and that "While it is beyond the scope of this investigation to consider inclusion within the District of other, nearby archaeological resources...further research may refine the proposed District boundaries or define additional archaeological districts" (Page 171). Additional research and investigations throughout the

Page 3
14 February 2020
Ms Julie M. Schablitsky

surrounding areas may lead to a potential archaeological district focused on Archaic and Woodland period quartz extraction along the Potomac River in this topographic region, but further analysis is necessary to understand the extent of these activities throughout the region.

However, DHR acknowledges the value of considering a landscape based approach to understanding these related sites with the study area. Mitigation and potential data recovery approaches that consider the relationships between and significance of these sites from a landscape perspective may be of value for this project.

If you have any questions about our comments, please contact me at (804) 482-6090.

Sincerely,

Marc Holma, Architectural Historian
Division of Review and Compliance

C:    Ms Sarah Clarke, VDOT
      Mr. William Moore, VDOT
      Mr. Tony Opperman, VDOT
      Ms Maureen Joseph, NPS GWMP
      Mr. Matt Virta, NPS GWMP
      Mr. Bradley Krueger, NPS GWMP
      Mr. John Simkins, FHWA
      Mr. Steven Archer, MDOT

Larry Hogan, Governor
Boyd Rutherford, Lt. Governor



Robert S. McCord, Secretary
Sandy Schrader, Deputy Secretary

# Maryland
## DEPARTMENT OF PLANNING
## MARYLAND HISTORICAL TRUST

March 12, 2020

Dr. Julie M. Schablitsky
Assistant Division Chief
Environmental Planning Division
MDOT State Highway Administration
P.O. Box 717
Baltimore, MD 21203-0717

Re:    I-495 & I-270 Managed Lanes Study (MLS)
Montgomery and Prince George's Counties, Maryland
MDOT SHA Project No. AW073A11

Dear Dr. Schablitsky:

Thank you for providing the Maryland Historical Trust (Trust) with the six-volume *Cultural Resources Technical Report* for the above-referenced project. The Maryland Department of Transportation State Highway Administration's (MDOT SHA) submittal represents ongoing consultation to assess the project's effects on historic properties, pursuant to Section 106 of the National Historic Preservation Act of 1966, as amended, and the Maryland Historical Trust Act of 1985, as amended, State Finance and Procurement Article §§ 5A-325 and 5A-326 of the Annotated Code of Maryland. Trust staff have conducted a thorough review of the materials and we are writing to provide our comments and concurrence below and in an attachment to this letter.

**Architectural Historic Properties Comments for Maryland Sections of the Area of Potential Effects (APE):** MDOT SHA's extensive efforts to identify historic properties produced the well-written and effective *Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties* (May 2019) and resulted in the survey and evaluation of 329 resources within the built environment. A total of 51 historic properties listed in or determined eligible for the National Register of Historic Properties were identified within the undertaking's APE, as noted in Table 2.2 of *Cultural Resources Technical Report Volume 3: Architectural Historic Properties Identification* (RK&K 2019). Our comments on the undertaking's effect on these historic properties are presented below.

**Archeology Comments for Maryland Sections of the APE:** Trust staff reviewed the following two draft reports included in the submittal:

1.  *Cultural Resources Technical Report Volume 4: Phase I Archaeological Investigation for the I-495 & I-270 Managed Lanes Study, Montgomery and Prince George's County, Maryland and Fairfax County, Virginia* (Arnold et al. 2019) and
2.  *Cultural Resources Technical Report Volume 5: Supplemental Phase I Archaeological Survey and Phase II Archaeological Evaluation of Sites 18PR750, 18MO749, and 18MO751 for the I-495/I-270 Managed Lanes Study Project, Prince George's County and Montgomery Counties, Maryland* (Millis et al. 2019).

00005915

Dr. Julie M. Schablitsky
I-495 & I-270 Managed Lanes Study (MLS)
Page 2 of 5

The reports present detailed documentation on the goals, methods, results and recommendations of Phase I initial and supplemental archeological survey conducted within accessible portions of the corridor study boundary and Phase II evaluations of three sites. The drafts generally meet the reporting requirements of the Trust's *Standards and Guidelines for Archeological Investigations in Maryland*. Attachment 1 lists the Trust's specific comments on the two reports. We ask SHA to have the consultants address these issues, in addition to applicable comments provided by the other consulting parties, in the preparation of the final documents. We await two hard copies and one electronic copy on disk of each final report for our Library, when available.

Based on the information presented in the report, the Trust agrees with MDOT SHA's findings as follows:

- We concur with MDOT SHA's evaluations that the following sites do not meet the criteria for eligibility in the National Register of Historic Places: 18MO22, 18MO750, 18MO753, 18MO754, 18MO755, 18MO756, 18PR425, 18PR750, 18PR1131 and 18PR1133.
- We concur with MDOT SHA's determination that sites 18MO749 and 18MO751 are **eligible** for inclusion in the National Register of Historic Places.
- We agree that further Phase I and II archeological investigations are warranted in specified areas to which access was denied, for indicated previously inventoried sites once more detailed project plans are developed, and in areas recommended for deep testing as stated in the draft reports.
- Based on the underwater archeological assessment of the American Legion Bridge crossing presented in the draft Phase I report, we agree that significant submerged cultural resources are unlikely to be located within the corridor study boundary and underwater archeological investigations are not warranted at this time.
- We agree that further consultation and coordination are needed to address the appropriate identification and treatment of cemeteries that may be impacted by the undertaking.

**Assessment of Effects on Historic Properties:** Trust staff carefully reviewed the information presented in MDOT SHA's *Cultural Resources Technical Report Volume 1: Overview and Effects Assessment* (December 2019) and other materials accompanying the submittal. Based on the supporting documentation, the Trust concurs with MDOT SHA's determination that the proposed undertaking will have an **adverse effect** on historic properties, including archeological properties, in Maryland. Furthermore, the Trust agrees with the following specific findings stated in MDOT SHA's submittal letter dated January 10, 2020 and accompanying attachments:

- We agree that the undertaking will adversely affect the historic properties listed in Table 1 (Attachment #2) and will also adversely affect archeological historic properties 18MO749 and 18MO751.
- We agree that the undertaking may adversely affect the historic properties listed in Table 2 (Attachment #2) and further consultation will be needed during design development to consider and address effects.
- We concur that the undertaking will have no adverse effect on the historic properties listed in Table 3 (Attachment #2).
- We acknowledge that MDOT SHA intends to request that the Federal Highway Administration make a de minimis finding for the minor Section 4(f) use of nine properties listed in Table 4 (Attachment #2). We are also including a signed concurrence sheet to facilitate the de minimis approval process.
- MDOT SHA was not able to fully complete its efforts to identify and evaluate archeological sites that may be impacted by the project given access denial issues and lack of construction

Dr. Julie M. Schablitsky
I-495 & I-270 Managed Lanes Study (MLS)
Page 3 of 5

> engineering details regarding the full limits of disturbance. Thus, we agree that further Phase I
> and II investigations may be warranted as planning develops for the following: five survey areas
> (Areas S-8, S-37, S-44, S-53, S-54), areas recommended for deep testing, the six sites listed in
> Attachment #3 to the submittal letter (18MO190, 18MO191, 18MO457, 18MO510, 18MO514,
> and 18MO752), plus the Moses Hall property.

- We agree that further consultation and coordination are needed to address the appropriate
  identification and treatment of cemeteries that may be impacted by the undertaking.

We understand that MDOT SHA intends to negotiate a Programmatic Agreement (PA), pursuant to 36
CFR 800.14(b) for this undertaking. The PA will not only stipulate mitigation measures to resolve the
undertaking's adverse effect on individual historic properties, but also establish a process for ongoing
identification of historic properties that may be affected, consideration and resolution of effects on
additional resources, and further coordination among the various parties involved in the Section 106
consultation for this complex undertaking. We look forward to a meeting of consulting parties to fully
discuss the anticipated effects and begin negotiation of appropriate mitigation measures.

Sincerely,

Elizabeth Hughes
Director/State Historic Preservation Officer
EH/BC/TJT/202000116

cc:     Caryn Brookman (SHA)
        Jeanette Mar (FHWA)
        Julie Langan (VDHR)
        Rebeccah Ballo (Montgomery County Planning)
        Joey Lampl (Montgomery County Parks)
        Sarah Rogers (Heritage Tourism Alliance of Montgomery County, Inc.)
        Howard Berger (Prince George's County Planning Department)
        Aaron Marcavitch (Anacostia Trails Heritage Area, Inc.)

**Attachment 1**
**Trust Comments on Draft Archeological Reports**

**Phase I Archeological Survey Report**

1.  In the Field Results chapter, please include reference to the corresponding maps in Appendix E –
    Results and Recommendations of Archaeological Testing that illustrate the location of the various
    Survey Areas within the Corridor Study Boundary, so the reader may readily find the survey areas'
    positions within the larger study area. For instance, on page 15: *Area S-1 is a 0.99-acre limited
    survey area located within the cloverleaf off-ramp connecting the northbound lands of I-270 to West
    Montgomery Avenue* **(Figure 4)** *(**Appendix E, Page 27**)*.

2.  Several figures are missing from the draft report: Figures 17, 47, 75, 84.

3.  Add artifact tables to the results discussion for 18MO22, survey area S-13.

4.  The report recommends deep testing for multiple locales. The corresponding survey area figures in
    the text and those in Appendix E should map the areas where deep testing is recommended. For
    instance: S-16a (Figure 55, Appendix E map 5-6), S-16c (Figures 57, 58, 59 and Appendix E map 5-
    6), S-17 (Figure 70, Appendix E map 6), S-33 (Figure 91, Appendix E map 6).

5.  Double check all the Appendix E keys for archeological testing results to ensure that the color code
    matches the recommendations in the text and correct as needed. For instance: S-37 on page 9 is
    keyed in black (no further work recommended) yet the text recommends full Phase I survey; S-39 on
    page 12 is coded for Phase I survey, yet the text recommends no more work.

6.  In the Summary and Recommendations chapter, please include reference to the corresponding maps
    in Appendix E – Results and Recommendations of Archaeological Testing that illustrate the location
    of the various Survey Areas and inventoried archeological site locations within the Corridor Study
    Boundary, so the reader may readily find the various sites and survey areas' positions within the
    larger study area. (See example noted in item #1.) This applies to all sections of this chapter.

7.  On page 183, the report needs to include explicit recommendations in the discussion for Gibson
    Grove African Methodist Episcopal Zion Church and include an accompanying figure documenting
    the location of prior archeological testing on the parcel. Is additional archeological investigation
    warranted or only further consideration of the Moses Lodge Cemetery discussed in Section 5.2.5 D?

8.  Table 15 (page 184) should include add National Register eligibility recommendations to column six.

9.  Page 194, please check the accuracy of the overlaid mapping of the American Legion Bridge location
    on Figures 116 and 117 as it appears to be shown in different locations relative to the Rock Run
    drainage situated west of the study area.

10. Section 5.2.4 Additional Archaeological Studies Recommended needs to add figures and/or include
    reference to the corresponding maps in Appendix E – Results and Recommendations of
    Archaeological Testing. (See example noted in item #1.)

11. Section 5.2.4 should include a table with the recommendations for the sites discussed in this section
    or add these sites to Table 15.

12. Section 5.2.5 should include a table with the recommendations for the cemeteries discussed in this section or add them to Table 15.

13. Appendix C – Artifact Inventory needs careful editing for consistency and accuracy. Pages 10 – 27 have no provenience information for the artifacts listed. Pages 28 – 50 provide additional inventories for multiple sites and isolates distinctly grouped by site – likely these are the sites from federal NPS lands?

**Supplemental Phase I Archeological Survey and Phase II Archeological Evaluations**

1. The report's discussion of National Register eligibility for site 18MO751 in the Results and Conclusions and Recommendations chapters should solely reference Criterion D. The report does not present sufficient justification to support significance under Criteria A and C.

2. Please complete site update forms for 18MO22 and 18MO750 to reflect the results of the supplemental Phase I investigations, provide the original forms to Jennifer Cosham for entry in the Inventory records, and include a copy of the updates in Appendix 2.

3. The report needs to add an appendix that documents the professional qualifications of the principal investigator.

MHT Log #202000116

## Concurrence with the MDOT State Highway Administration's
## Determination(s) of Eligibility and/or Effects

**Project Number:** AW073A11                    **MHT Log No.** 2020 00116
**Project Name:** I-495 & I-270 Managed Lanes Study (MLS)
**County:** Montgomery and Prince George's
**Letter Date:** January 10, 2020

The Maryland Historical Trust has reviewed the documentation attached to the referenced letter and concurs with the MDOT State Highway Administration's determinations as follows:

**Eligibility** (as noted in the Eligibility Table [Attachments 2 & 3):
      [X]    Concur
      [ ]    Do Not Concur

**Effect** (as noted in the Effects Table [Attachments 2 &3):
      [ ]    No Properties Affected
      [ ]    No Adverse Effect
      [ ]    Conditioned upon the following action(s) (see comments below)
      [X]    Adverse Effect

**Acknowledgment of FHWA's intent to make a _de minimis_ impact finding** (as detailed in the referenced letter, if applicable):
      [X]    Acknowledge

Comments:
    SEE LETTER DATED 12 MARCH 2020 FOR ADDITIONAL COMMENTS.

By: _Elizabeth Hughes_                    3·12·20
    MD State Historic Preservation Office/                    Date
    Maryland Historical Trust

**Section 4(f) Criteria of Temporary Occupancy or _de minimis_ Finding Approval, if applicable:**

**Federal Highway**                    **Printed Name**                    **Date**
**Administration**

00005920

MARYLAND DEPARTMENT
OF TRANSPORTATION

**STATE HIGHWAY
ADMINISTRATION**

Larry Hogan
*Governor*

Boyd K. Rutherford
*Lt. Governor*

Gregory Slater
*Secretary*

Tim Smith, P.E.
*Administrator*

July 23, 2020

Ms. Elizabeth Hughes
State Historic Preservation Officer
Maryland Historical Trust
100 Community Place
Crownsville, MD  21032-2023

Ms. Julie Langan
State Historic Preservation Officer
Department of Historic Resources
2801 Kensington Avenue
Richmond, VA 23221

Dear Ms. Hughes and Ms. Langan:

This letter serves to continue consultation under Section 106 of the National Historic
Preservation Act with the Maryland Historical Trust (MHT) and the Virginia Department of
Historic Resources (DHR) for Project No. AW073A11, I-495 & I-270 Managed Lanes Study
(MLS).  The MLS is the first element of a broader I-495 & I-270 Public-Private Partnership (P3)
Program which considers improvements along the entire length of I-495 (Capital Beltway) in
Maryland, connecting into Virginia's portion of I-495, as well as the entire length of I-270
(Dwight D. Eisenhower Memorial Highway) up to I-70 in Frederick County, Maryland.

MDOT SHA coordinated the project's effect on historic properties and submitted the Cultural
Resources Technical Report by letter dated January 10, 2020, with responses received from
MHT and DHR dated March 12, 2020, and February 14, 2020, respectively.  Per that, and
subsequent correspondence with DHR, we understand DHR is awaiting resolution of National
Register eligibility of resources in Virginia prior to commenting on the effect determination.

This update includes:

- An expansion of the Area of Potential Effects (APE) to encompass stream and wetland
  mitigation sites in Maryland
- New and revised eligibility determinations for three architectural resources in Maryland;
- New and revised effect determinations for six historic properties in Maryland;

00005921

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Two

**Revised Area of Potential Effects**

The APE for this project was previously defined as a 250-foot buffer of consideration on either side of the widest proposed alternative's Limits of Disturbance (LOD) (Alt 10). The APE includes additional buffer areas at the American Legion Bridge and elsewhere to capture setting, feeling, and viewshed effects. MDOT SHA has since identified potential environmental mitigation sites where stream and wetland restoration is proposed. Due to the nature of the work at these locations (restoration of existing natural features), the APE is confined to the LOD for each mitigation site, as no substantive visual elements are proposed that would be new or inconsistent with the existing character of these locations. The current known LOD of these sites have been added to the APE (**Attachment 1**).

**Architecture**

*New and Updated Eligibility Determinations*

Using the APE coordinated January 10, 2020, MDOT SHA identified two additional unrecorded architectural resources in Montgomery County, as documented in the attached Determination of Eligibility (DOE) forms (**Attachment 2**). The Forest Glen Tower (M: 31-81) is a steel lattice tower at Seminary Road and Forest Glen Road (MD 192); MDOT SHA has determined that this former Cold War-era air raid siren tower lacks integrity and is not eligible for listing in the National Register of Historic Places (NRHP). The Morningstar Tabernacle No. 88 Moses Hall and Cemetery (M: 35-212), at I-495 and Seven Locks Road, was the site of a late nineteenth-century African American benevolent society. MDOT SHA has determined that the property is eligible for listing in the NRHP under Criterion A for its association with the African American community in Cabin John and under Criterion C for its example of a vernacular African American cemetery.

Additionally, MDOT SHA updated the B&O Railroad, Metropolitan Branch (M: 37-16), DOE to provide additional information that expands upon previous surveys of the line (first surveyed in 1979 and determined eligible in 2000) to clarify the period of significance, revise the boundary, and provide a list of contributing and noncontributing resources. The Metropolitan Branch remains eligible for the NRHP. It is significant under Criterion A for its association with transportation and the agricultural and residential development of Frederick and Montgomery counties and under Criterion C for its engineering, representative of nineteenth and twentieth century railroad technology.

The new and updated eligibility determinations are summarized in **Table 1, Attachment 3**.

*Updated Effect Assessments*

Both physical effects as well as potential visual, atmospheric, or audible effects were considered within the entire APE. The effect assessment coordinated in the January 10, 2020, letter and

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Three

described in the Cultural Resources Technical Report found no adverse effect to 34 architectural historic properties and an adverse effect on 10 architectural historic properties. MDOT SHA has identified one additional architectural historic property in the APE: the Morningstar Tabernacle No. 88 Moses Hall and Cemetery, which will experience an adverse effect. In addition, new information in the updated DOE has resulted in a revised effect assessment for the B&O Railroad, Metropolitan Branch, which was previously determined to be adverse. In the January 10, 2020, letter, MDOT SHA also identified seven architectural historic properties where effects could not be fully determined. Ongoing project development has resulted in sufficient information to determine effects for four of the seven undetermined properties. Architectural historic properties with new or updated effect determinations are described below.

- **_Morningstar Tabernacle No. 88 Moses Hall and Cemetery (M: 35-212)_**: Pending MHT concurrence that the resource is NRHP-eligible, MDOT SHA has determined that the project will adversely affect Morningstar Tabernacle No. 88 Moses Hall and Cemetery. The work proposed at this location includes widening along the outside of the I-495 inner loop to construct two new managed lanes and a new ramp to connect the managed lanes with MD 190 at the existing interchange. The width of new pavement beyond the existing edge of the outside shoulder is approximately 55 feet. A retaining wall is proposed along the edge of the proposed outside shoulder to minimize impacts to the property. The wall would retain fill for the widened roadway section. The limits of disturbance (LOD) are offset ten feet behind the proposed retaining wall to accommodate construction and maintenance of the wall, erosion and sediment control, drainage, and landscaping. A noise wall would be constructed within the LOD. As currently designed, the LOD would impact the historic property. Contributing elements within the LOD include portions of the Moses Hall foundation wall, a section of the former access road from Seven Locks Road, and at least one depression possibly marking a grave location. MDOT is continuing to examine engineering avoidance alternatives at this location, but based on current design an adverse effect is expected.

- **_B&O Railroad, Metropolitan Branch (M: 37-16)_**: Activities at this location are unchanged, but new information in the DOE and further analysis of the LOD have resulted in a revised finding of no adverse effect for the property, pending MHT's concurrence with the revised DOE. The updated DOE form for the Metropolitan Branch demonstrates that the segment of the railroad within the LOD was realigned to the east during the construction of I-495 between 1957 and 1964, and the railroad bridge over I-495 was also completed at this time. The Metropolitan Branch's period of significance is 1873 to 1945, and the bridge and railroad alignment within the project area do not contribute to the significance of the branch. The current LOD include one contributing element of the Metropolitan Branch: Small Structure No. 15046X0, a stone arch culvert which carries Forest Glen Creek beneath the Metropolitan Branch and the adjacent Capitol View Avenue. The structure's southern spandrel wall appears within LOD on some imagery but is excluded from the limits and will not be affected. The project will cross the underground segment of Small Structure No. 15046X0 at the Metropolitan Branch tracks. The LOD at this location represent above-grade impacts, and no physical impacts to the historic property are anticipated; the vertical aspect

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Four

of the LOD remains at the surface. Current project engineering is not expected to alter the character of the property, and MDOT SHA is committed to both avoiding physical impacts to the aboveground spandrel wall and limiting ground disturbance along the underground segment of the small structure. Based upon the information presented in the updated DOE and the absence of impacts to Small Structure No. 15046X0, MDOT SHA has determined the project will not adversely affect the B&O Railroad, Metropolitan Branch.

- **Carsondale (PG:73-36)**: Carsondale, one of the earliest suburban residential developments in Maryland to offer Veterans Administration (VA) financing for African American veterans, is eligible for the NRHP under Criterion A. Updated design information has allowed MDOT SHA to make a finding of adverse effect for the property. To accommodate widening along US 50 associated with realigning the US 50/I-495 interchange and replacement of the bridge carrying Whitfield Chapel Road over US 50, the LOD in Carsondale include: a narrow linear area that extends approximately 550 feet where the northern edge of the historic district meets US 50; and a narrow strip that extends 150 along the east side of Whitfield Chapel Road. Activities within Carsondale would consist of tree removal, grading, construction of a retaining wall, and access for construction vehicles and materials. Along Whitfield Chapel Road, the roadway height would be adjusted to meet the elevation of the new bridge across US 50. There are no physical impacts to contributing dwellings, but the LOD encompass minor portions of front or rear yards, including some secondary structures, of nine dwellings that contribute to the district's significance. These include the rear yards of seven dwellings along the north side of Wallace Road (9004, 9010, 9016, 9018, 9104, 9112, 9114) and the front yards of two dwellings on Whitfield Chapel Road (4907 and 4909). These multiple minor impacts to contributing resources will result in a cumulative diminishment of the property's integrity of setting and design.

- **Capitol View Park Historic District (M: 31-7)**: Activities at this location are unchanged, but a detailed review of design needs have resulted in a revised finding of no adverse effect for the property. The LOD are in close proximity to contributing stone walls surrounding the parking lot for the Castle of Forest Glen at 10 Post Office Road. However, MDOT SHA has determined the stone walls will be avoided and no LOD impacts will occur, and the project will not adversely affect the Capitol View Park Historic District.

- **Washington Aqueduct (M: 24-49)**: Activities at this location are unchanged, but MDOT SHA's design development has resulted in a revised finding of no adverse effect for the property. The LOD at this location represent above-grade impacts, and no physical impacts to the historic property are anticipated; the vertical aspect of the APE and LOD remains at the surface at this location, and ground disturbance that would affect the Aqueduct will be prohibited. The project will cross an underground segment of the aqueduct at MacArthur Boulevard. Current project engineering is not expected to alter the character of the property. The project will not adversely affect the Washington Aqueduct.

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Five

- ***Suitland Parkway (PG:76A-22)***: Suitland Parkway is listed on the NRHP under Criteria A and C in the areas of transportation and landscape architecture. MDOT SHA has determined that the project will not adversely affect Suitland Parkway. In addition to the widening of the I-495 bridge over Suitland Parkway, activities at this location include grading, tree removal, landscape plantings, erosion and sediment control, construction of an auxiliary pipe to augment the existing culvert conveying Henson Creek beneath I-495, and access for construction vehicles and materials. These activities will not affect any structures that contribute to the significance of Suitland Parkway, including bridges, culverts, stone-lined ditches, stone curbing, and drop inlets. The proposed pipe extension will occur at a pipe constructed for I-495. Improvement and maintenance of the outfall will direct water away from the historic property and reduce environmental degradation along the north side of the parkway, preserving its character. In areas affected by grading and tree removal, landscape plantings consistent with the original design and character of the parkway will be used to replace vegetation and will be maintained. The existing bridges carrying I-495 over Suitland Parkway are currently being widened and replaced by MDOT SHA. The bridges, currently under construction as part of a separate project and not part of the parkway itself, will accommodate the MLS improvements by the reduction of the median on the inside of I-495. The highway over Suitland Parkway will not be additionally widened, and no diminishment of the integrity of those characteristics that qualify the 9.18-mile long parkway for inclusion in the NRHP will result.

  MDOT SHA's use of the area impacted by the undertaking (I-495, bridges, relocated creek under I-495 and the proposed additional storm drain/culvert) will be authorized by a highway easement deed. NPS does not have the authority to authorize MDOT SHA use of NPS lands by way of a long-term maintenance agreement or other mechanism. NPS understands the highway easement deed will be issued by FHWA on behalf of the USA in accordance with 23 U.S.C. 107. The highway easement deed will provide MDOT SHA with an easement for their facilities, but NPS will retain the underlying ownership of the land. No character defining features of Suitland Parkway exist within the proposed area of transfer; furthermore, MDOT SHA and FHWA are subject to state (Maryland Historical Trust Act) and federal (Section 106) historic preservation requirements, which would ensure consideration of any impacts resulting from future actions related to these small MDOT SHA easement areas within Suitland Parkway.

The remaining three properties where effects cannot be fully determined will be subject to stipulations of the proposed Programmatic Agreement to avoid, minimize, or mitigate adverse effects as design advances. Updated property effect assessments are summarized in **Attachment 3**. MDOT SHA has determined the project continues to have an adverse effect on architectural historic properties.

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Six

*Expanded APE in Maryland*

MDOT SHA has conducted a preliminary review of the APE and has determined that the following mitigation sites will either not affect or will have no adverse effect on architectural historic properties.

- ***AN-1 (No Architectural Properties Affected)***: This site is a natural area within Crabbs Branch Stream Valley Park and includes no architectural resources
- ***AN-3 (No Architectural Properties Affected)***: This site is a natural area within Northwest Branch Stream Valley Park and includes no architectural resources.
- ***CA-2 (No Architectural Properties Affected)***: This site is a natural area within Great Seneca Stream Valley Park and includes no architectural resources.
- ***CA-3 (No Architectural Properties Affected)***: This site is a natural area within Magruder Branch Stream Valley Park and includes no architectural resources.
- ***RFP-1 (No Architectural Properties Affected)***: Includes multiple MIHP resources, all of which have been evaluated and determined not eligible, demolished, or both. The only remaining resource, the Bond Property (PG:60-10), was determined not eligible in November 2001. The Turner/Bond Family Cemetery (PG:60-2) was relocated to Union Cemetery in the 1980s by the Donaldson Funeral Home of Laurel; the cemetery location was field checked by MDOT SHA as below and confirmed to have been completely destroyed by gravel mining.
- ***RFP-4 (No Architectural Properties Affected)***: North of Greenock Road, Wilson Owens Branch passes through the golf course of the 1990 Cannon Country Club. A horse shed and fence at 5563 Greenock Road are within an area of proposed grading; however, these structures were constructed after 1981 (according to historical aerials). South of Greenock Road, the work will be confined to wooded areas along the stream bank, and the pre-1978 resources at 5461 and 5339 Greenock Road will not be affected by stream access areas.
- ***AN-6 and AN-7 (No Adverse Effect to Architectural Properties)***: These sites include the Beltsville Agricultural Research Center (BARC; PG:62-14), which is listed in the NRHP under Criteria A and C. The restoration of the existing stream will occur within a small portion of the 6500-acre resource and will not introduce new visual or physical elements out of character with the surrounding agricultural landscape; furthermore, no buildings or structures associated with BARC are within the APE. MDOT SHA's proposed stream restoration activities will not alter the characteristics that qualify BARC for the NRHP and do not meet the requirements of 36 CFR §800.5(1), Criteria of Adverse Effect.

MDOT SHA will undertake additional architectural historic property identification efforts at the remaining sites within the expanded APE, and the results will be coordinated during future consultation.

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Seven

## Archaeology

*Maryland*
The Study has identified proposed locations of stream restoration and mitigation, wetland creation, and fish passage improvements at eight sites on public lands and eight sites being developed on private lands by design consultants. MDOT SHA archaeologist Richard Ervin assessed the archaeological potential of the public and private mitigation sites, and additional archaeological investigations are being planned as follows. MDOT SHA will provide the results of these investigations when they are available.

MDOT SHA proposes the following archaeological evaluation approaches to the mitigation locations:

| Mitigation Site | County | Proposed Work |
|---|---|---|
| AN-6 Paint Branch Fish Passage, South Farm | PG | Phase I archaeology will be undertaken at this site on BARC property; it is considered to have high archaeological potential based on prior sites recorded close to, but outside the LOD, and a favorable topographic setting. |
| AN-7 Paint Branch, South Farm | PG | Phase I archaeology will be undertaken at this site on BARC property, which is considered to have high archaeological potential based on prior sites recorded close to and within the LOD, and a favorable topographic setting. One site is recorded within the LOD: 18PR113 is a precontact short-term resource procurement site, and its status will be evaluated as part of the Phase I. |
| PA-1 Back Branch | PG | Phase I archaeological recordation will be undertaken at 18PR605, the Chesapeake Beach Railway. Most of the remaining portions of the mitigation site are considered to have low archaeological potential based on prior disturbance and poorly drained soils. However, limited Phase IA archaeological survey will be done in undisturbed, well-drained, high potential portions of the LOD. |
| RFP-3 Tuscarora Creek (Hope Site) | FR | Phase I archaeology will be undertaken based on high archaeological potential. One possible archaeological site is within the LOD, an Archaic Period quad file site BUCKEY-QF02. One standing structure is recorded in the survey area, the Hebb-Kline Farmstead (F-1-202). |
| RFP-4 Cabin-Branch (Bristol), Surplus Area, Surplus Streams | AA | Phase I archaeology will be undertaken at portions of the site that are considered to have high archaeological potential based on prior sites recorded nearby, and favorable topographic setting. |
|  |  |  |

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Eight

| RFP-6 Mill Swamp Cr | CA | Phase I archaeology will be undertaken at portions of the site that are considered to have high archaeological potential based on favorable topographic setting. No sites are recorded in the LOD, but numerous sites have been recorded nearby, especially near the confluence of Pomonkey Creek and the Potomac River. One of these is 18CH73, a large pre-contact period site along the Potomac River 0.8 miles southwest of the LOD. Historic structures are shown in and near the project area on historic maps. |
|---|---|---|
| RFP-1 Indian Creek Tributaries at Konterra | PG | Based on prior disturbance, no further work is warranted at this time. The proposed LOD has been destroyed by sand and gravel quarrying. The Turner/Bond Family Cemetery (PG:60-2) was within Mitigation Area 5, located adjacent to but outside the proposed design. It was situated on a bluff overlooking the stream and its floodplain, but the cemetery has been moved. Its location has been destroyed by sand and gravel quarrying, as verified by a field visit by MDOT SHA. MDOT SHA will monitor project plans as the design progresses. |
| RFP-2 Cabin Branch Gaithersburg quad | MO | Based on prior disturbance and low archaeological potential, no further work is warranted at this time. Aerial imagery shows that the site has been disturbed by construction of a golf course. Most of the LOD is on frequently flooded soils within the active stream floodplain, or slopes steeper than 15%, settings where significant archaeological resources are not expected to occur. MDOT SHA will monitor project plans as the design progresses. |
| RFP-5 Henson Creek (Hovermale) | PG | Based on prior disturbance, no further work is warranted at this time. Most of the project is within areas of Urban land where significant archaeological resources are unlikely to occur. One standing structure is recorded in the survey area: Hovermale's Tastes Best Ice Cream (PG:80-25). No structures are depicted on historic maps (PG Co 1861; USGS East Washington 1886, Washington Vicinity 1917). MDOT SHA will monitor project plans as the design progresses. |
| AN-1 Crabbs Branch | MO | Based on low archaeological potential, no further work is warranted at this time. The LOD would mostly be confined to areas immediately adjacent to the stream channel, where significant archaeological resources are unlikely to occur. MDOT SHA will monitor project plans as the design progresses. Site 18PR320 (a Late Archaic short-term site) is documented approximately 1800 feet upstream of the proposed stream site. |

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Nine

| AN-3 Northwest Branch Pebblestone Dr. | MO | Based on low archaeological potential and the negative results of prior survey, no further work is warranted at this time. Prior archaeological work indicates that the LOD is largely limited to terrain along Rolling Stone Creek that would have been too wet and low for occupation (Wagner 2014:131; in Mikolik and Reed [2014]). MDOT SHA will monitor project plans as the design progresses. The Bonifant Cemetery on North Sherwood Forest Lane, about 750 feet northwest of the stream, would not be impacted by the current design. Site 18MO596 (Late Archaic) is recorded approximately 2000 feet to the west of the study area. |
|---|---|---|
| CA-2 Lower Magruder Branch | MO | Based on low archaeological potential, no further work is warranted at this time. The results of prior archaeological survey at the adjacent SC-19 mitigation site (Emory 2011) suggest that the APE of CA-2, Lower Magruder Branch, is too wet for habitation, and is unlikely to contain significant archaeological resources. MDOT SHA will monitor project plans as the design progresses. |
| CA-3 Upper Magruder Branch | MO | Based on low archaeological potential, no further work is warranted at this time. The results of prior archaeological survey at the nearby SC-19 mitigation site (Emory 2011) suggest that the APE of CA-3, Lower Magruder Branch, is too wet for habitation, and is unlikely to contain significant archaeological resources. MDOT SHA will monitor project plans as the design progresses. |
| CA-5 Seneca Creek Tributary | MO | Based on low archaeological potential, no further work is warranted at this time. The LOD is mostly confined to areas of occasionally flooded soils on the active floodplain, or slopes greater than 15%. MDOT SHA will monitor project plans as the design progresses. |

MDOT SHA noted several locations requiring additional archaeological study in our January 10, 2020 letter, and those will continue to be proposed as actions to be completed under the proposed Programmatic Agreement. To the extent feasible, limited additional investigations are being conducted at two cemetery locations, the Montgomery County Poor Farm and the Morningstar Tabernacle No. 88 Moses Hall and Cemetery. Preliminary mapping and recordation is underway at the Morningstar Tabernacle No. 88 Moses Hall and Cemetery to identify and record known interments, possible grave sites and depressions, and formal and informal grave markers. The foundation of the lodge building was also partially mapped. Completion of this initial work is pending required legal access to clear bamboo that obscures portions of the cemetery property. The technical report of the results of this work will be provided when it is available; MDOT

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Ten

SHA will continue consultation including appropriate consulting parties on additional work
expected beyond this surface mapping.

*Virginia*

No changes to the project, including the APE or effects assessments within Virginia are included
in this letter, and it is informational for DHR, although any comments are welcome. MDOT
SHA, National Park Service, and DHR will continue to coordinate on the outstanding eligibility
and effects issues related to the George Washington Memorial Parkway (GWMP) and
archaeological sites within the GWMP park boundaries under separate cover. MDOT SHA has
requested an eligibility determination from the Keeper of the National Register regarding the
proposed Dead Run Ridges Archaeological District in Fairfax County.

*Ongoing Preliminary Engineering*

For the overall project, MDOT SHA may require geotechnical borings or other minimally
invasive preliminary engineering studies as part of project development prior to completion of
Section 106 review. Consistent with MDOT SHA's statewide programmatic agreement, MDOT
SHA will ensure cultural resources staff review proposed boring locations to avoid impacts to
known archaeological sites. Geotechnical borings are assumed to have minimal potential to
affect historic properties, and may inform on the potential for deeply buried surfaces within the
LOD. For borings occurring outside MDOT SHA right-of-way, MDOT SHA will coordinate as
appropriate with land-managing agencies on such borings.

MDOT SHA respectfully requests any comments on the revised APE, review by MHT of the
enclosed information supporting the analysis, and concurrence on the following determinations:

- The Morningstar Tabernacle No. 88 Moses Hall and Cemetery is eligible for the NRHP
  and will be adversely affected
- The B&O Railroad, Metropolitan Branch, as revised, continues to be eligible for the
  NRHP but will not experience an adverse effect
- The Forest Glen Tower is **not** eligible for the NRHP
- There will be no adverse effect to the NRHP-eligible properties in Attachment 3, Table 4
- Properties in Attachment 3, Table 2 **will** experience an adverse effect
- Properties in Attachment 3, Table 3 should be subject to provisions of the proposed
  Programmatic Agreement to avoid, minimize or mitigate potential adverse effects
- No historic properties will be affected within the expanded APE at the following
  proposed mitigation sites: AN-1, AN-3, CA-2, CA-3, and RFP-1 (Table 5, Attachment 3).

We request the above responses from MHT by **August 24, 2020**. We look forward to working
with the respective State Historic Preservation Offices and additional consulting parties on
continued development of the proposed Programmatic Agreement for the MLS undertaking.

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Eleven

Please feel free to contact Steve Archer, MDOT SHA Cultural Resources Team Leader at 410-545-8508 or sarcher@mdot.maryland.gov with any questions or information needs on this project.

Sincerely,

Digitally signed by
Steve Archer
Adobe Acrobat
version:
2017.011.30171

Julie M. Schablitsky
for Chief Archaeologist/Assistant Division Chief
Environmental Planning Division

Attachments

cc:
    Mr. Marc Holma, Virginia DHR
    Ms. Jeanette Mar, Environmental Manager, FHWA Maryland Division
    Mr. Tony Opperman, VDOT
    Ms. Mandy Ranslow, ACHP
    Mr. John Simkins, FHWA Virginia Division
    Mr. Steve Archer, MDOT SHA-EPLD
    Ms. Lisa B. Choplin, DBIA, Director, I-495 & I-270 P3 Office, MDOT SHA
    Mr. Richard Ervin, MDOT SHA-EPLD
    Mr. Jeffrey Folden, P.E., DBIA, Deputy Director, I-495 & I-270 P3 Office, MDOT SHA
    Mr. Matt Manning, MDOT SHA-EPLD
    Dr. Julie Schablitsky, MDOT SHA-EPLD
    I-495 & I-270 MLS Section 106 Consulting Parties

*-For Maryland Historical Trust Use Only-*
## Concurrence with the MDOT State Highway Administration's Determination(s) of Eligibility and/or Effects

**Project Number:** AW073A11                     **MHT Log No.**_____
**Project Name:** I-495 & I-270 Managed Lanes Study (MLS)
**County:** Montgomery and Prince George's
**Letter Date:** July 23, 2020

The Maryland Historical Trust has reviewed the documentation attached to the referenced letter and concurs with the MDOT State Highway Administration's determinations as follows:

**Appropriate Area of Potential Effects** (Attachment 1)
    [ ]    Concur
    [ ]    Do Not Concur

**Eligibility** (as noted in the Eligibility Table [Attachment 3]):
    [ ]    Concur
    [ ]    Do Not Concur

**Effect** (as noted in the Effects Table [Attachment 3]):
    [ ]    No Properties Affected
    [ ]    No Adverse Effect
    [ ]    Conditioned upon the following action(s) (see comments below)
    [ ]    Adverse Effect

Comments:

_____
_____
_____
_____
_____
_____

By:    _____    _____
    MD State Historic Preservation Office/    Date
    Maryland Historical Trust

00005932

Attachment 3

**Table 1: New and Updated Eligibility Determinations**

| MIHP# | Name | Type | SHA NR Det. | SHPO Concurrence | Remarks |
|---|---|---|---|---|---|
| M: 37-16 | B&O Railroad, Metropolitan Branch | Structure | Remains Eligible | Requested 7/2020 | Updated DOE provides additional information that expands upon previous surveys (first surveyed in 1979 and determined eligible in October 2000) to clarify the period of significance, revise the boundary, and provide a list of contributing and noncontributing resources. |
| M: 31-81 | Forest Glen Tower | Structure | Not Eligible | Requested 7/2020 | Cold War-era air raid siren tower lacks integrity |
| M: 35-212 | Morningstar Tabernacle No. 88 Moses Hall and Cemetery | District | Eligible | Requested 7/2020 | Significant under Criteria A for its association with the African American community in Cabin John and under Criterion C for its example of a vernacular African American cemetery. Meets Criteria Consideration D. |

**Table 2: Properties Experiencing an Adverse Effect**

| MIHP#/DHR# | Name | Type | Impact | SHPO Concurrence | Period of Significance | NRHP Criteria | Remarks |
|---|---|---|---|---|---|---|---|
| PG:73-36 | Carsondale | District | Adverse | Requested 7/2020 | 1955-1962 | A | Eligible |
| M: 35-212 | Morningstar Tabernacle No. 88 Moses Hall and Cemetery | Landscape | Adverse | Requested 7/2020 | 1887-1973 | A, C, Criteria Consideration D | Eligible |

**Table 3: Properties Where Effects Cannot Be Fully Determined**

| MIHP#/DHR# | Name | Type | Impact | SHPO Concurrence | Period of Significance | NRHP Criteria | Remarks |
|---|---|---|---|---|---|---|---|
| M: 29-59 | Carderock Springs Historic District | District | Effects Cannot Be Fully Determined | Concurred 3/2020 | 1962-1967 | A, C | Listed |
| M: 29-39 | Gibson Grove A.M.E. Zion Church | Building | Effects Cannot Be Fully Determined | Concurred 3/2020 | 1923 | A, Criteria Consideration A | Eligible |
| M: 32-5 | Polychrome Historic District | District | Effects Cannot Be Fully Determined | Concurred 3/2020 | 1934-1935 | A, C | Listed |

**Table 4: Properties Experiencing No Adverse Effect**

| MIHP#/DHR# | Name | Type | Impact | SHPO Concurrence | Period of Significance | NRHP Criteria | Remarks |
|---|---|---|---|---|---|---|---|
| M: 37-16 | B&O Railroad, Metropolitan Branch | Structure | No Adverse | Requested 7/2020 | 1873-1945 | A, C | Eligible; project will avoid contributing resources |
| PG:62-14 | Beltsville Agricultural Research Center (BARC) | District | No Adverse | Requested 7/2020 | Not established | | Listed; stream restoration |
| M: 31-7 | Capitol View Park Historic District | District | No Adverse | Requested 7/2020 | 1887-1941 | A, C | Eligible; project will avoid contributing resources |
| PG:76A-22 | Suitland Parkway | District | No Adverse | Requested 7/2020 | 1942-1944 | A, C | Listed |
| M: 29-49 | Washington Aqueduct | Structure | No Adverse | Requested 7/2020 | 1853-1939 | A, C | Listed (NHL); project will avoid below-ground impacts |

Attachment 3

**Table 5: Stream and Wetland Mitigation Site Summary**

| Site Number | County | Architecture | Archaeology | Effect | Remarks |
|---|---|---|---|---|---|
| AN-1 | Montgomery | No architectural resources present | Low potential; no further work is warranted | NPA | |
| AN-3 | Montgomery | No architectural resources present | Low potential, negative results of prior survey; no further work is warranted | NPA | |
| AN-6 | Prince George's | No adverse effect | Phase I archaeology will be undertaken | TBD | Within Beltsville Agricultural Research Center (PG:62-14) |
| AN-7 | Prince George's | No adverse effect | Phase I archaeology will be undertaken | TBD | Within Beltsville Agricultural Research Center (PG:62-14) |
| CA-2 | Montgomery | No architectural resources present | Low potential, negative results of prior survey; no further work is warranted | NPA | |
| CA-3 | Montgomery | No architectural resources present | Low potential, negative results of prior survey; no further work is warranted | NPA | |
| CA-5 | Montgomery | Additional evaluation to be completed | Low potential; no further work is warranted | TBD | |
| PA-1 | Prince George's | Additional evaluation to be completed | Phase I archaeology will be undertaken | TBD | |
| RFP-1 | Prince George's | No architectural resources present | Prior disturbance; no further work is warranted | NPA | |
| RFP-2 | Montgomery | Additional evaluation to be completed | Prior disturbance and low potential; no further work is warranted | TBD | |
| RFP-3 | Frederick | Additional evaluation to be completed | Phase I archaeology will be undertaken | TBD | |
| RFP-4 | Anne Arundel | No architectural resources present | Phase I archaeology will be undertaken | TBD | |
| RFP-5 | Prince George's | Additional evaluation to be completed | Prior disturbance; no further work is warranted | TBD | |
| RFP-6 | Calvert | Additional evaluation to be completed | Phase I archaeology will be undertaken | TBD | |

Larry Hogan, Governor
Boyd Rutherford, Lt. Governor



Robert S. McCord, Secretary
Sandy Schrader, Deputy Secretary

# Maryland
## DEPARTMENT OF PLANNING
### MARYLAND HISTORICAL TRUST

September 4, 2020

Dr. Julie M. Schablitsky
MDOT State Highway Administration
707 North Calvert Street
Baltimore, MD 21202

Re:    I-495 & I-270 Managed Lanes Study (MLS)
       Montgomery and Prince George's Counties, Maryland
       MDOT SHA Project No. AW073A11

Dear Dr. Schablitsky:

Thank you for providing the Maryland Historical Trust (Trust), the Maryland State Historic Preservation Office, with additional information regarding the above-referenced undertaking. The Maryland Department of Transportation State Highway Administration's (MDOT SHA) submittal represents ongoing consultation to assess the project's effects on historic properties, pursuant to Section 106 of the National Historic Preservation Act of 1966, as amended, and the Maryland Historical Trust Act of 1985, as amended, State Finance and Procurement Article §§ 5A-325 and 5A-326 of the Annotated Code of Maryland. Trust staff have conducted a thorough review of the materials and we are writing to provide our comments and concurrence.

**Revised Area of Potential Effects (APE)**: Based on ongoing design development, MDOT SHA has expanded the undertaking's APE to include potential environmental mitigation sites and additional buffer areas in the vicinity of the American Legion Bridge. The Trust agrees that the MDOT SHA's redefined APE encompasses the geographic area within which an undertaking may directly or indirectly cause alterations in the character or use of historic properties.

**Additional Identification and Evaluation of Historic Properties within the APE**: MDOT SHA conducted additional assessments of the APE to identify historic properties. Determination of Eligibility (DOE) Forms were prepared for two newly identified architectural resources and an existing DOE was updated to identify the property's areas of significance.

The Trust concurs with MDOT SHA that the following properties are <u>eligible</u> for listing in the National Register:

MIHP No. M: 35-212    Morningstar Tabernacle No. 88 Moses Hall and Cemetery
                      This property is eligible for the National Register under Criteria A and C as the site of a 19th century African American benevolent society and cemetery.

MIHP No. M: 37-16     B&O Railroad, Metropolitan Branch
                      The Metropolitan Branch of the B&O Railroad was determined eligible in 2000. The Trust concurs with the MDOT SHA's updated documentation to identify a period of significance, National Register boundary, and contributing/non-contributing features.

---

Maryland Historical Trust   •   100 Community Place   •   Crownsville   •   Maryland   •   21032

Tel: 410.697.9591   •   toll free 877.767.6272   •   TTY users: Maryland Relay   •   MHT.Maryland.gov

Dr. Julie M. Schablitsky
I-495 & I-270 Managed Lanes Study (MLS)
Page 2

The Trust concurs with MDOT SHA that the following property is not eligible for listing in the National Register:

MIHP No. M: 31-81    Forest Glen Tower
The Trust agrees that the steel lattice tower lacks integrity and is not eligible for National Register-listing.

The potential for significant archeological resources was assessed by MDOT SHA within the expanded APE, including the environmental mitigations sites. We agree with MDOT SHA's recommendations on Pages 7-9 of your letter that additional Phase I investigations are warranted for several environmental mitigation areas. We look forward to receiving the results of this work, along with the analysis of several other locations requiring archeological study as noted in MDOT SHA's 10 January 2020 letter, as project planning continues.

**Revised Assessment of Effects**: The Trust concurs with MDOT SHA's determination that the overall proposed undertaking will have an <u>adverse effect</u> on historic properties, including archeological properties, in Maryland. Furthermore, the Trust agrees with the following specific findings stated in MDOT SHA's submittal letter dated 23 July 2020 and accompanying attachments:

- In addition to the properties noted as adversely affected in our previous correspondence, we agree that the undertaking will also adversely affect the Carsondale Historic District (MIHP No. PG:73-36) and the Morningstar Tabernacle No. 88 Moses Hall and Cemetery (MIHP No. M: 35-212).
- We agree that the undertaking may affect the historic properties listed in Table 3 (Attachment #3) and further consultation will be needed during design development to consider and address effects.
- We concur that the undertaking will have no adverse effect on the historic properties listed in Table 4 (Attachment #3).

The Trust appreciates MDOT SHA's robust and continuous coordination with our office and other consulting parties in accordance with Section 106. We look forward to working with your office as the project advances to develop and refine avoidance and minimization efforts.

If you have questions or need further assistance, please contact Tim Tamburrino (for historic structures) at tim.tamburrino@maryland.gov or Beth Cole (for archeology) at beth.cole@maryland.gov. Thank you for providing us this opportunity to comment.

Sincerely,

Elizabeth Hughes
Director/State Historic Preservation Officer
EH/BC/TJT/202003475

cc:    Caryn Brookman (SHA)
Jeanette Masr (FHWA)
Rebeccah Ballo (Montgomery County Planning)
Joey Lampl (Montgomery County Parks)
Sarah Rogers (Heritage Tourism Alliance of Montgomery County, Inc.)
Howard Berger (Prince George's County Planning Department)
Aaron Marcavitch (Anacostia Trails Heritage Area, Inc.)
Friends of Moses Hall

**MARYLAND DEPARTMENT OF TRANSPORTATION**

**STATE HIGHWAY ADMINISTRATION**

Larry Hogan
*Governor*

Boyd K. Rutherford
*Lt. Governor*

Pete K. Rahn
*Secretary*

Gregory Slater
*Administrator*

February 11, 2021

Ms. Elizabeth Hughes
State Historic Preservation Officer
Maryland Historical Trust
100 Community Place
Crownsville, MD 21032-2023

Ms. Julie Langan
State Historic Preservation Officer
Department of Historic Resources
2801 Kensington Avenue
Richmond, VA 23221

Dear Ms. Hughes and Ms. Langan:

This letter serves to continue consultation with the Maryland Historical Trust (MHT) and the Virginia Department of Historic Resources (DHR) under Section 106 of the National Historic Preservation Act for Project No. AW073C12, the I-495 & I-270 Managed Lanes Study (MLS). The Maryland Department of Transportation State Highway Administration (MDOT SHA), on behalf of the Federal Highway Administration (FHWA), has determined that that the MLS undertaking would have an adverse effect on historic properties. The MLS is the first element of a broader I-495 & I-270 Public-Private Partnership (P3) Program which considers improvements along the entire length of I-495 (Capital Beltway) in Maryland into northern Virginia, as well as the entire length of I-270 (Dwight D. Eisenhower Memorial Highway) up to I-70 in Frederick County, Maryland.

MDOT SHA most recently coordinated an update to the undertaking's Area of Potential Effects (APE) by letter dated July 23, 2020. The update was prompted by the identification of potential stream and water quality mitigation sites in Maryland, and MHT agreed with the APE revision on September 4, 2020. This letter transmits the results of MDOT SHA's archaeological and architectural investigations at the stream and water quality mitigation sites, together with our National Register of Historic Places (NRHP) eligibility and effect findings. Two archaeological reports each present the results of investigations at different mitigation sites within Maryland.

Since our previous correspondence, on January 27, 2021 it was announced to the interagency working group that Alternative 9 has been identified as the Recommended Preferred Alternative. MDOT SHA is continuing to work with multiple groups, including the National Park Service, and parties with an interest in the Morningstar Tabernacle No. 88 Moses Hall and Cemetery on additional design options and refinements to the Recommended Preferred Alternative that would

00005937

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Two

minimize effects to historic properties.  MDOT SHA will coordinate the results of those efforts with MHT, DHR and other consulting parties as these design commitments are able to be confirmed.

No changes to the APE have been made subsequent to the version provided July 23, 2020.

**Identification Methods and Results**

*Architecture*: Using the expanded APE encompassing proposed stream mitigation sites, coordinated July 23, 2020, MDOT SHA identified six architectural resources, including two previously identified MIHP resources and four unrecorded resources. The expanded APE includes the Carrollton Manor Rural Historic District (F-1-134) and the Hebb-Kline Farmstead (F-1-202) in Frederick County. The Carrollton Manor Rural Historic District was previously determined eligible for the NRHP under Criterion A, for its significant concentration of farmsteads and other landscape elements that illustrate the historical evolution of agriculture in Frederick County, and under Criterion C, as a significant concentration of buildings, structures and clusters illustrating historic farming patterns. The Hebb-Kline Farmstead is a former tenant farm associated with Carrollton Manor and includes a house and domestic and agricultural outbuildings constructed primarily between 1855 and 1940. MDOT SHA has determined the Hebb-Kline Farmstead is eligible for the NRHP as a contributing resource to the Carrollton Manor Rural Historic District.

An MDOT SHA survey of the expanded APE identified four unrecorded architectural resources. The Montgomery Village Golf Club (M: 20-52), in Montgomery County, is a former golf course associated with the Montgomery Village planned development. The Chesapeake Beach Railway Prism (AA-2559; PG:72-81), in Anne Arundel and Prince George's Counties, comprises the remaining cuttings and embankments associated with the railway, which ceased operation in 1935. These resources lack integrity, and MDOT SHA has determined they are not eligible for the NRHP. The remaining resources, a single-family dwelling in Charles County (6535 Ward Place) and the Fort Washington Golf Range in Prince George's County, are not eligible for the NRHP and are documented on MHT's Short Form for Ineligible Properties (**Attachment 1**).

The new architectural eligibility determinations are summarized in **Attachment 2, Table 1**.

Both physical effects as well as potential visual, atmospheric, or audible effects were considered within the entire APE. The effect assessment coordinated in the July 23, 2020, letter found no adverse effect to 38 architectural historic properties and an adverse effect on 12 architectural historic properties. Effects cannot be fully determined on three architectural historic properties; this is unchanged since the prior letter.  These properties will be subject to stipulations of the proposed Programmatic Agreement to avoid, minimize, or mitigate adverse effects as design advances.

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Three

MDOT SHA identified two other architectural historic properties in the APE, as previously indicated: the Carrollton Manor Rural Historic District and the Hebb-Kline Farmstead. The Hebb-Kline Farmstead is a contributing resource to the Carrollton Manor Rural Historic District, which is eligible for the NRHP under Criteria A and C for its concentration of farmsteads and other landscape elements illustrating historic farming patterns and the evolution of agriculture in Frederick County. Work within the APE at this location involves the restoration of existing natural features; trees border the stream, and minimal cultivated agricultural area will be affected. Furthermore, the buildings and other structures associated with the Hebb-Kline Farmstead or Carrollton Manor Rural Historic District are outside the APE. MDOT SHA has determined the project will not adversely affect these historic properties.

Architectural property effect assessments are summarized in **Attachment 2, Table 2**.

*Archaeology:* In our July 23, 2020 letter, MDOT SHA identified six sites where Phase I archeological survey was warranted, and the results of that investigation are presented here. None of the remaining stream and wetland mitigation areas that were added to the APE in July 2020 were considered to have the potential to contain significant archaeological resources. MDOT SHA's recommendations for further work at the stream and wetland mitigations sites are subject to revision as the project design changes or new information is developed.

Attached for your review are two reports documenting the results of archaeological investigations at potential stream mitigation sites. The first report is entitled *Phase I Archaeological Survey for the I-495/I-270 Managed Lanes Study Stream Mitigation Sites at RFP3 Tuscarora Creek and PA-1 Back Branch in Prince George's and Frederick Counties, Maryland,* by A.D. Marble (Mikolic, Falchetta, and Butler 2021), SHA Report No. 562 (**Attachment 3a**). The second report is entitled *Phase I Archaeological Survey of Proposed Stream Mitigation Sites for the I-495/I-270 Managed Lanes Study, Anne Arundel, Charles, and Prince George's Counties, Maryland,* by TRC Environmental (H. Millis, T. Millis, Johnson, and Idol 2021), SHA Report No. 561 (**Attachment 3b**).

The investigations identified two archaeological sites at the Beltsville Agricultural Research Center in Montgomery County, sites18PR113 and 18PR1190, which warrant Phase II evaluation to determine their eligibility for the NRHP, unless avoidance is feasible. Several other sites (as well as non-site artifact scatters) have been determined not eligible for the NRHP, as indicated in the hybrid eligibility and effects table included as **Attachment 4.** Additionally, several sites could not be fully delineated by the project; it has been determined that, within the project LOD, these sites are not associated with significant archaeological deposits that would be NRHP-eligible.

The two reports have been revised in accordance with comments by MDOT SHA, and unless MHT has further comments, are considered to be final. Adobe PDF files of the archaeological reports are included as **Attachments 4a and 4b**, and MDOT SHA will transmit hard copies directly to MHT when normal operations allow.

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Four

As with other portions of the APE requiring further archaeological evaluation, MDOT SHA will provide for treatment and evaluation of sites 18PR113 and 18PR1190 via the Programmatic Agreement proposed for the project. With the exception of these resources, no further archaeological investigations are warranted for the stream mitigation portions of the APE as currently defined.

**Review Request**

Please examine the attached maps, plans, and Eligibility and Effects Table (Attachment #). MDOT SHA respectfully requests review by MHT of the enclosed technical reports supporting the analysis, and concurrence on the following determinations by **March 15, 2021**:

- The properties listed in Attachment 2, Table 1 are eligible for the NRHP;
- Effect determinations for the properties listed in Attachment 2, Table 2;
- Archaeological sites 18AN1696, 18PR1191, and 18PR1192 are not eligible for the NRHP;
- No further work is warranted for the archaeological sites listed in Attachment 4.

We look forward to working with your office and consulting parties on continued development of the proposed Programmatic Agreement for the MLS undertaking, AW073C12. Please feel free to contact Steve Archer, MDOT SHA Cultural Resources Team Leader at 410-545-8508 or sarcher@mdot.maryland.gov with any questions or concerns on this project.

The Virginia Department of Historic Resources is included on this letter as part of ongoing consultation, however, no resources or project changes in Virginia are included in this submittal and no response from DHR is specifically requested. However, any comments on the findings are welcome.

Sincerely,

Digitally signed by
Steve Archer
Adobe Acrobat
version:
2017.011.30190

Julie M. Schablitsky
*for* Chief Archaeologist/Assistant Division Chief
Environmental Planning Division

Attachments

cc:    Mr. David Clarke, FHWA
       Ms. Jeanette Mar, Environmental Manager, FHWA Maryland Division
       Mr. Tony Opperman, VDOT

00005940

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Five

      Ms. Mandy Ranslow, ACHP
      Mr. John Simkins, FHWA Virginia Division
      Mr. Steve Archer, MDOT SHA-EPLD
      Mr. Richard Ervin, MDOT SHA-EPLD
      Mr. Jeffrey Folden, P.E., DBIA, Deputy Director, I-495 & I-270 P3 Office, MDOT SHA
      Mr. Matt Manning, MDOT SHA-EPLD
      Dr. Julie Schablitsky, MDOT SHA-EPLD
      I-495 & I-270 MLS Section 106 Consulting Parties

00005941

**Concurrence with the MDOT State Highway Administration's
Determination(s) of Eligibility and/or Effects**

***(For Maryland Historical Trust Use Only)***

**Project Number:** AW073C12                    **MHT Log No.**_____
**Project Name:** I-495 & I-270 Managed Lanes Study (MLS)
**County:**  Montgomery and Prince George's
**Letter Date:**  February 1, 2021

The Maryland Historical Trust has reviewed the documentation attached to the referenced letter and concurs with the MDOT State Highway Administration's determinations as follows:

**Eligibility** (as noted in the Eligibility Table [Attachments 2 & 3]):
      [  ]    Concur
      [  ]    Do Not Concur

**Effect** (as noted in the Effects Table [Attachments 2 & 3]):
      [  ]    No Properties Affected
      [  ]    No Adverse Effect
      [  ]    Conditioned upon the following action(s) (see comments below)
      [  ]    Adverse Effect


Comments:
_____
_____
_____
_____
_____
_____


By:    _____        _____
      MD State Historic Preservation Office/                Date
      Maryland Historical Trust

================================================================================

00005942

**Eligibility and Effects Tables—Architectural Resources**
Attachment # 2
I-495 & I-270 Managed Lanes Study (MLS)

**Table 1: New Eligibility Determinations**

| MIHP# | Name | Type | SHA NR Det. | SHPO Concurrence | Remarks |
|---|---|---|---|---|---|
| AA-2559 PG: 72-81 | Chesapeake Beach Railway Prism | Structure | Not Eligible | Requested 3/2021 | Remaining cuttings and embankments associated with the former railway; lacks integrity |
| F-1-202 | Hebb-Kline Farmstead | Building | Eligible | Requested 3/2021 | Contributing resource to the Carrollton Manor Rural Historic District |
| M: 20-52 | Montgomery Village Golf Club | Landscape | Not Eligible | Requested 3/2021 | Former golf course; lacks integrity |
| - | 6535 Ward Place | Building | Not Eligible | Requested 3/2021 | Short Form; mid-20th century single-family dwelling |
| - | Fort Washington Golf Range | Building | Not Eligible | Requested 3/2021 | Short Form; small mid-20th century driving range |

**Table 2: New Effect Determinations**

| MIHP#/DHR# | Name | Type | Effect | SHPO Concurrence | Period of Significance | NRHP Criteria | Remarks |
|---|---|---|---|---|---|---|---|
| F-1-134 | Carrollton Manor Rural Historic District | District | No Adverse | Requested 3/2021 | 1855-1940 | A, C | Eligible |
| AA-2559 PG: 72-81 | Chesapeake Beach Railway Prism | Structure | None | Requested 3/2021 | None | None | Not Eligible |
| F-1-202 | Hebb-Kline Farmstead | Building | No Adverse | Requested 3/2021 | 1855-1940 | A, C | Eligible as contributing resource to the Carrollton Manor Rural Historic District |
| M: 20-52 | Montgomery Village Golf Club | Landscape | None | Requested 3/2021 | None | None | Not Eligible |

**Table 3: Summary of Properties Where Effects Cannot Be Fully Determined**

| MIHP#/DHR# | Name | Type | Effect | SHPO Concurrence | Period of Significance | NRHP Criteria | Remarks |
|---|---|---|---|---|---|---|---|
| M: 29-59 | Carderock Springs Historic District | District | Effects Cannot Be Fully Determined | Concurred 3/2020 | 1962-1967 | A, C | Listed |
| M: 29-39 | Gibson Grove A.M.E. Zion Church | Building | Effects Cannot Be Fully Determined | Concurred 3/2020 | 1923 | A, Criteria Consideration A | Eligible |
| M: 32-5 | Polychrome Historic District | District | Effects Cannot Be Fully Determined | Concurred 3/2020 | 1934-1935 | A, C | Listed |

**Eligibility and Effects Tables—Architectural Resources**
Attachment # 2
I-495 & I-270 Managed Lanes Study (MLS)

**Table 4: Summary of Properties Experiencing an Adverse Effect**

| MIHP#/DHR# | Name | Type | Effect | SHPO Concurrence | Period of Significance | NRHP Criteria | Remarks |
|---|---|---|---|---|---|---|---|
| PG:69-26 | Baltimore-Washington Parkway | Structure | Adverse | Concurred 3/2020 | 1942-1954 | A, C | Listed |
| PG:73-36 | Carsondale | District | Adverse | Concurred 9/2020 | 1955-1962 | A | Eligible |
| M: 12-46 | Chesapeake and Ohio Canal National Historical Park | District | Adverse | Concurred 3/2020 | 1828-1924 | A, C, D | Listed |
| M: 35-61 and 029-0228 (Virginia) | George Washington Memorial Parkway/Clara Barton Memorial Parkway | Structure | Adverse | Concurred 3/2020 | 1930-1966 | B, C | Listed |
| PG:72-26 and PG:73-26 | Glenarden Historic District | District | Adverse | Concurred 3/2020 | 1939-1977 | A | Eligible |
| PG:67-69 | Greenbelt Park | District | Adverse | Concurred 3/2020 | 1945-1972 (for Mission 66 era) | A, C, D | Eligible (for the purposes of Section 106) |
| M: 32-34 | Indian Spring Club Estates and Indian Spring Country Club | District | Adverse | Concurred 3/2020 | 1939-1957 | A, B, C | Eligible |
| M: 37-16 | Metropolitan Branch, B&O Railroad | Structure | Adverse | Concurred 3/2020 | 1866-1873 | A, C | Eligible |
| M: 35-212 | Morningstar Tabernacle No. 88 Moses Hall and Cemetery | Landscape | Adverse | Concurred 9/2020 | 1887-1973 | A, C, Criteria Consideration D | Eligible |
| M: 36-1 | National Park Seminary Historic District/Forest Glen/ Walter Reed A.M.C. Annex | District | Adverse | Concurred 3/2020 | 1894-ca. 1930 | Unspecified | Listed (MHT Easement) |
| M: 36-87 | Rock Creek Stream Valley Park, Units 2 and 3 | District | Adverse | Concurred 3/2020 | 1931-1970 | A | Eligible |
| M: 32-15 | Sligo Creek Parkway | District | Adverse | Concurred 3/2020 | Unspecified | A, C | Eligible |

*Hybrid Eligibility/Effects Table—Archaeological Resources*
Attachment # **4**
**Project Name**                                                                     **February 1, 2021**

| Resource (Maryland) | Type | SHA NR Det | SHPO Opinion | Impact | SHPO Concur | Attachment | Remarks |
|---|---|---|---|---|---|---|---|
| 18AN1696 | A | X | **Requested March 2021** | None | **Requested March 2021** | | No Further Investigation Recommended |
| 18CH971 | A | ND | **Requested March 2021** | None | **Requested March 2021** | | No Further Investigation Recommended |
| 18CH972 | A | ND | **Requested March 2021** | None | **Requested March 2021** | | No Further Investigation Recommended |
| 18PR111 | A | ND | **Requested March 2021** | None | **Requested March 2021** | | No Further Investigation Recommended |
| 18PR113 | A | ND | **Requested March 2021** | ND | **Requested March 2021** | | Potentially Eligible; Phase II Investigation |
| 18PR1190 | A | ND | **Requested March 2021** | ND | **Requested March 2021** | | Potentially Eligible; Phase II Investigation |
| 18PR1191 | A | X | **Requested March 2021** | None | **Requested March 2021** | | No Further Investigation Recommended |
| 18PR1192 | A | X | **Requested March 2021** | None | **Requested March 2021** | | No Further Investigation Recommended |
| | | | | | | | |
| **Effect** | | **AE** | **Requested March 2021** | | **Requested March 2021** | | |

**Codes**:  Resource Types:  S (Structure), A (Archeological Site), HD (Historic District), NHL (National Historic Landmark)
     NR Determination:  ND (Not Determined), X (Not Eligible), NR (Eligible), NRL (Listed), NHL (Landmark)
     SHPO Opinion: (B) designates opinion regarding boundary, Code following date signifies SHPO opinion
     Impact:  None, No Adverse, Adverse
     Effect:  NPA (No Properties Affected), NAE (No Adverse Effect), AE (Adverse Effect)
     **Bold** rows indicate review action requested

Larry Hogan
Governor

Boyd K. Rutherford
Lt. Governor

Pete K. Rahn
Secretary

Gregory Slater
Administrator

**MARYLAND DEPARTMENT
OF TRANSPORTATION**

**STATE HIGHWAY
ADMINISTRATION**

March 10, 2021

Ms. Elizabeth Hughes
State Historic Preservation Officer
Maryland Historical Trust
100 Community Place
Crownsville, MD 21032-2023

Ms. Julie Langan
State Historic Preservation Officer
Department of Historic Resources
2801 Kensington Avenue
Richmond, VA 23221

Dear Ms. Hughes and Ms. Langan:

This letter serves to continue consultation with the Maryland Historical Trust (MHT) and the
Virginia Department of Historic Resources (DHR) under Section 106 of the National Historic
Preservation Act for Project No. AW073C12, the I-495 & I-270 Managed Lanes Study (MLS).
The Maryland Department of Transportation State Highway Administration (MDOT SHA), on
behalf of the Federal Highway Administration (FHWA), has determined that that the MLS
undertaking would have an adverse effect on historic properties. The MLS is the first element of
a broader I-495 & I-270 Public-Private Partnership (P3) Program which considers improvements
along the entire length of I-495 (Capital Beltway) in Maryland into northern Virginia, as well as
the entire length of I-270 (Dwight D. Eisenhower Memorial Highway) up to I-70.

MDOT SHA's most recent letter, dated February 11, 2021, transmitted the results of MDOT
SHA's archaeological and architectural investigations at the stream and water quality mitigation
sites in Maryland, including two archaeological reports and our National Register of Historic
Places (NRHP) eligibility and effect findings.

This letter transmits the first draft of the Programmatic Agreement as discussed at the March 10,
2021, MLS Section 106 Consulting Parties meeting. The Programmatic Agreement identifies
mitigation measures and commits to consultation procedures as the MLS moves forward. We
welcome your comments on the draft Programmatic Agreement.

00005946

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Two

**Review Request**

Please examine the attached draft Programmatic Agreement.  MDOT SHA respectfully requests comments on the draft by **April 12, 2021.**  By carbon copy, we invite the Maryland Commission on Indian Affairs to provide comments and participate in the Section 106 process. Federally recognized tribes with interests in Maryland and Virginia have also been invited to consult and are being provided a copy of this agreement for review and comment.  We anticipate additional drafts and review cycles of this agreement prior to finalization.

We look forward to working with your offices and consulting parties on continued development of the proposed Programmatic Agreement for the MLS undertaking, AW073C12.  Please feel free to contact Steve Archer, MDOT SHA Cultural Resources Team Leader at 410-545-8508 or sarcher@mdot.maryland.gov with any questions or concerns on this project.

Sincerely,

Digitally signed by
Steve Archer
Adobe Acrobat
version:
2017.011.30190

Julie M. Schablitsky
*for* Chief Archaeologist/Assistant Division Chief
Environmental Planning Division

Attachment

cc:    Mr. David Clarke, FHWA
       Ms. Jeanette Mar, Environmental Manager, FHWA Maryland Division
       Mr. Tony Opperman, VDOT
       Ms. Mandy Ranslow, ACHP
       Mr. John Simkins, FHWA Virginia Division
       Mr. Steve Archer, MDOT SHA-EPLD
       Mr. Richard Ervin, MDOT SHA-EPLD
       Mr. Jeffrey Folden, P.E., DBIA, Deputy Director, I-495 & I-270 P3 Office, MDOT SHA
       Mr. Matt Manning, MDOT SHA-EPLD
       Dr. Julie Schablitsky, MDOT SHA-EPLD
       I-495 & I-270 MLS Section 106 Consulting Parties

00005948

Larry Hogan, Governor
Boyd Rutherford, Lt. Governor



Robert S. McCord, Secretary
Sandy Schrader, Deputy Secretary

# Maryland
## DEPARTMENT OF PLANNING
### MARYLAND HISTORICAL TRUST

April 14, 2021

Dr. Julie M. Schablitsky
MDOT State Highway Administration
707 North Calvert Street
Baltimore, MD 21202

Re:    I-495 & I-270 Managed Lanes Study (MLS)
       Montgomery and Prince George's Counties, Maryland
       MDOT SHA Project No. AW073C12

Dear Dr. Schablitsky:

Thank you for providing the Maryland Historical Trust (Trust), the Maryland State Historic Preservation Office, with additional information regarding the above-referenced undertaking. The Maryland Department of Transportation State Highway Administration's (MDOT SHA) submittal represents ongoing consultation to assess the project's effects on historic properties, pursuant to Section 106 of the National Historic Preservation Act of 1966, as amended, and the Maryland Historical Trust Act of 1985, as amended, State Finance and Procurement Article §§ 5A-325 and 5A-326 of the Annotated Code of Maryland. Trust staff have conducted a thorough review of the materials and we are writing to provide our comments and concurrence.

**Architecture:** Trust staff reviewed the Determination of Eligibility (DOE) Forms prepared by the Maryland Department of Transportation State Highway Administration (MDOT SHA). MDOT SHA's submittal of 5 DOE forms represents ongoing historic structure investigations for the stream mitigation portion of the I-495 & I-270 Managed Lanes Study. Our comments regarding the eligibility of historic properties for listing in the National Register of Historic Places (National Register) are provided below.

The Trust concurs with MDOT SHA that the following property is <u>eligible</u> for listing in the National Register:
- MIHP No. F-1-202 Hebb-Kline Farmstead

The Trust concurs that the following properties are <u>not eligible</u> for listing in the National Register:
- MIHP No. AA-2559 and PG:72-81 Chesapeake Beach Railway Prism
- MIHP No. M: 20-52 Montgomery Village Golf Club
- Fort Washington Golf Range, 9013 Livingston Road, Fort Washington, Prince George's County
- 6535 Ward Place, Bryans Road, Charles County

**Archeology:** Trust staff reviewed the following two draft reports included in the submittal:

1.  *Cultural Resources Technical Report: Phase I Archaeological Survey for the I-495/I-270 Managed Lanes Study, Stream Mitigation Sites at RFP3 Tuscarora Creek and PA-1 Back Branch in Prince George's County and Frederick Counties* (Mikolic et al. 2021); and
2.  *Cultural Resources Technical Report: Phase I Archaeological Survey of Proposed Stream Mitigation Sites for the I-495/I-270 Managed Lanes Study, Anne Arundel, Charles, and Prince George's Counties, Maryland* (Millis et al. 2021).

Maryland Historical Trust   •   100 Community Place   •   Crownsville   •   Maryland   •   21032

Tel: 410.697.9591   •   toll free 877.767.6272   •   TTY users: Maryland Relay   •   MHT.Maryland.gov

00005949

Dr. Julie M. Schablitsky
I-495 & I-270 Managed Lanes Study (MLS)
Page 2

The reports present detailed documentation on the goals, methods, results and recommendations of Phase I survey conducted within five proposed stream mitigation sites. The drafts generally meet the reporting requirements of the Trust's *Standards and Guidelines for Archeological Investigations in Maryland*. We offer the specific comments listed below on the reports and ask SHA to have the consultants address these issues, in addition to applicable comments provided by the other consulting parties, in the preparation of the final documents. We await two hard copies and one electronic copy on disk of each final report for our Library, when available.

*Cultural Resources Technical Report: Phase I Archaeological Survey for the I-495/I-270 Managed Lanes Study, Stream Mitigation Sites at RFP3 Tuscarora Creek and PA-1 Back Branch in Prince George's County and Frederick Counties,* (Mikolic et al. 2021):

1. The report abstract and text should remove any statements evaluating the National Register eligibility of those small portions of site 18PR605 examined by the current survey. The Abstract's statement *However, because only a portion of the resource was evaluated, no determination of eligibility can be made for site 18PR605 as a whole* remains accurate and should be restated in the report's concluding chapter.
2. Appendix E and its DOE form should be removed from the report.
3. The consultant should complete an official archeological site inventory update form for 18PR605 to reflect the results of the current survey, submit the update form to Jennifer Cosham for entry in the Inventory records, and include a copy of the update form in an appendix.

*Cultural Resources Technical Report: Phase I Archaeological Survey of Proposed Stream Mitigation Sites for the I-495/I-270 Managed Lanes Study, Anne Arundel, Charles, and Prince George's Counties, Maryland* (Millis et al. 2021):

1. The report title should include the names of the three stream mitigation sites covered by the survey.
2. If available, the report should include the conceptual plans for the stream mitigation sites to show anticipated limits of disturbance, along with the locations of the shovel tests/test units, and boundaries of identified sites. This information was incorporated into the first report listed above.
3. The report's Abstract and text should remove all references to National Register ineligibility for all of the various isolated artifact finds reported by the survey and given "X" find designations. These items do not represent archeological sites and thus do not need to be evaluated for National Register eligibility. It is sufficient to discuss the finds as isolated items that warrant no further investigation. It is confusing and misleading to list the isolated finds and tables and discussions with formally inventoried archeological sites.
4. The overall maps illustrating survey areas, shovel tests, and resources (Figures 5.1, 5.2, 6.1, and 7.1) should include numbers or coordinates to label the shovel tests.
5. The report Summary and Recommendations should include plans that illustrate the project limits in relation to identified site boundaries to demonstrate potential site impacts and avoidance. Recommendations should address any measures needed to ensure avoidance of sites located immediately adjacent to the project areas, such as fencing during construction, contractor avoidance provisions, etc.

Based on the information presented in MDOT SHA's submittal and attachments, the Trust agrees with MDOT SHA's findings as follows:

- We concur with MDOT SHA's evaluations that the following sites do not meet the criteria for eligibility in the National Register of Historic Places: 18AN1696, 18PR1191, 18PR1192, and 18CH972.

Dr. Julie M. Schablitsky
I-495 & I-270 Managed Lanes Study (MLS)
Page 3

- We concur with MDOT SHA that Phase II site evaluations are warranted for sites 18PR113 and 18PR1190 to determine their eligibility for inclusion in the National Register of Historic Places, if slated for project impacts.
- We agree that the following sites are located largely outside and adjacent to the proposed project impact areas and further Phase II site evaluations are not warranted at this time, unless project plans are modified to include impacts to these sites: 18PR111, 18PR605, and 18CH971.

We understand that MDOT SHA will provide for the ongoing identification, evaluation, and treatment of archeological sites that may be adversely affected by the undertaking through the provisions of the Programmatic Agreement (PA), currently under negotiation pursuant to 36 CFR 800.14(b) for this undertaking.

**Revised Assessment of Effects**: The Trust continues to agree with MDOT SHA's determination that the overall proposed undertaking will have an adverse effect on historic properties in Maryland. Furthermore, the Trust agrees with the specific effect assessments stated in Tables 2, 3 and 4 of MDOT SHA's letter dated 11 February 2021.

We look forward to further consultation with MDOT SHA and the other consulting parties in the development of a comprehensive and achievable agreement document. If you have questions or need further assistance, please contact Tim Tamburrino (for historic structures) at tim.tamburrino@maryland.gov or Beth Cole (for archeology) at beth.cole@maryland.gov. Thank you for providing us this opportunity to comment.

Sincerely,

Elizabeth Hughes
Director/State Historic Preservation Officer
EH/BC/TJT/202100884

cc:    Caryn Brookman (SHA)
       Jeanette Mar (FHWA)
       Mandy Ranslow (ACHP)
       I-495 & I-270 MLS Section 106 Consulting Parties

**MHT Comments on Draft 1 PA for I-495 and I-270 MLS Study**

The Maryland Historical Trust (MHT) has reviewed Draft 1 of the Programmatic Agreement (PA) for the I-495 and I-270 MLS study.  We have also read the detailed comments on the draft PA provided by the some of the other signatory and consulting parties shared via email over the last few weeks.   In general, MHT agrees with the review comments and suggestions provided by the ACHP and VA SHPO.  We also believe that the detailed comments provided by the consulting parties warrant further consideration and incorporation in the PA, as appropriate, in next versions of the document.   Overall, the first draft of the PA provides a broad framework for establishing both site-specific measures to avoid, minimize, and mitigate adverse effects on stated historic properties as well as specifying the process for ongoing consultation and consideration of effects during implementation of the project.

We offer the following preliminary comments/questions on the draft PA and anticipate providing further remarks on subsequent versions of the PA once details are more fully developed.  We look forward to ongoing development of the PA as additional details are identified in consultation with consulting parties.

| PA Item | Page | MHT Comment |
|---|---|---|
| WHEREAS #8 | 2 | Add statement that notes that NPS owns and administers the named historic properties in this clause. |
| WHEREAS #9 | 2 | The PA should define the APE and/or include it as an attachment. |
| WHEREAS #16 | 3 | Add and reference an attachment to this whereas that lists the various affected historic properties in a table. |
| Stipulation 1.B.1 | 4 | Delete the word *Developer* as these are still roles of MDOT SHA. |
| Stipulation 1.D | 5 | Rework this section so it reads as active SHPO roles and responsibilities. After the first 2 sentences, insert the following:<br><br>SHPOs shall review submittals, provide written comments, share general technical assistance/guidance and respond within timeframes specified in this PA. Timelines for concurrence with or response for eligibility findings, effects determinations (generally thirty (30) calendar days unless otherwise specified) are established in 36 CFR 800.  If the SHPOs do not provide written response within the established timeline, MDOT SHA and FHWA may assume concurrence or no objection to the findings and submittals. |
| Stipulation I.F | 5 | This section should clearly define roles and responsibilities of :<br>• Consulting parties in general, including those parties who choose not to sign the PA;<br>• Concurring parties to the PA; and<br>• The Public |

| Stipulation I.F | 5 | Substitute NHPA for NEPA or include it in this section, as the ongoing consultation under the PA may lead to the identification of additional consulting parties. |
|---|---|---|
| Stipulation II.A | 6 | Add reference to professional qualifications for cultural resources staff implementing investigations and other historic preservation measures under the PA.<br><br>Add MHT's Technical Update No. 1 to the Archeology Standards and Guidelines.<br><br>Add the ACHP's Archaeology Guidance - https://www.achp.gov/sites/default/files/guidance/2017-02/ACHP%20ARCHAEOLOGY%20GUIDANCE.pdf<br><br>Add reference to Program Comment Regarding Exemption Regarding Historic Preservation Review Process for Effects to the Interstate Highway System? |
| Stipulation III | 6 | Use of the term *Project-wide Mitigation and Commitments* is somewhat confusing within the context of this PA, which is establishing Section 106 mitigation for historic properties, though we understand these are overall project commitments including NEPA related actions. Perhaps Stipulation III.A could add clarification for what is meant by mitigation.<br><br>Should this list also include a section for the various local transportation and community related commitments such as the pedestrian improvements, trails, etc. which have been identified to the interagency working group and will be included in the Record of Decision? |
| Stipulation IV | 7 | Further details are needed in this stipulation regarding the consultation, and/or reference to the appropriate section of the PA where that is specified, including design review.<br><br>Should there be a general commitment for the ongoing development of context-sensitive design in addition to the property-specific design consultation throughout Stipulation VI? |
| Stipulation V | 8 | Greater detail and specificity are needed on the consultation process, beyond reference to the statewide PA and 36 CFR 800 regs. |
| Stipulation VI | 8 | We appreciate and agree with the property-specific approach provided in this stipulation and will have more detailed comments on specific measures once MDOT SHA has incorporated the various suggested edits from the signatory and consulting parties. |

| | | The PA needs to include consultation with the relevant SHPO for all of these mitigation and commitment measures. |
|---|---|---|
| Stipulation VI.A.2 | 8 | Additional details are needed to explain the process and timeline for completing the NHL documentation update for the George Washington Memorial Parkway/Clara Barton Parkway. |
| Stipulation VII | 10 | We appreciate and agree with the property-specific approach provided in this stipulation and will have more detailed comments on specific measures once MDOT SHA has incorporated the various suggested edits from the signatory and consulting parties.<br><br>The PA needs to include consultation with the relevant SHPO for all of these mitigation and commitment measures. |
| Stipulation VIII.H | 13 | This stipulation effectively outlines the process for developing treatment plans for archeological sites, cemeteries, and human remains. However, the PA also provides for the creation of several property-specific treatment plans without describing a process for consulting on the creation of the plan and elements that will be included as part of any treatment plan. Perhaps add a PA-wide stipulation that outlines the process and timeline for consulting on a treatment plan or include an attachment with the actual approach. |
| Stipulation IX | 14 | The PA and/or an attachment to the PA need to provide further details regarding the treatment of cemeteries and human remains, since that will clearly be an issue for this project.  Greater specificity is needed as part of the PA, while recognizing that some details may not yet be defined. |
| Stipulations XI and XII | 15 | Suggest including the applicable text for inadvertent effects and discoveries from Appendix 3 of the Statewide PA in this agreement. |
| | | |

**From:** Steve Archer <SArcher@mdot.maryland.gov>
**Sent:** Thursday, May 13, 2021 9:17 AM
**To:** Steve Archer <SArcher@mdot.maryland.gov>
**Cc:** Beth Cole, MHT <beth.cole@maryland.gov>; Tim Tamburrino, MHT
<tim.tamburrino@maryland.gov>; Jeanette Mar, FHWA <jeanette.mar@dot.gov>; David Clarke, FHWA
<david.clarke@dot.gov>; Marc Holma, Virginia DHR <marc.holma@dhr.virginia.gov>; Mandy Ranslow,
ACHP <mranslow@achp.gov>
**Subject:** I-495 & I-270 MLS Section 106 Update

Greetings I-495 & I-270 MLS Consulting Parties,

As announced yesterday, FHWA and MDOT SHA have identified a new Recommended Preferred
Alternative (RPA) - **Alternative 9: Phase 1 South** - that further aligns the Managed Lanes Study with the
phased delivery approach by providing two new high occupancy toll (HOT) managed lanes within the
limits of Phase 1 South and no action to the remaining parts of I-495 within the study limits. This new
RPA will be the focus of a Supplemental Draft Environmental Impact Statement (SDEIS) anticipated to be
published in late summer 2021.

More information can be found on the program website.

I wanted to provide an update of what this means for the Section 106 process path forward and what to
expect.

In general we expect to follow the same steps as outlined in our last consulting party meeting on March
10.  We will update the limits of disturbance and Area of Potential Effects to reflect the new RPA, as well
as to include design minimization efforts on certain historic properties, and some additional elements
like evaluation of potential offsite stormwater facility locations.  This update will be provided to the
State Historic Preservation Offices and all other consulting parties for review and comment.

Assuming the new recommended preferred alternative is selected, historic properties outside Phase I
South would no longer be affected, and effect determinations and the PA will be revised accordingly.

We are still going through the many comments received on the first draft of the PA, and we thank you
for your input that will help add the necessary detail and content moving forward.  We will be
addressing the comments and integrating them as appropriate into a next draft of the PA which we will
meet with consulting parties about following the APE update review cycle outlined above.

If you have any questions in the meantime, as always, please feel free to contact me.

Steve Archer
Cultural Resources Team Leader
Maryland Department of Transportation State Highway Administration
Environmental Planning Division
707 North Calvert Street
Baltimore, MD 21202
Phone 410-545-8508
sarcher@mdot.maryland.gov



Larry Hogan
Governor

Boyd K. Rutherford
Lt. Governor

Gregory Slater
Secretary

Tim Smith, P.E.
Administrator

May 27, 2021

Ms. Elizabeth Hughes
State Historic Preservation Officer
Maryland Historical Trust
100 Community Place
Crownsville, MD  21032-2023

Ms. Julie Langan
State Historic Preservation Officer
Department of Historic Resources
2801 Kensington Avenue
Richmond, VA 23221

Dear Ms. Hughes and Ms. Langan:

This letter serves to continue consultation with the Maryland Historical Trust (MHT) and the
Virginia Department of Historic Resources (DHR) under Section 106 of the National Historic
Preservation Act for Project No. AW073D12, the I-495 & I-270 Managed Lanes Study (MLS).
The Maryland Department of Transportation State Highway Administration (MDOT SHA), on
behalf of the Federal Highway Administration (FHWA), has determined that that the MLS
undertaking would have an adverse effect on historic properties.

This letter transmits the results of MDOT SHA's cultural resources investigations at the
Morningstar Tabernacle No. 88 Moses Hall and Cemetery (M:35-212, hereafter the Morningstar
Cemetery). The report also contains substantial historical information about the related resource
of the Gibson Grove A.M.E. Zion Church (M: 29-39) which had close community association
with the cemetery.

On Wednesday, May 12, it was announced to the study's interagency working group that
Alternative 9: Phase 1 South has been identified as a new Recommended Preferred Alternative
(RPA), and additional details were provided via email to Section 106 consulting parties on  May
13, 2021.  The RPA, if adopted, significantly reduces the limits of the corridor where
improvements would be proposed.  As detailed information is developed, MDOT SHA will
consult on a revised Area of Potential Effects (APE) and limits of disturbance (LOD) aligned
with the new RPA.  The Morningstar Cemetery property is within the Phase I south area that will
be carried forward, but the new alternative is expected to minimize impacts to M:35-212.

00005956

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Two

MDOT SHA conducted background research, recordation and mapping at the Morningstar Cemetery in order to better understand the physical layout of the resource as may be affected by the proposed improvements along I-495. Attached for your review and comment is the report documenting the results of the investigations: *Documentation and Archaeological Monitoring for the I-495 & I-270 Managed Lanes Study, Morningstar Tabernacle No. 88 Moses Hall and Cemetery, Montgomery County, Maryland,* by A.D. Marble (Falchetta et al. 2021), SHA Report No. 560 (**Attachment 1**). The investigation identified numerous features at the cemetery and documents a dense concentration of interments within the western and southwestern portions of the property. The no longer extant lodge building, adjacent yard area, and an unpaved road occupied the northern and northeastern portions of the property.

MDOT SHA will revise the report in response to consulting party comments as appropriate and provide a final version of the report subsequent to this review. An Adobe PDF file of the archaeological report is included as **Attachment 1**, and MDOT SHA will transmit a hard copy directly to MHT when normal operations allow.

The Morningstar Tabernacle No. 88 Moses Hall and Cemetery has already been determined eligible for the National Register of Historic Places, and MHT has concurred that the property would be adversely affected by the MLS under the operative Area of Potential Effects and limits of disturbance. As such, this report provides supplemental detailed information about the property that will aid in developing minimization and treatment approaches as consultation continues.

As discussed with consulting parties and provided for in the draft Programmatic Agreement, archaeological and cemetery/human remains treatment plans are proposed as commitments to establish requirements for ongoing consultation and treatment for the resource and the project limits of disturbance. MDOT SHA will develop these commitments through further consultation with the Maryland Historical Trust and consulting parties with an interest in the Morningstar Tabernacle No. 88 Moses Hall and Cemetery (M:35-212).

**Review Request**

MDOT SHA respectfully requests any comments by MHT of the enclosed technical report supporting the analysis by June 28, 2021. As this report constitutes supplemental information, no specific formal concurrence on eligibility or effect finding is requested. Consulting party comments are requested by the same due date.

We look forward to working with your office and consulting parties on continued development of the proposed Programmatic Agreement for the MLS undertaking, AW073D12. Please feel free to contact Steve Archer, MDOT SHA Cultural Resources Team Leader at 410-545-8508 or sarcher@mdot.maryland.gov with any questions or concerns on this project.

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Three

The Virginia Department of Historic Resources is included on this letter as part of ongoing consultation, however, no resources or project changes in Virginia are included in this submittal and no response from VDHR is specifically requested. However, any comments on the findings are welcome.

Sincerely,

Digitally signed by
Steve Archer
Adobe Acrobat
version:
2017.011.30196

Julie M. Schablitsky
for Chief Archaeologist/Assistant Division Chief
Environmental Planning Division

Attachments

cc:    Mr. David Clarke, FHWA
       Ms. Jeanette Mar, Environmental Manager, FHWA Maryland Division
       Mr. Tony Opperman, VDOT
       Ms. Mandy Ranslow, ACHP
       Mr. John Simkins, FHWA Virginia Division
       Mr. Steve Archer, MDOT SHA-EPLD
       Mr. Richard Ervin, MDOT SHA-EPLD
       Mr. Jeffrey Folden, P.E., DBIA, Deputy Director, I-495 & I-270 P3 Office, MDOT SHA
       Mr. Matt Manning, MDOT SHA-EPLD
       Dr. Julie Schablitsky, MDOT SHA-EPLD
       I-495 & I-270 MLS Section 106 Consulting Parties

**MARYLAND DEPARTMENT OF TRANSPORTATION**

STATE HIGHWAY ADMINISTRATION

Larry Hogan
Governor

Boyd K. Rutherford
Lt. Governor

Gregory Slater
Secretary

Tim Smith, P.E.
Administrator

September 8, 2021

Ms. Elizabeth Hughes
State Historic Preservation Officer
Maryland Historical Trust
100 Community Place
Crownsville, MD 21032-2023

Ms. Julie Langan
State Historic Preservation Officer
Department of Historic Resources
2801 Kensington Avenue
Richmond, VA 23221

Dear Ms. Hughes and Ms. Langan:

This letter serves to continue consultation under Section 106 of the National Historic Preservation Act with the Maryland Historical Trust (MHT) and the Virginia Department of Historic Resources (DHR) for Project No. AW073D12, I-495 & I-270 Managed Lanes Study (MLS). The MLS is the first element of a broader I-495 & I-270 Public-Private Partnership (P3) Program which considers improvements along the entire length of I-495 (Capital Beltway) in Maryland, connecting into Virginia's portion of I-495, as well as the entire length of I-270 (Dwight D. Eisenhower Memorial Highway) up to I-70 in Frederick County, Maryland.

MDOT SHA's letter dated March 10, 2021 transmitted the first draft of the MLS Programmatic Agreement, which identifies mitigation measures and commits to consultation procedures as the project moves forward. Additionally, MDOT SHA's email of May 13, 2021, identified a new Preferred Alternative – Alternative 9: Phase 1 South. The Preferred Alternative further aligns the MLS with the phased delivery approach by providing two high-occupancy toll (HOT) managed lanes in each direction on I-495 from the George Washington Memorial Parkway (GWMP) in Virginia to east of MD 187 on I-495, and on I-270 from I-495 to north of I-370 and on the I-270 eastern spur from east of MD 187 to I-270. There is no action, and no improvements, included at this time on I-495 east of the I-270 east spur to MD 5. The Preferred Alternative will be the focus of a Supplemental Draft Environmental Impact Statement (SDEIS) anticipated to be published October 1, 2021.

This letter transmits the revised Area of Potential Effects (APE) based on the new Preferred Alternative, including an updated Limits of Disturbance (LOD). The APE also incorporates potential compensatory stormwater management (SWM) sites that may be selected for the MLS. These sites are being incorporated into a Compensatory Stormwater Management Plan for the P3

00005959

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Two

program and submitted as part of a Joint Permit Application to the United States Army Corps of
Engineers and the Maryland Department of the Environment. All identified compensatory SWM
locations are in Maryland. Additionally, this letter includes the results of MDOT SHA's
archaeological and architectural investigations within the revised APE, together with updated
National Register of Historic Places (NRHP) eligibility and effect findings, and revised effect
determinations for Gibson Grove A.M.E. Zion Church, the Carderock Springs Historic District,
and site 44FX0381 in Virginia, as well as revised effect findings for historic properties that are
now outside the APE based on the new Preferred Alternative.

This update includes:

- A revision of the Area of Potential Effects (APE) to reflect the new Preferred Alternative
  and encompass compensatory stormwater management (SWM) along with previously
  coordinated stream and wetland mitigation sites in Maryland;
- Associated reductions in the LOD at Morningstar Tabernacle No. 88 Moses Hall and
  Cemetery, C&O Canal National Historical Park, and the George Washington Memorial
  Parkway, as part of ongoing minimization efforts;
- The results of ground-penetrating radar survey at Morningstar Tabernacle No. 88 Moses
  Hall and Cemetery, expected to be incorporated as an addendum to the archaeological
  report on the property provided May 27, 2021.
- New eligibility determinations for 14 architectural resources in Maryland;
- New, updated, or revised effect determinations for 15 architectural historic properties in
  Maryland (including 8 properties eliminated from the APE) and archaeological site
  44FX0381 in Virginia.

**Revised Area of Potential Effects**

The APE for this project was previously defined as a 250-foot buffer of consideration on either
side of the widest proposed build alternative's LOD (Alternative 10) and included additional
buffer areas at the American Legion Bridge and elsewhere to capture setting, feeling, and
viewshed effects. In addition, the APE included potential environmental mitigation sites where
stream and wetland mitigation is proposed. The APE at these environmental mitigation locations
was confined to the LOD.

With the identification of the new Preferred Alternative, Alternative 9: Phase 1 South, the APE
has been revised accordingly. The APE has been reduced to align with the revised project limits
along I-495 and I-270. Until now, the Alternative 10 LOD has been used to determine effects to
historic properties. The new Preferred Alternative uses the Alternative 9 LOD and reflects
changes in the LOD to minimize effects to historic properties. Within the revised corridor, the
APE has shifted or expanded to accommodate the new Preferred Alternative, and portions of the
APE where improvements are no longer proposed, generally the east side of the former study
limits, have been removed. Discontiguous portions of the APE added in July 2020 to account for

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Three

stream mitigation sites remain unchanged, however only three of the sites are expected to move forward as part of Phase 1: CA-5, CA-2/3 and RFP-2.

Due to the large amount of impervious area requiring treatment for the Preferred Alternative and existing site constraints, all the required SWM could not be met onsite for the Preferred Alternative. Consequently, compensatory, or offsite, SWM opportunities were investigated to ensure the SWM water quality requirements of the Preferred Alternative could be met. The APE is confined to the LOD for each compensatory SWM site, as no substantive visual elements are proposed that would be new or inconsistent with the existing character of these locations. The LOD of these sites have been added to the revised APE (**Attachment 1**).

In Virginia, the revised APE generally follows the APE for the VDOT NEXT Project that was previously coordinated with VDHR, with some exceptions. The flyover ramps carrying managed lanes between the Capital Beltway and the George Washington Memorial Parkway have been eliminated. The revised APE includes a shared use path along the east side of I-495 in Virginia, across the American Legion Bridge to MacArthur Boulevard in Maryland.

The reduction in the project limits resulting from the new Preferred Alternative has eliminated 33 architectural historic properties from the APE, including eight properties that were previously identified as experiencing an adverse effect (presented in the table below) and one for which effects could not be fully determined (Polychrome Historic District, M: 32-5).

**Adverse Effect Properties Eliminated from the Revised APE for Alternative 9, Phase 1 South**

| MIHP# | Name | Type | Previous Impact | SHPO Concurrence | Period of Significance | NRHP Criteria | Remarks |
|---|---|---|---|---|---|---|---|
| PG:69-26 | Baltimore-Washington Parkway | Structure | Adverse | 3/2020 | 1942-1954 | A, C | Listed |
| PG:73-36 | Carsondale | District | Adverse | 9/2020 | 1955-1962 | A | Eligible |
| PG:72-26 and PG:73-26 | Glenarden Historic District | District | Adverse | 3/2020 | 1939-1977 | A | Eligible |
| PG:67-69 | Greenbelt Park | District | Adverse | 3/2020 | 1945-1972 (for Mission 66 era) | A, C, D | Eligible (for the purposes of Section 106) |
| M: 32-34 | Indian Spring Club Estates and Indian Spring Country Club | District | Adverse | 3/2020 | 1939-1957 | A, B, C | Eligible |
| M: 36-1 | National Park Seminary Historic District/Forest Glen/ Walter Reed A.M.C. Annex | District | Adverse | 3/2020 | 1894-ca. 1930 | Unspecified | Listed (MHT Easement) |
| M: 36-87 | Rock Creek Stream Valley Park, Units 2 and 3 | District | Adverse | 3/2020 | 1931-1970 | A | Eligible |
| M: 32-15 | Sligo Creek Parkway | District | Adverse | 3/2020 | Unspecified | A, C | Eligible |

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Four


**Minimization Efforts**
MDOT SHA has been engaged in ongoing design minimization efforts along the project corridor
to reduce impacts to historic properties.

*Morningstar Tabernacle No. 88 Moses Hall and Cemetery (M: 35-212)*

Archaeological mapping provided in May 2021 and Ground Penetrating Radar (GPR)
(**Attachment 5**) surveys at the Morningstar Tabernacle No. 88 Moses Hall and Cemetery
(Morningstar Cemetery), indicated features that may represent potential graves within the
MDOT SHA Right-of-Way. In response, MDOT SHA has evaluated an alternative to avoid the
Morningstar Cemetery and these associated potential graves.

The proposed typical section of the SDEIS layout along the northbound I-495 Inner Loop
managed lane ramp in the vicinity of the cemetery consists of the following:
- 12-foot left shoulder (adjacent to concrete traffic barrier)
- 15-foot travel lane
- 4-foot right shoulder (adjacent to concrete traffic barrier)
- Noise barrier located five feet from the centerline of concrete traffic barrier

The proposed modification reduces the SDEIS northbound I-495 Inner Loop managed lane ramp
left shoulder width to 6 feet (from 12 feet). The ramp's right shoulder remains 4 feet in width;
however, the noise barrier would be relocated to the back of the concrete traffic barrier. The
LOD would be established 5 feet from the centerline of the noise barrier for approximately 300
feet along the frontage of the Morningstar Cemetery property. An area similarly reducing
impacts to existing right-of-way extends approximately 65 feet west of the identified potential
graves to provide a buffer margin.

This alternative minimizes the overall width of the section avoiding earthwork (cuts or fills) at
the nearest GPR-indicated feature that may be a grave.

Although this minimization effort has eliminated all project impacts within the property and
avoids associated potentially indicated burial features within right-of-way adjacent to the
cemetery, MDOT SHA continues to find that the property will be adversely affected pending
further consultation regarding options for future investigations and other issues raised regarding
indirect and cumulative effects.


*C&O Canal National Historical Park (M: 12-46) & George Washington Memorial
Parkway/Clara Barton Parkway (M: 35-61 & 029-0228)*

MDOT SHA conducted extensive design minimization efforts to avoid or reduce impacts to the
National Park Service administered C&O Canal National Historic Park and George Washington
Memorial Parkway (GWMP) in the vicinity of the American Legion Bridge, including the

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Five

convening of an 'ALB Strike Team' composed of national and local experts on bridge design, natural resources, and cultural resources.

Several bridge types and construction methods (both standard and innovative) were evaluated during the Strike Team's analysis. A westward/upstream shift of the bridge alignment and additional phases of construction were also evaluated for the different bridge options. These options were presented to the stakeholders and a conventional structure was recommended that remained on the existing bridge centerline.  Impacts to Plummers Island were significantly reduced compared to those presented for the Build Alternatives in the DEIS by strategically locating the proposed piers for the replacement bridge and eliminating construction access from the island.  In addition to a reduction of total impacts at the bridge construction site, the Strike Team effort resulted in a reduction of the number of construction access locations from all four quadrants, as noted in the DEIS, to the northwest quadrant only, due to its grade and proximity to a nearby roadway. This change substantially minimized impacts to the surrounding land. These minimization efforts have reduced impacts to the C&O Canal National Historical Park to 10.1 acres, a reduction of 5.3 acres compared to the DEIS Alternative 9.

Additional minimization efforts at the GWMP include a new interchange configuration that pulls roadwork off the GWMP mainline within the park boundary, and a refined signing layout that limits ground disturbance to only those areas where signs will be removed or placed and where electrical conduit must be placed. The minimization efforts have succeeded in reducing impacts to the GWMP to 4.4 acres, a reduction of 7.8 acres compared to the DEIS Alternative 9.

**Architecture**

*New Eligibility Determinations*

In the revised APE for the Preferred Alternative, including the portions added to encompass proposed SWM locations (Attachment 1B), MDOT SHA identified an additional 37 previously recorded Maryland Inventory of Historic Properties (MIHP) resources and 13 unrecorded resources. Two more resources potentially affected by SWM mitigation sites were identified and included as part of prior MLS project submittals.

Eight of the existing MIHP resources identified within the revised APE have previously been determined eligible for or are listed in the NRHP. Of the unevaluated resources (including both MIHP and unrecorded resources), MDOT SHA completed Determination of Eligibility (DOE) forms for 14 resources (**Attachment 2**) and has determined that three are eligible for listing in the NRHP. The Washington Biologists' Field Club on Plummers Island (WBFC) (M: 12-46-2) is significant under Criterion A for its association with contributions to science and conservation as the site of long-term scientific studies conducted by the club and as the meeting place for the club's collective membership of influential and accomplished scientists; the Magruder Blacksmith Shop (M: 29-40) is significant under Criterion C as a rare example of an 18th-century colonial-era commercial building in Montgomery County; and the Latvian Evangelical Lutheran

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Six

Church of Washington, DC, (M: 26-89) is significant under Criterion A for its association with the efforts of the church organization to preserve and promote Latvian culture and for its role as a cultural center for Latvian immigrants to the DC metropolitan area. The church has a period of significance of 1975-1979, and the property will become eligible for the NRHP upon reaching 50 years of age, assuming it maintains integrity.

MDOT SHA has determined a fourth resource, the Kelley House (M: 26-88) is not eligible for the NRHP. Research conducted did not identify events or persons of local, state or national significance, and the Kelley House is not significant under Criteria A or B. As a common example of the wing-and-gable form, and because of alterations to the house and its surroundings, the Kelley House is not significant under Criterion C.

The remaining 10 resources were documented using MHT's Short Form for Ineligible Historic Properties. These resources are not associated with historic events (Criterion A) or significant persons (Criterion B), and they are not significant for their design or construction (Criterion C). The resources do not have historical or architectural significance and not eligible for the NRHP.

The new eligibility determinations are summarized in **Attachment 3, Table 1**.

MDOT SHA did not evaluate 19 MIHP resources within the LOD for offsite SWM mitigation. Although the LOD fell within the MIHP boundaries of these resources or within the associated parcel(s), impacts to specific historical features were avoided. Three of the unevaluated resources were found to be no longer extant. For the remainder, the proposed SWM locations are along roadsides and at existing SWM facilities, and MDOT SHA has determined that the work proposed has no potential to affect historic properties. These 19 MIHP resources are included in **Attachment 3, Table 5**, and marked as "No Determination."

*New and Updated Effect Assessments*

Both physical effects as well as potential visual, atmospheric, or audible effects were considered within the entire APE. Since the effect assessment coordinated in the February 11, 2021, letter, MDOT SHA has identified 10 additional architectural historic properties in the APE. Seven of these historic properties are impacted by offsite SWM mitigation and three are part of the APE for the Alternative 9 Phase 1 South corridor.

MDOT SHA has determined that the seven properties within the LOD for offsite SWM mitigation will not be adversely affected by the project. Because effects to historic properties related to SWM activities are generally similar and limited in how they affect architectural or archaeological properties, these are summarized and presented along with other properties experiencing no adverse effect in **Attachment 3, Table 3**. The table also includes one additional historic property that was previously identified in earlier iterations of the APE: the B&O Railroad, Metropolitan Branch (M: 37-16). The previous no adverse effect determination for this property remains unchanged.

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Seven

Three historic properties are part of the APE for the Alternative 9 Phase I South corridor and are described in more detail below: the Magruder Blacksmith Shop, the Latvian Evangelical Lutheran Church of Washington, DC, and the Washington Biologists' Field Club. In addition, ongoing project development has resulted in sufficient information to determine effects for the Carderock Springs Historic District and Gibson Grove A.M.E Zion Church. Previously, effects to these two properties could not be fully determined. With this submittal, there are no remaining historic properties in the APE where MDOT SHA has not made an effect determination. Finally, the revised LOD has resulted in increased impacts but no change to the previous determination of no adverse effect for three historic properties: Burning Tree Club, the Ward Building, and Woodley Gardens. Architectural historic properties with new or updated effect determinations are described below.

- **Magruder Blacksmith Shop (M: 29-40)** and the **Latvian Lutheran Church of Washington, DC (M: 26-89)**: Pending MHT concurrence that these resources are NRHP-eligible, MDOT SHA has determined that the project will not adversely affect the Magruder Blacksmith Shop or the Latvian Evangelical Lutheran Church of Washington, DC. Both properties are substantially removed from the LOD, and the study corridor already includes substantial and congested highway facilities within the viewshed and audible setting of these properties. While the setting would be somewhat altered by the addition of new lanes or other project elements, these are not newly introduced visual, atmospheric, or audible elements that would diminish the integrity of significant historic features of these properties. The LOD east of Magruder Blacksmith Shop is located along MD 190, in the median and on the opposite (south) side of the highway. At the Latvian Evangelical Lutheran Church of Washington, DC, the LOD is located to the east along Watts Branch, screened from the church by trees in Wootton's Mill Park. No noticeable effects resulting from the proposed improvements are anticipated at either historic property.

- **Washington Biologists' Field Club on Plummers Island (M: 12-46-2)**: The WBFC is a twentieth-century naturalist club on Plummers Island in the Potomac River. The WBFC is eligible for the NRHP under Criterion A for its association with contributions to science and conservation as the site of long-term scientific studies conducted by the club and as the meeting place for the club's collective membership of influential and accomplished scientists. The LOD adjoining Plummers Island along the American Legion Bridge will impact approximately 0.2 acre of the WBFC. This area is required for the bridge substructure, including permanent pier placement and construction activities. Construction activities within the LOD at the WBFC may include excavation; demolition of the existing bridge foundation and piers; installation of proposed foundations, piers, or abutments; and slope protection. Access to the existing and proposed piers is required for these activities. Impacts were minimized by strategically locating the new piers near the existing piers such that a single access method could be used for demolition of the existing and construction of the proposed structures. However, some impact is unavoidable based on construction requirements and the structural requirements for pier locations. Although the majority of the

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Eight

historic features of the WBFC are outside the LOD, the proposed construction activities at
the western edge of Plummers Island will alter the natural landscape of the island, a
character-defining feature of the WBFC, resulting in diminishment of the property's integrity
of setting. MDOT SHA has determined the project will adversely affect the WBFC.

- ***Carderock Springs Historic District (M: 29-59)***: Carderock Springs is a planned residential
  development of 275 modernist houses located northwest of Bethesda in Montgomery County,
  Maryland. The Carderock Springs Historic District is significant under Criterion A as an
  example of a type of residential development which resulted from the collaborative efforts of
  builder Edmund J. Bennett and architects Keyes, Lethbridge, and Condon (KLC) in the
  suburbs of Washington, DC. The Carderock Springs Historic District is also significant under
  Criterion C for its distinctive examples of modernist houses in a carefully planned and
  landscaped development designed to have a "natural" appearance by retaining most of the
  original vegetation and topography. Activities at this location are unchanged, but design
  advancement and further analysis of the LOD have resulted in a finding of no adverse effect
  for the property. The Preferred Alternative would result in impacts of less than 0.1 acre of the
  Carderock Springs Historic District, including permanent and temporary impacts. This
  impact has increased from the no impact reported in the DEIS. The LOD adjoining
  Carderock Springs Historic District is almost entirely within MDOT SHA right-of-way but
  will impact approximately 3.2 square feet of the rear yard at 7610 Hamilton Springs Road, a
  contributing resource within the district.  The increase in impact from the DEIS is due to
  design refinement, including advanced design at Cabin John Parkway Interchange to
  minimize impacts to Morningstar Tabernacle No. 88 Moses Hall and Cemetery, as well as
  exchange ramps, construction of retaining and noise walls along the outer loop, and clearing
  and erosion and sediment control measures. The LOD includes a ten-foot offset behind the
  proposed noise wall. The proposed centerline of I-495 is shifted north compared to existing
  conditions through this section to minimize impacts to Morningstar Cemetery. These actions
  will not disturb the original topography and natural vegetation within Carderock Springs
  itself, and the proposed noise wall will further screen the district from visual and audible
  effects already present along I-495. No diminishment of location, design, materials,
  association, and workmanship will occur, and setting and feeling will remain consistent with
  the existing highway facility. MDOT SHA has determined the project will not adversely
  affect the Carderock Springs Historic District.

- ***Gibson Grove A.M.E. Zion Church (M: 29-39):*** Gibson Grove A.M.E. Zion Church is a
  small, wood-frame structure set on a hill overlooking Seven Locks Road, immediately north
  of I-495. Gibson Grove A.M.E. Zion Church is eligible for the NRHP under Criterion A. The
  church derives its significance from its association with the African American settlement of
  Gibson Grove that was founded in the 1880s by former enslaved people. The original church
  was a log structure that was replaced with the current edifice in 1923. It is the only remaining
  building associated with the African American Gibson Grove community. Design
  advancement activities at this location include outfall stabilization, culvert augmentation,
  bridge erection, and construction access. Some of these activities are included to improve the

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Nine

condition of the highway drainage on the property, as has been requested by the current church leaders. Physical impacts to the church property are limited to 0.1 acres along the north side of I-495, at a steep hillside adjoining the church. This slight increase in impacts is the result of advanced design at the Cabin John Parkway interchange for exchange ramps and to minimize impacts to Morningstar Tabernacle No. 88, Moses Hall and Cemetery. These design changes have caused a shift in the highway alignment to the north, resulting in increased impacts to Gibson Grove A.M.E. Zion Church from construction of a new bridge over Seven Locks Road. The new bridge will be widened to the north along Seven Locks Road, resulting in increased temporary impacts to the church property during construction. In consideration of the small size of the church parcel, and the extent of construction activities on the property, there would be a temporary, but long term, diminishment of the property's integrity of setting and feeling. MDOT SHA has determined the project will adversely affect the Gibson Grove A.M.E. Zion Church.

Activities at the following locations are unchanged, but the LOD has expanded:

- **Burning Tree Club (M: 35-121)**: Burning Tree Club is a privately-owned 221-acre golf club with a Tudor Revival clubhouse and 18-hole golf course built 1922-1923. Burning Tree Club is eligible for the NRHP under Criteria A and C. Burning Tree Club is significant under Criterion A as an example of the type of male-only, golf-oriented recreational organization that flourished during the 1920s and under Criterion C as a good example of a 1920s private golf club and course. Impacts to the Burning Tree Club have increased from 0.8 acre to 1.3 acres as a result of design refinements to accommodate widening I-495, the augmentation of an existing culvert carrying Thomas Branch beneath I-495, construction of a retaining wall, and the realignment of Thomas Branch along the east side of I-495. The revised LOD will not impact the golf course itself or its associated paths and will not alter the characteristics that qualify the property for the NRHP. MDOT SHA has determined that the project continues to have no adverse effect on the Burning Tree Club.

- **Ward Building (M: 26-72-1)**: The Ward Building is a Brutalist-style suburban corporate office constructed in 1978 at 1300 Piccard Drive, Rockville, Maryland. The property is 4.76 acres just east of I-270 and north of the Gude Drive overpass. The Ward Building is eligible under Criterion C for its high artistic value as an example of Brutalist-style architecture. Impacts to the Ward Building have increased from 0.1 acre to 0.2 acre as a result of design refinements, including an updated roadway configuration, grading and side slope construction associated with widening Gude Drive, and retaining wall construction. The LOD expansion encompasses areas along the parking lot surrounding the Ward Building and does not affect the characteristics that qualify the building for the NRHP. MDOT SHA has determined that the project continues to have no adverse effect on the Ward Building.

- **Woodley Gardens (M: 26-71)**: Woodley Gardens is a planned residential development containing Colonial Revival-style, single- and multi-family dwellings constructed between 1960 and 1970 in Rockville, Maryland. The approximately 200-acre development is east of I-

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Ten

270 and south of the Gude Drive overpass. Woodley Gardens is an important, early example of mixed housing types in a planned residential development and is, therefore, eligible for the NRHP under Criterion A as a historic district. Woodley Gardens is also significant as a historic district under Criterion C as an excellent, intact example of a planned residential development with a period of significance ranging from 1960 to 1970. Impacts to Woodley Gardens have increased from 0.7 to 1.3 acres due to design refinements including an updated roadway configuration resulting in changes to the location of the noise barrier and retaining wall, utility relocations, and storm drain impacts. The LOD expansion encompasses a portion of the parking lot adjoining the Woodley Gardens Shopping Center. The parking lot is a character-defining feature of the contributing shopping center, but impacts will be limited to several spaces along the edge of the lot and will not alter the characteristics that qualify the district for the NRHP. MDOT SHA has determined that the project continues to have no adverse effect on Woodley Gardens.

The revised LOD has not changed MDOT SHA's intent to request that FHWA make a *de minimis* impact finding for the minor Section 4(f) use of the three above properties, previously documented in a letter dated January 10, 2020. In addition, MDOT SHA will request that FHWA make a *de minimis* impact finding for the Carderock Springs Historic District. These new and updated *de minimis* properties are listed in in **Attachment 3, Table 4** of this letter.

The revised APE based on the Preferred Alternative (Alternative 9, Phase 1 South) has resulted in the elimination of 33 architectural historic properties from the APE (**Attachment 3, Table 9**). Eight of these historic properties were previously identified as experiencing an adverse effect. Assuming the Preferred Alternative is selected, the project will no longer adversely affect these properties. MDOT SHA has revised the effect assessment for these eight properties to No Adverse, and they are included in **Attachment 3, Table 3**. The Polychrome Historic District, for which effects were previously undetermined, is also among the 33 properties that are no longer affected by the project.

MDOT SHA's updated effect assessments for the project are summarized in **Attachment 3, Tables 6 - 8**. The revised effect assessments include overall findings of no adverse effect to 24 architectural historic properties and an adverse effect to 5 architectural historic properties. MDOT SHA has determined the project continues to have an adverse effect on architectural historic properties.

**Archaeology**

*Virginia*

The Alternative 9 Phase I South LOD in Virginia has been substantially reduced to largely follow the limits of disturbance of the VDOT NEXT project, as shown in **Attachment 1**. Under the Preferred Alternative, impacts to George Washington Memorial Parkway would be required to accommodate access for construction vehicles and materials to build the new American

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Eleven

Legion Bridge and remove the existing structure; construction, operation, and future
maintenance of new direct access ramps to the managed lanes on I-495; the installation,
operation, and future maintenance of electrical conduit and permanent signage to inform the
traveling public of toll rates and operation of the facility; resurfacing of George Washington
Memorial Parkway for maintenance of traffic during construction, and construction of a shared
use path and retaining wall along the I-495 inner loop.

The MLS Alternative 9 Phase I South LOD would impact the Dead Run Ridges Archaeological
District (44FX3922), which was determined eligible for the NRHP by the Keeper of the National
Register on September 10, 2020.  As indicated in our August 12, 2020 letter to the Keeper and
our September 24, 2020 letter to DHR, MDOT SHA has determined, with DHR concurrence,
that four sites which contribute to the District's eligibility are also individually eligible for the
NRHP under Criterion D:  44FX0374, 44FX0379, 44FX0381, and 44FX0389.  The impacts of
Alternative 9: Phase I South represent a substantial reduction of the LOD within the GWMP, and
now amount to minor impacts along the margins of archaeological sites 44FX0374, 44FX0379,
and 44FX0389 within 44FX3922.  Site 44FX0381 is no longer impacted by the revised LOD,
and MDOT SHA, on behalf of FHWA, finds that site 44FX0381 is no longer adversely affected.
However, the remaining NRHP-eligible sites 44FX074, 44FX0379 and 44FX0389, and the Dead
Run Ridges District (44FX3922) remain adversely affected, although the limits of disturbance
have been minimized, and largely impact the margins of the affected sites.  MDOT SHA will
continue to develop treatment approaches to mitigate for the adverse effect as part of the MLS
PA and associated treatment plans, which will be finalized in consultation with the National Park
Service, DHR and other relevant consulting parties including Tribal Nations.

*Maryland*

MDOT SHA submitted the report of archaeological mapping and recordation at the Morningstar
Cemetery on May 27, 2021.  Since that time MDOT SHA has completed a high-resolution
ground-penetrating radar (GPR) survey (**Attachment 5**) including portions of MDOT SHA
right-of-way adjacent to the Cemetery.  MDOT SHA intends to incorporate this report into the
final Morningstar Cemetery archaeological report provided in draft form in May 2021.  Because
the results of the GPR survey augment the results of the mapping study and indicate the
likelihood of additional burials outside the current private property boundary, MDOT SHA has
been able to further minimize the LOD to avoid this area of state right-of-way and provide an
additional buffer area avoiding ground disturbance in undisturbed areas near the cemetery.

The Alternative 9 Phase I South study area includes locations of potential water quality stream
sites (including stream restoration and mitigation, wetland creation, and fish passage
improvements); additionally, potential SWM pond locations have been identified as indicated in
**Attachment 4**.  Recommended cultural resources investigations are also indicated in the
attachment, and will be included in the archaeology treatment plan that is being developed as
part of the PA.

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Twelve

As part of the MLS PA under development, MDOT SHA proposes archaeological investigations at the following locations: (1) fourteen survey areas to which access was denied and that are located within the boundary of the Alternative 9 Phase I South LOD, as described in Arnold et al. 2019; (2) the Montgomery County Poor Farm Cemetery (18NO266) in Rockville; (3) MDOT SHA will continue to consult with relevant parties on any additional archaeological investigations that may be appropriate at the Morningstar Cemetery, in light of the design avoidance and minimization efforts, and (4) Several archaeological sites would be impacted by the MLS project Preferred Alternative LOD, and require further investigation (18MO190, 18MO457, 18MO752, and 18MO191). The reduction in the project limits resulting from the new Preferred Alternative would require Phase I investigations at the following archaeology survey areas, along with Phase I or II investigations at the archaeological resources presented in the table below.

**Archaeological Investigations Required for the Revised APE**

| MIHP#/DHR# | Name | Type | Recommendations | Remarks |
|---|---|---|---|---|
| 18MO190 | Kavanagh XI | Archaeology | Phase I/II | |
| 18MO191 | Kavanagh XII | Archaeology | Phase II | May represent Ball Farmstead |
| 18MO457 | Booze Creek | Archaeology | Phase I/II | |
| 18MO752 | | Archaeology | Phase II | MNCPPC land |
| 18MO266 | Poor Farm Cemetery | Cemetery | PA | Create treatment plan tailored to the resource as part of the PA |
| N/A | Morningstar Cemetery | Cemetery | PA | Create treatment plan tailored to the resource as part of the PA |
| RS-1; RS-2; S-4, SWM S-4, S-5, SWM S-5, S-6, SWM S-6; S-27; SWM S-27, S-28 S-8; S-10; S-53 | | Survey Areas | Complete Phase I investigations | |

**Prior Recommended Investigations - areas that are now outside APE and no longer required**

| MIHP#/DHR# | Name | Type | Recommendations | Remarks |
|---|---|---|---|---|
| 18MO514 | National Park Seminary archaeological site | Archaeology | | 18MO514 is no longer within the revised LOD |
| S-11; S-16a,c; S-17; S-30; S-33; S-29; S-37, S-44, S-54 | | Survey Areas | | No longer within the revised LOD |

MDOT SHA continues to find an adverse effect to two sites within the C&O Canal National Historic Park (18MO749 and 18MO751), and the Dead Run Ridges Archaeological District (44FX3922) and several constituent sites (44FX0374, 44FX0379, and 44FX0389) within the GWMP in Virginia, although some impacts have been reduced (as described above and enumerated in the table below). MDOT SHA will continue to consult regarding mitigation including data recovery approaches as part of the PA development.

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Thirteen

**Adversely Affected Archaeological Sites in the Revised APE**

| MIHP#/DHR# | Name | Type | Recommendation | Remarks |
|---|---|---|---|---|
| 44FX3922 | Dead Run Ridges Archaeological District | Archaeological District | Phase III | Mitigation Required (GWMP) |
| 44FX0374 | | Archaeology | Phase III | Mitigation Required (GWMP) |
| 44FX0379 | | Archaeology | Phase III | Mitigation Required (GWMP) |
| 44FX0389 | | Archaeology | Phase III | Mitigation Required (GWMP) |
| 18MO749 | Canal Site 1 | Archaeology | Phase III | Mitigation Required (C&O Canal) |
| 18MO751 | Canal Site 3 | Archaeology | Phase III | Mitigation Required (C&O Canal) |

**No Longer Within LOD and No Adverse Effect**

| MIHP#/DHR# | Name | Type | Recommendation | Remarks |
|---|---|---|---|---|
| 44FX0381 | | Archaeology | | 44FX0381 is no longer adversely affected (outside LOD) |

The Preferred Alternative entails no other impacts to archaeological resources not identified in previous correspondence.

*Revised Cultural Resource Totals*
The reduced project limits have resulted in the removal of one archaeological site and ten archaeology survey areas that required further investigation, as shown in the table above, and 8 architectural historic properties from the APE, as shown in the table on Page 3 and in Table 9. Assuming the Preferred Alternative is selected, the undertaking will no longer adversely affect these properties. Attached are summaries of the historic properties remaining in the APE (Attachment 3, Tables 2 and 3).

*Responses Requested – Maryland:*

MDOT SHA respectfully requests from MHT any comments on the revised APE, review of the enclosed information supporting the analysis, comments on the proposed cultural resources investigations, and your comments/concurrence on the following determinations in Maryland:

- The revised APE including Compensatory SWM mitigation sites
- That either no further work is required or Phase I Archaeology would be required (to be specified in the PA under development) as noted for potential SWM and water quality mitigation sites, as specified in **Attachment 4**
- Any comments on **Attachment 5**, Ground Penetrating Radar report
- The Washington Biologists' Field Club on Plummers Island is eligible for the NRHP and will be adversely affected
- The Magruder Blacksmith Shop is eligible for the NRHP but will not experience an adverse effect
- The Latvian Evangelical Lutheran Church of Washington, DC, is eligible for the NRHP but will not experience an adverse effect

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Fourteen

- The Kelley House is **not** eligible for the NRHP
- The 10 architectural resources documented on Short Forms are not eligible for the NRHP (**Attachment 3, Table 1**)
- Properties in **Attachment 3, Table 2 will** experience an adverse effect
- There will be no adverse effect to the NRHP-eligible properties in **Attachment 3, Table 3**, should the Preferred Alternative be selected
- Acknowledgement of FHWA's intent to make a *de minimis* determination for the purposes of 4(f) for properties listed in **Attachment 3, Table 4**
- No historic properties will be affected within the revised APE at those locations specified in **Attachment 3, Table 5**

*Responses Requested – Virginia*:

MDOT SHA respectfully requests from DHR any comments on the revised APE, review of the enclosed information supporting the analysis, comments on the proposed cultural resources investigations, and DHR concurrence that 44FX0381 is no longer adversely affected as an individual historic property.

We request the above responses from MHT and DHR by **October 8, 2021**. We look forward to working with the respective State Historic Preservation Offices and additional consulting parties on continued development of the proposed Programmatic Agreement for the MLS undertaking. Please feel free to contact Steve Archer, MDOT SHA Cultural Resources Team Leader at 410-545-8508 or sarcher@mdot.maryland.gov with any questions or information needs on this project.

Sincerely,

Digitally signed by
Steve Archer
Adobe Acrobat
version:
2021.005.20060

*for* Julie M. Schablitsky
Chief Archaeologist/Assistant Division Chief
Environmental Planning Division

00005972

Ms. Elizabeth Hughes and Ms. Julie Langan
Page Fifteen

Attachments:

*Attachment 1(a) – APE (Corridor)*
*Attachment 1(b) – APE (Stormwater Management)*
*Attachment 1(c) – APE (Stream and Wetland – Unchanged from July 2020)*
*Attachment 2 – Determinations of Eligibility*
*Attachment 3 – Eligibility/Effects Table*
*Attachment 4 – Stormwater Management Sites Evaluation*
*Attachment 5 – Ground Penetrating Radar Report – Morningstar Cemetery*

cc:
      Mr. David Clarke, FHWA
      Mr. Marc Holma, Virginia DHR
      Ms. Jeanette Mar, Environmental Manager, FHWA Maryland Division
      Mr. Tony Opperman, VDOT
      Ms. Mandy Ranslow, ACHP
      Mr. John Simkins, FHWA Virginia Division
      Mr. Steve Archer, MDOT SHA-EPLD
      Mr. Richard Ervin, MDOT SHA-EPLD
      Mr. Jeffrey Folden, P.E., DBIA, Deputy Director, I-495 & I-270 P3 Office, MDOT SHA
      Mr. Matt Manning, MDOT SHA-EPLD
      Dr. Julie Schablitsky, MDOT SHA-EPLD
      I-495 & I-270 MLS Section 106 Consulting Parties

*-For Maryland Historical Trust Use Only-*

## Concurrence with the MDOT State Highway Administration's Determination(s) of Eligibility and/or Effects

**Project Number:** AW073D12                           **MHT Log No.** _____
**Project Name:** I-495 & I-270 Managed Lanes Study (MLS)
**County:** Montgomery and Prince George's
**Letter Date:** September 8, 2021

The Maryland Historical Trust has reviewed the documentation attached to the referenced letter and concurs with the MDOT State Highway Administration's determinations as follows:

**Eligibility** (as noted in the Eligibility Table [Attachment 3]:
      [ ]    Concur
      [ ]    Do Not Concur

**Effect** (as noted in the Effects Table [Attachment 3]:
      [ ]    No Properties Affected
      [ ]    No Adverse Effect
      [ ]    Conditioned upon the following action(s) (see comments below)
      [ ]    Adverse Effect

**Acknowledgment of FHWA's intent to make a *de minimis* impact finding** (as detailed in the referenced letter):
      [ ]    Acknowledge

Comments:

_____
_____
_____
_____
_____
_____

By: _____          _____
     MD State Historic Preservation Office/          Date
     Maryland Historical Trust

**Section 4(f) Criteria of Temporary Occupancy or *de minimis* Finding Approval:**

_____     _____     _____
**Federal Highway**              **Printed Name**              **Date**
**Administration**

Return by U.S. Mail or Facsimile to:
Dr. Julie M. Schablitsky, Assistant Division Chief, Environmental Planning Division,
MDOT State Highway Administration, P.O. Box 717, Baltimore, MD 21203-0717
Telephone: 410-545-8870 and Facsimile: 410-209-5046
A_Proj Number: 11729

Attachment 3 – Eligibility and Effect Tables – September 2021
Page 1

**Table 1: New Eligibility Determinations**

| MIHP# | Name | Type | SHA NR Det. | SHPO Concurrence | Remarks |
|---|---|---|---|---|---|
| M: 37-16 | Kelley House | Building | Not Eligible | Requested 9/2021 | Not significant under Criteria A or B. As a common example of the wing-and-gable form, and because of alterations to the house and its surroundings, the Kelley House is not significant under Criterion C. Lacks integrity of setting, materials, design, and workmanship. |
| M: 26-89 | Latvian Evangelical Lutheran Church of Washington, DC | Building | Eligible | Requested 9/2021 | Significant under Criterion A as an important cultural center for Latvian immigrants to the DC metropolitan area; eligible upon reaching 50 years of age, but treated as eligible for the purposes of Section 106 |
| M: 29-40 | Magruder Blacksmith Shop | Building | Eligible | Requested 9/2021 | Significant under Criterion C as an example of an 18th Century industrial building that was altered in the late 19th century to serve as a dwelling. |
| M: 12-46-2 | Washington Biologists' Field Club on Plummers Island | Site | Eligible | Requested 9/2021 | Significant under Criterion A for its association with contributions to science and conservation as the site of long-term scientific studies conducted by the WBFC and as the meeting place for the club's collective membership of influential and accomplished scientists. |
| - | 14600 Springfield Road | Building | Not Eligible | Requested 9/2021 | Documented on Short Form for Ineligible Properties |
| - | 15025 Darnestown Road | Building | Not Eligible | Requested 9/2021 | Documented on Short Form for Ineligible Properties |
| - | 17000 White Ground Road | Building | Not Eligible | Requested 9/2021 | Documented on Short Form for Ineligible Properties |
| - | 20600 Clarksburg Road | Building | Not Eligible | Requested 9/2021 | Documented on Short Form for Ineligible Properties |
| - | 20604 Clarksburg Road | Building | Not Eligible | Requested 9/2021 | Documented on Short Form for Ineligible Properties |
| - | 23320 Clarksburg Road | Building | Not Eligible | Requested 9/2021 | Documented on Short Form for Ineligible Properties |
| - | 23320 Ridge Road | Building | Not Eligible | Requested 9/2021 | Documented on Short Form for Ineligible Properties |
| - | 23330 Ridge Road | Building | Not Eligible | Requested 9/2021 | Documented on Short Form for Ineligible Properties |
| - | Gunners Branch Local Park | Landscape | Not Eligible | Requested 9/2021 | Documented on Short Form for Ineligible Properties |
| - | Heritage Farm Neighborhood Park | Landscape | Not Eligible | Requested 9/2021 | Documented on Short Form for Ineligible Properties |

**Table 2: New or Revised Historic Properties Experiencing an Adverse Effect**

| MIHP#/DHR# | Name | Type | Impact | SHPO Concurrence | Period of Significance | NRHP Criteria | Remarks |
|---|---|---|---|---|---|---|---|
| M: 29-39 | Gibson Grove A.M.E. Zion Church | Building | Adverse | Requested 9/2021 | Not established | A | Eligible |
| M: 12-46-2 | Washington Biologists' Field Club on Plummers Island | Site | Adverse | Requested 9/2021 | 1901-1971 | A | Eligible |

**Table 3: New or Revised Historic Properties Experiencing No Adverse Effect**

| MIHP#/DHR# | Name | Type | Impact | SHPO Concurrence | Period of Significance | NRHP Criteria | SWM LOD | Remarks |
|---|---|---|---|---|---|---|---|---|
| M: 37-16 | B&O Railroad, Metropolitan Branch | Structure | No Adverse | Requested 9/2021 | 1873-1945 | A, C | Y | Eligible; LOD cross beneath railroad overpass. Also within APE for corridor – MHT concurred with previous NAE determination 9/2020 |
| PG:69-26 | Baltimore-Washington Parkway | Structure | No Adverse | Requested 9/2021 | 1942-1954 | A, C | N/A | Listed; Eliminated from APE |
| M: 17-01 | Beallsville Historic District | District | No Adverse | Requested 9/2021 | Not established | A, C | Y | Eligible; LOD within yard of 19725 Darnestown Road, which does not contribute to the district |
| M: 18-8-1 | Boyds-White Grounds Historic District | District | No Adverse | Requested 9/2021 | Not established | A | Y | Eligible; LOD include fence at 15215 Barnesville Rd and culvert wall near 15140 Barnesville Road that post-date 1930 period of significance; LOD also include portions of empty lot on north side of Barnesville Road and |

Attachment 3 – Eligibility and Effect Tables – September 2021
Page 2

**Table 3: New or Revised Historic Properties Experiencing No Adverse Effect**

| MIHP#/DHR# | Name | Type | Impact | SHPO Concurrence | Period of Significance | NRHP Criteria | SWM LOD | Remarks |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | wooded lot at SW corner of Barnesville Rd and Clarksburg Rd; project will avoid contributing resources |
| M: 29-59 | Carderock Springs Historic District | District | No Adverse | Requested 9/2021 | 1962-1967 | A, C | N | Listed; project will avoid contributing resources |
| PG:73-36 | Carsondale | District | No Adverse | 9/2020 | 1955-1962 | A | N/A | Eligible; Eliminated from APE |
| M: 14-27 | Cedar Grove Historic District | District | No Adverse | Requested 9/2021 | Not established | A, C | Y | Eligible; LOD just enter southern boundary of HD, on south side of Davis Mill Road, where no associated resources are present. |
| M: 18-15 | Friends Advice | Building | No Adverse | Requested 9/2021 | c. 1806-1951 | A, B, Criteria Consideration G | Y | Listed; LOD include parts of wood fence and trees along road, which do not contribute to the property |
| PG:72-26 and PG:73-26 | Glenarden Historic District | District | No Adverse | Requested 9/2021 | 1939-1977 | A | N/A | Eligible; Eliminated from APE |
| PG:67-69 | Greenbelt Park | District | No Adverse | Requested 9/2021 | 1945-1972 (for Mission 66 era) | A, C, D | N/A | Eligible (for the purposes of Section 106); Eliminated from APE |
| M: 32-34 | Indian Spring Club Estates and Indian Spring Country Club | District | No Adverse | Requested 9/2021 | 1939-1957 | A, B, C | N/A | Eligible; Eliminated from APE |
| M: 26-89 | Latvian Evangelical Lutheran Church of Washington, DC | Building | No Adverse | Requested 9/2021 | 1975-1979 | A | N | Eligible upon reaching 50 years of age; project will not affect character-defining features; far from LOD |
| M: 29-40 | Magruder Blacksmith Shop | Building | No Adverse | Requested 9/2021 | c. 1750-1850 | C | N | Eligible; project will not affect character-defining features; far from LOD |
| M: 36-1 | National Park Seminary Historic District/Forest Glen/ Walter Reed A.M.C. Annex | District | No Adverse | Requested 9/2021 | 1894-ca. 1930 | Unspecified | N/A | Listed (MHT Easement); Eliminated from APE |
| M: 36-87 | Rock Creek Stream Valley Park, Units 2 and 3 | District | No Adverse | Requested 9/2021 | 1931-1970 | A | N/A | Eligible; Eliminated from APE |
| M: 17-63 | Seneca Historic District | District | No Adverse | Requested 9/2021 | late 17th-early 20th centuries | A | Y | Listed; LOD adjoin non-contributing Bretton Woods Golf Course (1968) |
| M: 32-15 | Sligo Creek Parkway | District | No Adverse | Requested 9/2021 | Unspecified | A, C | N/A | Eligible; Eliminated from APE |
| M: 12-44 | Sugarloaf Mountain Historic District | District | No Adverse | Requested 9/2021 | Mid-18th century - 1939 | A, B, C, D | Y | Eligible; LOD affects post-1989 fence adjoining ag field along Beallsville Road; elsewhere, LOD affect grassy areas along the roadside or adjoin modern buildings, including the mid-20th-century houses at 20400 Mouth of Monocacy Road and 22400 Dickerson Road and a 2003 house at 22318 Nicholson Farm Road |
| M: 20-21 | Ward House | Building | No Adverse | Requested 9/2021 | 1891-1969 | A, C | Y | Eligible; LOD affect noncontributing fence |

**Table 4: New or Revised Section 4(f) *de minimis* Properties**

Attachment 3 – Eligibility and Effect Tables – September 2021
Page 3

| MIHP/DHR# | Name | Type | Impact | SHPO Concurrence | Period of Significance | NRHP Criteria | Remarks |
|---|---|---|---|---|---|---|---|
| M: 35-121 | Burning Tree Club | District | No Adverse; *de minimis* | Requested 9/2021 | 1922-1923 | A, C | Eligible |
| M: 29-59 | Carderock Springs Historic District | District | No Adverse; *de minimis* | Requested 9/2021 | 1962-1967 | A, C | Listed |
| M: 26-72-1 | Ward Building | Building | No Adverse; *de minimis* | Requested 9/2021 | 1978 | C | Eligible (Upon reaching 50 years) |
| M: 26-71 | Woodley Gardens | District | No Adverse; *de minimis* | Requested 9/2021 | 1960-1970 | A, C | Eligible |

**Table 5: New or Revised No Properties Affected**

| MIHP#/DHR# | Name | Type | Impact | SHPO Concurrence | SHPO Eligibility | Remarks |
|---|---|---|---|---|---|---|
| M: 12-4-1 | Barnesville Commuter Station | Building | NPA | Requested 9/2021 | Not Eligible 1/1992 | |
| M: 12-12 | Barnesville Historic District | District | NPA | Requested 9/2021 | No Determination | Within eligible Sugarloaf Mountain Historic District (M: 12-44); affects post-1989 fence along Barnesville Road |
| M: 18-29 | Brownstown Historic District | District | NPA | Requested 9/2021 | Not Eligible 10/2007 | |
| M: 24-20 | Darne-Purdum Farm | Building | NPA | Requested 9/2021 | No Determination | LOD on parcel but outside MIHP boundary; no buildings or features affected |
| M: 24-19 | Darnestown Historic District | District | NPA | Requested 9/2021 | Not Eligible 3/2003 | |
| M: 18-23 | Dawsonville Historic District | District | NPA | Requested 9/2021 | No Determination | LOD encompasses roadside areas with existing drainage and without structures or features associated with the identified resource |
| M: 12-21 | Dickerson Historic District | District | NPA | Requested 9/2021 | No Determination | Within NRHP-eligible Sugarloaf Mountain Historic District (M:12-44); LOD adjoins modern structures or grassy areas with existing drainage or adjoin modern buildings, including the mid-20th-century houses at 20400 Mouth of Monocacy Road and 22400 Dickerson Road and a 2003 house at 22318 Nicholson Farm Road |
| M: 21-268 | Forest Oak Cemetery | Site | NPA | Requested 9/2021 | Not Eligible 9/2018 | |
| M: 29-21 | Formstone Houses | District | NPA | Requested 9/2021 | No Determination | Demolished |
| M: 35-142 | Georgetown Branch, B&O Railroad | Structure | NPA | Requested 9/2021 | Not Eligible 4/2002 | |
| M: 19-13 | Germantown Historic District | District | NPA | Requested 9/2021 | Not Eligible 3/1987 | |
| M:18-19 | Hilary Pyles Farm | Building | NPA | Requested 9/2021 | No Determination | LOD on parcel but outside MIHP boundary; no buildings or features affected |
| M: 37-16 | Kelley House | Building | NPA | Requested 9/2021 | Requested 9/2021 | |
| M: 18-41 | Marcellus E. Wade House & Tenant House | Building | NPA | Requested 9/2021 | No Determination | Demolished |

Attachment 3 – Eligibility and Effect Tables – September 2021
Page 4

**Table 5: New or Revised No Properties Affected**

| MIHP#/DHR# | Name | Type | Impact | SHPO Concurrence | SHPO Eligibility | Remarks |
|---|---|---|---|---|---|---|
| M: 29-81 | Montgomery Country Club (Bethesda Country Club) | District | NPA | Requested 9/2021 | Not Eligible 2019 | Also within APE for corridor; MHT concurred with previous NPA determination 3/2020 |
| M: 24-2 | Nathan Alnutt Farm | Building | NPA | Requested 9/2021 | No Determination | LOD on parcel but outside MIHP boundary; no buildings or features affected |
| M: 19-17 | Old Germantown | District | NPA | Requested 9/2021 | Not Eligible 2/1995 | |
| M: 19-44 | Plumgar Subdivision | District | NPA | Requested 9/2021 | Not Eligible 7/2018 | |
| M: 29-8 | Potomac Village Historic District | District | NPA | Requested 9/2021 | Not Eligible 3/2003 | |
| M: 24-29 | Samuel Thomas Magruder Farm | Building | NPA | Requested 9/2021 | No Determination | LOD on parcel but outside MIHP boundary; avoids associated fence |
| M: 12-14 | Sellman Station Historic District | District | NPA | Requested 9/2021 | No Determination | Within eligible Sugarloaf Mountain Historic District (M: 12-44); no associated features along roadside. |
| M: 18-52 | SHA Small Structure 15168X0 | Structure | NPA | Requested 9/2021 | Not Eligible  5/2001 | |
| M: 19-18 | Snyder-King Barn #1, Site | Structure | NPA | Requested 9/2021 | No Determination | Demolished |
| M 17-65 | Spring Valley Farm | Building | NPA | Requested 9/2021 | No Determination | LOD on parcel but outside MIHP boundary; avoids associated fence |
| M: 19-39 | Strider Wildlife Management Area | District | NPA | Requested 9/2021 | No Determination | No historical features associated with district within LOD |
| M: 17-7 | Thomas Pyles Farm | Building | NPA | Requested 9/2021 | No Determination | LOD on parcel but outside MIHP boundary; no buildings or features affected |
| M: 18-24 | Thomas Rawlings Farm | Building | NPA | Requested 9/2021 | No Determination | LOD on parcel but outside MIHP boundary; avoids associated fence |
| M: 12-14-3 | Warfel Store | Building | NPA | Requested 9/2021 | No Determination | Warfel Store building is outside LOD, which ends at asphalt drive for adjacent Barnesville Commuter Station |
| M: 14-68 | Wildcat Road/Davis Mill Road Rural HD | District | NPA | Requested 9/2021 | Not Eligible 8/2013 | |
| M: 12-15 | William T. Poole Farm | Building | NPA | Requested 9/2021 | No Determination | LOD on parcel but outside MIHP boundary; no buildings or features affected |
| M: 12-6 | William Thompson House | Building | NPA | Requested 9/2021 | No Determination | Within eligible Sugarloaf Mountain Historic District (M: 12-44); LOD on parcel along roadside, but William Thompson House buildings and MIHP boundary outside LOD |
| M: 18-23-2 | Windolph-Williams Farm | Building | NPA | Requested 9/2021 | No Determination | LOD on parcel but outside MIHP boundary; avoids associated fences |
| - | 14600 Springfield Road | Building | NPA | Requested 9/2021 | Requested 9/2021 | |
| - | 15025 Darnestown Road | Building | NPA | Requested 9/2021 | Requested 9/2021 | |

Attachment 3 – Eligibility and Effect Tables – September 2021
Page 5

**Table 5: New or Revised No Properties Affected**

| MIHP#/DHR# | Name | Type | Impact | SHPO Concurrence | SHPO Eligibility | Remarks |
|---|---|---|---|---|---|---|
| - | 17000 White Ground Road | Building | NPA | Requested 9/2021 | Requested 9/2021 | |
| - | 20600 Clarksburg Road | Building | NPA | Requested 9/2021 | Requested 9/2021 | |
| - | 20604 Clarksburg Road | Building | NPA | Requested 9/2021 | Requested 9/2021 | |
| - | 23320 Clarksburg Road | Building | NPA | Requested 9/2021 | Requested 9/2021 | |
| - | 23320 Ridge Road | Building | NPA | Requested 9/2021 | Requested 9/2021 | |
| - | 23330 Ridge Road | Building | NPA | Requested 9/2021 | Requested 9/2021 | |
| - | Gunners Branch Local Park | Landscape | NPA | Requested 9/2021 | Requested 9/2021 | |
| - | Heritage Farm Neighborhood Park | Landscape | NPA | Requested 9/2021 | Requested 9/2021 | |

**Table 6: Summary of Historic Properties Experiencing an Adverse Effect**

| MIHP#/DHR# | Name | Type | Impact | SHPO Concurrence | Period of Significance | NRHP Criteria | Remarks |
|---|---|---|---|---|---|---|---|
| M: 12-46 | Chesapeake and Ohio Canal National Historical Park | District | Adverse | 3/2020 | 1828-1924 | A, C, D | Listed |
| M: 35-61 and 029-0228 (Virginia) | George Washington Memorial Parkway/Clara Barton Memorial Parkway | Structure | Adverse | 3/2020 | 1930-1966 | B, C | Listed |
| M: 29-39 | Gibson Grove A.M.E. Zion Church | Building | Adverse | Requested 9/2021 | Not established | A | Eligible |
| M: 35-212 | Morningstar Tabernacle No. 88 Moses Hall and Cemetery | Landscape | Adverse | 9/2020 | 1887-1973 | A, C, Criteria Consideration D | Eligible |
| M: 12-46-2 | Washington Biologists' Field Club on Plummers Island | Site | Adverse | Requested 9/2021 | 1901-1971 | A | Eligible |

**Table 7: Summary of Historic Properties Experiencing No Adverse Effect**

| MIHP#/DHR# | Name | Type | Impact | SHPO Concurrence | Period of Significance | NRHP Criteria | Remarks |
|---|---|---|---|---|---|---|---|
| M: 30-38 | Academy Woods | District | No Adverse | 3/2020 | 1967-1974 | C | Eligible (Upon reaching 50 years) |
| M: 37-16 | B&O Railroad, Metropolitan Branch | Structure | No Adverse | Requested 9/2021 | 1873-1945 | A, C | Eligible |

Attachment 3 – Eligibility and Effect Tables – September 2021
Page 6

**Table 7: Summary of Historic Properties Experiencing No Adverse Effect**

| MIHP#/DHR# | Name | Type | Impact | SHPO Concurrence | Period of Significance | NRHP Criteria | Remarks |
|---|---|---|---|---|---|---|---|
| M: 17-01 | Beallsville Historic District | District | No Adverse | Requested 9/2021 | Not established | A, C | Eligible |
| PG:62-14 | Beltsville Agricultural Research Center (BARC) | District | No Adverse | 9/2020 | Not established | A, C | Eligible |
| M: 18-8-1 | Boyds-White Grounds Historic District | District | No Adverse | Requested 9/2021 | Not established | A | Eligible |
| M: 35-121 | Burning Tree Club | District | No Adverse | 3/2020 | 1922-1923 | A, C | Eligible |
| M: 29-59 | Carderock Springs Historic District | District | No Adverse | Requested 9/2021 | 1962-1967 | A, C | Listed |
| M: 35-194 | Carderock Springs South | District | No Adverse | 3/2020 | 1966-1971 | C | Eligible |
| F-1-134 | Carrollton Manor Rural Historic District (including Hebb-Kline Farmstead, F-1-202) | District | No Adverse | 4/2021 | 1855-1940 | A, C | Eligible |
| M: 14-27 | Cedar Grove Historic District | District | No Adverse | Requested 9/2021 | Not established | A, C | Eligible |
| M: 29-79 | Congressional Country Club | District | No Adverse | 3/2020 | 1924-1978 | A, C | Eligible |
| M: 29-47 | David W. Taylor Model Basin | Building | No Adverse | 3/2020 | 1938-1970 | A, C | Listed |
| M: 18-15 | Friends Advice | Building | No Adverse | Requested 9/2021 | c. 1806-1951 | A, B, Criteria Consideration G | Listed |
| M: 30-39 | Grosvenor Park | District | No Adverse | 3/2020 | 1963-1966 | A, C | Eligible |
| M: 26-89 | Latvian Evangelical Lutheran Church of Washington, DC | Building | No Adverse | Requested 9/2021 | 1975-1979 | A | Eligible upon reaching 50 years of age |
| M: 29-40 | Magruder Blacksmith Shop | Building | No Adverse | Requested 9/2021 | c. 1750-1850 | C | Eligible |
| M: 20-47 | National Institute of Standards and Technology (NIST) Headquarters | District | No Adverse | 3/2020 | 1963-1969 | A, C | Listed |
| M: 29-52 | Naval Surface Warfare Center Carderock Division (NSWCCD) Historic District | District | No Adverse | 3/2020 | 1938-1958 | A, C | Eligible |
| M: 17-63 | Seneca Historic District | District | No Adverse | Requested 9/2021 | late 17th-early 20th centuries | A | Listed |
| M: 12-44 | Sugarloaf Mountain Historic District | District | No Adverse | Requested 9/2021 | Mid-18th century - 1939 | A, B, C, D | Eligible |
| M: 26-72-1 | Ward Building | Building | No Adverse | 3/2020 | 1978 | C | Eligible (Upon reaching 50 years) |

00005980

Attachment 3 – Eligibility and Effect Tables – September 2021
Page 7

**Table 7: Summary of Historic Properties Experiencing No Adverse Effect**

| MIHP#/DHR# | Name | Type | Impact | SHPO Concurrence | Period of Significance | NRHP Criteria | Remarks |
|---|---|---|---|---|---|---|---|
| M: 20-21 | Ward House | Building | No Adverse | Requested 9/2021 | 1891-1969 | A, C | Eligible |
| M: 29-49 | Washington Aqueduct | Structure | No Adverse | 9/2020 | 1853-1939 | A, C | Listed (NHL |
| M: 26-71 | Woodley Gardens | District | No Adverse | Requested 3/2020 | 1960-1970 | A, C | Eligible |

**Table 8: Summary of Section 4(f) *de minimis* Properties**

| MIHP#/DHR# | Name | Type | Impact | SHPO Concurrence | Period of Significance | NRHP Criteria | Remarks |
|---|---|---|---|---|---|---|---|
| M: 30-38 | Academy Woods | District | No Adverse; *de minimis* | 3/2020 | 1967-1974 | C | Eligible |
| PG:62-14 | Beltsville Agricultural Research Center (BARC) | District | No Adverse; *de minimis* | 3/2020 | Not Established | A, C | Eligible |
| M: 35-121 | Burning Tree Club | District | No Adverse; *de minimis* | Requested 9/2021 | 1922-1923 | A, C | Eligible |
| M: 29-59 | Carderock Springs Historic District | District | No Adverse; *de minimis* | Requested 9/2021 | 1962-1967 | A, C | Listed |
| M: 26-72-1 | Ward Building | Building | No Adverse; *de minimis* | Requested 9/2021 | 1978 | C | Eligible (Upon reaching 50 years) |
| M: 26-71 | Woodley Gardens | District | No Adverse; *de minimis* | Requested 9/2021 | 1960-1970 | A, C | Eligible |

**Table 9: Historic Properties Outside the Revised APE**

| MIHP#/DHR# | Name | Type | Previous Impact | SHPO Concurrence | Period of Significance | NRHP Criteria | Remarks |
|---|---|---|---|---|---|---|---|
| PG:69-26 | Baltimore-Washington Parkway | Structure | Adverse | 3/2020 | 1942-1954 | A, C | Listed |
| PG:LAU-29 | Baltimore & Ohio Railroad, Washington Branch | Structure | No Adverse | 3/2020 | 1835-1945 | A, C | Eligible |
| PG:71A-54 | Baltimore & Potomac Railroad, Washington City Branch | Structure | No Adverse | 3/2020 | 1872-1945 | A, C | Eligible |
| M: 36-37 | Calvary Evangelical Lutheran Church | Building | No Adverse | 3/2020 | 1948, ca. 1950, ca. 1965 | C, Criteria Consideration A | Eligible |
| PG:70-95 | Capitol Car Distributors | Building | No Adverse | 3/2020 | 1965 | C | Eligible |
| M: 31-7 | Capitol View Park Historic District | District | No Adverse | 9/2020 | 1887-1941 | A, C | Eligible |
| PG:73-36 | Carsondale | District | Adverse | 9/2020 | 1955-1962 | A | Eligible |

Attachment 3 – Eligibility and Effect Tables – September 2021
Page 8

**Table 9: Historic Properties Outside the Revised APE**

| MIHP#/DH R# | Name | Type | Previous Impact | SHPO Concurrence | Period of Significance | NRHP Criteria | Remarks |
|---|---|---|---|---|---|---|---|
| M: 31-72 | Cedar Lane Unitarian Church | Building | No Adverse | 3/2020 | 1958-1963 | C, Criteria Consideration A | Eligible |
| M: 31-8-5 | Charles E. Brock Property | Building | No Adverse | 3/2020 | 1908 | C | Eligible |
| M: 31-8 | Forest Glen Historic District | District | No Adverse | 3/2020 | 1891-early 20th century | A, C | Eligible |
| PG:72-26 and PG:73-26 | Glenarden Historic District | District | Adverse | 3/2020 | 1939-1977 | A | Eligible |
| M: 31-26 | Greater Washington Boy's and Girl's Club, Silver Spring Branch (Harry F. Duncan Building) | Building | No Adverse | 3/2020 | ca. 1950 | A, C | Eligible |
| PG:67-4 | Greenbelt Historic District | District | No Adverse | 3/2020 | 1935-1941 | A, C | Listed (NHL) |
| PG:67-36 | Greenbelt Maryland National Guard Armory | Building | No Adverse | 3/2020 | 1955 | C | Eligible |
| PG:67-69 | Greenbelt Park | District | Adverse | 3/2020 | 1945-1972 (for Mission 66 era) | A, C, D | Eligible (for the purposes of Section 106) |
| M: 35-199 | Hawley Estate (Federation of American Societies for Experimental Biology) | Building | No Adverse | 3/2020 | 1929-1954 | C | Eligible |
| M: 35-38 | In the Woods (David Fairchild Estate) | Building | No Adverse | 3/2020 | 1906-1926 | B, C | Eligible |
| M: 32-34 | Indian Spring Club Estates and Indian Spring Country Club | District | Adverse | 3/2020 | 1939-1957 | A, B, C | Eligible |
| PG:78-39 | Little Washington | District | No Adverse | 3/2020 | 1938-1969 | A | Eligible |
| M: 35-120 | Locust Hill Estates | District | No Adverse | 3/2020 | 1941-1949 | A, C | Eligible |
| PG:67-41 | Maryland State Highway Administration (MDOT SHA) District 3 Headquarters Building | Building | No Adverse | 3/2020 | 1967 | C | Eligible |
| PG:76A-39 | Morningside | District | No Adverse | 3/2020 | ca.1940-ca.1955 | A, C | Eligible |
| M: 36-1 | National Park Seminary Historic District/Forest Glen/ Walter Reed A.M.C. Annex | District | Adverse | 3/2020 | 1894-ca. 1930 | Unspecified | Listed (MHT Easement) |
| PG:72-76 | New Carrollton Metrorail Station and Yard | Building | No Adverse | 3/2020 | 1978-1983 | A, C | Eligible (Upon reaching 50 years) |
| PG:75A-35 | Percy Benson Sansbury Property | Building | No Adverse | 3/2020 | ca. 1930 | C | Eligible |

Attachment 3 – Eligibility and Effect Tables – September 2021
Page 9

**Table 9: Historic Properties Outside the Revised APE**

| MIHP#/DH R# | Name | Type | Previous Impact | SHPO Concurrence | Period of Significance | NRHP Criteria | Remarks |
|---|---|---|---|---|---|---|---|
| M: 35-162 | Philip F. Gormley House/Gagarin Property | Building | No Adverse | 3/2020 | ca. 1912 | C | Eligible (MHT Easement) |
| M: 32-5 | Polychrome Historic District | District | Not Determined | 3/2020 | 1934-1935 | A, C | Listed |
| M: 36-87 | Rock Creek Stream Valley Park, Units 2 and 3 | District | Adverse | 3/2020 | 1931-1970 | A | Eligible |
| M: 32-15 | Sligo Creek Parkway | District | Adverse | 3/2020 | Unspecified | A, C | Eligible |
| PG:72-3 | Street Railway Service Building | Building | No Adverse | 3/2020 | Unspecified | A, C | Eligible |
| PG:76A-22 | Suitland Parkway | Structure | No Adverse | 9/2020 | 1942-1944 | A, C | Listed |
| M: 33-31 | Washington Coca-Cola Bottling Plant (Silver Spring) | Building | No Adverse | 3/2020 | 1969 | C | Eligible |
| M: 31-71 | Washington DC Temple (Church of Jesus Christ Latter-day Saints) | Building | No Adverse | 3/2020 | 1971-1979 | A, C | Eligible (Upon reaching 50 years) |
| 18MO514 | National Park Seminary archaeological site | Archaeology | Assumed Adverse | 1/30/2008 | 1894-ca. 1930 | D | Listed (MHT Easement); archaeological resources not evaluated in 2008, but were noted to be part of an eligible resources |
| N/A | S-11; S-16a,b,c; S-17; S-30; S-33; S-29; S-44; S-52 | Survey Areas | | | | | Complete Phase I investigations |
| 44FX0381 | N/A | Archaeology | Adverse | | | | Site 44FX0381 is no longer within the revised LOD and is no longer adversely affected. |

**ATTACHMENT 4:**
**MLS Compensatory Stormwater Management Sites**
**September 2021**

The MDOT SHA Cultural Resources section reviewed potential stormwater management (SWM) locations to identify and assess potential impacts to historic properties that may be present, and to recommend survey and evaluation measures as appropriate. MDOT SHA archaeologists Richard Ervin, Kari Sprengeler, and Kristofer Beadenkopf assessed the archaeological potential of the water quality stream and SWM sites; MDOT SHA architectural historians Matt Manning and Rebecca Howell Crew evaluated the sites for impacts to historic standing structures. Avoidance, minimization and/or mitigation of effects to historic properties will be required as part of the MLS Project PA; this table provides MDOT SHA findings for the majority of sites where no further work is recommended and no historic properties would be affected by the use of the individual SWM locations, pending MHT concurrence on eligibility and effects to several properties as identified below. A small number of sites have been identified as archaeologically sensitive and MDOT SHA would require Phase I Survey and additional consultation prior to use of these sites; the process will be included as part of the PA under development. Additionally, MDOT SHA will provide a process for evaluation and consultation on any additional SWM sites that may be added or modified in the future.

For the SWM locations, the Area of Potential Effects (APE) boundary at each location has been defined as the LOD. Because of the nature of the proposed stormwater work, which does not introduce substantial visual elements, effects to historic properties are generally not expected outside the LOD.

The review of the potential SWM sites considered possible visual, audible, atmospheric and/or physical impacts that may occur to historic properties (both archaeological sites and standing structures), which would diminish the integrity of any characteristics that would qualify a property for the National Register of Historic Places (NRHP). No field visits have been made at this time, but individual sites have been flagged for future fieldwork. MDOT SHA based its evaluations on the SHA-GIS Cultural Resources Database, including the Maryland Inventory of Historic Properties, NRHP, archaeological sites, previous archaeological studies, Maryland Property View and tax parcel data, historic aerial photographs and topographic maps, current aerial photography, LiDAR, and USDA soils data.

MDOT SHA is considering 275 sites (268 SWM sites and 7 stream restoration sites) for the Preferred Alternative – Alternative 9, Phase 1 South. MDOT SHA would follow consultation procedures as part of the MLS PA for sites where additional work is recommended. MDOT SHA requests MHT's concurrence with our recommendations for further cultural resources work outlined below. Any changes to the proposed SWM sites would follow the process to be outlined in the project PA.

Determination of eligibility (DOE) forms for historic standing structures that would be impacted by the proposed SWM sites are included with this letter. Phase I archaeological investigations to determine the presence of significant archaeological sites on the potential SWM property is recommended for a number of SWM sites as noted below. MDOT SHA's specific evaluations are shown in the table below.

Attachment 4 – Cultural Resources Evaluations for Compensatory SWM Sites – September 2021
Page 2

| Site Name | Comments | Historic Properties | Further Consultation Needed | Map Sheet |
|---|---|---|---|---|
| MO_00018 | Pending MHT concurrence that **Heritage Farm Park** is not NRHP eligible | None | No further work | 1 |
| MO_00047A | Pending MHT concurrence that **Gunners Branch Local Park** is not NRHP eligible AND that the unevaluated **Strider Wildlife Management Area (M: 19-39)** is within the APE, but associated features are unaffected | None | No further work | 2 |
| MO_00051 | No historic properties identified in the site APE boundary | None | No further work | 3 |
| MO_1540045 | No historic properties identified in the site APE boundary | None | No further work | 4 |
| MPOC_0006_0010_0011 | No historic properties identified in the site APE boundary | None | No further work | 3 |
| MPOC-0008 | No historic properties identified in the site APE boundary | None | No further work | 6 |
| MPOC-0009 | No historic properties identified in the site APE boundary | None | No further work | 5 |
| WAS-3301 | No historic properties identified in the site APE boundary | None | No further work | 7 |
| WAS-3302 | No historic properties identified in the site APE boundary | None | No further work | 7 |
| WAS-3303 | No historic properties identified in the site APE boundary | None | No further work | 8 |
| WAS-3602 | No historic properties identified in the site APE boundary | None | No further work | 9 |
| WAS-3608 | No historic properties identified in the site APE boundary | None | No further work | 10 |
| WAS-3613 | No historic properties identified in the site APE boundary | None | No further work | 9 |
| WAS-3614 | No historic properties identified in the site APE boundary | None | No further work | 9 |
| WAS-3617 | No historic properties identified in the site APE boundary | None | No further work | 3 |
| WAS-3618 | No historic properties identified in the site APE boundary | None | No further work | 10 |
| WAS-3622 | No historic properties identified in the site APE boundary | None | No further work | 10 |
| WAS-3623 | No historic properties identified in the site APE boundary | None | No further work | 10 |
| WAS-3652 | No historic properties identified in the site APE boundary | None | No further work | 11 |
| WAS-3653 | No historic properties identified in the site APE boundary | None | No further work | 12 |
| WAS-4002 | Pending MHT concurrence that **23320 Clarksburg Road** is not NRHP eligible | None | No further work | 14 |
| WAS-4006 | No historic properties identified in the site APE boundary | None | No further work | 15 |
| WAS-4010 | No historic properties identified in the site APE boundary | None | No further work | 16 |
| WAS-4011 | No historic properties identified in the site APE boundary | None | No further work | 17 |
| WAS-4013 | Pending MHT concurrence that there is no effect to contributing resources | Cedar Grove Historic District (M: 14-27) | No further work | 17 |
| WAS-4014 | No historic properties identified in the site APE boundary | None | No further work | 18 |
| WAS-4015 | No historic properties identified in the site APE boundary | None | No further work | 19 |
| WAS-4016 | No historic properties identified in the site APE boundary | None | No further work | 19 |
| WAS-4017 | No historic properties identified in the site APE boundary | None | No further work | 20 |

Attachment 4 – Cultural Resources Evaluations for Compensatory SWM Sites – September 2021
Page 3

| Site Name | Comments | Historic Properties | Further Consultation Needed | Map Sheet |
|---|---|---|---|---|
| WAS-4018 | No historic properties identified in the site APE boundary | None | No further work | 21 |
| WAS-4019 | No historic properties identified in the site APE boundary | None | No further work | 8 |
| WAS-4020 | Pending MHT concurrence that there is no effect to contributing resources | Sugarloaf Mountain Historic District (M: 12-44) | No further work | 22 |
| WAS-4021 | Pending MHT concurrence that there is no effect to contributing resources | Sugarloaf Mountain Historic District (M: 12-44) | No further work | 22 |
| WAS-4022 | No historic properties identified in the site APE boundary | None | No further work | 22 |
| WAS-4023 | No historic properties identified in the site APE boundary | None | No further work | 22 |
| WAS-4024 | Pending MHT concurrence that there is no effect to contributing resources | Sugarloaf Mountain Historic District (M: 12-44) | No further work | 23 |
| WAS-4025 | Pending MHT concurrence that **23320 Ridge Road and 23330 Ridge Road** are not NRHP eligible | None | No further work | 17 |
| WAS-4026 | Pending MHT concurrence that there is no effect to contributing resources | Sugarloaf Mountain Historic District (M: 12-44) | No further work | 23 |
| WAS-4027 | No historic properties identified in the site APE boundary | None | No further work | 24 |
| WAS-4029 | No historic properties identified in the site APE boundary | None | No further work | 24 |
| WAS-4030 | No historic properties identified in the site APE boundary | None | No further work | 24 |
| WAS-4031 | No historic properties identified in the site APE boundary | None | No further work | 24 |
| WAS-4032 | No historic properties identified in the site APE boundary | None | No further work | 24 |
| WAS-4037 | No historic properties identified in the site APE boundary | None | No further work | 25 |
| WAS-4038 | No historic properties identified in the site APE boundary | None | No further work | 25 |
| WAS-4040 | No historic properties identified in the site APE boundary | None | No further work | 25 |
| WAS-4045 | No historic properties identified in the site APE boundary | None | No further work | 25 |
| WAS-4047 | No historic properties identified in the site APE boundary | None | No further work | 27 |
| WAS-4048 | No historic properties identified in the site APE boundary | None | No further work | 27 |
| WAS-4050 | No historic properties identified in the site APE boundary | None | No further work | 27 |
| WAS-4053 | No historic properties identified in the site APE boundary | None | No further work | 27 |
| WAS-4058 | No historic properties identified in the site APE boundary | None | No further work | 28 |
| WAS-4059 | No historic properties identified in the site APE boundary | None | No further work | 28 |
| WAS-4060 | No historic properties identified in the site APE boundary | None | No further work | 28 |
| WAS-4061 | No historic properties identified in the site APE boundary | None | No further work | 28 |
| WAS-4063 | No historic properties identified in the site APE boundary | None | No further work | 28 |
| WAS-4064 | No historic properties identified in the site APE boundary | None | No further work | 28 |
| WAS-4065 | No historic properties identified in the site APE boundary | None | No further work | 28 |
| WAS-4067 | No historic properties identified in the site APE boundary | None | No further work | 28 |

Attachment 4 – Cultural Resources Evaluations for Compensatory SWM Sites – September 2021
Page 4

| Site Name | Comments | Historic Properties | Further Consultation Needed | Map Sheet |
|-----------|----------|---------------------|------------------------------|-----------|
| WAS-4068 | No historic properties identified in the site APE boundary | None | No further work | 28 |
| WAS-4072 | No historic properties identified in the site APE boundary | None | No further work | 32 |
| WAS-4075 | No historic properties identified in the site APE boundary | None | No further work | 35 |
| WAS-4078 | No historic properties identified in the site APE boundary | None | No further work | 35 |
| WAS-4079 | No historic properties identified in the site APE boundary | None | No further work | 35 |
| WAS-4083 | No historic properties identified in the site APE boundary | None | No further work | 36 |
| WAS-4084 | No historic properties identified in the site APE boundary | None | No further work | 36 |
| WAS-4086 | No historic properties identified in the site APE boundary | None | No further work | 36 |
| WAS-4087 | Pending MHT concurrence that there is no effect to contributing resources | B&O Railroad Metropolitan Branch (M: 37-16) | No further work | 36 |
| WAS-4091 | No historic properties identified in the site APE boundary | None | No further work | 13 |
| WAS-4096 | No historic properties identified in the site APE boundary | None | No further work | 13 |
| WAS-4098 | No historic properties identified in the site APE boundary | None | No further work | 13 |
| WAS-4099 | No historic properties identified in the site APE boundary | None | No further work | 13 |
| WAS-4150 | No historic properties identified in the site APE boundary | None | No further work | 16 |
| WAS-4153 | No historic properties identified in the site APE boundary | None | No further work | 21 |
| WAS-4154 | No historic properties identified in the site APE boundary | None | No further work | 22 |
| WAS-4155 | No historic properties identified in the site APE boundary | None | No further work | 22 |
| WAS-4156 | Pending MHT concurrence that there is no effect to contributing resources | B&O Railroad Metropolitan Branch (M: 37-16) | No further work | 23 |
| WAS-4157 | No historic properties identified in the site APE boundary | None | No further work | 24 |
| WAS-4158 | No historic properties identified in the site APE boundary | None | No further work | 24 |
| WAS-4159 | No historic properties identified in the site APE boundary | None | No further work | 24 |
| WAS-4160 | No historic properties identified in the site APE boundary | None | No further work | 24 |
| WAS-4161 | No historic properties identified in the site APE boundary | None | No further work | 24 |
| WAS-4162 | No historic properties identified in the site APE boundary | None | No further work | 24 |
| WAS-4163 | No historic properties identified in the site APE boundary | None | No further work | 24 |
| WAS-4164 | No historic properties identified in the site APE boundary | None | No further work | 13 |
| WAS-4165 | No historic properties identified in the site APE boundary | None | No further work | 28 |
| WAS-4200 | Pending MHT concurrence that there is no effect to contributing resources | Sugarloaf Mountain HD (M: 12-44) | No further work | 37 |
| WAS-4201 | Pending MHT concurrence that there is no effect to contributing resources | Sugarloaf Mountain HD (M: 12-44) | No further work | 37 |
| WAS-4202 | Pending MHT concurrence that there is no effect to contributing resources | Sugarloaf Mountain HD (M: 12-44) | No further work | 37 |
| WAS-4203 | Pending MHT concurrence that there is no effect to contributing resources | Sugarloaf Mountain HD (M: 12-44) | No further work | 37 |

Attachment 4 – Cultural Resources Evaluations for Compensatory SWM Sites – September 2021
Page 5

| Site Name | Comments | Historic Properties | Further Consultation Needed | Map Sheet |
|---|---|---|---|---|
| WAS-4204 | Pending MHT concurrence that the unevaluated **Dickerson Historic District (M: 12-21)** is within the APE but associated features are unaffected | None | No further work | 37 |
| WAS-4205 | No historic properties identified in the site APE boundary | None | No further work | 38 |
| WAS-4206 | No historic properties identified in the site APE boundary | None | No further work | 37 |
| WAS-4208 | Pending MHT concurrence that there is no effect to contributing resources | Beallsville HD (M: 17-01) | No further work | 39 |
| WAS-4212 | No historic properties identified in the site APE boundary | None | No further work | 46 |
| WAS-4214 | No historic properties identified in the site APE boundary | None | No further work | 46 |
| WAS-4215 | No historic properties identified in the site APE boundary | None | No further work | 46 |
| WAS-4216 | No historic properties identified in the site APE boundary | None | No further work | 46 |
| WAS-4218 | No historic properties identified in the site APE boundary | None | No further work | 46 |
| WAS-4304 | No historic properties identified in the site APE boundary | None | No further work | 47 |
| WAS-4310 | No historic properties identified in the site APE boundary | None | No further work | 47 |
| WAS-4321 | No historic properties identified in the site APE boundary | None | No further work | 26 |
| WAS-4322 | No historic properties identified in the site APE boundary | None | No further work | 26 |
| WAS-4323 | No historic properties identified in the site APE boundary | None | No further work | 26 |
| WAS-4324 | No historic properties identified in the site APE boundary | None | No further work | 26 |
| WAS-4325 | No historic properties identified in the site APE boundary | None | No further work | 26 |
| WAS-4331 | No historic properties identified in the site APE boundary | None | No further work | 51 |
| WAS-4333 | No historic properties identified in the site APE boundary | None | No further work | 51 |
| WAS-4334 | No historic properties identified in the site APE boundary | None | No further work | 51 |
| WAS-4335 | No historic properties identified in the site APE boundary | None | No further work | 50 |
| WAS-4336 | No historic properties identified in the site APE boundary | None | No further work | 50 |
| WAS-4337 | No historic properties identified in the site APE boundary | None | No further work | 50 |
| WAS-4338 | No historic properties identified in the site APE boundary | None | No further work | 50 |
| WAS-4339 | No historic properties identified in the site APE boundary | None | No further work | 50 |
| WAS-4342 | No historic properties identified in the site APE boundary | None | No further work | 51 |
| WAS-4345 | No historic properties identified in the site APE boundary | None | No further work | 52 |
| WAS-4347 | Phase I archaeological survey and further consultation required based on proximity to a mapped historic resource; pending MHT concurrence that there is no effect to contributing resources at Friends Advice | Friends Advice (M: 18-15) | **Phase I archaeo survey** | 52 |
| WAS-4349 | Phase I archaeological survey and further consultation required based on proximity to a mapped historic resource; pending MHT concurrence that there is no effect to contributing resources at Friends Advice | Friends Advice (M: 18-15) | **Phase I archaeo survey** | 52 |
| WAS-4352 | Phase I archaeological survey and further consultation required based on high archaeological potential | None at this time | **Phase I archaeo survey** | 41 |

Attachment 4 – Cultural Resources Evaluations for Compensatory SWM Sites – September 2021
Page 6

| Site Name | Comments | Historic Properties | Further Consultation Needed | Map Sheet |
|---|---|---|---|---|
| WAS-4353 | Phase I archaeological survey and further consultation required based on high archaeological potential | None at this time | **Phase I archaeo survey** | 41 |
| WAS-4354 | Phase I archaeological survey and further consultation required based on high archaeological potential | None at this time | **Phase I archaeo survey** | 41 |
| WAS-4355 | No historic properties identified in the site APE boundary | None | No further work | 41 |
| WAS-4356 | Phase I archaeological survey and further consultation required based on high archaeological potential | None at this time | **Phase I archaeo survey** | 41 |
| WAS-4361 | Phase I archaeological survey and further consultation required based on high archaeological potential | None at this time | **Phase I archaeo survey** | 41 |
| WAS-4362 | Phase I archaeological survey and further consultation required based on high archaeological potential; pending MHT concurrence that the unevaluated **Spring Valley Farm (M: 17-65)** is within the APE but associated features are unaffected | None at this time | **Phase I archaeo survey** | 41 |
| WAS-4363 | Phase I archaeological survey and further consultation required based on high archaeological potential; pending MHT concurrence that the unevaluated **Spring Valley Farm (M: 17-65)** is within the APE but associated features are unaffected | None at this time | **Phase I archaeo survey** | 41 |
| WAS-4364 | Phase I archaeological survey and further consultation required based on high archaeological potential | None at this time | **Phase I archaeo survey** | 40 |
| WAS-4366 | No historic properties identified in the site APE boundary | None | No further work | 40 |
| WAS-4370 | No historic properties identified in the site APE boundary | None | No further work | 40 |
| WAS-4371 | No historic properties identified in the site APE boundary | None | No further work | 40 |
| WAS-4373 | No historic properties identified in the site APE boundary | None | No further work | 40 |
| WAS-4375 | No historic properties identified in the site APE boundary | None | No further work | 39 |
| WAS-4376 | No historic properties identified in the site APE boundary | None | No further work | 39 |
| WAS-4377 | No historic properties identified in the site APE boundary | None | No further work | 39 |
| WAS-4378 | No historic properties identified in the site APE boundary | None | No further work | 39 |
| WAS-4382 | No historic properties identified in the site APE boundary | None | No further work | 39 |
| WAS-4383 | No historic properties identified in the site APE boundary | None | No further work | 39 |
| WAS-4385 | No historic properties identified in the site APE boundary | None | No further work | 39 |
| WAS-4386 | No historic properties identified in the site APE boundary | None | No further work | 39 |
| WAS-4391 | No historic properties identified in the site APE boundary | None | No further work | 41 |
| WAS-4392 | No historic properties identified in the site APE boundary | None | No further work | 41 |
| WAS-4393 | Pending MHT concurrence that the unevaluated **Thomas Rawlings Farm (M: 18-24)** is within the APE, but associated features are unaffected | None | No further work | 43 |
| WAS-4394 | No historic properties identified in the site APE boundary | None | No further work | 43 |
| WAS-4397 | Pending MHT concurrence that **17000 White Grounds Road** is not NRHP eligible | None | No further work | 43 |
| WAS-4402 | No historic properties identified in the site APE boundary | None | No further work | 42 |

Attachment 4 – Cultural Resources Evaluations for Compensatory SWM Sites – September 2021
Page 7

| Site Name | Comments | Historic Properties | Further Consultation Needed | Map Sheet |
|---|---|---|---|---|
| WAS-4404 | Phase I archaeological survey and further consultation required based on proximity to site 18MO268 | None at this time | **Phase I archaeo survey** | 42 |
| WAS-4405 | Phase I archaeological survey and further consultation required based on proximity to site 18MO269 | None at this time | **Phase I archaeo survey** | 42 |
| WAS-4406 | No historic properties identified in the site APE boundary | None | No further work | 42 |
| WAS-4407 | No historic properties identified in the site APE boundary | None | No further work | 42 |
| WAS-4411 | Phase I archaeological survey and further consultation required based on high archaeological potential; pending MHT concurrence that the unevaluated **Dawsonville Historic District (M: 18-23)** is within the APE, but associated features are unaffected | None at this time | **Phase I archaeo survey** | 43 |
| WAS-4412 | Phase I archaeological survey and further consultation required based on high archaeological potential; pending MHT concurrence that the unevaluated **Dawsonville Historic District (M: 18-23)** is within the APE, but associated features are unaffected | None at this time | **Phase I archaeo survey** | 43 |
| WAS-4413 | Pending MHT concurrence that the unevaluated **Dawsonville Historic District (M: 18-23)** & **Windolph-Williams Farm (M: 18-23-2)** are within the APE, but associated features are unaffected | None | No further work | 43 |
| WAS-4414 | Pending MHT concurrence that the unevaluated **Dawsonville Historic District (M: 18-23)** & **Windolph-Williams Farm (M: 18-23-2)** are within the APE, but associated features are unaffected | None | No further work | 43 |
| WAS-4415 | No historic properties identified in the site APE boundary | None | No further work | 43 |
| WAS-4423 | No historic properties identified in the site APE boundary | None | No further work | 45 |
| WAS-4424 | No historic properties identified in the site APE boundary | None | No further work | 45 |
| WAS-4425 | No historic properties identified in the site APE boundary | None | No further work | 45 |
| WAS-4426 | No historic properties identified in the site APE boundary | None | No further work | 45 |
| WAS-4427 | No historic properties identified in the site APE boundary | None | No further work | 45 |
| WAS-4428 | No historic properties identified in the site APE boundary | None | No further work | 45 |
| WAS-4429 | Pending MHT concurrence that **15025 Darnestown Road** is not NRHP eligible | None | No further work | 45 |
| WAS-4431 | No historic properties identified in the site APE boundary | None | No further work | 45 |
| WAS-4432 | No historic properties identified in the site APE boundary | None | No further work | 45 |
| WAS-4433 | No historic properties identified in the site APE boundary | None | No further work | 45 |
| WAS-4441 | No historic properties identified in the site APE boundary | None | No further work | 50 |
| WAS-4442 | No historic properties identified in the site APE boundary | None | No further work | 48 |
| WAS-4443 | No historic properties identified in the site APE boundary | None | No further work | 48 |
| WAS-4444 | No historic properties identified in the site APE boundary | None | No further work | 48 |
| WAS-4445 | No historic properties identified in the site APE boundary | None | No further work | 48 |
| WAS-4446 | No historic properties identified in the site APE boundary | None | No further work | 48 |
| WAS-4447 | Pending MHT concurrence that there is no effect to contributing resources | Boyds -White Grounds HD (M: 18-8-1) | No further work | 48 |
| WAS-4448 | Pending MHT concurrence that there is no effect to contributing resources | Boyds -White Grounds HD (M: 18-8-1) | No further work | 48 |

Attachment 4 – Cultural Resources Evaluations for Compensatory SWM Sites – September 2021
Page 8

| Site Name | Comments | Historic Properties | Further Consultation Needed | Map Sheet |
|---|---|---|---|---|
| WAS-4449 | Pending MHT concurrence that there is no effect to contributing resources | Boyds -White Grounds HD (M: 18-8-1) | No further work | 48 |
| WAS-4450 | No historic properties identified in the site APE boundary | None | No further work | 48 |
| WAS-4451 | Pending MHT concurrence that there is no effect to contributing resources | Boyds -White Grounds HD (M: 18-8-1) | No further work | 48 |
| WAS-4452 | No historic properties identified in the site APE boundary | None | No further work | 48 |
| WAS-4453 | No historic properties identified in the site APE boundary | None | No further work | 48 |
| WAS-4454 | No historic properties identified in the site APE boundary | None | No further work | 48 |
| WAS-4455 | No historic properties identified in the site APE boundary | None | No further work | 48 |
| WAS-4456 | No historic properties identified in the site APE boundary | None | No further work | 48 |
| WAS-4457 | No historic properties identified in the site APE boundary | None | No further work | 48 |
| WAS-4459 | Phase I archaeological survey and further consultation required based on proximity to site 18MO501; DOEs completed for **20600 and 20604 Clarksburg Road** | None at this time | **Phase I archaeo survey** | 49 |
| WAS-4462 | No historic properties identified in the site APE boundary | None | No further work | 49 |
| WAS-4463 | No historic properties identified in the site APE boundary | None | No further work | 49 |
| WAS-4464 | No historic properties identified in the site APE boundary | None | No further work | 49 |
| WAS-4474 | No historic properties identified in the site APE boundary | None | No further work | 25 |
| WAS-4475 | No historic properties identified in the site APE boundary | None | No further work | 25 |
| WAS-4476 | No historic properties identified in the site APE boundary | None | No further work | 25 |
| WAS-4477 | No historic properties identified in the site APE boundary | None | No further work | 29 |
| WAS-4478 | No historic properties identified in the site APE boundary | None | No further work | 29 |
| WAS-4479 | No historic properties identified in the site APE boundary | None | No further work | 29 |
| WAS-4481 | No historic properties identified in the site APE boundary | None | No further work | 29 |
| WAS-4482 | No historic properties identified in the site APE boundary | None | No further work | 29 |
| WAS-4483 | No historic properties identified in the site APE boundary | None | No further work | 29 |
| WAS-4484 | No historic properties identified in the site APE boundary | None | No further work | 29 |
| WAS-4486 | No historic properties identified in the site APE boundary | None | No further work | 30 |
| WAS-4487 | No historic properties identified in the site APE boundary | None | No further work | 30 |
| WAS-4488 | No historic properties identified in the site APE boundary | None | No further work | 30 |
| WAS-4489 | No historic properties identified in the site APE boundary | None | No further work | 30 |
| WAS-4491 | No historic properties identified in the site APE boundary | None | No further work | 30 |
| WAS-4493 | No historic properties identified in the site APE boundary | None | No further work | 30 |
| WAS-4494 | No historic properties identified in the site APE boundary | None | No further work | 30 |
| WAS-4495 | No historic properties identified in the site APE boundary | None | No further work | 30 |

Attachment 4 – Cultural Resources Evaluations for Compensatory SWM Sites – September 2021
Page 9

| Site Name | Comments | Historic Properties | Further Consultation Needed | Map Sheet |
|---|---|---|---|---|
| WAS-4497 | No historic properties identified in the site APE boundary | None | No further work | 30 |
| WAS-4498 | No historic properties identified in the site APE boundary | None | No further work | 30 |
| WAS-4499 | No historic properties identified in the site APE boundary | None | No further work | 30 |
| WAS-4502 | No historic properties identified in the site APE boundary | None | No further work | 30 |
| WAS-4506 | No historic properties identified in the site APE boundary | None | No further work | 31 |
| WAS-4509 | No historic properties identified in the site APE boundary | None | No further work | 31 |
| WAS-4513 | No historic properties identified in the site APE boundary | None | No further work | 31 |
| WAS-4516 | No historic properties identified in the site APE boundary | None | No further work | 31 |
| WAS-4532 | No historic properties identified in the site APE boundary | None | No further work | 29 |
| WAS-4533 | No historic properties identified in the site APE boundary | None | No further work | 29 |
| WAS-4534 | No historic properties identified in the site APE boundary | None | No further work | 29 |
| WAS-4601 | No historic properties identified in the site APE boundary | None | No further work | 44 |
| WAS-4602 | No historic properties identified in the site APE boundary | None | No further work | 44 |
| WAS-4603 | No historic properties identified in the site APE boundary | None | No further work | 44 |
| WAS-4604 | No historic properties identified in the site APE boundary | None | No further work | 44 |
| WAS-4606 | No historic properties identified in the site APE boundary | None | No further work | 44 |
| WAS-4607 | No historic properties identified in the site APE boundary | None | No further work | 34 |
| WAS-4609 | No historic properties identified in the site APE boundary | None | No further work | 44 |
| WAS-4610 | No historic properties identified in the site APE boundary | None | No further work | 44 |
| WAS-4613 | No historic properties identified in the site APE boundary | None | No further work | 33 |
| WAS-4614 | No historic properties identified in the site APE boundary | None | No further work | 34 |
| WAS-4615 | No historic properties identified in the site APE boundary | None | No further work | 34 |
| WAS-4619 | No historic properties identified in the site APE boundary | None | No further work | 53 |
| WAS-4622 | No historic properties identified in the site APE boundary | None | No further work | 53 |
| WAS-4623 | Pending MHT concurrence that **14600 Springfield Road** is not NRHP eligible | None | No further work | 53 |
| WAS-4624 | Pending MHT concurrence that there is no effect to contributing resources | Seneca Historic District (M: 17-63) | No further work | 54 |
| WAS-4625 | No historic properties identified in the site APE boundary | None | No further work | 54 |
| WAS-4626 | No historic properties identified in the site APE boundary | None | No further work | 54 |
| WAS-4627 | No historic properties identified in the site APE boundary | None | No further work | 54 |
| WAS-4628 | No historic properties identified in the site APE boundary | None | No further work | 54 |
| WAS-4629 | No historic properties identified in the site APE boundary | None | No further work | 55 |
| WAS-4630 | No historic properties identified in the site APE boundary | None | No further work | 55 |

Attachment 4 – Cultural Resources Evaluations for Compensatory SWM Sites – September 2021
Page 10

| Site Name | Comments | Historic Properties | Further Consultation Needed | Map Sheet |
|---|---|---|---|---|
| WAS-4631 | No historic properties identified in the site APE boundary | None | No further work | 55 |
| WAS-4632 | No historic properties identified in the site APE boundary | None | No further work | 56 |
| WAS-4633 | No historic properties identified in the site APE boundary | None | No further work | 55 |
| WAS-4635 | No historic properties identified in the site APE boundary | None | No further work | 55 |
| WAS-4636 | No historic properties identified in the site APE boundary | None | No further work | 55 |
| WAS-4637 | No historic properties identified in the site APE boundary | None | No further work | 56 |
| WAS-4638 | No historic properties identified in the site APE boundary | None | No further work | 56 |
| WAS-4639 | No historic properties identified in the site APE boundary | None | No further work | 56 |
| WAS-4640 | No historic properties identified in the site APE boundary | None | No further work | 56 |
| WAS-4641 | No historic properties identified in the site APE boundary | None | No further work | 56 |
| WAS-4642 | No historic properties identified in the site APE boundary | None | No further work | 57 |
| WAS-4644 | No historic properties identified in the site APE boundary | None | No further work | 57 |
| WAS-4645 | No historic properties identified in the site APE boundary | None | No further work | 57 |
| WAS-4646 | No historic properties identified in the site APE boundary | None | No further work | 57 |
| WAS-4647 | No historic properties identified in the site APE boundary | None | No further work | 57 |
| WAS-4651 | No historic properties identified in the site APE boundary | None | No further work | 58 |
| WAS-4652 | No historic properties identified in the site APE boundary | None | No further work | 1 |
| WAS-4653 | No historic properties identified in the site APE boundary | None | No further work | 58 |
| WAS-4655 | No historic properties identified in the site APE boundary | None | No further work | 1 |
| WAS-4656 | No historic properties identified in the site APE boundary | None | No further work | 1 |
| WAS-4657 | No historic properties identified in the site APE boundary | None | No further work | 1 |
| WAS-4658 | No historic properties identified in the site APE boundary | None | No further work | 1 |
| WAS-4659 | No historic properties identified in the site APE boundary | None | No further work | 59 |
| WAS-4660 | No historic properties identified in the site APE boundary | None | No further work | 59 |
| WAS-5301 | No historic properties identified in the site APE boundary | None | No further work | 44 |
| WAS-5302 | No historic properties identified in the site APE boundary | None | No further work | 44 |
| WAS-5304 | No historic properties identified in the site APE boundary | None | No further work | 60 |
| WAS-5306 | No historic properties identified in the site APE boundary | None | No further work | 4 |
| WAS-5307 | No historic properties identified in the site APE boundary | None | No further work | 4 |
| WAS-5308 | No historic properties identified in the site APE boundary | None | No further work | 4 |
| WAS-5310 | No historic properties identified in the site APE boundary | None | No further work | 32 |
| WAS-5311 | No historic properties identified in the site APE boundary | None | No further work | 34 |

Attachment 4 – Cultural Resources Evaluations for Compensatory SWM Sites – September 2021
Page 11

| Site Name | Comments | Historic Properties | Further Consultation Needed | Map Sheet |
|---|---|---|---|---|
| WAS-5312 | No historic properties identified in the site APE boundary | None | No further work | 34 |
| WAS-5313 | No historic properties identified in the site APE boundary | None | No further work | 32 |
| WAS-5314 | No historic properties identified in the site APE boundary | None | No further work | 32 |
| WAS-5315 | No historic properties identified in the site APE boundary | None | No further work | 32 |
| WAS-5316 | No historic properties identified in the site APE boundary | None | No further work | 61 |
| WAS-5317 | No historic properties identified in the site APE boundary | None | No further work | 61 |
| WAS-5601 | Pending MHT concurrence that there is no effect to character-defining features | Ward House (M: 20-21) | No further work | 33 |
| WAS-5602 | Pending MHT concurrence that there is no effect to contributing resources | Sugarloaf Mountain HD (M: 12-44) | No further work | 33 |



# COMMONWEALTH of VIRGINIA

## Department of Historic Resources

2801 Kensington Avenue, Richmond, Virginia 23221

Ann Jennings
*Secretary of Natural and Historic Resources*

Julie V. Langan
*Director*

Tel: (804) 367-2323
Fax: (804) 367-2391
www.dhr.virginia.gov

7 October 2021

Ms Julie M. Schablitsky
Maryland Department of Transportation
State Highway Administration
707 North Calvert Street
Baltimore, Maryland 21202

RE:     I-495 and I-270 Managed Lanes Study—Revised APE and Effect Determination
        MDOT SHA Study No. AW073A11
        DHR File No. 2018-0251

Dear Ms Schablitsky:

The Department of Historic Resources (DHR) has received your letter of 8 September 2021 regarding the above referenced project. It is our understanding that the Maryland Department of Transportation (MDOT) has revised the Area of Potential Effects (APE) and Limits of Disturbance (LOD) for the I-495 and I-270 Managed Lanes Study (MLS) based on the new Preferred Alternative. The revised APE also required MDOT to revisit its effects determination for the undertaking.

The DHR concurs with MDOT's revised definition of the APE and LOD for the I-495 and I-270 MLS. We further agree that site 44FX0381 is outside the revised APE for the undertaking. Based on the mapping provided, however, it remains in very close proximity to the LOD. The DHR recommends ensuring avoidance of effects to the site during construction by clearly marking or fencing off the site boundaries. We agree with MDOT that sites 44FX0074, 44FX0379, 44FX0389, and 44FX3922 (the Dead Run Ridges Archaeological district), and the George Washington Memorial Parkway remain adversely affected by the undertaking. We look forward to continued consultation to mitigate these effects with the I-495 and I-270 MLS Programmatic Agreement and development of treatment plans.

If you have any questions about our comments, please contact me at (804) 482-6090.

Sincerely,

Marc Holma, Architectural Historian
Division of Review and Compliance

Western Region Office
962 Kime Lane
Salem, VA 24153
Tel: (540) 387-5443
Fax: (540) 387-5446

Northern Region Office
5357 Main Street
PO Box 519
Stephens City, VA 22655
Tel: (540) 868-7029
Fax: (540) 868-7033

Eastern Region Office
2801 Kensington Avenue
Richmond, VA 23221
Tel: (804) 367-2323
Fax: (804) 367-2391

C:    Ms Sarah Clarke, VDOT
      Mr. William Moore, VDOT
      Mr. Tony Opperman, VDOT
      Ms Maureen Joseph, NPS GWMP
      Mr. Matt Virta, NPS GWMP
      Mr. Bradley Krueger, NPS GWMP
      Mr. John Simkins, FHWA
      Mr. Steven Archer, MDOT