

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Current Map

MD

VA

DC

National Institute of Standards and Technology (NIST) Headquarters

WEST SIDE DR

MUDDY BRANCH RD

EAST DR

EISENHOWER MEMORIAL HWY

DUVALL LA

BRALAN CT

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Area of Potential Effects (APE)

LOD - Preferred Alternative

Parcel Boundaries

Archaeological Site Proposed for Further Treatment in PA

Additional Archaeological Investigation Recommended

NRHP Eligible / Listed

**Area of Potential Effects and Summary of Cultural Resources**
**April 2022**

Sheet : M-20

0  100 200      400
Feet

495 270 MANAGED LANES STUDY

00006581



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

- Sheet Number
☐ Compensatory SWM LOD

**Key Map**

N

0    7,000    14,000
                    Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM**
**February 2022**

495 270 MANAGED LANES STUDY

NOTE: Only MIHP Properties within APE are displayed.

00006582



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-1

N

0  125 250        500
Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022**

495 270 MANAGED LANES STUDY

00006583



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-2

N

0  125 250    500
Feet

Area of Potential Effects and Summary of Cultural Resources Compensatory SWM
February 2022

495 270 MANAGED LANES STUDY

00006584



MPOC_0006_0010_0011

MO_00051

MPOC_0006_0010_0011

WAS-3617

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP
Properties within
APE are displayed.

Sheet : C-3

N

0  125 250      500
Feet

**Area of Potential Effects and
Summary of Cultural Resources
Compensatory SWM
February 2022**

495 270 MANAGED LANES STUDY

00006585



**Area of Potential Effects (APE)**
**Compensatory SWM LOD**
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP
Properties within
APE are displayed.

**Sheet : C-4**

N

0  125 250      500
Feet

**Area of Potential Effects and
Summary of Cultural Resources
Compensatory SWM
February 2022**

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is
subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

00006586



MPOC_0009

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)

Compensatory SWM LOD

Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

**Sheet : C-5**

N

0  125 250       500
            Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022**

I-270 / 495 MANAGED LANES STUDY

00006587



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-6

0  125  250  500 Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022**

495 270 MANAGED LANES STUDY

00006588



WAS-3301

WAS-3302

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-7

N

0  125 250       500
Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022**

00006589



WAS 4019

WAS 3303

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

🔴🔴 Area of Potential Effects (APE)
⬜ Compensatory SWM LOD
    Parcel Boundaries

⬜ NRHP Eligible / Listed

NOTE: Only MIHP
Properties within
APE are displayed.

**Sheet : C-8**

N

0  125 250    500
              Feet

**Area of Potential Effects and
Summary of Cultural Resources
Compensatory SWM
February 2022**

495 270 MANAGED LANES STUDY

00006590



**Sheet : C-9**

NOTE: Only MIHP Properties within APE are displayed.

Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022

Legend:
- Area of Potential Effects (APE)
- Compensatory SWM LOD
- Parcel Boundaries
- NRHP Eligible / Listed

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

0  125  250      500
                 Feet

495 270 MANAGED LANES STUDY

00006591



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)

Compensatory SWM LOD

Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

**Sheet : C-10**

0 125 250    500 Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022**

495 270 MANAGED LANES STUDY

00006592



WAS-3652

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-11

N

0  125 250        500
                        Feet

Area of Potential Effects and Summary of Cultural Resources Compensatory SWM
February 2022

495 270 MANAGED LANES STUDY

00006593



WAS 3653

B&O Railroad
Metropolitan
Branch

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP
Properties within
APE are displayed.

**Sheet : C-12**

N

0  125  250        500
                   Feet

**Area of Potential Effects and
Summary of Cultural Resources
Compensatory SWM
February 2022**

495 270 MANAGED LANES STUDY

00006594



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP
Properties within
APE are displayed.

**Sheet : C-13**

0  125  250        500
                    Feet

**Area of Potential Effects and
Summary of Cultural Resources
Compensatory SWM
February 2022**

00006595



WAS 4002

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP
Properties within
APE are displayed.

Sheet : C-14

N

0  125 250      500
Feet

**Area of Potential Effects and
Summary of Cultural Resources
Compensatory SWM
February 2022**

495 270 MANAGED LANES STUDY

00006596



WAS-4006

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-15

N

0  125 250      500
Feet

Area of Potential Effects and
Summary of Cultural Resources
Compensatory SWM
February 2022

495 270 MANAGED LANES STUDY

00006597



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)

Compensatory SWM LOD

Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-16

N

0  125 250        500
Feet

Area of Potential Effects and
Summary of Cultural Resources
Compensatory SWM
February 2022

495 270 MANAGED LANES STUDY

00006598



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

**Sheet : C-17**

N

0  125 250      500
                Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022**

495 270 MANAGED LANES STUDY

00006599



WAS 4014

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP
Properties within
APE are displayed.

Sheet : C-18

N

0  125  250        500
                    Feet

Area of Potential Effects and
Summary of Cultural Resources
Compensatory SWM
February 2022

495 270 MANAGED
LANES STUDY

00006600



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-19

N

0 125 250    500
Feet

Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022

I-495 270 MANAGED LANES STUDY

00006601



WAS-4017

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-20

N

0  125 250      500
                    Feet

Area of Potential Effects and
Summary of Cultural Resources
Compensatory SWM
February 2022

495 270 MANAGED LANES STUDY

00006602



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-21

N

0  125 250    500
Feet

Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022

495 270 MANAGED LANES STUDY

00006603



COMUS RD

OLD HUNDRED RD

WAS-4154

WAS-4020

WAS-4021

OLD HUNDRED RD

Sugarloaf Mountain
Historic District

WAS-4022

WAS-4023

WAS-4155

OLD HUNDRED RD

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is
subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)

Compensatory SWM LOD

Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP
Properties within
APE are displayed.

Sheet : C-22

0   125  250        500
                    Feet

Area of Potential Effects and
Summary of Cultural Resources
Compensatory SWM
February 2022

495  270  MANAGED
          LANES STUDY

00006604



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-23

N

0  125 250      500
Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022**

495 270 MANAGED LANES STUDY

00006605



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-24

N
0  125 250      500
Feet

Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022

495 270 MANAGED LANES STUDY

00006606



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

**Sheet : C-25**

0  125  250      500
Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022**

495 270 MANAGED LANES STUDY

00006607



Area of Potential Effects (APE)

Compensatory SWM LOD

Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP
Properties within
APE are displayed.

Sheet : C-26

N

0  125 250      500
Feet

**Area of Potential Effects and
Summary of Cultural Resources
Compensatory SWM
February 2022**

495  270  MANAGED
LANES STUDY

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

00006608



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP
Properties within
APE are displayed.

**Sheet : C-27**

**Area of Potential Effects and
Summary of Cultural Resources
Compensatory SWM
February 2022**

0 125 250    500
Feet

00006609



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-28

N

0  125 250        500
Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022**

495 270 MANAGED LANES STUDY

00006610



WAS-4484

WAS-4477

WAS-4478

WAS-4479

WAS-4481

WAS-4483

WAS-4532

WAS-4482

WAS-4533

WAS-4534

FREDERICK RD

EISENHOWER MEMORIAL HWY

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-29

0  125 250      500
Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022**

495 270 MANAGED LANES STUDY

00006611



WAS 4489

WAS 4493

WAS-4486

WAS 4491

WAS-4487

WAS-4488

WAS 4494

WAS 4495

WAS 4498

WAS 4499

WAS 4502

WAS 4497

WAS 4506

MIDCOUNTY HWY

MIDCOUNTY HWY

MIDCOUNTY HWY

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)

Compensatory SWM LOD

Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-30

N

0  125 250      500
Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022**

495 270 MANAGED LANES STUDY

00006612



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-31

N

0  125 250      500
Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022**

495 270 MANAGED LANES STUDY

00006613



WAS-5310

WAS-5314   WAS-5313

WAS-5315

WAS-4072

DARNESTOWN RD

QUINCE ORCHARD RD

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

- Area of Potential Effects (APE)
- Compensatory SWM LOD
- Parcel Boundaries

NRHP Eligible / Listed

**NOTE: Only MIHP Properties within APE are displayed.**

**Sheet : C-32**

N

0  125 250      500
Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022**

495 270 MANAGED LANES STUDY

00006614



Ward House

WAS-4613

WAS-5601

WAS-5602

DARNESTOWN RD

KEY WEST AVE

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)

Compensatory SWM LOD

Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

**Sheet : C-33**

N

0  125 250    500
Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022**

495 270 MANAGED LANES STUDY

00006615



WAS-5312

WAS-5311

WAS-4615

WAS-4614

WAS-4606

WAS-4607

DARNESTOWN RD

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)

Compensatory SWM LOD

Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-34

N

0  125 250        500
                Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022**

495 270 MANAGED LANES STUDY

00006616



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-35

N

0  125 250        500
Feet

Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022

I-270 MANAGED LANES STUDY
495

00006617



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)

Compensatory SWM LOD

Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-36

N

0  125 250      500
              Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022**

WAS-4083

WAS-4084

WAS-4086

WAS-4087

B&O Railroad, Metropolitan Branch

00006618



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

**Sheet : C-37**

0  125  250        500
Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022**

00006619



WAS 4205

DARNESTOWN RD

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-38

N

0   125  250        500
                    Feet

Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022

495 270 MANAGED LANES STUDY

00006620



Bealisville Rd

Bealisville Historic District

WAS-4208

W.HUNTER RD

DARNESTOWN RD

WAS-4383
WAS-4382

WAS-4385

WAS-4378

WAS-4377

BEALLSVILLE RD

DARNESTOWN RD

WAS-4376

WAS-4386

LYNDENWOOD AVE

COLLAR DR

WAS-4375

WAS-4373

DARNESTOWN RD

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

**Sheet : C-39**

N

0  125 250      500
                  Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022**

495 270 MANAGED LANES STUDY

00006621



WAS-4373
WAS-4371
WAS-4370
WAS-4366
WAS-4364
WAS-4363
WAS-4362
WAS-4361
DARNESTOWN RD

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

**Sheet : C-40**

N

0  125 250    500
Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022**

495  270  MANAGED LANES STUDY

00006622



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-41

N

0  125 250      500
Feet

**Area of Potential Effects and
Summary of Cultural Resources
Compensatory SWM
February 2022**

495 270 MANAGED LANES STUDY

00006623



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

**Sheet : C-42**

N

0 125 250    500
Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022**

495 270 MANAGED LANES STUDY

00006624



WAS 4394
WAS 4393
WAS 4397
WAS 4415
WAS 4413
WAS 4414
WAS 4411
WAS 4412

DARNESTOWN RD
WHITE'S LANDING RD
DARNESTOWN RD
WHITES FERRY RD
WHITES FERRY RD
DARNESTOWN RD

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-43

N

0  125 250        500
                     Feet

Area of Potential Effects and
Summary of Cultural Resources
Compensatory SWM
February 2022

495 270 MANAGED LANES STUDY

00006625



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-44

0  125 250    500 Feet

Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022

495 270 MANAGED LANES STUDY

00006626



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-45

N

0  125 250    500
Feet

Area of Potential Effects and
Summary of Cultural Resources
Compensatory SWM
February 2022

495 270 MANAGED LANES STUDY

00006627



WAS-4215
WAS-4216
WAS-4214
WAS-4218
WAS-4212

BIG WOODS RD
BIG WOODS RD
BEALLSVILLE RD
BEALLSVILLE RD
PEACH GROVE LA

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-46

N

0  125  250      500
Feet

Area of Potential Effects and
Summary of Cultural Resources
Compensatory SWM
February 2022

495 270 MANAGED LANES STUDY

00006628



Sheet : C-47

Area of Potential Effects and
Summary of Cultural Resources
Compensatory SWM
February 2022

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP
Properties within
APE are displayed.

N

0   125  250      500
Feet

495 270 MANAGED LANES STUDY

00006629



Sheet : C-48

Area of Potential Effects and
Summary of Cultural Resources
Compensatory SWM
February 2022

NOTE: Only MIHP
Properties within
APE are displayed.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

0  125  250      500
                 Feet

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

495 270 MANAGED LANES STUDY

00006630



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

**Sheet : C-49**

N

0  125 250       500
                 Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022**

495 270 MANAGED LANES STUDY

00006631



WAS-4339
WAS-4338
WAS-4441
WAS-4336
WAS-4337
WAS-4335
B&O Railroad
Metropolitan
Branch
WAS-4443
WAS-4442
WAS-4445
WAS-4444
WAS-4446

BUCKLODGE RD
BUCK RIDGE CT
BARNESVILLE RD
OLD BUCKLODGE LN
BUCKLODGE RD

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

**Sheet : C-50**

N

0  125 250      500
                 Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022**

495 270 MANAGED LANES STUDY

00006632



WAS-4334

WAS-4333

WAS-4331

WAS-4342

WAS-4345

BUCKLODGE RD

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP
Properties within
APE are displayed.

**Sheet : C-51**

N

0  125  250        500
                    Feet

**Area of Potential Effects and
Summary of Cultural Resources
Compensatory SWM
February 2022**

495 270 MANAGED
LANES STUDY

00006633



WAS 4342

MOORE RD

WAS 4345

117

BUCKLODGE RD

WAS 4347

Friends
Advice /
Waldene

BUCKLODGE RD

WAS 4349

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)

Compensatory SWM LOD

Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP
Properties within
APE are displayed.

**Sheet : C-52**

N

0  125 250      500
Feet

**Area of Potential Effects and
Summary of Cultural Resources
Compensatory SWM
February 2022**

495 270 MANAGED LANES STUDY

00006634



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-53

N

0  125 250      500
Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022**

495 270 MANAGED LANES STUDY

00006635



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-54

N

0  125 250        500
Feet

Area of Potential Effects and
Summary of Cultural Resources
Compensatory SWM
February 2022

495 270 MANAGED LANES STUDY

00006636



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

**Sheet : C-55**

N

0  125 250      500
Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022**

495 270 MANAGED LANES STUDY

00006637



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-56

N

0  125 250      500
                Feet

Area of Potential Effects and
Summary of Cultural Resources
Compensatory SWM
February 2022

495 270 MANAGED LANES STUDY

00006638



WAS 4639
WAS 4638
WAS 4640
WAS 4641
WAS 4644
WAS 4642
WAS 4645
WAS 4646
WAS 4647

RIVER RD
POTOMAC VIEW DR
ISWANS CREEK CT
DEEP GLEN DR
BARN WOOD LA
RIVERWOOD CT
RIVER RD

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)

Compensatory SWM LOD

Parcel Boundaries

NRHP Eligible / Listed

**NOTE: Only MIHP Properties within APE are displayed.**

**Sheet : C-57**

N

0  125 250        500
Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022**

495 270 MANAGED LANES STUDY

00006639



WAS-4647

WAS-4653

WAS-4651

MO_00018

RIVER RD

FALLS RD

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-58

N

0  125 250    500
Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022**

495 270 MANAGED LANES STUDY

00006640



WAS-4660

WAS-4659

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

**Sheet : C-59**

N

0  125 250      500
Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022**

I-495 I-270 MANAGED LANES STUDY

00006641



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-60

N

0   125  250        500
Feet

Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022

495 270 MANAGED LANES STUDY

00006642



WAS 5317

WAS 5316

GREAT SENECA HWY

GREAT SENECA HWY

GREAT SENECA HWY

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)

Compensatory SWM LOD

Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

**Sheet : C-61**

N

0  125 250      500
                Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022**

495 270 MANAGED LANES STUDY

00006643



WAS 3305

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-62

N

0  125 250      500
Feet

Area of Potential Effects and
Summary of Cultural Resources
Compensatory SWM
February 2022

495 270 MANAGED LANES STUDY

00006644



WAS-3601

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP
Properties within
APE are displayed.

Sheet : C-63

N

0   125 250        500
Feet

Area of Potential Effects and
Summary of Cultural Resources
Compensatory SWM
February 2022

270 MANAGED
495 LANES STUDY

00006645



Rock Creek Stream Valley Park, Units 2 and 3

WAS 3612

WAS 3604

WAS 3603

Rock Creek Stream Valley Park, Units 2 and 3

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)

Compensatory SWM LOD

Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

**Sheet : C-64**

0 125 250    500
Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022**

495 270 MANAGED LANES STUDY

00006646



WAS 3616

WAS 3615

WAS 3638

WAS 3637

NORBECK RD

GEORGIA AVE

OLD MD 27

MUNCASTER MILL RD

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)

Compensatory SWM LOD

Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

**Sheet : C-65**

0  125 250      500
Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022**

495 270 MANAGED LANES STUDY

00006647



WAS 3625

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-66

N

0  125 250        500
Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022**

495 270 MANAGED LANES STUDY

00006648



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status.

Area of Potential Effects (APE)
Compensatory SWM LOD
Parcel Boundaries

NRHP Eligible / Listed

NOTE: Only MIHP Properties within APE are displayed.

Sheet : C-67

N

0  125 250    500
Feet

**Area of Potential Effects and Summary of Cultural Resources Compensatory SWM February 2022**

I-495 & I-270 MANAGED LANES STUDY

00006649



Frederick County, MD

W -10
Adamstown

W -5

W -9
Montgomery
Village

W -1

W -6

Montgomery County, MD

Germantown

Gaithersburg

Rockville

North
Bethesda

Bethesda

Potomac

McLean

Olney

Leisure
World

Aspen Hill

Wheaton-Glenmont

Adelphi

Silver
Spring

Hyattsville

W -2
Fairland

W -8

Cloverly

Beltsville

Greenbelt

College
Park

W -3

W -4

Anne Arundel
County, MD

Bowie

Kettering

W -11

W -7

Columbia
Heights

Trinidad

Washington

Arlington

Hillcrest
Heights

Camp
Springs

Marlton

Prince George's County, MD

Fairfax County, VA

Herndon   Reston

Annandale

Alexandria

Oxon Hill

Clinton

W -13
Friendly

Fort
Washington

Springfield

Mt Vernon

Piscataway
Park

Waldorf

St Charles

W -12

Charles County, MD

**Legend**
🟦 Area of Potential Effects/Limit of Disturbance
🟪 Area of Potential Effects (MLS Corridor)

N

1:240,000

0    2    4
━━━━━━ Miles

**Key
Sheet**

**February 2022**

**Area of Potential Effects and
Summary of Cultural Resources
Stream and Wetland Mitigation**

495  270
**MANAGED
LANES STUDY**

00006650



*AN 1*

**Legend**

- Area of Potential Effects/Limit of Disturbance
- Additional Archaeological Investigation Recommended
- Archaeological Site Proposed for Further Treatment in PA
- NRHP Eligible / Listed

N

1 in = 1,000 feet

0    500    1,000

**February 2022**

**Area of Potential Effect and Summary of Cultural Resources Stream and Wetland Mitigation**

*AN 1 : Crabbs Branch*

Sheet : W-1

I-495 & I-270 MANAGED LANES STUDY

00006651