PG:70-104
**PHOTOGRAPHS**

Addition to Lanham Acres



8816 Saunders Lane, south elevation.



8815 Saunders Lane, east oblique.

Addition to Lanham Acres
**PHOTOGRAPHS**



Overview of Ruxton Drive, looking southeast toward 5513 Ruxton Drive.



5511 Ruxton Drive, northwest oblique.

Addition to Lanham Acres



5505 Ruxton Drive, northwest oblique.



Ruxton Drive streetscape, looking east.

Addition to Lanham Acres

**PHOTOGRAPHS**



Ruxton Drive streetscape, looking northwest toward 5500 Ruxton Drive.

PG:70-104                                  Addition to Lanham Acres
**PHOTO LOG**

Number of Photos: **7**
Name of Photographer: **Heather Staton**
Date of Photographs: **2019-01-21**
Location of Original Digital File: **MD SHPO**
File Format: **PG:70-104_2019-01-21_01.tif… etc.**

*Photographs inserted on continuation sheets:*

01.tif
8816 Saunders Lane, south elevation.

02.tif
8815 Saunders Lane, east oblique.

03.tif
Overview of Ruxton Drive, looking southeast toward 5513 Ruxton Drive.

04.tif
5511 Ruxton Drive, northwest oblique.

05.tif
5505 Ruxton Drive, northwest oblique.

06.tif
Ruxton Drive streetscape, looking east.

07.tif
Ruxton Drive streetscape, looking northwest toward 5500 Ruxton Drive.

00007428

## MARYLAND HISTORICAL TRUST
## DETERMINATION OF ELIGIBILITY FORM

NR Eligible: Yes ____

No ____

Property Name: **Adelphi Forest**

Inventory Number: **PG:65-50**

Address: <u>North of I-495, East of Riggs Road</u>

Historic District: <u>Yes</u>

City: <u>Hyattsville</u>    Zip Code: <u>20783</u>

County: <u>Prince George's</u>

USGS Quadrangle(s): <u>Beltsville</u>

Property Owner: <u>Multiple</u>

Tax Account ID: <u>Multiple</u>

Tax Map Parcel(s): <u>Multiple</u>

Tax Map: <u>0017</u>

Project: <u>I-495 & I-270 Managed Lanes Study</u>

Agency: <u>MDOT SHA</u>

Agency Prepared By: <u>Dovetail CRG</u>

Preparer's Name: <u>Melissa Butler</u>

Date Prepared: <u>Feb 18, 2019</u>

Documentation is presented in: <u>Project review and compliance files</u>

Preparer's Eligibility Recommendation: <u>Not Recommended</u>

Criteria:  A    B    C    D

Considerations:  A    B    C    D    E    F    G

> *Complete if the property is a contributing or non-contributing resource to a NR district/property:*
>
> Name of the District/Property:
>
> Inventory Number:              Eligible:              Listed:

Site visit by MHT Staff ____ yes ____ no              Name:              Date:

Description of Property and Justification:

Setting:

Adelphi Forest, a planned residential neighborhood, is bounded by Riggs Road and Knollwood Park on the east, Interstate 495 (I-495) to the south, and Hillandale Forest, another single-family housing community, to the north and west. The neighborhood is composed of single-family dwellings with individual lots ranging between 0.23 acre and 0.39 acre, totaling about 21.77 acres. Streets within Adelphi Forest are laid in a curvilinear pattern with sidewalks lining the public streets. Entry to the community is gained via two access points at Towhee Avenue and Glenmore Drive. Chickadee Lane, Viero Street, Killdeer Avenue, and Towhee Avenue terminate at dead ends. Individual lots have slightly sloped grassy lawns, light tree coverage, bushes, and other ornamental foliage. Secondary resources include sheds.

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| Criteria: ___ A ___ B ___ C ___ D | Considerations: ___ A ___ B ___ C ___ D ___ E ___ F ___ G |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services: | Date: |
| | |
| Reviewer, National Register Program: | Date: |

*Special DOE form produced for the I-270 & I-495 Managed Lanes Study*

NR-ELIGIBILITY REVIEW FORM

PG:65-50                                              Adelphi Forest

Page 2

---

Description:

Adelphi Forest is a planned residential neighborhood comprising 60 single-family dwellings constructed between 1957 and 1963 during the Modern (1930-1960) and Suburban Diversification (1961-1980) periods. Most of the houses are variations of the Colonial Revival and Contemporary styles in the Ranch, Split-Level, Two-Story Massed, and Split-Foyer forms.

Dwellings in Adelphi Forest are primarily three to six bays wide and one to two stories tall. They rest on continuous foundations and are clad primarily in stretcher-bond brick veneer, stone veneer, and aluminum and/or vinyl siding. Roofs vary and include hipped, side-, front-, and cross-gabled, and gable-on-hipped roofs sheathed in asphalt shingles. Many dwellings feature interior and/or exterior-end, brick chimneys, some of which pierce the roof slope.

Primary entrances are typically centered or off-center on the primary elevation and are filled by single-leaf wood or composite doors. These entrances are often accessed via a concrete or brick stoop or larger set of stairs on sloped ground. It is typical for entrance bays to be slightly recessed or sheltered by one-story, partial-width porches.

Additional fenestration includes double-hung-sash vinyl windows with false muntins, aluminum jalousie windows, and wood-framed bay, ribbon, or fixed windows. Paneled or louvered shutters are common throughout the subdivision. Many dwellings feature either attached, single-car garages or carports.

Historic Context:

The land on which Adelphi Forest is located was subdivided by Dr. Charles P. and Zella Saylor (Prince George's County Deed Book [PGCDB] 366, 27). Dr. Saylor was a senior chemist at the National Bureau of Standards and neither he or Zella had previous experience in real estate development. They lived immediately south of present-day Adelphi Forest on Riggs Road, in the Bailey-Saylor Property (PG:65-2) where the Hindu Temple of Metropolitan Washington stands today (Prince George's County Deed Book [PGCDB] 366, 27). They purchased 36.1 acres from Walton C. and Clara Louise John in 1931, and created the first plat for the new neighborhood in 1956 (PGCDB 366, 27). Construction of dwellings began soon after, and was complete by 1964 (Nationwide Environmental Title Research [NETR] 1957, 1963, 1964). Although the Saylors subdivided the property, they were not responsible for construction of the houses in Adelphi Forest. Instead, the couple sold lots to various builders, each of whom built houses according to their own designs. Advertisements for dwellings within Adelphi Forest do not describe the larger neighborhood; rather they highlight features of dwellings for sale, such as four-bedroom Ramblers from $24,950, large living rooms, and wooded lots (The Washington Post 1960a, C7; 1960b, D22; 1961, D8; 1964, E15). Adelphi Forest did not include any neighborhood amenities.

Evaluation:

Adelphi Forest was evaluated in accordance with the Suburbanization Historic Context, Suburbanization Historic Context Addendum, and National Register of Historic Places Criteria A, B, and C.

---

Adelphi Forest is a typical example of a planned residential neighborhood from the late 1950s and early 1960s. The development did not introduce design innovations influential to later developments and does not demonstrate significant associations with important suburban trends. Furthermore, the property is not known to be associated with any other events that have made a significant contribution to the broad patterns of history. Therefore, Adelphi Forest is not eligible under Criterion A.

The subdivision was platted by people not involved in the building and development profession, and archival research has not revealed any information on builders and developers involved with particular dwellings within the neighborhood. The people involved in its formation had no significant influence on suburbanization in Maryland. Research has not shown that the property is associated with the lives of other persons significant in the past. Therefore, the property is not eligible under Criterion B.

Adelphi Forest is a late example of a planned residential neighborhood and does not represent the type of residential development most common in Maryland during the late Modern and early Suburban Diversification periods. The single-family dwellings include standard features typical of the period and demonstrate common stylistic details, materials, and forms. Adelphi Forest does not convey any distinctive characteristics or artistic value; therefore, the neighborhood is not eligible under Criterion C. This neighborhood was not evaluated under Criterion D.

This property encompasses 21.77 acres and is confined to the current property tax parcels, which can be found on Prince George's County Tax Map 17 and also as seen in Prince George's County plat records A2361, 38-80, and 31-141.

References:

KCI Technologies, Inc. (KCI). 1999. Suburbanization Historic Context and Survey Methodology, I-495/I-95 Capital Beltway Corridor Transportation Study, Montgomery and Prince George's Counties, Maryland. KCI Technologies, Inc., Hunt Valley, Maryland. http://www.marylandroads.com/Index.aspx?PageId=214.

Manning, Matt, Danae Peckler, Kerri Barile, Christeen Taniguchi, and Matthew Bray.  RK+K. 2018. Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties, Maryland. Draft. Prepared for the Maryland Department of Transportation State Highway Administration.

Nationwide Environmental Title Research (NETR). Misc. years. Historic Aerial Mosaic, Prince George's County, Maryland. https://www.historicaerials.com/viewer.

Prince George's County Deed Book (PGCDB). Misc. years. Prince George's County Land Records, Archives of Maryland Online. Accessed January 18, 2019. http://www.mdlandrec.net/.

Prince George's County Plat Book (PGCPB). Misc. years. Prince George's County Land Survey, Subdivision, and Condominium Plats, Archives of Maryland Online. Accessed February 13, 2018. http://www.msa.md.gov/megafile/msa/stagser/s1500/s1529/html/0000.html.

The Washington Post. 1960a. "Adelphi Forest."  February 20, 1960, C7.
--- 1960b. "Adelphi Forest." Advertisement. March 13, 1960, D22.
--- 1961. "Adelphi Forest." March 11, 1961, D8.

NR-ELIGIBILITY REVIEW FORM

<u>PG:65-50</u>                                         <u>Adelphi Forest</u>

Page 4

---

--- 1964. "Adelphi Forest." August 29, 1964, E15.

00007432

Adelphi Forest



**Adelphi Forest**
Location: North of I-495, East of Riggs Road

Prince George's County
City: Hyattsville

USGS 7.5' Quadrangle - Beltsville

0     0.5     1 Miles
Scale: 1:24,000

N

**Adelphi Forest**

Location: North of I-495, East of Riggs Road

Prince George's County

City: Hyattsville



Parcel Boundaries

0      0.05      0.1
|___|___|___|___|___| Miles

Scale: 1:3,000

N

00007434

**PHOTOGRAPHS**



West elevation of 10115 Phoebe Lane.



Streetscape, facing north on Towhee Avenue.

00007435



East elevation of 101001 Towhee Avenue.



Northwest oblique of 10005 Riggs Road.



Southwest oblique of 10103 Phoebe Lane.



East elevation of 10104 Phoebe Lane.

PG:65-50

**PHOTOGRAPHS**



Southwest oblique of 10103 Chickadee Lane.

<u>PG:65-50</u>                                              <u>Adelphi Forest</u>
**PHOTO LOG**
_____

Number of Photos: **7**
Name of Photographer: **Katherine M. Watts**
Date of Photographs: **2019-01-08**
Location of Original Digital File: **MD SHPO**
File Format: **PG:65-50_2019-01-08_01.tif… etc.**

*Photographs inserted on continuation sheets:*

01.tif
West elevation of 10115 Phoebe Lane.

02.tif
Streetscape, facing north on Towhee Avenue.

03.tif
East elevation of 101001 Towhee Avenue.

04.tif
Northwest oblique of 10005 Riggs Road.

05.tif
Southwest oblique of 10103 Phoebe Lane.

06.tif
East elevation of 10104 Phoebe Lane.

07.tif
Southwest oblique of 10103 Chickadee Lane.

00007439

# MARYLAND HISTORICAL TRUST
## DETERMINATION OF ELIGIBILITY FORM

NR Eligible: Yes ___

No ___

Property Name: **Allentowne Apartments**    Inventory Number: **PG:76B-76**

Address: 5214 Carswell Avenue and 5218 Morris Avenue    Historic District: No

City: Suitland          Zip Code: 20746    County: Prince George's

USGS Quadrangle(s): Anacostia

Property Owner: Bridgerail Suitland, LLC    Tax Account ID: Multiple

Tax Map Parcel(s): 0000    Tax Map: 0098

Project: I-495 & I-270 Managed Lanes Study    Agency: MDOT SHA

Agency Prepared By: Dovetail CRG

Preparer's Name: Heather Staton    Date Prepared: Apr 16, 2019

Documentation is presented in: Project review and compliance files

---

Preparer's Eligibility Recommendation: Not Recommended

Criteria: A    B    C    D

Considerations: A    B    C    D    E    F    G

> *Complete if the property is a contributing or non-contributing resource to a NR district/property:*
>
> Name of the District/Property:
>
> Inventory Number:          Eligible:          Listed:

Site visit by MHT Staff ___ yes ___ no          Name:          Date:

Description of Property and Justification:

Setting:

Allentowne Apartments, currently known as Allentown Apartments, is a garden apartment complex located south of I-495 in Suitland. The resource is bound by I-495 and Carswell Avenue on the north, the Courts of Camp Springs (Andrews Manor) apartment complex to the south and west, and From the Heart Ministries on the east. Allentowne Apartments spans both the west and east sides of Morris Avenue. The complex consists of eight garden apartment buildings, a pool house, and a pool constructed between 1963 and 1964. The resource comprises four parcels that total 7.74 acres.

The parcel has grassy public areas, mature trees, and bushes at the entrances of buildings. Poured-concrete sidewalks connect the buildings to one another and to on street parking along Carswell and

---

| MARYLAND HISTORICAL TRUST REVIEW |
|---|
| Eligibility recommended:                    Eligibility not recommended: |
| Criteria: ___ A ___ B ___ C ___ D          Considerations: ___ A ___ B ___ C ___ D ___ E ___ F ___ G |
| MHT Comments: |
| |
| |
| Reviewer, Office of Preservation Services:                    Date: |
| |
| Reviewer, National Register Program:                    Date: |

*Special DOE form produced for the I-270 & I-495 Managed Lanes Study*

NR-ELIGIBILITY REVIEW FORM

PG:76B-76                          Allentowne Apartments

Page 2

Morris avenues. A playground is located near the southwestern corner of the resource, and the pool and pool house are at the complex's eastern edge. A wooden "Allentown Apartments" sign stands on the east side of Morris Avenue.

Description:

Allentowne Apartments is a garden apartment complex constructed between 1963 and 1964 and features 178 studio, one-, two-, and three-bedroom units contained within eight garden apartment buildings. The buildings are two to three stories tall and nine to 19 bays wide, with minimal exterior decoration. The continuous foundation and structural system are clad in a brick veneer with vinyl siding between windows. The flat roof has a low, brick parapet on side elevations. Metal flues pierce the roof.

Each building has multiple open-air passageways with wooden staircases that provide access to the single-leaf, metal door associated with each individual unit. Vinyl-clad sliding glass doors that exit onto a poured-concrete patio or balcony are located at the rear of each unit. Railings line the balconies, but ground-level patios are not enclosed.  Fenestration includes sliding vinyl metal windows.

A one-story, brick-clad pool house constructed in 1964 is located east of the apartment buildings. It has a flat roof and features a central walkway that extends to the small pool just east of this building. The key-hole-shaped in-ground pool is surrounded by a poured-concrete patio.

Historic Context:

In February 1963, Andrews Manor, Inc., owned by Burton Reiner and Charles S. Bresler, purchased multiple parcels south of I-495 from Rose Iacovone (PGCDB 2354, 229; 2789, 177; PGCPB WWW 46, 10; WWW 48, 73). Andrews Manor, Inc., immediately began construction on a new apartment complex; following completion, they sold the buildings to Allentown (sometimes referred to as Allentowne) Limited Partnership, at which time the complex became known as Allentowne Apartments (PGCDB 2823, 43; 3032, 354; The Sunday Star 1963, D-11; 1964, D-9). Allentown Limited Partnership owned the apartment complex until March 2019, when they sold to Bridgerail Suitland, LLC, the current owners, for $18,000,000 (PGCDB 41863, 452).

In the early to mid-1960s, Allentowne Apartments was frequently advertised as a garden apartment community with amenities such as individual heaters and air conditioners, laundry and storage facilities, playgrounds, and private balconies. Rent initially started at $95/month for the studio (sometimes referred to as efficiency), $123/month for a furnished studio, $107.50/month for a one-bedroom, $122.50/month for a two-bedroom, and $165-$167.50/month for a three-bedroom unit (The Sunday Star 1963, D-11; 1964, D-9). The advertisements touted easy access to transportation and proximity to schools, churches, shopping centers, and Andrews Air Force Base. According to later advertisements, interior renovations took place around 1989, including updated kitchens and new ceiling fans (The Washington Post 1989, C20).

The date the name changed from Allentowne to Allentown Apartments is unknown. Today, studio units rent for $918/month, one-bedroom units are $927-$1211/month, two-bedroom units are $1,112-

$1,453/month, and three-bedroom units are $1,312-$1,683/month. The playground, balconies, laundry, air-conditioning continue to be selling points for the apartment complex (CoStar Group, Inc. 2019).

Charles S. Bresler was a Washington, D.C., aide to Maryland Governor Spiro Agnew and a local builder-developer in Greenbelt and other locations in Prince George's County (The Sunday Star 1968, B-5). Newspaper articles related to his political career stated that he was responsible for more than 2,000 developments, including apartments and housing developments, in the Washington, D.C., area (The Sunday Star 1966, E-4). During the third quarter of the twentieth century Bresler and Burton J. Reiner, also a local developer, owned Charles Burton Builders, Inc. Projects completed by this company include Town Square, a 180-townhouse development completed as part of the urban renewal area in southwest Washington, D.C., Olde Colonial Woods, a single-family subdivision in Olney, and Heritage Valley, a single-family subdivision in Damascus (The Evening Star 1965, F-2; 1974, C-6; National Park Service n.d.; Washington Star-News 1973, E-8).

Evaluation:

Allentowne Apartments was evaluated as a garden apartment complex in the Suburban Diversification Period (1961-1980) in accordance with the Suburbanization Historic Context Addendum and National Register of Historic Places Criteria A, B, and C.

Allentowne Apartments is an example of a garden apartment complex of the Suburban Diversification Period (1961-1980) and is a basic example of a type commonly built in Prince George's County during this period. It did not introduce design innovations influential to later developments, nor does it demonstrate significant associations with suburban trends such as demographic changes or local planning initiatives. Furthermore, the resource is not known to be associated with any other events that have made a significant contribution to the broad patterns of history. Therefore, the resource is not eligible under Criterion A.

Burton Reiner and Charles S. Bresler were involved in the development of Allentowne Apartments and worked throughout the Washington, D.C., region; however, they had no significant influence on suburbanization in Maryland. Research has not shown that the resource is associated with the lives of other persons significant in the past. Therefore, the resource is not eligible under Criterion B.

Allentowne Apartments is representative of a common mid- to-late twentieth century building type that remains present in the Maryland suburbs. The garden apartment buildings are not the work of a master architect, nor do they exhibit high artistic value. Furthermore, they exhibit common materials and forms, with no distinctive stylistic details. Alterations and new materials, such as replacement windows, have impacted the building's integrity of design and materials. For these reasons, this resource is not eligible under Criterion C. The resource was not evaluated under Criterion D.

The boundary for the resource encompasses 7.74 acres and is roughly defined by I-495 and Carswell Avenue on the north, the Courts of Camp Springs apartment complex to the south and west, and From the Heart Ministries on the east. It is confined to tax parcels 06-441923, 06-441931, 06-3030590, and an additional parcel that is listed as "account unknown" with an ID of "9999999," found on Prince George's County Tax Map 0098.

NR-ELIGIBILITY REVIEW FORM

References:

CoStar Group, Inc. 2019. "Allentown Apartments." Accessed April 11, 2019.
https://www.apartments.com/allentown-suitland-md/dkx14qh/.

The Evening Star. 1965. "Town Square Opens in Southwest." May 21, 1965, F-2.
---1974. "Heritage Valley in Lovely Damascus." May 1, 1974, C-6.

Manning, Matt, Danae Peckler, Kerri Barile, Christeen Taniguchi, and Matthew Bray. RK+K. 2018.
Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties,
Maryland. Draft. Prepared for the Maryland Department of Transportation State Highway Administration.

National Park Service. n.d. Southwest Washington, Urban Renewal Area. HABS DC-856. Photographs,
Written Historical and Descriptive Data. Library of Congress. Accessed April 11, 2019.
https://www.loc.gov/pictures/item/dc1017/.

Prince George's County Deed Book (PGCDB). Misc. years. Montgomery County Land Records, Archives of
Maryland Online. Accessed April 1, 2019. http://www.mdlandrec.net/

Prince George's County Plat Book (PGCPB). Misc. years. Prince George's County Land Survey, Subdivision,
and Condominium Plats, Archives of Maryland Online. Accessed February 20, 2019.
http://www.msa.md.gov/megafile/msa/stagser/s1500/s1529/html/0000.html.

The Sunday Star. 1963. "Enjoy Family Life to Fullest at the New Allentowne Apts."  September 22 1963, D-
11.
---1964. "Immediate Occupancy Allentowne Apts." March 22, 1964, D-9.
---1966. "GOP's Bresler to Ru for Comptroller Post." June 12, 1966, E-4.
---1968. "Greenbelt Furor: Bresler's Libel Suit Heard." January 7, 1968, B-5.

Washington Star-News. 1973. "Olde Colonial Woods." October 26, 1973, E-8.

Allentowne Apartments

**Allentowne Apartments**                                              Prince George's County

Location: 5214 Carswell Avenue and 5218 Morris Avenue                  City: Suitland



USGS 7.5' Quadrangle - Anacostia

0        0.5        1 Miles
Scale: 1:24,000

N

00007444

Allentowne Apartments

**Allentowne Apartments**

Location: 5214 Carswell Avenue and 5218 Morris Avenue

Prince George's County

City: Suitland



Parcel Boundaries

0    0.04    0.07 Miles
Scale: 1:2,000

N

**PHOTOGRAPHS**





Sign of Allentown Apartments from Morris Avenue, looking northeast.



5208-5216 Morris Avenue, looking northwest.

Allentowne Apartments



5209-5211 and 5213-5215 Morris Avenue, looking west.



Rear elevation detail of 5200-5206 Carswell Avenue, looking northwest.

Allentowne Apartments



Stairwell detail on 5202 Morris Avenue, looking south.



Playground, looking west.

PG:76B-76

**PHOTOGRAPHS**



Gated pool, looking north.

PG:76B-76                    Allentowne Apartments
**PHOTO LOG**

Number of Photos: **7**
Name of Photographer: **Katherine Watts**
Date of Photographs: **2019-02-14**
Location of Original Digital File: **MD SHPO**
File Format: **PG:76B-76_2019-02-14_01.tif… etc.**

*Photographs inserted on continuation sheets:*

01.tif
Sign of Allentown Apartments from Morris Avenue, looking northeast.

02.tif
5208-5216 Morris Avenue, looking northwest.

03.tif
5209-5211 and 5213-5215 Morris Avenue, looking west.

04.tif
Rear elevation detail of 5200-5206 Carswell Avenue, looking northwest.

05.tif
Stairwell detail on 5202 Morris Avenue, looking south.

06.tif
Playground, looking west.

07.tif
Gated pool, looking north.

# MARYLAND HISTORICAL TRUST
## DETERMINATION OF ELIGIBILITY FORM

NR Eligible: Yes _____

No _____

Property Name: **Alta Vista Gardens**          Inventory Number: **M: 30-45**

Address: North of I-495, south of Lone Oak Drive, and east of Old Georgetown Road          Historic District: Yes

City: Bethesda          Zip Code: 20814          County: Montgomery

USGS Quadrangle(s): Kensington

Property Owner: Multiple          Tax Account ID: Multiple

Tax Map Parcel(s): Multiple          Tax Map: HP12, GP62

Project: I-495 & I-270 Managed Lanes Study          Agency: MDOT SHA

Agency Prepared By: Dovetail CRG

Preparer's Name: Mical Tawney          Date Prepared: Jan 31, 2019

Documentation is presented in: Project review and compliance files

Preparer's Eligibility Recommendation: Not Recommended

Criteria:   A     B     C     D

Considerations:   A     B     C     D     E     F     G

> *Complete if the property is a contributing or non-contributing resource to a NR district/property:*
>
> Name of the District/Property:
>
> Inventory Number:                    Eligible:                    Listed:

Site visit by MHT Staff _____ yes _____ no          Name:          Date:

Description of Property and Justification:

Setting:

The planned residential neighborhood known as Alta Vista Gardens is bound by I-495 to the south, Old Georgetown Road to the west, the North Bethesda Grove neighborhood to the east, and the Loan Oak neighborhood to the north. Alta Vista Gardens is comprised of single-family dwellings at 9800–9903 Broad Street, 5709–5717 Kingswood Court, 5704–5915 Kingswood Road, 5802–5911 Jarvis Lane, and 4101 and 5800–5918 Ispwich Road. The residential area totals 38.4 acres with 127 single-family dwellings on lots between 0.069 acre and 0.394 acre. Portions of the neighborhood have concrete sidewalks, and street lamps attached to utility poles are found throughout. All driveways are paved, and most properties feature a paved walkway from the street to the building's façade. Individual lots have grassy lawns, moderate tree coverage, and some bushes. Some yards are fenced (picket [vinyl and wooden], chain-link, and split rail). Kingswood Court has a landscaped circular traffic island at the center of a cul-de-sac; Broad Street ends in

| MARYLAND HISTORICAL TRUST REVIEW | | |
|---|---|---|
| Eligibility recommended: | Eligibility not recommended: | |
| Criteria: _____ A _____ B _____ C _____ D | Considerations: _____ A _____ B _____ C _____ D _____ E _____ F _____ G | |
| MHT Comments: | | |
| | | |
| | | |
| Reviewer, Office of Preservation Services: | Date: | |
| | | |
| Reviewer, National Register Program: | Date: | |

NR-ELIGIBILITY REVIEW FORM

<u>M: 30-45</u>                                        <u>Alta Vista Gardens</u>

Page 2

---

a cul-de-sac as well. The streets are curvilinear, following the natural setting. Secondary resources include detached garages, sheds, and swimming pools.

Description:

Alta Vista Gardens contains single-family dwellings constructed primarily between 1948 and 1958 along with many examples of modern infill. The development includes Ranch, modified Cape Cod, Split-Levels, and Minimal Traditional forms. The houses are one to two stories and range from three to five bays. They feature a variety of roof types, nearly all of which are sheathed in asphalt shingles. Front- and side-gabled are most common, although other types include mansard, gable-on-hipped, and cross gabled. Attached and detached garages, both single- and double-car, are present throughout the neighborhood.

A majority of the resources are clad in stretcher-bond brick veneer and vinyl siding, including some houses that exhibit both exterior materials. Cape Cod houses include dormers. Most resources feature an exterior-end, brick chimney as well as metal flues.

Primary entrances are set in the center of the façade and feature single-leaf wood or fiberglass paneled or half glazed doors. The house at 5812 Ipswich Road retains an original wooden door with cascading lights. Some doors feature metal storm doors. A variety of porches are present and include recessed entries. Windows include bay picture windows, tripartite windows, and sliding windows. Six-over-six and one-over-one hung-sash windows are also present. Many houses feature fixed shutters. Secondary resources include carports, sheds, garages, and swimming pools.

Historic Context:

Construction for Alta Vista Gardens began in 1948. The property was developed by Eugene M. Fry and his company, E. M. Fry & Sons (The Washington Post 1965, B2). As noted in Eugene Fry's obituary, Eugene was "active in the development of Bethesda" and was a member of several real estate boards (The Washington Post 1965, B2). In April of 1946, Eugene purchased over 28 acres east of Old Georgetown Road that included the circa-1844 Montgomery Bean House (M: 30-17) at 9827 Old Georgetown Road (Montgomery County Deed Book [MCDB] 913, 428; 1015, 273). It was on this land that he platted and developed Alta Vista Gardens.

Alta Vista Gardens was developed as an extension of Alta Vista, another development to the south. James Graham noted in a 1949 article that Alta Vista Terrace, the first "Alta Vista" neighborhood, "has developed so rapidly in the past two years that population growth has outstripped community services." (Graham 1949, A2). He estimated that roughly 235 houses were built in that area from 1947 to 1949 and that another 150 were under construction (Graham 1949, A2). Topographical maps and aerial photographs show that Alta Vista Gardens was well developed by 1958, and by 1966, additional development had engulfed the surrounding area (Nationwide Environmental Title Research, LLC [NETR] 1957, 1958, 1966).

Advertisements for Alta Vista Gardens primarily focused on individual houses as opposed to the development as a whole and were sold by various realtors, including Eugene Fry. This suggests that Eugene Fry sold the lots to other builders. Most of the houses advertised were listed as ramblers (Ranch houses) with two to three bedrooms, maid's toilets, a living room, a dining room, and basements (The Washington

Post 1949a, R9; The Washington Post 1957, C9). A different advertisement calls the houses "modern new bungalows" and describes them as "attractive brick homes with living room and fireplace, large picture window . . . 2 big bedrooms . . . [and a] fine basement." (The Washington Post 1949b, R8). Other advertisements note the neighborhood's proximity to certain amenities such as the Naval Hospital, National Public Health, elementary schools, and one parochial school (The Washington Post 1953, R7; The Evening Star 1957). Convenience was integral to advertisements for the neighborhood; even an advertisement for Safeway noted the grocer's proximity to a variety of neighborhoods, including Alta Vista Gardens. (The Evening Star 1956, A14). Prices ranged from $15,500 to $28,500, depending on the model.

Evaluation:

Alta Vista Gardens was evaluated in accordance with the Suburbanization Historic Context and National Register of Historic Places Criteria A, B, and C.

Alta Vista Gardens is a typical example of a planned residential neighborhood from the late 1940s and 1950s in suburban Maryland. The development did not introduce design innovations influential to later developments. Furthermore, the property is not known to be associated with any other events that have made a significant contribution to the broad patterns of history. Therefore, the property is not eligible under Criterion A.

Eugene M. Fry, the developer for Alta Vista Gardens, worked throughout the Bethesda area, but was not particularly influential to the suburbanization of Maryland. Furthermore, research has not shown that the neighborhood and encompassing properties are associated with the lives of other people significant in the past. Therefore, the property is not eligible under Criterion B.

Alta Vista Gardens is a modest and basic example of a planned residential neighborhood, with lots sold to a variety of builders. The neighborhood's houses include standard features typical of the period and demonstrate common stylistic details. The houses are not the work of master architects and feature common materials and forms. Finally, the integrity of the neighborhood has been compromised by the high volume of new infill. Because Alta Vista Gardens is an undistinguished example of a planned residential neighborhood and does not convey any distinctive characteristics or artistic value, the neighborhood is not eligible under Criterion C. This neighborhood was not evaluated under Criterion D.

This property encompasses 38.4 acres and bounded by the Capital Beltway to the south, Old Georgetown Road to the west, Lone Oak Drive to the north, and Dickens Drive to the east. It can be found on Montgomery County Tax Maps HP12 and GP62 and in Montgomery County plat records 1684, 1771, and 3329.

References:

The Evening Star. 1956. Advertisement. October 4, 1956, A14.
--- 1957. Advertisement. December 7, 1957, 22.

Graham, James. "Alta Vista Building Up Very Fast: New Roads, Schools Planned in Alta Vista Terrace." The Washington Post. November 13th, 1949: A2.

KCI Technologies, Inc. (KCI). 1999. Suburbanization Historic Context and Survey Methodology, I-495/I-95 Capital Beltway Corridor Transportation Study, Montgomery and Prince George's Counties, Maryland. KCI Technologies, Inc., Hunt Valley, Maryland. http://www.marylandroads.com/Index.aspx?PageId=214.

Manning, Matt, Danae Peckler, Kerri Barile, Christeen Taniguchi, and Matthew Bray. RK+K. 2018. Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties, Maryland. Draft. Prepared for the Maryland Department of Transportation State Highway Administration.

Montgomery County Deed Book (MCDB). n.d. Montgomery County Land Records, misc. years. Archives of Maryland Online. Accessed December 20, 2018. http://www.mdlandrec.net.

Montgomery County Plat (MCP). n.d. Montgomery County Land Survey, Subdivision and Condominium Plats, misc. years. Archives of Maryland Online. Accessed December 20, 2018. http://www.msa.md.gov.

Nationwide Environmental Title Research, LLC (NETR). Misc. years. Historic Aerial Mosaic of Montgomery County, Maryland. Accessed December 21, 2018. https://www.historicaerials.com/viewer.

University of Maryland, Department of American Studies. 2015. National Register of Historic Places Nomination Form: New Mark Commons (M: 30 - 17). Copy on file at Maryland Historical Trust, Crownsville, Maryland.

The Washington Post. 1949a. Advertisement 40. January 11, 1949: R9.
--- 1949b. Advertisement 51. July 10, 1949: R8.
--- 1953. Advertisement 55. September 13, 1953: R7.
--- 1957. Advertisement 41. June 15, 1957: C9.
--- "Eugene M. Fry Dies, County Developer." April 26th, 1965: B2.

## Alta Vista Gardens

Location: North of I-495, south of Lone Oak Drive, and east of Old Georgetown Road
City: Bethesda                                                     Montgomery County



USGS 7.5' Quadrangle - Kensington

Scale: 1:24,000

00007455

## Alta Vista Gardens

Location: North of I-495, south of Lone Oak Drive, and east of Old Georgetown Road
City: Bethesda                                            Montgomery County



Parcel Boundaries

0        0.07        0.15
|  |  |  |  |  |  |  |  | Miles

Scale: 1:5,000

N

Alta Vista Gardens

**PHOTOGRAPHS**



View of 5809-5813 Jarvis Lane, looking north.



View of 5816 Kingswood Road, looking south.

Alta Vista Gardens

**PHOTOGRAPHS**



View of 5817 Kingswood Road, looking north.



View of 5900 Kingswood Road, looking south.



View of 5901 Kingswood Road addition, looking west.



View of 5905 Ipswich Road, looking north.

Alta Vista Gardens



View of 5908 Kingswood Road, looking south.



View of Montgomery Bean House (9827 Old Georgetown Road, M: 30-17), looking southwest.

**PHOTOGRAPHS**



View of 5900 Ipswich Road, looking southwest.



Streetscape featuring 5915 and 5913 Ipswich Road, looking northeast.

M: 30-45
**PHOTOGRAPHS**

Alta Vista Gardens



Streetscape of Kingswood Court, looking northeast.

M: 30-45                                          Alta Vista Gardens

**PHOTO LOG**

Number of Photos: **11**
Name of Photographer: **Katherine McCarthy Watts and Mical Tawney**
Date of Photographs: **2018-12-06**
Location of Original Digital File: **MD SHPO**
File Format: **M: 30-45_2018-12-06_01.tif… etc.**

*Photographs inserted on continuation sheets:*

01.tif
View of 5809-5813 Jarvis Lane, looking north.

02.tif
View of 5816 Kingswood Road, looking south.

03.tif
View of 5817 Kingswood Road, looking north.

04.tif
View of 5900 Kingswood Road, looking south.

05.tif
View of 5901 Kingswood Road addition, looking west.

06.tif
View of 5905 Ipswich Road, looking north.

07.tif
View of 5908 Kingswood Road, looking south.

08.tif
View of Montgomery Bean House (9827 Old Georgetown Road, M: 30-17), looking southwest.

09.tif
View of 5900 Ipswich Road, looking southwest.

10.tif
Streetscape featuring 5915 and 5913 Ipswich Road, looking northeast.

11.tif
Streetscape of Kingswood Court, looking northeast.

# MARYLAND HISTORICAL TRUST
# DETERMINATION OF ELIGIBILITY FORM

NR Eligible: Yes ____

No ____

Property Name: **Andrews Manor**　　　　　　　Inventory Number: **PG:76B-77**

Address: South of I-495, east of Auth Road, west of Courts of Camp Springs　　　Historic District: Yes

City: Suitland　　　　　　　Zip Code: 20746　　　　　　　County: Prince George's

USGS Quadrangle(s): Anacostia

Property Owner: Multiple　　　　　　　　　　Tax Account ID: Multiple

Tax Map Parcel(s): Multiple　　　　　　　　Tax Map: 0098

Project: I-495 & I-270 Managed Lanes Study　　　Agency: MDOT SHA

Agency Prepared By: Dovetail CRG

Preparer's Name: Heather Staton　　　　　　　Date Prepared: Apr 16, 2019

Documentation is presented in: Project review and compliance files

Preparer's Eligibility Recommendation: Not Recommended

Criteria:　A　B　C　D

Considerations:　A　B　C　D　E　F　G

| *Complete if the property is a contributing or non-contributing resource to a NR district/property:* | | |
|---|---|---|
| Name of the District/Property: | | |
| Inventory Number: | Eligible: | Listed: |

Site visit by MHT Staff ____ yes ____ no　　　　Name:　　　　　Date:

Description of Property and Justification:

Setting:

Andrews Manor is a planned residential development on the south side of I-495 in Suitland. It is bounded by I-495 on the north, Auth Road on the west, Super 8 at Camp Springs on the south, and the Courts of Camp Springs on the east. The 48 single-family dwellings sit on lots ranging between 0.16 and 0.3 acre. Individual lots are evenly graded with moderate tree coverage, plant beds, and bushes. All lots feature a concrete driveway and are occasionally fenced. Andrews Manor has seven streets, three of which terminate in cul-de-sacs. Within the 13.7-acre development, all streets are lined with a concrete curb and sidewalks. Secondary resources include sheds.

Description:

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| Criteria: ____ A ____ B ____ C ____ D | Considerations: ____ A ____ B ____ C ____ D ____ E ____ F ____ G |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services: | Date: |
| | |
| Reviewer, National Register Program: | Date: |

*Special DOE form produced for the I-270 & I-495 Managed Lanes Study*

Andrews Manor is a planned residential development platted in 1958 comprising 48 single-family dwellings constructed between 1961 and 1962. Most of the houses are constructed in variations of the Ranch and Transitional Ranch forms.

Dwellings are primarily four to seven bays wide and one story tall. Cladding on the houses includes stretcher-bond brick veneer, vinyl or aluminum siding, or a combination of the two. Roofs are side gable and sheathed in asphalt shingles. Most dwellings feature a single brick chimney placed at a side elevation or metal flues that pierce the roof's slope.

Primary entrances are typically off-center on the façade and contain a single-leaf wood or fiberglass door and storm door often accessed by a concrete or brick stoop or partial-width porch. Original windows include metal- or wood-framed ribbon or metal-framed sliding units. Many houses in the development have replacement vinyl windows, some with faux muntins. Paneled or louvered shutters commonly flank windows on the primary elevation. Attached, single-car garages are incorporated into the original design of many houses; in many dwellings, the garages have been converted into living space.

Historic Context:

In September 1958, Lovell O. and Gertrude Dallas Minear sold 106.48 acres to Rose Iacovone (Prince George's County Deed Book [PGCDB] 2255, 252; Prince George's County Plat Book [PGCPB] WWW 33, 59). That same month, Iacovone created a plat for Andrews Manor, a subdivision on 13.7 acres south of the proposed Washington Circumferential Highway and east of Auth Road. It contained four blocks with 48 lots, four streets, and three cul-de-sacs. Following the submission of the plat, Iacovone sold the lots to Robin Hood Homes, Inc., a building firm operated by members of the Lucente family, including Frank, Sr., John, and Frank, Jr. (The Evening Star 1964a, 27). Robin Hood Homes, Inc., completed construction on the houses by 1962 and sold the developed lots to individual home buyers, often for around $15,000 (e.g., PGCDB 2616, 288, 556; 8348, 835). This developer was involved with the project through completion, resulting in a comprehensively planned subdivision.

Early newspaper advertisements do not note the name of the subdivision, but instead touted the name of the builder, Robin Hood Homes, Inc., which was common for this firm (The Evening Star 1961, B-3; 1964b, 29). The houses were marketed as three-bedroom ranch ramblers near many conveniences such as shopping centers in Penn-Mar and Marlow Heights, schools, religious facilities, bus routes, and the proposed Andrews Plaza Shopping Center (The Evening Star 1961, B-3). Prices for the houses started at $15,650 and Federal Housing Administration and conventional financing was available with no down payment for veterans (The Evening Star 1961, B-3).

Frank Lucente, Sr. was involved in house construction from the mid 1940s through the 1960s with several members of his family, including his sons, although the firm was not officially called Robin Hood Homes, Inc., until the early 1960s (The Evening Star 1964, 27). The firm was responsible for other subdivisions in Prince George's County throughout the 1960s and early 1970s, including Robin Hood Plains and King's Grant in Oxon Hill and Country Village in District Heights (The Evening Star 1964a, 27; 1964b, 29; 1966, E-5; 1967, D-13).

NR-ELIGIBILITY REVIEW FORM

PG:76B-77                                   Andrews Manor

Page 3

—————————————————————————————————————————————————

Evaluation:

Andrews Manor was evaluated as a planned residential development of the Suburban Diversification Period (1961-1980), when construction took place, in accordance with the Suburbanization Historic Context Addendum and National Register of Historic Places Criteria A, B, and C.

Andrews Manor is typical of planned residential developments in Maryland and the Washington, D.C., suburbs and is a basic example of the type constructed during the early Suburban Diversification Period. The development did not shape future residential design and does not demonstrate significant associations with important suburban trends. Furthermore, the resource is not known to be associated with any other events that have made a significant contribution to the broad patterns of history. Therefore, Andrews Manor is not eligible under Criterion A.

Although Robin Hood Homes, Inc., built houses in southern Prince George's County throughout the third quarter of the twentieth century, neither the firm, nor the individuals associated with it, including Frank Lucente, Sr., John Lucente, and Frank Lucente, Jr., had a significant influence on suburbanization in Maryland. Research has not shown that the development is associated with the lives of other persons significant in the past. Therefore, the resource is not eligible under Criterion B.

Andrews Manor is a modest and basic example of a planned residential development and demonstrates none of the innovations in residential developments that occurred during the Suburban Diversification Period. The development's Ranch and Transitional Ranch forms include standard features typical of the period and demonstrate no distinctive stylistic details. Because Andrews Manor is a modest and basic example of a planned residential development and does not convey any distinctive characteristics or artistic values, the resource is not eligible under Criterion C. Andrews Manor was not evaluated under Criterion D.

The boundary for the resource encompasses 13.7 acres and is bounded by I-495 on the north, Auth Road on the west, Super 8 at Camp Springs on the south, and the Courts of Camp Springs on the east, as defined in Prince George's County Plat Book WWW 33, page 59. It includes multiple parcels found on Prince George's County Plat Tax Map 0098.

References:

The Evening Star. 1961. "Grand Opening Robin Hood Homes." April 22, 1961, B-3.
---1964a. "Whole Family Participates in Building these Houses." April 10, 1964, 27.
---1964b. "Grand Opening Robin Hood Homes." April 17, 1964, 29.
---1966. "Country Village." September 16, 1966, E-5.
---1967. "Ground is Broken for King's Grant." May 26, 1967, D-13.

KCI Technologies, Inc. 1999. Suburbanization Historic Context and Survey Methodology, I-495/I-95 Capital Beltway Corridor Transportation Study, Montgomery and Prince George's Counties, Maryland. KCI Technologies, Inc., Hunt Valley, Maryland.

NR-ELIGIBILITY REVIEW FORM

PG:76B-77                                    Andrews Manor

Page 4

Manning, Matt, Danae Peckler, Kerri Barile, Christeen Taniguchi, and Matthew Bray. RK+K. 2018. Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties, Maryland. Draft. Prepared for the Maryland Department of Transportation State Highway Administration.

Prince George's County Deed Book (PGCDB). n.d. Prince George's County Land Records, misc. years. Archives of Maryland Online. Accessed February 8, 2019. http://www.mdlandrec.net/.

Prince George's County Plat Book (PGCPB). n.d. Prince George's County Land Survey, Subdivision, and Condominium Plats, misc. years. Archives of Maryland Online. Accessed February 8, 2019. http://www.mdlandrec.net/.

**Andrews Manor**                                                    Prince George's County

Location: South of I-495, east of Auth Road, west of Courts of Camp Springs          City: Suitland



USGS 7.5' Quadrangle - Anacostia

0    0.5    1 Miles

Scale: 1:24,000

N

Andrews Manor

**Andrews Manor**

Location: South of I-495, east of Auth Road, west of Courts of Camp Springs

Prince George's County

City: Suitland



Parcel Boundaries

0    0.07    0.15
Miles
Scale: 1:4,000

N

00007469





6102 Carswell Terrace, looking north.



6206 Auth Road, looking south.

Andrews Manor



6226 Auth Road, looking northeast.



Streetscape of Morris Avenue, looking south.

PG:76B-77
**PHOTOGRAPHS**



5481 Morris Avenue, looking north.



6114 Auth Road, looking northwest.

PG:76B-77                                    Andrews Manor

**PHOTO LOG**

Number of Photos: **6**
Name of Photographer: **Katherine Watts**
Date of Photographs: **2019-02-14**
Location of Original Digital File: **MD SHPO**
File Format: **PG:76B-77_2019-02-14_01.tif… etc.**

*Photographs inserted on continuation sheets:*

01.tif
6102 Carswell Terrace, looking north.

02.tif
6206 Auth Road, looking south.

03.tif
6226 Auth Road, looking northeast.

04.tif
Streetscape of Morris Avenue, looking south.

05.tif
5481 Morris Avenue, looking north.

06.tif
6114 Auth Road, looking northwest.

00007473

## MARYLAND HISTORICAL TRUST
## DETERMINATION OF ELIGIBILITY FORM

NR Eligible: Yes ___

No ___

Property Name: **Andrews Manor Apartments**

Address: South of I-495, north of Morris Avenue

City: Suitland          Zip Code: 20746

USGS Quadrangle(s): Anacostia

Property Owner: Bristol Pines, Ltd. Partnership

Tax Map Parcel(s): Multiple

Project: I-495 & I-270 Managed Lanes Study

Agency Prepared By: Dovetail CRG

Preparer's Name: Heather Staton

Inventory Number: **PG:76B-78**

Historic District: No

County: Prince George's

Tax Account ID: Multiple

Tax Map: 0098

Agency: MDOT SHA

Date Prepared: Apr 19, 2019

Documentation is presented in: Project review and compliance files

Preparer's Eligibility Recommendation: Not Recommended

Criteria:  A    B    C    D

Considerations:  A    B    C    D    E    F    G

> *Complete if the property is a contributing or non-contributing resource to a NR district/property:*
>
> Name of the District/Property:
>
> Inventory Number:          Eligible:          Listed:

Site visit by MHT Staff ___ yes ___ no          Name:          Date:

Description of Property and Justification:

Setting:

Andrews Manor Apartments, currently known as the Courts of Camp Springs, is a garden apartment complex located south of I-495 in Suitland. The resource is bounded by I-495 and Carswell Avenue on the north, the Allentowne Apartments, another apartment complex, to the east, Andrews Manor, a single-family subdivision, to the west, and Morris Avenue to the south. The complex consists of 13 garden apartment buildings, a pool, a pool house, and a leasing office. The resource comprises five parcels which total 19.79 acres and is enclosed with metal fencing.

The complex's landscaping includes grassy public areas, mature trees, and bushes at the entrances of buildings. Concrete sidewalks connect the buildings to one another and to parking areas that are located

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| Criteria: ___ A ___ B ___ C ___ D | Considerations: ___ A ___ B ___ C ___ D ___ E ___ F ___ G |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services: | Date: |
| | |
| Reviewer, National Register Program: | Date: |

*Special DOE form produced for the I-270 & I-495 Managed Lanes Study*

NR-ELIGIBILITY REVIEW FORM

PG:76B-78                              Andrews Manor Apartments

Page 2

---

between buildings and along Maxwell Drive. The apartment complex has two playgrounds. A wooden sign for the complex, supported by brick posts, stands on the south side of Carswell Avenue, and metal lamp posts are found throughout the resource.

Description:

Andrews Manor Apartments is a garden apartment complex constructed between 1959 and 1961. It features 414 studio, one-, two-, and three-bedroom units. In addition to one-story apartment units, this complex also has two-story townhouse-like units. The 13 garden apartment buildings are two to three stories tall and multiple bays wide with minimal exterior decoration. The continuous foundation and structural system are clad in a brick veneer with vinyl siding located between windows. Roofs are gabled, sheathed in asphalt shingles, and pierced by metal flues.

The primary entrance for individual units is located within an enclosed stairwell. Units also have a secondary entrance that provides access to a patio or wood balcony lined with a metal railing. Those buildings that contain the two-story townhouse floor plans have an exterior primary entrance for each unit surrounded by a wooden trellis. All doors are made of metal or fiberglass. Windows include sliding and fixed vinyl-clad or metal units.

A one-story, concrete pool house constructed between 1959 and 1961 is located north of Carswell Avenue. It has a low-pitched roof and has single-leaf doors on the west elevation. Immediately west of the pool house are a pool and a children's wading pool, both of which are surrounded by poured-concrete and enclosed with metal fencing.

A circa-2008 leasing office is located east of the pool house and north of Carswell Avenue (Google 2019). The southernmost portion of the office is covered by a front-gabled roof and has a single-leaf storm doors on the west and east elevations. A one-story hyphen connects the southernmost portion of the office to another circa-2008 building that holds the leasing office. This northernmost portion section is covered by a side-gabled roof and clad in fiber cement siding.

Two playgrounds, one near Carswell Avenue and one near Maxwell Drive, and a wooden sign south of Carswell Avenue are also associated with Andrews Manor Apartments.

Historic Context:

The land on which the Andrews Manor Apartments currently stands was part of a late-1950s land subdivision known as Andrews Manor. In September 1958, Lovell O. and Gertrude Dallas Minear sold 106.48 acres to Rose Iacovone (Prince George's County Deed Book [PGCDB] 2255, 252). Following this purchase, Iacovone created Plat No. 2 of Andrews Manor Section 2, a 26-acre subdivision located just east of a single-family neighborhood of the same name, in October of the same year. The Andrews Manor Apartments development was limited to five of the seven lots on the 1958 plat: A, B, C, D, and E (PGCPB WWW 33, 72). Wanted advertisements for carpenters and plumbers to work on the Andrews Manor Apartments project in April, May, and June 1959 suggest that the buildings were constructed during Iacovone's ownership (The Evening Star 1959, A-17; The Sunday Star 1959a, D-3; 1959b, E-2).

Following construction of the apartments, Iacovone sold the five lots to Eleanor Pace of Webb and Knapp, Inc., through transactions in 1960 and 1961 (PGCDB 2441, 536). In April 1963, Andrews Manor, Inc., purchased the apartment complex and sold it to Andrews Manor Associates in October of the same year (The Evening Star 1963, B-5; PGCDB 2808, 193; 2808, 572). Andrews Manor Associates, composed of general partners Jerome Friedlander, Nathaniel Goldberg, and Martin Krisch, remained the owner of the apartment complex until 2005, at which time it was sold to the current owner, Bristol Pines Ltd. Partnership (PGCDB 22744, 613). It is likely that the name change from Andrews Manor Apartments to the Courts of Camp Springs occurred around this transaction (The Washington Post 2007, T.9; Whitlock 1999, B-7).

The earliest advertisements for Andrews Manor Apartments described the buildings as being of the New California Ranch style (The Sunday Star 1960a, A-3). The apartments featured amenities such as air conditioners, courtyards, private patios and balconies, and a swimming pool. When the apartments opened, rent started at $79.50/month for the studio, $89.50/month for a one-bedroom, $110/month for a two-bedroom, and $135/month for a three-bedroom unit (The Sunday Star 1960a, A-3). The advertisements touted easy access to transportation and proximity to schools, shopping centers, and Andrews Air Force Base (The Sunday Star 1960b, E-9). In 1967, the apartment complex became desegregated and accepted residents of all races (The Evening Star 1967, A-7).

Today, studio units rent for $1,000/month, one-bedroom units are $1,100/month, two-bedroom units are $1,350-$1,375/month, and three-bedroom units are $1,600/month (CoStar Group, Inc. 2019). Easy access to public transportation and Andrews Air Force Base playground, balconies, laundry, air-conditioning continue to be selling points for the apartment complex.

Research could not associate Rose Iacovone with any other development or real estate projects in Maryland other than the subdivision of Andrews Manor in the late 1950s and early 1960s. Jerome Friedlander, Nathaniel Goldberg, and Martin Krisch were involved with several real estate and development firms throughout the Washington, D.C., region during the 1960s and 1970s. Goldberg and Kirsch were associated with Portal Enterprises, the developer for the River Forest subdivision in Fort Washington, and in the mid-1960s, Goldberg was the head of MHA Associates (The Evening Star 1965, A-12; 1969, 54). Friendlander worked for the Robert H. Kent and Co. firm, which was responsible for Layhill Village in Silver Spring and Crest Park in Hillandale (The Sunday Star 1964, G-17; 1966, H-21).

Evaluation:

Andrews Manor Apartments was evaluated as a garden apartment complex spanning the Modern (1930-1960) and Suburban Diversification (1961-1980) periods in accordance with the Suburbanization Historic Context, Suburbanization Historic Context Addendum, and National Register of Historic Places Criteria A, B, and C.

Andrews Manor Apartments is a basic example of an apartment type commonly built in Prince George's County during this period. It did not introduce design innovations influential to later developments, nor does it demonstrate significant associations with suburban trends such as demographic changes or local planning initiatives. Furthermore, the resource is not known to be associated with any other events that

NR-ELIGIBILITY REVIEW FORM

PG:76B-78                              Andrews Manor Apartments

Page 4

_____

have made a significant contribution to the broad patterns of history. Therefore, the resource is not eligible under Criterion A.

Jerome Friedlander, Nathaniel Goldberg, and Martin Krisch were involved in the development of Andrews Manor Apartments and were in real estate development throughout the Washington D.C. region; however, they had no significant influence on suburbanization in Maryland. Research has not shown that the property is associated with the lives of other persons significant in the past. Therefore, the resource is not eligible under Criterion B.

Andrews Manor Apartments is representative of a common mid- to late-twentieth-century building type that remains present in the Maryland suburbs. The garden apartment buildings are not the work of a master architect, nor do they exhibit high artistic value. Furthermore, they exhibit common materials and forms, with no distinctive stylistic details. Alterations and new materials, such as replacement windows, have impacted the building's integrity of design and materials. For these reasons, this resource is not eligible under Criterion C. The resource was not evaluated under Criterion D.

The boundary for the resource encompasses 19.79 acres and is roughly defined by I-495 and Carswell Avenue on the north, the Allentowne Apartments, another apartment complex, to the east, and Andrews Manor, a neighborhood, to the west, and Morris Avenue to the south. It is confined to five tax parcels (06-417642, 06-417626, 06-0417618, 06-0417659, and 06-0417634) found on Prince George's County Tax Map 0098.

References:
CoStar Group, Inc. 2019. "The Courts of Camp Springs."  https://www.apartments.com/the-courts-of-camp-springs-suitland-md/2rcq9hb/.

The Evening Star. 1959. "Carpenters Wanted." May 16, 1959, A-17.
---1963. "Andrews Manor Sold." May 4, 1963, B-5.
---1965. "Managers Elect Officers." December 31, 1965, A-12.
---1967. "Pentagon Housing Bias Ban, Realty Men Assess Andrews Ruling." June 23, 1967, A-7.
---1969. "River Forest." June 13, 1969, 54.

KCI Technologies, Inc. 1999. Suburbanization Historic Context and Survey Methodology, I-495/I-95 Capital Beltway Corridor Transportation Study, Montgomery and Prince George's Counties, Maryland. KCI Technologies, Inc., Hunt Valley, Maryland. https://www.roads.maryland.gov/OPPEN/The%20Suburbanization%20Historic%20Context%20and%20Survey%20Methodology.pdf.

Manning, Matt, Danae Peckler, Kerri Barile, Christeen Taniguchi, and Matthew Bray. RK+K. 2018. Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties, Maryland. Draft. Prepared for the Maryland Department of Transportation State Highway Administration.

Prince George's County Deed Book (PGCDB). Misc. years. Montgomery County Land Records, Archives of Maryland Online. Accessed April 1, 2019. http://www.mdlandrec.net/.

NR-ELIGIBILITY REVIEW FORM

PG:76B-78                                     Andrews Manor Apartments

Page 5

Prince George's County Plat Book (PGCPB). Misc. years. Prince George's County Land Survey, Subdivision, and Condominium Plats, Archives of Maryland Online. Accessed February 20, 2019. http://www.msa.md.gov/megafile/msa/stagser/s1500/s1529/html/0000.html.

The Sunday Star. 1959a. "Plumbers." April 2, 1959, D-2.
---1959b. "Carpenters Wanted." June 7, 1959, E-2.
---1960a. "Grand Opening Andrews Manor." May 1, 1960, A-3.
---1960b. "Cool Air Cond. Andrews Manor."June 26, 1960, E-9.
---1964. "Crest Park. HIllandale." September 27, 1964, G-17.
---1966. "Silver Spring-Layhill Village." March 13, 1966, H-21.

The Washington Post. 2007. "In Brief" September 6, 2007, T.9.

Whitlock, Craig. 1999. "Confusion over police shooting; Pr. George's man may have tried to break up drug deal." September 29, 1999, B-7.

**Andrews Manor Apartments**

Location: South of I-495, north of Morris Avenue

Prince George's County

City: Suitland



USGS 7.5' Quadrangle - Anacostia

Scale: 1:24,000

Andrews Manor Apartments

**Andrews Manor Apartments**
Location: South of I-495, north of Morris Avenue

Prince George's County
City: Suitland



Parcel Boundaries

0    0.05    0.1
Miles
Scale: 1:3,000

N



Entrance sign on Carswell Avenue, looking east.



Grassy areas and walkways between buildings from Maxwell Drive, looking west.



6206 and 6208 Maxwell Avenue, looking east.



Playground overview, looking east from Maxwell Drive.

PG:76B-78
**PHOTOGRAPHS**



6243-6267 Maxwell Drive, looking northwest.



6202-6204 Maxwell Drive, looking east.

Andrews Manor Apartments



Rear elevation of apartment building, from Carswell Avenue, looking south.



Overview of wading pool, pool house, leasing office, looking northeast from Carswell Avenue.



Pool house, looking northeast.



Lampost on Carswell Avenue, looking northwest.

PG:76B-78                    Andrews Manor Apartments
**PHOTO LOG**

Number of Photos: **10**
Name of Photographer: **Katherine Watts**
Date of Photographs: **2019-02-14**
Location of Original Digital File: **MD SHPO**
File Format: **PG:76B-78_2019-02-14_01.tif… etc.**

*Photographs inserted on continuation sheets:*

01.tif
Entrance sign on Carswell Avenue, looking east.

02.tif
Grassy areas and walkways between buildings from Maxwell Drive, looking west.

03.tif
6206 and 6208 Maxwell Avenue, looking east.

04.tif
Playground overview, looking east from Maxwell Drive.

05.tif
6243-6267 Maxwell Drive, looking northwest.

06.tif
6202-6204 Maxwell Drive, looking east.

07.tif
Rear elevation of apartment building, from Carswell Avenue, looking south.

08.tif
Overview of wading pool, pool house, leasing office, looking northeast from Carswell Avenue.

09.tif
Pool house, looking northeast.

10.tif
Lampost on Carswell Avenue, looking northwest.

## MARYLAND HISTORICAL TRUST
## DETERMINATION OF ELIGIBILITY FORM

NR Eligible: Yes ___

No ___

Property Name: **Andrews Manor Shopping Center**          Inventory Number: **PG:76B-79**

Address: 4801-4949 Allentown Road          Historic District: No

City: Suitland          Zip Code: 20746          County: Prince George's

USGS Quadrangle(s): Anacostia

Property Owner: American Property Andrews Manor, LLC/Consortium One Andrews, LLC   Tax Account ID: Multiple

Tax Map Parcel(s): 0000          Tax Map: 0098

Project: I-495 & I-270 Managed Lanes Study          Agency: MDOT SHA

Agency Prepared By: RK&K, LLP

Preparer's Name: Jacob Bensen          Date Prepared: May 9, 2019

Documentation is presented in: Project review and compliance files

Preparer's Eligibility Recommendation: Not Recommended

Criteria:   A     B     C     D

Considerations:   A     B     C     D     E     F     G

| *Complete if the property is a contributing or non-contributing resource to a NR district/property:* | | |
|---|---|---|
| Name of the District/Property: | | |
| Inventory Number: | Eligible: | Listed: |

Site visit by MHT Staff ___ yes ___ no          Name:          Date:

Description of Property and Justification:

The following evaluation refers to the Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties, Maryland (October 2018).

Location/Setting

The Andrews Manor Shopping Center is located in Suitland, Prince George's County. The 21.33-acre property is in a densely developed area of the county, surrounded by apartment buildings, single-family dwellings, and other commercial developments. Andrews Manor Shopping Center is bordered to the north by I-95/I-495, to the south by Allentown Road (MD 337) and Joint Base Andrews, to the west by commercial and residential developments, and to the east by commercial developments and the highway ramp from I-95/I-495 to MD 337. The property is buffered from I-95/I-495 by trees and separated from

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| Criteria: ___ A ___ B ___ C ___ D | Considerations: ___ A ___ B ___ C ___ D ___ E ___ F ___ G |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services: | Date: |
| | |
| Reviewer, National Register Program: | Date: |

*Special DOE form produced for the I-270 & I-495 Managed Lanes Study*

NR-ELIGIBILITY REVIEW FORM

PG:76B-79                                      Andrews Manor Shopping Center

Page 2

---

Allentown Road by tree- and grass-landscaped islands and concrete sidewalks. Access is provided by two driveways from Allentown Road and a driveway to the former service station at the corner of Allentown Road and the I-95/I-495 access ramp. There are six buildings on the property, surrounded by asphalt parking lots with tree-landscaped islands, a metal flag pole, metal bollards, and light standards. A metal, plastic, and synthetic stucco Andrews Manor Shopping Center sign with a clock and tenant names and a metal and plastic sign for From the Heart Church Ministries Annex are located along Allentown Road. The rear area of 4949 Allentown Road, including two playgrounds surrounded by a metal fence, are secured by a set of swing-arm gates adjacent to the building's southwest elevation and chain-link gates at the northeast elevation. A cellular communications tower and two associated outbuildings are located at the northeast corner of the property, adjacent to the northeast elevation of 4801 Allentown Road, and surrounded by a wood-plank fence.

Architectural Description

The Andrews Manor Shopping Center is an extensively altered planned commercial development consisting of a 1963 strip center, a 1965 former movie theater, a 1971 former furniture store/warehouse, a small 1975 store/office building, a circa 1981 restaurant building, and a drive-thru restaurant building constructed some time between 1995 and 2002. The 1963 strip center and 1965 former movie theater were renovated with unifying architectural features and ornament sometime between 1995 and 2002. The 1971 former furniture store/warehouse received a small circa 2013 addition at the façade.

The 1963 strip center and 1965 former movie theater occupy the northeast section of the property, the 1971 former furniture warehouse/showroom occupies the northwest section, the 1975 store/office building occupies the southwest section, and the two newest buildings are located in the parking lot to the southeast of the strip center. All buildings sit on a concrete slab foundation and have a flat roof with mechanical equipment.

Strip Center, 4801-4917 Allentown Road (1963, façade renovation some time between 1995 and 2002)

This large, roughly rectangular, one-story building with no architectural style, is clad at the southeast façade in synthetic stucco above painted brick set in a running bond, at the southwest and northeast elevations in painted brick set in a running bond, and at the northwest elevation in painted concrete block. A covered pedestrian walkway, supported by square metal posts, runs along the façade, with a tall synthetic-stucco clad parapet wall with back-lit plastic and metal signs above. Synthetic-stucco-clad towers, topped with pyramidal-roofed lanterns, stand at intervals along the facade. Main tenant entrances consist of single and paired metal-and-glass doors with transoms, flanked by storefront windows. At the northeast anchor store, the storefront windows wrap around to the northeast elevation. Some storefronts include fabric awnings or metal security shutters.

Secondary entrances are located at the sides and rear of the strip center. The southwest elevation has paired metal doors and two bricked-in doors at ground level, and a single metal door accessed by a metal staircase and sheltered by a metal awning. Service entrances, including loading docks; single and paired metal doors opening onto concrete loading platforms, ramps, and staircases; and metal roll-up garage doors are located at the northwest (rear) elevation. The service entrances to the southwest anchor store are sheltered by projecting metal hoods, and a service entrance to the northeast anchor store is sheltered

NR-ELIGIBILITY REVIEW FORM

PG:76B-79                              Andrews Manor Shopping Center

Page 3

---

by a wood-shingled awning. The northeast elevation has a concrete loading platform, built between 2015 and 2019, with a single metal door and a roll-up garage door, both sheltered by a projecting standing-seam metal awning.

Former Andrews Manor Theatre/Andrews Manor Twin (1965, 'twinned' in early 1970s, façade renovation some time between 1995 and 2002)

This rectangular plan one-story building with no architectural style is clad in brick set in a running bond, painted on the southwest façade, and southeast and northeast (side) elevations. Synthetic stucco panels are present above the brick cladding on the façade and southeast elevation. The main entrance is located on the façade and consists of paired metal-and-glass doors with a metal security shutter flanked by a metal-and-glass window wall. The entrance is sheltered by a flat-roofed, irregular-shaped canopy supported by posts identical to those on the strip center. Secondary entrances consist of single and paired metal doors north of the main entrance, and a single metal door flanked by metal-and-glass window walls on the southeast elevation. The northeast elevation has no fenestration and the northwest elevation was not accessible during this survey.

Former Levitz Furniture Warehouse and Showroom (1971, circa 2013 renovation and in-fill addition)

This nearly rectangular plan, one-story former Levitz Furniture Warehouse and Showroom with no architectural style has a concrete block foundation and is clad in synthetic stucco panels. Historic aerial images show a circa 2013 addition near the south end of the southeast façade, filling in a previously open space. Large, three-dimensional lettering reading "JESUS IS LORD/FROM THE HEART CHURCH MINISTRIES" and the church's logos are present at the façade, lit by projecting light fixtures. The main entrance is located at the center of the façade, consisting of four sets of metal-and-glass paired doors with sidelights and two sets of metal-and-glass paired doors flanked by multi-light sidelights, with multi-light transoms. The entrance is sheltered by a flat-roofed metal canopy and opens onto a concrete pedestrian walkway with the church logo. Secondary façade entrances are paired metal doors with small rectangular windows sheltered by metal-framed fabric awnings, located southwest of the main entrance, and metal-and-glass paired doors sheltered by metal-framed fabric awnings on the projecting bay southeast of the façade. Paired metal doors are also located on the southeast elevation of the projecting bay. Fixed-metal sash windows are located between the entrances on the projecting bay.

A secondary entrance, consisting of paired metal doors with small rectangular windows, is located on the southwest elevation; the entrance opens onto a concrete ramp with metal railings and is sheltered by a metal awning. The northeast elevation includes a recessed secondary entrance, consisting of metal-and-glass paired doors with transoms opening onto a concrete staircase with metal railings; a loading dock; and fixed-metal sash windows. The northwest elevation was not accessible during this survey.

Small Store/Office Building, 4929/4941 Allentown Road (1975)

This rectangular plan, one-story store/office building with no architectural style is clad in painted running-bond brick and diagonal painted wood siding. Synthetic stucco-clad canopies shelter the continuous concrete pedestrian walkway surrounding the entire building. The main entrance to the None Suffer Lack Federal Credit Union (4929 Allentown Road) is located at the southeast façade and consists of paired

metal-and-glass doors with a transom flanked by storefront windows above spandrel panels, which wrap around to the northeast elevation. Secondary entrances are located on the façade, northwest, and northeast elevations and consist of single and paired metal-and-glass doors with transoms and single metal doors. Windows at each elevation consist of storefront windows above spandrel panels and fixed-metal sash windows.

4921 Allentown Road (circa 1981)

The roughly square restaurant building at 4921 Allentown Road was built circa 1981, according to historic aerial images, and is clad in painted split face concrete block and vinyl siding. The main entrance at the northwest façade consists of paired metal-and-glass doors opening onto a concrete staircase with metal railings, sheltered by a metal-framed fabric awning. Secondary entrances, with metal or metal-and-glass doors, are located on each elevation.

4827 Allentown Road (some time between 1995 and 2002)

The T-shaped drive-thru restaurant building at 4827 Allentown Road was built some time between 1995 and 2002, according to historic aerial images. It is clad in tile with synthetic stucco above and metal-cladding at the roofline. Glass block is incorporated into the southeast façade, and metal-clad canopies shelter the drive-thru windows. The walk-up service windows at the façade are sheltered by a flat-roofed hood. A back-lit metal-and-plastic pole sign stands at Allentown Road.

Historic Context

The Andrews Manor Shopping Center was first platted in 1962 as a single parcel. The strip center at the northeast corner of the property was developed in April of 1963 by the Ziegler Corporation with 25 storefronts and a 1,000-car parking lot (Washington Post 1963, B11). The Ziegler Corporation was a small Washington, DC-based commercial real estate developer that also developed Plaza del Mercado in Wheaton, Maryland (1969) and re-developed the Bel Air Shopping Center in Bowie, Maryland (1979) (Washington Post 1969, D9; 1970, E25; Davidson 1979, MD12). Early tenants at Andrews Manor included anchor stores Food Fair supermarket and Woolworth's variety store and a mix of smaller businesses including Val's Hairstylist, Triangle Shoes, Andrews TV & Radio Company, and G.A.C. Finance Corporation (Porter 1961, B8; Washington Post 1963, B14 & F6; Washington Post 1965, B2 & B9; Washington Post 1966, C7). In 1965, the Andrews Manor Theater (4801 Allentown Road) opened at the northeast corner of the strip center. The movie theater was a part of the Showcase Theatres chain owned by John Broumas and opened with a showing of Circus World (Coe 1965, B10). In the early 1970s the theater was "twinned" and a second screen was added. It is unclear if this required an addition to the building or if the work was entirely to the interior (Coursey, n.d.).

In 1970, Zeigler Corporation advertised that a 135,000 square foot site, with room for a 30,000 square foot "build to suit" retail building was available at Andrews Shopping Center (Washington Post 1970, D10). A year later, the shopping center property was re-platted and split it into two parcels, with the existing strip center and movie theater on parcel W-5 and the available property on parcel W-4 (Plat 76-78). According to state tax records, a Levitz Furniture Warehouse and Showroom (4949 Allentown Road) was constructed on parcel W-4. The store opened for business in January of 1972 (Washington Post 1972, A16). The land

was re-platted again in 1974, and parcel W-4 was split into parcel W-4A to the north and W-4B to the south (Plat 91-13). According to state tax records, the small store/office building at 4929/4941 Allentown Road was built on parcel W-4B in 1975. Research has not shown what the building's original tenants were, but by the early 1980s it housed a One Hour Photo store and an office of the Routh Robbins Coldwell Banker realty company (Washington Post 1980, B17; 1982, MD9).

Two pad sites were added to the Andrews Manor Shopping Center after 1980. The first, a restaurant at 4921 Allentown Road (currently Kachi's Chicken), was built circa 1981 and second, the restaurant at 4827 Allentown Road (currently Checker's), was built sometime between 1989 and 1995 (Historic Aerials, 2019). The strip center's façade was remodeled sometime between 1995 and 2002, and the former Levitz Furniture Warehouse and Showroom was renovated and received an addition circa 2013 (Historic Aerials, 2019; M-NCPPC, 2013).

As of 2019, the strip center building remains in commercial use, anchored by a La Colonia International Supermarket and Family Dollar variety store; the Andrews Manor Theatre/Andrews Manor Twin has been converted into a restaurant (Fast Eddie's); the Levitz Furniture Warehouse and Showroom is in use as From the Heart Church Ministries and Christian School; and the small store/office building at 4929/4941 Allentown Road is in use as None Suffer Lack Federal Credit Union, a credit union associated with From the Heart Church Ministries.

Eligibility Determination

The Andrews Manor Shopping Center was evaluated for significance in accordance with the Suburbanization Historic Context Addendum and National Register of Historic Places (NRHP) Criteria A, B, and C as a planned commercial development. The property was not evaluated for eligibility under Criterion D.

The Andrews Manor Shopping Center does not demonstrate strong associations with social and demographic changes. This planned commercial development introduced no new commercial types, and research does not show that it served as an important community gathering place. Its tenant mix was not unique or influential; the variety store, supermarket, and small retail and service businesses were common features of planned commercial developments during the Suburban Diversification Period. Furthermore, it is not known to be associated with any other events that have made a significant contribution to the broad patterns of history. Therefore, the Andrews Manor Shopping Center is not eligible under Criterion A.

Research has revealed no association with persons who have made specific contributions to history, therefore the Andrews Manor Shopping Center is not eligible under Criterion B.

The Andrews Manor Shopping Center does not embody the distinctive characteristics of a type, period, or method of construction. As a planned commercial development with pad sites later added to a stand-alone shopping center, it is not a good example of the type constructed in the Suburban Diversification Period. Andrews Manor Shopping Center is not an early example or one of the last intact examples of its type and has diminished integrity due to alterations and additions in the years following the Suburban Diversification Period, such as the replacement of original fabric at the building façades, construction of an addition to the former Levitz Furniture Warehouse and Showroom, and addition of post-1980 pad sites.

NR-ELIGIBILITY REVIEW FORM

PG:76B-79                                        Andrews Manor Shopping Center

Page 6

---

Research has shown the shopping center has no known association with a master architect and that Ziegler Corporation was one of many small commercial development companies in the Washington, DC, region during the time period; the commercial development also does not possess high artistic value. Therefore, the Andrews Manor Shopping Center is not eligible under Criterion C.

The property encompasses 21.33 acres and is confined to the three current property tax parcels, which are found on Prince George's County Tax Map 0098, Parcel 0000 (2018). Tax accounts are 06-0417683, 06-0417667, 06-0417675.

References

"Advertisement: Andrews TV & Radio Co." The Washington Post, November 23, 1965, B9. ProQuest.

"Advertisement: G.A.C. Finance Corporation." The Washington Post, November 4, 1963, B14. ProQuest.

"Advertisement: One Hour Photo." The Washington Post, June 30, 1982, MD9. ProQuest.

"Advertisement: Routh Robbins Coldwell Banker Real Estate." The Washington Post, August 10, 1980, B17. ProQuest.

"Advertisement: Triangle Shoes." The Washington Post, May 26, 1966, C7. ProQuest.

"Advertisement: Val's Hairstylist." The Washington Post, July 21, 1963, F6. ProQuest.

"Advertisement: Woolworth's." The Washington Post, June 29, 1965, B2. ProQuest.

"Andrews Manor Shopping Center." The Washington Post, January 13, 1963, B11. ProQuest.

"Classified Ad-Real Estate Analyst, Ziegler Corporation." The Washington Post, March 21, 1970, E25. ProQuest.

Coe, Richard L. "Theater Chain Grows Apace." The Washington Post, May 18, 1965, B10. ProQuest.

Coursey, Jack. "Andrews Theatre-4801 Allentown Road, Suitland, MD 20746." Cinema Treasures. Accessed April 16, 2019. http://cinematreasures.org/theaters/37674.

Davidson, Gary. "Council Miffed." The Washington Post, December 13, 1979, MD12. ProQuest.

The Maryland-National Capital Park and Planning Commission (M-NCPPC), Prince George's County Planning Department. "The Approved Central Branch Avenue Corridor Revitalization Sector Plan." Upper Marlboro, Maryland: M-NCPPC, April 2013.

MDOT SHA, Dovetail Cultural Resource Group, and RK&K. Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties, Maryland. Baltimore, Maryland: MDOT SHA, 2018.

NETROnline. 2019. "Historic Aerials." Accessed April 15, 2019. https://www.historicaerials.com/viewer.

NR-ELIGIBILITY REVIEW FORM

PG:76B-79                              Andrews Manor Shopping Center

Page 7

"New Shopping Center Opens-Plaza del Mercado." The Washington Post, October 21, 1969, D9. ProQuest.

Porter, Frank C. "Capital Commerce: Food Fair Maps Expansion Here." The Washington Post, August 17, 1961, B8. ProQuest.

"Prince George's County, Maryland Circuit Court (Subdivision Plats)." Accessed March 15, 2019 via http://plats.net.

00007493



**Andrews Manor Shopping Center**

Prince George's County

Location: 4801-4949 Allentown Road

City: Suitland

USGS 7.5' Quadrangle - Anacostia

Scale: 1:24,000

00007494



**PHOTOGRAPHS**



Strip center southwest anchor store, southeast facade, looking northwest.



Strip center southeast facade, looking north.

**PHOTOGRAPHS**



Former Andrews Manor Theatre/Andrews Manor Twin southwest facade, looking northeast.



Former Levitz Furniture Warehouse and Showroom, southeast facade, looking northeast.

**PHOTOGRAPHS**



Small Store/Office Building, 4929-4941 Allentown Road northwest elevation, looking southeast.



4921 Allentown Road northwest facade, looking southeast.

Andrews Manor Shopping Center



4827 Allentown Road southeast facade, looking northeast.

PG:76B-79                          Andrews Manor Shopping Center
**PHOTO LOG**

Number of Photos: **7**
Name of Photographer: **Mical Tawney**
Date of Photographs: **2019-02-13**
Location of Original Digital File: **MD SHPO**
File Format: **PG:76B-79_2019-02-13_01.tif... etc.**

*Photographs inserted on continuation sheets:*

01.tif
Strip center southwest anchor store, southeast facade, looking northwest.

02.tif
Strip center southeast facade, looking north.

03.tif
Former Andrews Manor Theatre/Andrews Manor Twin southwest facade, looking northeast.

04.tif
Former Levitz Furniture Warehouse and Showroom, southeast facade, looking northeast.

05.tif
Small Store/Office Building, 4929-4941 Allentown Road northwest elevation, looking southeast.

06.tif
4921 Allentown Road northwest facade, looking southeast.

07.tif
4827 Allentown Road southeast facade, looking northeast.

## MARYLAND HISTORICAL TRUST
## DETERMINATION OF ELIGIBILITY FORM

NR Eligible: Yes ____

No ____

Property Name: **Andrews Park**

Inventory Number: **PG:76A-63**

Address: North of I-495 and east of Branch Avenue

Historic District: Yes

City: Suitland          Zip Code: 20746

County: Prince George's

USGS Quadrangle(s): Anacostia

Property Owner: Multiple

Tax Account ID: Multiple

Tax Map Parcel(s): Multiple

Tax Map: 0098

Project: I-495 & I-270 Managed Lanes Study

Agency: MDOT SHA

Agency Prepared By: Dovetail CRG

Preparer's Name: Danae Peckler

Date Prepared: May 21, 2019

Documentation is presented in: Project review and compliance files

Preparer's Eligibility Recommendation: Not Recommended

Criteria:   A     B     C     D

Considerations:   A     B     C     D     E     F     G

| Complete if the property is a contributing or non-contributing resource to a NR district/property: | | |
|---|---|---|
| Name of the District/Property: | | |
| Inventory Number: | Eligible: | Listed: |

Site visit by MHT Staff ____ yes ____ no          Name:          Date:

Description of Property and Justification:

Setting:

Andrews Park is a planned residential development situated on the north side of I-495, east of Branch Avenue in a part of Suitland known as Camp Springs. The wedge-shaped subdivision is bounded on the south by I-495, on the northwest by Henderson Way, and on the northeast and east by Silver Valley Way and another single-family subdivision. The 18.9-acre development includes 60 single-family dwellings with consistent setbacks on lots ranging between 0.15 and 0.38 acre. Curvilinear streets are 50 feet wide and flanked by concrete curbs, but devoid of sidewalks. Streetlights consist of standard lamp arms attached to telephone poles. Individual lots are landscaped with grassy lawns, shrubs, ornamental plantings, few trees, and some fenced yards. Secondary buildings such as small storage sheds are associated with roughly half of the houses, while detached garages are less common.

Description:

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| Criteria: ___ A ___ B ___ C ___ D | Considerations: ___ A ___ B ___ C ___ D ___ E ___ F ___ G |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services: | Date: |
| | |
| Reviewer, National Register Program: | Date: |

*Special DOE form produced for the I-270 & I-495 Managed Lanes Study*

NR-ELIGIBILITY REVIEW FORM

PG:76A-63                                    Andrews Park

Page 2

Andrews Park contains 60 single-family dwellings built between 1960 and 1965 in five basic models of Ranch, Split-Foyer, and Split-Level forms. One outlier is the Transitional Ranch house at 5401 Henderson Way. The most popular model in the subdivision is a two-story, four-bay, Split-Foyer house with two variations: one featuring a two-bay, full-height porch and the other with a stylized, projecting, gabled bay at one end of the façade. More than 50 percent of the dwellings are one of these two variants. Most houses in the subdivision lack a distinct architectural style, but some have Colonial Revival, Neoclassical, Storybook, or Contemporary elements.

These 1,000- to 1,200- square-foot houses have continuous concrete foundations with walls predominantly clad in aluminum or T1-11 siding with smaller sections of brick veneer or decorative wood siding adding interest to the façade. Ranch houses in the subdivision clustered along the south side of Hill Way are clad in a stretcher-bond brick veneer. All houses are covered by side-gabled roofs sheathed in asphalt shingles with the exception of the Transitional Ranch house that has a hipped, asphalt-shingled roof. About a dozen houses have an interior chimney, many of which are seen in the Transitional Ranch and Ranch forms and clad in brick or metal.

Primary entrances are located near the center of the façade and have a single-leaf wood or metal door. Entries to the Split-Foyer houses are often topped by a four-light fixed transom or flanked by full-length aluminum shutters. A few have been augmented by Colonial Revival-style features like decorative aluminum surrounds topped by a pediment. Entries to Split-Level-type houses are set below a pent roof or the roofline of a projecting garage bay. In the latter instance, a low brick wall supports three square wood posts to create a small stylized porch. A majority of the doors and windows throughout this subdivision are replacement units. Original wood-framed picture windows, multi-light bay windows, or paired, aluminum-framed, sliding sashes remain extant in less than a handful of houses. Original windows are two-over-two (horizontal muntins) or six-over-six, wood-framed, double-hung sashes. At the façade, windows are commonly flanked by fixed, louvered, aluminum shutters.

Most houses in Andrews Park were built without garages, but have a driveway to provide off-street parking space. Roughly 10 Ranch houses in the subdivision have an original carport. A few Split-Level houses feature a built-in, one-car garage, while two Split-Foyer, Garrison-type houses have a built-in, two-car garage. Detached garages are rare and likely were added at a later date.

Additions to houses commonly include one-bay carports to a side elevation or small-scale additions to the rear elevation. Replacement materials such as new front doors, vinyl-framed windows, and vinyl siding, as well as the conversion of carports or garage bays into additional living space, are common.

Historic Context:

Residential development in the area of Suitland known as Camp Springs was sparked by the expansion of the federal government in the early 1940s, the construction of Camp Springs Air Base, now Joint Base Andrews, and Suitland Federal Center in 1941, and the completion of the Suitland Parkway a few years later. Land speculation occurred rapidly in the following decade with residential subdivisions emerging along Auth Road in the 1950s, established on farm properties previously owned by the Darcey, Soper, and Auth families (Suffness 1997, 8.3). Created by the Darcey and related Ammann families in 1950, Auth Village (PG:76A-38) and Silver Valley, platted in 1946 by Lee R. Hendricks and William D. Thomas, were some of the earliest subdivisions along Auth Road, followed by Darcey Estates Section One in 1956 (Prince George's County Plat Book [PGCPB] BB 12, 43; WWW 27, 28; Suffness 1997, 8.4).

Andrews Park was platted as Darcey Estates Section Two in December 1959 by homebuilder-turned-developer Michael Cappacchione, president of the Michael G. Cappy Construction Company, Inc. (Prince George's County Deed Book [PGCDB] 2321, 338; 2432, 30; PGCPB WWW 37, 90). Cappacchione worked to secure the property in conjunction with Robert and Brittania Ammann and several trustees. He then subdivided a portion of the Darcey farm and a portion of the adjacent Silver Valley subdivision, re-platting its lots and altering roads to allow for denser development and account for construction of I-495. The Michael G. Cappy Construction Company also worked with the Ammanns to build new Ranch and Contemporary-style Split-Level houses in Darcey Estates Section One (The Evening Star 1959, B-7).

Michael Cappacchione was elected to the board of the Prince George's Chapter of the Home Builders Association of Metropolitan Washington in December 1960 (The Washington Post 1960, B3). He remained affiliated with the group into the

NR-ELIGIBILITY REVIEW FORM

PG:76A-63                                          Andrews Park

Page 3

mid-1960s, and used some of the same National Homes models in Andrews Park in other Prince George's County residential developments, including Wilburn Estates located roughly 4 miles north, off E. Addison Road (PGCDB 2868, 257). In the 1970s, he shifted his business interests, developing high-rise condominiums and large-scale commercial properties, working with architects like Charles W. Englehart of Annapolis to develop a 21-story apartment building in Ocean City, Maryland, and designing a $23-million luxury hotel and trade center near Dulles Airport (The Washington Post 1972, C3; Willmann 1979, E5).

The earliest advertisements indicate that Cappacchione initially marketed the subdivision as part of Darcey Estates, showcasing the all-electric "Somerset" model in the Split-Level houses at 5413-5417 Henderson Way (The Evening Star 1960, D-9). Starting in May 1962, the name Andrews Park was increasingly used in conjunction with builder, Cappacchione and his new company, Andrews Park, Inc. (Willmann 1962, B29). In September 1962, two new models called the Berkeley (Split-Foyer with two-bay, Neoclassical-style porch) and the Broadmoor (Split-Level with built-in garage) were marketed as part of the Homes of '62, priced from $16,900 and $17,990, respectively (The Washington Post 1962, D38). These dwellings also were advertised with the National Homes logo and Andrews Park was noted as one of the subdivisions in which manufactured houses from the Lafayette, Indiana, and National Homes Corporation were being built exclusively (The Washington Post 1963, D7). Historic aerial images indicate that the majority of the lots within this subdivision were developed by April 1963 (United States Department of Agriculture 1963).

Andrews Park is typical of many planned residential developments from the early 1960s as it was not designed to include community amenities like parks or recreational areas. Its street network and layout repeated previously established patterns in the surrounding area, while the appearance of the subdivision was also regulated by standard restrictive covenants to control use, building setbacks, and size for a period of 30 years (PGCDB WWW 2936, 0241).

Evaluation:

Andrews Park was evaluated as a planned residential development in the Suburban Diversification Period (1961-1980) in accordance with the Suburbanization Historic Context Addendum and National Register of Historic Places Criteria A, B, and C.

An example of the most common type of residential subdivision constructed in Prince George's County and created by small-scale homebuilder using a limited number of models, Andrews Park did not introduce influential design innovations and does not demonstrate significant associations with suburban residential development. Furthermore, it is not known to be associated with any other events that have made a significant contribution to the broad patterns of history. Therefore, it is not eligible under Criterion A.

The individuals involved in the development of Andrews Park are not known to have made significant impacts on suburbanization or the homebuilding industry in Prince George's County. Research has not shown this subdivision to be associated with the lives of other persons significant in the past. Therefore, it is not eligible under Criterion B.

Andrews Park represents a ubiquitous development type in Prince George's County and is not a good example of a planned residential development as it demonstrates none of the innovations that appeared during the Suburban Diversification Period. Modifications to many dwellings over time, including replacement windows, doors, and exterior cladding have diminished the historic integrity of design, materials, and workmanship of the subdivision. Because it is not an outstanding example of its type and does not convey distinctive characteristics or artistic values as the work of a master, it is not eligible under Criterion C. This resource was not evaluated under Criterion D.

The boundary for Andrews Park contains 18.9 acres defined by I-495 on the south, Henderson Way on the northwest, and Silver Valley Way and another residential development on the northeast. The resource is detailed in three Prince George's County plats (PGCPB WWW 37, 90; 43, 68; 50, 76). The development includes multiple parcels found on Prince George's County Tax Map 98 (2019).

References:

The Evening Star. 1959. Photo caption for house in Camps Springs Area. June 20, 1959, B-7.
--- 1960. Advertisement for Darcey Estates. Michael G. Cappy, Builder. April 23, 1960, D-9.

NR-ELIGIBILITY REVIEW FORM

<u>PG:76A-63</u>                                <u>Andrews Park</u>

Page 4

Google. 2019. Google Streetview [Google Maps Web Access]. Accessed May 8, 2019. http://www.google.com/earth/download/ge/agree.html.

Manning, Matt, Danae Peckler, Kerri Barile, Christeen Taniguchi, and Matthew Bray. RK+K. 2018. Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties, Maryland. Draft. Prepared for the Maryland Department of Transportation State Highway Administration.

Prince George's County Deed Book (PGCDB). Misc. years. Prince George's County Land Records, Archives of Maryland Online. Accessed April 23, 2019. http://www.mdlandrec.net/

Prince George's County Plat Book (PGCPB). Misc. years. Prince George's County Land Survey, Subdivision, and Condominium Plats, Archives of Maryland Online. Accessed April 11, 2019. http://www.msa.md.gov/megafile/msa/stagser/s1500/s1529/html/0000.html.

State Department of Assessments and Taxation (SDAT). 2019. Assorted Montgomery County Tax Records. Accessed April 11, 2019. http://sdatcert3.resiusa.org/rp_rewrite/index.aspx?county=16.

Suffness, Rita. 1997. Maryland Historical Trust Determination of Eligibility Form: Eugene Darcey House (PG:76A-28). Copy on file with Maryland Historical Trust, Crownsville, Maryland.

United States Department of Agriculture. 1963. 1VAQW00010040, Aerial Photography Single Frames Record Collection. https://earthexplorer.usgs.gov/.

The Washington Post. 1960. "The State of Real Estate." December 3, 1960, B3.
--- 1962. Advertisement for Andrews Park by Michael G. Cappy Construction. September 8, 1962, D38.
--- 1963. "More Manufactured Homes Seen in Area." October 26, 1963, D7.
--- 1972. Photo caption for Capri Condominium in Ocean City, Maryland. March 4, 1972, C3.

Willmann, John B. 1962. "Hundreds of Model Homes Await Area's New-Address Seekers." The Washington Post. May 5, 1962, B29.
--- 1979. "Trade Center Planned Near Dulles International Airport." The Washington Post. January 21, 1979, E5.

Andrews Park



**Andrews Park**

Location: North of I-495 and east of Branch Avenue

Prince George's County

City: Suitland

USGS 7.5' Quadrangle - Anacostia

Scale: 1:24,000

PG:76A-63
**MAPS**

**Andrews Park**

Location: North of I-495 and east of Branch Avenue

Prince George's County

City: Suitland



Parcel Boundaries

0    0.05    0.1 Miles

Scale: 1:3,000

N



Northwest elevation of house at 5415 Henderson Way.



Houses at 5417 to 5411 Henderson Way along east side of road, looking south.



North elevation of house at 5505 Vernon Way.



Northeast elevation of house at 5007 Silver Valley Way.



Northeast oblique of house at 5521 Hill Way.



Southeast oblique of house at 5520 Hill Way.

**PHOTOGRAPHS**



West elevation of house at 5401 Henderson Way.



Split-Foyer model at 5513 Vernon Way, looking south.

PG:76A-63

Andrews Park

**PHOTO LOG**

Number of Photos: 8
Name of Photographer: Mical Tawney
Date of Photographs: 2019-03-19
Location of Original Digital File: MD SHPO
File Format: PG:76A-63_2019-03-19_01.tif… etc.

Photographs inserted on continuation sheets:

01.tif
Northwest elevation of house at 5415 Henderson Way.

02.tif
Houses at 5417 to 5411 Henderson Way along east side of road, looking south.

03.tif
North elevation of house at 5505 Vernon Way.

04.tif
Northeast elevation of house at 5007 Silver Valley Way.

05.tif
Northeast oblique of house at 5521 Hill Way.

06.tif
Southeast oblique of house at 5520 Hill Way.

07.tif
West elevation of house at 5401 Henderson Way.

08.tif
Split-Foyer model at 5513 Vernon Way, looking south.

**MARYLAND HISTORICAL TRUST**
**DETERMINATION OF ELIGIBILITY FORM**

NR Eligible: Yes ____

No ____

Property Name: **Andrews Village**

Address: 5104 –5182 Clacton Avenue

City: Suitland          Zip Code: 20746

USGS Quadrangle(s): Anacostia

Property Owner: Multiple

Tax Map Parcel(s): Multiple

Project: I-495 & I-270 Managed Lanes Study

Agency Prepared By: Dovetail CRG

Preparer's Name: Mical Tawney

Documentation is presented in: Project review and compliance files

Inventory Number: **PG:76A-61**

Historic District: Yes

County: Prince George's

Tax Account ID: Multiple

Tax Map: 0098

Agency: MDOT SHA

Date Prepared: Apr 16, 2019

---

Preparer's Eligibility Recommendation: Not Recommended

Criteria: A    B    C    D

Considerations: A    B    C    D    E    F    G

| Complete if the property is a contributing or non-contributing resource to a NR district/property: |
| --- |
| Name of the District/Property: |
| Inventory Number:          Eligible:          Listed: |

Site visit by MHT Staff ____ yes ____ no          Name:          Date:

Description of Property and Justification:

Setting:

Andrews Village, a townhouse development, is bounded by I-495 to the south, the Darcy Estates to the west, and Auth Road to the north and east. The 4.45-acre development includes 80 townhouse units. Each section of townhouses has an asphalt parking lot. Concrete sidewalks line the parking lots and Clacton Avenue and lead to a walkway in front of each unit. There is minimal tree coverage in the area, but individual lots have fenced, grass rear yards. Some lots have bushes lining the façade. Street lamps are attached to utility poles. Clacton Avenue ends at the southernmost unit's asphalt parking lot. Secondary resources include sheds.

Description:

| MARYLAND HISTORICAL TRUST REVIEW |
| --- |
| Eligibility recommended:                    Eligibility not recommended: |
| Criteria: ___ A ___ B ___ C ___ D          Considerations: ___ A ___ B ___ C ___ D ___ E ___ F ___ G |
| MHT Comments: |
| |
| |
| Reviewer, Office of Preservation Services:                    Date: |
| |
| Reviewer, National Register Program:                    Date: |

*Special DOE form produced for the I-270 & I-495 Managed Lanes Study*

NR-ELIGIBILITY REVIEW FORM

PG:76A-61                                    Andrews Village

Page 2

Andrews Village is a townhouse development constructed in 1966 during the Suburban Diversification Period (1961– 1980). The Colonial Revival-style townhouses all follow a sequential pattern: a central single or paired cross-gabled unit, sometimes with a garrison overhang, flanked by two or more side-gabled units on either side. The units are all two bays with three stories, including a basement level. Cladding includes brick veneer and vinyl siding. Roofs are sheathed in asphalt shingles. Units have metal flues located on the rear field of the roof.

Primary entrances include single-leaf wood or fiberglass doors with fanlights or centered glazed inserts and metal storm doors. All doors on units that are not of the garrison subtype feature arched or broken triangular pediments. Outlines remaining on some units suggest some pediments have been replaced. Primary entrances on the garrison units feature a post-and-lintel surround on the door. All units have a set of concrete stairs to a small concrete stoop with decorative, metal railing. Townhouses have one-over-one, double-hung-sash, vinyl windows; only two units (5117 and 5111 Clacton Avenue) have original, six-over-six, double-hung-sash, wood windows. Occasionally, bay windows are located on either the side or the rear elevation (5105 Clacton Avenue). Townhouses have fixed shutters; the facades of some units feature fixed, metal decorative railings below windows, suggestive of balconies.

Historic Context:

In October 1964, W. Ladd Prohaska, Frank G. Principe, and Edward J. Delisio, trustees of the Andrews Village Joint Venture, purchased land from Robert W. Ammann, Brittania P. Ammann, Mcleod H. Farr, and Dolores K. Farr. In 1965, they platted the development called Andrews Village (Prince George's County Plat Book [PGCPB] 55, 100). Andrews Village Joint Venture built all 80 units of Andrews Village, which were designed by Zupkus, Zemaitis and Associates and managed by T. D. Burgess Company (The Evening Star 1966, C8). The first 40 units were completed by February of 1966 with the other 40 finished in April of that same year (The Evening Star 1966, C8).

In March of 1973, tenants in common of Andrews Village, Ladd Prohaska, Frank G. Principe, Edward and Olga Delisio, LeRoy and Sylvia Houck, Elmo H. Denton, and Robert Fastnaught, Inc., sold the development to the Condo Corporation (Prince George's County Deed Book [PGCDB] 3954, 64; 4197, 560). The townhouses were converted into condominiums that same year. The development featured four floor plans, all of which were sold for $34,950 with Shannon and Luchs handling sales (The Evening Star 1973, C12). Advertisements noted that the units were townhouse condominiums and had an associated condominium fee that covered all maintenance and responsibilities such as lawn work or snow shoveling (The Washington Post 1973, E3). Andrews Village's proximity to I-495 and surrounding shopping facilities was also noted in advertisements. Each unit had three floors, with three bedrooms, a bath and a half, a recreation room, laundry room, a kitchen with new appliances, and a dining room (The Washington Post 1973, E3).

Evaluation:

Andrews Village was evaluated as a townhouse development in the Suburban Diversification Period (1961-1980) in accordance with the Suburbanization Historic Context Addendum and National Register of Historic Places Criteria A, B, and C.

NR-ELIGIBILITY REVIEW FORM

PG:76A-61                                    Andrews Village

Page 3

Andrews Village is an example of a common type of residential construction during the Suburban Diversification Period (1961-1980). It is not an early example of a townhouse development, nor did it introduce design innovations influential to later developments. This development has no significant association with suburban residential development and planning or with demographic changes and is not known to be associated with any other events that have made a significant contribution to the broad patterns of history; therefore, it is not eligible under Criterion A.

W. Ladd Prohaska, Frank G. Principe, Edward and Olga Delisio, LeRoy and Sylvia Houck, Elmo H. Denton, and Robert Fastnaught, Inc., owned and developed properties throughout Maryland and northern Virginia, but research indicates that their work was not significant to suburbanization in Maryland. Furthermore, research has not shown that the development and encompassing properties are associated with the lives of other people significant in the past. Therefore, the resource is not eligible under Criterion B.

Andrews Village is a basic example of a townhouse development, created by developers in the Colonial-Revival style typical of this period. The townhouses include standard features typical of the period and demonstrate no distinctive stylistic details. The townhouses are not the work of a master and do not convey any distinctive characteristics or artistic value. The resource is not eligible under Criterion C. Andrews Village was not evaluated under Criterion D.

This resource encompasses 4.45 acres and is located north of I-495, south and west of Auth Road, and east of Darcy Estates, as seen on Prince George's County Tax Map 0098. The development can also be seen in Prince George's County plat record A-8103.

References:

The Evening Star. 1966. "Andrews Village Nearing Completion." February 25, 1966, C8.
---1973. Advertisement. July 6, 1973, C12.

Manning, Matt, Danae Peckler, Kerri Barile, Christeen Taniguchi, and Matthew Bray. RK+K. 2018. Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties, Maryland. Draft. Prepared for the Maryland Department of Transportation State Highway Administration.

Prince George's County Deed Book (PGCDB). Misc. years. Prince George's County Land Records, Archives of Maryland Online. Accessed August 20, 2018. http://www.mdlandrec.net/

Prince George's County Plat Book (PGCPB). Misc. years. Prince George's County Land Survey, Subdivision, and Condominium Plats, Archives of Maryland Online. Accessed August 20, 2018. http://www.msa.md.gov/megafile/msa/stagser/s1500/s1529/html/0000.html.

The Washington Post. 1973. Display Ad 43. June 23, 1973, E3.

Andrews Village

**Andrews Village**

Location: 5104–5182 Clacton Avenue

Prince George's County

City: Camp Springs



USGS 7.5' Quadrangle - Anacostia

0        0.5        1 Miles

Scale: 1:24,000

N

MD iMAP, USGS

**Andrews Village**

Location: 5104-5182 Clacton Avenue

Prince George's County

City: Camp Springs



Parcel Boundaries

0    0.04    0.07 Miles

Scale: 1:2,000

N

**PHOTOGRAPHS**



View of parking lot and front elevation of 5115-5125 Clacton Avenue, looking west.



View of 5137 Clacton Avenue, looking south.



Front elevation of 5105-5113 Clacton Avenue, looking north.



View of 5119 – 5121 Clacton Avenue, looking west.

00007518



View of 5146 – 5152 Clacton Avenue, looking north.



View of parking area, looking towards 5157-5175 Clacton Avenue, looking southwest.

PG:76A-61

**PHOTOGRAPHS**



View of rear fences and sheds near 5141 Clacton Avenue.



Detail of pediment modification over door on 5182 Clacton Avenue.

**PHOTOGRAPHS**



Detail of original bay window on 5105 Clacton Avenue.

PG:76A-61                                    Andrews Village
**PHOTO LOG**

___

Number of Photos: **9**
Name of Photographer: **Katherine Watts**
Date of Photographs: **2019-02-14**
Location of Original Digital File: **MD SHPO**
File Format: **PG:76A-61_2019-02-14_01.tif… etc.**

*Photographs inserted on continuation sheets:*

01.tif
View of parking lot and front elevation of 5115-5125 Clacton Avenue, looking west.

02.tif
View of 5137 Clacton Avenue, looking south.

03.tif
Front elevation of 5105-5113 Clacton Avenue, looking north.

04.tif
View of 5119 – 5121 Clacton Avenue, looking west.

05.tif
View of 5146 – 5152 Clacton Avenue, looking north.

06.tif
View of parking area, looking towards 5157-5175 Clacton Avenue, looking southwest.

07.tif
View of rear fences and sheds near 5141 Clacton Avenue.

08.tif
Detail of pediment modification over door on 5182 Clacton Avenue.

09.tif
Detail of original bay window on 5105 Clacton Avenue.

00007522

## MARYLAND HISTORICAL TRUST
## DETERMINATION OF ELIGIBILITY FORM

NR Eligible: Yes ____

No ____

Property Name: **Ardwick Industrial District**

Address: <u>8201/8121 Ardwick Ardmore Road</u>

City: <u>Landover</u>          Zip Code: <u>20785</u>

USGS Quadrangle(s): <u>Lanham</u>

Property Owner: <u>Multiple</u>

Tax Map Parcel(s): <u>0000</u>

Project: <u>I-495 & I-270 Managed Lanes Study</u>

Agency Prepared By: <u>RK&K, LLP</u>

Preparer's Name: <u>Jacob Bensen</u>

Inventory Number: **PG:72-77**

Historic District: <u>Yes</u>

County: <u>Prince George's</u>

Tax Account ID: <u>Multiple</u>

Tax Map: <u>0051</u>

Agency: <u>MDOT SHA</u>

Date Prepared: <u>Feb 4, 2019</u>

Documentation is presented in: <u>Project review and compliance files</u>

Preparer's Eligibility Recommendation: <u>Not Recommended</u>

Criteria:   A     B     C     D

Considerations:   A     B     C     D     E     F     G

| *Complete if the property is a contributing or non-contributing resource to a NR district/property:* | | |
|---|---|---|
| Name of the District/Property: | | |
| Inventory Number: | Eligible: <u>No</u> | Listed: <u>No</u> |

Site visit by MHT Staff ____ yes    ____ no          Name:          Date:

Description of Property and Justification:

The following evaluation refers to the Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties, Maryland (October 2018).

Location/Setting

The Ardwick Industrial District is a small industrial neighborhood located at 8201 and 8121 Ardwick Ardmore Road in Landover, Prince George's County. The resource is in a densely developed area of the county, surrounded by industrial buildings and located near the John Hanson Highway (US 50) and Veterans Parkway (MD 410) interchange. The district is bounded by Ardwick Ardmore Road and John Hanson Highway to the north, industrial development to the south, Amtrak's Northeast Corridor/Metro's Orange Line to the west, and Pennsy Drive to the east. Beaverdam Creek flows through a forested area that separates the industrial neighborhood and John Hanson Highway.

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| Criteria: ___ A ___ B ___ C ___ D | Considerations: ___ A ___ B ___ C ___ D ___ E ___ F ___ G |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services: | Date: |
| | |
| Reviewer, National Register Program: | Date: |

## Architectural Description

The Ardwick Industrial District is a planned industrial neighborhood, divided by its 1966 and 1979 plat maps into three parcels: N-1, N-3, and N-4 (re-division of parcel N-2). Parcel N-1 consists of a circa 1968 warehouse, built and originally occupied by the Joseph M. Zamoiski Company, and parcel N-4 is occupied by a 1970 warehouse, built and originally occupied by the Georgia-Pacific Corporation. Both are accessed from Ardwick Ardmore Road by a shared driveway, located on Parcel N-3, and by rail from a spur line on the southwest end of the property connected to Norfolk Southern using Amtrak's Northeast Corridor. The spur tracks are overgrown and no longer appear to be in use. The buildings are separated from Ardwick Ardmore Road and Pennsy Drive by lawns and trees. A gated alley runs between the two warehouses.

Joseph M. Zamoiski Company Warehouse (circa 1968, post-2013 addition)

Due to limited access, the southwest elevation could not be observed during this survey and its description is based on aerial imagery.

The Joseph M. Zamoiski Company Warehouse is a one-story, nearly rectangular plan warehouse with no architectural style. It is located at the southwest end of parcel N-1, faces Ardwick Ardmore Road, and is fronted by an asphalt parking lot and the shared driveway. Islands, planted with trees, bushes and grass, are located throughout the parking lot and a small planting bed is situated near the building's pedestrian entrance. The building is clad in white brick set in a running bond pattern and topped with black-painted metal coping. Three-dimensional letters reading "Metro Supply Facility" and including the Metro logo are affixed to the top center of the northeast façade. The building's flat roof has small rectangular skylights, likely plastic, and houses mechanical and telecommunications equipment.

The building's main entrance is located at the warehouse offices, which sits on concrete piers and projects from the northwest end of the façade. The entrance consists of paired glass doors in a black-painted metal frame. The doors are flanked on both sides by two large glass panes. A glass transom, with "METRO SUPPLY FACILITY" painted in white lettering, is located above the doors. Above the entrance are five solid black panels. The central panel, above the transom, features a half-round protruding light fixture and the building number, 8201, painted in white. A six-step concrete staircase and curved concrete ramp, with black-painted metal railings, connect the entrance to the parking lot. The windows, located on the façade and northwest elevation of the warehouse offices, each consist of a tall glass pane set in a black-painted frame. The windows are set back into the wall, with a white-painted stucco panel above and below the window. Two of the windows on the northwest elevation differ from the others, and feature a glass pane with a white, flat panel above, rather than a full glass pane.

Truck access to the building is provided by four large garage bays which project from the center of the façade and by loading docks located at the southeast end of the façade. There are thirteen loading dock openings, with one converted to a single solid panel pedestrian door with metal staircase. Three of the remaining openings have modern truck bumpers. Six openings on the southwest elevation face onto the railroad siding.

On the northwest elevation, a metal canopy extends from the building to cover a concrete platform. Historic aerials show this to be a post-2013 addition to the building. Beneath the metal canopy are window openings, each consisting of a single tall, likely translucent panel. The southeast elevation has rectangular vented openings but no fenestration.

Georgia-Pacific Corporation Warehouse (1970, 1972-1979 addition)

Due to limited access, the northwest and southwest elevations were not observed during this survey. The description of the southwest elevation is based on aerial imagery.

The Georgia-Pacific Corporation Warehouse is a one-story, rectangular plan warehouse with a one- and two-story L-shaped Mansard-style office wing projecting from the northeast façade. The building is located at the southwest end of parcel N-4. An asphalt parking lot, the shared driveway, and materials storage area are located to the northeast and northwest of the building. The property is surrounded by a tall chain link fence topped by razor wire.

The office wing is clad on the first story with tan brick set in a running bond pattern. A mansard, clad in white-painted aluminum siding, covers the second story and forms a parapet for the flat roof. The one-story portion of the office wing directly connected to the warehouse also has a flat roof with a mansard parapet, in imitation of the adjacent two-story section, which conceals mechanical equipment. Two pedestrian entrances are located on the northwest elevation. The northernmost entrance consists of a single glass door in a silver metal frame with a glass transom above; the second entrance is at the corner formed by the office wing, but could not be directly observed. Windows, consisting of tall, rectangular panes in a metal frame, are located throughout the first story, and are inset into the mansard roof on the northwest and southeast elevations. A glass panel wall, located on the southeast elevation and set in a metal frame, consists of four tall panes topped by four rectangular panes.

The warehouse portion is a concrete block building, painted gray. Its flat roof has small, likely plastic, rectangular skylights. According to historic USGS topographic maps, the northwestern portion of the warehouse is an early addition constructed some time between 1972 and 1979; at the northeast façade, it also features a mansard parapet, clad with white-painted, aluminum siding in imitation of wood shingles, which wraps around to the northwest elevation. Vehicular access to the warehouse is through four large garage doors at the façade and one garage door on the southwest elevation. A long loading dock, sheltered by the main roof of the building, is located at this elevation and faces onto the railroad siding.

Historic Context

Historic aerials show that development of the area surrounding the Ardwick Industrial District began when the land was cleared of trees between 1957 and 1963. One building east of the Ardwick Industrial District was completed by 1963, and the United Parcel Service warehouse at 8322 Ardwick Ardmore Road was completed by 1966 (Historic Aerials 2018/Washington Post 1966, C2). The Ardwick Industrial District was platted that year by the Manor Real Estate Company and the Joseph M. Zamoiski Company. The land was subdivided into three parcels, N-1 and N-2, and N-3. Parcel N-3 was reserved as a right-of-way to allow

both parcels access to Ardwick Ardmore Road. A twenty-five-foot right-of-way was also reserved on the southwest side of the property for a railroad spur to serve both parcels (Plat A-6262).

In 1967, construction began on the first building in the new industrial neighborhood, 8201 Ardwick Ardmore Road (Parcel N-1). This warehouse, designed by the Baltimore architecture firm of Bacharach + Bacharach, was constructed for the Joseph M. Zamoiski Company of Washington, D.C., an appliance distribution firm (The Washington Post 1967, M2). Although research did not reveal whether the warehouse was completed by the projected date of December 1967, by April 1968 the company was advertising jobs for truck drivers at the facility (The Washington Post 1968, C14). In 1984 the warehouse was sold to the Washington Metropolitan Area Transit Authority (WMATA). A metal canopy, extending from the building to cover a concrete platform at the northwest elevation, was constructed post-2013 (Historic Aerials 2018).

The second parcel, N-2, was sold in 1968 to the Georgia-Pacific Corporation. State tax records show the company constructed a warehouse on the parcel in 1970. Historic USGS topographic maps show the northwest section of the warehouse was added some time between 1972 and 1979 (Historic Aerials 2018). Undeveloped land to the northwest, currently a materials storage area, was added to the parcel in 1979. The new, larger parcel was re-named parcel N-4. In 2001, Georgia-Pacific sold the warehouse and property to Prince George's Development Associates, Inc. As of 2018, the warehouse is occupied by Rew Materials, a construction supply distributor.

Eligibility Determination

The Ardwick Industrial District was evaluated for significance in accordance with the Suburbanization Historic Context Addendum and National Register of Historic Places (NRHP) Criteria A, B, and C. It is an example of the planned industrial neighborhood development type. The property was not evaluated for eligibility under Criterion D.

Ardwick Industrial District does not have significant associations with important historical trends such as transportation improvements or demographic changes. It is not an early example of businesses relocating to the suburbs, since by the time of the buildings' construction in 1968 and 1970, at least two other industrial properties in the area had already been developed. Therefore, the Ardwick Industrial District is not eligible under Criterion A.

Research has revealed no association with persons who have made specific contributions to history. Therefore, the Ardwick Industrial District is not eligible under Criterion B.

Ardwick Industrial District is not a notable first example nor is it the last intact example of an industrial neighborhood in Prince George's County. Research has not shown Ardwick Industrial District to be the work of a master, nor does it possess high artistic value. Therefore, the Ardwick Industrial District is not eligible under Criterion C.

NR-ELIGIBILITY REVIEW FORM

<u>PG:72-77</u>                                    <u>Ardwick Industrial District</u>

Page 5

_____

The property encompasses 13.57 acres and is confined to the current property tax parcels, which are found on Prince George's County Tax Map 0051, Parcel 0000 (2018). Tax accounts are 20-2219178, 20-2204840, and 20-2246890.

References

"Classified Advertisement: Career Opportunities-United Parcel Service." The Washington Post, October 30, 1966. ProQuest.

"Classified Advertisement: Truck Drivers." The Washington Post, April 19, 1968. ProQuest.

Google. 2019. "Maps." Accessed January 4, 2019. https://www.google.com/maps.

LoopNet. 2009, 2011, 2014, 2016. "8121 Ardwick Ardmore Road." Accessed January 4, 2019. https://www.loopnet.com/Listing/17115215/8121-Ardwick-Ardmore-Road-Landover-DC/.

MDOT SHA, Dovetail Cultural Resource Group, and RK+K. Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties, Maryland. Baltimore, Maryland: MDOT SHA, 2018.

Microsoft. 2019. "Bing Maps." Accessed January 4, 2019. https://www.bing.com/maps.

NETROnline. 2018. "Historic Aerials." Accessed December 18, 2018. https://www.historicaerials.com/viewer.

"Pride of Zamoiski." The Washington Post, March 5, 1967. ProQuest.

Prince George's County Land Records. Deed Book 5952: 0906, August 2, 1984. MDLandRec.

Prince George's County Land Survey, Subdivision, and Condominium Plats. Plat A-6262, October 1966. Plats.net.

Prince George's County Land Survey, Subdivision, and Condominium Plats. Plat 103-30, March 1979. Plats.net.

**Ardwick Industrial District**

Location: 8201/8121 Ardwick Ardmore Road
City: Landover                                   Prince George's County



USGS 7.5' Quadrangle - Lanham

Scale: 1:24,000

## Ardwick Industrial District

Location: 8201/8121 Ardwick Ardmore Road
City: Landover                                    Prince George's County



Parcel Boundaries

0        0.07        0.15
|___|___|___|___|___| Miles

Scale: 1:5,000

N

00007529

PG:72-77
Ardwick Industrial District
8201/8121 Ardwick Ardmore Road
Landover, Prince George's County, Maryland



Historic Image 1: Ardwick Industrial District, Plat A-6262, 1966.
Image from Plats.net.

00007530



PRIDE OF ZAMOISKI—Artist's sketch of the new office-warehouse home of The Jos. M. Zamoiski Co. of Washington, now under construction in the Ardwick-Ardmore Industrial Park in Landover. The Zamoiski firm is one of the country's largest appliance distributors. Completion is expected in late December. Architect is Bacharach & Bacharach of Baltimore. Builder is the Minkoff Construction Co.

Historic Image 2: Architect's drawing of Joseph M. Zamoiski Company warehouse, 1967
Image from *The Washington Post*, March 5, 1967, page M2.



Historic Image 3: Ardwick Industrial District, Plat Book NLP 103, p. 30, 1979.
Image from Plats.net

**PG:72-77**
**Ardwick Industrial District**
8201/8121 Ardwick Ardmore Road
Landover, Prince George's County, Maryland



Historic Image 4: 8121 Ardwick Ardmore Road, 2016
Image from LoopNet Commercial Real Estate

Ardwick Industrial District



Joseph M. Zamoiski Company Warehouse, northeast facade, view from parking lot looking southwest.



Joseph M. Zamoiski Company Warehouse, main entrance at facade, view from parking lot looking south.

Ardwick Industrial District
**PHOTOGRAPHS**



Joseph M. Zamoiski Company Warehouse, garage bays at facade, view from parking lot looking south.



Joseph M. Zamoiski Company Warehouse, loading docks at facade, view from parking lot looking south.

**PHOTOGRAPHS**



Joseph M. Zamoiski Company Warehouse, front section of northwest elevation, view from alley, looking north.



Joseph M. Zamoiski Company Warehouse, rear section of northwest elevation, view from alley looking south.

PG:72-77                                         Ardwick Industrial District
**PHOTOGRAPHS**



Georgia-Pacific Corporation Warehouse, oblique view looking west.



Georgia-Pacific Corporation Warehouse, northeast facade, view looking southwest.

**PHOTOGRAPHS**

Georgia-Pacific Corporation Warehouse, southeast elevation, view from alley looking west.

Ardwick Industrial District
**PHOTO LOG**

Number of Photos: **9**
Name of Photographer: **Mical Tawney, Dovetail Cultural Resource Group**
Date of Photographs: **2018-09-05**
Location of Original Digital File: **MD SHPO**
File Format: **PG:72-77_2018-09-05_01.tif… etc.**

*Photographs inserted on continuation sheets:*

01.tif
Joseph M. Zamoiski Company Warehouse, northeast facade, view from parking lot looking southwest.

02.tif
Joseph M. Zamoiski Company Warehouse, main entrance at facade, view from parking lot looking south.

03.tif
Joseph M. Zamoiski Company Warehouse, garage bays at facade, view from parking lot looking south.

04.tif
Joseph M. Zamoiski Company Warehouse, loading docks at facade, view from parking lot looking south.

05.tif
Joseph M. Zamoiski Company Warehouse, front section of northwest elevation, view from alley, looking north.

06.tif
Joseph M. Zamoiski Company Warehouse, rear section of northwest elevation, view from alley looking south.

07.tif
Georgia-Pacific Corporation Warehouse, oblique view looking west.

08.tif
Georgia-Pacific Corporation Warehouse, northeast facade, view looking southwest.

09.tif
Georgia-Pacific Corporation Warehouse, southeast elevation, view from alley looking west.

# MARYLAND HISTORICAL TRUST
## DETERMINATION OF ELIGIBILITY FORM

NR Eligible: Yes ___

No ___

Property Name: **Argyle Forest South Section**

Inventory Number: **M: 32-35**

Address: North of Forest Glen Road, East of Renfrew Road

Historic District: Yes

City: Silver Spring          Zip Code: 20901

County: Montgomery

USGS Quadrangle(s): Kensington

Property Owner: Multiple

Tax Account ID: Multiple

Tax Map Parcel(s): Multiple

Tax Map: JP32

Project: I-495 & I-270 Managed Lanes Study

Agency: MDOT SHA

Agency Prepared By: Dovetail CRG

Preparer's Name: Melissa Butler

Date Prepared: Feb 18, 2019

Documentation is presented in: Project review and compliance files

Preparer's Eligibility Recommendation: Not Recommended

Criteria: A    B    C    D

Considerations: A    B    C    D    E    F    G

> *Complete if the property is a contributing or non-contributing resource to a NR district/property:*
>
> Name of the District/Property:
>
> Inventory Number:          Eligible:          Listed:

Site visit by MHT Staff ___ yes ___ no          Name:          Date:

Description of Property and Justification:

Setting:

Argyle Forest South Section, a planned residential development in Silver Spring, is bounded by Forest Glen Road on the south, Renfrew Road on the east, and residential developments to the north (Argyle Forest) and west (Sunset Terrace). The community is composed of 17 single-family dwellings on individual rectangular lots that range between 0.15 acre and 0.18 acre, totaling about 2.86 acres. Individual lots have grassy lawns and light tree coverage, bushes, and other ornamental foliage; some have rear and side yards fully or partially enclosed with chain-link metal fencing. Sidewalks are located on the southern portion of the subdivision, along Forest Glen Road. Several houses have asphalt or concrete driveways leading towards the east or west side of the dwelling from the street. Secondary resources include sheds.

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| Criteria: ___ A ___ B ___ C ___ D | Considerations: ___ A ___ B ___ C ___ D ___ E ___ F ___ G |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services: | Date: |
| | |
| Reviewer, National Register Program: | Date: |

*Special DOE form produced for the I-270 & I-495 Managed Lanes Study*

NR-ELIGIBILITY REVIEW FORM

M: 32-35                                              Argyle Forest South Section

Page 2

---

The northern portion of Argyle Forest was previously determined not eligible for listing in the National Register of Historic Places (NRHP) in 2000 and is recorded as M: 32-9.

Description:

Argyle Forest South Section is a planned residential development comprising 17 single-family dwellings constructed between 1952 and 1957. Most of the houses reflect variations of the Colonial Revival styles in the Minimal Traditional and Ranch forms.

Dwellings in Argyle Forest South Section are primarily three to four bays wide, and one to two stories tall. The dwellings rest on continuous foundations and are clad primarily in stretcher-bond brick veneer, with sections of aluminum or vinyl siding in gable-ends. Roof types vary and include side, front, and cross gables, sheathed in asphalt shingles. Many dwellings feature interior- and/or exterior-end, brick chimneys.

Primary entrances are typically centered or off-center on the primary elevation and are filled by single-leaf wood or composite doors. These entrances are often accessed via a concrete or brick stoop on sloped ground. It is common for entrance bays to be slightly recessed, or sheltered by one-story, partial-width porches.

Original windows include eight-over-eight, double-hung-sash wood windows. Additional fenestration throughout the subdivision includes replacement double-hung-sash vinyl windows with false muntins, as well as original bay or ribbon windows. Front-gabled dormers and paneled and/or louvered shutters are common throughout the subdivision. Few dwellings feature either attached, single-car garages or carports.

Historic Context:

Argyle Forest was initially platted in 1947 by Michael and Mary Anselmo, local residential real estate developers, and comprised Bocks A-I (Montgomery County Plat 1974). The south section of Argyle Forest, Block B, was subdivided into 13 individual lots in 1952 by George E. Pontious and Paul W. Taltamus, and construction began soon after and was complete by 1957 (Nationwide Environmental Title Research [NETR] 1957). An additional four lots from Block A were also developed between 1952 and 1957. Advertisements for single-family houses throughout Argyle Forest South Section highlighted the brick houses with large wooded lots, fireplaces, screened-porches, and powder rooms in some models, priced from $13,930-16,350 (The Washington Post 1948, B14). As there were a selection of models constructed within the community, Argyle Forest South Section qualifies as a planned residential development. The Argyle Forest South Section location was praised for being convenient to both shopping centers and schools in a "choice neighborhood" (The Washington Post 1955, D7). Argyle Forest South Section did not include any neighborhood amenities as it is located in proximity to Argyle Local Park and Sligo Creek Golf Course.

Evaluation:

Argyle Forest South Section was evaluated in accordance with the Suburbanization Historic Context, Suburbanization Historic Context Addendum, and National Register of Historic Places Criteria A, B, and C.

NR-ELIGIBILITY REVIEW FORM

<u>M: 32-35</u>                                    <u>Argyle Forest South Section</u>

Page 3

_____

Argyle Forest South Section is a typical example of a planned residential development from the early to mid-1950s. The development did not introduce design innovations influential to later developments and does not demonstrate significant associations with important suburban trends. Furthermore, the property is not known to be associated with any other events that have made a significant contribution to the broad patterns of history. Therefore, Argyle Forest South Section is not eligible under Criterion A.

The subdivision was platted by Michael and Mary Anselmo and George E. Pontious and Paul W. Taltamus, small-scale local residential developers, and archival research has not revealed any information on builders or architects involved with particular dwellings within the community. The people involved in its formation had no significant influence on suburbanization in Maryland. Research has not shown that the subdivision is associated with the lives of other persons significant in the past. Therefore, the resource is not eligible under Criterion B.

Argyle Forest South Section is a basic example of a planned residential development. The neighborhood was constructed as an addition to an existing subdivision, and its single-family dwellings include standard features typical of the period with common stylistic details, materials, and forms. Argyle Forest South Section does not convey any distinctive characteristics or artistic value and is not eligible under Criterion C. This neighborhood was not evaluated under Criterion D.

This property encompasses 2.86 acres and is confined to the current property tax parcels, which can be found on Montgomery County Tax Map JP32 and also in Montgomery County Plat record 3098.

References:

KCI Technologies, Inc. (KCI). 1999. Suburbanization Historic Context and Survey Methodology, I-495/I-95 Capital Beltway Corridor Transportation Study, Montgomery and Prince George's Counties, Maryland. KCI Technologies, Inc., Hunt Valley, Maryland. http://www.marylandroads.com/Index.aspx?PageId=214.

Montgomery County Plats (MCP). Misc. years. Montgomery County Land Survey, Subdivision and Condominium Plats, Archives of Maryland Online. Accessed February 4, 2019. http://www.msa.md.gov/.

Nationwide Environmental Title Research (NETR). 1957. Historic Aerial Mosaic, Montgomery, Maryland. https://www.historicaerials.com/viewer.

The Washington Post. 1948. "Argyle Forest." May 3, 1948. B14.
--- 1955. "Argyle Forest." April 3, 1955, D7.

**Argyle Forest South Section**

Montgomery County

Location: North of Forest Glen Road, East of Renrew Road

City: Silver Spring



USGS 7.5' Quadrangle - Kensington

Scale: 1:24,000



**Argyle Forest South Section**

Location: North of Forest Glen Road, East of Renfrew Road

Montgomery County

City: Silver Spring

Parcel Boundaries

0     0.04     0.07 Miles

Scale: 1:2,000

N

00007544



Southeast oblique of 1011 Forest Glen Road.



Southwest oblique of 1001 Forest Glen Road.

M: 32-35                          Argyle Forest South Section
**PHOTOGRAPHS**



West elevation of 9901 Portland Road.



East elevation of 9902 Portland Road.

**PHOTOGRAPHS**



Streetscape of Forest Glen Road, facing northwest.



West elevation of 9903 Portland Road.

M: 32-35
**PHOTOGRAPHS**

Argyle Forest South Section



North elevation of 1006 Stirling Road.

M: 32-35                           Argyle Forest South Section
**PHOTO LOG**

Number of Photos: **7**
Name of Photographer: **Katherine M. Watts**
Date of Photographs: **2018-11-14**
Location of Original Digital File: **MD SHPO**
File Format: **M: 32-35_2018-11-14_01.tif… etc.**

*Photographs inserted on continuation sheets:*

01.tif
Southeast oblique of 1011 Forest Glen Road.

02.tif
Southwest oblique of 1001 Forest Glen Road.

03.tif
West elevation of 9901 Portland Road.

04.tif
East elevation of 9902 Portland Road.

05.tif
Streetscape of Forest Glen Road, facing northwest.

06.tif
West elevation of 9903 Portland Road.

07.tif
North elevation of 1006 Stirling Road.

00007549

# MARYLAND HISTORICAL TRUST
## DETERMINATION OF ELIGIBILITY FORM

NR Eligible: Yes ___

No ___

Property Name: **Argyle Local Park**                Inventory Number: <u>M: 32-37</u>

Address: <u>900, 1000, 1030 Forest Glen Road</u>        Historic District: <u>No</u>

City: <u>Silver Spring</u>        Zip Code: <u>20901</u>        County: <u>Montgomery</u>

USGS Quadrangle(s): <u>Kensington</u>

Property Owner: <u>Maryland-National Capital Park and Planning Commission</u>    Tax Account ID: <u>13-0096885, 13-00968668</u>

Tax Map Parcel(s): <u>P604, P706</u>        Tax Map: <u>JP32</u>

Project: <u>I-495 & I-270 Managed Lanes Study</u>        Agency: <u>MDOT SHA</u>

Agency Prepared By: <u>RK&K, LLP</u>

Preparer's Name: <u>Jacob Bensen</u>        Date Prepared: <u>May 9, 2019</u>

Documentation is presented in: <u>Project review and compliance files</u>

Preparer's Eligibility Recommendation: <u>Not Recommended</u>

Criteria:   A    B    C    D

Considerations:   A    B    C    D    E    F    G

| Complete if the property is a contributing or non-contributing resource to a NR district/property: |
| --- |
| Name of the District/Property: |
| Inventory Number:            Eligible:              Listed: |

Site visit by MHT Staff ___ yes ___ no        Name:              Date:

Description of Property and Justification:

This resource is within the boundaries of Sligo Creek Parkway (M: 32-15), which was determined eligible for the National Register of Historic Places (NRHP) in 2000 and 2005. Argyle Local Park was determined to be a non-contributing element of M: 32-15 in 2000 and recommended for exclusion from the M: 32-15 boundary during the 2005 re-evaluation. Therefore, it is being evaluated separately.

The following evaluation refers to the Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties, Maryland (October 2018).

Location/Setting

| MARYLAND HISTORICAL TRUST REVIEW | |
| --- | --- |
| Eligibility recommended: | Eligibility not recommended: |
| Criteria: ___ A ___ B ___ C ___ D | Considerations: ___ A ___ B ___ C ___ D ___ E ___ F ___ G |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services: | Date: |
| | |
| Reviewer, National Register Program: | Date: |

*Special DOE form produced for the I-270 & I-495 Managed Lanes Study*

NR-ELIGIBILITY REVIEW FORM

M: 32-37                                                Argyle Local Park

Page 2

---

Argyle Local Park is a 15.04-acre public park in a densely developed area of single-family residential subdivisions, bounded by Forest Glen Road to the north, the Capital Beltway (I-495) to the south, Sligo Creek Stream Valley Park Unit 4 and the former Greater Washington Boy's and Girl's Club (M: 31-26) to the west, and Dallas Avenue to the east. The park includes within its boundary the Forest Glen Senior Center (currently known as the Margaret Schweinhaut Senior Center) and the South Four Corners Neighborhood Park.

As of 2019, the Maryland-National Capital Park and Planning Commission (M-NCPPC) identifies the west section of the park as Argyle Local Park, the center section of the park as the Margaret Schweinhaut Senior Center, and the east section as South Four Corners Neighborhood Park. The three sections are interconnected and share features, acting as a single cohesive park. The resource contains a recreation center, senior center, and several recreation structures on gently rolling land with mature trees. Trees and grass separate the property from Forest Glen Road and Dallas Avenue, and trees screen the park from the Capital Beltway. The property is accessed by four driveways (two concrete, two asphalt) from Forest Glen Road, which lead to asphalt parking lots with landscaped islands and an internal circulation road. Light standards, metal street signs, utility poles, metal flag poles, a metal-roofed wood bulletin cabinet, wood-and-metal benches, concrete pedestrian walkways, and an asphalt trail are located throughout the park. Rustic wood-board park signs with incised lettering are located along Forest Glen Road at South Four Corners Neighborhood Park and between the driveways of the senior center; a metal modular pavilion is located east of the senior center.

Architectural Description

Silver Spring YMCA Youth Services (sometime between 1957 and 1963)

Possibly originally constructed as a single-family dwelling, this Minimal Traditional building is located within Argyle Local Park. With three-bays and a cross-gabled roof, it rests on a parged basement foundation and is clad in vinyl siding. The entrance, located at the west façade, is approached via a wood porch with wood steps and railings, sheltered by a shed roof supported by square wood posts. All windows on the main level are one-over-one, double-hung, vinyl-sash. The basement windows are two-light sliding vinyl sash. The roof is clad with asphalt-composition shingles. A square brick chimney pierces the roofline east of the ridge near the house's north end.

Forest Glen Senior Center/Margaret Schweinhaut Senior Center (1972, 1981-1982 addition)

The Forest Glen Senior Center, now known as the Margaret Schweinhaut Senior Center, is located in the center section of the park, just north of the Capital Beltway and surrounded by asphalt parking lots. A 10,000 square foot addition was constructed to the east between 1981 and 1982. The senior center is a one-story, Shed-style building with an L-shaped plan, resting on a concrete slab foundation. The building is clad with vertical ribbed-metal siding and has multi-direction shed roofs clad in standing-seam metal. The two main entrances are located on the north façade and consist of paired metal-and-glass doors with electric openers and sidelights, sheltered by projecting metal-frame fabric awnings with round metal posts. Three-dimensional letters attached to the wall between the main entrances read "MARGARET SCHWEINHAUT SENIOR CITIZENS CENTER FOREST GLEN/MONTGOMERY COUNTY DEPARTMENT OF RECREATION." Secondary entrances are located on the other three elevations and consist of single or

paired metal-and-glass doors with sidelights and single or paired metal doors. Single-light, vinyl fixed-sash windows of various sizes are located on all four elevations, and a two-light vinyl-sash sliding window is located on the west elevation. Square plastic-and-glass light fixtures are also located on all elevations. The roof is pierced by several chimney vents enclosed by square wood boxes. An asphalt path, the Margaret Schweinhaut Senior Center Trail, loops around the south and east elevations of the building.

Argyle Recreation Center (1992)

The Argyle Recreation Center is located in Argyle Local Park and replaced the original recreation center building, which was destroyed by fire in 1989. Argyle Recreation Center is a one-story, Shed-style building with a T-shaped plan, resting on a concrete slab foundation. The building is clad in brick set in a running bond and synthetic stucco. The main entrance is located on the north façade and consists of a single metal-and-glass door with sidelight sheltered by a projecting roof supported by a brick post. Secondary entrances consist of single metal doors. Windows are enclosed by projecting metal screen boxes and are large, multi-pane, and metal fixed-sash. The steeply-sloped roof is clad in asphalt-composition shingles. The roof is pierced on the east slope by skylights and on the west slope by several small vents.

Recreation Structures

Within Argyle Local Park, northeast of the Argyle Recreation Center, are asphalt-paved tennis courts surrounded by a chain link fence. The courts were likely originally built circa 1924 by the Argyle Country Club and have since been renovated several times by M-NCPPC. The baseball/softball field, with chain link backstop, and large rectangular field within Argyle Local Park and the large lawn in South Four Corners Neighborhood Park were built between 1957 and 1963. Argyle Local Park's full-sized asphalt basketball court, with chain link fence along its north side, was built between 1964 and 1970. The large playgrounds in Argyle Local Park and South Four Corners Neighborhood Park were built between 1988 and 2002. They have wood, metal, and plastic equipment on mulch contained by a low wall of wooden railroad ties. Historic aerials show the playground in South Four Corners Neighborhood Park was expanded between 2002 and 2005.

Historic Context

The land currently occupied by Argyle Local Park, the Forest Glen Senior Center/Margaret Schweinhaut Senior Center, South Four Corners Neighborhood Park, and the Sligo Golf Course was originally developed as the Argyle Country Club. The Argyle Country Club was founded in 1923 in Washington, DC, by the merger of the Argyle Tennis Club and Brightwood Caddie's Association. One year later, the club leased land along Sligo Creek, bordered by Sligo Creek Parkway, Forest Glen Road, and Dallas Avenue in Silver Spring from the Argyle Land Company (Argyle Country Club, 2019). The club used an old farmhouse on the property as a clubhouse and constructed a nine-hole golf course and several tennis courts. In 1945, the club relocated to a former dairy farm in Silver Spring and sold the Sligo Creek property to the M-NCPPC, which established the public Sligo Golf Course on the site (Argyle Country Club, 2019). A portion of the property to the west was subdivided from the park circa 1950 to construct the Greater Washington Boys' and Girls' Club, Silver Spring Branch (M: 31-26) (Tamburrino 2000, 3).

By 1953, plans for the Capital Beltway were revealed showing that the new highway would run directly through the Sligo Golf Course, splitting the property into a large section to the south and a smaller section to the north (Hammerstadt 2005, 8-3). As a result, the property was re-designed starting in 1953; the golf course was rebuilt south of the Capital Beltway and the northern section re-developed into a separate park, which became Argyle Local Park (Hammerstedt 2005, 7-2). The tennis courts and golf course constructed by the country club remained in public use during the re-development. By 1957, a baseball field was constructed on the west section of the new park. The Argyle Recreation Center was built on the property sometime between 1957 and 1960, replacing the farmhouse/clubhouse used by the Argyle Country Club that burned in a fire, and a small Minimal Traditional building was built southeast of the recreation center between 1957 and 1963 (Historic Aerials, 2019; Hammerstadt 2005, 8-3; Washington Post 1960, F17). Historic aerials show a rugby field was painted on the grass area east of the baseball field sometime between 1957 and 1963 and removed by 1964. Construction of the Capital Beltway through the area of the Sligo Golf Course property began in 1960, and the highway opened to traffic in 1964, permanently separating the Sligo Golf Course from the north section of the property (Kozel, 2007).

The Forest Glen Senior Center and its associated parking lot were built in 1972. Forest Glen Senior Center was one of several senior centers operating in Montgomery County in the 1970s (Glickfield 1976, MD4). Between 1981 and 1982, the center received a 10,000 square foot addition. The center was later renamed in honor of Maryland State Delegate Margaret Schweinhaut (Montgomery Parks, 2019; Prager 1979, MD10).

The Argyle Recreation Building was destroyed by arson in 1989 and rebuilt in 1992 (Kaiman 1992, MD6). Two playgrounds were added between 1988 and 2002: one to the South Four Corners section near the Capital Beltway, and one adjoining the tennis courts along Forest Glen Road. The South Four Corners playground was expanded sometime between 2002 and 2005 (Historic Aerials, 2019).

As of 2019, Argyle Local Park, Forest Glen Senior Center, and South Four Corners Neighborhood Park are owned and operated by M-NCPPC, providing sports, recreational, and senior center amenities.

Eligibility Determination

Argyle Local Park was evaluated in accordance with the Historic Context Addendum and National Register of Historic Places (NRHP) Criteria A, B, and C as an example of a mid-twentieth-century local and neighborhood park. It was not evaluated for eligibility under Criterion D.

Argyle Local Park does not have a significant association with any important historical trends such as the environmental movement or local planning initiatives. The park was created using land separated from the Sligo Creek Golf Course by the planning and construction of the Capital Beltway in the 1950s and 1960s and is not associated with the planning or development of the surrounding neighborhoods. It is also not associated with the planning or development of the nearby Sligo Creek Parkway or the Capital Beltway. Therefore, Argyle Local Park is not eligible for the NRHP under Criterion A.

Research has not shown Argyle Local Park to be associated with events or persons that have made a significant contribution to history. Although currently named for her, the senior center does not have a

NR-ELIGIBILITY REVIEW FORM

M: 32-37                                                Argyle Local Park

Page 5

---

significant association with Maryland State Delegate Margaret Schweinhaut. Therefore, the park is not eligible for the NRHP under Criterion B.

Argyle Local Park is not the work of a master and is not the first example or one of the last intact examples of its type. The park is a common example of a local and neighborhood park. Furthermore, replacement of the Argyle Recreation Center in 1992 and the addition of new playgrounds between 1988 and 2002 has diminished the overall integrity of the park. The Forest Glen Senior Center no longer retains the integrity of its original design due to the substantial addition constructed between 1981 and 1982. Therefore, Argyle Local Park is not eligible for the NRHP under Criterion C.

The evaluated property encompasses 15.04 acres and is confined the north end of the current tax parcels, found on Montgomery County Tax Map JP32, Parcels P604 and P706 (2019), and bound to the south by the Capital Beltway.

References

Argyle Country Club. 2019. "Our Story." https://www.argylecc.net/story.

"Creative Crafts for Children." The Washington Post, July 31, 1960, F17. ProQuest.

Glickfield, Chreyl. "For Senior Citizens: Where to Go to Have a Good Time." The Washington Post, September 30, 1976, MD4. ProQuest.

Hammersted, Erin. "Sligo Creek Parkway." Determination of Eligibility Form M: 32-15, January 2005, on file at Maryland Historical Trust, Crownsville, MD.

Kaiman, Beth. "News Near You: Silver Spring." The Washington Post, June 18, 1992, MD6. ProQuest.

Kozel, Scott M. 2007. "Capital Beltway History." Roads to the Future. www.roadstothefuture.com/Capital_Beltway.html.

Leach, Sara Amy. "Sligo Creek Parkway." Determination of Eligibility Form M: 32-15/PG:62-25, January 2000, on file at Maryland Historical Trust, Crownsville, MD.

MDOT SHA, Dovetail Cultural Resource Group, and RK&K. Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties, Maryland. Baltimore, Maryland: MDOT SHA, 2018.

Montgomery County Recreation. 2019. "Margaret Schweinhaut Senior Center." Accessed April 26, 2019. https://www.montgomerycountymd.gov/rec/facilities/seniorcenters/schweinhaut.html.

NETROnline. 2019. "Historic Aerials." Accessed April 26, 2019. www.historicaerials.com.

Prager, Debbie. "Funds Approved for Two Senior Centers." The Washington Post, April 12, 1979, MD10. ProQuest.

NR-ELIGIBILITY REVIEW FORM

<u>M: 32-37</u>                                        <u>Argyle Local Park</u>

Page 6

---

Tamburrino, Tim. "Greater Washington Boy's and Girl's Club, Silver Spring Branch." Determination of Eligibility Form M: 31-26, January 2000, on file at Maryland Historical Trust, Crownsville, MD.

00007555

**Argyle Local Park**

Location: 900, 1000, 1030 Forest Glen Road

Montgomery County

City: Silver Spring



USGS 7.5' Quadrangle - Kensington

Scale: 1:24,000



**Argyle Local Park**

Location: 900, 1000, 1030 Forest Glen Road

Montgomery County
City: Silver Spring

Parcel Boundaries

Scale: 1:3,000

M: 32-37                                          Argyle Local Park
**PHOTOGRAPHS**



Silver Spring YMCA Youth Services, facade and north elevation, looking southeast.



Forest Glen Senior Center/Margaret Schweinhaut Senior Center, facade, looking south.

Argyle Local Park
**PHOTOGRAPHS**



Forest Glen/Margaret Schweinhaut Senior Center, west elevation, looking east.



Forest Glen/Margaret Schweinhaut Senior Center, east elevation, looking southwest.

**PHOTOGRAPHS**



Argyle Recreation Center, facade, looking south.



Argyle Local Park, playground, basketball court, and tennis courts, looking northeast.

M: 32-37                                    Argyle Local Park
**PHOTOGRAPHS**



Argyle Local Park, baseball/softball field and large sports field, looking southwest.



South Four Corners Neighborhood Park, playground, looking southeast.

M: 32-37                                          Argyle Local Park
**PHOTO LOG**

Number of Photos: **8**
Name of Photographer: **Melissa Butler**
Date of Photographs: **2018-11-14**
Location of Original Digital File: **MD SHPO**
File Format: **M: 32-37_2018-11-14_01.tif... etc.**

*Photographs inserted on continuation sheets:*

01.tif
Silver Spring YMCA Youth Services, facade and north elevation, looking southeast.

02.tif
Forest Glen Senior Center/Margaret Schweinhaut Senior Center, facade, looking south.

03.tif
Forest Glen/Margaret Schweinhaut Senior Center, west elevation, looking east.

04.tif
Forest Glen/Margaret Schweinhaut Senior Center, east elevation, looking southwest.

05.tif
Argyle Recreation Center, facade, looking south.

06.tif
Argyle Local Park, playground, basketball court, and tennis courts, looking northeast.

07.tif
Argyle Local Park, baseball/softball field and large sports field, looking southwest.

08.tif
South Four Corners Neighborhood Park, playground, looking southeast.

**MARYLAND HISTORICAL TRUST**
**DETERMINATION OF ELIGIBILITY FORM**

NR Eligible: Yes ____

No ____

**Property Name:** Arrowood

**Inventory Number:** M: 35-196

**Address:** East of I-495, South of Bradley Blvd, North of Arrowood Road

**Historic District:** Yes

**City:** Bethesda          **Zip Code:** 20817          **County:** Montgomery

**USGS Quadrangle(s):** Rockville

**Property Owner:** Multiple          **Tax Account ID:** Multiple

**Tax Map Parcel(s):** Multiple          **Tax Map:** GP31

**Project:** I-495 & I-270 Managed Lanes Study          **Agency:** MDOT SHA

**Agency Prepared By:** Dovetail CRG

**Preparer's Name:** Katherine Watts          **Date Prepared:** Jan 4, 2019

**Documentation is presented in:** Project review and compliance files

**Preparer's Eligibility Recommendation:** Not Recommended

**Criteria:** A    B    C    D

**Considerations:** A    B    C    D    E    F    G

---

*Complete if the property is a contributing or non-contributing resource to a NR district/property:*

Name of the District/Property:

Inventory Number:                    Eligible: No                    Listed: No

---

Site visit by MHT Staff ____ yes  ____ no          Name:          Date:

---

**Description of Property and Justification:**
Setting:

The planned residential development known as Arrowood is bounded by I-495 on the northwest, Bradley Boulevard and Redwood Avenue on the northeast, and Arrowood Road on the south. The primary street of Arrowood is Kittery Lane, with a small cul-de-sac, Kittery Court, branching off to the southeast from Kittery Lane. One property is located on Arrowood Road (7323 Arrowood Road) and the houses on the southwest side of Bradley Boulevard between

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| Criteria: ___ A ___ B ___ C ___ D | Considerations: ___ A ___ B ___ C ___ D ___ E ___ F ___ G |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services: | Date: |
| | |
| Reviewer, National Register Program: | Date: |

NR-ELIGIBILITY REVIEW FORM

<u>M: 35-196</u>                                   <u>Arrowood</u>

Page 2

Redwood Avenue and I-495 are also included in the survey area. Arrowood contains 34 dwellings, the majority of which were built between 1962 and 1972 and are situated on 0.5-acre lots with grassy lawns, bushes, and mature trees. Most houses have attached two-car garages with paved driveways, some of which are semi-circular. The neighborhood does not have sidewalks, but many of the properties have brick, stone, or concrete walks leading from the main entrance to the road or driveway. Secondary resources include swimming pools.

Description:

First platted in 1961, Arrowood is a development of 34 single-family dwellings, the majority (27) of which were built between 1962 and 1972. Of the remaining seven houses, five were built between 1979 and 1989, and two were built in 1997 and 2000 that replaced 1960s houses (Montgomery County Plat Book [MCPB] 69, 6466; MCPB 69, 6529).

Houses in Arrowood are predominately Colonial Revival; those built by the developer prior to 1973 consist of six Colonial Revival models and one Contemporary model. Along Bradley Boulevard, houses were built between 1965 and 1989 in a variety of styles including one Contemporary model, one Tudor Revival model and several Colonial Revival homes similar to those along Kittery Lane. The Colonial Revival-style models include:  two-story massed with a side-gabled roof (some with full-height porches); one-and-a-half-story with a side-gabled roof and dormers; two-story massed with a hipped roof; one-and-a-half-story with a side-gambrel roof; split level; and one-and-a-half-story with a mansard roof. The houses in Arrowood are between four and seven bays wide. All have continuous foundations and structural systems predominantly clad in a brick veneer, but some feature sections of stone veneer or wood siding.

The majority of houses in Arrowood have symmetrical facades with centered primary entrances featuring single- or double-leaf doors. Doors vary between wood paneled, half-glazed wood, wood with decorative lights, fully glazed, and metal or fiberglass replacements. Windows are typically double-hung sash wood windows with divided lights, most commonly twelve-over-twelve on the first floor and eight-over-eight on the upper levels. Some one-over-one double-hung-sash vinyl replacements are present. Replacement doors are more common than replacement windows. A notable example of both replacement windows and doors is at 1 Kittery Court. Most houses were built with attached two-car garages, but additions to the side or rear of houses are common, such as the two-bay, hipped-roof garage addition at 9112 Kittery Lane and the rear two-story addition at 9110 Kittery Lane.

The only Contemporary-style model in Arrowood (7316 Bradley Boulevard) is a one-story, five-bay, stone and brick-veneered house. Not long after its construction, the house was advertised as an "unusual custom stone and brick contemporary" that "must be seen to be appreciated" (The Washington Post 1967, C42).

NR-ELIGIBILITY REVIEW FORM

M: 35-196                                    Arrowood

Page 3

According to state tax data, 9116 and 9120 Kittery Lane were built in 2000 and 1997, respectively, replacing 1960s-era houses. The original house at 9116 Kittery Lane was a Mansard-roofed, one-and-a-half-story dwelling, looking much like the house that still stands at 9126 Kittery Lane (The Washington Post 1971, E19). The houses at 9116 and 9120 Kittery Lane are both infill at a much larger scale than the adjacent 1960s houses.

Historic Context:

In 1913, land north of what was to become the Arrowood subdivision was purchased for the development of the Montgomery Country Club (Bethesda Country Club 2018). In 1922-1923, the Burning Tree Club (M: 35-121) began as a men's-only private golf course immediately south of what would become Arrowood (KCI Technologies, Inc. 2000). By the time the Capital Beltway (I-495) was built between 1955 and 1964, Bethesda was rapidly suburbanizing, with homeowners eager to buy a home with more space but conveniently located to their jobs and the city of Washington, D.C. (Manning et al. 2018, B-4). Arrowood was ideally situated next to I-495.

Land was conveyed from Gabriella Placht to Spotswood I. Quinby Inc., and Arrowood was first platted in 1961 (Montgomery County Deed Book [MCDB] 2888, 111; MCPB 69, 6466). The remainder of Kittery Lane and Bradley Boulevard from the surveyed area was platted in 1964 when Jack A. Pappadeas and REB, Inc. conveyed land to Spotswood I. Quinby (MCDB 3222, 448; 3266, 609; MCPB 77, 7656). The plats also note that parts of Arrowood were resubdivisions of land previously surveyed as the Kefauver and Haney Tracts of Bradley Hills. Quinby was a residential builder in the Montgomery County area from the 1940s through the 1960s (The Washington Post 1981, C5).

The platting and development of Arrowood did not include any amenities like community centers or recreational facilities, as it is a fairly small development of 34 lots, and it is located very near the Burning Tree Club and also near the Montgomery Country Club (now the Bethesda Country Club) (The Washington Post 1977, 57). Historic newspaper research indicates that Arrowood was known for high quality, large homes sited on wooded, landscaped 0.5-acre lots. Advertisements stated that houses in Arrowood were "designed and built for the discriminating buyer" (The Evening Star 1963, C-14) and emphasized the Colonial Revival style, large interiors, wooded lots, high quality materials, and "close-in" suburban location (The Evening Star 1966, E-24; The Washington Post 1965, E4).

In 1974, two houses in Arrowood were purchased by foreign governments, that of Japan and Sierra Leone (MCDB 4543, 263; MCDB 4510, 776). Although their exact function is unknown, they retain foreign ownership today and are perhaps used as overflow space from embassies located downtown in Washington, D.C.

Evaluation:

NR-ELIGIBILITY REVIEW FORM

<u>M: 35-196</u>                                      <u>Arrowood</u>

Page 4

_____

Arrowood was evaluated in accordance with Maryland's "Suburbanization Historic Context Addendum" and National Register of Historic Places Criteria A, B, and C.

Arrowood is a planned residential development constructed during the Suburban Diversification Period (Manning et al. 2018, B-1). The development did not introduce influential design innovations, has no significant associations with local or regional residential development and planning or demographic changes, and is not known to be associated with other events that have made a significant contribution to the broad patterns of history. Therefore, Arrowood is not eligible under Criterion A.

The developer of Arrowood, Spotswood I. Quinby, was active in the Montgomery County-area as a builder and later as a real estate salesman, but no notable or influential projects were identified during archival research. Therefore, Arrowood is not eligible under Criterion B.

As a planned residential development, Arrowood is not the first example, nor is it the last intact example. Planned residential developments with Colonial Revival-style houses are prevalent in the Maryland suburbs, and Arrowood demonstrates none of the housing innovations that appeared during the Suburban Diversification Period. The development's Colonial Revival forms include standard features typical of the period and demonstrate no distinctive stylistic details. Modifications to the dwellings over time, such as additions, replacement windows and doors, as well as the two tear-downs with new construction, have diminished the historic integrity of design and materials throughout the development. For these reasons, this resource is not eligible under Criterion C. As an architectural resource, the resource was not evaluated under Criterion D.

The resource, encompassing approximately 23 acres, is bounded by I-495 on the northwest, Bradley Boulevard and Redwood Avenue on the northeast, and Arrowood Road on the south and is found on Montgomery County Tax Map GP31 (2018).

References:

Bethesda Country Club. "History." 2018. Accessed September 2018, https://www.bethesdacountryclub.org.

The Evening Star. 1963. Advertisement for Arrowood, Bethesda's Most Talked About New Community of Colonial Homes: 9105 Kittery Lane. September 13, 1963, C-14.

The Evening Star. 1966. Advertisement for 9118 Kittery Lane, Arrowood. January 23, 1966, E-24.

Google. 2018. "Bethesda, MD." Map. Google Earth (computer program). Accessed November 2018. http://www.google.com/earth/download/ge/agree.html.

NR-ELIGIBILITY REVIEW FORM

M: 35-196                                                    Arrowood

Page 5

---

KCI Technologies, Inc. 2000. Maryland Historical Trust Maryland Inventory of Historic Properties Form: Burning Tree Club (M: 35-121). Copy on file at Maryland Historical Trust, Crownsville, Maryland.

Manning, Matt, Danae Peckler, Kerri Barile, Christeen Taniguchi, and Matthew Bray. RK+K. 2018. Suburbanization Historic Context Addendum I-495/I-270 Managed Lane Study, Montgomery and Prince George's Counties, Maryland, Suburban Diversification Period (1961-1980). Draft. Prepared for the Maryland Department of Transportation State Highway Administration.

Montgomery County Deed Book (MCDB). n.d. Montgomery County Land Records, misc. years. Archives of Maryland Online. Accessed November 15, 2018. http://www.mdlandrec.net/.

Montgomery County Plat Book (MCPB). n.d. Montgomery County Land Survey, Subdivision, and Condominium Plats, misc. years. Archives of Maryland Online. Accessed November 15, 2018. http://www.msa.md.gov/megafile/msa/stagser/s1500/s1529/html/0000.html.

United States Geological Survey (USGS). 1957 Rockville, Maryland. 7.5-Minute Topographic Quadrangle. Montgomery County, Maryland. Accessed November 2018. http://historicalmaps.arcgis.com/usgs/index.html

----1965 Rockville, Maryland. 7.5-Minute Topographic Quadrangle. Montgomery County, Maryland. Accessed November 2018. http://historicalmaps.arcgis.com/usgs/index.html

The Washington Post. 1965. Advertisement for 9106 Kittery Lane, Arrowood. October 30, 1965, E4.

--- 1967. Advertisement for 7316 Bradley Boulevard. February 19, 1967, C42.

--- 1971. Advertisement for 9116 Kittery Lane, Arrowood. April 17, 1971, E19.

---1977. Advertisement for Bethesda-Arrowwood Estate Area, Near Burning Tree Club. July 10, 1977, 57.

--- 1981. Obituary for Spotswood I. Quinby, Ex-Builder and Salesman. April 7, 1981, C5.

Location: East of I-495, South of Bradley Blvd, North of Arrowood Road    **MIHP#: M: 35-196**
City: Bethesda    Montgomery County



USGS 7.5' Quadrangle - Rockville

0    0.5    1    Miles

Scale: 1:24,000

N

00007568

Location: East of I-495, South of Bradley Blvd, North of Arrowood Road
City: Bethesda

**MIHP#: M: 35-196**
Montgomery County



Parcel Boundaries

0      0.05      0.1 Miles

Scale: 1:3,000

N

00007569

**Arrowood (M: 35-196)**
**9100-9129 Kittery Lane, 1, 2, 5, 6 Kittery Court, 7312-7404 Bradley Boulevard (evens only)**
**Bethesda, Montgomery County, Maryland**



1961 Plat One of Subdivision of Arrowood (MCP 6466).

00007570

Arrowood (M: 35-196)
9100-9129 Kittery Lane, 1, 2, 5, 6 Kittery Court, 7312-7404 Bradley Boulevard (evens only)
Bethesda, Montgomery County, Maryland



1961 Plat Two of Subdivision of Arrowood (MCP 6529).

00007571

**Arrowood (M: 35-196)**
**9100-9129 Kittery Lane, 1, 2, 5, 6 Kittery Court, 7312-7404 Bradley Boulevard (evens only)**
**Bethesda, Montgomery County, Maryland**



1964 Plat Three of Subdivision of Arrowood (MCP 7656).

**Maryland Historical Trust
Maryland Inventory of
Historic Properties Form**

Inventory No M: 35-196

Name   Arrowood
**Continuation Sheet**

Number   <u>Photos</u>   Page 1



Photo 1 of 6: View of 9108-9110 Kittery Lane, looking north, from 9102 Kittery Lane.



Photo 2 of 6: 9104 Kittery Lane, east elevation.

00007573

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No M: 35-196

Name   Arrowood
**Continuation Sheet**

Number   <u>Photos</u>   Page 2



**Photo 3 of 6: 6 Kittery Court, northeast elevation.**



**Photo 4 of 6: 7312 Bradley Boulevard, north oblique.**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No M: 35-196

Name   Arrowood
**Continuation Sheet**

Number   <u>Photos</u>   Page 3



**Photo 5 of 6: 7316 Bradley Boulevard, northeast elevation.**



**Photo 6 of 6: 7320 Bradley Boulevard, northeast elevation.**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No M: 35-196

Name   Arrowood
**Continuation Sheet**

Number   Photos   Page 4

---

**PHOTO LOG**

**Name of Property: Arrowood**
**Name of Photographer: Adriana Moss and Melissa Butler**
**Date of Photographs:  10/2/2018**
**Location of Original Digital File:  MD SHPO**

*Photographs inserted on continuation sheets.*

**Photo 1 of 6:**
**View of 9108-9110 Kittery Lane, looking north, from 9102 Kittery Lane**
**M; 35-196_2018-10-02_01.tif**

**Photo 2 of 6:**
**9104 Kittery Lane, east elevation.**
**M; 35-196_2018-10-02_02.tif**

**Photo 3 of 6:**
**6 Kittery Court, northeast elevation.**
**M; 35-196_2018-10-02_03.tif**

**Photo 4 of 6:**
**7312 Bradley Boulevard, north oblique.**
**M; 35-196_2018-10-02_04.tif**

**Photo 5 of 6:**
**7316 Bradley Boulevard, northeast elevation.**
**M; 35-196_2018-10-02_05.tif**

**Photo 6 of 6:**
**7320 Bradley Boulevard, northeast elevation.**
**M; 35-196_2018-10-02_06.tif**

**MARYLAND HISTORICAL TRUST**

NR Eligible: Yes \_\_\_\_

**DETERMINATION OF ELIGIBILITY FORM**

No \_\_\_\_

**Property Name:** Ashburton

**Inventory Number:** M: 30-44

**Address:** West of Old Georgetown Road and North and South of I-495

**Historic District:** Yes

**City:** Bethesda

**Zip Code:** 20817

**County:** Montgomery

**USGS Quadrangle(s):** Kensington

**Property Owner:** Multiple

**Tax Account ID:** Multiple

**Tax Map Parcel(s):** Multiple

**Tax Map:** GP52, GP62, GP63

**Project:** I-495 & I-270 Managed Lanes Study

**Agency:** MDOT SHA

**Agency Prepared By:** Dovetail CRG

**Preparer's Name:** Danae Peckler

**Date Prepared:** Jan 4, 2019

**Documentation is presented in:** Project review and compliance files

**Preparer's Eligibility Recommendation:** Not Recommended

**Criteria:** A    B    C    D

**Considerations:** A    B    C    D    E    F    G

---

*Complete if the property is a contributing or non-contributing resource to a NR district/property:*

Name of the District/Property:

Inventory Number:                    Eligible: No                    Listed: No

---

Site visit by MHT Staff \_\_\_ yes    \_\_\_ no                    Name:                    Date:

**Description of Property and Justification:**

Setting:

Ashburton is a planned residential neighborhood straddling the north and south sides of I-495 between its connection with I-270 and the I-270 Spur in Bethesda. It is bounded by Old Georgetown Road to the east, the Wyngate, Tusculum, and Academy Woods subdivisions to the south, the Fernwood, Georgetown Village, and Marymount subdivisions to the west, and the Marymount subdivision and Bells Mill Road to the north. The Ashburton neighborhood has

---

| MARYLAND HISTORICAL TRUST REVIEW |
|---|
| Eligibility recommended:                    Eligibility not recommended: |
| Criteria: \_\_\_ A \_\_\_ B \_\_\_ C \_\_\_ D    Considerations: \_\_\_ A \_\_\_ B \_\_\_ C \_\_\_ D \_\_\_ E \_\_\_ F \_\_\_ G |
| MHT Comments: |
| |
| |
| |
| Reviewer, Office of Preservation Services:                    Date: |
| |
| Reviewer, National Register Program:                    Date: |

NR-ELIGIBILITY REVIEW FORM

<u>M: 30-44</u>                                    <u>Ashburton</u>

Page 2

---

approximately 650 single-family residential dwellings and is divided into two sections containing an estimated 96.7 acres to the north of I-495 and 79.3 acres to the south. Residential lots are between 0.14 and 0.39 acres containing single-family dwellings with modest setbacks. Individual lots are relatively flat and landscaped with grassy lawns, ornamental plantings, few trees, and some fenced-in yards. Secondary buildings are not common but include small storage sheds and detached garages. The streets are 60 feet wide and flanked by curbs and sidewalks throughout much of the neighborhood, although a few areas that developed later at the fringes of the development do not have sidewalks.

Description:

Ashburton contains single-family dwellings primarily constructed between 1956 and 1963, with at least a dozen houses constructed post-1995 replacing older ones. Current tax records indicate that these houses range from approximately 1,800 to 5,400 square feet of finished living space. Most of the single-family dwellings were constructed in variations of the Colonial Revival style in the Two-Story Massed (including Modern Colonial, Garrison Colonial, and Cape Cod subforms), Ranch, Split-Level, and Split-Foyer forms. Some of the original houses include features of the Contemporary and Storybook styles, while more recently constructed or heavily modified dwellings depict Millennium Mansion and New Traditional styles (McAlester 2013, 707-750). As houses in this neighborhood were erected by a number of different builders that purchased a series of lots, clusters of similar house models and styles appear in scattered groupings throughout various sections.

Dwellings in Ashburton are between one and two-and-a-half stories tall and three to six bays wide. Many houses are clad in brick, but some include a mix of materials such as a stone veneer, stucco, weatherboard, Masonite, aluminum, vinyl, or T1-11 siding. Rooflines vary to include side-gabled, front-gabled, or hipped roofs, and also combinations of these types. Roofs are predominantly sheathed in asphalt shingles, though some recently constructed dwellings feature small sections covered by standing-seam metal. Most dwellings feature at least one brick chimney that is either centrally located or set along a side or rear elevation. Most of the Cape Cod-type houses feature two gabled dormers at the façade, while some other Colonial Revival-style dwellings feature a three-bay, shed-roofed dormer across the primary elevation. Gabled, hipped, and shed-roofed dormers have been added to other houses in the neighborhood over time, often at the rear elevation.

Primary entrances to dwellings in Ashburton are typically at or near the center of the façade and have a single-leaf or double-leaf wood or metal door. Roughly a dozen houses along either side of Bulls Run Parkway feature this centrally located main entrance and a secondary entrance positioned close to the driveway on the side elevation. Many of these doors appear to be original, while window types in the neighborhood vary greatly and are overwhelmingly filled with replacement units. Where present, original units include double-hung, two-over-two

00007578

NR-ELIGIBILITY REVIEW FORM

<u>M: 30-44</u>                                    <u>Ashburton</u>

Page 3

_____

(horizontal muntins), six-over-six, or eight-over-eight, wood-framed sashes; wood-framed picture windows; groupings of fixed, wood-framed lights; paired, sliding, metal-framed sashes; or multi-light, metal-framed, bay windows. Most windows at the façade are flanked by fixed, louvered or paneled, aluminum shutters, particularly those houses with Colonial Revival styling. One- and two-car garages or carports were incorporated into the original design of many houses in this development; however, an equal number of houses were built without them but feature off-street parking space to one side of the façade. The few detached garages observed during the survey likely date from the original construction period (6116 Lone Oak Drive).

Additions and modifications to the houses are common in Ashburton. Many houses have been modified through the enclosure of carports or conversion of attached garages into living space, while others have enlarged front porches or entrances (9715 De Paul Drive and 9829 Singleton Drive). Several houses feature additions at the rear elevation or have been expanded vertically with an additional full or half story on the façade (6109 Lone Oak Drive and 6214 Rockhurst Road). More than a dozen houses scattered throughout the development have been constructed since 1995 in architectural forms and styles that are not in keeping with the character of the neighborhood. Over time, in-ground swimming pools have been added to some back yards in the neighborhood, while other modest alterations have been commonly made to front yards, including newly constructed terrace walls, planting beds, and driveways.

Historic Context:

Located roughly 2.3 miles northwest of downtown Bethesda, land within the Ashburton subdivision was part of a 213-acre farm sold to the Kaufman-Goldnamer Company in 1939, developers of the Wyngate subdivision between 1939 and 1947 (Montgomery County Deed Book [MCDB] CKW 728, 444). In 1955, the Kaufman Company gained full control of the property and sold it to real-estate developers, H. Max Ammerman and the Bancroft Construction Corporation, who promptly created the residential neighborhood of Ashburton from the remaining acreage (MCDB CKW 2157, 434).

The Bancroft Construction Corporation, led by brothers Marvin and Herschel Blumberg, got its start in 1948 building single-family tract houses. The Blumberg brothers and Bancroft construction were involved in the development of many residential neighborhoods, including Bancroft Park, Sherwood Forest Manor, Rock Creek Palisades, and the award-winning Rock Creek Woods (M: 31-37). A smaller-scale development with 78 single-family dwellings, Rock Creek Woods was designed in collaboration with architect Charles M. Goodman and acknowledged by McCall's magazine and its Congress for Better Living in 1958 for outstanding new houses that catered to a modern lifestyle (The Washington Post 1958a, B4).

Like Bancroft Construction and the Blumberg brothers, H. Max Ammerman was involved in many other real estate developments in the D.C. region. At the time of his death in 1988, he

NR-ELIGIBILITY REVIEW FORM

<u>M: 30-44</u>                                        <u>Ashburton</u>

Page 4

---

was acknowledged for the pivotal role he had in creating suburban malls, including Tysons Corner shopping center in Virginia and Montgomery County's Wheaton Plaza (Barnes 1988, D7).

In Ashburton, Ammerman and the Blumbergs took a collaborative approach to development, selling groupings of lots to various homebuilding companies and marketing the neighborhood's resulting architectural diversity of form and style as a desirable alternative to the monotony that typically plagued such suburban communities (The Washington Post 1957, E52).

Largely platted between December 1955 and January 1957, Ashburton continued residential development patterns established by surrounding neighborhoods, tying into and extending several pre-existing streets. In December 1959 and March 1961, Ammerman and the Blumbergs subdivided the remaining land at the north end of the property. In the southern section, land at the western end of Earlham and Hollins Drive was platted in September 1961 by a different company, Sheraton Developers, which created roughly 30 lots, constructed two basic variations of Contemporary-style houses, and established landscaped islands in the cul-de-sacs.

Ashburton is typical of many planned neighborhoods as it did not include any communally owned amenities like parks or recreational areas. The 8.2-acre parcel currently occupied by Ashburton Elementary School at 6314 Lone Oak Drive appears to have been set aside for a public school. The Montgomery County School Board agreed to purchase the property from the Bancroft Corporation in 1956, but the property was not platted as part of the Ashburton subdivision (The Evening Star 1956, A-16). Advertisements printed between 1956 and 1960 regularly touted the development's proximity to public schools, numerous churches, shopping centers, and country clubs, but land platted in association with the neighborhood was regulated to single-family residential lots with two lots reserved for storm drainage near the area that became I-495. Archival research indicates that no architectural covenants or restrictions beyond building setbacks were placed on lots within the neighborhood.

Aerial images indicate that all lots within the subdivision were filled by April 1963, reflecting the success of the developers' strategy, the area's significant population growth, and the desire for new suburban houses near the recently completed Capital Beltway (I-495) (United States Department of Agriculture, 1963).

Evaluation:

Ashburton was evaluated as a planned residential neighborhood in the Modern Period (1930-1960) and the Suburban Diversification Period (1961-1980) in accordance with Maryland's "Suburban Historic Context and Survey Methodology" and "Suburbanization Historic Context Addendum" with respect to National Register of Historic Places Criteria A, B, and C.

NR-ELIGIBILITY REVIEW FORM

<u>M: 30-44</u>                                      <u>Ashburton</u>

Page 5

Ashburton is typical of most planned residential neighborhoods in Maryland and the D.C. suburbs and is a basic example of the type commonly built in Montgomery County in the Modern and Suburban Diversification Periods. The neighborhood is not an early example, nor did it introduce design innovations influential to later developments. Furthermore, the neighborhood is not known to be associated with any other events that have made a significant contribution to the broad patterns of history. Therefore, the property is not eligible under Criterion A.

The professionals involved in the development of Ashburton had no significant influence on suburbanization in Maryland. Research has not shown that the neighborhood is associated with the lives of other persons significant in the past. Therefore, the property is not eligible under Criterion B.

Ashburton is a modest and basic example of a planned residential neighborhood, with lots created by a developer and little to no constraints on the architecture that emerged within its boundaries. The subdivision demonstrates none of the innovations in residential developments that appeared following World War II in Montgomery County. As such, it is not a good example of a planned residential neighborhood from this era. The development's Two-Story Massed, Cape Cod, Ranch, Split-Level, and Split-Foyer forms include standard features typical of the period and common stylistic details. As a whole, this group of houses does not reflect the work of master architects nor do they exhibit outstanding materials and forms. Because Ashburton is not a good example of a planned residential neighborhood and does not convey any distinctive characteristics or artistic values as a collective development, the property is not eligible under Criterion C. Ashburton was not evaluated for eligibility under Criterion D as part of this assessment.

The boundary for this resource is divided into two sections totaling 176 acres. The northern half encompasses 96.7 acres and is roughly defined by Old Georgetown Road on the east; I-495 on the south; the Georgetown Village and Marymount subdivisions and Ashburton Elementary School on the west; and the Marymount subdivision and Bell Mills Road on the north. The southern half contains 79.3 acres and is roughly bounded by Old Georgetown Road on the east; I-495 on the north; and the Academy Woods, Tusculum, Fernwood, and Wyngate subdivisions on the west and south sides. The Ashburton development includes multiple parcels found on Montgomery County Tax Maps GP52, GP62, and GP63 (2018).

References

Barnes, Bart. 1988. "H. Max Ammerman Dies; Developed Suburban Malls." November 1, 1988, D7.

The Evening Star. 1956. "County Board Will Pay Record School Site Price." February 28, 1956, A-16.

NR-ELIGIBILITY REVIEW FORM

M: 30-44                                    Ashburton

Page 6

_____

KCI Technologies, Inc. 1999. Suburbanization Historic Context and Survey Methodology, I-495/I-95 Capital Beltway Corridor Transportation Study, Montgomery and Prince George's Counties, Maryland. KCI Technologies, Inc., Hunt Valley, Maryland. http://www.marylandroads.com/Index.aspx?PageId=214.

Manning, Matt, Danae Peckler, Kerri Barille, Christeen Taniguchi, and Matthew Bray. 2018. "Suburbanization Historic Context Addendum I-495/I-270 Managed Lane Study, Montgomery and Prince George's Counties, Maryland, Suburban Diversification Period (1961-1980)." Draft. Prepared for the Maryland Department of Transportation State Highway Administration.

McAlester, Virginia Savage. 2013. A Field Guide to American Houses. Revised and Expanded from the Original Edition written by Virginia and Le McAlester. New York: Alfred A. Knopf.

Montgomery County Deed Book. Misc. years. Montgomery County Land Records, Archives of Maryland Online. Accessed December 12, 2018. http://www.mdlandrec.net/

Montgomery County Plats (MCP). Misc. years. Montgomery County Land Survey, Subdivision, and Condominium Plats, Archives of Maryland Online. Accessed December 12, 2018. http://www.msa.md.gov/megafile/msa/stagser/s1500/s1529/html/0000.html.

State Department of Assessments and Taxation (SDAT). 2018. Assorted Montgomery County Tax Records. Accessed December 12, 2018. http://sdatcert3.resiusa.org/rp_rewrite/index.aspx?county=16.

United States Department of Agriculture. 1963. 1VAQW00050066, Aerial Photography Single Frames Record Collection. https://earthexplorer.usgs.gov/.

The Washington Post. 1957. "Harmonious Variety Achieved in Ashburton by Many Builders." September 7, 1957, E52.

---- 1958a. "Two Area Builders Cited for Outstanding Homes." October 11, 1958, B4.

---- 1958b. "Community in the Making: Pre-Planned Ashburton Keeps to Its Timetable." May 24, 1958, C1.

Location: West of Old Georgetown Road and North and South of I-495   **MIHP#: M: 30-44**
City: Bethesda   Montgomery County



USGS 7.5' Quadrangle - Kensington

Scale: 1:24,000

00007583

Location: West of Old Georgetown Road and North and South of I-495    **MIHP#: M: 30-44**
City: Bethesda    Montgomery County



Parcel Boundaries

0          0.15          0.3
Miles
Scale: 1:8,000

N

00007584

Ashburton (M: 30-44)

Lone Oak Rd, Ashburton Ln, Bells Mill Rd, Old Georgetown Rd, Belhaven Rd, Julliard Dr, Marquette Dr, Marquette Ter, Pomona Dr, Carnegie Dr, Carnegie Ter, De Paul Dr, Stoneham Rd, Stoneham Ct, Stoneham Terr, Rockhurst Rd, Singleton Dr, Singleton Pl, Singleton Ct, Bulls Run Pkwy, Kingsford Rd, Kingsford Ct, Kingsford Pl, Melvern Dr, Wadsworth Dr, Tulsa Ln, Hollins Dr, Hollins Ct, Starmont Rd, and Earlham Dr.
Bethesda, Montgomery County, Maryland



Blumbergs' Purdue Development Corporation December 1955 Plat 1 of Ashburton
(Montgomery County Plats [MCP] 4422).

00007585

**Ashburton (M: 30-44)**

Lone Oak Rd, Ashburton Ln, Bells Mill Rd, Old Georgetown Rd, Belhaven Rd, Julliard Dr, Marquette Dr, Marquette Ter, Pomona Dr, Carnegie Dr, Carnegie Ter, De Paul Dr, Stoneham Rd, Stoneham Ct, Stoneham Terr, Rockhurst Rd, Singleton Dr, Singleton Pl, Singleton Ct, Bulls Run Pkwy, Kingsford Rd, Kingsford Ct, Kingsford Pl, Melvern Dr, Wadsworth Dr, Tulsa Ln, Hollins Dr, Hollins Ct, Starmont Rd, and Earlham Dr.
Bethesda, Montgomery County, Maryland



Ammerman and Blumbergs' Bancroft Construction Corporation January 1956 Plat 2 of Ashburton (MCP 4423).

00007586

**Ashburton (M: 30-44)**

**Lone Oak Rd, Ashburton Ln, Bells Mill Rd, Old Georgetown Rd, Belhaven Rd, Julliard Dr, Marquette Dr, Marquette Ter, Pomona Dr, Carnegie Dr, Carnegie Ter, De Paul Dr, Stoneham Rd, Stoneham Ct, Stoneham Terr, Rockhurst Rd, Singleton Dr, Singleton Pl, Singleton Ct, Bulls Run Pkwy, Kingsford Rd, Kingsford Ct, Kingsford Pl, Melvern Dr, Wadsworth Dr, Tulsa Ln, Hollins Dr, Hollins Ct, Starmont Rd, and Earlham Dr. Bethesda, Montgomery County, Maryland**



Ammerman and Blumbergs' Bancroft Construction Corporation January 1956 Plat 3 of Ashburton (MCP 4711).

00007587

Ashburton (M: 30-44)

Lone Oak Rd, Ashburton Ln, Bells Mill Rd, Old Georgetown Rd, Belhaven Rd, Julliard Dr, Marquette Dr, Marquette Ter, Pomona Dr, Carnegie Dr, Carnegie Ter, De Paul Dr, Stoneham Rd, Stoneham Ct, Stoneham Terr, Rockhurst Rd, Singleton Dr, Singleton Pl, Singleton Ct, Bulls Run Pkwy, Kingsford Rd, Kingsford Ct, Kingsford Pl, Melvern Dr, Wadsworth Dr, Tulsa Ln, Hollins Dr, Hollins Ct, Starmont Rd, and Earlham Dr. Bethesda, Montgomery County, Maryland



Ammerman and Blumbergs' Bancroft Construction Corporation February 1956 Plat 4 of Ashburton (MCP 4712).

00007588

Ashburton (M: 30-44)

Lone Oak Rd, Ashburton Ln, Bells Mill Rd, Old Georgetown Rd, Belhaven Rd, Julliard Dr, Marquette Dr, Marquette Ter, Pomona Dr, Carnegie Dr, Carnegie Ter, De Paul Dr, Stoneham Rd, Stoneham Ct, Stoneham Terr, Rockhurst Rd, Singleton Dr, Singleton Pl, Singleton Ct, Bulls Run Pkwy, Kingsford Rd, Kingsford Ct, Kingsford Pl, Melvern Dr, Wadsworth Dr, Tulsa Ln, Hollins Dr, Hollins Ct, Starmont Rd, and Earlham Dr.
Bethesda, Montgomery County, Maryland



Ammerman and Blumbergs' February 1956 Plat 5 of Ashburton (MCP 4756).

00007589

Ashburton (M: 30-44)

**Lone Oak Rd, Ashburton Ln, Bells Mill Rd, Old Georgetown Rd, Belhaven Rd, Julliard Dr, Marquette Dr, Marquette Ter, Pomona Dr, Carnegie Dr, Carnegie Ter, De Paul Dr, Stoneham Rd, Stoneham Ct, Stoneham Terr, Rockhurst Rd, Singleton Dr, Singleton Pl, Singleton Ct, Bulls Run Pkwy, Kingsford Rd, Kingsford Ct, Kingsford Pl, Melvern Dr, Wadsworth Dr, Tulsa Ln, Hollins Dr, Hollins Ct, Starmont Rd, and Earlham Dr. Bethesda, Montgomery County, Maryland**



Ammerman and Blumbergs' July 1956 Plat 6 of Ashburton (MCP 4757).

00007590

**Ashburton (M: 30-44)**

**Lone Oak Rd, Ashburton Ln, Bells Mill Rd, Old Georgetown Rd, Belhaven Rd, Julliard Dr, Marquette Dr, Marquette Ter, Pomona Dr, Carnegie Dr, Carnegie Ter, De Paul Dr, Stoneham Rd, Stoneham Ct, Stoneham Terr, Rockhurst Rd, Singleton Dr, Singleton Pl, Singleton Ct, Bulls Run Pkwy, Kingsford Rd, Kingsford Ct, Kingsford Pl, Melvern Dr, Wadsworth Dr, Tulsa Ln, Hollins Dr, Hollins Ct, Starmont Rd, and Earlham Dr.**
**Bethesda, Montgomery County, Maryland**



Ammerman and Blumbergs' July 1956 Plat 8 of Ashburton (MCP 4759).

00007591

Ashburton (M: 30-44)

**Lone Oak Rd, Ashburton Ln, Bells Mill Rd, Old Georgetown Rd, Belhaven Rd, Julliard Dr, Marquette Dr, Marquette Ter, Pomona Dr, Carnegie Dr, Carnegie Ter, De Paul Dr, Stoneham Rd, Stoneham Ct, Stoneham Terr, Rockhurst Rd, Singleton Dr, Singleton Pl, Singleton Ct, Bulls Run Pkwy, Kingsford Rd, Kingsford Ct, Kingsford Pl, Melvern Dr, Wadsworth Dr, Tulsa Ln, Hollins Dr, Hollins Ct, Starmont Rd, and Earlham Dr.**
**Bethesda, Montgomery County, Maryland**



Blumbergs' Wabash Development Corporation and Tulane Development Corporation March 1961 plat of blocks 1 and 2 of Ashburton (MCP 6277).

00007592

Ashburton (M: 30-44)
Lone Oak Rd, Ashburton Ln, Bells Mill Rd, Old Georgetown Rd, Belhaven Rd, Julliard Dr,
Marquette Dr, Marquette Ter, Pomona Dr, Carnegie Dr, Carnegie Ter, De Paul Dr, Stoneham
Rd, Stoneham Ct, Stoneham Terr, Rockhurst Rd, Singleton Dr, Singleton Pl, Singleton Ct,
Bulls Run Pkwy, Kingsford Rd, Kingsford Ct, Kingsford Pl, Melvern Dr, Wadsworth Dr, Tulsa Ln,
Hollins Dr, Hollins Ct, Starmont Rd, and Earlham Dr.
Bethesda, Montgomery County, Maryland



Lerner and Klaven's Sheraton Developers, Inc. September 1961 plat of blocks 17, 26, and 28 of
Ashburton (MCP 6277).

00007593

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No M: 30-44

Name   Ashburton
**Continuation Sheet**

Number   Photos    Page 1



**Photo 1 of 12:** View of Marquette Drive streetscape from intersection with Ashburton Lane, looking east.



**Photo 2 of 12:** View of 6222 and 6224 Stoneham Court and cul-de-sac, looking south.

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No M: 30-44

Name   Ashburton
**Continuation Sheet**

Number   Photos   Page 2



Photo 3 of 12: View of lots in block 2 looking south along west side Ashburton Lane, looking south.



Photo 4 of 12: View of west elevation of 9911 De Paul Drive, looking east.

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No M: 30-44

Name   Ashburton
**Continuation Sheet**

Number   Photos   Page 3



Photo 5 of 12: West elevation of 10123 Ashburton Lane, looking east.



Photo 6 of 12: North elevation of 6416 Earlham Drive, looking south.

**Maryland Historical Trust
Maryland Inventory of
Historic Properties Form**

Inventory No M: 30-44

Name   Ashburton
**Continuation Sheet**

Number   Photos   Page 4



Photo 7 of 12: East elevation of 9914 Ashburton Lane, looking west.



Photo 8 of 12: View of 6210 Stoneham Road, looking southeast.

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No M: 30-44

Name   Ashburton
**Continuation Sheet**

Number   Photos   Page 5



Photo 9 of 12: South elevation of 6427 Earlham Drive, looking north.



Photo 10 of 12: View of newly constructed house at 9800 Ashburton Lane, looking southwest.

00007598

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No M: 30-44

Name   Ashburton
**Continuation Sheet**

Number   Photos   Page 6



Photo 11 of 12: Southeast elevation of 9828 Belhaven Road, looking northwest.



Photo 12 of 12: North elevation of 6310 Rockhurst Road, looking south.

**Maryland Historical Trust**
**Maryland Inventory**
**of Historic Properties Form**

Inventory No M: 30-44

Name   Ashburton
**Continuation Sheet**

Number   Photos___Page 7

---

**PHOTO LOG**

**Name of Property: Ashburton**
**Name of Photographer: Melissa Butler and Katherine Watts**
**Date of Photographs: 12/05/2018**
**Location of Original Digital File: MD SHPO**

*Photographs inserted on continuation sheets.*

**Photo 1 of 12:**
**View of Marquette Drive streetscape from intersection with Ashburton Lane, looking east. M; 30-44_2018-12-05_01.tif**

**Photo 2 of 12:**
**View of 6222 and 6224 Stoneham Court and cul-de-sac, looking south. M; 30-44_2018-12-05_02.tif**

**Photo 3 of 12:**
**View of lots in block 2 looking south along west side Ashburton Lane, looking south. M; 30-44_2018-12-05_03.tif**

**Photo 4 of 12:**
**View of west elevation of 9911 De Paul Drive, looking east. M: 30-44_2018-12-05_04.tif**

**Photo 5 of 12:**
**West elevation of 10123 Ashburton Lane, looking east. M; 30-44_2018-12-05_05.tif**

**Photo 6 of 12:**
**North elevation of 6416 Earlham Drive, looking south. M; 30-44_2018-12-05_06.tif**

**Photo 7 of 12:**
**East elevation of 9914 Ashburton Lane, looking west. M; 30-44_2018-12-05_07.tif**

**Photo 8 of 12:**
**View of 6210 Stoneham Road, looking southeast. M; 30-44_2018-12-05_08.tif**

**Maryland Historical Trust
Maryland Inventory of
Historic Properties Form**

Inventory No M: 30-44

Name   Ashburton
**Continuation Sheet**

Number   <u>Photos</u>   Page 8

---

**Photo 9 of 12:**
**South elevation of 6427 Earlham Drive, looking north.**
**M; 30-44_2018-12-05_09.tif**

**Photo 10 of 12:**
**View of newly constructed house at 9800 Ashburton Lane, looking southwest.**
**M; 30-44_2018-12-05_10.tif**

**Photo 11 of 12:**
**Southeast elevation of 9828 Belhaven Road, looking northwest.**
**M; 30-44_2018-12-05_11.tif**

**Photo 12 of 12:**
**North elevation of 6310 Rockhurst Road, looking south.**
**M; 30-44_2018-12-05_12.tif**

**MARYLAND HISTORICAL TRUST**
**DETERMINATION OF ELIGIBILITY FORM**

NR Eligible: Yes ____

No ____

Property Name: **Badini's Addition to Ole Longfield**          Inventory Number: **PG:75A-79**

Address: Southwest of intersection of Forestville Road and Pennsylvania Avenue          Historic District: Yes

City: District Heights          Zip Code: 20747          County: Prince George's

USGS Quadrangle(s): Anacostia

Property Owner: Multiple          Tax Account ID: Multiple

Tax Map Parcel(s): Multiple          Tax Map: 0089

Project: I-495 & I-270 Managed Lanes Study          Agency: MDOT SHA

Agency Prepared By: Dovetail CRG

Preparer's Name: Adriana Moss          Date Prepared: May 21, 2019

Documentation is presented in: Project review and compliance files

Preparer's Eligibility Recommendation: Not Recommended

Criteria: A    B    C    D

Considerations: A    B    C    D    E    F    G

> *Complete if the property is a contributing or non-contributing resource to a NR district/property:*
>
> Name of the District/Property:
>
> Inventory Number:          Eligible:          Listed:

Site visit by MHT Staff ____ yes ____ no          Name:          Date:

Description of Property and Justification:

Setting:

Badini's Addition to Ole Longfield is a planned residential neighborhood located west of the I-495 and Pennsylvania Avenue interchange in District Heights. The neighborhood is bounded on the north by Pennsylvania Avenue, on the east by Forestville Road, on the south by Leona Street, and on the west by Stewart Road. Badini's Addition to Ole Longfield is approximately 2.928 acres and contains nine single-family dwellings on lots ranging between 0.234 acre and 0.287 acre. The neighborhood's two streets (Leona Street and Steward Road) are both dead ends; there are no curbs, sidewalks, or street lighting. The individual lots are relatively level with moderate tree coverage, plant beds, and bushes and have fenced rear yards and occasionally front yards. All lots feature a concrete, asphalt, or gravel driveway, and walkways connect the street or driveways to the primary entrance of each dwelling. Secondary buildings include sheds.

Description:

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| Criteria: ___ A ___ B ___ C ___ D | Considerations: ___ A ___ B ___ C ___ D ___ E ___ F ___ G |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services: | Date: |
| | |
| Reviewer, National Register Program: | Date: |

*Special DOE form produced for the I-270 & I-495 Managed Lanes Study*

NR-ELIGIBILITY REVIEW FORM

PG:75A-79                              Badini's Addition to Ole Longfield

Page 2

Badini's Addition to Ole Longfield is a planned residential neighborhood of single-family dwellings constructed between 1946 and 1953 during the Modern Period (1961-1980). Most of the single-family dwellings were constructed in variations of the Transitional Ranch or Cape Cod forms.

Dwellings in the subdivision are primarily three to five bays wide and one to one-and-one-half stories tall. The buildings are set on a level terrain and sit atop a crawl space or basement foundation clad in brick veneer. Most dwellings are clad in a six-to-one common-bond brick veneer, asbestos siding, vinyl siding, or a combination thereof. Single exterior-end chimneys are clad in brick and located on a side elevation. Dormer types are gable.

Primary entrances on the facade are mainly off-center with a single-leaf wood or fiberglass door and storm door often accessed by a concrete or brick stoop, at times lined by an iron or wood rail. Windows are single one-over-one, vinyl-frame, double-hung-sash or sliding units, occasionally with faux muntins. Many houses feature vinyl paneled or louvered shutters flanking windows in the façade. Additions are typically at a side or rear elevation and in scale with the building.

Historic Context:

In 1942, Inez Park and George M. Lange sold 4.95 acres of the Ellen R. Bayne Estate to Forrest R. and Sara E. McCavett (Prince George's County Deed Book [PGCDB] 787, 487). Marie and John Aherns purchased an interest in the 4.95-acre property in 1949 (PGCDB 1164, 90). Two dwellings (3506 and 3508 Stewart Road) were constructed on this tract before the group sold the remainder of the land to Badini Brothers, Inc., in 1952 (PGCDB 1567, 1). Badini Brothers, Inc., submitted a plat of subdivision on the remainder of the 4.95-acre tract as Badini's Addition to Ole Longfield (Prince George's County Plat Book WWW 22, 40). Ole Longfield was a subdivision platted and developed in the 1940s and 1950s immediately west and north of the current resource (Nationwide Environmental Title Research, LLC 1949, 1957). The plat of Badini's Addition to Ole Longfield featured three streets (Forestville Road, Cross Street, and an unnamed street) separating two blocks (Blocks A and B) with a total of 14 lots. However, the construction of Pennsylvania Avenue eliminated Block A entirely, and only seven of the lots in Block B were developed by Badini Brothers, Inc. Forestville Road was extended south on the east side of Block B and the street on the west side of Block B was renamed Stewart Road. The unnamed street became Leona Street. Advertisements for the houses constructed by the McCavetts or Badini Brothers, Inc., were not identified during current research efforts.

Information regarding the McCavetts was very limited. Badini Brothers, Inc., owned and operated by Angelo J. and Louis Badini, were builders who worked primarily in the metropolitan Washington, D.C., area during the 1950s and 1960s. Their other works include Bethesda Woods in Bethesda and Burnt Mills Manor in Silver Spring (The Washington Post and Times Herald 1957, C13; 1961, B9).

Evaluation:

Badini's Addition to Ole Longfield was evaluated as a planned residential neighborhood from the Modern Period (1930-1960) in accordance with Maryland's Suburbanization Historic Context and National Register of Historic Places Criteria A, B, and C.

Badini's Addition to Ole Longfield is typical of planned residential neighborhoods in Maryland and the Washington, D.C., suburbs from the Modern Period. The subdivision is not the first of its kind in the area nor is it known to have shaped future residential design and does not demonstrate significant associations with important suburban trends. Furthermore, the resource is not known to be associated with any other events that have made a significant contribution to the broad patterns of history. Therefore, Badini's Addition to Ole Longfield is not eligible under Criterion A.

Forrest McCavett, Angelo Badini, or Louis Badini are not known to have had any significant influence on suburbanization in Maryland. Research has not shown that the property is associated with the lives of other persons significant in the past. Therefore, Badini's Addition to Ole Longfield is not eligible under Criterion B.

Badini's Addition to Ole Longfield is not a good example of a planned residential neighborhood of the Modern Period. While the buildings within the community retain most of their character-defining features for their property types, they represent common styles and forms. Furthermore, the construction of Pennsylvania Avenue through the neighborhood resulted in a portion of the subdivision never coming to fruition. For these reasons, this resource is not eligible under Criterion C. It was not

NR-ELIGIBILITY REVIEW FORM

PG:75A-79                                    Badini's Addition to Ole Longfield

Page 3

---

evaluated under Criterion D.

This property encompasses 2.928 acres and is bounded on the north by Pennsylvania Avenue, on the east by Forestville Road, on the south by Leona Street, and on the west by Stewart Road. It can be found on Prince George's County Tax Map 0089 and Prince George's County WWW 22 page 40.

References:

KCI Technologies, Inc. 1999. Suburbanization Historic Context and Survey Methodology, I-495/I-95 Capital Beltway Corridor Transportation Study, Montgomery and Prince George's Counties, Maryland. KCI Technologies, Inc., Hunt Valley, Maryland.

Nationwide Environmental Title Research, LLC. Misc. years. Historic Aerial Mosaic, Prince George's County, Maryland. Accessed May 17, 2019. https://www.historicaerials.com/viewer.

Prince George's County Deed Book (PGCDB). Misc. years. Prince George's County Land Records, Archives of Maryland Online. Accessed May 17, 2019. http://www.mdlandrec.net/.

Prince George's County Plat Book. Misc. years. Prince George's County Land Survey, Subdivision Plats, Archives of Maryland Online. Accessed May 17, 2019. http://plats.net/pages/plats.aspx?cid=PG.

The Washington Post and Times Herald. 1957. Advertisement. October 19, 1957, C13.
--- 1961. Advertisement. May 6, 1961, B9.

**MAPS**
Badini's Addition to Ole Longfield



**Badini's Addition Ole Longfield**

Location: Southwest of intersection of Forestville Road and Pennsylvania Avenue

Prince George's County

City: District Heights

USGS 7.5' Quadrangle - Anacostia

Scale: 1:24,000

Badini's Addition to Ole Longfield

**Badini's Addition to Ole Longfield**

Location: Southwest of intersection of Forestville Road and Pennsylvania Avenue

Prince George's County

City: District Heights



Parcel Boundaries

0    0.05    0.1
Miles
Scale: 1:3,000

N

00007606

Badini's Addition to Ole Longfield



7612 Leona Street, southwest oblique.



Streetscape of Leona Street, looking west.

Badini's Addition to Ole Longfield
**PHOTOGRAPHS**



3504 Stewart Road, west elevation.



3500 Stewart Road, west oblique.

PG:75A-79                    Badini's Addition to Ole Longfield
**PHOTO LOG**

---

Number of Photos: **4**
Name of Photographer: **Melissa Butler**
Date of Photographs: **2019-02-13**
Location of Original Digital File: **MD SHPO**
File Format: **PG:75A-79_2019-02-13_01.tif… etc.**

*Photographs inserted on continuation sheets:*

01.tif
7612 Leona Street, southwest oblique.

02.tif
Streetscape of Leona Street, looking west.

03.tif
3504 Stewart Road, west elevation.

04.tif
3500 Stewart Road, west oblique.

## MARYLAND HISTORICAL TRUST
## DETERMINATION OF ELIGIBILITY FORM

NR Eligible: Yes ____

No ____

Property Name: **B&O Railroad, Metropolitan Branch**          Inventory Number: **M: 37-16 and F-1-230**

Address: 36.5-mile railroad segment from Point of Rocks to Washington, D.C., border      Historic District: No

City: Multiple          Zip Code: Multiple          County: Montgomery and Frederick

USGS Quadrangle(s): Point of Rocks

Property Owner: CSX Transportation, Inc.          Tax Account ID: N/A

Tax Map Parcel(s): N/A          Tax Map: N/A

Project: I-495 & I-270 Managed Lanes Study          Agency: Dovetail CRG

Agency Prepared By: Dovetail CRG

Preparer's Name: Katherine M. Watts          Date Prepared: Dec 11, 2019

Documentation is presented in: Project review and compliance files

Preparer's Eligibility Recommendation: Recommended

Criteria: X A     B     X C     D

Considerations: A     B     C     D     E     F     G

| Complete if the property is a contributing or non-contributing resource to a NR district/property: | | |
|---|---|---|
| Name of the District/Property: | | |
| Inventory Number: | Eligible: | Listed: |

Site visit by MHT Staff ____ yes ____ no          Name:          Date:

Description of Property and Justification:

The Baltimore and Ohio (B&O) Railroad, Metropolitan Branch, currently owned by CSX Transportation, is a freight and passenger railroad that connects Washington, D.C., to Point of Rocks in Frederick County, Maryland. Of the approximately 43-mile corridor, 36.5 miles are within Maryland, beginning at the Montgomery County border with Washington, D.C., in Silver Spring and terminating at Point of Rocks. This is an active rail line, used by CSX Transportation freight, the Maryland Transit Administration's daily Maryland Rail Commuter (MARC) train's Brunswick Line, and the Washington Metropolitan Area Transit Authority (WMATA) Red Line.

This documentation provides additional information that expands upon previous surveys of the Metropolitan Branch (first surveyed in 1979 and determined eligible in 2000) to clarify the period of significance, revise the boundary, and provide a list of contributing and noncontributing resources.

The following survey was conducted from the public right-of-way.

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| Criteria: ___ A ___ B ___ C ___D | Considerations: ___ A ___ B ___C ___D ___E ___F ___G |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services: | Date: |
| | |
| Reviewer, National Register Program: | Date: |

*Special DOE form produced for the I-270 & I-495 Managed Lanes Study*

NR-ELIGIBILITY REVIEW FORM

M: 37-16/F-1-230                         B&O Railroad, Metropolitan Branch

Page 2

Location/Setting:

The evaluated railroad passes through a mostly suburban area bordered by residential developments, commercial properties, industrial areas, and government facilities. At the northwestern end of the line at Point of Rocks, Frederick County, small rural towns and large agricultural properties still border the railroad. Today, the Maryland Department of Transportation's daily MARC Brunswick Line trains use the rail right-of-way and many of the extant B&O Railroad stations. The WMATA Red Line runs parallel to the former B&O Railroad, Metropolitan Branch, with stations at Shady Grove, Rockville, Twinbrook, and Silver Spring.

Architectural Description:

The B&O Railroad, Metropolitan Branch, is being maintained to modern railroad standards, with the alignment following the railroad right-of-way established for the branch in 1873, with a few notable exceptions. Double-tracking began in 1888 and was mostly completed by 1907, but some stretches remained single-tracked until 1928. Between 1906 and 1908, the line was straightened and double-tracked between Gaithersburg and Germantown, and a straighter track was established between Barnesville and Dickerson. When the remaining single-tracked portions west of Germantown were doubled between 1926 and 1928, the company also realigned the railroad to make it straighter (Hutchinson and Avery 1979). When I-495 was built circa 1963, the track was realigned to the west near Linden Lane and Forest Glen Road in Silver Spring to the path that the circa-1964 I-495 bridge follows today.

Sidings and spur lines, both in use and abandoned, branch off of the main track to allow access to nearby industrial and commercial properties. For example, in the past, a spur emerged from the Silver Spring rail yard and crossed Georgia Avenue to service the Griffith and Perry grain storage facility. It is no longer in use (Trainweb n.d.). These sidings and spur lines are not part of this survey.

Historic Context:

The Metropolitan Branch of the B&O Railroad is a 43-mile branch from Washington, D.C., running west/northwest to Point of Rocks, Maryland, where it meets the B&O Railroad Main Line. During the mid-nineteenth century, Washington, D.C., residents had been interested in the construction of a railroad west of the nation's capital, but the antebellum managers of the B&O Railroad had no interest in the project because it would help the ports of Georgetown and Alexandria on the Potomac, the main commercial rivals of the railroad's home port in Baltimore. In 1853, businessmen from Georgetown and Montgomery County who were unsatisfied with the Chesapeake and Ohio (C&O) Canal service organized the Metropolitan Railroad, which was planned to run from Washington, D.C., to the B&O Railroad Main Line near Frederick Junction, Maryland. E. French and W.H. Grant, the Metropolitan Railroad engineers, completed engineering surveys in 1854 but lacked the funds to construct anything in that decade (Hutchinson and Avery 1979; Stover 1987:142). During the Civil War, the federal government realized the dangers of isolating Washington, D.C., with only one rail line entering the city (Stover 1987:142).

After the Civil War, B&O President John Garrett was increasingly worried that someone else might complete a route west of Washington, D.C., and desired to expand the B&O to Pittsburgh and Chicago. He obtained the charter for the Metropolitan Railroad in 1865 and by 1866 had engineers James L. Randolph and Captain Philip P. Dandridge complete surveys for construction. John Greiner was the chief engineer for the bridges along the Metropolitan Branch (Hutchinson and Avery 1979; Stover 1987:142-143). The Metropolitan Branch could not follow the Potomac River as the B&O officials had hoped, since the C&O Canal already occupied this path, so it was forced to the interior. This route included many cuts, fills, and bridges as it traversed hills and valleys, although it had fewer curves, since it was not following a body of water. Work began at Barnesville in 1866, but little was finished by 1868. However, impending competition from roads being built by the Pennsylvania Railroad from Baltimore to Washington spurred Garrett to finish the Metropolitan Branch. All 43 miles of track were finished by 1873, and service began on May 25, 1873. The construction of the Metropolitan Branch cost the B&O $3,583,000, about $83,000 per mile, and included the construction of the circa-1873 two-and-a-half-story, brick, Gothic Revival-style passenger station at Point of Rocks, historically known as Washington Junction, likely designed by architect Ephraim Francis (E. Francis) Baldwin (Stover 1987:142-143).

E. Francis Baldwin (1837–1916) was a Baltimore architect who first worked as a draftsman and apprentice at the firm of

NR-ELIGIBILITY REVIEW FORM

M: 37-16/F-1-230                          B&O Railroad, Metropolitan Branch

Page 3

---

Niernsee & Neilson. He left that firm in 1867 and practiced on his own until 1869, when he formed a brief partnership with Bruce Price. Their firm, known as Baldwin & Price (B&P), was dissolved in 1873 when Price moved to Pennsylvania. In 1872 Baldwin had also succeeded his mentor, John Randolph Niernsee, as Architect for the B&O Railroad. In addition, he designed many building for the Catholic Church. In 1883, Baldwin entered into another partnership, this one with Josias Pennington. Their firm, known as Baldwin & Pennington (B&P), lasted until Baldwin's death in 1916. Baldwin worked with many associate architects over the years, including his own son, Francis J. Baldwin, and Alphonse Bieler, who is listed in B&O Railroad archives as the architect for a few stations along the Metropolitan Branch (Baltimore Architecture Foundation 2020, Baltimore & Ohio Railroad Museum n.d.).

The new Metropolitan Branch was for through passenger and mail trains to the west, instead of the old route out of Baltimore through the Patapsco Valley, which soon became dominated by coal and freight trains. In the 1880s, suburban residential developments began appearing on the Metropolitan Branch between Washington, D.C., and Rockville. This also included boardinghouses and hotels for healthful summer retreats outside of the city. Because of the growing popularity of these suburbs, the line was double-tracked to Gaithersburg, 21 miles west from Washington, D.C., by the late 1880s (Stover 1987:143). The Metropolitan Branch also stimulated the agricultural economy of Montgomery and Frederick counties, an area that was depressed during the late nineteenth century, by providing quick access for Maryland farmers to get their perishable items such as fruit and dairy products to the market at Georgetown (Hutchinson and Avery 1979).

During the late-nineteenth century, as speeds and traffic increased on the Metropolitan Branch, there were quite a few collisions, some resulting in fatalities along the line. The many accidents forced the B&O to enact safety measures such as automatic signals and safety gates (Hutchinson and Avery 1979).

Maryland's Jim Crow laws went into effect in 1904, requiring trains in the state to segregate white and African American passengers for local trains. Since the B&O operated both long-distance and local trains on the Metropolitan Branch and other lines in Maryland, they classified all trains that originated outside of Maryland (including those starting in Washington, D.C.) as "through express trains" which would exempt them from the Jim Crow laws. Their local trains had partitions installed in the "old smoking coaches" with one end for African American passengers (where no smoking was permitted), and the other end for white smokers (Kornweibel Jr., 2010:247).

During World War I, the American railroads, including the B&O, were nationalized by President Woodrow Wilson. There was a great surge in both freight and passenger service at this time due to the war efforts; however, on March 1, 1920, the Federal government returned the railroads to private ownership (Stover 1987:238, 246).

The entire Metropolitan Branch was upgraded during the 1920s, a decade in which the B&O was busy reinforcing bridges for heavier trains and removing at-grade crossings or installing warning lights at these crossings due to the rise in popularity of the automobile (Stover 1987:259). The remaining sections of single-track railroad were double-tracked from 1926 to 1928. Fuel technology on the B&O Railroad evolved like much of the rest of the country from wood to coal fuel, and eventually to diesel, with the last B&O steam engines retired by 1960 (Stover 1987:333).

During World War II, the B&O experienced another surge in freight and passenger traffic. The railroads remained in private control during World War II except for two months between December 1943 and January 1944 due to labor unrest (Stover 1987:310). World War II brought all-time highs for passenger travel, but after 1945, Americans increasingly used automobiles and then airplanes to travel, despite railroad companies' efforts to lure passengers with cleaner diesel-powered trains and simplified equipment. The B&O even advertised that their coach porters attended a 10-day training school to learn courtesy and efficiency (Kornweibel, Jr. 2010:195).

With the increased ownership and use of the automobile came the construction of many more roads in Maryland, many funded through the Federal Highway Act of 1956. I-495, known as the Capital Beltway, was designed to bypass and form a loop around Washington, D.C., through Maryland and Virginia, but was soon adopted by local commuters as the preferred route for local travel. Planning began for I-495 as early as 1944, but the route was not finalized until 1952 and construction continued through 1964. In Montgomery County, the highway displaced dozens of homes and businesses and initially caused property values to decline. As locals adopted I-495 as their preferred route for commuting, development around I-495 surged with residential properties, offices, community buildings, and commercial centers built by developers eager to locate their properties within

easy access to the highway (Manning et al. 2018).

The B&O, Metropolitan Branch's passenger station at Forest Glen was one of the buildings that was demolished during this process. The station was likely built around 1887 by architect Alphonse Bieler, who worked in the firm of E. Francis Baldwin (Baltimore & Ohio Railroad Museum n.d.). The Forest Glen Station is reminiscent in style of Ye Forest Inne, the nearby T.F. Schneider-designed resort turned girls' finishing school known today as the National Park Seminary property (Hutchinson and Avery 1979). With the decline in rail traffic, the Forest Glen station was largely abandoned by 1950 and then dismantled. In order to accommodate I-495, the Metropolitan Branch was realigned slightly to the west between 1957 and 1964, and a new railroad bridge was constructed over the highway. This realignment of the track was built on top of the site where the Forest Glen Railroad Station had been located (Trainweb n.d.).

Operations continued on the Metropolitan Branch even after Amtrak's takeover of most American intercity passenger service on May 1, 1971. The B&O continued to provide commuter service on the Metropolitan Branch without subsidies as part of the Chessie System, a holding company that included the Chesapeake & Ohio Railway, the B&O Railroad, and the Western Maryland Railway, three railroads that had close ownership ties since the 1960s. However, in 1974, the Maryland state government began providing 50 percent subsidies on the Metropolitan Branch and by 1975, the state and the B&O reached an agreement where the state would supply the locomotives and cars and pay the full costs of providing rail service. In 1984, Maryland combined the Metropolitan Branch, which became known as the Brunswick Line, and two other commuter rails, the Penn and the Camden, under the MARC brand. Rail traffic on the Brunswick Line continues under the MARC service today, following the right-of-way established by the B&O Railroad, Metropolitan Branch. The Chessie System was merged into other railroad holding companies in the 1980s, ultimately forming CSX, and CSX freight trains still use the Metropolitan Branch right-of-way (Rowlands 2018).

Eligibility Determination:

The railroad was evaluated for significance under the National Register of Historic Places Criteria A, B, and C. The resource was not evaluated for eligibility under Criterion D.

The B&O Railroad, Metropolitan Branch, was the first railroad branch that travelled west/northwest of Washington, D.C., and in turn provided significant competition for the C&O Canal. It played an important role in the development of the agricultural economy in Montgomery and Frederick counties, allowing quick access to the market in Georgetown/Washington, D.C., for perishable goods. The Metropolitan Branch was also significant for spurring growth in suburban residential development along the line, including the communities of Silver Spring, Forest Glen, Capitol View Park, Kensington, and Garrett Park, among others. Summer resort communities established around the small rural towns along the line including Boyds, Washington Grove, and Beallsville. Because of its association with the transportation industry, as well as agricultural and residential development in Montgomery and Frederick counties, the B&O Railroad, Metropolitan Branch, is eligible under Criterion A.

Although significant individuals may have traveled over the Metropolitan Branch during history, this section of railroad is not unique in that regard. Research does not indicate that this resource illustrates the most important achievements of B&O president John Garrett, who made the decision to construct the Metropolitan Branch. Therefore, the B&O Railroad, Metropolitan Branch is not eligible under Criterion B.

The railroad demonstrates a variety of forms and materials in its examples of stone, steel, and concrete bridges and other structures along the line, which are representative of railroad engineering technology and its evolution during the nineteenth and twentieth centuries. Furthermore, architect E. Francis Baldwin designed most of the extant railroad stations in the Gothic Revival style, and these are notable examples of his work. Therefore, the B&O Railroad, Metropolitan Branch is eligible under Criterion C.

Based on the NRHP criteria, the evaluated segment of the B&O Railroad, Metropolitan Branch, is eligible for listing under Criteria A and C. The period of significance is from 1873 (when the branch opened) until 1945 (the beginning of significant decline in rail traffic). The 36.5-mile portion of the Metropolitan Branch in Maryland is in good condition and retains sufficient integrity of location, setting, feeling, and association. The historic elements of the Metropolitan Branch, including much of the original alignment and stone bridges and viaducts, among other rail elements, are still intact, and along with the extant stations and freight houses, contribute to the integrity of the railroad's design, materials, and workmanship. Minor rail realignments

NR-ELIGIBILITY REVIEW FORM

<u>M: 37-16/F-1-230</u>                                <u>B&O Railroad, Metropolitan Branch</u>

Page 5

over the years, and upgrades and replacements of elements like railroad ties and crossings, were commonplace and necessary to keep up with safety requirements and progress in engineering. These replaced physical elements do not detract from the overall feel of the rail corridor. Many of the railroad's small road crossings in Frederick County and northern Montgomery County appear to be constructed on earlier stone abutments, and precise construction dates of the twentieth century superstructures have not been identified. Although the design and materials of these individual structures may have been altered over time, they remain at the same scale and demonstrate a profile and appearance similar to that present at the end of the period of significance, and the changes do not detract from the Metropolitan Branch's overall integrity of design.

The B&O Railroad, Metropolitan Branch, encompasses approximately 515 acres (405 acres in Montgomery County, 60 acres in Frederick County, and 50 acres in Washington, D.C.) and for the purposes of this evaluation is confined to the railroad right-of-way from Point of Rocks in Frederick County to the Montgomery County/Washington, D.C., border near Silver Spring and comprises 465 acres.

The evaluated alignment includes the following elements (listed generally from north to south):

Throughout Frederick and Montgomery Counties
• Railroad tracks including rails, ties, and ballast (circa 1873, circa 1888-1928, twentieth century), Noncontributing. The railroad was built in 1873 and then was double tracked between 1888 and 1928 and now has modern continuous weld steel rails (that replaced the original iron rails) on wooden ties set in a rail bed of gravel ballast. The rails, ties, and ballast are noncontributing elements because they have been continuously upgraded and replaced over time.

• Signals, throughout (circa-1920), Contributing, if extant.
Many signals have been replaced by modern fixtures from CSX, but an unknown number of early-twentieth-century B&O color position light-type signals may remain extant within the railroad district). Further investigation is required to determine if these remain extant.

• Grade Crossings (circa late-nineteenth century through circa-1963), Noncontributing.
The evaluated segment includes several at-grade crossings, including Metropolitan Grove Road (circa 1908), Chestnut Street (circa 1906), S. Summit Avenue, Railroad Street, Randolph Road, Rokeby Avenue, and Linden Lane near Forest Glen Road (realigned circa 1963). All have been upgraded with modern crossing gates, warning lights/bells, and signage.

• Stone Culverts (late-nineteenth century), Contributing, if extant.
Stone culverts likely date to the construction of the line, circa 1873. Small Structure No. 15046X0 (M: 37-16-4), which carries MD 192 over a branch of Rock Creek in Silver Spring, is one example. Due to access restrictions, these culverts could not be field verified for this survey. An informal survey in 2008 by an interested rail enthusiast noted a few stone culverts, including one at milepost (MP)# 12.5 near Garrett Park (Trainweb n.d.). Further investigation is required to determine if this and others remain extant.

• Concrete Culverts (mid-to-late twentieth century), Noncontributing.
At MP# 38.8 near the intersection of Chick Road and Noland's Ferry Road is an example of a corrugated metal pipe emerging from beneath Noland's Ferry Road and emptying into a concrete railroad culvert.

Frederick County
• Point of Rocks Railroad Station (circa 1875) (F-1-129), Contributing.
This NRHP-listed (April 11, 1973) railroad station building is located between the junction of the B&O Main Line and the Metropolitan Branch. The two-and-a-half story, brick Gothic Revival station is almost triangular in shape to fit the site between the two rails. The rear one-story addition resembles the freight houses seen at Gaithersburg and Rockville. Likely designed by E. Francis Baldwin during his brief partnership of Baldwin & Price, the Point of Rocks Station is an exceptional example of Victorian Gothic style with its polychrome decoration, and its location marks the importance of the railroad in late-nineteenth century life in Maryland. It continues to serve passengers on MARC trains today.

• Point of Rocks Maintenance Shop (circa 1905), Contributing.
This two-story brick maintenance shop located east of Point of Rocks Station also previously served as a railroad

NR-ELIGIBILITY REVIEW FORM

M: 37-16/F-1-230                          B&O Railroad, Metropolitan Branch

Page 6

—————————————————————————————————————————————————————————————————————

superintendent's office (Trainweb n.d.). While the building with its decorative brick detailing is currently abandoned, its location along the rail and clear association with the functioning of the railroad make it a contributing element.

• Waiting Shelters for Point of Rocks Railroad Station (circa 2008), Noncontributing.
There are three wooden waiting shelters for passengers along the south side of the rail stop at Point of Rocks. While these resemble historic shelters at other stations along the Metropolitan Branch, aerial photographs and materials suggest that these were installed around 2008. The three-sided wooden waiting shelters are topped by side-gabled roofs sheathed in asphalt shingles with exposed rafter tails and decorative brackets.

• Bridge over New Design Road (substructure: circa 1926, superstructure: twentieth century), Contributing.
This bridge features stone abutments (later expanded with concrete abutments) with a concrete and steel superstructure that allows the Metropolitan Branch to travel over New Design Road. A dirt road allows automobile traffic to pass under the railroad (Trainweb n.d.).

• Tuscarora Creek Bridge (circa 1903), Contributing.
Originally a 107-foot long Bollman truss bridge was located here (Soderberg 1998). The current wood and steel plate girder bridge passes over Tuscarora Creek and replaced the Bollman truss. It has concrete additions to the supports, which make the bridge wider, likely related to the double tracking of the rail that occurred in the 1920s (Trainweb n.d.).

• Bridge over Noland's Ferry Road (substructure: circa 1926, superstructure: twentieth century), Contributing.
This bridge features stone abutments with a concrete and steel superstructure that allows the Metropolitan Branch to travel over Noland's Ferry Road. A gravel road allows automobile traffic to pass under the railroad.

• Monocacy River Bridge (circa 1904), Contributing.
This was a Bollman truss bridge when the Metropolitan Branch was still a single track in 1873. Around 1904, the Bollman truss was replaced by the current bridge, with a steel plate girder bridge to handle heavier trains, and concrete was added to the stone supports. This more than 700-feet-long bridge, with its stone and concrete piers, is visible from the C&O Canal's Monocacy Aqueduct (Soderberg 1998).

Montgomery County
• Bridge over Dickerson Road (substructure: circa 1906, superstructure: twentieth century), Contributing.
This concrete and steel bridge is set upon rusticated ashlar stone abutments with some later concrete replacements. The stone, which appears mostly original, likely dates to the double tracking of the Metropolitan Branch. Two lanes of automobile traffic pass under this bridge.

• Dickerson Railroad Station (circa 1891, partially burned circa 1980, restored circa 1983) (M-12-21-1), Noncontributing.
This one-story, gable-on-hip frame railroad station is of a similar design to extant Kensington and Germantown Railroad Stations, although Dickerson is missing the signature "B&O 1891" sign in the front-gabled peak facing the rail line. The station was designed by E. Francis Baldwin and was one of four variants of the same design at Germantown, Kensington, Garrett Park (now demolished), and Dickerson (Hutchinson and Avery 1979). Although it was partially destroyed by fire around 1980, it was restored following the original design around 1983, and rededicated at a ceremony in 1986. It still serves MARC passengers today (McGuckian 2010).

• Little Monocacy Viaduct (circa 1906) (M: 12-19), Contributing.
This three-arched stone viaduct allows the Metropolitan Branch to cross over the Little Monocacy River. The ashlar stones are rusticated and curved buttresses protect the piers on the north side of the viaduct.

• Barnesville Station (circa 1930, moved 1977), Contributing.
This circa-1930 metering station, the first of its kind to serve this purpose for the Washington Area Gas Supply, was moved to its current location in 1977 from Rockville to save it from demolition. Although this building has been moved and was then converted to a rail station, it still has clear associations with the early-twentieth century railroad. It still serves MARC passengers today.

NR-ELIGIBILITY REVIEW FORM

M: 37-16/F-1-230                          B&O Railroad, Metropolitan Branch

Page 7

---

• Bridge over Beallsville Road (substructure: circa 1906, superstructure: twentieth century), Contributing.
This steel beam bridge with wood decking is set upon rusticated ashlar stone abutments with some later concrete replacements. The stone likely dates to the construction of the Metropolitan Branch, as most of it appears to be original. Two lanes of automobile traffic pass under this bridge.

• Bridge over Bucklodge Road (substructure: circa 1955, superstructure: twentieth century), Noncontributing.
This concrete and steel bridge is set upon coursed concrete (to resemble its stone counterparts). Two lanes of automobile traffic pass under this bridge.

• Boyds Railroad Station Waiting Shelter (circa 2000), Noncontributing.
A brick combination station designed by E. Francis Baldwin stood at Boyds from circa 1887 until circa 1928, when it was demolished to make way for the double tracking (Hutchinson and Avery 1979, Soderberg 1998). A frame station was there until the late 1990s, but was also demolished (Trainweb n.d.). Today a modern glass, metal, and plastic three-sided waiting shelter exists for MARC passengers.

• Bridge over Clarksburg Road (substructure: circa 1955, superstructure: twentieth century), Noncontributing.
This concrete and steel bridge is set upon coursed concrete (to resemble its stone counterparts). Two lanes of automobile traffic pass under this bridge.

• Little Seneca Creek Bridge (circa 1927), Contributing.
This arched concrete bridge was erected around 1927 when a portion of the Metropolitan Branch was realigned and double tracked (Trainweb n.d.). The original bridge here was a wood and iron trestle that was replaced in 1896 by a masonry and steel bridge designed by B&O engineer John Greiner. The cost of replacing this bridge during double tracking was one of the reasons why sections of the Metropolitan Branch west of Germantown took so long to be double tracked, finally finished in 1928 (Soderberg 1998).

• Germantown Railroad Station (circa 1891, burned in 1978, then rebuilt circa 1987 in the same style), Noncontributing.
This one-story, gable-on-hip, frame railroad station building was destroyed by fire but rebuilt in the style of the original design by E. Francis Baldwin and his firm Baldwin & Pennington and continues to serve MARC passengers today. The station was one of four variants of the same design at Kensington, Garrett Park (now demolished), Dickerson, and Germantown (rebuilt).

• Waiting Shelters for Germantown Railroad Station (circa 1997), Noncontributing.
There are five wooden waiting shelters for passengers along the south side of this rail stop at Point of Rocks. Four shelters on the south platform have side-gabled roofs sheathed in slate shingles with exposed rafter tails, while one on the north platform has a hipped roof sheathed in slate shingles. All of the shelters are three-sided, wood frame with wood siding and have decorative brackets. The shelters were built in 1997 based on the circa-1906 B&O designs for waiting sheds and milk platforms (Soderberg 2013).

• Waring Viaduct over Great Seneca Creek (circa 1906) (M: 19-10), Contributing. This three-arched stone bridge replaced the original wood and iron trestle when the line between Gaithersburg and Germantown was double tracked around 1906 (Soderberg 1998).

• Game Preserve Road Stone Arch Bridge (circa 1906) (M: 20-30), Contributing.
This stone arch bridge over a single-lane road was likely widened to the southwest around 1906 when double tracking began. Otherwise the stone abutments, arch, and keystone on the northeast side date to the construction of the Metropolitan Branch. It appears minimal repairs have been made (Trainweb n.d.).

• Metropolitan Grove Station (late twentieth century), Noncontributing.
This is one of several WMATA Metro stations located along the Metropolitan Branch. These were built in the late 1970s and early 1980s.

• Gaithersburg Station and Freight House (circa 1884) (M: 21-151 and M: 21-157), Contributing.
The NRHP-listed (October 5, 1978) one-story, brick railroad station and freight house were designed by E. Francis Baldwin during

M: 37-16/F-1-230                                      B&O Railroad, Metropolitan Branch

Page 8

---

his partnership in the firm Baldwin & Pennington. The Queen Anne-style station has a central projecting tower with a steeply sloping, front-gabled roof supported by two large carved brackets. Stepped brick detailing, similar to work seen on other Baldwin stations, is present below the brackets. The one-story, brick, gabled freight house has deep overhanging eaves supported by large brackets. The Gaithersburg Freight House now serves as the Gaithersburg Community Museum, while the station still serves MARC passengers.

• Waiting Shelter for Washington Grove Railroad Station (circa 1985), Noncontributing.
The waiting shelter is a three-sided, wood framed with wood siding structure featuring a hipped roof sheathed in slate shingles with exposed rafter tails and decorative brackets. The shelter was likely built based on the original B&O design (circa 1890) (Baltimore & Ohio Railroad Museum n.d.).

• Shady Grove Metro Station (late twentieth century), Noncontributing.
This is one of several WMATA Metro stations located along the Metropolitan Branch, which were built in the late 1970s and early 1980s. The circa-1887 frame station and circa-1897 freight house at Derwood on the Metropolitan Branch were located nearby but are no longer extant (Baltimore & Ohio Railroad Museum n.d.).

• Park Road Steel Through Girder Bridge with Concrete Abutments and Wing Walls (circa 1980), Noncontributing.
This railroad bridge allows concurrent northbound and southbound trains along the right-of-way for the Metropolitan Branch.

• Rockville Station (circa 1873, moved in 1981) (M: 26-12-1), Contributing.
This NRHP-listed (July 18, 1974) railroad station is a one-and-a-half-story, brick Victorian picturesque building with Eastlake detailing constructed as the first railroad station along the Metropolitan Branch. It was designed by E. Francis Baldwin. It was moved about 164 feet to the south in 1981 to save it from destruction by the new WMATA Rockville Metro Station. The station is used today as commercial office space.

• Rockville Freight House (circa 1886, moved in 1981), Contributing.
This one-story railroad freight house was designed by E. Francis Baldwin and features similar deep eaves with brackets and brick detailing as the Gaithersburg Freight House, also designed by Baldwin. However, the Rockville Freight House features a jerkinhead roof rather than a side-gabled roof, which matches the Victorian picturesque passenger station at Rockville. It was moved about 164 feet to the south in 1981 to save it from destruction by the new WMATA Rockville Metro Station, but remains closely associated with the railroad. The freight house is used today as commercial office space.

• Rockville WMATA Metro Station (late twentieth century), Noncontributing.
This is one of several WMATA Metro stations built in the late 1970s and early 1980s along the Metropolitan Branch.

• First Street Steel Through Girder Bridge with Concrete Abutments and Wing Walls (circa 1988), Noncontributing.
This double bridge over First Street in Rockville allows the trains concurrently using the Metropolitan Branch right-of-way to travel north and south.

• Twinbrook WMATA Metro Station (late twentieth century), Noncontributing.
This is one of several WMATA Metro stations located along the Metropolitan Branch. These were built in the late 1970s and early 1980s. The B&O Metropolitan Branch circa-1879 frame waiting shelter at Halpine was located nearby but is no longer extant (Baltimore & Ohio Railroad Museum n.d.).

• Waiting Shelter for Garrett Park Railroad Station (circa 1989), Noncontributing.
This three-sided, wood framed structure with wood siding features a side-gabled roof sheathed in asphalt shingles with exposed rafter tails. The opening on the platform side is arched. A sign in the shelter says that it was moved to the Garrett Park location and reassembled in 1989 after it was taken from Landover, Maryland. It is not clear how long it stood in Landover. The circa-1894 frame railroad station at Garrett Park was demolished in 1960 (Soderberg 1998).

• B&O Stone Arch Viaduct on Beach Drive in Rock Creek Park (circa 1893) (M: 31-5), Contributing.
This single-span, stone viaduct allows two lanes of automobile traffic to pass under the Metropolitan Branch Railroad between Kensington and Garrett Park. It was likely built when the branch was double tracked, and at the time it crossed over Rock Creek.

In the 1970s the creek was diverted, so only cars pass under the arch now.

• Kensington Railroad Station (circa 1891) (part of Kensington Historic District M: 31-6), Contributing.
This railroad station building is located on Howard Avenue in Kensington and was also known historically as Knowles Station. The one-story, gable-on-hip frame building was designed by E. Francis Baldwin during his partnership in the firm Baldwin & Pennington. The station was one of four variants of the same design at Garrett Park (now demolished), Dickerson, Germantown (rebuilt), and Kensington and features the signature front-gable peak with "B&O 1891" on the track-facing elevation.

• Waiting Shelter for Kensington Railroad Station (circa 1891), Contributing.
This is a small, three-sided wooden waiting shelter present on the north platform of this station stop. The structure has a replacement asphalt shingle side-gabled roof and decorative brackets. It is likely contemporary to the station, and follows one of two styles typical to the B&O waiting shelters.

• Small Structure 15046X0 (circa 1906) (M: 37-16-4), Contributing.
This small, masonry arched culvert carries MD 192 and the Metropolitan Branch or the B&O Railroad over a branch of Rock Creek. This stone, single-span arched culvert has rectangular cut stones, stone voussoirs, a keystone, and a cut stone cornice. The culvert was enlarged on the northern end by a concrete box culvert with concrete wing walls circa 1979 (Kuhn 2006).

• Railroad Bridge over I-495 near Forest Glen Road (circa 1964), Noncontributing.
The bridge was constructed when the corresponding railroad segment was realigned to the west during construction of I-495 between 1957 and 1964. This steel through girder bridge with concrete piers, abutments, and wing walls allows the double tracks to cross over I-495.

• Steel Girder Bridge with Concrete Abutments and Wing Walls over Colesville Road (circa 1978), Noncontributing.
This double bridge over Colesville Road in Silver Spring allows the trains concurrently using the Metropolitan Branch right-of-way to travel north and south. This bridge is a part of the WMATA Red Line's Silver Spring Station, so there are metal awnings that provide cover for passengers waiting on the platform adjacent to the bridges.

• Silver Spring WMATA Metro Station (circa 1978) (M: 36-93), Noncontributing.
This is one of several WMATA Metro stations located along the Metropolitan Branch.

• Silver Spring Station (circa 1945) (M: 36-15), Contributing.
This NRHP-listed (August 31, 2000), Colonial Revival passenger station replaced the original circa-1873 Baldwin-designed brick Gothic Revival station at Silver Spring (Baltimore & Ohio Railroad Museum n.d.). There was also a smaller passenger waiting area on the south side of the tracks that was moved in the 1970s to make way for the WMATA metro line; this smaller station was demolished circa 2006 to make room for an office building and parking garage. Although the Silver Spring passenger station was built in 1945, the end of the period of significance for the Metropolitan Branch, it was included in Hutchinson and Avery's 1979 NRHP nomination for the branch and was built from B&O standardized plans for station houses from this era. It represents the early- to mid-twentieth century growth of Silver Spring as a suburb of Washington, D.C., and without the Metropolitan Branch, many of these suburbs would not have existed. The station is no longer in use by the railroad but is available to the public for events.

• Georgia Avenue/Silver Spring Railroad Bridge (circa 1976), Noncontributing.
This steel girder bridge with concrete piers, abutments, and wing walls allows the double tracks to cross over Georgia Avenue. The bridge has some Art Deco elements including the decoration on the piers and the brackets underneath the bridge. There are stairs and sidewalks on both sides of Georgia Avenue that used to provide access the Metropolitan Branch's Silver Spring Station (no longer in use).

• Six additional stations in Maryland have been demolished: the circa-1891 frame station at Woodside, located at MP# 8.2; the frame station at Linden, located at MP# 9.2; the circa-1887 frame station at Forest Glen, located at MP# 9.7; the circa-1891 frame station at Randolph, located at MP# 13.8 (an at-grade crossing still exists at Randolph Road today); the frame station at Clopper, located at MP# 24.2; and the frame station at Tuscarora, located at MP# 39.3 (B&O Museum Archives).

NR-ELIGIBILITY REVIEW FORM

M: 37-16/F-1-230                    B&O Railroad, Metropolitan Branch

Page 10

---

• Eight waiting shelters in Maryland have been demolished: the circa-1877 frame waiting shelter at Fenwick, located at MP# 8.0; the circa-1877 frame waiting shelter at Windham, located at MP# 13.3; the circa-1879 frame waiting shelter at Halpine, located at MP# 14.7; the circa-1886 frame waiting shelter at Rockville, located at MP# 16.5; the circa-1890 frame waiting shelter at Washington Grove, located at MP# 20.8; the circa-1884 frame waiting shelter at Gaithersburg, located at MP# 21.5; the circa-1884 frame waiting shelter at Ward, located at MP# 22.0; and the circa-1880 frame waiting shelter at Buck Lodge, located at MP# 30.5 (B&O Museum Archives).

• Three stations in Washington, D.C., not a part of this survey, have been demolished: the circa-1886 frame station at Takoma (Park), located at MP# 6.2; the circa-1890 stone station at University (Brooks), located at MP# 3.4; and the circa-1888 frame station at Eckington (New York Avenue), located at MP# 1.3 (B&O Museum Archives).

• Four waiting shelters in Washington, D.C., not a part of this survey, have been demolished: the circa-1889 frame waiting shelter at Eckington (New York Avenue), located at MP# 1.3; the circa-1884 frame waiting shelter at Terra Cotta, located at MP# 4.3; the circa-1880 frame waiting shelter at Stotts, located at MP# 4.8; and the circa-1884 waiting shelter at Lamond, located at MP# 5.8 (B&O Museum Archives).

References:

Baltimore Architecture Foundation. 2020. E. (Ephraim) Francis Baldwin. Accessed February 25, 2020. http://baltimorearchitecture.org/biographies/e-ephraim-francis-baldwin/.

Booklet, B&O stations and waiting sheds, Metropolitan Branch, floor plans, undated, 1000.521.2859, 419E, Box 2, Folder 1. Copy on file at Baltimore & Ohio Railroad Museum, Baltimore, Maryland.

Hutchinson, William E., and Carlos Avery. 1979. National Register of Historic Places Nomination Form: Metropolitan Branch, Baltimore and Ohio Railroad (M: 37-16). Copy on file at Maryland Historical Trust, Crownsville, Maryland.

KCI Technologies, Inc. (KCI) 1999. Suburbanization Historic Context and Survey Methodology, I-495/I-95 Capital Beltway Corridor Transportation Study, Montgomery and Prince George's Counties, Maryland. KCI Technologies, Inc., Hunt Valley, Maryland. http://www.marylandroads.com/Index.aspx?PageId=214.

Kornweibel, Jr., Theodore. 2010. Railroads in the African American Experience. Baltimore, Maryland: The Johns Hopkins University Press.

Kuhn, Patti. 2006. Maryland Historical Trust Determination of Eligibility Form: Small Structure No. 15046X0 (M: 37-16-4). Copy on file at Maryland Historical Trust, Crownsville, Maryland.

Manning, Matt, Danae Peckler, Kerri Barile, Christeen Taniguchi, and Matthew Bray. RK+K. 2018. Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties, Maryland. Prepared for the Maryland Department of Transportation State Highway Administration.

McGuckian, Eileen S. 2010. National Register of Historic Places Nomination Form: Dickerson Historic District (M: 12-21). Copy on file at Maryland Historical Trust, Crownsville, Maryland.

Rowlands, D.W. 2018. "How the Washington Branch Railway and the Camden Line Shaped the Region's Suburbs." Greater Washington, August 23, 2018. Accessed December 6, 2019. https://ggwash.org/view/68598/how-the-washington-branch-railway-and-the-camden-line-shaped-the-regions-suburbs.

Soderberg, Susan. January 23, 2013. "Germantown Then & Now: Germantown Train Station." Patch Neighbor News. Germantown, Maryland. Accessed December 6, 2019.  https://patch.com/maryland/germantown/the-germantown-train-station.

Soderberg, Susan Cooke. 1998. The Met: A History of the Metropolitan Branch of the B&O Railroad, Its Stations and Towns.

NR-ELIGIBILITY REVIEW FORM

M: 37-16/F-1-230                                   B&O Railroad, Metropolitan Branch

Page 11

Germantown, Maryland: The Germantown Historical Society. Copy on file at Baltimore & Ohio Railroad Museum, Baltimore, Maryland.

Stover, John F. History of the Baltimore and Ohio Railroad. West Lafayette, Indiana: Purdue University Press, 1987.

Tamburrino, Tim. 2000. Maryland Historical Trust Determination of Eligibility Form: Metropolitan Branch, Baltimore and Ohio Railroad (M: 37-16). Copy on file at Maryland Historical Trust, Crownsville, Maryland.

Trainweb n.d. "B&O Metropolitan Branch Tour." Accessed December 6, 2019. http://www.Trainweb.org/oldmainline/met1.htm.

**B&O Railroad, Metropolitan Branch**

Frederick County

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border

City: Multiple



USGS 7.5' Quadrangle - Point of Rocks, Poolesville, Germantown

Scale: 1:24,000

**B&O Railroad, Metropolitan Branch**

Frederick County

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border

City: Multiple



USGS 7.5' Quadrangle - Point of Rocks, Poolesville, Germantown

Scale: 1:24,000

B&O Railroad, Metropolitan Branch

**B&O Railroad, Metropolitan Branch**

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border

Frederick County & Montgomery County
City: Multiple



USGS 7.5' Quadrangle - Point of Rocks,
Poolesville, Germantown

Scale: 1:24,000

**B&O Railroad, Metropolitan Branch**

Montgomery County

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border

City: Multiple



USGS 7.5' Quadrangle - Point of Rocks,
Poolesville, Germantown

Scale: 1:24,000

**B&O Railroad, Metropolitan Branch**

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border

Montgomery County

City: Multiple



USGS 7.5' Quadrangle - Point of Rocks, Poolesville, Germantown

0    0.5    1 Miles

Scale: 1:24,000

N

**B&O Railroad, Metropolitan Branch**

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border

Montgomery County

City: Multiple



USGS 7.5' Quadrangle - Point of Rocks, Poolesville, Germantown

Scale: 1:24,000

00007626

**B&O Railroad, Metropolitan Branch**                                      Montgomery County
Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border                City: Multiple



USGS 7.5' Quadrangle - Point of Rocks,
Poolesville, Germantown

0          0.5          1 Miles

Scale: 1:24,000

N

**B&O Railroad, Metropolitan Branch**                     Montgomery County

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border                     City: Multiple



USGS 7.5' Quadrangle - Point of Rocks, Poolesville, Germantown

Scale: 1:24,000

B&O Railroad, Metropolitan Branch

**B&O Railroad, Metropolitan Branch**

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border

Montgomery County

City: Multiple



USGS 7.5' Quadrangle - Point of Rocks, Poolesville, Germantown

Scale: 1:24,000

**B&O Railroad, Metropolitan Branch**

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border

Montgomery County

City: Multiple



USGS 7.5' Quadrangle - Point of Rocks, Poolesville, Germantown

Scale: 1:24,000

B&O Railroad, Metropolitan Branch

## B&O Railroad, Metropolitan Branch

Montgomery County
City: Multiple

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border



USGS 7.5' Quadrangle - Point of Rocks, Poolesville, Germantown

Scale: 1:24,000

B&O Railroad, Metropolitan Branch

**B&O Railroad, Metropolitan Branch**

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border

Montgomery County
City: Multiple



USGS 7.5' Quadrangle - Point of Rocks,
Poolesville, Germantown

Scale: 1:24,000

B&O Railroad, Metropolitan Branch

**B&O Railroad, Metropolitan Branch**                                      Montgomery County

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border            City: Multiple



USGS 7.5' Quadrangle - Point of Rocks, Poolesville, Germantown

Scale: 1:24,000

**B&O Railroad, Metropolitan Branch**

Montgomery County

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border

City: Multiple



USGS 7.5' Quadrangle - Point of Rocks,
Poolesville, Germantown

Scale: 1:24,000

**B&O Railroad, Metropolitan Branch**

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border

Frederick County
City: Multiple



B&O Railroad, Metropolitan Branch

**B&O Railroad, Metropolitan Branch**

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border

Frederick County
City: Multiple



Baltimore and Ohio (B&O)
Railroad, Metropolitan Branch

Parcel Boundaries

Contributing Element
* = Unable to Field Verify

0      0.25      0.5 Miles
Scale: 1:12,000

N

**B&O Railroad, Metropolitan Branch**

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border

Frederick County
City: Multiple



## B&O Railroad, Metropolitan Branch

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border

Frederick County
City: Multiple



Parcel Boundaries

Contributing Element
* = Unable to Field Verify

Scale: 1:12,000

**B&O Railroad, Metropolitan Branch**

Frederick County & Montgomery County

City: Multiple

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border



B&O Railroad, Metropolitan Branch

## B&O Railroad, Metropolitan Branch

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border

Montgomery County
City: Multiple



Parcel Boundaries

Contributing Element
* = Unable to Field Verify

0    0.25    0.5 Miles

Scale: 1:12,000

N

00007640

B&O Railroad, Metropolitan Branch

**B&O Railroad, Metropolitan Branch**

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border

Montgomery County

City: Multiple



**B&O Railroad, Metropolitan Branch**

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border

Montgomery County
City: Multiple



B&O Railroad, Metropolitan Branch

**B&O Railroad, Metropolitan Branch**

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border

Montgomery County
City: Multiple



00007643

M: 37-16
**MAPS**

**B&O Railroad, Metropolitan Branch**

Montgomery County
City: Multiple

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border



00007644

M: 37-16
**MAPS**

B&O Railroad, Metropolitan Branch

**B&O Railroad, Metropolitan Branch**                                    Montgomery County

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border                 City: Multiple

