B&O Railroad, Metropolitan Branch

## B&O Railroad, Metropolitan Branch

Montgomery County
City: Multiple

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border



Baltimore and Ohio (B&O)
Railroad, Metropolitan Branch

Little Seneca Creek Bridge

Little Seneca
SVU 4

Parcel Boundaries

Contributing Element
* = Unable to Field Verify

0     0.25     0.5
Miles
Scale: 1:12,000

N

## B&O Railroad, Metropolitan Branch

Montgomery County
City: Multiple

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border



B&O Railroad, Metropolitan Branch

**B&O Railroad, Metropolitan Branch**

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border

Montgomery County
City: Multiple



Parcel Boundaries

Contributing Element
* = Unable to Field Verify

0    0.25    0.5 Miles

Scale: 1:12,000

N

B&O Railroad, Metropolitan Branch

**B&O Railroad, Metropolitan Branch**

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border

Montgomery County
City: Multiple



Parcel Boundaries

Contributing Element
* = Unable to Field Verify

Scale: 1:12,000

N

**B&O Railroad, Metropolitan Branch**

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border

Montgomery County
City: Multiple



Scale: 1:12,000

**B&O Railroad, Metropolitan Branch**                                    Montgomery County

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border                    City: Multiple



Scale: 1:12,000

### B&O Railroad, Metropolitan Branch

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border

Montgomery County
City: Multiple



Parcel Boundaries

Contributing Element
* = Unable to Field Verify

0      0.25      0.5 Miles

Scale: 1:12,000

N

### B&O Railroad, Metropolitan Branch

Montgomery County
City: Multiple

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border



Parcel Boundaries

Contributing Element
* = Unable to Field Verify

0        0.25        0.5 Miles

Scale: 1:12,000

N

B&O Railroad, Metropolitan Branch

### B&O Railroad, Metropolitan Branch

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border

Montgomery County

City: Multiple



Scale: 1:12,000

**B&O Railroad, Metropolitan Branch**

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border

Montgomery County
City: Multiple



Parcel Boundaries

Contributing Element
* = Unable to Field Verify

Scale: 1:12,000

00007655

**B&O Railroad, Metropolitan Branch**

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border

Montgomery County
City: Multiple



**B&O Railroad, Metropolitan Branch**

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border

Montgomery County
City: Multiple





**B&O Railroad, Metropolitan Branch**

Location: 36.5-mile railroad segment from Point Rocks to Washington, D.C., Border

Montgomery County
City: Multiple

M: 37-16/F-1-230                    B&O Railroad, Metropolitan Branch
**PHOTOGRAPHS**



Point of Rocks Railroad Station (F-1-129), looking east.



Bridge over Dickerson Road, looking northeast.



Concrete culvert at Noland's Ferry Road, looking south.



Dickerson Railroad Station (M-12-21-1), southwest oblique.



Gaithersburg Railroad Station (M: 21-151), south elevation.



Gaithersburg Freight House (M: 21-157), southwest oblique.



At-grade crossing on Railroad Street, looking east.



Rockville Freight House (moved), southwest oblique.

**PHOTOGRAPHS**



Rockville Railroad Station (M: 26-12-1) (moved), northwest oblique.



Kensington Railroad Station (part of Kensington Historic District M: 31-6), west oblique.

M: 37-16/F-1-230                               B&O Railroad, Metropolitan Branch
**PHOTOGRAPHS**



At-grade crossing on Linden Lane, looking southeast.



Railroad bridge over I-495, looking east.

00007664



Silver Spring Railroad Station (M: 36-15), looking north.



Stone arched viaduct over Beach Drive (M: 31-5), looking northeast.

M: 37-16/F-1-230                              B&O Railroad, Metropolitan Branch
**PHOTOGRAPHS**



View of right-of-way from at-grade crossing on Randolph Road, looking northwest.



Little Monocacy Viaduct (M: 12-19), looking north.

M: 37-16/F-1-230                                    B&O Railroad, Metropolitan Branch

**PHOTO LOG**

Number of Photos: **16**
Name of Photographer: **Katherine M. Watts**
Date of Photographs: **2019-11-25**
Location of Original Digital File: **MD SHPO**
File Format: **M: 37-16_2019-11-25_01.tif… etc.**

*Photographs inserted on continuation sheets:*

01.tif
Point of Rocks Railroad Station (F-1-129), looking east.

02.tif
Bridge over Dickerson Road, looking northeast.

03.tif
Concrete culvert at Noland's Ferry Road, looking south.

04.tif
Dickerson Railroad Station (M-12-21-1), southwest oblique.

05.tif
Gaithersburg Railroad Station (M: 21-151), south elevation.

06.tif
Gaithersburg Freight House (M: 21-157), southwest oblique.

07.tif
At-grade crossing on Railroad Street, looking east.

08.tif
Rockville Freight House (moved), southwest oblique.

09.tif
Rockville Railroad Station (M: 26-12-1) (moved), northwest oblique.

10.tif
Kensington Railroad Station (part of Kensington Historic District M: 31-6), west oblique.

11.tif
At-grade crossing on Linden Lane, looking southeast.

12.tif
Railroad bridge over I-495, looking east.

13.tif
Silver Spring Railroad Station (M: 36-15), looking north.

14.tif
Stone arched viaduct over Beach Drive (M: 31-5), looking northeast.

15.tif
View of right-of-way from at-grade crossing on Randolph Road, looking northwest.

16.tif
Little Monocacy Viaduct (M: 12-19), looking north.

**MARYLAND HISTORICAL TRUST**
**DETERMINATION OF ELIGIBILITY FORM**

NR Eligible:  yes _____
           no _____

| | |
|---|---|
| Property Name: | Baltimore & Ohio RR, Washington Branch |

Inventory Number:  PG:LAU-29

Address:  13.8 mile railroad segment from P.G./Anne Arundel County border to border with Washington D.C.

Historic district:  X  yes _____  no _____

City:  Multiple      Zip Code:  Multiple      County:  Prince George's

USGS Quadrangle(s):  Laurel, Beltsville, Washington East

Property Owner:  CSX Transportation      Tax Account ID Number:  N/A

Tax Map Parcel Number(s):  N/A      Tax Map Number:  N/A

Project:  I-495/I-270 Managed Lanes Study      Agency:  MDOT SHA

Agency Prepared By:  RK&K, LLP

Preparer's Name:  Jacob Bensen      Date Prepared:  11/26/2018

Documentation is presented in:  Project review and compliance files

Preparer's Eligibility Recommendation:  X  Eligibility recommended _____  Eligibility not recommended

Criteria:  X A      B    X C      D    Considerations:  A    B    C    D    E    F    G

*Complete if the property is a contributing or non-contributing resource to a NR district/property:*

Name of the District/Property: _____

Inventory Number: _____  Eligible: _____ yes  Listed: _____ yes

Site visit by MHT Staff _____ yes  X  no  Name: _____  Date: _____

Description of Property and Justification:  *(Please attach map and photo)*

The Baltimore and Ohio (B&O) Railroad, Washington Branch was a freight and passenger railroad that helped connect Baltimore, Maryland and Washington, D.C. It is approximately 13.8 miles of railroad right-of-way from the Prince George's County/Anne Arundel County border at the Patuxent River north of Laurel (MP# 21.28) to Prince George's County/Washington, D.C. border near Mount Rainier (MP# 35.04). The entire Washington Branch is 36 miles long and is currently owned by CSX Transportation. The Washington Branch connects Baltimore's modern Camden Station in the north to Washington, D.C.'s Union Station (1907) in the south. This is an active rail line, used by CSX Transportation freight and Maryland Transit Administration's daily Maryland Rail Commuter (MARC) trains.

This documentation expands upon previous surveys of other B&O Railroad branches in Maryland. The following railroad branches have been determined eligible for the National Register of Historic Places (NRHP): Metropolitan Branch, B&O Railroad (M: 37-16) in 2000 and B&O Railroad Baltimore Belt Line (B-5287) in 2015. The Georgetown Branch, B&O Railroad (M: 35-142), was determined not eligible in 2002.

---

**MARYLAND HISTORICAL TRUST REVIEW**

**Eligibility recommended** _____      **Eligibility not recommended** _____

**Criteria:** _____ A _____ B _____ C _____ D    **Considerations:** _____ A _____ B _____ C _____ D _____ E _____ F _____ G

**MHT Comments:**

_____

_____ Reviewer, Office of Preservation Services      _____ Date

_____ Reviewer, National Register Program      _____ Date

Baltimore & Ohio RR, Washington Branch

---

The following survey was conducted from the public right-of-way.

Location/Setting

The evaluated district traverses a largely suburban area bordered by housing developments, commercial properties, industrial areas, and government facilities. Between its College Park and Greenbelt stations, the 1993 Washington Metropolitan Area Transit Authority (WMATA) Green Line runs parallel with and to the east of the Washington Branch.

Architectural Description

The B&O Railroad, Washington Branch is being maintained to modern railroad standards, with the alignment following the right-of-way established for the branch in 1835.

Sidings and spur lines, both in use and abandoned, branch off from the main track to allow access to nearby industrial and commercial properties. For example, near MP# 25 in Muirkirk a siding serves industrial properties to the east, at MP# 28 in Beltsville a spur line serves industrial properties to the west, and at MP# 30 a siding serves the University of Maryland's Severn Building. These sidings and spur lines are not part of this survey.

The evaluated alignment includes the following elements (listed generally in order from north to south):

•Railroad tracks, throughout (rails, ties, ballast, and prisms: modern), Non-contributing Elements. The railroad is double tracked, with modern continuous weld steel rail on wooden ties set in a railbed of gravel ballast. In many areas, the track is supported by an engineered earthen prism. The height of the prisms varies, depending on the topography of the area. In the surveyed area near College Park, for example, the prism is approximately four feet high. The rails, ties, ballast, and prisms are not contributing elements because they have been continuously upgraded and replaced.

•Four stone mile markers (circa 1835), Contributing Element, if Extant. These date to the nineteenth century, and possibly to the alignment's original construction. They were located during 2003-04 observations of the rail corridor (www.trainweb.org). Due to access restrictions, it is unknown whether these markers are still extant. Further investigation is required to determine if any remain extant.

•Signals, throughout (circa 1920s), Contributing Element, if Extant. Although many signals have been replaced by CSX, an unknown number of circa 1920s B&O color position light-type signals may remain extant within the district. For example, an informal survey in December 2014 located one at the spur at MP# 28 in Beltsville.

•Bridge over Main Street, Laurel (substructure: circa 1884, superstructure: twentieth century), Contributing Element. This was possibly first constructed at the same time as the current Laurel Railroad Station since the circa 1861 Martenet's Map of Prince George's County, Maryland shows Main Street did not extend beyond the railroad depot. The wood and steel bridge is set on abutments of rock face cut granite. One traffic lane and one sidewalk pass beneath the railroad.

•Laurel Railroad Station (1884) (PG:LAU-6, NR# 73002165), Contributing Element. This NRHP-listed (March 30, 1973) railroad station building is located on East Main Street in Laurel. The station, a one-story Queen Anne style brick building with a granite base, was constructed by the B&O Railroad and replaced an earlier station. The 1884 building was designed by architect Francis E. Baldwin. He is noted for designing numerous buildings, primarily railroad stations, for the B&O during the late nineteenth century. The building was heavily damaged by fire in January of 1992 but was repaired and continues to serve passengers on the MARC

---

**MARYLAND HISTORICAL TRUST REVIEW**

Eligibility recommended _____    Eligibility not recommended _____

Criteria: ___ A ___ B ___ C ___ D    Considerations: ___ A ___ B ___ C ___ D ___ E ___ F ___ G

MHT Comments:

_____    _____
Reviewer, Office of Preservation Services                Date

_____    _____
Reviewer, National Register Program                      Date

___

Camden Line.

•Waiting shelter for Laurel Railroad Station (circa 1884), Contributing Element. This is a small, three-sided wood waiting shelter present on the east platform of this station stop. The structure has a slate shingle roof and decorative brackets. It is likely contemporary to the station, although not included as part of the station's NRHP-listing.

•Waiting shelter for Laurel Railroad Station (circa 1990s), Non-contributing Element. This wood waiting shelter faces northwest within the station's parking lot. The structure has two open sides and minimal ornamentation. This shelter was likely constructed when the parking lot was created in the 1990s.

•Bridge over Bowie Road, Laurel (substructure: circa 1884, superstructure: twentieth century), Contributing Element. This is a wood and steel bridge set on abutments of rock face cut granite and concrete. Most of the stone portions of the bridge abutments appear to be original and of a similar build date as the bridge over Main Street. Early alterations include incorporation of concrete at the top sections of the stone abutments and additional stone reinforcements directly beneath the bridge. One traffic lane and one sidewalk pass beneath the railroad.

•Muirkirk MARC Station (1994), Non-Contributing Element. This is a simple concrete and asphalt low-level platform with waiting shelters made of metal, glass, and plastic.

•Grade crossings, Non-Contributing Elements (circa late nineteenth century and circa 1926). The evaluated segment includes two at-grade crossings, Queensbury Road, Riverdale (circa late nineteenth century) and Sunnyside Avenue, Beltsville (circa 1926). Both have been upgraded with modern crossing gates, warning lights/bells, and signage.

•Stone culvert over an Indian Creek tributary, Beltsville (circa 1835 or 1864), Contributing Element. This stone culvert, located parallel to Maryland Avenue E, is made of cut granite. It either dates to the construction of the line in 1835 or to the double-tracking of the line in 1864 (which could have resulted in the widening of the alignment). A photograph taken in December 2014 confirmed its existence at that time (www.trainweb.org).

•Stone culverts (circa 1835 or 1864), Contributing Elements, if Extant. These elements either date to the construction of the line in 1835 or to the double-tracking of the line in 1864. Due to access restrictions, these culverts, such as those that allow small tributaries to flow into Indian Creek in Greenbelt, could not be field verified for this survey. Further investigation is required to determine if any remain extant.

•Concrete culverts (circa latter twentieth century), Non-Contributing Elements. At least two large streams, the Bear Branch in Laurel and the Wells Run in Riverdale, flow through concrete channels into concrete culverts.

•Greenbelt MARC Station (1993), Non-Contributing Element. This is an elevated concrete platform with waiting shelters made of metal, glass, and plastic. The station is connected to the adjacent WMATA Metro Greenbelt Station.

•Bridge over Paint Branch, College Park (substructure: 1835 or 1864, superstructure: twentieth century), Contributing Element, if Extant. The stone supports of the substructure date to the original construction in 1835 or to the double-tracking construction in 1864 for this metal bridge. Note this structure could not be observed from the public right-of-way, so the description is based on observations made in November 2003 (www.trainweb.org). This could be a contributing element but requires further investigation.

•College Park MARC Station (1993), Non-Contributing Element. This is a simple low-platform concrete and asphalt station with

---

**MARYLAND HISTORICAL TRUST REVIEW**

Eligibility recommended _____      Eligibility not recommended _____

Criteria: ____ A ____ B ____ C ____ D ____   Considerations: ____ A ____ B ____ C ____ D ____ E ____ F ____ G ____

MHT Comments:

_____          _____
Reviewer, Office of Preservation Services                              Date

_____          _____
Reviewer, National Register Program                                     Date

glass and metal waiting shelters. The station is connected to the adjacent WMATA Metro College Park Station.

•Steel bridge over Campus Drive, College Park (circa 1990s), Non-Contributing Element. This bridge was constructed when Campus Drive was extended through the area. The road follows the alignment of a former Washington Branch spur line.

•Riverdale MARC Station (1994), Non-Contributing Element. This station includes two low-level concrete and asphalt platforms, a one-story brick replica of a turn-of-the-century railroad station to the east, and a one-story brick replica of a passenger waiting shelter to the west. It is located within the NRHP-listed Riverdale Park Historic District (PG:68-4, NR# 02001608), developed in the late nineteenth and early twentieth centuries.

•Bridge over Charles Armentrout Drive, Hyattsville (circa 1990s), Non-Contributing Element. This is a steel and concrete bridge, including concrete abutments.

•Steel and concrete bridge over Northwest Branch Anacostia River, Hyattsville (circa 1950s), Non-Contributing Element. This was constructed as part of flood control for the river, likely replacing an earlier bridge at the same location.

The following previously evaluated elements on this alignment are no longer extant:

•Alexandria Junction Tower (PG:68-8). This was determined eligible for NRHP inclusion in 1981 and destroyed by fire in 1993.

•Beltsville (B&O) Railroad Station (PG:61-8). This was surveyed but not evaluated in 1973 and demolished as of September of 1980.

•B&O Railroad Building (PG:68-41-12). This small building was part of the Hyattsville Station complex. It was surveyed on an undated MIHP form, likely in the 1970s, but not evaluated. Historic aerials show the building was demolished between 1994 and 2002.

Historic Context

The B&O Railroad, Washington Branch was the first railroad to access Washington, D.C., linking the nation's capital to the national railroad network. The American railroad network was still very limited during the first half of the nineteenth century and the expansion of the system to Washington, D.C. replaced slow and unreliable boat and coach service (Harwood 1990, 12-14).

Survey work for the Washington Branch began in 1831 under the direction of civil engineer Benjamin Latrobe II. By the end of 1832, Latrobe had surveyed and planned several routes that could connect the end of the B&O's existing Main Stem at Relay, Maryland (near Baltimore) to the nation's capital. Chief B&O engineer Jonathan Knight selected a route that would be most advantageous to the railroad, featuring low grades and easy curves that could be handled by the railroad's early steam locomotives (Stover 1995, 40). Latrobe also designed the National Historic Landmark Thomas Viaduct (BA-143, HO-80, NR# 66000388), which crosses the Patapsco River between Baltimore and Howard counties, for the Washington Branch. Constructed in 1835, the viaduct is massive, the largest in the country at the time, and exceptionally designed, although initially nicknamed "Latrobe's Folly" by skeptical engineers. The viaduct marked the real beginning of the major railway structures in the United States (Heintelman 1974, 3). Latrobe was West Point-educated and worked at the B&O for many years, surveying new rail lines for the rapidly growing system. His brother, John H.B. Latrobe, was the railroad's general counsel (Stover 1995, 48). The Latrobe brothers were the sons of architect Benjamin H. Latrobe, Sr., who had designed the U.S. Capitol Building in Washington and the Basilica of the Assumption in Baltimore (Moss 2018).

| MARYLAND HISTORICAL TRUST REVIEW | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Eligibility recommended _____ | | | Eligibility not recommended _____ | | | | | | | |
| Criteria: \_\_\_ A \_\_\_ B \_\_\_ C \_\_\_ D | | | Considerations: \_\_\_ A \_\_\_ B \_\_\_ C \_\_\_ D \_\_\_ E \_\_\_ F \_\_\_ G | | | | | | | |
| MHT Comments: | | | | | | | | | | |
| | | | | | | | | | | |
| Reviewer, Office of Preservation Services | | | | | Date | | | | | |
| | | | | | | | | | | |
| Reviewer, National Register Program | | | | | Date | | | | | |

The State of Maryland officially chartered the Washington Branch on March 9, 1833 and subscribed to $500,000 worth of stock in the new line. To gain their support, the B&O Railroad agreed to pay the state 20% of the annual passenger revenues on the line in addition to the normal declared dividends. This increased tax led to greater fares, with prices as high as $2.50 for a one-way ticket, a large sum when the average worker made only $1 a day. This would continue until the 1870s, when the tax was repealed (Stover 1995, 41).

The Washington Branch officially opened on August 25, 1835. Four trains were pulled along the new line by the B&O's "grasshopper" locomotives, the Thomas Jefferson, James Madison, James Monroe, and J.Q. Adams (Stover 1995, 41). These locomotives were among the earliest steam engines used by the B&O, designed to replace horse power with mechanical steam power. They were referred to as "grasshoppers" due to the distinctive up and down motion of their main rods (B&O Museum 2018). Despite the high cost of fares on the new line, the Washington Branch's passenger and freight trains soon proved to be very profitable for the B&O. Passenger totals for the first year (October 1, 1835 to September 30, 1836) equaled 75,416 persons (Stover 1995, 41).

Eight years after its opening, the Washington Branch would be the site of a second major technological achievement, the country's first telegraph line. In 1843, the U.S. Congress paid Samuel Morse $30,000 to install an experimental telegraph line between Washington, D.C. and Baltimore. The B&O's Washington Branch, which already provided a direct link between the two cities, was selected to be the route of the experimental line (Stover 1995, 59-60). On May 24, 1844, Samuel Morse himself sent the first telegraph message, "What hath God wrought," over the wire from the Capitol Building in Washington to the Pratt Street B&O Station in Baltimore (National Museum of American History, n.d.). Upon receiving the message, Alfred Vail re-transmitted it over the wire back to Morse. With government officials watching in the Capitol Building, Morse received the message and proved that telegraph communications in the United States were possible. Earlier in the month, a message had been partially sent by wire from Baltimore to Washington, announcing Henry Clay's presidential nomination at the Whig Convention being held in Baltimore. This earlier message was sent by wire as far as the line was complete along the Washington Branch, at which point a written version of the message was delivered to Washington by a B&O train (Stover 1995, 60).

From 1835 until 1851, B&O trains terminated at a boardinghouse-turned-train station on Pennsylvania Avenue, NW. In 1851, the B&O relocated its trains to a new station under construction at New Jersey Avenue, NW and C Street, NW. Completed in 1852, the now demolished Washington Depot (also known as New Jersey Avenue Station), was built in the Italianate style. In addition to providing better accommodations for waiting passengers, the new station eliminated the need for horse-powered hauling for the stretch of the alignment approaching the station, thus improving service (Harwood 1990, 16).

By the 1860s, the Washington Branch had proven itself to be a vital link between Washington, D.C. and the rest of the growing country. B&O trains now served the major East Coast cities of Washington, Baltimore, Philadelphia, and New York. Rapid industrial growth meant raw materials and finished products were frequently shipped by the B&O trains. Congressmen from the northern and western states could now travel from their districts to the nation's capital quickly and efficiently (Stover 1995, 61). The outbreak of the Civil War brought further attention to the importance and vulnerability of the only rail connection between the federal capital and the northern states. Both freight and passenger service increased dramatically along the line during the Civil War, with as many as 200 freight cars a day arriving in Washington, D.C. to support the Union war effort. B&O passenger trains along the Washington Branch became a critical means of moving federal troops from the northern states into Washington to guard against Confederate attack. The increase in traffic soon overwhelmed the railroad, leading to delayed and slower trains. To relieve congestion along the line (and prevent the construction of a competing line), the B&O double tracked the Washington Branch, with construction being completed by the end of 1864 (Stover 1995, 114).

---

**MARYLAND HISTORICAL TRUST REVIEW**

**Eligibility recommended** _____       **Eligibility not recommended** _____

**Criteria:** ___ A ___ B ___ C ___ D   **Considerations:** ___ A ___ B ___ C ___ D ___ E ___ F ___ G

**MHT Comments:**

_____           _____
     **Reviewer, Office of Preservation Services**                **Date**

_____           _____
        **Reviewer, National Register Program**                     **Date**

Baltimore & Ohio RR, Washington Branch

The Washington Branch's most famous passenger during the Civil War was President Abraham Lincoln, who used the line frequently when traveling to the northern states and to his home in Illinois. In February of 1861, President-elect Lincoln traveled on the Washington Branch by night from Baltimore, seeking to avoid potential attack by Confederate sympathizers along the line. In mid-November of 1863, he traveled this railroad on his way to Gettysburg, where he delivered his famed Gettysburg Address during the consecration of the Gettysburg National Cemetery (Stover 1995, 110).

The B&O's Washington Branch held a monopoly over train travel in and out of Washington, D.C. until after the Civil War when, in 1873, the Pennsylvania Railroad financed construction of the Baltimore and Potomac Railroad (Harwood 1990, 24). However, the Washington Branch continued to be successful, as streetcar suburbs began developing near the alignment during the last quarter of the nineteenth century. Workers in the newly expanded federal government could live outside the city and commute by rail. Stations were constructed at Laurel, Bladensburg (later Hyattsville), Paint Branch, Beltsville, and Muirkirk (Rowlands 2018). Many of the nineteenth century stations constructed along this segment are no longer extant and have been demolished and replaced with modern buildings. From this era, only the 1884 Laurel station still exists (Morgan 1972, 3).

A major change to the Washington Branch came in 1907, when trains were re-routed from the B&O's Washington Depot to the new Union Station on Massachusetts Avenue, NW. Union Station consolidated the passenger facilities of the B&O and B&P railroads within the capital into a single facility and eliminated the need for railroad tracks to cross the National Mall. This fulfilled a major goal of the U.S. Senate Park Commission and architect Daniel Burnham's plan to improve Washington, D.C (Amtrak 2018).

Throughout the first half of the twentieth century, the B&O Railroad and its Washington Branch continued to play an important role in travel to and from the nation's capital. During the 1910s, the railroads dominated both freight and passenger traffic throughout the nation. In 1916, seventy-seven percent of intercity freight and ninety-eight percent of intercity passenger traffic traveled by rail (Stover 1995, 244). This was especially true during times of war when, as it had during the Civil War, the B&O was a vital link between Washington and the rest of the nation. During World War I the American railroads, including the B&O, were nationalized by President Woodrow Wilson in order to handle the surge of both freight and passenger traffic (Stover 1995, 238-239). From January 1, 1918 until the Armistice of November 11, 1918, the railroads carried an average of 20,000 men each day (Stover 1995, 240). On March 1, 1920, the government returned control of the railroads to private ownership.

During World War II, the B&O was again called upon to aid in the war effort. Unlike World War I, the B&O and other American railroads remained under private control, with the exception of two months due to labor issues, for the duration of the war (Stover 1995, 302-303). Freight and passenger traffic during the war, especially to and from Washington, D.C., exploded in volume. In 1945, the B&O carried 1,563,000 servicemen over its lines. Combined with increased civilian travel, the B&O carried nearly fourteen million passengers in 1945. Throughout the war years President Franklin Roosevelt often traveled on the B&O's rails between Washington, D.C. and the northeastern states aboard his armored private car, the Ferdinand Magellan (Stover 1995, 311). Freight traffic also dramatically increased, with freight revenue growing from $158 million in 1940 to $293 million in 1945 (Stover 1995, 312).

Despite a decrease in passengers and freight due to the end of World War II, the B&O continued both passenger and freight service along the Washington Branch in the post-war years. However, the number of passengers and amount of freight hauled by the railroad declined rapidly as passengers and freight customers turned to cars, buses, trucks, and airplanes. The share of freight hauled by railroads nationally decreased from 67.3 percent in 1945 to 52.5 percent in 1953, while the share hauled by trucks dramatically increased from 6.5 percent to 17.7 percent. Decreases in passenger traffic were more drastic, with the share hauled by the railroads falling from 72.9 percent in 1945 to 46.4 percent in 1953 (Stover 1995, 322).

**MARYLAND HISTORICAL TRUST REVIEW**

**Eligibility recommended** _____    **Eligibility not recommended** _____

Criteria:    A _____    B _____    C _____    D _____    Considerations:    A _____    B _____    C _____    D _____    E _____    F _____    G _____

**MHT Comments:**

_____    _____
       **Reviewer, Office of Preservation Services**         **Date**

_____    _____
       **Reviewer, National Register Program**         **Date**

The decline in the B&O's intercity passenger service continued until 1971, when the newly formed Amtrak took over, although today it no longer services this branch. The B&O retained ownership of the line and operated intercity freight and commuter service from the suburbs into Washington, D.C. (Samuelson 1971, C1). In 1975, the State of Maryland, after a year of providing 50% of the funding for the B&O's commuter service, agreed to take over responsibility for the service along the Washington Branch. Under this agreement, Maryland would own and operate the equipment and stations while the B&O (by then a part of the Chessie System of railroads) would retain ownership of the tracks and right-of-way and continue freight service on the line. In 1984, the state combined the commuter rail lines it had acquired from the private railroads, including the B&O, into one commuter rail system called MARC. After a series of mergers, the B&O became part of CSX Transportation, which continues to own and maintain the Washington Branch for its freight service (Rowlands 2018). The Camden Line of the MDOT MARC system still serves these communities with its nineteenth century Laurel station, and modern stations in Muirkirk, Greenbelt, College Park, and Riverdale (MDOT MTA 2018).

Eligibility Determination

The railroad district was evaluated for significance under NRHP Criteria A, B, and C, using the guidelines set forth in the National Register Bulletin How to Apply the National Register Criteria for Evaluation. The resource was not evaluated for eligibility under Criterion D.

The evaluated district is part of the first railroad connection between Washington, D.C. and Baltimore. The B&O Railroad's Washington Branch proved its military significance, during the Civil War and two world wars, as a vital link between the federal capital and the rest of the nation. The Washington Branch also played an important role in serving and helping to fuel the growth of the early suburban communities surrounding Washington in Prince George's County.

This railroad district also has an important association with improvements in nineteenth century communications technology, when in 1844 the first intercity telegraph line connected Baltimore and Washington, D.C. using the railroad right-of-way. Based on the foregoing information, the B&O Railroad, Washington Branch is eligible under Criterion A.

Although numerous significant individuals have traveled over the Washington Branch during its lifetime, research does not indicate this resource illustrates their important achievements. Therefore, the B&O Railroad, Washington Branch is not eligible under Criterion B.

Despite continuous modifications, historic elements such as the original alignment, NRHP-listed Laurel Railroad Station, bridges over Laurel's Main Street and Bowie Road, and the Paint Branch Bridge remain. It is likely the original stone culvert near Beltsville and others are still intact. As the railroad engineer, Benjamin Latrobe II is a recognized master having designed such structures as the Thomas Viaduct. His contributions to surveying and planning the Washington Branch can be considered a noteworthy example of his work as a master engineer. Therefore, the B&O Railroad, Washington Branch is eligible under Criterion C.

Based on the NRHP criteria, the evaluated segment of the B&O Railroad, Washington Branch is eligible for listing under Criteria A and C. The period of significance is 1835 (when the Washington Branch opened) to 1945 (beginning of decline in traffic). The 13.8-mile B&O Railroad, Washington Branch is in good condition and retains sufficient integrity of location, setting, feeling, and association. Upgrades and replacements of elements such as the railroad ties and prisms have taken place continuously since its opening; however, these physical elements are not significant, and they only serve to define the rail corridor. Even the loss of railroad elements, such as stations and junction towers, does not significantly diminish the railroad's integrity of design, materials, and workmanship.

**MARYLAND HISTORICAL TRUST REVIEW**

**Eligibility recommended** _____      **Eligibility not recommended** _____

**Criteria:** ____ A ____ B ____ C ____ D    **Considerations:** ____ A ____ B ____ C ____ D ____ E ____ F ____ G

**MHT Comments:**

_____        _____
        **Reviewer, Office of Preservation Services**                        **Date**

_____        _____
        **Reviewer, National Register Program**                              **Date**

The B&O Railroad, Washington Branch encompasses 136.42 acres and is confined to the railroad right-of-way from the Prince George's County/Anne Arundel County border at the Patuxent River north of Laurel (MP# 21.28) to the Prince George's County/Washington, D.C. border near Mount Rainier (MP# 35.04).

References

Amtrak. 2018. "Washington-Union Station, DC (WAS)." The Great American Stations. http://www.greatamericanstations.com/stations/washington-union-station-dc-was/.

"B&O Color Position Light (CPL) Signals." Railroad Signals of the U.S. Last modified October 2, 2015. http://www.railroadsignals.us/signals/cpl/index.htm.

B&O Railroad Museum. 2018. "John Hancock (B&O No. 8)." www.borail.org/John-Hancock.aspx.

Bechwith, Allison. "Hyattsville's Lost Historic Train Station." The Hyattsville Wire, May 14, 2018. https://www.hyattsvillewire.com/2018/05/14/hyattsville-historic-railroad-station/.

Fehr, Stephen C. "Commuter Lines Add Stations in Va. And Md." The Washington Post, December 12, 1994, D3. ProQuest.

Google. "Maps." https://www.google.com/maps.

Harwood, Herbert H., Jr. Royal Blue Line: The Classic B&O Train Between Washington and New York. Baltimore: Johns Hopkins University Press, 1990. Google Books.

Heintelman, Patricia. "Thomas Viaduct." National Register of Historic Places Inventory – Nomination Form, July 30, 1974.

Hyattsville Preservation Association. "Alexandria Junction Tower." www.preservehyattsville.org/alexandria-junction-tower.

KCI Technologies, Inc. Suburbanization Historic Context and Survey Methodology, I-495/I-95 Capital Beltway Corridor Transportation Study, 1999. Baltimore: Maryland State Highway Administration.

Martenet, Simon J. Martenet's Map of Prince George's County, Maryland. [Baltimore, ?, 1861] Map. https://www.loc.gov/item/2002624036/.

Maryland Transit Administration. "MARC Camden Line Schedule, March 13, 2017." https://mta.maryland.gov/sites/default/files/Camden_Mar132017.pdf.

McDonald, A.L.; L.V. Trieschmann, and R.J. Weidlich. "Riverdale Park Historic District." National Register Nomination Form, PG:68-4, November 2001. On file at Maryland Historical Trust, Crownsville, Maryland.

McQueen, James T. "Alexandria Junction Tower, site (B&O Switching Tower)." Determination of Eligibility Form PG:68-8, May 15, 1981. On file at Maryland Historical Trust, Crownsville, Maryland.

---

**MARYLAND HISTORICAL TRUST REVIEW**

Eligibility recommended _____     Eligibility not recommended _____

Criteria: \_\_\_ A \_\_\_ B \_\_\_ C \_\_\_ D     Considerations: \_\_\_ A \_\_\_ B \_\_\_ C \_\_\_ D \_\_\_ E \_\_\_ F \_\_\_ G

MHT Comments:

_____     _____
   **Reviewer, Office of Preservation Services**                **Date**

_____     _____
      **Reviewer, National Register Program**                     **Date**

PG:LAU-29                                Baltimore & Ohio RR, Washington Branch

Page 9

---

Meyer, Eugene. "Lukewarm Thrill at End of Line, New Metro Station Fails to Dazzle All in Greenbelt." The Washington Post, December 10, 1993, C1. ProQuest.

Moss, Roger W. "Latrobe, Benjamin Henry (1764-1820)." Philadelphia Architects and Buildings. https://www.philadelphiabuildings.org/pab/app/ar_display.cfm/25618.

Morgan, William. "Laurel Railroad Station, NRIS 73002165." National Register of Historic Places. https://npgallery.nps.gov/NRHP/AssetDetail?assetId=f5cb6a8f-60d0-4fa8-882d-70e270990533.

The National Museum of American History. "What Hath God Wrought, Telegraph Message." http://americanhistory.si.edu/collections/search/object/nmah_713485.

NETROnline. "Historic Aerials." https://www.historicaerials.com/viewer.

Rowlands, D.W. "How the Washington Branch Railway and the Camden Line Shaped the Region's Suburbs." Greater Greater Washington, August 7, 2018. https://ggwash.org/view/68598/how-the-washington-branch-railway-and-the-camden-line-shaped-the-regions-suburbs.

Samuelson, Robert J. "Intercity Passenger Era Ends for B&O Railroad." The Washington Post, April 27, 1971, C1. ProQuest.

Sanborn Fire Insurance Map from Laurel, Prince Georges County, Maryland. Sanborn Map Company, Jul, 1897. Map. https://www.loc.gov/item/sanborn03620_001/.

Stover, John F. History of the Baltimore and Ohio Railroad. West Lafayette, Indiana: Purdue University Press, 1995. Google Books.

Streamliner Memories. "B&O Train Schedule, 1948." https://mta.maryland.gov/sites/default/files/Camden_Mar132017.pdf.

Trainweb. "B&O Washington Branch Tour." http://www.trainweb.org/oldmainline/index.htm.

Washington D.C. Chapter, The National Museum of American History. "Timeline of Washington, D.C. Railroad History." http://www.dcnrhs.org/learn/washington-d-c-railroad-history/timeline-of-washington-d-c-railroad-history.

---

**MARYLAND HISTORICAL TRUST REVIEW**

**Eligibility recommended** _____          **Eligibility not recommended** _____

**Criteria:** ___ A ___ B ___ C ___ D    **Considerations:** ___ A ___ B ___ C ___ D ___ E ___ F ___ G

**MHT Comments:**

_____          _____
        **Reviewer, Office of Preservation Services**                    **Date**

_____          _____
        **Reviewer, National Register Program**                         **Date**

**Location:** 13.8-mile railroad segment from the P.G./Anne Arundel County border to border with Washington, D.C.

**City/Town(s):** Laurel, Vansville, Berwyn, Riverdale, Hyattsville, Chillum, Bladensburg, Berwyn Heights, Greenbelt

**MIHP#: PG:LAU-29**
Prince George's County



Baltimore and Ohio (B&O) Railroad, Washington Branch

USGS 7.5' Quadrangle(s) - Laurel, Beltsville, Washington East

0    1    2 Miles

Scale: 1:24,000

00007677

**Location:** 13.8-mile railroad segment from the P.G./Anne Arundel County border to border with Washington, D.C.

**City/Town(s):** Laurel, Vansville, Berwyn, Riverdale, Hyattsville, Chillum, Bladensburg, Berwyn Heights, Greenbelt

**MIHP#: PG:LAU-29**
Prince George's County



Baltimore and Ohio (B&O)
Railroad, Washington
Branch

USGS 7.5' Quadrangle(s) - Laurel, Beltsville, Washington East

0    1    2
|_|_|_|_|_|_|_|_| Miles

Scale: 1:24,000

**Baltimore and Ohio (B&O) Railroad, Washington Branch**

**Location:** 13.8-mile railroad segment from the P.G./Anne Arundel County border to border with Washington, D.C.

**City/Town(s):** Laurel, Vansville, Berwyn, Riverdale, Hyattsville, Chillum, Bladensburg, Berwyn Heights, Greenbelt

**MIHP#: PG:LAU-29**
Prince George's County



USGS 7.5' Quadrangle(s) - Laurel, Beltsville, Washington East

0    1    2 Miles

Scale: 1:24,00

00007679

Baltimore and Ohio (B&O) Railroad, Washington Branch

**Location:** 13.8-mile railroad segment from the P.G./Anne Arundel County border to border with Washington, D.C.

**City/Town(s):** Laurel, Vansville, Berwyn, Riverdale, Hyattsville, Chillum, Bladensburg, Berwyn Heights, Greenbelt

**MIHP#: PG:LAU-29**
Prince George's County



Baltimore and Ohio (B&O) Railroad, Washington Branch

USGS 7.5' Quadrangle(s) - Laurel, Beltsville, Washington East

0    1    2 Miles

Scale: 1:24,000

**Location:** 13.8-mile railroad segment from the P.G./Anne Arundel County border to border with Washington, D.C.

**City/Town(s):** Laurel, Vansville, Berwyn, Riverdale, Hyattsville, Chillum, Bladensburg, Berwyn Heights, Greenbelt

**MIHP#: PG:LAU-29**
Prince George's County



Laurel Railroad Station

Bridge over Main Street

Waiting shelter for Laurel Railroad Station

Signals (throughout)*

Baltimore and Ohio (B&O) Railroad, Washington Branch

Bridge over Bowie Road

Parcel Boundaries

Contributing Element

*=Unable to Field Verify

0    1    2    Miles

Scale: 1:12,000

00007681

Baltimore and Ohio (B&O) Railroad, Washington Branch

**Location:** 13.8-mile railroad segment from the P.G./Anne Arundel County border to border with Washington, D.C.

**City/Town(s):** Laurel, Vansville, Berwyn, Riverdale, Hyattsville, Chillum, Bladensburg, Berwyn Heights, Greenbelt

**MIHP#: PG:LAU-29**
Prince George's County



ca. 1835 stone mile marker*

Baltimore and Ohio (B&O) Railroad, Washington Branch

Parcel Boundaries

Contributing Element ➝

*=Unable to Field Verify

0        1        2 Miles

Scale: 1:12,000

00007682

**Location:** 13.8-mile railroad segment from the P.G./Anne Arundel County border to border with Washington, D.C.

**City/Town(s):** Laurel, Vansville, Berwyn, Riverdale, Hyattsville, Chillum, Bladensburg, Berwyn Heights, Greenbelt

MIHP#: PG:LAU-29
Prince George's County



Baltimore and Ohio (B&O) Railroad, Washington Branch

Parcel Boundaries

Contributing Element

*=Unable to Field Verify

0   1   2 Miles

Scale: 1:12,000

00007683

**Location:** 13.8-mile railroad segment from the P.G./Anne Arundel County border to border with Washington, D.C.

**City/Town(s):** Laurel, Vansville, Berwyn, Riverdale, Hyattsville, Chillum, Bladensburg, Berwyn Heights, Greenbelt

MIHP#: PG:LAU-29
Prince George's County



Baltimore and Ohio
(B&O) Railroad,
Washington Branch

Parcel Boundaries

Contributing Element →

*=Unable to Field Verify

0    1    2
|⌐⌐⌐⌐⌐⌐⌐⌐| Miles

Scale: 1:12,000

00007684

Baltimore and Ohio (B&O) Railroad, Washington Branch

**Location:** 13.8-mile railroad segment from the P.G./Anne Arundel County border to border with Washington, D.C.

**City/Town(s):** Laurel, Vansville, Berwyn, Riverdale, Hyattsville, Chillum, Bladensburg, Berwyn Heights, Greenbelt

**MIHP#: PG:LAU-29**
Prince George's County



Baltimore and Ohio (B&O) Railroad, Washington Branch

ca. 1835 or 1864 stone culvert* (location of other culverts unknown)

ca. 1835 stone mile marker*

Parcel Boundaries

Contributing Element →

*=Unable to Field Verify

0   1   2 Miles
Scale: 1:12,000

N

00007685

Baltimore and Ohio (B&O) Railroad, Washington Branch

**Location:** 13.8-mile railroad segment from the P.G./Anne Arundel County border to border with Washington, D.C.

**City/Town(s):** Laurel, Vansville, Berwyn, Riverdale, Hyattsville, Chillum, Bladensburg, Berwyn Heights, Greenbelt

**MIHP#: PG:LAU-29**
Prince George's County



Baltimore and Ohio (B&O) Railroad, Washington Branch

ca. 1835 stone mile marker*

Parcel Boundaries

Contributing Element ⟶

*=Unable to Field Verify

0    1    2
Miles

Scale: 1:12,000

00007686

Baltimore and Ohio (B&O) Railroad, Washington Branch

**Location:** 13.8-mile railroad segment from the P.G./Anne Arundel County border to border with Washington, D.C.

**City/Town(s):** Laurel, Vansville, Berwyn, Riverdale, Hyattsville, Chillum, Bladensburg, Berwyn Heights, Greenbelt

**MIHP#: PG:LAU-29**
Prince George's County



Baltimore and Ohio (B&O) Railroad, Washington Branch

Bridge over Paint Branch*

Parcel Boundaries

Contributing Element

*=Unable to Field Verify

0    1    2 Miles

Scale: 1:12,000

00007687

Baltimore and Ohio (B&O) Railroad, Washington Branch

**Location:** 13.8-mile railroad segment from the P.G./Anne Arundel County border to border with Washington, D.C.

**City/Town(s):** Laurel, Vansville, Berwyn, Riverdale, Hyattsville, Chillum, Bladensburg, Berwyn Heights, Greenbelt

MIHP#: PG:LAU-29
Prince George's County



Baltimore and Ohio (B&O) Railroad, Washington Branch

ca. 1835 stone mile marker*

Parcel Boundaries

Contributing Element  ⟶

*=Unable to Field Verify

0   1   2 Miles

Scale: 1:12,000

00007688

Baltimore and Ohio (B&O) Railroad, Washington Branch

**Location:** 13.8-mile railroad segment from the P.G./Anne Arundel County border to border with Washington, D.C.

**City/Town(s):** Laurel, Vansville, Berwyn, Riverdale, Hyattsville, Chillum, Bladensburg, Berwyn Heights, Greenbelt

**MIHP#: PG:LAU-29**
Prince George's County



Parcel Boundaries

Contributing Element ➔

*=Unable to Field Verify

0    1    2
⌊⌊⌊⌊⌊⌊⌊⌊⌊⌋ Miles

Scale: 1:12,000

00007689

**PG:LAU-29**

**Baltimore and Ohio (B&O) Railroad, Washington Branch**
Laurel, Vansville, Berwyn, Riverdale, Hyattsville, Chillum, Bladensburg, Berwyn Heights, Greenbelt
Prince George's County, Maryland



Historic Image 1: Stone Mile Marker #23 (Circa 1835) is Seen at Far Right.
Photographed December 2003. From www.trainweb.org.



Historic Image 2: Muirkirk MARC Station (1994) is Seen at Right.
Photographed February 2000. From www.trainweb.org.

1

00007690

PG:LAU-29

**Baltimore and Ohio (B&O) Railroad, Washington Branch**
Laurel, Vansville, Berwyn, Riverdale, Hyattsville, Chillum, Bladensburg, Berwyn Heights, Greenbelt
Prince George's County, Maryland



Historic Image 3: Stone Culvert Over an Indian Creek Tributary (Circa 1835 or 1864).
Photographed December 2014. From www.trainweb.org.



Historic Image 4: Signal (Circa 1920s) A B&O Color Position Light-Type Signal at MP#28
Photographed December 2014. From www.trainweb.org.

00007691

**Baltimore and Ohio (B&O) Railroad, Washington Branch**

Laurel, Vansville, Berwyn, Riverdale, Hyattsville, Chillum, Bladensburg, Berwyn Heights, Greenbelt
Prince George's County, Maryland



Historic Image 5: Typical view of Washington Branch, Circa 1970s, with B&O freight train.
From www.trainweb.org.

3

# Maryland Historical Trust
## Maryland Inventory of
## Historic Properties Form

Inventory No  PG:LAU-29

Name   Baltimore and Ohio (B&O) Railroad, Washington Branch
**Continuation Sheet**

Number   <u>Photos</u>   Page 1



**Photo 1 of 9:  Bridge over Main Street, Laurel, looking west.**



**Photo 2 of 9:  Laurel Railroad Station, looking west.**

# Maryland Historical Trust
## Maryland Inventory of
## Historic Properties Form

Inventory No  PG:LAU-29

Name   Baltimore and Ohio (B&O) Railroad, Washington Branch
**Continuation Sheet**

Number   <u>Photos</u>   Page 2



Photo 3 of 9:  Laurel Railroad Station platforms, looking south.



Photo 4 of 9: Laurel Railroad Station passenger waiting shelter, looking east.

**Maryland Inventory of**    Inventory No  PG:LAU-29
**Historic Properties Form**

Name   Baltimore and Ohio (B&O) Railroad, Washington Branch
**Continuation Sheet**

Number   Photos   Page 3



Photo 5 of 9:  Laurel Railroad Station parking lot waiting shelter, looking northeast.



Photo 6 of 9: Bridge over Bowie Road, looking east.

00007695

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Name   Baltimore and Ohio (B&O) Railroad, Washington Branch
**Continuation Sheet**

Number   Photos   Page 4



**Photo 7of 9:  Bridge over Northwest Branch, Anacostia River, looking east.**



**Photo 8 of 9: View of right-of-way from Eastern Avenue, looking north.**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No  PG:LAU-29

Name   Baltimore and Ohio (B&O) Railroad, Washington Branch
**Continuation Sheet**

Number   Photos    Page 5



**Photo 9 of 9:  View of right-of-way from Eastern Avenue, looking south.**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No  PG:LAU-29

Name   Baltimore and Ohio (B&O) Railroad, Washington Branch
**Continuation Sheet**

Number   Photos   Page 6

---

**PHOTO LOG**

**Name of Property:  Baltimore and Ohio (B&O) Railroad, Washington Branch**
**Name of Photographer:  Dovetail Cultural Resource Group**
**Date of Photographs:  September 6, 2018**
**Location of Original Digital File:  MD SHPO**

*Photographs inserted on continuation sheets.*

**Photo 1 of 9:**
**Bridge over Main Street, Laurel, looking west.**
**PG;LAU-29_2018-09-06_01.tif**

**Photo 2 of 9:**
**Laurel Railroad Station, looking west.**
**PG;LAU-29_2018-09-06_02.tif**

**Photo 3 of 9**
**Laurel Railroad Station platforms, looking south.**
**PG;LAU-29_2018-09-06_03.tif**

**Photo 4 of 9**
**Laurel Railroad Station passenger waiting shelter, looking east.**
**PG;LAU-29_2018-09-06_04.tif**

**Photo 5 of 9**
**Laurel Railroad Station parking lot waiting shelter, looking northeast.**
**PG;LAU-29_2018-09-06_05.tif**

**Photo 6 of 9**
**Bridge over Bowie Road, looking east.**
**PG;LAU-29_2018-09-06_06.tif**

**Photo 7 of 9**
**Bridge over Northwest Branch Anacostia River, looking east.**
**PG;LAU-29_2018-09-06_07.tif**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No  PG:LAU-29

Name   Baltimore and Ohio (B&O) Railroad, Washington Branch
**Continuation Sheet**

Number   <u>Photos</u>   Page 7

**Photo 8 of 9:**
**View of right-of-way from Eastern Avenue, looking north.**
**PG;LAU-29_2018-09-06_08**

**Photo 9 of 9:**
**View of right of way from Eastern Avenue, looking south.**
**PG;LAU-29_2018-09-06_09**

*Digital image files only, located at the Maryland Historical Trust.*

**None**

# MARYLAND HISTORICAL TRUST
# DETERMINATION OF ELIGIBILITY FORM

NR Eligible:  yes _____
no _____

Property Name:   Baltimore & Potomac RR, Washington City Branch          Inventory Number:   PG:71A-54

Address:   13 mile railroad segment from P.G. County/Anne Arundel County          Historic district:   X   yes _____   no
border to border with Washington D.C.

City:   Multiple          Zip Code:   Multiple          County:   Prince George's

USGS Quadrangle(s):   Laurel, Lanham, Washington East

Property Owner:   National Passenger Railroad Corporation (Amtrak)          Tax Account ID Number:   N/A

Tax Map Parcel Number(s):   N/A          Tax Map Number:   N/A

Project:   I-495/I-270 Managed Lanes Study          Agency:   MDOT SHA

Agency Prepared By:   RK&K, LLP

Preparer's Name:   Jacob Bensen          Date Prepared:   11/26/2018

Documentation is presented in:   Project review and compliance files

Preparer's Eligibility Recommendation:   X   Eligibility recommended          Eligibility not recommended

Criteria:   X A          B     X C          D          Considerations:     A          B          C          D          E          F          G

*Complete if the property is a contributing or non-contributing resource to a NR district/property:*

Name of the District/Property: _____

Inventory Number: _____          Eligible: _____ yes          Listed: _____ yes

Site visit by MHT Staff _____ yes     X   no          Name: _____          Date: _____

Description of Property and Justification:     *(Please attach map and photo)*

The Baltimore and Potomac (B&P) Railroad (Pennsylvania Railroad [PRR], Baltimore and Potomac Division), Washington City Branch was a passenger and freight railroad that helped connect Union Station in Washington, D.C. to the major cities of the East Coast and beyond. It is approximately 13 miles of railroad right-of-way from the Prince George's/Anne Arundel County border at the Patuxent River near Bowie (MP# 118) to the Prince George's County/Washington D.C. border near Cheverly (MP# 131). The entire Washington City Branch is 35.5 miles long and is currently owned by Amtrak and operates as the Northeast Corridor. The Washington City Branch connects Baltimore's Pennsylvania Station (1911) in the north to Washington, D.C.'s Union Station (1907) in the south. The Washington City Branch is used by Amtrak's intercity passenger trains (including the high-speed Acela Express), the Maryland Department of Transportation's Maryland Rail Commuter (MARC) trains, and Norfolk Southern Railway's freight trains.

This documentation expands upon previous surveys of the B&P Railroad in Maryland. In Baltimore City, the Baltimore and Potomac Railroad/Philadelphia, Baltimore, & Wilmington (PB&W) Railroad (B-5164) was determined eligible for inclusion in the National Register of Historic Places (NRHP). In Anne Arundel County, the Baltimore and Potomac Railroad Survey District (AA-

---

**MARYLAND HISTORICAL TRUST REVIEW**

**Eligibility recommended** _____          **Eligibility not recommended** _____

**Criteria:** _____ A _____ B _____ C _____ D     **Considerations:** _____ A _____ B _____ C _____ D _____ E _____ F _____ G

**MHT Comments:**

_____          _____
   **Reviewer, Office of Preservation Services**                    **Date**

_____          _____
   **Reviewer, National Register Program**                    **Date**

1097) was determined not eligible in 2012.

The following survey was conducted from the public right-of-way.

Location/Setting

The evaluated district traverses a largely suburban area and is bordered by housing developments, commercial properties, industrial areas, and government facilities. Just north of MP# 121 at Bowie, the line meets with the B&P Railroad/CSX Transportation (CSX) Pope's Creek Subdivision that goes into Southern Maryland. The CSX Transportation (formerly Baltimore and Ohio [B&O] Railroad) Alexandria Extension crosses over the alignment, just south of the Cheverly Metro Station near MP# 131.

Architectural Description

The B&P Railroad, Washington City Branch is being maintained to modern railroad standards, with the alignment generally following the right-of-way established for the branch in 1872. Just south of the Landover Substation and MP# 129, the line splits into two alignments by 1907. One alignment continues into Washington, D.C. with an eventual terminus at Union Station. The other also enters Washington, D.C., following a southern route through to Virginia. Both alignments are part of this survey.

Sidings and spur lines, both in use and abandoned, branch off from the main tracks to provide freight service to commercial and industrial properties in the area. These sidings are located between MP# 122 and #123 in Glenn Dale, between MP# 127 and MP# 128 at Landover, and at MP# 131 at Cheverly. These sidings and spur lines are not included in this survey.

The evaluated district includes the following elements (listed generally in order from north to south):

•Railroad tracks, throughout (rails, ties, ballast, and prisms: modern), Non-contributing Elements. The tracks consist of modern continuous welded steel rail on concrete ties set in a railbed of gravel ballast on an engineered-earth prism. The majority of the alignment has three tracks, but it expands to four tracks between MP# 128 and MP# 129 south of Landover. The height of the prisms varies, depending on the topography of the area. In the surveyed area near Bowie State University MARC Station, for example, the prism is approximately four feet high. The rails, ties, ballast, and prisms have been continually modernized and are non-contributing elements.

•Catenary system, throughout (circa 1934-1935), Contributing Element. A catenary system, consisting of overhead wire suspended in tension from support poles on both sides of the tracks, runs throughout the district alignment. The system provides power to the Amtrak and MARC trains on this segment. Many, if not all, of the extant catenary support poles date to the railroad's original electrification between 1934 to 1935, but the wiring and electrical infrastructure have likely been replaced over time as part of routine maintenance.

•Signals, throughout (circa 1934-1935), Contributing Elements, if Extant. Although many signals have been replaced by Amtrak, beginning in 1976, it is possible some signals may remain extant within the district. These signals were installed as part of the PRR electrification of the line, fully replacing earlier signals used by steam locomotives. Further investigation is required to determine if any remain extant.

•Signal Bridges, throughout (circa 1934-1935), Contributing Elements. These structures consist of two catenary support poles with a metal framework spanning between them to support signals. The signal bridges remain extant, both with and without signals.

---

**MARYLAND HISTORICAL TRUST REVIEW**

**Eligibility recommended** _____          **Eligibility not recommended** _____

**Criteria:** ____ A ____ B ____ C ____ D     **Considerations:** ____ A ____ B ____ C ____ D ____ E ____ F ____ G

**MHT Comments:**


_____          _____
        **Reviewer, Office of Preservation Services**                        **Date**


_____          _____
        **Reviewer, National Register Program**                              **Date**

___

Signal bridges with replacement signals often are accompanied by a modern small shed-like structure.

•Culverts (circa 1870s and/or circa 1934-1935), Contributing Elements, if Extant. Watercourses such as Newstop Branch, Folly Branch, Bald Hill Branch, and Beaverdam Creek cross under the railroad, presumably through culverts. Due to access restrictions, field verification of these structures was not possible. Further investigation is required to determine if any remain extant.

•Bowie State University MARC Station (1989), Non-Contributing Element. A high-level concrete station consisting of two platforms with metal passenger waiting shelters and lighting fixtures. It replaced the Bowie station, further south (see immediately below).

•Bowie Railroad Buildings/Bowie Railroad Museum (circa 1910-circa 1930, moved 1992) (PG:71B-2-9, NR# 98001261), Contributing Elements. The complex includes three frame buildings that formerly comprised the Bowie depot for the B&P, including a one-story freight depot/passenger ticket office building (circa 1930), two-story interlocking tower (built circa 1913, moved to Bowie circa 1930), and one-story, open passenger waiting shed (circa 1910). These buildings were moved off the railroad right-of-way and currently operate as part of a City of Bowie museum. The complex of buildings was listed on the NRHP in 1998 under Criterion A for their contribution to the development of rail transportation in the region and Criterion C as rare examples of intact early twentieth century railroad junction buildings. While the buildings have been moved, their association with railroad development remains strong and they retain high integrity.

•Bowie Substation (circa 1934-1935), Contributing Element. This is a railroad electrical substation adjacent to the tracks near the line's intersection with the Pope's Creek Subdivision. The substation was constructed as part of the electrification of the line. The structure consists of a central control building surrounded by a tall metal framework supporting insulators and electrical wiring. Large electrical transformers are connected to the catenary wiring above the tracks. The entire substation is surrounded by a tall chain-link fence topped with barbed wire. The substation framework is likely original, but the wiring and electrical infrastructure have likely been replaced over time as part of routine maintenance. A small, rectangular building with no windows, constructed circa 2005, is located nearby and is connected by wiring to the substation.

•Three rectangular buildings, Bowie (circa 2002), Non-Contributing Elements. These are located on the west side of the tracks at the intersection with the Pope's Creek Subdivision. All are one-story and have rectangular plans. Due to access restrictions, a detailed study of these buildings was not possible.

•Seabrook MARC Station (1987), Non-Contributing Element. This is a high-level concrete station constructed as a replacement for an earlier station. It consists of two platforms with metal passenger waiting shelters and lighting fixtures.

•New Carrollton Station (Metro: 1978, Amtrak/MARC: 1983), Non-Contributing Element. This concrete, Brutalist-style station is built beneath the tracks for the Metro Orange Line and the Amtrak Northeast Corridor. The New Carrollton station was constructed in stages, beginning with the opening of the Metro portion of the station. The Amtrak/MARC portion of the station was opened last as a replacement for the Capital Beltway Station (opened 1970), formerly located to the north. For the purposes of this evaluation, the rest of this multi-modal station, such as the parking lots/garages and a maintenance facility for Metro trains are not included.

•Two clusters of small buildings on the west side of the tracks near the New Carrollton Metro maintenance facility (circa 1980s or 1990s), Non-Contributing Elements. These are two small clusters of one-story, rectangular-plans buildings. There are three at the northernmost cluster and six at the southern cluster. Due to access restrictions, field verification of these buildings was not possible.

---

**MARYLAND HISTORICAL TRUST REVIEW**

Eligibility recommended _____    Eligibility not recommended _____

Criteria: _____ A _____ B _____ C _____ D    Considerations: _____ A _____ B _____ C _____ D _____ E _____ F _____ G

MHT Comments:


_____          _____
    **Reviewer, Office of Preservation Services**                          **Date**


_____          _____
    **Reviewer, National Register Program**                               **Date**

_____

•Small building near a Pepco substation, New Carrollton (circa 1980s or 1990s), Non-Contributing Element. A small, one-story building with a rectangular plan. Due to access restrictions, field verification of this building was not possible.

•Wilson's Station Railroad Tower, Landover (circa 1900) (PG:72-1), Contributing Element. This switching and signal tower was determined eligible for the NRHP in 2002. When last surveyed, this was a two-story, T-shaped, wood-framed building on a brick foundation. Asbestos-shingle siding had been added and there were asphalt-shingles on its roof. The windows were covered or replaced with plywood. A passenger waiting shed, noted in the 1974 survey, was no longer extant. The tower was no longer in active use. A metal control shed was constructed circa 1990 directly next to the tower, likely performing the same job that the tower once did for the railroad. Due to access limitations, it was not possible to field verify this tower; however, June 2018 Google mapping confirms its existence.

•Landover Substation (circa 1934-1935), Contributing Element. This is a railroad electrical substation constructed as part of the electrification of the line. It consists of a central control building surrounded by a tall metal framework supporting insulators and electrical wiring. Large electrical transformers are connected to the catenary wiring above the tracks. The entire substation is surrounded by a tall chain-link fence topped with barbed wire. The substation framework is likely original, but the wiring and electrical infrastructure have likely been replaced over time as part of routine maintenance.

Historic Context

The B&P Railroad was first chartered in 1853 as a railroad connecting Baltimore to Popes Creek, Maryland; however, the project languished for several years. In 1860, Owden Bowie became B&P president, but was unable to continue the project due to financial, material, and manpower shortages during the Civil War. Following the war, Bowie sought financial backing from the B&O Railroad to assist with construction of the new line. When the B&O declined, Bowie turned to the B&O's rival, the PRR, which was looking to expand its system beyond Baltimore, but were blocked from entering Washington, D.C. (Churella 2013, 357).

Since constructing its Washington Branch in 1835, the B&O had held a monopoly on freight and passenger service into Washington, D.C. and to the southern railroads beyond it. This monopoly was sanctioned by the State of Maryland, who would not issue charters for any new railroads into the nation's capital. The PRR found a loophole in a key provision in the charter for the B&P Railroad that would allow their trains access to Washington, D.C. B&P was permitted to construct branch lines up to twenty miles long from its main line. The railroad's proposed route would put it close enough to Washington that a branch line could be built into the federal city, breaking the B&O's monopoly (Churella 2013, 357).

Construction of the B&P Railroad, under the control of the PRR, began in September of 1868. At Bowie, the Washington City Branch separated from the Pope's Creek Branch (later Pope's Creek Subdivision). The railroad's original charter was to Pope's Creek, but the Washington City Branch was soon used by the PRR as part of the railroad's main line between New York and Washington, D.C. In June of 1870, the U.S. Congress approved the B&P's plan to enter Washington and, by 1872, a temporary wood-frame station was constructed in Washington. In 1873, the wood station was replaced by a permanent brick and stone station at 6th and B Streets, NW, on the National Mall. The B&P Railroad opened from Baltimore to Washington on July 2, 1872. Meanwhile, construction was continuing on the Union and B&P Tunnels in Baltimore. Upon the tunnels' completion in 1873, PRR trains could run through Baltimore and Philadelphia to New York (Churella 2013, 358).

The completion of the B&P Railroad in the early 1870s helped fuel suburban growth along the newly established line, as people working in the nation's capital could live outside of the city and commute in by rail. Early stations within the evaluated segment

| MARYLAND HISTORICAL TRUST REVIEW | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Eligibility recommended** _____ | | | **Eligibility not recommended** _____ | | | | | | |
| **Criteria:** ___ A ___ B ___ C ___ D | | | **Considerations:** ___ A ___ B ___ C ___ D ___ E ___ F ___ G | | | | | | |
| **MHT Comments:** | | | | | | | | | |

| Reviewer, Office of Preservation Services | Date |
|---|---|
| **Reviewer, National Register Program** | **Date** |

00007703

included Seabrook (a modern MARC station now stands on the site), Wilson's (near the current Landover Metro Station), and the newly plotted Bowie. The B&P ran several trains between these stations and Washington, D.C. daily, including to a stop in the city for workers at the Navy Yard (Rowlands 2018).

On July 2, 1881, President James A. Garfield was shot by Charles J. Guiteau while waiting for a train at the B&P station in Washington. He died three months later from infection. In 1891, the Philadelphia, Wilmington, and Baltimore (PW&B) Railroad, another PRR-owned company, took over operations of the B&P Railroad. In 1902, the two companies consolidated, creating the Philadelphia, Baltimore, and Washington (PB&W) Railroad (Coverdale and Colpitts 1946, 285).

In 1901, the U.S. Senate Park Commission invited architect and planner Daniel Burnham to develop a new plan for the nation's capital, using the original design (circa 1791) of the city by Major Peter Charles L'Enfant as a guide. Burnham's new plan included "cleaning up" the National Mall by removing the B&P and B&O railroad stations and railroad tracks (Amtrak 2018). In 1903, Congress approved of a site on the north side of Massachusetts Avenue, NW for a new Union Station, which would consolidate passenger facilities for these railroads into a single terminal (Hankey and Wright 2018). The B&P Railroad, Washington City Branch, would be split just south of Landover, with freight traffic continuing along the old alignment and passenger trains following a new alignment to Union Station. The new station opened in 1907.

In 1928, the PRR began a project to electrify its entire line from New York to Washington, D.C. Although other railroads had experimented with electrification, including the PRR itself, none had attempted such a large and complicated project before. The PRR Board of Directors made the decision to electrify the entire line between New York and Washington, D.C. because it would allow the railroad company to handle denser traffic, run larger trains, and increase speeds in comparison to using traditional steam power. However, the innovative program was halted in 1932 by the Great Depression. The world-wide financial crisis led to a lack of funds and the railroad was unable to find private financing for such an ambitious project. The PRR applied for and received assistance from the federal government to continue its electrification project that same year with money borrowed from the Public Works Administration, a New Deal-employment program. In 1935, the PRR completed electrification of the segment of their railroad between Baltimore and Washington (Ludwig 1934, 4-6). Electrification required the construction of new power substations; fabrication and installation of new signals, catenary poles, and wiring; and included the installation of a third track (Ludwig 1934, 11, 17-21). The completion of electrification allowed the PRR to eliminate the use of steam power on its main line between New York and Washington, although the use of steam on branch lines outside of the electrified corridor continued until the 1950s when they converted to diesel (Reutter 1994, 16). During the 1930s, the PRR began experimenting with high-speed passenger service along the newly electrified line. The company developed the GG1 electric locomotive, "the most powerful electric passenger locomotives ever built." The GG1 was capable of a regular operating speed of 90 miles per hour (Ludwig 1934, 31) and would remain in service under the PRR and its successors into the 1980s (Museum of the American Railroad 2016).

Commuter service continued along the newly electrified route, with as many as six trains in each direction serving the suburban stations in the 1930s. Into the 1950s, there were at least two computer trains daily inbound and outbound from Washington (Rowlands 2018). Intercity passenger and freight trains continued along the lines as well through World War II and into the post-War years, but the PRR began to see a downturn in business as air travel and the Interstate Highway System grew. The share of freight hauled by railroads nationally decreased from 67.3 percent in 1945 to 52.5 percent in 1953, while the share hauled by trucks dramatically increased from 6.5 percent to 17.7 percent. Decreases in passenger traffic were more drastic, with the share hauled by the railroads falling from 72.9 percent in 1945 to 46.4 percent in 1953 (Stover 1995, 322). In 1968, the PRR and the New York Central Railroad merged, creating the Penn-Central Railroad. With 20,000 miles of track, including the evaluated segment, Penn-Central was the largest railroad in the United States (Edwards 1968, A1). In cooperation with the U.S. Department of Transportation, Penn Central began testing a new high-speed passenger service between New York and Washington D.C., the Metroliner, in December of 1969. The Metroliner, was an electric train capable of making a non-stop trip between Washington and

| MARYLAND HISTORICAL TRUST REVIEW | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Eligibility recommended** | | | **Eligibility not recommended** | | | | |
| **Criteria:** A B C D | | | **Considerations:** A B C D E F G | | | | |
| **MHT Comments:** | | | | | | | |

|  |  |
|---|---|
| **Reviewer, Office of Preservation Services** | **Date** |
| **Reviewer, National Register Program** | **Date** |

New York in under three hours (Edwards 1969, E1). The Metroliner tests proved successful and it soon became a regular service along the Northeast Corridor (Trains, 2006).

Financial issues continued for the Penn Central until the mid-1970s, when the company declared bankruptcy. To prevent a collapse of the railroad industry in the northeastern United States, a new company, the Consolidated Rail Corporation (ConRail), was created with $6.8 billion in aid and loan guarantees from the federal government (Jones 1976, A3). While ConRail controlled freight rail operations, Amtrak, created in 1971, took control of all inter-city passenger railroad service, including that of the PRR (Samuelson 1971, C1). Amtrak took ownership of the Northeast Corridor In 1976, controlling trains and track personnel, dispatching, signaling, and maintenance of the line. While continuing to operate the Metroliner trains that it had inherited from Penn Central, Amtrak began developing its own high-speed electric train for the Northeast Corridor, Acela Express, in 1995 (Railway Technology, n.d.)

In 1996, CSX agreed to a merger with ConRail, but the merger was halted by a hostile bid from rival Norfolk Southern Corporation (Norfolk Southern 2018). After months of negotiations, CSX and Norfolk Southern agreed in 1997 to a joint purchase of ConRail, with each railroad taking half of the system. Norfolk Southern gained the right to operate freight trains over the Northeast Corridor, including the evaluated segment (Phillips 1997, C11). This ownership and operational relationship continues today. In 2006, Amtrak retired the remaining Metroliner trains, leaving Acela Express as the only high-speed train in the United States (Trains, 2006). Amtrak plans to replace the current Acela Express trains with a more advanced version in 2021 (Trejos, 2018).

Eligibility Determination

The railroad district was evaluated for significance under NRHP Criteria A, B, and C, using the guidelines set forth in the National Register Bulletin How to Apply the National Register Criteria for Evaluation. The resource was not evaluated for eligibility under Criterion D.

The B&P Railroad is significant for breaking the monopoly on rail travel between the northeastern states and Washington, D.C. that had been held by the B&O Railroad since 1835. The evaluated district also played an important role in Washington's rapid growth during the late nineteenth century, due to increased rail travel to Washington suburban communities around its commuter rail stations. In addition, the railroad proved its military significance, during the two world wars, as a vital link between the federal capital and the rest of the nation.

The PRR's experimentations with electrification and high-speed service between New York and Washington D.C. were significant as major engineering projects spurring the ongoing development of high-speed rail in the United States. No electrification of a railroad line of this size had been previously attempted in the United States. Therefore, the B&P Railroad, Washington City Branch is eligible under Criterion A.

Although significant individuals have traveled over the B&P Railroad during its lifetime, research does not indicate this resource illustrates their important achievements. Therefore, the B&P Railroad, Washington City Branch is not eligible under Criterion B.

The evaluated B&P Railroad district has been in continuous railroad use since opening in 1872. Despite alterations as railroad technology improved, the segment retains historic elements that have integrity to both its original construction in the nineteenth century and to its modernization in the 1930s. Features from pre-electrification include the circa 1872 alignment of the railroad, the circa 1907 alignment to Union Station, and the circa 1900 Wilson's Station Railroad Tower. Many of the contributing elements remain from the circa 1934 to 1935 modernization and electrification period of the railroad. These features include the Bowie

---

**MARYLAND HISTORICAL TRUST REVIEW**

Eligibility recommended _____    Eligibility not recommended _____

Criteria: ____ A ____ B ____ C ____ D    Considerations: ____ A ____ B ____ C ____ D ____ E ____ F ____ G

MHT Comments:

_____        _____
        **Reviewer, Office of Preservation Services**                                **Date**

_____        _____
        **Reviewer, National Register Program**                                      **Date**

Substation, Landover Substation, signal bridges, and catenary poles. This railroad alignment is distinctive enough to be considered a true representative of railroad engineering. Therefore, the B&P Railroad, Washington City Branch is eligible under Criterion C.

Based on the NRHP criteria, the evaluated segment of the B&P Railroad, Washington City Branch is eligible for listing under Criteria A and C. The period of significance for Criterion A is 1872 (opening of the line) to 1945 (beginning of decline in traffic following World War II). The period of significance for Criterion C is 1872 (original construction) to 1935 (completion of electrification). The 13-mile segment is in good condition and retains sufficient integrity of location, feeling, and association. Upgrades and replacements of elements such as the railroad ties and prisms have taken place continuously since its opening; however, these physical elements are not significant, and they only serve to define the rail corridor. Even the loss of railroad elements, such as stations and junction towers, does not significantly diminish the railroad's integrity of design, materials, and workmanship.

The B&P Railroad, Washington City Branch encompasses 284.44 acres and is confined primarily to the railroad right-of-way between the Prince George's County/Anne Arundel County border and the Prince George's County/Washington, D.C. border. The boundary also includes the parcels containing the Bowie Substation, Bowie Railroad Buildings, Landover Substation, and Wilson's Station Railroad Tower. At Bowie, a small portion of unowned land connecting the railroad right-of-way to the Bowie Railroad Buildings property is included to prevent a discontinuous district.

References

"ACELA High-Speed Rail Network System." n.d. Railway Technology. Accessed October 24, 2018. https://www.railway-technology.com/projects/amtrak/.

Amtrak. 2018. "Washington-Union Station, DC (WAS)." The Great American Stations. http://www.greatamericanstations.com/stations/washington-union-station-dc-was/.

----. "History." Accessed August 29, 2018. https://history.amtrak.com/amtraks-history/historic-timeline.

----. "Northeast Train Routes." Accessed August 29, 2018. http://www.amtrak.com/northeast-train-routes.

Associated Press. "Md. To Add Commuter Train Stops." The Washington Post, October 4, 1987. ProQuest.

Chasteen, Carrie. "Baltimore & Potomac Railroad Survey District." Determination of Eligibility form AA-1097, February 6, 2012, on file at Maryland Historical Trust, Crownsville, MD.

Churella, Albert J. The Pennsylvania Railroad, Volume 1: building an Empire 1846-1917, 2013. Philadelphia: University of Pennsylvania Press. Google Books.

Coverdale and Colpitts. The Pennsylvania Railroad Company: Corporate, Financial and Construction History of Lines Owned, Operated, and Controlled To December 31, 1945 Volume II, 1945. Philadelphia: The Pennsylvania Railroad Company. Hagley Museum. http://digital.hagley.org.

Edwards, Paul G. "Central-Pennsy Merger Approved." The Washington Post, January 16, 1968, A1. ProQuest.

Farnham, Katherine. "Baltimore & Potomac Railroad, Baltimore & Port Deposit Railroad." Determination of Eligibility Form B-

| MARYLAND HISTORICAL TRUST REVIEW | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Eligibility recommended _____ | | | Eligibility not recommended _____ | | | | | |
| Criteria: ___ A ___ B ___ C ___ D | | | Considerations: ___ A ___ B ___ C ___ D ___ E ___ F ___ G | | | | | |
| MHT Comments: | | | | | | | | |
| | | | | | | | | |
| Reviewer, Office of Preservation Services | | | | Date | | | | |
| Reviewer, National Register Program | | | | Date | | | | |

5164, March 16, 2010. On file at Maryland Historical Trust, Crownsville, MD.

Flagg, Louis Francis. "History and Construction of the electrical Substation of the Pennsylvania Railroad at Landover, Maryland." Tau Beta Pi Initiation Thesis, University of Maryland, College Park, 1935. Internet Archive. https://archive.org.

Google. "Maps." Accessed August 29, 2018.

Hankey, John and William Wright. 2018. "A Brief History of Union Station." Washington D.C. Chapter, National Railroad Historical Society. http://www.dcnrhs.org/learn/union-station.

Harwood, Herbert H., Jr. Royal Blue Line: The Classic B&O Train Between Washington and New York, 1995. Baltimore: Johns Hopkins University Press. Google Books.

Hein, Sally Cannon. "Bowie Railroad Buildings." National Register of Historic Places Registration Form 98001261, March 14, 1997, on file at Maryland Historical Trust, Crownsville, MD.

Historic American Buildings Survey/Jack E. Boucher. "Northeast Railroad Corridor, Amtrak route between District of Columbia/Maryland state line & Maryland/Delaware state line, Baltimore, Independent City, Md, 1977." Accessed August 29, 2018. Library of Congress.

Jones, William H. "ConRail Gamble Begins on Thursday." The Washington Post, March 29, 1976, A3. ProQuest.

----. "Full Metroliner Test Due." The Washington Post, November 23, 1969, E1. ProQuest.

Ludwig, Charles Herbert. "History and Methods of Electrification of the Pennsylvania Railroad between Baltimore and Washington, D.C." Tau Beta Pi Initiation Thesis, University of Maryland, College Park, 1935. https://archive.org.

Maryland Transit Administration. "MARC Penn Line Schedule." Accessed August 29, 2018. https://mta.maryland.gov.

"Metroliner's Amazing Career." 2006. Trains Magazine, June 30, 2006. http://trn.trains.com/railroads/2006/06/metroliners-amazing-career.

Museum of the American Railroad. 2016. "Pennsylvania Railroad GG1 #4903." Accessed August 29, 2018. http://www.museumoftheamericanrailroad.org/Collection/CollectionOverview/tabid/62/agentType/View/PropertyID/23/Default.aspx.

NETROnline. "Historic Aerials." Accessed August 29, 2018. https://www.historicaerials.com/.

Norfolk Southern Corporation. 2018. "System Overview." Accessed August 29, 2018. www.nscorp.com/content/nscorp/en/system-overview.html.

"Penn. Road Rushes Electrification." The Washington Post, October 11, 1937, 18. ProQuest.

Phillips, Don. "Railroads Agree on Plan to Split Conrail." The Washington Post, April 9, 1997, C11. ProQuest.

| MARYLAND HISTORICAL TRUST REVIEW | | | | | | |
|---|---|---|---|---|---|---|
| Eligibility recommended _____ | | Eligibility not recommended _____ | | | | |
| Criteria: ___ A ___ B ___ C ___ D | Considerations: ___ A ___ B ___ C ___ D ___ E ___ F ___ G | | | | | |
| MHT Comments: | | | | | | |
| | | | | | | |
| Reviewer, Office of Preservation Services | | | Date | | | |
| Reviewer, National Register Program | | | Date | | | |

---

Reutter, Mark. "The Great (Motive) Power Struggle: The Pennsylvania Railroad v. General Motors, 1935-1949." Railroad History, no. 170 (1994): 15-33. http://www.jstor.org/stable/43523655.

Rowlands, D.W. "How the Baltimore & Potomac Railroad and the Penn Line Shaped the Region's Suburbs." Greater Greater Washington, August 29, 2018. https://ggwash.org/view/68754/how-the-baltimore-potomac-railroad-and-the-penn-line-shaped-the-regions-suburbs.

Samuelson, Robert J. "Intercity Passenger Era Ends for B&O Railroad." The Washington Post, April 27, 1971, C1. ProQuest.

Stover, John F. History of the Baltimore and Ohio Railroad. West Lafayette, Indiana: Purdue University Press, 1995. Google Books.

Trejos, Nancy. 2018. "First Look: Inside Amtrak's New Acela Express Trains." USA Today, August 8, 2018. https://www.usatoday.com/story/travel/2018/08/08/heres-first-look-amtraks-new-acela-express-trains/938417002/.

"Union Station Stock, Issue of Ten Millions by the Consolidated Lines." The Washington Post, August 22, 1902, 2. ProQuest.

Wilson, William Bender. History of the Pennsylvania Railroad Company Volume 1, 1899. Philadelphia: Henry T. Coates & Company. Hathi Trust Digital Library. www.hathitrust.org.

---

**MARYLAND HISTORICAL TRUST REVIEW**

**Eligibility recommended** _____        **Eligibility not recommended** _____

**Criteria:** ___ A ___ B ___ C ___ D    **Considerations:** ___ A ___ B ___ C ___ D ___ E ___ F ___ G

**MHT Comments:**

_____        _____
        **Reviewer, Office of Preservation Services**                **Date**

_____        _____
        **Reviewer, National Register Program**                        **Date**

Baltimore and Potomac (B&P) Railroad, Washington City Branch

**Location:** 13-mile railroad segment from P.G./Anne Arundel County border to border with Washington, D.C.

**City/Town(s):** Bowie, Glenn Dale, Lanham, New Carrollton, Greater Landover, Bladensburg

**MIHP# PG:71A-54**
Prince George's County



Baltimore and Potomac (B&P) Railroad, Washington City Branch

USGS 7.5' Quadrangle(s) - Laurel, Lanham, Washington East

0   1   2 Miles

Scale: 1:24,000

00007709

B&P Railroad, Washington City Branch

13-mile railroad segment from P.G. border with

MIHP# PG:71A-54



Baltimore and Potomac
(B&P) Railroad,
Washington City Branch

00007710

MIHP# PG:71A-54



Baltimore and Potomac
(B&P) Railroad,
Washington City Branch



Baltimore and Potomac (B&P) Railroad, Washington City Branch

Baltimore and Potomac (B&P) Railroad, Washington City Branch

**Location:** 13-mile railroad segment from P.G/Anne Arundel County border to border with Washington, D.C.

**City/Town(s):** Bowie, Glenn Dale, Lanham, New Carrollton, Greater Landover, Bladensburg

**MIHP#: PG:71A-54**
Prince George's County



Catenary system (throughout)

Signals (throughout)*

Signal bridges (throughout)

Parcel Boundaries

Contributing Element ➝

*=Unable to Field Verify

0  1  2 Miles
Scale: 1:12,000

00007713

Baltimore and Potomac (B&P) Railroad, Washington City Branch

**Location:** 13-mile railroad segment from P.G./Anne Arundel County border to border with Washington, D.C.

**City/Town(s):** Bowie, Glenn Dale, Lanham, New Carrollton, Greater Landover, Bladensburg

MIHP#: PG:71A-54
Prince George's County



Bowie Railroad Buildings

Bowie Substation

Parcel Boundaries

Contributing Element →

*=Unable to Field Verify

0    1    2 Miles

Scale: 1:12,000

00007714

Baltimore and Potomac (B&P) Railroad, Washington City Branch

**Location:** 13-mile railroad segment from P.G./Anne Arundel County border to border with Washington, D.C.

**City/Town(s):** Bowie, Glenn Dale, Lanham, New Carrollton, Greater Landover, Bladensburg

**MIHP#: PG:71A-54**
Prince George's County



Parcel Boundaries

Contributing Element

*=Unable to Field Verify

Scale: 1:12,000

00007715

MIHP#: PG:71A-54



Folly Branch culvert*

Contributing Element ──────→

*=Unable to Field Verify

00007716

MIHP#: PG:71A-54



Bald Hill Branch culvert*

Contributing Element ➝

*=Unable to Field Verify

MD iMAP, DoIT

00007717

MIHP#: PG:71A-54



Beaverdam Creek culvert*

Contributing Element ⟶

*=Unable to Field Verify

MD iMAP, DoIT

MIHP#: PG:71A-54



Wilson's Station
Railroad Tower*

Landover Substation

Contributing Element →

*=Unable to Field Verify

00007719



Contributing Element ⟶

*=Unable to Field Verify

PG:71A-54

**Baltimore & Potomac Railroad, Washington City Branch (Pennsylvania Railroad, Baltimore and Potomac Division)**
Bowie, Glenn Dale, Lanham, New Carrollton, Greater Landover, Bladensburg
Prince George's County, Maryland



Historic Image 1: Wilson's Tower Station with Landover Substation in Background, Looking South, 1935. From *History and Construction of the Electrical Substation of the Pennsylvania Railroad at Landover, Maryland* by Louis F. Flagg.



Historic Image 2: Landover Substation, Looking South from Tracks, 1935. From *History and Construction of the Electrical Substation of the Pennsylvania Railroad at Landover, Maryland* by Louis F. Flagg.

1

PG:71A-54

**Baltimore & Potomac Railroad, Washington City Branch (Pennsylvania Railroad, Baltimore and Potomac Division)**
Bowie, Glenn Dale, Lanham, New Carrollton, Greater Landover, Bladensburg
Prince George's County, Maryland



Historic Image 3: Pennsylvania Railroad GG1 "High Speed" Electric Locomotive on Baltimore & Potomac Railroad Near Landover, Maryland, 1935. From *History and Construction of the Electrical Substation of the Pennsylvania Railroad at Landover, Maryland* by Louis F. Flagg.



Historic Image 4: Bowie Interlocking Tower and Station, Looking East, 1977.
Photo by Jack E. Boucher, Historic American Buildings Survey.

2

**PG:71A-54**

**Baltimore & Potomac Railroad, Washington City Branch (Pennsylvania Railroad, Baltimore and Potomac Division)**
Bowie, Glenn Dale, Lanham, New Carrollton, Greater Landover, Bladensburg
Prince George's County, Maryland



Historic Image 5: Pennsylvania Railroad Catenary and Signal Bridge Arrangement, 1935.
From *The History and Methods of Electrification of the Pennsylvania Railroad Between Baltimore and Washington, D.C.* by Charles H. Ludwig

3

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No  PG:71A-54

Name   Baltimore and Potomac Railroad, Washington City Branch (Pennsylvania Railroad, Baltimore and Potomac Division)
**Continuation Sheet**

Number   Photos    Page 1



**Photo 1 of 11:  Catenary poles near Bowie State University Station, looking southeast.**



**Photo 2 of 11:  Railroad track and catenary poles near Bowie State University Station, looking southeast.**

**Maryland Historical Trust**

**Maryland Inventory of
Historic Properties Form**

Inventory No  PG:71A-54

Name   Baltimore and Potomac Railroad, Washington City Branch (Pennsylvania Railroad, Baltimore and Potomac Division)

**Continuation Sheet**

Number   Photos   Page 2



**Photo 3 of 11: Bowie State University Station and Laurel Bowie Road Bridge, looking south.**



**Photo 4 of 11: Bowie State University Station, looking south.**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No  PG:71A-54

Name   Baltimore and Potomac Railroad, Washington City Branch (Pennsylvania Railroad, Baltimore and Potomac Division)
**Continuation Sheet**

Number   Photos   Page 3



**Photo 5 of 11: Bowie State University Station, platform and passenger waiting shelter, looking east.**



**Photo 6 of 11: Bowie Interlocking Tower (Bowie Railroad Museum), looking north.**

**Maryland Historical Trust**

**Maryland Inventory of**
**Historic Properties Form**

Inventory No  PG:71A-54

Name   Baltimore and Potomac Railroad, Washington City Branch (Pennsylvania Railroad, Baltimore and Potomac Division)
**Continuation Sheet**

Number  Photos   Page 4



**Photo 7 of 11: Bowie Freight Station (Bowie Railroad Museum), looking north.**



**Photo 8 of 11: Catenary poles at Bowie Railroad Museum, looking north.**

Name Baltimore and Potomac Railroad, Washington City Branch (Pennsylvania Railroad, Baltimore and Potomac Division)
**Continuation Sheet**

Number <u>Photos</u> Page 5



**Photo 9 of 11: Bowie Substation from end of 11th Street, looking southwest.**



**Photo 10 of 11: Landover Substation from Landover Road, looking southwest.**

Name   Baltimore and Potomac Railroad, Washington City Branch (Pennsylvania Railroad, Baltimore and Potomac Division)
**Continuation Sheet**

Number   <u>Photos</u>   Page 6



**Photo 11 of 11:  Signal bridge north of Bowie Station site, view looking southwest from Bowie Railroad Museum.**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No  PG:71A-54

Name   Baltimore and Potomac Railroad, Washington City Branch (Pennsylvania Railroad, Baltimore and Potomac Division)

**Continuation Sheet**

Number   Photos   Page 7

---

**PHOTO LOG**

**Name of Property:  Baltimore and Potomac Railroad, Washington City Branch (Pennsylvania Railroad, Baltimore and Potomac Division)**
**Name of Photographer:  Dovetail Cultural Resource Group**
**Date of Photograph:  September 6th and 12th 2018**
**Location of Original Digital File:  MD SHPO**

*Photographs inserted on continuation sheets.*

**Photo 1 of 11:**
**Catenary poles near Bowie State University Station, looking southeast.**
**PG;71A-54_2018-09-06_01.tif**

**Photo 2 of 11:**
**Railroad track and catenary poles near Bowie State University Station, looking southeast.**
**PG;71A-54_2018-09-06_02.tif**

**Photo 3 of 11:**
**Bowie State University Station and Laurel Bowie Road Bridge, looking south.**
**PG;71A-54_2018-09-06_03.tif**

**Photo 4 of 11:**
**Bowie State University Station, looking south.**
**PG;71A-54_2018-09-06_04.tif**

**Photo 5 of 11:**
**Bowie State University Station, platform and passenger waiting shelter, looking east.**
**PG;71A-54_2018-09-06_05.tif**

**Photo 6 of 11:**
**Bowie Interlocking Tower (Bowie Railroad Museum) looking north.**
**PG;71A-54_2018-09-12_06.tif**

**Photo 7 of 11:**
**Bowie Freight Station (Bowie Railroad Museum), looking north.**
**PG;71A-54_2018-09-12_07.tif**

**Photo 8 of 11:**
**Catenary Poles at Bowie Railroad Museum, looking north.**
**PG;71A-54_2018-9-12_08.tif**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No  PG:71A-54

Name   Baltimore and Potomac Railroad, Washington City Branch (Pennsylvania Railroad, Baltimore and Potomac Division)
**Continuation Sheet**

Number   Photos   Page 8

---

**Photo 9 of 11:**
**Bowie Substation from end of 11th Street, looking southwest.**
**PG;71A-54_2018-9-12_09.tif**

**Photo 10 of 11:**
**Landover Substation from Landover Road, looking southwest.**
**PG;71A-54_2018-9-12_10.tif**

**Photo 11 of 11:**
**Signal Bridge north of Bowie Station Site, view looking southwest from Bowie Railroad Museum.**
**PG;71A-54_2018-9-12_11.tif**

*Digital image files only, located at the Maryland Historical Trust.*

**None**

# MARYLAND HISTORICAL TRUST
## SHORT FORM FOR INELIGIBLE PROPERTIES

**Property Name:** Best Western Capital Beltway

**Address:** 5910 Princess Garden Parkway

**City:** Lanham          **Zip Code:** 20706          **County:** Prince Georges

**USGS Quadrangle(s):** Lanham

**Tax Map Parcel Number(s):** 0000          **Tax Map Number:** 0044-0B3

**Project:** I-495 & I-270 Managed Lanes Study          **Agency:** MDOT SHA

**Agency Prepared By:** RK&K, LLP

**Preparer's Name:** Jean M. Cascardi, Nicole A. Diehlmann          **Date Prepared:** Jan 7, 2019

---

*Complete if the property is a contributing or non-contributing resource to a NR district/property:*

Name of the District/Property:

Inventory Number:                    Eligible:                    Listed:

---

**Description of Property and Justification:** (Please attach map and photo)

The following evaluation refers to the Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties, Maryland (October 2018).

The Best Western Capital Beltway is a 169-guest room, International Style-influenced highway hotel constructed in 1972. The parcel is bound to the west and south by a thin strip of brush scrub and trees that borders an I-495 onramp. Sharing an asphalt parking lot with landscaped islands with an office building to the southeast, the hotel is roughly at the center of a 4.02-acre, irregularly shaped tax parcel. The entrance from Princess Garden Parkway is marked by one tall hotel sign on the south edge of the driveway and a smaller sign to the north. Northeast of the hotel is pool area surrounded by metal fencing. There is also a one-story pool house clad with vinyl siding and a flat roof with a wood-shingled mansard parapet.

The building is comprised of two offset, six-story hotel room wings and a one-story service section along the northeast side of the high-rise section. Both sections have flat roofs with mechanical equipment. The high-rise section also has a roof access structure, with hotel signage mounted on its northeast elevation.

---

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| | |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services | Date |
| | |
| Reviewer, National Register Program | Date |

NR-ELIGIBILITY REVIEW FORM

Best Western Capital Beltway

The main entrance is at the four-bay southwest façade of the northwest six-story wing. The entrance is sheltered by a two-bay, one-story, synthetic stucco porte-cochère supported by three square posts clad in synthetic stucco. The entry consists of paired sliding glass doors surrounded by multi-light glass panel walls. The four-bay northeast elevation of this wing faces onto the pool and has paired metal and glass doors surrounded by multi-light glass panel walls. The upper floors of all bays of the wing's façade and northeast elevation contain two sets of paired windows separated by brick with metal vents. The bays are divided by plain synthetic stucco pilasters. A synthetic stucco band separates each floor. The wing's northwest elevation is brick with a projecting stair tower. Hotel signage is affixed to the stairwell.

The southeast wing is essentially a mirror image of the northwest wing, offset to the northeast. The wing is two bays longer. Other differences of the southeast wing include two sets of paired doors with square patterns, leading to the hotel's restaurant and lounge, located at the façade. The southeast elevation of this wing is similar to its mirror-image elevation, except it is clad with synthetic stucco, with painted contrasting bands at floor level. What appears to be a central stair tower and elevator shaft projects from the façade, dividing the two wings and covering the southeast wing's two westernmost bays. This tower has hotel signage on top with paired windows on the upper floors of its southeast elevation.

Connected to the northeast elevation of the southeast wing is a one-story synthetic stucco and brick service wing topped by a standing-seam metal screen on its flat roof. Northeast of the wing is a wood fence trash bin enclosure. There are additional secondary entrances and fixed-sash windows throughout the building's first floor.

The Best Western Capital Beltway is an example of a mid-twentieth-century highway hotel found throughout Maryland. It is not associated with events or persons that have made a significant contribution to history and is therefore not eligible for the National Register of Historic Places (NRHP) under Criteria A or B. While the resource retains integrity, it does not represent the work of a master or possess high artistic value and is not eligible for the NRHP under Criterion C. The property was not evaluated under Criterion D as part of this assessment.

The boundary for the property encompasses 4.02 acres and is confined to the current property tax parcel found on Prince George's County Tax Map 0044-00B3 (2018).



00007734

**I-495/I-270 Managed Lanes Study**
**Short Form DOE Photographs**

Best Western Capital Beltway



Southwest façade and southeast elevation



Northeast and northwest elevations

## MARYLAND HISTORICAL TRUST
## SHORT FORM FOR INELIGIBLE PROPERTIES

**Property Name:** Best Western Plus Rockville Hotel & Suites

**Address:** 1251 W. Montgomery Avenue

**City:** Rockville          **Zip Code:** 20850          **County:** Montgomery

**USGS Quadrangle(s):** Rockville

**Tax Map Parcel Number(s):** 000          **Tax Map Number:** GR13

**Project:** I-495/I-270 Managed Lanes Study          **Agency:** MDOT SHA

**Agency Prepared By:** RK&K, LLP

**Preparer's Name:** Jean M. Cascardi, Nicole A. Diehlmann          **Date Prepared:** Jan 7, 2019

**Preparer's Eligibility Recommendation:** Not Recommended

---

*Complete if the property is a contributing or non-contributing resource to a NR district/property:*

Name of the District/Property:

Inventory Number:                    Eligible:                    Listed:

---

**Description of Property and Justification:** (Please attach map and photo)

The following evaluation refers to the Suburbanization Historic Context Addendum (1961–1980), Montgomery and Prince George's Counties, Maryland (October 2018).

The Best Western Plus Rockville Hotel and Suites is a 164-guest room highway hotel constructed in 1970. It appears to have been an International Style-influenced building remodeled with circa 2000s Postmodern ornament. The hotel stands west of I-270 and east of W. Montgomery Avenue on a 7.25-acre parcel. To the south is a wooded area that abuts the I-270 exit ramp, and the property is slightly elevated above its surroundings. An asphalt driveway enters the property from the west and splits with one drive leading to the south of the building and a shared drive to the north. Immediately adjacent to the building to the north and west is an asphalt parking lot. To the south is a parking lot, lawn and an inground swimming pool surrounded by a rubble-stone retaining wall and metal fencing. To the east, a new building is being constructed on this property. Modern hotel signs are located along the exit ramp for I-270 on the northeastern corner of the property and facing W. Montgomery Avenue.

---

| MARYLAND HISTORICAL TRUST REVIEW | |
| --- | --- |
| Eligibility recommended: | Eligibility not recommended: |
| | |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services | Date |
| | |
| Reviewer, National Register Program | Date |

NR-ELIGIBILITY REVIEW FORM

<u>Best Western Plus Rockville Hotel & Suites</u>

The building is comprised of two offset, six-story hotel room wings and a one-story service and meeting room section along the northwest side of the high-rise section. Both sections have flat roofs with mechanical equipment. The high-rise section also has a roof access structure and a shelter containing mechanical equipment.

The southwest six-story wing's southwest elevation is brick with a projecting stair tower, cornice, and synthetic stucco quoins along the end walls. Hotel signage is affixed to the stairwell. Behind the stair tower, a porte-cochère passes through the building, beneath the upper levels of the high-rise. The main entrance, located at the northeast end of the porte-cochère, consists of paired glass sliding doors. The pilotis that support the upper levels have been obscured by synthetic stucco decoration.

The wing's southeast and northwest elevations have eight bays, with bands of tripartite windows; each bay is separated by full-height vertical pilasters and synthetic stucco spandrels between floors. The four west bays are open at the first-floor level to accommodate the porte-cochère and the main entrance, and the southeast elevation is recessed across the remaining bays. The northeast wing is essentially a mirror image of the southwest wing, offset to the northwest. The wing is two bays longer and lacks a porte-cochère. What appears to be a central stair tower and elevator shaft projects from the southeast elevation, dividing the two wings and covering the northeast wing's two westernmost bays.

The one-story service and meeting room wing extends to the northwest of the high-rise, and its southwest façade features a brick-clad exterior wall, synthetic stucco quoins and cornice, and a group of eight square and rectangular windows framed by a cornice and pilasters. Metal framed plate-glass doors flank the set of windows. West of the one-story wing is a service yard with wood fencing and mechanical equipment hidden behind a low brick wall. At its northeast end is a small, one-story brick structure housing mechanical equipment.

The Best Western Plus Rockville Hotel and Suites is an altered example of a mid-twentieth-century highway hotel common throughout Maryland. It is not associated with events or persons that have made a significant contribution to history and is therefore not eligible for the National Register of Historic Places (NRHP) under Criteria A or B. Since its construction, the building has been remodeled so that it currently has circa 2000s Postmodern ornament. It does not represent the work of a master or possess high artistic value and is not eligible for the NRHP under Criterion C. The property was not evaluated under Criterion D as part of this assessment.

The boundary for the property encompasses 7.25 acres and is confined to the current property tax parcel which is found on Montgomery County Tax Map GR13, account number 03406015 (2018).



**I-495/I-270 Managed Lanes Study
Short Form DOE Photographs**

Best Western Plus Rockville Hotel & Suites



Southwest façade and northwest elevation

# MARYLAND HISTORICAL TRUST
## SHORT FORM FOR INELIGIBLE PROPERTIES

**Property Name:** Bethesda Fire Department 26

**Address:** 6700 Democracy Boulevard

**City:** Bethesda          **Zip Code:** 20817          **County:** Montgomery

**USGS Quadrangle(s):** Rockville

**Tax Map Parcel Number(s):** P033          **Tax Map Number:** GP342-0000

**Project:** I-495/I-270 Managed Lanes Study          **Agency:** MDOT SHA

**Agency Prepared By:** RK&K, LLP

**Preparer's Name:** Jean M. Cascardi, Nicole A. Diehlmann          **Date Prepared:** Jan 7, 2019

**Preparer's Eligibility Recommendation:** Not Recommended

---

*Complete if the property is a contributing or non-contributing resource to a NR district/property:*

Name of the District/Property:

Inventory Number:               Eligible:               Listed:

---

**Description of Property and Justification:** (Please attach map and photo)

The following evaluation refers to the Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties, Maryland (October 2018).

Bethesda Fire Department 26 is a one-story, Modernist fire station constructed in 1974 (Fire Master Bethesda Fire Department 26, Personal Communication, 2018) and located on a one-acre parcel. The building is set back from the road with a small lawn that contains ornamental plantings, two flag poles, an electronic sign, and a metal signal control box. The remaining perimeter of the parcel is bounded by mixed hardwood trees with small lawn areas. Two driveways access the property, to the east and west of the building. The property also consists of a cell phone tower, a fuel tank and pump, and a large electrical box. The rear is asphalt and concrete paved.

The T-shaped building has an east–west rectangular office block that faces north towards Democracy Boulevard and a north-south rectangular garage block to the south. The garage block is taller than the office block. For both sections, the exterior walls are clad with brown brick.

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| | |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services | Date |
| | |
| Reviewer, National Register Program | Date |

NR-ELIGIBILITY REVIEW FORM

<u>Bethesda Fire Department 26</u>

The office block faces north to Democracy Boulevard and its primary façade can be divided into three, asymmetric sections. The entrance is located in the central section, which has a full-height concrete panel surround with plate glass windows and a single plate-glass door. The side sections, which are brick, each have three evenly spaced concrete-framed windows. The west end section is wider than the east section, and a concrete sign embedded in the wall at the west end identifies the building as "Fire Station No. 26 Bethesda, MD."

The other elevations of the office block have concrete-framed windows identical to those at the façade, as well as a secondary entrance with a single metal door. There is also a low brick and concrete wall at the west elevation, which appears to lead to the basement level.

The garage block consists of three metal garage doors, sized to accommodate emergency response vehicles, on both the east and west elevations. Both east and west elevations of the garage block have a single metal door. The south elevation of the garage block has two single metal and glass doors. In addition, a small wing, with a single metal door and what appears to be a small garage door, extends from it; the wing's flat-roof is topped by mechanical equipment. The fire station is also sheltered by a flat roof.

Bethesda Fire Department 26 is an example of a mid-twentieth-century community building found throughout Maryland. It is not associated with events or persons that have made a significant contribution to history and is therefore not eligible for the National Register of Historic Places (NRHP) under Criteria A or B. While the resource retains integrity, it does not represent the work of a master or possess high artistic value and is not eligible for the NRHP under Criterion C. The property was not evaluated under Criterion D as part of this assessment.

The boundary for the property encompasses one acre and is confined to the current county tax parcel which is found on Montgomery County Tax Map GP342, Parcel P033 (2018).



00007742

**I-495/I-270 Managed Lanes Study**
**Short Form DOE Photographs**

Bethesda Fire Department Number 26



North façade and east elevation



East and south elevations

**MARYLAND HISTORICAL TRUST**

**DETERMINATION OF ELIGIBILITY FORM**

NR Eligible: Yes ____

No ____

**Property Name:** Bethesda Overlook

**Address:** 5300-5370 Pooks Hill Road

**City:** Bethesda          **Zip Code:** 20814

**USGS Quadrangle(s):** Kensington

**Property Owner:** Newstedt Family Trust

**Tax Map Parcel(s):** 0000

**Project:** I-495 & I-270 Managed Lanes Study

**Agency Prepared By:** Dovetail CRG

**Preparer's Name:** Melissa Butler

**Documentation is presented in:** Project review and compliance files

**Preparer's Eligibility Recommendation:** Not Recommended

**Criteria:** A    B    C    D

**Considerations:** A    B    C    D    E    F    G

**Inventory Number:** M: 35-197

**Historic District:** Yes

**County:** Montgomery

**Tax Account ID:** Multiple

**Tax Map:** HP12

**Agency:** MDOT SHA

**Date Prepared:** Jan 4, 2019

| |
|---|
| *Complete if the property is a contributing or non-contributing resource to a NR district/property:* |
| Name of the District/Property: |
| Inventory Number:          Eligible: No          Listed: No |

Site visit by MHT Staff ____ yes ____ no          Name:          Date:

**Description of Property and Justification:**

Setting:

Bethesda Overlook is a multi-family development located southeast of Interstate 495 (I-495) in Bethesda, Montgomery County. The complex consists of garden apartment buildings constructed between 1957 and 1958. The irregular-shaped, discontinuous complex comprising 5.43 acres is bounded by Promenade Apartments on the northeast, Pooks Hill Court on the

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| Criteria: ___ A ___ B ___ C ___ D | Considerations: ___ A ___ B ___ C ___ D ___ E ___ F ___ G |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services: | Date: |
| | |
| Reviewer, National Register Program: | Date: |

NR-ELIGIBILITY REVIEW FORM

<u>M: 35-197</u>                                     Bethesda Overlook

Page 2

---

east, and Linden Court on the south. Access to the complex is obtained through several street entrances via Pooks Hill Road.

The property's landscape has grassy lawns, mature trees, bushes, and other ornamental foliage in a park-like setting. Built features throughout the complex are connected by poured-concrete sidewalks, and parking lots are adjacent to the condominium buildings. Grassy medians are located in the center of the courtyards on the north side of Pooks Hill Road and serve as a central feature which organizes the flow of traffic in the parking lots in this section. The complex features 14 buildings, paved parking areas, small grass-covered lawns, and concrete sidewalks. Lantern-topped, metal street lamps are present and appear to date to the 1970s, when the complex changed management.

Description:

Bethesda Overlook is a multi-family development constructed between 1957 and 1958 during the Modern Era (1930-1960) and converted to condominium use during the Suburban Diversification Period (1961-1980). The development consists of 14 garden apartment buildings containing 68 units, landscaped common areas, and parking areas (Bethesda Overlook 2015).

The development was initially platted in 1955 (north side of Pooks Hill Road) and 1957 (south side of Pooks Hill Road) (MCP 4933, 4074). The garden apartment buildings are organized in two squares of four buildings on the north side of Pooks Hill Road, and a group of six buildings on the south side of Pooks Hill Road. Buildings are two stories tall and have raised basements where topography allows. Each section is approximately 10 bays wide, with minimal exterior decoration. The buildings rest on a continuous poured-concrete basement foundation, which supports a common-bond, brick structural system. Each building includes multiple-story, two- and three-bedroom units accessed from the ground floor.

The southern buildings, which demonstrate the Colonial Revival style, were the first to be constructed. These buildings contain six apartment units, and two unsheltered entrances on each façade provide shared access to the four central units. Entrances are filled by a single-leaf, multi-light wood door protected by metal and glass storm door, and are accented by two pilasters supporting triangular pediments. Access is provided by a set of brick and concrete stairs with iron railings. Additional entrances at the ends of each building provide access to the larger end units.

North of Pooks Hill Road, buildings hold four apartments, each with individual exterior entrances. Two adjoining entrances are located in the center of the buildings and are sheltered by partially enclosed brick entry porches facing the internal courtyards. Three rectangular cutouts provide light into the entry bays. Like the southern buildings, end-unit apartments are accessed via entrances on the ends of each building. All entrances contain single-leaf, wood doors accessed by a set of poured-concrete stairs. On the units on the north side of Pooks Hill

NR-ELIGIBILITY REVIEW FORM

<u>M: 35-197</u>                                 Bethesda Overlook

Page 3

---

Road, a wood outdoor storage cabinet is located in each entry porch, and each has a matching perforated pattern.

Throughout the complex, windows are typically one-over-one, aluminum units with fixed shutters, or double-hung-sash vinyl units with false muntins.  Each building on the north side of Pooks Hill Road is covered by a low-pitched, asphalt-shingled, gable-on-hipped roof, and by a side-gable roof on the south side of Pooks Hill Road. Two brick chimneys are located on the roof ridge, one at each end of the building on the north side of Pooks Hill Road. Four cupolas adorn the roof ridge on the buildings south of Pooks Hill Road, but their function is not clear. They appear to be covering ventilation flues. Additions are not present on any of the buildings.

A primary entrance sign is located on both sides of Pooks Hill Road; each wood sign reads "Bethesda Overlook" and is supported by square wood posts.

Historic Context:

Bethesda Overlook was originally platted as a division of the Pooks Hill estate in 1955 and 1957 by Concord Realty Co, Inc.  Concord Realty Co, Inc., dissolved in 1955 and continued as a partnership between the Brodie family and the Manchester family, two entities who were involved with the development of the Pooks Hill area. Deed research suggests that Jerome and Myra Brodie retained ownership of the parcel until they conveyed it to Windsor in 1974, and the Brodies are likely responsible for constructing the garden apartments on the site (County Deed Book [MCDB] 1890, 109). It is unclear if the apartments were initially referred to as Bethesda Overlook, as the 1950s plats do not refer to buildings, and no early advertisements could be found that revealed a name for the complex. Rather, it appears that these buildings were one part of a larger Pooks Hill development, which included additional apartment complexes.  In 1974, the apartment complex was converted to condominiums by the Windsor Square Development Corporation, and at that time the name changed to Bethesda Overlook. Condominiums were advertised for sale from $38,600 to $40,000 in 1975 (The Washington Post 1975, E26). The community has remained condominiums since that time.

With its small scale and proximity to recreational and other facilities, Bethesda Overlook did not include any community amenities. Archival research did not reveal any advertising for the community prior to its conversion to condominium use in the 1970s.

Evaluation:

Bethesda Overlook is an example of a garden apartment complex of the Modern Period (1930-1960) and is representative of the type and style of suburban expansion surrounding Washington, D.C., in the decades following World War II. The apartment complex is typical of garden apartment complexes in Maryland and is a basic example of the type commonly built in Montgomery County in the mid-twentieth century. Bethesda Overlook is not an early example,

NR-ELIGIBILITY REVIEW FORM

M: 35-197                                Bethesda Overlook

Page 4

---

and the complex has not been shown to have had a significant influence on subsequent apartment design. Furthermore, the property is not known to be associated with any other events that have made a significant contribution to the broad patterns of history. Therefore, the property is not eligible under National Register of Historic Places Criteria A.

Archival research indicates that the property has no important associations with individuals of local, state, or national significance, and the property is not eligible under Criterion B.

Bethesda Overlook is representative of a common mid-twentieth century building type that remains present throughout the Maryland suburbs. The buildings are not the work of a master architect and exhibit common materials and forms; they demonstrate no distinctive stylistic details. Bethesda Overlook is a common example of a mid-twentieth-century garden apartment complex and does not convey any distinctive characteristics or artistic value. For these reasons, this resource is not eligible under Criterion C. As an architectural resource, the resource was not evaluated under Criterion D.

This property encompasses 5.43 acres and is confined to the current property tax parcels, which is found on Montgomery County Tax Map HP12, Parcel 0000, as shown on Montgomery County plat records 1422 and 1423.

References:

Bethesda Overlook. 2015. "Bethesda Overlook Community Handbook." Accessed November 30, 2018. http://www.bethesdaoverlook.com/comm_handbook.shtml.

Manning, Matt, Danae Peckler, Kerri Barile, Christeen Taniguchi, and Matthew Bray.  RK+K. 2018. Suburbanization Historic Context Addendum I-495/I-270 Managed Lane Study, Montgomery and Prince George's Counties, Maryland, Suburban Diversification Period (1961-1980). Draft. Prepared for the Maryland Department of Transportation State Highway Administration.

Montgomery County Deed Book (MCDB). n.d. Montgomery County Land Records, misc. years. Archives of Maryland Online. Accessed November 6, 2018. http://www.mdlandrec.net/

Montgomery County Plats (MCP). n.d. Montgomery County Land Survey, Subdivision, and Condominium Plats, misc. years. Archives of Maryland Online. Accessed November 8, 2018. http://www.plats.net/.

Location:5300-5370 Pooks Hill Rd
City: Bethesda

**MIHP#: M: 35-197**
Montgomery County



USGS 7.5' Quadrangle - Kensington

0        0.5        1  Miles

Scale: 1:24,000

N

00007748

Location: 5300-5370 Pooks Hill Rd
City: Bethesda

**MIHP#: M: 35-197**
Montgomery County



Parcel Boundaries

0      0.05      0.1
|___|___|___|___|___| Miles

Scale: 1:3,000

N

00007749

**Maryland Historical Trust
Maryland Inventory of
Historic Properties Form**

Inventory No: M: 35-197

Name   Bethesda Overlook
**Continuation Sheet**

Number   Photos   Page 1



Photo 1 of 7: View of Bethesda Overlook entrance from Pooks Hill Road, facing northeast.



Photo 2 of 7: Detail of Bethesda Overlook sign on northeast side of Pooks Hill Road.

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No: M: 35-197

Name   Bethesda Overlook
**Continuation Sheet**

Number   Photos   Page 2



**Photo 3 of 7: Courtyard area and parking lot facing northeast towards 5331 Pooks Hill Road.**



**Photo 4 of 7: Southeast elevation of 5331 Pooks Hill Road.**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No: M: 35-197

Name   Bethesda Overlook
**Continuation Sheet**

Number   <u>Photos</u>   Page 3



**Photo 5 of 7: Northwest elevation of 5327 Pooks Hill Road.**



**Photo 6 of 7:  Detail of primary entry and exterior cabinet at 5321 Pooks Hill Road.**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No: M: 35-197

Name   Bethesda Overlook
**Continuation Sheet**

Number   <u>Photos</u>   Page 4



Photo 7 of 7: 5302 Pooks Hill Road, facing north.


**PHOTO LOG**

**Name of Property: Bethesda Overlook**
**Name of Photographer:  Adriana Moss, Melissa Butler**
**Date of Photographs: 10/03/2018, 11/15/2018**
**Location of Original Digital File:  MD SHPO**

*Photographs inserted on continuation sheets.*

**Photo 1 of 7:**
**View of Bethesda Overlook entrance from Pooks Hill Road, facing northeast.**
**M; 35-197_2018-10-03_01.tif**

**Photo 2 of 7:**
**Detail of Bethesda Overlook sign on northeast side of Pooks Hill Road.**
**M; 35-197_2018-10-03_02.tif**

**Photo 3 of 7:**
**Courtyard area and parking lot facing northeast towards 5331 Pooks Hill Road.**
**M; 35-197 _2018-10-03_03.tif**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No: M: 35-197

Name   Bethesda Overlook
**Continuation Sheet**

Number   <u>Photos</u>   Page 5

---

**Photo 4 of 7:**
**Southeast elevation of 5331 Pooks Hill Road.**
**M; 35-197_2018-10-03_04.tif**

**Photo 5 of 7:**
**Northwest elevation of 5327 Pooks Hill Road.**
**M; 35-197_2018-10-03_05.tif**

**Photo 6 of 7:**
**Detail of primary entry and outdoor wood cabinet at 5321 Pooks Hill Road.**
**M; 35-197_2018-10-03_06.tif**

**Photo 7 of 7:**
**5302 Pooks Hill Road, facing north.**
**M; 35-197_2018-11-15_07.tif**

**MARYLAND HISTORICAL TRUST**
**SHORT FORM FOR INELIGIBLE PROPERTIES**

**Property Name:** Bowlmor Rockville

**Address:** 15720 Shady Grove Road

**City:** Gaithersburg          **Zip Code:** 20877          **County:** Montgomery

**USGS Quadrangle(s):** Rockville

**Tax Map Parcel Number(s):** N543          **Tax Map Number:** FS62

**Project:** I-495 & I-270 Managed Lanes Study          **Agency:** MDOT SHA

**Agency Prepared By:** RK&K, LLP

**Preparer's Name:** Christeen Taniguchi, Jean M. Cascardi          **Date Prepared:** Feb 4, 2019

**Preparer's Eligibility Recommendation:** Not Recommended

---

*Complete if the property is a contributing or non-contributing resource to a NR district/property:*

Name of the District/Property:

Inventory Number:                    Eligible: No                    Listed: No

---

**Description of Property and Justification:** (Please attach map and photo)
The following evaluation refers to the Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties, Maryland (October 2018).

Bowlmor Rockville is a one-story bowling alley constructed in 1972. The 2.92-acre parcel is bounded on all sides by commercial development, except for an industrial park to the west. Lawn and mature trees border the outer edges of the property. It accesses Shady Grove Road via an island-divided asphalt driveway, with the business identified by a street sign supported by two square posts. An asphalt parking lot with landscaped islands surrounds the building to the southeast and southwest. A concrete pedestrian walkway borders the southwest façade and extends to the southeast elevation and part of the northwest elevation. A chain-link fence trash enclosure is located to the northwest of the building.

The building has a rectangular plan and is faced with brick painted gray, dark gray, white, and red; the stone veneer at the base of the façade wraps around to the side elevations. This includes five sets of paired engaged brick posts located along the façade. The flat roof contains mechanical equipment. The main entrance at the façade consists of paired tinted glass sliding doors, flanked on both sides by multi-light tinted glass panel walls.

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| | |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services | Date |
| | |
| Reviewer, National Register Program | Date |

NR-ELIGIBILITY REVIEW FORM

Bowlmor Rockville

An arched portico, with standing seam metal roof, covers the entrance and is supported by four rock-faced rectangular posts. The southeast elevation has one single metal door and one set of paired metal doors; the northeast and northwest elevations are devoid of visible openings. Mounted letters spell out "BOWLMOR LANES" on the southeast corner of the façade and the southwest corner of the southeast elevation, in addition to "BOWL" and "BOWLMOR" painted on the façade.

Bowlmor Rockville is a highly altered example of a mid-twentieth-century bowling alley. It is not associated with events or persons that have made a significant contribution to history and is therefore not eligible for the National Register of Historic Places (NRHP) under Criteria A or B. Since its construction, the building has been remodeled. It does not represent the work of a master or possess high artistic value and is not eligible for the NRHP under Criterion C. The property was not evaluated under Criterion D as part of this assessment.

The boundary for the property encompasses 2.92 acres and is confined to the current county tax parcel which is found on Prince George's County tax Map FS62, Parcel N543 (2019).

NR-ELIGIBILITY REVIEW FORM

Bowlmor Rockville

**Bowlmor Rockville**

Location: 15720 Shady Grove Road
City: Gaithersburg                                                    Montgomery County



USGS 7.5' Quadrangle - Rockville

0        0.5        1 Miles
Scale: 1:24,000

N

Bowlmor Rockville



**Southwest facade.**



**Southeast elevation.**

**MARYLAND HISTORICAL TRUST**

**DETERMINATION OF ELIGIBILITY FORM**

NR Eligible: Yes \_\_\_\_

No \_\_\_\_

**Property Name:** Bradley Manor

**Inventory Number:** M: 35-198

**Address:** South of I-495 and Northeast of Greentree Road

**Historic District:** Yes

**City:** Bethesda

**Zip Code:** 20817

**County:** Montgomery

**USGS Quadrangle(s):** Rockville

**Property Owner:** Multiple

**Tax Account ID:** Multiple

**Tax Map Parcel(s):** Multiple

**Tax Map:** GP42

**Project:** I-495 & I-270 Managed Lanes Study

**Agency:** MDOT SHA

**Agency Prepared By:** Dovetail CRG

**Preparer's Name:** Mical Tawney

**Date Prepared:** Jan 4, 2019

**Documentation is presented in:** Project review and compliance files

**Preparer's Eligibility Recommendation:** Not Recommended

**Criteria:** A   B   C   D

**Considerations:** A   B   C   D   E   F   G

---

*Complete if the property is a contributing or non-contributing resource to a NR district/property:*

Name of the District/Property:

Inventory Number:                    Eligible: No                    Listed: No

---

Site visit by MHT Staff \_\_\_ yes   \_\_\_ no          Name:          Date:

**Description of Property and Justification:**

Setting:

The planned residential development known as Bradley Manor is bound by I-495 to the north, McCrillis Gardens to the south, Greentree Road to the west, and Fernwood Road to the east in Bethesda, Montgomery County. Bradley Manor is composed of 6704 - 6825 Newbold Drive, 9501 - 9509 Newbold Place, 1 - 5 Newbold Court, 6621 - 6737 Michaels Drive, 9300 - 9325 Renshaw Drive and Fernwood Park. The area totals 46.4 acre (5.61 acre of which is dedicated to

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| Criteria: \_\_\_ A \_\_\_ B \_\_\_ C \_\_\_ D | Considerations: \_\_\_ A \_\_\_ B \_\_\_ C \_\_\_ D \_\_\_ E \_\_\_ F \_\_\_ G |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services: | Date: |
| | |
| Reviewer, National Register Program: | Date: |

NR-ELIGIBILITY REVIEW FORM

<u>M: 35-198</u>                                              <u>Bradley Manor</u>

Page 2

---

Fernwood Park) and the 73 individual lots ranging between 0.36 and 0.895 acre. Streets in the development are curvilinear; Newbold Place and Newbold Court are both cul-de-sacs with landscaped circular traffic islands. The lots have a uniform setback and contain single-family dwellings with paved driveways and paved walkways from the main street to the building's façade. Individual lots have grassy lawns with bushes and moderate mature tree coverage. Some rear yards are fenced (picket or split rail). No sidewalks or street lamps are present in the neighborhood. Fernwood Park contains moderate tree coverage, an open field for baseball, soccer, or lacrosse, a playground, and a tennis court. Secondary resources include sheds and swimming pools.

Description:

Bradley Manor contains single-family dwellings constructed between 1963 and 1968. Houses in Bradley Manor are Ranch, Split-Level, or Two-Story Massed forms with Colonial Revival attributes.  The dwelling at 9320 Renshaw Drive is distinct from other houses in the development with its Tudor Revival stylistic details. Attached garages are used throughout the neighborhood (single and double) with double-car garages being used most frequently.

Most houses in Bradley Manor range from one to two-and-a-half stories and are primarily three to five bays wide. A majority are clad in stretcher-bond brick veneer on the primary elevation. Some houses have a mix of brick veneer and vinyl siding. One house has a mix of vinyl siding with stone veneer on the primary elevation (9312 Renshaw Drive). Most rooflines are side or front gabled with asphalt shingles; one example of wooden shingles is present (9320 Renshaw Drive). A few houses feature dormers; 9309 Renshaw Drive features both dormers and a partial width porch which was unique to houses with dormers. A majority of the residences have exterior-end, brick chimneys; some feature brick central chimneys. Colonial Revival-style details range from pedimented and columned entries, use of double-hung sash windows, and attention to symmetrical detailing.

Primary entrances are set in the center of the façade and feature single-leaf wood or vinyl paneled doors with transom lights, half glazed doors, or double-leaf wood or vinyl doors (9312 Renshaw Drive). There is a wide variety of window types in Bradley Manor. Many houses have eight-over-eight or nine-over-nine double-hung sash windows in either wood or vinyl. Several houses also feature bay picture windows close to the front door of the house. The house at 6716 Newbold Drive has diamond-pane Tudor Revival windows. Most houses have fixed shutters. Additions are present in the form of garages.

Fernwood Park is located within Bradley Manor; a sign is located on the north side entrance along Michaels Drive. It reads "Fernwood Park – M-NCPPC Department of Parks, Montgomery County." Situated within the park (towards the southeastern section) are tennis courts, a playground, and a swing-set. The tennis courts are enclosed by a tall metal chain-link fence with

NR-ELIGIBILITY REVIEW FORM

<u>M: 35-198</u>                                    <u>Bradley Manor</u>

Page 3

one entrance. Further northwest from the courts is an open field that serves as a baseball, soccer, and lacrosse field. A metal, chain-link batting cage sits in the field as does a soccer and lacrosse goal.

Historic Context:

Construction for Bradley Manor began in 1963. The property was developed by Gruver and Cooley, a family owned corporation which originally started as Gruver Construction Co. by Benjamin Gruver in 1919. Gruver Construction Co. became Gruver and Cooley Construction in 1946 when Charles Cooley joined forces with Benjamin Gruver's son Dorie Gruver (Willmann 1962a, D1). Gruver and Cooley was an influential development company in the Washington, D.C., metropolitan area and worked on other Maryland neighborhoods such as Walnut Woods and Lux Manor. In a 1962 article, it was estimated that they completed and sold 55 houses a year (Willmann 1962b, D1). The same article notes that Lux Manor and Bradley Manor had some of their more expensive houses (averaging $50,000 each at the time). The houses were designed by Peterson and Worland (Willmann 1962b, D1).

Advertisements for Bradley Manor emphasize Gruver and Cooley's 56 years of experience and attention to quality and detail (The Washington Post 1964a, E13). One such ad mentioned "meticulous individual site-grading" and describes how each lot is "graded to permit every house to be situated above street level without resorting to make-do artificial terracing" and that "each site is individually graded to direct surface water away from every side of the home" (The Washington Post 1965a, E5). Advertisements boasted three models (the New Orleans, the Farmington, and the New Englander), as well as plaster walls, wood frame windows, natural wood cabinets, clear white oak flooring, lifetime asbestos roofs, six panel doors, and concrete drives (The Washington Post 1964b, E2; 1964c E8; 1965b, D5). Houses were listed as split-levels, ramblers, and colonials in advertisements (The Washington Post 1965b, D5). Gruver and Cooley also advertised that they could "custom build a home to your specifications" in any of their neighborhoods (The Evening Star 1967, D6).

No amenities, such as a pool or club house, were listed in any of the advertisements for Bradley Manor, but the community's proximity to the Bethesda Country Club was mentioned in several advertisements (The Washington Post 1965c, F4). The "exceptional access to the new Beltway" was also noted as a benefit to the neighborhood development (The Washington Post 1964c, E8). Fernwood Park, which sits within the neighborhood today, does not appear in the original plats for the development. According to topographic aerial maps, the area of Fernwood Park was undeveloped during the construction of Bradley Manor, but an image of a marked field and tennis courts appear by 1970 strongly indicating that the park was constructed around that time (Nationwide Environmental Title Research, LLC [NETR] 1970).

Evaluation:

NR-ELIGIBILITY REVIEW FORM

M: 35-198                                         Bradley Manor

Page 4

---

Bradley Manor was evaluated in accordance with Maryland's "Suburbanization Historic Context Addendum I-495/I-270 Managed Lane Study, Montgomery and Prince George's Counties, Maryland, Suburban Diversification Period (1961 – 1980)" and National Register of Historic Places Criteria A, B, and C.

Bradley Manor is a typical example of a planned residential development from the early 1960s in suburban Maryland. The development did not introduce design innovations influential to later developments. Furthermore, the property is not known to be associated with any other events that have made a significant contribution to the broad patterns of history. Therefore, the property is not eligible under Criterion A.

The developers Gruver and Cooley worked throughout the Washington, D.C., metropolitan area to develop single-family subdivisions. While they developed several neighborhoods in the area, there was no real significant influence on suburbanization in Maryland. Research has not shown that the property is associated with the lives of other persons significant in the past. Therefore, the property is not eligible under Criterion B.

Bradley Manor is a modest and basic example of a planned residential development, created by a developer with a limited selection of house models. The neighborhood does not demonstrate any of the innovations in residential developments that appeared in the Suburban Diversification Period. Furthermore, the development's Two-Story Massed, Split-Level, and Ranch houses include standard features typical of the period and demonstrate common Colonial-Revival and Tudor Revival stylistic details. The houses are not the work of master architects and feature common materials and forms. Due to the fact that Bradley Manor does not convey any distinctive characteristics or artistic value, the neighborhood is not eligible under Criterion C. The property was not evaluated under Criterion D.

This property encompasses 46.4 acres (including 5.61 acre for Fernwood Park) and is confined to the current property tax parcels, which can be found on Montgomery County Tax Map GP42 and also as seen in Montgomery County plat records 6420 and 6421.

References:

The Evening Star. 1967. Advertisement. January 27, 1967: D6.

Montgomery County Plats (MCP). n.d. Montgomery County Land Survey, Subdivision and Condominium Plats, misc. years. Archives of Maryland Online. Accessed December 14, 2018. http://www.msa.md.gov

Nationwide Environmental Title Research, LLC (NETR). 1970. Historic Aerial Mosaic of Montgomery County, Maryland. Accessed December 17, 2018. https://www.historicaerials.com/viewer.

NR-ELIGIBILITY REVIEW FORM

<u>M: 35-198</u>                                    <u>Bradley Manor</u>

Page 5

---

The Washington Post. 1964c. Advertisement 135. January 11, 1964: E8.

--- 1964b. Advertisement 100. September 5, 1964: E2.

--- 1964a. Advertisement 172. October 3, 1964: E13.

--- 1965a. Advertisement 175. May 8, 1965: E5.

--- 1965c. "Gruver-Cooley Assigns Men to Subdivisions." May 22, 1965: F4.

--- 1965b. Advertisement 121. May 29, 1965: D5.

00007763

Location:South of I-495 and Northeast of Greentree Road
City: Bethesda

**MIHP#: M: 35-198**
Montgomery County



USGS 7.5' Quadrangle - Rockville

Scale: 1:24,000

Location: South of I-495 and Northeast of Greentree Road
City: Bethesda

**MIHP#: M: 35-198**
Montgomery County



Parcel Boundaries

0        0.07        0.15
|Miles
Scale: 1:5,000

N

Bradley Manor (M: 35-198)

**6704 -6825 Newbold Drive, 9501 -9509 Newbold Place, 6621 -6737 Michaels Drive, 9300 –**
**9325 Renshaw Drive and Fernwood Park**
**Bethesda, Montgomery County, Maryland**



1961 plat of block B and part of Blocks C & D, Bradley Manor (Montgomery County Plat [MCP] 6420).

00007766

Bradley Manor (M: 35-198)

6704 -6825 Newbold Drive, 9501 -9509 Newbold Place, 6621 -6737 Michaels Drive, 9300 -
9325 Renshaw Drive and Fernwood Park
Bethesda, Montgomery County, Maryland



1961 plat of block A and part of blocks C & D, Bradley Manor (MCP 6421).

00007767

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No M: 35-198

Name   Bradley Manor
**Continuation Sheet**

Number   Photos   Page 1



**Photo 1 of 11: View of 9309 Renshaw Drive, looking east from Renshaw Drive.**



**Photo 2 of 11:  View of 9304 Renshaw Drive, looking west from Renshaw Drive.**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No M: 35-198

Name   Bradley Manor
**Continuation Sheet**

Number   <u>Photos</u>   Page 2



Photo 3 of 11: View of 9312 Renshaw Drive, looking west.



Photo 4 of 11: View of 9320 Renshaw Drive, looking west.

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No M: 35-198

Name   Bradley Manor
**Continuation Sheet**

Number   Photos   Page 3



**Photo 5 of 11: View of 9501 and 9505 Newbold Place, looking northwest.**



**Photo 6 of 11: View of Streetscape on Newbold Drive, looking east.**

00007770

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No M: 35-198

Name  Bradley Manor
**Continuation Sheet**

Number  <u>Photos</u>  Page 4



Photo 7 of 11: View of 6721 Newbold Drive, looking northeast.



Photo 8 of 11: View of 6716 Newbold Drive, looking southwest.

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No M: 35-198

Name   Bradley Manor
**Continuation Sheet**

Number   Photos   Page 5



Photo 9 of 11: View of entrance to Fernwood Park, looking south.



Photo 10 of 11: View of tennis courts and playground at Fernwood Park, looking southwest.

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No M: 35-198

Name   Bradley Manor
**Continuation Sheet**

Number   Photos   Page 6



**Photo 11 of 11: View of swing-set at Fernwood Park, looking south.**

**Maryland Historical Trust**
**Maryland Inventory**
**of Historic Properties Form**

Inventory No M: 35-198

Name   Bradley Manor
**Continuation Sheet**

Number   <u>Photos</u>   Page 7

---

**PHOTO LOG**

**Name of Property: Bradley Manor (including Fernwood Park)**
**Name of Photographer:  Melissa Butler and Heather Dollins Staton**
**Date of Photographs:  10/2/2018**
**Location of Original Digital File:  MD SHPO**

*Photographs inserted on continuation sheets.*

**Photo 1 of 11:**
**View of 9309 Renshaw Drive, looking east from Renshaw Drive.**
**M; 35-198_2018-10-02_01.tif**

**Photo 2 of 11:**
**View of 9304 Renshaw Drive, looking west from Renshaw Drive.**
**M; 35-198_2018-10-02_02.tif**

**Photo 3 of 11:**
**View of 9312 Renshaw Drive, looking west.**
**M; 35-198_2018-10-02_03.tif**

**Photo 4 of 11:**
**View of 9320 Renshaw Drive, looking west.**
**M; 35-198_2018-10-02_04.tif**

**Photo 5 of 11:**
**View of 9501 and 9505 Newbold Place, looking northwest.**
**M; 35-198_2018-10-02_05.tif**

**Photo 6 of 11:**
**View of Streetscape on Newbold Drive, looking east.**
**M; 35-198_2018-10-02_06.tif**

**Photo 7 of 11:**
**View of 6721 Newbold Drive, looking northeast.**
**M; 35-198_2018-10-02_07.tif**

**Photo 8 of 11:**
**View of 6716 Newbold Drive, looking southwest.**
**M; 35-198_2018-10-02_08.tif**

**Photo 9 of 11:**
**View of entrance to Fernwood Park, looking south.**
**M; 35-198_2018-10-02_09.tif**

**Maryland Historical Trust
Maryland Inventory of
Historic Properties Form**

Inventory No M: 35-198

Name   Bradley Manor
**Continuation Sheet**

Number   <u>Photos</u>   Page 8

---

**Photo 10 of 11:**
**View of tennis courts and playground at Fernwood Park, looking southwest.**
**M; 35-198_2018-10-02_10.tif**

**Photo 11 of 11:**
**View of swing-set at Fernwood Park, looking south.**
**M; 35-198_2018-10-02_11.tif**

**MARYLAND HISTORICAL TRUST**                    NR Eligible: Yes \_\_\_\_
**DETERMINATION OF ELIGIBILITY FORM**                    No \_\_\_\_

**Property Name:** <u>Briarglen</u>                    **Inventory Number:** <u>M: 26-74</u>

**Address:** <u>Welwyn Way & Bentana Way at New Mark Espl.</u>    **Historic District:** <u>Yes</u>

**City:** <u>Rockville</u>          **Zip Code:** <u>20850</u>      **County:** <u>Montgomery</u>

**USGS Quadrangle(s):** <u>Rockville</u>

**Property Owner:** <u>Multiple</u>                    **Tax Account ID:** <u>Multiple</u>

**Tax Map Parcel(s):** <u>Multiple</u>                **Tax Map:** <u>GR21, GR22, GR31</u>

**Project:** <u>I-495 & I-270 Managed Lanes Study</u>      **Agency:** <u>MDOT SHA</u>

**Agency Prepared By:** <u>Dovetail CRG</u>

**Preparer's Name:** <u>Katherine Watts</u>            **Date Prepared:** <u>Jan 4, 2019</u>

**Documentation is presented in:** <u>Project review and compliance files</u>

**Preparer's Eligibility Recommendation:** <u>Not Recommended</u>

**Criteria:**  A    B    C    D

**Considerations:**  A    B    C    D    E    F    G

---

*Complete if the property is a contributing or non-contributing resource to a NR district/property:*

Name of the District/Property:

Inventory Number:                Eligible: <u>No</u>                Listed: <u>No</u>

---

Site visit by MHT Staff \_\_\_ yes   \_\_\_ no           Name:                Date:

---

**Description of Property and Justification:**
Setting:

Briarglen is a planned residential development in Rockville, Montgomery County, bounded on the northwest by Maryland Avenue, on the south by New Mark Esplanade and New Mark Commons (M: 26-40), and on the west by Potomac Valley Road. Briarglen comprises eleven curvilinear cul-de-sacs (Welwyn Way, Stevenage Circle, Bracknell Circle, Letchworth Circle, Cumbernauld Court, Basildon Circle, Harlow Court, Bentana Way, and Bentana Court). Briarglen

| MARYLAND HISTORICAL TRUST REVIEW | | |
|---|---|---|
| Eligibility recommended: | Eligibility not recommended: | |
| Criteria: \_\_\_ A \_\_\_ B \_\_\_ C \_\_\_ D    Considerations: \_\_\_ A \_\_\_ B \_\_\_ C \_\_\_ D \_\_\_ E \_\_\_ F \_\_\_ G | | |
| MHT Comments: | | |
| | | |
| | | |
| Reviewer, Office of Preservation Services:             Date: | | |
| | | |
| Reviewer, National Register Program:               Date: | | |

NR-ELIGIBILITY REVIEW FORM

M: 26-74                                    Briarglen

Page 2

includes 68 single-family dwellings on lots ranging between 0.16 and 0.32 acres. Briarglen encompasses approximately 22 acres. Sidewalks line the main streets of Welwyn Way and Bentana Way. Streetlamps are present throughout Briarglen, although they do not continue down shorter cul-de-sacs like Letchworth Circle. Landscaped circular traffic islands are present in the ends of all cul-de-sacs. Individual lots, some of which are sloped to allow for basement garages, have grassy lawns with bushes and moderate tree coverage. Several rear yards are fenced. Secondary buildings are not present.

Description:

Briarglen contains single-family dwellings constructed between 1970 and 1972. The streets are curvilinear, following the natural terrain. Unlike the Contemporary designs in nearby New Mark Commons (M: 26-40), Briarglen features six Colonial Revival-style models including Split-Foyers, Split-Levels, and Two-Story Massed (with side-gabled, hipped, and side-gambrel roofs). One- and two-car attached garages are common, and some are basement-level garages when topography allows (3 Letchworth Circle).

Dwellings in Briarglen are between five and six bays wide, clad in a stretcher-bond brick veneer on primary elevations with siding on secondary elevations. Rooflines are primarily side gabled, sheathed in asphalt shingles. Exterior-end, brick chimneys are present on most houses. Dormers are only used on side-gambrel roofs (1 Bentana Way and 7 Bentana Court). Colonial Revival-style details range from brick quoins on a hipped-roof, two-story house (2 Letchworth Circle) to a semi-circular entry porch (4 Bracknell Circle).

Primary entrances are usually centered on the façade and comprise single- or double-leaf paneled wood or fiberglass doors. Some doors have decorative or ribbon lights. Metal storm doors are common. On Split-Level houses, the primary entrance is recessed, and both single-leaf doors with sidelights (3 Stevenage Circle) and double-leaf doors are present (9 Welwyn Way). When original windows are still in place, they are six-over-six, double-hung-sash units, but the majority of houses in Briarglen have one-over-one, double-hung-sash vinyl replacement windows. The majority of houses have louvered, fixed shutters. Additions are rare, but when present, they typically are one-story tall and extend from the rear elevation.

Historic Context:

Construction began on Briarglen in 1970. The land was initially platted as part of the adjacent New Mark Commons (M: 26-40) development, but was sold to Louis A. Zuckerman of Metro Investment and Development Company around 1969. Metro Investment and Development Company was started by Zuckerman and Louis G. Meltzer in 1963 (The Washington Post 1964a, A3). They were known as builders of small apartment buildings and single-family neighborhoods in suburban Maryland and Virginia (The Washington Post 1964b, C6). The previously platted 79 lots were reorganized into 68 individual lots (University of Maryland,

NR-ELIGIBILITY REVIEW FORM

<u>M: 26-74</u>                                        <u>Briarglen</u>

Page 3

---

Department of American Studies 2015, 8-4). The Colonial Revival-style homes in Briarglen differed from New Mark Commons, which was composed of townhouses and single-family dwellings styled in what the architects described as "Situated Modernism," but both featured similar "lush foliage," curvilinear sidewalks, and easy access to recreation areas and nearby shopping in Rockville and at Montgomery Mall (The Washington Post 1970, D21). Homeowners in Briarglen were also offered memberships to the year-round recreational club and pool at New Mark Commons (The Evening Star 1970, F-8).

With its proximity to New Mark Commons, Briarglen itself did not include any community amenities. Advertisements for Briarglen marketed its new homes with master bedroom suites and "family room kitchen combinations" in an already established community setting with parks, schools, shopping centers, and recreational facilities (The Washington Post 1970, D21). The location near the "70-S 'space-age corridor' and the Beltway" was also emphasized (The Washington Post 1970, D21). Houses were aimed at the "value minded family" and priced from the mid $40,000s (The Evening Star 1970, F-8; The Washington Post 1970, D21).

Evaluation:

The following evaluation is written in reference to the National Register of Historic Places (NRHP) Criteria A, B, and C and the Suburbanization Historic Context Addendum I-495/I-270 Managed Lane Study, Montgomery and Prince George's Counties, Maryland, Suburban Diversification Period (1961-1980).

When the New Mark Commons (M: 26-40) NRHP nomination was originally written in 2015, the area now known as Briarglen was included within those boundaries and all of the Briarglen houses were listed as non-contributing resources. However; since that nomination, the boundaries for New Mark Commons have been redrawn and reduced and Briarglen is no longer within the NRHP-listed boundary.

Briarglen is a typical planned residential development from the 1970s in suburban Maryland. The development is neither an early example nor the last of its kind, nor did it introduce design innovations influential to later developments. Furthermore, the property is not known to be associated with any other events that have made a significant contribution to the broad patterns of history. Therefore, the property is not significant under Criterion A.

The Briarglen developers from Metro Investment and Development Company worked throughout the Washington DC metro area to develop apartment buildings as well as single-family subdivisions. They had no significant influence on suburbanization in Maryland. Research has not shown that the property is associated with the lives of other persons significant in the past. Therefore, the property is not significant under Criterion B.

NR-ELIGIBILITY REVIEW FORM

<u>M: 26-74</u>                                        <u>Briarglen</u>

Page 4

---

Briarglen is a modest and basic example of a planned residential development, created by a developer with a limited selection of house models. The subdivision is an addition to an existing development and demonstrates none of the innovations in residential developments that appeared in the Suburban Diversification Period. As such, it is not a good example of a planned residential development of the Suburban Diversification Period. Furthermore, the development's Two-Story Massed, Split-Level, and Split-Foyer forms include standard features typical of the period and demonstrate common Colonial-Revival stylistic details. The houses are not the work of master architects and feature common materials and forms. Because Briarglen is not a good example of a planned residential development and does not convey any distinctive characteristics or artistic value, the property is not eligible under Criterion C.

Briarglen was not evaluated for eligibility under Criterion D.

Briarglen encompasses approximately 22 acres and is bounded by Maryland Avenue on the northwest, by New Mark Esplanade and New Mark Commons (M: 26-40) on the south, and on the west by Potomac Valley Road. It includes multiple parcels found on Montgomery County Tax Maps GR21, GR22, and GR31 (2018).

References:

The Evening Star. 1970. "Briarglen." Advertisement. October 4, 1970: F-8.

Manning, Matt, Danae Peckler, Kerri Barile, Christeen Taniguchi, and Matthew Bray. RK+K. 2018. Suburbanization Historic Context Addendum I-495/I-270 Managed Lane Study, Montgomery and Prince George's Counties, Maryland, Suburban Diversification Period (1961-1980). Draft. Prepared for the Maryland Department of Transportation State Highway Administration.

Montgomery County Plat Book (MCPB). n.d. Montgomery County Land Survey, Subdivision, and Condominium Plats, misc. years. Archives of Maryland Online. Accessed November 26, 2018. http://www.msa.md.gov.

University of Maryland, Department of American Studies. 2015. National Register of Historic Places Nomination Form: New Mark Commons (M: 26-40). Copy on file at Maryland Historical Trust, Crownsville, Maryland.

The Washington Post. 1970. "Briarglen." Advertisement. June 6, 1970: D21.

---1964a. "4 Vacationing Area Couples Among Dead in Plane Crash." February 26, 1964: A3.

---1964b. "The State of Real Estate." January 4, 1964: C6.

Location: Welwyn Way & Bentana Way at New Mark Espl.     **MIHP#: M: 26-74**
City: Rockville                                           Montgomery County



USGS 7.5' Quadrangle - Rockville

Scale: 1:24,000

0     0.5     1 Miles

N

Location: Welwyn Way & Bentana Way at New Mark Espl.    **MIHP#: M: 26-74**
City: Rockville                                          Montgomery County



Parcel Boundaries

Scale: 1:3,000

0    0.05    0.1 Miles

N

Briarglen (M: 26-74)

**1-5 Stevenage Cir, 1-5 Bracknell Cir, 1-6 Letchworth Cir, 1-9 Cumbernauld Ct, 1-4 Basildon Cir,**
**5-10 Bentana Ct, 1-7 Harlow Ct, 9-18 & 23-25 Welwyn Way, 1-4 & 11-19 Bentana Way**
Rockville, Montgomery County, Maryland



1966 Plat Two of Subdivision of New Mark Commons (Montgomery County Plat Book [MCPB] 81:8293).

00007782

Briarglen (M: 26-74)
**1-5 Stevenage Cir, 1-5 Bracknell Cir, 1-6 Letchworth Cir, 1-9 Cumbernauld Ct, 1-4 Basildon Cir, 5-10 Bentana Ct, 1-7 Harlow Ct, 9-18 & 23-25 Welwyn Way, 1-4 & 11-19 Bentana Way**
Rockville, Montgomery County, Maryland



1968 Plat Nine of Subdivision of New Mark Commons (MCPB 86:9081).

Briarglen (M: 26-74)
1-5 Stevenage Cir, 1-5 Bracknell Cir, 1-6 Letchworth Cir, 1-9 Cumbernauld Ct, 1-4 Basildon Cir,
5-10 Bentana Ct, 1-7 Harlow Ct, 9-18 & 23-25 Welwyn Way, 1-4 & 11-19 Bentana Way
Rockville, Montgomery County, Maryland



1968 Plat Twelve of Subdivision of New Mark Commons (MCPB 87:9246).

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No  M: 26-74

Name  Briarglen
**Continuation Sheet**

Number  Photos  Page 1



Photo 1 of 6: Street overview of Welwyn Way, looking west.



Photo 2 of 6: End of Wewlyn Way, view of facades of 12 and 11 Welwyn Way.

**Maryland Historical Trust
Maryland Inventory of
Historic Properties Form**

Inventory No  M: 26-74

Name   Briarglen
**Continuation Sheet**

Number   <u>Photos</u>   Page 2



Photo 3 of 6: 8 Cumbernauld Court, west elevation.



Photo 4 of 6: 9 Welwyn Way, southwest oblique.

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No  M: 26-74

Name   Briarglen
**Continuation Sheet**

Number   <u>Photos</u>   Page 3



Photo 5 of 6: 3 Letchworth Circle, south elevation.



Photo 6 of 6: 7 Bentana Court, south elevation.

**Maryland Historical Trust
Maryland Inventory of
Historic Properties Form**

Inventory No M: 26-74

Name   Briarglen
**Continuation Sheet**

Number   Photos___Page 4

---

**PHOTO LOG**

**Name of Property: Briarglen
Name of Photographer:  Heather Staton and Katherine Watts
Date of Photographs:  10/3/2018
Location of Original Digital File:  MD SHPO**

*Photographs inserted on continuation sheets.*

**Photo 1 of 6:
Street overview of Welwyn Way, looking west.
M; 26-74_2018-10-03_01.tif**

**Photo 2 of 6:
End of Welwyn Way, view of facades of 12 and 11 Welwyn Way.
M; 26-74_2018-10-03_02.tif**

**Photo 3 of 6:
8 Cumbernauld Court, west elevation.
M; 26-74_2018-10-03_03.tif**

**Photo 4 of 6:
9 Welwyn Way, southwest oblique.
M; 26-74_2018-10-03_04.tif**

**Photo 5 of 6:
3 Letchworth Circle, south elevation.
M; 26-74_2018-10-03_05.tif**

**Photo 6 of 6:
7 Bentana Court, south elevation.
M; 26-74_2018-10-03_06.tif**

**MARYLAND HISTORICAL TRUST**
**DETERMINATION OF ELIGIBILITY FORM**

NR Eligible:   yes _____
                no _____

Property Name:   Brighton Village East                    Inventory Number:   M: 21-282

Address:   200-228, 240-298,310-528 (evens only) West    Historic district:   yes   X   no
           Deer Park Rd

City:   Gaithersburg          Zip Code:   20877          County:   Montgomery

USGS Quadrangle(s):   Gaithersburg

Property Owner:   Multiple                    Tax Account ID Number:   Multiple

Tax Map Parcel Number(s):   Multiple          Tax Map Number:   FS43

Project:   I-495 & I-270 Managed Lanes Study          Agency:   MDOT SHA

Agency Prepared By:   Dovetail CRG

Preparer's Name:   Adriana Moss                    Date Prepared:   12/2018

Documentation is presented in:   Project review and compliance files

Preparer's Eligibility Recommendation:          Eligibility recommended   X   Eligibility not recommended

Criteria:   A   B   C   D     Considerations:   A   B   C   D   E   F   G

*Complete if the property is a contributing or non-contributing resource to a NR district/property:*

Name of the District/Property:   _____

Inventory Number:   _____    Eligible:   yes          Listed:   yes

Site visit by MHT Staff   yes   X   no   Name:                    Date:

Description of Property and Justification:   *(Please attach map and photo)*

Setting:

The Brighton Village East complex is a multi-family development located 0.39 mile north of the Interstate-270 (I-270) and Interstate-370 (I-370) interchange in Gaithersburg. The complex consists primarily of townhouses constructed between 1969 and 1973 (United States Departments of Agriculture [USDA] 1971, 1973). The 14.43-acre, irregularly shaped, discontiguous complex is bounded by Fireside Condominiums on the southwest, Foxwood subdivision on the northwest, W. Deer Park Road on the northeast and east, and Cedar Village subdivision on the southeast. The city-owned Christman Park, which is separated from the community by metal chain-link fencing, divides the Bright East Condominium complex towards the northern end. Access to the complex is obtained through several street entrances via W. Deer Park Road and Duvall Lane. Wood post fencing lines W. Deer Park Road.

The property's landscape is filled with grassy lawns, scattered mature trees, shrubs, and other ornamental foliage in an urban park-like setting. Buildings and amenities throughout the complex are connected by poured-concrete sidewalks; parking lots are

---

**MARYLAND HISTORICAL TRUST REVIEW**

**Eligibility recommended** _____          **Eligibility not recommended** _____

Criteria:   A   B   C   D     **Considerations:**   A   B   C   D   E   F   G

**MHT Comments:**


_____          _____
   **Reviewer, Office of Preservation Services**              **Date**

_____          _____
   **Reviewer, National Register Program**                 **Date**

adjacent to the condominium buildings and tend to end at a dead-end or cul-de-sac. Grassy medians divide parking areas and direct the flow of traffic in some of these parking lots. The complex comprises 25 condominium buildings as well as street lighting and signage. Lighting consists of lantern-topped, metal street lamps that appear to be original.

Description:

The Brighton Village East complex is a multi-family development constructed between 1969 and 1973 during the Suburban Diversification Period (1961-1980) (Manning et al. 2018). The development consists of 25 buildings of three or more townhouses laid out in three sections (I, II, and III).

The buildings in the complex are typically organized in clusters of three to six, each two stories tall and consisting of three to nine two-bay, Mansard-style townhouses. There are four townhouse configurations: three bedrooms with basement walk-out, three bedrooms with a living/ dining room walkout, four bedrooms with basement walk-out, and four bedrooms with a living/ dining room walkout. Square footage ranges from 1,337.94 to 2,891.52 depending on the unit type; units with lesser square footage appear to be concentrated in the northern section (III) while the largest units are in the central section (II) (Montgomery County Plat [MCP] 90, 158, 242). The townhouses have a linear arrangement with staggered facades. The buildings rest on a basement foundation built into the slightly sloping terrain of the site. The foundation and structural system are clad in stretcher-bond brick with T1-11 siding between slightly recessed first-story and basement-level fenestration in the rear elevations. The units have flat roofs with faux mansards over the second story. The mansards, which feature metal coping and boxed eaves, are mainly sheathed in original wood shake shingles; however, some roofs exhibit replacement asphalt shingles (466 W. Deer Park Road). The mansard functions as a parapet at the façade and side elevations. Metal-clad, interior chimney flues pierce the roof along with various HVAC units.

Primary entrances to each unit, commonly accessed by a poured-concrete stoop, are located on each building's façade. Several units feature a recessed first story creating a brick arcade with arched openings (334 and 336 W. Deer Park Road). Original doors are not common but when present are single-leaf, wood units. Replacement doors are single-leaf, metal units that are paneled and occasionally feature a fan-light or half-glazing. It is not uncommon for an entry to also contain a metal or iron storm door. Primary entrances have either one wide or two narrow, wood-framed sidelights; occasionally these are replaced with vinyl units. Other fenestration includes metal-frame, fixed or sliding windows, at times, set in a tripartite configuration, and double-leaf, sliding, metal- or vinyl-framed, glass doors; replacement vinyl units are not uncommon. Thick wood lintels are set above first story windows and doors in the primary elevation. Shutters flanking first-story windows or double-hung-sash windows are rare (464 W. Deer Park Road). Depending on unit configuration, the rear elevation either features a poured-concrete patio or a wood deck; these are partially or fully enclosed by wood privacy fencing.

Associated with the townhouses are several signs that are posted along W. Deer Park Road. They are flat metal signs supported by squared wood posts, are typically placed at entrances from the road.

Historic Context:

The Brighton Village East property was originally platted as Brighton East Condominium I through III between May 1969 and January 1971 by prominent county developer Milton Polinger and his companies, 70-S Associates and Polinger Company (McAleer 1971, A1, A5; Slusser 1976, B-4). W. Deer Park Road, which borders the complex on the northeast-east, was platted by Polinger, his wife, Helen, and various partners in March 1967 (MCP 8829). Construction of the complex began in 1969 and was completed by 1973 (USDA 1971, 1973). Sales for the property appear to have initially been offered by the building/developer Polinger Company. Cohen, Haft, & Associates designed the townhouses (MCP 91).

**MARYLAND HISTORICAL TRUST REVIEW**

**Eligibility recommended** _____          **Eligibility not recommended** _____

Criteria:      A          B          C          D          Considerations:      A          B          C          D          E          F          G

**MHT Comments:**


_____          _____
    **Reviewer, Office of Preservation Services**                              **Date**


_____          _____
      **Reviewer, National Register Program**                                **Date**

_____

Advertisements for Brighton Village East began in 1970; however, most advertising was for the larger Brighton Village, comprising west and east sections that included more townhouses (Brighton West Townhouses, M: 21-283) and garden apartments on the west side of I-270 as well as this section of condominiums. The advertisements began as a "preview" for a new community "nestled in the charming countryside of Gaithersburg, Md. and in the heart of prosperous Montgomery's R & D areas; yet convenient to major shopping areas, schools and parks" (The Washington Post and Times Herald 1970, D25, 1971, E14). The advertisements noted additional community facilities, including a swimming pool constructed post-1970.

Developer Milton Polinger was a prolific builder and developer in Montgomery County and Washington, D.C. between the 1940s and 1970s (The Washington Post 1976, D6). He was president of multiple development companies including Polinger Company, Majestic Builders Corporation, and Polinger and Zupnik Builders Corporation. Other projects he was involved in during his career within Montgomery County include the Chevy Chase Office Building, Highland House and North Park Apartments (The Washington Post 1976, D6).

Cohen, Haft, & Associates, out of Silver Spring, was a "leading modernist architecture firm distinguished for contemporary designs integrated with natural often rigged settings" (Maryland-National Capital Park and Planning Commission 2017). The firm began in 1953 as a partnership between Leonard A. Haft and Jack Cary Cohen, and by 1972, they had designed over 200,000 residential units (Kelly 2015, 371). Other properties that they designed in Prince George's and Montgomery counties include Springhill Lake Apartments (PG:67-040), The Executive Building College Park (PG:66-074), and Temple Israel Synagogue (Kelly 2015, 371; Prince George's Modern n.d.).

Evaluation:

Brighton Village East is a typical and basic example of a multi-family development constructed during the Suburban Diversification Period (1961-1980) (Manning et al. 2018). The complex was not the first condominium residential development in the area, nor did it shape future multi-family residential design at the local or regional level. Although Milton Polinger worked in the development and construction of many types of housing developments in the county, his efforts have not made lasting or substantial contributions to the history of apartment complex design in Montgomery County or the Washington, D.C. region. Archival research indicates that the property has no important associations with events in local or regional planning history or significant demographic changes, or with individuals of local, state, or national significance. Therefore, the property is not eligible under National Register of Historic Places (NRHP) Criteria A or B.

Although the townhouses retain most of the character-defining features of their property type, the complex is a common example of a ubiquitous property type and is not one of the earliest or last remaining examples. Alterations, such as replacement roof sheathing and fenestration, to the buildings within Brighton Village East have diminished the property's historic integrity of design, materials, workmanship, feeling, and association. Although Cohen, Haft, & Associates were prolific architects in the county, this particular development does not best represent their efforts and contributions to the history of multi-family residential complex design in Montgomery County or the Washington, D.C., region. For these reasons, this resource is not eligible for the NRHP under Criterion C.

As an architectural resource, the resource was not evaluated under NRHP Criterion D. Based on the evaluated Criteria, Brighton Village East is not eligible for listing in the NRHP.

This property encompasses 14.43 acres and is confined to the current discontinuous property tax parcels, which is found on Montgomery County Tax Map FS43, Parcel 0000 and also as seen in Montgomery County plat records 90-95, 158-166, and 242-

+------------------------------------------------------------------------+
| **MARYLAND HISTORICAL TRUST REVIEW**                                   |
|                                                                        |
| **Eligibility recommended** _____      **Eligibility not recommended** _____ |
|                                                                        |
| **Criteria:**   A      B      C      D    **Considerations:**   A    B    C    D    E    F    G |
| **MHT Comments:**                                                      |
|                                                                        |
|                                                                        |
|        **Reviewer, Office of Preservation Services**           **Date** |
|                                                                        |
|                                                                        |
|           **Reviewer, National Register Program**             **Date**  |
+------------------------------------------------------------------------+

249. The current resource boundaries are discontiguous due to the location of Christman Park set between sections I and III of the Brighton Village East complex. Research did not indicate a clear association with the condominium complex and the park. Deeds and plats associated with Christman Park do not provide any clear connection to the Brighton Village East complex and furthermore, the park, measuring approximately 4.3 acres, was conveyed to the City of Gaithersburg two years prior to any plats being submitted for the complex, and the park dedicated to Lt. William J. Christman, III, a Gaithersburg veteran resident who was killed in Vietnam (Gaithersburg 2018). Historic aerials also show that the fishing pond was already in the park prior to being sold to the City; likely constructed from a branch that runs northeast-southwest in the area (Nationwide Environmental Title Research, LLC 1957).

References:

Gaithersburg. 2018. "Christman Park." Parks, Recreation, and Culture, City of Gaithersburg, Maryland. Accessed November 30, 2018. https://www.gaithersburgmd.gov/recreation/parks-fields/christman-park.

Kelly, Clare Lise. 2015. Montgomery Modern: Modern Architecture in Montgomery County, Maryland, 1930-1979. Silver Spring, Maryland: Maryland-National Capitol Park and Planning Commission.

Maryland-National Capital Park and Planning Commission. 2017. Bus Tour 2017 – Cohen, Haft & Associates. Montgomery Modern Tours Accessed November 8, 2018. http://montgomeryplanning.org/planning/historic/montgomery-modern/montgomery-modern-tours/.

Manning, Matt, Danae Peckler, Kerri Barile, Christeen Taniguchi, and Matthew Bray.  RK&K. 2018. Suburbanization Historic Context Addendum I-495/I-270 Managed Lane Study, Montgomery & Prince George's Counties, Maryland, Suburban Diversification Period (1961-1980). Draft. Prepared for the Maryland Department of Transportation State Highway Administration.

McAleer, Charles A. 1971. "Mystery Fire Ruins 21 Houses." The Evening Star. April 20, 1971, A1, A5.

Montgomery County Plats (MCP). N.d. Montgomery County Land Survey, Subdivision, and Condominium Plats, misc. years. Archives of Maryland Online. Accessed November 6, 2018. http://www.msa.md.gov/megafile/msa/stagser/s1500/s1529/html/0000.html.

Nationwide Environmental Title Research, LLC. 1957. Historic Aerial Mosaic of Montgomery County. Accessed November 30, 2018. https://www.historicaerials.com/viewer.

Prince George's Modern. N.d. Cohen, Haft & Associates (1958-c. 1971). Maryland National-Capital Park and Planning Commission. Accessed November 6, 2018. http://www.mncppc.org/DocumentCenter/View/5211/Cohen-Haft-Summary-PDF?bidId=.
Slusser, Richard. 1976. "Polinger Dies; Builder, Racing Panelist." The Washington Star. December 21, 1976, B-4.

United States Department of Agriculture (USDA). 1971. AR1VCRJ00030568, Aerial Photography Single Frames Record Collection. Accessed October 31, 2018. https://earthexplorer.usgs.gov/.
--- 1973. AR6239005200011, Aerial Photography Single Frames Record Collection. Accessed October 31, 2018. https://earthexplorer.usgs.gov/.

The Washington Post. 1976. "Milton Polinger, Building, Is Dead at 62." December 22, 1976, D6.

**MARYLAND HISTORICAL TRUST REVIEW**

Eligibility recommended _____        Eligibility not recommended _____

Criteria:        A        B        C        D        Considerations:        A        B        C        D        E        F        G

MHT Comments:

_____              _____
     **Reviewer, Office of Preservation Services**                          **Date**

_____              _____
     **Reviewer, National Register Program**                               **Date**

The Washington Post and Times Herald. 1970. "Preview Brighton Village East." August 9, 1970, D25.

--- 1971. "Opened Brighton Village." October 30, 1971, E14.

<table>
<tr><td colspan="2"><strong>MARYLAND HISTORICAL TRUST REVIEW</strong></td></tr>
<tr><td>Eligibility recommended _____</td><td>Eligibility not recommended _____</td></tr>
<tr><td>Criteria: ___ A ___ B ___ C ___ D</td><td>Considerations: ___ A ___ B ___ C ___ D ___ E ___ F ___ G</td></tr>
<tr><td colspan="2">MHT Comments:</td></tr>
<tr><td><strong>Reviewer, Office of Preservation Services</strong></td><td><strong>Date</strong></td></tr>
<tr><td><strong>Reviewer, National Register Program</strong></td><td><strong>Date</strong></td></tr>
</table>

**Brighton Village East**

Location: 200-258 West Deer Park Road
City: Gaithersburg

**MIHP#: M: 21-282**
Montgomery County



USGS 7.5' Quadrangle - Gaithersburg

0    0.3    0.6
Miles
Scale: 1:24,000

N

00007794

Brighton Village East

Location: 200-528 West Deer Park Rd
City: Gaithersburg

**MIHP#: M: 21-282**
Montgomery County



Parcel Boundaries

0    0.05    0.1
Miles
Scale: 1:3,400

N

00007795

**Brighton Village East (M: 21-282)**
**200-228 (evens only), 240-298 (evens only, 310-528 (evens only) W. Deer Park Road**
**Gaithersburg, Montgomery County, Maryland**



1969 plat of Brighton Village East Condominium I (MCP 90).

00007796

**Brighton Village East (M: 21-282)**
**200-228 (evens only), 240-298 (evens only, 310-528 (evens only) W. Deer Park Road**
**Gaithersburg, Montgomery County, Maryland**



Representative example of a 1969 plat of Brighton Village East Condominiums I, showing the floor plan (MCP 91).

00007797

**Brighton Village East (M: 21-282)**
**200-228 (evens only), 240-298 (evens only, 310-528 (evens only) W. Deer Park Road**
**Gaithersburg, Montgomery County, Maryland**



Representative example of a 1969 plat of Brighton Village East Condominiums I, showing the elevations (MCP 93).

00007798

**Brighton Village East (M: 21-282)**
**200-228 (evens only), 240-298 (evens only, 310-528 (evens only) W. Deer Park Road**
**Gaithersburg, Montgomery County, Maryland**



1970 plat of Brighton Village East Condominium II (MCP 158).

**Brighton Village East (M: 21-282)**
**200-228 (evens only), 240-298 (evens only, 310-528 (evens only) W. Deer Park Road**
**Gaithersburg, Montgomery County, Maryland**



Representative example of a 1970 plat of Brighton Village East Condominium II, showing the floor plan (MCP 159).

**Brighton Village East (M: 21-282)**
**200-228 (evens only), 240-298 (evens only, 310-528 (evens only) W. Deer Park Road**
**Gaithersburg, Montgomery County, Maryland**



1971 plat of Brighton Village East Condominium III (MCP 242).

00007801

**Brighton Village East (M: 21-282)**
**200-228 (evens only), 240-298 (evens only, 310-528 (evens only) W. Deer Park Road**
**Gaithersburg, Montgomery County, Maryland**



Representative example of a 1971 plat of Brighton Village East Condominium III, showing the floor plan (MCP 243).

00007802

**Maryland Historical Trust
Maryland Inventory of
Historic Properties Form**

Inventory No  M: 21-282

Name   Brighton Village East
**Continuation Sheet**

Number   Photos   Page 1



**Photo 1 of 7: View of parking lot and 356–362 W. Deer Park Road, looking west.**



**Photo 2 of 7: View of 350–354 W. Deer Park Road, looking northwest.**

00007803

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No  M: 21-282

Name  Brighton Village East
**Continuation Sheet**

Number  <u>Photos</u>  Page 2



**Photo 3 of 7: Detail of 334 and 336 W. Deer Park Road, looking northeast.**



**Photo 4 of 7: Overview of parking lot and complex, looking south from 350–354 W. Deer Park Road.**