# Maryland Historical Trust
# Maryland Inventory of
# Historic Properties Form

Inventory No  M: 21-282

Name   Brighton Village East
**Continuation Sheet**

Number   <u>Photos</u>   Page 3



**Photo 5 of 7: Rear (east) elevation of 328–338 W. Deer Park Road, looking north.**



**Photo 6 of 7: Façade (northeast elevation) of 456–472 W. Deer Park Road, looking northwest.**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No  M: 21-282

Name   Brighton Village East
**Continuation Sheet**

Number   <u>Photos</u>   Page 4



**Photo 7 of 7: Sign at vehicular entrance from W. Deer Park Road, looking west.**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No  M: 21-282

Name   Brighton Village East
**Continuation Sheet**

Number   Photos   Page 5

---

**PHOTO LOG**

**Name of Property: Brighton East Condominiums**
**Name of Photographer:  Adriana Moss, Heather Dollins Staton, and Melissa Butler**
**Date of Photographs:  10/1/2018**
**Location of Original Digital File:  MD SHPO**

*Photographs inserted on continuation sheets.*

**Photo 1 of 7:**
**View of parking lot and 356–362 W. Deer Park Road, looking west.**
**M; 21-282_2018-10-01_01.tif**

**Photo 2 of 7:**
**View of 350–354 W. Deer Park Road, looking northwest.**
**M; 21-282_2018-10-01_02.tif**

**Photo 3 of 7:**
**Detail of 334 and 336 W. Deer Park Road, looking northeast.**
**M; 21-282_2018-10-01_03.tif**

**Photo 4 of 7:**
**Overview of parking lot and complex, looking south from 350–354 W. Deer Park Road.**
**M; 21-282_2018-10-01_04.tif**

**Photo 5 of 7:**
**Rear (east) elevation of 328–338 W. Deer Park Road, looking north.**
**M; 21-282 _2018-10-01_05.tif**

**Photo 6 of 7:**
**Façade (northeast elevation) of 456–472 W. Deer Park Road, looking northwest.**
**M; 21-282_2018-10-01_06.tif**

**Photo 7 of 7:**
**Sign at Vehicular entrance from W. Deer Park Road, looking west.**
**M; 21-282_2018-10-01_07.tif**

# MARYLAND HISTORICAL TRUST
## DETERMINATION OF ELIGIBILITY FORM

NR Eligible:   yes
                      no

Property Name:   Brighton West Condominiums                Inventory Number:   M: 21-283

Address:   648-1158 (evens only) West Side Drive           Historic district:   yes   X   no

City:   Gaithersburg          Zip Code:   20877           County:   Montgomery

USGS Quadrangle(s):   Gaithersburg

Property Owner:   Multiple                                 Tax Account ID Number:   Multiple

Tax Map Parcel Number(s):   Multiple          Tax Map Number:   FS43

Project:   I-495 & I-270 Managed Lanes Study          Agency:   MDOT SHA

Agency Prepared By:   Dovetail CRG

Preparer's Name:   Caitlin Sylvester                       Date Prepared:   12/2018

Documentation is presented in:   Project review and compliance files

Preparer's Eligibility Recommendation:          Eligibility recommended          X   Eligibility not recommended

Criteria:   A   B   C   D   Considerations:   A   B   C   D   E   F   G

*Complete if the property is a contributing or non-contributing resource to a NR district/property:*

Name of the District/Property:

Inventory Number:                    Eligible:   yes          Listed:   yes

Site visit by MHT Staff          yes   X   no   Name:                    Date:

Description of Property and Justification:   *(Please attach map and photo)*

Setting:

The Brighton West Condominiums at 648-1159 West Side Drive is a multi-family development located 0.35 miles north of the Interstate-270 (I-270) and Interstate-370 (I-370) interchange in Gaithersburg. The condominium complex consists primarily of townhouses constructed between 1970 and 1971 (Montgomery County Plats [MCP] 135, 274). The complex runs northwest to southeast on a roughly rectangular lot on about 25 acres bounded by I-270 on the northeast, a recreational park to the southeast, and other multi-family apartment and condominium complexes to the southwest, and a shopping center to the northwest. Primary access is obtained from West Side Drive, which borders the complex to the southwest, via Muddy Branch Road. Driveways and parking lots extend northeast from West Side Drive.

The property's landscape consists of grassy lawns, mature trees, shrubs, and other ornamental foliage in a park-like setting. Buildings and amenities throughout the complex are connected by poured-concrete sidewalks as well as unnamed access roads and signage throughout the complex. Parking lots are adjacent to the townhouses. The complex features 33 buildings containing townhouses.

---

**MARYLAND HISTORICAL TRUST REVIEW**

**Eligibility recommended**               **Eligibility not recommended**

**Criteria:**   A   B   C   D   **Considerations:**   A   B   C   D   E   F   G

**MHT Comments:**


**Reviewer, Office of Preservation Services**               **Date**


**Reviewer, National Register Program**               **Date**

M: 21-283                                  Brighton West Condominiums

Page 2

_____

Description:

The buildings that contain the townhouses are organized into linear clusters that contain between four and ten townhouses, each two stories tall and two bays wide, with minimal Colonial Revival-style architectural features. Each townhouse is either a three- or four-bedroom unit ranging from about 1,005 to 1,058 square feet in size (MCP 135, 250, 260, 267, 274). The townhouses rest on a continuous poured-concrete foundation with raised basements built into the slightly sloping terrain of the site. The structural systems of these buildings are clad in brick veneer, vinyl siding, or a combination of the two. Some townhouses with both brick veneer and vinyl siding have detailing that mimics half timbering (1082 and 1084 West Side Drive). The buildings are covered by a moderately pitched, asphalt-shingled, side-gabled roof dotted by metal exhaust vents. Each townhouse features its own entrance filled with a single-leaf door and topped by a decorative jack arch. Most doors have been replaced by paneled fiberglass, some of which are partially glazed. A few of the townhouses feature sidelights or a fan light (1072 West Side Drive). Access to each door is gained by a poured concrete stoop, some of which are reached by two to three steps. A front-gabled porch was observed at 864 West Side Drive. Window units, typically topped by a decorative jack arch, are predominantly singular, but paired units with two-light, vinyl, sliding windows or one-over-one, vinyl-framed, double-hung sashes are also present. Many also feature louvered, vinyl shutters.

An entry sign is located at the main entrance into the complex from West Side Drive and reads "Brighton West Condominiums" and contains directions to addresses as well as the speed limit. It is wooden and supported by square, wood posts. Other signage throughout the complex is also wood and supported by square wood posts. A pebbledash-clad noise wall runs to the east of Brighton West, along I-270.

Historic Context

Brighton West Condominiums was originally platted as Brighton West Condominium I though Brighton West Condominium V between November 24, 1970 and October 25, 1971 by prominent developer Milton Polinger and his wife, Helen, as well as the Seventy-S Associates, a partnership of the Polinger family, on land they purchased from Mid Century Homes, Inc. in 1966 (Montgomery County Deed Book [MCDB] 3139, 359; MCP 135, 274). West Side Drive, which borders the Brighton West Condominiums to the west was platted by the same developer and company in 1969 (MCP 9210). Sales for the property appear to have initially been offered by the builder/developer Polinger Company (The Washington Post 1971, E14). The buildings and complex layout were designed by the architecture firm Cohen, Haft & Associates (MCP 250-280).

Early advertisements of the newly opened "Brighton Village" which included the Brighton West Condominiums as well as the Brighton Village Apartments directly to the west, appeared in the Washington Post in October 1971 (The Washington Post 1971, E14). The Brighton Village was advertised as a "new community … nestled in the charming countryside of Gaithersburg, Md and in the heart of prosperous Montgomery's R & D areas; yet convenient to major shopping areas, schools and parks" (The Washington Post 1971, E14). The townhouse units were noted as containing three or four bedrooms and two-and-a-half-baths, with amenities including washer and dryer, air conditioning, paneled family room, finished recreation room (in basement), and a dishwasher and disposal (The Washington Post 1971, E14). Community amenities included a swimming pool, located in the nearby Brighton Village Apartments.

Developer Milton Polinger was a prolific builder and developer in Montgomery County and Washington, D.C between the 1940s and 1970s (The Washington Post 1976, D6). He was president of multiple development companies including Polinger Company, Majestic Builders Corporation, and Polinger and Zupnik Builders Corporation and was involved in several Montgomery County projects including the Chevy Chase Office Building and North Park Apartments (The Washington Post 1976, D6).

| MARYLAND HISTORICAL TRUST REVIEW | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Eligibility recommended | | | | Eligibility not recommended | | | | | | | |
| Criteria: | A | B | C | D | Considerations: | A | B | C | D | E | F | G |
| MHT Comments: | | | | | | | | | | | |

Reviewer, Office of Preservation Services                        Date

Reviewer, National Register Program                          Date

___

The architect for Brighton West Condominiums was Cohen, Haft & Associates, "a leading modernist architecture firm in the Washington, DC area, distinguished for designs integrated with their natural settings" (Maryland-National Capital Park and Planning Commission 2017). The firm began in 1953 as a partnership between Leonard A. Haft and Jack Cary Cohen, and by 1972, they had designed over 200,000 residential units (Kelly 2015, 371). Other properties they designed in Montgomery and Prince George's counties include Springhill Lake Apartments (PG:67-040), The Executive Building College Park (PG:66-074), and Temple Israel Synagogue, Wheaton House Apartments (M: 31-27) (Kelly 2015, 371; Prince George's Modern n.d.).

Evaluation:

Brighton West Condominiums is a typical and basic example of a planned multi-family development constructed during the Suburban Diversification Period (1961-1980) (Manning et al. 2018). Brighton West Condominiums was not the first condominium or townhouse development in the area, nor did it shape future multi-family residential design at the local or regional level. Although Milton Polinger worked in the development and construction of many types of housing developments in the county, his efforts have not made lasting or substantial contributions to the history of apartment complex design in Montgomery County or the Washington, D.C. region. Archival research indicates that the property has no important associations with events in local or regional planning history or significant demographic changes, or with individuals of local, state, or national significance. Therefore, the property is not eligible under National Register of Historic Places (NRHP) Criteria A or B.

Although the townhouses retain most of the character-defining features of their property type, the complex is a common example of a ubiquitous property type and is not one of the earliest or last remaining examples. Alterations to the buildings, such as replacement siding and fenestration, have diminished the property's historic integrity of design, materials, workmanship, feeling, and association. Better examples of Cohen, Haft & Associates multi-family residential projects exist elsewhere in this region, including the high-rise apartment buildings at Marlborough House (PG:75A-68) in Prince George's County and the garden-style Wheaton House Apartments (M: 31-27) in Montgomery County (Bruder 2013; Creveling and Gournay 2005). For these reasons, this resource is not eligible under Criterion C.

As an architectural resource, the resource was not evaluated under Criterion D. Based on the evaluated Criteria, Brighton West Condominiums is not eligible for listing in the NRHP.

This resource encompasses approximately 25 acres confined to the area designated on Montgomery County Plats 135 and 274, on tax map FS43.

References

Bruder, Anne E. 2015. Maryland Historical Trust, Maryland Inventory of Historic Properties Form: Springhill Lake Apartment Complex (PG:67-40). Form on file at the Maryland Historical Trust, Crownsville, Maryland.

Creveling, Elizabeth A., and Dr. Isabelle Gournay. 2005. Maryland Historical Trust, Maryland Inventory of Historic Properties Form: Wheaton House (M: 31-27). Form on file at the Maryland Historical Trust, Crownsville, Maryland.
Kelly, Clare Lise. 2015. Montgomery Modern: Modern Architecture in Montgomery County, Maryland, 1930-1979. Silver Spring, Maryland: Maryland-National Capitol Park and Planning Commission.

Manning, Matt, Danae Peckler, Kerri Barile, Christeen Taniguchi, and Matthew Bray. RK&K. 2018. Suburbanization Historic Context Addendum I-495/I-270 Managed Lane Study, Montgomery & Prince George's Counties, Maryland, Suburban

**MARYLAND HISTORICAL TRUST REVIEW**

**Eligibility recommended** _____        **Eligibility not recommended** _____

**Criteria:**   A _____   B _____   C _____   D _____   **Considerations:**   A _____   B _____   C _____   D _____   E _____   F _____   G _____

**MHT Comments:**

_____          _____
        **Reviewer, Office of Preservation Services**                                **Date**

_____          _____
        **Reviewer, National Register Program**                                     **Date**

M: 21-283                                    Brighton West Condominiums

Page 4

Diversification Period (1961-1980). Draft. Prepared for the Maryland Department of Transportation State Highway Administration.

Maryland-National Capital Park and Planning Commission. 2017. Bus Tour 2017 – Cohen, Haft & Associates. Montgomery Modern Tours Accessed November 8, 2018. http://montgomeryplanning.org/planning/historic/montgomery-modern/montgomery-modern-tours/

Montgomery County Deed Book (MCDB). Misc. years. Montgomery County Land Records, Archives of Maryland Online. Accessed August 20, 2018. http://www.mdlandrec.net/msa/stagser/s1700/s1741/cfm/index.cfm?CFID=40897808&CFTOKEN=97559441.

Montgomery County Plats (MCP). Misc. years.  Montgomery County Land Survey, Subdivision, and Condominium Plats. Archives of Maryland Online. Accessed September 4, 2018. http://www.msa.md.gov/megafile/msa/stagser/s1500/s1529/html/0000.html.

Prince George's Modern. N.d. Cohen, Harf & Associates (1958-c. 1971). Maryland National-Capital Park and Planning Commission. Accessed November 6, 2018. http://www.mncppc.org/DocumentCenter/View/5211/Cohen-Haft-Summary-PDF?bidId=.

The Washington Post. 1971. "Opened Brighton Village." October 30, 1971, E14.

--- 1976. "Milton Polinger, Building, Is Dead at 62." December 22, 1976, D6.

---

**MARYLAND HISTORICAL TRUST REVIEW**

**Eligibility recommended** _____         **Eligibility not recommended** _____

**Criteria:**     A         B         C         D       **Considerations:**     A         B         C         D         E         F         G

**MHT Comments:**

_____         _____
        **Reviewer, Office of Preservation Services**                          **Date**

_____         _____
        **Reviewer, National Register Program**                               **Date**

**Brighton West Condominiums**

Location: 648 - 1158 (evens only) West Side Drive
City: Gaithersburg

**MIHP#: M: 21-283**
Montgomery County



Brighton West
Condominiums

USGS 7.5' Quadrangle - Gaithersburg

0        0.3        0.6
⌐ ╷ ╷ ╷ ╷ ╷ ╷ ╷ ┐ Miles
Scale: 1:24,000

N

00007812

Location: 648 - 1148 West Side Drive
City: Gaithersburg

**MIHP#: M: 21-283**
Montgomery County



Parcel Boundaries

0        0.04        0.08
|_|_|_|_|_|_|_|_| Miles
Scale: 1:3,000

N

Brighton West Condominiums (M: 21-283)
648-1158 West Side Drive (evens only)
Gaithersburg, Montgomery County, Maryland



1969 Brighton West road plat (MCP 9208).

00007814

Brighton West Condominiums (M: 21-283)
648-1158 West Side Drive (evens only)
Gaithersburg, Montgomery County, Maryland



1970 condominium plat Brighton West Condominium I (MCP 135).

00007815



1971 condominium plat Brighton West Condominium II (MCP 250).

00007816

Brighton West Condominiums (M: 21-283)
648-1158 West Side Drive (evens only)
Gaithersburg, Montgomery County, Maryland



1971 condominium plat Brighton West Condominium III (MCP 260).

00007817

Brighton West Condominiums (M: 21-283)
648-1158 West Side Drive (evens only)
Gaithersburg, Montgomery County, Maryland



1971 condominium plat Brighton West Condominium IV (MCP 267).

00007818

Brighton West Condominiums (M: 21-283)
648-1158 West Side Drive (evens only)
Gaithersburg, Montgomery County, Maryland



1971 condominium plat Brighton West Condominium V (MCP 274).

00007819

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No  M: 21-283

Name   Brighton West Condominiums
**Continuation Sheet**

Number   Photos   Page 1



**Photo 1 of 7: View of 940 Block of West Side Drive, looking northeast.**



**Photo 2 of 7: View of 1082-1088 West Side Drive, northwest elevation.**

**Maryland Historical Trust
Maryland Inventory of
Historic Properties Form**

Inventory No  M: 21-283

Name   Brighton West Condominiums
**Continuation Sheet**

Number   Photos   Page 2



Photo 3 of 7: Example of rear view of typical Brighton West townhouses.



Photo 4 of 7: View of 690 block of West Side Drive, looking northwest.

# Maryland Historical Trust
# Maryland Inventory of
# Historic Properties Form

Inventory No  M: 21-283

Name   Brighton West Condominiums
**Continuation Sheet**

Number   <u>Photos</u>   Page 3



Photo 5 of 7: View of entry sign on West Side Drive, looking east.



Photo 6 of 7: Landscaping seen throughout Brighton West townhouses.

# Maryland Historical Trust
# Maryland Inventory of
# Historic Properties Form

Inventory No  M: 21-283

Name   Brighton West Condominiums
**Continuation Sheet**

Number   <u>Photos</u>   Page 4



**Photo 7 of 7: View of sound wall that borders I-270, looking east.**

00007823

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No  M: 21-283

Name  Brighton West Condominiums
**Continuation Sheet**

Number  Photos   Page 5

---

**PHOTO LOG**

**Name of Property:** Brighton West Condominiums
**Name of Photographer:** Adriana Moss and Heather Dollins Staton
**Date of Photographs:** 10/1/2018
**Location of Original Digital File:** MD SHPO

*Photographs inserted on continuation sheets.*

**Photo 1 of 7:**
**View of 940 block of West Side Drive, looking northeast.**
M; 21-283_2018-10-01_01.tif

**Photo 2 of 7:**
**View of 1082-1088 West Side Drive, northwest elevation.**
M; 21-283_2018-10-01_02.tif

**Photo 3 of 7:**
**Example of rear view of typical Brighton West townhouses.**
M; 21-283_2018-10-01_03.tif

**Photo 4 of 7:**
**View of 690 block of West Side Drive, looking northwest.**
M; 21-283_2018-10-01_04.tif

**Photo 5 of 7:**
**View of entry sign on West Side Drive, looking east.**
M; 21-283_2018-10-01_05.tif

**Photo 6 of 7:**
**Landscaping seen throughout Brighton West townhouses.**
M; 21-283_2018-10-01_06.tif

**Photo 7 of 7:**
**View of sound wall that borders I-270, looking east.**
M; 21-283_2018-10-01_07.tif

# MARYLAND HISTORICAL TRUST
## DETERMINATION OF ELIGIBILITY FORM

NR Eligible: Yes ____

No ____

**Property Name:** Burning Tree Estates

**Address:** South of Bradley Boulevard at I-495

**City:** Bethesda

**Zip Code:** 20817

**USGS Quadrangle(s):** Rockville

**Property Owner:** Multiple

**Tax Map Parcel(s):** Multiple

**Project:** I-495 & I-270 Managed Lanes Study

**Agency Prepared By:** Dovetail CRG

**Preparer's Name:** Melissa Butler

**Documentation is presented in:** Project review and compliance files

**Preparer's Eligibility Recommendation:** Not Recommended

**Criteria:** A    B    C    D

**Considerations:** A    B    C    D    E    F    G

**Inventory Number:** M: 29-72

**Historic District:** Yes

**County:** Montgomery

**Tax Account ID:** Multiple

**Tax Map:** GP21, GP31

**Agency:** MDOT SHA

**Date Prepared:** Jan 4, 2019

---

*Complete if the property is a contributing or non-contributing resource to a NR district/property:*

Name of the District/Property:

Inventory Number:                 Eligible: No                 Listed: No

---

Site visit by MHT Staff ____ yes    ____ no                 Name:                 Date:

---

**Description of Property and Justification:**

Setting:

The planned residential neighborhood known as Burning Tree Estates is located in Bethesda, Montgomery County. Burning Tree Estates is located on the northwest and southeast side of Interstate 495 (I-495). The north section is bounded on the west by Seven Locks Road, on the east by I-495, on the south by Seven Locks Manor, and on the north by Rosehill Estates. The south section is bounded by I-495 on the west, Arrowood on the north, and Burning Tree Club

---

| MARYLAND HISTORICAL TRUST REVIEW |
|---|
| Eligibility recommended:                 Eligibility not recommended: |
| Criteria: ____ A ____ B ____ C ____ D         Considerations: ____ A ____ B ____ C ____ D ____ E ____ F ____ G |
| MHT Comments: |
| |
| |
| Reviewer, Office of Preservation Services:                 Date: |
| |
| Reviewer, National Register Program:                 Date: |

NR-ELIGIBILITY REVIEW FORM

<u>M: 29-72</u>                                        <u>Burning Tree Estates</u>

Page 2

(M: 35-121) to the east and south. It consists of several streets laid in a curvilinear pattern, some of which terminate at a cul-de-sac.  According to state tax data, residential lots contain approximately 0.4-0.6 acre each.  The residential properties are landscaped with small and mature trees, shrubs, and other ornamental foliage and feature paved driveways that extend from public roads to an attached garage or carport at each dwelling. There are no sidewalks in the neighborhood.  Secondary resources include sheds and swimming pools (Google 2018).

Description:

Burning Tree Estates contains single-family dwellings constructed in two phases, from 1952-1953 and 1963-1970 (National Environmental Title Research [NETR] 1957, 1963). Most of the single-family dwellings were constructed in variations of the Colonial Revival style in the Two-Story, Ranch, Split-Level, and Split-Foyer forms, and in variations of the Shed style.

Houses in Burning Tree Estates are between one and two stories tall and three to five bays wide. All have continuous foundations and structural systems predominantly clad in a brick veneer, but some feature small sections of wood, stone, or vinyl siding. Houses demonstrate a variety of roof forms, which are primarily sheathed in asphalt shingles. Many examples feature brick exterior-end (7610 Dwight Drive) or interior chimneys. Dwellings have either attached carports (9120 Quintana Drive) or attached garages (7612 Dwight Drive). Where topography requires, basement-level garages are present. Primary entrances are typically centered on the façade and contain single- or double-leaf wood or metal doors. Windows in Burning Tree Estates vary based on building style, but are predominately single- or double-hung-sash, vinyl windows, including faux muntins (7600 Dwight Drive). However, several houses feature original units, including six-over-six, double-hung-sash wood windows (7615 Arrowood Road). Additional window types, such as picture windows on Ranch houses and casement windows are present (7413 Arrowood Road).  Louvered and paneled shutters are common on Colonial Revival-style dwellings (7600 Dwight Drive). Porches are occasionally present, and may be one or two stories in height (7600 Arrowood Road), and partial or full-width (7522 Arrowood Road). Infill is rare within Burning Tree Estates (7520 Arrowood Road), but additions and other modifications are typical. When additions are present, they typically extend from the side or rear of dwellings and are one or two stories tall.

Historic Context:

Burning Tree Estates was first platted in 1952, and the construction of dwellings began soon after. Advertised in The Washington Post soon after it was platted, lots were sold to homeowners on the condition that individual house plans were developer-approved to ensure "a community of attractive houses" (The Washington Post 1952, R13).  It is clear that no overarching design principle was applied among the dwellings, as styles vary greatly though they generally adhere to conventional forms and common materials.  Burning Tree Estates was

NR-ELIGIBILITY REVIEW FORM

M: 29-72                                    Burning Tree Estates

Page 3

initially developed by Rosehill Estates, Inc, the same developer of the Rosehill Estates subdivision to the immediate north. Shortly after platting, development of the site was taken over by Robinson Real Estate Developers, led by Mel Robinson. Burning Tree Estates was platted and developed in sections; in 1955 a new section opened overlooking Bethesda Country Club, with lots from $3,250 to $3,650 (The Evening Star 1955, 51). By the end of 1955, 60 custom homes were built on-site, and were priced between $27,500-40,000 (The Washington Post 1955, G4).

The eastern section, including Dwight Drive and Arrowood Road east of I-495, was platted by Ed Jacobson Jr., Inc., in 1963 (MCP 7205). Lots were advertised for sale on Arrowood Road in 1966 as "a few half-acre lots left in this exclusive area of $90,000 homes" (The Washington Post 1966, F1). The platting and development of Burning Tree Estates did not include any amenities like community centers or other facilities, as it was located south of Montgomery Country Club (now the Bethesda Country Club) and northwest of Burning Tree Club, and these clubs were a part of the neighborhood's appeal. Newspaper advertisements frequently referenced proximity to the clubs and the exclusivity of the area (The Evening Star 1952, 71).

Evaluation:

The following evaluation is written in reference to Maryland's Suburbanization Historic Context and Suburbanization Historic Context Addendum I-495/I-270 Managed Lanes Study, Montgomery and Prince George's Counties, Maryland, Suburban Diversification Period (1961-1980).

Burning Tree Estates is a planned residential neighborhood and an example of large-lot subdivisions established west of Washington, D.C., during the Modern and Suburban Diversification periods. Burning Tree Estates is not an early or last remaining example, nor did it introduce design innovations influential to later developments. This property demonstrates no significant associations with local or regional residential development and planning or demographic trends; therefore, it is as not eligible under NRHP Criterion A.

The developers of this subdivision worked in both residential and commercial development in the D.C. area, but their projects are not notable, and the professionals involved had no significant influence on suburbanization in Maryland. Therefore, Burning Tree Estates is not eligible under Criterion B.

Burning Tree Estates demonstrates design elements common to planned residential neighborhoods in Maryland and the D.C. suburbs and is a basic example of the type commonly built in Montgomery County during the Modern and Suburban Diversification Periods. The architecture of the neighborhood's single-family dwellings is not rare in Montgomery County, the houses are not the work of master architects, and they exhibit common materials and

NR-ELIGIBILITY REVIEW FORM

M: 29-72                                    Burning Tree Estates

Page 4

---

forms. For these reasons, this resource is not eligible under Criterion C. As an architectural resource, the resource was not evaluated under Criterion D.

The resource encompasses approximately 103.7 acres north of I-495 and 40.4 acres on the south side of I-495, for a total of roughly 144.1 acres. This is confined to Plats 3298, 3564, found on Montgomery County Tax Maps GP21 and GP31.

References:

The Evening Star. 1952. "Lots and Acres for Sale." August 26, 1952.

--- 1952. "Burning Tree Estate." October 22, 1952.

--- 1955. "Montgomery County Lots and Acreage." March 15, 1955.

Google. 2018. "Bethesda, MD." Map. Google Earth (computer program). Accessed August 2018. http://www.google.com/earth/download/ge/agree.html.

KCI Technologies, Inc. (KCI). 1999. Suburbanization Historic Context and Survey Methodology, I-495/I-95 Capital Beltway Corridor Transportation Study, Montgomery and Prince George's Counties, Maryland. KCI Technologies, Inc., Hunt Valley, Maryland. http://www.marylandroads.com/Index.aspx?PageId=214.

Manning, Matt, Danae Peckler, Kerri Barile, Christeen Taniguchi, and Matthew Bray.  RK+K. 2018. Suburbanization Historic Context Addendum I-495/I-270 Managed Lanes Study, Montgomery and Prince George's Counties, Maryland, Suburban Diversification Period (1961-1980). Draft. Prepared for the Maryland Department of Transportation State Highway Administration.

Montgomery County Plats (MCP). n.d. Montgomery County Land Survey, Subdivision, and Condominium Plats, misc. years. Archives of Maryland Online. Accessed November 20, 2018. http://www.msa.md.gov/megafile/msa/stagser/s1500/s1529/html/0000.html.

National Environmental Title Research (NETR). Misc. years. Historic Aerial Mosaic, Montgomery County, Maryland. https://www.historicaerials.com/viewer.

The Washington Post. 1952. "Burning Tree Estates." September 28, 1952.
--- 1955. "Burning Tree Estates Ready for Choppers." December 4, 1955. G4.
---1966. "Lots, Acreage for Sale." January 27, 1966.

Location: South of Bradley Boulevard at I-495
City: Bethesda

**MIHP#: M: 29-72**
Montgomery County



USGS 7.5' Quadrangle - Rockville

0          0.5          1 Miles

Scale: 1:24,000

N

00007829

Location: South of Bradley Boulevard at I-495
City: Bethesda

**MIHP#: M: 29-72**
Montgomery County



Parcel Boundaries

0    0.15    0.3 Miles
Scale: 1:8,000

N

**Burning Tree Estates (M: 29-72)**

**7701-7735 Arrowood Court (odds), 7400 Arrowood Road, 7405-7413 Arrowood Road (odds), 7414 Arrowood Road, 7417-7418 Arrowood Road, 7421-7422, 7425-7426, 7429-7431, 7434-7436, 7440, 7500, 7504-7505, 7508-7509, 7513, 7514-7522 (evens), 7600-7601, 7604-7605, 7608-7609, 7612, 7615-7616 Arrowood Road, 1-7 Arrowood Terrace, 7600-7601, 7604-7605, 7609-7610, 7613-7614, 7616-7618, 7620-7622, 7625, 7627, 7705-7706, 7709 Carteret Road, 7600-7601, 7604-7605, 7608-7609, 7612-7613, 7616-7617, 7621, 7625, 7704, 7711 Dwight Drive, 7500-7502, 7504-7506, 7508-7509, 7513-7514, 7517-7516, 7522-7523, 7526-7527, 7531, 7600-7601, 7604-7605, 7608-7609, 7700-7701, 7704, 7708-7709, 7712-7713 Glennon Drive, 7700-7701, 7704, 7707-7708, 7712, 7715-7716, 7720, 7723-7724, 7727-7729, 7731 Groton Road, 7600-7601, 7604-7605, 7608-7609, 7613 Quintana Court, 9000-9001, 9004-9005, 9008-9009, 9100-9101, 9104-9105, 9108, 9112, 9115-9116, 9120, 9200-9201, 9205, 9209, 9212, 9215-9216, 9219-9220, 9223-9224 Quintana Drive, 9200-9201, 9204-9205, 9208, 9401, 9404, 9407-9408, 9411-9412 Rosehill Drive, 9401, 9404 Seddon Road, 8905, 8917, 8921, 9001, 9005, 9011, 9013, 9105, 9109, 9113, 9117, 9121, 9125, 9205, 9209, 9213, 9401, 9405, 9409, 9413 Seven Locks Road, 7500-7507, 7509-7511, 7513, 7600-7608 Shadywood Road**

**Bethesda, Montgomery County, Maryland**



1952 plat of Burning Tree Estates (Montgomery County Plat [MCP] 3298).

00007831

Burning Tree Estates (M: 29-72)

7701-7735 Arrowood Court (odds), 7400 Arrowood Road, 7405-7413 Arrowood Road (odds), 7414 Arrowood Road, 7417-7418 Arrowood Road, 7421-7422, 7425-7426, 7429-7431, 7434-7436, 7440, 7500, 7504-7505, 7508-7509, 7513, 7514-7522 (evens), 7600-7601, 7604-7605, 7608-7609, 7612, 7615-7616 Arrowood Road, 1-7 Arrowood Terrace, 7600-7601, 7604-7605, 7609-7610, 7613-7614, 7616-7618, 7620-7622, 7625, 7627, 7705-7706, 7709 Carteret Road, 7600-7601, 7604-7605, 7608-7609, 7612-7613, 7616-7617, 7621, 7625, 7704, 7711 Dwight Drive, 7500-7502, 7504-7506, 7508-7509, 7513-7514, 7517-7516, 7522-7523, 7526-7527, 7531, 7600-7601, 7604-7605, 7608-7609, 7700-7701, 7704, 7708-7709, 7712-7713 Glennon Drive, 7700-7701, 7704, 7707-7708, 7712, 7715-7716, 7720, 7723-7724, 7727-7729, 7731 Groton Road, 7600-7601, 7604-7605, 7608-7609, 7613 Quintana Court, 9000-9001, 9004-9005, 9008-9009, 9100-9101, 9104-9105, 9108, 9112, 9115-9116, 9120, 9200-9201, 9205, 9209, 9212, 9215-9216, 9219-9220, 9223-9224 Quintana Drive, 9200-9201, 9204-9205, 9208, 9401, 9404, 9407-9408, 9411-9412 Rosehill Drive, 9401, 9404 Seddon Road, 8905, 8917, 8921, 9001, 9005, 9011, 9013, 9105, 9109, 9113, 9117, 9121, 9125, 9205, 9209, 9213, 9401, 9405, 9409, 9413 Seven Locks Road, 7500-7507, 7509-7511, 7513, 7600-7608 Shadywood Road

Bethesda, Montgomery County, Maryland



1953 correction plat of Burning Tree Estates, blocks 6-9 (MCP 3564).

00007832

Burning Tree Estates (M: 29-72)

7701-7735 Arrowood Court (odds), 7400 Arrowood Road, 7405-7413 Arrowood Road (odds), 7414 Arrowood Road, 7417-7418 Arrowood Road, 7421-7422, 7425-7426, 7429-7431, 7434-7436, 7440, 7500, 7504-7505, 7508-7509, 7513, 7514-7522 (evens), 7600-7601, 7604-7605, 7608-7609, 7612, 7615-7616 Arrowood Road, 1-7 Arrowood Terrace, 7600-7601, 7604-7605, 7609-7610, 7613-7614, 7616-7618, 7620-7622, 7625, 7627, 7705-7706, 7709 Carteret Road, 7600-7601, 7604-7605, 7608-7609, 7612-7613, 7616-7617, 7621, 7625, 7704, 7711 Dwight Drive, 7500-7502, 7504-7506, 7508-7509, 7513-7514, 7517-7516, 7522-7523, 7526-7527, 7531, 7600-7601, 7604-7605, 7608-7609, 7700-7701, 7704, 7708-7709, 7712-7713 Glennon Drive, 7700-7701, 7704, 7707-7708, 7712, 7715-7716, 7720, 7723-7724, 7727-7729, 7731 Groton Road, 7600-7601, 7604-7605, 7608-7609, 7613 Quintana Court, 9000-9001, 9004-9005, 9008-9009, 9100-9101, 9104-9105, 9108, 9112, 9115-9116, 9120, 9200-9201, 9205, 9209, 9212, 9215-9216, 9219-9220, 9223-9224 Quintana Drive, 9200-9201, 9204-9205, 9208, 9401, 9404, 9407-9408, 9411-9412 Rosehill Drive, 9401, 9404 Seddon Road, 8905, 8917, 8921, 9001, 9005, 9011, 9013, 9105, 9109, 9113, 9117, 9121, 9125, 9205, 9209, 9213, 9401, 9405, 9409, 9413 Seven Locks Road, 7500-7507, 7509-7511, 7513, 7600-7608 Shadywood Road

Bethesda, Montgomery County, Maryland



1963 plat of Burning Tree Estates, lots 14-16 block 9, lots 24-31 block 10 (MCP 7205).

Burning Tree Estates (M: 29-72)

7701-7735 Arrowood Court (odds), 7400 Arrowood Road, 7405-7413 Arrowood Road (odds), 7414 Arrowood Road, 7417-7418 Arrowood Road, 7421-7422, 7425-7426, 7429-7431, 7434-7436, 7440, 7500, 7504-7505, 7508-7509, 7513, 7514-7522 (evens), 7600-7601, 7604-7605, 7608-7609, 7612, 7615-7616 Arrowood Road, 1-7 Arrowood Terrace, 7600-7601, 7604-7605, 7609-7610, 7613-7614, 7616-7618, 7620-7622, 7625, 7627, 7705-7706, 7709 Carteret Road, 7600-7601, 7604-7605, 7608-7609, 7612-7613, 7616-7617, 7621, 7625, 7704, 7711 Dwight Drive, 7500-7502, 7504-7506, 7508-7509, 7513-7514, 7517-7516, 7522-7523, 7526-7527, 7531, 7600-7601, 7604-7605, 7608-7609, 7700-7701, 7704, 7708-7709, 7712-7713 Glennon Drive, 7700-7701, 7704, 7707-7708, 7712, 7715-7716, 7720, 7723-7724, 7727-7729, 7731 Groton Road, 7600-7601, 7604-7605, 7608-7609, 7613 Quintana Court, 9000-9001, 9004-9005, 9008-9009, 9100-9101, 9104-9105, 9108, 9112, 9115-9116, 9120, 9200-9201, 9205, 9209, 9212, 9215-9216, 9219-9220, 9223-9224 Quintana Drive, 9200-9201, 9204-9205, 9208, 9401, 9404, 9407-9408, 9411-9412 Rosehill Drive, 9401, 9404 Seddon Road, 8905, 8917, 8921, 9001, 9005, 9011, 9013, 9105, 9109, 9113, 9117, 9121, 9125, 9205, 9209, 9213, 9401, 9405, 9409, 9413 Seven Locks Road, 7500-7507, 7509-7511, 7513, 7600-7608 Shadywood Road

Bethesda, Montgomery County, Maryland



1962 plat of Burning Tree Estates, Parts of Block 12 and 13 (MCP 7043).

**Burning Tree Estates (M: 29-72)**

7701-7735 Arrowood Court (odds), 7400 Arrowood Road, 7405-7413 Arrowood Road (odds), 7414 Arrowood Road, 7417-7418 Arrowood Road, 7421-7422, 7425-7426, 7429-7431, 7434-7436, 7440, 7500, 7504-7505, 7508-7509, 7513, 7514-7522 (evens), 7600-7601, 7604-7605, 7608-7609, 7612, 7615-7616 Arrowood Road, 1-7 Arrowood Terrace, 7600-7601, 7604-7605, 7609-7610, 7613-7614, 7616-7618, 7620-7622, 7625, 7627, 7705-7706, 7709 Carteret Road, 7600-7601, 7604-7605, 7608-7609, 7612-7613, 7616-7617, 7621, 7625, 7704, 7711 Dwight Drive, 7500-7502, 7504-7506, 7508-7509, 7513-7514, 7517-7516, 7522-7523, 7526-7527, 7531, 7600-7601, 7604-7605, 7608-7609, 7700-7701, 7704, 7708-7709, 7712-7713 Glennon Drive, 7700-7701, 7704, 7707-7708, 7712, 7715-7716, 7720, 7723-7724, 7727-7729, 7731 Groton Road, 7600-7601, 7604-7605, 7608-7609, 7613 Quintana Court, 9000-9001, 9004-9005, 9008-9009, 9100-9101, 9104-9105, 9108, 9112, 9115-9116, 9120, 9200-9201, 9205, 9209, 9212, 9215-9216, 9219-9220, 9223-9224 Quintana Drive, 9200-9201, 9204-9205, 9208, 9401, 9404, 9407-9408, 9411-9412 Rosehill Drive, 9401, 9404 Seddon Road, 8905, 8917, 8921, 9001, 9005, 9011, 9013, 9105, 9109, 9113, 9117, 9121, 9125, 9205, 9209, 9213, 9401, 9405, 9409, 9413 Seven Locks Road, 7500-7507, 7509-7511, 7513, 7600-7608 Shadywood Road

Bethesda, Montgomery County, Maryland



1960 plat of Burning Tree Estates, part of Blocks 12 and 13 (MCP 5833).

00007835

# Maryland Historical Trust
# Maryland Inventory of
# Historic Properties Form

Inventory No: M: 29-72

Name   Burning Tree Estates
**Continuation Sheet**

Number   Photos   Page 1



**Photo 1 of 11: Southwest elevation of 9201 Quintana Drive.**



**Photo 2 of 11: Northeast elevation of 7609 Dwight Drive.**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No: M: 29-72

Name   Burning Tree Estates
**Continuation Sheet**

Number   Photos   Page 2



**Photo 3 of 11: Northwest elevation of 7600 Dwight Drive.**



**Photo 4 of 11: Groton Road facing northeast.**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No: M: 29-72

Name   Burning Tree Estates
**Continuation Sheet**

Number   <u>Photos</u>   Page 3



**Photo 5 of 11: Northeast elevation of 7715 Arrowood Court.**



**Photo 6 of 11:  Southwest oblique of 7600 Arrowood Road.**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No: M: 29-72

Name   Burning Tree Estates
**Continuation Sheet**

Number   Photos   Page 4



Photo 7 of 11: Arrowood Road and court facing northeast.



Photo 8 of 11: Northwest elevation of 7418 Arrowood Road.

# Maryland Historical Trust
# Maryland Inventory of
# Historic Properties Form

Inventory No: M: 29-72

Name   Burning Tree Estates
**Continuation Sheet**

Number   Photos   Page 5



**Photo 9 of 11: Northwest elevation of 7609 Dwight Drive.**



**Photo 10 of 11: Carteret Road facing west at 7617 Carteret Road.**

# Maryland Historical Trust
# Maryland Inventory of
# Historic Properties Form

Inventory No: M: 29-72

Name   Burning Tree Estates
**Continuation Sheet**

Number   <u>Photos</u>   Page 6



**Photo 11of 11: South elevation of 7709 Arrowood Court.**

**PHOTO LOG**

**Name of Property: Burning Tree Estates**
**Name of Photographer:  Adriana Moss, Melissa Butler**
**Date of Photographs:  10/01/2018**
**Location of Original Digital File:  MD SHPO**

*Photographs inserted on continuation sheets.*

**Photo 1 of 11:**
**Southwest elevation of 9201 Quintana Drive.**
**M; 29-72_2018-10-01_01.tif**

**Photo 2 of 11:**
**Northeast elevation of 7609 Dwight Drive.**
**M; 29-72_2018-10-01_02.tif**

**Photo 3 of 11:**
**Northwest elevation of 7600 Dwight Drive.**
**M; 29-72_2018-10-01_03.tif**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No: M: 29-72

Name   Burning Tree Estates
**Continuation Sheet**

Number   <u>Photos</u>   Page 7

---

**Photo 4 of 11:**
**Groton Road facing northeast.**
**M; 29-72_2018-10-01_04.tif**

**Photo 5 of 11:**
**Northeast elevation of 7715 Arrowood Court.**
**M; 29-72_2018-10-01_05.tif**

**Photo 6 of 11:**
**Southwest oblique of 7600 Arrowood Road.**
**M; 29-72_2018-10-01_06.tif**

**Photo 7 of 11:**
**Arrowood Road and court facing northeast.**
**M; 29-72_2018-10-01_07.tif**

**Photo 8 of 11:**
**Northwest elevation of 7418 Arrowood Road.**
**M; 29-72_2018-10-01_08.tif**

**Photo 9 of 11:**
**Northwest elevation of 7609 Dwight Drive.**
**M; 29-72_2018-10-01_09.tif**

**Photo 10 of 11:**
**Carteret Road facing west at 7617 Carteret Road.**
**M; 29-72_2018-10-01_10.tif**

**Photo 11 of 11:**
**South elevation of 7709 Arrowood Court.**
**M; 29-72_2018-10-01_11.tif**

## MARYLAND HISTORICAL TRUST
## DETERMINATION OF ELIGIBILITY FORM

NR Eligible: Yes ___

No ___

Property Name: **Cabin John Regional Park**                    Inventory Number: <u>**M: 29-78**</u>

Address: <u>7400 Tuckerman Lane</u>                    Historic District: <u>Yes</u>

City: <u>Bethesda</u>          Zip Code: <u>20817</u>          County: <u>Montgomery</u>

USGS Quadrangle(s): <u>Rockville</u>

Property Owner: <u>Maryland-National Capital Park and Planning Commission</u>    Tax Account ID: <u>Multiple</u>

Tax Map Parcel(s): <u>Multiple</u>                    Tax Map: <u>Multiple</u>

Project: <u>I-495 & I-270 Managed Lanes Study</u>                    Agency: <u>MDOT SHA</u>

Agency Prepared By: <u>RK&K</u>

Preparer's Name: <u>Nicole A. Diehlmann</u>                    Date Prepared: <u>May 7, 2019</u>

Documentation is presented in: <u>Project review and compliance files</u>

---

Preparer's Eligibility Recommendation: <u>Not Recommended</u>

Criteria:    A    B    C    D

Considerations:    A    B    C    D    E    F    G

| *Complete if the property is a contributing or non-contributing resource to a NR district/property:* | | |
|---|---|---|
| Name of the District/Property: | | |
| Inventory Number: | Eligible: | Listed: |

Site visit by MHT Staff ___ yes    ___ no          Name:          Date:

---

Description of Property and Justification:

The following evaluation refers to the Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties, Maryland (October 2018).

LOCATION/SETTING

Cabin John Regional Park is an approximately 513.85-acre public park at 7400 Tuckerman Lane in Bethesda, Montgomery County, that was established circa 1966. It is west of Dwight D. Eisenhower Memorial Highway/Washington National Pike (I-270). The park is roughly bordered by the I-270/Montrose Road interchange to the north, multiple residential subdivisions to the west, Cabin John Stream Valley Park Unit 5 to the southwest, residential and commercial developments to the southeast, and I-270 to the east. The surrounding area is densely developed with single-family residential subdivisions, apartment

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| Criteria: ___ A    ___ B    ___ C    ___ D | Considerations: ___ A    ___ B    ___ C    ___ D    ___ E    ___ F    ___ G |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services: | Date: |
| | |
| Reviewer, National Register Program: | Date: |

*Special DOE form produced for the I-270 & I-495 Managed Lanes Study*

NR-ELIGIBILITY REVIEW FORM

M: 29-78                                    Cabin John Regional Park

Page 2

complexes, and commercial properties. The park's main entrance is located on Tuckerman Lane, but smaller entrances are located throughout the park, providing access to specific features.

DESCRIPTION

The park consists of four discontinuous areas interrupted by Tuckerman Lane in the northern section, Pepco transmission lines in the center, and Democracy Boulevard in the southern section. Each of the four sections are described in more detail below. The park is characterized by a mix of intensively developed active recreational areas and passive areas with woodland and trails. Park entrances and building complexes are marked by rustic wooden signs with incised lettering generally noting the facility name. Large wooden informational signage boards with asphalt-shingle, side-gable roofs are located throughout the park, and generally date to circa 1970. Smaller wooden signage boards of varying shapes, including board panels, are also throughout the park, as are directional signs. Entrance drives are typically asphalt and have metal swing-arm gates. Cabin John Creek and the natural surface Cabin John Trail run through all four park sections and continue south into Cabin John Stream Valley Park, Unit 5. Trails throughout the park are generally gravel or natural surface and have the occasional culvert, wooden or metal bridge, wooden bench, and railroad-tie stairs. Some parts of the trails have rustic board fencing. Some paths within the park are asphalt paved; these are generally located in areas with more active recreational activities. Wooden pavilions, supported by wooden posts on poured concrete foundations, stand throughout the park and generally date to the late 1960s. Most are rectangular with asphalt-shingle gable roofs, but others have different shapes, such as a hexagonal one with an open wood-board roof near the playground in the north central section. Playgrounds are mulched and contain replacement metal and plastic equipment. The ballfields date to the park's opening in 1966 and are surrounded by tall chain-link fences. Most have metal bleachers and chain-link backstops. The tennis and racquetball courts, dating to circa 1967, are surrounded by chain-link fencing and have light fixtures set on poles.

Northern Section

The northern section is mostly undeveloped, with hiking trails leading through wooded areas. The Cabin John Trail runs along the west side of Cabin John Creek, and a series of looping natural surface trails (Kidney Bean Loop Trail, Highway Loop Trail, and Campground Loop Trail) are between I-270 and the east bank of the creek. Several connector trails link the neighborhoods along the western park boundary to the Cabin John Trail.

At the southwest corner is an active recreation area, accessed from an asphalt parking area that abuts the northeast side of Tuckerman Lane. The area is enclosed by a chain-link fence, with a playground, softball field, large lawn, volleyball court, three horseshoe pits, two wooden circa 1970 gable-roof picnic shelters, a grilling area, and a 1999 Contemporary-style restroom building. Old Farm Creek runs through the southern corner, joining Cabin John Creek east of the picnic area.

The circa 1970 Robert C. McDonell Campground is northeast of the recreational area and is accessed via a concrete-and-metal bridge from Tuckerman Lane. A looping gravel service road provides access to the seven walk-in primitive sites campsites, two small parking areas, and a group pavilion. Chemical toilets enclosed by a vertical wood-board fence are near the western gravel parking area. The gravel eastern parking area has chemical toilets and an octagonal pavilion with a tiered metal roof supported by wood

posts. The pavilion is partially surrounded by a low stone wall and rests on concrete pavers. Each campsite has two tent pads on a raised railroad-tie platform, two picnic tables, a grill and a fire pit (Montgomery Parks).

North Central Section

The north central section is more developed. The Cabin John Maintenance Facility is located at the northwest corner, accessed by a single driveway from Tuckerman Lane. The east side includes the Southern Region Headquarters for Montgomery Parks and the Cabin John Station. The natural-surface Cabin John Trail crosses Tuckerman Lane from the north section and continues into the center of this section along the east bank of Cabin John Creek and then runs east along the southern boundary, just north of the transmission lines.

The Cabin John Maintenance Facility is a U-shaped building complex with an asphalt yard in the center. The western side has a large circa 1970 side-gable building clad in horizontal vinyl siding with several roll-up garage doors; a circa 2011 three-bay, shed-roofed, metal shed with an open side on the east elevation; and a prefabricated gambrel-roof shed. The south side has open sheds and garage buildings, with shed and gable roofs, constructed between 1988 and 2002. The eastern side has a one-and-a-half story building with a complex roofline of gable and shed forms that runs north-south that was also constructed between 1988 and 2002. The grounds are surrounded by a chain-link fence topped with barbed wire.

The main entrance for Cabin John Regional Park is east of the maintenance facility, marked by a stone and wood sign on the south side of Tuckerman Lane. The entrance road, a looped asphalt drive with parking along both sides, leads to the Southern Region Headquarters for Montgomery Parks. North of the headquarters building, the parking lot is surrounded by a circa 1974 amphitheater; several picnic shelters dating to circa 1970; a large playground area; a grill area; and two restroom buildings—the western one dating to 1985 and the eastern to 1993. A wooden totem pole is near the playground. The Cabin John Station, a station for a miniature train, is east of the headquarters building. Train tracks for the miniature train wind through the woods south and southeast of the station. Southeast of the station is a dog exercise area, and to the northeast are additional picnic shelters, a playground and a circa 2010 stone Tai Chi court. The dog park, separated into two areas for large and small dogs, is surrounded by tall chain-link fencing and has a metal gable-roof pavilion near the entrance. A second asphalt parking lot, located east of the train station, is accessed from Westlake Drive, along the park's eastern boundary. Both this lot and the looped parking lot to the north are set within wooded areas and have islands with mature trees. The buildings and building complexes identified above are further described below:

The circa 1970 Southern Region Headquarters is a one-story brick building running on a northwest-southeast axis that has the appearance of a large Minimal Traditional house. The building was constructed in two phases—the northwest side of the building is a Cape Cod type structure built prior to 1957, while the southeastern portion was built by M-NCPPC circa 1970. A circular asphalt driveway with an island is southeast of the building and a prefabricated gambrel-roof shed is south. The façade faces northeast and has cross gables at either end with horizontal vinyl siding. The off-center door is accessed via one of two concrete paths lined by square wood posts with metal pole railings. The entry is within a gable-front projection flanked by narrow 1/1 vinyl windows. An asymmetrical chimney projects east of the entry. There is a small gabled projection on the southeast elevation and a wooden deck on the southwest. The

brick basement is exposed on the southeast and southwest elevations. The building has a variety of wood and vinyl window openings, including paired and single 1/1, single 2/2 windows with horizontal panes, and two Chicago windows on the southwest elevation. The building is sheltered by an asphalt-shingle, side-gable roof.

The circa 1974 Shed-style amphitheater sits on a concrete-block foundation, and the walls are a combination of painted concrete block and diagonal wood siding. The façade faces southwest and has a small wooden deck accessed by wooden stairs. It has two doors and a breezeway on the south side. The doors lead to two dressing/storage areas. The northeast elevation has diagonal wood siding and a projecting angled porch on the south side. A concrete platform and stepped earthen amphitheater extend from the northeast elevation. The structure has an asphalt-shingle shed roof.

The circa 1970 Cabin John Station is a one-story, side-gabled building set on an approximately east-west axis. A brick-paver and concrete patio with benches is north of the building. The building sits on a poured concrete foundation and is frame, clad in vertical wood-board siding. The north side of the asphalt-shingle, side-gable roof has a sign reading "CABIN JOHN STATION ROCKVILLE, MARYLAND." The façade faces north and has a full-length incised porch supported by square wooden posts that wraps around to both the east and west elevations. There is also signage on the gable ends of the east and west elevations. A shed roof, extending from the south elevation, covers the open platform for passenger loading onto a miniature train. Building openings include wooden solid and glazed doors, and wooden fixed-sash windows. The building contains a party room. The miniature train carries visitors over a two-mile ride on a railroad track through wooded areas of the park south and southeast of the station.

West of the station is a circa 1970 small, brick, front-gable mechanical trash receptacle with a sign reading, "PORKY THE LITTER EATER." The building resembles a fairytale house with a crooked roof and bent chimney pipe. A fake window at the front frames the face of a three-dimensional cartoon pig with an open mouth. Above the opening is a speaker through which the pig speaks when a button is pressed. Between the trash receptacle and the station is a drinking fountain with a hippo head set on a brick and concrete platform.

South Central Section

The south central section is the most developed area of the park and contains multiple buildings and structures for active recreation that date to the opening of the park. This section includes two distinct active recreation areas: an indoor ice rink and sports complex accessed from Westlake Drive, and indoor tennis courts and a nature center accessed from Democracy Boulevard.

The Westlake Drive entrance leads to the circa 1969 indoor ice-skating rink at the northeast corner, surrounded on the south and southwest sides by asphalt parking lots with grass islands. Abutting the parking lots to the southwest is a circa 1970s baseball diamond and a court complex with nine lighted tennis courts, four racquetball courts, and a circa 1992 shed-style restroom building. West of the ice rink and north of the court complex is the circa 1998 Shirley Povich Baseball Field with a one-story ticket and concession stand building, a picnic shelter, and brick and concrete bleachers. Northwest of Povich Field are two circa 1970s softball diamonds. An asphalt road leads northwest from the primary parking area to two smaller parking areas north of the softball diamonds. Another asphalt road leads west from the south end

of the main parking area to a separate parking area. North of this parking area are two circa 1970 softball diamonds, and to the south are two circa 1980 handball courts and a circa 1988 volleyball court, a grass lawn, and a rectangular soccer field. The baseball and softball fields are surrounded by tall chain-link fences and most have metal bleachers and chain-link backstops. The tennis and racquetball courts are surrounded by chain-link fencing and have light fixtures set on poles. The northwest and western portions are undeveloped woodland with a few trails (Gooseneck Trail, Cabin John-Gooseneck Trail, Gooseneck-Cabin John Regional) on the east side of Cabin John Creek. At the far northwestern edge, the Snakeden Branch flows south into Cabin John Creek.

The circa 1969 Cabin John Ice Rink, originally a one-story, Shed-style building, has been expanded with a large, circa 1997 addition to the southeast and southwest. Oriented on a northwest-southeast axis, the current façade faces southeast and is clad in rusticated concrete blocks. A front gable projection has stickwork in the gable end. A porch with an irregular-shaped roof, supported by metal posts, projects from the gable and protects the entrance. A rusticated concrete-block pylon rises southwest of the entrance and has three-dimensional lettering spelling "Cabin John Ice Rink." The northeastern and southwestern sections housing the ice rinks are taller, with shed roofs and walls clad in what appears to be synthetic stucco. The roof between the two taller sections is flat. The interior holds three ice rinks, including one that is Olympic sized, a dance studio, three party rooms, a pro shop and café (Montgomery Parks).

The Democracy Boulevard entrance includes two driveways leading to a large asphalt parking area with grass islands. North of the parking lot is the indoor circa 1970 Pauline Betz Addie Tennis Center. East of the tennis center is a small circa 1930s log cabin. A circa 1990 metal-arch truss pedestrian bridge leads from the parking lot to a wooded area containing the circa 1978 Locust Grove Nature Center and a small front-gable wooden shed covered in vertical-board siding. Southeast of the nature center is a naturalistic play area with benches and a fire pit. Several trails (Tulip Tree, Oak Ridge, Upland Meadow) loop through the wooded area east of the nature center. The Pine Ridge Trail leads west from the tennis center parking lot to the Cabin John Trail. The Cabin John Trail winds along the northern boundary of this section, then curves south along the east and south banks of Cabin John Creek until it hits Democracy Boulevard. The trail then runs west until it crosses Seven Locks Road and enters Unit 5 of Cabin John Stream Valley Park. The rest of this portion is undeveloped woodland.

The circa 1970 Pauline Betz Addie Tennis Center consists of two gable-roofed buildings connected by a flat-roofed hyphen, oriented on an east-west axis. The buildings, set on what appears to be a concrete slab foundation, are painted concrete block on the lower half and have vertical metal panels above. Paired doors provide entry at the central metal-parapeted, flat-roofed portion of the building that is protected by a fabric barrel awning. The larger wings are sheltered by standing-seam metal gable roofs. The building contains three indoor tennis courts in each of the gable-roofed wings, and a central area with an office, a pro shop, lounge, and two locker rooms (Montgomery Parks).

The circa 1930 log cabin, named the Armstrong Cabin, is oriented on a northwest-southeast axis and a poured-concrete foundation. The building is constructed of round logs with mortar chinking and saddle-notch corners. The façade faces southwest and has two sets of paired openings with multiple lights over vertical panels. The southeast and northeast elevations have two window openings covered by wooden shutters. The northwest elevation has a single window opening with shutters and a door. A picket fence

surrounds the cabin, and a flagstone patio is located northwest of it. The cabin, which was moved to this site in 2009, has a side-gable, wood-shingle roof.

The circa 1978 Contemporary-style Locust Grove Nature Center is set into a hill. The nature center is a complex one-story building set on a painted concrete-block foundation. Two octagonal wings are connected by a central shed-roof section that runs on a northeast-southwest axis. The frame walls are clad in vertical wood-board siding. The basement is exposed on the northwest elevation and the first story is accessed via a flight of wooden stairs. A wooden deck projects from north side of the stairs. The southeast elevation has a glazed door flanked by paired fixed-pane windows to the south that leads to a concrete patio and play area. Openings include solid doors; paired, glazed doors; paired 1/1 windows; and ribbons of large fixed windows. A stone chimney rises from the northeast end of the asphalt shingle roof.

Southern Section

The southern section of the park, southeast of Democracy Boulevard and Seven Locks Road, is undeveloped woodland. Cabin John Creek passes through the northwest corner. The Cabin John Trail runs outside of this section, on the west side of Seven Locks Road, entering into Cabin John Stream Valley Park Unit 5.

HISTORIC CONTEXT

Overall land-use planning for the Cabin John area began in 1955, when M-NCPPC planners identified the area's agricultural fields and woodlands as "ripe for development" and commissioned an aerial survey of the area. Officials knew the construction of a sewer line and the new Washington National Pike (I-270) would encourage development to spread from other areas of Montgomery County to the rural Cabin John watershed. M-NCPPC planners wanted to prevent "disorderly 'sprawl' development" by developing a master zoning and street plan for the area. This master plan for the 20-square-mile Cabin John watershed, which anticipated community needs and located potential sites for infrastructure, schools, and parks, was completed in 1956 (Stern 1955, 21). The Cabin John plan was the first in a series of plans for large open areas in Montgomery and Prince George's Counties that were expected to rapidly develop due to a growing suburban population. The Washington Post noted that the Cabin John plan was one of the more successful planning documents because it was completed prior to the installation of sewer line extensions from the city of Rockville. As part of this plan, park and school sites, such as Cabin John Regional Park, were reserved for later use (Dessoff 1962, B1).

In July 1956, a separate, but concurrent, master plan for schools, parks, and recreation in Montgomery and Prince George's Counties was also approved by M-NCPPC. This plan called for the construction of ten regional parks (seven in Montgomery County and three in Prince George's County), ten civic centers for teenagers, and 54 joint park-school developments in the region. In Montgomery, the parks approved included: Wheaton Regional Park, Cabin John Regional Park, Northwest Branch Regional Park, Patuxent Regional Park, and Rock Creek Regional Park. M-NCPPC estimated at the time that Cabin John Regional Park would be approximately 200 acres (Hagemeyer 1956, 20; O'Neill, B13). Plans for all these parks are similar in that they all provided a variety of active and passive recreational areas for a growing suburban population. It appears that Wheaton Regional Park was one of the first parks constructed, with land being acquired as early as 1960 and limited facilities opening in 1962. By 1963, the park had ball fields, tennis

courts, a miniature train, an artificial lake, a nature center, and baby animals (Dessoff 1963, B1). An ice rink opened in Wheaton Regional Park in January 1969 (Washington Post, December 12, 1968). Features in Cabin John Regional Park duplicate popular facilities found in Wheaton, such as the ice rink and miniature train. Plans for both ice rinks were completed in 1968 by architect Robert Bruce Cousins and the New York firm Rink Consultants Inc.

In 1958, Montgomery County authorized $100,000 towards the acquisition land for the first portion of Cabin John Regional Park, and halted lumbering operations occurring on land M-NCPPC had not yet acquired (Washington Post 1958, A13, B12). Less than a year later, Dr. John H. Soloman donated 50 acres of his cattle ranch on Bells Mill Road, the largest land gift received by M-NCPPC at the time, for incorporation into Cabin John Regional Park (Washington Post 1959, B1). In December of 1959, M-NCPPC earmarked an additional $400,000 in bond funding to acquire property for the proposed 218-acre park (Washington Post 1959, 32). By 1966, M-NCPPC had paid a total of $1.9 million for acquisition of the park's site and was expected to pay an additional $1.5 million for the park's development (Washington Post 1966, B1).

The park, which had grown to over 500 acres by the time of its construction in 1966, was planned to feature numerous active and passive recreation areas for visitors to enjoy. Areas near Cabin John Creek and other streams were generally left undeveloped, except for the construction of natural-surface hiking trails, while active recreation areas were clustered in less environmentally sensitive areas. Active recreational features included a field house with lockers and showers, three playgrounds, four baseball diamonds (two lit for nighttime play), nine lighted tennis courts, four lighted handball courts, a field house, 300 picnic tables, 30 cooking grills, 12 outdoor shelters, and a miniature train with station. The train was identical to the one installed at Wheaton Regional Park, which had proven to be highly popular since that park opened in 1964 (Washington Post 1966, B1; Washington Post 1964, E5). The park officially opened on August 14, 1966, but only a playground and picnic area were ready for public use; other amenities would open later. The ball fields were scheduled to open the next week, and the tennis courts wouldn't open until spring of 1967 (Washington Post, August 11, 1966, F1; July 19, 1966, B1).

Plans for the park were ambitious, and many features were ultimately not realized. The original concept plan for the park from 1958 doesn't bear any resemblance to park as constructed, but it does show active and passive recreation areas, ball fields and tennis courts, as well as an equestrian ring and steeplechase area on the west side of the south-central section that was likely never constructed (M-NCPPC files). The 1965 plans for the park were still ambitious, but closer to what was actually constructed. The south central active recreation areas generally resemble the current field and court arrangements. Just north of the tennis courts, a Modernist-style field house, later demolished, was designed by the Department of Parks by 1965 and expected to be completed by opening day. Plans for the one-story building show an outdoor terrace, snack room, lobby, concession stand, women's restrooms and a men's locker room/restrooms (M-NCPPC files; Washington Post, July 19, 1966).

Following its 1966 opening, attractions continued to be added to the park. An ice-skating rink, designed by Robert Bruce Cousins and Rink Consultants of New York in 1968, opened on December 19, 1969 (Washington Post, December 19, 1969, B4). The building, identical to the one designed and constructed in Wheaton Regional Park, was entered through a southwestern façade and had a warming room, a snack bar, first aid facilities, and a skate rental. The large rink was in the center, oriented northwest-southeast.

Case 8:22-cv-02597-DKC     Document 59-8     Filed 10/30/23     Page 46 of 207
NR-ELIGIBILITY REVIEW FORM

M: 29-78                                   Cabin John Regional Park

Page 8
Between 1968 and 1989, a smaller studio rink was added to the northeast side of the building (M-NCPPC files; Washington Post, November 17, 1977, MD7).

By 1970, the Cabin John Station building and two-mile train track, planned since 1966, had been constructed. The original, undated plans for the train station showed dormers on the north façade and fretwork at the corner posts, but it is likely these were never constructed (M-NCPPC files). Pulling the train were small-scale replicas of an 1863 C.P. Huntington locomotive, owned by the Southern Pacific Railroad (Montgomery Parks, 2018). Another popular attraction, "Porky the Litter Eater," was installed between 1966 and 1970 near Cabin John Station. "Porky," a mechanical trash can designed to encourage children to dispose of garbage properly, was built by M-NCPPC staff based on a machine called "The Paper Eater" seen by park staff on display in Louisiana (Grubisich 1970, G1). The hippo head drinking fountain was likely constructed at this time.

The Southern Region Headquarters was established by 1970. The northwestern portion of the building was constructed as a residence prior to acquisition by M-NCPPC, and the southeastern addition was constructed by M-NCPPC between 1964 and 1970 (Historic Aerials). Land had been cleared for the indoor tennis facility by 1970, and the building was constructed shortly thereafter. The original drawings note the tennis court buildings are "pre-engineered metal buildings by American Buildings Company, Eufala, Alabama" (M-NCPPC files). The amphitheater, indicated as a dance floor on the original plans, was constructed circa 1974. The Locust Grove Nature Center was in place by 1978 (Washington Post, November 3, 1978, 32).

Distinctive elements of Cabin John Regional Park were its original circa 1966 themed playgrounds, offering children playground equipment based around three themes: Space Age, Fantasyland, and Fort Cabin John. At the Space Age playground, children could climb aboard playground equipment shaped like a rocket and atomic submarine or play on two retired U.S. Navy jet fighters (Washington Post 1966, B1). Space-themed playground equipment was a popular addition to parks and schoolyards throughout the country during the Cold War-era, with rockets, submarines, and satellites being the most popular shapes (Life 1963, 97-99). The Fantasyland playground featured equipment based off fairytales, such as King Arthur's Camelot Towers, a castle-shaped jungle gym, and a full-sized "pumpkin coach" based on the story of Cinderella. The Fort Cabin John playground featured a wood "fort" and a replica cannon (Washington Post 1966, B1). There was also a two-story Noah's Ark play area and miniature zoo designed in 1966. The Washington Post noted the ark was "filled with nanny goats, woolly sheep, a pony and, in season, kids, lambs and a colt" (Washington Post, August 24, 1969).

Cabin John was chosen for the Bethesda public indoor swimming pool in 1969 (Washington Post, September 10, 1969: D3), but the proposal proved controversial with the community and was still being debated in 1981. Some residents felt the park was already overdeveloped and the pool's construction would destroy natural areas of the park. Proponents believed the pool would be conveniently located for users from Bethesda and Potomac. The pool was ultimately constructed elsewhere.

The park once included a toboggan run with two 800-foot chutes, a warming room and a storage room for 70 sleds. The run opened in November 1972, northeast of the indoor tennis facility, and closed a few years later in December 1977. This was one of the first artificial runs in the country (Montgomery Parks, M-NCPPC files).

NR-ELIGIBILITY REVIEW FORM

M: 29-78                                    Cabin John Regional Park

Page 9

---

Many park features were updated beginning in the late 1980s. The ice-skating rink underwent renovations in 1989 including the demolition and reconstruction of the two existing rinks (studio and main). A large new addition was constructed to the southwest and southeast circa 1997, completely altering the original façade. The northeast half of the current building is the original portion.

The playgrounds in the north central section were remodeled circa 1987, and it is likely the original circa 1966 play equipment was removed at this time. Plans for the 1987 work included a hexagonal gazebo, which is extant, but the play structures proposed at that time do not resemble what is there now; the playground has likely undergone multiple renovations since that time. Other playgrounds throughout the park have been altered with the installation of newer equipment. The Southern Region Headquarters building was remodeled circa 1987 to reorient office space and utilize space in the basement (M-NCPPC files). At that time, a large accessibility ramp was installed on the façade and other landscape improvements were made. Landscape improvements were made to the nature center in 1987, and the access bridge was replaced circa 1990. The central section of the indoor tennis building was remodeled in 1993, and the courts were resurfaced in 1995. The train track was renovated in 1994, but the extent of work completed is unclear. Drainage and fencing improvements were completed as necessary throughout the late twentieth century (M-NCPPC files).

New features were also added. The western restrooms in the north central section were constructed circa 1985, and the eastern bathrooms were added in 1993. The Modernist-style field house was demolished and replaced by Shed-style restrooms near the tennis courts circa 1992. A new bathroom building, replacing an existing facility, was constructed in the northern section circa 1999. Povich Field and its associated ticket and concession building were designed in 1998 by Alan Sparber, and the field was renovated in 2003. The log cabin was moved to the park in 2009 from Dr. Charles Armstrong's property off of Montrose Road in Rockville. The Tai Chi court was added in 2010. Cabin John Regional Park continues to be owned and operated by M-NCPPC, providing natural, sports, and recreational amenities.

ELIGIBILITY DETERMINATION

Cabin John Regional Park was evaluated for significance in accordance with the Suburbanization Historic Context Addendum and National Register of Historic Places (NRHP) Criteria A, B, and C. It was not evaluated for eligibility under Criterion D.

Cabin John Regional Park was conceived as part of a larger master-planning process undertaken by M-NCPPC to protect the Cabin John watershed from haphazard suburban development and was just one of many components used to implement the overall plan. Early efforts to limit suburban intrusion on watersheds are best represented by stream valley parks such as those along Rock Creek and Sligo Creek, and Cabin John itself does not demonstrate clear and significant associations with local planning initiatives or the environmental movement. Cabin John Regional Park is one of many large parks in Montgomery County, and while the park played a role in providing amenities to new suburban residents within the Cabin John watershed, the amenities in the park were not unique to the county and were available in other parks in the system. The resource is not associated with other important historical suburban trends and is not known to be associated with any other events that have made a significant contribution to history. Therefore, Cabin John Regional Park is not eligible under Criterion A.

NR-ELIGIBILITY REVIEW FORM

<u>M: 29-78</u>                                   <u>Cabin John Regional Park</u>

Page 10

_____

Research has revealed no association with persons who have made specific contributions to history, therefore Cabin John Regional Park is not eligible under Criterion B.

Cabin John Regional Park was one of seven large regional parks planned and constructed in Montgomery County in the 1960s. It is not a notable first example or one of the last unaltered examples of its resource type. The extant Wheaton Regional Park opened several years earlier and included similar popular features such as an ice rink and miniature train. The buildings and structures within Cabin John Regional Park include repurposed buildings or undistinguished or altered examples of mid-twentieth-century park resources common throughout Maryland. In addition, many new buildings and structures have been built within the park since 1978, diminishing the resource's integrity. Furthermore, research has not shown the park design, landscaping, or buildings to be the work of a master, nor do they possess high artistic value. Therefore, Cabin John Regional Park is not eligible under Criterion C.

The boundary for the property encompasses 513.85 acres located on multiple tax parcels owned by M-NCPPC.

BIBLIOGRAPHY

"Additions to Two Parks Voted in Montgomery," The Washington Post, December 2, 1959, 32. ProQuest.

"Around the Beltway: New Branch Chief at Quantico; Gifts for Springfield; Wheaton Rink to Open Soon; Baltimore Eye Bank Opens; Yule at Prince George's Library; Silver Spring Gets Market; Clinton to Have a Lake; Richmond Official to Resign," The Washington Post, December 12, 1968, F2.

"Cabin John Park to Open Monday," The Washington Post, August 11, 1966, F1. ProQuest.

"Cabin John Planners Detail Ideas for Model Community," The Washington Post, November 6, 1956, B1. ProQuest.

"Cabin John's Little-known Footpaths," Washington Post, November 3, 1978, 32. ProQuest.

Dessoff, Alan L., "Cabin John Watershed Cited as Good Planning Example: Adherence to Master Design Gets Credit for Avoidance of Pitfalls," The Washington Post, July 8, 1962, B1. ProQuest.

------. "Top Season Is Eyed at Wheaton Park with Turnout of Million Expected," The Washington Post, April 22, 1963, B1.

"Disneyland Air to Pervade Cabin John Park," The Washington Post, July 19, 1966, B1. ProQuest.

"Doctor Gives 50 Acres for County Park," The Washington Post, April 23, 1959, B1. ProQuest.

Edwards, Paul G., "Cabin John Regional Park Voted Site of Montgomery Swimming Pool," The Washington Post, September 10, 1969, D3. ProQuest.

Grubisich, Thomas. "Suburbs Fail to Satisfy Park Needs," The Washington Post, April 16, 1970, B1. ProQuest.

Hagemeyer, Harrison. "Master Plan is Approved for Maryland Parks," The Washington Post, July 26, 1956, 20. ProQuest.

"Ice Skating in Montgomery Parks," The Washington Post, November 17, 1977, MD7. ProQuest.

M-NCPPC, plans and documents on file at their offices.

Montgomery Parks, "Cabin John Regional Park," https://www.montgomeryparks.org/parks-and-trails/cabin-john-regional-park/, accessed April 24, 2019.

Montgomery Parks (M-NCPPC). "Montgomery Park's Miniature Trains." Accessed December 13, 2018. https://www.montgomeryparks.org/trains/.

Netronline, "Historic Aerials," www.historicaerials.com, accessed May 16, 2019.

O'Neill, Jeff, "Potomac Tap Plan Rejected," The Washington Post, October 17, 1957, B13.

"Playgrounds Take a Space-Age Spin," Life Magazine, March 15, 1963, 97-99. GoogleBooks.

"Sawmill Closed Near Cabin John," The Washington Post, September 16, 1958, A13. ProQuest.

Stern, Laurence. "Cabin John Master Plan Under Study," The Washington Post, March 22, 1955, 21. ProQuest.

"Suburban Greenery," Washington Post, August 24, 1969, K10. ProQuest.

"Tree Cutting Threatens Park Plans," The Washington Post, September 13, 1958, B12. ProQuest.

"Wheaton Park Opens April 15," The Washington Post, March 19, 1964, E5. ProQuest.

Cabin John Regional Park



USGS 7.5' Quadrangle - Rockville

Scale: 1:24,000



**Cabin John Regional Park**

Location: 7400 Tuckerman Lane

Montgomery County

City: Bethesda

Parcel Boundaries

0    0.35    0.7 Miles

Scale: 1:18,000

N



1958 Cabin John Regional Plan, M-NCPPC.

**M: 29-78**
**Cabin John Regional Park**
7400 Tuckerman Lane
Bethesda, Maryland



1965 Cabin John Regional Park Plan, M-NCPPC.

M: 29-78
**Cabin John Regional Park**
7400 Tuckerman Lane
Bethesda, Maryland



1978 Cabin John Regional Park Plan, M-NCPPC.

**M: 29-78**
**Cabin John Regional Park**
7400 Tuckerman Lane
Bethesda, Maryland



Cabin John Regional Park Map from M-NCPPC Brochure, 2012.

**M: 29-78**
**Cabin John Regional Park**
7400 Tuckerman Lane
Bethesda, Maryland



Cabin John Ice Rink, circa 1970s photo, M-NCPPC.

Cabin John Regional Park

**PHOTOGRAPHS**



Northern recreational area with playground, pavilions and restrooms.



Typical campsite in the Robert C. McDonell Campground.



Robert C. McDonell Campground road, typical view.



Cabin John Trail, typical view.

**PHOTOGRAPHS**



Cabin John Maintenance Facility, circa 1970 building at left.



Park sign at Tuckerman Lane entrance.



Cabin John Station, looking southwest.



Miniature train tracks near station.



Porky the Litter Eater and station building, looking southeast.



Amphitheater stage, looking southwest above seating area.



Southern Region Headquarters for Montgomery Parks, looking southwest.



Typical picnic pavilion in north central section.

**PHOTOGRAPHS**



Typical signage board in north central section.



Typical picnic table with canopy in north central section.



West Lake Drive parking lot, looking south.



Cabin John Ice Rink, looking northwest, original section at right.

00007868



Tennis courts, looking southeast.



Pauline Bentz Addie Tennis Center, looking northwest.

M: 29-78
**PHOTOGRAPHS**



Log cabin, looking northeast.



Locust Grove Nature Center, looking west.

Cabin John Regional Park

**PHOTO LOG**

Number of Photos: **20**
Name of Photographer: **Jacob Bensen**
Date of Photographs: **2019-02-01**
Location of Original Digital File: **MD SHPO**
File Format: **M: 29-78_2019-02-01_01.tif… etc.**

*Photographs inserted on continuation sheets:*

01.tif
Northern recreational area with playground, pavilions and restrooms.

02.tif
Typical campsite in the Robert C. McDonell Campground.

03.tif
Robert C. McDonell Campground road, typical view.

04.tif
Cabin John Trail, typical view.

05.tif
Cabin John Maintenance Facility, circa 1970 building at left.

06.tif
Park sign at Tuckerman Lane entrance.

07.tif
Cabin John Station, looking southwest.

08.tif
Miniature train tracks near station.

09.tif
Porky the Litter Eater and station building, looking southeast.

10.tif
Amphitheater stage, looking southwest above seating area.

11.tif
Southern Region Headquarters for Montgomery Parks, looking southwest.

12.tif
Typical picnic pavilion in north central section.

13.tif
Typical signage board in north central section.

14.tif
Typical picnic table with canopy in north central section.

15.tif
West Lake Drive parking lot, looking south.

16.tif
Cabin John Ice Rink, looking northwest, original section at right.

Cabin John Regional Park

**PHOTO LOG**

17.tif
Tennis courts, looking southeast.

18.tif
Pauline Bentz Addie Tennis Center, looking northwest.

19.tif
Log cabin, looking northeast.

20.tif
Locust Grove Nature Center, looking west.

### MARYLAND HISTORICAL TRUST
### DETERMINATION OF ELIGIBILITY FORM

NR Eligible: Yes ____

No ____

Property Name: **Cabin John Stream Valley Park**    Inventory Number: **M: 29-80**

Address: Cabin John Creek valley from MacArthur Boulevard north to Montrose Road    Historic District: Yes

City: Multiple    Zip Code: Multiple    County: Montgomery

USGS Quadrangle(s): Falls Church, Rockville

Property Owner: Maryland-National Capital Parks and Planning Commission (M-NCPPC)  Tax Account ID: Multiple

Tax Map Parcel(s): Multiple    Tax Map: Multiple

Project: I-495 & I-270 Managed Lanes Study    Agency: MDOT SHA

Agency Prepared By: RK&K, LLP

Preparer's Name: Nicole A. Diehlmann    Date Prepared: Jun 10, 2019

Documentation is presented in: Project review and compliance files

---

Preparer's Eligibility Recommendation: Not Recommended

Criteria:  A    B    C    D

Considerations:  A    B    C    D    E    F    G

| Complete if the property is a contributing or non-contributing resource to a NR district/property: | | |
|---|---|---|
| Name of the District/Property: | | |
| Inventory Number: | Eligible: | Listed: |

Site visit by MHT Staff ____ yes    ____ no    Name:    Date:

Description of Property and Justification:

Cabin John Stream Valley Park (CJSVP) was acquired and developed between 1933 and 1965. For those resources constructed between 1961 and 1978, the following evaluation refers to the Suburbanization Historic Context Addendum (1961–1980), Montgomery and Prince George's Counties, Maryland (May 2019).

Cabin John Stream Valley Park Overview

CJSVP, owned by the Maryland-National Capital Park and Planning Commission (M-NCPPC) and managed by Montgomery County Parks, consists of six units totaling approximately 520 acres (Montgomery Parks). CJSVP Units 1-5 generally follow the course of Cabin John Creek from approximately the Cabin John Aqueduct (M: 35-37) along MacArthur Boulevard on the south to Cabin John Regional Park (M: 29-78) on the north. The undeveloped Unit 6 is northeast of Cabin John Regional Park. The circa 1965 Cabin John Parkway, which connects the Clara Barton Parkway along the Potomac River to the Capital Beltway (I-495), passes through Unit 1 and alongside Unit 2 on the north side the park.

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| Criteria: ___ A ___ B ___ C ___ D | Considerations: ___ A ___ B ___ C ___ D ___ E ___ F ___ G |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services: | Date: |
| | |
| Reviewer, National Register Program: | Date: |

*Special DOE form produced for the I-270 & I-495 Managed Lanes Study*

NR-ELIGIBILITY REVIEW FORM

M: 29-80                                        Cabin John Stream Valley Park

Page 2

---

The spine of the park is Cabin John Creek, which follows a serpentine path from north to south, and ultimately leads to the Potomac River. The creek and its tributaries are surrounded on either side by forested areas with steep slopes. Other than the rugged stream valley landscape, the primary resource within most park units is the approximately nine-mile, natural-surface Cabin John Trail, portions of which date to at least 1934 (Shosteck 1934, 4). Other improvements are limited and include park signage. The park units and the Cabin John Trail are discontinuous.

Cabin John Parkway

The Cabin John Parkway is an asphalt, four-lane highway with wide shoulders and a metal guardrail running along a narrow gravel median. In some places, a metal guardrail also lines the eastern and western sides of the parkway. At the south end of the parkway, north of the Cabin John Aqueduct, a pair of 1963 concrete bridges with horizontal metal railings span Cabin John Creek. The southbound span, a concrete box beam structure, has one lane; the northbound span, a concrete girder structure, is two lanes. Between the bridges is a concrete median with metal guardrails on the east and west edges. At the border with Unit 2, southwest of Heatherill Road and Carmichael Avenue, the parkway exits the park. To the north, the parkway crosses Booze Creek over a three-bay concrete culvert, and the northbound lanes cross a branch of Booze Creek over a smaller concrete culvert before the parkway joins the Capital Beltway.

CJSVP Unit 1

The 60.94-acre CJSVP Unit 1 is north of MacArthur Boulevard and the Cabin John Aqueduct (M: 35-37); east and west are single-family dwellings. The unit is bisected by the Cabin John Parkway, resulting in an undeveloped wooded section east of the parkway and a minimally developed section with the creek and Cabin John Trail on the west. The western section of the park is accessed through the adjacent Cabin John Local Park at 7401 MacArthur Boulevard, on the southwest side of Unit 1, which contains a trailhead with wooden signboard. In Unit 1, the Cabin John Trail meanders along the west bank of Cabin John Creek until the trail enters Unit 2 east of Cabin Road. The Cabin John-75th Street Trail connects Arden Road to the Cabin John Trail. A picnic area is along the creek, northeast of Cabin John Local Park.

CJSVP Unit 2

The 105-acre CJSVP Unit 2 consists of three areas bisected by I-495, resulting in two smaller northern areas and a larger southern area. The two largest of these areas are bordered by the I-495/River Road interchange on the north and northeast, I-495 and Cabin John Parkway on the east, Unit 1 on the southeast, residential areas on the southwest, and Seven Locks Road on the west. The smallest area within Unit 2 is on the west side of Seven Locks Road, south of Lilly Stone Drive; this area is surrounded by the single-family houses of Olde Carderock (M: 29-69) on the north, west, and south sides.

The natural-surface Cabin John Trail enters the southern parcel of Unit 2 from Unit 1 on the south and generally follows the southern and western banks of the winding Cabin John Creek. Booze Creek flows into Cabin John Creek at the northeast corner of the southern parcel. There is a trailhead with a wooden signboard with incised lettering east of Cypress Grove Lane where the trail goes out of the park and follows a shared-use path on the east side of Seven Locks Road. The path continues north under I-495 and enters the northern area of Unit 2 just east of Thornley Court. A small gravel parking area southwest of the northern area and north of I-495, but outside the park boundary, provides access to the trail. Near the parking area, the natural-surface trail resumes, following the western and southern banks of Cabin John Creek. A concrete culvert with two pipes carries the trail over a tributary northeast of the parking lot. South of River Road, the trail exits Unit 2 again, joining a shared-use path on the east side of Seven Locks Road.

The Unit 2 area on the west side of Seven Locks Road is not developed and contains woodland.

CJSVP Unit 3

The approximately 56.79-acre Unit 3 is southwest of residential and commercial development along River Road, northeast of the residential Carderock Springs Historic District (M: 29-59), and northwest of Unit 2. Unit 3 consists of a large central area, a small area northwest of Carderock Springs Drive, and a small area southeast of Seven Locks Road.

NR-ELIGIBILITY REVIEW FORM

M: 29-80                                                    Cabin John Stream Valley Park

Page 3

---

Following the shared-use path along the east side of Seven Locks Road, Cabin John Trail runs through the southeast corner of Unit 3 before exiting Unit 3 and continuing along the north side of River Road, outside the boundary of the park, and ultimately connecting to the Cabin John Trail in CJSVP Unit 4.

Unit 3 west of Seven Locks Road is mostly undeveloped, containing Cabin John Creek and woodland. A small portion of land at the southwest corner of Unit 3 appears to be encroached upon by the privately-owned Tri-State Stone and Building Supply/Stoneyhurst Quarries (M: 29-42) just south of the park, but there do not appear to be any permanent structures on park land. East of Carderock Springs Drive and the Cabin John Creek on the south side of River Road is a short narrow asphalt path that appears to change into a natural-surface trail leading to a rocky beach on the north bank of the creek. The unmarked natural-surface trail appears to continue from the beach along the north side of the creek to Seven Locks Road.

Carderock Springs Drive is a narrow, winding asphalt two-lane road with gravel shoulders that runs through the western portion of Unit 3. Brown metal guardrails line portions of the road. A tributary, southeast of Carderock Springs Drive, flows northeast into Cabin John Creek. Between the tributary and the road is a narrow gravel parking area lined by rocks. A stone monument sign with the words "CARDEROCK SPRINGS" incised into attached wood boards is set in a landscaped area at the southwest corner of River Road and Carderock Springs Drive. While the sign appears to be within the boundaries of Unit 3, the sign and Carderock Springs Drive are associated with the circa 1962 Carderock Springs (M: 29-59) community to the south and west.

CJSVP Unit 4

The 91.13-acre Unit 4 follows the course of Cabin John Creek between River Road north to Bradley Boulevard. Single-family dwellings are east and west of the unit boundaries. At the southern end, north of River Road, but outside the park boundaries, is a small asphalt parking area with seven parking spaces and a short asphalt path leading from the parking lot to the Cabin John Trail. North of this parking lot are the ruins of Magruder's Mill (M: 29-43). A wooden trailhead sign with incised lettering marks the entrance to the Cabin John Trail, which meanders along the east bank of the creek. East of Clewerwall Drive a tributary flows into Cabin John Creek. North, and outside, of the Unit 4 boundaries, but south of Bradley Boulevard, is a modern metal pedestrian bridge with a wooden deck, constructed between 2004 and 2008, and a wooden trailhead sign with incised letters.

CJSVP Unit 5

The 190.94-acre Unit 5 is the largest unit in the park. It bordered on the south end by Bradley Boulevard and on the north by Democracy Boulevard. The northeast boundary is lined by Seven Locks Road. East and west are single family dwellings. The Y-shaped unit encompasses the Cabin John Creek valley, as well as the wooded valley of Buck Branch, which flows south into Cabin John Creek east of Hemswell Place. The Ridgeleigh community of single-family dwellings lies between Bucks Branch and Cabin John Creek, south of Democracy Boulevard. Cabin John Regional Park is northeast of Unit 5.

North of Bradley Boulevard and east of the creek is a small gravel area with a wooden trailhead sign with incised letters. Thin metal bollards prevent vehicles from accessing the trail. The Cabin John Trail runs along the east bank of the creek. The unmarked Cabin John-Greentree Road access trail runs between Tusculum Way and the Cabin John Trail. The unmarked Cabin John-Seven Locks Road access trail runs between Seven Locks Road and the Cabin John Trail north of Charleston Court. On the trail near Seven Locks Road is a wooden plank bridge with no railings that crosses a small tributary, which runs southwest into Cabin John Creek. At the northeast end of the unit, the Cabin John Trail exits Unit 5, connecting to a wide shoulder, and ultimately to a sidewalk, on the west side of Seven Locks Road. The Cabin John Trail resumes in the southwest corner of Cabin John Regional Park.

Unit 5 also includes a small undeveloped woodland parcel at the northwest corner of Democracy Boulevard and Seven Locks Road.

CJSVP Unit 6

The discontinuous 19.79-acre Unit 6 is the smallest of the park. It is northeast of Cabin John Regional Park and southeast of the I-270/Montrose Road interchange. East and southeast are single-family dwellings. Unit 6 is undeveloped woodland.

NR-ELIGIBILITY REVIEW FORM

M: 29-80                                              Cabin John Stream Valley Park

Page 4

Historic Context

M-NCPPC was established by the state of Maryland in 1927 as a regional planning entity with the power to adopt a master development plan, as well as manage zoning, subdivisions, and park development within a designated "Metropolitan District" in the two counties bordering the District of Columbia: Montgomery and Prince George's (Root 1931, 2). This Metropolitan District was approximately 160 square miles and encompassed areas with the most active suburban development. The first master plan adopted by M-NCPPC in the early 1930s included a "comprehensive system of existing and proposed main highways, carefully coordinated with a park system planned to penetrate and develop areas of particular park interest" (Root 1931, 4). This Metropolitan District was later expanded to a much larger 900-square-mile area in 1964 with the passage of M-NCPPC's On Wedges and Corridors general plan, which continued to call for controlled growth and the preservation of open space (Kelly 2015, 102).

A major M-NCPPC responsibility was to administer the acquisition and development of parkland. Ultimately, the first M-NCPPC master plan called for setting aside all the main stream valleys, and some lesser ones, as park or parkway areas, including Rock, Sligo, and Cabin John Creeks (Rogers 1931, 13). According to Roland Rogers, a landscape architect with M-NCPPC in the 1920s and 1930s: "The main valleys radiate at fairly regular intervals from the vicinity of the city of Washington, and the lesser valleys approach each other so closely in many instances that the whole system may be linked together by using in almost every case only such land as is unfit for building purposes. Because the floors of these valleys are subject to spring floods and the enclosing hillsides are often very rocky and much too steep for houses, it is hoped that much of the land desired for park use will be donated by the owners when needed or as the property is subdivided" (Rogers 1931, 13). The goal was to quickly acquire as much land as possible for park use, by donation or purchase, before anticipated suburban growth increased the land value.

The passage of the federal Capper-Cramton Act in 1930 was critical to the agency's success. The act provided funding for the extension of Rock Creek Park into Maryland as well as the extension of the Anacostia Park system and the establishment of parkways along the Potomac River and up Cabin John Creek (Capper-Crampton Act, 1930). Using these federal funds, M-NCPPC acquired land along the Rock Creek valley, as well as land in stream valleys associated with Cabin John Creek, Sligo Creek, Northwest Branch, Anacostia River, and Indian Creek (Rogers 1931, 15). Rock Creek Stream Valley Park (M: 36-87) was the primary focus of early stream valley acquisition efforts in the county. Environmental advocates were concerned about the deteriorating water quality in the watershed, which flowed into the federally owned Rock Creek Park in Washington, DC, and made preserving Rock Creek a priority beginning in the late 1920s.

CJSVP, also referred to as "Cabin John Creek Park" in early documents, was the third park developed in the county using the Capper-Cramton Act funds. Sligo and Rock Creek Parks were already substantially underway when the plans for CJSVP Unit 1 were approved by M-NCPPC in the fall of 1932. A Washington Post article described the park as "rich in historic lore and in rugged natural beauty" (Washington Post 1932, 3). Initial funding to purchase land for Unit 1 of Cabin John was approved in June 1933, and the first parcels were acquired in 1934; however, it appears the acquisition process was quite prolonged (Washington Post 1933, 18; Montgomery Parks). As of 1948, only 65 acres had been acquired for Cabin John using Capper-Cramton Act funds (Washington Post 1948, B1). The county was still acquiring land for the park in the 1963, when Montgomery County received an Urban Renewal Administration grant to purchase parkland for Cabin John (Washington Post 1963, 41).

Construction of a parkway through CJSVP appears to have always been part of the plan for the park, as the Capper-Crampton Act permitted the extension of the "George Washington Memorial Parkway up the valley of Cabin John Creek … as may be agreed upon between the National Capital Park and Planning Commission and the Maryland National Capital Park and Planning Commission" (Capper-Cramton Act, 1930); however, the parkway was not constructed until 30 years after passage of the act. Hearings on the proposed parkway through Cabin John were held in 1959 and do not appear to have been contested by local residents or environmentalists. The parkway was connected to construction of the Capital Beltway (I-495), as it was viewed as a spur that would connect the beltway at River Road to the George Washington Parkway (now called the Clara Barton Parkway), along the Potomac River. Construction of the Cabin John Parkway, which runs through Unit 1 and alongside Unit 2 of the park, began in 1963 and continued through at least 1965 (Washington Post 1965, B1). The parkway is maintained at interstate highway standards by the Maryland Department of Transportation State Highway Administration.

CJSVP continues to be a passive recreation area.

NR-ELIGIBILITY REVIEW FORM

M: 29-80                                                   Cabin John Stream Valley Park

Page 5

Eligibility Determination

CJSVP was evaluated for significance under the National Register of Historic Places (NRHP) Criteria A, B, and C as a stream valley park. The resource was not evaluated for eligibility under Criterion D.

CJSVP is one part of a much larger regional stream valley protection effort initiated prior to World War II. Its associations with historical trends such as regional planning and the environmental movement are not significant, and the park's passive use areas are duplicated in other nearby parks. While funds to establish the park were allocated through the federal Capper-Crampton Act, other parks with the same funding, such as Rock Creek Stream Valley Park and Sligo Creek Stream Valley Park, were established earlier and demonstrate stronger and more direct associations with the historical trends driving park development and stream protection. The park is not associated with any other important historical events. Therefore, CJSVP is not eligible under Criterion A.

Research has revealed no association with persons who have made specific contributions to history. Therefore, CJSVP is not eligible under Criterion B.

CJSVP is minimally developed. The park's defining built feature, a single multiuse trail, is typical of those found in M-NCPPC parks throughout suburban Maryland. CJSVP does not embody the distinctive characteristics of a type, period, or method of construction and is not a notable early example or one of the last intact examples of a stream valley park. The Cabin John Parkway and its associated bridges are typical of interstate highways and bridges constructed in the 1960s and do not embody the distinctive characteristics of a type, period, or method of construction. Research has found no association with a master, nor does the CJSVP have high artistic value. Therefore, CJSVP is not eligible under Criterion C.

The surveyed property encompasses 540.43 acres on multiple property tax parcels which are found on Montgomery County Tax Maps. This includes approximately 520 acres of parkland and 20.43 acres encompassing the segment of the Cabin John Parkway located outside of Unit 2.

Resources

Capper-Crampton Act of 1930, as amended. National Park Service.
https://www.nps.gov/oxhi/learn/management/upload/CapperCActwBold.pdf

"Hearing on Belt Highway Sections Set Next Month," The Washington Post, November 27, 1959, B10.

Kelly, Clare Lise, Montgomery Modern: Modern Architecture in Montgomery County, Maryland, 19301979 (Silver Spring, MD: M-NCPPC, 2015).

"Maryland Opens Its Second Section of GW Parkway to Traffic Today," The Washington Post, January 8, 1965, B1.

MDOT SHA, Dovetail Cultural Resource Group, and RK&K. Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties, Maryland. Baltimore, Maryland: MDOT SHA, 2019.

"Metropolitan Park Group Adds Areas in Counties: Extension Program for Capital System Is Announced by Planning Chairman," The Washington Post, November 22, 1948, B1.

"Montgomery Is Given Grant For Park Land," The Sun, April 18, 1963, 41.

Montgomery Parks, "Cabin John Stream Valley Park," https://www.montgomeryparks.org/parks-and-trails/cabin-john-stream-valley-park/, accessed May 13, 2019.

"Park System Gets Budget Bureau Aid: Maryland Wins $158,000 to Develop Cabin John and Sligo Valley Projects," The Washington Post, June 23, 1933, 18.

NR-ELIGIBILITY REVIEW FORM

<u>M: 29-80</u>                                        <u>Cabin John Stream Valley Park</u>

Page 6

---

"Preliminary Plans For Park Approved: Cabin John Creek Unit Comes Under Provisions of Cramton Act," The Washington Post, September 9, 1932, 3.

Rogers, Roland, "A Park System for the Maryland-Washington Metropolitan District," City Planning, Vol. 7, No. 1, January 1931.

Root, Irving C., "Planning Progress in Maryland-Washington Metropolitan District." City Planning, Vol. 7, No. 1, January 1931.

Shosteck, Robert, "Three Wanderbird Hikes Set Sunday to Charming Places: Butterfly Collectors to Have Outing Near Cabin John," The Washington Post, May 18, 1934, 4.



Cabin John Stream Valley Park — Montgomery County — City: Multiple

Location: Cabin John Creek valley from MacArthur Boulevard north to Montrose Road

USGS 7.5' Quadrangle - Falls Church, Rockville

Scale: 1:30,000

### Cabin John Stream Valley Park

Location: Cabin John Creek valley from MacArthur Boulevard north to Montrose Road

Montgomery County

City: Multiple



USGS 7.5' Quadrangle - Falls Church, Rockville

Scale: 1:30,000



**Cabin John Stream Valley Park**

Location: Cabin John Creek valley from MacArthur Boulevard north to Montrose Road

Montgomery County
City: Multiple

Parcel Boundaries

Scale: 1:10,000

Cabin John Stream Valley Park

**Cabin John Stream Valley Park**

Location: Cabin John Creek valley from MacArthur Boulevard north to Montrose Road

Montgomery County
City: Multiple



Parcel Boundaries

0        0.2        0.4
Miles

Scale: 1:10,000

N

00007882

Cabin John Stream Valley Park



**Cabin John Stream Valley Park**                                                           Montgomery County
Location: Cabin John Creek valley from MacArthur Boulevard north to Montrose Road              City: Multiple

Parcel Boundaries

Scale: 1:10,000



Cabin John Stream Valley Park

Montgomery County

Location: Cabin John Creek valley from MacArthur Boulevard north to Montrose Road

City: Multiple

Cabin John Stream Valley Park

### Cabin John Stream Valley Park

Location: Cabin John Creek valley from MacArthur Boulevard north to Montrose Road

Montgomery County
City: Multiple



Parcel Boundaries

Scale: 1:10,000

**M: 29-80**
**Cabin John Stream Valley Park**
Bethesda, Rockville, Potomac, Cabin John, Maryland



Cabin John Parkway, looking south toward the Cabin John Aqueduct (M: 35-37).
Image from Google Street View, July 2012.



Cabin John Parkway, looking north from bridge at southern end of Cabin John Parkway.
Image from Google Street View, October 2018.

Case 8:22-cv-02597-DKC    Document 59-8    Filed 10/30/23    Page 83 of 207

**M: 29-80**
**Cabin John Stream Valley Park**
Bethesda, Rockville, Potomac, Cabin John, Maryland



Carderock Springs Drive pull off, looking southeast.
Image from Google Street View, April 2012.



Cabin John trail head, north of Bradley Boulevard, looking north.
Image from Google Street View, July 2018.

M: 29-80                                   Cabin John Stream Valley Park
**PHOTOGRAPHS**



Trail off Seven Locks Road near Cypress Grove Lane, Unit 2, looking east.



Trail sign on Seven Locks Road near Cypress Grove Lane, Unit 2, looking east.

Cabin John Stream Valley Park



Concrete culvert with trail on top, Unit 2, northeast of parking lot.



Cabin John trail head, north section of Unit 2, looking northeast toward the beltway.

00007889

M: 29-80                          <u>Cabin John Stream Valley Park</u>
**PHOTO LOG**

Number of Photos: **4**
Name of Photographer: **Danae Peckler**
Date of Photographs: **2018-09-11**
Location of Original Digital File: **MD SHPO**
File Format: **M: 29-80_2018-09-11_01.tif… etc.**

*Photographs inserted on continuation sheets:*

01.tif
Trail off Seven Locks Road near Cypress Grove Lane, Unit 2, looking east.

02.tif
Trail sign on Seven Locks Road near Cypress Grove Lane, Unit 2, looking east.

03.tif
Concrete culvert with trail on top, Unit 2, northeast of parking lot.

04.tif
Cabin John trail head, north section of Unit 2, looking northeast toward the beltway.

# MARYLAND HISTORICAL TRUST
## DETERMINATION OF ELIGIBILITY FORM

NR Eligible: Yes ____

No ____

Property Name: **Capitol Car Distributors**

Inventory Number: **PG:70-95**

Address: 9300 Martin Luther King Jr. Highway

Historic District: No

City: Lanham     Zip Code: 20706

County: Prince Georges

USGS Quadrangle(s): Lanham

Property Owner: P8 CGMG Holdings, LLC

Tax Account ID: 20-3755717

Tax Map Parcel(s): 0000

Tax Map: 0052

Project: I-495 & I-270 Managed Lanes Study

Agency: MDOT SHA

Agency Prepared By: MDOT State Highway Administration

Preparer's Name: Sarah Groesbeck

Date Prepared: Aug 13, 2019

Documentation is presented in: Project Review and Compliance Files

Preparer's Eligibility Recommendation: Recommended

Criteria:   A      B     X C     D

Considerations:   A     B     C     D     E     F     G

| Complete if the property is a contributing or non-contributing resource to a NR district/property: | | |
|---|---|---|
| Name of the District/Property: | | |
| Inventory Number: | Eligible: | Listed: |

Site visit by MHT Staff ____ yes ____ no          Name:                    Date:

Description of Property and Justification:

Description

The property has not been substantially altered since the 2016 MIHP form.  The only noticeable change was in the garden east of the building; the pond, an original landscape feature, has been filled and is now planted with grass.  The shape of the pond is still visible because of paving surrounding the area.

Evaluation

The property is not eligible under Criterion A.  Capitol Car Distributors is associated with the automobile industry as the headquarters of a regional Volkswagen distributor in Washington, DC.  The company was one of the first distributors in the area and quickly expanded, moving and expanding several times from 1955 when the Capitol Car Distributors was incorporated until 1965 when it moved to the subject property.  The property's association with this trend, however, is not sufficiently significant; it is not known to have introduced any new or innovative processes associated with the automobile industry in general or

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| Criteria: ___ A ___ B ___ C ___ D | Considerations: ___ A ___ B ___ C ___ D ___ E ___ F ___ G |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services: | Date: |
| | |
| Reviewer, National Register Program: | Date: |

*Special DOE form produced for the I-270 & I-495 Managed Lanes Study*

NR-ELIGIBILITY REVIEW FORM

PG:70-95                                    Capitol Car Distributors

Page 2

Volkswagen in particular.

Capitol Car Distributors is not eligible under Criterion B because it has no known associations with significant persons.

Capitol Auto Distributors is eligible for the National Register of Historic Places under Criterion C as a good example of a New Formalist corporate office building in the 1960s. The Suburbanization Historic Context Addendum (1961-1980) outlines character-defining elements of this resource type, all of which Capitol Auto Distributors has, namely: an entrance fronting parking area; flat roof; concrete- or steel-frame structural system; and fixed windows (Manning et al. 2019, F-52). New Formalism became a popular style for corporate buildings during the 1960s. This style, a reaction to the rigidity of Modernism, drew on classical precedents while embracing advances in materials technology, most noticeably in its use of concrete. The administrative building exemplifies New Formalist design, from its rectangular massing and overhanging flat roof to the smooth exterior surfaces. Rather than grills or patterned screens, the overhanging second floor utilizes louvered vents to achieve a similar effect. Overall, the building's design emphasizes the building's horizontal lines and eschews the arches and curved lines used in some New Formalist buildings. Instead, individual elements are very linear, such as the thin second story louvers and the battered Greek cross columns. Its angular, geometric forms and extensive use of concrete suggests the influence of Brutalism on the design. Only the 1965 portions of the building, the administrative block and warehouse, are significant. The warehouse contributes as part of the original design, but is secondary in importance, through its placement behind the administrative building and its less ornate design with large expanses of concrete divided into a grid panel. The large warehouse addition, built in 1970, mimics the original warehouse and is compatible with the buildings, but does not contribute to Capitol Car Distributor's significance under Criterion C.

The property's design incorporated New Formalism's use of formal landscape, though rather than a central plaza with fountain or sculpture, the front parking area with grey stone pavers serves as a plaza. Ethelbert Furlong's Japanese garden to the east incorporates a water element into the property's design. The property won an architectural award from the Washington Board of Trade (Washington Post 1969, E2) and an industrial landscaping award from the American Association of Nurserymen (New York Times 1966, 27).

The property was not evaluated under Criterion D.

Integrity

Capitol Car Distributors has integrity of location since it remains in its original location.

The property, both the administrative building/warehouse and the surrounding landscape, has integrity of design. The building retains the character-defining features of a New Formalist corporate office building, as defined in the evaluation section. Although the large 1970 warehouse addition does not contribute to the property's significance, its design mimicking the original warehouse is compatible with the original building and lessens the impact of the addition to the overall design. Ethelbert Furlong's Japanese garden also has integrity; original larger features such as the pergola, paved terraces, stone retaining walls, the bridge, and planting beds convey the original design. The original pond was removed, but by planting the area with grass the original shape is still recognizable. The property was designed to be sheltered from surrounding properties and highway through the retention of mature trees along the peripheries. These areas of trees remain intact and contribute to the property's design.

Capitol Car Distributors retains its integrity of setting. Although the area surrounding the property has been developed subsequent to the headquarters' construction, the trees at the property's perimeter screen the modern development and have mostly preserved its isolated feeling.

The property has integrity of materials and workmanship. The buildings' exteriors retain many of their original materials, such as the exterior walls' concrete and brick, original windows and doors, and stone-paved ramps. Sidewalks and walkways, such as those leading from the west end of the administration building to the original warehouse, have original grey stone pavers that match those used in the parking area and ramp. The garden's original pergola, retaining walls, and bridges also contribute to the property's integrity of materials and workmanship.

NR-ELIGIBILITY REVIEW FORM

PG:70-95                                          Capitol Car Distributors

Page 3

---

Capitol Car Distributors has integrity of feeling and association.  Although no longer owned by the original owner, the property is still a corporate office building and retains much of its original character.

Period of Significance

The property's period of significance is 1965, the date when the building was completed.

Boundary

Capitol Car Distributor's historic boundary encompasses the 38.64-acre parcel, (Tax Map 0052, Parcel A) that contains the building and surrounding landscaping.

Works Cited

Manning, Matt, Danae Peckler, Kerri Barile, Christeen Taniguchi, and Matthew Bray. 2019. Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties, Maryland.

New York Times. 1966. "13 Businesses Honored for their Landscaping." November 16, 1966. 27.

Washington Post. 1969. "HUD Office Honored by Trade Unit." November 20, 1969. E2.

Capitol Car Distributors Headquarters      Case 8:20-cv-02564-DKC      Document 59-8      Filed 10/30/23      Page 90 of 207      Prince George's County

Location: 9300 Martin Luther King Jr. Highway                                                                                                    City: Lanham



USGS 7.5' Quadrangle - Lanham

0      0.5      1 Miles

Scale: 1:24,000

N

Location: 9300 Martin Luther King Jr. Highway                                                                                    City: Lanham



Parcel Boundaries

0          0.07          0.15
|__|__|__|__|__|__|__| Miles
Scale: 1:5,000

N

00007895

Capitol Car Distributors



Administration Building Southeast Corner Looking Northwest



Administration Building Southwest Corner Looking Northeast

**PHOTOGRAPHS**



Administrative Building South Elevation Colonnade Looking West



View of Japanese Garden from the Administrative Building Looking Southeast

PG:70-95                                    Capitol Car Distributors
**PHOTO LOG**

Number of Photos: **4**
Name of Photographer: **Katherine Watts and Mical Tawney**
Date of Photographs: **2019-07-09**
Location of Original Digital File: **MD SHPO**
File Format: **PG:70-95_2019-07-09_01.tif… etc.**

*Photographs inserted on continuation sheets:*

PG;70-95_2019-07-09_01.tif
Administration Building Southeast Corner Looking Northwest

PG;70-95_2019-07-09_02.TIF
Administration Building Southwest Corner Looking Northeast

PG;70-95_2019-07-09_03.TIF
Administrative Building South Elevation Colonnade Looking West

PG;70-95_2019-07-09_04.TIF
View of Japanese Garden from the Administrative Building Looking Southeast

# Addendum to
# Maryland Historical Trust
# Maryland Inventory of
# Historic Properties Form

**Inventory No. M: 31-7**

Page **1** of **4**
**Name of Property: Capitol View Park Historic District**
**Location: Silver Spring (Montgomery County)**

---

The Capitol View Park Historic District was previously surveyed in 1975, 1979, and 2001. In 2001, the Maryland Historical Trust concurred with the Maryland State Highway Administration that the district was eligible for listing in the National Register of Historic Places under Criteria A and C as a representative planned suburban neighborhood along the Metropolitan Branch of the B&O Railroad, illustrating popular residential building styles from its period of significance, 1887-1941. Capitol View Park Historic District has an irregular boundary due to the exclusion of infill properties. The 2001 form stated the boundary was "delineated to include all structures constructed during the period of significance."

Minor inconsistencies between the mapped boundary and the contributing property list are corrected as part of this Addendum.

The original contributing resource list includes The Castle at Forest Glen at 10 Post Office Road (Map HP652, Parcel 000, Lot 7, encompassing 0.59 acres and inventoried as MIHP No. M: 31-8-4, Castle Glen Apartments). The boundary line has been corrected to incorporate the stone walls surrounding the associated parking area south of the commercial property. The parking area for The Castle at Forest Glen is located on a separate 0.16-acre parcel on Post Office Road at Map HP562, Parcel P609. This triangular parcel is southeast of Post Office Road, north of Forest Glen Road, and southwest of Capitol View Avenue.  The stone walls feature posts topped by urns and curved walls between posts of different heights to create the effect of a gateway clearly associated with The Castle at Forest Glen.  The walls appear to have built in the 1920s, fitting the period of significance for the Capitol View Park Historic District.

The houses at 9715, 9717, and 9723 Capitol View Avenue are included as contributing resources but are partially or entirely outside the mapped boundary. Two of these buildings also have inaccurate addresses. The houses at 9717 and 9723 Capitol View Avenue should replace those addressed as 9711 and 9719 Capitol View Avenue, neither of which exist. The map has been corrected to show these included houses.

Along Capitol View Avenue at the district's western boundary, the boundary line cut diagonally across multiple parcels. The boundary has been corrected to reflect the contributing resource list at this location.

**Prepared by:** MDOT SHA Consultant Architectural Historian Rebecca Crew          **Date:** June 14, 2019

# Addendum to
# Maryland Historical Trust
# Maryland Inventory of
# Historic Properties Form

**Inventory No. M: 31-7**

Page **2** of **4**
**Name of Property: Capitol View Park Historic District**
**Location: Silver Spring (Montgomery County)**

---

The following corrections have been made to the list of contributing properties from 2001:

- Post Office Road Parcel P609 (parking area associated with 10 Office Road)
- 9706 Capitol View Avenue (included within the mapped boundary but not previously listed; built ca. 1908, within period of significance)
- 9717 Capitol View Avenue (replaces 9711 Capitol View Avenue, which does not exist)
- 9723 Capitol View Avenue (replaces 9719 Capitol View Avenue, which does not exist)
- 9822 Capitol View Avenue (included within the mapped boundary but not previously listed; built ca. 1923, within period of significance)
- 10245 Capitol View Avenue (M: 31-7-14, included within the mapped boundary, but not previously listed; built ca. 1893, within period of significance)
- 10106 Day Avenue (included within the mapped boundary, but not previously listed; described as Trimble Estate in original form, formerly 10011 Capitol View Avenue; built ca. 1914, within period of significance)

The updated list of contributing properties to the Capitol View Park Historic District is as follows:

- 2801 Barker Street (Thomas Hahn House)
- 2910 Barker Street
- 2914 Barker Street

- 2801 Beechbank Road
- 2802 Beechbank Road
- 2804 Beechbank Road
- 2808 Beechbank Road

- 9706 Capitol View Avenue
- 9708 Capitol View Avenue
- 9710 Capitol View Avenue
- 9715 Capitol View Avenue
- 9717 Capitol View Avenue
- 9723 Capitol View Avenue
- 9808 Capitol View Avenue
- 9811 Capitol View Avenue (M: 31-7-18)
- 9816 Capitol View Avenue
- 9819 Capitol View Avenue (M: 31-7-13)
- 9822 Capitol View Avenue
- 9826 Capitol View Avenue

**Prepared by:** MDOT SHA Consultant Architectural Historian Rebecca Crew       **Date:** June 14, 2019

# Addendum to
# Maryland Historical Trust
# Maryland Inventory of
# Historic Properties Form

**Inventory No. M: 31-7**

Page **3** of **4**
**Name of Property: Capitol View Park Historic District**
**Location: Silver Spring (Montgomery County)**

---

- 9829 Capitol View Avenue (M: 31-7-54)
- 9830 Capitol View Avenue
- 9834 Capitol View Avenue (Carson House)
- 9904 Capitol View Avenue
- 9906 Capitol View Avenue
- 9907 Capitol View A venue
- 9911 Capitol View Avenue
- 9913 Capitol View Avenue
- 9921 Capitol View Avenue
- 9925 Capitol View Avenue
- 9927 Capitol View Avenue
- 10012 Capitol View Avenue (M: 31-7-2)
- 10106 Capitol View Avenue
- 10110 Capitol View Avenue
- 10122 Capitol View Avenue
- 10124 Capitol View Avenue
- 10200 Capitol View Avenue
- 10210 Capitol View Avenue
- 10212 Capitol View Avenue
- 10213 Capitol View Avenue (M: 31-7-15)
- 10220 Capitol View Avenue
- 10232 Capitol View Avenue
- 10233 Capitol View Avenue (M: 31-7-17)
- 10235 Capitol View Avenue
- 10245 Capitol View Avenue (M: 31-7-14)

- 10106 Day Avenue (Trimble Estate)

- 10109 Grant Avenue (M: 31-7-20)

- 3108 Lee Street
- 3113 Lee Street
- 3120 Lee Street (Mullett House)

- 10019 Menlo Avenue (Willson House)
- 10023 Menlo Avenue (Ireland House)
- 10203 Menlo Avenue

**Prepared by:** MDOT SHA Consultant Architectural Historian Rebecca Crew          **Date:** June 14, 2019

# Addendum to
# Maryland Historical Trust
# Maryland Inventory of
# Historic Properties Form

Inventory No. M: 31-7

Page **4** of **4**
**Name of Property: Capitol View Park Historic District**
**Location: Silver Spring (Montgomery County)**

---

- 10207 Menlo Avenue (Weiss House, M: 31-7-19; individual MIHP lists incorrect address [10209])
- 10211 Menlo Avenue
- 10215 Menlo Avenue
- 10217 Menlo Avenue
- 10225 Menlo Avenue
- 10118 Meredith Street
- 10200 Meredith Street
- 10201 Meredith Street (Wolff House)
- 10203 Meredith Street

- 6 Post Office Road (M: 31-8-3)
- 10 Post Office Road (M: 31-8-4); includes associated parking area to the south at Parcel P609

- 10013 Stoneybrook Drive (M: 31-7-16)

**Prepared by:** MDOT SHA Consultant Architectural Historian Rebecca Crew       **Date:** June 14, 2019

**Capitol View Park Historic District** Case 8:22-cv-02597-DKC Document 59-8 Filed 10/30/23 Page 99 of 207 Montgomery County

Location: Capitol View Avenue, Meredith Avenue, Pine Street, Lee Street, Stonebrook Drive, Barker Street, Menlo Avenue, Warner Avenue, Beechbank Road    City: Silver Spr



Parcel Boundaries

0    0.1    0.2
Miles
Scale: 1:5,500

N

# Addendum to
# Maryland Historical Trust
# Maryland Inventory of
# Historic Properties Form

**Inventory No.  M: 29-59**

Page **1** of **1**
**Name of Property: 8214 Stone Trail Drive, Carderock Springs Historic District**
**Location: Montgomery County, MD**

---

8214 Stone Trail Drive is not included in the 2008 Carderock Springs Historic District NRHP form.  This addendum corrects the oversight and provides the contributing status of the property.

8214 Stone Trail Drive, completed in 1968, is a split-level constructed by Edmund Bennett following the "Clubview" model designed by Keyes, Lethbridge, & Condon for the Carderock Springs development. The property was sold by Edmond J. Bennett Associates, Inc. on May 17, 1968, indicating that construction of the dwelling likely began in 1967 (Montgomery County Deed Book 3743:51, 1968). This date falls within the district's period of significance of 1962-1967; the house is clearly contemporary with the other Bennett models in Carderock Springs and is part of the development's original construction, which the period of significance is intended to encompass.

The dwelling is relatively unmodified and displays the same high degree of integrity as adjacent Clubview models (such as 8212, 8215, and 8216 Stone Trail Drive).  The NRHP form indicates that properties will contribute to the district if they retain integrity as examples of their type and are associated with the theme of Bennett/KLC collaboration.  8214 Stone Trail Drive meets these qualifications and contributes to the Carderock Springs Historic District.



8214 Stone Trail Drive (*credit: Google Street View – April 2012*)

**Prepared by: Sarah Groesbeck**                    **Date: June 25, 2019**

00007905

**MARYLAND HISTORICAL TRUST**
**DETERMINATION OF ELIGIBILITY FORM**

NR Eligible:  yes

no

| | | | |
|---|---|---|---|
| Property Name: | Carderock Springs South | Inventory Number: | M: 35-194 |

Address:  6801-6917 Persimmon Tree RD 1-13 Persimmon Court; 8300-8324     Historic district:   X   yes     no
(even only) Tomlinson Avenue; 7000-7037 Barkwater Court

| City: | Bethesda | Zip Code: | 20817 | County: | Montgomery |
|---|---|---|---|---|---|

USGS Quadrangle(s):  Falls Church

| Property Owner: | Multiple | Tax Account ID Number: | Multiple |
|---|---|---|---|

| Tax Map Parcel Number(s): | Multiple | Tax Map Number: | GN12 |
|---|---|---|---|

| Project: | I-495 & I-270 Managed Lanes Study | Agency: | MDOT SHA |
|---|---|---|---|

Agency Prepared By:  Dovetail CRG

| Preparer's Name: | Danae Peckler | Date Prepared: | 12/2018 |
|---|---|---|---|

Documentation is presented in:  Project review and compliance files

Preparer's Eligibility Recommendation:     X   Eligibility recommended     Eligibility not recommended

Criteria:   A   B   X C   D    Considerations:   A   B   C   D   E   F   G

*Complete if the property is a contributing or non-contributing resource to a NR district/property:*

Name of the District/Property:

| Inventory Number: | | Eligible: | yes | Listed: | yes |
|---|---|---|---|---|---|

| Site visit by MHT Staff | yes | X   no | Name: | | Date: |
|---|---|---|---|---|---|

Description of Property and Justification:   *(Please attach map and photo)*

Setting:

The planned residential development known as Carderock Springs South is located south of Interstate-495 (I-495) in Bethesda, bounded by Persimmon Tree Road on the west, Tomlinson Avenue on the north, and other residential development on the east and south sides. The resource contains a total of 21.12 acres, of which 4.39 acres is a wooded park owned by the Carderock Spring South homeowners association (Montgomery County Plats [MCP] 8477). The development is filled with 45 single-family dwellings along Persimmon Tree Road, Persimmon Court, Tomlinson Avenue, and Barkwater Court. A sign located at the southeast corner of the intersection of Persimmon Tree Road and Tomlinson Avenue denotes the area as "Carderock Springs South." The development has a naturalistic setting and is void of public sidewalks while cul-de-sacs feature a central landscaped island. Some natural topographic features were retained along with mature trees throughout the neighborhood. Individual lots are further landscaped with grassy lawns, shrubbery, and other ornamental foliage.

---

**MARYLAND HISTORICAL TRUST REVIEW**

**Eligibility recommended**      **Eligibility not recommended**

**Criteria:**   A   B   C   D    **Considerations:**   A   B   C   D   E   F   G

**MHT Comments:**

 

**Reviewer, Office of Preservation Services**       **Date**

**Reviewer, National Register Program**       **Date**

_____

Description:

Carderock Springs South, advertised as the last and final section of the Carderock Springs planned residential subdivision, features four types of single-family dwellings designed by architects Keyes, Lethbridge & Condon (KLC) for developer Edmund Bennett constructed between 1967 and 1970. These Contemporary-style house types include the Overlook (Mark II), Hillcrest (Mark II and III), Pineview (Mark II and III), and Glenmore (Mark II) models, all of which are detailed in the "Subdivisions Built by Edmund Bennett and designed by Keyes, Lethbridge & Condon in Montgomery County, Maryland, 1956-1973," National Register of Historic Places (NRHP) Multiple Property Documentation (MPD) form (Gournay and Corbin Sies 2004, E-77 and E-85, Plates 41-45).

A majority of the houses in the subdivision are Pineview models, though updated versions of the Overlook and Hillcrest are equally as popular. The Glenmore model is somewhat less common given its hillside form and the gentle rolling topography of the subdivision. Most houses face the roadway from which they are accessed, although some variation is seen within the "cluster groupings" and "quad courts" (Gournay and Corbin Sies 2004, E-77). All houses in the subdivision rest on continuous poured-concrete foundations, some of which are slabs on grade. In some Overlook and Glenmore model houses, the concrete foundation is augmented by fluted concrete panels featuring rusticated or rough-edged vertical strips in keeping with the rustic natural aesthetic and use of durable materials throughout the subdivision. The frame structural systems of these dwellings are predominantly clad in a stretcher-bond brick veneer. A smaller number of houses are clad in wood siding like board-and-batten, simple-drop weatherboard, or T1-11 siding. Pineview models are predominantly clad in brick veneer with an attached garage bay clad in some type of wood siding. All houses in Carderock Springs South are covered by side-gabled roofs with wide overhanging eaves, and most feature one exterior- or interior-end brick chimney. In some houses, original metal flues indicate the placement of an interior wood-burning stove in the same location as the typical chimney stack. A majority of the roofs are clad in asphalt shingles, but two examples of cedar-shingled roofs remain at 5 Persimmon Court and 7005 Barkwater Court, though they may not be the original material.

Primary entries and other fenestration have not been substantially altered in most of the houses. The original front doors vary in design, but are all single-leaf wood doors, some with ornamental features like square panels lined by decorative trim while others are solid wood or feature three diagonally placed rectangular lights near the top. Original aluminum-framed, sliding sash windows with white wood surrounds remain a dominant visual characteristic of the neighborhood. Additions, where present, typically extend from the rear elevation of the house and are not visible from the roadway (7021 Barkwater Court and 12 Persimmon Court). The most common addition appears to be an enlarged wood deck along the rear or side elevation, most of which are not visible from the roadway. Three houses feature a small one-bay garage or carport addition to the side of the house which often matches the original in materials, while five original garage bays have been enclosed to create additional living space (7017 and 7033 Barkwater Court, 6801 and 6905 Persimmon Tree Road, and 1 Persimmon Court). The carports of several Hillcrest models have been partially framed in but continue to function as garages. Two houses have recently constructed detached garages or sheds at the rear side of the property not visible from the street, and three houses have in-ground pools visible on current satellite imagery (Google 2018).

A few houses feature alterations that have substantially changed the façade: two instances of modifications to the main entry have resulted in projecting central bays at 7016 Barkwater Court and 6913 Persimmon Tree Road, while sizeable additions have impacted the footprint and general appearance of the houses at 8304 and 8320 Tomlinson Avenue and 7000 Barkwater Court, though the design of this new construction is fairly sympathetic to the original building. Some main entry doors, window units, and wood railings along balconies have been replaced over time, but most retain original design characteristics and materials (i.e., single-leaf wood doors, overhead aluminum garage doors, or paired metal-framed, sliding sashes with white wood surrounds). One exception is the house at 7037 Barkwater Court where fenestration at the façade was altered significantly with one-over-one,

**MARYLAND HISTORICAL TRUST REVIEW**

**Eligibility recommended** _____    **Eligibility not recommended** _____

**Criteria:**    A    B    C    D    **Considerations:**    A    B    C    D    E    F    G

**MHT Comments:**


_____        _____
       **Reviewer, Office of Preservation Services**                    **Date**

_____        _____
       **Reviewer, National Register Program**                         **Date**

double-hung, replacement windows and enclosure of the upper level balcony. Nearly a dozen houses in the subdivision have been painted, losing their original naturalistic color palette.

The landscape of most lots is marked by natural contours, mature trees, shrubs, ornamental ground cover, and sections of grassy lawn. Driveways typically extend from the roadway to the garage with additional pavement on one side or the other for more parking space and are often connected to the front door by similarly designed stone-paver sidewalks. About half of the lots share the same mailbox mounted on a wood stand and marked with the house number--a feature seen in other sections of Carderock Springs.

The landscape of the subdivision retains a natural setting with paved streets lacking curbs, few original streetlights (metal posts topped by a white globe), and no sidewalks (though a small stretch of sidewalk was recently added to the southeast corner of Persimmon Tree Road to facilitate access to a bus stop there). Additional small-scale streetlights, likely introduced in the 1980s, are modest in size and also can be found throughout the larger Carderock Springs neighborhood. A sign at the corner of Tomlinson Avenue and Persimmon Tree Road rests on an uncut, uncoursed, stone wall with a built-in planter topped by stacked timbers featuring "Carderock Springs South." It was likely designed by landscape architect Thurman Donovan, who was also involved in the design of the overall landscape and some individual lots (Gournay and Corbin Sies 2004, E-84). A 4.39-acre commonly owned park crosses through the subdivision in a northwest-southeast direction, connecting to the Carderock Springs Neighborhood Conservation Area (CSNCA) at the southeast corner of the subdivision. This wooded common is preserved in a natural state.

Historic Context:

The 21.12 acres within the Carderock Springs South planned residential development was purchased by the Bennett Construction Company in 1965 and platted in August 1966 with the same 45 single-family dwelling lots and central open space configuration that remains today (Montgomery County Deed Book [MCDB] 3452, 297; MCP 8477). Identified as one of six well-preserved "visual communities" in the MPD for Bennett's subdivisions with KLC-designed houses, this development was marketed as the first "Montgomery County-approved cluster planned community," and "the final section" of the widely acclaimed Carderock Springs neighborhood situated just north of I-495 and included many similarly styled houses within a similar landscape setting (Gournay and Corbin Sies 2004, Plate 41).

Built between 1967 and 1971 during the Suburban Diversification Period (1961-1980), the four house types in Carderock Springs South illustrate Bennett's economical construction techniques and KLC's architectural expression of a "new regionalism" in a Contemporary modernist design (Gournay and Corbin Sies 2004, E-38, E-49; Manning et al. 2018). As one of two later examples of this collaboration, the neighborhood embodies Bennett's pragmatic trial and error approach in his developments, "highlighting the constant desire, on the part of the builder and his architects, to improve upon the floor plans of these suburban tract houses" (Gournay and Sies 2004, E-59). The designs for dwellings in Carderock Springs South were modified from previous models used in Carderock Springs and share similar characteristics to later houses constructed for Bennett and KLC's New Mark Commons (M: 26-40), like the use of fluted concrete panels at the lower levels of the Glenmore and Overlook models not seen in the earlier sections of Carderock Springs (Gournay and Sies 2004, E-85). Lots in Carderock Springs South were slightly smaller than those in the earlier sections of the development with two house plans decreasing slightly in size and the addition of a new "bow window motif" to the Hillcrest model's living room (Gournay and Sies 2004, E-85). Consistent patterns of landscaping on individual lots throughout the subdivision suggest that some homeowners used T.D. Donovan's landscape plans, available from the developer at a low additional cost. An example of Donovan's work, one original plan from a house in an earlier section of Carderock Springs depicted a "random flagstone walk interspersed with bushes leading from the driveway to the entrance terrace" (Gournay and Sies 2004, E-76).

---

**MARYLAND HISTORICAL TRUST REVIEW**

**Eligibility recommended**                    **Eligibility not recommended**

**Criteria:**    A    B    C    D    **Considerations:**    A    B    C    D    E    F    G

**MHT Comments:**


_____                    _____
   **Reviewer, Office of Preservation Services**              **Date**

_____                    _____
      **Reviewer, National Register Program**                  **Date**

Typical of Bennett's subdivisions during this period, Carderock Springs South reflects leading design concepts in its use of cluster development, landscape preservation techniques, buried power lines, community facilities, and architectural covenants to create a picturesque and environmentally sensitive neighborhood that stood apart from the work of his contemporaries. By using cluster development techniques and reserving a large open space for passive recreation, Bennett was responding to the increasing environmental awareness of area residents. As the first locally approved cluster planned community, Carderock Springs South illustrates one of the desired goals set forth for residential development in M-NCPPC's 1964 general plan (Manning et al. 2018, C-4). Although he was not the first to have used cluster development techniques in Montgomery County, this subdivision appears to have been the first time they were officially approved for use in a single-family residential setting.

Clustering development to create larger expanses of open space had been occurring in garden apartment complexes throughout the D.C. area since the mid-1950s when Carl Freeman and landscape architect S.E. Sanders sought to preserve much of the natural topography along with mature trees to lessen new development's destructive impacts on the environment (Kelly 2012, 8-11). Bennett used similar cluster techniques in the earlier sections of Carderock Springs, where his "triad" or "quad" courts and their central landscaped islands appealed to Montgomery County planners and residents alike (Gournay and Sies 2004, E-77). Bennett also experimented with buried utility lines in the first phases of Carderock Springs, influencing Montgomery County's 1965 law requiring such work for all new subdivisions (Gournay and Corbin Sies 2004, E-44).

In addition to having localized open space, the residents in Carderock Springs South were assured membership in the communal recreation facilities of the larger Carderock Springs neighborhood, including access to its tennis and swim clubs, basketball courts, playgrounds, picnic areas, nature trails, and community center (Gournay and Corbin Sies 2004, Plate 41). In offering these shared facilities, Bennett was following recent trends in the construction of new residential communities where these communal spaces were marketed as a vehicle for inclusion and sense of belonging (Gournay and Corbin Sies 2004, Plate 41; The Washington Post 1967, E10). A leader in cultivating a "brand" identity for each of his developments, Bennett worked to lure young professionals to the subdivision as he had in the other sections of the neighborhood (The Washington Post 1967, E10). Relying heavily on market research, Bennett's efforts were in keeping with other leading developers of the period, including Carl Freeman and his "Americana" brand—initially used for single-family dwellings, but later applied to multi-family residential communities (Kelly 2012, 8-3).

To maintain the character of his subdivisions, Bennett established architectural covenants specific to each development. In April 1968, Bennett established the Carderock Springs South Homes Association, Inc., in a deed that simultaneously created provisions for membership in the organization, use and maintenance of its communal facilities, architectural controls for the subdivision, and perpetual easements over light posts and landscaping within 10 feet of all roadways (MCDB 3738, 477-486). Additional stipulations prohibited unsightly fences, temporary storage structures, and on-street parking.

Evaluation:

Based on the "Suburbanization Historic Context Addendum I-495/I-270 Managed Lane Study, Montgomery & Prince George's Counties, Maryland, Suburban Diversification Period (1961-1980)," Carderock Springs South retains all of the character-defining elements of a planned residential subdivision including building setbacks, scale, and architectural features reflecting the period and original streetscape design (Manning et al. 2018, E-7, E-11). As a district, Carderock Springs South also meets the registration requirements specified in the 2004 MPD as it "retains the key features of site planning, landscaping, and communal uses which are characteristic of Bennett/KLC collaboration, and the majority of houses within the subdivision… [possess] integrity of design, form, and materials to clearly identify them as representative examples of their type" (Gournay and Sies 2004, E-99).

While this development was advertised as the first approved cluster planned community in Montgomery County, the same type of

---

**MARYLAND HISTORICAL TRUST REVIEW**

**Eligibility recommended** _____    **Eligibility not recommended** _____

Criteria:    A ___    B ___    C ___    D ___    Considerations:    A ___    B ___    C ___    D ___    E ___    F ___    G ___

**MHT Comments:**



_____        _____
        **Reviewer, Office of Preservation Services**                            **Date**

_____        _____
        **Reviewer, National Register Program**                            **Date**

cluster patterns had occurred elsewhere in the county, particularly in multi-family and mixed-type residential developments. Further, Bennett's initial efforts to bury power lines in the earlier sections of Carderock Springs proved to be the impetus for the change in local zoning regulations and were a local requirement by the time the South section was developed. Therefore, this subdivision is not eligible for the NRHP under Criterion A. Additional archival research did not yield any significant associations with important individuals in the past, and therefore, this resource is not eligible under Criterion B.

Typical of Bennett/KLC subdivisions, the Carderock Springs South development integrates the architecture of the buildings, streets, neighborhood and individual lot layout, with the overall landscape design to present an alternative to the "ordinary" neighborhoods constructed during the Suburban Diversification Period (Gournay and Corbin Sies 2004, E-33). (For more information about common trends and design characteristics in Planned Residential Developments during this time period, see Manning et al. 2018). The Carderock Springs South planned residential development is one of six neighborhoods identified as historically significant under Criterion C as part of the Bennett/KLC subdivisions MPD (Gournay and Corbin Sies 2004, E-4). This subdivision has not been individually recorded in the Maryland Historical Trust's (MHT) Maryland Inventory of Historic Properties (MIHP), while five such subdivisions have been recorded, including New Mark Commons (M: 26-40), Carderock Springs (M: 29-59), Kenwood Park (M: 35-156), Potomac Overlook (M: 35-157), and Flint Hill (M: 35-158).

The 2004 MPD identified four residential models for the 45 KLC-designed houses in Carderock Springs South as well as key elements of site planning, landscaping, and community amenities, including T.D. Donovan-designed signage and landscaping for some individual lots, triad courts and landscaped islands in the cul-de-sacs, and a commonly owned wooded park--all of which remain intact and in good condition (Gournay and Corbin Sies 2004, E-84-85).

For these reasons, Carderock Springs South is eligible as a district under NRHP Criterion C.

As an architectural resource, the resource was not evaluated under NRHP Criterion D. Based on the evaluated Criteria, Carderock Springs South is eligible for listing in the NRHP.

Although it falls within the period of significance prescribed for Montgomery County's Bennett/KLC subdivisions (1956-1973), a more specific period of significance for this resource is 1966-1971, beginning with the establishment of the park and ending when all of the houses within the subdivision were completed. The landscape and overall design characteristics of the neighborhood remain intact with a high level of historic integrity. While some of the individual houses and lot landscaping have changed over time, these alterations have not compromised the design of the individual properties. Similar modifications to houses in this development exist throughout earlier sections of Carderock Springs, likely due to the fact that exterior changes are controlled by the same Architectural Review Committee (Carderock Springs Citizens' Association 2018). Many modifications to the landscape were limited by deed restrictions established by Bennett in keeping with other properties in the older sections of Carderock Springs. Although some of the buildings have had minor modifications, they all remain recognizable as being from their period of construction and continue to contribute to Carderock Springs South's its historic significance.

The resource boundary for the Carderock Springs South subdivision includes 21.12 acres of land as it was originally platted and which remains unchanged to date (MCP 8477).

References:

Carderock Springs Citizens' Association. 2018. Architectural Review. Accessed October 18, 2018. http://www.carderocksprings.net/article/3/architectural-review.

| MARYLAND HISTORICAL TRUST REVIEW | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Eligibility recommended** | | | | **Eligibility not recommended** | | | | | | |
| **Criteria:** | A | B | C | D | **Considerations:** | A | B | C | D | E | F | G |
| **MHT Comments:** | | | | | | | | | | |
| | **Reviewer, Office of Preservation Services** | | | | | **Date** | | | | |
| | **Reviewer, National Register Program** | | | | | **Date** | | | | |

M: 35-194                                    Carderock Springs South

Page 6

Google. 2018. Google Earth [Computer Program]. Accessed September 21, 2018. http://www.google.com/earth/download/ge/agree.html

Gournay, Isabelle, and Mary Corbin Sies. 2004. National Register of Historic Places Nomination Form: Subdivisions built by Edmund Bennett and designed by Keyes, Lethbridge & Condon in Montgomery County, Maryland (1956-1973). Copy on file at Montgomery Modern, Maryland-National Capital Park and Planning Commission. Http://montgomeryplanning.org/historic/montgomery_modern/keyes_lethbridge_condon.shtm.

Kelly, Clare Lise. 2012. Maryland Historical Trust, Maryland Inventory of Historic Properties Form: Americana Glenmont (M: 31-43). Copy on file at the Maryland Historical Trust, Crownsville, Maryland.

Manning, Matt, Danae Peckler, Kerri Barile, Christeen Taniguchi, and Matthew Bray. RK&K. 2018. Suburbanization Historic Context Addendum I-495/I-270 Managed Lane Study, Montgomery & Prince George's Counties, Maryland, Suburban Diversification Period (1961-1980). Draft. Prepared for the Maryland Department of Transportation State Highway Administration.

Maryland Historical Trust (MHT). 2018. Maryland's National Register Properties: Carderock Springs (M: 29-59) and New Mark Commons (M: 26-40). Accessed October 4, 2018. https://mht.maryland.gov/research_nationalregister.shtml.

Montgomery County Deed Book (MCDB). Misc. years. Montgomery County Land Records, Archives of Maryland Online. Accessed August 30, 2018. http://www.mdlandrec.net/.

Montgomery County Plats (MCP). Misc. years. Montgomery County Land Survey, Subdivision, and Condominium Plats, Archives of Maryland Online. Accessed August 20, 2018. http://www.msa.md.gov/megafile/msa/stagser/s1500/s1529/html/0000.html.

The Washington Post. 1967. Advertisement for Carderock Springs South. December 16, 1967. E10.

**MARYLAND HISTORICAL TRUST REVIEW**

**Eligibility recommended** _____    **Eligibility not recommended** _____

**Criteria:**    A _____    B _____    C _____    D _____    **Considerations:**    A _____    B _____    C _____    D _____    E _____    F _____    G _____

**MHT Comments:**

_____          _____
          **Reviewer, Office of Preservation Services**                          **Date**

_____          _____
          **Reviewer, National Register Program**                          **Date**

**Carderock Springs South**
Location: 6801-6917 Persimmon Tree Road; 1-16 Persimmont Court;
8300-8324 (evens only) Tomlinson Avenue; 7000-7037 Barkwater Court
City: Bethesda

**MIHP#: M: 35-194**
Montgomery County



USGS 7.5' Quadrangle - Falls Church

0        0.3        0.6
Miles
Scale: 1:24,000

N

00007912

Location: 6801-6917 Persimmon Tree Rd, 1-16 Persimmon Court; 8300-8324 (even only) Tomlinson Avenue; 7000-7037 Barkwater Court

**MIHP#: M: 35-194**
Montgomery County



Parcel Boundaries

0    0.03    0.06 Miles
Scale: 1:2,200

N

00007913

Carderock Springs South (M: 35-194)
6801–6917 Persimmon Tree Road, 1–16 Persimmon Court;
8300–8324 (even only) Tomlinson Avenue; 7000–7037 Barkwater Court
Bethesda, Montgomery County, Maryland

| Function | Address | Date of Construction | Contributing Status (C/NC) | Reasoning |
|---|---|---|---|---|
| House | 1 PERSIMMON CT | 1968 | C | |
| House | 2 PERSIMMON CT | 1968 | C | |
| House | 4 PERSIMMON CT | 1968 | C | |
| House | 5 PERSIMMON CT | 1968 | C | |
| House | 8 PERSIMMON CT | 1968 | C | |
| House | 9 PERSIMMON CT | 1968 | C | |
| House | 12 PERSIMMON CT | 1968 | C | |
| House | 13 PERSIMMON CT | 1968 | C | |
| House | 16 PERSIMMON CT | 1968 | C | |
| House | 6801 PERSIMMON TREE RD | 1968 | C | |
| House | 6805 PERSIMMON TREE RD | 1968 | C | |
| House | 6809 PERSIMMON TREE RD | 1968 | C | |
| House | 6813 PERSIMMON TREE RD | 1968 | C | |
| House | 6817 PERSIMMON TREE RD | 1968 | C | |
| House | 6821 PERSIMMON TREE RD | 1968 | C | |
| House | 6901 PERSIMMON TREE RD | 1968 | C | |
| House | 6905 PERSIMMON TREE RD | 1968 | C | |
| House | 6909 PERSIMMON TREE RD | 1968 | C | |
| House | 6913 PERSIMMON TREE RD | 1968 | C | |
| House | 6917 PERSIMMON TREE RD | 1968 | C | |
| House | 7000 BARKWATER CT | 1969 | C | |
| House | 7001 BARKWATER CT | 1969 | C | |
| House | 7004 BARKWATER CT | 1969 | C | |
| House | 7005 BARKWATER CT | 1969 | C | |
| House | 7008 BARKWATER CT | 1969 | C | |
| House | 7009 BARKWATER CT | 1969 | C | |
| House | 7013 BARKWATER CT | 1969 | C | |
| House | 7016 BARKWATER CT | 1969 | C | |
| House | 7017 BARKWATER CT | 1969 | C | |
| House | 7020 BARKWATER CT | 1969 | C | |
| House | 7021 BARKWATER CT | 1969 | C | |

**Carderock Springs South (M: 35-194)**
**6801–6917 Persimmon Tree Road, 1–16 Persimmon Court;**
**8300–8324 (even only) Tomlinson Avenue; 7000–7037 Barkwater Court**
**Bethesda, Montgomery County, Maryland**

| Function | Address | Date of Construction | Contributing Status (C/NC) | Reasoning |
|---|---|---|---|---|
| House | 7024 BARKWATER CT | 1969 | C | |
| House | 7025 BARKWATER CT | 1969 | C | |
| House | 7028 BARKWATER CT | 1969 | C | |
| House | 7029 BARKWATER CT | 1969 | C | |
| House | 7032 BARKWATER CT | 1969 | C | |
| House | 7033 BARKWATER CT | 1969 | C | |
| House | 7037 BARKWATER CT | 1969 | C | |
| House | 8300 TOMLINSON AVE | 1969 | C | |
| House | 8304 TOMLINSON AVE | 1968 | C | |
| House | 8308 TOMLINSON AVE | 1969 | C | |
| House | 8312 TOMLINSON AVE | 1968 | C | |
| House | 8316 TOMLINSON AVE | 1968 | C | |
| House | 8320 TOMLINSON AVE | 1968 | C | |
| House | 8324 TOMLINSON AVE | 1968 | C | |
| Park | 0 PERSIMMON TREE RD | 1966 | C | |

Carderock Springs South (M: 35-194)
6801–6917 Persimmon Tree Road, 1–16 Persimmon Court;
8300–8324 (even only) Tomlinson Avenue; 7000–7037 Barkwater Court
Bethesda, Montgomery County, Maryland



Edward J. Bennett Associates, Inc. August 1966 plat of Carderock Springs South (MCP 8477).

00007916

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No  M: 35-194

Name   Carderock Springs South
**Continuation Sheet**

Number   _Photos_  Page 1



**Photo 1 of 18: Carderock Springs South sign at SE corner of Persimmon Tree Road and Tomlinson Avenue.**



**Photo 2 of 18: View of streetscape and cul-de-sac on Persimmon Court and wooded park beyond, looking east.**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No  M: 35-194

Name   Carderock Springs South
**Continuation Sheet**

Number   Photos   Page 2



Photo 3 of 18: View of island in center of Barkwater Court cul-de-sac, looking south.



Photo 4 of 18: View along Barkwater Court, looking north towards Tomlinson Avenue.

00007918

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No  M: 35-194

Name   Carderock Springs South
**Continuation Sheet**

Number   <u>Photos</u>   Page 3



**Photo 5 of 18: View of south elevation of 13 Persimmon Court (Overlook model), looking north.**



**Photo 6 of 18: View of 7004 Barkwater Court (Hillcrest model), looking southeast.**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No M: 35-194

Name   Carderock Springs South
**Continuation Sheet**

Number   <u>Photos</u>   Page 4



**Photo 7 of 18: View of west elevation of 1 Persimmon Court (Glenmore model), looking east.**



**Photo 8 of 18: View of west elevation of 6909 Persimmon Tree Road (Pineview model), looking east.**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No  M: 35-194

Name  Carderock Springs South
**Continuation Sheet**

Number  <u>Photos</u>  Page 5



**Photo 9 of 18: View of west elevation of 7021 Barkwater Court, looking east.**



**Photo 10 of 18: View of west elevation of 7029 Barkwater Court, looking east.**

# Maryland Historical Trust
# Maryland Inventory of
# Historic Properties Form

Inventory No  M: 35-194

Name   Carderock Springs South
**Continuation Sheet**

Number   <u>Photos</u>  Page 6



**Photo 11 of 18: View of north elevation of 4 Persimmon Court, looking south.**



**Photo 12 of 18: View of north elevation of 16 Persimmon Court and original light post, looking south.**

**Maryland Historical Trust
Maryland Inventory of
Historic Properties Form**

Inventory No  M: 35-194

Name   Carderock Springs South
**Continuation Sheet**

Number   Photos   Page 7



Photo 13 of 18: View of 9 Persimmon Court showing landscape, looking northwest.



Photo 14 of 18: View of primary or north elevation of 8308 Tomlinson Avenue, looking south.

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No  M: 35-194

Name   Carderock Springs South
**Continuation Sheet**

Number   __Photos__   Page 8



**Photo 15 of 18: Northeast oblique of 8316 Tomlinson Avenue, looking southwest.**



**Photo 16 of 18: View of communal entrance to wooded park, looking east from Persimmon Court.**

**Maryland Historical Trust
Maryland Inventory of
Historic Properties Form**

Inventory No  M: 35-194

Name   Carderock Springs South
**Continuation Sheet**

Number   <u>Photos</u>   Page 9



**Photo 17 of 18: View of 6917 and 6913 Persimmon Tree Road, looking southeast.**



**Photo 18 of 18: View of 7024 Barkwater Court, looking north.**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No M: 35-194

Name   Carderock Springs South
**Continuation Sheet**

Number   <u>Photos</u>   Page 10

---

**PHOTO LOG**

Name of Property: Carderock Springs South
Name of Photographer:  Melissa Butler, Joe Blondino, and Adriana Moss
Date of Photographs:  09/10/2018
Location of Original Digital File:  MD SHPO

*Photographs inserted on continuation sheets.*

**Photo 1 of 18:**
**View of Carderock Springs South sign at southeast corner of Persimmon Tree Road and Tomlinson Avenue.**
**M; 35-194_2018-09-10_01.tif**

**Photo 2 of 18:**
**View of streetscape and cul-de-sac on Persimmon Court and wooded park beyond, looking east.**
**M; 35-194_2018-09-10_02.tif**

**Photo 3 of 18:**
**View of island in center of Barkwater Court cul-de-sac, looking south.**
**M; 35-194_2018-09-10_03.tif**

**Photo 4 of 18:**
**View along Barkwater Court, looking north towards Tomlinson Avenue.**
**M; 35-194_2018-09-10_04.tif**

**Photo 5 of 18:**
**View of south elevation of 13 Persimmon Court (Overlook model), looking north.**
**M; 35-194_2018-09-10_05.tif**

**Photo 6 of 18:**
**View of 7004 Barkwater Court (Hillcrest model), looking southeast.**
**M; 35-194_2018-09-10_06.tif**

**Photo 7 of 18:**
**View of west elevation of 1 Persimmon Court (Glenmore model), looking east.**
**M; 35-194_2018-09-10_07.tif**

**Photo 8 of 18:**
**View of west elevation of 6909 Persimmon Tree Road (Pineview model), looking east.**
**M; 35-194_2018-09-10_08.tif**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No M: 35-194

Name   Carderock Springs South
**Continuation Sheet**

Number   Photos   Page 11

Photo 9 of 18:
View of west elevation of 7021 Barkwater Court, looking east.
M; 35-194_2018-09-10_09.tif

Photo 10 of 18:
View of west elevation of 7029 Barkwater Court, looking east.
M; 35-194_2018-09-10_10.tif

Photo 11 of 18:
View of north elevation of 4 Persimmon Court, looking south.
M; 35-194_2018-09-10_11.tif

Photo 12 of 18:
View of north elevation of 16 Persimmon Court and original light post, looking south.
M; 35-194_2018-09-10_12.tif

Photo 13 of 18:
View of 9 Persimmon Court showing landscape, looking northwest.
M; 35-194_2018-09-10_13.tif

Photo 14 of 18:
View of primary or north elevation of 8308 Tomlinson Avenue, looking south.
M; 35-194 M; 35-194 M; 35-194_2018-09-10_14.tif

Photo 15 of 18:
Northeast oblique of 8316 Tomlinson Avenue, looking southwest.
M; 35-194_2018-09-10_15.tif

Photo 16 of 18:
View of communal entrance to wooded park, looking east from Persimmon Court.
M; 35-194_2018-09-10_16.tif

Photo 17 of 18:
View of 6917 and 6913 Persimmon Tree Road, looking southeast.
M; 35-194_2018-09-10_17.tif

Photo 18 of 18:
View of 7024 Barkwater Court, looking north.
M; 35-194_2018-09-10_18.tif

# MARYLAND HISTORICAL TRUST
## DETERMINATION OF ELIGIBILITY FORM

NR Eligible: Yes ___

No ___

Property Name: **Carolyn Hill Apartments**　　　Inventory Number: **M: 31-76**

Address: North of Forest Glen Road, east of Capitol View Avenue　　Historic District: No

City: Silver Spring　　　Zip Code: 20910　　　County: Montgomery

USGS Quadrangle(s): Kensington

Property Owner: Multiple　　　Tax Account ID: Multiple

Tax Map Parcel(s): Multiple　　　Tax Map: HP62

Project: I-495 & I-270 Managed Lanes Study　　　Agency: MDOT SHA

Agency Prepared By: Dovetail CRG

Preparer's Name: Mical Tawney　　　Date Prepared: Mar 5, 2019

Documentation is presented in: Project review and compliance files

Preparer's Eligibility Recommendation: Not Recommended

Criteria:  A    B    C    D

Considerations:  A    B    C    D    E    F    G

| *Complete if the property is a contributing or non-contributing resource to a NR district/property:* | | |
|---|---|---|
| Name of the District/Property: | | |
| Inventory Number: | Eligible: | Listed: |

Site visit by MHT Staff ___ yes ___ no　　　Name:　　　Date:

Description of Property and Justification:

Setting:

Carolyn Hill Apartments, currently known as Glen Manor, is a garden apartment building in Silver Spring, Montgomery County. It is bounded by I-495 to the south, the Glen Knolls and Glen Briar developments to the north, Hollow Glen Place to the east, and Capitol View Avenue to the west. The 1.226-acre Carolyn Hill Apartments consists of an L-shaped apartment building framing an adjacent asphalt parking lot. Moderate tree coverage surrounds the building, and bushes line the building on all elevations. There are no secondary structures.

Description:

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| Criteria: ___ A ___ B ___ C ___ D | Considerations: ___ A ___ B ___ C ___ D ___ E ___ F ___ G |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services: | Date: |
| | |
| Reviewer, National Register Program: | Date: |

*Special DOE form produced for the I-270 & I-495 Managed Lanes Study*

Carolyn Hill Apartments is a L-shaped garden apartment building built in 1960 during the Modern Period (1930 – 1960). The building, designed in the Modernist style, has 18 apartment units. The front of the building overlooks the parking lot, with entrances along both ells.  The building is two stories tall with an exposed basement on the rear elevations. The west ell has 11 bays and the east ell has 15 bays. Windows are a combination of fixed and sliding vinyl or metal. The foundation is brick and the siding is common bond brick. The roof is flat; metal flues serve as chimneys. There are three main entrances into the building: one on the west ell, one on the east ell, and one at the elbow between the two. All provide access to interior stairwells behind two-story metal-framed window walls. Entrances, sheltered beneath rounded, flat-roofed canopies, feature fully-glazed, single-leaf, metal framed doors with wide sidelights. The entrance at the intersection of the two ells features stone veneer around the doorway. The rear elevations feature single-leaf wooden doors with cascading lights and metal storm doors.

Historic Context:

The resource was originally part of the Forest Glen Investment Company's Subdivision that was surveyed in 1887 (Montgomery County Plats [MCP] A, 17). The Carolyn Hill Apartment building was constructed in 1960 (MCP 1407 and 1148).  The building is adjacent to a development historically called Glen Manor Gardens, built in 1954, which has been split into two sections that are now called Glen Knolls and Glen Briar. Although they are close in proximity, they do not share a direct history and were developed and constructed separately. Between 1973 and 1974, the L+S Investment Co. acquired Glen Manor Gardens and Carolyn Hill Apartments, converting both to condominiums and combining the two parcels into one.

No articles were found that advertised the new construction of the Carolyn Hill Apartments; however; several articles were found advertising openings in the building in the year of its construction. In February of 1960, an advertisement provides details on renting the apartment; makes note of amenities such as air conditioning, free parking, and the inclusion of utilities in the rent; and mentions the proximity to local schools and shopping (The Washington Post 1960a). It advertised one-bedroom and two-bedroom apartments; all three-bedroom apartments had already been rented. The one-bedroom was $108.75 and the two-bedroom was $129.95 a month (The Washington Post 1960a).  By 1961, pricing for all units had increased: a one-bedroom was $118, a two-bedroom was $137, and a three-bedroom apartment was $159.50 (The Evening Star 1961). The advertisements do not include the names of the developers or builders.

Newspaper articles and plats from this period suggest Carolyn Hill Apartments was renamed Glen Manor in the early 1970s, most likely when the building was purchased by L+S Investment. (The Evening Star 1975, F5). An article in July of 1974 notes that Glen Manor Gardens, inclusive of Glen Manor (Carolyn Hill Apartments), was being converted to condos: "A section of 31, one, two and three-bedroom apartments, known as Glen Manor, also are being converted, with prices from the mid-$20,000s" (The Evening Star 1974, F12). Most advertisements from that time list Glen Manor and Glen Knoll, the townhouse complex to the north, together. An advertisement in May of 1974 notes their exclusive atmosphere, with prices for units in Glen Manor starting at $24,200 (The Washington Post 1974, E6). Advertisements also noted that the condominiums featured refrigerators, dishwashers, central air, and proximity to local modes of transportation (The Washington Post 1974, E6).

Evaluation:

NR-ELIGIBILITY REVIEW FORM

M: 31-76                                    Carolyn Hill Apartments

Page 3

Carolyn Hill Apartments was evaluated in accordance with the Suburbanization Historic Context, the Suburbanization Historic Context Addendum, and National Register of Historic Places Criteria A, B, and C.

Carolyn Hill Apartments is a modest and basic example of a garden apartment building from ca. 1960. The building did not introduce design innovations and does not have significant associations with important suburban trends. Furthermore, the building is not known to be associated with any other events that have made a significant contribution to the broad patterns of history. Therefore, Carolyn Hill Apartments is not eligible under Criterion A.

Research has not shown that the building is associated with the lives of people significant in the past, and the resource is not eligible under Criterion B.

Carolyn Hill Apartments is a late example of single-building garden apartments constructed in the Washington, DC, suburbs during the Modern Period. The building includes standard features typical of the period. It is not the work of master architects and exhibits common materials and forms, which have been altered over time. Carolyn Hill Apartments does not convey any distinctive characteristics or artistic value and is not a good example of a mid-twentieth century garden apartment building; therefore, the resource is not eligible under Criterion C. This resource was not evaluated under Criterion D.

The building encompasses 1.226 acres and is confined to 9730, 9732, 9734, and 9736 Glen Avenue on the southern half of its current tax parcel. The apartment is north of Forest Glen Road, east of Capitol View Avenue, south of Glen Knolls and Glen Briar developments, and west of Hollow Glen Place. The boundary can also be found on Montgomery County Tax Maps HP62 and seen in Montgomery County plat records A17, 1148, 1149, 1150, 1151, 1152, and 1153.

References:

The Evening Star. 1961. Advertisement. May 19, 1961, B12.
--- 1974. "Glen Knolls." July 12, 1974, F12.
--- 1975. "Only Colonials at Carroll Park." June 21, 1975, F5.

KCI Technologies, Inc. (KCI). 1999. Suburbanization Historic Context and Survey Methodology, I-495/I-95 Capital Beltway Corridor Transportation Study, Montgomery and Prince George's Counties, Maryland. KCI Technologies, Inc., Hunt Valley, Maryland. http://www.marylandroads.com/Index.aspx?PageId=214.

Kelly, Clare Lise. 2015. Montgomery Modern: Modern Architecture in Montgomery County, Maryland, 1930 – 1979. Silver Spring, Maryland: Maryland – National Capitol Park and Planning Commission.

Manning, Matt, Danae Peckler, Kerri Barile, Christeen Taniguchi, and Matthew Bray. RK+K. 2018. Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties, Maryland. Draft. Prepared for the Maryland Department of Transportation State Highway Administration.

Montgomery County Plats (MCP). Misc. years. Montgomery County Land Survey, Subdivision and Condominium Plats, Archives of Maryland Online. Accessed February 26, 2019. http://www.msa.md.gov/megafile/msa/stagser/s1500/s1529/html/0000.html.

00007930

NR-ELIGIBILITY REVIEW FORM

<u>M: 31-76</u>                                     <u>Carolyn Hill Apartments</u>

Page 4

---

State Department of Assessments and Taxation (SDAT). 2019. Assorted Montgomery County Tax Records. Accessed February 26, 2019. http://sdatcert3.resiusa.org/rp_rewrite/index.aspx?county=16.

The Washington Post. 1960a. Display Ad 121. February 21, 1960, D9.
--- 1960b. Display Ad 114. April 3, 1960, D9.
--- 1974.  Display Ad 51. May 18, 1974, E6.

Carolyn Hill Apartments

**Carolyn Hill Apartments**                                      Montgomery County

Location: North of Forest Glen Road, east of Capitol View Avenue         City: Silver Spring



USGS 7.5' Quadrangle - Kensington

Scale: 1:24,000

**Carolyn Hill Apartments**

Location: North of Forest Glen Road, east of Capitol View Avenue

Montgomery County
City: Silver Spring



Parcel Boundaries

0    0.04    0.07 Miles
Scale: 1:2,000

N



Carolyn Hill Apartments entrance sign, looking northwest.



View of front elevation, looking west.

**PHOTOGRAPHS**

Carolyn Hill Apartments



View of central entrance, looking northwest.



Window detail, looking west.

M: 31-76
**PHOTOGRAPHS**



Partial rear elevation, looking south.

00007936

M: 31-76                               Carolyn Hill Apartments

**PHOTO LOG**
_____

Number of Photos: **5**
Name of Photographer: **Katherine Watts**
Date of Photographs: **2018-11-14**
Location of Original Digital File: **MD SHPO**
File Format: **M: 31-76_2018-11-14_01.tif… etc.**

*Photographs inserted on continuation sheets:*

01.tif
Carolyn Hill Apartments entrance sign, looking northwest.

02.tif
View of front elevation, looking west.

03.tif
View of central entrance, looking northwest.

04.tif
Window detail, looking west.

05.tif
Partial rear elevation, looking south.

# MARYLAND HISTORICAL TRUST
# DETERMINATION OF ELIGIBILITY FORM

NR Eligible: Yes ____

No ____

Property Name: **Carrollan**

Inventory Number: **PG:69-70**

Address: 5345 85th Avenue

Historic District: No

City: Hyattsville          Zip Code: 20784

County: Prince George's

USGS Quadrangle(s): Lanham

Property Owner: PG Hilltop Owner

Tax Account ID: 20-2258234, 20-2218154

Tax Map Parcel(s): Multiple

Tax Map: 0044

Project: I-495 & I-270 Managed Lanes Study

Agency: MDOT SHA

Agency Prepared By: Dovetail CRG

Preparer's Name: Melissa Butler

Date Prepared: May 28, 2019

Documentation is presented in: Project review and compliance files

Preparer's Eligibility Recommendation: Not Recommended

Criteria:  A    B    C    D

Considerations:  A    B    C    D    E    F    G

| *Complete if the property is a contributing or non-contributing resource to a NR district/property:* | | |
|---|---|---|
| Name of the District/Property: | | |
| Inventory Number: | Eligible: | Listed: |

Site visit by MHT Staff ____ yes ____ no          Name:          Date:

Description of Property and Justification:

Setting:

Carrollan, now called Hilltop Apartments, is an approximately 12-acre garden apartment complex in New Carrollton. It is bounded by Carrollon Manor apartments on the north, the New Carrollton Metro Station on the east and 85th Avenue on the west. The apartment complex comprises 12 buildings arranged in staggered groupings and is accessed by three points, two of which connect to form a loop, on 85th Avenue and lead to linear, asphalt parking areas associated with the apartment units. Two pools and pool sheds/restrooms are located east of the apartment buildings.  A new wood sign on a stone base flanked by two flag poles, which reads "Hilltop Apartments," is situated at the middle vehicular entrance to the complex. Lampposts illuminate the parking areas around the complex. Sidewalks line the perimeter of

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| Criteria: ____ A ____ B ____ C ____ D | Considerations: ____ A ____ B ____ C ____ D ____ E ____ F ____ G |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services: | Date: |
| | |
| Reviewer, National Register Program: | Date: |

*Special DOE form produced for the I-270 & I-495 Managed Lanes Study*

NR-ELIGIBILITY REVIEW FORM

PG:69-70                                                  Carrollan

Page 2

each building and connect to the driveways and parking lot. The resource has grassy lawns and moderate tree coverage.

Description:

Carrollan is a garden apartment complex constructed in two phases between 1963 and 1964 during the Suburban Diversification Period (1961-1980). Both the earlier, northern section and later, southern section share similar architectural characteristics. The complex features 12 residential buildings composed of two to four staggered attached sections that are two to three stories tall and three to five bays wide.  All buildings are covered in stretcher-bond brick veneer with sections of aluminum or vinyl siding. Roofs are side gabled and covered by asphalt shingles, with occasional three-bay, front-gable projections. Each building features small, rectangular, metal flues.

A central primary entrance bay on each building's façade provides access to individual apartments through a two-story, open, interior stairwell. These stairwells are partially sheltered by a fabric awning displaying the section's address. Original windows are metal-frame sliding units. Units that have balcony or patio access have secondary entrances, filled by a single-leaf, metal-frame, glass door with screen door. Balconies are lined with a metal rail.

Secondary buildings include two sheds located on the eastern central portion of the property. Both circa-2010, front-gabled sheds are situated on a concrete slab foundation and have structural systems clad in T1-11 siding. They are accessed by double-leaf, wood doors.

Two circa-1964 pools and adjoining pool houses, enclosed with metal fencing around the pool deck perimeter, are located within the apartment complex, one in the north phase and the other in the south phase. The north pool house, a side-gabled, one-story, four-bay building, is accessed via a single-leaf, metal and glass door with single-light side-lights on the northern elevation. A secondary pool building, also constructed circa-1964, is located on the southern end of this pool deck, and is a one-story, two-bay, flat-roof building with engaged entryways on the east and west sides of the north elevation. The south pool has a one-story, flat-roof pool building, located on the southwest side of the pool deck. The south pool, pool building, and pool deck are surrounded by a metal fence. A circa-2009 playground is located north of the northeast pool (Nationwide Environmental Title Research (NETR) 2007, 2009).

Two metal trash receptacles are located on the eastern central portion of the complex. They rest on a concrete pad and are surrounded by wood fence on three sides.

Historic Context:

In 1960, Maxbee Investments, Inc., run by Edward J. Cook, purchased 41.06 acres in separate transactions from Humphrey Beckett, et al., and from Richard F. and Helen Katherine Downes (Prince George's County Deed Book 2439, 114; 2434, 117). Maxbee Investments, Inc., platted the first seven parcels of Carrollan in March 1961, and an additional parcel called Parcel 9 was platted in 1964 (Prince George's County Plat Book [PGCPB] WWW 40, 26). Koch and Kehoe of Bethesda was selected to construct the apartment complex (The Evening Star 1961a, B-4).

NR-ELIGIBILITY REVIEW FORM

PG:69-70                                                    Carrollan

Page 3

In 1963, Carrollan opened with three different models: a one-bedroom unit at $118.50 per month, a one-bedroom with den at $128.50, and a two-bedroom unit at $137.50, some of which allowed pets (The Evening Star 1963a, D-11). Advertisements emphasized the convenience of the apartments' proximity to the National Aeronautics and Space Administration (NASA) Goddard Space Flight Center (The Evening Star 1963a, D-11). Plans for the apartment complex's expansion to the south were already underway during the construction of the northern section. Parcel 9 of Carrollan was platted in 1964 by David A. Sills, Sam Novak, and Howard Bernstein, partners in Kim Associates, a development firm involved with the Carrollan enterprise, who acquired the land from Samuel and Lena Rosenkroff and Edward R. Cook (PCGPB A-5239, PGCDB 2959,97; 2941, 647). Construction of the complex was complete by the end of 1964 (NETR 1964).

Over the next few decades, the apartment complex changed management groups several times, and it is unclear when the name changed to Hilltop Apartments (PGCDB 2452, 432; 23160, 521; 1672, 652). Cambridge Crossing Investment, LLC, conveyed the property to PG Hilltop Owner, LLC, in December 2016 (PGCDB 38839, 316). A fire in September 2018 caused $2.2 million in damages to a portion of the apartment complex and displaced about 130 residents (Bui 2018). PG Hilltop Owner, LLC, continues to own the property, which is managed by Quest Management Group, LLC.

Research suggests Maxbee Investments, Inc., was not involved in other developments in the region. Builders Koch and Kehoe were experienced in apartment construction, including the Wilson Bridge Apartments and Holly Hill Apartments (PG:75A-72) in Prince George's County and Falls Plaza Apartments in Virginia (The Evening Star 1961b, 31; 1963b, 27)

Evaluation:

Carrollan was evaluated as a garden apartment complex of the Suburban Diversification Period (1961-1980) in accordance the Suburbanization Historic Context Addendum and National Register of Historic Places Criteria A, B, and C.

Carrollan is a modest and basic example of a garden apartment complex from the Suburban Diversification Period. The complex did not introduce design innovations and does not have significant associations with important suburban trends. Furthermore, the building is not known to be associated with any other events that have made a significant contribution to the broad patterns of history. Therefore Carrollan is not eligible under Criterion A.

Maxbee Investments, Inc., and Kim Associates were moderate-scale residential and commercial real estate developers active in the Washington, D.C., region during the Suburban Diversification Period, but research indicates their efforts did not have a significant influence on suburban development in Maryland. Likewise, Koch and Kehoe were not known to have a significant influence on suburban design trends or development in Maryland. Furthermore, research has not shown that the apartment complex is associated with the lives of other people significant in the past. Therefore, the resource is not eligible under Criterion B.

As a garden apartment complex, Carrollan includes standard features typical of the period. It is not the work of master architects and exhibits common materials, forms, and stylistic details. Carrollan is a

NR-ELIGIBILITY REVIEW FORM

PG:69-70                                                  Carrollan

Page 4

common example of a garden apartment complex of the period and conveys no distinctive characteristics or artistic value. The complex is not eligible under Criterion C. Carrollan not evaluated under Criterion D.

The property encompasses approximately 12 acres and is confined to the current property tax parcels, which can be found on Prince George's County Tax Map 0044 and also as seen in Prince George's County plat records WWW 40, 26; and A-5239.

References:

Bui, Lynh. 2018. "Woman Upset with Boyfriend Set Bedsheets on Fire, Igniting Blaze that Displaced 130 People, Officials Say." The Washington Post. October 5, 2018. https://www.washingtonpost.com/local/public-safety/woman-upset-with-ex-boyfriend-set-three-alarm-fire-that-displaced-130-people-fire-officials-say/ .

The Evening Star. 1961a. "Maxbee Announces Carrollan Builder." March 4, 1961, B-4.
---1961b. "New Apartment Construction Set." August 5, 1961, 31.
---1963a. "Carrollan." August 14, 1963, D-11.
---1963b. "New Apartments Underway." August 24, 1963, 27.

Manning, Matt, Danae Peckler, Kerri Barile, Christeen Taniguchi, and Matthew Bray. RK+K. 2018. Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties, Maryland. Draft. Prepared for the Maryland Department of Transportation State Highway Administration.

Nationwide Environmental Title Research (NETR). Misc. years. Historic Aerial Mosaic, Montgomery County, Maryland. https://www.historicaerials.com/viewer.

Prince George's County Deed Book (PGCDB). Misc. years. Prince George's County Land Records, Archives of Maryland Online. Accessed March 20, 2019. http://www.mdlandrec.net/.

Prince George's County Plat Book (PGCPB). Misc. years. Prince George's County Land Survey, Subdivision, and Condominium Plats, Archives of Maryland Online. Accessed March 20, 2019. http://www.msa.md.gov/megafile/msa/stagser/s1500/s1529/html/0000.html.

**Carrollan**                                                    Prince George's County

Location: West of I-495, east of 85th Avenue                        City: Hyattsville



USGS 7.5' Quadrangle - Lanham

Scale: 1:24,000

00007942

Carrollan

**Carrollan**
Location: West of I-495, east of 85th Avenue

Prince George's County
City: Hyattsville



Parcel Boundaries

0    0.05    0.1
Miles
Scale: 1:3,000

N

Carrollan
**PHOTOGRAPHS**



Southernmost building in complex, 5289-5293, facing southwest.



View of building 5299 facing northwest.

Carrollan
**PHOTOGRAPHS**



Entry detail of building 5295.



View of entry sign from 85th Avenue, facing east.

Carrollan
**PHOTOGRAPHS**



View of storage sheds, facing southeast.



View of pool area, facing southwest.

Carrollan



View of parking area on the eastern portion of complex, facing north.

00007947

Carrollan

**PHOTO LOG**

Number of Photos: **7**
Name of Photographer: **Mical Tawney**
Date of Photographs: **2019-01-09**
Location of Original Digital File: **MD SHPO**
File Format: **PG:69-70_2019-01-09_01.tif… etc.**

*Photographs inserted on continuation sheets:*

01.tif
Southernmost building in complex, 5289-5293, facing southwest.

02.tif
View of building 5299 facing northwest.

03.tif
Entry detail of building 5295.

04.tif
View of entry sign from 85th Avenue, facing east.

05.tif
View of storage sheds, facing southeast.

06.tif
View of pool area, facing southwest.

07.tif
View of parking area on the eastern portion of complex, facing north.

# MARYLAND HISTORICAL TRUST
## DETERMINATION OF ELIGIBILITY FORM

NR Eligible: Yes ___

No ___

Property Name: **Carrollan Manor Apartments**

Inventory Number: **PG:69-69**

Address: <u>8614-8615 Annapolis Road</u>

Historic District: <u>No</u>

City: <u>Hyattsville</u>    Zip Code: <u>20784</u>

County: <u>Prince George's</u>

USGS Quadrangle(s): <u>Lanham</u>

Property Owner: <u>HGLC Associates</u>

Tax Account ID: <u>20-2245249 and 20-2245231</u>

Tax Map Parcel(s): <u>0000</u>

Tax Map: <u>0044</u>

Project: <u>I-495 & I-270 Managed Lanes Study</u>

Agency: <u>MDOT SHA</u>

Agency Prepared By: <u>Dovetail CRG</u>

Preparer's Name: <u>Adriana Moss</u>

Date Prepared: <u>Mar 28, 2019</u>

Documentation is presented in: <u>Project review and compliance files</u>

Preparer's Eligibility Recommendation: <u>Not Recommended</u>

Criteria: A    B    C    D

Considerations: A    B    C    D    E    F    G

| Complete if the property is a contributing or non-contributing resource to a NR district/property: |
| --- |
| Name of the District/Property: |
| Inventory Number:          Eligible:          Listed: |

Site visit by MHT Staff ___ yes ___ no          Name:          Date:

Description of Property and Justification:

Setting:

Carrollan Manor Apartments, currently named Carrollon Manor Apartments, is a garden apartment complex located at 8416 Annapolis Road (Route 450) on a 7.8-acre lot in New Carrollton. It is bounded by a heavily-wooded tract and I-495 to the east, Annapolis Road to the north, 85th Avenue to the west, and the Hilltop Apartments to the south. The apartment complex consists of 15 buildings, some of which are partially connected, a playground, a pool facility, and fenced trash enclosures. The pool facility consists of an in-ground swimming pool, a wading pool, a pool house, and several lampposts enclosed by metal fencing. The complex is accessed by two points on 85th Avenue that lead to linear, asphalt parking areas. A wood sign is situated at the southern vehicular entrance to the complex and another wood sign is set on the north side of the pool house; both read "Carrollon Manor Apartments."

| MARYLAND HISTORICAL TRUST REVIEW | |
| --- | --- |
| **Eligibility recommended:** | **Eligibility not recommended:** |
| **Criteria:** ___ A ___ B ___ C ___ D | **Considerations:** ___ A ___ B ___ C ___ D ___ E ___ F ___ G |
| **MHT Comments:** | |
| | |
| | |
| **Reviewer, Office of Preservation Services:** | **Date:** |
| | |
| **Reviewer, National Register Program:** | **Date:** |

*Special DOE form produced for the I-270 & I-495 Managed Lanes Study*

NR-ELIGIBILITY REVIEW FORM

PG:69-69                              Carrollan Manor Apartments

Page 2

---

Poured-concrete walkways traverse manicured grass lawns with scattered mature trees and connect buildings to parking areas. Apartment buildings are occasionally lined by plantings and bushes. Portions of the complex property boundaries are lined by metal chain-link fencing.

Description:

Carrollan Manor Apartments is a garden apartment complex constructed in 1964 during the Suburban Diversification Period (1961-1980). The complex is composed of 15 linear apartment buildings, some of which are partially connected, laid out in various configurations, including U-shapes and staggered diagonals. The three-story buildings are six to eight bays wide, sit on a continuous foundation, and are clad in stretcher-bond brick veneer with T1-11 siding set between window bays, mainly on the primary elevations. Apartments feature open balconies and ground-floor patios. Mechanical equipment areas for each apartment, typically next to the balconies, feature brick ventilation screens with protruding headers. Roofs are side-gabled with open eaves. Interior-slope, metal-clad chimneys pierce the roof.

Two primary entrances on each building's façade provide access to individual apartments through an interior stairwell and contain a single-leaf, metal-frame, glass door flanked by metal-frame sidelights with a transom above that stretches to the roof eave. The entrances are framed by protruding brick walls and feature a cloth awning with the building address number. Original windows are metal-frame sliding units. Metal balconies and concrete patios are accessed via glass, metal-frame sliding doors. Balconies are lined with a metal rail.

The pool facility, enclosed in metal fencing, was constructed in 1964 and features an in-ground concrete pool, a wading pool, and a pool house. It is located in the northeast portion of the complex. The one-story pool house is clad in the same materials as the apartment buildings and covered by a flat roof with metal coping and wide eaves. The primary (east) elevation contains a recessed entrance comprising three single-leaf, metal doors. Fixed or awning, metal-frame windows are set beneath the roof eave on the façade.

Although the playground area location to the west of buildings 5429 to 5435 appears to be contemporary with the remainder of the complex, the metal equipment appears to be new. Several metal and wood benches are set around the playground.

Circa-1980 trash enclosures are scattered throughout the complex. They are either fully enclosed by metal chain-link fencing or partially enclosed by wood fencing.

Historic Context:

In 1963, the Builders and Developers Corporation sold an approximately 7.8-acre tract to developers David L. Stearman and William Kaplan (Prince George's County Deed Book [PGCDB] 2793, 612). Stearman and Kaplan platted this lot as Parcel 8 of the Carrollan subdivision in September 1963; the first seven parcels of the neighborhood, situated to the south of the current resource and filled by Carrollan Gardens and Hilltop Apartments, were platted by Maxbee Investments, Incorporated in March 1961 (Prince George's County Plat Book [PGCPB] WWW 40, 26; WWW 49, 21). Research has shown no relationship between Maxbee and Stearman and Kaplan.

NR-ELIGIBILITY REVIEW FORM

PG:69-69                                    Carrollan Manor Apartments

Page 3

Construction on the Carrollan Manor Apartments was completed by 1964, and advertisements for a formal opening and immediate availability appeared by November of that year (Nationwide Environmental Title Research, LLC 1964; The Washington Post and Times Herald 1964, C10).

Initial advertising touted luxury garden apartments with modern kitchens with General Electric appliances, laundry facilities in every building, and concrete balconies and patios in the one-, two-, or three-bedroom configuration. Units ranged in price from $118 for a one-bedroom to $173 for a three-bedroom per month with all utilities included (The Washington Post and Times Herald 1964, C10). Advertisements noted the swimming pool and its proximity to I-495 and the convenience of travel to College Park, Bethesda, Washington, D.C., and Northern Virginia. No architect was named in any of the advertisements.

William Kaplan, a Washington, D.C., native, formed a residential construction company with his brother-in-law, David L. Stearman, in 1954 (The Washington Post 2009, C10). The company, Stearman and Kaplan, operated for 30 years and built 2,000 houses, apartment buildings, and townhouses throughout the Washington, D.C., region. Examples include the Ben Mor high-rise apartments in Chillum, Regency Estates in Potomac, and Fernwood Estates in Bethesda (The Evening Star 1961, 32; 1963, 32; The Washington Post and Times Herald 1965, L12). Research did not uncover any additional information regarding David L. Stearman or William Kaplan.

In 1969, the apartment complex was sold to Jerome S. Murray for $2,037,000 (The Washington Post and Times Herald 1968, D6). Prices rose slightly to $149 for a one-bedroom apartment around 1970 and by 1989, apartments were advertised for rent starting at $510 per month (The Evening Star 1970, 25; The Washington Post 1989, C29). In December 1980, a two-alarm fire broke out in one of the apartment buildings in the complex which caused $310,000 worth of damage to 10 of the buildings (Burgess Post 1980, B7). Currently, the complex is owned by HGLC Associates (PGCDB 5400, 186). It is not clear when the name was changed to Carrollon Manor Apartments. Recent rental rates range from $1,198 for a one-bedroom unit to $1,780 for a three-bedroom unit (Carrollon Manor Apartments 2009).

Evaluation:

Carrollan Manor Apartments was evaluated as a garden apartment complex constructed in the Suburban Diversification Period (1961-1980) in accordance the Suburbanization Historic Context Addendum and National Register of Historic Places Criteria A, B, and C.

Carrollan Manor Apartments is a modest and basic example of a garden apartment building complex from the Suburban Diversification Period. The complex did not introduce design innovations and does not have significant associations with important suburban trends. Furthermore, the complex is not known to be associated with any other events that have made a significant contribution to the broad patterns of history. Therefore, Carrollan Manor Apartments is not eligible under Criterion A.

Stearman and Kaplan worked throughout the area, but research has not indicated that their efforts had a significant influence on suburban development in Maryland. Furthermore, research has not shown that the apartment complex is associated with the lives of other people significant in the past. Therefore, the resource is not eligible under Criterion B.

NR-ELIGIBILITY REVIEW FORM

PG:69-69                                        Carrollan Manor Apartments

Page 4

As a garden apartment complex, Carrollan Manor Apartments includes standard features typical of the period. It is not the work of master architects and exhibits common materials and forms. Carrollan Manor Apartments does not convey any distinctive characteristics or artistic value and is a basic and modest example of a garden apartment complex of the period and conveys no distinctive characteristics or artistic value. The complex is not eligible under Criterion C. As an architectural resource, it was not evaluated under Criterion D.

The property encompasses 7.8 acres and is confined to the current property tax parcels 20-2245249 and 20-2245231, which can be found on Prince George's County Tax Map 0044 and also as seen in Prince George's County plat in book WWW 49, page 21.

References:

Burgess, John. 1980. "Fire Routs 26 Families in Apartments." The Washington Post. December 14, 1980, B7.

Carrollon Manor Apartments. 2019. "Carrollon Manor Apartments." Accessed March 21, 2019. http://www.carrollonmanor.com/.

The Evening Star. 1961. "Builders Buy Fernwood Tract." June 24, 1961, 32.
--- 1963. "Kaplan and Stearman Buy Lots at Potomac." October 12, 1963, 32.
--- 1970. Apartment Complex Advertisement. January 16, 1970, 25.

Manning, Matt, Danae Peckler, Kerri Barile, Christeen Taniguchi, and Matthew Bray. RK+K. 2018. Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties, Maryland. Draft. Prepared for the Maryland Department of Transportation State Highway Administration.

Nationwide Environmental Title Research, LLC. Misc. years. Historic Aerial Mosaic, Montgomery County, Maryland. Accessed March 20, 2019. https://www.historicaerials.com/viewer.

Prince George's County Deed Book (PGCDB). Misc. years. Prince George's County Land Records, Archives of Maryland Online. Accessed March 20, 2019. http://www.mdlandrec.net/.

Prince George's County Plat Book (PGCPB). Misc. years. Prince George's County Land Survey, Subdivision Plats, Archives of Maryland Online. Accessed March 20, 2019. http://plats.net/pages/plats.aspx?cid=PG.

The Washington Post. 1989. Classified Ad 14. January 21, 1989, C29.
--- 2009. Obituaries. February 22, 2009, C10.

The Washington Post and Times Herald. 1964. "Formal Opening, Carrollan Manor." November 7, 1964, C10.
--- 1965. "Ben More Apartments Completed." May 23, 1965, L12.
--- 1968. "Recent Washington Area Realty Transfers." June 28, 1969, D6.

00007952

Carrollan Manor Apartments

**Carrollan Manor Apartments**
Location: 8416 Annapolis Road

Prince George's County
City: Hyattsville



USGS 7.5' Quadrangle - Lanham

Scale: 1:24,000

Carrollan Manor Apartments

**Carrollan Manor Apartments**

Location: 8416 Annapolis Road

Prince George's County

City: Hyattsville



Parcel Boundaries

0    0.04    0.07 Miles

Scale: 1:2,000

N

Carrollan Manor Apartments



Building 5441-5451, looking east.



Buildings 8625-8629 and pool, looking west.

**PHOTOGRAPHS**



Buildings 8625-8629 and pool house, looking northwest.



Detail of primary entrance on building 5431, looking west.

Carrollan Manor Apartments
**PHOTOGRAPHS**



Buildings 5441-5445 and trash enclosure, looking northwest.



Buildings 5425-5437 and playground, looking southeast.

**PHOTOGRAPHS**



Rear of buildings in southern portion of complex, looking northeast from Hilltop Apartments.



Signage on 85th Avenue, looking north.

Carrollan Manor Apartments
**PHOTO LOG**

Number of Photos: **8**
Name of Photographer: **Katherine Watts**
Date of Photographs: **2019-03-18**
Location of Original Digital File: **MD SHPO**
File Format:  **PG:69-69_2019-03-18_01.tif… etc.**

*Photographs inserted on continuation sheets:*

01.tif
Building 5441-5451, looking east.

02.tif
Buildings 8625-8629 and pool, looking west.

03.tif
Buildings 8625-8629 and pool house, looking northwest.

04.tif
Detail of primary entrance on building 5431, looking west.

05.tif
Buildings 5441-5445 and trash enclosure, looking northwest.

06.tif
Buildings 5425-5437 and playground, looking southeast.

07.tif
Rear of buildings in southern portion of complex, looking northeast from Hilltop Apartments.

08.tif
Signage on 85th Avenue, looking north.

# MARYLAND HISTORICAL TRUST
## DETERMINATION OF ELIGIBILITY FORM

NR Eligible: Yes ____

No ____

Property Name: **Carsondale**                                    Inventory Number: **PG:73-36**

Address: East of Whitfield Chapel Road, south of I-495, north of Martin Luther King Jr. Highway    Historic District: Yes

City: Lanham                    Zip Code: 20706                    County: Prince George's

USGS Quadrangle(s): Lanham

Property Owner: Multiple                                    Tax Account ID: Multiple

Tax Map Parcel(s): Multiple                                    Tax Map: 0052

Project: I-495 & I-270 Managed Lanes Study                    Agency: MDOT SHA

Agency Prepared By: Dovetail CRG

Preparer's Name: Melissa Butler                            Date Prepared: May 21, 2019

Documentation is presented in: Project review and compliance files

Preparer's Eligibility Recommendation: Recommended

Criteria: X A        B        C        D

Considerations: A        B        C        D        E        F        G

| *Complete if the property is a contributing or non-contributing resource to a NR district/property:* | | |
|---|---|---|
| Name of the District/Property: | | |
| Inventory Number: | Eligible: | Listed: |

Site visit by MHT Staff ____ yes     ____ no            Name:                    Date:

Description of Property and Justification:

Setting:

Carsondale is a planned residential development located east of I-495, south of John Hanson Highway (US 50), and north of Martin Luther King Jr. Highway in Lanham. The subdivision is approximately 35.1 acres and contains single-family dwellings on lots ranging between 0.17 and 0.31 acre. Carsondale Park, an approximately 4.3-acre recreational area, is on the east side of the subdivision. There are four curvilinear streets (Wallace Road, 91st Place, Varnum Street, and Volta Street) with curbs and sidewalks. The lots are either evenly graded or moderately sloped, and the manicured lawns feature light tree coverage, bushes, and fenced yards. All lots feature a paved-asphalt or concrete driveway, and secondary structures include sheds and pools.

Description:

Carsondale is a planned residential development comprising single-family dwellings constructed between 1952 and 1956, with several dwellings (9002-9013 Wallace Road) constructed between 1960-1962. The houses were built in the Transitional Ranch

| MARYLAND HISTORICAL TRUST REVIEW | | | |
|---|---|---|---|
| **Eligibility recommended:** | | **Eligibility not recommended:** | |
| Criteria: ____ A ____ B ____ C ____ D | | Considerations: ____ A ____ B ____ C ____ D ____ E ____ F ____ G | |
| **MHT Comments:** | | | |
| | | | |
| | | | |
| **Reviewer, Office of Preservation Services:** | | Date: | |
| | | | |
| **Reviewer, National Register Program:** | | Date: | |

*Special DOE form produced for the I-270 & I-495 Managed Lanes Study*

NR-ELIGIBILITY REVIEW FORM

PG:73-36                                              Carsondale

Page 2

form, with one base model replicated throughout the subdivision. The brick houses on Wallace Road vary from this base model as they were constructed later.

Most dwellings in Carsondale have central façade entrances with a single-leaf wood or fiberglass door and storm door. Entrances are accessed by a concrete stoop. Original windows are one-over-one, aluminum-frame, double-hung-sash windows, and aluminum tripartite windows; however, many houses have vinyl replacement windows, sometimes with faux muntins.

The most prevalent house model in Carsondale (distinct from those on the west end of Wallace Road) is three bays wide and one story tall. These houses have a central entrance flanked by a ribbon of three sliding windows on one side and a bay window or picture window on the other side. Paneled or louvered shutters are common. A few houses have an attached carport. Although rare, additions are typically at the rear or side elevation and in scale with the building's core. The houses are clad in a variety of materials, including stretcher-bond brick veneer, stone veneer, vinyl or aluminum siding, or a combination of materials. Most houses have a single brick interior-slope chimney or exterior-end chimney set along a side or rear elevation.

Dwellings on the west end of Wallace Road, constructed by Arthur August, are four bays wide and sit atop a basement, depending on slope. Entrances may be off-center or in an end bay. This group of dwellings is clad in stretcher-bond brick veneer. Roofs are side gabled and sheathed in asphalt shingles, and some dwellings have a front-gabled peak above the primary entry. Most houses have a single brick interior-slope chimney or exterior-end chimney set along a side or rear elevation.

Carsondale Park, at the east end of Varnum Street, includes two tennis courts, a basketball court, a playground, and a short asphalt loop trail with exercise equipment. A pyramidal-roofed picnic pavilion adjoins the playground, east of the basketball court. A small brick utility building, owned by the Washington Suburban Sanitary Commission and surrounded by a chain link fence, stands west of the park at the entrance from Varnum Road.

Historic Context:

In 1951, Louis and Ruth Bowdler conveyed 81.34 acres to Spiller Homes, Inc., a New York-based real estate development corporation. Spiller Homes, Inc., changed their name to Carsondale Homes, Inc., in early 1952. Carsondale was platted in 1952 by Jeremiah C. Ingersoll, president of Carsondale Homes, Inc. (Prince George's County Plat Book [PGCPB] A-2390; A-2204). Little is known about Ingersoll, except that he was a veteran of World War II and a real estate developer from New York (The New York Times 1961, 43). By 1954, Isidore Frank was president of the company (Prince George's County Deed Book [PGCDB] 1639, 48-49; PGCPB A-2390; A-2204;). In August 1954, the land was conveyed to The District Corporation, run by Clarence Dodge and Edward A. Allnut (PGCPB WWW 26, 71; PGDB WWW 1763, 119).

Carsondale was platted in five sections, three of which were built. Advertised as a new suburban community of detached homes, Carsondale was the first community in the Washington, D.C., area in which African American service members could finance a home using the zero-down payment, low interest Veterans Administration (VA) loans established by the G.I Bill. The development was backed by the Metropolitan Life Insurance Company, in association with the Weaver Brother's financial company, and was described in newspaper articles as the "first large detached housing project to receive VA-guaranteed financing for colored families in the Washington area" (The Evening Star 1954, B-2). The District Corporation, run by Clarence Dodge and Edward A. Allnut in association with E. W. Pittman, was responsible for construction, and John M. Walton and Dennis W. Madden were project architects (The Evening Star 1955, B-6). Clarence Dodge was a moderate-scale real estate developer in the Washington, D.C., suburban area, and was most closely associated with a different firm, Weaver Brothers, Inc. (The Washington Post 1957, B5). Walton and Madden established a joint architecture firm in 1954 and designed residential and institutional buildings throughout Prince George's County, including the campus of Prince George's Community College, and libraries in Bowie, Adelphi, and Greenbelt (The Washington Post, Times Herald 1969, D24).

The District Corporation initially proposed 230 homes in 1954, and construction began in 1955. The subdivision was originally planned to occupy 81 acres, including a four-acre shopping center that was never developed. By 1956, only 72 out of 95 homes constructed were occupied, and the number of houses proposed had been reduced to 215 (The Evening Star 1956, B-5).

In advertisements, Carsondale was promoted as "Washington's outstanding colored community" (The Washington Post and Times Herald 1956a, 18; 1956b, 20). Houses were priced from $11,750 to $13,200, and newspaper advertisements promised no

NR-ELIGIBILITY REVIEW FORM

PG:73-36                                          Carsondale

Page 3

money down offers for qualified veterans and similarly attractive deals for civilians (The Washington Post and Times Herald 1956a, 18; 1956b, 20).

Advertisements for the three-bedroom ramblers show minimal amenities compared to other similar subdivisions, but the houses did include tiled bathrooms, dining areas, sliding-door closets, oak hardwood floors, outdoor storage room, and 52-gallon capacity electric water heaters (The Washington Post and Times Herald 1956a, 18; 1956b, 20).

Carsondale Park, located east of the residential subdivision, was not part of the original development plans. In 1960, the 4.3-acre park was planned as a part of a $3.3 million land purchase made by Prince George's and Montgomery counties as a part of a dual-county recreation program expansion and was constructed shortly after (Willard 1960, B4). The exact construction date of the park could not be determined, but it appears on USGS maps by 1966.

Evaluation:

Carsondale was evaluated as a planned residential development in the Modern Period (1930-1960) in accordance with the Suburbanization Historic Context and National Register of Historic Places (NRHP) Criteria A, B, and C.

Carsondale is one of the earliest examples of a development advertised to African American veterans in the early 1950s, and the first to offer financing through VA loans. In the decade following World War II, much of the Washington, D.C. suburban area was governed by restrictive covenants that prohibited, formally or informally, African Americans from buying property in certain areas. Carsondale served an important purpose in making housing available for African Americans in Prince George's County and is one of few communities advertised to African Americans during the 1950s. Therefore, Carsondale is eligible under Criterion A.

The individuals behind Spiller Homes, Inc., which became Carsondale Homes, Inc., in 1952, were based in New York and invested in Maryland's suburbs for a short period of time. They were involved with few developments and had no significant influence on suburbanization in Maryland. Arthur August, builder of the dwellings on the west side of Wallace Road, was a small-scale builder-developer in the Washington, D.C. suburban area, and had no significant influence on suburbanization in Maryland. The District Corporation, which was responsible for the construction of Carsondale, excluding the west end of Wallace Road, was a small-scale residential development company. Architects Walton and Madden designed residential and institutional buildings in Prince George's County and the surrounding area. Carsondale, as a small residential development, is not the most significant example of their work. Research has not shown that the resource is associated with the lives of other persons significant in the past. Therefore, the resource is not eligible under Criterion B.

Carsondale was the first planned residential development in Prince George's County VA loans available for African American families. However, aesthetically the subdivision is not an exemplary or unique example of its resource type. The buildings within the community retain most of the character-defining features of their property types; however, they represent common styles and forms. For these reasons, this resource is not eligible under Criterion C. As an architectural resource, Carsondale was not evaluated under Criterion D.

Based on the evaluated Criteria, Carsondale is eligible for listing in the NRHP with a period of significance of 1955-1962, encompassing  initial construction to the sale of the last dwelling.

Within Carsondale, there have been minimal alterations to the development and dwellings, and the resource maintains integrity of feeling, location, design, setting, materials, workmanship, and association. While many individual dwellings have been modified over time with replacement windows and siding, the dwellings continue to function as single-family houses and remain in their original locations. The additions, replacement materials, and infill minimally impact the overall aesthetic of the community and its historic integrity of design and workmanship.

Contributing buildings were built within the period of significance and remain recognizable as being from that period. Roads within Carsondale are curvilinear and are lined with sidewalks, reflecting a unifying design. Landscaping throughout Carsondale is in keeping with the scale of the development. Individual dwellings retain integrity of setting, feeling, association, location, design, and workmanship. Character defining features of dwellings within Carsondale include one-story, side-gabled forms, consistent set-backs, pedestrian-friendly sidewalks throughout the neighborhood, and cohesive architectural style.

NR-ELIGIBILITY REVIEW FORM

PG:73-36                                            Carsondale

Page 4

_____

While minor modifications, such as the replacement of windows, doors, and siding, have resulted in minimal loss of integrity of material, they have not affected the overall feeling of the neighborhood. As a result, all dwellings within Carsondale are contributing, including those on the west end of Wallace Road, as they were also available to African American families with VA financing. Carsondale Park was planned separately from Carsondale as part of a county-wide recreation initiative and is not associated with Carsondale's significance as the first community with VA financing available to African Americans; it is not included as a contributing resource. A complete list is included as part of this DOE.

Carsondale encompasses approximately 35.1 acres east I-495 and northwest of Martin Luther King Jr. Highway. It is confined to the current property tax parcels, which are found on Prince George's County Tax Map 0052 and on Prince George's County plat records 24, 38; 24, 39.

References:

The Evening Star. 1954. "Metropolitan Finances Projects for Colored Vets." December 11, 1954. B-2.
--- 1955. "Prince Georges Okay Projects." December 17, 1955. B-6.
--- 1956. "More Homes Under Roof in Carsondale." August 25, 1956. B-5.

KCI Technologies, Inc. 1999. Suburbanization Historic Context and Survey Methodology, I-495/I-95 Capital Beltway Corridor Transportation Study, Montgomery and Prince George's Counties, Maryland. KCI Technologies, Inc., Hunt Valley, Maryland.

Prince George's County Deed Book (PGCDB). n.d. Prince George's County Land Records, misc. years. Archives of Maryland Online. Accessed February 8, 2019. http://www.mdlandrec.net/.

Prince George's County Plat Book (PGCPB). n.d. Prince George's County Land Survey, Subdivision, and Condominium Plats, misc. years. Archives of Maryland Online. Accessed February 8, 2019. http://www.mdlandrec.net/.

The New York Times. 1961. "Jeremiah C. Ingersoll is Dead." December 13, 1961. 43.

The Washington Post and Times Herald. 1956a. "Carsondale." September 8, 1956. 18.
--- 1956b. "Carsondale." July 7, 1956. 20.
--- 1957. "660,500 Estate Left by Clarence Dodge." April 24, 1957. B5.
--- 1969. "Architecture Firms Merge." May 3, 1969. D24.

Willard, Harold M. 1960. The Washington Post, Times Herald. "Suburban Planners ask $6.5 Million for Parks." February 17, 1960. B4.

Carsondale (PG:73-36)
**Volta Street, Whitfield Chapel Road, Wallace Road, Varnum Street, 91st Place
Carsondale, Prince George's County, Maryland**

| Function | Address | Date of Construction | Contributing Status (C/NC) | Reasoning |
|---|---|---|---|---|
| House | 4705 WHITFIELD CHAPEL RD | 1956 | C | Characteristic |
| House | 4707 WHITFIELD CHAPEL RD | 1956 | C | Characteristic |
| House | 4801 WHITFIELD CHAPEL RD | 1956 | C | Characteristic |
| House | 4803 WHITFIELD CHAPEL RD | 1956 | C | Characteristic |
| House | 4805 WHITFIELD CHAPEL RD | 1956 | C | Characteristic |
| House | 4807 WHITFIELD CHAPEL RD | 1956 | C | Characteristic |
| House | 4809 WHITFIELD CHAPEL RD | 1956 | C | Characteristic |
| House | 4902 91ST PL | 1956 | C | Characteristic |
| House | 4903 WHITFIELD CHAPEL RD | 1956 | C | Characteristic |
| House | 4904 91ST PL | 1956 | C | Characteristic |
| House | 4905 WHITFIELD CHAPEL RD | 1956 | C | Characteristic |
| House | 4907 WHITFIELD CHAPEL RD | 1956 | C | Characteristic |
| House | 9002 VARNUM ST | 1956 | C | Characteristic |
| House | 9002 WALLACE RD | 1956 | C | Characteristic |
| House | 9004 VARNUM ST | 1956 | C | Characteristic |
| House | 9004 WALLACE RD | 1962 | C | Characteristic |
| House | 9005 VARNUM ST | 1956 | C | Characteristic |
| House | 9005 WALLACE RD | 1961 | C | Characteristic |
| House | 9006 VOLTA ST | 1956 | C | Characteristic |
| House | 9006 WALLACE RD | 1960 | C | Characteristic |
| House | 9007 VOLTA ST | 1956 | C | Characteristic |
| House | 9007 WALLACE RD | 1961 | C | Characteristic |
| House | 9008 VARNUM ST | 1956 | C | Characteristic |
| House | 9008 VOLTA ST | 1956 | C | Characteristic |
| House | 9008 WALLACE RD | 1960 | C | Characteristic |
| House | 9009 VOLTA ST | 1956 | C | Characteristic |
| House | 9009 WALLACE RD | 1961 | C | Characteristic |
| House | 9010 VARNUM ST | 1956 | C | Characteristic |
| House | 9010 VOLTA ST | 1956 | C | Characteristic |
| House | 9010 WALLACE RD | 1960 | C | Characteristic |
| House | 9011 VARNUM ST | 1956 | C | Characteristic |
| House | 9011 VOLTA ST | 1956 | C | Characteristic |
| House | 9012 VARNUM ST | 1956 | C | Characteristic |
| House | 9013 WALLACE RD | 1961 | C | Characteristic |
| House | 9014 VARNUM ST | 1956 | C | Characteristic |
| House | 9014 WALLACE RD | 1956 | C | Characteristic |

**Carsondale (PG:73-36)**
**Volta Street, Whitfield Chapel Road, Wallace Road, Varnum Street, 91st Place**
**Carsondale, Prince George's County, Maryland**

| Function | Address | Date of Construction | Contributing Status (C/NC) | Reasoning |
|---|---|---|---|---|
| House | 9015 VARNUM ST | 1956 | C | Characteristic |
| House | 9015 VOLTA ST | 1956 | C | Characteristic |
| House | 9015 WALLACE RD | 1961 | C | Characteristic |
| House | 9016 VOLTA ST | 1956 | C | Characteristic |
| House | 9016 WALLACE RD | 1956 | C | Characteristic |
| House | 9017 VARNUM ST | 1956 | C | Characteristic |
| House | 9017 VOLTA ST | 1956 | C | Characteristic |
| House | 9018 VOLTA ST | 1956 | C | Characteristic |
| House | 9018 WALLACE RD | 1956 | C | Characteristic |
| House | 9019 VARNUM ST | 1956 | C | Characteristic |
| House | 9020 VOLTA ST | 1956 | C | Characteristic |
| House | 9021 VOLTA ST | 1956 | C | Characteristic |
| House | 9022 VOLTA ST | 1956 | C | Characteristic |
| House | 9023 VOLTA ST | 1956 | C | Characteristic |
| House | 9024 VOLTA ST | 1956 | C | Characteristic |
| House | 9025 VOLTA ST | 1956 | C | Characteristic |
| House | 9026 VOLTA ST | 1956 | C | Characteristic |
| House | 9027 VOLTA ST | 1956 | C | Characteristic |
| House | 9029 VOLTA ST | 1956 | C | Characteristic |
| House | 9030 VOLTA ST | 1956 | C | Characteristic |
| House | 9033 VOLTA ST | 1956 | C | Characteristic |
| House | 9035 VOLTA ST | 1956 | C | Characteristic |
| House | 9037 VOLTA ST | 1956 | C | Characteristic |
| House | 9039 VOLTA ST | 1956 | C | Characteristic |
| House | 9100 WALLACE RD | 1956 | C | Characteristic |
| House | 9101 WALLACE RD | 1956 | C | Characteristic |
| House | 9102 VARNUM ST | 1956 | C | Characteristic |
| House | 9103 VARNUM ST | 1956 | C | Characteristic |
| House | 9104 VARNUM ST | 1956 | C | Characteristic |
| House | 9104 WALLACE RD | 1956 | C | Characteristic |
| House | 9105 WALLACE RD | 1956 | C | Characteristic |
| House | 9106 VARNUM ST | 1956 | C | Characteristic |
| House | 9106 WALLACE RD | 1956 | C | Characteristic |
| House | 9108 VARNUM ST | 1956 | C | Characteristic |
| House | 9108 WALLACE RD | 1956 | C | Characteristic |
| House | 9109 WALLACE RD | 1956 | C | Characteristic |
| House | 9110 WALLACE RD | 1956 | C | Characteristic |
| House | 9111 WALLACE RD | 1956 | C | Characteristic |
| House | 9112 WALLACE RD | 1957 | C | Characteristic |
| House | 9113 WALLACE RD | 1956 | C | Characteristic |
| House | 9114 WALLACE RD | 1956 | C | Characteristic |
| House | 9115 WALLACE RD | 1956 | C | Characteristic |
| Carsondale Park | Varnum Street | ca. 1960s | NC | Not associated with original development or VA loan program |

**Carsondale (PG:73-36)**
**Volta Street, Whitfield Chapel Road, Wallace Road, Varnum Street, 91st Place**
**Carsondale, Prince George's County, Maryland**

| Function | Address | Date of Construction | Contributing Status (C/NC) | Reasoning |
|---|---|---|---|---|
| Utility Building | Varnum Street | ca. 1960s | NC | Not associated with original development or VA loan program |

00007966

Carsondale

**Carsondale**                                              Prince George's County
Location: East of Whitfield Chapel Road, south of I-495, north of Martin Luther King Jr. Highway                    City: Lanham



USGS 7.5' Quadrangle - Lanham

Scale: 1:24,000

Carsondale



Carsondale
**PHOTOGRAPHS**



9016 Wallace Road, facing north.



9104 Wallace Road, facing north.

PG:73-36
Carsondale
**PHOTOGRAPHS**



Rear view of houses on Varnum Street, facing west.



Streetscape of Wallace Road, facing west.

Carsondale

**PHOTOGRAPHS**



Streetscape of Whitfield Chapel Road, facing southeast.



4904 Whitfield Chapel Road, facing east.

**PHOTOGRAPHS**



Streetscape of Wallace Road, facing east.



9005 Wallace Road, facing south.

Carsondale

**PHOTOGRAPHS**



9103 Wallace Road, facing south.



Carsondale Park, facing east.

PG:73-36

Carsondale

**PHOTO LOG**

Number of Photos: **10**
Name of Photographer: **Melissa Butler**
Date of Photographs: **2019-04-22**
Location of Original Digital File: **MD SHPO**
File Format: **PG:73-36_2019-04-22_01.tif… etc.**

*Photographs inserted on continuation sheets:*

01.tif
9016 Wallace Road, facing north.

02.tif
9104 Wallace Road, facing north.

03.tif
Rear view of houses on Varnum Street, facing west.

04.tif
Streetscape of Wallace Road, facing west.

05.tif
Streetscape of Whitfield Chapel Road, facing southeast.

06.tif
4904 Whitfield Chapel Road, facing east.

07.tif
Streetscape of Wallace Road, facing east.

08.tif
9005 Wallace Road, facing south.

09.tif
9103 Wallace Road, facing south.

10.tif
Carsondale Park, facing east.

# MARYLAND HISTORICAL TRUST
## DETERMINATION OF ELIGIBILITY FORM

NR Eligible:  yes ___

no ___

Property Name:    Cedar Lane Unitarian Church

Inventory Number:    M: 31-72

Address:    9601 Cedar Lane

Historic district:    yes    X    no

City:    Bethesda              Zip Code:    20814              County:    Montgomery

USGS Quadrangle(s):    Kensington

Property Owner:    Cedar Lane Unitarian Universalist Church        Tax Account ID Number:    13-01370980

Tax Map Parcel Number(s):    0000              Tax Map Number:    HP31

Project:    I-495 & I-270 Managed Lanes Study            Agency:    MDOT SHA

Agency Prepared By:    Dovetail CRG

Preparer's Name:    Melissa Butler                    Date Prepared:    12/19/2018

Documentation is presented in:    Project review and compliance files

Preparer's Eligibility Recommendation:        X    Eligibility recommended            Eligibility not recommended

Criteria:    A    B    X C    D        Considerations:    X A    B    C    D    E    F    G

*Complete if the property is a contributing or non-contributing resource to a NR district/property:*

Name of the District/Property:

Inventory Number:                Eligible:    yes            Listed:    yes

Site visit by MHT Staff        yes    X    no    Name:                    Date:

Description of Property and Justification:    *(Please attach map and photo)*

Setting:

The Cedar Lane Unitarian Church (the CLU Church), located at 9601 Cedar Lane, is situated northeast of Interstate-495 (I-495) and Rock Creek Park in Bethesda. This resource consists of two irregularly shaped parcels of 5.77 and 0.49 acres, totaling approximately 6.26 acres, and contains a church, playground, parking lots, secondary worship facility, and designed landscaping. The parcel is bounded by Cedar Lane on the west and Culver Street on the east, and Beach Drive to the south, and a neighborhood of single-family dwellings on the north side. The lot is largely covered by a manicured grassy lawn with scattered mature trees with bushes and ornamental gardens around the building complex. The primary elevation of the church sanctuary faces northwest and the complex can be accessed by pedestrians and vehicles from Cedar Lane and Culver Street. The surrounding area is primarily filled with single-family dwellings, though access to Rock Creek Park south of the CLU Church establishes a natural setting for the church. This property has been owned by Cedar Lane Unitarian Church (previously known as the Unitarian Church of Montgomery County) since 1955 (Montgomery County Deed Book [MCDB] 5020, 165).

---

**MARYLAND HISTORICAL TRUST REVIEW**

**Eligibility recommended**                **Eligibility not recommended**

**Criteria:**    A    B    C    D    **Considerations:**    A    B    C    D    E    F    G

**MHT Comments:**

_____                _____
        **Reviewer, Office of Preservation Services**                        **Date**

_____                _____
        **Reviewer, National Register Program**                        **Date**

Cedar Lane Unitarian Church

_____

Description:

The church is a one-story, multi-bay building that rests on a continuous foundation and has a structural system clad in uncoursed stone, wood and glass window-walls, and vertical wood siding. Due to the slope of the lot and the position of the building on it, the southern end of the church is two stories tall and has a partially sunken first story along the southeast elevation which houses offices and classrooms. It is covered by a low-pitched, front-gabled roof sheathed in asphalt shingles. A gabled ell which runs northwest-southeast and southwest-northeast is located along the northwest and northeast elevations of the resource and is sheathed in asphalt shingles. A stone interior chimney pierces the roofline on the northwest portion of the assembly space.

The primary entry, a glass and metal double-leaf door, is located on the northwest elevation and is situated in the north-facing interior corner, leading to an interior lobby. The double-leaf door appears to be a later modification. The primary entrance to the church is accessed by a concrete walkway from the interior court. A secondary entry is located on the northwest elevation north of the main entrance, and it is filled by identical metal and glass, double-leaf doors. An additional entrance, a glass and metal, single-leaf door located on the southeast elevation, leads into the classroom and office wing of the building and is accessible from a paved walkway.

Original stained-glass window walls composed of narrow, metal-framed, rectangular windows on the northwest and southeast elevations assembly space are glazed in clear, gray, and gold colors. Additional fenestration includes original fixed metal and glass windows filled with the same multi-colored glass in the gable ends of the building on the northeast elevation. Metal and glass window walls are present on the northeast and northwest elevation of the building, facing the interior court.

Interior Description:

Interior access was not permitted during this survey, however, interior photographs available online give a sense of the church's interior arrangement. The primary entry on the main floor leads to an interior vestibule with access to the lobby to the south, a library and lounge on the west side of the church, and classroom and additional congregation space on the east side. A floating stairway, trimmed with wood, is located on the lobby's northwest interior wall.

Interior ornamentation is minimal throughout the building. Repeated vertical, narrow, wood paneling appears in many interior spaces, including the lobby and auditorium. Geometric, linear screens are also a repeated motif, and variations on the idea are located in the auditorium and lobby space, and are echoed by the stained glass walls in many places. Tile floors are located in the vestibule, and laminate flooring is typical elsewhere in the church. Wall surfaces are either plain or are adorned with vertical wood paneling or stone. Ceilings vary throughout the church and are either drop-ceilings or drywall in the office, lobby, and classroom spaces. Globe light fixtures appear in the auditorium and secondary worship space, but it is unclear if they are original lights or replacement fixtures.

The primary worship space is the open auditorium, where full-height stained-glass windows, set in a grid pattern with a combination of clear, gray, and gold glazing, occupy the east and west walls. A geometric folding screen, echoing the pattern of the windows, fills the stage at the auditorium's south end. The south wall and ceiling are clad in the same wood paneling present throughout the building. A balcony to the north holds a pipe organ and additional seating space. A secondary worship space, a small chapel, is located at the north end of the building's classroom wing. Its interior wall surface is covered in stone, except for the east wall, which features a full-height stained-glass window like those in the auditorium. The same glass is present at the gable over the north wall. The northwest section of the building contains the library and lounge with stone fireplace on the southeast wall.

| MARYLAND HISTORICAL TRUST REVIEW | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Eligibility recommended** | | | | **Eligibility not recommended** | | | | | | |
| **Criteria:** | A | B | C | D | **Considerations:** | A | B | C | D | E | F | G |
| **MHT Comments:** | | | | | | | | | | |
| Reviewer, Office of Preservation Services | | | | | | Date | | | | |
| Reviewer, National Register Program | | | | | | Date | | | | |

_____

Secondary Structures:

A former parsonage, referred to as the Chalice House, is located northeast of the primary building, and it was also constructed circa 1958 (National Environmental Title Research [NETR] 1957). It is a one-story, six-bay, Contemporary-style meeting space, with a multiple-gable roof sheathed in asphalt shingles. It is supported by a continuous foundation with a structural system clad in vertical wood siding. The primary entry of this building is located on the northwest elevation and is filled by a double-leaf, metal and glass door. Two additional single-leaf, metal and glass entry doors are located along the southwest elevation and are accessed by a concrete and slate pathway through an ornamental garden.

A small playground is located south of the church complex and is surrounded by a wood-rail fence.

Historic Context:

The Unitarian Church of Montgomery County was organized in 1951 and held their early meetings at the Women's Club of Chevy Chase at 7931 Connecticut Avenue (The Washington Post 1955, 8). The 6.2-acre Cedar Lane site was purchased by the Unitarian Church of Montgomery County at a cost of $50,000 from the Gruver-Cooley Construction Company in 1955, and construction on the "first of four building units, containing an auditorium, classrooms and offices" began in the fall of that year (The Washington Post 1955, 8). Despite the multi-phased plans, only the first phase of the church complex was completed, and it opened in 1958. At the time of construction, about 400 people were registered as church members (The Washington Post 1955, 8). The congregation changed the name to the Cedar Lane Unitarian Church in 1961 and voted in 1996 to add "Universalist" to their name, thus becoming the Cedar Lane Unitarian Universalist Church (CLUU Church 2018a).

During the Suburban Diversification Period (1961-1980), the number of worship facilities increased in great numbers across the region. "As Marylanders populated the new suburbs in the 1950s and 1960s, a period of intense construction of religious structures ensued. Organized religion pursued two general goals: to meet the demands of the automobile centered, decentralized culture and to design places of worship that would become suitable landmarks in the modern suburban landscape" (Gournay and Corbin Sies 2002, 59). The CLU Church chose a property site that at the time, likely met many of the needs of prospective members. The large lot allowed for a larger church complex and automobile access and parking spaces, which was essential in the suburban environment (Gournay and Corbin Sies 2002, 59).

The architecture firm of Keyes, Lethbridge and Condon (KLC), with Pietro Belluschi as a consulting architect, designed and built the church. Edward Bennett, parishioner, developer, and member of the building committee, was likely instrumental in hiring KLC to design the new church. Bennett collaborated with the firm on many of his projects, including Carderock Springs (M: 29-59), in a relationship that began in 1953. For his contribution to the building fund, Bennett gifted the church a parsonage (now the Chalice House) (The Washington Post 1964, C1). The Chalice House bears similarities to many of KLC's Contemporary-style designs and may be the work of the firm.

KLC's residential designs, "constructed mostly of wood in modular units, with carports, clean lines, minimally peaked roofs and lots of large windows for views and light, […] were modest, straightforward, unencumbered affairs built for the mobile modern life" (The Washington Post 1992, 2). The design of CLU incorporates many aspects of KLC residential design, such as use of wood, moderate roof-pitch and clean lines, and large windows, especially in the auditorium.

Belluschi served as the dean of the Massachusetts Institute of Technology [MIT] School of Architecture during the 1950s (Gazet.net 2008). It is unclear how the association between KLC and Belluschi formed, but there are no other known collaborative projects between the two entities. He collaborated with other architects for several projects, including the Lutheran Church in

<div style="border:1px solid">

**MARYLAND HISTORICAL TRUST REVIEW**

Eligibility recommended _____          Eligibility not recommended _____

Criteria:     A          B          C          D     Considerations:     A          B          C          D          E          F          G

MHT Comments:

_____          _____
          Reviewer, Office of Preservation Services                              Date

_____          _____
          Reviewer, National Register Program                                    Date

</div>

Eugene, Oregon with Skidmore, Owings & Merrill. The Lutheran Church structure" consists of laminated-wood beams, with 2-in. tongue-and groove roof planks and curtain walls of wood, brick, and cathedral glass" (Progressive Architecture 1959, 122). The wood framing system was selected as a product of the region and lightness of interior created by the system, a motif repeated in the CLU Church. Another example of Belluschi collaboration is his work with Carl Koch for a Synagogue in Swampscott/Marblehead, Massachusetts. In their design of the synagogue, Belluschi and Koch used window walls around a flexible auditorium space, similar to the design of the CLU Church (Progressive Architecture 1959, 1924).

Belluschi's church designs were well-regarded. Belluschi's Church of the Redeemer (MIHP#: B-1381) in Baltimore, constructed between 1954-1958, is eligible for the National Register of Historic Places (NRHP) under Criterion C. Belluschi's design for the Church of the Reedemer is notable for its site-specificity, use of natural materials, and unconventional use of stained glass. The CLU Church shares the Church of the Redeemer's interesting application of stained glass and use of natural materials.

In a retrospective article, The Baltimore Sun noted Belluschi's collaborative ability for ecclesiastical architecture; as he was "a leading interpreter of mankind's spiritual dreams, collaborating equally well with Roman Catholics, Episcopalians, Presbyterians, Lutherans, Jews and Unitarians. Whatever denomination or faith they were for, the best of his works always had a certain refinement and understated elegance, an eloquent simplicity" (The Baltimore Sun 1994).

The original CLU Church design included a three-phased approach, which was common with suburban churches. "Typically, the project plan would be for three stages: social hall (used as a temporary sanctuary), classroom wing, and main sanctuary" (Kelly 2015, 167-169). Though only the first two phases of the church were constructed, architectural drawings show plans for full enclosure of the courtyard, and the addition of a sanctuary northwest of the current structure. As the CLU Church is a multi-faith spiritual congregation, the architecture of the building does not reflect a western Christian design, but rather employs architectural traits of a meeting space or congregation center. The church intentionally lacks a steeple, as direction of the gaze towards the sky to emphasize a heavenly connection is not a part of the Unitarian Universalist belief, and the current building was initially designed as an auditorium and not the permanent worship space (Gazet.net 2008). As described by Belluschi, construction materials were chosen based on their code compliance and propriety to the natural setting; "due to code requirements, [the] structure is reinforced concrete with steel purlins and gypsum decking; to blend the building with its setting, wood is used for exterior siding and window muntins; shingles are cedar. The assembly hall is steel framed. Stone-wall areas are a local red-brown sandstone" (Progressive Architecture 1959, 118).

KLC and Belluschi designed this worship facility in the Contemporary style, which contrasted starkly with many nearby Colonial Revival-influenced Baptist and Methodist churches of the period (Gourney and Corbin Sies 2002, 60). The choice of experimental modern forms by some congregations were intentional in hopes of attracting new and younger members (Manning et al. 2018, F-25). Unlike many nearby churches constructed during this period, the architects and designers defied the typical road-oriented site placement that was so common. Instead, they used its location and the proximity to Rock Creek Park to create a serene setting emphasizing a spiritual connection with nature disconnected from nearby busy thoroughfares (Gournay and Corbin Sies 2002, 59). The CLU church is one of few Unitarian churches built at this time in Maryland, and one of the earliest organized congregations in Montgomery County, which is a factor in the uniqueness in its design, even among other Modernist-influenced examples (The Washington Post 1953, 12). After Cedar Lane Unitarian Church, two additional Unitarian churches opened in Montgomery County in short succession; the Unitarian Universalist Church of Rockville (1964), designed by Stanley H. Arthur, and the River Road Unitarian Church (1965), also designed by KLC.

Writing for Progressive Architecture in 1959, Belluschi anticipated the final execution of the design, saying: "it is apparent that when the chapel wing, the church proper, and the landscaped entry court are built, the whole complex will be greatly improved…" as "the court will provide a landscaped transition space as well as a needed tie to the ground" (Progressive Architecture 1959, 118-

**MARYLAND HISTORICAL TRUST REVIEW**

Eligibility recommended _____  Eligibility not recommended _____

Criteria: ___ A ___ B ___ C ___ D  Considerations: ___ A ___ B ___ C ___ D ___ E ___ F ___ G

MHT Comments:

_____ Reviewer, Office of Preservation Services _____ Date

_____ Reviewer, National Register Program _____ Date

---

119). However, although the chapel and entry court were completed in December 1963 (The Washington Post 1963a, C6; 1963b, A12), the final phase original to the church's design, the church proper, was not constructed. Church leadership has expressed satisfaction with the size of the facility; "according to the Rev. Roger Fritts, Cedar Lane's senior minister, there has been little desire to complete the job. 'The auditorium worship space is so beautiful people are happy with what we have.'" (UU World 2008). Upon completion of the first phase, the building received acclaim from architecture professionals. In 1960, the Potomac Valley chapter of the American Institute of Architects (AIA) presented the team with a merit award for their design (Washington Post 1960, B1). In 1962, KLC, along with builder E. A. Baker Co., received an award from the Board of Trade in the church category (The Washington Post 1962, B18).

The church exterior has been minimally altered since the 1960s. The most visible modification has been the partial enclosure of the entrance porch at the courtyard. At the west end, this vestibule includes a new door into the library and lounge area; at the east side, a set of double doors provides direct access to the classroom wing via a reconfigured 1963 classroom. However, the original north window wall facing the courtyard is preserved behind the enclosure, and the new windows match the appearance of the original units in the library and lounge to the west. Other modifications including the replacement of exterior doors, and likely roof sheathing. In the late-twentieth century, a playground was added to support the church's educational and childcare facilities.

Evaluation:

The CLU Church was built in 1958 in the Contemporary style, which reflects popular trends in the construction of worship facilities, often Jewish temples and Catholic churches, in the mid-twentieth century. Although the CLU Church fits with the general pattern of church development in suburban areas as residential development increased in the Modern (1936-1960) and Suburban Diversification Periods (1961-1980), this resource was not an early or influential example and does not otherwise demonstrate a significant association with this trend. (KCI Technologies, Inc. [KCI] 1999, B-40; Manning et al. 2018, F-26). Therefore, the CLU Church is not eligible for the NRHP under Criterion A. Archival research did not yield information on any notable individuals associated with this church who made significant impacts to local, state, or national history and, therefore, it is also not eligible under Criterion B.

Designed by Keyes, Lethbridge and Condon in collaboration with Pietro Belluschi, the CLU Church is a Contemporary worship facility with architectural features typical of KLC and Belluschi's work. Its use of natural materials, emphasis on wood interior elements, and the integration of the building into its wooded environment are characteristic of KLC's residential designs. The use of geometric stained glass and the play between areas of shade and light, are similar to Belluschi's designs for Baltimore's Church of the Redeemer and other worship facilities, as highlighted in Progressive Architecture (Progressive Architecture 1959, 120-130).

The special collaboration on the CLU Church between KLC and Belluschi, two highly regarded contemporaries, resulted in a unique and excellent example of a Contemporary-style worship facility in Montgomery County. The CLU Church is significant under Criterion C for its high artistic value. According to the National Park Service, religious properties may be eligible for the NRHP only if their significance comes from architectural or artistic distinction or historical importance (Shrimpton et al. 1997). The CLU Church draws its importance as an excellent example of the Contemporary style and therefore meets Criteria Consideration A.

In sum, the Cedar Lane Unitarian Church is eligible for the NRHP under Criterion C and meets Criteria Consideration A. As an architectural resource, the resource was not evaluated under Criterion D.

---

**MARYLAND HISTORICAL TRUST REVIEW**

**Eligibility recommended** _____      **Eligibility not recommended** _____

**Criteria:**   A \_\_\_\_  B \_\_\_\_  C \_\_\_\_  D \_\_\_\_    **Considerations:**  A \_\_\_\_  B \_\_\_\_  C \_\_\_\_  D \_\_\_\_  E \_\_\_\_  F \_\_\_\_  G \_\_\_\_

**MHT Comments:**

 

_____          _____
    **Reviewer, Office of Preservation Services**           **Date**

_____          _____
    **Reviewer, National Register Program**              **Date**

---

Period of Significance:

The period of significance for the Cedar Lane Unitarian Church is 1958-1963, encompassing the phased construction of the church and construction of the Chalice House. The Chalice House demonstrates a design consistent with the church, dates to the same period, and served as an important companion space to the CLU church. The church complex retains high integrity of location, setting, feeling, and association, workmanship, materials, and design with minimal modifications. The alterations at the entrance are minor; the original configuration remains discernible, and the changes have not had a deleterious effect on integrity. The church retains all of the character-defining elements of its original design, including window walls, courtyard orientation, and low-pitched gabled roof. It defies typical features of its property type, as it lacks vertical emphasis, visibility, and road emphasis, in favor of a more naturalistic setting, an unusual feature for a suburban church (Manning et al. 2018, F-27). The forested setting of the church retains integrity and is an essential component to the designed landscape setting.

This property encompasses a total of approximately 6.26 acres, confined to Parcel 0000 on Montgomery County Tax Map HP32.

References:

The Baltimore Sun. 1994. "For Belluschi, Designing Churches Was an Act of Worship." February 27, 1994. Accessed December 3, 2018. http://articles.baltimoresun.com/1994-02-27/features/1994058133_1_belluschi-church-architecture-church-design.

Cedar Lane Unitarian Universalist Church. 2018a. "Facilities Rental." Accessed October 20, 2018. https://www.cedarlane.org/.

--- 2018b. "What is Unitarian Univeralism?" Accessed October 23, 2018. https://www.cedarlane.org/.

Encyclopedia Britannica. 2018. "Pietro Belluschi." Accessed October 30, 2018. https://www.britannica.com/biography/Pietro-Belluschi.

Gazet.net. 2008. "Unitarian Universalists celebrate 50 years in Bethesda church." May 21, 2008. Accessed October 30, 2018. http://www.gazette.net/stories/052108/potonew191710_32364.shtml

Gournay, Isabelle and Sies, Mary Corbin. 2002. "Modern Movement in Maryland." University of Maryland. Accessed October 23, 2018. http://mahdc.org/ma/wp-content/uploads/2017/02/Historic-Context-Modern-Movement-in-Maryland.pdf.

KCI Technologies, Inc. (KCI). 1999. Suburbanization Historic Context and Survey Methodology, I-495/I-95 Capital Beltway Corridor Transportation Study, Montgomery and Prince George's Counties, Maryland. KCI Technologies, Inc., Hunt Valley, Maryland. Accessed October 23, 2018. http://www.marylandroads.com/Index.aspx?PageId=214.

Kelly, Clare Lise. 2015. Montgomery Modern: Modern Architecture in Montgomery County, Maryland, 1930-1979. Silver Spring, Maryland: Maryland-National Capitol Park and Planning Commission.

Manning, Matt, Danae Peckler, Kerri Barile, Christeen Taniguchi, and Matthew Bray. 2018. Suburbanization Historic Context Addendum I-495/I-270 Managed Lane Study, Montgomery & Prince George's Counties, Maryland, Suburban Diversification Period (1961-1980). Draft. Prepared for the Maryland Department of Transportation State Highway Administration.

---

**MARYLAND HISTORICAL TRUST REVIEW**

**Eligibility recommended** _____      **Eligibility not recommended** _____

**Criteria:**    A \_\_\_    B \_\_\_    C \_\_\_    D \_\_\_    **Considerations:**    A \_\_\_    B \_\_\_    C \_\_\_    D \_\_\_    E \_\_\_    F \_\_\_    G \_\_\_

**MHT Comments:**

_____
          **Reviewer, Office of Preservation Services**                      **Date**

_____
          **Reviewer, National Register Program**                       **Date**

Montgomery County Deed Book (MCDB). N.d. Montgomery County Land Records, misc. years. Archives of Maryland Online. Accessed October 23, 2018. http://www.mdlandrec.net/.

National Environmental Title Research (NETR). 1957. Historic Aerial Mosaic, Montgomery County, Maryland. Accessed October 29, 2018. https://www.historicaerials.com/viewer.

Progressive Architecture. 1959. "Unitarian Church, Bethesda, Maryland." June 1959. Accessed October 29, 2018. http://www.usmodernist.org/PA/PA-1959-06.pdf.

Shrimpton, Rebecca H., ed. Patrick W. Andrus, and National Register of Historic Places staff. How to Apply the National Register Criteria for Evaluation, Preservation Brief No. 15. 1990, revised 1997. Technical Preservation Services, National Park Service, Washington, DC Accessed October 23, 2018. http://www.nps.gov/nr/publications/bulletins/nrb15/index.htm.

UU World. 2008. "Cedar Lane's Modernist Auditorium." Summer 2008. Accessed October 23, 2018. https://www.uuworld.org/print/articles/cedar-lanes-modernist-auditorium.

The Washington Post. 1953. "Montgomery Church Set Up By Unitarians." March 14, 1953. Accessed October 23, 2018.

--- 1955. "$50,000 Site Bought by Unitarian Church." June 4, 1955. Accessed October 23, 2018.

--- 1960. "Architects Honored—With Reservations." June 11, 1960. Accessed October 23, 2018
.
--- 1962. "15 Area Buildings Win Architectural Awards." January 6, 1962. Accessed December 3, 2018.

--- 1963a. "Cedar Lane lists Rites for Chapel." March 9, 1963. Accessed December 17, 2018.

--- 1963b. "Unitarian Church to Dedicate Chapel." December 21, 1963. Accessed December 17, 2018.

--- 1964. "Bennett Talks of Building 'New Town." July 25, 1964. Accessed December 3, 2018.

--- 1992. "The Men Who Made Theirs Modern." June 6, 1992. Accessed December 13, 2018.

**MARYLAND HISTORICAL TRUST REVIEW**

**Eligibility recommended** _____    **Eligibility not recommended** _____

**Criteria:**    A ____  B ____  C ____  D ____    **Considerations:**    A ____  B ____  C ____  D ____  E ____  F ____  G ____

**MHT Comments:**


_____    _____
      **Reviewer, Office of Preservation Services**                    **Date**

_____    _____
      **Reviewer, National Register Program**                         **Date**

**Cedar Lane Unitarian Church**

Location: 9601 Cedar Lane
City: Bethesda

MIHP#: M: 31-72
Montgomery County



Cedar Lane Unitarian Church

USGS 7.5' Quadrangle - Kensington

0     0.3     0.6
Miles
Scale: 1:24,000

N

00007982

Location: 9601 Cedar Lane
City: Bethesda

MIHP# M: 31-72
Montgomery County



Parcel Boundaries

0        0.02        0.04
|_|_|_|_|_|_|_|_| Miles
Scale: 1:1,400

N

00007983

**Cedar Lane Unitarian Church (M: 31-72)**
**9601 Cedar Lane**
**Bethesda, Montgomery County, Maryland**



Architect's drawing of proposed Unitarian church (Progressive Architecture 1959).



Interior of auditorium, facing south (Google 2018).

Cedar Lane Unitarian Church (M: 31-72)
9601 Cedar Lane
Bethesda, Montgomery County, Maryland



Interior of lobby, facing north (Google 2018).



Interior of secondary worship space (Google 2018).

**Maryland Historical Trust
Maryland Inventory of
Historic Properties Form**

Inventory No  M: 31-72

Name Cedar Lane Unitarian Church
**Continuation Sheet**

Number   Photos   Page 1



**Photo 1 of 15: View of Cedar Lane Unitarian Church (CLU Church) from parking lot northeast of the church, looking SW.**



**Photo 2 of 15: North oblique of primary entry from south side of parking lot.**

**Maryland Historical Trust
Maryland Inventory of
Historic Properties Form**

Inventory No  M: 31-72

Name Cedar Lane Unitarian Church
**Continuation Sheet**

Number   Photos   Page 2



Photo 3 of 15: View of northeast elevation of church.



Photo 4 of 15: Southeast elevation of church from parking lot.

# Maryland Historical Trust
# Maryland Inventory of
# Historic Properties Form

Inventory No  M: 31-72

Name Cedar Lane Unitarian Church
**Continuation Sheet**

Number   <u>Photos</u>   Page 3

---



**Photo 5 of 15: Detail of southeast elevation of church and secondary entry.**



**Photo 6 of 15: View of sanctuary (left) and office section of church, looking west.**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No  M: 31-72

Name Cedar Lane Unitarian Church
**Continuation Sheet**

Number   Photos   Page 4



Photo 7 of 15: Southwest elevation of the CLU Church.



Photo 8 of 15: West oblique from southwest parking lot.

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No  M: 31-72

Name Cedar Lane Unitarian Church
**Continuation Sheet**

Number   Photos   Page 5



**Photo 9 of 15: View of playground on southeast portion of the property, facing south.**



**Photo 10 of 15: Southeast oblique of offices and classrooms, facing north.**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No  M: 31-72

Name Cedar Lane Unitarian Church
**Continuation Sheet**

Number   Photos   Page 6



**Photo 11 of 15: View of stairs leading to Chalice House and memory garden, from northeast parking lot facing northeast.**



**Photo 12 of 15: Chalice House, facing northeast.**

# Maryland Historical Trust
# Maryland Inventory of
# Historic Properties Form

Inventory No  M: 31-72

Name Cedar Lane Unitarian Church
**Continuation Sheet**

Number  <u>Photos</u>  Page 7



**Photo 13 of 15: View of Chalice House, west oblique.**



**Photo 14 of 15: View of primary entry, facing south.**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No  M: 31-72

Name Cedar Lane Unitarian Church
**Continuation Sheet**

Number  <u>Photos</u>  Page 8



Photo 15 of 15: Detail of primary entry on northeast elevation.

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No M: 31-72

Name Cedar Lane Unitarian Church
**Continuation Sheet**

Number  <u>Photos</u>  Page 9

---

**PHOTO LOG**

**Name of Property: Cedar Lane Unitarian Church**
**Name of Photographer:  Melissa Butler, Joe Blondino**
**Date of Photographs:  September 10, 2018**
**Location of Original Digital File:  MD SHPO**

*Photographs inserted on continuation sheets.*

**Photo 1 of 15:**
**View of Cedar Lane Unitarian Church (CLU Church) from parking lot northeast of the church,**
**Looking Southwest**
M: 31-72_2018-09-10_01

**Photo 2 of 15:**
**North Oblique of primary entry from south side of parking lot**
M: 31-72_2018-09-10_02

**Photo 3 of 15:**
**View of northeast elevation of church.**
M: 31-72_2018-09-10_03

**Photo 4 of 15:**
**Southeast elevation of church from parking lot.**
M: 31-72_2018-09-10_04

**Photo 5 of 15:**
**Detail of southeast elevation of church and secondary entry.**
M: 31-72_2018-09-10_05

**Photo 6 of 15:**
**View of sanctuary (left) and office section of church, looking west.**
M: 31-72_2018-09-10_06

**Photo 7 of 15:**
**Southwest elevation of the CLU Church.**
M: 31-72_2018-09-10_07

**Photo 8 of 15:**
**West oblique from southwest parking lot.**
M: 31-72_2018-09-10_08

**Photo 9 of 15:**
**View of playground on southeast portion of the property, facing south.**
M: 31-72_2018-09-10_09

**Maryland Historical Trust
Maryland Inventory
of Historic Properties Form**

Inventory No  M: 31-72

Name Cedar Lane Unitarian Church
**Continuation Sheet**

Number   Photos   Page 10

---

**Photo 10 of 15:**
**Southeast oblique of offices and classrooms, facing north.**
**M: 31-72_2018-09-10_10**

**Photo 11 of 15:**
**View of stairs leading to Chalice House and memory garden, from northeast parking lot facing northeast.**
**M: 31-72_2018-09-10_11**

**Photo 12 of 15:**
**Chalice House, facing northeast.**
**M: 31-72_2018-09-10_12**

**Photo 13 of 15:**
**View of Chalice House, west oblique.**
**M: 31-72_2018-09-10_13**

**Photo 14 of 15:**
**View of primary entry, facing south.**
**M: 31-72_2018-09-10_14**

**Photo 15 of 15:**
**Detail of primary entry on northeast elevation.**
**M: 31-72_2018-09-10_15**

# MARYLAND HISTORICAL TRUST
## DETERMINATION OF ELIGIBILITY FORM

NR Eligible: Yes ____

No ____

Property Name: **Centennial Village**

Inventory Number: **PG:72-79**

Address: West of I-495 and east of Brightseat Road

Historic District: Yes

City: Landover          Zip Code: 20785

County: Prince George's

USGS Quadrangle(s): Lanham

Property Owner: Multiple

Tax Account ID: Multiple

Tax Map Parcel(s): Multiple

Tax Map: 0067

Project: I-495 & I-270 Managed Lanes Study

Agency: MDOT SHA

Agency Prepared By: Dovetail CRG

Preparer's Name: Adriana Moss

Date Prepared: May 17, 2019

Documentation is presented in: Project review and compliance files

Preparer's Eligibility Recommendation: Not Recommended

Criteria:  A    B    C    D

Considerations:  A    B    C    D    E    F    G

| Complete if the property is a contributing or non-contributing resource to a NR district/property: |
|---|
| Name of the District/Property: |
| Inventory Number:          Eligible:          Listed: |

Site visit by MHT Staff ____ yes ____ no          Name:          Date:

Description of Property and Justification:

Setting:

Centennial Village is a 15.62-acre, multi-family residential development located on the east side of Brightseat Road in Hyattsville. It is bounded by I-495 to the east, Brightseat Road to the west, an office building to the north, and a wooded tract to the south. The complex consists of 157 townhouses in 19 linear building groups and one playground. The complex is accessed by two points on Brightseat Road that lead to Congress Place and Continental Place; they provide access to asphalt parking areas between groupings of townhouses. Concrete walkways traverse the property, which is lighted by metal lantern lampposts. Mature trees are present throughout the development, and shrubs and plantings line the façade of most townhouse buildings; rear yards are enclosed by wood fencing. A wood sign is situated on the north side of each vehicular entrance.

Description:

Centennial Village is a multi-family residential development constructed between 1977 and 1980 during the Suburban

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| Criteria: ___ A ___ B ___ C ___ D | Considerations: ___ A ___ B ___ C ___ D ___ E ___ F ___ G |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services: | Date: |
| | |
| Reviewer, National Register Program: | Date: |

*Special DOE form produced for the I-270 & I-495 Managed Lanes Study*

NR-ELIGIBILITY REVIEW FORM

PG:72-79                                          Centennial Village

Page 2

Diversification Period (1961-1980). The complex is composed of 19 linear buildings containing 157 townhouses with Colonial Revival-style elements. The one-and-a-half- or two-story townhouse units are two bays wide on raised basement concrete-block foundations, and are clad in a combination of stretcher-bond brick and siding such as wood, vinyl, or T1-11. Roofs are side gabled or gambrel covered with asphalt shingles. Gambrel roofs have two gabled dormers on the façade.

Each townhouse has a primary entrance on the façade filled with a single-leaf fiberglass door and storm door. They are accessed by a concrete stoop, at times lined with metal railings, or full-width porches with squared wood posts. Original windows are vinyl-frame, double-hung-sash units and are at times paired. Vinyl, paneled or louvered shutters flank most façade fenestration. Double-leaf, fiberglass or sliding metal-framed glass doors are situated on the rear elevation of each unit.

A playground is situated in the southeast portion of the complex on the north side of Congress Place. It is accessed by a set of concrete steps that lead to a paved asphalt walking path. The playground contains a circa-1980 metal swing set.

Historic Context:

In 1964, National Pence Manufacturing Co., Inc., sold 21.42 acres to Gerald J. Miller, Donald A. Brown, and Joseph B. Gildenhorn, acting as part of a joint venture called Brightseat Road Associates (Prince George's County Deed Book [PGCDB] 2954, 83). In January 1976, Brightseat Road Associates submitted five plats of subdivision for a townhouse community encompassing 17.42 acres of the original tract and called it Centennial Village (Prince George's County Plat Book [PGCPB] NLP 94, 38-42). In total, 157 townhouses were platted in groups of five to 13. Initial development began the following year, and the community was completed by 1980 (Nationwide Environmental Title Research, LLC 1977, 1980). Construction was completed by C.V. Land Company and Fairland Corp. (The Washington Star 1977a, D-8; 1977b, 44).

Initial advertising touted three- to four-bedroom townhouses with full unfinished basements and three spacious living levels featuring six distinctive exterior styles with insulation at no extra cost. Features could include columned porches, gabled windows, wall-to-wall carpeting, and over-sized family room and kitchens. Proximity to Landover Mall, Capital Center, and Prince George's County Community Center was noted as a community convenience. Prices began at $45,450 with the option of 10-year Home Owners Warranty protection plans and Veteran's Affairs and Federal Housing Administration financing (The Washington Star 1977a, D-8; 1978, E-4). No architect was named in any of the advertisements.

Gerald J. Miller was a real estate developer and lawyer who worked throughout the metropolitan Washington, D.C., area during the 1960s and 1970s. Miller was president of The Miller Companies, a family-held corporation that developed and managed garden and high-rise apartments, mixed-use commercial properties, and office buildings (Palm Beach Daily News 1986, A2). Other works include the 12-story New England Life Insurance Co. building and the Governmental Affairs Institute building, both in northwest Washington, D.C.

Donald A. Brown was the founder of the major Washington, D.C.-area real estate investment firm known as JBG Companies, where Joseph B. Gildenhorn was one of his founding partners (Taylor 2019). Gildenhorn served as the company's president from 1960 to 1989, and then served as the United States' Ambassador to Switzerland until 1993 (Bloomberg L.P. 2019). The company began purchasing multi-family communities in Prince George's County then continued to Washington, D.C., and Virginia. Some of their best-known works include the Wolf Trap music and arts center in Vienna, Virginia, the Four Seasons Hotel in Georgetown, and the Geico headquarters in Chevy Chase, Maryland.

Fairland Corp., led by builder John Dorment, was a construction firm that built several residential communities in Prince George's County including Squires Woods, Landings at Piscataway, and Briar Village townhouses. Research did not provide any information regarding the C.V. Land Company.

Evaluation:

Centennial Village was evaluated as a multi-family residential development constructed in the Suburban Diversification Period (1961-1980), in accordance the Suburbanization Historic Context Addendum and National Register of Historic Places Criteria A, B, and C.

NR-ELIGIBILITY REVIEW FORM

PG:72-79                                     Centennial Village

Page 3

Centennial Village is a modest and basic example of a townhouse complex from the Suburban Diversification Period. The complex did not introduce design innovations and does not have significant associations with important suburban trends. Furthermore, the complex is not known to be associated with any other events that have made a significant contribution to the broad patterns of history. Therefore, Centennial Village is not eligible under Criterion A.

Miller, Brown, and Gildenhorn worked throughout the area, but research has not indicated that their efforts had a significant influence on suburban development in Maryland. Furthermore, research has not shown that the apartment complex is associated with the lives of other people significant in the past. Therefore, the resource is not eligible under Criterion B.

As a townhouse complex, Centennial Village includes standard features typical of the period. It is not the work of master architects and exhibits common materials and forms. Centennial Village does not convey any distinctive characteristics or artistic value and is a basic and modest example of a garden apartment complex of the period and conveys no distinctive characteristics or artistic value. The complex is not eligible under Criterion C. As an architectural resource, it was not evaluated under Criterion D.

The property encompasses 15.62 acres and is confined to the current property tax parcels, which can be found on Prince George's County Tax Map 0067and also as seen in Prince George's County plat in book NLP 94, pages 38-42.

References:

Bloomberg L.P. 2019. Executive Profile: Joseph B. Gildenhorn. https://www.bloomberg.com/research/stocks/private/.

Manning, Matt, Danae Peckler, Kerri Barile, Christeen Taniguchi, and Matthew Bray. RK+K. 2018. Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties, Maryland. Draft. Prepared for the Maryland Department of Transportation State Highway Administration.

Nationwide Environmental Title Research, LLC. Misc. years. Historic Aerial Mosaic, Prince George's County, Maryland. Accessed April 23, 2019. https://www.historicaerials.com/viewer.

Palm Beach Daily News. 1986. Gerald J. Miller, 56, Dies in Chevy Chase. June 1-4, 1986, A2.

Prince George's County Deed Book (PGCDB). Misc. years. Prince George's County Land Records, Archives of Maryland Online. Accessed March 20, 2019. http://www.mdlandrec.net/.

Prince George's County Plat Book (PGCPB). Misc. years. Prince George's County Land Survey, Subdivision Plats, Archives of Maryland Online. Accessed March 20, 2019. http://plats.net/pages/plats.aspx?cid=PG.

Taylor, Dan. 2019. Found of Major DC Developer JBG Dies At 90: Report. https://patch.com/district-columbia/washingtondc/founder-dc-real-estate-firm-jbg-dies-report.

The Washington Star. 1977a. Advertisement. September 30, 1977, D-8.
--- 1977b. Centennial Village Townhouses. January 28, 1977, 44.



**Centennial Village**                                      Prince George's County
Location: West of I-495 and east of Brightseat Road                   City: Landover

USGS 7.5' Quadrangle - Lanham

0     0.5     1 Miles
Scale: 1:24,000

N

Centennial Village

**Centennial Village**
Location: West of I-495 and east of Brightseat Road

Prince George's County
City: Landover



Parcel Boundaries

Scale: 1:3,000

**PHOTOGRAPHS**



Sign at corner of Continental Place and Brightseat Road, looking north.



View of 8900-8914 Continental Place, looking southwest.

**PHOTOGRAPHS**



Northeast oblique of 8932 Continental Place.



Detail of 8912 Congress Place, looking west.



View of 9001–9019 and 9021–9035 Continental Place, looking south.



Streetscape of Continental Place, looking north.

Centennial Village





Rear elevation of 8930–8948 Congress Place, looking southwest.



Playground next to 8930 Continental Place, looking east.

PG:72-79
**PHOTO LOG**

Centennial Village

---

Number of Photos: **8**
Name of Photographer: **Mical Tawney**
Date of Photographs: **2019-04-24**
Location of Original Digital File: **MD SHPO**
File Format: **PG:72-79_2019-04-24_01.tif… etc.**

*Photographs inserted on continuation sheets:*

01.tif
Sign at corner of Continental Place and Brightseat Road, looking north.

02.tif
View of 8900-8914 Continental Place, looking southwest.

03.tif
Northeast oblique of 8932 Continental Place.

04.tif
Detail of 8912 Congress Place, looking west.

05.tif
View of 9001–9019 and 9021–9035 Continental Place, looking south.

06.tif
Streetscape of Continental Place, looking north.

07.tif
Rear elevation of 8930–8948 Congress Place, looking southwest.

08.tif
Playground next to 8930 Continental Place, looking east.

**MARYLAND HISTORICAL TRUST**
**DETERMINATION OF ELIGIBILITY FORM**

NR Eligible: Yes ___

No ___

Property Name: **Chesapeake Beach Railway Prism**                Inventory Number: **AA-2559 and PG:72-81**

Address: <u>D.C.-Prince George's Co. line to the Anne Arundel-Calvert Co. line at Chesapeake Beach Road</u>    Historic District: <u>No</u>

City: <u>Multiple</u>                Zip Code: <u>Multiple</u>                County: <u>Prince George's and Anne Arundel</u>

USGS Quadrangle(s): <u>Washington East, Lanham, Upper Marlboro, Bristol</u>

Property Owner: <u>Multiple</u>                                Tax Account ID: <u>Multiple</u>

Tax Map Parcel(s): <u>None</u>                                Tax Map: <u>None</u>

Project: <u>I-495 & I-270 Managed Lanes Study</u>                Agency: <u>MDOT SHA</u>

Agency Prepared By: <u>MDOT State Highway Administration</u>

Preparer's Name: <u>Matt Manning</u>                        Date Prepared: <u>December 17, 2020</u>

Documentation is presented in: <u>Project review and compliance files</u>

Preparer's Eligibility Recommendation: <u>Not Recommended</u>

Criteria:  A    B    C    D

Considerations:  A    B    C    D    E    F    G

> *Complete if the property is a contributing or non-contributing resource to a NR district/property:*
>
> Name of the District/Property:
>
> Inventory Number:                Eligible:                Listed:

Site visit by MHT Staff ___ yes ___ no                Name:                Date:

Description of Property and Justification:

The Chesapeake Beach Railway Prism consists of an approximately 17-mile-long former railroad right of way in Prince George's and Anne Arundel counties extending from Seat Pleasant near the border of Washington, DC, to Lyons Creek at the Calvert County line. East of Lyons Creek, the railroad right-of-way was repurposed in the mid-1950s as MD 260 (Chesapeake Beach Road), erasing all evidence of the former railroad bed in Calvert County. In Prince George's and Anne Arundel counties, the former right-of-way still includes the remains of the cuts and embankments that comprised the railroad bed. The tracks, however, were removed shortly after the Chesapeake Beach Railway's closure in 1935. Along its length, the prism has been overgrown with vegetation, and redevelopment since its closure has removed all evidence of the railroad in many places along its former route. Structural remains are present at some crossings, including the Patuxent River, where a pivot pier is all that remains of the Chesapeake Beach Railway Bridge (PG:82B-5), a wood swing-span bridge. More typical are smaller crossings with scattered remains that could be former piers or footings, such as those at Back Branch in Prince George's County, or structures associated with later highway construction, like the c. 1931 piers that once supported the railroad over MD 4 at Lyons Creek. Aside from the station in Chesapeake Beach (CT-100), buildings associated with the railroad, such as the Chesapeake Beach Railway Engine House (PG:72-12), the Chesapeake Beach Railway Waiting House (PG:82B-21), and Pindell Station (AA-343),

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| Criteria: ___ A ___ B ___ C ___ D | Considerations: ___ A ___ B ___ C ___ D ___ E ___ F ___ G |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services: | Date: |
| | |
| Reviewer, National Register Program: | Date: |

*Special DOE form produced for the I-270 & I-495 Managed Lanes Study*

NR-ELIGIBILITY REVIEW FORM

<u>AA-2559 and PG:72-81</u>                         <u>Chesapeake Beach Railway Prism</u>

Page 2

---

have been removed or fallen into ruin.

History

The Chesapeake Beach Railway (CBR) began as a moneymaking venture to facilitate the establishment of the Chesapeake Beach resort on Maryland's Western Shore. The Washington and Chesapeake Railway Company (W&CBR) received a charter from the State of Maryland on September 1, 1891 to operate a standard gauge railroad from the eastern boundary of the District of Columbia through Prince George's, Anne Arundel and Calvert counties to the site of the present town of Chesapeake Beach (Stinson 1979). The new resort town would offer the citizens of Washington, DC, a beach resort community in close proximity, and the railway would link Chesapeake Beach with the growing population of the nation's capital (Weishar 2008).

The W&CBR was reorganized in 1896 as the Chesapeake Beach Railway Company, led by Otto Mears and funded by a group of Colorado businessmen. Mears emigrated from Russia to America in 1880, where he pioneered narrow gauge railway lines as president of the Silverton Railroad and the Rio Grande Southern Railroad in Colorado (Lange and Edwards 1978; Weishar 2008).

Mears's goal was to create the greatest seaside resort in America, which he hoped to rival the Rhode Island resorts of Newport and Narraganset Pier and Maine's Bar Harbor (Lange and Edwards, 1978). Mears and his Denver business associates designed an elaborate resort town complete with hotels, bathhouses and beaches, casinos, a racetrack, and a 1600-foot boardwalk (About CBRM, n.d.).

Multiple bridges on the CBR spanned waterways, low areas, and roads. Although steel offered increased strength and longevity with reduced weight, in the soft muddy soil of Maryland's Tidewater region, cheaper and more plentiful timber was used for all CBR bridges. Bridge specifications called for 12-by-12-inch seasoned oak timbers, with mortised and bolted joints. In an effort to speed construction and save money, logs, many with the bark still on, were spiked together rather than bolted. This hasty construction technique is one reason why little evidence of structures along the line remains (Weishar 2008).

Mears' vision of providing rail service to Chesapeake Beach became a reality on June 9, 1900 when the first train arrived in Chesapeake Beach from Washington, DC. (About CBRM, n.d.). The resort town offered roller coasters, a boardwalk, and the amenity of swimming in the Chesapeake Bay (Chesapeake Beach Amusement Park, CT-98). Overnight visitors could stay in the luxurious Belvedere Hotel, which was built c. 1900. Early on, visitors arrived primarily by rail or steamship, which was the primary means of transport for guests from Baltimore. Over time, the automobile became a growing factor in travel to the resort. By the 1920s the state's modernized roads surpassed rail as the primary means of moving people and goods, and CBR revenues decreased. The Chesapeake-Potomac Hurricane of 1933 combined with the Great Depression of 1935 brought an end to the Chesapeake Beach Railway Company, and the final train arrived in Chesapeake Beach on April 15, 1935 (Weishar 2008).

Evaluation

The Chesapeake Beach Railway Prism is not eligible for listing in the National Register of Historic Places.

Although the railroad played an important role in the establishment of the Chesapeake Beach resort community, it was not the only means of accessing the resort, which never attained the same status or significance as the resorts it was modeled after in Rhode Island and Maine. Furthermore, the railroad is not known to be associated with any other events that have made a significant contribution to the broad patterns of history. Therefore, the railway prism is not significant under Criterion A.

The railroad's founders, in particular Otto Mears, were more closely associated with railroads and railroad advancements in Colorado, where Mears worked prior to the establishment of the CBR. Research has not shown that the neighborhood is associated with the lives of other persons significant in the past, and the railroad prism is not significant under Criterion B.

The railroad prism is not eligible under Criterion C for its design or engineering; the shortcuts taken during construction resulted in many timber crossings that have not survived. The prism itself is typical of railroad engineering during this time. Furthermore, the removal of the tracks, vegetative growth, encroaching development, and the lack of surviving associated buildings and other structures has led to the loss of the railroad prism's integrity of design, materials, workmanship, setting, feeling, and association.

NR-ELIGIBILITY REVIEW FORM

AA-2559 and PG:72-81                    Chesapeake Beach Railway Prism

Page 3

The boundary for the Chesapeake Beach Railway Prism encompasses approximately 144.6 acres across multiple tax parcels in Prince George's and Anne Arundel counties.

References:

"About CBRM." Chesapeake Beach Railway Museum. https://chesapeakebeachrailwaymuseum.com/. Accessed December 17, 2020.

"Chesapeake Beach Amusement Park." Maryland Inventory of Historic Properties Form. CT-98. No date. https://mht.maryland.gov/secure/Medusa/PDF/Calvert/CT-98.pdf

Hiatt, Amy. "Pindell Station." Maryland Inventory of Historic Properties Form. AA-343. August 1975. https://mht.maryland.gov/secure/Medusa/PDF/AnneArundel/AA-343.pdf.

King, Marina. "Chesapeake Beach Railway Waiting House." Maryland Inventory of Historic Properties Form. PG:82B-21. August 1985. https://mht.maryland.gov/secure/Medusa/PDF/PrinceGeorges/PG;82B-21.pdf.

Lange, Ralph and Mark R. Edwards. "Chesapeake Beach Railway Engine House." August 1978. PG:72-12. https://mht.maryland.gov/secure/Medusa/PDF/PrinceGeorges/PG;72-12.pdf.

Stinson, Merry. "Chesapeake Beach Railway Station." Maryland Inventory of Historic Properties Form. CT-100. June 1979. https://mht.maryland.gov/secure/medusa/PDF/Calvert/CT-100.pdf.

Riedesel, John. "Ghosts along the Right-of-Way!" The Chesapeake Dispatcher. Vol.24 Issue 1 No. 45. May 2005. https://chesapeakebeachrailwaymuseum.com/wp-content/uploads/2018/01/May_05_newsletter.pdf

Weishar, Paul. "Chesapeake Beach Railway Bridge." Maryland Inventory of Historic Properties Form. PG:82B-5. February 2008. https://mht.maryland.gov/secure/Medusa/PDF/PrinceGeorges/PG;82B-5.pdf.

Chesapeake Beach Railway Prism
**MAPS**

---

**Chesapeake Beach Railway Prism**

Location: Former railroad bed from the D.C.-Prince's George's Co. line to the Anne Arundel-Calvert Co. line at Chesapeake Beach Road     City: Multiple



USGS 7.5' Quadrangle - Washington East,
Upper Marlboro, Bristol, Lanham

Scale: 1:24,000

**Chesapeake Beach Railway Prism**

Location: Former railroad bed from the D.C.-Prince George's Co. line to the Anne Arundel-Calvert Co. line at Chesapeake Beach Road          City: Multiple



USGS 7.5' Quadrangle - Washington East,
Upper Marlboro, Bristol, Lanham

Scale: 1:24,000

**Chesapeake Beach Railway Prism**

Location: Former railroad bed from the D.C.-Prince George's Co. line to the Anne Arundel-Calvert Co. line at Chesapeake Beach Road

City: Multiple



USGS 7.5' Quadrangle - Washington East,
Upper Marlboro, Bristol, Lanham

Scale: 1:24,000