**Chesapeake Beach Railway Prism**

Location: Former railroad bed from the D.C.-Prince George's Co. line to the Anne Arundel-Calvert Co. line at Chesapeake Beach Road    City: Multiple



USGS 7.5' Quadrangle - Washington East,
Upper Marlboro, Bristol, Lanham

Scale: 1:24,000

## Chesapeake Beach Railway Prism

Location: Former railroad bed from the D.C.-Prince George's Co. line to the Anne Arundel-Calvert Co. line at Chesapeake Beach Road

City: Multiple



USGS 7.5' Quadrangle - Washington East, Upper Marlboro, Bristol, Lanham

Scale: 1:24,000

**Chesapeake Beach Railway Prism**

Location: Former railroad bed from the D.C.-Prince George's Co. line to the Anne Arundel-Calvert Co. line at Chesapeake Beach Road



USGS 7.5' Quadrangle - Washington East,
Upper Marlboro, Bristol, Lanham

Scale: 1:24,000

**MAPS**

### Chesapeake Beach Railway Prism

Location: Former railroad bed from the D.C.-Prince George's Co. line to the Anne Arundel-Calvert Co. line at Chesapeake Beach Road        City: Multiple



Parcel Boundaries

0        0.25        0.5 Miles

Scale: 1:12,000

N

### Chesapeake Beach Railway Prism

Location: Former railroad bed from the D.C.-Prince George's Co. line to the Anne Arundel-Calvert Co. line at Chesapeake Beach Road        City: Multiple



Parcel Boundaries

0        0.25        0.5  Miles

Scale: 1:12,000

N

### Chesapeake Beach Railway Prism

Location: Former railroad bed from the D.C.-Prince George's Co. line to the Anne Arundel-Calvert Co. line at Chesapeake Beach Road         City: Multiple



Parcel Boundaries

0        0.25        0.5 Miles        N

Scale: 1:12,000

### Chesapeake Beach Railway Prism

Location: Former railroad bed from the D.C.-Prince George's Co. line to the Anne Arundel-Calvert Co. line at Chesapeake Beach Road          City: Multiple



Parcel Boundaries

0    0.25    0.5  Miles
Scale: 1:12,000    N

**Chesapeake Beach Railway Prism**

Location: Former railroad bed from the D.C.-Prince George's Co. line to the Anne Arundel-Calvert Co. line at Chesapeake Beach Road          City: Multiple



Parcel Boundaries

0          0.25          0.5 Miles          N

Scale: 1:12,000

### Chesapeake Beach Railway Prism

Location: Former railroad bed from the D.C.-Prince George's Co. line to the Anne Arundel-Calvert Co. line at Chesapeake Beach Road          City: Multiple



Parcel Boundaries

0          0.25          0.5
Miles

Scale: 1:12,000

## Chesapeake Beach Railway Prism

Location: Former railroad bed from the D.C.-Prince George's Co. line to the Anne Arundel-Calvert Co. line at Chesapeake Beach Road          City: Multiple



Parcel Boundaries

0          0.25          0.5 Miles

Scale: 1:12,000

### Chesapeake Beach Railway Prism

Location: Former railroad bed from the D.C.-Prince George's Co. line to the Anne Arundel-Calvert Co. line at Chesapeake Beach Road          City: Multiple



Parcel Boundaries

0          0.25          0.5  Miles
Scale: 1:12,000

N

**Chesapeake Beach Railway Prism**

Location: Former railroad bed from the D.C.-Prince George's Co. line to the Anne Arundel-Calvert Co. line at Chesapeake Beach Road                City: Multiple



Parcel Boundaries

0          0.25          0.5   Miles
Scale: 1:12,000

N

00008023

## Chesapeake Beach Railway Prism

Location: Former railroad bed from the D.C.-Prince George's Co. line to the Anne Arundel-Calvert Co. line at Chesapeake Beach Road          City: Multiple



Parcel Boundaries

0      0.25      0.5 Miles

Scale: 1:12,000

**Chesapeake Beach Railway Prism**

Location: Former railroad bed from the D.C.-Prince George's Co. line to the Anne Arundel-Calvert Co. line at Chesapeake Beach Road          City: Multiple



Parcel Boundaries

Scale: 1:12,000

## Chesapeake Beach Railway Prism

Location: Former railroad bed from the D.C.-Prince George's Co. line to the Anne Arundel-Calvert Co. line at Chesapeake Beach Road          City: Multiple



Parcel Boundaries

0          0.25          0.5
Miles
Scale: 1:12,000

AA-2559 and PG:72-81                Chesapeake Beach Railway Prism
**PHOTOGRAPHS**



View northwest from the top of the railway berm immediately south of Back Branch.



View south of the former rail corridor, taken from the top of the berm.

Chesapeake Beach Railway Prism
**PHOTOGRAPHS**



View northwest of a tributary to Back Branch along the eastern edge of the railway berm.



Possible concrete footing remnant within the tributary to Back Branch.

AA-2559 and PG:72-81                     Chesapeake Beach Railway Prism
**PHOTOGRAPHS**



Disarticulated brick pillars within Back Branch

AA-2559 and PG:72-81                         Chesapeake Beach Railway Prism

**PHOTO LOG**

Number of Photos: **5**
Name of Photographer: **AD Marble**
Date of Photographs: **2020-09-01**
Location of Original Digital File: **MHT**
File Format: **AA-2559 and PG:72-81_2020-09-01_01.tif… etc.**

*Photographs inserted on continuation sheets:*

AA-2559_PG:72-81_2020-09-01_001
View northwest from the top of the railway berm immediately south of Back Branch.

AA-2559_PG:72-81_2020-09-01_002
View south of the former rail corridor, taken from the top of the berm.

AA-2559_PG:72-81_2020-09-01_003
View northwest of a tributary to Back Branch along the eastern edge of the railway berm.

AA-2559_PG:72-81_2020-09-01_004
Possible concrete footing remnant within the tributary to Back Branch.

AA-2559_PG:72-81_2020-09-01_005
Disarticulated brick pillars within Back Branch

# MARYLAND HISTORICAL TRUST
## SHORT FORM FOR INELIGIBLE PROPERTIES

**Property Name:** Chevy Chase Recreation Association

**Address:** 8922 Spring Valley Road

**City:** Chevy Chase          **Zip Code:** 20815          **County:** Montgomery

**USGS Quadrangle(s):** Kensington

**Tax Map Parcel Number(s):** P600          **Tax Map Number:** HP41

**Project:** I-495 & I-270 Managed Lanes Study          **Agency:** MDOT SHA

**Agency Prepared By:** MDOT SHA

**Preparer's Name:** Sarah Groesbeck          **Date Prepared:** Jun 3, 2019

**Preparer's Eligibility Recommendation:** Not Recommended

---

*Complete if the property is a contributing or non-contributing resource to a NR district/property:*

Name of the District/Property:

Inventory Number:                    Eligible: No                    Listed: No

---

**Description of Property and Justification:** (Please attach map and photo)

The Chevy Chase Recreation Association (CCRA) sits on a 4.95-acre parcel on Spring Valley Road, just southwest of the intersection of I-495 and MD 185 (Connecticut Avenue). The parcel is surrounded on the east, south, and west by North Chevy Chase Local Park and is characterized by mature trees. The north end of the parcel contains National Register of Historic Places-eligible In the Woods (M: 35-38), which is leased to the Outdoor Nursery School and operates separately from the CCRA. In the Woods is also visually separated from CCRA, with fences and trees dividing the two distinct sections of the property. The CCRA section is roughly L-shaped, comprising the east and south sides of the parcel.

The east side of the parcel includes an asphalt-paved parking area to the north and two sets of tennis courts to its south. The southernmost tennis courts were constructed in the early 1960s; the courts to the north were added during the 1970s. A prefabricated shed sits between the two sets of courts, on the east end of the parcel.

The pool complex is west of the tennis courts. The oldest extant component of the complex is the center z-shaped pool, built 1960. The remainder of the building and pool facilities were added in the twenty-first

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| | |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services | Date |
| | |
| Reviewer, National Register Program | Date |

NR-ELIGIBILITY REVIEW FORM

Chevy Chase Recreation Association

century.  The lap pool, located southwest of the center pool, was constructed in 2000.  The bath house to the east, guard and pool house to the west, kiddie pool to the north, and screened-in pavilion to the south were all added during 2009-2010 renovations.  A small shed sits just north of the kiddie pool area.  The bath house is a one-story T-shaped frame building faced with synthetic stucco.  Its asphalt-shingle side-gable roof has three regularly-spaced cupolas and interior-end chimneys.  The façade is symmetrical and regularly fenestrated with a center entrance covered by a pyramidal-shaped roof entrance porch.  The guard and pool house and pavilion match the style of the bath house.

The Chevy Chase Recreation Association is an altered example of a mid-twentieth-century swim club. It is not associated with events or persons that have made a significant contribution to history and is therefore not eligible for the National Register of Historic Places under Criteria A or B. Because most of the facilities have been constructed since the turn of the twenty-first century, it has lost its integrity of design, materials, workmanship, and feeling. It does not represent the work of a master nor does it possess high artistic value; therefore, it is not eligible under Criterion C. The resource was not evaluated under Criterion D.

The boundary for the property encompasses 2.953 acres and is confined to east and south portion of Parcel P600 on Montgomery County Tax Map HP41.

NR-ELIGIBILITY REVIEW FORM

<u>Chevy Chase Recreation Association</u>



**Chevy Chase Recreation Association**

Location: 8922 Spring Valley Road

Montgomery County

City: Chevy Chase

USGS 7.5' Quadrangle - Kensington

Scale: 1:24,000

Chevy Chase Recreation Association



**Bath house Looking Northwest**



**North Tennis Court Looking Southeast**

Chevy Chase Recreation Association



**View of Pool Facilities Looking Southwest**

00008035

# MARYLAND HISTORICAL TRUST
## SHORT FORM FOR INELIGIBLE PROPERTIES

**Property Name:** Christman Park

**Address:** 304 W. Deer Park Road

**City:** Gaithersburg          **Zip Code:** 20877          **County:** Montgomery

**USGS Quadrangle(s):** Rockville

**Tax Map Parcel Number(s):** P991          **Tax Map Number:** FT41

**Project:** I-495 & I-270 Managed Lanes Study          **Agency:** MDOT SHA

**Agency Prepared By:** RK&K, LLP

**Preparer's Name:** Jacob Bensen          **Date Prepared:** Feb 4, 2019

**Preparer's Eligibility Recommendation:** Not Recommended

| |
|---|
| *Complete if the property is a contributing or non-contributing resource to a NR district/property:* |
| Name of the District/Property: |
| Inventory Number:          Eligible: No          Listed: No |

---

**Description of Property and Justification:** (Please attach map and photo)
The following evaluation refers to the Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties, Maryland (October 2018).

Christman Park is a small public park owned by the City of Gaithersburg. The park was deeded to the city in 1967, but historic aerials and USGS topographic maps show it was developed between 1970 and 1972. It is named for Lt. William J. Christman, III, a resident of Gaithersburg killed during the Vietnam War (City of Gaithersburg, n.d.). The four-acre park is bordered to the north and south by Brighton Village East Condominiums, to the west by a wooded area adjacent to Washington National Pike (I-270), and to the east by W. Deer Park Road. A low chain link fence surrounds the north, west, and south edges of the park.

A sign mounted to a brick base along W. Deer Park Road reads "Gaithersburg: A CHARACTER COUNTS CITY, CHRISTMAN PARK," along with the city's logo and the park's address. A fishing pond to the west, pre-dating construction of the park, and a wooded area, to the east and adjacent to the road, are the park's most prominent feature. The property also consists of lawns and scattered trees. An asphalt pedestrian path loops from the north entrance, around the pond and wooded area, and then to the south entrance. Benches, made

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| | |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services | Date |
| | |
| Reviewer, National Register Program | Date |

Christman Park

of metal frames with plastic plank seats and backs and metal arm rests, are present along the trail throughout the park. A concrete culvert for a stream running through the park, topped with a chain link fence, runs beneath the path near the north entrance. An underground drain, with metal grating and a manhole cover, is just north of the pond. Near the west fence is a drain with metal grate, partially enclosed by a concrete curb.

South of the pond is a metal single-mast nautical flagpole, displaying the flags of the United States, Maryland, and Gaithersburg. It is mounted within a planting bed of shrubs. A large boulder adjacent to the flagpole features a bronze plaque and inscribed writing, both featuring the symbol of the Veterans of Foreign Wars and reading "THIS FLAGPOLE PRESENTED BY THE MEMBERS OF V.F.W. POST 9862 IN HONOR OF OUR COMRADES IN ARMS WHO SERVE AMERICA IN TIME OF CONFLICT DEDICATED APRIL 30, 1988." A second bronze plaque on the boulder reads "BARBER-BRIGGS POST 104 DEDICATES THE FLAG LIGHTING TO THOSE COMRADES IN ARMS WHO SERVED THIS NATION" and features the symbol of the American Legion. A bronze plaque affixed to a nearby standing stone, flanked by horizontally placed boulders, reads "IN HONOR AND MEMORY OF William J. Christman III, Charles Richard Dale, Clayton Eugene Fraley, John Ault LeCompte, Frederick Richard Neff, Francis Frank Novello, James W. Prather, James Paul Purkey WHO GAVE THEIR LIVES IN ACTION AGAINST AN ARMED ENEMY IN THE REPUBLIC OF VIETNAM. ERECTED AND DEDICATED BY FAMILIES, FRIENDS AND NEIGHBORS. WE WILL NEVER FORGET" A bronze plaque affixed to a large stone north of the pond is a reproduction of the text presenting the Navy Cross to Lt. William J. Christman, III. There are no buildings at the park.

Christman Park is an example of a mid-twentieth-century local park typical of those found throughout Maryland. Although named for local men killed during the Vietnam War, the park itself it is not associated with events or persons that have made a significant contribution to history, and is therefore not eligible for the National Register of Historic Places (NRHP) under Criteria A or B. The park has been altered by the addition of the nautical flagpole and associated dedication plaques in 1988. The park does not represent the work of a master or possess high artistic value and is not eligible for the NRHP under Criterion C. The property was not evaluated under Criterion D as part of this assessment.

The boundary for the property encompasses approximately four acres and is confined to the current county tax parcel, found on Montgomery County Tax Map FT41, Parcel P991 (2018).

References:

City of Gaithersburg. n.d. "Christman Park." Accessed January 24, 2019. https://www.gaithersburgmd.gov/recreation/parks-fields/christman-park.

Christman Park

**Christman Park**

Location: 304 W. Deer Park Road
City: Gaithersburg                                    Montgomery County



USGS 7.5' Quadrangle - Rockville

Scale: 1:24,000

00008038

NR-ELIGIBILITY REVIEW FORM

Christman Park



**Path at north entrance, looking west**



**Pond, looking east**

## MARYLAND HISTORICAL TRUST
## SHORT FORM FOR INELIGIBLE PROPERTIES

**Property Name:** CIESBD Thrift Store and Office Building

**Address:** 9920-24 Rhode Island Avenue; 4911, 4917-19 Niagara Road

**City:** College Park          **Zip Code:** 20740          **County:** Prince George's

**USGS Quadrangle(s):** Beltsville

**Tax Map Parcel Number(s):** 0000          **Tax Map Number:** 0025

**Project:** I-495 & I-270 Managed Lanes Study          **Agency:** MDOT SHA

**Agency Prepared By:** RK&K, LLP

**Preparer's Name:** Christeen Taniguchi, Jean M. Cascardi          **Date Prepared:** Feb 4, 2019

**Preparer's Eligibility Recommendation:** Not Recommended

---

*Complete if the property is a contributing or non-contributing resource to a NR district/property:*

Name of the District/Property:

Inventory Number:          Eligible: No          Listed: No

---

**Description of Property and Justification:** (Please attach map and photo)
The following evaluation refers to the Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties, Maryland (October 2018).

The CIESBD Thrift Store and Office Building was constructed in 1965 with International Style elements. The building is located on a 0.53-acre parcel at the southwest corner of Rhode Island Avenue and Niagara Road. Rhode Island Avenue, a multi-lane commercial corridor, runs along the east side of the parcel, and Niagara Road runs along the north side. Immediately north and east of the building is its associated asphalt parking lot, with landscaped islands, accessed via one driveway from Rhode Island Avenue and two from Niagara Road. A community building is close-set along the south side of the subject building. Opposite Niagara Road is an office building.

The rectangular-plan, concrete block building is divided into a one-story east strip center section and a two-story west office section. Both sections are clad with multi-colored running-bond brick on the north façade, and both roofs are flat and house mechanical systems. The east elevation, facing Rhode Island Avenue, also has brick veneer, while the south and west elevations reveal the concrete masonry construction.

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| | |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services | Date |
| | |
| Reviewer, National Register Program | Date |

NR-ELIGIBILITY REVIEW FORM

<u>CIESBD Thrift Store and Office Building</u>

The strip center has four storefronts; two face Niagara Road, one faces Rhode Island Avenue, and the corner storefront faces the intersection. Each storefront has a single metal and glass door entrance, except for the corner business which has a secondary entrance at the east elevation. Each door has a single spandrel panel above. Except for the secondary entrance, adjacent to each door are two fixed single-light display windows with spandrel panels above and below. Except for the storefront at the south end of the east elevation, which has blue spandrel panels, the others are yellow. A concrete pedestrian walkway extends along the façade and east elevation, sheltered by the principal roof which extends over it. The south elevation has no fenestration.

The main office building entrance is located at the center of its nearly symmetrical façade. It consists of a single replacement metal and glass door with sidelights and a transom above; to the west of the entrance is a prefabricated two-story metal-framed wall unit comprised of horizontal and vertical single-light windows and spandrel panels, as well as an L-shaped brick form. Above the main office building entrance is a one-story prefabricated window-unit with uneven casement windows set between two spandrel panels.

The office section façade has four storefronts along the first story; three have a single replacement metal and glass door each with two adjacent fixed single-light display windows, each with a white spandrel panel below. The fourth storefront has been altered so it now has a single metal and glass door, flanked by sidelights, and paired metal and glass doors. The concrete pedestrian walkway from the strip center steps up and continues along the office façade and is sheltered by a flat, one-story secondary roof. Eight other second story windows, each with a single fixed sash and smaller awning sash below, are evenly spaced across the second story. The office section's east elevation has six windows of the same fenestration pattern. The south elevation's first story has eight windows that have been covered. The second story has eight windows of the same style and spacing as those on the façade and east elevation. There are no entrances on the south elevation. The west elevation has no fenestration.

The CIESBD Thrift Store and Office Building is an example of an undistinguished mid-twentieth-century strip center and office building. It is not associated with events or persons that have made a significant contribution to history and is therefore not eligible for the National Register of Historic Places (NRHP) under Criteria A or B. While the resource retains integrity, with only minimal alterations such as a few replacement doors and windows, it does not represent the work of a master or possess high artistic value and is not eligible for the NRHP under Criterion C. The property was not evaluated under Criterion D as part of this assessment.

The boundary for the property encompasses 0.53 acre as part of Prince George's County Tax Map 0025, Parcel 0000 (2019).

CIESBD Thrift Store and Office Building

**CIESBD Thrift Store and Office Building**

Location: 9920-24 Rhode Island Avenue; 4911, 4917-19 Niagara Road
City: College Park                                    Prince George's County



USGS 7.5' Quadrangle - Beltsville

0        0.5        1 Miles
Scale: 1:24,000

N

CIESBD Thrift Store and Office Building



**North facade and east elevation**



**East elevation**

# MARYLAND HISTORICAL TRUST
## SHORT FORM FOR INELIGIBLE PROPERTIES

**Property Name:** College Park Animal Hospital

**Address:** 9717 Baltimore Avenue (US Route 1)

**City:** College Park          **Zip Code:** 20740          **County:** Prince George's

**USGS Quadrangle(s):** Beltsville

**Tax Map Parcel Number(s):** 0000          **Tax Map Number:** 0025

**Project:** I-495 & I-270 Managed Lanes Study          **Agency:** MDOT SHA

**Agency Prepared By:** RK&K, LLP

**Preparer's Name:** Christeen Taniguchi, Jean M. Cascardi          **Date Prepared:** Feb 4, 2019

**Preparer's Eligibility Recommendation:** Not Recommended

---

*Complete if the property is a contributing or non-contributing resource to a NR district/property:*

Name of the District/Property:

Inventory Number:                    Eligible: No                    Listed: No

---

**Description of Property and Justification:** (Please attach map and photo)

The College Park Animal Hospital is a commercial building constructed in 1950 and has no architectural style. The hospital is one story with a daylight basement on its east elevation. The sloping property consists of two parcels totaling 0.34 acres; the building is located on the west parcel adjacent to Baltimore Avenue (US Route 1). The surrounding Baltimore Avenue corridor is characterized by commercial development, including a commercial building at 9721 Baltimore Avenue located directly north. To the east is a residential neighborhood.

Asphalt parking areas are situated to the west and east of the evaluated building, accessible from Baltimore Avenue and 47th Place, and connected via a driveway on the south side of the animal hospital. Two nearly identical sheds, with vertical wood board cladding and a front-gabled roof, are located on the east parcel adjacent to 47th Place.

This building has a rectangular plan and concrete block construction. Its two-bay façade is clad with red brick and vertical vinyl siding. The roof is flat and holds the building's mechanical systems. The main entrance consists of a single-leaf wood paneled door with two lights. It is sheltered by the principal roof which identifies

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| | |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services | Date |
| | |
| Reviewer, National Register Program | Date |

NR-ELIGIBILITY REVIEW FORM

<u>College Park Animal Hospital</u>

the business as the "COLLEGE PARK ANIMAL HOSPITAL" on both its façade and south elevation. Directly south of the door is a triple window composed of vertical vinyl-clad fixed sashes. To the north of the entrance are three horizontal fixed-sash vinyl windows. The south elevation has six fixed-sash vinyl windows; below, the exposed basement level on the elevation's east end contains two windows with metal security cages. The east elevation has three secondary entrances: two metal doors provide access to the basement level and a first story entrance is accessed by awning-covered metal stairs. The north elevation has two windows covered with metal security cages.

The College Park Animal Hospital is an example of a mid-twentieth-century commercial building commonly found throughout Maryland. The property is not associated with events or persons that have made a significant contribution to history and therefore is not eligible under Criteria A or B. The building is a common building type that does not represent the work of a master or possess high artistic value and is not eligible under Criterion C. This assessment did not consider the resource under Criterion D.

The property is located on two parcels that encompass 0.34 acres and are both found on Prince George's County Tax Map 0025, Grid 00E1, Parcel 0000 (2019).

College Park Animal Hospital

**College Park Animal Hospital**

Location: 9717 Baltimore Avenue (US Route 1)
City: College Park                                    Prince George's County



USGS 7.5' Quadrangle - Beltsville

Scale: 1:24,000

College Park Animal Hospital



**West facade and south elevation**

# MARYLAND HISTORICAL TRUST
## SHORT FORM FOR INELIGIBLE PROPERTIES

**Property Name:** Comfort Zone

**Address:** 9721 Baltimore Avenue (US Route 1)

**City:** College Park          **Zip Code:** 20740          **County:** Prince George's

**USGS Quadrangle(s):** Beltsville

**Tax Map Parcel Number(s):** 0000          **Tax Map Number:** 0025

**Project:** I-495 & I-270 Managed Lanes Study          **Agency:** MDOT SHA

**Agency Prepared By:** RK&K, LLP

**Preparer's Name:** Christeen Taniguchi, Jean M. Cascardi          **Date Prepared:** Feb 4, 2019

**Preparer's Eligibility Recommendation:** Not Recommended

| |
|---|
| *Complete if the property is a contributing or non-contributing resource to a NR district/property:* |
| Name of the District/Property: |
| Inventory Number:                    Eligible: No                    Listed: No |

---

**Description of Property and Justification:** (Please attach map and photo)

Comfort Zone is a commercial building constructed in 1946 and has no architectural style. It is one story with a daylight basement on its east elevation. The property is a sloping, 0.29-acre parcel on the east side of Baltimore Avenue (US Route 1). The surrounding Baltimore Avenue corridor is characterized by commercial development, including the commercial building directly to its south at 9717 Baltimore Avenue. To the east of the property is a residential neighborhood. There are asphalt parking areas to the west, north, and south of the building. Along the north elevation, concrete pedestrian walkways, surrounded by small patches of grass and several trees, provide access between parking areas.

The rectangular concrete and brick commercial building has stucco veneer on its west façade, and north and east elevations. The roof is flat with a mechanical system. The symmetrical façade consists of a single metal and glass door with side lights flanked on either side by three-light fixed-sash windows with brick sills. The door is accessed by a concrete ramp with metal handrail and the entire elevation is covered by a vinyl awning with the business name and logo. The awning wraps around to the west end of the north elevation.

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| | |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services | Date |
| | |
| Reviewer, National Register Program | Date |

NR-ELIGIBILITY REVIEW FORM

<u>Comfort Zone</u>

The north elevation contains one metal door at the east end of the basement level. The north, east, and south elevations each have one filled-in window.

The Comfort Zone building is an example of a mid-twentieth-century commercial property commonly found throughout Maryland. The property is not associated with events or persons that have made a significant contribution to history and therefore is not eligible under Criteria A or B. The building is an example of a common commercial building that has been remodeled. It does not represent the work of a master or possess high artistic value, and is not eligible under Criterion C. This assessment did not consider the resource under Criterion D.

The boundary for the property encompasses 0.29-acres and is confined to the current tax parcel found on Prince George's County Tax Map 0025, Grid 00E1, Parcel 0000 (2019).

00008049

Comfort Zone

## Comfort Zone

Location: 9721 Baltimore Avenue (US Route 1)
City: College Park                                  Prince George's County



USGS 7.5' Quadrangle - Beltsville

Scale: 1:24,000

00008050

## Comfort Zone



**West facade and north elevation**

## MARYLAND HISTORICAL TRUST
## DETERMINATION OF ELIGIBILITY FORM

NR Eligible: Yes ___

No ___

Property Name: **Congressional Country Club**

Inventory Number: **M: 29-79**

Address: <u>8500 River Road</u>

Historic District: <u>No</u>

City: <u>Bethesda</u>          Zip Code: <u>20817</u>

County: <u>Montgomery</u>

USGS Quadrangle(s): <u>Rockville and Falls Church</u>

Property Owner: <u>Congressional Country Club Inc.</u>

Tax Account ID: <u>10-03622603, 10-03622614</u>

Tax Map Parcel(s): <u>N410 (2017), N600 (2017)</u>

Tax Map: <u>FN63, GN12</u>

Project: <u>I-495 & I-270 Managed Lanes Study</u>

Agency: <u>MDOT SHA</u>

Agency Prepared By: <u>RK&K, LLP</u>

Preparer's Name: <u>Nicole A. Diehlmann</u>

Date Prepared: <u>May 7, 2019</u>

Documentation is presented in: <u>Project review and compliance files</u>

Preparer's Eligibility Recommendation: <u>Recommended</u>

Criteria: <u>X</u> A     B   <u>X</u> C     D

Considerations:  A     B     C     D     E     F     G

| Complete if the property is a contributing or non-contributing resource to a NR district/property: |||
|---|---|---|
| Name of the District/Property: |||
| Inventory Number: | Eligible: | Listed: |

Site visit by MHT Staff ___ yes   ___ no          Name:          Date:

Description of Property and Justification:

At the time of survey, access to Congressional Country Club was limited to areas near the clubhouse. The southeastern nine-hole golf course, northwestern maintenance area and pool complex were not surveyed. The tennis complex was only partially surveyed. The main golf course was only surveyed from the drive surrounding the clubhouse. Aerial photographs were used to supplement descriptions of areas not thoroughly surveyed. There appear to be many small buildings and structures located throughout the property that were not surveyed.

Location/Setting

Congressional Country Club is a private club located on approximately 360 acres at 8500 River Road in Montgomery County, Maryland. The property consists of two parcels, the larger of which is roughly

| MARYLAND HISTORICAL TRUST REVIEW |||||||||||
|---|---|---|---|---|---|---|---|---|---|---|
| Eligibility recommended: || | Eligibility not recommended: ||||||||
| Criteria: ___ A    B ___ C ___D | | | | Considerations: ___ A    B ___C ___D ___E ___F ___G ||||||
| MHT Comments: ||||||||||| 
|  |||||||||||
|  |||||||||||
| Reviewer, Office of Preservation Services: |||||| Date: |||||
|  |||||||||||
| Reviewer, National Register Program: |||||| Date: |||||

*Special DOE form produced for the I-270 & I-495 Managed Lanes Study*

bounded by River Road to the northeast, residential communities like Carderock Springs (M: 29-59) and Congressional Country Club Estates (M: 29-70) to the east and southeast, Persimmon Tree Road and single-family dwellings to the southwest, and Bradley Boulevard to the northwest. The second parcel, containing a nine-hole golf course, is roughly bounded by Persimmon Tree Road to the northeast, Eggert Drive to the southeast, and residential communities along Country Club Drive and Capri Place to the north and west. The primary entrance to the club is off River Road, directly across from the Norwood School. The entrance has a set of gateposts with the address set in a landscaped area. Just southwest, a small rectangular gatehouse stands in the center of the asphalt entrance drive. A driving range is to the southwest of the entrance drive and River Road, and a tennis complex, including a basketball court, is southeast. Asphalt parking lots with landscaped islands are south and southeast of the tennis courts. The drive leads south to the top of a hill where it forms a loop just north of the clubhouse building. The original putting green is in the center of the loop. West of the loop is a second rectangular building that likely houses the caddie master. The clubhouse has terraces on several levels leading south down a hill to a landscaped lawn. A pool complex is attached to the southeast corner of the clubhouse. The parking lot, built in phases between 1957 and 1994, extends from the south side of the tennis complex to the southeast side of the pool complex. The clubhouse is surrounded on the northwest, west, and south sides by golf courses.

South of the intersection of River Road and Bradley Boulevard, and accessed from Bradley Boulevard, is a complex with multiple buildings surrounded by asphalt parking areas that appears to be a maintenance and storage area.

A three-rail, painted wood fence lines the River Road property frontage between Fenway Drive and Bradley Boulevard. A chain-link fence is set back from the street with a buffer of lawn and trees along River Road. On all other sides, as well as the southern golf course parcel, the property is bordered by chain-link fencing, trees, and shrubs. A gate north of Saunders Lane provides vehicular access to the property from Persimmon Tree Road. There are two entrances from Bradley Boulevard.

RESOURCE DESCRIPTIONS

Congressional Country Club is a large site with multiple resources. The resources have been grouped by function for the descriptions.

Entrance Gateposts and Buildings Along the Main Drive (ca. 1924, ca. 1980)

There are several structures along the main entrance drive. It is unclear when some of these were constructed, but all are visible on a 2002 aerial photograph (Historic Aerials). The entrance gateposts at River Road were likely constructed circa 1924 and redesigned between 2012 and 2018 with clay tile and concrete coping to more closely resemble the Italian Renaissance style of the clubhouse. The gateposts have curved walls and square pillars topped by a pyramidal red clay-tile roof. The walls are stuccoed and topped with concrete coping. A single carriage lamp is attached to the northeast face of each pillar. The numbers "8500" are applied to the northern pillar. A small rectangular gatehouse of uncertain date with a hipped red clay-tile roof is set back from the entrance gateposts. A tall metal picket fence lines the driveway between the gateposts and the gatehouse. A circa 1980 rectangular, painted-brick building, with a side-gable red clay-tile roof, is south of the driving range along the main drive. The caddie master

building of uncertain date is northwest of the clubhouse in a landscaped area between two cart paths. It is sheltered by a hipped, red clay-tile roof.

Clubhouse Exterior (1924, ca. 1963, late twentieth century, 2008)

The three-story, Italian Renaissance-style clubhouse was constructed between 1923 and 1924. Additions were constructed to the northeast and north sides of the building between 1957 and 1963. Prior to 2002, an addition was constructed at the exposed basement level on the east and south sides. In 2008, a large addition was constructed to the south and southeast sides of the club house, including a large outdoor pool complex on the southeast corner. The additions were constructed using a similar style and materials that complement the historic core.

Original Clubhouse

The original clubhouse building is visible on the north façade and portions of the west and south elevations. The building is oriented on an east-west axis and is roughly U-shaped. It was built on a stone foundation and the walls are stuccoed. The red clay-tile roof is complex with multiple projections and towers. Windows of varying sizes are irregularly spaced throughout the building and are typically multi-light casement and most often paired. The land slopes to the south, exposing the basement levels toward the south side of the building.

The looping driveway goes through a flat-roofed porte cochere located at the center of the north façade; the porte cochere has a concrete-paver floor and a vaulted-arch ceiling. The north elevation of the porte cochere has three stone arches supported by Corinthian columns. The east and west elevations each have a large stone-arched opening for vehicles and a small arched opening for pedestrians, both supported by Corinthian pilasters. A metal balustrade with masonry pillars encloses the terrace above the arch, and a panel with acanthus leaves, an urn, and griffins is above the pedestrian arch. The main entrance into the building is under the porte cochere and consists of two sets of paired multi-light, wood doors. There is a multi-light transom above each set of doors and large, iron light sconces are placed to either side of the door. An iron pendant light hangs from the center of the porte cochere ceiling.

On the second story of the façade are two recessed balconies, one on either side of the porte cochere. They are two bays wide and supported by Corinthian pilasters and columns. The roof overhang has painted brackets. The third story is recessed, and the center of the second story has a shed roof with red clay tiles. Flanking these shed-roof sections are square, flat-roof sections.

The east wing of the clubhouse has two stuccoed towers with red clay-tile pyramidal-hipped roofs supported by painted brackets. A two-story tower is on the northwest side. The lower levels have no fenestration, but the second floor has a band of arched openings supported by Corinthian pilasters on the north and east sides. A three-story tower is on the northeast corner and has an arched window opening on the north side.

A tall, square tower projects from the north slope of the roof west of the porte cochere. It has a pyramidal-hipped roof with deep eaves supported by painted brackets. Centered under the roof at its north elevation is a multi-light arched window resting on a band of stone. Vertical painted relief panels with urns and

NR-ELIGIBILITY REVIEW FORM

M: 29-79                                    Congressional Country Club

Page 4

---

foliage are at the corner between the stone band and the roof. The stone band continues around to the west elevation, which also has panels at the corner; three arched windows are between the stone band and the roof.

The clubhouse's west wing façade has a three-bay stuccoed projection at the first story topped by a porch covered with a wooden pergola. There is a gable-front dormer with a blind arch filled with a vent at the roof.

The west elevation predominantly reflects the building's 1924 appearance, but there have been additions to the exposed basement level and the south end. The 1924 section of the west elevation has four stories and is stepped, with the southwest side projecting slightly. A tall, stepped, gable-front tower rises where the two sections meet near the middle of the elevation. A tall rectangular chimney rises toward the middle of the roof slope behind this tower. A rounded stone bay with a standing-seam metal roof, housing what was originally called a conservatory, is near the center of the elevation at the first story. It contains a series of arched openings supported by Corinthian pilasters. Between the arches are medallions with the busts of male figures. The window openings have a rectangular, multi-light windows and an arched, multi-light window with a panel in between.

Rising from the roof near the southwest corner of the building is an original large square stuccoed tower topped by a shallow-pitched hipped roof with red clay tiles. The top story has a stone belt course at the floor level. The tower has three identical bays on the west and south elevations with tripartite windows above an enclosed stone balustrade. At the corners and in between the bays are vertical painted relief panels with urns and foliage, except at the southwest corner of the west elevation where the painted design has faded. Painted brackets line the eaves. The rest of the tower has a variety of window openings.

Most of the basement level of the original building's stone south elevation has been obscured by later additions, but the upper levels retain most of their original features. The western side has a one-story projection at the main level, opening on the terrace, with a multi-light door and window openings topped by a flat roof with a red clay-tile pent-roof parapet. East of this projection is the tower described above. At the center of the elevation on the main level, opening onto a large new terrace, is an original stuccoed arcade with multi-light windows covered by a flat roof with red clay-tile pent-roof parapets and painted brackets. There appear to be medallions on the stuccoed walls between the arches. Visible near the southeast corner is a three-story, stuccoed, hipped-roof projection with a large wall dormer that contains an arched window and curved metal balcony. A tall chimney rises from the roof west of this projection. East of the projection at the main level is a small stuccoed arcade with three enclosed arched openings and medallions above the openings. Above this arcade is a parapeted flat roof with a terrace. There is an original projecting octagonal bay on the east elevation that appears to be stone with multi-light window openings. The bay has a flat roof with red clay-tile pent-roof parapets.

Additions

Between 1957 and 1963, additions were constructed north of the west wing façade and north and east of the east wing. The north end of the west wing of the original building has a one-story basement addition with a terrace on top surrounded by a metal balustrade. This addition is exposed on the west elevation. The east elevation was not fully available for survey but the additions to the north and east of the east

NR-ELIGIBILITY REVIEW FORM

M: 29-79                                    Congressional Country Club

Page 5

---

wing appear to be two and three stories with a stucco finish, limited fenestration, and a flat roof. Otherwise, the upper levels retain their original features.

A series of basement-level terrace additions were constructed on the west and south elevations during the late twentieth century and in 2008. The basement level of the west elevation was expanded in the late twentieth century. The addition is a combination of stone and stucco. A colonnade with Corinthian columns extends south and is protected by a red clay-tile roof. Near the center of the elevation, under the original conservatory, is a curved terrace with shallow stone arches flanked by two-story concave stone walls. Medallions with the Congressional logo are placed between the arches at the basement-level and doors are recessed under this arched area.

The south side of the west elevation likely incorporates additions from both the late twentieth century and 2008. It features several arched window and door openings at the exposed basement level; concrete stairs with a metal handrail lead to the first-story terrace. Atop the terrace, a small, flat-roofed, one-story addition to the west wing's south elevation has a series of openings separated by Corinthian pilasters and protected by a bracketed red clay-tile pent roof around the perimeter.

The stuccoed south elevation is dominated by the large 2008 extension of the original 1924 terrace, obscuring its stone walls. Due to the slope of hillside, the two-story addition's upper level is at the same height as the original basement, resulting in a new ground level along the south elevation. The southwest corner has a blank wall at the ground level, with concrete stairs with metal railings leading to an upper level terrace. At the upper level are three arched openings protected by a red clay-tile pent roof with painted brackets. At the center is a two-story curved projection. At the ground level are several door openings covered by a red clay-tile canopy supported by massive dark wood brackets. The upper level projection has a series of large picture windows with multi-light transoms divided by masonry Tuscan columns. To the west of the projection is a series of three arched openings. The center and eastern section of the upper level has a red clay-tile pent roof with painted brackets. Above the upper level, at the same height as the original terrace, is an expanded terrace with a floor set in a geometric pattern of contrasting color pavers. The two terraces at the south elevation are surrounded by a metal railing with stuccoed posts with masonry caps. Projecting from the southeast corner of the expanded terrace, but separate from the original clubhouse, is the 2008 hipped-roof pool complex. Solid stucco walls rise from the sloping ground to the exposed basement level of the clubhouse, supporting the pools and surrounding pool deck that has a metal railing with stuccoed pillars. A gabled pergola at the south end is covered in the same red-clay tiles as the other pool buildings.

Clubhouse Interior (1924, ca. 1963, late twentieth century, 2008)

Only a small portion of the clubhouse's interior spaces were available for survey and are described below. The main entrance, part of the original 1924 building, opens to a small vestibule with doors and transoms on the south side that match those of the main entrance. These doors lead to a lobby area with a tiled floor and coffered ceiling. Two short sets of steps lead up to a transverse hallway with a segmental-vaulted ceiling with decorative plasterwork and ceiling medallions with urn and griffin motifs similar to those on other spaces in the building. Pilasters with decorative plasterwork run along the hallway walls. On the south side of the hallway, open metal stairs with rope detailing on the balusters provide access to the second story.

The interior houses several grand meeting spaces that are original to the 1924 building. At the west end of the main hallway is a large two-story room with a curving conservatory overlooking the western portion of the golf course. The room has painted wood beams with stenciling, plaster swag and urn motifs on the walls, and Corinthian pilasters. A large formal dining room is located on the south side in the center of the building. This open, two-story space has a wood floor and stenciled wood beams at the ceiling. The south side is lined with square openings leading to an adjacent sunroom. At the second story, the north and south sides of the dining room have rectangular openings supported by columns with spiral fluted shafts. Three large tiered, wrought-iron chandeliers hang from the ceiling, and metal sconces line the north and south walls. At the west end is a large projecting fireplace with a classical-inspired wooden mantlepiece and tapering stone chimney. The fireplace is flanked by paired, segmental arched doors set within a rectangular frame. Five rectangular skylights with stained-glass laylights light the room. Directly south of the formal dining room is a long rectangular sunroom lined with full-height arched windows, some of which have paired doors leading to the large terrace. Original recreational facilities in the clubhouse include a four-lane indoor swimming pool and an eight-lane duckpin bowling alley with a kitchen area. There are also several additional dining rooms within the clubhouse.

Golf Courses (1923, 1930, ca. 1957, 1978, ca. 1988)

Only the portions of the golf course near the clubhouse were available for survey. There are two 18-hole golf courses on the property that were constructed over time in nine-hole increments and later redesigned. The original course was constructed between 1922 and 1923 and consisted of nine holes northwest of the clubhouse and nine holes southwest. A third nine-hole course was built in 1957 south of the clubhouse. The fourth nine holes weren't built until 1978 and are located on a parcel south of Persimmon Tree Road and Country Club Drive. A tunnel under Persimmon Tree Road appears to connect the two sections of the course. There is a building in the northeast corner of the southern parcel. As currently configured, the championship 18-hole Blue Course consists of the nine holes northwest of the clubhouse and nine holes to the south. The 18-hole Gold Course consists of the nine holes southwest of the clubhouse and south of the Blue Course and the nine holes located south of Persimmon Tree Road. The courses consist of rolling hills, mature trees, and artificial lakes south and southwest of the clubhouse. Each hole has several tees, a long, manicured fairway, greens with holes marked by a flag, rough areas of high grass and plants, and hazards such as bunkers (sand traps). Connecting the holes are circa early 1960s asphalt cart paths that wind along the fairways. A fence with uncoursed stone pillars and horizontal square wood rails rotated 45 degrees borders the cart path south of the clubhouse.

Southwest of River Road and the entrance drive is a nearly rectangular driving range with a series of tees lined up on a northeast-southwest axis along the entrance drive. Trees line the northeast and southwest sides, and grass and bunkers lie between. While the tee structures likely date to the late twentieth century, the area was likely in use as a driving range by the mid-twentieth century.

Tennis Complex (ca. 1930, ca. 1949, ca. 1957, ca. 1970-79, ca. 1985, ca. 2002, ca. 2019)

The tennis complex consists of 15 outdoor courts, 6 indoor courts, and 8 paddle tennis courts within multiple tennis court enclosures and buildings, but not all were available for survey. The complex is accessed by a circa 1963 looped driveway extending northeast from the main driveway. Four enclosures

line the east side of the entrance drive. The two southwestern court enclosures contain three courts each and appeared in a September 1930 drawing of the club property. North of the circa 1930 enclosures, an enclosure containing two courts was in place by 1949. To its northeast is an enclosure containing two courts constructed between 1964 and 1970, and to its east is an enclosure with two courts constructed by 1957. East of the circa 1957 enclosure is another tennis enclosure containing three courts constructed between 1970 and 1979. Directly south of this 1970s enclosure is a cluster of eight 2010s individually enclosed smaller paddle tennis courts and a small gable-roof building. These paddle tennis courts and small building are set into a hill and placed on raised foundations clad in vertical board paneling. Southeast of the paddle courts is a basketball court that first appears in a 2002 aerial photograph.

A small, hipped-roof building, constructed circa 1960, is north of the circa 1957 enclosure and east of the 1964 to 1970 enclosure. North of the hipped-roof building, along the south side of River Road, are two large gable-roof buildings housing three indoor tennis courts each. The northwestern building was constructed circa 2002 and the southeastern building circa 1988. Between 2015 and 2019, a flat-roof addition was constructed between the two large, gable-roof buildings; the addition also extended south, connecting to the circa 1960 hipped-roof building. South of the paddle courts is a long, narrow, flat-roof rectangular building, constructed between 1988 and 1994. This flat-roof building is clad in what appears to be vertical metal panels, and has two garage bays and a metal pedestrian door on the west elevation. A small, concrete-block, hipped-roof building, constructed in the 1960s, is at the southern side of the complex, southeast of the circa 1930 courts. This building, set on a northwest-southeast axis, has a hipped-roof addition projecting to the northeast surrounded by a wooden deck.

All tennis enclosures are surrounded by chain-link fencing or other materials, and several of the structures appear to have light standards. Asphalt paths connect all the tennis structures and buildings. Asphalt parking is southeast of the original courts and along the south side of the looping driveway.

Pool Complex (ca. 2008)

The circa 2008 pool complex was only partially available for survey. It includes a stuccoed, L-shaped, hipped-roof pool building with a red clay-tile roof that runs on a northeast-southwest axis. The southeast façade of the building has a series of large rectangular openings, some of which are divided by Tuscan columns. Brackets run along the roof eaves. A rectangular four-lane pool, running east-west with an arched entry area on the north side, is south of the clubhouse. A square, pyramidal-roof pavilion with a red clay-tile roof is northwest of this pool. Southeast of the clubhouse and the L-shaped pool building is an L-shaped pool with eight lanes running northwest-southeast and a smaller, rectangular area to the northeast. A nearly semi-circular wading pool is northeast of the eight-lane pool. A hipped-roof building with a red clay-tile roof is southeast of the wading pool. A wooden gable-roof structure, supported by large wooden brackets, is suspended over the retaining wall southeast of the eight-lane pool. The pools are surrounded by concrete decking and a metal fence with stuccoed pillars with masonry caps.

Maintenance Complex

This area of the property was not accessible at the time of survey. According to aerial photographs, many of the buildings date to the late twentieth and early twenty-first centuries.

NR-ELIGIBILITY REVIEW FORM

M: 29-79                                    Congressional Country Club

Page 8

---

HISTORIC CONTEXT

History of Congressional Country Club

In the early 1920s, two US Congressmen from Indiana, Oscar E. Bland and O. R. Luhring, with the support of Herbert Hoover, then US Secretary of Commerce, developed the idea for a country club where members of Congress could be part of the social structure of the area and meet with influential businessmen and politicians (Washington Post May 11, 1924). The nearby Chevy Chase and Columbia (M: 35-140) Country Clubs were open, but membership was comprised mostly of year-round Washington residents. A founding group of more than 70 politicians and businessmen incorporated Congressional Country Club in 1921, and honorary lifetime members included US Presidents Woodrow Wilson and Calvin Coolidge, as well as Hoover, who would later become president (Wall Street Journal, June 10, 1997, 6). The group commissioned a model of the future clubhouse to attract potential members; the model is currently on display in the clubhouse. According to the Washington Post, membership included a "majority of President [Warren G.] Harding's cabinet, in addition to army and navy officers and Washington business and professional men" (Washington Post, February 26, 1922). A deed of trust was recorded in September 1923 for $400,000 to secure bonds issued by the club to erect buildings and other improvements. Hoover, the first club president, laid the cornerstone for the massive clubhouse during a ceremony in June 1923. The club formally opened in May 1924 with a reception honoring President and Mrs. Coolidge, with members of the cabinet, diplomats, congressmen, and socialites in attendance (Washington Post, June 10, 1923; September 27, 1923; May 11, 1924; May 24, 1924; and September 15, 1940).

Noted Washington architect Phillip M. Jullien designed the building at a reported cost of $1 million. A Washington Post article notes "M. Seretio" as the club's builder, and historic photos in the clubhouse note the Walter M. Ballard Corporation as the interior designer (Washington Post, 6-10-23). The Washington Post stated the "clubhouse is among the finest in the world" (Washington Post, May 11, 1924). Contemporary descriptions note that the clubhouse occupies the highest hill on the site with sweeping views of the Potomac River and beyond. The building was constructed of blue-grey stone up to the terrace and was covered above with a white marble stucco with an Italian red clay-tile roof. According to the Washington Post, "the clubhouse assembly room will be one the largest of any club in the world. On the mezzanine floor is the presidential suite with private passage to the directors' and other conference rooms. Under the mezzanine floor is the promenade, which extends the entire length of the assembly and on the opposite side is a conservatory" (Washington Post, 6-10-23). The club had two dining rooms, the larger called the "the hall of Ambassadors" for formal affairs, and a grill and trophy room with a fireplace for informal dining. Also inside the building was equipment for billiards and a bowling alley, as well as a gymnasium, a large indoor swimming pool, approximately 40 guest rooms, and a presidential suite dedicated for use by US presidents. The property had an 18-hole golf course with a small artificial lake behind the clubhouse, as well as a putting green north of the clubhouse. Arrangements were made with adjacent property owners to open their estates and farms to members of the club for horseback riding, and a house in the north corner of the property was planned to be converted into a riding and hunt adjunct, but it is unclear if this occurred. The tennis courts and other outdoor sport venues, including archery, trapshooting, hunting, and fishing in the lake, were not completed at the clubhouse opening (Washington Post, May 11, 1924; May 24, 1924).

NR-ELIGIBILITY REVIEW FORM

M: 29-79                                Congressional Country Club

Page 9

---

Eighty acres of the original 400 were supposedly set aside for private bungalows available for low rentals, but these were either never built or are no longer extant. It is possible these were located on the 80-acre tract north of River Road sold by the club circa 1947 (Washington Post, May 11, 1924). The trapshooting range opened in December 1928 and, when fully complete, was planned to accommodate 30 shooters at a time (Washington Post, 12-20-28). The six southern tennis courts were in place by 1930 when they appear on a plan for the property. The club sought a beer license in May 1933, immediately after the end of Prohibition (Washington Post, 5-19-33). At some point prior to World War II, an outdoor swimming pool was installed south of the clubhouse.

Like many other country clubs in Montgomery County and throughout the United States, Congressional suffered financially during the Great Depression due to delinquent dues payments. The Acacia Mutual Life Insurance Company, which held a first mortgage on the club, claimed $2 million had been invested in the property that was "too elaborate, was badly built and was too expensive to maintain." The facility could support approximately 3,000 members, but only had a membership of 600, of which only 270 were active. The club sought bankruptcy protection in August 1939 to reorganize and prevent foreclosure by Acacia. Approximately 100 club members formed a new corporation that could take over management of the club. Acacia negotiated with the new organization and offered a $300,000 first mortgage to the new company if it would put up $50,000 for repairs and improvements, including another nine-hole course. The new corporation believed a membership assessment of eight percent of the dues would provide the needed funds and, with good management, the club could increase membership to "function adequately" (Washington Post, 10-25-40). In September 1940, the club, including all buildings and 400 acres of cleared land, was sold at auction to a new legal entity called Congressional Country Club Inc. for $270,000, the amount of the existing first mortgage on the property. The club established a new board operating under a reorganization plan approved by the former board (Washington Post, September 15, 1940; September 18, 1940). Plans for the additional nine-hole course would not be realized for nearly two decades.

The US government leased the club property in 1943 for use as a training base for the Office of Special Services (OSS), precursor to the CIA. The terms included rental payments of $4,000 a month and a promise to restore the property to its pre-rental condition. The club became known as "Area F" and climbing ropes hung from trees near the entrance and an obstacle course extended from the swimming pool to the golf course. A mock-up of a C-47 fuselage, used in parachute-jump instruction, was on the original putting green in the center of the looping drive north of the clubhouse. The bar became an officer's lounge and the main dining room was used as a mess hall. The clubhouse was also used as a respite location for returning OSS veterans. Machine guns fired live ammunition in training exercises. Roads and barbed wire fences crossed the fairways, and a parking lot was constructed on the eighteenth fairway (Wall Street Journal, June 10, 1997, 6).

Congressional Country Club reopened in 1946 in sound financial condition. The rental payments allowed the club to pay off debts and emerge with a surplus. In addition, the government paid $187,000 to restore the clubhouse and golf course which had been damaged during the OSS occupation. Clubhouse repairs began in early 1946 and took two years to complete. More businessmen, doctors and lawyers began to join the club, but there still was a significant number of notable politicians who were members (Wall Street Journal, June 10, 1997, 6).

NR-ELIGIBILITY REVIEW FORM

M: 29-79                              Congressional Country Club

Page 10

---

In the second half of the twentieth century, club membership continued to include notable politicians and business leaders, and club facilities continued to expand. Richard Nixon opened the club's third nine holes in 1957, when he was serving as US Vice President. Another nine holes opened in 1978. The golf courses have been redesigned several times and hosted several major tournaments. Several US presidents played on the golf course, including Presidents George H. W. Bush, Bill Clinton, and Barack Obama. Additional tennis courts were added between 1950 and 2019, and several new buildings were constructed within the tennis complex, including a small building, demolished by 1994, that once existed to the east of the central court structure. Additions were constructed to the north and northeast sides of the original building between 1957 and 1963. At some point in the late twentieth century, additions were constructed to the west and south sides of the original building at the exposed basement level. In the early twenty-first century, Pollock Dickerson, a firm specializing in clubhouse planning and design, created a masterplan for the country club and oversaw a restoration of the original 154,000-square-foot clubhouse and construction of a major addition, including additional clubhouse areas and an outdoor pool complex designed in a style that complements the Italian Renaissance style of the original clubhouse. The massive addition, completed in 2008, was designed by Chapman Coyle Chapman & Associates and constructed by Coakley & Williams Construction (PES). As part of this construction, the circa 1940s rectangular pool south of the clubhouse and the circa 1970 pool southeast of the clubhouse were demolished. The former stables and hunt adjunct in the northern portion of the property has expanded and appears to have evolved into a maintenance and storage complex. It is unlikely that the original house described in 1920s newspaper accounts still stands in this area. As of 1997, the number of guest rooms on the second floor of the clubhouse decreased to twelve (Wall Street Journal, June 10, 1997, 6; Pollock Dickerson).

Congressional Country Club continues to be one of the most exclusive country clubs in the nation, with high initiation fees and a multi-year waiting list. Forbes magazine listed it as number 11 on its list of the "Top 25 Most Exclusive Golf and Country Clubs in The World" in 2018, and number one in the United States (Dobson; Wall Street Journal, June 10, 1997, 6). The club continues its long-time role as a social gathering space for the political and business elite of the United States, distinguishing itself from other country clubs that merely serve as local gathering spots for affluent individuals. The golf course and club continue to host US presidents and other influential political and business leaders.

Philip Jullien

Philip Morrisson Jullien was an emeritus member of the American Institute of Architects (AIA) who taught architecture at Catholic University in Washington, DC. In addition to the Congressional Country Club, he designed other well-known Washington buildings, including the Gothic Revival-style Chastleton Hotel and Apartment House at 1701 16th Street NW (1919), the Bowen Building at 819 15th Street NW (1922), and the Kenmore Apartments at 5415 Connecticut Avenue NW (1948). Other commissions included the Sacred Heart School building and dormitory at 4900 10th Street NE (ca. 1937), as well as a 1936 shopping center at 5000-5008 First Street (Washington Post, September 15, 1963, B5). Jullien worked nationally, designing buildings in Philadelphia, New York, Buffalo and Atlantic City (Washington Star, September 15, 1963) as well as internationally, designing the Terminal City Club and Kensington Place (1912-1914) in Vancouver, Canada (Vancouver Heritage Foundation). He also designed several houses in Montgomery County (Kelly, 328).

NR-ELIGIBILITY REVIEW FORM

M: 29-79                                Congressional Country Club

Page 11

---

The Congressional clubhouse appears to be among Jullien's largest, and most prestigious, commissions. According to the Washington Post, Jullien's clubhouse was "expected to be one of the most commodious structures of its kind in the United States" (Washington Post, February 26, 1922) and remains one of the largest clubhouses in the United States.

Golf Course Development

The golf course is a major feature of Congressional Country Club that has evolved over time. By February 1922, Devereux Emmet (also spelled "Emmett"), a noted golf course designer from New York, had completed surveys for the Congressional Country Club golf course (Washington Post, February 26, 1922). Emmet was a prolific designer, creating over 130 courses in his career, mostly in and around New York City. Emmet had a distinctive style that included blind shots and par sixes, which became increasingly unpopular over the course of the twentieth century. The first nine holes at Congressional were built in 1922, and the second nine by June 1923, before the clubhouse was completed. Emmet was assisted in his work by Lieutenant Colonel Clarence O. Sherrill, a military aid to President Harding, who was also responsible for public buildings and parks in Washington, DC, including the establishment of a public course in Rock Creek Park at this same time (Washington Post May 11, 1924; Svrluga; Babin, 253-4).

Donald Ross, a prolific and noted Scottish golf course architect, revamped the course in 1930, shortening the par-six first and tenth holes to a par 5 and par 3. Ross is best known for his 1907 masterpiece championship course, Pinehurst No. 2 in North Carolina. Plans from September 1930 hang in the clubhouse lobby, likely representing Ross's work. The plans show holes west and southwest of the clubhouse. Each of the 18 holes was given a name, including Wanderlust, Siege Guns, and The Pines. (Washington Post, June 25, 1995; June 11, 1997, F9).

The third nine holes, designed by noted golf course architect Robert Trent Jones, opened in August 1957 for the 1959 US Women's Amateur. These holes are located south and southeast of the clubhouse and are currently referred to as the "blue back nine." In 1959, Jones returned to relocate greens, reroute fairways, build new tees and lengthen holes on the first nine of Emmet's original 18 holes, west of the clubhouse. These two courses became known as the Blue Course, which was used for the 1964 US Open that resulted in a dramatic victory for golfer Ken Venturi. The Washington Post claimed Jones was "the most popular and prolific course designer ever." In the 1950s and 1960s he redesigned several courses for the US Open (Washington Post, June 11, 1997, F9). The cart paths appear to have been added in the early 1960s, soon after the introduction of golf carts on golf courses nationwide.

An automatic watering system for the golf courses was installed prior to the club's hosting of the 1976 PGA Tournament. The fourth nine-hole course on the club property, located south of Persimmon Tree Road, was designed by the father-son team of George and Tom Fazio and opened in 1978. These holes were combined with the second of Emmet's nine to create the Gold Course, which mostly accommodates member play. This course measures only 6,588 yards, versus the 7,213 yards of the championship Blue Course (Wall Street Journal, June 10, 1997, 6). The Gold Course was completely redesigned in 2000 by Arthur Hills, wiping out the last vestiges of Emmet's influence at Congressional (Rogers).

Rees Jones, son of Robert Trent Jones, was originally hired to repair the putting green surfaces on the Blue Course, but later completely reworked the course in 1988. According to Rees Jones, Congressional is built

on an "ideal site," having land with plenty of hills for tees and greens and valleys for fairways. However, early-twentieth-century architects like Emmet and Ross generally worked with low budgets, so land was typically not moved or groomed, leaving blind shots and "bad lies" in steep terrain. These conditions led the US Golf Association to persuade Congressional that that "all of the Blue course needed to be changed, particularly if Congressional wanted to return to the major championship rotation." Congressional agreed and the course was closed for a year while Rees Jones removed every blind shot and high bunker, leveled hills, raised tee boxes, and lowered greens. He also graded the fairways and reconfigured the greens, resulting in a completely revamped course. This massive effort was undertaken to ensure that Congressional would host the 1995 US Senior Open and the 1997 US Open (Washington Post, June 11, 1997, F9; Wall Street Journal, June 10, 1997, 6; Washington Post, June 11, 1997, F9). Rees Jones is a respected golf course designer and many courses he has designed or remodeled have been selected as major tournament sites (Washington Post, June 11, 1997, F9). The Blue Course was later host to the 2011 US Open and other major PGA tour events such as the Kemper Open and Booz Allen Classic (Rogers).

ELIGIBILITY DETERMINATION

Congressional Country Club was evaluated for significance under the National Register of Historic Places (NRHP) Criteria A, B, and C.

Congressional Country Club is eligible for the NRHP under Criterion A for its significant association with the establishment of country clubs in the twentieth century, both in the Washington Metropolitan region and nationally. Country clubs were established by the wealthy elite near major metropolitan areas across the country at the turn of the twentieth century, and Washington, DC, and its suburbs were no exception. However, while other country clubs in the region were established for the benefit of wealthy Washingtonians, Congressional was established with the purpose of creating a gathering place for Washington's political elite, many of whom only lived in Washington part time. Except for the years during World War II, the club has continued to serve as a gathering place for national business and political leaders. Unique among country clubs, Congressional's membership consists of leaders from across the nation, focusing on nationally elected and appointed individuals, as well as prominent business heads. The wealth and political influence of its membership cemented its status as the premier country club not only in the Washington area, but also nationwide; therefore, Congressional Country Club is eligible for the NRHP under Criterion A.

While many important business and political leaders, including several US presidents, were members or guest of the club, their association with the club is not significant to local, state, or national history. Therefore, Congressional Country Club is not eligible under Criterion B.

While notable masters of golf course design, including Devereux Emmet, Donald Ross and Robert Trent Jones, designed or redesigned portions of the course at Congressional, the Blue Course was completely redesigned in 1988 by Rees Jones. Half of the Gold Course was designed by George and Tom Fazio, who are not masters of golf course design, and the other half does not represent a significant work of Robert Trent Jones, as the course was never used for tournament play. For these reasons, the Blue and Gold Courses do not retain sufficient integrity to be eligible for golf course design under Criterion C.

---

The Congressional Country Club clubhouse was one of the largest and most elaborate country clubhouses in the country when it was built and remains so. The elaborate Italian Renaissance building was designed by Phillip Jullien, a master architect who worked both locally, nationally and internationally. The building design represents the distinctive characteristics of the Italian Renaissance style, popular during the early twentieth century. The building was constructed at a scale so large as to be nationally distinctive. The interior spaces are notable not only for their size, but also for their elaborate design. Therefore, Congressional Country Club is eligible for the NRHP under Criterion C for its architectural design.

In summary, Congressional Country Club is eligible for the NRHP under Criteria A for its significant association with the development of twentieth century country clubs in the United States and the role of the club as a gathering place for the political and business elite of Washington, DC. Congressional Country Club is also significant under Criterion C for the design of its distinctive clubhouse.

Period of Significance

The period of significance for Congressional Country Club begins with the completion of the clubhouse in 1924 and continues to 1978, as the club still fulfills its role as a meeting space and social gathering spot for nationally prominent business and government leaders. The significance of the property is ongoing, and a specific closing date, if appropriate, may be determined in the future based on additional historical perspective. Changes to the period of significance may require reconsideration of resources currently listed as non-contributing.

Integrity

The country club property generally retains its integrity of location, setting, design, materials, workmanship, association and feeling. While new additions, some extensive, have been constructed at the basement level to the west, south (rear), and southeast of the clubhouse building, the 1924 portion of the clubhouse still reflects Jullien's original design and retains integrity. The basement was historically a service level and contained minimal design elements. The additions were sensitively designed to preserve important features and the viewsheds both from and to the clubhouse, and prominent interior spaces were preserved. Circa 2012 alterations to the entrance gates, namely the addition of concrete coping and pyramidal clay-tile caps to the pillars, do not substantially alter the integrity of the gates; in addition to retaining their location, setting, feeling and association with the property, these structures still generally reflect their original design, materials, and workmanship. Although the golf courses have been reworked to meet current standards for tournament play, they retain their location, feeling, and association with the clubhouse and other club resources, and the presence of the golf courses is essential to understanding the club's history. The pre-1979 tennis courts maintain their integrity of location, association, and feeling. While there is new construction, the property as a whole retains sufficient integrity to reflect its significance as a nationally prominent twentieth century country club.

Contributing Resources

Because the entire property was not available for survey, there may be other contributing or non-contributing resources not listed below. The maintenance complex was not surveyed, but likely contains

NR-ELIGIBILITY REVIEW FORM

M: 29-79                                                Congressional Country Club

Page 14

---

buildings and/or structures within and outside the period of significance. There is at least one building on the 1978 golf course that may have been constructed within the period of significance.

Contributing resources to Congressional Country Club are buildings, structures and landscapes surveyed and constructed within the period of significance, including: the 1924 clubhouse, the gateposts, gatehouse, caddie master's house, the Blue Course and Gold Course, the driving range, the putting green, the western five tennis court enclosures, the circa 1960 concrete-block building in the tennis complex, and landscape features such as the entrance drive, artificial lakes and cart paths. The construction date for the gateposts, gatehouse, and caddie master's house have not been confirmed, but are assumed to be within the period of significance.

Non-contributing resources are buildings and structures surveyed and constructed outside of the period of significance, including: the circa 1980 brick building, the eastern tennis court enclosures, the northern interconnected tennis complex buildings, the circa 2008 pool complex, and the maintenance complex.

Boundary

The boundary for the property encompasses 359.68 acres and is confined to two property tax parcels found on Montgomery County Tax Map FN63, parcel number N410 (2017), and GN12, parcel number N600 (2017).

References

"$400,000 Trust Deed on New Country Club," The Washington Post, 27 September 27, 1923, 10. ProQuest.

"2d Mortgage Holders Ask for Delay: Group Fearing Loss of Equity to Offer Reorganization Plan; Hearing Set Oct. 24," The Washington Post, 18 September 18, 1940, 21. ProQuest.

"5 Protested Beer Licenses Granted, Congressional Country Club Among Permit Recipients at Rockville," The Washington Post, May 19, 1933, 4. ProQuest.

Associated Press, "Judge Reserves Decision on Congressional: 'Trustees Plan' to Be Submitted to All Parties Before Final Action," The Washington Post, October 25, 1940, 25. ProQuest.

Babin, Patricia Kuhn, "Links to the Past: A Historic Resource Study of National Park Service Golf Courses in the District of Columbia" (Washington, DC: Government Printing Office, 2018).

"Committees Are Chosen at Golf Club: More Than 50 Members on Congressional's Eight Boards," The Washington Post, March 3, 1938, X29. ProQuest.

"Congress' Golf Links to Be Ready by Spring: Harding, Wilson and Taft Are Made Honorary Members of New Club," The Washington Post, 26 February 26, 1922, 6. ProQuest.

"Congressional Club Is Sold at Auction: 'Congressional Country Club, Inc.,' Is Buyer; Bid Is $270,000," The Washington Post, September 5, 1940, 21. ProQuest.

NR-ELIGIBILITY REVIEW FORM

<u>M: 29-79</u>                                        <u>Congressional Country Club</u>

Page 15

"Congressional Country Club Blue Course," https://www.provisualizer.com/courses/congressionalcc.php.

"Congressional Country Club Gold Course,"
https://www.provisualizer.com/courses/congressionalccgold.php.

Congressional Country Club, "Our History,"
https://www.ccclub.org/Default.aspx%3Fp%3Ddynamicmodule%26pageid%3D399760%26ssid%3D323000
%26vnf%3D1, accessed April 18, 2019.

"Congressional to Open Shooting Range Sunday," The Washington Post, December 20, 1928, 14. ProQuest.

Denlinger, Ken, "Staying the Course: From Young Lions to Elders, They've Battled Congressional," The
Washington Post, June 25, 1995, D1. ProQuest.

Dobson, Jim, "Top 25 Most Exclusive Golf and Country Clubs in The World Honored with Platinum Status:
Congressional Country Club (Maryland)," Forbes, November 29, 2018.

"Golf Club Sued for Security by Bondholder," The Washington Post, December 30, 1947, 11. ProQuest.

"Hoover Lays Cornerstone for Congressional Country Club," The Washington Post, June 10, 1923, 2.
"New Congressional Country Club Now Near Completion: Founded Especially for Use of Government
Officials and Visiting Friends," The Washington Post, May 11, 1924, ES3. ProQuest.

PES Structural Engineers, "Congressional Country Club,"
https://pesengineers.com/portfolio/congressional-country-club/, accessed April 22, 2019.

"Philip Jullien, 88, Retired Architect," The Washington Post, September 15, 1963, B5. ProQuest.

"Philip M. Jullien Dies; Architect and Teacher," Washington Star, September 15, 1963.

Pollock Dickerson, "Congressional Country Club,"
http://www.pollockdickerson.com/projects/congressional-country-club/, accessed April 22, 2019.

"President and Diplomats Attend Brilliant Opening of Congressional Club: Executive and Mrs. Coolidge
Accorded Ovation by Official and Resident Society at $1,000,000 Institution in Maryland Hills -- Beauty of
Grounds Striking Feature of Country Rendezvous. President at Congressional Club Opening,"
The Washington Post, May 24, 1924, 1. ProQuest.

Reid, Tony, "The Man with the Plan: Something Old, Something New at Congressional, Rees Jones Marries
History and Vision, His Father's Substance and His Own Style," The Washington Post, June 11, 1997, F9.
ProQuest.

Rogers, J. Drew, "Congressional Country Club," www.jdrewrogers.com, accessed April 22, 2019.

Romine, Brently, "Report: Congressional Cuts Ties with Architect Foster, www.golfchannel.com, December
22, 2018.

---

Smead, Susan E. and Marc C. Wagner, "Assessing Golf Courses as Cultural Resources," in Play Ball: Sports in American Life, CRM, Vol. 23, No. 10 (Washington, DC: US Department of the Interior, 2000).

Svrluga, Barry, "Originally Designed by Devereux Emmet, Congressional Has Undergone Many Changes over the Years," Washington Post, June 13, 2011. ProQuest.

Ungrady, Dave, "Politics, Business and Golf: They Mingle at Congressional, the U.S. Open Site," Wall Street Journal, June 10, 1997, 6. ProQuest.

Vancouver Heritage Foundation, "Kensington Place," http://www.vancouverheritagefoundation.org/location/1386-nicola-st-vancouver-bc/.

**Congressional Country Club**

Location: 8500 River Road

Montgomery County

City: Bethesda



USGS 7.5' Quadrangle - Rockville and Falls Church

Scale: 1:24,000

Congressional Country Club

**Congressional Country Club**

Location: 8500 River Road

Montgomery County

City: Bethesda



Parcel Boundaries

0    0.23    0.45 Miles

Scale: 1:12,000

N



Circa 2019 aerial photo of Congressional Country Club with construction dates indicated (elements in white text are contributing; black are noncontributing). Golf courses are depicted on the following maps. Map from Google.

**M: 29-79**
**Congressional Country Club**
8500 River Road
Bethesda, Maryland



Blue Course Map.
https://www.provisualizer.com/courses/congressionalcc.php.

**M: 29-79**
**Congressional Country Club**
8500 River Road
Bethesda, Maryland



Gold Course Map.
https://www.provisualizer.com/courses/congressionalccgold.php.

**M: 29-79**
**Congressional Country Club**
8500 River Road
Bethesda, Maryland



Congressional Country Club Entrance Gatepost and Gatehouse, looking southeast.
Google Street View, October 2018.



Congressional Country Club, west and south elevations, under construction, 1923.
Retrieved from the Library of Congress, https://www.loc.gov/item/2016835530/.



Congressional Country Club, south elevation, under construction, 1923.
Retrieved from the Library of Congress, https://www.loc.gov/item/2016835730/.



Robert Trent Jones and others on the Congressional Blue Course in November 1956 with clubhouse in
background. Washington Post, June 11, 1997.

**M: 29-79**
**Congressional Country Club**
8500 River Road
Bethesda, Maryland



2007 photo of clubhouse south elevation, looking north, prior to construction of southern addition.
Photo by MCT for Golf Digest, https://www.golfdigest.com/story/congressional-country-club-fires-architect-keith-foster-after-he-pleads-guilty-to-federal-crimes.



Post-2008 photo of south elevation, looking north, after construction of the southern addition.
Congressional Country Club, www.ccclub.org.



Clubhouse north facade, looking south across driveway loop and putting green.



Clubhouse facade and porte cochere, looking southeast.

Congressional Country Club



Clubhouse facade, east wing, looking southeast.



Clubhouse, west wing, northwest side of facade and west elevation, looking southeast.



Clubhouse, north side of west elevation, looking northeast.



Clubhouse, detail of southwest tower, looking northeast.

Congressional Country Club



Clubhouse, south side of west elevation, looking northeast.



Clubhouse, south elevation, looking north.

M: 29-79
PHOTOGRAPHS

Congressional Country Club



Clubhouse, south elevation, looking north.



Clubhouse interior, lobby, looking northwest.

M: 29-79
Congressional Country Club

**PHOTOGRAPHS**



Clubhouse interior, main east-west hallway.



Clubhouse interior, main dining room.

Congressional Country Club

**PHOTOGRAPHS**



Clubhouse interior, bowling alley.



Golf course, cart path and fence, looking southeast from southwest corner of the clubhouse.

M: 29-79
**PHOTOGRAPHS**
<u>Congressional Country Club</u>



Golf course and cart path with wood and stone fence, looking southeast.



Golf course, looking southwest from the southwest corner of the clubhouse.

Congressional Country Club
**PHOTOGRAPHS**



Golf course, tees, lake, and fairway in the distance, looking south.



Caddie master's house, north of clubhouse, looking southwest.

M: 29-79                                     Congressional Country Club
**PHOTOGRAPHS**



Circa 1980s building along western side of drive, looking southwest.



Tennis complex, ca. 1960 concrete-block building, southeast elevation, looking northwest.

M: 29-79                         Congressional Country Club

**PHOTO LOG**

Number of Photos: **20**
Name of Photographer: **Melissa Butler**
Date of Photographs: **2018-08-31**
Location of Original Digital File: **MD SHPO**
File Format: **M: 29-79_2018-08-31_01.tif… etc.**

*Photographs inserted on continuation sheets:*

01.tif
Clubhouse north facade, looking south across driveway loop and putting green.

02.tif
Clubhouse facade and porte cochere, looking southeast.

03.tif
Clubhouse facade, east wing, looking southeast.

04.tif
Clubhouse, west wing, northwest side of facade and west elevation, looking southeast.

05.tif
Clubhouse, north side of west elevation, looking northeast.

06.tif
Clubhouse, detail of southwest tower, looking northeast.

07.tif
Clubhouse, south side of west elevation, looking northeast.

08.tif
Clubhouse, south elevation, looking north.

09.tif
Clubhouse, south elevation, looking north.

10.tif
Clubhouse interior, lobby, looking northwest.

11.tif
Clubhouse interior, main east-west hallway.

12.tif
Clubhouse interior, main dining room.

13.tif
Clubhouse interior, bowling alley.

14.tif
Golf course, cart path and fence, looking southeast from southwest corner of the clubhouse.

15.tif
Golf course and cart path with wood and stone fence, looking southeast.

16.tif
Golf course, looking southwest from the southwest corner of the clubhouse.

Congressional Country Club
**PHOTO LOG**

17.tif
Golf course, tees, lake, and fairway in the distance, looking south.

18.tif
Caddie master's house, north of clubhouse, looking southwest.

19.tif
Circa 1980s building along western side of drive, looking southwest.

20.tif
Tennis complex, ca. 1960 concrete-block building, southeast elevation, looking northwest.

**MARYLAND HISTORICAL TRUST**
**DETERMINATION OF ELIGIBILITY FORM**

NR Eligible: Yes ____

No ____

**Property Name:** Congressional Country Club Estates    **Inventory Number:** M: 29-70

**Address:** East of Persimmon Tree Road and West of Persimmon Tree Lane    **Historic District:** Yes

**City:** Bethesda    **Zip Code:** 20817    **County:** Montgomery

**USGS Quadrangle(s):** Falls Church

**Property Owner:** Multiple    **Tax Account ID:** Multiple

**Tax Map Parcel(s):** Multiple    **Tax Map:** GN12

**Project:** I-495 & I-270 Managed Lanes Study    **Agency:** MDOT SHA

**Agency Prepared By:** Dovetail CRG

**Preparer's Name:** Danae Peckler    **Date Prepared:** Jan 4, 2019

**Documentation is presented in:** Project review and compliance files

**Preparer's Eligibility Recommendation:** Not Recommended

**Criteria:** A    B    C    D

**Considerations:** A    B    C    D    E    F    G

---

*Complete if the property is a contributing or non-contributing resource to a NR district/property:*

Name of the District/Property:

Inventory Number:    Eligible: No    Listed: No

---

Site visit by MHT Staff ____ yes ____ no    Name:    Date:

---

**Description of Property and Justification:**
Setting:

Congressional Country Club Estates is a planned residential neighborhood located just north of I-495 in Bethesda. It is bounded by Persimmon Tree Road on the west and Persimmon Tree Lane on the south, east, and north sides, with two residential lots comprising 2 acres of land situated on the west side of Persimmon Tree Road at the southwest corner of the subdivision. In total, the resource consists of 31.8 acres with 19 single-family dwellings with deep setbacks

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| Criteria: ___ A ___ B ___ C ___ D | Considerations: ___ A ___ B ___ C ___ D ___ E ___ F ___ G |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services: | Date: |
| | |
| Reviewer, National Register Program: | Date: |

NR-ELIGIBILITY REVIEW FORM

M: 29-70                                Congressional Country Club Estates

Page 2

on residential lots between 0.9 and 2 acres. Individual lots are relatively flat and landscaped with heavy tree coverage, ornamental plantings, and often have fenced-in yards. Secondary buildings include sheds, gazebos, and detached garages. Surrounding streets are paved without curbs or sidewalks, although a paved shared-use path lines the west side of Persimmon Tree Road.

Description:

Congressional Country Club Estates contains single-family dwellings primarily constructed between 1955 and 1979, with three outliers built between 1981 and 1996. Current tax records indicate that these houses range from approximately 3,000 to 6,700 square feet in finished living space. Most of the single-family dwellings in were constructed in variations of the Colonial Revival style in the Two-Story Massed (including Modern Colonial subforms), Ranch, Split-Level, and Split-Foyer forms. Others include features of the Tudor Revival and International styles, while more recently renovated houses reflect variations of the New Traditional style.

Dwellings in Congressional Country Club Estates are between one and two-and-a-half stories tall and five to ten bays wide. Many houses are clad in brick, but some include a mix of materials such as stone, stucco, weatherboard, wood shingles, and T1-11 siding. Rooflines are primarily side gabled with smaller front-gabled sections at one or both ends of the façade, although three houses are covered by hipped roofs and one house has a flat roof (7830 Persimmon Tree Lane). Roofs are primarily sheathed in asphalt shingles, but one house is covered by a wood-shingled roof (7011 Persimmon Tree Road). Most dwellings feature at least one brick chimney that is either centrally located or set along a side or rear elevation, while some have a chimney in two of these locations. Dormers are present on only a few dwellings; front-gabled dormers are asymmetrically positioned at the façade while shed dormers are visible in current aerial imagery on two rear elevations.

Primary entrances are typically centered on the façade and comprise a single-leaf wood or metal door. Windows are commonly double-hung-sash, replacement units, some with faux muntins (7800 Persimmon Tree Lane), but some original, wood-framed, double-hung-sash windows and wood-framed picture windows remain (7820 and 7712 Persimmon Tree Lane). Several houses feature paired or tripartite casement windows and bay windows, many of which appear to be replacement units (7021 and 7031 Persimmon Tree Road). In Colonial Revival-style houses, louvered and paneled shutters are occasionally present, but rarely flank all windows at the façade; some appear to have been recently removed. Many original two- and three-car garages are visible from the roadway, but only a few are located on the façade (7506 Persimmon Tree Lane and 7007 Persimmon Tree Road). Two original detached garages feature covered breezeways connecting to the house (7510 and 7820 Persimmon Tree Lane). One notable dwelling within this subdivision is the International-style house at 7830 Persimmon

NR-ELIGIBILITY REVIEW FORM

<u>M: 29-70</u>                              <u>Congressional Country Club Estates</u>

Page 3

Tree Lane, built in 1963 and designed by architect Grosvenor Chapman for Dr. Herbert William Robinson (Orton 2013).

Additions and modifications to the houses and lots are common. Houses have often been modified through rear or side additions, including expanded garages with living space above (7600 and 7800 Persimmon Tree Lane). At least one house has been expanded and altered so that it reflects the New Traditional style (7506 Persimmon Tree Lane) (McAlester 2013:726). Over time, in-ground swimming pools, tennis courts, gazebos, and sheds have been added to many backyards in the neighborhood.

Historic Context:

In 1948, the Sixteenth Street Woods Development Corporation, a company created by Joseph (J.B.) Shapiro and his brother, Maurice, purchased the 241.94-acre "Dowling Tract" north of the Potomac River (Montgomery County Deed Book [MCDB] CKW 1127, 108). An offshoot of the Joseph Shapiro Company, the Sixteenth Street Woods Development Corporation subdivided a small portion of the Dowling Tract between 1953 and 1962 using subsidiary companies, including Persimmon Tree Estates, Inc., and Congressional Estates, Inc. The subdivided property was then sold one lot at a time to real-estate developers, builders, or individuals owners responsible for constructing houses.

Congressional Country Club Estates was platted in a series of lot groupings between 1955 and 1963, the first containing just three 2-acre lots of Block A, the second containing a single, adjacent, 4-acre lot, and the largest containing seven 1 to 1.5-acre lots in 1961. In 1957, Congressional Country Club Estates, Inc., platted a new route for the portion of Persimmon Tree Road that passed through the neighborhood. The older path of the roadway remained intact and is now Persimmon Tree Lane. Lots in Block F of Congressional Country Club Estates were platted south of what would become the Capital Beltway on the west side of Persimmon Tree Road and are now associated with the Persimmon Tree subdivision.

The relatively passive effort by the developers of this neighborhood to create a residential subdivision reflects a change in the Sixteenth Street Woods Development Corporation's intent for much of the property. The earliest plats were limited to small groupings of residential lots along the existing Persimmon Tree Road, but depicted a few proposed streets intersecting with this roadway that never materialized, and a majority of the tract remained undeveloped into the mid-1970s. In 1974, Congressional Estates, Inc., sold roughly 84 acres to the Congressional Country Club--now the site of the 1977 Gold Course situated west of the neighborhood across Persimmon Tree Road. The remaining 68 acres of the property situated on the south side of I-495 was sold to the Richard Robins Land Corporation in March 1975.

Congressional Country Club Estates is typical of many planned neighborhoods from this period as it did not include any community amenities. The subdivision was not widely promoted, but

NR-ELIGIBILITY REVIEW FORM

M: 29-70                              Congressional Country Club Estates

Page 4

advertisements highlighted its exclusivity and location, with individual houses marketed by a variety of realtors. No architectural restrictions other than a building set back appear to have been placed on the properties within Congressional Country Club Estates, resulting in a mix of architectural styles and builders. The first advertisements for property within this subdivision were listed by realtors at J. Leo Kolb Company as "low, split-level homes" in 1955 (The Washington Post 1955, G12). Shapiro, Inc., later marketed "exclusive" 1- and 2-acre lots with "sewer, water, and paved streets" for sale in 1958 and 1959 (The Washington Post 1958, B14; 1959, D18). As late as 1979, an advertisement was placed for a "1 acre flat, wooded lot in Congressional Country Club Estates. Will custom build with your plans or ours" (The Washington Post 1979, B40).

Evaluation:

Congressional Country Club Estates was evaluated in accordance with Maryland's "Suburbanization Historic Context Addendum" and National Register of Historic Places Criteria A, B, and C.

Congressional Country Club Estates is typical of most planned residential neighborhoods in Maryland and the D.C. suburbs and is a basic example of the type commonly built in Montgomery County in the Suburban Diversification Period. The neighborhood is not an early example, nor did it introduce design innovations influential to later developments. Furthermore, the neighborhood is not known to be associated with any other events that have made a significant contribution to the broad patterns of history. Therefore, the property is not eligible under Criterion A.

The professionals involved in the development of Congressional Country Club Estates had no significant influence on suburbanization in Maryland. Research has not shown that the neighborhood is associated with the lives of other persons significant in the past. Therefore, the property is not eligible under Criterion B.

Congressional Country Club Estates is a modest and basic example of a planned residential neighborhood, with lots created by a developer and little to no constraints on the architecture that emerged within its boundaries. The subdivision demonstrates none of the innovations in residential developments that appeared in the Suburban Diversification Period. As such, it is not a good example of a planned residential neighborhood from this era. The development's Two-Story Massed, Split-Level, and Split-Foyer forms include standard features typical of the period and demonstrate no distinctive stylistic details. As a whole, this group of houses does not reflect the work of master architects nor do they exhibit outstanding materials and forms. Because Congressional Country Club Estates is not a good example of a planned suburban neighborhood and does not convey any distinctive characteristics or artistic values as a collective development, the property is not eligible under Criterion C.

NR-ELIGIBILITY REVIEW FORM

M: 29-70                                    Congressional Country Club Estates

Page 5

---

Congressional Country Club Estates was not evaluated for eligibility under Criterion D as part of this assessment.

The boundary for the resource encompasses 31.8 acres and is roughly defined by Persimmon Tree Lane to the north, east, and south, and Persimmon Tree Road and the Gold Course of the Congressional Country Club to the west, with two one-acre lots situated on the west side of Persimmon Tree Road at the southwest corner of the neighborhood. It includes multiple parcels found on Montgomery County Tax Map GN12 (2018).

References:

Manning, Matt, Danae Peckler, Kerri Barille, Christeen Taniguchi, and Matthew Bray. RK+K. 2018. Suburbanization Historic Context Addendum I-495/I-270 Managed Lane Study, Montgomery and Prince George's Counties, Maryland, Suburban Diversification Period (1961-1980). Draft. Prepared for the Maryland Department of Transportation State Highway Administration.

McAlester, Virginia Savage. 2013. A Field Guide to American Houses. Revised and Expanded from the Original Edition written by Virginia and Le McAlester. New York: Alfred A. Knopf.

Montgomery County Deed Book (MCDB). n.d. Montgomery County Land Records, misc. years. Archives of Maryland Online. Accessed November 20, 2018. http://www.mdlandrec.net

Montgomery County Plats (MCP). n.d. Montgomery County Land Survey, Subdivision, and Condominium Plats, misc. years. Archives of Maryland Online. Accessed August 20, 2018. http://www.msa.md.gov.

Orton, Kathy. 2013. "House of the Week: Bethesda contemporary for $1.625M." The Washington Post. August 9, 2013. https://www.washingtonpost.com/news/where-we-live/wp/2013/08/09/house-of-the-week-bethesda-contemporary-for-1-625m/?utm_term=.a2d4e8cdba6a.

State Department of Assessments and Taxation (SDAT). 2018. Assorted Montgomery County Tax Records. Accessed November 20, 2018. http://sdatcert3.resiusa.org/rp_rewrite/index.aspx?county=16.

The Washington Post. 1955. Advertisement for Congressional Country Club Estates. J. Leo Kolb Company. October 30, 1955, G12.

---- 1958. Advertisement for Congressional Country Club Estates. Shapiro, Inc. August 26, 1958, B14.

NR-ELIGIBILITY REVIEW FORM

<u>M: 29-70</u>                                     <u>Congressional Country Club Estates</u>

Page 6

---

---- 1959. Advertisement for Congressional Country Club Estates, Shapiro, Inc. June 28, 1959, D18.

---- 1979. Advertisement for lot in Bethesda/Potomac. December 9, 1979, B40.

00008093

Location: East of Persimmon Tree Road and West of Persimmon Tree Lane    **MIHP#: M: 29-70**
City: Bethesda                                                             Montgomery County



USGS 7.5' Quadrangle - Falls Church

0      0.5      1 Miles
Scale: 1:24,000

N

00008094

Location: East of Persimmon Tree Road and West of Persimmon Tree Lane    **MIHP#: M: 29-70**
City: Bethesda    Montgomery County



☐ Parcel Boundaries

0      0.05      0.1 Miles

Scale: 1:3,000

N

**Congressional Country Club Estates (M: 29-70)**
**7004–7006 Persimmon Tree Road, 7007–7041 Persimmon Tree Road (odd only),**
**7500–7830 Persimmon Tree Lane (even only)**
**Bethesda, Montgomery County, Maryland**



Sixteenth Street Woods Development Corporation May 1955 plat of Congressional Country Club Estates (Montgomery County Plats [MCP] 4131).

00008096

Congressional Country Club Estates (M: 29-70)
7004–7006 Persimmon Tree Road, 7007–7041 Persimmon Tree Road (odd only),
7500–7830 Persimmon Tree Lane (even only)
Bethesda, Montgomery County, Maryland



Joseph and Marguerite Lyons Kearney September 1956 plat of Congressional Country Club Estates (MCP 4695).

**Congressional Country Club Estates (M: 29-70)**
**7004–7006 Persimmon Tree Road, 7007–7041 Persimmon Tree Road (odd only),**
**7500–7830 Persimmon Tree Lane (even only)**
**Bethesda, Montgomery County, Maryland**



Congressional Estates, Inc. March 1957 plat of Congressional Country Club Estates street dedication (MCP 4862).

00008098

**Congressional Country Club Estates (M: 29-70)**
**7004–7006 Persimmon Tree Road, 7007–7041 Persimmon Tree Road (odd only),**
**7500–7830 Persimmon Tree Lane (even only)**
**Bethesda, Montgomery County, Maryland**



Congressional Estates, Inc. February 1959 plat of Congressional Country Club Estates lots 6–10 and lot 12 of block A, approved by Sixteenth Street Woods Development Corp. (MCP 5627).

00008099

Congressional Country Club Estates (M: 29-70)
7004–7006 Persimmon Tree Road, 7007–7041 Persimmon Tree Road (odd only),
7500–7830 Persimmon Tree Lane (even only)
Bethesda, Montgomery County, Maryland



Congressional Estates, Inc. May 1961 plat of Congressional Country Club Estates lot 1 of block C, approved by Sixteenth Street Woods Development Corp. (MCP 6323).

Congressional Country Club Estates (M: 29-70)
7004–7006 Persimmon Tree Road, 7007–7041 Persimmon Tree Road (odd only),
7500–7830 Persimmon Tree Lane (even only)
Bethesda, Montgomery County, Maryland



Congressional Estates, Inc. March 1961 plat of Congressional Country Club Estates lots 15 & 17 of block A, approved by Sixteenth Street Woods Development Corp. (MCP 6454).

Congressional Country Club Estates (M: 29-70)
7004–7006 Persimmon Tree Road, 7007–7041 Persimmon Tree Road (odd only),
7500–7830 Persimmon Tree Lane (even only)
Bethesda, Montgomery County, Maryland



Congressional Estates, Inc. October 1962 plat of Congressional Country Club Estates lot 21 of block A (MCP 6846).

Congressional Country Club Estates (M: 29-70)
7004–7006 Persimmon Tree Road, 7007–7041 Persimmon Tree Road (odd only),
7500–7830 Persimmon Tree Lane (even only)
Bethesda, Montgomery County, Maryland



Adolph and Charlotte Parulis February 1963 plat of Congressional Country Club Estates lots 24 and 25 of block A (MCP 6923).

00008103

Congressional Country Club Estates (M: 29-70)
7004–7006 Persimmon Tree Road, 7007–7041 Persimmon Tree Road (odd only),
7500–7830 Persimmon Tree Lane (even only)
Bethesda, Montgomery County, Maryland



Ralph and Patricia Duester April 1977 plat of Congressional Country Club Estates lots 26 and 27 of block A (MCP 11731).

00008104

Congressional Country Club Estates (M: 29-70)
7004–7006 Persimmon Tree Road, 7007–7041 Persimmon Tree Road (odd only),
7500–7830 Persimmon Tree Lane (even only)
Bethesda, Montgomery County, Maryland



Morris and Dolores Kaufman October 1977 plat of Congressional Country Club Estates lot 2 of block C (MCP 11776).

00008105

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No  M: 29-70

Name   Congressional Country Club Estates
**Continuation Sheet**

Number   <u>Photos</u>  Page 1



**Photo 1 of 13: Congressional Country Club Estates streetscape along Persimmon Tree Road, looking north.**



**Photo 2 of 13: West elevation of 7007 Persimmon Tree Road, looking east.**

# Maryland Historical Trust
# Maryland Inventory of
# Historic Properties Form

Inventory No  M: 29-70

Name   Congressional Country Club Estates
**Continuation Sheet**

Number   <u>Photos</u>   Page 2



**Photo 3 of 13: View of west elevation of 7031 Persimmon Tree Road, looking northeast.**



**Photo 4 of 13: West elevation of 7021 Persimmon Tree Road, looking east.**

# Maryland Historical Trust
# Maryland Inventory of
# Historic Properties Form

Inventory No  M: 29-70

Name   Congressional Country Club Estates
**Continuation Sheet**

Number   <u>Photos</u>   Page 3



**Photo 5 of 13: View of north elevation of 7820 Persimmon Tree Lane, looking south.**



**Photo 6 of 13: East elevation of 7712 Persimmon Tree Lane, looking west.**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No  M: 29-70

Name   Congressional Country Club Estates
**Continuation Sheet**

Number   Photos   Page 4



**Photo 7 of 13: View of east elevation of 7506 Persimmon Tree Lane, looking southwest.**



**Photo 8 of 13: View of north elevation of 7800 Persimmon Tree Lane, looking southeast.**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No  M: 29-70

Name   Congressional Country Club Estates
**Continuation Sheet**

Number   <u>Photos</u>   Page 5



**Photo 9 of 13: View of northeast elevation of 7800 Persimmon Tree Lane, looking west.**



**Photo 10 of 13: Northeast elevation of expanded garage at 7800 Persimmon Tree Lane, looking southwest.**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No  M: 29-70

Name   Congressional Country Club Estates
**Continuation Sheet**

Number   Photos   Page 6



**Photo 11 of 13: View of northeast oblique of 7510 Persimmon Tree Lane, looking southwest.**



**Photo 12 of 13: View of east elevation of 7600 Persimmon Tree Lane, looking west.**

**Maryland Historical Trust
Maryland Inventory of
Historic Properties Form**

Inventory No  M: 29-70

Name   Congressional Country Club Estates
**Continuation Sheet**

Number   <u>Photos</u>  Page 7



**Photo 13 of 13: View of north elevation of 7830 Persimmon Tree Lane, looking south.**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No M: 29-70

Name   Congressional Country Club Estates
**Continuation Sheet**

Number   Photos___Page 8

---

**PHOTO LOG**

**Name of Property: Congressional Country Club Estates**
**Name of Photographer: Melissa Butler and Katherine Watts**
**Date of Photographs: 10/01/2018**
**Location of Original Digital File: MD SHPO**

*Photographs inserted on continuation sheets.*

**Photo 1 of 13:**
**Congressional Country Club Estates streetscape along Persimmon Tree Road, looking north.**
**M; 29-70_2018-10-01_01.tif**

**Photo 2 of 13:**
**West elevation of 7007 Persimmon Tree Road, looking east.**
**M; 29-70_2018-10-01_02.tif**

**Photo 3 of 13:**
**View of west elevation of 7031 Persimmon Tree Road, looking northeast.**
**M; 29-70_2018-10-01_03.tif**

**Photo 4 of 13:**
**West elevation of 7021 Persimmon Tree Road, looking east.**
**M; 29-70_2018-10-01_04.tif**

**Photo 5 of 13:**
**View of north elevation of 7820 Persimmon Tree Lane, looking south.**
**M; 29-70_2018-10-01_05.tif**

**Photo 6 of 13:**
**East elevation of 7712 Persimmon Tree Lane, looking west.**
**M; 29-70_2018-10-01_06.tif**

**Photo 7 of 13:**
**View of east elevation of 7506 Persimmon Tree Lane, looking southwest.**
**M; 29-70_2018-10-01_07.tif**

**Photo 8 of 13:**
**View of north elevation of 7800 Persimmon Tree Lane, looking southeast.**
**M; 29-70_2018-10-01_08.tif**

**Photo 9 of 13:**
**View of northeast elevation of 7800 Persimmon Tree Lane, looking west.**
**M; 29-70_2018-10-01_09.tif**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No  M: 29-70

Name  Congressional Country Club Estates
**Continuation Sheet**

Number  <u>Photos</u>  Page 9

---

**Photo 10 of 13:**
**Northeast elevation of expanded garage at 7800 Persimmon Tree Lane, looking southwest.**
**M; 29-70_2018-10-01_10.tif**


**Photo 11 of 13:**
**View of northeast oblique of 7510 Persimmon Tree Lane, looking southwest.**
**M; 29-70_2018-10-01_11.tif**


**Photo 12 of 13:**
**View of east elevation of 7600 Persimmon Tree Lane, looking west.**
**M; 29-70_2018-10-01_12.tif**


**Photo 13 of 13:**
**View of north elevation of 7830 Persimmon Tree Lane, looking south.**
**M; 29-70_2018-10-01_13.tif**

# MARYLAND HISTORICAL TRUST
## DETERMINATION OF ELIGIBILITY FORM

NR Eligible: Yes ____

No ____

Property Name: **Cranmore Knolls**                    Inventory Number: **PG:73-37**

Address: <u>Southeast of the intersection of Ardwick Ardmore Road and Jefferson Street</u>    Historic District: <u>Yes</u>

City: <u>Upper Marlboro</u>          Zip Code: <u>20774</u>          County: <u>Prince George's</u>

USGS Quadrangle(s): <u>Lanham</u>

Property Owner: <u>Multiple</u>                    Tax Account ID: <u>Multiple</u>

Tax Map Parcel(s): <u>Multiple</u>                    Tax Map: <u>0052</u>

Project: <u>I-495 & I-270 Managed Lanes Study</u>          Agency: <u>MDOT SHA</u>

Agency Prepared By: <u>Dovetail CRG</u>

Preparer's Name: <u>Caitlin Sylvester</u>          Date Prepared: <u>May 21, 2019</u>

Documentation is presented in: <u>Project review and compliance files</u>

Preparer's Eligibility Recommendation: <u>Not Recommended</u>

Criteria:  A    B    C    D

Considerations:  A    B    C    D    E    F    G

| *Complete if the property is a contributing or non-contributing resource to a NR district/property:* | | |
|---|---|---|
| Name of the District/Property: | | |
| Inventory Number: | Eligible: | Listed: |

Site visit by MHT Staff ____ yes ____ no          Name:                    Date:

Description of Property and Justification:

Setting:

Cranmore Knolls is a planned residential development located southeast of the intersection of Ardwick Ardmore Road and Jefferson Street in Upper Marlboro. The development is bounded on the north by Ardwick Ardmore Road, by the Edwards Estate neighborhood to the east and south, and by Jefferson Street to the west. The western-most resources in the development, those along Jefferson Street and Ardwick Ardmore Road, are also located within the Jefferson Street/Ardwick-Ardmore Road Neighborhood (PG: 73-29), but are included within the boundaries of this resource because they were part of the 1961 plat of Cranmore Knolls and were constructed with the other houses in the development (Prince George's County Plat Book [PGCPB] WWW44, 61). The 4.55-acre Cranmore Knolls development comprises two perpendicular streets (Jefferson Street and Bold Street) with curbs, drainage pipes, and sidewalks. The subdivision includes 19 single-family dwellings on lots ranging between 0.15 and 0.26 acre. The individual lots are evenly graded or slightly sloped and feature moderate tree coverage, plant beds, bushes, and a concrete or asphalt driveway. Secondary buildings are rare, but if present include sheds.

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| Criteria: ___ A ___ B ___ C ___ D | Considerations: ___ A ___ B ___ C ___ D ___ E ___ F ___ G |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services: | Date: |
| | |
| Reviewer, National Register Program: | Date: |

*Special DOE form produced for the I-270 & I-495 Managed Lanes Study*

NR-ELIGIBILITY REVIEW FORM

PG:73-37                                    Cranmore Knolls

Page 2

========================================================================

Description:

Cranmore Knolls is a planned residential development with single-family dwellings constructed between 1963 and 1964 during the Suburban Diversification Period (1961-1980) (National Environmental Title Research [NETR] 1964). The development includes two streets, Jefferson Street, which runs north-to-south, and Bold Street that runs east-to-west. The single-family dwellings appear to be two variations of a similar side-gabled, basement-foundation model, adapted to the development's sloping topography. Houses with a one-story-façade and Transitional Ranch appearance are present along Jefferson Street, Ardwick Ardmore Road, and the south side of Bold Street, where the terrain slopes down from the street; houses with a two-story façade occupy the north side of Bold Street, where the lots slope toward the street.

The Transitional Ranch houses are four bays, with off-center entrances. Entrances are approached via a single-bay stoop with overhanging roof or by a two-bay extended roof porch, often with metal railings. Picture windows, mostly vinyl-clad replacements, occupy the end-bay adjacent to the entrance. The opposite bays contain single windows. Dwellings are clad in stretcher bond brick veneer or vinyl siding and have asphalt-shingle side-gabled roofs. Many have walk-out basements.

The two-story façade dwellings are one-story in the rear, a configuration often referred to as bi-level (The Washington Post 1965, F1). These dwellings are three bays, with recessed central entrances. Single windows flank the entrances; at the second floor, the end bays hold paired windows, and central bays include a single unit. The houses have a garrison appearance, with brick-clad first floors and slightly overhanging vinyl-clad second floors. Simulated stone or simple parging is present on ground-floor side elevations.

On both variations, primary entrances comprise single-leaf wood or fiberglass doors with storm doors. Windows include single vinyl-framed, sliding units and one-over-one, vinyl-framed, double-hung-sash units; both types are replacements. Vinyl tripartite windows are also common throughout the neighborhood. Many dwellings also have fixed, vinyl, louvered or paneled shutters flanking windows on the façade. Roofs are all side gabled with overhanging eaves and are sheathed in asphalt shingles. Most dwellings feature a metal flue piercing the roof's ridge. Some houses have a rear addition in scale with the original building.

Historic Context:

In 1961, Louise Osburn and Albert H. Davis of Maryland Investment Co., Inc., purchased 4.5 acres that would become Cranmore Knolls from Kenneth and Virginia Dare Cromer (Prince George's County Deed Book [PGCDB] 2554, 66). Cranmore Knolls was platted that same year with 19 residential lots (PGCPB 44, 61). This is the only subdivision found to be associated with Osburn and Davis. The Maryland Investment Co., Inc., either constructed the houses or sold the lots to a single builder who then constructed and sold completed houses to individual buyers. The houses within Cranmore Knolls were built between 1963 and 1964 (NETR 1964).

Research did not reveal the architects or builders of the houses in Cranmore Knolls. Due to its proximity to other neighborhoods and developments such as Glenarden and Ardwick-Ardmore, which have many amenities such as parks, churches, and schools, it was likely easy to draw potential buyers to the neighborhood. Newspaper advertisements for this neighborhood could not be found, although a classified listing from 1966 for 8904 Bold Road noted it was a three-bedroom, bi-level built in 1963 with a fenced yard (Washington Post 1966, B46). A price was not listed.

Evaluation:

Cranmore Knolls was evaluated as a planned residential development in the Suburban Diversification Period (1961-1980) in accordance with Suburbanization Historic Context Addendum, and National Register of Historic Places Criteria A, B, and C.

Cranmore Knolls is typical of the ubiquitous planned residential developments in Maryland and the Washington, D.C., suburbs and is a basic example of the type commonly built in Prince George's County in the Suburban Diversification Period. The development is not an early example, nor did it introduce design innovations influential to later developments. Furthermore, the property is not known to be associated with any other events that have made a significant contribution to the broad patterns of history. Therefore, the resource is not eligible under Criterion A.

NR-ELIGIBILITY REVIEW FORM

PG:73-37                                    Cranmore Knolls

Page 3

---

The developers, Louise Osburn and Albert H. Davis, had no significant influence on suburbanization in Maryland. Research has not shown that the property is associated with the lives of other persons significant in the past. Therefore, the resource is not eligible under Criterion B.

With its small size and large proportion of houses constructed on existing streets, Cranmore Knolls is not a good example of a planned residential development constructed during the Suburban Diversification Period. The Transitional Ranch and bi-level dwellings include standard features typical of the period and demonstrate no distinctive details. The houses are not the work of master architects and exhibit common materials and forms. Because Cranmore Knolls is not a good example of a planned residential development and does not convey any distinctive characteristics or artistic values, the resource is not eligible under Criterion C. Cranmore Knolls was not evaluated under Criterion D.

This property encompasses approximately 4.55 acres and is confined to the current property tax parcels, which are found on Prince George's County Tax Map 0052 and also as seen in Prince George's County plat records book WWW 44 page 61. The neighborhood is bounded on the north by Ardwick Ardmore Road, on the east by the Edwards Estate neighborhood to the east and south, and by Jefferson Street to the west.

References:

Manning, Matt, Danae Peckler, Kerri Barile, Christeen Taniguchi, and Matthew Bray. RK+K. 2018. Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties, Maryland. Draft. Prepared for the Maryland Department of Transportation State Highway Administration.

Nationwide Environmental Title Research, LLC. Misc. years. Historic Aerial Mosaic of Prince George's County, Maryland. Accessed April 19, 2019. http://www.historicaerials.com/viewer.

Prince George's County Deed Book (PGCDB). Misc. years. Prince George's County Land Records, misc. years. Archives of Maryland Online. Accessed April 20, 2019. http://www.mdlandrec.net/.

Prince George's County Plat Book (PGCPB). Misc. years. Prince George's County Land Survey, Subdivision, and Condominium Plats, misc. years. Archives of Maryland Online. Accessed April 19, 2019. http://plats.net/pages/index.aspx.

The Washington Post. 1965. "Architect Defines Designs of Houses Found in D.C. Area." March 20, 1965, F1.
--1966. "Cranmore Knolls" classified. October 16, 1966, B46.



**Cranmore Knolls**                                                    Prince George's County
Location: Southeast of the intersection of Ardwick Ardmore Road and Jefferson Street    City: Upper Marlboro

USGS 7.5' Quadrangle - Lanham

Scale: 1:24,000

**Cranmore Knolls**

Location: Southeast of the intersection of Ardwick Ardmore Road and Jefferson Street

Prince George's County
City: Upper Marlboro



Parcel Boundaries

Scale: 1:3,000

00008119

PG:73-37
**PHOTOGRAPHS**
Cranmore Knolls



8913 Bold Street, northeast oblique.



View of north side of Bold Street, looking northwest.



8910 Bold Street, south elevation.



8902 Bold Street, south elevation.

Cranmore Knolls
**PHOTOGRAPHS**



View of north side of Bold Street, looking northeast.



8905 Bold Street, north elevation.

**PHOTOGRAPHS**



8909 Bold Street, north elevation.



8911 Bold Street, north elevation.

PG:73-37                                    Cranmore Knolls
**PHOTO LOG**

Number of Photos: **8**
Name of Photographer: **Mical Tawney**
Date of Photographs: **2019-04-25**
Location of Original Digital File: **MD SHPO**
File Format: **PG:73-37_2019-04-25_01.tif... etc.**

*Photographs inserted on continuation sheets:*

01.tif
8913 Bold Street, northeast oblique.

02.tif
View of north side of Bold Street, looking northwest.

03.tif
8910 Bold Street, south elevation.

04.tif
8902 Bold Street, south elevation.

05.tif
View of north side of Bold Street, looking northeast.

06.tif
8905 Bold Street, north elevation.

07.tif
8909 Bold Street, north elevation.

08.tif
8911 Bold Street, north elevation.

# MARYLAND HISTORICAL TRUST
## SHORT FORM FOR INELIGIBLE PROPERTIES

**Property Name:** D & F Construction Warehouse

**Address:** 4017 Penn Belt Place

**City:** District Heights          **Zip Code:** 20747          **County:** Prince George's

**USGS Quadrangle(s):** Upper Marlboro

**Tax Map Parcel Number(s):** 0000          **Tax Map Number:** 0089

**Project:** I-495 & I-270 Managed Lanes Study          **Agency:** MDOT SHA

**Agency Prepared By:** RK&K, LLP

**Preparer's Name:** Jacob Bensen          **Date Prepared:** Mar 18, 2019

**Preparer's Eligibility Recommendation:** Not Recommended

---

*Complete if the property is a contributing or non-contributing resource to a NR district/property:*

Name of the District/Property:

Inventory Number:                    Eligible:                    Listed:

---

**Description of Property and Justification:** (Please attach map and photo)
The following evaluation refers to the Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties, Maryland (October 2018).

D + F Construction Warehouse is a rectangular plan warehouse with no architectural style constructed in 1971. The building has a two-story office portion to the south and a tall one-story warehouse portion to the north. The north-south axis-oriented building stands at the northeast corner of the 1.21-acre property. The resource is surrounded by industrial and warehouse properties. A gated driveway from Penn Belt Place accesses the property's asphalt and concrete areas. The property has lawns and bushes along the road, and most of the property is surrounded by a chain link fence. A metal storage building, constructed between 1995 and 2002, is located at the northwest corner of the property; it has a rectangular plan and side-gabled roof. An above-ground fuel tank on a concrete plinth is located southwest of the building. D + F Construction is connected to the property directly south via chain link gates, although it has a different owner; this property to the south was cleared of its wooded area during the 1980s.

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| | |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services | Date |
| | |
| Reviewer, National Register Program | Date |

NR-ELIGIBILITY REVIEW FORM

### D & F Construction Warehouse

The central section of the east façade is clad with brick in a running bond; the other elevations and the north and south sections of the façade are clad in vertically-oriented metal siding. The building is sheltered by a low-pitched, side-gabled roof.

The main pedestrian entrance into the warehouse is located at the center of the façade and consists of a single metal door with rectangular wire glass light. Wood panels, with three-dimensional lettering reading "4017," are above and to the south of the door and the entrance is sheltered by a fabric awning; the entrance faces onto a concrete pedestrian walkway that runs along the façade and also connects to the sidewalk. Two additional pedestrian entrances are located at the brick portion of the façade; to the south is a door identical to the main entrance and is sheltered by a shed-roof metal awning supported by two round metal posts and to the north is a single solid metal door. Single light fixtures are located adjacent to the main and south entrances. The façade has a single steel-sash window with a six-light fixed sash and a three-light hopper sash, located south of the main entrance and sheltered by the awning. One roll-up metal and glass garage door is located at the north end of the façade, accessed from the road by a concrete driveway.

The pedestrian office entrance is located on the south elevation, consisting of paired glass and metal doors flanked by large, single-light fixed metal-sash windows. A full-width metal shed-roof awning, supported by round metal posts, shelters the first story. There are also two double-hung metal-sash windows located on the first story and three sliding vinyl-sash windows located on the second story; these five windows have HVAC vents below. There are four roll-up metal and glass garage doors located on the west elevation. A possible former pedestrian entrance is located between the two northernmost garage doors at this elevation. A large, two-light fixed metal-sash window with an HVAC vent below is located at the south end of the west elevation. The north elevation contains no fenestration.

D + F Construction Warehouse is an altered example of a mid-twentieth-century warehouse commonly found throughout Maryland. The property is not associated with events or person that have made significant contributions to history and therefore is not eligible for the National Register of Historic Places (NRHP) under Criteria A or B. The building has been altered with new metal siding, awnings, and second story windows. Regardless, it does not represent the work of a master or possess high artistic value and is therefore not eligible for the NRHP under Criterion C. This assessment did not consider the resource under Criterion D.

The boundary for the property encompasses 1.21 acres and is confined to the current property tax parcel which is found on Prince George's County Tax Map 0089, Parcel 0000 (2018).

NR-ELIGIBILITY REVIEW FORM

## D & F Construction Warehouse



**D & F Construction Warehouse**                                    Prince George's County

Location: 4017 Penn Belt Place                                      City: District Heights

USGS 7.5' Quadrangle - Upper Marlboro

Scale: 1:24,000

NR-ELIGIBILITY REVIEW FORM

<u>D & F Construction Warehouse</u>



**East facade and north elevation**



**South elevation**

NR-ELIGIBILITY REVIEW FORM

D & F Construction Warehouse



**West elevation**

00008129

# MARYLAND HISTORICAL TRUST
# SHORT FORM FOR INELIGIBLE PROPERTIES

**Property Name:** Douglass E. Patterson Park

**Address:** 7001 Marianne Drive

**City:** Morningside          **Zip Code:** 20746          **County:** Prince George's

**USGS Quadrangle(s):** Anacostia

**Tax Map Parcel Number(s):** 0176          **Tax Map Number:** 0089

**Project:** I-495 & I-270 Managed Lanes Study          **Agency:** MDOT SHA

**Agency Prepared By:** MDOT SHA

**Preparer's Name:** Matt Manning          **Date Prepared:** Oct 16, 2019

**Preparer's Eligibility Recommendation:** Not Recommended

---

*Complete if the property is a contributing or non-contributing resource to a NR district/property:*

Name of the District/Property:

Inventory Number:          Eligible:          Listed:

---

**Description of Property and Justification:** (Please attach map and photo)

Douglass E. Patterson Park, at 7001 Marianne Drive in Morningside, is a small neighborhood park. The park encompasses 26.38 acres east of the Morningside subdivision and north of I-495 in Prince George's County. According to historical aerial images, the property was in use as a park by at least 1963. The park is entered from the east end of Marianne Drive, adjacent to Morningside. The park includes tennis courts, a basketball court, two playgrounds, bathrooms, and a large open area with baseball and football/soccer fields.

The entrance leads southeast to a small asphalt parking lot, past a replacement sign with the park name and address. The parking lot and surrounding amenities are set among mature hardwood trees and shaded areas of lawn. The basketball court, featuring four goals, is to the north, and dual tennis courts, surrounded by a chain link fence, are located to the east. Two playgrounds with modern equipment and mulched play areas, one a smaller tot lot, are west of the parking area. At the southwest corner of the parking is a small, non-original bathroom building. Constructed of split-face concrete block, the building has a ribbed metal roof with wood-sided gables. A single-leaf entrance and small window is located at each gable end. The playing fields are located south of the parking lot, surrounded by trees on the east, south, and west. The baseball field includes a chain-link backstop, and the football/soccer field has metal goalposts and small metal bleachers. Amenities throughout the park are connected by asphalt paths. Scattered picnic tables and grills are also present. Paths connect the park to the Benjamin Foulois school to the north and to the Admiral Place

---

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| | |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services | Date |
| | |
| Reviewer, National Register Program | Date |

NR-ELIGIBILITY REVIEW FORM

<u>Douglass E. Patterson Park</u>

Apartments to the east.

Douglass E. Patterson Park is an altered example of a basic neighborhood park common throughout Maryland. The park was developed several years after the adjacent Morningside (PG:76A-39) subdivision, outside the resource's period of significance (1940-1955). The park did not become part of the town of Morningside until after 1973. Archival research did not reveal details about the park's namesake, Douglass E. Patterson. The park is not associated with events or persons that have made a significant contribution to history and is therefore not eligible for the National Register of Historic Places (NRHP) under Criteria A or B. The park does not represent the work of a master or possess high artistic value and is not eligible for the NRHP under Criterion C. The property was not evaluated under Criterion D as part of this assessment.

The boundary for the property encompasses 26.38 acres and is confined to the current property tax parcel which is found on Prince George's County Tax Map 0089, Parcel 0176 (2019).

NR-ELIGIBILITY REVIEW FORM

Douglass E. Patterson Park



USGS 7.5' Quadrangle - Anacostia

0      0.5      1    Miles

Scale: 1:24,000

N

NR-ELIGIBILITY REVIEW FORM

Douglass E. Patterson Park



**Parking area, facing southwest.**



**Parking lot and basketball court from football field, facing northwest.**

NR-ELIGIBILITY REVIEW FORM

Douglass E. Patterson Park



Football field, facing south.

00008134

**MARYLAND HISTORICAL TRUST**
**DETERMINATION OF ELIGIBILITY FORM**

NR Eligible: Yes ___

No ___

Property Name: **Dresden Green**                    Inventory Number: **PG:70-102**

Address: East of I-495, south of Good Luck Road, west of Princess Garden Parkway        Historic District: Yes

City: Lanham                    Zip Code: 20706                    County: Prince George's

USGS Quadrangle(s): Lanham

Property Owner: Multiple                    Tax Account ID: Multiple

Tax Map Parcel(s): Multiple                    Tax Map: 0035

Project: I-495 & I-270 Managed Lanes Study                    Agency: MDOT SHA

Agency Prepared By: Dovetail CRG

Preparer's Name: Katherine Watts                    Date Prepared: Jan 31, 2019

Documentation is presented in: Project review and compliance files

Preparer's Eligibility Recommendation: Not Recommended

Criteria:  A    B    C    D

Considerations:  A    B    C    D    E    F    G

> *Complete if the property is a contributing or non-contributing resource to a NR district/property:*
>
> Name of the District/Property:
>
> Inventory Number:                    Eligible:                    Listed:

Site visit by MHT Staff ___ yes ___ no                    Name:                    Date:

Description of Property and Justification:

Setting:

Dresden Green is a single-family, planned residential development located on the east side of I-495, on the south side of Good Luck Road, and on the west side of Princess Garden Parkway in Lanham, Prince George's County. Immediately east of the neighborhood is the former Washington Bible College campus, to the north is the Lanham Sports Park and Doctor's Community Hospital, to the west is I-495, and to the south is the Hynesboro neighborhood. Dresden Green contains 179 single-family dwellings on lots between 0.15 and 0.28 acre, along a mix of straight and curvilinear streets with cul-de-sacs. In total, the subdivision encompasses an estimated 39.24 acres. All streets are lined with a concrete curb and individual lots are evenly graded or slightly sloped with moderate tree coverage, plant beds, and bushes. All lots feature a concrete driveway, and rear lots are occasionally fenced.  Secondary resources include sheds.

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| Criteria: ___ A ___ B ___ C ___ D | Considerations: ___ A ___ B ___ C ___ D ___ E ___ F ___ G |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services: | Date: |
| | |
| Reviewer, National Register Program: | Date: |

NR-ELIGIBILITY REVIEW FORM

PG:70-102                                    Dresden Green

Page 2

Description:

Dresden Green is a planned residential development comprising 179 single-family dwellings constructed between 1969 and 1971 during the Suburban Diversification Period (1961-1980). Most of the single-family dwellings were constructed in variations of the Colonial Revival style in the Two-Story Massed, Ranch, Split-Level, and Split-Foyer forms.

Dwellings in Dresden Green are primarily three to four bays wide and one to two stories tall. Depending on the slope of the terrain, dwellings sit atop a poured-concrete crawl space or basement. Cladding includes stretcher-bond brick veneer, siding, such as vinyl or aluminum, or a combination of the two. Roofs within Dresden Green include side gables and side gables with a front-gabled projection, as seen on Split-Level houses, all of which are sheathed in asphalt shingles. Most dwellings feature a single exterior-end brick chimney or interior slope metal flue.

Primary entrances are typically off-center on the façade and include a single-leaf wood or fiberglass door and storm door often accessed by a concrete or brick stoop, although some dwellings exhibit a partial-width porch or full-height and full-width porch (6515 Edgerton Drive). It is common for entrances to be accentuated with a door surround that includes elements reflective of the Colonial Revival style such as pilasters and/or a pediment. Many houses have a secondary entrance on a side elevation, all of which are filled with single-leaf doors. When original windows are present, they are six-over-six, double-hung-sash, wood-frame units; some original wood-frame bay or bow windows remain on houses that reflect Split-Level, Split-Foyer, or Ranch forms.  Many houses within the neighborhood have replacement vinyl windows, some with faux muntins.  Shutters, either paneled or louvered, commonly flank windows on the primary elevation throughout Dresden Green.

Historic Context:

In April 1967, Pettit and Griffin, Inc., a building and development firm owned by John Pettit and Howard (Dave) Griffin, purchased the tract for Dresden Green from John and Mavis M. Haas and Fred A. Greene, Jr. and his wife, Odessa (Prince George's County Deed Book [PGCDB] 3456, 174). The land was a resubdivision of parts of the area previously platted as the Princess Gardens and Princess Springs subdivisions, platted in 1903 and 1904, respectively (Prince George's County Plat Book [PGCPB] A, 97-98). Pettit and Griffin, Inc., drew new plats in 1967 and 1968 laying out the individual lots for Dresden Green. Blocks A, B, and C were platted in June 1967 (PGCPB 65, 81), and blocks D, E, and parts of F, G, and H were platted in July 1968. An addition to the neighborhood, known as "Greene's Addition," was added in August 1968 to include the lots on Midra Drive, the west side of Edgerton Drive, and the lots on Desen Drive between the two blocks. Construction began in 1967 with four model homes and was completed by 1971 (The Evening Star 1967, C-1; PGCPB 69, 21).

Pettit and Griffin first became partners in 1963, with Pettit managing office operations and accounting, and Griffin, with his engineering background, overseeing construction. Pettit and Griffin, Inc., were also responsible for the Hickory Hill neighborhood in Lanham, constructed in 1965 (The Washington Post 1976, B4). Newspaper advertisements for Dresden Green offered three-, four-, and five-bedroom houses with paneled family and recreation rooms and gas-powered air conditioning. Prices ranged from $28,950 to $30,750, depending on which of the four models was selected. Advertisements also emphasized the

NR-ELIGIBILITY REVIEW FORM

PG:70-102                                        Dresden Green

Page 3

---

development's location near Fort Meade, the Goddard Space Center, and the U.S. Agricultural Center (The Evening Star 1969, D-5; The Evening Star 1967, C-1). Sales of the homes, designed by Pettit and Griffin, were conducted by LeCates and Associates, Inc. (The Washington Post 1969, C23). Houses in Dresden Green sold quickly, with financing options available through the department of Veterans Affairs, the Federal Housing Administration, or with the traditional 10 percent down, and another 68 houses were built in 1969 (The Washington Post 1969, C23).

Evaluation:

Dresden Green was evaluated in accordance with the Suburbanization Historic Context Addendum and National Register of Historic Places Criteria A, B, and C.

Dresden Green is typical of most planned residential developments in Maryland and the Washington, D.C. suburbs and is a basic example of the type commonly built in Prince George's County in the Suburban Diversification Period. The neighborhood is not an early example, nor did it introduce design innovations influential to later developments. Furthermore, the neighborhood is not known to be associated with any other events that have made a significant contribution to the broad patterns of history. Therefore, the property is not eligible under Criterion A.

The professionals involved in the development of Dresden Green had no significant influence on suburbanization in Maryland. Research has not shown that the neighborhood is associated with the lives of other persons significant in the past. Therefore, the property is not eligible under Criterion B.

Dresden Green is a modest example of a planned residential development, created by a developer with a limited selection of house models. The subdivision demonstrates none of the innovations in residential developments that appeared in the Suburban Diversification Period. As such, it is not a good example of a planned residential neighborhood from this era. The development's Two-Story Massed, Ranch, Split-Level, and Split-Foyer forms include standard features typical of the period and demonstrate no distinctive stylistic details. As a whole, this group of houses does not reflect the work of master architects nor do they exhibit outstanding materials and forms. Because Dresden Green is not a good example of a planned residential development and does not convey any distinctive characteristics or artistic values as a singular development, the property is not eligible under Criterion C. Dresden Green was not evaluated for eligibility under Criterion D as part of this assessment.

The boundary for the resource encompasses an estimated 39.24 acres that is roughly defined by Good Luck Road to the north, I-495 to the west, Princess Garden Parkway to the east, and Tiffany Lane and Seta Drive to the south. It includes multiple parcels found on Prince George's County Tax Map 35.

References:

The Evening Star. 1967. "Partners Open Dresden Green." November 24, 1967, C-1.
---1969. "Advertisement." 1969, D-5.

NR-ELIGIBILITY REVIEW FORM

PG:70-102                              Dresden Green

Page 4

─────────────────────────────────────────────────────────────────

Manning, Matt, Danae Peckler, Kerri Barile, Christeen Taniguchi, and Matthew Bray. RK+K. 2018. Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties, Maryland. Draft. Prepared for the Maryland Department of Transportation State Highway Administration.

Prince George's County Deed Book (PGCDB). Misc. years. Prince George's County Land Records, Archives of Maryland Online. Accessed January 30, 2019. http://www.mdlandrec.net/

Prince George's County Plat Book (PGCPB). Misc. years. Prince George's County Land Survey, Subdivision, and Condominium Plats, Archives of Maryland Online. Accessed January 30, 2019. http://www.msa.md.gov/megafile/msa/stagser/s1500/s1529/html/0000.html.

The Washington Post. 1969. "Advertisement." June 21, 1969, C23.
---1976. "Obituary: Retired Area Builder, 54" May 6, 1976, B4.

**Dresden Green**

Location: East of I-495, south of Good Luck Road, west of Princess Garden Parkway
City: Lanham
Prince George's County



USGS 7.5' Quadrangle - Lanham
Scale: 1:24,000

Dresden Green

**Dresden Green**

Location: East of I-495, south of Good Luck Road, west of Princess Garden Parkway
City: Lanham

Prince George's County



Parcel Boundaries

0       0.07       0.15
⊢⊢⊢⊢⊢⊢⊢⊢⊢⊢⊣ Miles
Scale: 1:5,000

N

00008140

Dresden Green
**PHOTOGRAPHS**



View of 6515 Edgerton Drive, looking east.



View of 6516 Midra Drive, looking west.

Dresden Green



View of 6517 Dawnwood Drive, looking east.



View of 6525 Edgerton Drive, looking east.

**PHOTOGRAPHS**



View of 7900 Tiffany Lane, looking north.



Seta Drive streetscape from Tiffany Lane, looking southwest.

**PHOTOGRAPHS**

Dresden Green



Midra Drive streetscape from Desen Drive, looking southwest.

PG:70-102                                    Dresden Green

**PHOTO LOG**

Number of Photos: **7**
Name of Photographer: **Heather Staton**
Date of Photographs: **2019-01-21**
Location of Original Digital File: **MD SHPO**
File Format: **PG:70-102_2019-01-21_01.tif… etc.**

*Photographs inserted on continuation sheets:*

01.tif
View of 6515 Edgerton Drive, looking east.

02.tif
View of 6516 Midra Drive, looking west.

03.tif
View of 6517 Dawnwood Drive, looking east.

04.tif
View of 6525 Edgerton Drive, looking east.

05.tif
View of 7900 Tiffany Lane, looking north.

06.tif
Seta Drive streetscape from Tiffany Lane, looking southwest.

07.tif
Midra Drive streetscape from Desen Drive, looking southwest.

**MARYLAND HISTORICAL TRUST**
**SHORT FORM FOR INELIGIBLE PROPERTIES**

**Property Name:** Ebenezer United Methodist Church

**Address:** 4912 Whitfield Chapel Road

**City:** Lanham        **Zip Code:** 20706        **County:** Prince George's

**USGS Quadrangle(s):** Lanham

**Tax Map Parcel Number(s):** 0042        **Tax Map Number:** 0052

**Project:** I-495 & I-270 Managed Lanes Study        **Agency:** MDOT SHA

**Agency Prepared By:** RK&K, LLP

**Preparer's Name:** Jacob Bensen        **Date Prepared:** Jun 21, 2019

**Preparer's Eligibility Recommendation:** Not Recommended

| *Complete if the property is a contributing or non-contributing resource to a NR district/property:* | | |
|---|---|---|
| Name of the District/Property: | | |
| Inventory Number: | Eligible: | Listed: |

**Description of Property and Justification:** (Please attach map and photo)
The following evaluation refers to the Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties, Maryland (May 2019).

Ebenezer United Methodist Church is a Modernist building that occupies a 0.87-acre parcel southeast of the Capital Beltway (I-495)/John Hanson Highway (US 50) interchange in Prince George's County. A datestone near the main entrance shows the date of the congregation's founding as 1885 and the date of the present church building as 1975. The present church building replaced an earlier Ebenezer United Methodist Church building, which was surveyed in 1973 as PG:73-1. In addition to the church building, the congregation owns adjacent properties acquired in the 1990s, including the house at 4910 Whitfield Chapel Road and a gravel parking area on Jefferson Street, which are within the Jefferson Street District (PG:73-30).

The church is separated from the road by a large lawn, with an asphalt parking lot with wood and metal light standards to the south and west; a concrete pad with metal access panels is located in the parking lot. The parking lot is accessed via asphalt and concrete driveways from Ebenezer Lane and Whitfield Chapel Road. A concrete pedestrian walkway, including a ramp with metal railings is south and east of the building,

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| | |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services | Date |
| | |
| Reviewer, National Register Program | Date |

NR-ELIGIBILITY REVIEW FORM

Ebenezer United Methodist Church

connecting the entrances to the parking lots and the crosswalk at Ebenezer Lane. Mature trees, bushes, and planting beds are located throughout the property. A chain-link fence and concrete noise walls separate the property from I-495. A metal canopy, west of the sanctuary and north of the parking lot, shades a concrete patio with a wood railroad tie border and picnic tables. A backlit metal-and-plastic sign with moveable type is located at the corner of Ebenezer Lane and Whitfield Chapel Road; a brick-framed metal-and-plastic sign with moveable type, and metal poles for hanging banners are located along Whitfield Chapel Road.

The building has an L-shaped plan with a one-story, prow gable sanctuary wing to the south, oriented east-west, and a one-story hyphen and one-and-a-half-story, side-gable office wing to the north, oriented north-south. The church is clad primarily in running-bond red brick with a soldier course just below the eave. The office wing is painted concrete block on the west elevation and part of the north elevation. It is possible that this section is the "cinder block wing" of the earlier church building, dating to the circa mid-twentieth-century, referred to in the previous survey (PG:73-1). A small section of what appears to be asbestos-cement siding is in the gable end of the office wing's south elevation where it meets the lower roofline of the hyphen. At the façade of the sanctuary wing is a projecting panel of tan brick with an attached logo of the United Methodist Church.

The main entrance, at the façade in the hyphen between the sanctuary and office wings, consists of paired metal-and-glass doors. Secondary entrances consisting of single metal-and-glass doors are located at the façade of the office wing and at the south elevation of the sanctuary wing. Single carriage-style light fixtures are at these entrances, which open onto concrete landings with metal railings; the office wing entrance has plastic signs with the building's address and the word "Office." The windows of the sanctuary consist of metal fixed-sash multilight units with colored glass set in a geometric pattern and marble sills; on the west elevation the windows are covered in metal grates. On the sides of the tan-brick projecting panel are tall, rectangular, metal fixed-sash multilight units with marble sills. A square opening, possibly a former window or vent, is located beneath the gable on the west elevation. The windows of the office wing facade consist of a metal-sash, multilight unit with a single casement and marble sill. There are replacement one-over-one, double-hung, vinyl-sash units with brick sills and lintels at the first story of the north and west elevations; the north elevation basement window has a metal grate and the west elevation basement has glass block windows and a metal vent with metal grate. The roof is clad with asphalt shingles. A square brick exterior-end chimney pierces the roof near the ridge on the exposed portion of the office wing's south elevation above the hyphen. A painted metal spire with a square base rises from the roof ridge near the sanctuary façade.

The Ebenezer United Methodist Church is an altered example of a mid-twentieth-century church common throughout Maryland. It is not associated with events or persons that have made a significant contribution to history and is therefore not eligible for the National Register of Historic Places under Criteria A or B. Since its construction, the building has been modified by new windows at the office wing and the in-fill of a window opening and has lost its integrity of materials. It does not represent the work of a master nor does it possess high artistic value; therefore, it is not eligible under Criterion C. The resource was not evaluated under Criterion D.

The boundary for the property encompasses 0.87 acres and is confined to the current property tax parcel which is found on Prince George's County Tax Map 0052, Parcel 0042, Account Number 2197580 (2018).

NR-ELIGIBILITY REVIEW FORM

Ebenezer United Methodist Church



**Ebenezer United Methodist Church**

Location: 4912 Whitfield Chapel Road

Prince George's County

City: Lanham

USGS 7.5' Quadrangle - Lanham

Scale: 1:24,000

NR-ELIGIBILITY REVIEW FORM

Ebenezer United Methodist Church



**East facade**



**East facade and north elevation**

**MARYLAND HISTORICAL TRUST**
**DETERMINATION OF ELIGIBILITY FORM**

NR Eligible: Yes ____

No ____

Property Name: **Edgewood Knolls**                    Inventory Number: **PG:66-82**

Address: South and west of I-495, north and west of Hollywood (PG:66-39)          Historic District: Yes

City: College Park          Zip Code: 20740          County: Prince George's

USGS Quadrangle(s): Beltsville

Property Owner: Multiple                    Tax Account ID: Multiple

Tax Map Parcel(s): Multiple                    Tax Map: 0025

Project: I-495 & I-270 Managed Lanes Study          Agency: MDOT SHA

Agency Prepared By: Dovetail CRG

Preparer's Name: Mical Tawney          Date Prepared: Apr 16, 2019

Documentation is presented in: Project review and compliance files

Preparer's Eligibility Recommendation: Not Recommended

Criteria:  A     B     C     D

Considerations:  A     B     C     D     E     F     G

| *Complete if the property is a contributing or non-contributing resource to a NR district/property:* | | |
|---|---|---|
| Name of the District/Property: | | |
| Inventory Number: | Eligible: | Listed: |

Site visit by MHT Staff ____ yes ____ no          Name:                    Date:

Description of Property and Justification:

Setting:

Edgewood Knolls, a planned residential development, is bounded by I-495 to the north and east and Hollywood (PG:66-39) to the south and west. The 3.65-acre development includes 18 single-family dwellings on lots between 0.15 acre and 0.17 acre. Within the subdivision there are three streets, and all streets feature sidewalks; streetlamps throughout are attached to utility poles. Many lots have paved driveways and a walkway that connects the street to the front of the houses. Individual lots have grass lawns, moderate tree coverage, and some bushes. Some houses have wooden or chain link fenced yards. Secondary resources include sheds.

Description:

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| Criteria: ____ A ____ B ____ C ____ D | Considerations: ____ A ____ B ____ C ____ D ____ E ____ F ____ G |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services: | Date: |
| | |
| Reviewer, National Register Program: | Date: |

*Special DOE form produced for the I-270 & I-495 Managed Lanes Study*

NR-ELIGIBILITY REVIEW FORM

PG:66-82                                          Edgewood Knolls

Page 2

---

Edgewood Knolls is a planned residential development comprising 18 single-family dwellings constructed in 1960 during the Modern Period (1930–1960). All houses were designed in the Split-Foyer form.

Dwellings are three bays wide and one-and-a-half stories tall. Foundations are made of brick and concrete, and cladding on the remainder of the building includes brick veneer, aluminum siding, and vinyl siding. Roofs are side-gabled and gable-on-hip and sheathed in asphalt shingles. Houses feature either an exterior-end brick chimney or metal flues.

Primary entrances are set in the center of the façade and include both single-leaf wood or fiberglass paneled or half glazed doors with metal storm doors. Front porches are not common, but a few houses have entry porches (5200 Edgewood Road). Windows include vinyl or metal sliding, wood-framed tripartite (9902 51st Terrace), four-over-four wood-framed (9909 51st Terrace), and wood-framed bay units (9909 51st Terrace). A majority of houses feature fixed shutters on the façade. Attached garages, detached garages, and carports are uncommon.

Historic Context:

In April 1935, Clara L. and James S. Heal purchased 10 acres from Christopher A. Leypoldt (Prince George's County Deed Book [PGCDB] 421, 364). In October 1958, Clara L. Heal, then a widow, sold the entire 10-acre tract to William F. and Ruby R. Leypoldt; that same year they created a plat for Edgewood Knolls (PGCDB 2263, 413; Prince George's County Plat Book [PGCPB] A-3560).

Shortly after platting the subdivision, the Leypoldts sold all of Edgewood Knolls to Albert and Margaret Owens, who then conveyed it to Bert and Adele Tracy in May 1959 (PGCDB 2488, 387; 2476, 211; 2347, 104). It is unclear if the Tracys were connected with a development organization or company, but an obituary for Saul Ritzenberg, a Washington area developer, indicates that Adele was his sister (The Washington Post 1998, B9). Advertisements in 1959 and 1960 suggest that the 18 houses were constructed during the Tracy ownership. In August and September of 1960, Bert and Adele Tracy sold individual houses to various private parties.

Early advertisements for Edgewood Knolls from 1959-1960 listed houses that ranged in price from $16,450 to $17,350, and by 1966 the dwellings were listed for $21,500 (The Evening Star 1966, C21; The Washington Post 1959, C16). The houses in Edgewood Knolls were advertised as ramblers or split-foyers with three bedrooms, a basement level, modern kitchen appliances, and a recreation room (The Washington Post 1959, C16; 1964, D26; 1965, C18). Edgewood Knolls' proximity to schools, churches, and public transportation was also noted in advertisements (The Washington Post 1959, C16). Houses were sold by various realtors, such as Bergman Realty, Prince Geo. Properties, Inc., Free State Properties, and Choee Realty Co.

Evaluation:

Edgewood Knolls was evaluated as a planned residential development in the Modern Period (1930-1960) in accordance with the Suburbanization Historic Context and National Register of Historic Places Criteria A, B, and C.

NR-ELIGIBILITY REVIEW FORM

PG:66-82                                          Edgewood Knolls

Page 3

---

As a planned residential development, Edgewood Knolls is an example of a common type of residential construction during the Modern Period (1930-1960). It did not introduce design innovations influential to later developments. Taken as a whole, this development has no significant association with residential development and planning or with demographic changes and is not known to be associated with any other events that have made a significant contribution to the broad patterns of history; therefore, it is not eligible under Criterion A.

William and Ruby Leypoldt, Albert and Margaret Owens, and Bert and Adele Tracy owned the Edgewood Knolls development at various times, but it is unclear if they developed other properties in Maryland and northern Virginia. Furthermore, research has not shown that the development and encompassing properties are associated with the lives of other people significant in the past. Therefore, the resource is not eligible under Criterion B.

Edgewood Knolls is a standard example of a planned residential development, created by developers with Split-Foyer houses typical of the period. The development demonstrates no design innovations, and houses include standard features typical of the period and demonstrate no distinctive stylistic details. The houses do not reflect the work of master architects nor do they exhibit outstanding materials and forms. Edgewood Knolls is not a good example of a planned residential development and does not convey any distinctive characteristics or artistic value, and the resource is not eligible under Criterion C. Edgewood Knolls was not evaluated under Criterion D.

This resource encompasses 3.65 acres and is located south and west of I-495 and north and east of Hollywood (PG:66-39) as defined in Prince George's County plat record A-3560. It includes parcels found on Prince George's County Tax Map 0025.

References:

The Evening Star. 1966. Advertisement. December 9, 1966, C21.

KCI Technologies, Inc. (KCI). 1999. Suburbanization Historic Context and Survey Methodology, I-495/I-95 Capital Beltway Corridor Transportation Study, Montgomery and Prince George's Counties, Maryland. KCI Technologies, Inc., Hunt Valley, Maryland. https://www.roads.maryland.gov/OPPEN/The%20Suburbanization%20Historic%20Context%20and%20Survey%20Methodology.pdf.

Prince George's County Deed Book (PGCDB). Misc. years. Prince George's County Land Records, Archives of Maryland Online. Accessed April 15, 2019 http://www.mdlandrec.net/

Prince George's County Plat Book (PGCPB). Misc. years. Prince George's County Land Survey, Subdivision, and Condominium Plats, Archives of Maryland Online. Accessed April 15, 2019. http://www.msa.md.gov/megafile/msa/stagser/s1500/s1529/html/0000.html.

The Washington Post. 1959. Advertisement. November 4, 1959, C16.
---1964. Advertisement. November 15, 1964, D26.
---1965. Advertisement. December 21, 1965, C18.

NR-ELIGIBILITY REVIEW FORM

PG:66-82                                    Edgewood Knolls

Page 4

---

---1998. "Area Developer Saul Ritzenberg Dies at 78; Supported Range of Charitable Endeavors." November 19, 1998, B9.

00008153



**Edgewood Knolls**

Location: South and west of I-495, north and west of Hollywood (PG:66-39)

Prince George's County
City: College Park

USGS 7.5' Quadrangle - Beltsville

Scale: 1:24,000

**Edgewood Knolls**

Location: South and west of I-495, north and west of Hollywood (PG:66-39)

Prince George's County
City: College Park



Parcel Boundaries

0    0.04    0.07
Miles

Scale: 1:2,000

N



Streetscape of 51st Terrace, looking southwest.



View of 5124 Niagara Place, looking northeast.

Edgewood Knolls
**PHOTOGRAPHS**



View of 9909 51st Terrace, looking east.



Streetscape of Niagara Place, looking northeast.

**PHOTOGRAPHS**



View of 9902 51st Terrace, looking west.

PG:66-82                                      Edgewood Knolls
**PHOTO LOG**

Number of Photos: **5**
Name of Photographer: **Adriana Moss**
Date of Photographs: **2018-10-24**
Location of Original Digital File: **MD SHPO**
File Format: **PG:66-82_2018-10-24_01.tif… etc.**

*Photographs inserted on continuation sheets:*

01.tif
Streetscape of 51st Terrace, looking southwest.

02.tif
View of 5124 Niagara Place, looking northeast.

03.tif
View of 9909 51st Terrace, looking east.

04.tif
Streetscape of Niagara Place, looking northeast.

05.tif
View of 9902 51st Terrace, looking west.

## MARYLAND HISTORICAL TRUST
## SHORT FORM FOR INELIGIBLE PROPERTIES

**Property Name:** Ephesians New Testament Church

**Address:** 4301 Forestville Road

**City:** District Heights          **Zip Code:** 20747          **County:** Prince George's

**USGS Quadrangle(s):** Washington East

**Tax Map Parcel Number(s):** 0061          **Tax Map Number:** 0089

**Project:** I-495 & I-270 Managed Lanes Study          **Agency:** MDOT SHA

**Agency Prepared By:** Dovetail CRG

**Preparer's Name:** Adriana Moss          **Date Prepared:** Apr 16, 2019

**Preparer's Eligibility Recommendation:** Not Recommended

---

*Complete if the property is a contributing or non-contributing resource to a NR district/property:*

Name of the District/Property:

Inventory Number:                    Eligible:                    Listed:

---

**Description of Property and Justification:** (Please attach map and photo)
The church, a former commercial building, at 4301 Forestville Road is a one-story, hipped roof L-shaped Ranch form building. The building occupies a 1.03-acre parcel west of I-495 and south of the intersection of Suitland Parkway and Forestville Road in Prince George's County. Historic topographic mapping indicates that the property was constructed circa 1955. The house is oriented on an approximately northwest-southeast axis and the façade faces east towards Forestville Road. It is set back from the road on a lot that is cleared around the building, with a gravel parking area surrounding the building. A gravel driveway leads from Forestville Road towards the façade and rear of the property.

The three bay building, resting on a continuous foundation, is clad in six-over-one Flemish Common bond veneer (Flemish bond every seventh course) with recessed panels. The building has a hipped extension on the north half of the northwest elevation. The façade includes an off-center, recessed entrance accessed by a concrete stoop with a handicap ramp. This entrance has a single-leaf, single-light, wood door with a storm door. An additional entrance is located on the rear elevation. Windows are single fixed, vinyl units or paired, two-over-two, double-hung, wood-sash units with horizontal muntins. Windows feature iron security bars.

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| | |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services | Date |
| | |
| Reviewer, National Register Program | Date |

NR-ELIGIBILITY REVIEW FORM

Ephesians New Testament Church

The roof is clad with asphalt shingles. Two interior-slope, brick chimneys pierce the roof in the east and north corners.

The property at 4301 Forestville Road is an altered example of a mid-twentieth-century, former commercial building common throughout Maryland. It is not associated with events or persons that have made a significant contribution to history and is therefore not eligible for the National Register of Historic Places under Criteria A or B. Because the building has been modified with new windows and has been altered in function, it has lost its integrity of materials, workmanship, feeling, and association. It does not represent the work of a master nor does it possess high artistic value; therefore, it is not eligible under Criterion C. The resource was not evaluated under Criterion D.

The boundary for the property encompasses 1.03 acres and is confined to the current property tax parcel which is found on Prince George's County Tax Map 0089, Parcel 0061 (2019).

NR-ELIGIBILITY REVIEW FORM

Ephesians New Testament Church



**Ephesians New Testament Church**

Location: 4301 Forestville Road

Prince George's County

City: District Heights

USGS 7.5' Quadrangle - Washington East

Scale: 1:24,000

NR-ELIGIBILITY REVIEW FORM

Ephesians New Testament Church



South oblique.



Northeast elevation.

# MARYLAND HISTORICAL TRUST
## SHORT FORM FOR INELIGIBLE PROPERTIES

**Property Name:** Episcopal Church of Our Saviour

**Address:** 1700 Powder Mill Road

**City:** Baltimore          **Zip Code:** 21218          **County:** Montgomery

**USGS Quadrangle(s):** Beltsville

**Tax Map Parcel Number(s):** P1          **Tax Map Number:** KP123

**Project:** I-495 & I-270 Managed Lanes Study          **Agency:** MDOT SHA

**Agency Prepared By:** MDOT SHA

**Preparer's Name:** Anne Bruder          **Date Prepared:** Oct 9, 2019

**Preparer's Eligibility Recommendation:** Not Recommended

---

*Complete if the property is a contributing or non-contributing resource to a NR district/property:*

Name of the District/Property:

Inventory Number:                    Eligible:                    Listed:

---

**Description of Property and Justification:** (Please attach map and photo)

The Church of Our Savior Episcopal is a neo-Gothic Revival structure dating from 1964 designed by Benjamin P. Elliott. It stands in the northeast quadrant of New Hampshire Avenue (MD 650) and Powder Mill Road in Hillandale, facing southwest on the north side of I-495.

The red brick building has a front gable roof clad in slate, and is a cruciform design, although the spaces that form the cross pieces attached at two places along the exterior walls of the nave of the building are not equal in size nor do they open to the nave to provide additional seating at a crossing. Instead, the spaces are closed, and have different service functions.

The west portal is also the façade and it has one-bay with a large two-story arch within which is a "rose" window, 5 windows forming a clerestory, and a central double door. The arch is of stone, as are the window frames. Throughout the church complex, the windows in the nave are paired with Gothic arches, while in the other areas, the windows are either single or paired with rectangular frames. There is an exterior steeple on the east end of the church. At its opening, the church was described as having an undercroft, kitchen, nursery, two priests' studies, a sacristy, a chapel, a bride's room, a music room and classrooms.

---

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| | |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services | Date |
| | |
| Reviewer, National Register Program | Date |

NR-ELIGIBILITY REVIEW FORM

Episcopal Church of Our Saviour

The nave of the church has brick walls, and a center aisle and wooden pews on either side.  The chancel has a raised altar which is on the east wall of the church, with pews for the choir behind the pulpit, and the organ is behind the lectern.  The ceiling is of wood, and wooden ribs form pilasters that go to the nave floor marking each bay.

Benjamin P. Elliott (1920-2003) was known for his designs for Methodist and Episcopal churches in Montgomery and Prince George's counties as well as Baltimore.  He received his training from the Catholic University in Washington, DC, although his undergraduate studies were interrupted by World War II, and he received his B.Arch. in 1947.  In 1950 he opened his practice, Benjamin P. Elliott, in Silver Spring and maintained an office there until 1981, when he formed Duane, Elliott, Cahill, Mullineaux & Mullineaux in Rockville.  He died in 2003.

Gothic Revival designs were fashionable in the United States in the mid-to-late nineteenth century.  Although many churches continued to use the designs into the early twentieth century, following the Great Depression in the 1930s and World War II in the 1940s, most congregations turned to Colonial Revival forms when choosing to design a church since the Gothic Revival designs could be more expensive.  Furthermore, during the Cold War, the colonial forms resonated with the church members as more "American".   The Episcopal Church of Our Savior has academic flourishes that link it to Gothic Revival forms, but also contain abstract forms that prevent it from being solely Gothic Revival.  A church constructed in 1964 was built after the Gothic Revival's period of significance, considered to be primarily 1830-1880, with churches outside major cities being constructed in the style through the late 1920s.

Based on the foregoing, MDOT SHA has determined that the Church of Our Savior Episcopal is not eligible for inclusion in the National Register of Historic Places since research conducted as part of the study did not identify events or persons of local, state or national significance associated with the Church.  Although a known architect designed the building, it is not a significant example of a Gothic Revival church in Silver Spring, and better examples, such as the Calvary Evangelical Lutheran Church's chapel (M:36-37) on Georgia Avenue, which dates to 1948, exist nearby.  As a result, the Church of Our Savior Episcopal is not eligible for inclusion the NRHP under Criterion C, architecture.  NRHP Criterion D, information potential, was not included in this study.

The boundary for the Episcopal Church of Our Savior is confined to the tax parcel boundary as shown on Tax Map KP 123 Block 1, Lot P1 as shown on the Prince George's County Tax Map (2019) consisting of 1.296 acres.

Sources Consulted:
Church of Our Savior Episcopal, "History of Our Church," downloaded 10/7/2019
D.C. Architects 1822 to 1960, downloaded from www.historicwashington.org./docs/architects_database downloaded 10/8/2019
The Washington Post, "Benjamin Elliott, 82, Dies" January 26, 2003
_____ , "Cornerstone of Temple Israel to Be Laid Sunday," 'Silver Spring Church To Hold First Service' December 14, 1963, P. E10
_____, "Episcopal Dedication Set Sunday," February 1, 1964, P.A12
_____, "Methodist Parish Picks Architect," March 10, 1962, P. A11

00008165

NR-ELIGIBILITY REVIEW FORM

Episcopal Church of Our Saviour



**Episcopal Church of Our Saviour**
Location: 1700 Powder Mill Road

Montgomery County
City: Silver Spring

USGS 7.5' Quadrangle - Beltsville

Scale: 1:24,000

00008166

NR-ELIGIBILITY REVIEW FORM

Episcopal Church of Our Saviour



**View east to southwest portal facade and northwest elevation**



**Northeast elevation**

# MARYLAND HISTORICAL TRUST
## SHORT FORM FOR INELIGIBLE PROPERTIES

**Property Name:** Episcopal Church of the Nativity

**Address:** 5203 Manchester Drive

**City:** Temple Hills        **Zip Code:** 20748        **County:** Prince George's

**USGS Quadrangle(s):** Washington East

**Tax Map Parcel Number(s):** 0000        **Tax Map Number:** 0098

**Project:** I-495 & I-270 Managed Lanes Study        **Agency:** MDOT SHA

**Agency Prepared By:** Dovetail CRG

**Preparer's Name:** Melissa Butler        **Date Prepared:** May 23, 2019

**Preparer's Eligibility Recommendation:** Not Recommended

---

*Complete if the property is a contributing or non-contributing resource to a NR district/property:*

Name of the District/Property:

Inventory Number:        Eligible:        Listed:

---

**Description of Property and Justification:** (Please attach map and photo)

The church at 5203 Manchester Drive in Temple Hills is a one-story, gabled building with elements of the Contemporary style. The building occupies a 3.5-acre parcel south of the Manchester Drive overpass over I-495 in Prince George's County. Historic aerial photography and topographic maps indicate that this resource was built circa 1960. The church is oriented on an approximately northwest-southeast axis, and the façade of the main block faces southeast. It is set back from the road and sited on a primarily wooded lot, with a paved parking lot to the south. The parking lot is accessed by a driveway that leads southeast from Manchester Drive. Secondary resources include three prefabricated sheds located to the south of the primary resource.

The church is comprised of an X-shaped cross-gabled sanctuary, with two additions on the southeast side; a two-story, multi-bay addition and a one-story, multi-bay addition, both constructed circa 1964. The Contemporary style sanctuary has a continuous foundation and structural system clad in stretcher-bond brick veneer and vertical wood siding. The resource has an irregular roof shape with central spire and four rounded gables, one on each elevation. It is sheathed in crimped metal with wide-overhanging eaves. The façade includes double-leaf, wood doors with rectangular panels. A ribbon of metal-framed fixed windows extends above the entry doors. Additional fenestration includes a ribbon of metal-framed fixed windows located beneath the eaves on the gabled sides. Secondary entrances with single- and double-leaf flush metal or wood doors are located throughout the building. An exterior-end brick chimney is located on

---

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| | |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services | Date |
| | |
| Reviewer, National Register Program | Date |

NR-ELIGIBILITY REVIEW FORM

<u>Episcopal Church of the Nativity</u>

the southeast exterior of the sanctuary. A one-story, multi-bay, flat-roofed addition stretches from the south elevation, and a two-story, multi-bay, flat-roofed addition on the southeast. They were constructed circa 1964 and feature the same materials as the sanctuary.

Three one-story, one-bay, circa-1990 prefabricated sheds are clustered just south of the primary resource. They are all clad in vinyl siding and feature double-leaf doors. The two sheds to the west are covered in front-gabled roofs with asphalt shingles while the eastern shed is covered by a gambrel roof sheathed in asphalt shingles.

The Episcopal Church of the Nativity is an altered example of a mid-twentieth-century church common throughout Maryland. It is not associated with events or persons that have made a significant contribution to history and is therefore not eligible for the National Register of Historic Places under Criteria A or B. The building is typical of Contemporary style churches constructed during the Suburban Diversification Period. It does not represent the work of a master nor does it possess high artistic value; therefore, it is not eligible under Criterion C. The resource was not evaluated under Criterion D.

The boundary for the property encompasses 3.5 acres and is confined to the current property tax parcels which is found on Prince George's County Tax Map 0098, Parcel 0000 (2019).

NR-ELIGIBILITY REVIEW FORM

Episcopal Church of the Nativity



**Episcopal Church of the Nativity**

Location: 5203 Manchester Drive

Prince George's County

City: Temple Hills

USGS 7.5' Quadrangle - Washington East

Scale: 1:24,000

Episcopal Church of the Nativity



**East oblique of sanctuary.**



**Additions, southeast elevation.**

## MARYLAND HISTORICAL TRUST
## DETERMINATION OF ELIGIBILITY FORM

NR Eligible: Yes ____

No ____

Property Name: **Fallsmead**

Inventory Number: **M: 26-87**

Address: Southwest of I-270 at Fallsmead Way

Historic District: Yes

City: Rockville          Zip Code: 20854

County: Montgomery

USGS Quadrangle(s): Rockville

Property Owner: Multiple

Tax Account ID: Multiple

Tax Map Parcel(s): Multiple

Tax Map: GR11

Project: I-495 & I-270 Managed Lanes Study

Agency: MDOT SHA

Agency Prepared By: Dovetail CRG

Preparer's Name: Adriana Moss

Date Prepared: Oct 17, 2019

Documentation is presented in: Project review and compliance files

Preparer's Eligibility Recommendation: Not Recommended

Criteria: A    B    C    D

Considerations: A    B    C    D    E    F    G

| *Complete if the property is a contributing or non-contributing resource to a NR district/property:* | | |
|---|---|---|
| Name of the District/Property: | | |
| Inventory Number: | Eligible: | Listed: |

Site visit by MHT Staff ____ yes ____ no          Name:          Date:

Description of Property and Justification:

Setting:

Fallsmead is a planned residential development located west of the I-270 and Great Falls Road interchange in Rockville. The subdivision is bounded on the southwest and northwest by Wootton Parkway and the Carl Henn Millennium Trail, on the northeast by the Rockshire Village subdivision (M: 26-76), on the east by the Saddlebrook subdivision (M: 26-77), and on the southeast by Falls Road (Route 189). Watts Branch traverses through the northern section of the subdivision running southwest to northeast. The approximately 109.1-acre subdivision contains Fallsmead Park and 291 single-family dwellings on flat or sloping lots ranging between 0.17 and 0.64 acres. Individual lots are landscaped, featuring moderate tree coverage, manicured lawns, a paved-asphalt driveway, and fenced rear yards.

Fallsmead has three streets and nine cul-de-sacs. Fallsmead Way, Greenplace Terrace, Pipestem Court, and a portion of Pipestem Place are lined with concrete sidewalks, while the remainder of the streets have only concrete curbs. Lighting throughout the development consists of metal lanterns atop metal posts. Secondary resources include sheds. Fallsmead Park,

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| **Eligibility recommended:** | **Eligibility not recommended:** |
| **Criteria: ___ A ___ B ___ C ___ D** | **Considerations: ___ A ___ B ___ C ___ D ___ E ___ F ___ G** |
| **MHT Comments:** | |
| | |
| | |
| **Reviewer, Office of Preservation Services:** | **Date:** |
| | |
| **Reviewer, National Register Program:** | **Date:** |

*Special DOE form produced for the I-270 & I-495 Managed Lanes Study*

which contains a swimming pool complex, tennis courts, manmade pond, and traversing walking trails, is situated in the northern portion of the subdivision and is accessed by a vehicular entrance from Greenplace Terrace.

Description:

Fallsmead is a planned residential development platted in June 1967 through November 1981 with the cluster subdivision planning method with single-family dwellings primarily constructed between 1968 and 1983 with one house constructed between1940 and 1944 (16 Pipestem Court). The streets are curvilinear; Fallsmead Way and Greenplace Terrace serve as the main thoroughfare. Intersecting streets, most of which end in a cul-de-sac, include Cedrus Court, Infield Court N. and S., Pipestem Place, Old Creek Court, Trail House Court, James Spring Court, Duncan Branch Court, and Pipestem Court.

Dwellings within Fallsmead have traditional designs and draw from elements of the Colonial Revival style. Model names and plans designed by Patterson & Worland and constructed by Kettler Brothers, Inc., include Two-Story Massed forms with attached one-story garages (the Ashton, the Bristol, the Brunswick, the Greenwood, the Willow Grove, and the Compton) and Two-Story Massed forms with basement-level garages (the Edgehill, the Glenwood, and the Olney) (Kettler Brothers, Inc., and Patterson & Worland 1968). Later infill, dwellings designed and built by Berger/Berman Builders, Inc., include variations on the Split-Level form and Two-Story Massed form with an attached one-story garage and one-story shed addition.

Dwellings in Fallsmead are primarily four to six bays wide and one to two stories tall. The buildings are set on sloped or level terrain and foundation. Structural system cladding includes stretcher-bond brick or permastone veneer and vinyl siding. Some exterior elements such as faux quoins, string courses, and cornice decor reflect the Colonial Revival style. Roofs are side or front gabled, hipped, or gambrel sheathed in asphalt shingles. Some houses have front-gabled or shed dormers. Single chimneys are exterior- or interior-end or interior-slope and clad in brick.

Primary entrances are off-center or centered on the façade with a single- or double-leaf wood or fiberglass door often accessed by a brick stoop, an entry porch, or a full-height, full- or partial-width porch. Many entrances feature a wood or vinyl door surround with Colonial Revival-style ornamentation such as a pediment and pilasters or sidelights. Original windows are single six-over-nine or six-over-six, sash; bay; or bow units, all of which are wood framed. Most windows are vinyl replacements and some feature faux muntins. Many windows and some doors are flanked by fixed aluminum or vinyl shutters. Most dwellings have either an attached or inclusive single or double bay garage. Additions are typically found at the rear elevation in scale with the building's core.

The building at 16 Pipestem Court is a one-story, three-bay, rectangular dwelling with flanking one-story wings that was constructed between 1940 and 1944, prior to the subdivision of Fallsmead (United States Geological Survey 1944). It is clad in a rough-cut stone veneer and covered by a gabled roof sheathed in asphalt shingles. A stone-clad chimney is set on the west elevation of the core. Its primary entrance, filled with a single-leaf replacement door, is centered on a projecting, hipped, enclosed entry vestibule. Other fenestration includes metal-frame casement or sash windows. A one-story garage addition is situated at the eastern corner of the building, while a larger one-story addition covered in composite siding extends from the northwest elevation.

The circa-1970 private community park, known as Fallsmead Park, encompasses approximately 17.4 acres in the northwestern half of the resource. It features paved-asphalt walking trails that extend from Greenplace Terrace, Old Creek Court, and Pipestem Place. A vehicular entrance from Greenplace Terrace leads to a parking lot north of the swimming pool complex. The pool complex, enclosed by an aluminum fence, consists of a circa-1970 in-ground pool and pool house, circa-2001 walk-in pool and baby pool, and two circa-2001 one-story sheds. Metal frames for canopies are situated on the poured-concrete pool deck. The one-story pool house is clad in a stretcher-bond brick veneer and covered by a front-gabled, asphalt shingle roof with wood siding in the gabled ends. It is accessed by single-leaf metal doors and a circa-1990, one-story, gabled addition extends from its western boundary. The tennis courts are to the west of the pool complex and are enclosed by metal chain-link fencing with several cloth awnings projecting above benches. Benches in the park are wood with formed concrete legs. Trash receptacles are wood. The manmade pond was renovated in 2001 (Chang 2002, J1-J2). Two recent pedestrian bridges in the park cross over Watts Branch. A soccer field is situated in the center of the park and is accessible by walking trails.

A circa-2000 sign composed of stone and concrete is located in a grassy median at the eastern entrance of Fallsmead at the

NR-ELIGIBILITY REVIEW FORM

M: 26-87                                                    Fallsmead

Page 3

intersection of Fallsmead Way and Falls Road.

Historic Context:

In December 1962, David E. and Maude W. Betts and Victor R. and Helen L. Beauchamp sold 123.15 acres to Old Farm Real Estate Corporation (Montgomery County Deed Book [MCDB] 3046, 24). In September 1964, the Old Farm Real Estate Corporation merged under Kettler Development Corporation to create Kettler Brothers, Inc. (MCDB 3345, 546). Between 1966 and 1971, Kettler Brothers, Inc., submitted nine plats of subdivision for Fallsmead, with the fourth, fifth, and sixth plats being in part resubdivisions of earlier plats (Montgomery County Plat [MCP] 8601, 8602, 9009, 9105, 9251, 9252, 9733, 9784, 10241). In 1967, Kettler Brothers, Inc., sold a portion of their land to the Board of Education of Montgomery County for Fallsmead Elementary School. The remaining approximately 100 acres was used for the Fallsmead development (MCDB 3610, 658).

Kettler Brothers, Inc., advertised 10 house models designed by Patterson & Worland that ranged from 2,100 to 2,900 square feet; all of which included an integral or attached garage and ranged in price from $38,950 to $50,250 (Chang 2002; Kettler Brothers, Inc., 1968a; Kettler Brothers, Inc., and Patterson & Worland 1968). Add-on features available were central air conditioning, rear decks, and sliding glass doors, among others (Kettler Brothers, Inc., 1968a). The houses built by Kettler Brothers, Inc., were constructed between 1968 and 1973. The community park, pool, pool house, and tennis courts were part of the original plans for the subdivision and were all completed by 1970 (Kettler Builders, Inc., 1968b).

The use of the cluster development techniques resulted in groups of buildings built on smaller lots than the land was zoned for to gain additional space for community use or to protect sensitive areas such as streams or natural hazard areas (Planning for Hazards n.d.; Rosenthal 1960). This planning method was a reaction to World War II-era "look-alike" patterned subdivisions with no individualized character according to the American Society of Planning Officials (Rosental 1960:1). Early applications of this method can be seen in the circa-1961 Americana Glenmont development in Silver Spring by architect, Carl M. Freeman, and in the Carderock Springs and Carderock Springs South subdivisions of noted developer Edmund Bennett in the early-to-mid 1960s (Kelly 2012; Manning et al. 2018).

Advertisements suggested that buying a Kettler-built home in Fallsmead would offer "the perfect family plan for living" since they were adjacent to amenities including the park, pool, tennis courts, schools, churches, and shopping (The Evening Star and Daily News 1972, B-5; The Washington Post and Times Herald 1972, E15). Home buyers would automatically become members of the Fallsmead Homes Corporation, created when the first house in the community was constructed, in order to utilize the amenities (The Washington Post and Times Herald 1970, D14). Initially, the Fallsmead Homes Corporation was comprised of representatives from Kettler Brothers, Inc.; however, as the community grew, they encouraged residents to run for the Board of Directors (Fallsmead Homes Corporation 1994). In 1975, select residents formed the Fallsmead Citizens Association to "engage in any political or legal activities that might jeopardize the assets or tax-exempt status of the non-political Fallsmead Homes Corporation" (Harig 2018).

In January 1982, the boundaries of Fallsmead were expanded by Berger/Berman Builders, Inc., who purchased approximately 9 acres, situated between the park and Fallsmead Way at the center of the community, from Richard T. and Jacquelyn R. Ewing (MCDB 5821, 517). This tract included a dwelling that was constructed between 1940 and 1944 by a previous owner (Fallsmead Homes Corporation 1994; United States Geological Survey 1944). The tract was subdivided and platted as the tenth plat of Fallsmead which included Pipestem Court and resubdivision of a portion of Pipestem Place (MCP 13844). Along with these new lots and cul-de-sac that were intended to be harmonious with the remainder of the community, Berger/Berman Builders, Inc., constructed dwellings on several undeveloped lots on Fallsmead Way in 1982 and 1983. The Fallsmead Citizens Association assisted in negotiations with the building firm on their expansion of the subdivision to ensure a harmonious feel throughout the community (Harig 2018). In 2001, the community pool was expanded and the manmade pond was renovated (Chang 2002, J1-J2).

Kettler Brothers, Inc., was operated by three brothers: Milton E., Clarence, and Charles Kettler who each "had acquired reputations as builders and billpayers since 1952" (Willmann 1962, B1). According to an article published in The Washington Post and Times Herald in 1962, Milton and Clarence acted as building and marketing specialists while secretary and vice president, Charles, was in charge of commercial construction, a large part of their firm's business (The Sun 1982, B4; Willmann 1962, B1). The firm was responsible for subdivisions in Montgomery County such as Old Farm in Bethesda and Montgomery

NR-ELIGIBILITY REVIEW FORM

M: 26-87                                                    Fallsmead

Page 4

Village in Gaithersburg which also employed the cluster subdivision planning system as is seen in Fallsmead (Fallsmead Homes Corporation 1994).

The residential architectural firm of Patterson & Worland was formed by Wilfred Worland and Michael A. Patterson in the late 1940s (Bernstein 1999, B7). They designed Colonial Revival-style single-family homes for subdivisions in the suburban Washington, D.C., metropolitan area such as Woodacres, Luxmanor, Old Farm, and Westbard Mews. They also designed multi-family communities such as the Worland, a townhouse cluster in Bethesda. Patterson & Worland worked with Kettler Builders, Inc., on several other projects in Montgomery County such as Copenhaver, Goshenside, and Lakeside (The Washington Post and Times Herald 1969, D20).

The Rockville-based firm Berger/Berman Builders, Inc., was founded by Peter Berman and Robert Berger in 1969 (The Washington Post 1977, C11). In 1979, the firm entered into commercial development, along with continued residential development projects such as their section of Fallsmead (The Evening Star 1979, C-6). Other work by Berger/Berman Builders, Inc., includes Falls Bend in Rockville, Potomac Springs in Potomac, and the townhouse community called the Cloisters of Bethesda (The Washington Star 1981, H-5). The building firm was dismantled in the early 1980s and Berger and Berman began the Leadership Group, a development company (Mariano 1985, E1).

Evaluation:

Fallsmead was evaluated as a planned residential development in accordance with Maryland's Suburbanization Historic Context Addendum and National Register of Historic Places Criteria A, B, and C.

Fallsmead is typical of planned residential developments that employed the cluster subdivision planning method in the Washington, D.C., suburbs during the Suburbanization Diversification Period (1961-1980). The Kettler Brothers' use of cluster development techniques is a later example, and the subdivision was not the first of its kind nor did it influence the design of future residential developments in Montgomery County. Furthermore, the resource is not known to be associated with any other important events that have made a significant contribution to the broad patterns of history. Therefore, Fallsmead is not eligible under Criterion A.

Berger/Berman Builders, Inc., Patterson & Worland, and their respective founders worked as developers, builders, and architects throughout the Washington, D.C., metropolitan area; however, they had no significant influence on suburbanization in Maryland. The Kettler Builders firm is best represented by their work at Montgomery Village, a new town development. Research has not shown that the resource is associated with the lives of other persons significant in the past. Therefore, Fallsmead is not eligible under Criterion B.

While houses within Fallsmead are controlled by the community association, modifications to many dwellings such as the introduction of replacement windows and additions have diminished its historic integrity of design, materials, and workmanship. Houses demonstrate typical styles and forms, and the subdivision includes common street layouts and amenities typical of a planned suburban development of the period. Because it is not an outstanding example of its type and does not convey any distinctive characteristics or artistic values, this resource is not eligible under Criterion C. Fallsmead was not evaluated under Criterion D.

This resource encompasses 109.1 acres and is bounded on the southwest and northwest by Wootton Parkway and the Carl Henn Millennium Trail, on the northeast by the Rockshire Village subdivision, on the east by the Saddlebrook subdivision, and on the southeast by Falls Road (Route 189). It can be found on Montgomery County Tax Map GR11 and Montgomery County plats 8601, 8602, 9009, 9105, 9251, 9252, 9733, 9784, 10241, and 13844.

References:

Bernstein, Adam. 1999. "Architect Wilfrid Worland Dies at 92." The Washington Post. December 14, 1999, B7.

Chang, Elizabeth. 2002. "Longtime Ties Bind Rockville Residents." The Washington Post. March 16, 2002, J1-J2.

NR-ELIGIBILITY REVIEW FORM

M: 26-87                                                    Fallsmead

Page 5

The Evening Star. 1979. "Woodbridge Elected Berger/Berman Head." July 6, 1979, C-6.

The Evening Star and Daily News. 1972. Advertisement. September 1, 1972, B-5.

Fallsmead Homes Corporation. 1994. "A Community for All Seasons; Winter, Spring, Summer, Fallsmead. History and Memoirs, 1968-1993." Accessed October 15, 2019. https://www.fallsmead.org/editor_upload/File/Fallsmead_A_community_for_all_seasons%20(3).pdf.

Harig, Melani Miller. 2018. "This Week In Fallsmead: Fallsmead Citizens Association." Fallsmead: Fallsmead@50 Fun Facts. Accessed October 16, 2019. https://www.fallsmead.org/blog.php.

Kelly, Clare Lise. 2012. Maryland Historical Trust Maryland Inventory of Historic Properties Form: Americana Glenmont (MIHP # 31-43), Silver Spring, Maryland. On file with the Maryland Historical Trust, Crownsville, Maryland.

Kettler Brothers, Inc. 1968a. "Fallsmead Price List." Accessed October 14, 2019. https://www.fallsmead.org/editor_upload/File/History/Original%20Fallsmead%20Price%20Lists4.pdf.
---1968b. "Fallsmead Park Development Schedule and Maintenance Agreement." Accessed October 14, 2019. https://www.fallsmead.org/editor_upload/File/History/1968%20Park%20Development%20Plan%20H.pdf.

Kettler Brothers, Inc. and Patterson & Worland. 1968. "Fallsmead." Accessed October 11, 2019. https://www.fallsmead.org/editor_upload/File/History/Original%20Drawings%20and%20Floor%20Plans4.pdf.

Manning, Matt, Danae Peckler, Kerri Barile, Christeen Taniguchi, and Matthew Bray. RK+K. 2018. Suburbanization Historic Context Addendum (1961-1980), Montgomery and Prince George's Counties, Maryland. Draft. Prepared for the Maryland Department of Transportation State Highway Administration.

Mariano, Ann W. 1985. "County Builder Owes $14 Million: Leadership Group Stops or Slows Most Construction Work." The Washington Post. September 7, 1985, E1.

Montgomery County Deed Book (MCDB). Misc. years. Prince George's County Land Records, Archives of Maryland Online. Accessed October 15, 2019. http://www.mdlandrec.net/.

Montgomery County Plat (MCP). Misc. years. Prince George's County Land Survey, Subdivision, and Condominium Plats, misc. years. Archives of Maryland Online. Accessed October 15, 2019. http://plats.net/pages/index.aspx.

Planning for Hazards. n.d. "Land Use Tool: Cluster Subdivision." Planning for Hazards: Land Use Solutions for Colorado. Accessed October 16, 2019. https://planningforhazards.com/cluster-subdivision.

Rosenthal, Jon. 1960. "Cluster Subdivisions." American Society of Planning Officials, Information Report No. 135, June 1960. Accessed October 16, 2019. https://planning-org-uploaded-media.s3.amazonaws.com/document/PAS-Report-135.pdf.

The Sun. 1982. "Milton Kettler, C&P Director, Dies at 59." August 1, 1982, B4.

United States Geological Survey. 1944. U.S. Rockville [map], 1:62500, Topographic Quadrangle Map, Reston, Virginia. Accessed October 11, 2019. https://livingatlas.arcgis.com/topoexplorer/index.html.

The Washington Post. 1977. "Marcus Moves Up." September 3, 1977, C11.

The Washington Post and Times Herald. 1969. Advertisement. November 15, 1969, D20.
---1970. Advertisement. September 19, 1970, D14.
---1972. Advertisement. September 30, 1979, E15.

The Washington Star. "'Finest for Family' Context Draws 119 Entries." May 31, 1981, H-5.

NR-ELIGIBILITY REVIEW FORM

M: 26-87                                      Fallsmead

Page 6

Wilmann, John B. 1962. "Kettler Firm Sells Mood at Old Farm." The Washington Post and Times Herald. August 4, 1962, B1.

**Fallsmead**

Location: Southwest of I-270 at Fallsmead Way

Montgomery County
City: Rockville



USGS 7.5' Quadrangle - Rockville

Scale: 1:24,000

**Fallsmead**

Location: Southwest of I-270 at Fallsmead Way

Montgomery County

City: Rockville



Parcel Boundaries

0    0.13    0.25    Miles

Scale: 1:7,000

N

Fallsmead

**PHOTOGRAPHS**



Streetscape of Fallsmead Way, looking north.



1100 Fallsmead Way, northeast elevation.

M: 26-87                           Fallsmead
**PHOTOGRAPHS**



1106 Fallsmead Way, northeast elevation.



Streetscape of Infield Court N., looking northwest.

**PHOTOGRAPHS**



1312 Fallsmead Way, north elevation.



1401 Fallsmead Way, south elevation.

M: 26-87                                                      Fallsmead
**PHOTOGRAPHS**



1058 Pipestem Place, east elevation.



16 Pipestem Court, looking south.

**PHOTOGRAPHS**



Soccer field and walking trails, looking east.



Tennis courts, looking southeast.

00008184

Fallsmead
**PHOTOGRAPHS**



Fallsmead Pond, looking north.



Walking trail overview from east of pool, looking south.

**PHOTOGRAPHS**



Pool overview, looking north.



Sign at trailhead on Old Creek Court, looking north.

**PHOTO LOG**

Number of Photos: **14**
Name of Photographer: **Katherine Watts**
Date of Photographs: **10/09/2019**
Location of Original Digital File: **MHT**
File Format: **M: 26-87_10/09/2019_01.tif… etc.**

*Photographs inserted on continuation sheets:*

01.tif
Streetscape of Fallsmead Way, looking north.

02.tif
1100 Fallsmead Way, northeast elevation.

03.tif
1106 Fallsmead Way, northeast elevation.

04.tif
Streetscape of Infield Court N., looking northwest.

05.tif
1312 Fallsmead Way, north elevation.

06.tif
1401 Fallsmead Way, south elevation.

07.tif
1058 Pipestem Place, east elevation.

08.tif
16 Pipestem Court, looking south.

09.tif
Soccer field and walking trails, looking east.

10.tif
Tennis courts, looking southeast.

11.tif
Fallsmead Pond, looking north.

12.tif
Walking trail overview from east of pool, looking south.

13.tif
Pool overview, looking north.

14.tif
Sign at trailhead on Old Creek Court, looking north.

**MARYLAND HISTORICAL TRUST**
**DETERMINATION OF ELIGIBILITY FORM**

NR Eligible: Yes ____

No ____

Property Name: **Fallswood**                                           Inventory Number: **M: 26-79**

Address: 401-509 Watts Branch Parkway, 1400-1426 Fallswood Drive, 1-12 Fallswood Court          Historic District: Yes

City: Potomac                        Zip Code: 20854                    County: Montgomery

USGS Quadrangle(s): Rockville

Property Owner: Multiple                                           Tax Account ID: Multiple

Tax Map Parcel(s): Multiple                                        Tax Map: GR11, GR12

Project: I-495 & I-270 Managed Lanes Study                        Agency: MDOT SHA

Agency Prepared By: Dovetail CRG

Preparer's Name: Katherine Watts                                  Date Prepared: Jan 31, 2019

Documentation is presented in: Project review and compliance files

Preparer's Eligibility Recommendation: Not Recommended

Criteria:  A    B    C    D

Considerations:  A    B    C    D    E    F    G

> *Complete if the property is a contributing or non-contributing resource to a NR district/property:*
>
> Name of the District/Property:
>
> Inventory Number:                    Eligible:                    Listed:

Site visit by MHT Staff ____ yes ____ no          Name:                    Date:

Description of Property and Justification:

Setting:

Fallswood is a planned residential development in Rockville, Montgomery County, bounded on the east by I-270, on the south by the Saddlebrook neighborhood (M: 26-77), on the west by Rockmead Park, and on the north by the Rockshire neighborhood and Rockmead Park. Fallswood comprises a portion of one thoroughfare street, Watts Branch Parkway, and two cul-de-sacs branching off to the southwest, Fallswood Drive and Fallswood Court. The 67 residential lots average 0.255 acre with only a few lots closer to 0.5 acre. The neighborhood encompasses approximately 22 acres total. Streets are lined with concrete curbs and sidewalks. Most individual lots are mildly sloped and landscaped with heavy tree coverage, shrubs at the façade, and often have fenced-in rear yards. A few lots that are steeply sloped allow for basement garages (11 Fallswood Court).

| MARYLAND HISTORICAL TRUST REVIEW | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Eligibility recommended:** | | | | **Eligibility not recommended:** | | | | |
| **Criteria:** ___ A ___ B ___ C ___ D | | | | **Considerations:** ___ A ___ B ___ C ___ D ___ E ___ F ___ G | | | | |
| **MHT Comments:** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Reviewer, Office of Preservation Services:** | | | | | Date: | | | |
| | | | | | | | | |
| **Reviewer, National Register Program:** | | | | | Date: | | | |

NR-ELIGIBILITY REVIEW FORM

M: 26-79                                                    Fallswood

Page 2

Description:

Fallswood contains 67 single-family dwellings built between 1977 and 1978. Fallswood Drive and Fallswood Court branch off Watts Branch Parkway, a primary thoroughfare in this part of Rockville. The single-family dwellings were offered in four floor plans with 10 architectural exteriors according to ads from the developer, The Magna Group, Inc. (The Washington Star 1977b, E-3). The majority of homes are Two-Story Massed or Split-Level forms with Colonial Revival elements. A few one-and-a-half-story models with side-gambrel roofs also exist (403 Watts Branch Parkway).

Dwellings in Fallswood are three to five bays wide, clad in a brick veneer on the primary elevations with siding in gable ends and on the three remaining elevations. A few examples of stone veneer exist (506 Watts Branch Parkway). Rooflines are primarily side-gabled (8 Fallswood Court), with a moderate number of Split-Levels featuring a projecting front gable or front gambrel, and a minimal number of hipped roofs or side gambrels. Roofs are sheathed in asphalt shingles and most have denticulated cornices. Some roofs have front-gabled dormers above the garage bay (405 Watts Branch Parkway). Most dwellings feature an exterior-end, brick chimney.

Primary entrances are usually centered on the façade with a single-leaf, paneled wood or fiberglass replacement door. Fully glazed storm doors are common. Some entrances include a broken triangular pediment or a broken ogee pediment surrounding the door, while others have sidelights. Windows are mostly one-over-one, double-hung-sash, vinyl replacements, although a few six-over-six wood windows still survive. Some windows are topped by stone lintels with a keystone, others have header brick lintels. Louvered and paneled shutters are common. While additions are not common, when present, they are most often two-car garages replacing original one-car garages (403 Watts Branch Parkway).

Historic Context:

Adjacent to the earlier Rockshire and Saddlebrook neighborhoods, Fallswood was developed by The Magna Group, Inc., a development group headed by President Richard L. Klass. The firm was based out of Kensington, Maryland, but built houses around the D.C. metro area (The Washington Post 1976, E1; The Washington Post 1977, D26). Kenneth H. Seidel of Kenart Joint Venture purchased the land that became Fallswood from the Bullard family in 1973 (Montgomery County Deed Book [MCDB] 4405, 570). Fallswood was platted in 1975 in three sections for Kenart Joint Venture (Montgomery County Plat Book [MCPB] 100, 11243-11245). In 1976, The Magna Group, Inc., a development and construction company, purchased the land platted as Fallswood from Kenart Joint Venture (MCDB 4789, 657) and immediately began advertising construction of new homes. Construction by The Magna Group, Inc., continued through 1978.

Fallswood did not include any community amenities, likely because of its location adjacent to Rockshire which included Rockmead Park (1972) and Fallsmead Elementary School (1974). Advertisements for Fallswood emphasized the heavily wooded lots, the quality materials and efficient design, and the location near Rockmead Park, Fallsmead Elementary, Frost Jr. High, and Wooton High Schools, all at an affordable price, starting in the $80,000s (The Washington Star 1977b, E-2).

Evaluation:

NR-ELIGIBILITY REVIEW FORM

M: 26-79                                                          Fallswood

Page 3

---

Fallswood was evaluated in accordance with the Suburbanization Historic Context, Suburbanization Historic Context Addendum, and National Register of Historic Places Criteria A, B, and C.

Fallswood is typical of the many planned residential developments in the Maryland and DC suburbs and is a basic example of the type commonly built in Montgomery County during the Suburban Diversification Period. Fallswood is not an early example, nor did it introduce design innovations influential to later developments. Furthermore, the property is not known to be associated with any other events that have made a significant contribution to the broad patterns of history. Therefore, the property is not eligible under Criterion A.

The professionals from The Magna Group, Inc., who developed Fallswood had no significant influence on suburbanization in Maryland. Research has not shown that the property is associated with the lives of other persons significant in the past. Therefore, the property is not eligible under Criterion B.

Fallswood is a modest and basic example of a planned residential development, created by a developer with a limited selection of house models. The neighborhood demonstrates none of the innovations in residential developments that appeared in the Suburban Diversification Period. Furthermore, the development's Two-Story Massed and Split-Level forms include standard features typical of the period. The houses are not the work of master architects and exhibit common materials and forms. Because Fallswood is not a good example of a planned residential development and does not convey any distinctive characteristics or artistic values, the property is not eligible under Criterion C. Fallswood was not evaluated for eligibility under Criterion D as part of this assessment.

The boundary for the resource encompasses approximately 22 acres and is roughly defined by I-270 on the east, by Saddlebrook neighborhood to the south, by Rockmead Park on the west and by Rockshire neighborhood and Rockmead Park on the north. It includes multiple parcels found on Montgomery County Tax Maps GR11 and GR12 (2019).

References:

KCI Technologies, Inc. 1999. Suburbanization Historic Context and Survey Methodology, I-495/I-95 Capital Beltway Corridor Transportation Study, Montgomery and Prince George's Counties, Maryland. KCI Technologies, Inc., Hunt Valley, Maryland.

Manning, Matt, Danae Peckler, Kerri Barile, Christeen Taniguchi, and Matthew Bray.  RK&K. 2018. Suburbanization Historic Context Addendum I-495/I-270 Managed Lane Study, Montgomery & Prince George's Counties, Maryland, Suburban Diversification Period (1961-1980). Draft. Prepared for the Maryland Department of Transportation State Highway Administration.

Montgomery County Deed Book (MCDB). n.d. Montgomery County Land Records, misc. years. Archives of Maryland Online. Accessed January 18, 2019. http://www.mdlandrec.net

Montgomery County Plat Book (MCPB). n.d. Montgomery County Land Survey, Subdivision, and Condominium Plats, misc. years. Archives of Maryland Online. Accessed January 18, 2019. http://www.msa.md.gov.

NR-ELIGIBILITY REVIEW FORM

<u>M: 26-79</u>                                              <u>Fallswood</u>

Page 4

The Washington Post. 1976. "Slow Market Stirs Ideas to Hypo Buying: Realty Happenings More." October 16: E1.
----1977. "Real Estate People." July 16: D26.

The Washington Star. 1977a. "Wanted The Fallswood Four." Advertisement. July 9: E-3.
----1977b. "Fallswood." Advertisement. January 29: E-2.

**Fallswood**

Location: 401-509 Watts Branch Parkway, 1400-1426 Fallswood Drive, 1-12 Fallswood Court
City: Potomac                                                                Montgomery County



USGS 7.5' Quadrangle - Rockville

Scale: 1:24,000

## Fallswood

Location: 401-509 Watts Branch Parkway, 1400-1426 Fallswood Drive, 1-12 Fallswood Court
City: Potomac                                                    Montgomery County



Parcel Boundaries

0      0.07      0.15
|  |  |  |  |  |  |  | Miles
Scale: 1:5,000

N

**PHOTOGRAPHS**



View of 11 Fallswood Court, looking southeast.



View of 5 Fallswood Court, looking northwest.

**PHOTOGRAPHS**



View of 500 Watts Branch Parkway and sound barrier, looking east.



View of 7 Fallswood Court, looking southwest.

**PHOTOGRAPHS**



Streetscape of 401-407 Watts Branch Parkway, looking northwest.



View of 504 and 506 Watts Branch Parkway, looking east.

Fallswood

**PHOTO LOG**

Number of Photos: **6**
Name of Photographer: **Katherine Watts**
Date of Photographs: **2018-12-04**
Location of Original Digital File: **MD SHPO**
File Format: **M: 26-79_2018-12-04_01.tif... etc.**

*Photographs inserted on continuation sheets:*

01.tif
View of 11 Fallswood Court, looking southeast.

02.tif
View of 5 Fallswood Court, looking northwest.

03.tif
View of 500 Watts Branch Parkway and sound barrier, looking east.

04.tif
View of 7 Fallswood Court, looking southwest.

05.tif
Streetscape of 401-407 Watts Branch Parkway, looking northwest.

06.tif
View of 504 and 506 Watts Branch Parkway, looking east.

**MARYLAND HISTORICAL TRUST**
**DETERMINATION OF ELIGIBILITY FORM**

NR Eligible: Yes ____

No ____

**Property Name:** Fernwood Estates

**Address:** North of I-495 and East of Fernwood Road

**City:** Bethesda                    **Zip Code:** 20817

**USGS Quadrangle(s):** Rockville

**Property Owner:** Multiple

**Tax Map Parcel(s):** Multiple

**Project:** I-495 & I-270 Managed Lanes Study

**Agency Prepared By:** Dovetail CRG

**Preparer's Name:** Melissa Butler

**Documentation is presented in:** Project review and compliance files

**Preparer's Eligibility Recommendation:** Not Recommended

**Criteria:**  A    B    C    D

**Considerations:**  A    B    C    D    E    F    G

**Inventory Number:** M: 30-41

**Historic District:** Yes

**County:** Montgomery

**Tax Account ID:** Multiple

**Tax Map:** GP52

**Agency:** MDOT SHA

**Date Prepared:** Jan 4, 2019

---

*Complete if the property is a contributing or non-contributing resource to a NR district/property:*

Name of the District/Property:

Inventory Number:                    Eligible: No                    Listed: No

---

Site visit by MHT Staff ____ yes    ____ no                    Name:                    Date:

---

**Description of Property and Justification:**
Setting:

Fernwood Estates is a planned residential development in Bethesda, Montgomery County. Fernwood Estates is bounded on the south by Interstate 495 (I-495), on the north and east by Georgetown Village, and on the west by Stratton Woods and Tusculum and Grubby Thicket (north section). It consists of several streets laid in a curvilinear pattern, with a cul-de-sac at the end of Rockhurst Road. According to local tax data, residential lots vary from 0.2-0.5 acre each,

| MARYLAND HISTORICAL TRUST REVIEW | |
|---|---|
| Eligibility recommended: | Eligibility not recommended: |
| Criteria: ___ A ___ B ___ C ___ D | Considerations: ___ A ___ B ___ C ___ D ___ E ___ F ___ G |
| MHT Comments: | |
| | |
| | |
| Reviewer, Office of Preservation Services: | Date: |
| | |
| Reviewer, National Register Program: | Date: |

NR-ELIGIBILITY REVIEW FORM

<u>M: 30-41</u>                                    Fernwood Estates

Page 2

totaling approximately 25.1 acres for the subdivision as a whole. The residential properties are landscaped with small and mature trees, shrubs, and other ornamental foliage and feature paved driveways that extend from public roads to an attached garage or carport at each dwelling. Concrete sidewalks are located throughout the neighborhood.  Secondary resources include sheds and swimming pools.

Description:

Fernwood Estates contains single-family dwellings constructed between 1954-1962 (Montgomery County Plat [MCP] 4446, 3907). Most of these residences were constructed in variations of popular mid-century residential styles, such as the Colonial Revival and Contemporary, in the Two-Story Massed, Ranch, Split-Level, and Split-Foyer forms.

Houses in Fernwood Estates are between one and two stories tall and three to five bays wide. All have continuous foundations and structural systems predominantly clad in a brick veneer, but some feature small sections of wood or vinyl siding. Roofs include side-gabled and cross-gabled examples and are primarily sheathed in asphalt shingles. Many houses feature brick exterior-end and interior chimneys.

Primary entrances are typically centered on the façade and are filled by single-leaf wood or metal doors. Windows vary based on building style, but are predominately single- or double-hung-sash, vinyl windows, including faux muntins. Additional window types, such as picture windows on Ranch houses and casement windows, are also present. Louvered and paneled shutters are common on sliding and ribbon aluminum and vinyl windows. Porches are occasionally present, and are typically incorporated into an overhanging, front-gabled roof (6508 Rockhurst Road).

Infill is rare within Fernwood Estates, but additions and other modifications are common. When additions are present, they are typically one- or two-story side or rear extensions or second-story additions.

Historic Context:

Fernwood Estates was first platted in 1954, and the construction of dwellings began soon after. Advertised in The Washington Post soon after it was platted, four model homes were open for viewing by the end of 1955 (The Washington Post 1955a G20). Builder Anthony Campitelli of the Housing Development Corporation advertised four different models; "The Continental," "The Phoenix," "The Bethesda," and "The Regency," located on "big wooded lots with plenty of room for expansion and family fun" (The Washington Post 1955a, G20). Models were distinguished by form, ornamentation, and price. "The Regency" and "The Phoenix" are one-story Ranch houses, and "The Bethesda" and "The Continental" are split-level dwellings. Prices for these single-family homes ranged from $21,500-32,500 when advertised in 1955 (The

NR-ELIGIBILITY REVIEW FORM

M: 30-41                                Fernwood Estates

Page 3

Washington Post 1955a, G20; 1955c, G4; 1956, G8). Interiors, decorated by Rita Schaefer, a local interior designer, boasted "new G-E wall refrigerators" in three of the four models, "full recreation rooms, asphalt tiled floors, [and] stone fireplaces," along with oversized bedrooms and sundecks and patios (The Washington Post 1955b, G6). Archival research revealed little about Campitelli aside from his involvement with several small residential development projects in Montgomery County (The Washington Post 1948, R2). The platting and development of Fernwood Estates did not include any amenities like community centers or other facilities, as it was located east of Montgomery Country Club (now the Bethesda Country Club) and northeast of Burning Tree Club.

Evaluation:

The following evaluation is written in reference to the Suburbanization Historic Context and Survey Methodology, I-495/I-95 Capital Beltway Corridor Transportation Study, Montgomery and Prince George's Counties and Suburbanization Historic Context Addendum I-495/I-270 Managed Lane Study, Montgomery and Prince George's Counties, Maryland, Suburban Diversification Period (1961-1980).

Fernwood Estates is a basic example of a planned residential development, the most common type of residential subdivision constructed in Montgomery County during the Modern and Suburban Diversification periods. Fernwood Estates is not an early example, nor did it introduce design innovations influential in later developments. Furthermore, the property is not known to have associations with any other events that have made a significant contribution to the broad patterns of history, such as local or regional residential development and planning or demographic changes; therefore, it is not eligible under Criterion A.

While the developers of this subdivision were noted in The Washington Post as having worked in residential development in the D.C. area, their projects were not notable, and Anthony Campitelli and the Housing Development Corporation had no significant influence on suburbanization in Maryland. Therefore, Fernwood Estates is not eligible under Criterion B.

Fernwood Estates is a typical example of the ubiquitous planned residential developments in Maryland and the D.C. suburbs and is a basic example of the type commonly built in Montgomery County during the Modern and Suburban Diversification Periods (Manning et al. 2018, E-7). The architecture of the single-family dwellings within the neighborhood is not rare in Montgomery County, and the houses are not the work of master architects and exhibit common materials and forms. For these reasons, this resource is not eligible under Criterion C. As an architectural resource, it was not evaluated under Criterion D.

The resource encompasses approximately 25.1 acres. This is confined to Montgomery County Plats 3907 and 4446, found on Montgomery County Tax Map GP52.

NR-ELIGIBILITY REVIEW FORM

<u>M: 30-41</u>                                    Fernwood Estates

Page 4

---

References:

KCI Technologies, Inc. (KCI). 1999. Suburbanization Historic Context and Survey Methodology, I-495/I-95 Capital Beltway Corridor Transportation Study, Montgomery and Prince George's Counties, Maryland. KCI Technologies, Inc., Hunt Valley, Maryland. http://www.marylandroads.com/Index.aspx?PageId=214.

Manning, Matt, Danae Peckler, Kerri Barile, Christeen Taniguchi, and Matthew Bray.  RK+K. 2018. Suburbanization Historic Context Addendum I-495/I-270 Managed Lanes Study, Montgomery and Prince George's Counties, Maryland, Suburban Diversification Period (1961-1980). Draft. Prepared for the Maryland Department of Transportation State Highway Administration.

Montgomery County Plats (MCP). n.d. Montgomery County Land Survey, Subdivision, and Condominium Plats, misc. years. Archives of Maryland Online. Accessed November 20, 2018. http://www.msa.md.gov/megafile/msa/stagser/s1500/s1529/html/0000.html.

The Washington Post. 1948. "Realty Round-Up." February 15, 1948.
---1955a. "MD Community Opens Today." September 18, 1955. G20.
---1955b. "Fernwood." September 18, 1955. G6.
---1955c. "Display Ad 84." December 18, 1955. G4.
---1956. "New Low Financing." January 8, 1956. G8.

Location: North of I-495 and East of Fernwood Road
City: Bethesda

**MIHP#: M: 30-41**
Montgomery County



Fernwood Estates

USGS 7.5' Quadrangle - Rockville

0      0.5      1      Miles

Scale: 1:24,000

N

Location: North of I-495 and East of Fernwood Road
City: Bethesda

**MIHP#: M: 30-41**
Montgomery County



Parcel Boundaries

0    0.05    0.1
|___|___|___|___|___| Miles

Scale: 1:3,000

N

00008203

Fernwood Estates (M: 30–41)

9705-9709 (odd) Fernwood Road, 6414-6509 Stoneham Road, 9700-9811Holmhurst Road, 9702-9717 Brixton Lane, 6400-6513 Rockhurst Road

Bethesda, Montgomery County, Maryland



1954 plat of Fernwood Estates, blocks D, E, I, & O (MCP 3907).

00008204

Fernwood Estates (M: 30-41)

9705-9709 (odd) Fernwood Road, 6414-6509 Stoneham Road, 9700-9811 Holmhurst Road, 9702-9717 Brixton Lane, 6400-6513 Rockhurst Road
Bethesda, Montgomery County, Maryland



1955 plat of Fernwood Estates, blocks P & Q and part of blocks E & O (MCP 4446).

00008205

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No: M: 30-41

Name   Fernwood Estates
**Continuation Sheet**

Number   Photos   Page 1



**Photo 1 of 9: North elevation of 6502 Stoneham Road.**



**Photo 2 of 9: Intersection of Stoneham Road and Holmhurst Road, facing east.**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No: M: 30-41

Name   Fernwood Estates
**Continuation Sheet**

Number   Photos   Page 2

---



**Photo 3 of 9: West elevation of 9719 Holmhurst Road.**



**Photo 4 of 9: 9714 Holmhurst Road, facing west.**

**Maryland Historical Trust
Maryland Inventory of
Historic Properties Form**

Inventory No: M: 30-41

Name   Fernwood Estates
**Continuation Sheet**

Number   <u>Photos</u> Page 3



**Photo 5 of 9: North Elevation of 6502 Rockhurst Road.**



**Photo 6 of 9:  Streetscape facing south on Holmhurst Road.**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No: M: 30-41

Name   Fernwood Estates
**Continuation Sheet**

Number   Photos    Page 4



**Photo 7 of 9: North elevation of 6510 Rockhurst Road.**



**Photo 8 of 9: North elevation of 6508 Rockhurst Road.**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No: M: 30-41

Name  Fernwood Estates
**Continuation Sheet**

Number  <u>Photos</u>  Page 5



**Photo 9 of 9: Southwest oblique of 9709 Brixton Lane.**

**PHOTO LOG**

**Name of Property: Fernwood Estates**
**Name of Photographer:  Adriana Moss, Melissa Butler**
**Date of Photographs:  10/03/2018**
**Location of Original Digital File:  MD SHPO**

*Photographs inserted on continuation sheets.*

**Photo 1 of 9:**
**North elevation of 6502 Stoneham Road.**
**M; 30-41_2018-10-03_01.tif**

**Photo 2 of 9:**
**Intersection of Stoneham Road and Holmhurst Road, facing east.**
**M; 30-41_2018-10-03_02.tif**

**Photo 3 of 9:**
**West elevation of 9719 Holmhurst Road.**
**M; 30-41_2018-10-03_03.tif**

**Maryland Historical Trust**
**Maryland Inventory of**
**Historic Properties Form**

Inventory No: M: 30-41

Name   Fernwood Estates
**Continuation Sheet**

Number   <u>Photos</u>   Page 6

---

**Photo 4 of 9:**
**9714 Holmhurst Road, facing east.**
**M; 30-41_2018-10-03_04.tif**

**Photo 5 of 11:**
**North elevation of 6502 Rockhurst Road.**
**M; 30-41_2018-10-03_05.tif**

**Photo 6 of 9:**
**Streetscape facing south on Holmhurst Road.**
**M; 30-41_2018-10-03_06.tif**

**Photo 7 of 9:**
**North elevation of 6510 Rockhurst Road.**
**M; 30-41_2018-10-03_07.tif**

**Photo 8 of 9:**
**North elevation of 6508 Rockhurst Road.**
**M; 30-41_2018-10-03_08.tif**

**Photo 9 of 9:**
**Southwest oblique of 9709 Brixton Lane.**
**M; 30-41_2018-10-03_09.tif**

# MARYLAND HISTORICAL TRUST
# DETERMINATION OF ELIGIBILITY FORM

NR Eligible:  yes _____

no _____

| | | | |
|---|---|---|---|
| Property Name: | Fireside Condominiums | Inventory Number: | M: 21-284 |

Address:  100-138 (evens) Duval Lane          Historic district:  yes ___ X ___ no

City:  Gaithersburg          Zip Code:  20877          County:  Montgomery

USGS Quadrangle(s):  Gaithersburg

Property Owner:  Multiple          Tax Account ID Number:  Multiple

Tax Map Parcel Number(s):  0000          Tax Map Number:  FS43

Project:  I-495 & I-270 Managed Lanes Study          Agency:  MDOT SHA

Agency Prepared By:  Dovetail CRG

Preparer's Name:  Adriana Moss          Date Prepared:  12/2018

Documentation is presented in:  Project review and compliance files

Preparer's Eligibility Recommendation:          Eligibility recommended          X   Eligibility not recommended

Criteria: ___ A ___ B ___ C ___ D          Considerations: ___ A ___ B ___ C ___ D ___ E ___ F ___ G

*Complete if the property is a contributing or non-contributing resource to a NR district/property:*

Name of the District/Property: _____

Inventory Number: _____          Eligible:  yes          Listed:  yes

Site visit by MHT Staff  yes ___ X ___ no          Name: _____          Date: _____

Description of Property and Justification:  *(Please attach map and photo)*

Setting:

The Fireside Condominium at Duvall Lane is a multi-family development located 0.35 miles north of the Interstate-270 (I-270) and Interstate-370 (I-370) interchange in Gaithersburg. The complex consists primarily of garden apartment buildings constructed in 1974 with recreational amenities such as a pool and tennis court (Montgomery County Plats [MCP] 1523, 1570). The irregular-shaped complex comprising 14.33 acres is bounded by I-270 on the southwest, a recreational park and other multi-family garden apartment complexes to the northwest, northeast, and southeast. Primary access is obtained through a singular street entrance via Duvall Lane which is accessed by W. Deer Park Road.

The property's landscape is filled with grassy lawns, scattered mature trees, shrubs, and other ornamental foliage in an urban park-like setting. Buildings and amenities throughout the complex are connected by poured-concrete sidewalks as well as Duvall Lane; parking lots are adjacent to the condominium buildings. The complex features 13 garden apartment buildings, a management office and resident community center, a maintenance shop, a boiler room, two pools, a tennis court, a playground, signage, and trash receptacles. Lantern-topped, metal street lamps appear to be original. The eastern side of the complex is lined by wood fencing

---

**MARYLAND HISTORICAL TRUST REVIEW**

**Eligibility recommended** _____          **Eligibility not recommended** _____

**Criteria:** ___ A ___ B ___ C ___ D          **Considerations:** ___ A ___ B ___ C ___ D ___ E ___ F ___ G

**MHT Comments:**



_____          _____
**Reviewer, Office of Preservation Services**          **Date**

_____          _____
**Reviewer, National Register Program**          **Date**

_____

while the western side that abuts I-270 is lined by a concrete noise barrier.

Description:

The garden apartment buildings in the complex are typically organized in clusters of two to three buildings, each between three and four stories tall with one to two sections. Each section is five bays wide, with minimal Contemporary- and Shed-style architectural features. Each section contains 12 to 16 condominiums, typically four per floor, including one-, two-, and three-bedroom units ranging from 788 to 1,053 square feet in size (Zillow 2018). These buildings are laid out in linear arrangement. The garden apartment buildings rest on a continuous poured-concrete foundation with raised basements built into the slightly sloping terrain of the site. The structural systems are clad in vinyl siding and feature a projecting off-center section holding the primary entrance and public stairwell that provide access to the individual condominium units. Each of the buildings is covered by a low-pitched, asphalt-shingled, side-gabled roof with wide, closed eaves and short parapets lined with metal coping on the gabled ends. Four wide, vinyl-clad, shared chimney stacks are situated above the central stairwell. A common primary entrance facing either the internal roadway or a parking area from which the individual units are accessed opens onto a central, partially enclosed metal stairwell. They are accessed by a set of poured-concrete stairs lined with a metal rail or a hip-high, vinyl-clad wall. Three of the four-story buildings have ground levels below the grade of the adjacent parking area at the facade. These buildings feature a small concrete bridge from the parking lot to access the central stairwell at the main entrance (132 and 134 Duvall Lane). Windows are single or paired one-over-one, vinyl-framed, double-hung sash units. Each living unit also contains a recessed concrete patio (terrace/ basement level) or balcony (other levels) with a double-leaf, metal-framed, sliding glass door. The balconies are lined with a metal rail.

The combined management office and community center (office) is located at the center of the property, immediately west from the primary vehicular via Duvall Lane. The one-story, five-bay building is clad in the same materials as the condominiums and is covered by an asphalt-sheathed, combination shed and gable roof. The building is accessed by multiple entrances on its northwest elevation; they are filled with single-leaf, metal, paneled and double-leaf, metal-framed, sliding glass doors. Immediately south of the office are an in-ground pool and wading pool surrounded by a metal, chain-link fence-enclosed poured-concrete patio. To the southwest of the office are a maintenance building and boiler room. Both buildings are one story in height, clad in vinyl siding, and covered by a flat roof with metal coping. The roof of the boiler room is pierced by multiple metal flues. The buildings are accessed via sectional, metal garage doors in the northwest elevation. The space between the two buildings, where cooling towers and HVAC units are located, is enclosed by chain-link and thick aluminum fencing with pedestrian access provided by a single-leaf, metal door.

A playground with metal equipment and a wood swing set is located southwest of 122 and 124 Duvall Lane. A metal, chain-link fence-enclosed tennis court is situated in the northernmost portion of the complex, immediately northwest of 102 Duvall Lane. Trash receptacles are enclosed by metal chain-link fencing with plastic lath or vinyl privacy fencing. A primary entrance sign is located on the east side of the office; the arched wood sign, which reads "Fireside Condominium," is supported by square, wood posts topped with a metal cap. Other signage throughout the complex is also wood and supported by square wood posts.

Historic Context:

The Fireside Condominium property was originally platted as Parcel-I (also seen as Parcel 1) of Turnbridge, the initial name of the subdivision, in December 1969 by Meyer Morse and Eric Baer, trustees under an unrecorded agreement (MCP 9513). The Turnbridge Limited Partnership, consisting of Paul R. Golkin, Stanley H. Pinchuck, Sheldon Jontiff, and Richard Kress, signed a 15-year lease agreement of the property in February 1972, and by May 1974, the property was platted as a condominium complex called Fireside Condominium (Montgomery County Deed Book [MCDB] HMS 4188, 537-542). Sales for the property appear to have initially been conducted by Golkin & Associates, and the builders and developers are listed as Golkin and Pinchuck

| MARYLAND HISTORICAL TRUST REVIEW | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Eligibility recommended** | | | | **Eligibility not recommended** | | | | | | | |
| **Criteria:** | A | B | C | D | **Considerations:** | A | B | C | D | E | F | G |
| **MHT Comments:** | | | | | | | | | | | |

| | |
|---|---|
| **Reviewer, Office of Preservation Services** | **Date** |
| **Reviewer, National Register Program** | **Date** |

00008213

Development Corporation (The Washington Post 1974, D58). The buildings and amenities of the property were designed by architect Neil R. Greene & Associates (MCP 1523-1529, 1570-1577).

The project initially appeared in The Washington Post in late 1974 and was noted as a "remarkable offer from "Fireside Condominiums" (The Washington Post 1974, D58). Golkin and Pinchuck advertised "Fireside's Security Blanket" as a guarantee to potential buyers to buy back the condominium at the same price of purchase at the end of an 18-month period after purchase (The Washington Post 1974, D58). At the time of opening, the units were priced beginning at $26,950 and boasted "wood burning slate hearth fire places set in a paneled wall, tennis courts, swimming and wading pools, community center with party facilities, every one bedroom include a den, saunas, playground, [and a] fenced security system" with a laundry room in each building (MCP 1523-1529, 1570-1577; The Washington Post 1974, D58; Washington Star-News 1974, 76). In 1975, advertisements described Fireside as "garden homes" that emphasized the California contemporary lifestyle exclaiming "You don't have to move out west to enjoy the swinging life style" (The Washington Post 1975, F20).

Developers Paul R. Golkin and Stanley H. Pinchuck of Golkin & Pinchuck Development Corporation, based in Kensington, worked in single-family and multi-family residential development in Montgomery County throughout the 1970s (The Washington Post and Times Herald 1973, E12). Single-family subdivisions such as Golden Gate East and American Way and the 110-unit condominium project called Park Terrace are among their well-known work in the Gaithersburg area (Kelly 2015, 327-328; The Washington Post 1976, D18; The Washington Post and Times Herald 1971, E24, 1973, E12). The architect, Neil R. Greene, a local architect who worked with Charles M. Goodman, preferred designing in the Contemporary style, and worked on several different development projects with Golkin and Pinchuck, including Golden Gate East (Orton 2017; The Washington Post and Times Herald 1971, E24). Several known projects of Greene include "a subdivision of 292 modular houses in Gaithersburg, the Long Branch Library, Peoples National Bank branches and Maryland-National Capital Park and Planning Commission recreation centers" as well as many other residential and commercial buildings throughout the county (Kelly 2015, 170, 185, 201, 209-210, 243; Orton 2017).

Evaluation:

Fireside Condominium was evaluated in accordance with Maryland's "Suburbanization Historic Context Addendum" and National Register of Historic Places (NRHP) Criteria A, B, and C.

The Fireside Condominium complex is a typical and basic example of a planned multi-family residential development constructed in the Suburban Diversification Period (1961-1980) (Manning et al. 2018). The complex was not the first condominium residential development in the area, nor did it shape future multi-family residential design. Although Paul R. Golkin and Stanley H. Pinchuck created many housing developments in the county, their efforts have not made lasting or substantial contributions to the history of apartment complex design in Montgomery County or the Washington, D.C. region. Archival research indicates that the property has no important associations with events in local or regional planning history or significant demographic changes, or with individuals of local, state, or national significance. Therefore, the property is not eligible under National Register of Historic Places (NRHP) Criteria A or B.

Although the garden apartment buildings retain most of the character-defining features of their property types, the complex is a late example of a common property type and is not one of the earliest or last remaining examples. Alterations to the buildings within Fireside Condominium complex, such as replacement siding and windows, have diminished the property's historic integrity of design, materials, workmanship, feeling, and association. For these reasons, this resource is not eligible under Criterion C.

---

**MARYLAND HISTORICAL TRUST REVIEW**

**Eligibility recommended** _____          **Eligibility not recommended** _____

**Criteria:**    A _____    B _____    C _____    D _____    **Considerations:**    A _____    B _____    C _____    D _____    E _____    F _____    G _____

**MHT Comments:**

_____ **Reviewer, Office of Preservation Services** _____          _____ **Date** _____

_____ **Reviewer, National Register Program** _____          _____ **Date** _____

As an architectural resource, the resource was not evaluated under NRHP Criterion D. Based on the evaluated Criteria, Fireside Condominiums is not eligible for listing in the NRHP.

This property encompasses 14.33 acres and is confined to the current property tax parcel, which is found on Montgomery County Tax Map FS43, Parcel 0000 and also as seen in Montgomery County plat records 1523-1529 and 1570-1577.

References:

Kelly, Clare Lise. 2015. Montgomery Modern: Modern Architecture in Montgomery County, Maryland, 1930-1979. Silver Spring, Maryland: Maryland-National Capitol Park and Planning Commission.

Manning, Matt, Danae Peckler, Kerri Barile, Christeen Taniguchi, and Matthew Bray. RK&K. 2018. Suburbanization Historic Context Addendum I-495/I-270 Managed Lane Study, Montgomery & Prince George's Counties, Maryland, Suburban Diversification Period (1961-1980). Draft. Prepared for the Maryland Department of Transportation State Highway Administration.

Montgomery County Deed Book (MCDB). N.d. Montgomery County Land Records, misc. years. Archives of Maryland Online. Accessed November 6, 2018. http://www.mdlandrec.net/msa/stagser/s1700/s1741/cfm/index.cfm?CFID=40897808&CFTOKEN=97559441.

Montgomery County Plats (MCP). N.d. Montgomery County Land Survey, Subdivision, and Condominium Plats, misc. years. Archives of Maryland Online. Accessed November 6, 2018. http://www.msa.md.gov/megafile/msa/stagser/s1500/s1529/html/0000.html.

Orton, Kathy. 2017. "Midcentury modern in Silver Spring has lots of room to roam." The Washington Post. March 17, 2017, n.d. Accessed November 6, 2018. https://www. Washingtonpost.com/news/where-we-live/wp/2017/03/17/midcentury-modern-in-silver-spring-has-lots-of-room-to-roam/?utm_term=.9dd9239be244.

The Washington Post. 1974. "A remarkable offer from Fireside Condominiums." September 15, 1974, D58.

--- 1975. "California." February 1, 1975, F20.

--- 1976. "American Way in Prestigious Hunt Country in Montgomery County." February 21, 1976, D18.

The Washington Post and Times Herald. 1971. "Area Realty and Building Notes." June 5, 1971, E24.

--- 1973. "Keiser Building Sold for $565,000; Kent Cove Condominiums are Opened." May 12 1973, E12.

Washington Star-News. 1974. "A remarkable offer from Fireside Condominiums." September 22, 1974, 76.

Zillow. 2018. "Fireside Condominiums." Accessed November 5, 2018. https://www.zillow.com/b/fireside-condominiums-gaithersburg-md-5ZGcWJ/.

**MARYLAND HISTORICAL TRUST REVIEW**

**Eligibility recommended** _____    **Eligibility not recommended** _____

**Criteria:**    A ___    B ___    C ___    D ___    **Considerations:**    A ___    B ___    C ___    D ___    E ___    F ___    G ___

**MHT Comments:**

_____

_____

    **Reviewer, Office of Preservation Services** _____        **Date** _____

    **Reviewer, National Register Program** _____        **Date** _____