

I-495 & I-270 Managed Lanes Study

# Cultural Resources Technical Report Volume 8:

## PHASE I ARCHAEOLOGICAL SURVEY OF THE RFP-4 CABIN BRANCH, RFP-6 MILL SWAMP, AND AN-6 AND AN-7 PAINT BRANCH STREAM MITIGATION SITES

### FOR THE I-495/I-270 MANAGED LANES STUDY ANNE ARUNDEL, CHARLES, AND PRINCE GEORGE'S COUNTIES, MARYLAND

### January 2022

**Maryland Department of Transportation State Highway Administration**
**Archaeological Report Number 561**

**Prepared by:**



**For**







00013563

## REPOSITORIES FOR SHA ARCHEOLOGICAL REPORTS

**Department of Anthropology**
The American University
Battelle - Tompkins, Room T-21
4400 Massachusetts Avenue, N.W.
Washington, D.C. 20016-8003

**Department of Anthropology**
Marist Hall, Room 8
Catholic University of America
Washington, D.C. 20064

**Maryland Historical Trust**
Department of Planning
100 Community Place
Crownsville, MD 21032-2023

**Jefferson Patterson Park & Museum**
10515 Mackall Road
St. Leonard, MD 20685

**National Park Service**
Regional Archeology Program Laboratory
Museum Resources Center
3300 Hubbard Road
Landover, MD 20785

**St. Mary's City Commission**
Archeology Division
P.O. Box 39
St. Mary's City, MD 20686

**Edward H. Nabb Research Center for Delmarva
History and Culture**
Salisbury State University
1101 Camden Ave., PP 190
Salisbury, MD 21801

**Anthropology & Environmental Studies**
Washington College
300 Washington Avenue
Chestertown, MD 21620

**Delaware State Historic Preservation Office**
#15 The Green
Dover, DE 19901

**Bureau for Historic Preservation**
Pennsylvania Historical Museum Commission
400 North Street
Harrisburg, PA 17120-0093

**Virginia Museum of Natural History**
21 Starling Avenue
Martinsville, VA 24112

**West Virginia Division of Culture and History**
Research Library and Archives
Grave Creek Mound Archaeological Complex
P.O. Box 52
Moundsville, WV 26041-0527

**New Jersey Dept. of Environmental Protection**
Historic Preservation Office
Mail Code 501-04B
P. O. Box 420
Trenton, NJ 08625-0420

**Fairfax County Park Authority**
James Lee Center
2855 Annandale Road
Falls Church, VA 22042

**Maryland National Capital Park and Planning
Commission**
Office of History and Archaeology
Needwood Mansion
6700 Needwood Road
Derwood, MD 20855
(Montgomery County reports only)

**Maryland National Capital Park and Planning
Commission**
Natural and Historic Resources Division
801 Watkins Park Drive
Upper Marlboro, MD 20772
(Prince George's County reports only)

**C&O Canal National Historic Park**
National Park Service
Resources Management
142 W. Potomac Street
Williamsport, MD 21795
(Allegany Co. and Washington Co. reports only)

**Anne Arundel County Department of Planning &
Code Enforcement**
Heritage Office Center
2664 Riva Road
MS-6402
Annapolis, MD 21401
(Anne Arundel Co. reports only)

**St. Mary's County Office of Planning and Zoning**
P.O. Box 653
Leonardtown, MD 20650
(St. Mary's Co. reports only)

# FINAL

# PHASE I ARCHAEOLOGICAL SURVEY OF THE RFP-4 CABIN BRANCH, RFP-6 MILL SWAMP, AND AN-6 AND AN-7 PAINT BRANCH STREAM MITIGATION SITES FOR THE I-495/I-270 MANAGED LANES STUDY, ANNE ARUNDEL, CHARLES, AND PRINCE GEORGE'S COUNTIES, MARYLAND

**MDOT SHA Archaeological Report No. 561**
**Project No. AW073A13**
**Volume 8**

Submitted to:

MARYLAND DEPARTMENT OF TRANSPORTATION'S
STATE HIGHWAY ADMINISTRATION
707 North Calvert Street
Baltimore, Maryland  21202

Submitted by:

TRC ENVIRONMENTAL CORPORATION
50101 Governors Drive, Suite 250
Chapel Hill, North Carolina  27517

Heather Millis, Principal Investigator

Authored by Heather Millis, Tracy Millis, Jeff Johnson, and Bruce Idol

January 24, 2022

00013565

00013566

# ABSTRACT

TRC Environmental Corporation (TRC), with the assistance of New South Associates, Inc. (NSA), performed Phase I archaeological survey of areas within the Limits of Disturbance (LOD) of four proposed stream mitigation sites, one in Anne Arundel (RFP-4 Cabin Branch), one in Charles (RFP-6 Mill Swamp), and two in Prince George's (AN-6 and AN-7 Paint Branch) counties, in association with the I-495/I-270 Managed Lanes Study (MLS) for the Maryland Department of Transportation's State Highway Administration (MDOT SHA). Archaeology survey areas were delineated within the LOD for each of the four sites by MDOT SHA based on project plans available at the time of this survey; these areas were considered to have a high potential for containing archaeological sites based on the results of the background research. Fieldwork was performed during five field sessions between August 24, 2020 and January 8, 2021 under the direction of Tracy Millis, Jeff Johnson, and Bruce Idol, Field Directors, and Heather Millis, Principal Investigator.

The archaeology survey area for the Cabin Branch site (RFP-4) involved areas along Owens Wilson Branch and Cabin Branch as well as several proposed access roads for a total of 70.1 acres. Archaeological survey was conducted in well-drained, level and gently sloping locations within 50 feet (ft) of the areas that are likely to experience construction disturbance. The archaeological survey for this site included a surface inspection of the entire archaeology survey area and the excavation of a total of 359 shovel tests. The survey identified seven new archaeological resources—five pre-contact isolated find locations, an area containing redeposited historic artifacts, and a historic period site (Table A.1). The isolated pre-contact period finds indicate ephemeral use of the area during the Late Archaic and potentially other pre-contact period(s). Although two of these were not fully delineated outside the LOD, none of the pre-contact isolated finds identified in the survey area offer further research potential. The area of redeposited materials may also extend outside the LOD but lacks research potential. Historic period site 18AN1696 is a low-density scatter of 18th to 20th century artifacts representing intermittent discard primarily within a gully. Phase I investigations did not indicate the presence of a substantial or intact archaeological site within the LOD, and the site is recommended not eligible for the National Register of Historic Places (NRHP). No further investigation of the Cabin Branch site LOD is recommended for this project as currently scoped.

**Table A.1. Summary of Archaeological Resources in Cabin Branch Site Archaeology Survey Areas.**

| Site | Description | Recommendation |
|---|---|---|
| 18ANX520-1 | Quartz Flake | No Further Investigation |
| 18ANX520-2 | Rhyolite Flake | No Further Investigation |
| 18ANX520-3 | Redeposited Historic Artifact Scatter | No Further Investigation |
| 18ANX520-4 | Rhyolite Flake | No Further Investigation |
| 18ANX520-5 | Quartzite Core and Quartz Flake | No Further Investigation |
| 18ANX520-6 | Late Archaic Small Savannah River PPK | No Further Investigation |
| 18AN1696 | Historic Artifact Scatter | Not Eligible for NRHP; No Further Investigation |

The Mill Swamp site (RFP-6) archaeology survey area involved four areas along Mill Swamp for a total of 19.6 acres. Archaeological survey was conducted within all well-drained, undisturbed portions of the Mill Swamp site that will be subject to excavation, planting, or other disturbance related to the project, including areas designated for disposal of excavated material. Limited survey was conducted in selected areas not mapped as well drained to ensure adequate coverage of the area. The archaeological survey for the Mill Swamp site included a surface inspection of a majority of the archaeology survey area and the excavation of 173 shovel tests and one 5 × 5 foot (ft) test unit. The survey identified three new archaeological resources—one pre-contact isolated find and two sites containing pre-contact and historic period components (Table A.2). The isolated find indicates limited use of this area during the Early Woodland period but does not offer additional research potential. The boundaries of site 18CH971 extend outside the LOD and the site is considered unassessed for NRHP eligibility; however, resources identified within the

i

LOD do not appear to offer further research potential. Site 18CH972 lacks the integrity, clarity, and substantial deposits or cultural features that would allow it to provide substantive information in history and is recommended not eligible for the NRHP. No further investigation of the Mill Swamp site LOD is recommended for this project as currently scoped.

**Table A.2. Summary of Archaeological Resources in Mill Swamp Site Archaeology Survey Areas.**

| Site | Description | Recommendation |
|---|---|---|
| 18CH971 | Middle Woodland Lithic Scatter; Early 20th Century Domestic Site | Unassessed for NRHP; No Further Investigation |
| 18CH972 | Early Woodland Lithic Scatter; Late 19th to 20th Century Domestic Site | Not Eligible for NRHP; No Further Investigation |
| 18CHX115-1 | Early Woodland Calvert PPK | No Further Investigation |

The Paint Branch sites (AN-6 and AN-7) archaeology survey area includes proposed stream mitigation staging locations, access roads, and other project elements along Paint Branch at the confluence of two unnamed tributaries on United States Department of Agriculture (USDA) Beltsville Agricultural Research Center (BARC) property and one area on Maryland-National Capital Park and Planning Commission (M-NCPPC) property for a total of 19.1 acres. Survey was conducted within all well-drained portions of this site not substantially disturbed by interstate construction, as well as within areas of Codorus and Hatboro soils, which have, in some cases, been found to contain deeply buried archaeological resources despite poor drainage. Two previously documented archaeological sites are located within the LOD (18PR113 and 18PR1133) and one previously recorded site (18PR111) is located adjacent to the LOD.

The Paint Branch sites archaeological survey included the excavation of 281 shovel tests and three 5 × 5 ft test units. The survey relocated two previously recorded resources and identified nine new archaeological resources—five sites with pre-contact period components, four pre-contact isolated finds, one historic isolated find, and one area of redeposited cultural material assigned an isolated find number (Table A.3). Two small archaeological sites (18PR1191 and 18PR1192) produced no temporally diagnostic artifacts; the results do not indicate that either site is able to provide information important in history and no further investigation of these sites is recommended. Two archaeological sites located along the southern tributary to Paint Branch within the area of AN-7 (18PR113 and 18PR1190) extend outside the LOD and were not fully delineated; however, results indicate that both sites may be eligible for the NRHP, and avoidance or further investigation of these resources is recommended. The archaeological site located north of the northern tributary to Paint Branch (18PR111) was also not fully delineated, however, the portion of the site within the LOD does not appear to offer further research potential and no further investigation of this site is recommended for the project as currently scoped. The isolated finds and redeposited materials provide evidence of limited pre-contact and historic period use of this area, and while the boundaries of all locations were not delineated outside the LOD, the investigations were sufficient to show that the resources identified within the LOD are not able to provide information important in history, and no further investigation of those resources is recommended for the project as currently scoped.

**Table A.3. Summary of Archaeological Resources in Paint Branch Sites Archaeology Survey Areas.**

| Site | Description | Recommendation |
|---|---|---|
| 18PR111 | Unidentified Pre-Contact Campsite | Unassessed for NRHP; No Further Investigation |
| 18PR113 | Late Woodland Campsite | Potentially Eligible for NRHP; Phase II Investigation |
| 18PR1190 | Late Archaic and Late Woodland Campsite | Potentially Eligible for NRHP; Phase II Investigation |
| 18PR1191 | Unidentified Pre-Contact Lithic Scatter | Not Eligible for NRHP; No Further Investigation |
| 18PR1192 | Unidentified Pre-Contact Lithic Scatter | Not Eligible for NRHP; No Further Investigation |
| 18PRX284-1 | One Quartz Flake and One Jasper Flake | No Further Investigation |
| 18PRX284-2 | One Rhyolite Flake and One FCR | No Further Investigation |
| 18PRX284-3 | Two Quartzite Flakes | No Further Investigation |
| 18PRX284-4 | Cut Nail and Brick | No Further Investigation |
| 18PRX284-5 | One Schist Flake | No Further Investigation |
| 18PRX284-6 | Redeposited Pre-Contact & Historic Artifacts | No Further Investigation |

00013568

# ACKNOWLEDGMENTS

The authors would like to acknowledge the assistance of a number of individuals. In particular, we would like to thank Mr. Richard Ervin of the Maryland Department of Transportation's State Highway Administration (MDOT SHA) for providing information, support, and advice. Jenny Cosham, the Archeological Registrar at the Maryland Historical Trust, is also greatly appreciated for providing key background research materials and assisting with site recordation. We would also like to thank Mr. David Merkey of GreenVest, LLC and Mr. Tom Callsen at the United States Department of Agriculture Beltsville Agricultural Research Center (USDA BARC) for facilitating property access and providing valuable information about the survey areas. The authors would also like to thank Mr. George Meyers of the USDA BARC who also provided valuable information about that survey area.

A number of individuals at TRC and New South Associates, Inc. (NSA) helped to complete this project. Heather Millis served as Project Manager and Principal Investigator; Tracy L. Millis, Jeff Johnson, and Bruce Idol served as Field Directors; and Tyler Caldwell, Crandall Close, Gavin Donathan, Wade Dozier, Hannah Exum, Robert Lyerly, Amanda Meeks, Addison Siemon, Rebecca Sigafoos, and Lori Umberg served as Archaeological Field Technicians for TRC and Brittany Blanchard, Tyler Caldwell, Angelina Cavallo, Scott Gajewski, Ricky Hight, Greg Lamb, Corry Laughlin, Andres Loomer, Joseph Normandy, and Lori Umberg served as Archaeological Field Technicians for NSA. Heather Millis and Chandra Wilson conducted background research. The artifacts were processed and analyzed by Johann Furbacher. The graphics were created by Matt Paré and Heather Millis, and artifact plates were photographed by Hannah P. Smith. Curation preparation was performed by Johann Furbacher and Hannah P. Smith. Paul Webb provided a technical review of the report, Hannah P. Smith assisted with report production, and the report was copyedited by Heather Millis.

00013569

This page intentionally left blank.

iv

00013570

# CONTENTS

ABSTRACT ....................................................................................................................... i
ACKNOWLEDGMENTS ................................................................................................. iii
LIST OF FIGURES ......................................................................................................... vii
LIST OF TABLES ............................................................................................................ xi

1. INTRODUCTION ......................................................................................................... 1

2. ENVIRONMENTAL SETTING .................................................................................... 9
   Project Location ............................................................................................................ 9
   Physiography and Geology ............................................................................................ 9
   Hydrology and Soils .................................................................................................... 10
   Land Use Patterns ........................................................................................................ 13
   Flora and Fauna ........................................................................................................... 13
   Modern Climate ........................................................................................................... 14
   Paleoenvironment ........................................................................................................ 15

3. CULTURAL OVERVIEW ........................................................................................... 17
   Pre-Contact Context .................................................................................................... 17
      The Paleoindian Period (ca. 10,000–7500 B.C.) ..................................................... 17
      The Archaic Period (ca. 7500–2000 B.C.) ............................................................... 19
      The Woodland Period (ca. 2000 B.C.–A.D. 1600) ................................................... 20
   Historic Context ........................................................................................................... 21
      Contact and Early Settlement Period (ca. A.D. 1500–1750) .................................... 21
      Rural Agrarian Intensification (A.D. 1680–1815) ................................................... 24
      Agricultural-Industrial Transition (A.D. 1815–1870) ............................................. 26
      Industrial/Urban Dominance (A.D. 1870–1930) ...................................................... 27
      Modern Period (A.D. 1930–Present) ........................................................................ 28
   Previously Recorded Cultural Resources in the Survey Areas ..................................... 28
      Cabin Branch (RFP-4) Stream Mitigation Site ........................................................ 28
      Mill Swamp (RFP-6) Stream Mitigation Site .......................................................... 29
      Paint Branch (AN-6 and AN-7) Stream Mitigation Sites ......................................... 30

4. RESEARCH GOALS AND METHODS ....................................................................... 33
   Research Goals ............................................................................................................. 33
   Research Methods ........................................................................................................ 33
      Background Research ............................................................................................... 33
      Fieldwork ................................................................................................................. 33
      Laboratory Analysis ................................................................................................. 34
      Curation ................................................................................................................... 35
   National Register Eligibility Assessment ..................................................................... 36

5. RESULTS OF CABIN BRANCH (RFP-4) SITE PHASE I SURVEY ........................... 39
   Wilson Owens Branch Greenock Hills Stable Section .................................................. 39
      18ANX520-1 ............................................................................................................ 45
      18ANX520-2 ............................................................................................................ 48
      18ANX520-3 ............................................................................................................ 50
      18AN1696 ................................................................................................................ 55
   Wilson Owens Branch Cannon Golf Club Section ....................................................... 61

00013571

Cabin Branch Lare Section ....................................................................................... 63
    18ANX520-4 ...................................................................................................... 65
Cabin Branch Greenock Hills Stables Section .......................................................... 68
    18ANX520-5 ...................................................................................................... 70
    18ANX520-6 ...................................................................................................... 74

6. RESULTS OF MILL SWAMP (RFP-6) SITE PHASE I SURVEY ............................ 77
Southwestern Section ............................................................................................... 77
    18CHX115-1 ....................................................................................................... 78
    18CH971 ............................................................................................................ 86
Southeastern Section ................................................................................................ 91
Northeastern Section ................................................................................................ 93
    18CH972 ............................................................................................................ 93
Northwestern Section ............................................................................................. 101

7. RESULTS OF PAINT BRANCH (AN-6 AND AN-7) SITES PHASE I SURVEY ...... 105
Paint Branch East Section (AN-6) ........................................................................... 105
    Levee .............................................................................................................. 106
    18PRX284-4 ..................................................................................................... 111
    T1 Terrace ....................................................................................................... 111
    18PRX284-1 ..................................................................................................... 114
    18PR1191 ......................................................................................................... 115
    T2 Terrace ....................................................................................................... 117
Paint Branch West Section (AN-6 and Eastern End of AN-7) ................................... 118
    T1 Terrace ....................................................................................................... 119
    18PRX284-5 ..................................................................................................... 121
Tributary 1 Section (AN-7 and Southern End of AN-6) ............................................ 122
    18PR111 ........................................................................................................... 126
    18PR1192 ......................................................................................................... 132
    18PRX284-2 ..................................................................................................... 134
    18PRX284-3 ..................................................................................................... 135
    18PRX284-6 ..................................................................................................... 138
Tributary 2 Section (AN-7) ...................................................................................... 139
    T0 Terrace ....................................................................................................... 141
    T1/T2 Terraces ................................................................................................ 142
    18PR113 ........................................................................................................... 142
    Ridge Nose ...................................................................................................... 154
    18PR1190 ......................................................................................................... 155
M-NCPPC Section (AN-6) ....................................................................................... 166
    18PRX284-7 ..................................................................................................... 166

8. SUMMARY AND RECOMMENDATIONS ............................................................ 171
Cabin Branch (RFP-4) Stream Mitigation Site ......................................................... 171
Mill Swamp (RFP-6) Stream Mitigation Site ........................................................... 171
Paint Branch (AN-6 and AN-7) Stream Mitigation Sites .......................................... 172

REFERENCES CITED ................................................................................................ 181

APPENDIX 1:  ARTIFACT CATALOGS
APPENDIX 2:  SITE FORMS
APPENDIX 3:  ABBREVIATED RESUMES FOR KEY PERSONNEL

00013572

# FIGURES

1.1.   Location of Archaeology Survey Areas ................................................................. 3
1.2.   Stream Mitigation Site Locations in Maryland Archaeological Research Units 8 and 11 ............... 4
1.3.   Cabin Branch Archaeology Survey Areas and Resources Identified ............................... 5
1.4.   Mill Swamp Archaeology Survey Areas and Resources Identified ................................ 6
1.5.   Paint Branch Archaeology Survey Areas and Resources Identified ............................... 7
5.1.   Northern Portion of Cabin Branch Archaeology Survey Areas, Shovel Tests, and Resources ....... 41
5.2.   Southern Portion of Cabin Branch Archaeology Survey Areas, Shovel Tests, and Resources ....... 42
5.3.   View of Wet Area along WOB within the Greenock Hills Stables Section, Facing West ............ 43
5.4.   View of Pasture in WOB Greenock Hills Stables Section, Facing Southwest ...................... 43
5.5.   View of Agricultural Field in WOB Greenock Hills Stables Section, Facing East ................ 44
5.6.   View of Unnamed Tributary within WOB Greenock Hill Stables Section, Facing South ............ 44
5.7.   View of Farm Road within WOB Greenock Hill Stables Section, Facing South .................... 45
5.8.   View of Resource 18ANX520-1, Facing North ................................................... 46
5.9.   View of Representative Shovel Test Profile at Resource 18ANX520-1 ............................ 46
5.10.  Map of Resource 18ANX520-1 .................................................................. 47
5.11.  View of Resource 18ANX520-2, Facing South ................................................... 48
5.12.  Map of Resources 18ANX520-2 and 18ANX520-3 ................................................. 49
5.13.  View of Representative Shovel Test Profile at Resource 18ANX520-2 ............................ 50
5.14.  View of Resource 18ANX520-3, Facing East ................................................... 51
5.15.  View of Brick and Roofing Slate Pile at Resource 18ANX520-3, Facing Northeast ............... 51
5.16.  View of Representative Shovel Test Profile at Resource 18ANX520-3 ............................ 52
5.17.  Representative Ceramic Artifacts from Resource 18ANX520-3 ................................... 53
5.18.  Representative Artifacts from Resource 18ANX520-3 ........................................... 54
5.19.  View of Site 18AN1696, Facing East .......................................................... 56
5.20.  Map of Site 18AN1696 ........................................................................ 57
5.21.  View of Shovel Test 4.9 (N500 E500) Profile at Site 18AN1696 ................................ 58
5.22.  View of Shovel Test N525 E475 Profile at Site 18AN1696 ...................................... 58
5.23.  Historic Artifacts from Site 18AN1696 ........................................................ 60
5.24.  View of WOB within the Cannon Golf Club Section, Facing Southeast ........................... 61
5.25.  View of Wet Area at Base of Terrace in WOB Cannon Golf Club Section, Facing Northwest ..... 62
5.26.  View of Golf Course in WOB Cannon Golf Club Section, Facing Northwest ...................... 62
5.27.  View of Survey Area in Northern Portion of the CB Lare Section, Facing East .................. 63
5.28.  View of Survey Area in Southern Portion of the CB Lare Section, Facing South ................ 64
5.29.  View of Farm Road in CB Lare Section, Facing South .......................................... 64
5.30.  View of Corn Crib and Barn in CB Lare Section, Facing Northeast .............................. 65
5.31.  Map of Resource 18ANX520-4 .................................................................. 66
5.32.  View of Resource 18ANX520-4, Facing North ................................................... 67
5.33.  View of Shovel Test 31.12 Profile at Resource 18ANX520-4 .................................... 67
5.34.  View of Terrace within CB Greenock Hills Stables Section, Facing West ........................ 68
5.35.  View of Agricultural Field in CB Greenock Hills Stables Section, Facing Northeast ............ 69
5.36.  View of Farm Road in CB Greenock Hill Stables Section, Facing South ......................... 69
5.37.  View of Barn near Farm Road in CB Greenock Hill Stables Section, Facing Northwest ........... 70
5.38.  Map of Resource 18ANX520-5 .................................................................. 71
5.39.  View of Resource 18ANX520-5, Facing Southwest .............................................. 72
5.40.  View of Shovel Test 38.2 Profile at Resource 18ANX520-5 ..................................... 72
5.41.  Quartzite Core from Resource 18ANX520-5 .................................................... 73
5.42.  View of Resource 18ANX520-6, Facing Northeast .............................................. 74
5.43.  Map of Resource 18ANX520-6 .................................................................. 75

00013573

5.44.   View of Shovel Test N475 E500 Profile at Resource 18ANX520-6 .................................................. 76
5.45.   Quartz Small Savannah River PPK from Resource 18ANX520-6 ................................................... 76
6.1.    Mill Swamp Survey Areas, Shovel Tests, and Resources .................................................................. 79
6.2.    View of Southwestern Section of Mill Swamp Survey Areas, Facing Northwest ......................... 81
6.3.    View of Southwestern Section of Mill Swamp Survey Areas, Facing Northeast .......................... 81
6.4.    View of Southwestern Section of Mill Swamp Survey Areas, Facing Northwest ......................... 82
6.5.    View of Southwestern Section of Mill Swamp Survey Areas, Facing Northwest ......................... 82
6.6.    View of Southwestern Section of Mill Swamp Survey Areas, Facing Northwest ......................... 83
6.7.    View of Resource 18CH115X-1, Facing Northeast .......................................................................... 83
6.8.    Map of Resource 18CHX115-1 ......................................................................................................... 84
6.9.    View of Representative Shovel Test Profiles on Resource 18CH115X-1 ........................................ 85
6.10.   Calvert PPK from Resource 18CH115X-1 ........................................................................................ 85
6.11.   View of Site 18CH971, Facing South ................................................................................................ 86
6.12.   Map of Site 18CH971 ......................................................................................................................... 87
6.13.   View of Representative Shovel Test Profile at Site 18CH971 .......................................................... 88
6.14.   View of Foundation Remains at Site 18CH971, Facing Southwest ................................................. 89
6.15.   Representative Pre-Contact Artifacts from Site 18CH971 ............................................................... 90
6.16.   Representative Historic Artifacts from Site 18CH971 ..................................................................... 91
6.17.   View of Southeastern Section, Facing Northeast .............................................................................. 92
6.18.   View of Trash Pile in Southeastern Section, Facing Southeast ........................................................ 92
6.19.   View of Northeastern Section, Facing Northeast .............................................................................. 93
6.20.   View of East-Central Portion of Northeastern Section, Facing Southwest ..................................... 93
6.21.   View of Site 18CH972, Facing North ............................................................................................... 94
6.22.   View of Site 18CH972, Facing West ................................................................................................. 94
6.23.   Map of Site 18CH972 ......................................................................................................................... 96
6.24.   View of Test Unit 1 West Wall Profile at Site 18CH972 ................................................................. 97
6.25.   Pre-Contact Artifacts from Site 18CH972 ........................................................................................ 99
6.26.   Representative Historic Artifacts from Site 18CH972 ................................................................... 100
6.27.   View of Northwestern Section, Facing Northeast ........................................................................... 101
6.28.   View of Northwestern Section, Facing Northeast ........................................................................... 102
6.29.   View of Northwestern Section, Facing South ................................................................................. 102
6.30.   View of Northwestern Section, Facing West .................................................................................. 103
7.1.    Paint Branch Survey Areas within USDA BARC Property, Shovel Tests, and Resources........... 107
7.2.    View of Agricultural Test Plot in Eastern Part of Paint Branch East, Facing North.................... 109
7.3.    View of Agricultural Test Plot in Eastern Part of Paint Branch East, Facing East ..................... 109
7.4.    View of Levee in Eastern Part of Paint Branch East, Facing North............................................... 110
7.5.    View of Wet Area in Northeast Portion of Paint Branch East, Facing South ............................... 110
7.6.    View of Paint Branch along West Side of Paint Branch East, Facing North ................................ 111
7.7.    View of Shovel Test 1.9 Profile in Paint Branch East..................................................................... 112
7.8.    View of Shovel Test 3.15 Profile in Paint Branch East................................................................... 113
7.9.    View of Resource 18PRX284-1, Facing North ............................................................................... 114
7.10.   View of Resource 18PR1191, Facing South ................................................................................... 115
7.11.   Map of Site 18PR1191 ..................................................................................................................... 116
7.12.   Biface Fragment from Site 18PR1191............................................................................................. 117
7.13.   View of Fallow Field South of Tributary 1 in Paint Branch West, Facing North ........................ 118
7.14.   View of Pasture Area North of Tributary 1 in Paint Branch West, Facing North........................ 119
7.15.   View of Shovel Test 1.5 in Western Part of Paint Branch West .................................................... 120
7.16.   View of Tributary 1 Section, Facing West ...................................................................................... 122
7.17.   View of Tributary 1 Section, Facing East ....................................................................................... 123
7.18.   View of Unnamed Tributary 1, Facing East.................................................................................... 123
7.19.   View of Tributary 1 Bank Cut, Facing North.................................................................................. 124

00013574

7.20.   View of Terrace and Tributary 1, Facing West ................................................................ 124
7.21.   View of Ridge Slope South of Tributary 1, Facing South............................................... 125
7.22.   View of Site 18PR111, Facing Southwest...................................................................... 127
7.23.   View of Site 18PR111, Facing East ............................................................................... 127
7.24.   Map of Site 18PR111 ..................................................................................................... 129
7.25.   View of Dark Lens in N500 E500 at Site 18PR111, Facing North ................................ 130
7.26.   Biface Fragment from Site 18PR111 ............................................................................. 131
7.27.   View of Site 18PR1192, Facing North ........................................................................... 132
7.28.   Map of Site 18PR1192 ................................................................................................... 133
7.29.   View of Resource 18PRX284-2, Facing South .............................................................. 135
7.30.   Map of Resource 18PRX284-2........................................................................................ 136
7.31.   Map of Resource 18PRX284-3........................................................................................ 137
7.32.   View of Resource 18PRX284-3, Facing North .............................................................. 138
7.33.   View of Tributary 2 Survey Area, Facing South............................................................ 139
7.34.   View of Open Vegetation on T1 and T2 Terraces in Tributary 2 Survey Area, Facing East........ 140
7.35.   View of Tributary 2, Facing North ................................................................................ 140
7.36.   View of Tributary 2 Culvert, Facing Northeast.............................................................. 141
7.37.   View of Eroded Surface on T0 Terrace of Tributary 2, Facing Northwest ..................... 142
7.38.   Map of Site 18PR113 ..................................................................................................... 144
7.39.   View of Site 18PR113, Facing North ............................................................................. 145
7.40.   View of West Wall Profile of Test Unit 1 at Site 18PR113, Facing West ...................... 147
7.41.   View of South Wall Profile of Test Unit 2 at Site 18PR113, Facing South..................... 148
7.42.   Representative Pre-Contact Ceramic and Flaked Stone Tools from Site 18PR113 ........... 150
7.43.   Representative Large Cores from Site 18PR113 ............................................................. 151
7.44.   Representative Small Cores from Site 18PR113 ............................................................. 152
7.45.   Hammerstone/Anvil from Site 18PR113 ........................................................................ 153
7.46.   Hammerstone from Site 18PR113 .................................................................................. 154
7.47.   View of Site 18PR1190, Facing West ............................................................................ 155
7.48.   Map of Site 18PR1190 ................................................................................................... 156
7.49.   View of Eroding Gravel and Cobbles at Site 18PR1190, Facing Northwest ................... 157
7.50.   View of West Wall Profile of Test Unit 1 at Site 18PR1190, Facing West ..................... 159
7.51.   Pre-Contact Ceramic and Tools from Site 18PR1190..................................................... 161
7.52.   Representative Bifaces from Site 18PR1190................................................................... 162
7.53.   Utilized and Retouched Flakes from Site 18PR1190 ...................................................... 163
7.54.   Representative Large Cores from Site 18PR1190............................................................ 164
7.55.   Representative Small Cores from Site 18PR1190............................................................ 165
7.56.   Paint Branch Survey Area within MNCCP Property, Shovel Tests, and Resources.......... 167
7.57.   View of M-NCPPC Section, Facing West....................................................................... 168
7.58.   View of M-NCPPC Section, Facing Northeast ............................................................... 168
7.59.   View of Resource 18PRX284-7, Facing Southwest........................................................ 169
8.1.    Map of Site 18AN1696 Showing Site in Relation to LOD ............................................. 173
8.2.    Map of Site 18CH971 Showing Site in Relation to LOD ............................................... 174
8.3.    Map of Site 18CH972 Showing Site in Relation to LOD ............................................... 175
8.4.    Map of Sites 18PR113 and 18PR1190 Showing Sites in Relation to LOD ..................... 176
8.5.    Map of Site 18PR111 Showing Site in Relation to LOD ................................................ 177

00013575

This page intentionally left blank.

x

00013576

# TABLES

A.1.    Summary of Archaeological Resources in Cabin Branch Site Archaeology Survey Areas .............. i
A.2.    Summary of Archaeological Resources in Mill Swamp Site Archaeology Survey Areas ............... ii
A.3.    Summary of Archaeological Resources in Paint Branch Sites Archaeology Survey Areas............. ii
2.1.    Soils in the Cabin Branch Archaeology Survey Areas ................................................................... 11
2.2.    Soils in the Mill Swamp Archaeology Survey Areas ................................................................... 12
2.3.    Soils in the Paint Branch Archaeology Survey Areas ................................................................... 12
3.1.    Previously Recorded Archaeological Sites within a Mile of the Cabin Branch Site ..................... 29
3.2.    Previously Recorded Archaeological Sites within a Mile of the Mill Swamp Site ....................... 29
3.3.    Previously Recorded Archaeological Sites within a Mile of the Paint Branch Sites..................... 30
5.1.    Artifacts from Resource 18ANX520-3........................................................................................... 55
5.2.    Artifacts from Site 18AN1696 ...................................................................................................... 59
6.1.    Artifacts from Site 18CH971 by Horizon ..................................................................................... 89
6.2.    Artifacts from Site 18CH972 by Horizon..................................................................................... 98
7.1.    Artifacts from Site 18PR1191 by Horizon .................................................................................. 117
7.2.    Artifacts from Site 18PR111 by Horizon .................................................................................... 131
7.3.    Artifacts from Site 18PR1192 by Horizon .................................................................................. 134
7.4.    Shovel Test Artifacts from Site 18PR113 by Horizon ................................................................ 145
7.5.    Artifacts from Test Unit 1 at Site 18PR113 by Horizon ............................................................. 148
7.6.    Artifacts from Test Unit 2 at Site 18PR113 by Horizon ............................................................. 149
7.7.    Shovel Test Artifacts from Site 18PR1190 by Horizon .............................................................. 158
7.8.    Artifacts from Test Unit 1 at Site 18PR1190 by Horizon ........................................................... 160
8.1.    Summary of Archaeological Resources in Cabin Branch Site Archaeology Survey Areas .......... 171
8.2.    Summary of Archaeological Resources in Mill Swamp Site Archaeology Survey Areas ............ 172
8.3.    Summary of Archaeological Resources in Paint Branch Sites Archaeology Survey Areas.......... 179

00013577

This page intentionally left blank.

00013578

# 1. INTRODUCTION

TRC Environmental Corporation (TRC), with the assistance of New South Associates, Inc. (NSA), performed Phase I archaeological survey of areas within the Limits of Disturbance (LOD) of four proposed stream mitigation sites, one in Anne Arundel (RFP-4 Cabin Branch), one in Charles (RFP-6 Mill Swamp), and two in Prince George's (AN-6 and AN-7 Paint Branch) counties, in association with the I-495/I-270 Managed Lanes Study (MLS) for the Maryland Department of Transportation's State Highway Administration (MDOT SHA) (Figure 1.1). The Cabin Branch stream mitigation site is situated within Maryland Archaeological Research Unit 8 (Riverine Patuxent Drainage), and the Mill Swamp and Paint Branch stream mitigation sites are situated within Maryland Archaeological Research Unit 11 (Riverine Potomac Drainage) (Figure 1.2). Archaeology survey areas were delineated within the LOD at each site by the MDOT SHA based on project plans available at the time of this survey. Fieldwork was performed during four separate field sessions in 2020 (August 24–September 2, September 6–15, October 5–9, and November 30–December 4) and one in 2021 (January 4–8) under the direction of Tracy Millis, Jeff Johnson, and Bruce Idol, Field Directors, and Heather Millis, Principal Investigator.

The archaeology survey areas for the Cabin Branch site involved area along Owens Wilson Branch and Cabin Branch as well as several proposed access roads for a total of 70.1 acres (Figure 1.3). Phase I archaeological survey was conducted in well-drained, level and gently sloping locations within 50 ft of the areas that are likely to experience construction disturbance, including wetland creation, stream restoration, and buffer enhancement activities. Areas proposed for preservation in this site did not require archaeological survey, and areas of stream restoration will largely impact active stream channels with little archaeological potential. The archaeology survey areas were considered to have a high potential for the presence of archaeological sites.

The archaeology survey areas for the Mill Swamp site involved four areas along Mill Swamp for a total of 19.6 acres (Figure 1.4). Phase I archaeological survey was conducted within all well-drained, undisturbed portions of the Mill Swamp site that will be subject to excavation, planting, or other disturbance related to the project. This includes all areas designated as upland preservation and all well-drained areas within the project LOD and also includes areas designated for disposal of excavated material. Limited survey was conducted in areas not mapped as well drained to ensure adequate coverage of the area. The archaeology survey areas were considered to have a high potential for the presence of archaeological sites.

The archaeology survey areas for the Paint Branch sites include proposed staging locations, access roads, and other project elements along Paint Branch at the confluence of two unnamed tributaries located on United States Department of Agriculture (USDA) Beltsville Agricultural Research Center (BARC) property and one area located on Maryland-National Capital Park and Planning Commission (M-NCPPC) property for a total of 19.1 acres (Figure 1.5). Survey was conducted within all well-drained portions of these sites not substantially disturbed by interstate construction, as well as within areas of Codorus and Hatboro soils, which have, in some cases, been found to contain deeply buried archaeological resources despite poor drainage. Two previously documented archaeological sites are located within the LOD (18PR113 and 18PR1133) and one previously recorded site (18PR111) is located adjacent to the LOD. The archaeology survey areas were considered to have a high potential for the presence of archaeological sites.

The investigations complied and were consistent with all pertinent federal and state regulations, including, but not limited to, the 1986 Specifications for Consulting Engineers Services Manual, Section IV; Section 106 of the *National Historic Preservation Act* and its implementing regulations (36CFR 800, *Protection of Historic Properties*), as amended; the *National Environmental Policy Act* of 1969; the Advisory Council on Historic Preservation's *Treatment of Archaeological Properties*; the Secretary of the Interior's *Standards and Guidelines for Archaeology and Historic Preservation* (1983); the MDOT SHA's 2017

00013579

*Archaeology Guidelines for Consultants*; the Maryland Historical Trust's *Standards and Guidelines for Archaeological Investigations in Maryland* (Shaffer and Cole 1994) and *Technical Update No. 1 of the Standards and Guidelines for Archeological Investigations in Maryland: Collections and Conservation Standards* (Morehouse et al. 2018); and the Maryland Historical Trust Act of 1985, as amended (State Finance and Procurement Article 5A-325 and 5A-326 of the Annotated Code of Maryland).

The following chapters detail the methods and results of the investigations. Chapter 2 presents an overview of the environmental setting for the archaeology survey areas for each site. Chapter 3 presents the results of the background research, including the pre-contact and historic contexts for the project region and a summary of previously recorded archaeological sites near the archaeological survey areas. Chapter 4 details the research goals and methods. Chapters 5–7 describe the results of the archaeological survey by county. Chapter 8 summarizes the results and recommendations and is followed by a list of references cited in the text. The artifact catalogs are Appendix 1; Appendix 2 contains the site forms; and Appendix 3 contains abbreviated resumes for key personnel.

00013580



Figure 1.1. Location of Archaeology Survey Areas.

00013581



Figure 1.2. Stream Mitigation Site Locations in Maryland Archaeological Research Units 8 and 11.

4

00013582



Figure 1.3. Cabin Branch Archaeology Survey Areas and Resources Identified.

00013583



Figure 1.4. Mill Swamp Archaeology Survey Areas and Resources Identified.

6

00013584



Figure 1.5. Paint Branch Archaeology Survey Areas and Resources Identified.

00013585

This page intentionally left blank.

00013586

# 2. ENVIRONMENTAL SETTING

## PROJECT LOCATION

The Cabin Branch stream mitigation site is located in southern Anne Arundel County in the western shore region of Maryland, approximately five miles east of the Town of Upper Marlboro. The Phase I archaeology survey areas involved two irregular shaped areas along Cabin Branch, Wilson Owens Branch, and several unnamed tributaries to those streams as well as several access roads. The combined survey areas contain approximately 70.1 acres.

The Mill Swamp stream mitigation site is located in northern Charles County just south of the Washington, D.C. metro area of Maryland, approximately two miles north of the Town of Bryans Road. The Phase I archaeology survey areas involved four irregular shaped areas in the vicinity of Mill Swamp east of Fenwick Road and on both sides of Ward Place totaling approximately 19.9 acres.

The Paint Branch stream mitigation sites are located in northwestern Prince George's County in the Washington, D.C. metro area of Maryland, approximately two miles southwest of the Town of Beltsville. The Phase I archaeology survey areas involved three irregular shaped areas adjacent to Paint Branch and several unnamed tributaries to Paint Branch within and just to the northwest of the I-95/I-495 interchange. One area located to the northwest of the interchange is within M-NCPPC property and the other two areas within the interchange are located on USDA BARC property. The three areas encompass a total of approximately 19.6 acres.

## PHYSIOGRAPHY AND GEOLOGY

The Cabin Branch stream mitigation site is within Fenneman's (1938) Coastal Plain physiographic province. This area is within the Prince Frederick Knobby Upland district of the Western Shore Uplands region, which is characterized by flat to rolling upland surfaces underlain by Cretaceous to Pliocene sediments. Elevations in this area range from 0–265 ft above mean sea level (AMSL), and the archaeology survey area is situated on landforms with elevations ranging from 75–155 ft AMSL. The Prince Frederick Knobby Upland area contains moderately to well-dissected uplands with numerous hillocks, in large part occupying the interfluve between the Patuxent and Chesapeake watersheds (Reger and Cleaves 2008a, 2008b).

The Mill Swamp stream mitigation site is within Fenneman's (1938) Coastal Plain physiographic province. The Potomac River is located approximately 1.5 miles to the east of the archaeology survey area. This area is within the Potomac Estuary and Lowlands district of the Western Shore Lowlands region characterized by low elevation fluvial and estuarine terraces, beaches, and river mouths that fringe the uplands. The elevations in this area vary between 0 and 100 ft AMSL, and the archaeology survey area is situated on landforms at the lower end of the spectrum, with elevations ranging from 1–35 ft AMSL. The Potomac Estuary and Lowlands district is characterized by terraced lowlands and swampy estuaries along the Potomac River (Reger and Cleaves 2008a, 2008b).

The Paint Branch stream mitigation site is within Fenneman's (1938) Coastal Plain physiographic province, and the fall line dividing this province from the Piedmont is less than a mile to the northwest of the archaeology survey area. This area is in the Anacostia Valley area of the Western Shore Uplands region, which contains flat to rolling upland surfaces underlain by Cretaceous to Pliocene sediments. Elevations in the Anacostia Valley area are described as generally between 5 and 100 ft AMSL, and the archaeology survey area is situated on landforms with elevations ranging from 95–125 ft AMSL. The Anacostia Valley area of

9

00013587

the Western Shore Upland district is characterized as a pronounced valley cut into the upland surface that includes quaternary alluvium and tertiary terraces (Reger and Cleaves 2008a, 2008b).

The Cabin Branch archaeology survey areas are underlain by Chesapeake Group deposits of the Miocene period, specifically the Fairhaven Member. These are described as "Greenish-blue diatomaceous clay, weathers to pale gray; pale brown to white, fine-grained argillaceous sand and greenish-blue sandy clay; the upper portion of the Fairhaven is rather homogeneous, fine to very fine, argillaceous sand; total thickness 0 to 150 feet" (Glaser 1968).

The Mill Swamp archaeology survey areas are underlain by Quaternary Lowlands deposits of the Pleistocene to recent period. These are described as "Gravel, sand, silt and clay. Medium- to coarse-grained sand and gravel; cobbles and boulders near base; commonly contains reworked Eocene glauconite; varicolored silts and clays; brown to dark gray lignitic silty clay; contains estuarine to marine fauna in some areas; thickness 0 to 150 feet" (Glaser 1968).

The Paint Branch archaeology survey areas are underlain by Quaternary alluvium of the Holocene period and the Laurel Formation of the Cambrian period (Glaser 2003). The Quaternary alluvium is described as "Interbedded sand, silt-clay, and subordinate gravel; light- to dark-gray, tan, or brown; weathers pale-gray, yellow or brown; thickness ranges from less than 5 feet to as much as 40 feet, although the average is closer to 15 feet; deposited mostly in the past 10,000 years" (Glaser 2003). The Laurel Formation is described as "medium- to coarse-grained, moderately to well foliated sedimentary mélange consisting of a quartzofeldspathic matrix that contains quartz 'eyes' and fragments to blocks of metamorphic rocks which specifically include fragments of meta-arenite and biotite schist in the mapped area" (Fleming et al. 1995). The rock weathers to a porous, spongy brown saprolite and grades upward to a sticky micaceous red and gray clay (Withington and Froelich 1974).

## HYDROLOGY AND SOILS

The Cabin Branch stream mitigation site is within the Patuxent River drainage system. The northern archaeology survey area runs along Wilson Owens Branch, and the southern archaeology survey area runs along Cabin Branch. Wilson Owens Branch flows northwest into the Patuxent River about two miles northwest of the archaeology survey area. Cabin Branch flows southwest into Lyons Creek, which then feeds into the Patuxent River approximately four miles southwest of the archaeology survey area. The Patuxent River flows to the south-southeast to empty into the Chesapeake Bay and ultimately the Atlantic Ocean.

The Mill Swamp stream mitigation site is within the Potomac River drainage system. The archaeology survey area is situated around Mill Swamp and an unnamed tributary to the swamp, which flows southwest from the archaeology survey area for less than a quarter mile before converging with Pomonkey Creek. Pomonkey Creek flows into the Potomac River just south of Fenwick, Maryland. The Potomac River meanders generally southeastward to empty into the Chesapeake Bay and ultimately the Atlantic Ocean.

The Paint Branch stream mitigation sites are within the Potomac River drainage system. The archaeology survey areas are bisected by Paint Branch, which flows southeast and converges with Indian Creek before becoming the Northeast Branch of the Anacostia River approximately four miles southeast of the survey area. The Northeast and Northwest Branches become the Anacostia River at their confluence. The Anacostia River flows into the Potomac River in southern Washington, D.C., and the Potomac River meanders generally southeastward to empty into the Chesapeake Bay and ultimately the Atlantic Ocean.

The Cabin Branch stream mitigation site is located within the Marr-Westphalia-Sassafras soil association, which is characterized by "rounded knolls, gently sloping ridges, and strongly sloping irregular hillsides;

00013588

formed mainly in fine sand that contains much silt and clay" (Kirby and Matthews 1973). This association is described as severely eroded in areas due to intensive agriculture in the past. Marr soils comprise about 30 percent of this association, Westphalia soils about 25 percent, and Sassafras soils about 10 percent. The remaining 35 percent consists of minor soils, including Howell, Adelphia, and Shrewsbury soils (Kirby and Matthews 1973). Soils of three distinct USDA soil series are present throughout the archaeology survey areas. Table 2.1 provides the soil series name, areal percentage, associated symbols, slope percentage within the archaeology survey areas, depth and drainage characteristics, and associated landforms.

**Table 2.1. Soils in the Cabin Branch Archaeology Survey Areas.**

| Soil Series | % | USDA Symbol | Slope % | Drainage | Landform |
|---|---|---|---|---|---|
| Dodon | 1.0 | DfB Dfc | 2–10 | Moderately well drained | Fluviomarine terraces, interfluves |
| Marr-Dodon | 17.6 | MaB MaC MaD MDE | 2–25 | Well drained | Fluviomarine terraces, interfluves, knolls, interfluves, stream terraces |
| Water | 0.2 | W | 0 | | |
| Widewater and Issues | 73.5 | WBA | 0–2 | Poorly drained | Drainageways, floodplains, drainhead complexes |

*Source: USDA NRCS 2020*

The dominant soil type encountered throughout the Cabin Branch archaeology survey areas (73.5%) is frequently flooded Widewater and Issues, 0 to 2 percent slopes (WBA). This type consists of deep, poorly drained soils formed in loamy alluvium within drainageways, floodplains, and drainhead complexes. Marr-Dondon complex soils are the other predominant soils in the archaeology survey areas (17.6%); these soils are deep, well-drained, dark brown soils on uplands. Marr-Dodon soils are described as "old deposits of fine sandy to very fine sandy material containing considerable amounts of silt and clay; practically all of these soils have been cultivated at some time" (Kirby and Matthews 1973). Dodon soils are also present within the archaeology survey areas to a minor extent (1.0%) and consist of deep, moderately well-drained loamy fluviomarine deposits. The remainder of the archaeology survey areas (0.2%) have water on the surface.

The Mill Swamp stream mitigation site is located within the Evesboro-Keyport-Elkton soil association, which is defined as "level to moderately sloping, excessively drained, sandy soils and moderately well-drained and poorly drained, level to gently sloping, loamy soils that have a clayey subsoil" (Hall and Matthews 1974). Evesboro soils comprise about 30 percent of this association, Keyport and Elkton soils each about 40 percent, and minor soils make up the remaining 30 percent. Many minor soils are included in this association, with the most extensive being excessively drained Galestown and Rumford soils, well-drained Croom and Sassafras soils, moderately well-drained Matawan and Mattapex soils, and poorly drained Bibb soils on floodplains (Hall and Matthews 1974). Soils of six distinct USDA soil series are present throughout the archaeology survey areas. Table 2.2 provides the soil series name, areal percentage, associated symbols, slope percentage within the archaeology survey areas, depth and drainage characteristics, and associated landforms.

The most abundant soil type encountered throughout the Mill Swamp archaeology survey areas (72.0%) is Potobac-Issue complex (0–2% slopes), which is frequently flooded (Pu). This type consists of deep, poorly drained soils formed on floodplains with parent materials of sandy and loamy fluvial sediments. Galestown-Hammonton complex soils (10.9%), Liverpool-Piccowaxen complex soils (9.5%), and Piccowaxen series soils (7.1%) are the other predominant soil types within the archaeology survey areas. Galestown-Hammonton soils are deep, somewhat excessively drained, and are found in upland areas. Liverpool series soils are characterized as silty and loamy fluviomarine deposits found on terraces with 0–15 percent slopes.

11

00013589

Piccowaxen soils (0–5% slopes) are also present on fluviomarine terraces and consist of deep, somewhat poorly drained loam. Mispillion and Transquaking soils (0.2%) and Nanticoke and Mannington soils (0.2%) are present within the tidal marshes inside the archaeology survey areas.

**Table 2.2. Soils in the Mill Swamp Archaeology Survey Areas.**

| Soil Series | % | USDA Symbol | Slope % | Drainage | Landform |
|---|---|---|---|---|---|
| Galestown-Hammonton | 10.9 | GcB | 0–5 | Somewhat excessively well drained to moderately well drained | Fluviomarine terraces, dunes, depressions, swales, drainageways |
| Liverpool-Piccowaxen | 9.5 | LxD | 5–15 | Moderately well drained to somewhat poorly drained | Fluviomarine terraces |
| Mispillion and Transquaking | 0.2 | MT | 0–1 | Very poorly drained | Tidal Marshes |
| Nanticoke and Mannington | 0.2 | NG | 0–1 | Very poorly drained | Tidal Marshes |
| Piccowaxen | 7.1 | PcA PcB | 0–5 | Somewhat poorly drained | Terraces |
| Potobac-Issue | 72.0 | Pu | 0–2 | Somewhat poorly drained to poorly drained | Floodplains |

*Source: USDA NRCS 2020*

The Paint Branch stream mitigation sites are located within the Christiana-Sunnyside-Beltsville soil association, which is described as containing "deep, level to steep, well-drained, sandy and clayey soils and level to sloping, moderately deep, moderately well-drained soils; formed over a compact subsoil of dominantly red clay" (Kirby et al. 1967). Christiana soils comprise about 26 percent of this association, Sunnyside soils about 20 percent, and Beltsville soils about 20 percent. The remaining 34 percent consists of soils of the somewhat excessively drained Galestone and Evesboro soils, well-drained Sassafras soils, moderately well-drained Keyport and Woodstown soils, and poorly drained Elkton and Fallsington soils (Kirby et al. 1967). Soils of six distinct USDA soil series are present throughout the archaeology survey areas. Table 2.3 provides the soil series name, areal percentage, associated symbols, slope percentage within the archaeology survey areas, depth and drainage characteristics, and associated landforms.

**Table 2.3. Soils in the Paint Branch Archaeology Survey Areas.**

| Soil Series | % | USDA Symbol | Slope % | Drainage | Landform |
|---|---|---|---|---|---|
| Christiana-Downer | 0.3 | CcC | 5–10 | Well drained to moderately well drained | Knolls, hillslopes, interfluves, swales, drainhead complexes |
| Codorus and Hatboro | 63.6 | CF | 0–2 | Moderately well drained to poorly drained | Floodplains |
| Croom | 1.0 | CrD | 10–15 | Well drained | Interfluves, knolls, hillslopes |
| Manor-Brinklow | 1.7 | MfF | 25–65 | Well drained | Hillslopes, ridges |
| Russett-Christiana | 19.1 | RcA RcB | 0–5 | Moderately well drained | Swales, broad interstream divides, hillslopes, interfluves, drainhead complexes |
| Udorthents | 14.4 | UdaF | 0–65 | Well drained | Human transported |

*Source: USDA NRCS 2020*

The most ubiquitous soil type encountered throughout the Paint Branch archaeology survey areas (63.6%) is Codorus and Hatboro soils (0–2% slopes), which are frequently flooded (CF). This type consists of

00013590

moderately well-drained to poorly drained soils that occur mainly on floodplains and is characterized as recently deposited materials that washed from soils developed from acid crystalline rocks of the Piedmont that are often micaceous. Russett-Christiana complex soils (0–5% slopes) are also prevalent in the archaeology survey areas (19.1%); these soils are deep, well-drained silt loams, clays, and fine sandy loams on the higher parts of the Coastal Plain uplands. These soils have clay subsoil and developed in thick beds of very old red clay that are covered in silty or sandy materials in some places. Udorthents from the construction of the I-95/I-495 interchange are also prevalent (14.4%) within the archaeology survey areas. Christiana-Downer complex soils (0.3%), Croom gravelly sandy loam (1.0%), and Manor-Brinklow complex soils (1.7%) are present to a minor extent within the archaeology survey areas.

## LAND USE PATTERNS

The region surrounding the Cabin Branch stream mitigation site is rural, containing a mix of agricultural, pastural, residential, and recreational properties. Much of the area has been used in the past for agricultural purposes, which has contributed to severe erosion in some areas. Residential development is mostly confined to areas close to the roads, but there are several large farmsteads in the area. The northwestern portion of the northern archaeology survey area is just within and adjacent to the Cannon Club Golf Course, developed in the early 1990s (thecannongolfclub.com). The remaining areas of agricultural fields, pasture, and hardwood forest along the streams near the archaeology survey area appear to have undergone little change in the last century or more.

The region surrounding the Mill Swamp stream mitigation site is rural and contains a mix of agricultural, residential, and forested land. There are areas that have been used in the past for agricultural purpose, but historic maps show that much of the area has been forested for many decades (USGS 1913, 1951, 1966). Residential development is limited and mostly confined to areas directly abutting roads, but there are several large housing developments surrounding the town of Bryans Road. The only major roadway in the area is State Route 210, which is located approximately two miles southeast of the survey area. More specific areas of disturbance are discussed in the results chapter.

The region surrounding the Paint Branch stream mitigation sites is part of the Washington, D.C. metro area, containing significant amounts of residential and commercial development. While there are areas of undeveloped farmland, all of it is associated with the USDA BARC, otherwise the surrounding areas are densely populated and heavily developed. The land for the USDA BARC, which was formerly the 475-acre Walnut Grange plantation, was purchased in 1910 (Kaplan 2001). The construction of I-95/I-495 occurred between the mid-1950s and mid-1960s, and since then substantial urban development has occurred in the area. Portions of the survey area have been severely impacted by the construction of the I-95/I-495 interchange, but a majority of the archaeology survey areas fall within the USDA BARC property and therefore have remained fairly undisturbed. More specific areas of disturbance are discussed in the results chapter.

## FLORA AND FAUNA

The Paint Branch and Cabin Branch stream mitigation sites are situated in the Tulip Poplar and River Birch-Sycamore associations within the Coastal Plain region (Brush et al. 1980). The River Birch-Sycamore association occurs in bottomlands along most of the higher order streams in the Coastal Plain region, and the Tulip Poplar association is extensive throughout the northern Coastal Plain region. The associations are characterized by the species they are named after, but also include many other species. Other species found within the River Birch-Sycamore association include red maple, poison ivy, Virginia creeper, greenbrier, sweet gum, Japanese honeysuckle, southern arrowwood, tulip poplar, spicebush, black gum, grape, ironwood, American holly, flowering dogwood, black cherry, green ash, white oak, brambles, elderberry, slippery elm, and sassafras (Brush et al. 1980). Many of these species are also found within the Tulip Poplar

13

00013591

association, which includes red maple, flowering dogwood, Virginia creeper, black gum, white oak, sassafras, black cherry, grape, mockernut hickory, southern arrowwood, Japanese honeysuckle, pignut hickory, black oak, poison ivy, greenbrier, beech, spicebush, northern red oak, mapleleaf viburnum, early low blueberry, choke cherry, and brambles (Brush et al. 1980).

The Mill Swamp stream mitigation site is located in the River Birch-Sycamore and Basket Oak associations within the Coastal Plain region (Brush et al. 1980). The River Birch-Sycamore association is described above; the Basket Oak association is an extension of the Basket Oak-Loblolly Pine association beyond the northern limit of the Loblolly Pine, but with fewer strictly Coastal Plain species, and is found on sandy loams and silts (Brush et al. 1980). Other species within the association include sweet gum, black gum, white oak, greenbriers, red maple, sassafras, Spanish oak, willow oak, southern arrowwood, tulip poplar, American holly, black oak, serviceberry, black highbush blueberry, Virginia creeper, coast pepperbush, common highbush blueberry, flowering dogwood, red cedar, scarlet oak, Virginia pine, black cherry, and grape (Brush et al. 1980).

Historically the forests of the region have been drastically altered by logging, agriculture, and other types of development. Many areas now exhibit only secondary and tertiary growth. The American chestnut blight also took a heavy toll on the chestnut population in these forest types. The vegetation within the survey areas has been impacted by alterations to the land and changes to the hydrology of floodplain areas from agriculture, but current land use patterns seem to have little impact on the present-day forest patterns (Brush et al. 1980).

Abundant animal species found in the region include white-tailed deer, raccoon, gray and red squirrel, rabbit, woodchuck, red fox, quail, pheasant, turkey, ruffed grouse, woodcock, and thrush. Muskrat, duck, geese, and heron inhabit the wetland areas. Anadromous fish run in the larger drainages. Evidence recovered from archeological sites in the area indicates that pre-contact peoples would have been able to exploit a similar range of fauna (Steponaitis 1983:31). Also, in the estuarine zones nearby, shellfish would have been seasonally abundant.

## MODERN CLIMATE

The modern climate of Anne Arundel County is continental, with well-defined seasons (Kirby and Matthews 1973:2). The Chesapeake Bay serves to moderate extreme temperatures in the area (Kirby and Matthews 1973:2). Annual precipitation in the county averages 42 inches, with the greatest monthly precipitation falling in August. The growing season generally ranges from 194 days in the interior portions of the county to 232 days near the coast, falling between the months of April and October. Prevailing winds are from the west-northwest but are more southerly during the summer months (Kirby and Matthews 1973:3).

The modern climate of Charles County is continental, with well-defined seasons (Hall and Matthews 1974:90). The Chesapeake Bay and the Potomac River serve to moderate extreme temperatures in the area (Hall and Matthews 1974:90). Annual precipitation in the county averages 47 inches, with the greatest monthly precipitation falling in July and August. The growing season is generally about 187 days, usually falling between the months of April and October. Prevailing winds are from the northwest to west-northwest but are more southerly during the summer months (Hall and Matthews 1974:91).

The modern climate of Prince George's County is humid, temperate, and semi-continental (Kirby et al. 1967:2). Summers are generally warm due to the moist air from the Gulf of Mexico, but sometimes cooler air flows from off the Atlantic Ocean. Winters are generally cool, influenced by central Canadian air masses, but these are often moderated while passing over the Appalachian Mountains (Kirby et al. 1967).

00013592

Annual precipitation in the county averages 45 inches, with the greatest monthly precipitation falling in August. The growing season is generally 180 days between late April and mid-October.

## PALEOENVIRONMENT

Documenting changes in climatic and ecological conditions across two geological epochs is critical to gaining an understanding of cultural and environmental adaptations during occupation of the North American continent. The occupation of the New World began during the later part of the Pleistocene (glacial) epoch and extended through the Holocene (recent) epoch, spanning 12,000 years. The transition between these epochs itself is particularly important because it is at this point that some of the most dramatic changes in environmental and ecological conditions occurred.

Any paleoenvironmental reconstruction must consider the changes in sea levels and climatic conditions as they would have influenced the floral and faunal resources of the region. With the vast amounts of water incorporated within the glaciers of the Late Pleistocene, sea levels were reduced by as much as 300–500 ft. At the end of the Pleistocene, the glaciers began to retreat, resulting in a substantial sea level rise. What was once the ancestral Susquehanna River valley became drowned to form the estuarine environment of the Chesapeake Bay. Several researchers differ in opinion as to the rate of sea level rise, as either decreasing throughout the centuries (Wesler et al. 1981) or staying constant through the centuries.

Forests of the region were predominantly spruce-pine, with some mixed hardwood (Wesler et al. 1981; Whitehead 1973; Wright 1981), but it is probably that the overall plant and animal communities were more complex and "disharmonious" than at present and were composed of a combination of modern and currently extinct species (Graham and Lundelius 1984; Kelly and Todd 1988:232). In general, regional environments seem to have been more "patchy" and less homogeneous than the modern eastern woodlands. The climate of the glacial terrain was probably characterized by relatively cool summers and mild winters.

The patchy, park-like vegetation of the full glacial period was replaced with northern hardwoods during the late glacial period between 15,000 and 10,000 years ago. The climate became harsher, with more severe winter extremes in temperature. This period of rather dramatic ecological change coincided closely with the earliest movement of human groups in the eastern United States. The most apparent modification to regional communities during this ecological change involved extinction of numerous species. Meltzer and Mead (1983) suggest that by 10,000 B.P., as many as 35 different genera of mammals may have already vanished from North America.

The modern faunal and floral communities of the region were becoming established as early as 12,500 B.P. (Delcourt 1978). Spruce-pine forest gave way to modern oak-hickory forest as early as 6000 B.C. Pleistocene megafauna gave way to deer and smaller mammals as a result of the changing environment. These floral and faunal changes had a marked effect on the cultural adaptations the regional inhabitants made during the pre-contact period. Those adaptations are reflected in the known artifact assemblages for each temporal period as discussed below.

00013593

This page intentionally left blank.

00013594

# 3.    CULTURAL OVERVIEW

## PRE-CONTACT CONTEXT

The pre-contact sequence of the region is based on research conducted in the Middle Atlantic region. The general sequence for the northern and central portions of the eastern seaboard begins with the Paleoindian period, followed by the Archaic period, and ends with the Woodland period. The following sections describe these periods in more detail. Detailed summaries of the specific evidence used in the development of this record are presented by various authors (e.g., Custer 1983, 1989; Dent 1995; Gardner 1982, 1987; Steponaitis 1986; Wesler et al. 1981; Wright 1973).

### The Paleoindian Period (ca. 10,000–7500 B.C.)

The first extensive human occupation of the Middle Atlantic region for which we have significant evidence occurred around 10,000 B.C. The chronology of the Paleoindian period has been the subject of much ongoing debate in recent years, however, and there is increasing evidence of earlier occupation of the Middle Atlantic region. One site in particular, the Cactus Hill site (44SX0202) in Sussex County, Virginia, contains well-documented pre-Clovis material in intact contexts, and further excavation may indeed one day alter our picture of the initial settlement of the North American continent (Boyd 2003; McAvoy and McAvoy 1997). For now, the most comprehensive model of the Pleistocene settlement of North America consists of a broadly defined Paleoindian culture (see Meltzer 1988). Cold winters and moist summers characterized this period, and coniferous forests of spruce and pine dominated the region. However, during the later Boreal climatic episode, there was an increase in the stands of deciduous trees such as oak, hickory, and chestnut, and a reduction of grasslands in Pennsylvania and Maryland (Carbone 1976; Custer 1984). Today's Chesapeake Bay was the southern extension of the Susquehanna River during the Paleoindian period, and the tributaries of the ancestral Susquehanna River were freshwater.

The Paleoindian period is characterized by fluted, lanceolate Clovis, and Clovis-variant projectile points. A regional projectile point chronology for this period involves a sequence beginning with Clovis, transitioning to lanceolate unfluted or minimally fluted, and ending with Dalton (Dent 1995:125). Some researchers consider the early side and corner notched projectile point types, such as Palmer, Amos, and Kirk, as diagnostic of late Paleoindian period occupations (Custer 1989:88; Gardner 1987). A fairly standardized tool kit including gravers, endscrapers, denticulates, spokeshaves, perforators, knives, *pièces ésquillées,* and unifacial flake tools also is associated with the Paleoindian period. Overall population density during the Paleoindian period may have been relatively low, as shown by the infrequent occurrence of sites and the typically low numbers of artifacts.

The traditional view of Paleoindian life in the east characterizes the people as highly nomadic, specialized big-game hunters, living off and perhaps driving to extinction the late Pleistocene megafauna such as mammoth, mastodon, bison, and horse. Evidence from the Chesapeake Bay area, however, shows that although large game such as deer and elk were hunted, a more diversified subsistence strategy that included the exploitation of plant and marine/riverine resources was practiced (Davidson 1981:12; Dent 1995:128). Tools of this period are primarily multipurpose and expedient, which suggests a flexible adaptive strategy, high mobility, and a pattern of periodic aggregation and dispersal (Dent 1995). The Paleoindian settlement pattern traditionally is interpreted based on a presumed reliance on high-quality lithic material (Gardner 1989). Artifacts associated with this period in the region, however, include a high percentage of noncryptocrystalline material. Off-site finds are primarily cryptocrystalline cherts, while site material includes quartz and quartzite in significant amounts (Dent 1995:127). Goodyear's (1989) theory presents a possible explanation for the dichotomy. The cryptocrystalline material is highly curatable, which would be a necessary quality during hunting expeditions outside the lithic resource procurement area.

00013595

The more attractive locations for exploiting natural resources along the ancestral Susquehanna River would have been on or near the headwaters of small streams or creeks where poorly drained soils, such as those of the Elkton and Othello series, are found (Lowery and Phillips 1994:33). In Paleoindian times these would have been interior freshwater wetlands, but due to the rising sea level are now saltwater marshes. Bathymetric research by Blanton (1996) indicates that the Pleistocene lands now submerged in the Chesapeake Bay along the east coast are also likely to harbor Paleoindian sites. Tidal forces on such submerged sites may explain why, within the Lower Delmarva region, the coastline along Tangier Sound is one of the two main areas from which Paleoindian points have been reported, the other being the interior drainage of the middle Pocomoke River (Davidson 1981:11). Some indication also is found that site location choices were designed to provide protection from the elements. One common pattern consists of southern exposure sites adjacent to topographic features that provide shelter from prevailing winds (Dent 1995:124).

Locations of Paleoindian artifact finds can be categorized as "site" or "off-site," with sites containing evidence of habitation based on artifact densities and off sites characterized by isolated finds. Numerous Paleoindian off sites have been identified in the Chesapeake Bay area, but relatively few sites are documented. This could be partly due to the fact that many sites are presumed submerged, as mentioned above. Three main concentrations of Paleoindian sites or isolated find locations are identified in the Upper Delmarva Peninsula (Custer 1989:103). One concentration area is centered around the Delaware Chalcedony Complex, a large outcrop of cryptocrystalline material; one concentration of sites is located at the mouths of the Choptank and Nanticoke rivers; and one cluster of sites is found along the mid-peninsular drainage divide (Custer 1989:94). Custer (1989) believes that Paleoindian sites clustered along the upper reaches of the mid-peninsula drainage divide are base camps; however, Lowery and Phillips (1994:33) feel that they are temporary camps. They interpret the sites clustered along the ancestral Susquehanna River drainage divide as base camps because of the availability of resources, particularly high-quality lithic material, and artifact densities and distributions.

Most of the evidence of Paleoindian occupation in the Middle Atlantic area comes from isolated surface finds; however, the number of sites catalogued for this period (and earlier) having extensive artifact assemblages in secure context has been increasing in recent years. The Thunderbird site in the Shenandoah Valley is one of the well-documented sites of this time period. The Paw Paw Cove site in the northwestern part of the Delmarva Peninsula contains Paleoindian occupation levels in buried deposits (Dent 1995). In Anne Arundel County, work by the Maryland Geological Survey, Division of Archeology (Curry and Ebright 1990; Ebright 1992) identified buried Paleoindian and Early Archaic components at 18AN489, the Higgins site. Typical Paleoindian artifact types were recovered, including Clovis projectile points, scrapers, denticulates, cobble tools, spokeshaves, and perforators. Although the site is probably a residential base camp, its location does not afford it protection from the elements, which may indicate that it was occupied during the warmer part of the year (Dent 1995:140).

Understanding of the regional Paleoindian period has been substantially augmented by excavation and analysis of the Higgins site in Maryland (Ebright 1992). One important finding there is that it is not, like Thunderbird and many others, a lithic quarry site, but rather more like McAvoy's Coastal Plain sites (McAvoy 1992, 1994). Hickory phytoliths and turkey feather fibers from the Higgins site broaden the observed range of southern Paleoindian subsistence practices. Also, the site revealed a predilection for crystal quartz in point manufacture. The high tool-to-debitage ratio marks it as a certain short-term camp with curated tools, indicating distance from preferred lithic sources. Two-thirds of the lithics are from exotic sources, with suspected sources ranging from the Hudson Valley to southern Virginia.

18

## The Archaic Period (ca. 7500–2000 B.C.)

The Archaic period (ca. 7500–2000 B.C.) formally began with familiar Holocene conditions of a temperate ecosystem and the formation of the Chesapeake estuary. It has been divided into three subperiods: the Early, Middle, and Late Archaic. The Archaic saw a relatively long and successful foraging adaptation, with subsistence based on hunting, fishing, and the collection of wild plant resources. Diagnostic projectile points form the primary criteria used to identify and date these occupations in the Middle Atlantic region.

Two projectile point series identify the Early Archaic in the area (Custer 1989; Davidson 1981; Dent 1995; Gardner 1987; Wesler et al. 1981). The earliest series (ca. 7500–6500 B.C.) includes the corner notched Palmer, Charleston, Amos, and Kirk types and side notched Hardaway, Kessel, and Warren types. The later series (7000–6000 B.C.) includes the bifurcate St. Albans, MacCorkle, LeCroy, and Kanawha types, as well as Kirk stemmed projectile points. The frequency of unifacial tools decreased and bipolar technology was introduced as cobble quartz use increased. Groundstone tools that are first flaked, then ground, appear in the tool kit on Early Archaic sites. The sites are generally small during this period; only a few large Early Archaic sites have been identified (Dent 1995:170). The Chance site is an Early Archaic site on the lower Delmarva Peninsula that has produced hundreds of notched and bifurcate projectile points, all from the surface (Cresthull 1971, 1972).

During the Middle Archaic along the Middle Atlantic coast, ca. 6000–4000 B.C., the cooler, drier conditions of the Early Holocene gave way to the warmer, wetter climate of the Middle Holocene interval. Subsistence economies became increasingly diversified as new resources were being exploited seasonally (Custer 1989). Technologically, the transition from the Early Archaic to the Middle Archaic is characterized by the appearance of stemmed rather than notched projectile points (Custer 1989). Stanly (ca. 6000–5500 B.C.), Morrow Mountain I and II (ca. 5500–3500 B.C.), Guilford (ca. 3500–3000 B.C.), and Halifax/Vernon (ca. 3000–2000 B.C.) projectile points mark the Middle Archaic period in the general region, following the classic Archaic sequence first identified by Coe (1964) for the North Carolina Piedmont.

Groundstone tools commonly were pecked and then ground during this period and multifunctional bifacial tools were prevalent (Dent 1995:176). As in the Early Archaic, the trend toward an increased reliance on local lithic sources continued. Evidence from the Higgins site suggests that a rhyolite trade system was becoming established with the importing of rhyolite blanks from the north (Dent 1995:176). Interior wetland areas were the primary site locations during this period.

The Late Archaic period, ca. 4000–2000 B.C. in the area, is identified by two series of diagnostic projectile point types. The earlier, narrow blade series includes Vernon, Claggett, and Piscataway types, and the later, broad blade series includes Savannah River, Susquehanna, and Perkiomen. Orient Fishtail and Dry Brook projectile types, as well as the broad blade types and steatite pottery commonly are associated with the later portion of the Late Archaic, often referred to as the Terminal Archaic in the northeast. Both the Late and Terminal Archaic periods are subsumed under Custer's (1989) Woodland I period.

During the Late Archaic period, regional populations appear to have grown markedly and, with the culture associated with broad blade technology in particular, to have concentrated in riverine and estuarine settings. Climatic conditions were warm and dry, and the transition from a pine-dominated boreal climate to an oak- or deciduous-dominated temperate climate was completed during this period. Sea level appears to have been relatively stable, with only minor fluctuations on the order of 1 to 2 m (Blanton 1996; Carbone 1976; Tanner 1993).

Grinding implements, polished stone tools, and carved soapstone bowls became fairly common, suggesting increased use of plant resources and possibly changes in subsistence strategies and cooking technologies. Although evidence is minimal, the first experiments with horticulture probably occurred at this time, with

00013597

the cultivation of plants such as squash, sunflower, and chenopodium (Cowan 1985; Ford 1981). Data from the Higgins site and other Late Archaic sites in the region show that among the exploited resources were deer, turkey, beaver, raccoon, opossum, berries, wild legumes, fish, oyster, and clam (Dent 1995:198).

Settlements appear to have shifted from swampy upper reaches of inland streams to the mouths of major streams and rivers (Davidson 1981:14). They also seem to have been occupied for longer periods of time than in earlier eras; as the climate became more temperate, resources became more predictably established across the landscape. The existence of formal residential base camps occupied seasonally or longer is inferred, together with a range of smaller, resource exploitation sites such as hunting, fishing, or plant-collecting stations (Gardner 1987). This major shift in settlement patterns and subsistence strategies is the feature noted by Custer (1989:186) for determining the boundary between Archaic and Woodland period cultures in his alternative temporal scheme.

### The Woodland Period (ca. 2000 B.C.–A.D. 1600)

The Woodland period began about 2000 B.C. and continued until permanent European settlement in the early 17th century. Across the eastern Woodlands, this period is marked by the appearance of pottery, a greatly increased role for horticulture in subsistence economies, and an elaboration of mortuary ceremonialism, including the appearance of burial mounds associated with the Adena cultural development. The Woodland period is subdivided into early, middle, and late intervals.

Early Woodland occupations (ca. 2000 B.C.–A.D. 500), which are thought to reflect a more or less unchanged continuation of preceding Late Archaic lifeways, are characterized by steatite tempered plain and cordmarked pottery and small, Rossville and Calvert projectile points. The broadspear projectile points were gradually replaced during this time with small lanceolate, notched, and stemmed types constructed on a variety of lithic materials (McLearen 1991). Bone and shell tools and ornaments became prevalent (McLearen 1991). Woodland occupations are generally marked by improvements in food storage (Mouer 1991:26) and preparation technologies. Subsistence strategies were a continuation of earlier hunter-forager ways, with an increased reliance on the cultivation of native plants. Pit, hearth, and house pattern features all suggest a high degree of residential stability not seen on earlier base camp occupations of the region (Custer 1989:198). The settlement system involves macroband base camps supported by microband base camps and associated procurement sites (Custer 1989:189).

The transition from Archaic period carved soapstone bowls to Woodland period ceramics developed as, throughout most of the region, such types as Marcey Creek plain and Seldon Island cordmarked were molded to resemble their soapstone predecessors (Mouer 1991). Broken soapstone bowls possibly were crushed into temper for the manufacture of the ceramics. Where soapstone was unavailable, other materials may have served the same function in the Early Woodland. Early Woodland period ceramic types that occur in the region include Marcey Creek and Accokeek. Marcey Creek ware is coil constructed or hand molded and tempered with crushed steatite (Egloff and Potter 1982). Accokeek wares are thin walled and tempered with sand and/or crushed rock; they include plain and cordmarked surface treatments (Stephenson and Ferguson 1963).

Middle Woodland period (ca. 500 B.C.–A.D. 900) characteristics include bone and shell artifacts, a preference for local lithic material, and evidence of increased sedentariness (Dent 1995). Rossville, Selby Bay, Jack's Reef, and Fox Creek projectile point styles are typical of the Middle Woodland period in the Middle Atlantic region (Ebright 1992; Potter 1993; Stephenson and Ferguson 1963). Ceramic wares associated with this period include sand or quartz tempered, net impressed Pope's Creek wares, and later, the Mockley cordmarked, net impressed, and plain, shell tempered wares (Egloff and Potter 1982). In general, net impressed designs replaced the earlier cordmarking. Evidence from the late Middle Woodland component of the Plum Nelly site in northern Virginia indicates that wild turkey and white-tailed deer

00013598

comprised the major food sources, accompanied by oyster, hickory nuts, and acorns (Potter 1982:329). Horticulture continued to be important in subsistence practices, and the cultivation of maize began in some areas, although it did not assume a major role in subsistence until later. Shellfish were highly exploited in the early part of this subperiod and large shell middens date to this period along the coast. One major Adena site has been identified in Anne Arundel County (18AN18); however, Adena artifacts are rare in the Patuxent River area (Steponaitis 1986).

The later stage of this subperiod is characterized by a major change in settlement and subsistence strategies, perhaps an adaptation to the changing climate (Potter 1993:110). Settlement patterns in the region exhibit an apparent shift from smaller stream locales to more sedentary village sites along major streams and estuaries. A decline in residential mobility and an increase in logistical resource procurement have been proposed (Steponaitis 1986:285). The establishment of trade and exchange networks are evident, and increased use of non-local material is seen. Distinct cultural groups with boundaries and localized styles emerge during this period. A cultural boundary along the Piedmont/Coastal Plain fall line becomes apparent, with the Siouan speakers on the west and the Algonquian speakers on the east side (Dent 1995:242; Potter 1993).

The Late Woodland period (ca. A.D. 900–1600) in the area, as elsewhere, is marked by the development of maize horticulture and a more rigid social organization along with more highly organized village structures. Shellfish gathering and hunting continued to provide a great deal of the diet, although growing reliance on horticulture is evidenced. There is evidence that subsistence practices involved large-scale drying of fish and oyster meat for storage and trade during this period (Waselkov 1982:207).

Artifacts diagnostic of the Late Woodland period include ceramic wares such as the Townsend and Rappahannock series, with fabric impressed exteriors and shell temper (Egloff and Potter 1982). Later types include Potomac Creek plain and cordmarked, thin bodied wares with crushed quartz or sand temper, and Sullivan Cove cordmarked and plain. Various sizes of triangular projectile points are diagnostic of the later Woodland periods. This change is generally linked to the introduction of bow and arrow technology in the eastern United States. A temporal sequence for this period beginning with the large triangular projectile points shifting to smaller Levannas, and finally to the small Madison and Potomac types is noted (Potter 1993).

Toward the end of the Late Woodland period (A.D. 1300–1600), social organization changed. Populations declined, and once dispersed hamlets were replaced by closely aggregated villages fortified with stockades. The use of local lithic material became more common. Because they are so much larger and are often stockaded, settlements of this time period indicate increased populations, which may in turn be evidence of increased sedentariness (Custer 1989). Ossuary interments are the common mortuary practice in most of the Mid-Atlantic region, but not along the Patuxent River (Barse 1988:39). Evidence is accumulating that territorial boundaries between chiefdoms were closely maintained. Intergroup hostility escalated into endemic warfare by ca. A.D. 1500 (Potter 1993). European conquest brought an end to the Late Woodland lifestyle, although many relics of the material trappings, belief systems, and social structure of classic late Woodland society lingered into the 18th century.

## HISTORIC CONTEXT

### Contact and Early Settlement (ca. A.D. 1500–1750)

The contact period was characterized by the interactions of Native American groups and a transition from the hegemony of those groups and their concerns to one dominated by Europeans. The transition was made at the expense of the integrity of the native populations and proceeded to an era wholly controlled by immigrant social institutions. By about the 14th century, the Chesapeake Bay area of Maryland was occupied

21

00013599

by Algonquian-speaking groups, the Piscataway on the western shore and the Nanticokes on the eastern shore (Stephenson and Ferguson 1963). Up the Susquehanna River resided the Susquehannocks, who controlled the key route of communication and trade between the Chesapeake Bay region and the Iroquois in New York. The first documented European contact with Chesapeake Bay natives dates to 1585, when John White visited the area and made drawings of the local people. In 1608, John Smith traveled around the Chesapeake, mapping natural features and the locations of native villages, including the chief village of the Piscataway on Accokeek Creek.

Permanent settlement of Maryland by Euro-Americans began in 1634, when two ships of British immigrants (the *Ark* and the *Dove*) established St. Mary's City at the mouth of the Potomac River. The settlement was on land granted on the north side of the Potomac to the first Lord Baltimore, George Calvert. Their first landing on what was later to become part of Maryland occurred on Heron Island, now known as St. Clement's Island. Governor Calvert, Cecil Calvert's younger brother Leonard, negotiated purchase of land adjacent to the east shore of St. Mary's River from the Yaocomaco. The Yaocomaco represented the local component of a confederacy of Piscataway groups living along this portion of the Chesapeake and its tributaries. They were apparently preparing to abandon a village and the English were able to take advantage of the existing structures and cleared fields (Shoemaker 2000). The English constructed a palisaded fort, dwellings, and a watermill (Shomette 2000:5). This small village, first called "Augusta Carolina," became St. Mary's City, the first capital of Maryland. Although St. Mary's County, which originally included the area that became Anne Arundel County, was not officially legislated until 1695, it was referred to in official correspondence as the "County of St. Maries" by at least the late 1630s (Riley 1905).

The presence of the English adjacent to the waterways forced the Piscataway to move north. The Piscataway allied themselves with the English settlers in hopes of gaining power against groups of Massawomecks and Susquehannocks that claimed part of their territory, and there was a series of engagements between alliances of the Chesapeake Bay Native American groups and the English against the Susquehannocks (Kent 1984). By 1676 the Susquehannocks were destroyed as a result of being caught between the Iroquois and the Maryland Colony. The Piscataway were granted a reservation around Mattawoman Creek, Piscataway Creek, and Timothy Branch, and efforts were made by the Jesuits to Christianize them. The boundaries of the reservation were not respected by European settlers, however, and the Piscataway were much reduced in population by disease. Remnants moved onto a succession of Potomac River islands and finally by 1700 joined Native American groups in Pennsylvania. Within 20 years of the founding of St. Mary's, the presence of the native population of the area was much reduced (Beauregard et al. 1995:II:8).

Cecil Calvert's son Charles oversaw the settlement of the colony of Maryland after his uncle's death. Generous land grants were made to all settlers who paid their way across the Atlantic, while those who could not pay worked as indentured servants for a set number of years, after which they could purchase land (Kellock 1962:6). George Calvert had converted to Catholicism and it was his dream that his colony promote religious tolerance. His children attempted to carry out his vision, and the colony of Maryland attracted a diverse population from England, Wales, Scotland, Ireland, and France. Early settlements were located along the navigable waterways of the Chesapeake Bay area. Settlements around the mouth of the Patuxent River were established by Jesuit missionaries in the late 1630s. The early settlers of the area were from a variety of backgrounds, primarily drawn from the British Isles but also including some families of French descent. Most were engaged in farming on some level, but many supplemented their income by pursuing a variety of trades such as coopering, smithing, carpentry, and trading with England, other settlers, and the Native American population.

One early challenge to the developing colony occurred in 1645 when St. Mary's City was invaded and captured by forces under the command of Richard Ingle. Ingle's ship had been impounded and he was briefly imprisoned during a 1644 trip to Maryland. He had been overheard uttering treasonous words and was arrested but mistakenly allowed to escape. Although he continued trading with Maryland colonists

00013600

throughout the next year, he apparently retained ill feelings regarding that event. Unfortunately, Governor Leonard Calvert was in England visiting his brother, Lord Baltimore when the event took place and those acting in his stead mishandled the affair. When Ingle returned to the colony in 1645, it was with a captured Dutch ship and the excuse of a recently enacted Parliamentary law allowing all loyal subjects the right to take by force any ships known to have traded with those hostile to the *de facto* government, the Puritan Parliament. Whether this was a patriotic attempt to aid the English government in its bid to oust Catholics from positions of power or a self-centered attempt at retribution for past insults is unclear. Governor Calvert, many colonists, and a number of Jesuit priests fled to Virginia, property owned by Catholics was seized, and the chapel at St. Mary's City was destroyed. This two year period of Maryland's history, known as "the plundering time" was ended when Governor Calvert, with a force of Virginians and Marylanders, returned to St. Mary's City just before Christmas of 1646 and took back the colony, meeting no resistance (Hammett 1991:39).

A second challenge to the colony occurred just a few years later when Puritans from Virginia who had been invited to seek refuge in Maryland after Virginia's governor refused to acknowledge the authority of Cromwell's Commonwealth, decided that they should take over the government of Maryland. They had settled in Providence (later Annapolis) in 1650 and sent elected delegates to the General Assembly. The county of "Annarundel" was formed that year by Act of the Assembly, and was probably named for Lady Baltimore whose maiden name was Lady Anne Arundel and who was recently deceased (Riley 1905). Anne Arundel County was reduced in 1851 by the formation of Howard County from the northwestern portion of the county.

By 1651 the Puritans of Providence were refusing to take an oath of loyalty to Lord Baltimore or to send delegates to the General Assembly. Richard Bennett and William Clayborne, commissioners sent by Cromwell, seized control of the government by force in 1652, facilitated by the immediate capitulation of Maryland's Governor Stone who quickly resigned to prevent bloodshed (Hammett 1991:39). Anne Arundel County was briefly renamed Providence County by the Puritans. In 1655, Governor Stone was informed that Lord Baltimore's patent had never been revoked by the Commonwealth, and he was chastised by Lord Baltimore for resigning his post so readily (Riley 1905). Stone then lead a group of Marylanders against the supporters of the Commonwealth at the Battle of the Severn. Stone was unsuccessful and many Maryland residents were killed, wounded, or taken prisoner. By 1658, Lord Baltimore was able to obtain a formal declaration of the restoration of his proprietary rights from Oliver Cromwell, freedom of religion was restored to the colony, Puritans were granted amnesty or allowed to leave the colony, and Anne Arundel was once again ruled by a governor appointed by Lord Baltimore. A brief attempt on the part of this newly appointed governor, Josias Fendall, to again wrest power over the colony from the Calverts ended with his dismissal and the appointment of Philip Calvert as Governor.

Also in 1658, Charles County was formed, named after Charles Calvert, third Lord Baltimore, who later (1675–1689) was Lord Proprietor of the colony. The original county courthouse, built almost two decades later, was placed at Moore's Lodge near La Plata, and the county seat was moved to Charles Town (later renamed Port Tobacco) in 1729. The courthouse in Port Tobacco burned down in 1892, and the county seat was moved again, this time to La Plata, in 1895. The county was reduced by the formation of Prince George's County in 1695.

George Calvert had originally intended that fur trading be the major sustaining industry of the colony; however, colonists soon learned of the profitability of growing tobacco and this quickly became the dominant trade commodity. A series of proclamations and ordinances were issued by the Calverts beginning in 1669 to attempt to legislate and control trade, particularly the tobacco trade, in the new colony. The ordinances and proclamations specified in which towns merchants were permitted to load and unload goods and provided instructions for surveying and laying off town lots in each designated area. The goal was twofold—to create towns in order to attract more people to the area and to make sure the colonial

00013601

government was receiving all taxes due. New towns were added to the list and some were removed over the years, but in general the initiative failed miserably (Shomette 2000). This is primarily due to the nature of the crop, tobacco, which forced people to spread out across the area and to already be located adjacent to an adequate transportation route, such as the Potomac and Patuxent rivers and their navigable tributaries. Farmers were able to load their crop onto a seafaring vessel from a small landing on their property and saw no reason why they should make an arduous journey to a designated town just to pay taxes.

From its earliest years, tobacco was the reason for the success of the Maryland colony. It was grown by large and small farmers alike and the fortunes of all rested on tobacco prices. The largest fortunes were not built entirely on tobacco, however. The wealthiest planters in Maryland were also merchants, who purchased their neighbors' tobacco in exchange for imported goods shipped to their stores from Britain, the Caribbean, and elsewhere (Carr n.d.:5–6). River landings of wealthy plantation owners became *de facto* towns during the 17th and early 18th centuries in Maryland. An individual farmer with the help of his family could only tend to a few acres of tobacco, which required a great deal of attention during the growing process. During the 17th century, cheap labor was plentiful in the form of indentured servants, the numerous dispossessed of England who were willing to endure a period of servitude for a chance at a new life in the colonies. By the early years of the 18th century, however, the supply of indentured servants from England had dwindled, and Maryland farmers turned to slaves for reliable and inexpensive labor (Virta 1991:38).

### Rural Agrarian Intensification (A.D. 1680–1815)

Although Maryland had been founded on the idea of religious toleration, and the Calverts and some of the earlier settlers were Catholic, most of the early Maryland colonists were not. Earlier attempts by Ingles and Fendall and the Puritans to subvert the local government, which was viewed as Catholic only because of Lord Baltimore's involvement, were only briefly successful. In 1689 a group of Protestants lead by Charles County sheriff, John Coode, organized in Chaptico and marched to St. Mary's City to lay siege to the Upper House of the Assembly. From that time until the American Revolution, Maryland was governed by a royal governor.

The 1683 session of the General Assembly was convened in Anne Arundel County, which was deemed a central location for the province. Lower House members requested that Lord Baltimore designate a specific location for all future sessions to which he replied that if they were to erect sufficient public buildings for such a purpose on the South River, he would make use of those facilities as long as they remained convenient (Riley 1905). It was not until 1694, however, when the seat of state government was officially moved from St. Mary's City to Annapolis. Annapolis continued to grow rapidly and was incorporated as a city in 1708.

Initially, the land around the Patuxent River was part of Calvert County. By 1695, approximately 1,600–1,700 people lived along the Patuxent and Potomac rivers (Stone 1987:11; Virta 1991:28–31). By 1695 a post road extended from Annapolis to Upper Marlboro, and from about 1700 until the end of the Colonial period, lands north of Mattawoman Creek were cleared and put into cultivation. Maryland Governor Francis Nicholson and the General Assembly agreed that a new county should be formed, and on St. George's Day, April 23, 1696, the county was established. It was named for Prince George of Denmark, the husband of Princess Anne, heir to the throne of England. Prince George's County stretched north to the border with Pennsylvania and represented Maryland's western frontier until 1748, when surrounding counties were established (M-NCPPC 1992:49). Charles Town, about three miles southeast of the present county seat of Upper Marlboro, served as the center of Prince George's County government until 1721.

The population of the area did not see a significant increase until after the Civil War, as those who were not members of aristocratic families moved on to find greater opportunity elsewhere (Beauregard et al. 1995:II:10; Virta 1991:40–41). The investments in land and slaves necessary to generate great wealth

00013602

worked to stratify Maryland society during the Colonial period. Well-connected families passed their accumulated wealth on to their children, and it became more and more difficult for a common farmer to buy land. The unavailability of good land also contributed to the decline of indentured servitude as a source of cheap labor. Land was often the payment given for service, and as it dwindled, fewer such contracts were negotiated. Slavery offered a lifetime of labor for the slaveowner but required a greater initial outlay of capital. As a result, plantations were further concentrated into the hands of the largest and wealthiest landholders, who had the resources and credit to acquire a large slave labor force. Slaves accounted for a major percentage of the population increase during the first three-quarters of the 18th century. Slaves, who made up only 18.1 percent of the population of the state in 1712, represented nearly half of the population (44.7 percent) by 1782. By 1750 as many as half of the residents of Prince George's County owned slaves, although most owned only a few (Virta 1991:38). The presence of this large and distinct ethnic group influenced not only politics and the social order, but cuisine, music, and literature as well.

The middle of the 18th century is often regarded as the "golden age" of the tobacco culture. Tariff protection by Britain and a burgeoning market for tobacco on the Continent contributed to a rise in prices after a 30-year slump that began in 1670. In addition, improved agricultural methods increased yields and reduced labor costs. Again, the largest landholders benefited from the turnaround in the market, as they had been best able to weather the difficult times (Beauregard et al. 1995:II:11–12). Although tobacco was the principal cash crop in the region during the 18th century, farmers did develop other regimes to supplement the income from tobacco. Other items produced for export on Prince George's County farms during this period included corn, wheat, pork, and lumber. Other items produced for export on Anne Arundel County farms during this period included wheat, corn, and oats (Riley 1905). In addition, numerous gristmills, primarily water powered but some horse powered, began operation during this period. Nevertheless, tobacco remained the chief concern of farmers in this part of Maryland.

Community life in 18th century Maryland centered largely on clusters of plantations. Much trade was conducted at river landings and small crossroads settlements. Upper Marlboro, in the heart of a rich tobacco-growing region, developed as Prince George's County's only major town. Artisans, innkeepers, merchants, and professionals established themselves there, and locals and visitors enjoyed horse racing, theater, and music. Supplies for the farm, including slaves, could be purchased in town. By 1718, it had become such an active center that the county residents petitioned to have the county court meetings held there (M-NCPPC 1992:50). The county seat was moved to Upper Marlboro in 1721.

In 1747, tobacco inspection warehouses were established by the state in six towns to help standardize the tobacco trade and encourage the growth of towns. These towns did prosper as a result, but much of the activity still took place at the rural churches, stores, mills, blacksmith shops, and taverns scattered in the countryside (Virta 1991:39–40). A map of the state in 1794 (Griffith 1794) indicates that there were only a few towns in the region at that time. Besides towns, churches and mills provided centers for social interaction.

Despite being governed by a royal governor, delegates from Maryland counties met three times during the second half of 1774 to discuss appropriate responses to England's unpopular new system of taxation. Maryland delegates formed a new government in August of 1775 organized as the Council of Safety (Shoemaker 2000). Maryland delegates to the Continental Congress, however, did not at first support the Americans' bid for independence and encouraged attempts to reconcile (Shoemaker 2000). By the end of 1775, two governments were acting in Annapolis, one acknowledging King George III as their lawful sovereign and one asserting the independence of the colony (Riley 1905). Annapolis "became daily more and more deserted" (Riley 1905:75). In early 1776, the Council of Safety began erecting fortifications and earthworks at strategic points along Anne Arundel County's waterways in anticipation of a British attack. In June 1776 the Maryland Convention reversed its opinion, and sent word to their delegates to vote for independence (Shoemaker 2000).

00013603

Thomas Johnson, the first governor of the state elected by the people, was inaugurated on 21 March 1777. During the American Revolution, British ships harassed the Maryland shoreline and made foraging trips inland, but no significant battles were fought in the area. British warships blockaded Annapolis in March 1781, briefly delaying General Lafayette's troops from their march to the head of the bay. Lafayette sent out one small ship, and the British, apparently thinking that a much larger force was immediately behind, retreated down the bay. Lafayette was able to move his troops across the water rather than marching down the peninsula, drastically reducing the time necessary to make their position.

The region saw action associated with the War of 1812. A British flotilla defeated a contingent of U.S. ships in the Patuxent River and secured a landing there. Troops then marched overland to Upper Marlboro, which served as a staging area for the British attacks on Washington, D.C. Tobacco and agricultural production in general continued to dominate the local economy. Prince George's County produced more tobacco and had a larger slave population than any other county in the state. As technological and economic changes in the first half of the 19th century began to alter the character of Maryland, the Western Shore region remained agricultural and aristocratic.

### Agricultural-Industrial Transition (A.D. 1815–1870)

Tobacco remained the principal product of the region, and Prince George's County produced more than 37 percent of the state's output in 1840 (Payne and Baumgardt 1990:8). Although it persisted, by the 19th century, tobacco was in decline and was stagnating the local economy. As early as the 1790s, soil erosion had silted in the Patuxent and Port Tobacco rivers, closing the ports of Upper Marlboro and Port Tobacco. Soil exhaustion and low prices made tobacco farming increasingly unprofitable. At mid-century the white population of the county was over 25 percent less than it had been in 1790, and the overall population of the county had also declined as a result of soil exhaustion, low tobacco prices, lack of cheap land, and greater opportunities to the west (Beauregard et al. 1995:II:12; Pogue 1972). The predominance of the plantation system and the control of local politics by old-money families had a stifling effect on commercial and industrial development.

The nation's capital was created from a portion of Prince George's County and Virginia in 1790, and, although it did not achieve cosmopolitan status until after the Civil War, Washington, D.C. did begin to affect the development of the county. In 1835, one of the first railroads in the country opened between Baltimore and Washington, passing through Bladensburg and giving birth to the town of Beltsville, which became a thriving trading center. Another change in the first half of the 19th century was the appearance of large-scale industry. Nicholas Snowden's large gristmill on the Patuxent River was converted to a cotton mill in the 1820s, and with the arrival of the railroad a decade later, a sizable community known as Laurel grew around the mill. Laurel was the first town in the county to owe its existence to industry (Virta 1991:86–87). Most of this development was in the northern part of the county in the corridor between Washington and Baltimore, however. Railroads were not extended to Upper Marlboro until after the Civil War, and many of the communities in the region today developed after the construction of the Baltimore & Potomac Railroad beginning in 1868 (Beauregard et al. 1995:II:13).

Sentiment in the region was primarily with the Confederacy at the outbreak of the Civil War, but the residents realized that proximity to Washington meant that their farms would be a battleground if they chose to secede, and several proposals to secede were defeated (Riley 1905). Some county residents crossed into Virginia to join the Confederate Army and many others who remained at home provided aid and supplies to Confederate forces. Throughout the war, many residents of the area tried to remain neutral, although they rejected any attempts to abolish slavery. Marylanders served in both armies. Many slaves escaped to Washington, D.C. after slavery was abolished there or enlisted in the Union army to secure their freedom (Virta 1991:120–122).

00013604

Federal troops under the command of General Butler were sent on 23 April 1861 to occupy Annapolis. Because of the occupation, the General Assembly met in Frederick City instead. No reports of violence against the Federal troops is recorded, but the local newspaper apparently reported that the people of Annapolis were "highly indignant at the occupation" (Riley 1905:96). Some of these southern sympathizers were impressed into service in the construction of fortifications when federal troops learned of General Early's imminent raid on Maryland in July 1864 (Riley 1905).

## Industrial/Urban Dominance (A.D. 1870–1930)

After the Civil War, a return to the plantation way of life was impossible for most, primarily due to the loss of the slave labor force. Large plantations were divided into smaller manageable farms, and new crops such as fruits and vegetables joined the staple crops of corn, wheat, and tobacco. A few had the resources to purchase land; still others left the rural areas in search of opportunity elsewhere, particularly in Washington, D.C. or Baltimore. Meanwhile, the old aristocracy tried to rebuild their lives and fortunes without the help of slave labor. Many of these families never recovered their lost wealth, and in general the agricultural life no longer held the promise of a life of opulent leisure. Instead, most farmers worked modest acreage with the help of their family or tenants. As in other areas where slaves had formed the basis of the agricultural system before the war, after the war, the number of farms increased while their average size decreased significantly. Agricultural production improved after a period of crisis following the war. Although tobacco remained one of the area's most important crops, truck farming increased as a viable alternative. Transportation improvements permitted a variety of farm products to be more easily shipped and sold in the growing urban markets of Washington, Baltimore, and New York. Anne Arundel County, surrounded by and dissected by waterways, began to commercially exploit the available natural resources and soon, much of the population was involved in the growing seafood industry. The county's numerous points of access to navigable waterways provided dependable transportation on steamboats for freight and passenger service. Food needs created by World War I increased the marketability of the county's farm produce and the invention of the cigarette machine in 1881 made tobacco farming profitable again (Hughes 1994). The canning industry was also locally important.

Village life characterized much of the area, as small towns grew to accommodate the needs of the surrounding farmers. Public school systems were established, which eventually attracted students from well-to-do families away from the private schools and served to create a more egalitarian atmosphere. Laurel remained the only town in the Prince George's County to be supported primarily by industry rather than agriculture and trade (Virta 1991:136–137). Processing plants such as fruit and seafood canneries did become important industries in small towns along the railroad lines. The first such cannery in the country opened in La Plata in 1883 (Beauregard et al. 1995:II:14).

As Washington, D.C. grew in the years after the Civil War, the notion of suburban living began to surface among the city's developers. Real estate within the city was prohibitively expensive for modest government clerks and others employed in the city, and gradually houses to accommodate these classes were constructed outside the city. The earliest of these were within the limits of the old Washington, D.C., beyond Florida Avenue. By the 1870s and 1880s, promoters had begun to sell the charm of small towns that had grown up along the Baltimore & Ohio Railroad in northern Prince George's County, including Bladensburg, Hyattsville, and Beltsville. In those towns were already established schools, churches, stores, and community life that attracted city residents who desired the advantages of country life without the isolation. Not all of the residents of these towns were commuters, as banks, stores, and other businesses were needed to serve the new residents. After the turn of the century, streetcar lines were constructed east of the District along railroad lines originally constructed to serve the summer resort traffic to the beaches of eastern Maryland, and the expansion of the federal government during World War I accelerated the pace of suburbanization.

00013605

Suburban development was generally contained in the corridors north and east of Washington until after World War II. Despite the growth along this suburban corridor, the southern part of Prince George's County and much of Anne Arundel and Charles counties remained rural in character, dotted with small towns and crossroads communities. Most of the residents of this area continued to make their living from agriculture or by providing services to farmers into the 20th century (Virta 1991:190–191).

### Modern Period (A.D. 1930–Present)

A second wave of suburbanization followed the growth of the federal government brought about by the New Deal, but the most important changes involved transportation improvements. Route 301 and the Potomac River Bridge were completed in 1940, creating a corridor used by tourists and truckers between New York and Florida, and contributing to commercial development along the route. Use of the Route 301 corridor declined after the construction of Interstate 95 in the late 1960s. Andrews Air Force Base, originally known as Camp Springs Army Air Field, opened in 1943, attracting permanent residents to the area. The base was expanded in the 1960s and again in the 1970s. The current trend is toward decreased agricultural and increased residential use in the area. Road improvements to Route 50 and Route 450 have allowed easier access to the outlying D.C. metropolitan areas. Numerous new suburban neighborhoods and shopping centers are planned, in progress, or completed. Anne Arundel County became a tourist destination, and hotels and cottages were constructed to take advantage of the county's natural attractions—sandy beaches and numerous waterways. Beach resorts, such as Beverly and Triton were developed in the 1930s and are now part of the county park system. More recently, numerous large-scale housing developments have encroached on the basically still rural character of the county.

Today, many Prince George's County and Anne Arundel County residents, as well as commuters from outer counties, work in the federal institutions in the area, including Andrews Air Force Base, Fort George G. Meade Army Installation, the Census Bureau, Beltsville Agricultural Research Center, and NASA's Goddard Space Flight Center. Extended rail and bus service resulted in the development of outlying towns (Virta 2007). Despite the large commuter population, there remain rural regions where inhabitants earn their living though farming, and to a lesser degree, livestock. Aside from federal agencies and farm-based exploits, others work in rail and air industries, engineering, procurement of building materials (i.e., sand and gravel), food processing, and research agencies (Kirby et al. 1967).

## PREVIOUSLY RECORDED CULTURAL RESOURCES IN THE SURVEY AREAS

### Cabin Branch (RFP-4) Stream Mitigation Site

Ten archaeological sites are documented within a mile of the Cabin Branch stream mitigation site (Table 3.1). One of the sites, an Early Archaic and Late Archaic lithic scatter (18AN725), is adjacent to the north of the archaeology survey area and LOD. Two other sites are located a short distance outside of the archaeology survey area and LOD, one (18AN726) is a late 19th to 20th century house site and one (18AN743) is a short-term resource procurement site with Early Archaic and Late Woodland period components. Other sites within a mile of the stream mitigation site include lithic scatters dating to unidentified pre-contact time periods (18AN1303 and 18AN1547 [which also contains a late 19th to early 20th century schoolhouse]); short term resource procurement sites with Archaic and Woodland components (18AN724, 18AN742); a late 18th to 20th century artifact scatter and kitchen midden (18AN636); a late 18th to mid-19th century artifact scatter (18AN637); and an early 18th to 20th century farmstead (18AN635). Archaeological sites in the area have primarily been found on higher landforms, including hillslopes, hilltops, interior flats, and upland flats.

28

00013606

**Table 3.1. Previously Recorded Archaeological Sites within a Mile of the Cabin Branch Site.**

| Number | Site Type | Temporal Affiliation | Landform | Elevation (ft AMSL) |
|---|---|---|---|---|
| 18AN635 | Farmstead | Early 18th to 20th Century | Hillslope, Hilltop/Bluff | 140 |
| 18AN636 | Artifact Scatter, Kitchen Midden | Late 18th to 20th Century | Hillslope, Hilltop/Bluff | 148 |
| 18AN637 | Artifact Scatter | Late 18th to Mid-19th Century | Hillslope, Hilltop/Bluff | 158 |
| 18AN724 | Short-term Resource Procurement, Lithic Scatter | Early Archaic, Late Archaic, Late Woodland | Interior Flat, Hillslope | 129 |
| 18AN725 | Short-term Resource Procurement, Lithic Scatter | Early Archaic, Late Archaic | Interior Flat, Hillslope | 99 |
| 18AN726 | House Site | Late 19th to 20th Century | Low Terrace, Hillslope | 145 |
| 18AN742 | Short-term Resource Procurement, Lithic Scatter | Early Archaic, Woodland | Interior Flat, Hillslope | 155 |
| 18AN743 | Short-term Resource Procurement, Lithic Scatter | Early Archaic, Late Woodland | Interior Flat, Hillslope | 141 |
| 18AN1303 | Lithic Scatter | Unidentified Pre-Contact | Upland Flat | 180 |
| 18AN1547 | Lithic Scatter | Unidentified Pre-Contact | Upland Flat | 159 |
|  | Schoolhouse | Late 19th to Early 20th Century | Upland Flat | 159 |

## Mill Swamp (RFP-6) Stream Mitigation Site

Seven archaeological sites are documented within a mile of the Mill Swamp stream mitigation site, but none is within or in close proximity to the archaeology survey areas (Table 3.2). The archaeological sites within a mile of the stream mitigation site consist of lithic scatters dating to unidentified pre-contact periods (18CH867 and 18CH924); a Woodland period short-term resource procurement site (18CH44); a Late Woodland artifact scatter (18CH923); a late 19th to early 20th century house site (18CH866); and an early to mid-20th century house site (18CH926). No information is provided for 18CH173 on the site form. Also of local significance is site 18CH73, located just over a mile southwest of the stream mitigation site. This large site has produced a very high density of cultural material and cultural features associated with Early Archaic through mid-20th century components and is considered to be a good candidate for the location of a Piscataway village mapped by John Smith in 1608. Archaeological sites in the area have primarily been found on higher elevation terraces with well-drained soils.

**Table 3.2. Previously Recorded Archaeological Sites within a Mile of the Mill Swamp Site.**

| Number | Site Type | Temporal Affiliation | Landform | Elevation (ft AMSL) |
|---|---|---|---|---|
| 18CH44 | Short-Term Resource Procurement | Woodland | Low Terrace | 30 |
| 18CH173 | Unidentified | Unidentified | Unidentified | 20 |
| 18CH866 | House Site, Artifact Concentration | Late 19th to Early 20th Century | High Terrace | 170 |
| 18CH867 | Lithic Scatter | Unidentified Pre-Contact | High Terrace | 172 |
| 18CH923 | Artifact Scatter | Late Woodland | Low Terrace | 32 |
| 18CH924 | Lithic Scatter | Unidentified Pre-Contact | Low Terrace | 29 |
| 18CH926 | House Site | Early to Mid-20th Century | Low Terrace | 36 |

00013607

## Paint Branch (AN-6 and AN-7) Stream Mitigation Sites

Thirty-one archaeological sites are documented within a mile of the Paint Branch stream mitigation site (Table 3.3). Two of these are within the LOD and archaeology survey areas—a short-term resource procurement site dating to an unidentified pre-contact period (18PR113) and a late 19th century artifact concentration (18PR1133). Site 18PR1133 was recently recorded by prior Phase I survey for the MLS project (Arnold et al. 2020). Based on the original site form, however, site 18PR113 was mismapped in the MHT's online database and is actually located directly south of the mapped location, on the other side of the tributary (partially within the LOD). Site 18PR111, located just outside of the LOD, is also a short-term resource procurement site, possibly dating to the Archaic period. Other sites in close proximity to the LOD and archaeology survey areas include two lithic scatters dating to unidentified pre-contact periods (18PR744 and 18PR750); an early 20th century domestic site (18PR746); a quartz procurement site dating to an unidentified pre-contact period (18PR220); and an early 20th century refuse disposal location (18PR742). Phase II investigations were recently completed at 18PR750, which lies in between the archaeology survey areas for AN-6 and AN-7, for the MLS project. Other nearby sites include lithic scatters (18MO395, 18PR77, 18PR743, and 18PR1170); Archaic period campsites (18PR88 and 18PR1171); a lithic quarry site (18PR745); a Late Archaic short-term camp and lithic quarry site (18PR465); an Early to Middle Woodland short-term resource procurement site (18PR1024); a Paleoindian and Late Archaic short-term resource procurement site (18MO396); a Late Archaic and Early Woodland period base camp (18PR361); short-term resource procurement sites (18PR89, 18PR114, 18PR438, and 18PR645) containing Archaic and Woodland period components; an artifact concentration and farmstead ruin (18PR466); an early 20th century domestic site (18PR436); a mid-18th to late 20th century plantation and farmstead (18PR1171); a late 19th century mill raceway (18PR150); and several other sites with unidentified pre-contact and historic period components (18MO393, 18MO394, 18PR86, 18PR437, and 18PR746).

In general, the data show a moderate to high density of occupation in this area during the pre-contact and historic periods, with locations on all types of landforms, both at lower and higher elevations, selected for use. Of particular relevance to this project is the environmental situation of site 18PR1024, located on Paint Branch to the south of the archaeology survey area. That site contains Early and Middle Woodland occupations deeply buried below Codorus and Hatboro soils, a type that is very prevalent in this archaeology survey area.

**Table 3.3. Previously Recorded Archaeological Sites within a Mile of the Paint Branch Sites.**

| Number | Site Type | Temporal Affiliation | Landform | Elevation (ft AMSL) |
|---|---|---|---|---|
| 18MO393 | Lithic Scatter | Unidentified Pre-Contact | Low Terrace | 215 |
| | Artifact Concentration | Unidentified Historic | Low Terrace | 215 |
| 18MO394 | Lithic Scatter | Unidentified Pre-Contact | Low Terrace | 213 |
| | Artifact Concentration | Late 18th to Early 19th Century | Low Terrace | 213 |
| 18MO395 | Lithic Scatter | Unidentified Pre-Contact | Ridgetop | 226 |
| 18MO396 | Short-term Resource Procurement | Paleoindian and Late Archaic | Upland Flat | 205 |
| 18PR77 | Lithic Scatter | Unidentified Pre-Contact | Hillslope | 109 |
| 18PR86 | Short-term Resource Procurement | Late Woodland | Floodplain, Low Terrace | 134 |
| | Artifact Concentration | Possibly 19th Century | Floodplain, Low Terrace | 134 |
| 18PR87 | Unidentified | Unidentified Pre-Contact | Low Terrace | 99 |
| 18PR88 | Lithic Scatter | Archaic | Floodplain, Low Terrace | 95 |
| 18PR89 | Short-term Resource Procurement | Early Archaic, Late Archaic, Middle Woodland | Low Terrace | 88 |

30

00013608

**Table 3.3. Previously Recorded Archaeological Sites within a Mile of the Paint Branch Sites.**

| Number | Site Type | Temporal Affiliation | Landform | Elevation (ft AMSL) |
|---|---|---|---|---|
| 18PR111 | Short-term Resource Procurement, Quartzite Workshop | Possibly Archaic | Low Terrace | 103 |
| 18PR113 | Short-term Resource Procurement | Unidentified Pre-Contact | Low Terrace | 95 |
| 18PR114 | Short-term Resource Procurement | Possibly Archaic | Terrace | 89 |
| 18PR150 | Mill Raceway | Late 19th Century | Floodplain | 137 |
| 18PR220 | Quartz Procurement Site | Unidentified Pre-Contact | Floodplain, Low Terrace | 125 |
| 18PR361 | Base Camp, Lithic Scatter | Late Archaic, Early Woodland | Hillslope | |
| 18PR436 | Residence Site | Early 20th Century | Ridgetop | |
| 18PR437 | Lithic Scatter | Unidentified Pre-Contact | Ridgetop | 243 |
| | House Foundation | Early to Mid-20th Century | Ridgetop | 243 |
| 18PR438 | Short-term Camp, Lithic Scatter | Late Archaic, Possibly Woodland | Upland Flat | 195 |
| 18PR465 | Short-term Camp, Lithic Quarry/Extraction Site | Late Archaic | Ridgetop | 237 |
| 18PR466 | Farmstead Ruin, Artifact Concentration | Late 18th to Early 20th Century | Ridgetop | 282 |
| 18PR645 | Short-term Resource Procurement | Early to Late Archaic, Late Woodland | Floodplain, Hillslope | 125 |
| 18PR742 | Refuse Disposal | Early 20th Century | Hilltop/Bluff | 250 |
| 18PR743 | Lithic Scatter | Unidentified Pre-Contact | High Terrace | 150 |
| 18PR744 | Lithic Scatter | Unidentified Pre-Contact | High Terrace | 200 |
| 18PR745 | Lithic Quarry/Extraction Site | Unidentified Pre-Contact | High Terrace | 150 |
| 18PR746 | House Site, Artifact Scatter | Early 20th Century | Low Terrace | 175 |
| | Lithic Scatter | Unidentified Pre-Contact | Low Terrace | 175 |
| 18PR750 | Short-term Resource Procurement, Lithic Quarry/Extraction, Lithic Scatter | Unidentified Pre-Contact | Floodplain | 125 |
| 18PR1024 | Short-term Resource Procurement, Stone Tool Manufacture and Maintenance | Early to Middle Woodland | Floodplain | 84 |
| 18PR1133 | Artifact Concentration | Late 19th Century | Upland Flat, Highway Berm | 115 |
| 18PR1170 | Lithic Scatter | Unidentified Pre-Contact | Hilltop/Bluff | 223 |
| 18PR1171 | Lithic Scatter | Late Archaic | Floodplain, Terrace, Hillslope, Hilltop/Bluff | 210 |
| | Plantation, Farmstead | Mid 18th to Late 20th Century | | |

31

This page intentionally left blank.

00013610

# 4. RESEARCH GOALS AND METHODS

## RESEARCH GOALS

The goals of the Phase I survey were to identify and characterize any archaeological resources present within the archaeology survey areas (as determined by MDOT SHA based on project plans available at the time of this survey) and evaluate the NRHP eligibility of identified archaeological resources as far as possible using Phase I methods.

The investigations complied and were consistent with all pertinent federal and state regulations, including, but not limited to, the 1986 Specifications for Consulting Engineers Services Manual, Section IV; Section 106 of the *National Historic Preservation Act* and its implementing regulations (36CFR 800, *Protection of Historic Properties*), as amended; the *National Environmental Policy Act* of 1969; the Advisory Council on Historic Preservation's *Treatment of Archaeological Properties*; the Secretary of the Interior's *Standards and Guidelines for Archaeology and Historic Preservation* (1983); the MDOT SHA's 2017 *Archaeology Guidelines for Consultants;* the Maryland Historical Trust's *Standards and Guidelines for Archeological Investigations in Maryland* (Shaffer and Cole 1994) and *Technical Update No. 1 of the Standards and Guidelines for Archeological Investigations in Maryland: Collections and Conservation Standards* (Morehouse et al. 2018); and the Maryland Historical Trust Act of 1985, as amended (State Finance and Procurement Article 5A-325 and 5A-326 of the Annotated Code of Maryland).

## RESEARCH METHODS

### Background Research

Extensive background research has been conducted for the MLS project (see Arnold et al. 2020), and only site-specific additional research was performed to develop an understanding of the types of resources already documented and potentially undocumented at each location and provide contexts for the interpretation of the archaeological deposits. Background research was conducted to gather information regarding previously recorded cultural resources in the vicinity of each survey area. This research included examination of archaeological site files in the MHT's online system as well as cultural resource reports, local and regional histories, historic maps, aerial photographs, and environmental data available online and in TRC's reference library. These data provided the contexts necessary for completing the background sections of the report, as well as provided a basis for predicting, interpreting, and evaluating the resources documented during the survey.

### Fieldwork

Shovel Test Excavation. Archaeological fieldwork began with the systematic excavation of shovel tests at 50-ft intervals in areas designated for survey. Any area where shovel testing was not considered warranted, such as in extensive disturbance, in wetland and/or poorly drained soils, or on steep slope, was examined by systematic surface inspection and documented in field notes and photographs. Each shovel test was 1.5 ft in diameter, a straight-sided cylinder (not conical), excavated by strata recorded in tenths of feet, and excavated to Pleistocene soils where feasible or a depth of at least 100 centimeters below surface (cmbs). A representative sample of shovel tests where Pleistocene soils or channel gravels were not reached at 100 cmbs were excavated as deep as feasible within the confines of the shovel test (to at least 120 cm deep). An auger was used to obtain information regarding deeper deposits if Pleistocene soils or channel deposits were not reached in a representative sample of those shovel tests, particularly the shovel tests in areas of Codorus and Hatboro alluvium, which were excavated to the maximum feasible depth of hand excavation where

00013611

channel deposits were not encountered above 100 cmbs. The purpose of this deep testing was to identify deeply buried deposits in such settings that may contain pre-contact or early historic period levels.

All excavated soils were screened through ¼ inch wire mesh, and artifacts were collected and bagged separately by stratum, depth, and material. All shovel tests were backfilled on the same day as excavation, following recordation. Soil descriptions followed USDA NRCS terminology, and Munsell colors were recorded for all strata. All shovel test locations were mapped and illustrated on plan maps, and the locations of all shovel tests were recorded using a GPS unit with submeter accuracy. Additional shovel tests were excavated as necessary to define site and/or isolated find boundaries, delineate intra-site activity areas, refine stratigraphic depths, and determine locations for optimal test unit placement (if warranted). Limited shovel testing was conducted outside the project LOD in several areas at the request of the MDOT SHA. At the conclusion of the shovel testing, TRC consulted with the MDOT SHA Archaeological Liaison regarding the proposed placement and number of test units if considered appropriate.

Test Unit Excavation. Subsequent to the shovel testing, 5 × 5 ft test units were excavated to document stratigraphy or explore deep deposits on sites that were considered to be potentially eligible for the NRHP. Test units (TUs) were placed in areas where shovel tests produced artifacts in relatively higher concentrations and/or generated diagnostic or potentially diagnostic artifacts. Test units were excavated in 6-inch levels within cultural strata and recorded in tenths of feet. Excavated soils were screened through ¼ inch wire mesh to ensure uniform artifact recovery. Each test unit was assigned an individual designation, and its location was plotted on the project map. Detailed notes regarding soil texture, Munsell color, artifact recovery, and disturbance were recorded for each stratum. At the conclusion of the excavation, at least two test unit walls were drawn and photographed. After excavation and documentation were completed, each test unit was backfilled, and the area was returned to the pre-excavation condition as far as possible.

## Laboratory Analysis

Following completion of each session of fieldwork, artifacts recovered from the investigations were returned to TRC's facility in Chapel Hill for cleaning and analysis. The laboratory processing included the preparation of a detailed inventory of the artifacts to ensure that all of the materials were present and organized and to facilitate subsequent analyses. Artifacts were cleaned, using techniques appropriate to the nature and condition of the materials. After processing, all artifacts were classified and catalogued using standard procedures.

Pre-Contact Lithic Analysis. Lithic artifacts were classified according to accepted regional practices. The primary division of all pre-contact lithic artifacts is into cores and/or tools that generally exhibit primarily negative flake scars and lithic debitage that generally exhibit positive bulbs of percussion. The debitage categories used are based primarily on those outlined by Sullivan and Rozen (1985) and include complete flakes, broken flakes, and shatter. Complete flakes exhibit a positive bulb of percussion on the ventral surface and are intact; broken flakes also exhibit a positive bulb of percussion on the ventral flake surface but have a snapped distal end; and shatter is angular flaking debris lacking a single interior (ventral) surface. A number of other attributes were recorded for each piece of debitage, including raw material, size, and reduction stage based on the presence of cortex (primary, secondary, tertiary). A few of the pieces of debitage exhibit classic characteristics of bipolar reduction technology and these were identified in the assemblages, but given that the predominant material type originated in cobble form, particularly on Paint Branch project sites, it is likely that additional artifacts resulting from this reduction technique exist within the assemblages (especially within the shatter category).

Lithic tools were categorized based on evidence of morphology, function, macroscopically detectable retouch and use-wear, and fracture attributes. Projectile points/knives (PPKs) are generally temporally diagnostic, and an attempt was made to classify these specimens according to regional and local types (cf.

34

Coe 1964; Dent 1995; Justice 1987). The following attributes were recorded for each: base shape, blade shape, presence of basal grinding, presence of cortex, thermal alteration, and evidence of resharpening or reworking. Metric attributes were also recorded to the nearest 0.1 mm for length, medial width, basal width, and thickness, and weight was measured to the nearest 0.1 gram. Length and width measurements were taken at medial points on the existing artifact, whether the specimen is broken or not.

Raw Material Identification. Raw materials for pre-contact stone artifacts were identified based on macroscopic characteristics.

Pre-Contact Ceramic Artifact Analysis. Pre-contact ceramic artifacts were analyzed by attributes such as temper type and size, sherd size, interior and exterior surface treatments, and adjunct decoration. Particle size categories consist of fine (⅛–¼ mm), medium (¼–½ mm), and coarse (½–1 mm). Exterior and interior surface treatments, such as cordmarked, fabric impressed, incised, or smoothed, were recorded where visible (not eroded). Ceramics were then assigned to regionally recognized types (e.g., Marcey Creek, Accokeek, Potomac Creek) where possible; in other cases (primarily where surface treatment is not identifiable), sherds were assigned to more descriptive categories (e.g., unclassified sand tempered cordmarked).

Historic Artifact Analysis. All historic artifacts were described and classified according to material type and function, using standardized and well-defined sorting criteria found in such sources as Miller (2000) and Noël Hume (1991). More specific published references for particular artifact types also were consulted for identification and dating information (e.g., Jefferson Patterson Museum 2015, SHA 2020). When possible, historic artifacts also were analyzed to determine their manufacturing date range and location of manufacture.

Historic ceramic artifacts were classified according to recognized types (e.g., pearlware, whiteware, porcelain), by decorative technique (e.g., handpainted, transfer print, decal), and by vessel form (e.g., plate, hollowware) according to standard historical archaeological practice. Glass artifacts have been described by type, color, size, and closure type according to published and web-based methods (e.g., SHA 2020). Every effort was made to describe artifacts as precisely as possible, including the identification of specific varieties (e.g., soda bottle, medicine bottle, bowl, button, etc.), manufacturers (e.g., Knox Glass Bottle Company, Hall China Company), or brands (e.g., Pepsi-Cola, Ball Perfect Mason).

All artifacts were grouped according to the artifact pattern model originally devised by South (1977) and revised by Garrow (1982). South's system was developed as a way of quantifying diversity in certain British Colonial-era assemblages and has inferential value in differentiating historic site types based on artifact group composition of assemblages. Since the publication of South's book in 1977, researchers have found that many archaeological sites do not fit the artifact patterns proposed by South and have added to and modified his original functional classification system (see Garrow 1982; Wheaton and Garrow 1985). Nevertheless, the widespread adoption and use of South's functional categories (and subsequent modifications and variants) has remained an effective way to organize archaeological data and discuss past lifeways and has been used for this study.

## Curation

The curation procedures follow the methods used in previous work for the MDOT SHA. Artifacts were washed, sorted, labeled, bagged, and boxed in accordance with 36 CFR 79 and the standards of the MHT. All project records, including but not limited to field notes, photographs, field maps, and records will be curated in accordance with 36 CFR 79 at the Maryland Archaeological Conservation Laboratory (MAC Lab). After the final report is accepted, all project materials for which a clear deed of gift can be obtained will be submitted to the MAC Lab for permanent curation.

00013613

**NATIONAL REGISTER ELIGIBILITY ASSESSMENT**

The significance of each archaeological resource is evaluated according to the National Register *Eligibility Criteria*, as outlined in 36 CFR 60.4 (USDOI 1991). The *Eligibility Criteria* state:

> The quality of significance in American history, architecture, archaeology, engineering, and culture is present in districts, sites, buildings, structures, and objects that possess integrity of location, design, setting, materials, workmanship, feeling, and association, and:
>
> A. That are associated with events that have made a significant contribution to the broad pattern of our history; or
>
> B. That are associated with the lives of persons significant in our past; or
>
> C. That embody the distinctive characteristics of a type, period, or method of construction, or that represent the work of a master, or that possess high artistic value, or that represent a significant and distinguishable entity whose components may lack individual distinction; or
>
> D. That have yielded, or may be likely to yield information important to history or prehistory.

The regulations also include several criteria considerations (USDOI 1991), but those are generally not relevant to archaeological sites. The potential eligibility of each site was evaluated in light of all four eligibility criteria. Most archaeological sites that are deemed eligible for the National Register are recommended due to their research potential, under Criterion D. In order to assess a site's eligibility under this criterion, researchers must consider how each site could provide data relevant to pertinent regional research questions. Several factors are considered in assessing site significance and research potential; as enumerated by Glassow (1977); these include

- the variety of remains, or clusters of remains, encountered in a specific resource;
- the quantity of remains;
- the clarity of archaeological deposits;
- the "integrity" (state of preservation or completeness of an assemblage) of archaeological deposits; and
- the environmental context of a particular locale.

Artifact variety is a quantification of the number of different artifact categories represented on a site. Artifact variety and quantity are related to a number of factors of site occupation, including site function, occupation duration, number of components, and group size, but also relate to the potential to draw meaningful data from an assemblage. There is not a direct relationship between artifact quantity and data potential, however, especially in cases where the artifacts derive from a restricted number of artifact classes and cannot be associated with specific occupational components.

The integrity of an archaeological site is determined by the degree to which the stratigraphy appears to be intact and whether or not a site contains intact cultural features, while site clarity relates to the ability with which artifacts and data from specific components can be isolated and analyzed. Although the concepts are related, the two are not always linked. It is possible for a site with good integrity to lack clarity, in that the discrete cultural features are lacking and the degree of component overlap makes it impossible to sort out materials from individual deposits. Conversely, a small single component site could potentially have excellent clarity, while lacking features or stratigraphic integrity. The nature of deposits (intact, partially disturbed, obliterated, etc.) has direct bearing on the potential to view a site within the context of its past, and on the degree to which it can provide data based on the material record. In short, the integrity of a site (and thereby its potential NRHP eligibility) is directly tied to its capacity to address research questions.

00013614

The environmental context of a site involves the surrounding natural factors that affect post depositional changes to the archaeological remains. For example, sites can be buried intact by eolian and flood deposits or scoured by flood waters and erosion.

All of these factors must be considered when evaluating the research potential of an archaeological site—that is, its ability to provide "information important to history or prehistory." Further consideration should also be given to whether a site will not only provide redundant information, but potentially contains new or additional supportive data useful for addressing current regional research questions.

00013615

This page intentionally left blank.

00013616

# 5. RESULTS OF CABIN BRANCH (RFP-4) SITE PHASE I SURVEY

This chapter presents the results of the Phase I archaeological survey conducted along the headwaters of the Cabin Branch and Wilson Owens Branch drainages, tributaries of the Patuxent River located in Anne Arundel County near the community of Greenock, Maryland. Wilson Owens Branch (WOB) is located on the north side of Greenock Road, and Cabin Branch (CB) is located to the south of Greenock Road (Figures 5.1 and 5.2). To organize the discussion, the results of investigation of the archaeology survey areas are presented in sections divided by the two streams, and then each stream is divided roughly in half based on the property owners. Wilson Owens Branch is divided into the Greenock Hills Stables area to the east and the Cannon Golf Club area to the west; Cabin Branch is divided into the Lare Property area to the north and the Greenock Hills Stables area to the south.

Background research indicated that there is one previously recorded site just to the north of the northern archaeology survey area (18AN725) and two previously recorded sites (18AN726 and 18AN743) within 500 ft of that archaeology survey area. All of these sites are located to the north of Wilson Owens Branch within the Cannon Golf Club property, and they are all currently situated on the golf course. They were identified in June 1989 by John E. Harms Jr. & Associates, Inc. as part of the Old South Colony Country Club project. Site 18AN725 is described as an Early and Late Archaic short-term resource procurement camp, site 18AN726 is described as a late 19th–20th century house site that has been bulldozed, and site 18AN743 is described as an Early Archaic and Late Woodland short-term resource procurement camp. All of the sites are represented by artifacts recovered from the ground surface within recently plowed areas; none of the shovel tests excavated on these sites contained artifacts (Gaber and Mackie 1989).

A review of 19th and 20th century maps showed no structures depicted within the archaeology survey areas (Hopkins 1878; USGS 1895, 1899, 1905, 1944). There are structures depicted near the farm roads that are proposed as temporary access roads for the project (USGS 1905, 1944, 1957), but the locations of these structures are unreliable when compared to modern mapping. Aerial photographs from 1953, 1957, 1964, and 1970 show no structures within the archaeology survey areas (historicaerials.com 2020).

## WILSON OWENS BRANCH GREENOCK HILLS STABLES SECTION

The archaeology survey area along Wilson Owens Branch and within the Greenock Hills Stables property is an irregular shaped area measuring between 100 and 400 ft wide that follows the stream for approximately 1,600 ft (Figure 5.1). At its eastern end, the archaeology survey area extends northward for approximately 900 ft following an unnamed ephemeral tributary of Wilson Owens Branch. Most of this area is in hardwood forest with a light to moderately dense understory, but the southern end of the archaeology survey area is within pasture and an agricultural field (Figures 5.3–5.7). A 16-ft-wide gravel farm road extends from the archaeology survey area for approximately 1,150 ft south to end at Greenock Road and will be used as a temporary access road for the project. The areas immediately surrounding Wilson Owens Branch are low and wet with some standing water, but farther from the stream there are several terraces within the archaeology survey area that are situated on well-drained soils. The portion of the archaeology survey area surrounding the ephemeral tributary also contained well-drained soils. According to the USDA NRCS (2020), the wetland areas are underlain by Widewater and Issue soils (0–2% slopes), which are frequently flooded, and the well-drained areas are situated on Marr-Dodon complex soils (5–15% slopes). The typical soil profile observed in shovel tests in this area involved an Ap/Bt1/Bt2 horizon sequence, with the Bt1 horizon varying in thickness. A total of 177 shovel tests were excavated within this section of the RFP-4 Cabin Branch stream mitigation site, 26 of which contained artifacts associated with four newly identified resources (18AN1696, 18ANX520-1, 18ANX520-2, and 18ANX520-3), representing one historic artifact scatter, two isolated artifacts, and one redeposited artifact scatter. Shovel tests were not excavated along the existing gravel road, in areas of standing water, or in areas of greater than 15 percent slope.

00013617

This page intentionally left blank.

00013618



Figure 5.1. Northern Portion of Cabin Branch Archaeology Survey Areas, Shovel Tests, and Resources.

00013619



Figure 5.2. Southern Portion of Cabin Branch Archaeology Survey Areas, Shovel Tests, and Resources.

00013620



Figure 5.3. View of Wet Area along WOB within the Greenock Hills Stables Section, Facing West.



Figure 5.4. View of Pasture in WOB Greenock Hills Stables Section, Facing Southwest.

43



Figure 5.5. View of Agricultural Field in WOB Greenock Hills Stables Section, Facing East.



Figure 5.6. View of Unnamed Tributary within WOB Greenock Hill Stables Section, Facing South.

44

00013622



Figure 5.7. View of Farm Road within WOB Greenock Hill Stables Section, Facing South.

### 18ANX520-1

Resource 18ANX520-1 is identified by a quartz tertiary flake recovered from the Ap horizon of shovel test 7.1, which was located on a wooded hillslope to the west of the unnamed tributary to Wilson Owens Branch (see Figure 5.1; Figure 5.8). The area to the southeast of the find is a broad wetland at the confluence of the tributary with Wilson Owens Branch. Six delineation shovel tests were excavated at 25-ft intervals around shovel test 7.1, none of which produced artifacts; delineation shovel tests were not excavated to the northwest of the find outside the archaeology survey area, which is the same as the LOD boundary in that area (Figure 5.10). Shovel test 7.1 contained an Ap horizon (0–0.7 ft below surface [fbs]) of dark brown (10YR 3/3) sandy loam underlain by a Bt1 horizon (0.7–1.7 fbs) of brownish yellow (10YR 6/6) sandy clay loam underlain by a Bt2 horizon (1.7–2.5 fbs) of brownish yellow (10YR 6/6) sandy clay (Figure 5.9). Soils in most of the delineation shovel tests were eroded and displayed an Ap horizon over a Bt horizon that was often wet but similar in color and texture to the Ap and Bt2 horizons described above.

Resource 18ANX520-1 is an isolated artifact associated with an ephemeral pre-contact period use of this area. The artifact was recovered from the plowzone, and given the slope in this area (10–15%), it is possible that it eroded down from the higher elevation landform located to the northwest. Based on the isolated nature of the artifact and its recovery from the Ap horizon, the artifact does not have the ability to provide information important in history. No further archaeological investigation of this area is recommended for the project as scoped.

45



Figure 5.8. View of Resource 18ANX520-1, Facing North.



Figure 5.9. View of Representative Shovel Test Profile at Resource 18ANX520-1.

46



Figure 5.10. Map of Resource 18ANX520-1.

47

00013625

### 18ANX520-2

Resource 18ANX520-2 is represented by a primary rhyolite flake recovered from the Ap horizon of shovel test 7.15, which was located on a hillslope approximately 40 ft west of the unnamed tributary to Wilson Owens Branch (see Figure 5.1; Figure 5.11, Figure 5.12). The find was located next to a small agricultural field to the west that was planted in corn at the time of the survey. Six delineation shovel tests were excavated at 25-ft intervals around shovel test 7.15, none of which produced artifacts (Figure 5.12). Shovel test 7.15 displayed a typical soil sequence for the area, with an Ap horizon (0–1.6 fbs) of brown (10YR 4/3) sandy loam on top of a Bt horizon (1.6–3 fbs) of light yellowish brown (2.5Y 6/4) sandy clay loam underlain by a Btg horizon (3–3.6 fbs) of reddish yellow (7.5YR 6/8) sandy clay (Figure 5.13).

Resource 18ANX520-2 is represented by a single piece of rhyolite debitage dating to an unidentified pre-contact period. The artifact was recovered from the Ap horizon and may have been redeposited in this location by erosion from a site located on the higher elevation landform to the west, outside the survey area and outside the LOD. Resource 18ANX520-2 represents ephemeral use of this area. Based on the isolated nature of the artifact and its recovery from the Ap horizon, the artifact does not represent a substantial archaeological resource, and additional investigation is unlikely to provide information important in history. No further archaeological investigation of resource 18ANX520-2 is recommended.



Figure 5.11. View of Resource 18ANX520-2, Facing South.

48

00013626



Figure 5.12. Map of Resources 18ANX520-2 and 18ANX520-3.

49

00013627



Figure 5.13. View of Representative Shovel Test Profile at Resource 18ANX520-2.

**18ANX520-3**

Resource 18ANX520-3 is located in the northeastern corner of the survey area on the hillslope of a knoll that is currently covered in hardwood forest surrounding the ephemeral drainage, with agricultural fields to the west, north, and east (see Figure 5.1; Figure 5.14). The soil within the resource area is mapped as Marr-Dodon complex (5–15% slopes), which consists of well-drained soils that are found on knolls, interfluves, and stream terraces formed on fluviomarine deposits (USDA NRCS 2020). The resource was initially identified by a berm largely comprised of brick and roofing slate surrounded by a surface scatter of historic artifacts (Figure 5.15). A total of 15 of 43 shovel tests excavated within the site boundary produced a total of 35 historic period artifacts. The dimensions of the resource as currently identified are 250 ft north-south by 175 ft east-west, but the debris likely extends outside the survey area to the east. The resource is bounded by negative shovel tests to the south, west, and north; by the ephemeral tributary to the west; and by the project LOD to the east.

Two typical stratigraphic sequences were observed in the shovel tests in this area. Shovel test 11.2 displayed the soil sequence most frequently encountered in the area immediately surrounding the brick pile, which consisted of an Ap horizon (0–0.4 fbs) of very dark grayish brown (10YR 3/2) sandy loam overlying an E horizon (0.4–0.9 fbs) of brownish yellow (10YR 6/6) sandy clay loam underlain by a Bt horizon (0.9–1.3 fbs) of reddish yellow (5YR 6/8) sandy clay (Figure 5.16). Shovel tests closest to the ephemeral drainage and farther from the brick pile contained a soil sequence similar to that seen in shovel test N375 E475, which was an Ap horizon (0–0.5 fbs) of brown (10YR 4/3) sandy loam underlain by a Bt1 horizon (0.5–2.4 fbs) of yellowish brown (10YR 5/4) fine sandy loam underlain by a Bt2 horizon (2.4–3.1 fbs) of brownish yellow (10YR 6/6) sandy clay loam. The latter sequence is consistent with Marr-Dodon complex soils, and the former is likely the result of disturbance and erosion (USDA NRCS 2020).

00013628



Figure 5.14. View of Resource 18ANX520-3, Facing East.



Figure 5.15. View of Brick and Roofing Slate Pile at Resource 18ANX520-3, Facing Northeast.

51

00013629



Figure 5.16. View of Representative Shovel Test Profile at Resource 18ANX520-3.

Forty-three shovel tests were excavated across this area within the project LOD at 25- and 50-ft intervals, and 15 of these contained artifacts; no shovel tests were excavated outside the project LOD in this area as it was clear that these materials were not associated with intact archaeological deposits—see below (see Figure 5.10). A total of 35 historic period artifacts were recovered, with individual shovel tests producing only one to three artifacts each; only a sample of brick and roofing slate fragments was collected. Artifacts were recovered from the Ap horizon ($n$=28) and the Bt1 horizon ($n$=3), and a representative sample of temporally diagnostic artifacts was collected from the ground surface ($n$=4). Considering the sandy soils at this site, the artifacts within the Bt1 horizon are likely the result of downward movement from bioturbation.

The 35 artifacts from 18ANX520-3 include one brick fragment, three aqua window glass fragments, one slate roofing shingle fragment, one cut nail, one creamware sherd, three salt glazed stoneware sherds, one Rockingham type stoneware sherd, six pearlware sherds, four whiteware sherds, five glass bottle fragments, six glass container fragments, one glassware fragment, and two unclassified metal objects (Figures 5.17 and 5.18; Table 5.1). The artifacts date from the early 19th through mid-20[th] centuries.

A structure attributed to G.W. Welch is depicted near this location on the 1878 Hopkins atlas map. A structure shown in a similar location appears on the 1905 Bristol, MD USGS map and continues to be depicted in that location until 1942 (USGS 1905, 1942). A structure is then shown approximately 350 ft east of the brick pile (outside the project LOD) on the 1944 Bristol, MD USGS map and is shown at that location through 1979 (USGS 1944, 1957, 1979). Aerial photography from 1953 through 1970 shows a structure at that same location (historicaerials.com 2020). The structure visible on the 1953–1970 aerial photography is no longer visible on images from 1980, and a new structure appears approximately 200 ft to the southeast at that date. During the survey, communication with the current landowner confirmed that the brick pile and associated artifact scatter are the result of the demolition of a 19th century dwelling, which was the structure visible on the 1953–1970 aerial photography, and the debris from that dwelling was deposited in the nearby forested area at the location of 18ANX520-3. Although the artifacts found in the survey area are likely associated with a site located outside the project LOD, these materials were

52

redeposited from the original location and the artifacts recovered during the survey are not from an *in situ* context. Based on the lack of *in situ* deposits, the low artifact density, the recovery of the bulk of the assemblage from the plowzone, and the lack of cultural features in this area, the resource was assigned an X/isolated find designation rather than an archaeological site number.



Figure 5.17. Representative Ceramic Artifacts from Resource 18ANX520-3. a) gray salt glazed stoneware rim with hand brushed cobalt decoration; b, c) undecorated gray salt glazed stoneware; d) molded Rockingham type earthenware; e) blue shell edge pearlware rim; f) medium blue transfer print pearlware rim

00013631



Figure 5.18. Representative Artifacts from Resource 18ANX520-3. a) enameled red glassware; b) colorless panel bottle base; c) slate roofing shingle; d) aqua hobble skirt bottle base

Resource 18ANX520-3 is the location of redeposited materials associated with a 19th and 20th century domestic occupation that were dumped in this area when the associated dwelling was demolished sometime in the 1970s. The original location of this dwelling and the area immediately surrounding it (both located outside the project LOD) may contain cultural deposits that would provide information about historic occupation in this area, but the redeposited materials located within the project LOD do not represent an intact substantial or significant archaeological resource, and 18ANX520-3 does not have the ability to yield further information regarding historic period occupation of this area. No additional archaeological investigation is recommended for 18ANX520-3 for this project as scoped.

00013632

**Table 5.1. Artifacts from Resource 18ANX520-3.**

| Functional Group | Artifact Type | Ap | Bt | Total |
|---|---|---|---|---|
| Architectural | Brick, Fragment | 1 | | 1 |
| | Nail, Cut | 1 | | 1 |
| | Slate Roofing Shingle, Fragment | 1 | | 1 |
| | Window Glass | 3 | | 3 |
| Kitchen | Creamware, Factory Slipped | 1 | | 1 |
| | Gray Salt Glazed Stoneware, Blue Hand Brushed | 1 | | 1 |
| | Gray Salt Glazed Stoneware, Undecorated | 1 | 1 | 2 |
| | Pearlware, Blue Shell Edge | 1 | | 1 |
| | Pearlware, Blue Transfer Print | 2 | | 2 |
| | Pearlware, Undecorated | 2 | 1 | 3 |
| | Rockingham Type Stoneware, Molded | 1 | | 1 |
| | Whiteware, Factory Slipped | 1 | | 1 |
| | Whiteware, Undecorated | 3 | | 3 |
| | Glass Container, Bottle, Fragment | 3 | | 3 |
| | Glass Container, Panel Bottle, Fragment | 1 | | 1 |
| | Glass Container, Unclassified, Fragment | 5 | 1 | 6 |
| | Glass Hobble Skirt Bottle, Fragment | 1 | | 1 |
| | Glassware, Enameled, Fragment | 1 | | 1 |
| Miscellaneous | Unclassified Metal Object | 2 | | 2 |
| **Total** | | **32** | **3** | **35** |

### 18AN1696

Site 18AN1696 is a low-density scatter of historic period artifacts located along the southeastern edge of the project LOD in this section (see Figure 5.1). The site is within an agricultural field that was fallow at the time of survey and is situated within an ephemeral drainage that flows northward between adjacent knolls on the side slope of a dissected ridge (Figure 5.19). The soil series mapped in this area is the Marr-Dodon complex (10–15% slopes), which is found on knolls and interfluves (USDA NRCS 2020). The dimensions of the resource as currently defined are 150 ft north-south by 150 ft east-west, but the site extends outside the project LOD to the south based on limited shovel testing conducted outside the project LOD in that direction, with the landowner's permission. The resource is bounded within the LOD by negative shovel tests to the east, north, and west (Figure 5.20).

Shovel tests in this area encountered two typical stratigraphic sequences depending on their proximity to the ephemeral drainage. Shovel tests within the ephemeral drainage contained an Ap horizon (0–0.4 fbs) of dark yellowish brown (10YR 4/4) sandy loam overlying a Bt horizon (0.4–1.0 fbs) of yellowish brown (10YR 5/4) sandy clay loam underlain by an Ab horizon (1.0–2.4 fbs) of yellowish brown (10YR 5/6) sandy loam underlain by a 2Bt horizon (2.4–3.4 fbs) of brownish yellow (10YR 6/8) mottled with light gray (10YR 7/2) loamy sand (Figure 5.21). Auger testing showed that the 2Bt horizon continued to a depth of 5.0 fbs and was underlain by a 2BCg horizon (5.0–5.8 fbs) of yellowish brown (10YR 5/4) loam and a 2Cg horizon (5.8–9.0+ fbs) of brownish yellow (10YR 6/8) sandy clay mottled with light gray (10YR 7/2) clay. The Ab horizon is very mottled and likely represents an older plowzone. Shovel tests outside of the ephemeral drainage displayed a sequence that involved an Ap horizon (0–0.6 fbs) of dark yellowish brown (10YR 4/4) sandy clay loam underlain by a Bt horizon (0.6–1.1 fbs) of brownish yellow (10YR 6/8) sandy clay overlying a hydric Cg horizon (1.1–1.6+ fbs) of light gray (2.5Y 7/1) mottled with pale yellow (5Y 8/2) clay (Figure 5.22). These soils appear consistent with a mix of the Marr-Dodon complex soils with the Widewater and Issue soils that are frequently flooded and mapped about 20 ft north of the site boundary in the area surrounding Wilson Owens Branch (USGS NRCS 2020).

55

00013633



Figure 5.19. View of Site 18AN1696, Facing East.

Twenty-nine shovel tests were excavated across this area at 25- and 50-ft intervals, and nine of these contained artifacts (Figure 5.20). Shovel test 5.9 (N550 E500) produced 22 historic artifacts, but the remaining shovel tests that contained artifacts only produced between one and five each. Nineteen of the 22 artifacts from shovel test 5.9 are glass canning jar fragments, all likely from the same jar. A total of 43 historic period artifacts were recovered from the Ap ($n$=27) and Ab ($n$=16) horizons (Table 5.2). These are mostly kitchen group ($n$=35) items, with activities ($n$=2), architectural ($n$=4), and miscellaneous ($n$=2) group items also represented. The artifacts include one brown salt glazed stoneware, one gray salt glazed stoneware, one creamware, one ironstone, two pearlware, two whiteware, and two yellowware sherds; two glass bottle, 19 glass canning jar, and three glass container fragments; part of an aluminum Miller Lite can, two terracotta flowerpot sherds, two brick fragments, one laminated "safety" glass fragment, one window glass fragment, one aerosol can fragment, and one unclassified plastic object (Figure 5.23). All of the ceramic sherds are undecorated, and all but one of the ceramic artifacts were found in the Ab horizon. The Ab horizon also produced the unclassified plastic object, and the only ceramic found in the upper A horizon is potentially the earliest artifact found on the site—the creamware sherd. The artifacts are associated with a wide range of potential manufacture dates between the late 18th through late 20th centuries.

No structure is shown within the site boundary on late 19th through late 20th century maps, but a house and barn are currently located about 325 ft to the south and 200 ft to the southeast of the site, respectively. The 1905 Owensville, MD USGS map depicts a structure near the current location of the barn, and that structure continues to be depicted in that location through the 1944 Bristol, MD USGS map. The 1957 Bristol, MD USGS map shows an outbuilding at the location of the structure depicted on the earlier maps, and a new structure is shown to the southwest of the outbuilding; these two structures continue to be depicted at these locations through the 1979 Bristol, MD USGS map and appear to correspond to the house and barn that were standing to the south of the site at the time of the survey. The artifacts found on the site are likely associated with the structures located outside the project LOD, but the artifact assemblage appears to be the result of intermittent discard over a long period of time combined with the effects of erosional forces.

00013634



Figure 5.20. Map of Site 18AN1696.

57

00013635



Figure 5.21. View of Shovel Test 4.9 (N500 E500) Profile at Site 18AN1696.



Figure 5.22. View of Shovel Test N525 E475 Profile at Site 18AN1696.

00013636

**Table 5.2. Artifacts from Site 18AN1696.**

| Functional Group | Artifact Type | Horizon Ap | Ab | Total |
|---|---|---|---|---|
| Activities | Terra Cotta, Flowerpot Fragment | 2 | | 2 |
| Architectural | Brick Fragment | 1 | 1 | 2 |
| | Laminated "Safety" Glass | | 1 | 1 |
| | Window Glass | | 1 | 1 |
| Kitchen | Brown Salt Glazed Stoneware, Undecorated | | 1 | 1 |
| | Creamware, Undecorated | 1 | | 1 |
| | Gray Salt Glazed Stoneware, Undecorated | | 1 | 1 |
| | Ironstone, Undecorated | | 1 | 1 |
| | Pearlware, Undecorated | | 2 | 2 |
| | Whiteware, Undecorated | | 2 | 2 |
| | Yellowware, Undecorated | | 2 | 2 |
| | Glass Container, Bottle, Fragment | 1 | 1 | 2 |
| | Glass Container, Canning Jar, Fragment | 19 | | 19 |
| | Glass Container, Unclassified, Fragment | 1 | 2 | 3 |
| | Aluminum Miller Lite Pull Tab Can | 1 | | 1 |
| Miscellaneous | Aerosol Can, Fragment | 1 | | 1 |
| | Unclassified Plastic Object, Fragment | | 1 | 1 |
| **Total** | | **27** | **16** | **43** |

Site 18AN1696 is represented by a small collection of 19th through 20th century artifacts found within the upper and lower A horizons, primarily within a gully/eroded area. The site extends outside the project LOD (the same as the archaeology survey area in this area) to the south, and the artifacts found within the LOD are likely associated with the historic occupation located well outside the LOD. Although artifacts were found in an apparent buried A horizon, this likely represents an older plowzone and there is no indication of vertical sorting by time period. No evidence of cultural features or intact substantial or patterned artifact deposits was observed within the project LOD. The house, the barn, and the area immediately surrounding them (all located outside the project LOD) may contain cultural deposits that would provide information about historic occupation in this area, but the portion of the site located within the project LOD does not represent an intact substantial or significant archaeological resource, and site 18AN1696 as represented within the project LOD does not have the ability to yield further information regarding historic period occupation of this area. No additional archaeological investigation is recommended for site 18AN1696 in association with this project as currently scoped.

00013637



Figure 5.23. Historic Artifacts from Site 18AN1696. a) undecorated gray salt glazed stoneware body sherd; b) undecorated yellowware rim; c) undecorated whiteware rim; d) glass machine made canning jar base; e) glass machine made canning jar continuous thread rim

00013638

**WILSON OWENS BRANCH CANNON GOLF CLUB SECTION**

At the western end of Wilson Owens Branch, the survey area within the Cannon Golf Club property is an irregular shaped area measuring between 100 and 350 ft wide that follows the stream for approximately 3,400 ft (see Figure 5.1). Most of this area is in a hardwood forest with light to moderately dense understory, but portions of the survey area cross over fairways on the Cannon Golf Club Course (Figures 5.24–5.26). The areas surrounding Wilson Owens Branch are low and wet with some standing water, but farther from the stream, the edges of several terraces with well-drained soils extend into the project LOD. According to the USDA NRCS (2020), the wetland areas are underlain by Widewater and Issue soils (0–2% slopes) and the well-drained areas are situated on Marr-Dodon complex soils (5–25% slopes). Shovel tests were excavated in areas with well-drained soils that are not on greater than 15 percent slope. The typical soil profile observed in shovel tests involved an Ap/Bt/Btg soil horizon sequence, with the Bt horizon varying in thickness; lower elevation areas displayed an Ap/Btg soil horizon sequence. In total, 24 shovel tests were excavated along eight transects, including the portion of the survey area adjacent to previously recorded site 18AN725, but none of these contained artifacts.



Figure 5.24. View of WOB within the Cannon Golf Club Section, Facing Southeast.

00013639



Figure 5.25. View of Wet Area at Base of Terrace in WOB Cannon Golf Club Section, Facing Northwest.



Figure 5.26. View of Golf Course in WOB Cannon Golf Club Section, Facing Northwest.

00013640

**CABIN BRANCH LARE SECTION**

The survey area along Cabin Branch and within the Lare property is an irregular shaped area measuring between 75 and 200 ft wide that follows the stream for approximately 1,900 ft (see Figure 5.2). Near the northern end, the survey area extends northwest for approximately 400 ft following an unnamed tributary of Cabin Branch. Most of the survey area is within a hardwood forest with moderately dense to very dense understory, but portions extend into agricultural fields and a residential lawn (Figures 5.27–5.28). A 14-ft-wide farm road (that would be used as a temporary access road for the proposed stream mitigation project) extends from the survey area following a grassy farm road for approximately 815 ft north to end at Greenock Road; adjacent to the farm road to the east are a corn crib and a barn (Figures 5.29–5.30). The areas immediately surrounding Cabin Branch contain poorly drained soils, but there are areas with well-drained soils along the edges of the survey area, particularly in the north half of the Lare property section. The portion of the survey area surrounding the unnamed tributary also contains well-drained soils. According to the USDA NRCS (2020), the wetland areas are situated on Widewater and Issue soils (0–2% slopes), which are frequently flooded, and the well-drained areas are underlain by Marr-Dodon complex (5–25% slopes) soils; the farm road is on Marr-Dodon complex (2–10% slopes) soils as well. A soil horizon sequence of Ap/Bt/Btg, with the Bt varying in depth, was the most commonly observed in shovel tests in this area. Likely due to plowing and erosion, an Ap/Bt soil horizon sequence with a Bt horizon of brownish yellow (10YR 6/8) dense sandy clay was typical within the lawn and agricultural areas. The shovel tests on Transect 28, which ran south/southwest along the eastern boundary of the LOD in the south half of this area, did not reach the Btg horizon, and an auger was used in three of the shovel tests to examine the deeply buried soils in that area. The auger tests encountered a series of sandy Btg and Cg horizons to depths of 7.5–10.5 fbs. A total of 76 shovel tests were excavated within this section of the RFP-4 Cabin Branch stream project LOD, and one of the shovel tests located along the farm road produced a single artifact that was designated isolated find 18ANX520-4.



Figure 5.27. View of Survey Area in Northern Portion of the CB Lare Section, Facing East.

00013641



Figure 5.28. View of Survey Area in Southern Portion of the CB Lare Section, Facing South.



Figure 5.29. View of Farm Road in CB Lare Section, Facing South.

64



Figure 5.30. View of Corn Crib and Barn in CB Lare Section, Facing Northeast.

**18ANX520-4**

A single tertiary rhyolite flake was recovered from the Ap horizon of shovel test 31.12, located along the farm road running south from Greenock Road toward the confluence of Cabin Branch and an unnamed tributary (see Figure 5.2; Figures 5.31 and 5.32). Two delineation shovel tests were excavated 25 ft to the north and south of shovel test 31.12, neither of which produced artifacts, and the isolated flake was designated 18ANX520-4. Delineation shovel tests were not excavated outside the project LOD to the east or west of the isolated find. Shovel tests displayed an Ap horizon (0–0.9 fbs) of brown (10YR 4/3) sandy loam underlain by a Bt horizon (0.9–1.4 fbs) of brownish yellow (10YR 6/8) sandy clay (Figure 5.33).

Resource 18ANX520-4 is represented by a single piece of rhyolite debitage recovered from the Ap horizon. Although the artifact find location was not fully delineated, based on the apparent isolated nature of the artifact and its recovery from the Ap horizon, it appears to be associated with an unidentified pre-contact period ephemeral use of this area but does not represent a substantial archaeological resource and no further archaeological investigation of this resource is recommended for this project as scoped.

65

00013643



Figure 5.31. Map of Resource 18ANX520-4.

66

00013644



Figure 5.32. View of Resource 18ANX520-4, Facing North.



Figure 5.33. View of Shovel Test 31.12 Profile at Resource 18ANX520-4.

67

00013645

## CABIN BRANCH GREENOCK HILLS STABLES SECTION

South of the Lare property, the section along Cabin Branch and within the Greenock Hills Stables property is an irregular shaped area measuring between 50 and 300 ft wide that follows the stream for approximately 3,600 ft (see Figure 5.2). The survey area deviates from Cabin Branch following three separate tributaries in the northeastern, northwestern, and southeastern portions of this section. Most of this section is in a hardwood forest with light to moderately dense understory, but portions of the survey area are located within agricultural fields (Figures 5.34–5.35). A 2,200-ft-long proposed temporary access road, which varies between 10 and 20 ft wide, extends northwest from the survey area following a grassy farm road (Figures 5.36 and 5.37). The areas surrounding Cabin Branch are wetland, but farther from the stream there are three terraces with well-drained soils that extend into the project LOD. According to the USDA NRCS (2020), the wet areas are underlain by Widewater and Issue soils (0–2% slopes) and the well-drained areas are situated on Marr-Dodon complex soils (5–25% slopes). The soils along the access road are mapped as Dodon very fine sandy loam (2–10% slopes) and Marr-Dodon complex (2–15 % slopes). Shovel tests were not excavated in areas of greater than 15 percent slope or in low and wet areas. The typical soil profile observed in shovel tests involved an Ap/Bt/Btg soil horizon sequence, with the Bt horizon varying in thickness; lower elevation areas displayed an Ap/Btg soil horizon sequence. Shovel tests on higher elevation landforms displayed an Ap/Bt1/Bt2/BC/C soil sequence. A total of 84 shovel tests were excavated in this area, and two pre-contact period isolated finds (18ANX520-5 and 18ANX520-6) were identified.



Figure 5.34. View of Terrace within CB Greenock Hills Stables Section, Facing West.

00013646



Figure 5.35. View of Agricultural Field in CB Greenock Hills Stables Section, Facing Northeast.



Figure 5.36. View of Farm Road in CB Greenock Hill Stables Section, Facing South.

00013647



Figure 5.37. View of Barn near Farm Road in CB Greenock Hill Stables Section, Facing Northwest.

**18ANX520-5**

Resource 18ANX520-5 is represented by one quartz bipolar flake recovered from the Ap horizon of shovel test 39.2 and a quartzite core recovered from the ground surface. The artifacts were located at the southern end of the project LOD on a terrace overlooking the confluence of an unnamed tributary and Cabin Branch (see Figure 5.2; Figures 5.38 and 5.39). Shovel tests were excavated at 50-ft intervals across the landform and four delineation shovel tests were excavated at 25-ft intervals around shovel test 39.2, none of which produced artifacts. No additional artifacts were observed on the ground surface in this area.

Shovel tests displayed an Ap horizon (0–0.7 fbs) of brown (10YR 4/3) sandy loam underlain by a Bt1 horizon (0.7–1.0 fbs) of light yellowish brown (10YR 6/4) sandy loam underlain by a Bt2 horizon (1.0–2.4 fbs) of brownish yellow (10YR 6/6) sandy clay loam underlain by a BC horizon (2.4–3.4) of brownish yellow (10YR 6/6) mottled with light gray (2.5Y 7/2) loamy sand (Figure 5.40). An auger was used within shovel test 38.2, which revealed that the Bt2 horizon continued (3.1–3.6 fbs) and was underlain by a BC horizon (3.6–5.2 fbs) of light gray (2.5Y 7/2) loamy sand, followed by a BC2 horizon (5.2–8.2 fbs) of pale brown (2.5Y 7/4) gravely loamy sand, and finally a C horizon (8.2–10.2+ fbs) of light gray (5Y 7/2) sand; no artifacts or indications of cultural deposits were observed within the auger test.

Resource 18ANX520-5 is represented by one piece of quartz debitage recovered from the Ap horizon and a quartzite core recovered from the ground surface (Figure 5.41). The resource is associated with an ephemeral use of this area during an unidentified pre-contact period but does not represent a substantial archaeological resource or offer additional research potential. No further archaeological investigation is recommended for this resource.

00013648



Figure 5.38. Map of Resource 18ANX520-5.

00013649



Figure 5.39. View of Resource 18ANX520-5, Facing Southwest.



Figure 5.40. View of Shovel Test 38.2 Profile at Resource 18ANX520-5.

72

00013650



Figure 5.41. Quartzite Core from Resource 18ANX520-5.

00013651

**18ANX520-6**

Resource 18ANX520-6 is represented by one quartz Small Savannah River PPK recovered from the ground surface of a farm road that runs north-south along the eastern side of Cabin Branch (see Figure 5.2; Figure 5.42). The PPK was located at the base of a hillslope where an ephemeral drainage meets Cabin Branch, in an agricultural field that was fallow at the time of the survey. A shovel test was excavated near the find, and eight delineation shovel tests were excavated at 25-ft intervals around the find. None of the shovel tests produced artifacts nor were any additional artifacts observed on the ground surface in this area (Figure 5.43).

Shovel tests on the hillslope displayed an Ap horizon (0–0.9 fbs) of dark grayish brown (10YR 4/2) sandy loam underlain by a Bt1 horizon (0.9–1.4 fbs) of very pale brown (10YR 7/4) sandy clay loam underlain by a Bt2 horizon (1.4–1.8 fbs) of brownish yellow (10YR 6/6) sandy clay (Figure 5.44). Shovel tests at the base of the hillslope contained an Ap horizon (0–0.8 fbs) of dark grayish brown (10YR 4/2) sandy clay loam over an Agb horizon (0.8–3.4 fbs) of brown (10YR 4/3) sandy clay loam colluvium. An auger was used to examine deeper soil stratigraphy and encountered a Bg horizon (3.4–3.8 fbs) of light yellowish brown (10YR 6/4) sandy loam followed by a BCg horizon (3.8–5.2 fbs) of brownish yellow (10YR 6/6) sandy clay; no artifacts or indications of cultural deposits were observed within the auger test.

Resource 18ANX520-6 is represented by a single quartz Small Savannah River PPK recovered from the ground surface. The PPK is biconvex in cross section, has convex blade margins, has an asymmetrical and slightly concave base, and is 38.5 mm long, 22.7 mm wide, and 8.5 mm thick (Figure 5.45). The PPK indicates ephemeral use of this area during the Late Archaic period but does not represent a substantial archaeological resource or offer additional research potential. No further archaeological investigation of resource 18ANX520-6 is recommended.



Figure 5.42. View of Resource 18ANX520-6, Facing Northeast.

00013652



Figure 5.43. Map of Resource 18ANX520-6.

00013653



Figure 5.44. View of Shovel Test N475 E500 Profile at Resource 18ANX520-6.



Figure 5.45. Quartz Small Savannah River PPK
from Resource 18ANX520-6.

76

00013654

# 6. RESULTS OF MILL SWAMP (RFP-6) SITE PHASE I SURVEY

This chapter presents the results of the Phase I archaeological survey conducted along Mill Swamp Creek near the community of Bryans Road. To organize the discussion, the results are presented in four sections, representing separate, noncontiguous parts of the survey area, divided by a private road (Ward Place) that bisects the area and the separate LOD areas.

Background research indicates that there are no previously recorded sites within (or immediately adjacent to) the survey area, although several sites are situated near the confluence of Pomonkey Creek and the Potomac River southwest of the survey area, including one large site (18CH73, Pomonkey Creek North). This site is recorded along the Potomac River just over a mile southwest of the LOD and contains multiple components, including Late Woodland and contact-era components, and may represent a Piscataway village mapped by John Smith (see Cowherd and Gibb 2015; McNett and Gardner 1975).

No structures appear to be depicted within the survey areas on 20th century maps (e.g., Smith and Rose 1922; USGS 1913, 1923), although several appear to be located just outside the LOD near the southwestern and northeastern sections. A 1944 topographic map produced by the War Department shows a road corresponding to Ward Place bordered by two structures west of that road and south of the creek (USACE 1944); the 1956 quadrangle map shows a few additional auxiliary buildings at this general location (USGS 1956). The 1968 quadrangle map depicts additional structures within the survey area (which appear to correspond to existing structures) (USGS 1968).

## SOUTHWESTERN SECTION

This section is an irregularly shaped area located south of Ward Place and east of Fenwick Road, and Mill Swamp Creek runs roughly north-south through the eastern portion of this section (Figures 6.1–6.6). The section primarily contains an open unmown hay field, with areas of dense brambles located along the margins of the LOD and along Mill Swamp Creek. The eastern portion of the section, including the area adjacent to Mill Swamp Creek, is situated on a broad, relatively level terrace, and the western portion contains a series of terraces descending to the southwest toward Pomonkey Creek. The toe of a prominent ridge enters the section from the east. Portions of the low-lying areas closest to Mill Swamp Creek contained standing water at the time of the survey. Excessively well-drained Galestown-Hammonton complex soils are located on the more elevated terraces in the western portion of the section (USDA NRCS 2020). Potobac-Issue complex soils, which are poorly drained, frequently flooded, and formed in loamy alluvium on floodplains, are located across most of the remainder of the section (USDA NRCS 2020). The east-central portion of the section contains the western portion of a ridge that is underlain by Liverpool-Piccowaxen complex soils (5–15% slopes), which consist of moderately well-drained and somewhat poorly drained silty and loamy fluviomarine deposits.

Shovel tests excavated on the higher terraces encountered an Ap/E/B soil horizon sequence with variation in the thickness of the E horizon and in the characteristics of the B horizon. In most of these, the intermediate stratum (E horizon) overlay a clayey B horizon, although some shovel tests encountered excessively coarse, pebbly, or gravelly sediments. Other than the differences in texture, the B horizon varied from strong brown (7.5YR 4/6) to yellowish brown (10YR 5/6) in color. A few shovel tests in the area covered by brambles encountered artificially truncated soils and/or shallow gravel deposits. Only a few shovel tests were excavated in the low-lying areas of this section, and these encountered hydric soils and seeping ground water at or near the surface and were generally situated in areas of wetland vegetation. The stratigraphy encountered in those shovel tests that did not immediately encounter ground water typically contained an Ap horizon (0–0.75 fbs) of dark grayish brown (10YR 4/2) silt loam, over an E horizon (0.75–1.9 fbs) of yellowish brown (10YR 5/4) silt loam, underlain by a B horizon (1.9–2.4 fbs) of yellowish brown (10YR 5/6) clay loam grading to clay. Others were characterized by hydric, grayish brown (10YR 5/2) clay loam

77

mottled with mineral concretions extending from the surface and overlying gray clay. Shovel tests excavated at the toe of the ridge near the southern end of the section encountered a layer of sand in the upper portion of the soil profile. These shovel tests contained historic artifacts within an A horizon (0–1.3 fbs) of brown (10YR 4/3) coarse sand, which overlied a B horizon (1.3–1.65 fbs) of strong brown (7.5YR 5/6) sandy clay, and was underlain by a hydric layer (1.65–2.3 fbs) of gray (10YR 5/1) clay loam grading to clay. These artifacts are associated with archaeological site 18CH971—see below. In total, 84 shovel tests were excavated within and just outside the southwestern section of the RFP-6 Mill Swamp survey areas, and one isolated find (18CHX115-1) and one archaeological site (18CH971) were identified.

### 18CHX115-1

Resource 18CHX115-1 was identified by a quartz Calvert PPK found in the Ap horizon (< 0.4 fbs) of a shovel test in the northeastern corner of an agricultural field on the highest terrace within this section (Figures 6.1, 6.7, and 6.8). The location was not distinguishable (in terms of relief or soil characteristics) from most of the other areas tested within that field and on that landform. The stratigraphy observed in this shovel test involved a brown (10YR 4/3) loamy sand plowzone (0–1 .0 fbs) overlying a yellowish brown (10YR 5/4) loamy sand E horizon (1.0–1.7 fbs). The underlying B horizon (to a depth of 2.4 fbs) was yellowish brown (10YR 5/6) wet loamy sand in the upper part that graded to wet sandy clay loam in the lower part (Figure 6.9). Soils in this area are most consistent with Hammonton type soils, which are described as loamier (finer) than Galestown soils and are derived from loamy fluviomarine deposits (USDA NRCS 2020). Shovel tests excavated across the remainder of this area did not produce any additional cultural material.

The Calvert PPK from 18CHX115-1 is 37 mm long, 23 mm across the shoulders, and a maximum of 7.3 mm thick (Figure 6.10). The stem portion is 10 mm in length and 14.7 mm in width. Calvert stemmed points are considered diagnostic of the Early Woodland period in the Mid-Atlantic region but may also extend into the Middle Woodland period (e.g., Kinsey 1972; McLearen 1991; Reeve 1992; Stephenson and Ferguson 1963; Steponaitis 1986; Waselkov 1982).

Resource 18CHX115-1 indicates ephemeral use of this area during the Early Woodland period. However, based on the isolated nature of the artifact and its recovery from the Ap horizon, additional investigation of this area is unlikely to provide significant or new information concerning Early Woodland occupations in the area.

00013656



Figure 6.1. Mill Swamp Archaeological Survey Areas, Shovel Tests, and Resources.

00013657

This page intentionally left blank.

00013658



Figure 6.2. View of Southwestern Section of Mill Swamp Survey Areas, Facing Northwest.



Figure 6.3. View of Southwestern Section of Mill Swamp Survey Areas, Facing Northeast.

00013659



Figure 6.4. View of Southwestern Section of Mill Swamp Survey Areas, Facing Northwest.



Figure 6.5. View of Southwestern Section of Mill Swamp Survey Areas, Facing Northwest.

82



Figure 6.6. View of Southwestern Section of Mill Swamp Survey Areas, Facing Northwest.



Figure 6.7. View of Resource 18CH115X-1, Facing Northeast.

83

00013661



Figure 6.8. Map of Resource 18CHX115-1.

84

00013662



Figure 6.9. View of Representative Shovel Test Profile on Resource 18CH115X-1.



Figure 6.10. Calvert PPK from Resource 18CH115X-1.

85

00013663

**18CH971**

Site 18CH971 is located on a ridge toe or bench that projects west from a hillslope overlooking Mill Swamp Creek (see Figure 6.1). Parts of the hillslope are wooded, and the surrounding lower terrace is in pasture (Figure 6.11). The toe ridge overlooks a large seep and wetland (see Figures 6.5 and 6.6) and slopes steeply within the survey area. The site was identified when pre-contact and historic artifacts were recovered from four shovel tests excavated at 50- and 25-ft intervals within the LOD. After the initial site delineation within the LOD, two additional transects of six shovel tests each were excavated outside the project LOD (with the landowner's permission), one running to the east and one to the southeast of the highest density shovel test (ST 24). None of the shovel tests on the transect running southeast contained artifacts, but three of the six shovel tests on the transect running east produced artifacts, extending the site boundary 300 ft to the east and ultimately forming an L-shaped site boundary (Figure 6.12). The site is bounded by negative shovel tests to the north and south, by steep slope to the northwest, and by poorly drained floodplain to the southwest, but was not fully delineated to the east outside the project LOD.



Figure 6.11. View of Site 18CH971, Facing South.

Shovel tests on the ridge toe encountered a similar stratigraphic sequence, consisting of a 0.25 to 0.7 ft thick A horizon of very dark grayish brown (10YR 3/2) loamy sand (with pebbles and small cobbles) overlying a 0.7 to 1.0 ft thick E horizon of yellowish brown (10YR 5/4) loamy sand with abundant pebbles and occasional cobbles (Figure 6.13). This overlay a strong brown (7.5YR 4/6) sandy clay loam B horizon (occasionally cobbly in the upper part), which was encountered at depths of 1.1 to 1.7 fbs. An auger test in the base of shovel test 24 (which produced the highest number of artifacts) encountered similar sandy clay loam that graded to clay loam to a depth of 2.2 fbs. The shovel tests immediately east of shovel test 24 displayed a soil sequence similar to that observed on the ridge toe, but the higher elevation shovel tests and the shovel tests to the southeast displayed an Ap/Bt soil profile, likely due to land clearing, plowing, and erosion.

00013664



Figure 6.12. Map of Site 18CH971.

00013665



Figure 6.13. View of Representative Shovel Test Profile at Site 18CH971.

Areas of site 18CH971 that are situated on the steeper slopes are mapped as Liverpool-Piccowaxen complex soils, and the top of the landform farther to the west is mapped as Piccowaxen loam (0 to 2% slopes). The soils encountered at the base of the ridge are consistent with Croom series soils (Hall and Matthews 1974:14), which is a minor type within the Liverpool-Piccowaxen complex. Croom series soils are described as well-drained gravelly upland soils that are formed in very old fluvial deposits of gravel containing sand and clay, with a strong brown, gravelly sandy clay loam subsoil (Hall and Matthews 1974:14). The description of a cross-section of Croom gravelly loam is identical to the stratigraphic sequence encountered on the ridge toe at site 18CH971 (Hall and Matthews 1974:14).

Shovel test 24 produced 24 pieces of debitage; the remaining shovel tests generated from one to five artifacts each. Eight of the 22 shovel tests excavated across the site produced artifacts; four of these eight were situated directly on or immediately off the ridge toe, but outlying shovel tests 28 and 148 generated a single pre-contact period artifact each (see Figure 6.12). Four shovel tests produced pre-contact period artifacts only, two (25 and 148) contained historic and pre-contact period artifacts, and the two easternmost shovel tests (150 and 151) yielded only historic period artifacts. These artifacts were found in the two upper strata (A/Ap and E horizons) at depths no greater than 1.4 fbs.

The remains of a concrete slab and cinder block foundation was identified in the wooded area between shovel tests 148 and 149, and shovel tests 150–152 were excavated near outbuildings within the backyard of a dwelling located approximately 70 ft north of the transect (Figure 6.14). A structure is depicted near the location of 18CH971 on early 20th century USGS (1913, 1923) topographic maps. A structure with outbuildings is depicted near the location of 18CH971 on the USGS 1944 Mount Vernon, VA topographic map, and the same structure is mapped at that location through the 1983 edition, at which point subsequent editions depict no structures in the vicinity. The dwelling and multiple outbuildings are visible on aerial photographs dating from 1957 through 2019, and the dwelling was still standing during the fieldwork in October 2020. All of these structures are located at least 100 ft outside the project LOD.

88



Figure 6.14. View of Foundation Remains at Site 18CH971, Facing Southwest.

The pre-contact period assemblage ($n$=35) includes the base of a PPK that is generally lanceolate in shape, an early stage biface fragment, a retouched bipolar flake, and 32 pieces of unmodified debitage (17 quartzite, 15 quartz) (Table 6.1). The fragmentary PPK is made of quartzite and may represent a Middle Woodland period Jack's Reef pentagonal or a Middle Woodland Fox Creek PPK (Figure 6.15a); the biface fragment is made of quartz and appears to represent an early stage of reduction (Figure 6.15b); and the early stage quartz bipolar flake with a retouched edge may also be utilized (Figure 6.15c).

**Table 6.1. Artifacts from Site 18CH971 by Horizon.**

| Functional Group | Artifact Type | Horizon | | | |
|---|---|---|---|---|---|
| | | A | E | A/E | Total |
| Tool | Unclassified Lanceolate PPK Fragment, Quartzite | | | 1 | 1 |
| | Early Stage Biface, Quartz | 1 | | | 1 |
| | Retouched Bipolar Flake, Quartz | | 1 | | 1 |
| Debitage | Flake Fragment, Quartz | | | 15 | 15 |
| | Flake Fragment, Quartzite | 3 | | 8 | 11 |
| | Broken Flake, Quartzite | 2 | 1 | 2 | 5 |
| | Shatter, Quartzite | | | 1 | 1 |
| Architectural | Window Glass | | | 2 | 2 |
| Kitchen | Gray Salt Glazed Stoneware | | | 1 | 1 |
| | Glass Container, Unclassified, Green | | | 1 | 1 |
| | Glass Container, Unclassified, Colorless | | | 3 | 3 |
| | Glassware, Press Molded, Depression Era | | | 1 | 1 |
| **Total** | | **6** | **2** | **35** | **43** |

The historic period artifacts include one undecorated gray salt glazed stoneware sherd, one press-molded glassware fragment, four unclassified glass container fragments, and two aqua window glass fragments (see

00013667

Table 6.1). One small brick fragment was observed in shovel test 148, but not collected. The stoneware sherd represents a hollowware container and exhibits an unwashed interior (Figure 6.16a). Salt glazed stoneware is associated with early 18th to 20th century manufacture (Ketchum 1991). The glassware fragment is pale pink and is Depression-era (1920s–1950s) glass (Figure 6.16b). One of the glass container fragments is 7-Up green in color, suggesting mid-20[th] century manufacture (SHA 2020); the other three are small fragments of colorless glass. The stoneware sherd was recovered from the ridge toe, but all of the other historic period artifacts were recovered from the higher elevation portion of the landform to the east— closer to the standing structures and the former structure locations as shown on historic mapping. Collectively, the historic period artifacts are likely associated with an early to mid-20[th] century occupation.



Figure 6.15. Representative Pre-Contact Artifacts from Site 18CH971. a) quartzite lanceolate PPK fragment; c) quartz early stage biface; e) quartz retouched flake

Site 18CH971 is associated with limited pre-contact period (likely Middle Woodland) and limited historic period (likely early through mid-20[th] century) use of this area. Only eight of the 27 shovel tests excavated on and in close proximity to the site produced artifacts, and all but one of these produced a relatively low number of artifacts. Shovel test 24, which produced 24 quartz and quartzite flakes, likely represents a very localized lithic tool maintenance episode. All of the historic and most (75%) of the pre-contact artifacts were found in the A/E interface zone, with only two pre-contact artifacts recovered from the E horizon and six from the A horizon. The pre-contact period artifacts may be associated with just one or a few short term resource procurement visits to the area, and the historic period artifacts are likely associated with the occupation that is more concentrated to the east outside the LOD and only peripherally represented in the project LOD. No evidence of intact substantial deposits or subsurface cultural features associated with either the historic or pre-contact period use of this area was found; the historic outbuilding foundation remnant is located well outside the LOD. It is possible that the portion of site 18CH971 located outside the project LOD, which was only investigated in a limited manner, could contain valuable data regarding pre-contact or historic period occupations of the area, but there is no evidence that the portions of the site within the project LOD contain meaningful artifact patterns or intact substantial deposits. While there are several nearby historic structures, all of them are located well outside the project LOD. Site 18CH971 is unassessed for NRHP eligibility, however, the results of the survey indicate that those parts of the site within the project

00013668

LOD lack the integrity, clarity, and substantial deposits that would allow it to provide information important in history, and no further investigation of this site is recommended for this project as currently scoped.



Figure 6.16. Representative Historic Artifacts from Site 18CH971. a) gray salt glazed stoneware; b) pale pink press molded Depression era glassware base

## SOUTHEASTERN SECTION

This section of the Mill Swamp stream mitigation site LOD is located south of Ward Place and northwest of a private road. Most of this area is used as a private dump and is covered in modern refuse (e.g., appliances, tires, furniture, and bagged household trash) and/or dense secondary growth (Figures 6.17–6.18). Most of this area is mapped as Piccowaxen loam (PcA, 0–2% slopes), a somewhat poorly drained soil type formed in silty and loamy fluviomarine deposits (USDS NRCS 2020). The northeastern corner is underlain by Potobac-Issue complex soils (USDA NRCS 2020). This section of the LOD is intended for materials storage during the stream restoration process.

Fourteen shovel tests were excavated outside of the limits of the trash pile, and no pre-modern artifacts were found. Relatively intact soils were encountered in the western portion of this section, where a few small seep springs are situated. In general, these displayed an A horizon (0–0.25 fbs) of very dark grayish brown (10YR 3/2) sandy loam, over an E horizon (0.25–0.95 fbs) of brown (10YR 5/3) silt loam, underlain by a B horizon (0.95–1.5 fbs) of yellowish brown (10YR 5/6) silty clay loam. Soils encountered in the remainder of this area were generally disturbed, truncated, and/or compacted.

00013669



Figure 6.17. View of Southeastern Section, Facing Northeast.



Figure 6.18. View of Trash Pile in Southeastern Section, Facing Southeast.

00013670

**NORTHEASTERN SECTION**

This section is situated north of Ward Place, east of a tributary to Mill Swamp, and well east of Fenwick Road, and is comprised of two not quite contiguous but adjacent areas of LOD (see Figure 6.1). The southern portion primarily encompasses an agricultural field situated on a knoll and extends to the east and northeast along the drainage (Figures 6.19 and 6.20). The northern portion is located within a lightly wooded area to the north of a residence and on low terraces adjacent to the drainage. The southern portion of this section is primarily situated on Liverpool-Piccowaxen complex soils (5–15% slopes), with the eastern part underlain by Piccowaxen loam (0–2% slopes). The northern portion of this section is entirely underlain by Potobac-Issue complex, frequently flooded soils (USDA NRCS 2020). In total, 54 shovel tests and one 5 × 5 ft test unit (TU 1) were excavated within this section, and all encountered a simple A/B soil horizon sequence consisting of a plowzone over a B horizon; 19 of the shovel tests and the test unit generated artifacts associated with site 18CH972. No shovel tests were excavated in the low lying, wet areas that comprised the northern portion, although two shovel tests were excavated just outside the LOD in areas that did not contain standing water at the time of the survey; no artifacts were found (see Figure 6.1).

### 18CH972

Site 18CH972 is located in an agricultural field on a knoll just north of Ward Place and about 70 ft south of an abandoned barn, beyond which lies an unnamed tributary of Mill Swamp (see Figure 6.1; Figures 6.21 and 6.22). The site was identified when artifacts were recovered from five shovel tests excavated at 50-ft intervals across this landform. In total, 50 shovel tests were excavated across this area, and 19 of these produced cultural material—three with only pre-contact artifacts, 12 with only historic artifacts, and two with pre-contact and historic artifacts (Figure 6.23). All of the artifacts were found in the plowzone. Shovel testing was conducted outside the project LOD but did not define a clear site boundary to the northwest. However, the terrain drops markedly in this direction from the knoll down to the floodplain of the drainage (see Figure 6.1), and this area would have been unsuitable for habitation.

All shovel tests encountered similar stratigraphic sequences, consisting of a 0.6 to 1.3 ft thick brown (10YR 4/3) silt loam plowzone conformably overlying a strong brown (7.5YR 5/6) or brown (7.5YR 5/3, 7.5YR 5/2) clay loam B horizon. This appears consistent with plowed Liverpool-Piccowaxen complex soils, which typically exhibit a silt loam A horizon over a silt loam E horizon extending to a depth of five inches (USDA NRCS 2020). The underlying Bt horizon is described as silt loam in the upper part (to a depth of 13 inches) and clay loam in the lower part (USDA NRCS 2020).

Test Unit 1 (N505 E455) was placed inside the project LOD in the western portion of the site. The 5 × 5 ft test unit was excavated in 0.25-ft levels within strata. Six levels were excavated, four within the Ap horizon and two within the Bt horizon, and the unit reached a maximum depth of 1.4 ft. The stratigraphic sequence encountered in TU 1, which involved an Ap horizon (0–0.9 fbs) of yellowish brown (10YR 5/4) silt loam underlain by a Bt horizon (0.9–1.4+ fbs) of brownish yellow (10YR 6/6) silty clay, was similar to that observed in the shovel tests (Figure 6.24). Test Unit 1 produced five quartzite FCR and 32 historic period artifacts associated with the kitchen and architectural functional groups, all from the plowzone. The first level of the test unit contained only a single piece of colorless glass. Level 2 yielded two of the FCR and the highest density of historic artifacts (n=20). Two FCR and seven historic artifacts were collected from Level 3, and Level 4 produced one FCR and four historic artifacts.

00013671



Figure 6.19. View of Northeastern Section, Facing Northeast (note abandoned barn in background).



Figure 6.20. View of East-Central Portion of Northeastern Section, Facing Southwest.

94

00013672



Figure 6.21. View of Site 18CH972, Facing North.



Figure 6.22. View of Site 18CH972, Facing West.

95



Figure 6.23. Map of Site 18CH972.

00013674



Figure 6.24. View of Test Unit 1 West Wall Profile at Site 18CH972.

The pre-contact period assemblage from 18CH972 consists of 10 artifacts, including a quartz Early Woodland period Calvert PPK, a quartz bipolar core fragment, one quartz flake, one quartzite flake, and six quartzite FCR (Table 6.2; Figure 6.25). The asymmetrical PPK is complete, and is 36.2 mm long, 24.6 mm wide at the shoulders, and 7.9 mm thick. The stem is 10.9 mm in length and 10.5 mm in width. Five of the six FCR were recovered from TU 1, and the remaining pre-contact artifacts were recovered from shovel tests. All of the pre-contact artifacts were found in the plowzone and all but three of these were found in levels that also contained historic artifacts. Half of the pre-contact period artifacts were found in TU 1, and the remainder were very lightly scattered across the site. Although the FCR may have been associated with a cultural feature, they were found in three different levels in TU 1, and no other indications of a cultural feature were observed. The pre-contact period assemblage from 18CH972 appears to indicate limited use of this area during at least the Early Woodland period but does not seem to be associated with a substantial pre-contact period occupation in this area.

A total of 108 historic artifacts were recovered from 18CH972 (Table 6.2; Figure 6.26), including 76 from shovel tests and 32 from TU 1, all from the plowzone. The historic artifacts from 18CH972 include four undecorated whiteware sherds, one molded porcelain sherd, three glass canning jar lid liner fragments, one colorless glass bottle fragment, 31 container glass fragments (24 colorless, two aqua, two amethyst tinted, and three amber), one press-molded amethyst tinted glassware fragment, three colorless glassware fragments, one small fragment of a phonograph record, one modern bullet, one cast iron stove leg, 28 pieces of window glass (aqua tinted), one cut nail, three wire nails, five brick fragments, two unclassified metal objects, one unclassified plastic object, and 21 pieces of coal slag. All of these reflect late 19th to 20th century manufacture periods. Most are kitchen and architectural group items, with activities, arms, and furniture groups each represented by a single artifact. The assemblage suggests a domestic occupation of this area, likely associated with a structure depicted in the vicinity of the site on early 20th century maps (e.g., Smith and Rose 1922; USGS 1913, 1923). No structure is shown in this location on maps dating from 1925 through 1965, although the abandoned barn located just north of the site is shown on maps dating to 1968 and 1971, and is depicted as a residential structure on maps dating to 1981 and 1983 (USGS 1925, 1934,

97

00013675

1939, 1945, 1965, 1968, 1971, 1981, 1983). Historic period artifacts were found across the site but were generally more concentrated in the western portion of the site. Most shovel tests produced from one to five artifacts each, two contained from six to 10 artifacts, and only three shovel tests yielded more than 10 artifacts, although all 17 of the items from one of these are coal slag fragments. These three higher density shovel tests (121 [eastern], 125 [south-central], and 163 [northwestern]) are located in different portions of the site and other than the concentration of coal slag in the eastern shovel test, contained both kitchen and architectural items. Artifact distribution patterns do not suggest a possible location for a former structure within the site boundary. Although the structure depicted on the early 20th century maps was likely located somewhere in this vicinity, no evidence of above-ground or subsurface cultural features was encountered during the investigation of site 18CH972.

**Table 6.2. Artifacts from Site 18CH972 by Horizon.**

| Functional Group | Artifact Type | Horizon Ap |
|---|---|---|
| Tool | Calvert PPK, Quartz | 1 |
| Debitage | Bipolar Core, Quartz | 1 |
| | Flake Fragment, Quartz | 1 |
| | Flake Fragment, Quartzite | 1 |
| Other Lithic | FCR, Quartzite | 6 |
| Activities | Phonograph Record, Fragment | 1 |
| Architectural | Brick, Fragment | 5 |
| | Nail, Cut | 1 |
| | Nail, Wire | 3 |
| | Window Glass | 28 |
| Arms | Bullet, Copper, Full Metal Jacket | 1 |
| Furniture | Cast Iron Stove Leg | 1 |
| Kitchen | Porcelain, Molded | 1 |
| | Whiteware, Undecorated | 4 |
| | Glass Canning Jar Lid Liner, Fragment | 3 |
| | Glass Container, Bottle, Fragment | 1 |
| | Glass Container, Unclassified, Fragment | 31 |
| | Drinking Glass, Fragment | 1 |
| | Glassware, Press Molded, Fragment | 1 |
| | Glassware, Unclassified, Fragment | 2 |
| Miscellaneous | Coal Slag | 21 |
| | Unclassified Metal Object | 2 |
| | Unclassified Plastic Object | 1 |
| **Total** | | **118** |

00013676



Figure 6.25. Pre-Contact Artifacts from Site 18CH972.
a) quartz Calvert PPK; b) quartz bipolar core

The pre-contact component(s) on site 18CH972 is represented by a very low-density, widely dispersed scatter of lithic artifacts. The Calvert PPK indicates that an Early Woodland period component is present at the site. The pre-contact period debitage assemblage represents very limited lithic reduction activities, while the PPK is suggestive of hunting activities. The recovery of six FCR suggests the potential for the presence of a hearth type feature on the site, although no evidence of cultural features was found.

The historic period component dates to the late 19th to 20th century and is likely associated with a structure that was located in this area until about 1923, but also likely contains artifacts distributed across the field during later uses of the site area for agricultural purposes. All of the pre-contact and historic artifacts were recovered from the plowzone and there are no discrete distributions of any types of artifact classes. Site 18CH972 appears to lack the integrity, clarity, and substantial deposits or cultural features that would allow it to provide substantive information regarding local pre-contact or historic period occupations. Site 18CH972 is recommended not eligible for the NRHP, and no further investigation of the site is recommended for this project as currently scoped.

00013677



Figure 6.26. Representative Historic Artifacts from Site 18CH972. a) molded porcelain body sherd; b) colorless bottle neck/rim; c) amethyst tinted press molded glassware; d) cast iron stove leg; e) unidentified cast iron object

00013678

**NORTHWESTERN SECTION**

This section is located north of Ward Place and east of Fenwick Road and includes the area surrounding the confluence of Mill Swamp and an unnamed drainage (see Figure 6.1; Figures 6.27–6.30). The area is situated in fallow agricultural fields on a relatively level floodplain, and standing water was present over much of this area at the time of the survey. A majority of this section is underlain by Potobac-Issue complex soils, which are frequently flooded and poorly drained, and the slightly more elevated areas in the east-central and southeastern portions of this section are underlain by Liverpool-Piccowaxen complex soils (5– 15% slopes), which formed in silty and fluviomarine deposits and are moderately well drained and somewhat poorly drained (USDA NRCS 2020). Most shovel tests encountered soils consistent with the Piccowaxen loam soil profile (USDA NRCS 2020). In total, 21 shovel tests were excavated within this area, and no pre-modern artifacts were recovered.

Shovel tests west of the drainages encountered a very dark grayish brown (2.5Y 3/2) silt loam (0–0.45 fbs) that overlay a thin band of light yellowish brown (2.5Y 6/3) clay fill (0.45–0.6 fbs). This overlay grayish brown (2.5Y 5/2) silty clay loam with occasional pebbles (0.6–1.2 fbs). An auger test at the base of one shovel test encountered gravels at a depth of 2.25 fbs. Additional shovel tests within the project LOD encountered similar soils, except for the shovel test situated in a wooded area. That shovel test encountered a thin, dark grayish brown (10YR 4/2) sand Oi/A horizon (0–0.2 fbs) that overlay dark yellowish brown (10YR 5/6) sand that graded to loamy sand and sandy loam with depth (0.2–2.1 fbs). This overlay grayish brown (10YR 5/2) and brownish yellow (10YR 6/6) sandy loam and the water table (2.1–2.5 fbs).



Figure 6.27. View of Northwestern Section, Facing Northeast.

00013679



Figure 6.28. View of Northwestern Section, Facing Northeast.



Figure 6.29. View of Northwestern Section, Facing South.

00013680



Figure 6.30. View of Northwestern Section, Facing West.

A shovel test placed on a slightly higher area that parallels the drainage to the east within the LOD encountered a 2.4 ft thick top stratum of brown silt loam (0–2.4 fbs), which overlay grayish brown (10YR 5/2) clay loam with increasing redoximorphic features to a depth of 4.6 fbs. Another shovel test in this area encountered a dark grayish brown (10YR 4/2) plowzone (0–1.35 fbs). The underlying stratum was below the water table and consisted of dark yellowish brown (10YR 4/4) silty clay loam (1.35–1.9 fbs). An auger test confirmed that this stratum extended to a depth of 3.3 fbs and was underlain by grayish brown clay with redoximorphic features to a depth of 4.1 fbs where coarse sand and gravels were encountered.

No cultural materials were recovered from the Northwestern section.

00013681

This page intentionally left blank.

00013682

# 7. RESULTS OF PAINT BRANCH (AN-6 AND AN-7) SITES PHASE I SURVEY

This chapter presents the results of Phase I archaeological survey that was completed in support of the proposed AN-6 and AN-7 stream mitigation projects along Paint Branch. Archaeological investigations were mostly confined to areas outside the I-95/I-495 interchange, since the interchange has previously been surveyed for archaeological resources and has been extensively disturbed by highway construction, utilities, and ongoing flooding and redeposition.

Several individual parts of the survey areas were examined, including the floodplain, levee, and lower terraces adjacent to the east side of Paint Branch, similar landforms on the west side of Paint Branch north and south of an unnamed tributary in the north (Tributary 1) that is one of the foci of AN-7, the west side of Paint Branch along both sides of Tributary 1, west of Paint Branch on both sides of a second unnamed tributary farther south (Tributary 2), and the area surrounding Paint Branch to the north of the interchange within the M-NCPPC's Powder Mill Community Park. To facilitate the discussion, the results are presented in those five sections—Paint Branch East, Paint Branch West, Tributary 1, Tributary 2, and M-NCPPC Property. The first four are located on the BARC's South Farm within the I-95/I-495 interchange, and the Powder Mill Community Park is located on M-NCPPC property northwest of the interchange. For each section, a brief summary of the previous investigations and the resources recorded within that section is presented first, followed by details regarding the survey methods and results and the newly identified or revisited cultural resources for that section. Several previous Phase I surveys have been conducted within this survey area, and much of the area was surveyed by Arnold et al. (2020), Diamanti et al. (2008) and Clark (1973). Several archaeological resources have previously been identified either within or just outside of the survey areas. Much of the area containing the Paint Branch sites has historically been in use for agricultural purposes, and only one structure is shown in this general area on historic maps—the mid-19[th] century Kierman family residence near Tributary 2 (Hopkins 1861, 1878; USGS 1892, 1907, 1917, 1926, 1945, 1949).

## PAINT BRANCH EAST SECTION (AN-6)

The Paint Branch East section is part of the AN-6 stream mitigation site and located south of I-495 and immediately east of Paint Branch. The section is a roughly upside-down L-shaped area measuring between 185 and 740 ft wide and from 345 to 1,325 ft long, with the long portion running parallel to Paint Branch and the short portion running parallel to I-495 (Figure 7.1). The east side of this section is characterized by T1 and T2 terraces and a levee along the east bank of Paint Branch. This section of the survey area is mainly situated on a level T1 terrace that is currently divided into agricultural test plots that were either fallow or in cultivation at the time of the survey (Figures 7.2–7.3). This section of the Paint Branch survey area also contains an artificial levee along the bank of Paint Branch (Figure 7.4). The levee is about 5–10 m from the east bank of Paint Branch, and there is a steep slope from the top of the levee to the moderately densely wooded stream bank. According to a BARC employee (George Meyers, personal communication 2020), the levee was constructed in 1972 after Hurricane Agnes passed through the area to prevent future overbanking of Paint Branch. Other disturbances in the area include a sewer line located parallel to and approximately 5 m east of the base of the artificial landform. An 8-ft-tall fence is located another 1–1.5 m east of the sewer line and also runs parallel to the levee and sewer line. Finally, the northeastern portion of this section is situated along a T2 terrace scarp that is separated by a small drainage ditch or channelized stream that is lined with cattails and other types of wetland vegetation (Figure 7.5). Paint Branch runs along the western edge of this section and in this area comprises a broad stream approximately 10 m wide with a very rocky bed composed of large cobbles and boulders with numerous gravel bars along the stream bank (Figure 7.6).

00013683

Although a small subset of the soil types mapped by the USDA NRCS (2020) in the extreme northeastern portion of this section are characterized as moderately well drained (Russett-Christiana complex, 2–5% slopes), the majority of the area, including all of the T1 and T2 terraces, is situated on Codorus and Hatboro soils, which are frequently flooded and typically poorly drained but can include areas with better drainage. Previously recorded site 18PR1133, a scatter of late 19th century artifacts, is located in the far northeastern corner of this section, just south of I-495 (see Figure 7.1). As this site has been recently recorded and the area in general, which is severely disturbed and on steep slope, has been recently surveyed (Arnold et al. 2020), no shovel tests were excavated in that portion of the survey area. No shovel tests were excavated on the steeply sloped stream embankment, the disturbed northern portion of this survey area along the I-495 right-of-way and embankment, or in areas previously disturbed by construction of the sewer line. In total, 83 shovel tests were excavated along seven transects across the levee and T1 and T2 terraces during the survey in this section, and seven of these produced artifacts. One pre-contact site (18PR1191), one pre-contact isolated find (18PRX284-1), and one resource consisting of two redeposited historic artifacts (18PRX284-4) were identified in this section.

**Levee**

In order to determine whether intact soil deposits were present along the levee, the landform was investigated with three shovel tests initially placed at 50-ft intervals along a single transect (1.1–1.3). These shovel tests all encountered varying layers of dense and extremely compact fill with gravel and cobbles to a depth of 3.0–3.3+ fbs. To verify whether the remaining portions of the levee exhibited similar characteristics of fill deposits, six additional shovel tests (1.4–1.9) were excavated at 100- to 200-ft intervals along the central and northern portions of the levee spine. Two shovel tests at the northern end of the transect produced a cut nail fragment and a whole machine-made brick from a fill layer, which were recorded as 18PRX284-4. Evidence of disturbance was noted in all of the remaining shovel tests excavated at 100- to 200-ft intervals, and no natural buried ground surface was encountered below the artificial levee in any of the shovel tests. Shovel tests along the levee displayed a highly variable stratigraphic profile because of the disturbed nature of the artificial landform, as characterized by shovel test 1.5, which contained a Stratum I (0–0.35 fbs) of very dark grayish brown (10YR 3/2) sandy loam over a Stratum II (0.35–1.2 fbs) of pale brown (10YR 6/3) mottled with strong brown (7.5YR 4/6) sandy clay with cobbles. Stratum III (1.2–2.3 fbs) was a strong brown (7.5YR 4/6) coarse sand with cobbles mixed with white (10YR 8/1) clay. Stratum IV (2.3–2.7 fbs) was a light gray (10YR 7/2) gravelly sandy clay mixed with strong brown (7.5YR 5/6) gravelly sandy clay. Stratum V (2.7–3.3+ fbs) was a strong brown (7.5YR 5/6) sandy clay mixed with white (10YR 8/1) very compact clay with gravel and cobbles. According to the USDA NRCS (2020) data, the natural soil type in this area is Codorus and Hatboro soils (frequently flooded), which does not correspond to the man-made stratigraphy encountered in the shovel tests along the levee, confirming the artificial nature of this landform. Also, a sewer line has been placed at the base of the levee immediately to the east.

Due to the height of the artificial levee and the practical limitations of hand excavation, an undisturbed buried surface representing the original T1 terrace ground surface prior to construction of the levee in 1972 was not encountered. While intact Holocene age accretion deposits could not be reached below the levee during the Phase I survey, testing of adjacent areas of the floodplain was able to sample intact soils, and no significant archaeological resources were encountered. No further investigations are recommended in this portion of the survey area.

00013684



Figure 7.1. Paint Branch Archaeological Survey Areas within USDA BARC Property, Shovel Tests, and Resources.

00013685

This page intentionally left blank.

00013686



Figure 7.2. View of Agricultural Test Plot in Eastern Part of Paint Branch East, Facing North.



Figure 7.3. View of Agricultural Test Plot in Eastern Part of Paint Branch East, Facing East.

109



Figure 7.4. View of Levee in Eastern Part of Paint Branch East, Facing North.



Figure 7.5. View of Wet Area in Northeast Portion of Paint Branch East, Facing South.

00013688



Figure 7.6. View of Paint Branch along West Side of Paint Branch East, Facing North.

**18PRX284-4**

Two historic period artifacts were found in the fill deposits of two shovel tests (1.7 and 1.9) placed on the levee, and were together designated 18PRX284-4. Because of the obvious redeposited contexts of the cultural material, additional shovel tests were not excavated at closer intervals around the two shovel tests; however, nearby shovel tests excavated on grid produced no additional cultural material. Shovel test 1.7, which produced one cut nail fragment from Stratum III at 2.0 fbs, displayed four strata. The top stratum (0–0.4 fbs) was a fill layer of dark grayish brown (10YR 4/2) sandy loam with approximately 10 percent gravel; Stratum II was a fill layer (0.4–1.0 fbs) of yellowish brown (10YR 5/4) sand mottled with reddish yellow (5YR 6/6) sand with less than 5 percent gravel; Stratum III was a fill layer (1.0–3.1 fbs) of dark yellowish brown (10YR 4/4) gravelly sand with approximately 40 percent gravel and cobbles; and Stratum IV (3.1–3.7+ fbs) was yellowish brown (10YR 5/4) gravelly fine sand with approximately 30 percent gravel and cobbles. A whole brick was recovered from Stratum I (0.5 fbs) of shovel test 1.9. This shovel test contained a Stratum I (0–1.8 fbs) of dark yellowish brown (10YR 4/4) sandy loam, but a dense layer of cobbles encountered at 1.8 fbs prevented further excavation in this shovel test (Figure 7.7).

The cut nail and whole brick were found in disturbed and redeposited soil contexts and are associated with modern activity related to construction of the levee. These two historic artifacts do not represent an intact archaeological resource in this location and no further archaeological investigation of this area is recommended for this project as currently scoped.

**T1 Terrace**

The T1 terrace in the Paint Branch East section was investigated with two transects of shovel tests spaced at 50-ft intervals and oriented parallel to Paint Branch, beginning approximately 25 ft east of the sewer line located at the base of the levee and approximately 20 ft east of an 8-ft tall deer fence that surrounds the

00013689

agricultural field and test plots. A total of 23 shovel tests were placed along the westernmost transect (2.1–2.23), and 24 shovel tests were excavated along the easternmost transect (3.1–3.24). Stratigraphy encountered in this portion of the survey area varies somewhat, particularly with the lower soil horizons, but in general there is some consistency depending on which of the two USDA NRCS (2020) mapped soil profiles (Codorus or Hatboro soils) was encountered.



Figure 7.7. View of Shovel Test 1.9 Profile in Paint Branch East.

On the T1 terrace east of Paint Branch, sandy lateral accretion C horizon deposits commonly underly the fine silty and clayey vertical accretion Bt horizon deposits, but in a few instances, the lateral accretion C horizon is absent and the vertical accretion Bt horizon deposits are very thick and directly on top of bedload gravels and cobbles (cf. Figure 7.7). In general, the soil profile consisted of thick Ap/Bt1/Bt2 horizons overlying one or two gleyed Cg horizons (Cg1, Cg2). This profile sequence was best represented in shovel test 3.7, which displayed an Ap horizon (0–1.3 fbs) of grayish brown (10YR 5/2) silty clay loam overlying a gleyed Btg1 horizon (1.3–2.1 fbs) of light gray (10YR 7/2) silty clay with strong brown (7.5YR 5/6) silty clay mineral staining. Stratum III was a gleyed Btg2 horizon (2.1–2.4 fbs) of light brownish gray (10YR 6/2) sandy clay, and Stratum IV was a gleyed 2Cg horizon of bedload cobbles in a sandy matrix extending 2.4+ fbs. The presence of the gleyed B and C horizons indicates association with the Hatboro soil series.

A second soil profile observed on this landform is a variation of the Codorus soil series, which consisted of a thick plowzone (Ap horizon) overlying one or two cambic B horizons (Bw1, Bw2) that overlay one or two gleyed argillic Btg horizons (Btg1, Btg2) representing fine sand, silt, and clay vertical accretion back swamp deposits. This typical profile is best displayed in shovel test 3.15 and consists of an Ap horizon (0–1.1 fbs) of brown (10YR 4/3) sandy loam with some cobbles overlying a Bw1 horizon (1.1–1.6 fbs) of dark grayish brown (10YR 4/2) sandy loam. Stratum III was a Bw2 horizon (1.6–2.7 fbs) of yellowish brown

00013690

(10YR 5/4) sandy clay, and Stratum IV was a Btg horizon (2.7–3.1+ fbs) of gleyed light brownish gray (10YR 6/2) silty clay with strong brown (7.5YR 5/6) silty clay mineral staining (Figure 7.8).



Figure 7.8. View of Shovel Test 3.15 Profile in Paint Branch East.

Bedload basal gravels representing former channel deposits underly both of these profiles and were either encountered directly beneath the Btg or Cg horizons or the soil graded into one or more coarse to medium sand layers (C1, C2 horizons) directly over the stream cobbles. Usually the 2C horizon of bedload gravel and cobbles was encountered at a depth ranging from 3.1–3.9 fbs, but occasionally deposition of the gleyed Btg and Cg horizons was thicker, and hand augering did not encounter the bedload cobbles until about 4.1–4.7 fbs. The apparent ridge-and-swale topography of the T1 landform implied by the variable depth of the former channel deposits suggests that the lateral migration of Paint Branch may have been episodic.

The cambic B horizons (Bw1 and Bw2) encountered on the east side of the Paint Branch East section appears to have a high potential for burial of artifacts within likely terminal Pleistocene and Holocene age vertical accretion deposits. While a potential for deeply buried archaeological materials does not necessarily mean that artifacts actually will occur in these sediments, it does suggest that the conditions are favorable for such deposits. However, while there is a geomorphological potential for that area to contain intact deeply buried artifacts within the T1 terrace pre-contact age deposits, only one pre-contact isolated find occurrence (18PRX284-1) and one small pre-contact site (18PR1191) were identified in this portion of the survey areas during the shovel test investigations.

In contrast, the gleyed Btg and Cg horizon soils of the T1 terrace have low to no potential for buried intact pre-contact cultural material. The gleyed clayey and fine sand soils of the B and C horizons represented in the shovel tests indicate a wet, back swamp type of depositional environment that would not have been

113

suitable for human habitation. However, the back swamp environment could have been used for hunting and fishing by inhabitants living nearby.

## 18PRX284-1

Isolated find 18PRX284-1 is located on the western edge of an agricultural test plot that was fallow at the time of the survey and a grassy farm road and is represented by two pieces of debitage: one jasper flake recovered from Stratum III (0.95–1.55 fbs) of shovel test 2.12 and one quartz flake recovered from Stratum I (0–1.0 fbs) of the shovel test located 50 ft to the east (N500 E550) (see Figure 7.1; Figure 7.9). The find was delineated by eight shovel tests excavated at 25-ft intervals in the four cardinal directions, and no additional artifacts were found (see Figure 7.1). A typical profile on this site involved an Ap horizon (0–1.2 fbs) of dark grayish brown (10YR 4/2) gravelly loam with approximately 30 percent gravel; a Bw1 horizon (1.2–1.95 fbs) of dark yellowish brown (10YR 4/4) sandy loam with approximately 5 percent gravel; a Bw2 horizon (1.95–2.4 fbs) of yellowish brown (10YR 5/4) sandy loam with approximately 5 percent gravel; a Bt horizon (2.4–2.8 fbs) of yellowish brown (10YR 5/6) silty clay loam with approximately 5 percent gravel; a C horizon (2.8–3.3 fbs) of yellowish brown (10YR 5/4) gravelly sand with approximately 20 percent gravel; and a 2C horizon (3.3+ fbs) of basal gravel and cobbles representing the former channel deposits. The soils encountered on this site are consistent with the Codorus series mapped for the area by the USDA NRCS (2020). These two flakes represent a low-density lithic scatter of unknown pre-contact age and do not represent a substantial archaeological resource. No further investigation is recommended for this area.



Figure 7.9. View of Resource 18PRX284-1, Facing North.

00013692

**18PR1191**

Site 18PR1191 is partially located in a fallow field and partially in a field that was planted in winter squash at the time of the survey (see Figure 7.1; Figure 7.10). The site area was investigated through a combination of shovel tests and surface collection. Twelve shovel tests were excavated at 25-ft intervals across the site, and pre-contact artifacts were recovered from three of those (Figure 7.11).



Figure 7.10. View of Site 18PR1191, Facing South.

Two different stratigraphic sequences were observed in shovel tests on this site. One profile involved an Ap horizon (0–1.1 fbs) of brown (10YR 4/3) silt loam; a C1 horizon (1.1–1.7 fbs) of dark grayish brown (10YR 4/2) coarse sand with approximately 60 percent gravel; a C2 horizon (1.7–2.6 fbs) of yellowish brown (10YR 5/4) coarse sand with approximately 60 percent gravel; a C3 horizon (2.6–3.2+ fbs) of pale brown (10YR 6/3) coarse sand with less than 5 percent gravel; and a 2C horizon (3.2+ fbs) of stream bedload gravel and cobbles.

A second soil profile involved an Ap horizon (0–1.0 fbs) of dark yellowish brown (10YR 4/4) silty clay loam; a C1 horizon (1.0–2.3 fbs) of dark yellowish brown (10YR 3/6) coarse sandy loam; a Cg2 horizon (2.3–2.8 fbs) of grayish brown (10YR 5/2) sandy loam with yellowish brown (10YR 5/8) mineral staining; a Bt horizon (2.8–3.9 fbs) of gray (10YR 5/1) sandy clay; and a 2C horizon of bedload basal gravel and cobbles (3.9+ fbs).

In total, seven pre-contact artifacts were recovered from site 18PR1191 (Table 7.1). The assemblage consists of one late stage biface and six pieces of unmodified debitage. These include three pieces of quartzite and one piece of quartz debitage from Stratum I (Ap horizon, 0–1.0 fbs), two pieces of quartzite debitage from Stratum II (C1 horizon, 1.0–2.0 fbs), and one chert late stage biface fragment from Stratum III (C2 horizon, 1.7–2.6 fbs) (Figure 7.12). None of the pre-contact period artifacts is diagnostic of a specific time period.

00013693



Figure 7.11. Map of Site 18PR1191.

116

00013694

**Table 7.1. Artifacts from Site 18PR1191 by Horizon.**

| Functional Group | Artifact Type | Horizon | | | | Total |
| | | Ap | C1 | C2 | C3/Bt | |
|---|---|---|---|---|---|---|
| Tool | Biface, Late Stage, Rhyolite | | | 1 | | 1 |
| Debitage | Shatter, Quartzite | 3 | 2 | | | 5 |
| | Shatter, Quartz | 1 | | | | 1 |
| **Total** | | **4** | **2** | **1** | **0** | **7** |



Figure 7.12. Biface Fragment from Site 18PR1191.

Although three pre-contact artifacts were found in the C1 and C2 horizons and may be in undisturbed and intact contexts in this area, the pre-contact component on the site is characterized by an extremely low density. The Phase I survey results indicate that site 18PR1191 does not contain substantial artifact deposits or cultural features that could provide additional data regarding the pre-contact period occupation of this area. Based on the results of the survey, site 18PR1191 is recommended not eligible for the NRHP, and no further archaeological investigation of this site is recommended for this project as currently scoped.

### T2 Terrace

In addition to the levee and the T1 terrace along Paint Branch, shovel tests were excavated in the northeastern portion of the Paint Branch East survey area, along the T2 scarp and drainage ditch/channelized stream (see Figure 7.1). A total of 13 shovel tests were excavated along three transects placed at 50-ft intervals, none of which yielded cultural material.

Stratigraphy encountered in this area varied somewhat, but essentially displayed either an Ap/C or an Ap/Bw/Btg/C horizon sequence and was generally consistent with the two USDA NRCS soil profiles (Codorus or Hatboro soils) mapped in this area. The general solum as displayed in shovel test 4.2 was composed of an Ap horizon (0–0.7 fbs) of dark grayish brown (10YR 4/2) gravelly silt loam with approximately 40 percent gravel over a C1 horizon (0.7–1.1 fbs) of light yellowish brown (10YR 6/4) gravelly sandy loam with approximately 40 percent gravel. Stratum III (1.1–1.5 fbs) was a C2 horizon of

117

00013695

yellowish brown (10YR 5/4) gravelly sandy clay loam with approximately 40 percent gravel over a Cg3 horizon (1.5–2.0+ fbs) of gray (10YR 6/1) gleyed sand with approximately 40 percent gravel mottled with yellowish brown (10YR 5/8) iron oxide staining.

An alternate soil sequence was displayed in shovel test 6.2 that consisted of an Ap horizon (0–0.9 fbs) of dark grayish brown (10YR 4/2) silt loam; a Bw horizon (0.9–1.4 fbs) of brown (10YR 4/3) silt loam; a Btg1 horizon (1.4–1.95 fbs) of gray (10YR 5/1) gleyed silty clay loam mottled with yellowish brown (10YR 5/8) iron oxide staining; a Btg2 horizon (1.95–2.3 fbs) of gray (10YR 6/1) gleyed silty clay; and a Btg3 horizon (2.3–3.3+ fbs) of gray (10YR 5/1) gleyed silty clay mottled with heavy yellowish brown (10YR 5/8) iron oxide staining.

## PAINT BRANCH WEST SECTION (AN-6 AND EASTERN END OF AN-7)

The Paint Branch West section contains part of the AN-6 and the eastern end of the AN-7 stream mitigation sites and is located south of I-495 and immediately west of Paint Branch (see Figure 7.1). This section is a rectangular shaped area measuring between 140 and 150 ft wide and approximately 1,230 ft long parallel to Paint Branch. Similar to the topography east of the drainage, the west side of Paint Branch is characterized by a levee adjacent to the west bank of Paint Branch and a T1 terrace adjacent to the west of the levee. A T2 terrace rises farther to the west, along the north side of Tributary 1 and partially within the project LOD. A moderate sized unnamed stream (Tributary 1) flows from the west and empties into Paint Branch, running through the southern portion of this section. The portion of the section south of Tributary 1 is situated in an agricultural field that was fallow at the time of the survey, and the northern portion is located partially in a pasture and partially in an agricultural field that had been harvested of soybeans at the time of the survey (Figures 7.13–7.14).



Figure 7.13. View of Fallow Field South of Tributary 1 in Paint Branch West, Facing North.

00013696



Figure 7.14. View of Pasture Area North of Tributary 1 in Paint Branch West, Facing North.

The entire Paint Branch West section is mapped by the USDA NRCS (2020) as poorly drained Codorus and Hatboro soils, frequently flooded. Prior to this study, previously recorded site 18PR111, as mapped by the MHT, was located on the T2 terrace to the west of the LOD (see Figure 7.1). In total, 54 shovel tests were excavated along two transects across the T1 terrace during the survey in this section and one isolated find (18PRX284-5) was identified. As the artificial levee on the east side of Paint Branch was determined to consist of fill deposits and due to the extreme difficulty excavating through the dense fill deposits, no attempt was made to excavate shovel tests along the artificial levee on the west side of Paint Branch. Shovel tests were also not excavated within the steeply sloped and disturbed northern portion of this survey area along the interstate road embankment.

### T1 Terrace

The T1 terrace within the Paint Branch West survey area was investigated with two shovel test transects starting at the base of the levee and spaced at 50-ft intervals. Two transects were completed on the stream terrace located on the south side of unnamed Tributary 1 and two transects were completed on the portion of the T1 terrace located on the north side of Tributary 1 (see Figure 7.1). Soils in this area were consistent with the stratigraphy encountered on the east side of Paint Branch and typically involved either an Ap/Bw/Cg horizon sequence directly over a 2Cg horizon of bedload basal gravel and cobbles in a sandy matrix or an Ap/Bw/C1/C2/Btg/C3 horizon sequence directly over a 2Cg horizon of bedload basal gravel and cobbles in a sandy matrix. As seen east of Paint Branch, the underlying stratigraphy of the T1 terrace is characterized by an undulating ridge-and-swale topography and, as a result, the top of former Pleistocene channel deposits of Paint Branch were encountered at variable depths across this landform.

The Ap/Bw/Cg profile sequence was best represented in shovel test 4.5, which displayed an Ap horizon (0–0.9 fbs) of yellowish brown (10YR 5/4) sandy loam overlying a Bw1 horizon (0.9–1.4 fbs) of yellowish brown (10YR 5/8) sandy clay loam. Stratum III was a Bw2 horizon (1.4–2.0 fbs) of brown (10YR 4/3)

119

sandy clay loam, and Stratum IV was a gleyed Cg1 horizon (2.0–3.0 fbs) of pale brown (10YR 6/3) fine to medium sand. Beneath this was a gleyed Cg2 horizon (3.0–3.4 fbs) of grayish brown (10YR 5/2) fine to medium sand with strong brown (7.5YR 5/6) sand iron oxide mineral staining and a gleyed Cg3 horizon (3.4–4.8 fbs) of gray (10YR 6/1) fine to medium sand that was only encountered by hand-augering. A 2C horizon of bedload gravel and cobbles in a coarse sandy matrix extended below 4.8 fbs.

The Ap/Bw/C1/C2/Btg/C3 solum is best displayed in shovel test 1.5 and consisted of an Ap horizon (0–0.7 fbs) of brown (7.5YR 4/3) sandy loam overlying a Bw horizon (0.7–1.8 fbs) of brown (7.5YR 4/4) sandy loam (Figure 7.15). Stratum III was a C1 horizon (1.8–3.15 fbs) of light yellowish brown (10YR 6/4) sandy loam, and Stratum IV was a C2 horizon (3.15–3.5 fbs) of yellowish red (5YR 5/8) sand mottled with yellowish red (5YR 4/6) sand that was only encountered in a hand auger. Stratum V was a gleyed Btg horizon (3.5–3.65 fbs) of gray (10YR 5/1) silty clay, and Stratum VI was a C3 horizon (3.65–3.9 fbs) of very pale brown (10YR 7/3) sand. The hand auger could not penetrate the dense rocks below 3.9 fbs, indicating the presence of gravel and cobbles beginning at this depth, representing the 2C horizon of former channel deposits.



Figure 7.15. View of Shovel Test 1.5 in Paint Branch West (note bottom portion is auger only).

An alternative Ap/Bw1/C1/Bwg2/Bwg3/Bwg4/Cg2/Cg3 solum is best displayed in shovel test 8.7 and consisted of an Ap horizon (0–1.1 fbs) of brown (7.5YR 4/3) silt loam overlying a Bw1 horizon (1.1–1.6 fbs) of brown (7.5YR 5/4) sandy loam. Stratum III was a C1 horizon (1.6–2.3 fbs) of light brown (7.5YR 6/4) sand with 70 percent gravel, and Stratum IV was a gleyed Bwg2 horizon (2.3–3.8 fbs) of brown (7.5YR 5/2) fine sandy loam. Stratum V was a gleyed Bwg3 horizon (3.8–4.5 fbs) of dark gray (7.5YR 4/1) fine sandy loam that was only encountered in a hand auger, and Stratum VI was a Bwg4 horizon (4.5–5.0 fbs) of dark brown (7.5YR 3/2) fine sandy loam. Stratum VII was a Cg2 horizon (5.0–5.4 fbs) of very dark gray (7.5YR 3/1) medium sand, and Stratum VIII was a Cg3 horizon (5.4–5.5+ fbs) of gray (7.5YR 5/1) coarse sand with 30 percent pea gravel. The hand auger could not penetrate below 5.5 fbs, strongly suggesting the presence of gravel and cobbles beginning at this depth, representing the 2C horizon of former channel deposits.

00013698

A few shovel tests located at the base of the artificial levee encountered a layer of dense cobble and gravel fill overlying the natural soil column seen elsewhere in this portion of the survey area. A typical profile that includes this upper fill disturbance is best represented in shovel test 4.8, where six strata were encountered. These include an Ap horizon (0–0.3 fbs) of yellowish brown (10YR 5/4) sandy loam; a fill layer (0.3–1.4 fbs) of yellowish brown (10YR 5/4) sandy clay loam mottled with yellowish brown (10YR 5/8) clay inclusions; a Bw1 horizon (1.4–2.3 fbs) of brown (10YR 5/3) sandy clay loam; and a Bw2 horizon (2.3–3.2 fbs) of grayish brown (10YR 5/2) silty clay mottled with strong brown (7.5YR 4/6) silty clay. Two additional soil layers were encountered during hand augering at the base of excavation. These include a gleyed Cg horizon (3.2–3.9 fbs) of grayish brown (10YR 5/2) sand and a 2C horizon (3.9+ fbs) of gray (10YR 6/1) coarse sand with gravel and cobbles that represents the ancestral Paint Branch bedload.

Geoarchaeologically, the entire vertical accretion alluvium that predates the historic period (Bw and C horizons underlying the Ap horizon) within the T1 terrace appears to offer a potential for intact buried cultural material. Specifically, these sediments generally extend from 0.7–3.5 fbs and have a potential to contain archaeological resources during the early through late Holocene periods (Early Archaic through the Late Woodland periods). However, other than a single isolated pre-contact period artifact found in redeposited fill (18PRX284-5, see below), no cultural features, artifacts, or other indications of possible human activity were observed during the shovel test excavations of the T1 terrace. The shovel test excavations gave no indication that significant or intact archaeological sites are present within this portion of the survey area, and no additional investigations are recommended within the Paint Branch West section.

## 18PRX284-5

Isolated artifact occurrence 18PRX284-5 is located near the confluence of Paint Branch and Tributary 1 north of the tributary on a T1 terrace adjacent to a man-made levee (see Figure 7.1). The area immediately along the tributary to the south is within a moderately dense hardwood forest; the areas to the west and east are in open grass; and the area to the north is in an active agricultural field. One schist tertiary complete flake was found in redeposited fill (0.3–0.95 fbs) in shovel test 6.17 (N500 E500). Fill soil was recovered in three of the shovel tests excavated on the site. Shovel test 6.17 contained three strata—the top stratum (0–0.3 fbs) was a dark yellowish brown (10YR 3/6) sandy loam Ap horizon; Stratum II (0.3–0.95 fbs) was a fill layer of dark yellowish brown (10YR 4/6) and yellowish red (5YR 4/6) sandy clay loam; and Stratum III (0.95–2.0+ fbs) was a brown (10YR 4/3) sandy loam C1 horizon. In contrast, an undisturbed soil profile was only recorded at N525 E500. This shovel test contained an Ap horizon (0–0.9 fbs) of dark yellowish brown (10YR 4/4) silt loam mottled with strong brown (7.5YR 4/6) and light brownish gray (10YR 6/2) silt loam; a Bt1 horizon (0.9–2.2 fbs) of brown (10YR 5/3) sandy loam; a Btg2 horizon (2.2–3.4 fbs) of gray (10YR 5/1) clay loam with redox staining; a Btg3 horizon (3.4–4.4 fbs) of light gray (10YR 7/1) clay loam with redox staining; a Cg horizon (4.4–5.2 fbs) of light gray (10YR 7/1) coarse sand that was only encountered in a hand auger; and gravel and cobbles that were encountered at 5.2+ fbs. Isolated artifact occurrence 18PRX284-5 is bounded on the north, west, and east by negative shovel tests and on the south by unnamed Tributary 1. The pre-contact artifact recovered from 18PRX284-5 is not associated with intact and undisturbed deposits and does not represent a significant archaeological resource in this location. No further archaeological investigation of this area is recommended for this project.

00013699

**TRIBUTARY 1 SECTION (AN-7 AND SOUTHERN END OF AN-6)**

The Tributary 1 section is within a portion of the AN-7 and the southern end of the AN-6 stream mitigation sites and is located immediately west of the southern end of the Paint Branch West section and includes area within 100 ft of Tributary 1 on both sides of the drainage (see Figure 7.1). The area extends approximately 1,175 ft along the south side of Tributary 1 and approximately 1,150 ft along the north side of the stream and is approximately 200 ft in width. A gravel access road runs through the eastern portion of this section. The area east of that road and south of Tributary 1 is within an open grassland and agricultural field, and the area west of that road and south of Tributary 1 is within a moderately dense mixed hardwood forest with moderately dense groundcover. The area north of Tributary 1 (on both sides of the road) is within an open grassland and agricultural field (Figures 7.16–7.17). Prior to this study, previously recorded site 18PR111, as mapped by the MHT, was located on the T2 terrace to the west just north of the LOD (see Figure 7.1).

Tributary 1 is a somewhat narrow stream, varying between 15 and 25 ft wide, with the stream bed composed of a high density of large cobbles and boulders (Figure 7.18). A bank cut of the stream, and later confirmed by shovel tests, indicates a very rocky subsoil overlying gleyed deposits on top of the stream bedload (Figure 7.19). Topographically, this survey area crosses T1 and T2 terraces for the full extent of the north side of the tributary and all of the eastern portion on the south side of the tributary. On the south side of the tributary, the western portion along the bank is characterized by a narrow T2 terrace with several small back swamp channels from past overbank episodes (Figure 7.20). Farther back from the stream bank and the edge of the T2 landform, the western portion of the project LOD south of the unnamed tributary encompasses the toe slope of a ridge that rises to the southwest. The side slope is generally a shallow slope but becomes considerably steeper in the far western portion of the survey area (Figures 7.16 and 7.21).



Figure 7.16. View of Tributary 1 Section, Facing West.

00013700



Figure 7.17. View of Tributary 1 Section, Facing East.



Figure 7.18. View of Tributary 1, Facing East.

00013701



Figure 7.19. View of Tributary 1 Bank Cut, Facing North.



Figure 7.20. View of Terrace and Tributary 1, Facing West.

124



Figure 7.21. View of Ridge Slope South of Tributary 1, Facing South.

A majority of this survey area is mapped by the USDA NRCS (2020) as Russett-Christiana complex soils (0 to 2% slopes). The far western end of the Tributary 1 section, immediately south of the I-495 corridor, has been disturbed by interstate highway construction and is mapped as Udorthents, highway (0 to 65% slopes). The far eastern end of this area is mapped as Codorus and Hatboro soils (frequently flooded). The boundary of previously recorded site 18PR111 is located approximately 100 ft to the north of the stream centerline, outside of the project LOD.

Initially, 22 shovel tests were excavated along a single transect placed between 5 and 10 ft south of the stream bank along the south side of Tributary 1; 23 shovel tests were excavated along a single transect spaced 50 ft south of that transect; 16 shovel tests were excavated along a single transect placed between 5 and 10 ft north of the Tributary 1 stream bank; and 14 shovel tests were excavated along a parallel transect located 50 ft north of that transect (see Figure 7.1). Thirteen of those 75 shovel tests yielded cultural material associated with sites 18PR111 and 18PR1192 and isolated finds 18PRX284-2, 18PRX284-3, and 18PRX284-6. An additional 25 shovel tests were excavated to further delineate and investigate those resources. In addition, the portion of the LOD adjacent to the MHT mapped location of 18PR111 was examined by surface inspection and six shovel tests were excavated outside the LOD in that area.

Shovel tests placed along the two transects closest to the south and north stream banks encountered similar stratigraphy, involving substantial and dense redeposited gravel and cobbles extending to at least 1.5 fbs, and in some locations, deeper than 2.5 fbs. For the most part, shovel tests on the south side of Tributary 1, other than those associated with resource 18PRX284-6, contained an A horizon (0–0.5 fbs) of brown (10YR 4/3) very gravelly sand; a fill layer (0.5–1.4 fbs) of light yellowish brown (10YR 6/4) very gravelly sand; a Cg horizon (1.4–2.7 fbs) of dark gray (10YR 4/1) very gravelly coarse sand; and a Cg2 horizon (2.7–3.3 fbs) of gray (10YR 6/1) very gravelly sand. A 2C horizon of bedload gravel and cobbles in a coarse sandy matrix extends below 3.3 fbs. An alternate profile of the apparent redeposited fill layer or flood deposits located on the north side of Tributary 1 involved an Ap horizon (0–0.8 fbs) of brown (10YR 4/3) silt loam;

125

a fill layer (0.8–1.2 fbs) of yellowish brown (10YR 5/4) very gravelly sandy loam; a second fill layer (1.2–2.0 fbs) of light yellowish brown (10YR 6/4) very gravelly sand; and a Bt1 horizon (2.0–3.0 fbs) of yellowish brown (10YR 5/6) sandy loam. Hand augering extended this soil profile to include a Btg2 horizon (3.0–3.5 fbs) of yellowish brown (10YR 5/4) heavily oxidized sandy loam; a Btg3 horizon (3.5–3.8 fbs) of dark grayish brown (10YR 4/2) heavily oxidized sandy loam; and a Cg horizon (3.8–4.2+ fbs) of grayish brown (10YR 5/2) heavily oxidized gravelly sand.

Stratigraphy encountered in the shovel tests placed north and south of the tributary in the eastern portion of this section roughly corresponds to the Codorus and Hatboro soils, the natural soil type mapped in this area. Similar to the stratigraphy displayed in the Paint Branch West section, the profile encountered in shovel test 5.1 was composed of an Ap horizon (0–1.0 fbs) of brown (10YR 4/3) silt loam; a Bw horizon (1.0–2.15 fbs) of brown (10YR 5/3) silt loam mottled with dark yellowish brown (10YR 4/6) silt loam; a gleyed Btg horizon (2.15–4.3 fbs) of dark gray (2.5Y 4/1) sandy clay loam; and a gleyed Cg horizon (4.3–4.5 fbs) of black (2.5Y 2.5/1) sand. The profile was extended by hand augering down to the bedload stratum of cobbles and coarse gravel at 4.5 fbs.

In areas farther back from the stream bank, on the side slope and undisturbed portions of the T2 terrace on the south side of the tributary and on the T2 terrace on the north side of the tributary, soils within shovel tests were more characteristic of the Russett-Christiana complex soils (USDA NRCS 2020). Specifically, the shovel tests with a series of brownish yellow and yellowish brown Bt horizon subsoil strata are characteristic of the Russett soils. Strong brown, reddish yellow, and red Bt horizon subsoil strata more characteristic of the Christiana soils were not observed during the shovel testing in the Tributary 1 section.

The Russett soil series profile is represented in shovel test 5.5, which displayed an Ap horizon (0–0.35 fbs) of dark grayish brown (10YR 4/2) compact silt loam over a Bt1 horizon (0.35–1.2 fbs) of yellowish brown (10YR 5/4) compact silt loam with some gravel. Stratum III (1.2–1.8 fbs) was a Bt2 horizon of yellowish brown (10YR 5/8) compact silt loam with some gravel. An alternate soil profile was represented in shovel test 5.16, which involved an A horizon (0–0.4 fbs) of very dark brown (10YR 2/2) sandy loam; a Bt1 horizon (0.4–0.8 fbs) of dark yellowish brown (10YR 4/6) sandy loam with some gravel; a Bt2 horizon (0.8–2.1 fbs) of yellowish brown (10YR 5/4) compact sandy clay loam with gravel; and a Btg horizon (2.1–2.7+ fbs) of light yellowish brown (10YR 6/4) sandy clay loam. Another alternate soil profile was represented in shovel test 7.7 and is characterized by an A horizon (0–0.9 fbs) of brown (10YR 4/3) silt loam; a Bt1 horizon (0.9–1.5 fbs) of brownish yellow (10YR 6/8) silty clay loam with some gravel; a Bt2 horizon (1.5–3.0 fbs) of grayish brown (10YR 5/2) compact silty clay with reddish yellow (7.5YR 6/8) mineral staining; and a C horizon (3.0–3.5+ fbs) of dark yellowish brown (10YR 4/4) mottled with grayish brown (10YR 5/2) very coarse sand with 50 percent gravel that was only encountered in an auger test.

### 18PR111

Previously recorded archaeological site 18PR111, or the A.R.C. Site, was identified in 1973 during a survey for the USDA South Research Area as a pre-contact short-term resource procurement and lithic quarry/extraction site identified by a small (50 × 70 ft) concentration of lithic artifacts all recovered during a surface collection (Clark 1973). Despite the apparent high density of pre-contact artifacts on the surface at the time the site was recorded, only two tools were found—one quartzite biface tip and one quartz biface fragment (Clark 1973). According to Clark (1973), the site was situated "on the second terrace overlooking the Paint Branch Creek floodplain on a level terrace bisected by a small stream" and "the area of concentration is on the eastern edge of the field nearest to Paint Branch Creek but scattered surface indications are found the length of the field." Based on Clark's (1973) description of the artifact distribution, it appears that site 18PR111 extended across both the T1 and T2 terraces west of Paint Branch overlooking Tributary 1, which is approximately 20 ft to the south (see Figure 7.1). The site is situated within two fallow agricultural fields that had been recently harvested of soybeans at the time of the MLS project survey; a gravel farm access road runs north-south between the T1 and T2 landform boundary (Figures 7.22–7.23).

126

00013704



Figure 7.22. View of Site 18PR111, Facing Southwest.



Figure 7.23. View of Site 18PR111, Facing East.

During a walkover inspection of the MHT mapped site area north of the Tributary 1 section LOD, one quartzite flake and one rhyolite flake were recovered from the ground surface of 18PR111, which displayed

127

approximately 50 percent surface visibility at the time of the survey. An additional one historic and 19 pre-contact artifacts were recovered from fill and the Ap (Stratum I, 0–0.9 fbs), Ab (Stratum VI, 1.5–1.8 fbs), and Bw (Strata II and III, 0.9–2.9 fbs) horizons in five shovel tests located to the southeast of the previously mapped location of this site, and that area was included in a revised boundary for this site at the request of the MHT (Jenny Cosham, personal communication 2020) (Figure 7.24). In total, 26 shovel tests were excavated within the revised boundary of site 18PR111, including six excavated outside the project LOD within the previously mapped boundary of the site. One Bristol-type stoneware sherd and two quartz flakes were found in a fill layer in shovel test N500 E450; one FCR, one quartz core, and 12 pieces of rhyolite, quartzite, and quartz debitage were recovered from three different horizons to a depth of 2.9 fbs in shovel test N500 E500; shovel test N500 E600 produced one quartz flake fragment from the Ap horizon (0–0.75 fbs); shovel test N500 E525 yielded one quartz biface fragment from the Ap2 horizon (0.9–1.2 fbs); and shovel test N475 E500 yielded one quartzite flake fragment from the Ab2 horizon (1.5–1.8 fbs). No artifacts were found in the remainder of the shovel tests on this site, including the six excavated within the previously recorded boundary of the site. Stratigraphy was highly variable across the site and several different stratigraphic sequences were observed in shovel tests on this site.

One sequence was encountered at N500 E525 and involved an Ap1 horizon (0–0.9 fbs) of brown (10YR 4/3) silt loam; an Ap2 horizon (0.9–1.2 fbs) of dark brown (10YR 3/3) silt loam; a Bw1 horizon (1.2–1.5 fbs) of dark yellowish brown (10YR 4/4) silt loam; a Bw2 horizon (1.5–2.0 fbs) of brown (10YR 4/3) silt loam; a gleyed Bwg3 horizon (2.0–2.5 fbs) of grayish brown (10YR 5/2) silt loam; and a C1 horizon (2.5–3.4 fbs) of grayish brown (10YR 5/2) sand. Augering extended this profile to include a gleyed Btg4 horizon (3.4–3.8 fbs) of gray (10YR 5/1) sandy clay with yellowish brown (10YR 5/8) mineral staining; a Cg2 horizon (3.8–4.2 fbs) of grayish brown (10YR 5/2) medium sand; a Cg3 horizon (4.2–6.3 fbs) of dark gray (10YR 4/1) coarse sand; and a 2C stratum of channel gravel and cobbles (6.3+ fbs).

Another sequence was encountered at N475 E500 and involved multiple incipient Ab horizons buried by flood deposits. This location displayed an Ap horizon (0–0.6 fbs) of yellowish brown (10YR 5/4) silt loam; a thin C1 horizon representing a flood episode (0.6–0.8 fbs) of brownish yellow (10YR 6/6) sandy loam; a B1 horizon (0.8–1.1 fbs) of pale brown (10YR 6/3) silt loam; an incipient buried Ab1 horizon (1.1–1.3 fbs) of dark brown (10YR 3/3) silt loam; a thin flood deposit C2 horizon (1.3–1.5 fbs) of brownish yellow (10YR 6/6) sandy loam; an incipient buried Ab2 horizon (1.5–1.8 fbs) of dark brown (10YR 3/3) silt loam; a Cg3 horizon (1.8–2.5 fbs) of light gray (10YR 7/1) fine sand; and an incipient buried Ab3 horizon (2.5–3.3 fbs) of dark yellowish brown (10YR 4/4) silt loam. While this shovel test is located near unnamed Tributary 1, none of the other nearby shovel tests displayed any buried soil horizons and it is uncertain why a series of three buried A horizons are found in a small, localized area. This shovel test produced only a single artifact—one large quartzite flake fragment from the Ab2 horizon.

One profile observed in shovel tests located on the T2 terrace involved an Ap horizon (0–0.9 fbs) of brown (10YR 4/3) silt loam with 20 percent gravel; a Bt1 horizon (0.9–1.9 fbs) of yellowish brown (10YR 5/8) silty clay; a Bt2 horizon (1.9–3.0 fbs) of yellowish brown (10YR 5/4) clay loam with redox staining; a Bt3 horizon (3.0–3.2 fbs) of yellowish brown (10YR 5/6) clay loam with redox staining; and C horizon of gravel that was encountered at 3.2 fbs. The other profile encountered on the T2 terrace consisted of an Ap over C horizon stratigraphic sequence that involved an Ap horizon (0–0.9 fbs) of brown (10YR 4/3) silt loam with 20 percent gravel; a C1 horizon (0.9–2.1 fbs) of yellowish brown (10YR 5/6) sand with 50 percent gravel and cobbles; and a C2 horizon (2.1–3.3+ fbs) of brownish yellow (10YR 6/8) sand with 50 percent gravel and cobbles.

00013706



Figure 7.24. Map of Site 18PR111.

129

00013707

An anomalous profile encountered only in shovel test N500 E500 (ST 7.12) located close to the intersection of the two farm roads involved an Ap horizon (0–0.9 fbs) of brown (10YR 4/3) silt loam, a Bw1 horizon (0.9–1.9 fbs) of yellowish brown (10YR 5/6) sandy loam, a Bw2 horizon (1.9–2.9 fbs) of dark yellowish brown (10YR 4/4) sandy loam, and a C horizon (2.9–3.3+ fbs) of yellowish brown (10YR 5/6) medium sand with 20 percent large cobbles. A very thin (1–2 cm) lens of organic (but not burnt material) sandy loam was observed at 1.1 fbs within the Bw1 horizon in this shovel test (Figure 7.25). No artifacts were found in this lens and it is not clear if it represents the remnants of an older A horizon or is associated with disturbance from the nearby farm roads, but it does not appear to represent a cultural feature. The lens was not observed anywhere else in the survey area.



Figure 7.25. View of Dark Lens in N500 E500 at Site 18PR111, Facing North.

The project pre-contact assemblage associated with site 18PR111 consists of one rhyolite and one quartzite flake recovered from the surface; two quartz flakes recovered from a fill layer; one quartz biface fragment, one quartz core fragment, one quartzite FCR, two quartzite flakes, one piece of quartz shatter, one quartz flake, and one rhyolite flake recovered from the Ap horizon; one quartzite flake found in the Ab2 horizon; one quartz, two quartzite, and three rhyolite flakes found in the Bw1 horizon; and two rhyolite flakes found in the Bw2 horizon (Table 7.2). Fourteen of the 21 pre-contact period artifacts, including the core and the FCR, were recovered from N500 E500 (ST 7.12), although almost half of these ($n$=6) were found in the disturbed plowzone (Figure 7.26). Only four of the other 25 shovel tests excavated across the site produced cultural material, and with the exception of the two pre-contact artifacts found in a fill layer, each of these produced only a single artifact. Although nine of the 21 pre-contact period artifacts were recovered from the potentially undisturbed Ab2 (Stratum VI), Bw1 (Stratum II), and Bw2 (Stratum III) horizons, these are all non-diagnostic pieces of debitage, and the site artifacts in general are very lightly and widely distributed vertically, offering no suggestion of any specific concentration areas within a particular stratum. The pre-contact period artifacts from 18PR111 are likely associated with multiple visits to the area for resource procurement purposes, probably occurring during multiple pre-contact periods.

00013708

**Table 7.2. Artifacts from Site 18PR111 by Horizon.**

| Functional Group | Artifact Type | Surf. | Fill | Ap | Bw1 | Bw2 | Ab2 | Total |
|---|---|---|---|---|---|---|---|---|
| Tool | Biface Fragment, Quartz | | | 1 | | | | 1 |
| Debitage | Core Fragment, Quartz | | | 1 | | | | 1 |
| | Flake Fragment, Quartz | | 2 | 1 | 1 | | | 4 |
| | Flake Fragment, Quartzite | | | 1 | 2 | | 1 | 4 |
| | Flake Fragment, Rhyolite | 1 | | 1 | 3 | 2 | | 7 |
| | Flake Broken, Quartzite | | | 1 | | | | 1 |
| | Flake Complete, Quartzite | 1 | | | | | | 1 |
| | Shatter, Quartz | | | 1 | | | | 1 |
| Other Lithic | Fire Cracked Rock, Quartzite | | | 1 | | | | 1 |
| Kitchen | Bristol Stoneware, Undecorated | | 1 | | | | | 1 |
| **Total** | | **2** | **3** | **8** | **6** | **2** | **1** | **22** |



Figure 7.26. Biface Fragment from Site 18PR111.

The single historic period artifact found on 18PR111 during the project survey is an undecorated Bristol glazed stoneware sherd recovered from fill deposits in a shovel test located along the farm road. It is likely associated with the documented 19th through early 20th century use of the area but is not associated with a significant historic resource in this area.

Although the former boundary of previously recorded site 18PR111 did not extended into the project LOD, project results indicate that the boundary of this site should be revised to extend to the south and east, within the Tributary 1 section project LOD. The revised site boundary is defined to the south, west, and east by negative shovel tests and Tributary 1, but the site extends to the north onto the higher T2 terrace well outside of the project LOD and no investigation was conducted in that area. This broadly dispersed (vertically and horizontally) and low-density scatter of lithic materials is likely associated with resource procurement activities conducted during multiple pre-contact periods. As the majority of the site is located outside the project LOD and most of that area was not investigated, this project has not tried to evaluate the NRHP eligibility of this site. However, investigations do not indicate that resources within the project LOD contain

00013709

substantial intact deposits or cultural features that could provide new or important information regarding the pre-contact or historic period occupations of this area. No further archaeological investigation of this site is recommended for this project as scoped.

### 18PR1192

Site 18PR1192 was identified on a side slope and toe slope of a terrace rising to the southwest overlooking Tributary 1, which is approximately 85 ft to the north, and comprises eight pieces of debitage from two shovel tests (see Figure 7.1). The site is within a moderately dense hardwood forest with moderately dense undergrowth (Figure 7.27). One piece of quartz tertiary shatter was found in Stratum II (0.55–1.5 fbs) of shovel test 5.10 (Figure 7.28). One shovel test placed 25 ft to the west yielded one quartzite tertiary flake fragment from Stratum II (0.55–1.0 fbs) and five quartzite tertiary flake fragments and one piece of quartzite shatter from Stratum III (1.0–1.7 fbs). Two shovel tests excavated at 25-ft intervals to the east along this transect did not contain any cultural material, nor did the two placed at 25-ft intervals to the north and south.

Shovel test 5.10 contained five strata, including an Ap horizon (0–0.55 fbs) of very dark grayish brown (10YR 3/2) sandy loam; a Bt1 horizon (0.55–1.5 fbs) of yellowish brown (10YR 5/4) sandy loam; a Bt2 horizon (1.5–1.85 fbs) of pale brown (10YR 6/3) sandy loam; a Bt3 horizon (1.85–2.35 fbs) of light brownish gray (10YR 6/2) sandy loam mottled with brownish yellow (10YR 6/8) sandy loam; and a gleyed Btg horizon (2.35–2.6 fbs) of gray (10YR 6/1) silt loam. As mapped by the USDA NRCS (2020), this stratigraphic profile roughly corresponds to the Russett soils of the Russett-Christiana complex soil series that are mapped as the natural soil type in this area.



Figure 7.27. View of Site 18PR1192, Facing North.

00013710



Figure 7.28. Map of Site 18PR1192.

133

00013711

The site assemblage consists of a total of eight unmodified pieces of lithic debitage recovered from two shovel tests located 25 ft apart. These consist of one quartzite flake and one piece of quartz shatter found in the Bt1 horizon (0.5–1.55 fbs) and one piece of quartz shatter and five quartzite flakes found in the Bt2 horizon (1.0–1.7 fbs) (Table 7.3). No additional artifacts were found in the shovel tests excavated in this area, although isolated finds 18PRX284-2, 18PRX284-3, and 18PRX284-6 are located to the east, west, and north, respectively may have the potential to be associated with the same general resources procurement activities conducted across the area. No indications of any patterned or substantial artifact distributions or cultural features was observed on or near site 18PR1192. This low-density scatter of lithic materials dates to an undetermined pre-contact period (or periods) and does not appear to offer additional research potential. The site is recommended not eligible for the NRHP, and no further archaeological investigation of this site is recommended for this project as currently scoped.

**Table 7.3. Artifacts from Site 18PR1192 by Horizon.**

|  |  | Horizon | | |
| --- | --- | --- | --- | --- |
| **Functional Group** | **Artifact Type** | **Bt1** | **Bt2** | **Total** |
| Debitage | Flake Fragment, Quartzite | 1 | 5 | 1 |
|  | Shatter, Quartzite |  | 1 | 1 |
|  | Shatter, Quartz | 1 |  | 1 |
| **Total** |  | **2** | **6** | **8** |

### 18PRX284-2

Low-density artifact scatter 18PRX284-2 was identified on the toe slope of a terrace rising to the southwest overlooking Tributary 1, which is approximately 65 ft to the north (see Figure 7.1). A gravel access road is located to the east. An active agricultural field is located immediately to the south, a moderately dense wooded area is located to the north along the stream bank, and open grassy areas are located to the west and east (Figure 7.29). One rhyolite tertiary complete flake was found in Stratum II (0.4–1.5 fbs) of shovel test 5.6 (Figure 7.30). A shovel test placed 25 ft to the west yielded one quartzite FCR from Stratum I (0–0.5 fbs). Two shovel tests excavated at 25-ft intervals to the east along this transect did not contain any cultural material, nor did the shovel tests placed 25 ft to the north and south.

Shovel test 5.6 contained four strata—the top stratum (0–0.4 fbs) was a brown (10YR 4/3) very compact silt loam Ap horizon; Stratum II (0.4–1.5 fbs) was a brownish yellow (10YR 6/6) very compact silt loam Bt1 horizon; Stratum III (1.5–2.6 fbs) was a yellowish brown (10YR 5/6) very compact silt loam Bt2 horizon; and Stratum IV (2.6–3.0 fbs) was a yellowish brown (10YR 5/8) very compact silt loam Bt3 horizon. As described by the USDA NRCS (2020), this stratigraphic profile roughly corresponds to the Russett soils of the Russett-Christiana complex soil series that are mapped as the natural soil type in this area.

Artifact scatter 18PRX284-2 is bounded on all sides by negative shovel tests. The single flake and FCR are likely associated with the pre-contact period activity evidenced across this area but do not appear to represent a substantial archaeological resource at this location. Further archaeological investigation of this area is unlikely to yield significant information regarding the pre-contact occupation of the area, and no further investigation of 18PRX284-2 is recommended for this project as scoped.

00013712



Figure 7.29. View of Resource 18PRX284-2, Facing South.

**18PRX284-3**

Low-density artifact scatter 18PRX284-3 was identified on a side slope and toe slope of a terrace rising to the southwest overlooking Tributary 1, which is approximately 65 ft to the north (see Figure 7.1; Figures 7.31 and 7.32). The resource is in a moderately dense hardwood forest with moderately dense undergrowth. One quartzite primary flake fragment was found in Stratum II (0.4–2.4 fbs) of shovel test 5.14. A shovel test placed 25 ft to the north yielded one quartzite tertiary flake fragment from Stratum III (2.3 fbs). Four shovel tests excavated at 25-ft intervals to the east and west along this transect did not contain any cultural material, nor did the shovel test placed 25 ft to the south.

Shovel test 5.14 contained three strata—the top stratum (0–0.4 fbs) was a very dark brown (10YR 2/2) sandy loam A horizon; Stratum II (0.4–2.4 fbs) was a brownish yellow (10YR 6/6) sandy clay loam Bt1 horizon; and Stratum III (2.4–3.4+ fbs) was a yellowish brown (10YR 5/6) silty clay loam Bt2 horizon. As described by the USDA NRCS (2020), this stratigraphic profile roughly corresponds to the Russett soils of the Russett-Christiana complex soil series that are mapped in this area.

Isolated artifact occurrence 18PRX284-3 is bounded to the north, south, west, and east by negative shovel tests. The two flakes constitute a localized low-density scatter of non-diagnostic lithic material that does not represent a substantial or significant archaeological resource. No further archaeological investigation of this area is recommended for this project as currently scoped.

135



Figure 7.30. Map of Resource 18PRX284-2.

136

00013714



Figure 7.31. Map of Resource 18PRX284-3.

137

00013715



Figure 7.32. View of Resource 18PRX284-3, Facing North.

**18PRX284-6**

Resource 18PRX284-6 is located on a narrow T2 terrace remnant along the south side of Tributary 1 in a moderately dense hardwood forest with light to moderately dense groundcover (see Figure 7.1). Some evidence of fill disturbance or flood deposits was noted in all 19 of the shovel tests excavated on the transect closest to the south stream bank west of the gravel access road. Seven of the shovel tests in this area produced pre-contact and/or historic artifacts. Because the material was recovered from redeposited fill or flood deposit contexts, these artifacts were grouped together as single non-site/isolated find resource (18PRX284-6) and were separated from nearby archaeological site 18PR1192 and scatters 18PRX284-2 and 18PRX284-3, which were recorded within areas of intact soils. The assemblage consists of 12 historic period artifacts (five pieces of colorless container glass, five pieces of green container glass, one piece of light green container glass, one piece of solidified tar), along with seven pre-contact artifacts (one quartz biface fragment, four pieces of quartz and quartzite debitage, one quartzite core, and one quartzite FCR). The artifacts were recovered from Strata I–III to a depth of 2.3 fbs, and historic artifacts were mixed with the pre-contact artifacts in all three strata.

A typical profile in this area was encountered in shovel test 3.13 and consisted of an A horizon (0–0.5 fbs) of very dark grayish brown (10YR 3/2) gravelly sandy loam; a fill layer (0.5–1.6 fbs) of yellowish brown (10YR 5/4) gravelly sandy loam; a fill layer (1.6–3.3 fbs) of light brownish gray (10YR 6/2) sandy loam; and a C3 horizon (3.3–3.6+ fbs) of gray (10YR 6/1) gravelly sandy loam. An alternate profile with variations in color and depth was observed in shovel test 3.15 and consisted of an A horizon (0–0.9 fbs) of brown (10YR 4/3) gravelly sandy loam; a fill layer (0.9–1.6 fbs) of dark yellowish brown (10YR 4/6) gravelly sandy loam; a fill layer (1.6–2.3 fbs) of light yellowish brown (10YR 6/4) mottled with yellowish brown (10YR 5/6) gravelly sandy loam; a C3 horizon (2.3–2.8 fbs) of strong brown (7.5YR 5/8) gravelly sandy loam; and a C4 horizon (2.8–3.5+ fbs) of brownish yellow (10YR 6/6) mottled with yellow (10YR 7/6) gravelly sandy loam with large cobbles.

00013716

The pre-contact and historic artifacts recovered from 18PRX284-6 are not associated with intact and undisturbed deposits and do not represent a significant archaeological resource in this location. No further archaeological investigation of this area is recommended for this project as currently scoped.

**TRIBUTARY 2 SECTION (AN-7)**

The Tributary 2 section is within the AN-7 stream mitigation site and involves a roughly oval shaped area bordered by Paint Branch to the northeast and bisected into northern and southern segments by the unnamed stream (Tributary 2) (see Figure 7.1). A gravel access road forms the southern border of the Tributary 2 section. The survey area is approximately 185 ft long (north-south) by 70–130 ft wide (east-west). This portion of the Paint Branch survey area is primarily characterized by a floodplain (T0 terrace) in the northernmost portion; a T1 terrace in the central portion; a T2 terrace located in the far southeastern portion; and a ridge nose in the western portion. The section is covered in light to moderately densely hardwood forest with moderate to dense undergrowth, except for the central portion of the section, which is open and covered in perennial grasses (Figures 7.33–7.34). Paint Branch runs along the northern edge of this area and is a broad stream approximately 10 m wide in this area (Figure 7.35). The unnamed tributary of Paint Branch (Tributary 2) runs through the central portion of the section. This stream originates southwest of the gravel road, varies from approximately 7–10 ft in width, and has a flow that is obstructed by a collapsed culvert (Figure 7.36).

The T0 landform bordering Paint Branch in the northeastern portion of this section is mapped by the USDA NRCS (2020) as poorly drained Codorus and Hatboro soils (frequently flooded). The remaining portion of the Tributary 2 section is mapped as moderately well-drained Russett-Christiana complex soils (2 to 5% slopes).



Figure 7.33. View of Tributary 2 Survey Area, Facing South.

00013717



Figure 7.34. View of Open Vegetation on T1 and T2 Terraces in Tributary 2 Survey Area, Facing East.



Figure 7.35. View of Tributary 2, Facing North.

140

00013718