

Figure 7.36. View of Tributary 2 Culvert, Facing Northeast.

Previously recorded site 18PR113 is mapped in the northern portion of this section (see Figure 7.1). Site 18PR113 was recorded by Clark (1973) as a short-term resource procurement site dating to an unknown pre-contact period. The site produced quartzite, rhyolite, and quartz debitage, a biface fragment, and FCR. As mapped by the MHT, the site covers a portion of the broad level landform immediately adjacent to the west of Paint Branch and north of the confluence with Tributary 2, although the sketch map included with the original site form provided by the MHT indicates that the site is located south of Tributary 2. Shovel tests that were excavated in the area where 18PR113 is mapped produced no cultural material. However, two of the nine shovel tests excavated south of Tributary 2 (where the site is shown on the original site form) along three transects spaced at 50-ft intervals produced artifacts. Site 18PR113 was relocated south of Tributary 2, and one new pre-contact period site (18PR1190) was recorded in the survey area north of Tributary 2 on a ridge and T3 terrace (see Figure 7.1).

<strong>T0 Terrace</strong>

The T0 terrace (floodplain) is situated in the northernmost portion of the Tributary 2 section, extending from the west bank of Paint Branch southward for approximately 90 ft (this is the area where site 18PR113 was initially mapped in GIS layers). The upper A and B soil horizons on the floodplain have been scoured away by historic period flooding episodes, leaving a thin A horizon over a dense cobble and gravel C horizon extending at least 1.9 fbs. The floodplain was investigated with five shovel tests and, based on the stratigraphy observed in the shovel tests, there is no indication that deeply buried soils likely to contain significant archaeological resources are present on this landform. Stratum I generally consisted of a C horizon (0–1.5 fbs) of yellowish brown (10YR 5/6) very gravelly silt loam with approximately 60 percent large cobbles or an A horizon (0–0.17 fbs) of very dark grayish brown (10YR 3/2) gravelly sandy loam with approximately 30 percent gravel over a C horizon (0.17–1.9 fbs) of brown (10YR 4/3) gravelly sand with approximately 50 percent cobbles. Surface examination of eroded portions of the survey area revealed a dense concentration of gravel and small to large cobbles extending up to the surface of the present soil

00013719

column on the floodplain (Figure 7.37). No cultural material was recovered in the shovel tests excavated on the T0 terrace and no further archaeological investigation is recommended in this portion of the LOD for the project as scoped.



Figure 7.37. View of Eroded Surface on T0 Terrace of Tributary 2 Survey Area, Facing Northwest.

**T1/T2 Terraces**

The southern portion of the Tributary 2 section is characterized by a low T1 terrace that gradually rises to the east onto a T2 terrace outside of the survey area. Initially three shovel tests were excavated in the portion of the T1 terrace within the Tributary 2 LOD. Stratigraphy encountered on that landform varied somewhat, particularly with the lower soil horizons, but in general there is some consistency with the Russett component of the Russett-Christiana complex soils (2 to 5% slopes) that are mapped by the USDA NRCS (2020) in this area. In general, shovel tests indicated that the area is characterized stratigraphically by a plowzone (Ap horizon), a series of two or more argillic B horizons (Bt1, Bt2, Bt3, and Bt4), and a coarse sand C horizon overlying a 2C horizon of gravel bedload. One of the three shovel tests initially excavated across the small portion of the T1 landform within the project LOD identified previously recorded site 18PR113, which was further investigated with additional shovel tests and test units.

**18PR113**

Previously recorded site 18PR113, or the A.R.C. II Site, was identified in 1973 during a survey for the USDA South Research Area (Clark 1973). The site was recorded as a pre-contact short-term resource procurement site identified by a small (27 × 120 ft) scatter of lithic artifacts on the surface. The artifacts collected during that survey consist of 47 quartzite flakes, 21 quartz flakes, 59 rhyolite flakes, three FCR, one rhyolite retouched flake, and one rhyolite PPK fragment (Clark 1973). These artifacts were considered by Clark to be associated with general lithic reduction activity observed elsewhere in the Paint Branch watershed but not indicative of a substantial or long-term occupation at this location.

142

The project investigation included excavation of 18 shovel tests across this landform, extending well outside the project LOD, and pre-contact period artifacts were recovered from 15 of these (Figure 7.38). The revised site boundary is defined to the north by negative shovel tests and to the west by Tributary 2, but the site was not fully delineated to the south and east on the higher T2 terrace outside of the project LOD. Because almost all shovel tests excavated in these areas contained artifacts, it is highly likely that the boundary of 18PR113 extends farther in these directions.

Site 18PR113 is located on the T1 and T2 terraces overlooking the Paint Branch floodplain and is mainly situated in an agricultural field currently covered in perennial grasses and weeds; a small portion of the eastern part of the site is located within a moderately dense hardwood forest with moderately dense ground cover of scrub brush and new growth (Figure 7.39). The shovel tests encountered a non-conformable sequence for the Bt horizons, which varied somewhat across the site, specifically with regard to the depth and composition. That is, the variations in composition suggest differences in intensity of deposition episodes, variations in color suggest differences in minerals and weathering, and variations in texture suggest differences in sorting during deposition, all indicating that the various Bt strata were deposited at different times and under different conditions. Most of the shovel tests in the survey area displayed an Ap and from two to four Bt horizons overlying a coarse sand C horizon and a 2C horizon of gravel bedload representing former channel deposits. A profile consisting of two argillic B horizons typically involved an Ap horizon (0–0.71 fbs) of brown (10YR 4/3) silt loam; a Bt1 horizon (0.71–3.1 fbs) of yellowish brown (10YR 5/6) silty clay loam; a Bt2 horizon (3.1–3.42 fbs) of yellowish brown (10YR 5/4) wet silty clay loam; and a C horizon (3.42–3.9+ fbs) of yellowish brown (10YR 5/6) coarse wet sand. Conversely, a shovel test profile consisting of three argillic B horizons typically involved an Ap horizon (0–0.5 fbs) of of brown (10YR 4/3) silt loam; a Bt1 horizon (0.5–1.08 fbs) of brown (10YR 5/3) silt loam; a Bt2 horizon (1.08–1.67 fbs) of dark yellowish brown (10YR 3/4) silt loam; a Bt3 horizon (1.67–3.0 fbs) of yellowish brown (10YR 5/4) silt loam; and a Bt4 horizon (3.0–3.67+ fbs) of yellowish brown (10YR 5/6) clay loam.

Sixteen of the 21 shovel tests excavated across the site area produced a total of 120 pre-contact artifacts, consisting of 105 pieces of debitage, five cores, one biface fragment, one graver, one unclassified sherd, and seven quartzite FCR (Table 7.4). Four of the FCR were recovered from one shovel test, N500 E575, at a depth of 1.08–1.67 fbs from a dark layer that was observed in the wall of the entire shovel test. No further investigation of this apparent cultural feature was conducted because this portion of the site is located well outside the project LOD.

Pre-contact artifacts were found across the full extent of the site from east to west (E455 to E605) and north to south (N500 to N530), although generally in low numbers, with most shovel tests containing from one to three artifacts each. However, two distinct concentration areas were identified during the shovel testing. One is located at N515–530 E470–485, near Tributary 2 and within the LOD, where the density ranged from 5–13 artifacts in three of the shovel tests in this area (see Figure 7.33). The second, and higher artifact density, is in the eastern portion of site 18PR113 (outside of the LOD) where the site extends onto the T2 terrace. This artifact concentration is located at N500 E575–605 where the shovel tests contained between 24 and 29 artifacts each (see Figure 7.33).



Figure 7.38. Map of Site 18PR113.

144



Figure 7.39. View of Site 18PR113, Facing North.

**Table 7.4. Shovel Test Artifacts from Site 18PR113 by Horizon.**

| Artifact Type | | Ap | Bt1 | Bt2 | Bt3 | Total |
|---|---|---|---|---|---|---|
| | | | **Horizon** | | | |
| Tool | Late Stage Biface, Quartzite | 1 | | | | 1 |
| | Graver, Quartz | | 1 | | | 1 |
| Debitage | Core, Amorphous, Quartz | | 1 | | | 1 |
| | Core, Amorphous, Quartzite | | | | 1 | 1 |
| | Core, Exhausted, Quartzite | 1 | 1 | | | 2 |
| | Core, Fragment, Quartzite | | | | 1 | 1 |
| | Flake, Broken, Quartz | 1 | 5 | 1 | | 7 |
| | Flake, Broken, Quartzite | 3 | 5 | 2 | 1 | 11 |
| | Flake, Broken, Rhyolite | 1 | 2 | | 1 | 4 |
| | Flake, Complete, Quartz | | 1 | | | 1 |
| | Flake, Complete, Quartzite | 1 | 4 | 1 | 1 | 7 |
| | Flake, Fragment, Quartz | 1 | 16 | 1 | 3 | 21 |
| | Flake, Fragment, Quartzite | 4 | 27 | 6 | 8 | 45 |
| | Flake, Fragment, Rhyolite | | 1 | | | 1 |
| | Shatter, Quartz | 1 | 4 | 1 | | 6 |
| | Shatter, Quartzite | | 1 | 1 | | 2 |
| Other Lithic | Fire Cracked Rock, Quartzite | 1 | 2 | 4 | | 7 |
| Ceramic | Unclassified Plain Sherd, Sand Temper | | 1 | | | 1 |
| **Total** | | **15** | **72** | **17** | **16** | **120** |

00013723

A majority of the artifacts from the shovel tests were recovered from the intact Bt1 horizon (*n*=72), including the single unclassified sherd. The remainder of the artifacts were nearly equally recovered from the disturbed Ap horizon (*n*=15) and the intact and underlying Bt2 (*n*=17) and Bt3 horizons (*n*=16). Shovel test artifacts in the western part of the site and on the T1 landform were mainly recovered from the Bt2 and Bt3 horizons between 2.63 and 2.95 fbs and just above a C horizon of coarse sand. While no diagnostic artifacts were recovered in the lower Bt horizons, the deeper artifacts in the western portion of the site have some potential to represent Archaic deposits. In contrast, in shovel tests excavated farther to the east, artifacts gradually began occurring higher in the soil column moving away from the center of the T1 terrace and onto the T2 terrace. As the site ascends onto the T2 terrace, the cultural material appears to be mainly concentrated in the upper Ap and Bt1 horizons, with lesser densities of cultural material found in the lower (2.63–3.3 fbs) levels of the Bt2 and Bt3 horizons like the western side of the site. One sand tempered sherd recovered from the Bt1 horizon in the far eastern portion of 18PR113 suggests that the upper culture-bearing levels in this part of the site are associated with the Woodland period.

Following the shovel testing at 18PR113, two 5 × 5 ft test units were excavated in an attempt to gather larger artifact samples from the site and obtain additional information regarding site stratigraphy, the nature of the assemblage, and the potential for deeply buried artifacts. TU 1 was placed at N500 E534, in the eastern part of the site, to investigate the transition in artifact depths between the T1 and T2 terraces in this part of the site, and TU 2 was placed at N504 E494 in the western part of the site, within the LOD, to explore the deeper lithic deposits. Both test units were excavated in 0.25-ft levels, with cultural material recovered to depths of 1.7 fbs in TU 1 and 3.75 fbs in TU 2.

Test Unit 1. TU 1 was a 5 × 5 ft unit placed at the transition between the T1 and T2 terraces at N500 E534 (see Figure 7.38). Eight soil horizons were observed in TU 1 (Figure 7.40). Stratum Ia (0–0.35 fbs) was an Ap1 horizon of dark brown (10YR 3/3) silt loam; Stratum Ib (0.35–1.15 fbs) was an Ap2 horizon of dark yellowish brown (10YR 4/6) silt loam with 10–15 percent gravel that contained a plow scar that extended to 1.4 fbs at the stratum interface; Stratum II (1.15–1.95 fbs) overlapped in depth somewhat with Stratum Ib and was a Bt1 horizon of yellowish brown (10YR 5/8) sandy loam that produced no artifacts below 1.7 fbs; Stratum III (1.95–2.25 fbs) was a Bt2 horizon of yellowish brown (10YR 5/6) silty clay loam mottled with light yellowish brown (10YR 6/4) clay loam; Stratum IV (2.25–2.8 fbs) was a Btg3 horizon of grayish brown (10YR 5/2) silty clay loam mottled with strong brown (7.5YR 5/6) silty clay loam; Stratum V (2.25–2.55 fbs) occurred in the same levels as Stratum IV and was a Bt4 horizon of strong brown (7.5YR 5/8) sandy clay loam; Stratum VI (2.55–3.1 fbs) occurred in the same levels as Stratum IV and was a Bt5 horizon of yellowish brown (10YR 5/6) sandy clay loam; Stratum VII (2.8–3.45 fbs) occurred in the same level as Stratum IV and was a Bt6 horizon of strong brown (7.5YR 5/8) sandy clay loam mottled with yellowish brown (10YR 5/4) sandy clay loam, yellowish brown (10YR 5/8) sandy loam, and very dark grayish brown (10YR 3/2) sandy loam; and Stratum VIII (2.80–3.45+ fbs) was a C horizon of strong brown (7.5YR 5/8) sandy clay mottled with yellowish red (5YR 4/6) sandy loam and black (10YR 2/1) sandy loam. As illustrated in the west wall profile photograph, Strata V (Bt4) and VI (Bt5) likely represent a swale, and Stratum IV (Btg3 horizon) likely represents subsequent filling to create a former ridge. Consequently, the profile of the underlying subsurface at this location appears to be representative of a former ridge-and-swale topography that is characteristic of episodic lateral migration of Paint Branch.

The TU 1 assemblage consists of 181 artifacts collected from two soil horizons (Ap1/Ap2 and Bt1) between 0 and 1.7 fbs. TU 1 produced one quartz bipolar core, one quartz amorphous core, one quartz core fragment, two quartzite core fragments, 134 pieces of debitage, one quartz tested cobble, and 37 quartzite FCR. Four chipped stone tools were recovered and include one quartz mid stage biface fragment, one quartzite late stage biface fragment, one quartzite biface fragment, and one quartz retouched flake. The lithic debitage includes 43 quartz, 79 quartzite, and 12 rhyolite specimens.

The Ap1 horizon (0–0.35 fbs) was very shallow and produced only two flake fragments (Table 7.5). The older plowzone (Ap2 horizon, 0.35–1.4 fbs) yielded a relatively high density of material, including 125

00013724

pieces of debitage, five core/core fragments, one tested cobble, a retouched flake, three biface fragments, and 37 quartzite FCR. The Bt1 horizon (1.15–1.95 fbs) produced a very small number of artifacts that includes seven pieces of debitage recovered between 1.4 and 1.7 fbs. No artifacts were recovered below 1.7 fbs within the lower Bt and C horizons.



Figure 7.40. View of West Wall Profile of Test Unit 1 at Site 18PR113, Facing West.

Test Unit 2. TU 2 was a 5 × 5 ft unit placed on the T1 terrace at N504 E494 to help define activity areas and the vertical distribution of artifacts in the west-central portion of the site (see Figure 7.38). Six strata were observed in TU 2 (Figure 7.41). Stratum Ia (0–0.5 fbs) was an Ap1 horizon of brown (10YR 4/3) silt loam; Stratum Ib (0.5–0.8 fbs) was an Ap2 horizon of yellowish brown (10YR 5/4) silt loam; Stratum II (0.8–1.75 fbs) was a Bt1 horizon of yellowish brown (10YR 5/6) silt loam; Stratum III (1.75–3.0 fbs) was a Bt2 horizon of brownish yellow (10YR 6/6) sandy loam; Stratum IV (3.0–5.5 fbs) was a Bt3 horizon of yellowish brown (10YR 5/4) sandy clay loam that did not produce artifacts below 3.75 fbs; Stratum V (3.5–3.75 fbs) occurred in the same level as Stratum IV, was only present in the northern portion of the test unit, and was a Bt4 horizon of brownish yellow (10YR 6/8) sandy loam with dense gravel; and Stratum VI (5.5–6.3+ fbs) was only encountered in a hand auger and consisted of a gleyed Btg5 horizon of dark gray (2.5Y 4/1) fine sandy loam.

The TU 2 assemblage consists of 81 artifacts collected from four soil horizons from 0.5–3.75 fbs (Table 7.6). TU 2 produced five lithic tools, 58 pieces of debitage, one quartz amorphous core, two quartz core fragments, and 15 quartzite FCR. The lithic tools consist of one quartzite small triangular PPK base fragment, one quartzite hammerstone, one sandstone hammerstone/anvil, and one quartz and one quartzite retouched flakes. The debitage includes 27 quartz, 24 quartzite, and seven rhyolite specimens.

00013725

**Table 7.5. Artifacts from Test Unit 1 at Site 18PR113 by Horizon.**

| Artifact Type | | Ap1 | Ap2 | Bt1 | Total |
|---|---|---|---|---|---|
| | | | **Horizon** | | |
| Tool | Retouched Flake, Quartz | | 1 | | 1 |
| | Late Stage Biface, Quartzite | | 1 | | 1 |
| | Mid Stage Biface, Quartz | | 1 | | 1 |
| | Unclassified Biface, Quartzite | | 1 | | 1 |
| Debitage | Bipolar Core, Quartz | | 1 | | 1 |
| | Amorphous Core, Quartz | | 1 | | 1 |
| | Core Fragment, Quartz | | 1 | | 1 |
| | Core Fragment, Quartzite | | 2 | | 2 |
| | Complete Flake, Quartz | | 1 | | 1 |
| | Complete Flake, Quartzite | | 1 | | 1 |
| | Complete Flake, Rhyolite | | 1 | | 1 |
| | Broken Flake, Quartz | | 3 | 1 | 4 |
| | Broken Flake, Quartzite | | 6 | 2 | 8 |
| | Broken Flake, Rhyolite | | 2 | | 2 |
| | Flake Fragment, Quartz | | 23 | 1 | 24 |
| | Flake Fragment, Quartzite | 2 | 52 | 2 | 56 |
| | Flake Fragment, Rhyolite | | 8 | 1 | 9 |
| | Bipolar Flake, Quartz | | 1 | | 1 |
| | Shatter, Quartz | | 13 | | 13 |
| | Shatter, Quartzite | | 14 | | 14 |
| | Tested Cobble, Quartz | | 1 | | 1 |
| Other Lithic | Fire Cracked Rock, Quartzite | | 37 | | 37 |
| **Totals** | | **2** | **172** | **7** | **181** |



Figure 7.41. View of South Wall Profile of Test Unit 2 at Site 18PR113, Facing South.

00013726

**Table 7.6. Artifacts from Test Unit 2 at Site 18PR113 by Horizon.**

| Artifact Type | | Ap2 | Bt1 | Bt2 | Bt3 | Total |
|---|---|---|---|---|---|---|
| | | — Horizon | | | | |

| Artifact Type | | Ap2 | Bt1 | Bt2 | Bt3 | Total |
|---|---|---|---|---|---|---|
| Tool | Triangular PPK Base, Quartzite | | | 1 | | 1 |
| | Retouched Flake, Quartz | | | 1 | | 1 |
| | Retouched Flake, Quartzite | | 1 | | | 1 |
| | Hammerstone/Anvil, Sandstone | | 1 | | | 1 |
| | Hammerstone, Quartzite | | | 1 | | 1 |
| Debitage | Amorphous Core, Quartz | | 1 | | | 1 |
| | Core Fragment, Quartz | | 1 | 1 | | 2 |
| | Complete Flake, Quartz | | | 1 | | 1 |
| | Broken Flake, Quartz | 1 | 1 | | | 2 |
| | Broken Flake, Quartzite | | 1 | | | 1 |
| | Broken Flake, Rhyolite | | 1 | 1 | | 2 |
| | Flake Fragment, Quartz | 2 | 2 | 10 | 2 | 16 |
| | Flake Fragment, Quartzite | 2 | 6 | 7 | 4 | 19 |
| | Flake Fragment, Rhyolite | | 3 | | 2 | 5 |
| | Bipolar Flake, Quartzite | | 1 | | | 1 |
| | Shatter, Quartz | 1 | 3 | 4 | | 8 |
| | Shatter, Quartzite | | 2 | 1 | | 3 |
| Other Lithic | Fire Cracked Rock, Quartzite | 4 | 6 | 5 | | 15 |
| **Totals** | | **10** | **30** | **33** | **8** | **81** |

No artifacts were recovered from the relatively thin modern Ap1 horizon (0.0–0.5 fbs) in TU 2, but the very thin Ap2 horizon (0.5–0.8 fbs) yielded four quartz and two quartzite flakes and four quartzite FCR. The much thicker Bt1 horizon (0.8–1.75 fbs) produced the second highest number of artifacts ($n=30$), including one sandstone hammerstone/anvil, one quartzite retouched flake, one quartz amorphous core, one quartz core fragment, 10 quartzite, six quartz, and four rhyolite flakes, and six quartzite FCR. The Bt2 horizon (1.75–3.0 fbs) yielded the highest number of artifacts ($n=33$), which include the quartzite triangular PPK base fragment, one quartz retouched flake, one quartzite hammerstone, one quartz core fragment, 15 quartz flakes, eight quartzite flakes, one rhyolite flake, and five quartzite FCR. The very thick Bt3 horizon (3.0–5.5 fbs) only contained eight artifacts, which include four quartzite, two quartz, and two rhyolite flakes.

The assemblage recovered from 18PR113 by the current project consists of a large number of flakes/shatter ($n=299$), as well as 56 FCR, one triangular PPK base fragment, a graver, four bifaces, two retouched flakes, 13 cores, two hammerstones, and one ceramic sherd (Figures 7.42–7.46). The triangular PPK base was not classified by type as the temporal affiliation of this point is not determined. It was found in the Bt2 horizon in the west-central portion of the site, so there is some potential for it to be a Late Archaic period triangular type similar to the Beekman Triangle and others found in the Northeast and upper Mid-Atlantic region in Late Archaic contexts (e.g., Ebright 1992, Luckenbach et al. 2010, Stewart 1998). The single unclassified sherd is tempered with sand but is small and was not formally typed (Figure 7.42a). The sherd was found in the Bt1 horizon in the eastern portion of the site. Although a little over half of the pieces of debitage are smaller than 2 cm, almost as many are larger, and all stages of lithic reduction appear to be well represented in the debitage category. Roughly two thirds of the debitage retains no cortex, but a third retains some cortex, strongly indicating that the initial material was in cobble form. Quartzite is by far the most well represented lithic material ($n=237$), quartz is the second most predominant lithic material ($n=119$), and 24 of the lithic artifacts are rhyolite. In general, the lithic material types appear to be similarly distributed across the site and within the horizons, with no evident horizontal or vertical patterns based on raw material type.

00013727



Figure 7.42. Representative Pre-Contact Ceramic and Flaked Stone Tools from Site 18PR113. a) unclassified plain sherd; b) quartzite small triangular PPK base; c) quartz graver; d) quartzite late stage biface; e) quartzite late stage biface; f) quartz mid stage biface; g) quartz retouched flake; h) quartzite retouched flake

00013728



Figure 7.43. Representative Large Cores from Site 18PR113. a) quartzite core fragment;
b) quartzite core fragment; c) quartzite amorphous core

151

00013729



Figure 7.44. Representative Small Cores from Site 18PR113. a) quartz amorphous core; b) quartz bipolar core; c) quartz core fragment; d) quartzite core fragment

152

00013730



Figure 7.45. Hammerstone/Anvil from Site 18PR113.

153

00013731



Figure 7.46. Hammerstone from Site 18PR113.

The project investigations on 18PR113 recovered a fairly substantial and diverse assemblage potentially associated with multiple pre-contact components in apparent intact contexts. The investigations also encountered a potential pre-contact pit feature in the eastern portion of the site, outside the LOD, where artifact density is highest. The abundance of debitage, cores, and staged bifaces, and the recovery of two hammerstones strongly suggest that a focus of the occupations was on the procurement and initial reduction of the cobbles from Paint Branch. Although the evidence is limited to a single pre-contact period ceramic sherd, the materials from the Bt1 horizon at least are likely to be associated with a Late Woodland period occupation, and the Bt2 horizon may be associated with an earlier occupation, possibly dating to the Late Archaic period. Site 18PR113 appears to retain cultural and stratigraphic integrity and clarity of deposits that would enable it to provide meaningful and interpretable data regarding the pre-contact period occupations of this area and Phase II investigations are recommended to determine whether the site is eligible for the NRHP. Only the western portion of the site is located within the project LOD, and although this area is characterized by a lower density of materials and no cultural features were encountered in this area, there is some potential for this area to contain features and more substantial deposits that would provide meaningful data related to regional research issues. Avoidance or further investigation is recommended for this portion of the project LOD.

### Ridge Nose

The central and western portions of the Tributary 2 survey area contain a narrow ridge nose located immediately north of unnamed Tributary 2, overlooking the confluence with Paint Branch (see Figure 7.1).

00013732

This landform continues to the west where it broadens into a T3 terrace outside of the survey area. One shovel test was initially placed on the ridge nose (ST 2.2) to investigate this portion of the survey area. Stratigraphy encountered in this area varies somewhat, particularly with the thickness of the B horizons, but is generally consistent with the Russett component of the Russett-Christiana complex soils (2 to 5% slopes) that are mapped by the USDA NRCS (2020) for this area. In general, the area as displayed in the shovel tests is characterized stratigraphically by an Ap horizon overlying a Bt1 horizon (Stratum II), a Bt2 horizon (Stratum III), and a Bt3 horizon (Stratum IV). That initial shovel test excavated on the ridge nose produced artifacts, resulting in the identification of newly recorded site 18PR1190, which was further investigated with additional shovel tests and a test unit.

## 18PR1190

Site 18PR1190 is located on a ridge nose and T3 terrace overlooking the confluence of Tributary 2 and the Paint Branch floodplain and is mainly situated within a moderately dense hardwood forest with a moderately dense ground cover of scrub brush and new growth (see Figure 7.1, Figure 7.47). Open old field succession vegetation of perennial grasses and small shrubs are located within a small overhead utility line right-of-way that traverses the central portion of the site. During the project survey, pre-contact period artifacts were recovered from 16 of the 17 shovel tests that were ultimately excavated at 15-ft intervals within an area at the far eastern end of the ridge that forms the T3 terrace (Figure 7.48). The site is bounded to the south by Tributary 2 and to the north and east by a steep slope associated with the drop in elevation to the floodplain of Paint Branch. However, the site likely extends both to the west and northwest along the T3 terrace, given the fact that almost all shovel tests produced artifacts.



Figure 7.47. View of Site 18PR1190, Facing West.

155



Figure 7.48. Map of Site 18PR1190.

00013734

The shovel tests encountered a consistent soil sequence, with slight variations in color and depth, involving a plowzone overlying three Bt horizons. A typical profile as represented at shovel test 2.2 consisted of an Ap horizon (0–0.33 fbs) of dark brown (10YR 3/3) silt loam; a Bt1 horizon (0.33–1.0 fbs) of brown (10YR 4/3) gravelly silt loam; a Bt2 horizon (1.0–1.7 fbs) of strong brown (7.5YR 5/6) compact gravelly silty clay loam; and a Bt3 horizon (1.7–2.1+ fbs) of very pale brown (10YR 7/4) very compact gravelly silty clay loam. The soil sequence is underlain by gravels, as shown by a rodent exposure noted on the south side of the ridge, which displayed a considerable amount of gravel and cobbles eroding from the side of the ridge (Figure 7.49). Farther to the west along the T3 terrace, the representative shovel test profile as displayed at N525 E385 consists of an Ap horizon (0–0.5 fbs) of very dark grayish brown (10YR 3/2) silt loam; a Bt1 horizon (0.5–1.0 fbs) of dark yellowish brown (10YR 4/4) silt loam; a Bt2 horizon (1.0–2.1 fbs) of yellowish brown (10YR 5/8) compact silty clay loam; and a Bt3 horizon (2.1–2.6+ fbs) of brownish yellow (10YR 6/6) mottled with very pale brown (10YR 7/3) very compact sandy loam.



Figure 7.49. View of Eroding Gravel and Cobbles at Site 18PR1190, Facing Northwest.

Shovel tests recovered 247 pre-contact artifacts, consisting of one quartz and one quartzite Savanah River PPKs, one quartzite Orient Fishtail PPK, one quartz triangular PPK, two quartz and two quartzite biface fragments, three quartz retouched flakes, one soapstone sherd, two quartz and four quartzite cores, 142 pieces of quartz ($n$=39), quartzite ($n$=95), and rhyolite ($n$=8) debitage, and two quartz and 85 quartzite FCR (Table 7.7). The triangular PPK is similar in morphology to Late Archaic and Woodland period triangular types found in the region and given its stratigraphic context in association with Late and Terminal Archaic period artifacts, it may represent a Late Archaic period triangular type, although this cannot be confirmed based on the limited information gathered during the survey.

Artifacts were recovered across the full extent of the tested portions of the ridge and the T3 terrace from east to west (E325 to E520) and north to south (N495 to N555). The largest concentration of artifacts is located along the T3 terrace edge in the western portion of the site (outside the LOD), between N495–555 E325–400 (see Figure 7.48). Shovel tests in this area contained between nine and 37 artifacts each, with

157

00013735

high counts found at N525 E400 (*n*=37), N540 E340 (*n*=32), N525 E385 (*n*=30), N525 E370 (*n*=24), and N510 E400 (*n*=20).

**Table 7.7. Shovel Test Artifacts from Site 18PR1190 by Horizon.**

| Artifact Type | | Ap | Bt1 | Bt2 | Total |
|---|---|---|---|---|---|
| | | | **Horizon** | | |
| Tool | Triangular PPK, Quartz | | 1 | | 1 |
| | Orient Fishtail PPK, Quartzite | 1 | | | 1 |
| | Savannah River PPK, Quartz | | 1 | | 1 |
| | Savannah River PPK, Quartzite | 1 | | | 1 |
| | Early Stage Biface, Quartz | 1 | | | 1 |
| | Mid Stage Biface, Quartz | 1 | | | 1 |
| | Mid Stage Biface, Quartzite | | 1 | | 1 |
| | Late Stage Biface, Quartzite | | 1 | | 1 |
| | Retouched Flake, Quartz | 1 | 2 | | 3 |
| Debitage | Exhausted Core, Quartz | | 1 | | 1 |
| | Exhausted Core, Quartzite | 1 | 1 | | 2 |
| | Core Fragment, Quartz | | 1 | | 1 |
| | Core Fragment, Quartzite | 1 | 1 | | 2 |
| | Bipolar Flake, Quartzite | | 1 | | 1 |
| | Broken Flake, Quartz | | 1 | 1 | 2 |
| | Broken Flake, Quartzite | 1 | 5 | 2 | 8 |
| | Flake Fragment, Quartz | 10 | 14 | 1 | 25 |
| | Flake Fragment, Quartzite | 14 | 55 | 13 | 82 |
| | Flake Fragment, Rhyolite | 5 | 3 | | 8 |
| | Shatter, Quartz | 1 | 10 | 1 | 12 |
| | Shatter, Quartzite | 1 | 2 | 1 | 4 |
| Other Lithic | Soapstone Vessel Fragment | | 1 | | 1 |
| | Fire Cracked Rock, Quartz | 1 | 1 | | 2 |
| | Fire Cracked Rock, Quartzite | 19 | 55 | 11 | 85 |
| | **Total** | **59** | **158** | **30** | **247** |

High artifact density was also observed in the easternmost portion of the site, just inside the LOD (see Figure 7.48). Artifact density in the three shovel tests in that area ranged from 4–34 each, with shovel test N510 E500 yielding the highest count (*n*=34). The lowest artifact density occurred in the central part of the site, just to the west of the LOD between N510 E425–480.

A majority of the artifacts from the shovel tests were recovered from the intact Bt1 horizon (64%, or *n*=158), including a single soapstone vessel fragment, two biface fragments, two retouched flakes, four core and core fragments, one triangular PPK, and one Savannah River PPK. Nearly one-quarter of the artifacts were recovered from the Ap horizon (*n*=59), including two biface fragments, one Orient Fishtail PPK, one Savannah River PPK, and one retouched flake, slightly more than 10 percent of the artifacts were recovered from the intact and underlying Bt2 horizon (*n*=30), all of which consist of debitage and FCR.

Following the shovel testing at 18PR1190, one 5 × 5 ft test unit was excavated to investigate stratigraphy, gather larger artifact samples, and obtain additional information regarding the temporal components and potential activities performed at the site. TU 1 was placed at N502 E506, in the eastern part of 18PR1190 within the LOD. The TU was excavated in 0.25-ft levels, and cultural material was recovered to a depth of 1.80 fbs.

158

00013736

Test Unit 1. TU 1 was a 5 × 5 ft unit placed in the center of the ridge within the LOD (see Figure 7.48). Four strata were observed in TU 1 (Figure 7.50). Stratum I (0–0.25 fbs) was an Ap horizon of dark brown (10YR 3/3) silt loam; Stratum II (0.25–0.50 fbs) was a Bt1 horizon of dark yellowish brown (10YR 4/6) gravelly silt loam; Stratum III (0.50–1.80 fbs) was a Bt2 horizon of yellowish brown (10YR 5/8) compact gravelly silt loam; Stratum IV (1.80–2.05 fbs) was a Bt3 horizon of pale brown (2.5Y 7/3) very compact gravelly sandy clay that produced no artifacts. Excavation was terminated at 2.05 fbs.



Figure 7.50. View of West Wall Profile of Test Unit 1 at Site 18PR1190, Facing West.

Excavation of TU 1 produced 758 artifacts from three soil horizons ranging in depth from 0.25–1.8 fbs (Table 7.8); no material was recovered from the lowest levels of the Bt horizon (1.80–2.05 fbs). Artifacts include 11 ceramic artifacts, three lithic tools, five quartz amorphous cores, two quartz bipolar cores, one quartz exhausted core, eight quartz core fragments, 647 pieces of chert (*n*=1), rhyolite (*n*=4), quartz (*n*=350), and quartzite (*n*=292) debitage, and 81 quartzite FCR. None of the ceramic artifacts are classifiable by type or temporal period; they include one eroded coarse sand tempered sherd, five residual sherds, and five pieces of fired clay. Lithic tools consist of two quartz retouched flakes and one quartz utilized flake.

The thin Ap horizon (0–0.25 fbs) yielded 71 artifacts, including 42 quartz flakes, 23 quartzite flakes, one chert flake, and five quartzite FCR. The likewise thin Bt1 horizon (0.25–0.50 fbs) contained 158 artifacts, including two quartz retouched flakes, three quartz amorphous cores, two quartz bipolar cores, two quartz core fragments, 72 quartz and 62 quartzite flakes, and 15 quartzite FCR. The thick Bt2 horizon (0.50–1.80 fbs) contained the highest density of artifacts recovered in TU 1 (*n*=529), which include one coarse sand tempered unidentified sherd, five residual sherds, five pieces of fired clay, one quartz utilized flake, two quartz amorphous cores, one quartz exhausted core, six quartz core fragments, 447 pieces of debitage (four rhyolite, 225 quartz, 218 quartzite), and 61 quartzite FCR.

00013737

**Table 7.8. Artifacts from Test Unit 1 at Site 18PR1190 by Horizon.**

| Artifact Type | | Ap | Bt1 | Bt2 | Total |
|---|---|---|---|---|---|
| | | | Horizon | | |
| Ceramic | Residual Sherd | | | 5 | 5 |
| | Unclassified Sherd | | | 1 | 1 |
| | Fired Clay | | | 5 | 5 |
| Tool | Retouched Flake, Quartz | | 2 | | 2 |
| | Utilized Flake, Quartz | | | 1 | 1 |
| Debitage | Bipolar Core, Quartz | | 2 | | 2 |
| | Amorphous Core, Quartz | | 3 | 2 | 5 |
| | Exhausted Core, Quartz | | | 1 | 1 |
| | Core Fragment, Quartz | | 2 | 6 | 8 |
| | Complete Flake, Quartz | | 3 | 1 | 4 |
| | Complete Flake, Quartzite | | | 6 | 6 |
| | Complete Flake, Chert | 1 | | | 1 |
| | Broken Flake, Quartz | 3 | 8 | 26 | 37 |
| | Flake Fragment, Quartz | 33 | 58 | 181 | 272 |
| | Flake Fragment, Quartzite | 20 | 52 | 204 | 276 |
| | Flake Fragment, Rhyolite | | | 4 | 4 |
| | Bipolar Flake, Quartz | | 1 | 2 | 3 |
| | Bipolar Flake, Quartzite | | | 1 | 1 |
| | Shatter, Quartz | 9 | 10 | 15 | 34 |
| | Shatter, Quartzite | | 2 | 7 | 9 |
| Other Lithic | Fire Cracked Rock, Quartzite | 5 | 15 | 61 | 81 |
| **Totals** | | **71** | **158** | **529** | **758** |

The Phase I assemblage from site 18PR1190 consists of 11 ceramic and 994 lithic artifacts associated with multiple pre-contact occupations of this fairly small landform. The single unclassified ceramic sherd is tempered with coarse sand but is too eroded and small to be formally typed (Figure 7.51a). The possible soapstone vessel fragment is very small, thin, and well smoothed but does not have any curvature, so it is possible that it is a fragment of some other type of artifact such as a gorget (Figure 7.52a). The lithic tools include four PPKs, four staged bifaces, and six utilized/retouched flakes (Figures 7.51–7.53). The Orient Fishtail and the broad bladed Savannah River PPKs are made of quartzite and the small triangular and narrow bladed Savannah River PPKs are made of quartz. Three of the utilized/retouched flakes have morphology that suggests they may have functioned as perforators or gravers (Figures 7.53b, 7.53d, and 7.53e), and the others may have been used for some type of scraping or cutting tasks based on morphology. The site has also produced a substantial collection of cores ($n=22$) and debitage ($n=789$), as well as 168 FCR (Figures 7.54 and 7.55). Although a majority of the pieces of debitage are smaller than 2 cm, a third of them are larger, and all stages of lithic reduction appear to be well represented in the debitage category. Almost all of the debitage retains no cortex, which is surprising considering the presumed cobble form of the initial material, and it is possible that the material with cortex was deposited elsewhere nearby. Only one of the lithic artifacts is chert, quartzite is by far the most well represented lithic material ($n=593$), quartz is the second most predominant lithic material ($n=389$), and 12 of the lithic artifacts are rhyolite. In general, the lithic material types appear to be similarly distributed across the site and within the horizons, with no evident horizontal or vertical patterns based on raw material.

160

00013738



Figure 7.51. Pre-Contact Ceramic and Tools from Site 18PR1190. a) unclassified sherd; b) quartzite Orient Fishtail PPK; c) quartzite Savannah River PPK; d) quartz Savannah River PPK; e) quartz triangular PPK

00013739



Figure 7.52. Representative Bifaces from Site 18PR1190. a) quartzite mid stage biface;
b) quartzite late stage biface; c) quartz mid stage biface; d) quartz early stage biface

162

00013740



Figure 7.53. Utilized and Retouched Flakes from Site 18PR1190. a–d, g) quartz retouched flake; e) quartz utilized flake; f) quartzite retouched flake

Temporally diagnostic artifacts indicate occupations during the Late and Terminal Archaic periods, as represented by the Savannah River and Orient Fishtail PPKs and the soapstone vessel fragment, and possibly the triangular PPK, and undetermined Woodland period occupation(s) as represented by the ceramic artifacts. The Ap horizon produced one Savannah River PPK and one Orient Fishtail PPK; the Bt1 horizon produced the other Savannah River PPK, the triangular PPK, and the soapstone sherd; and the Bt2 horizon contained all of the ceramic items. All of the Archaic period artifacts were found in shovel tests so it is possible that vertical control was not as precise during excavation of some of the shovel tests, but it is unlikely that this would be true for all of the Late Archaic materials. For the survey materials, the specific strata contain deposits from a specific component across the site, however, it is unclear whether Woodland period deposits are stratigraphically below Archaic period deposits across the site. It is possible that the site strata/components are characterized by varying horizontal distribution of materials, similar to that observed on the other side of the tributary on 18PR113. With the exception of the Orient Fishtail PPK, which was found at the easternmost edge of the site, the Late Archaic period artifacts were found in the west half of the site and the Woodland period artifacts were found in the east half of the site.

00013741



Figure 7.54. Representative Large Cores from Site 18PR1190. a, b) quartz amorphous core; c) quartz core fragment; d) quartzite exhausted core; e) quartzite core fragment

164



Figure 7.55. Representative Small Cores from Site 18PR1190. a, f) quartz core fragment;
b) quartzite exhausted core; c) quartz bipolar core; d, e) quartz exhausted core

No cultural features were observed on the site, although a fairly large number of FCR were recovered, suggesting the potential for the presence of intact cultural features. Only 25 FCR were found in the Ap horizon, but far more were found in the Bt1 ($n$=71) and Bt2 horizons ($n$=72). Almost half of the FCR were recovered from the test unit, with most of those (75%) found in the Bt2 horizon. The FCR found in shovel tests were all found in the west half of the site (E325–E400), and a larger portion of those (64%) were found in the Bt1 horizon.

The survey results suggest that site 18PR1190 could retain cultural and stratigraphic integrity and clarity of deposits that could provide meaningful and interpretable data regarding the Late Archaic, Terminal Archaic, and Woodland period occupations of this area. Specifically, the large amount of debitage, cores, staged bifaces, and expedient tools recovered during the shovel test and test unit excavations suggests that procurement and initial reduction of locally available cobbles was a major activity performed at the site. Additional investigations of site 18PR1190 could provide valuable and significant data regarding lithic raw material acquisition, reduction, and tool production within the Paint Branch watershed. Based on the results of the survey, site 18PR1190 is recommended potentially eligible for the NRHP, and avoidance or further investigation is recommended for this site.

00013743

**M-NCPPC SECTION (AN-6)**

The M-NCPPC section is within the AN-6 project area and consists of two separate areas bisected by I-95 South, just north of the I-95/I-495 interchange, and involves two long, narrow linear areas, one just west of the I-95S/I-495W interchange and one just east of the I-95S/I-495E interchange (Figure 7.56). The LOD west of the I-95S/I-495W interchange is an approximately 434 ft long (north-south) by 14 to 261 ft wide (east-west) area, while the LOD to the east of the I-95S/I-495E interchange is approximately 619 ft long (north-south) by 32 to 203 ft wide (east-west). The area is covered in moderately dense hardwood forest with a moderately dense ground cover of scrub brush and new growth (Figures 7.57 and 7.58). The soil series mapped in both of the areas by the USDA NRCS (2020) is Codorus and Hatboro soils, frequently flooded. Three shovel tests were excavated along a single transect running north-south within the western portion of this section. No shovel tests were excavated in the remainder of the section due to steep slope, prior disturbance, and/or wet soils and standing water. Cultural material was encountered in fill layers of two of those shovel tests and recorded as resource 18PRX284-7. No further archaeological investigation is recommended in this section for this project.

**18PRX284-7**

Artifact scatter 18PRX284-7 was identified on a low T1 terrace extending to the northeast overlooking Paint Branch, which is approximately 49 ft to the west (Figure 7.56). Vegetation in the area consists of a moderately dense wooded area with dense to moderately dense underbrush (Figure 7.59). Ten historic artifacts were recovered from Stratum V (1.7–3.4 fbs) of shovel test 1.1, including one brick fragment, one plastic fragment, one brown glass Schlitz beer bottle fragment, five pieces of colorless container glass, and two earthenware tile fragments. One iron alloy hook was also found in Stratum II (3.0–3.6 fbs) of shovel test 2.1. One shovel test (2.2) excavated 134 ft east of shovel test 1.1 and 123 ft south of shovel test 2.1 did not contain any cultural material. Shovel test 1.1 contained five strata—Stratum I (0–0.5 fbs) was light yellowish brown (10YR 6/4) modern sandy alluvium; Stratum II (0.5–0.8 fbs) was brown (10YR 4/3) sandy loam representing a buried historic ground surface; Stratum III (0.8–1.2 fbs) was light yellowish brown (10YR 6/4) modern sandy alluvium; Stratum IV (1.2–1.7 fbs) was brown (10YR 4/3) sandy loam representing a buried historic ground surface; and Stratum V (1.7–3.4+ fbs) was light yellowish brown (10YR 6/4) modern sandy alluvium. In contrast, shovel test 2.1 contained three strata— the top stratum (0– 0.3 fbs) was a dark brown (10YR 3/3) silt loam A horizon; Stratum II (0.3–3.6 fbs) was brown (10YR 5/3) sandy loam modern alluvium; and Stratum III (3.6–4.0+ fbs) was a grayish brown (10YR 5/2) sandy clay loam Bwg horizon. Because of the disturbed soil layers, the soils encountered in this area are not consistent with the Cordorus and Hatboro series mapped for the area by the USDA NRCS (2020). The historic artifacts recovered from 18PRX284-7 are not associated with intact and undisturbed deposits and do not represent a substantial archaeological resource in this location. No further archaeological investigation of this area is recommended for this project as currently scoped.



Figure 7.56. Paint Branch Survey Area within M-NCPPC Property, Shovel Tests, and Resources.

00013745



Figure 7.57. View of M-NCPPC Section, Facing West.



Figure 7.58. View of M-NCPPC Section, Facing Northeast.

168



Figure 7.59. View of Resource 18PRX284-7, Facing Southwest.

00013747

This page is intentionally left blank.

00013748

# 8. SUMMARY AND RECOMMENDATIONS

### Cabin Branch (RFP-4) Stream Mitigation Site

The archaeological survey area for the Cabin Branch (RFP-4) stream mitigation site involved two areas, one along Owens Wilson Branch and one along Cabin Branch, as well as several proposed access roads for a total of 70.1 acres. Phase I archaeological survey was conducted in well-drained, level and gently sloping locations within 50 ft of the areas that are likely to experience construction disturbance, including wetland creation, stream restoration, and buffer enhancement activities. Areas proposed for preservation in this project site did not require archaeological survey, as no ground disturbance is proposed there. Also, areas of stream restoration will largely impact active stream channels with little archaeological potential.

The archaeological survey for the Cabin Branch stream mitigation site included a surface inspection of the entire LOD and the excavation of 359 shovel tests. The survey identified seven new archaeological resources—five pre-contact isolated find locations, an area containing redeposited historic artifacts, and a historic period site (Table 8.1). The isolated pre-contact period finds indicate ephemeral use of the area during the Late Archaic and potentially other pre-contact period(s). Although two of the finds were not fully delineated outside the LOD, none of the pre-contact isolated finds identified within the survey area have the potential to provide information important in history. The area of redeposited materials may also extend outside the LOD but lacks research potential. Historic period site 18AN1696 is a low-density scatter of 18th to 20th century artifacts primarily located within a gully. The site may extend outside the LOD and is considered unassessed for NRHP eligibility for that reason, but Phase I investigations did not indicate the presence of a substantial or intact archaeological site within the LOD. To ensure that no impact will occur to the portion of the site outside the LOD, it is recommended that this area be fenced during construction, and no further investigation of the Cabin Branch (RFP-4) mitigation site is recommended for this project (Figure 8.1).

**Table 8.1. Summary of Archaeological Resources in Cabin Branch Site Archaeology Survey Areas.**

| Site | Description | Recommendation |
|---|---|---|
| 18ANX520-1 | Quartz Flake | No Further Investigation |
| 18ANX520-2 | Rhyolite Flake | No Further Investigation |
| 18ANX520-3 | Redeposited Historic Artifact Scatter | No Further Investigation |
| 18ANX520-4 | Rhyolite Flake | No Further Investigation |
| 18ANX520-5 | Quartzite Core and Quartz Flake | No Further Investigation |
| 18ANX520-6 | Late Archaic Small Savannah River PPK | No Further Investigation |
| 18AN1696 | Historic Artifact Scatter | Unassessed for NRHP; No Further Investigation |

### Mill Swamp (RFP-6) Stream Mitigation Site

The archaeological survey areas for the Mill Swamp (RFP-6) stream mitigation site involved four areas along Mill Swamp totaling 19.6 acres. Phase I archaeological survey was conducted within all well-drained, undisturbed portions of the Mill Swamp project that will be subject to excavation, planting, or other disturbance related to the project. This includes all areas designated as upland preservation and all well-drained areas within the project boundary and also includes areas designated for disposal of excavated material. Limited survey was conducted in areas not mapped as well drained to ensure adequate coverage of the area.

The archaeological survey for the Mill Swamp stream mitigation site included a surface inspection of a majority of the survey area and the excavation of 173 shovel tests and one 5 × 5 ft test unit. The survey identified three new archaeological resources—one pre-contact isolated find and two sites containing pre-contact and historic period components (Table 8.2). The isolated find identifies at least some limited use of

00013749

this area during the Early Woodland period but does not offer additional research potential. The boundaries of site 18CH971 extend outside the LOD and the site is considered unassessed for NRHP eligibility for that reason; however, the portion of the site located within the LOD does not offer further research potential. To ensure that no impact will occur to the portion of the site outside the LOD, it is recommended that this area be fenced during construction (Figure 8.2). Site 18CH972 lacks the integrity, clarity, and substantial deposits or cultural features that would allow it to provide substantive information in history and is recommended not eligible for the NRHP. No further investigation of the Mill Swamp (RFP-6) is recommended for this project as scoped (Figure 8.3).

**Table 8.2. Summary of Archaeological Resources in Mill Swamp Site Archaeology Survey Areas.**

| Site | Description | Recommendation |
|---|---|---|
| 18CH971 | Middle Woodland Lithic Scatter; Early 20th Century Domestic Site | Unassessed for NRHP; No Further Investigation |
| 18CH972 | Early Woodland Lithic Scatter; Late 19th to 20th Century Domestic Site | Not Eligible for NRHP; No Further Investigation |
| 18CHX115-1 | Early Woodland Calvert PPK | No Further Investigation |

### Paint Branch (AN-6 and AN-7) Stream Mitigation Sites

The Paint Branch (AN-6 and AN-7) stream mitigation sites archaeological survey areas include proposed staging locations, access roads, and other project elements along Paint Branch at the confluence of two unnamed tributaries located on USDA BARC property and one area located on M-NCPPC property for a total of 19.1 acres. Survey was conducted within all well-drained portions of this project not substantially disturbed by interstate construction, as well as within areas of Codorus and Hatboro soils, which have the potential to contain deeply buried archaeological deposits despite their poorly drained character. The archaeological survey for the Paint Branch stream mitigation sites included a surface inspection of the survey area and the excavation of 281 shovel tests and three $5 \times 5$ ft test units. The survey relocated two previously recorded resources and identified nine new archaeological resources—five sites containing pre-contact period components, four pre-contact isolated finds, one historic isolated find, and one area of redeposited cultural material (Table 8.3).

The two sites located along the southern tributary to Paint Branch (18PR113 and 18PR1190), part of AN-7, extend outside the LOD and were not fully delineated in some directions; however, project results indicate that both sites may be eligible for the NRHP, and avoidance or further investigation of these resources is recommended (Figure 8.4). The archaeological site located north of the northern tributary to Paint Branch (18PR111) was also not fully delineated in some directions, however the investigations indicate that the portion of the site within the project LOD lacks the potential to provide information important in history. To ensure that no impacts will occur to the portion of site 18PR111 outside the LOD, it is recommended that this area be fenced during construction, and no further investigation of this site is recommended for the project (Figure 8.5). The two small pre-contact period sites, the isolated finds, and the redeposited materials provide evidence of pre-contact and historic period use of this area, and while the boundaries of all locations were not fully delineated outside the LOD, the resources identified within the project LOD do not appear to be able to provide information important in history and no further investigation of those resources is recommended for the project as currently scoped.

172



Figure 8.1. Map of Site 18AN1696 Showing Site in Relation to LOD.

00013751



Figure 8.2. Map of Site 18CH971 Showing Site in Relation to LOD.

00013752



Figure 8.3. Map of Site 18CH972 Showing Site in Relation to LOD.

00013753



Figure 8.4. Map of Sites 18PR113 and 18PR1190 Showing Sites in Relation to LOD.

00013754



Figure 8.5. Map of Site 18PR111 Showing Site in Relation to LOD.

00013755

This page intentionally left blank.

00013756

**Table 8.3. Summary of Archaeological Resources in Paint Branch Sites Archaeology Survey Areas.**

| Site | Description | Recommendation |
|---|---|---|
| 18PR111 | Unidentified Pre-Contact Campsite | Unassessed for NRHP; No Further Investigation |
| 18PR113 | Late Woodland Campsite | Potentially Eligible for NRHP; Phase II Investigation |
| 18PR1190 | Late Archaic and Late Woodland Campsite | Potentially Eligible for NRHP; Phase II Investigation |
| 18PR1191 | Unidentified Pre-Contact Lithic Scatter | Not Eligible for NRHP; No Further Investigation |
| 18PR1192 | Unidentified Pre-Contact Lithic Scatter | Not Eligible for NRHP; No Further Investigation |
| 18PRX284-1 | One Quartz Flake and One Jasper Flake | No Further Investigation |
| 18PRX284-2 | One Rhyolite Flake and One FCR | No Further Investigation |
| 18PRX284-3 | Two Quartzite Flakes | No Further Investigation |
| 18PRX284-4 | Cut Nail and Brick | No Further Investigation |
| 18PRX284-5 | One Schist Flake | No Further Investigation |
| 18PRX284-6 | Redeposited Pre-Contact & Historic Artifacts | No Further Investigation |

00013757

This page intentionally left blank.

00013758

# REFERENCES CITED

Arnold, Brett, Jason L. Tyler, Jessica Brannock, Alexandra Glass, Alexander Keim, Jason Shellenhamer
    2020    *Phase I Archaeological Investigation for the I-495 & I-270 Managed Lanes Study, Montgomery and Prince George's County, Maryland and Fairfax County, Virginia.* Maryland State Highway Administration Archaeological Report No. 543, Volume 4.

Beauregard, Alan D., James R. Kodlick II, Elizabeth L. Roman, and Kimberly M. Anderson
    1995    *Draft Report: Stage 1 - Archeological and Historic Context, Cultural Resources Overview for the U.S. 301 South Corridor Transportation Study, Prince Georges and Charles Counties, Maryland.* KCI Technologies, Inc., Mechanicsburg, Pennsylvania. Submitted to Maryland Department of Transportation, Baltimore.

Blanton, Dennis B.
    1996    Accounting for Submerged Mid-Holocene Archaeological Sites in the Southeast. In *Archaeology of the Mid-Holocene Southeast,* edited by K. Sassaman and D. Anderson, pp. 200–217. University Press of Florida, Gainesville.

Boyd, C. Clifford
    2003    Paleoindian Research in Virginia and Beyond. *Quarterly Bulletin of the Archaeological Society of Virginia* 58(2):5–93.

Brush, Grace S., Cecilia Lenk, and Joanne Smith
    1980    The Natural Forests of Maryland: An Explanation of the Vegetation Map of Maryland. *Ecological Monographs,* March 1980, Vol. 50, No. 1, pp. 77–92. Ecological Society of America, Washington, D.C.

Carbone, Victor A.
    1976    Environment and Prehistory in the Shenandoah Valley. Ph.D. dissertation, Department of Anthropology, The Catholic University of America, Washington, D.C.

Carr, Lois Green
    n.d.    *The Economy of Colonial Somerset County, Maryland in Comparative Perspective.* Ms. On file, Maryland State Archives, Annapolis.

Clark, Wayne
    1973    18PR113. Basic data report on file, Maryland Inventory of Historic Properties Archaeological Site Survey, Maryland Historical Trust, Crownsville, Maryland.

Coe, Joffre L.
    1964    The Formative Cultures of the Carolina Piedmont. *Transactions of the American Philosophical Society* 54(5):1–130. Philadelphia.

Cowan, C. Wesley
    1985    Understanding the Evolution of Plant Husbandry in Eastern North America: Lessons from Botany, Ethnography, and Archaeology. In *Prehistoric Food Production in North America,* edited by Richard I. Ford, pp. 205–243. Museum of Anthropology, University of Michigan, Anthropological Papers 75, Ann Arbor.

Cowherd, Carol, and James G. Gibb
    2015    18CH73. Basic data report on file, Maryland Inventory of Historic Properties Archaeological Site Survey, Maryland Historical Trust, Crownsville, Maryland.

Cresthull, P.
    1971    Chance 18SO5: A Major Early Archaic Site. *Maryland Archaeology* 7:51–52.
    1972    Chance 18SO5: A Major Early Archaic Site, Part 2. *Maryland Archaeology* 8:40–53.

Curry, Dennis C., and Carol A. Ebright
    1990    Buried Archaic Sites in Ridgetop Settings on the Middle Atlantic Coastal Plain. Paper presented at the Joint Archaeological Congress, Baltimore, Maryland.

Custer, Jay F.
    1984    *Delaware Prehistoric Archaeology: An Ecological Approach.* University of Delaware Press, Newark.
    1989    *Prehistoric Cultures of the Delmarva Peninsula: An Archaeological Study.* University of Delaware Press, Newark.

Delcourt, Hazel
    1978    Late Quaternary Vegetational History of the Eastern Highlands Rim and Adjacent Cumberland Plateau of Tennessee. *Ecological Monographs* 49:3:255–280.

Dent, Richard J., Jr.
    1995    *Chesapeake Prehistory: Old Traditions, New Directions.* Plenum Press, New York.

00013759

Diamanti, Melissa, David J. Rue, and Conran A. Hay
    2008    *Phase I Archaeological Identification Survey for the I-495 Capital Beltway Mainline Project and Stormwater Management Ponds, Montgomery and Prince George's Counties, Maryland.* Archaeological & Historical Consultants, Inc., Centre Hall, Pennsylvania. Submitted to the Maryland Department of Transportation State Highway Administration, Baltimore, Maryland.
Ebright, Carol A.
    1992    *Early Native American Prehistory on the Maryland Western Shore: Archaeological Investigations at the Higgins Site Vols. 1–3.* Maryland State Department of Transportation, Baltimore.
Egloff, Keith T., and Stephen R. Potter
    1982    Indian Ceramics from Coastal Plain Virginia. *Archeology of Eastern North America* 10:95–117.
Fenneman, Nevin M.
    1938    *Physiography of Eastern United States.* McGraw-Hill Book Company, Inc. New York and London.
Gaber, Steven A., and Norman V. Mackie III
    1989    18AN725, 18AN726, and 18AN743. Basic data report on file, Maryland Inventory of Historic Properties Archaeological Site Survey, Maryland Historical Trust, Crownsville, Maryland.
Gardner, William M.
    1982    Early and Middle Woodland in the Middle Atlantic: An Overview. In *Practicing Environmental Archaeology: Methods and Interpretations*, edited by R.W. Moeller. American Indian Archaeological Institute, Occasional Paper Number 3.
    1987    Comparison of Ridge and Valley, Blue Ridge, Piedmont, and Coastal Plain Archaic Period Site Distribution: An Idealized Transect. *Journal of Middle Atlantic Archaeology* 3:49–80.
    1989    An Examination of Cultural Change in the Late Pleistocene and Early Holocene (ca. 9200 to 6800 B.C.). In *Paleoindian Research in Virginia: A Synthesis,* edited by J. Mark Wittkofski and Theodore R. Reinhart, pp. 5–51. Special Publication 19. Archaeological Society of Virginia, Courtland.
Garrow, Patrick
    1982    Archaeological Investigations on the Washington, D.C. Civic Center Site. Historic Preservation Office, Department of Housing and Community Development, Washington, D.C.
Glaser, John D.
    1968    *Coastal Plain Geology of Southern Maryland*. Prepared for the 9th Annual Field Conference of the Atlantic Coastal Plain Geological Association. Maryland Geological Survey, Baltimore.
    2003    Geologic Map of Prince George's County, Maryland. 1:62,500. Maryland Geological Survey, Baltimore.
Glassow, Michael
    1977    Issues in Evaluating the Significance of Archeological Resources. *American Antiquity* 42:413–420.
Goodyear, Albert C.
    1989    A Hypothesis for the Use of Cryptocrystalline Raw Materials Among Paleoindian Groups of North America. In *Eastern Paleoindian Lithic Resource Use*, edited by Christopher J. Ellis and Jonathan C. Lothrop, pp. 1–9, Westview Press, Inc., Boulder.
Graham, R.W., and E.L. Lundelius Jr.
    1984    Coevolutionary Disequilibrium and Pleistocene Extinctions. In *Quaternary Extinctions: A Prehistoric Revolution*, edited by P. S. Martin and R. G. Klein, pp. 223–249. University of Arizona Press, Tucson.
Griffith, Dennis
    1794    Map of the State of Maryland Laid Down from an actual Survey of all the Principal Waters, Public Roads, and Divisions of the Counties Therein, Describing the Situation of the Cities, Towns, Villages, Houses of Worship and other Public Buildings, Furnaces, Forges, Mills, and other Remarkable Places. J. Wallace, Philadelphia.
Hall, Richard L., and Earl D. Matthews
    1974    *Soil Survey of Charles County, Maryland.* U.S. Department of Agriculture in Cooperation with Maryland Agricultural Experiment Station, Soil Conservation Service.
Hammett, Regina Combs
    1991    *History of St. Mary's County, Maryland 1634–1990*. Regina Combs Hammett, Ridge.
Hopkins, G.M.
    1878    Atlas of Fifteen Miles around Baltimore, including Anne Arundel County, Maryland. Electronic document, https://www.loc.gov/item/73151435/.

00013760

Hopkins, G.M.
    1878    Atlas of Fifteen Miles around Washington, including the County of Prince George, Maryland.
            Electronic document, https://www.loc.gov/item/76354156/.
Hughes, Elizabeth
    1994    *Final Report: St. Mary's County Historic Sites Survey, Chaptico and Mechanicsville Districts.*
            Prepared for the Department of Planning and Zoning.
Jefferson Patterson Park and Museum
    2015    Diagnostic Artifacts in Maryland. Electronic document, http://www.jefpat.org/diagnostic/index.htm.
            Accessed October 2020.
Justice, Noel D.
    1987    *Stone Age Spear and Arrow Points of the Midcontinental and Eastern United States.* Indiana
            University Press, Bloomington, Indiana.
Kaplan, J. Kim
    2001    Beltsville Agricultural Research Center. *Agricultural Research Magazine,* October 2001, Vol. 49, No.
            10, pp. 12–17. USDA Agricultural Research Services.
Kellock, Katherine
    1962    *Colonial Piscataway in Maryland.* Alice Ferguson Foundation, Accotink, Maryland.
Kelly, Robert L., and Lawrence C. Todd
    1988    Coming into the Country: Early Paleoindian Hunting and Mobility. *American Antiquity* 53:231–244.
Kent, Barry C.
    1984    *Susquehanna's Indians.* Anthropological Series, No. 6. The Pennsylvania Museum and Historical
            Commission, Harrisburg.
Ketchum, William C., Jr.
    1991    *American Stoneware.* Henry Holt & Company, New York.
Kinsey, Fred W, III
    1972    *Archeology of the Upper Delaware Valley: A Study of the Cultural Chronology of the Tocks Island
            Reservoir.* The Pennsylvania Historical and Museum Commission, Harrisburg.
Kirby, Robert M., and Earle D. Matthews
    1973    *Soil Survey of Anne Arundel County, Maryland.* U.S. Department of Agriculture in Cooperation with
            Maryland Agricultural Experiment Station, Soil Conservation Service.
Kirby, Robert M., Earle D. Matthews, and Moulton A. Bailey
    1967    *Soil Survey of Prince Georges County, Maryland.* U.S. Department of Agriculture in Cooperation with
            Maryland Agricultural Experiment Station, Soil Conservation Service.
Lowery, Darrin, and Thomas Phillips
    1994    The Meekins Neck Paleoindian Site Complex, Dorchester County, Maryland: A Development of a
            Paleoindian Settlement Model for the Delmarva Peninsula. *Maryland Archaeology* 30(2):29–36.
Lucas, Fielding, Jr.
    1822    Geographical, Statistical and Historical Map of Maryland. Philadelphia, H.C. Carey and I. Lea.
Luckenbach, Al, Jessie Grow, and Shawn Sharpe
    2010    Archaic Period Triangular Points from Pig Point, Anne Arundel County, Maryland. *Journal of Middle
            Atlantic Archaeology* 26:165–180.
McAvoy, Joseph M.
    1992    *Nottoway River Survey: Part I: Clovis Settlement Patterns: The 30 Year Study of a Late Ice Age
            Hunting Culture on the Southern Interior Coastal Plain of Virginia.* Archeological Society of Virginia
            Special Publication Number 28. Dietz Press, Richmond.
    1994    *Archaeological Investigations of Two Stratified Dune Sites on the Nottoway River, Sussex County,
            Virginia.* Elevated Sand Sites in the Southeast. Symposium on disk, Austin.
McAvoy, Joseph M., and Lynn D. McAvoy
    1997    *Archaeological Investigations of Site 44SX202, Cactus Hill, Sussex County, Virginia.* Virginia
            Department of Historic Resources Research Report Series No. 8. Nottoway River Survey Archaeological
            Research, Sandston, Virginia. Report submitted to Virginia Department of Historic Resources, Richmond.
McLearen, Douglas C.
    1991    Late Archaic and Early Woodland Material Culture in Virginia. In *Late Archaic and Early Woodland
            Material Culture in Virginia: A Synthesis*, edited by Theodore R. Reinhart and Mary Ellen N. Hodges.
            Special Publication 23, Archaeological Society of Virginia, Richmond.

00013761

McNett, Charles W., and William M. Gardner
    1975    Archaeology of the Lower and Middle Potomac. Manuscript on file, Department of Anthropology, American University.

Maryland-National Capital Park & Planning Commission (M-NCPPC)
    1992    Historic Sites and Districts Plan, Prince George's County, Maryland, Approved.

Meltzer, David J.
    1988    Late Pleistocene Human Adaptations in Eastern North America. *Journal of World Prehistory* 2:1–52.

Meltzer, David J., and J. I. Mead
    1983    The Timing of Late Pleistocene Mammalian Extinctions in North America. *Quaternary Research* 19:130–135.

Miller, George L.
    2000    Telling Time for Archaeologists. *Northeast Historical Archaeology* 29:1–22.

Mouer, L. Daniel
    1991    Formative Transition in Virginia. In *Late Archaic and Early Woodland Research in Virginia: A Synthesis*, edited by Theodore R. Reinhart and Mary Ellen N. Hodges, pp. 1–88. Special Publication 23. Archaeological Society of Virginia, Courtland, Virginia.

NETROnline
    2020    Historic Aerials Viewer. Electronic document, https://www.historicaerials.com/viewer. Accessed October 2020.

Noël Hume, Ivor
    1991    *A Guide to Artifacts of Colonial America*. Alfred A. Knopf, New York, New York.

Payne, Ted M., and Kenneth Baumgardt
    1990    *Phase I Archaeological Reconnaissance Survey, Muirkirk Commuter Rail Station, Prince Georges County, Maryland*. Prepared by MAAR Associates, Inc., Newark, Delaware. Submitted to Maryland Department of Transportation, State Railroad Administration.

Pogue, Robert E. T.
    1972    *Old Maryland Landmarks: A Pictorial Story of Interesting People, Places, and Events in Old Maryland*. Published by the author, Bushwood, Maryland.

Potter, Stephen R.
    1982    An *Analysis of Chicacoan Settlement Patterns*. Ph.D. dissertation, on file Department of Anthropology, University of North Carolina, Chapel Hill.
    1993    *Commoners, Tribute, and Chiefs*. University Press of Virginia, Charlottesville.

Reeve, Stuart A.
    1992    Changes in Time: A Seriation Chronology for Southern Maryland Projectile Points. *Journal of Middle Atlantic Archaeology* 8: 107–137.

Reger, James P., and Emery T. Cleaves
    2008a    Physiographic Map of Maryland. Maryland Geological Survey. Electronic document, http://www.mgs.md.gov, accessed October 2017.
    2008b    *Explanatory Text for the Physiographic Map of Maryland*. Maryland Geological Survey, Baltimore.

Riley, Elihu Samuel
    1905    *A History of Anne Arundel County in Maryland*. Kessinger Publishing Company.

Shaffer, Gary D., and Elizabeth J. Cole
    1994    *Standards and Guidelines for Archaeological Investigations in Maryland*. Maryland Historical Trust, Crownsville.

Shoemaker, Sandy
    2000    *Where Maryland Began: the Colonial History of St. Mary's County*. Orion Publications, St. Mary's City, Maryland.

Shomette, Donald G.
    2000    *Lost Towns of Tidewater Maryland*. Tidewater Publishers, Centreville, Maryland.

Smith, Howard C., and R.C. Rose
    1922    *Soil Survey of Charles County, Maryland*. Government Printing Office, Washington, D.C.

Society for Historical Archaeology (SHA)
    2020    *Historic Glass Bottle Identification & Information Website*. Electronic Document, http://www.sha.org/bottle/.

South, Stanley
    1977    *Method and Theory in Historical Archaeology*. Academic Press, New York, New York.

00013762

Steponaitis, Laurie C.
    1983    *An Archaeological Study of the Patuxent Drainage, Volume 1.* Maryland Historical Trust Manuscript Series No. 24.
    1986    Prehistoric Settlement Patterns in the Lower Patuxent Drainage, Maryland. Ph.D. dissertation, State University of New York at Binghamton.
Stephenson, Robert L., and Alice L.L. Ferguson
    1963    The Accokeek Creek Site: A Middle Atlantic Seaboard Culture Sequence. University of Michigan Museum of Anthropology, *Anthropological Papers No.* 20, Ann Arbor.
Stewart, R. Michael
    1998    Archaic Triangles at the Abbott Farm National Landmark: Typological Implications for Prehistoric Studies in the Middle Atlantic Region. Paper presented at the Annual Meeting of the Middle Atlantic Archaeological Conference, Cape May, New Jersey.
Stone, Gary Wheeler
    1987    Manorial Maryland. *Maryland Historical Magazine* 82(1):3–36.
Sullivan III, Alan P., and Kenneth C. Rozen
    1985    Debitage Analysis and Archaeological Interpretation. *American Antiquity* 50:755–779.
Tanner, William F.
    1993    An 8000-Year Record of Sea Level Change from Grain-Size Parameters: Data from Beach Ridges in Denmark. *The Holocene* 3:220–231.
The Cannon Club
    2020    Our History. Electronic document, http://www.thecannongolfclub.com/about-us/, accessed 11 November 2020.
United States Army Corps of Engineers (USACE)
    1944    Mount Vernon, Maryland/Virginia. 1:31,680 scale topographic map.
United States Department of Agricultural (USDA) Natural Resources Conservation Service (NRCS)
    2019    Web Soil Survey. Electronic document, https://websoilsurvey.sc.egov.usda.gov/App/HomePage.htm. Accessed September 2020.
United States Department of the Interior (USDOI)
    1991    National Register Bulletin 15: How to Apply the National Register Criteria for Evaluation. U.S. Department of the Interior, National Park Service, Washington, D.C.
United States Geological Survey (USGS)
    1892    Laurel, Maryland. 1:62,500 scale topographic map.
    1895    Owensville, Maryland. 1:62,500 scale topographic map.
    1899    Patuxent, Maryland. 1:125,000 scale topographic map.
    1905    Owensville, Maryland. 1:62,500 scale topographic map.
    1907    Laurel, Maryland. 1:62,500 scale topographic map.
    1913    Indian Head, Maryland. 1:62,500 scale topographic map.
    1923    Indian Head, Maryland/Virginia. 1:48,000 scale planimetric map.
    1925    Indian Head, Maryland/Virginia. 1:62,500 scale planimetric map.
    1926    Laurel, Maryland. 1:62,500 scale topographic map.
    1934    Indian Head, Maryland/Virginia. 1:62,500 scale planimetric map.
    1939    Indian Head, Maryland/Virginia. 1:62,500 scale planimetric map.
    1942    Owensville, Maryland. 1:62,500 scale topographic map.
    1944    Bristol, Maryland. 1:31,680 scale topographic map.
    1945    Beltsville, Maryland. 1:31,680 scale topographic map.
    1949    Laurel, Maryland. 1:62,500 scale topographic map.
    1951    Mount Vernon, Maryland/Virginia. 1:24,000 scale topographic map.
    1956    Indian Head, Maryland. 1:62,500 scale topographic map.
    1957    Bristol, Maryland. 1:24,000 scale topographic map.
    1965    Mount Vernon, Maryland/Virginia. 1:24,000 scale topographic map.
    1968    Mount Vernon, Maryland/Virginia. 1:24,000 scale topographic map.
    1971    Mount Vernon, Maryland/Virginia. 1:24,000 scale topographic map.
    1979    Bristol, Maryland. 1:24,000 scale topographic map.
    1981    Mount Vernon, Maryland/Virginia. 1:24,000 scale topographic map.
    1983    Mount Vernon, Maryland/Virginia. 1:24,000 scale topographic map.

00013763

Waselkov, Gregory A.
    1982    Shellfish Gathering and Shell Midden Archaeology. Ph.D. dissertation, University of North Carolina, Chapel Hill.

Wesler, Kit, Gordon J. Fine, Dennis J. Pogue, Patricia Sternheimer, Aileen F. Button, E. Glyn Furguson, and Alvin H. Luckenbach
    1981    *M/DOT Archaeological Resources Survey, Volume 1: Eastern Shore.* Manuscript Series No. 5. Maryland Historical Trust, Annapolis.

Wheaton, Thomas R., and Patrick H. Garrow
    1985    Acculturation and the Archaeological Record in the Carolina Lowcountry. In *The Archaeology of Slavery and Plantation Life*, edited by Theresa A. Singleton, pp. 239–259. Academic Press, Inc., Orlando, Florida.

Whitehead, Donald R.
    1973    Late-Wisconsin Vegetation Changes in Unglaciated North America. *Quaternary Research* 3:621–631.

Withington, C.F., and Froelick, A.J.
    1974    Preliminary Geologic Map of the Beltsville Quadrangle, Prince George's, Montgomery, and Howard Counties, Maryland. U.S. Geological Survey Miscellaneous Field Studies MF-582, 2 sheets, scale 1:24,000.

Wright, H.E.
    1981    Vegetation East of the Rocky Mountains 18,000 Years Ago. *Quaternary Research* 15:113–125.

00013764

# APPENDIX 1
# ARTIFACT CATALOGS

00013765

00013766

| Site | FS# | Bag | STP/TR | Coord | North | East | Hor | Strat | Depth (ftbs) | Qty | Wt (g) | Size | Group | Class | Cortex/Portion | Artifact Type | Material/Ware | Color/Temper | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18ANX520-1 1 | 1 | | STP | 7.01 | 500 | 500 | | I | 0-0.7 | 1 | 1.1 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18ANX520-2 2 | 2 | | STP | 7.15 | 500 | 500 | | I | 0-1.6 | 1 | 2.3 | 2-3 | lithic | debitage | primary | flake, fragment | rhyolite | tan | |
| 18ANX520-3 3 | 3 | | SURF | GEN | | | | | | 1 | 20.7 | | historic | glass | base | container, bottle | | amethyst tint | |
| 18ANX520-3 3 | 3 | | SURF | GEN | | | | | | 1 | 159.0 | | historic | glass | base | container, hobble skirt bottle | | aqua | embossed ANNAPOLIS MD. Machine made |
| 18ANX520-3 3 | 3 | | SURF | GEN | | | | | | 1 | 736.7 | | historic | ceramic | partial | brick | | | likely semi-auto. 4" wide x 2" thick |
| 18ANX520-3 3 | 3 | | SURF | GEN | | | | | | 1 | 22.5 | | historic | lithic | fragment | roofing shingle | slate | | |
| 18ANX520-3 3 | 4 | | STP | 2.01 | 550 | 550 | | I | 0-0.9 | 1 | 2.0 | | historic | ceramic | body | whiteware, undecorated | tableware, unid. | | |
| 18ANX520-3 3 | 5 | | STP | | 525 | 475 | | I | 0-0.5 | 1 | 1.4 | | historic | ceramic | body | whiteware, undecorated | tableware, unid. | | |
| 18ANX520-3 3 | 5 | | STP | | 525 | 475 | | I | 0-0.5 | 1 | 1.6 | | historic | glass | body | container, unid. | | amethyst tint | molded |
| 18ANX520-3 3 | 6 | | STP | 10.02 | 500 | 450 | | I | 0-0.1 | 1 | 5.4 | | historic | ceramic | body | pearlware, undecorated | tableware, unid. | | |
| 18ANX520-3 3 | 6 | | STP | 10.02 | 500 | 450 | | I | 0-0.1 | 1 | 1.2 | | historic | glass | body | container, bottle | | olive green | |
| 18ANX520-3 3 | 7 | | STP | 11.02 | 500 | 500 | | I | 0-0.4 | 1 | 1.2 | | historic | ceramic | body | creamware, factory slipped | tableware, hollowware | | dark brown bands |
| 18ANX520-3 3 | 7 | | STP | 11.02 | 500 | 500 | | I | 0-0.4 | 1 | 3.9 | | historic | glass | body | container, bottle | | medium amber | hand blown |
| 18ANX520-3 3 | 8 | | STP | | 500 | 525 | | I | 0-0.9 | 1 | 5.1 | | historic | glass | body | container, unid. | | aqua | |
| 18ANX520-3 3 | 8 | | STP | | 500 | 525 | | I | 0-0.9 | 1 | 0.5 | | historic | glass | fragment | window glass | | aqua | |
| 18ANX520-3 3 | 9 | | STP | 12.02 | 500 | 550 | | I | 0-0.5 | 1 | 2.2 | | historic | ceramic | body | whiteware, factory slip | tableware, hollowware | | sky blue field |
| 18ANX520-3 3 | 9 | | STP | 12.02 | 500 | 550 | | I | 0-0.5 | 2 | 49.0 | | historic | metal | fragment | unid. object | iron alloy | | (1) sheet (1) bar stock |
| 18ANX520-3 3 | 10 | | STP | | 475 | 475 | | I | 0-0.8 | 1 | 14.1 | | historic | glass | base | container, panel bottle | | colorless | Illinois Glass Co |
| 18ANX520-3 3 | 10 | | STP | | 475 | 475 | | I | 0-0.8 | 1 | 15.9 | | historic | ceramic | body | gray salt glazed stoneware, undecorated | utilitarian, hollowware | | |
| 18ANX520-3 3 | 11 | | STP | | 475 | 500 | | I | 0-0.8 | 1 | 1.5 | | historic | glass | fragment | window glass | | aqua | unwashed interior |
| 18ANX520-3 3 | 11 | | STP | | 475 | 500 | | I | 0-0.8 | 2 | 5.8 | | historic | glass | body | container, unid. | | colorless | |
| 18ANX520-3 3 | 12 | | STP | | 475 | 550 | | I | 0-0.7 | 1 | 5.1 | | historic | ceramic | body | Rockingham type, molded | tableware, hollowware | | |
| 18ANX520-3 3 | 12 | | STP | | 475 | 550 | | I | 0-0.7 | 1 | 2.7 | | historic | glass | body | container, unid. | | colorless | |
| 18ANX520-3 3 | 12 | | STP | | 475 | 550 | | I | 0-0.7 | 1 | 0.9 | | historic | glass | body | glassware, enameled | | red | floral |
| 18ANX520-3 3 | 13 | | STP | 11.03 | 450 | 500 | | I | 0-0.4 | 1 | 13.1 | | historic | ceramic | rim | gray salt glazed stoneware, hand brushed blue cobalt | utilitarian, hollowware | | |
| 18ANX520-3 3 | 13 | | STP | 11.03 | 450 | 500 | | I | 0-0.4 | 1 | 8.0 | | historic | ceramic | rim | pearlware, blue shell edge | tableware, flatware | | unscalloped impressed and embossed |
| 18ANX520-3 3 | 13 | | STP | 11.03 | 450 | 500 | | I | 0-0.4 | 1 | 2.1 | | historic | ceramic | body | pearlware, undecorated | tableware, unid. | | |
| 18ANX520-3 3 | 14 | | STP | | 450 | 525 | | I | 0-0.4 | 1 | 7.4 | | historic | metal | head-shank | nail, cut | iron alloy | | machine made head, unpinched neck |
| 18ANX520-3 3 | 14 | | STP | | 450 | 525 | | I | 0-0.4 | 1 | 1.5 | | historic | ceramic | body | pearlware, medium blue transfer print | tableware, unid. | | floral |
| 18ANX520-3 3 | 14 | | STP | | 450 | 525 | | I | 0-0.4 | 1 | 5.9 | | historic | ceramic | rim | pearlware, medium blue transfer print | tableware, flatware | | floral |
| 18ANX520-3 3 | 15 | | STP | | 425 | 425 | | I | 0-0.2 | 1 | 2.7 | | historic | ceramic | base | whiteware, undecorated | tableware, unid. | | |
| 18ANX520-3 3 | 15 | | STP | | 425 | 425 | | I | 0-0.2 | 1 | 0.5 | | historic | glass | fragment | window glass | | aqua | |
| 18ANX520-3 3 | 16 | | STP | 10.04 | 400 | 450 | | II | 0.4-2.3 | 1 | 0.9 | | historic | ceramic | body | pearlware, undecorated | tableware, unid. | | |
| 18ANX520-3 3 | 16 | | STP | 10.04 | 400 | 450 | | II | 0.4-2.3 | 1 | 10.6 | | historic | ceramic | body | gray salt glazed stoneware, undecorated | utilitarian, hollowware | | |
| 18ANX520-3 3 | 16 | | STP | 10.04 | 400 | 450 | | II | 0.4-2.3 | 1 | 1.2 | | historic | glass | body | container, unid. | | aqua | |
| 18ANX520-4 4 | 17 | | STP | 31.12 | 500 | 500 | | I | 0-0.9 | 1 | 0.4 | 1-2 | lithic | debitage | tertiary | flake, complete | rhyolite | gray | |
| 18ANX520-5 5 | 18 | | STP | 39.02 | 500 | 500 | | I | 0-0.7 | 1 | 1.3 | 2-3 | lithic | debitage | tertiary | bipolar, flake fragment | quartz | white | |
| 18ANX520-5 5 | 19 | | SURF | | 515 | 530 | | I | 0-0 | 1 | 854.0 | >5 | lithic | debitage | secondary | core | quartzite | red | bipolar? |
| 18ANX520-6 6 | 20 | | SURF | | 500 | 506 | | I | 0-0 | 1 | 6.3 | 3-4 | lithic | tool | complete | ppk, Small Savannah River | quartz | white | biconvex x-section, convex blade margins. 38.5mm long, 22.7mm wide and 8.5mm thick. Stem: 14.5mm wide, 12.2mm long.12.9mm neck. Asymmetrical and lightly concaved base |
| 18AN1696 | 7 | 21 | STP | 5.09 | 550 | 500 | | I | 0-1.7 | 1 | 0.7 | | historic | glass | body | container, unid. | | amber | |
| 18AN1696 | 7 | 21 | STP | 5.09 | 550 | 500 | | I | 0-1.7 | 2 | 27.0 | | historic | glass | rim | container, canning jar | | colorless | machine made, continuous thread |
| 18AN1696 | 7 | 21 | STP | 5.09 | 550 | 500 | | I | 0-1.7 | 1 | 53.9 | | historic | glass | base | container, canning jar | | colorless | machine made, stippled |
| 18AN1696 | 7 | 21 | STP | 5.09 | 550 | 500 | | I | 0-1.7 | 16 | 116.2 | | historic | glass | body | container, canning jar | | colorless | embossed body |
| 18AN1696 | 7 | 21 | STP | 5.09 | 550 | 500 | | I | 0-1.7 | 1 | 31.6 | | historic | metal | top | aerosol can | iron alloy | | |
| 18AN1696 | 7 | 21 | STP | 5.09 | 550 | 500 | | I | 0-1.7 | 1 | 12.6 | | historic | metal | top | container, beer can | aluminum | | pull tab, Miller Lite |
| 18AN1696 | 7 | 22 | STP | 5.10 | 550 | 550 | | III | 1-2.4 | 1 | 0.5 | | historic | ceramic | body | pearlware, undecorated | tableware, unid. | | |

Cabin Branch Project Survey Artifact Catalog Page 1 of 2

00013767

| Site | FS# | Bag | STP/TR | Coord | North | East | Hor | Strat | Depth (ftbs) | Qty | Wt (g) | Size | Group | Class | Cortex/Portion | Artifact Type | Material/Ware | Color/Temper | Comments |
|------|-----|-----|--------|-------|-------|------|-----|-------|--------------|-----|--------|------|-------|-------|----------------|---------------|--------------|--------------|----------|
| 18AN1696 | 7 | 22 | STP | 5.10 | 550 | 550 | | III | 1-2.4 | 1 | 9.3 | | historic | glass | fragment | window glass | | aqua | 4.6mm thick |
| 18AN1696 | 7 | 22 | STP | 5.10 | 550 | 550 | | III | 1-2.4 | 1 | 2.7 | | historic | glass | fragment | laminated "safety" glass | | aqua | |
| 18AN1696 | 7 | 23 | STP | | 525 | 500 | | I | 0-0.9 | 1 | 23.1 | | historic | ceramic | fragment | brick | | | lightly swirled, poss. handmade |
| 18AN1696 | 7 | 23 | STP | | 525 | 500 | | I | 0-0.9 | 1 | 2.4 | | historic | glass | body | container, bottle | | dark olive | |
| 18AN1696 | 7 | 24 | STP | | 525 | 550 | | I | 0-0.6 | 1 | 1.1 | | historic | ceramic | rim | terra cotta, flower pot | | | press molded, likely machine made |
| 18AN1696 | 7 | 24 | STP | | 525 | 550 | | I | 0-0.6 | 2 | 40.6 | | historic | ceramic | body | creamware, undecorated | tableware, unid. | | |
| 18AN1696 | 7 | 25 | STP | 4.09 | 500 | 500 | | III | 0.6-1.6 | 1 | 0.8 | | historic | ceramic | body | pearlware, undecorated | tableware, unid. | | |
| 18AN1696 | 7 | 25 | STP | 4.09 | 500 | 500 | | III | 0.6-1.6 | 1 | 13.3 | | historic | ceramic | body | brown salt glazed stoneware, undecorated | utilitarian, hollowware | | brown wash interior |
| 18AN1696 | 7 | 25 | STP | 4.09 | 500 | 500 | | III | 0.6-1.6 | 1 | 1.3 | | historic | glass | body | container, bottle | | yellow amber | |
| 18AN1696 | 7 | 25 | STP | 4.09 | 500 | 500 | | III | 0.6-1.6 | 1 | 0.5 | | historic | synthetic | fragment | unid. object | plastic | | gray marbling/mottling, Melmac? |
| 18AN1696 | 7 | 26 | STP | | 500 | 525 | | II | 0.8-2.8 | 1 | 15.6 | | historic | ceramic | body | gray salt glazed stoneware, undecorated | utilitarian, hollowware | | brown wash interior, part of neck remnant |
| 18AN1696 | 7 | 26 | STP | | 500 | 525 | | II | 0.8-2.8 | 1 | 2.5 | | historic | ceramic | body | ironstone, undecorated | tableware, unid. | | |
| 18AN1696 | 7 | 26 | STP | | 500 | 525 | | II | 0.8-2.8 | 1 | 1.1 | | historic | ceramic | rim | yellowware, undecorated | utilitarian, hollowware | | pale buff paste |
| 18AN1696 | 7 | 26 | STP | | 500 | 525 | | II | 0.8-2.8 | 1 | 0.9 | | historic | ceramic | body | yellowware, undecorated | utilitarian, hollowware | | pale buff paste |
| 18AN1696 | 7 | 26 | STP | | 500 | 525 | | II | 0.8-2.8 | 1 | 1.3 | | historic | glass | body | container, unid. | | aqua | |
| 18AN1696 | 7 | 27 | STP | | 475 | 525 | | II | 1.2-3.0 | 1 | 14.3 | | historic | ceramic | body | whiteware, undecorated | tableware, unid. | | |
| 18AN1696 | 7 | 27 | STP | | 475 | 525 | | II | 1.2-3.0 | 1 | 1096.1 | | historic | ceramic | partial | brick | | | 4" wide x 2" thick, lightly swirled, handmade |
| 18AN1696 | 7 | 28 | STP | | 450 | 500 | | II | 1.0-1.6 | 1 | 2.4 | | historic | glass | body | container, unid. | | aqua | |
| 18AN1696 | 7 | 29 | STP | | 450 | 525 | | II | 0.8-2.2 | 1 | 0.6 | | historic | ceramic | rim | whiteware, undecorated | tableware, unid. | | |

00013768

| Site | Bag | STP/TR | Coord | North | East | Hor/Lev | Strat | Depth (ftbs) | Qty | Wt (g) | Size | Group | Class | Cortex/Portion | Artifact Type | Material/Ware | Color/Temper | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18CH115X-1 | 10 | STP | 94 | | | Ap | I | 0-0.4 | 1 | 4.6 | 3-4 | lithic | tool | complete | ppk, Calvert | quartz | white | biconvex x-section, convexed blade |
| 18CH971 | 3 | STP | 23 | | | A | I | 0-1.7 | 2 | 3.8 | 2-3 | lithic | debitage | primary | flake, broken | quartzite | brown gray | |
| 18CH971 | 3 | STP | 23 | | | A | I | 0-1.7 | 1 | 4.0 | 3-4 | lithic | debitage | secondary | flake, fragment | quartzite | pink gray | |
| 18CH971 | 3 | STP | 23 | | | A | I | 0-1.7 | 1 | 0.1 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18CH971 | 3 | STP | 23 | | | A | I | 0-1.7 | 1 | 0.2 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | brown | |
| 18CH971 | 1 | STP | 24 | | | A-E | I-II | 0-0.8 | 2 | 0.8 | 1-2 | lithic | debitage | tertiary | flake, broken | quartzite | gray | |
| 18CH971 | 1 | STP | 24 | | | A-E | I-II | 0-0.8 | 1 | 3.2 | 2-3 | lithic | debitage | secondary | flake, fragment | quartzite | dark gray | |
| 18CH971 | 1 | STP | 24 | | | A-E | I-II | 0-0.8 | 4 | 9.2 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | pink gray | |
| 18CH971 | 1 | STP | 24 | | | A-E | I-II | 0-0.8 | 1 | 2.4 | 2-3 | lithic | debitage | secondary | flake, fragment | quartz | white | |
| 18CH971 | 1 | STP | 24 | | | A-E | I-II | 0-0.8 | 3 | 1.2 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | gray | |
| 18CH971 | 1 | STP | 24 | | | A-E | I-II | 0-0.8 | 8 | 6.4 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18CH971 | 1 | STP | 24 | | | A-E | I-II | 0-0.8 | 1 | 0.8 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18CH971 | 1 | STP | 24 | | | A-E | I-II | 0-0.8 | 4 | 0.6 | <1 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18CH971 | 2 | STP | 25 | | | A-E | I-II | 0-0.6 | 1 | 9.1 | 3-4 | lithic | debitage | secondary | shatter | quartzite | dark gray | |
| 18CH971 | 2 | STP | 25 | | | A-E | I-II | 0-0.6 | 1 | 6.4 | 3-4 | lithic | tool | partial | ppk, lanceolate | quartzite | yellowish brown | biconvex x-section, convexed blade |
| 18CH971 | 2 | STP | 25 | | | A-E | I-II | 0-0.6 | 1 | 13.7 | | historic | ceramic | body | gray salt glazed stoneware, undecorated | utilitarian, hollowware | | unwashed interior |
| 18CH971 | 4 | STP | 28 | | | E | II | 0.8-1.0 | 1 | 2.3 | 2-3 | lithic | debitage | primary | flake, broken | quartzite | brown | |
| 18CH971 | 20 | STP | 145 | | | A | I | 0-0.7 | 1 | 8.9 | 4-5 | lithic | debitage | tertiary | flake, fragment | quartzite | dark gray | |
| 18CH971 | 20 | STP | 145 | | | A | I | 0-0.7 | 1 | 9.6 | 3-4 | lithic | tool | fragment | biface, early stage | quartz | white | tool shatter |
| 18CH971 | 21 | STP | 148 | | | E | II | 0.6-0.9 | 1 | 18.6 | | lithic | tool | secondary | retouched flake | quartz | white | |
| 18CH971 | 22 | STP | 150 | | | Ap | I | 0-0.8 | 1 | 10.0 | | historic | glass | base | glassware, press molded, Depression Era | | pale pink | |
| 18CH971 | 22 | STP | 150 | | | Ap | I | 0-0.8 | 1 | 2.0 | | historic | glass | base | container, unid. | | colorless | |
| 18CH971 | 23 | STP | 151 | | | Ap | I | 0-1.4 | 1 | 4.6 | | historic | glass | body | container, unid. | | 7-UP green | |
| 18CH971 | 23 | STP | 151 | | | Ap | I | 0-1.4 | 2 | 1.0 | | historic | glass | body | container, unid. | | colorless | |
| 18CH971 | 23 | STP | 151 | | | Ap | I | 0-1.4 | 2 | 1.8 | | historic | glass | fragment | window glass | | aqua | |
| 18CH972 | 29 | TU | 1 | | | 1 | I | 0-0.25 | 1 | 0.1 | | historic | glass | body | container, unid. | | colorless | |
| 18CH972 | 30 | TU | 1 | | | 2 | I | 0.25-0.5 | 2 | 275.3 | | lithic | fcr | fragment | fire cracked rock | quartzite | gray red | |
| 18CH972 | 30 | TU | 1 | | | 2 | I | 0.25-0.5 | 2 | 312.0 | | historic | ceramic | fragment | brick | | | |
| 18CH972 | 30 | TU | 1 | | | 2 | I | 0.25-0.5 | 2 | 260.6 | | historic | metal | fragment | unid. object | cast iron | | thin hollow cast, poss. stove fragments |
| 18CH972 | 30 | TU | 1 | | | 2 | I | 0.25-0.5 | 1 | 2.4 | | historic | metal | head-shank | nail, cut | iron alloy | | |
| 18CH972 | 30 | TU | 1 | | | 2 | I | 0.25-0.5 | 1 | 9.3 | | historic | glass | body | glassware, press molded | | amethyst tint | |
| 18CH972 | 30 | TU | 1 | | | 2 | I | 0.25-0.5 | 2 | 3.7 | | historic | glass | body | glassware, unid. | | colorless | |
| 18CH972 | 30 | TU | 1 | | | 2 | I | 0.25-0.5 | 3 | 7.3 | | historic | glass | body | container, unid. | | colorless | |
| 18CH972 | 30 | TU | 1 | | | 2 | I | 0.25-0.5 | 5 | 4.9 | | historic | glass | fragment | window glass | | aqua | |
| 18CH972 | 30 | TU | 1 | | | 2 | I | 0.25-0.5 | 1 | 1.3 | | historic | glass | fragment | container, canning jar lid liner | | opaque white | |
| 18CH972 | 30 | TU | 1 | | | 2 | I | 0.25-0.5 | 1 | 1.9 | | historic | ceramic | body | porcelain, molded | tableware, unid. | | |
| 18CH972 | 30 | TU | 1 | | | 2 | I | 0.25-0.5 | 1 | 0.9 | | historic | ceramic | body | whiteware, undecorated | tableware, unid. | | |
| 18CH972 | 31 | TU | 1 | | | 3 | I | 0.5-0.75 | 2 | 71.2 | | lithic | fcr | fragment | fire cracked rock | quartzite | pale red | |
| 18CH972 | 31 | TU | 1 | | | 3 | I | 0.5-0.75 | 1 | 3.2 | | historic | glass | fragment | window glass | | aqua | |
| 18CH972 | 31 | TU | 1 | | | 3 | I | 0.5-0.75 | 1 | 0.2 | | historic | glass | body | container, unid. | | aqua | |
| 18CH972 | 31 | TU | 1 | | | 3 | I | 0.5-0.75 | 1 | 6.9 | | historic | glass | rim | container, bottle | | colorless | machine made bead finish |
| 18CH972 | 31 | TU | 1 | | | 3 | I | 0.5-0.75 | 1 | 0.8 | | historic | ceramic | rim | whiteware, undecorated | tableware, unid. | | |
| 18CH972 | 31 | TU | 1 | | | 3 | I | 0.5-0.75 | 1 | 1.4 | | historic | ceramic | body | whiteware, undecorated | tableware, unid. | | fragmentary makers stamp |
| 18CH972 | 31 | TU | 1 | | | 3 | I | 0.5-0.75 | 1 | 0.1 | | historic | glass | body | container, unid. | | colorless | |
| 18CH972 | 32 | TU | 1 | | | 4 | I | 0.75-0.9 | 1 | 8.4 | | lithic | fcr | fragment | fire cracked rock | quartzite | red | |

00013769

| Site | Bag | STP/TR | Coord | North | East | Hor/Lev | Strat | Depth (ftbs) | Qty | Wt (g) | Size | Group | Class | Cortex/Portion | Artifact Type | Material/Ware | Color/Temper | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18CH972 | 32 | TU | 1 | | | 4 | I | 0.75-0.9 | 1 | 0.8 | | historic | glass | fragment | window glass | | aqua | |
| 18CH972 | 32 | TU | 1 | | | 4 | I | 0.75-0.9 | 1 | 0.2 | | historic | synthetic | fragment | unid. object | plastic | opaque white | |
| 18CH972 | 32 | TU | 1 | | | 4 | I | 0.75-0.9 | 1 | 12.6 | | historic | metal | complete | nail, wire | iron alloy | | |
| 18CH972 | 32 | TU | 1 | | | 4 | I | 0.75-0.9 | 1 | 3.7 | | historic | metal | shank | nail, wire | iron alloy | | |
| 18CH972 | 5 | STP | 52 | | | Ap | I | 0-0.8 | 1 | 0.4 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18CH972 | 6 | STP | 57 | | | Ap | I | 0-1.3 | 3 | 23.2 | | historic | lithic | fragment | coal slag | | | |
| 18CH972 | 9 | STP | 58 | | | Ap | I | 0-1.3 | 1 | 6.3 | | historic | lithic | fragment | coal slag | | | |
| 18CH972 | 7 | STP | 59 | | | Ap | I | 0.8-1.0 | 1 | 0.1 | | historic | ceramic | body | whiteware, undecorated | tableware, unid. | | fragmentary spall |
| 18CH972 | 8 | STP | 60 | | | Ap | I | 0-1.0 | 2 | 1.1 | | historic | glass | fragment | window glass | | aqua | |
| 18CH972 | 11 | STP | 114 | | | Ap | I | 0-0.95 | 1 | 49.9 | | historic | ceramic | fragment | brick | | | |
| 18CH972 | 11 | STP | 114 | | | Ap | I | 0-0.95 | 6 | 6.2 | | historic | glass | fragment | window glass | | aqua | |
| 18CH972 | 12 | STP | 115 | | | Ap | I | 0.5-0.8 | 1 | 0.1 | | historic | glass | fragment | window glass | | aqua | |
| 18CH972 | 12 | STP | 115 | | | Ap | I | 0.5-0.8 | 1 | 0.3 | | historic | glass | body | container, unid. | | colorless | |
| 18CH972 | 13 | STP | 117 | | | Ap | I | 0-0.95 | 1 | 6.8 | | lithic | tool | complete | ppk, Calvert | | quartz | biconvex x-section, straight blade |
| 18CH972 | 13 | STP | 117 | | | Ap | I | 0-0.95 | 1 | 20.0 | | historic | glass | body | container, unid. | | amethyst tint | |
| 18CH972 | 14 | STP | 118 | | | Ap | I | 0-0.8 | 1 | 0.1 | <1 | lithic | debitage | tertiary | flake, fragment | quartzite | white | |
| 18CH972 | 15 | STP | 120 | | | Ap | I | 0-1.15 | 1 | 7.9 | 2-3 | lithic | debitage | secondary | bipolar core fragment | quartz | brown white | |
| 18CH972 | 16 | STP | 121 | | | Ap | I | 0.6-1.0 | 17 | 278.7 | | historic | lithic | fragment | coal slag | | | |
| 18CH972 | 17 | STP | 124 | | | Ap | I | 0-0.6 | 1 | 3.3 | | historic | glass | edge | container, canning jar lid liner | | opaque white | |
| 18CH972 | 18 | STP | 125 | | | Ap | I | 0.2-1.0 | 2 | 80.4 | | historic | ceramic | fragment | brick | | | soft |
| 18CH972 | 18 | STP | 125 | | | Ap | I | 0.2-1.0 | 8 | 7.0 | | historic | glass | body | container, unid. | | colorless | |
| 18CH972 | 18 | STP | 125 | | | Ap | I | 0.2-1.0 | 1 | 8.6 | | historic | glass | base | container, unid. | | colorless | machine made |
| 18CH972 | 18 | STP | 125 | | | Ap | I | 0.2-1.0 | 1 | 5.4 | | historic | glass | body | container, unid. | | amber | |
| 18CH972 | 18 | STP | 125 | | | Ap | I | 0.2-1.0 | 1 | 0.1 | | historic | synthetic | fragment | phonograph record | shellac | | |
| 18CH972 | 19 | STP | 134 | | | Ap | I | 0-0.7 | 1 | 5.7 | | historic | glass | body | container, unid. | | amethyst tint | embossed F L |
| 18CH972 | 19 | STP | 134 | | | Ap | I | 0-0.7 | 1 | 0.4 | | historic | glass | fragment | window glass | | aqua | |
| 18CH972 | 24 | STP | 163 | | | Ap | I | 0-0.8 | 1 | 302.7 | | historic | metal | leg | stove leg | cast iron | | hollow cast |
| 18CH972 | 24 | STP | 163 | | | Ap | I | 0-0.8 | 1 | 4.7 | | historic | metal | shank | nail, wire | iron alloy | | |
| 18CH972 | 24 | STP | 163 | | | Ap | I | 0-0.8 | 7 | 9.6 | | historic | glass | fragment | window glass | | aqua | |
| 18CH972 | 24 | STP | 163 | | | Ap | I | 0-0.8 | 2 | 1.2 | | historic | glass | body | container, unid. | | amber | |
| 18CH972 | 24 | STP | 163 | | | Ap | I | 0-0.8 | 2 | 1.6 | | historic | glass | body | container, unid. | | colorless | |
| 18CH972 | 24 | STP | 163 | | | Ap | I | 0-0.8 | 1 | 0.1 | | historic | glass | body | container, unid. | | aqua | |
| 18CH972 | 25 | STP | 164 | | | Ap | I | 0-0.8 | 1 | 0.8 | | historic | glass | fragment | window glass | | aqua | |
| 18CH972 | 25 | STP | 164 | | | Ap | I | 0-0.8 | 1 | 0.1 | | historic | glass | rim | glassware, unid. drinking glass | | colorless | |
| 18CH972 | 26 | STP | 166 | | | Ap | I | 0-0.2 | 1 | 0.5 | | historic | glass | body | container, unid. | | colorless | |
| 18CH972 | 27 | STP | 167 | | | Ap | I | 0-1.2 | 1 | 236.1 | | lithic | fcr | fragment | fire cracked rock | quartzite | red | |
| 18CH972 | 27 | STP | 167 | | | Ap | I | 0-1.2 | 6 | 4.8 | | historic | glass | body | container, unid. | | colorless | |
| 18CH972 | 28 | STP | 168 | | | Ap | I | 0-0.5 | 1 | 9.2 | | historic | metal | complete | ammunition, bullet | copper | | full jacket, knurled collar, impacted |
| 18CH972 | 28 | STP | 168 | | | Ap | I | 0-0.5 | 1 | 0.5 | | historic | glass | fragment | window glass | | aqua | |

00013770

| Site | Bag | STP/TR | Coord | North | East | Level | Horizon | Strat | Depth (ftbs) | Qty | Wt (g) | Size | Group | Class | Cortex/Portion | Artifact Type | Material/Ware | Color/Temper | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18PR111 | 98 | STP | 7.11 | 500 | 450 | | Fill | I | 0-0.6 | 1 | 9.3 | | historic | ceramic | base | Bristol type stoneware, undecorated | utilitarian, hollowware | | |
| 18PR111 | 98 | STP | 7.11 | 500 | 450 | | Fill | I | 0-0.6 | 1 | 0.3 | 1-2 | lithic | debitage | secondary | flake, fragment | quartz | yellow white | |
| 18PR111 | 98 | STP | 7.11 | 500 | 450 | | Fill | I | 0-0.6 | 1 | 0.2 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR111 | 99 | STP | 7.12 | 500 | 500 | | Ap | I | 0-0.9 | 1 | 22.5 | | lithic | fcr | fragment | fire cracked rock | quartzite | gray red | |
| 18PR111 | 99 | STP | 7.12 | 500 | 500 | | Ap | I | 0-0.9 | 1 | 91.1 | >5 | lithic | debitage | secondary | core, fragment | quartz | white | |
| 18PR111 | 99 | STP | 7.12 | 500 | 500 | | Ap | I | 0-0.9 | 1 | 3.0 | 3-4 | lithic | debitage | secondary | shatter | quartz | white | |
| 18PR111 | 99 | STP | 7.12 | 500 | 500 | | Ap | I | 0-0.9 | 1 | 1.4 | 2-3 | lithic | debitage | tertiary | flake, broken | quartzite | gray | |
| 18PR111 | 99 | STP | 7.12 | 500 | 500 | | Ap | I | 0-0.9 | 1 | 1.6 | 2-3 | lithic | debitage | tertiary | flake, fragment | rhyolite | weathered tan | |
| 18PR111 | 99 | STP | 7.12 | 500 | 500 | | Ap | I | 0-0.9 | 1 | 0.2 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR111 | 100 | STP | 7.12 | 500 | 500 | | Bw1 | II | 0.9-1.9 | 1 | 3.1 | 3-4 | lithic | debitage | tertiary | flake, fragment | quartz | yellow white | |
| 18PR111 | 100 | STP | 7.12 | 500 | 500 | | Bw1 | II | 0.9-1.9 | 1 | 5.2 | 3-4 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR111 | 100 | STP | 7.12 | 500 | 500 | | Bw1 | II | 0.9-1.9 | 1 | 1.3 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | red | |
| 18PR111 | 100 | STP | 7.12 | 500 | 500 | | Bw1 | II | 0.9-1.9 | 1 | 3.5 | 3-4 | lithic | debitage | tertiary | flake, fragment | rhyolite | weathered tan | |
| 18PR111 | 100 | STP | 7.12 | 500 | 500 | | Bw1 | II | 0.9-1.9 | 1 | 0.7 | 2-3 | lithic | debitage | tertiary | flake, fragment | rhyolite | weathered gray | |
| 18PR111 | 100 | STP | 7.12 | 500 | 500 | | Bw1 | II | 0.9-1.9 | 1 | 1.0 | 2-3 | lithic | debitage | tertiary | flake, fragment | rhyolite | weathered gray | |
| 18PR111 | 101 | STP | 7.12 | 500 | 500 | | Bw2 | III | 1.9-2.9 | 2 | 1.0 | 1-2 | lithic | debitage | tertiary | flake, fragment | rhyolite | weathered gray | |
| 18PR111 | 104 | STP | 7.14 | 500 | 600 | | Ap | I | 0-0.75 | 1 | 0.4 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR111 | 102 | STP | | 475 | 500 | | Ab2 | VI | 1.5-1.8 | 1 | 24.8 | >5 | lithic | debitage | secondary | flake, fragment | quartzite | gray | |
| 18PR111 | 103 | STP | | 525 | 525 | | Ap2 | Ib | 0.9-1.2 | 1 | 2.3 | 2-3 | lithic | tool | fragment | biface, unid. | quartz | white | biconvex x-section, symmetrical. 6.3mm thick, 14.7mm wide, missing distal |
| 18PR111 | 105 | surf | | 561 | 484 | | Ap | surf | 0-0 | 1 | 12.7 | 4-5 | lithic | debitage | primary | flake, complete | quartzite | tan | |
| 18PR111 | 106 | surf | | 529.5 | 500 | | Ap | surf | 0-0 | 1 | 5.6 | 3-4 | lithic | debitage | tertiary | flake, fragment | rhyolite | weathered gray | |
| 18PR113 | 57 | TU | 1 | 500 | 534 | 1 | Ap1 | Ia | 0-0.35 | 1 | 4.6 | 2-3 | lithic | debitage | primary | flake, fragment | quartzite | gray white | |
| 18PR113 | 57 | TU | 1 | 500 | 534 | 1 | Ap1 | Ia | 0-0.35 | 1 | 1.4 | 1-2 | lithic | debitage | primary | flake, fragment | quartzite | gray white | |
| 18PR113 | 58 | TU | 1 | 500 | 534 | 2 | Ap2 | Ib | 0.35-0.6 | 11 | 559.9 | | lithic | fcr | fragment | fire cracked rock | quartzite | | |
| 18PR113 | 58 | TU | 1 | 500 | 534 | 2 | Ap2 | Ib | 0.35-0.6 | 1 | 178.0 | >5 | lithic | debitage | fragment | core, fragment | quartzite | red white | |
| 18PR113 | 58 | TU | 1 | 500 | 534 | 2 | Ap2 | Ib | 0.35-0.6 | 1 | 31.7 | >5 | lithic | debitage | fragment | core, amorphous | quartz | gray | |
| 18PR113 | 58 | TU | 1 | 500 | 534 | 2 | Ap2 | Ib | 0.35-0.6 | 3 | 23.8 | 3-4 | lithic | debitage | secondary | shatter | quartzite | pink white | |
| 18PR113 | 58 | TU | 1 | 500 | 534 | 2 | Ap2 | Ib | 0.35-0.6 | 1 | 9.2 | 2-3 | lithic | debitage | tertiary | shatter | quartz | white | |
| 18PR113 | 58 | TU | 1 | 500 | 534 | 2 | Ap2 | Ib | 0.35-0.6 | 3 | 12.9 | 2-3 | lithic | debitage | tertiary | shatter | quartz | white | |
| 18PR113 | 58 | TU | 1 | 500 | 534 | 2 | Ap2 | Ib | 0.35-0.6 | 2 | 5.0 | 2-3 | lithic | debitage | secondary | shatter | quartz | white | |
| 18PR113 | 58 | TU | 1 | 500 | 534 | 2 | Ap2 | Ib | 0.35-0.6 | 2 | 3.8 | 2-3 | lithic | debitage | tertiary | flake, broken | quartzite | brown | |
| 18PR113 | 58 | TU | 1 | 500 | 534 | 2 | Ap2 | Ib | 0.35-0.6 | 1 | 24.2 | >5 | lithic | debitage | secondary | flake, broken | quartzite | red brown | |
| 18PR113 | 58 | TU | 1 | 500 | 534 | 2 | Ap2 | Ib | 0.35-0.6 | 1 | 6.3 | 4-5 | lithic | debitage | tertiary | flake, fragment | rhyolite | weathered gray | |
| 18PR113 | 58 | TU | 1 | 500 | 534 | 2 | Ap2 | Ib | 0.35-0.6 | 1 | 5.2 | 3-4 | lithic | debitage | primary | flake, broken | quartz | white | |
| 18PR113 | 58 | TU | 1 | 500 | 534 | 2 | Ap2 | Ib | 0.35-0.6 | 1 | 3.0 | 2-3 | lithic | debitage | secondary | flake, fragment | quartz | white | |
| 18PR113 | 58 | TU | 1 | 500 | 534 | 2 | Ap2 | Ib | 0.35-0.6 | 1 | 1.3 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR113 | 58 | TU | 1 | 500 | 534 | 2 | Ap2 | Ib | 0.35-0.6 | 1 | 1.8 | 2-3 | lithic | debitage | primary | flake, fragment | quartzite | tan | |
| 18PR113 | 58 | TU | 1 | 500 | 534 | 2 | Ap2 | Ib | 0.35-0.6 | 1 | 3.3 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR113 | 58 | TU | 1 | 500 | 534 | 2 | Ap2 | Ib | 0.35-0.6 | 6 | 2.7 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | gray brown | |
| 18PR113 | 58 | TU | 1 | 500 | 534 | 2 | Ap2 | Ib | 0.35-0.6 | 3 | 1.7 | 1-2 | lithic | debitage | secondary | flake, fragment | quartzite | red | |
| 18PR113 | 58 | TU | 1 | 500 | 534 | 2 | Ap2 | Ib | 0.35-0.6 | 2 | 1.6 | 1-2 | lithic | debitage | tertiary | flake, fragment | rhyolite | gray | |
| 18PR113 | 58 | TU | 1 | 500 | 534 | 2 | Ap2 | Ib | 0.35-0.6 | 4 | 2.2 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR113 | 58 | TU | 1 | 500 | 534 | 2 | Ap2 | Ib | 0.35-0.6 | 1 | 0.2 | <1 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR113 | 59 | TU | 1 | 500 | 534 | 3 | Ap2 | Ib | 0.6-0.9 | 6 | 227.8 | | lithic | fcr | fragment | fire cracked rock | quartzite | red | |
| 18PR113 | 59 | TU | 1 | 500 | 534 | 3 | Ap2 | Ib | 0.6-0.9 | 1 | 2.2 | 2-3 | lithic | tool | fragment | biface, late stage | quartzite | red | |
| 18PR113 | 59 | TU | 1 | 500 | 534 | 3 | Ap2 | Ib | 0.6-0.9 | 1 | 61.8 | >5 | lithic | debitage | primary | core, bipolar | quartz | white | |
| 18PR113 | 59 | TU | 1 | 500 | 534 | 3 | Ap2 | Ib | 0.6-0.9 | 1 | 84.4 | >5 | lithic | debitage | primary | core, fragment | quartz | white | |
| 18PR113 | 59 | TU | 1 | 500 | 534 | 3 | Ap2 | Ib | 0.6-0.9 | 1 | 22.4 | 4-5 | lithic | debitage | primary | shatter | quartz | white | |

00013771

| Site | Bag | STP/TR | Coord | North | East | Level | Horizon | Strat | Depth (ftbs) | Qty | Wt (g) | Size | Group | Class | Cortex/Portion | Artifact Type | Material/Ware | Color/Temper | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18PR113 | 59 | TU | 1 | 500 | 534 | 3 | Ap2 | Ib | 0.6-0.9 | 3 | 13.5 | 2-3 | lithic | debitage | secondary | shatter | quartz | white | |
| 18PR113 | 59 | TU | 1 | 500 | 534 | 3 | Ap2 | Ib | 0.6-0.9 | 1 | 2.0 | 1-2 | lithic | debitage | tertiary | shatter | quartz | white | |
| 18PR113 | 59 | TU | 1 | 500 | 534 | 3 | Ap2 | Ib | 0.6-0.9 | 1 | 0.2 | 1-2 | lithic | debitage | tertiary | flake, complete | quartz | white | |
| 18PR113 | 59 | TU | 1 | 500 | 534 | 3 | Ap2 | Ib | 0.6-0.9 | 1 | 8.1 | 4-5 | lithic | debitage | primary | flake, fragment | quartzite | tan | |
| 18PR113 | 59 | TU | 1 | 500 | 534 | 3 | Ap2 | Ib | 0.6-0.9 | 4 | 7.1 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | pink white | |
| 18PR113 | 59 | TU | 1 | 500 | 534 | 3 | Ap2 | Ib | 0.6-0.9 | 1 | 1.3 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR113 | 59 | TU | 1 | 500 | 534 | 3 | Ap2 | Ib | 0.6-0.9 | 2 | 4.5 | 2-3 | lithic | debitage | primary | flake, fragment | quartzite | red gray | |
| 18PR113 | 59 | TU | 1 | 500 | 534 | 3 | Ap2 | Ib | 0.6-0.9 | 7 | 4.6 | 1-2 | lithic | debitage | primary | flake, fragment | quartzite | red gray | |
| 18PR113 | 59 | TU | 1 | 500 | 534 | 3 | Ap2 | Ib | 0.6-0.9 | 2 | 0.9 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR113 | 59 | TU | 1 | 500 | 534 | 3 | Ap2 | Ib | 0.6-0.9 | 1 | 0.3 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR113 | 60 | TU | 1 | 500 | 534 | 4 | Ap2 | Ib | 0.9-1.15 | 18 | 531.8 | | lithic | fcr | fragment | fire cracked rock | quartzite | red gray | |
| 18PR113 | 60 | TU | 1 | 500 | 534 | 4 | Ap2 | Ib | 0.9-1.15 | 1 | 876.3 | | lithic | debitage | complete | cobble, tested | quartz | tan white | |
| 18PR113 | 60 | TU | 1 | 500 | 534 | 4 | Ap2 | Ib | 0.9-1.15 | 2 | 21.3 | 4-5 | lithic | debitage | secondary | shatter | quartzite | gray | |
| 18PR113 | 60 | TU | 1 | 500 | 534 | 4 | Ap2 | Ib | 0.9-1.15 | 2 | 12.5 | 3-4 | lithic | debitage | secondary | shatter | quartzite | gray pink | |
| 18PR113 | 60 | TU | 1 | 500 | 534 | 4 | Ap2 | Ib | 0.9-1.15 | 2 | 3.5 | 2-3 | lithic | debitage | tertiary | shatter | quartz | white | |
| 18PR113 | 60 | TU | 1 | 500 | 534 | 4 | Ap2 | Ib | 0.9-1.15 | 1 | 9.8 | 2-3 | lithic | debitage | secondary | shatter | quartzite | pink white | |
| 18PR113 | 60 | TU | 1 | 500 | 534 | 4 | Ap2 | Ib | 0.9-1.15 | 3 | 4.4 | 1-2 | lithic | debitage | secondary | shatter | quartzite | pink white | |
| 18PR113 | 60 | TU | 1 | 500 | 534 | 4 | Ap2 | Ib | 0.9-1.15 | 1 | 1.4 | 1-2 | lithic | tool | fragment | biface, unid. | quartzite | brown | biconvex x section, distal portion |
| 18PR113 | 60 | TU | 1 | 500 | 534 | 4 | Ap2 | Ib | 0.9-1.15 | 1 | 15.1 | >5 | lithic | tool | fragment | biface, mid stage | quartz | pink yellow | lateral margin |
| 18PR113 | 60 | TU | 1 | 500 | 534 | 4 | Ap2 | Ib | 0.9-1.15 | 1 | 4.8 | 3-4 | lithic | debitage | primary | flake, complete | quartzite | brown | |
| 18PR113 | 60 | TU | 1 | 500 | 534 | 4 | Ap2 | Ib | 0.9-1.15 | 1 | 6.5 | 3-4 | lithic | debitage | primary | bipolar flake, broken | quartz | pink white | |
| 18PR113 | 60 | TU | 1 | 500 | 534 | 4 | Ap2 | Ib | 0.9-1.15 | 1 | 3.0 | 2-3 | lithic | debitage | tertiary | flake, broken | quartzite | gray | |
| 18PR113 | 60 | TU | 1 | 500 | 534 | 4 | Ap2 | Ib | 0.9-1.15 | 1 | 1.7 | 2-3 | lithic | debitage | primary | flake, broken | quartzite | tan | |
| 18PR113 | 60 | TU | 1 | 500 | 534 | 4 | Ap2 | Ib | 0.9-1.15 | 1 | 0.6 | 1-2 | lithic | debitage | tertiary | flake, broken | quartzite | gray | |
| 18PR113 | 60 | TU | 1 | 500 | 534 | 4 | Ap2 | Ib | 0.9-1.15 | 1 | 9.7 | 4-5 | lithic | debitage | primary | flake, fragment | quartzite | brown | |
| 18PR113 | 60 | TU | 1 | 500 | 534 | 4 | Ap2 | Ib | 0.9-1.15 | 3 | 5.1 | 2-3 | lithic | debitage | secondary | flake, fragment | quartzite | red yellow | |
| 18PR113 | 60 | TU | 1 | 500 | 534 | 4 | Ap2 | Ib | 0.9-1.15 | 4 | 6.3 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | gray pink | |
| 18PR113 | 60 | TU | 1 | 500 | 534 | 4 | Ap2 | Ib | 0.9-1.15 | 3 | 2.1 | 1-2 | lithic | debitage | primary | flake, fragment | quartzite | gray brown | |
| 18PR113 | 60 | TU | 1 | 500 | 534 | 4 | Ap2 | Ib | 0.9-1.15 | 14 | 7.3 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | gray brown | |
| 18PR113 | 60 | TU | 1 | 500 | 534 | 4 | Ap2 | Ib | 0.9-1.15 | 1 | 0.1 | <1 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR113 | 60 | TU | 1 | 500 | 534 | 4 | Ap2 | Ib | 0.9-1.15 | 1 | 0.7 | 1-2 | lithic | debitage | tertiary | flake, complete | rhyolite | weathered gray | |
| 18PR113 | 60 | TU | 1 | 500 | 534 | 4 | Ap2 | Ib | 0.9-1.15 | 2 | 0.9 | 1-2 | lithic | debitage | tertiary | flake, broken | rhyolite | weathered gray | |
| 18PR113 | 60 | TU | 1 | 500 | 534 | 4 | Ap2 | Ib | 0.9-1.15 | 1 | 1.0 | 2-3 | lithic | debitage | tertiary | flake, broken | rhyolite | weathered gray | |
| 18PR113 | 60 | TU | 1 | 500 | 534 | 4 | Ap2 | Ib | 0.9-1.15 | 4 | 1.1 | 1-2 | lithic | debitage | tertiary | flake, fragment | rhyolite | weathered gray | |
| 18PR113 | 60 | TU | 1 | 500 | 534 | 4 | Ap2 | Ib | 0.9-1.15 | 1 | 19.3 | 4-5 | lithic | tool | tertiary | retouched flake | quartz | white | |
| 18PR113 | 60 | TU | 1 | 500 | 534 | 4 | Ap2 | Ib | 0.9-1.15 | 1 | 4.6 | 3-4 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR113 | 60 | TU | 1 | 500 | 534 | 4 | Ap2 | Ib | 0.9-1.15 | 1 | 11.3 | 3-4 | lithic | debitage | secondary | flake, broken | quartz | white | |
| 18PR113 | 60 | TU | 1 | 500 | 534 | 4 | Ap2 | Ib | 0.9-1.15 | 1 | 2.7 | 2-3 | lithic | debitage | primary | flake, fragment | quartz | white | |
| 18PR113 | 60 | TU | 1 | 500 | 534 | 4 | Ap2 | Ib | 0.9-1.15 | 4 | 4.6 | 2-3 | lithic | debitage | tertiary | flake, broken | quartz | white | |
| 18PR113 | 60 | TU | 1 | 500 | 534 | 4 | Ap2 | Ib | 0.9-1.15 | 1 | 0.5 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR113 | 60 | TU | 1 | 500 | 534 | 4 | Ap2 | Ib | 0.9-1.15 | 7 | 2.8 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR113 | 60 | TU | 1 | 500 | 534 | 4 | Ap2 | Ib | 0.9-1.15 | 1 | 0.1 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR113 | 61 | TU | 1 | 500 | 534 | 5 | Ap2 | Ib | 1.15-1.4 | 2 | 13.7 | | lithic | fcr | fragment | fire cracked rock | quartzite | red | |
| 18PR113 | 61 | TU | 1 | 500 | 534 | 5 | Ap2 | Ib | 1.15-1.4 | 1 | 60.3 | >5 | lithic | debitage | fragment | core, fragment | quartzite | yellow white | |
| 18PR113 | 61 | TU | 1 | 500 | 534 | 5 | Ap2 | Ib | 1.15-1.4 | 1 | 4.9 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | yellow white | |
| 18PR113 | 62 | TU | 1 | 500 | 534 | 5 | Ap2 | Ib | 1.15-1.4 | 1 | 1.8 | 2-3 | lithic | debitage | primary | flake, fragment | quartz | white | |
| 18PR113 | 63 | TU | 1 | 500 | 534 | 6 | Bt1 | II | 1.4-1.7 | 1 | 5.5 | 3-4 | lithic | debitage | primary | flake, broken | quartzite | red | |
| 18PR113 | 63 | TU | 1 | 500 | 534 | 6 | Bt1 | II | 1.4-1.7 | 1 | 2.2 | 2-3 | lithic | debitage | tertiary | flake, broken | quartzite | red | |
| 18PR113 | 63 | TU | 1 | 500 | 534 | 6 | Bt1 | II | 1.4-1.7 | 1 | 0.5 | 1-2 | lithic | debitage | tertiary | flake, broken | quartz | white | |

00013772

| Site | Bag | STP/TR | Coord | North | East | Level | Horizon | Strat | Depth (ftbs) | Qty | Wt (g) | Size | Group | Class | Cortex/Portion | Artifact Type | Material/Ware | Color/Temper | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18PR113 | 63 | TU | 1 | 500 | 534 | 6 | Bt1 | II | 1.4-1.7 | 2 | 7.6 | 2-3 | lithic | debitage | primary | flake, fragment | quartzite | yellow white | |
| 18PR113 | 63 | TU | 1 | 500 | 534 | 6 | Bt1 | II | 1.4-1.7 | 1 | 0.4 | 1-2 | lithic | debitage | tertiary | flake, fragment | rhyolite | gray | |
| 18PR113 | 63 | TU | 1 | 500 | 534 | 6 | Bt1 | II | 1.4-1.7 | 1 | 0.2 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR113 | 10 | STP | 1.01 | 500 | 500 | | Bt2 | III | 2.17-2.5 | 1 | 1.6 | 2-3 | lithic | debitage | tertiary | flake, complete | quartzite | gray | |
| 18PR113 | 73 | TU | 2 | 504 | 494 | 3 | Ap2 | Ib | 0.5-0.8 | 4 | 73.5 | | lithic | fcr | fragment | fire cracked rock | quartzite | red | |
| 18PR113 | 73 | TU | 2 | 504 | 494 | 3 | Ap2 | Ib | 0.5-0.8 | 1 | 1.4 | 1-2 | lithic | debitage | tertiary | flake, broken | quartz | white | |
| 18PR113 | 73 | TU | 2 | 504 | 494 | 3 | Ap2 | Ib | 0.5-0.8 | 1 | 2.1 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | red | |
| 18PR113 | 73 | TU | 2 | 504 | 494 | 3 | Ap2 | Ib | 0.5-0.8 | 1 | 3.3 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR113 | 73 | TU | 2 | 504 | 494 | 3 | Ap2 | Ib | 0.5-0.8 | 1 | 1.0 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | red | |
| 18PR113 | 73 | TU | 2 | 504 | 494 | 3 | Ap2 | Ib | 0.5-0.8 | 1 | 0.6 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR113 | 73 | TU | 2 | 504 | 494 | 3 | Ap2 | Ib | 0.5-0.8 | 1 | 5.1 | 2-3 | lithic | debitage | secondary | shatter | quartz | white | |
| 18PR113 | 74 | TU | 2 | 504 | 494 | 4 | Bt1 | II | 0.8-1.0 | 2 | 205.5 | | lithic | fcr | fragment | fire cracked rock | quartzite | red white | |
| 18PR113 | 74 | TU | 2 | 504 | 494 | 4 | Bt1 | II | 0.8-1.0 | 1 | 0.1 | 1-2 | lithic | debitage | tertiary | flake, fragment | rhyolite | weathered gray | |
| 18PR113 | 74 | TU | 2 | 504 | 494 | 4 | Bt1 | II | 0.8-1.0 | 1 | 0.6 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR113 | 74 | TU | 2 | 504 | 494 | 4 | Bt1 | II | 0.8-1.0 | 1 | 3.5 | 2-3 | lithic | debitage | primary | shatter | quartz | white | |
| 18PR113 | 75 | TU | 2 | 504 | 494 | 5 | Bt1 | II | 1.0-1.25 | 2 | 18.7 | | lithic | fcr | fragment | fire cracked rock | quartzite | red | |
| 18PR113 | 75 | TU | 2 | 504 | 494 | 5 | Bt1 | II | 1.0-1.25 | 1 | 3.7 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR113 | 75 | TU | 2 | 504 | 494 | 5 | Bt1 | II | 1.0-1.25 | 1 | 3.4 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | brown | |
| 18PR113 | 75 | TU | 2 | 504 | 494 | 5 | Bt1 | II | 1.0-1.25 | 1 | 0.6 | 1-2 | lithic | debitage | secondary | flake, fragment | quartzite | yellow white | |
| 18PR113 | 75 | TU | 2 | 504 | 494 | 5 | Bt1 | II | 1.0-1.25 | 2 | 1.0 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | gray | |
| 18PR113 | 75 | TU | 2 | 504 | 494 | 5 | Bt1 | II | 1.0-1.25 | 1 | 0.2 | 1-2 | lithic | debitage | tertiary | flake, fragment | rhyolite | weathered gray | |
| 18PR113 | 76 | TU | 2 | 504 | 494 | 6 | Bt1 | II | 1.25-1.50 | 1 | 1.4 | 1-2 | lithic | debitage | secondary | shatter | quartzite | red, brown | |
| 18PR113 | 76 | TU | 2 | 504 | 494 | 6 | Bt1 | II | 1.25-1.50 | 1 | 33.3 | 4-5 | lithic | tool | secondary | retouched flake | quartzite | gray, brown | |
| 18PR113 | 76 | TU | 2 | 504 | 494 | 6 | Bt1 | II | 1.25-1.50 | 1 | 11.2 | 3-4 | lithic | tool | fragment | shatter | quartzite | brown | |
| 18PR113 | 76 | TU | 2 | 504 | 494 | 6 | Bt1 | II | 1.25-1.50 | 1 | 1307.1 | | lithic | tool | fragment | hammerstone/anvil | sandstone | brown | |
| 18PR113 | 76 | TU | 2 | 504 | 494 | 6 | Bt1 | II | 1.25-1.50 | 1 | 1.1 | 2-3 | lithic | debitage | tertiary | flake, fragment | rhyolite | weathered gray | |
| 18PR113 | 76 | TU | 2 | 504 | 494 | 6 | Bt1 | II | 1.25-1.50 | 1 | 38.9 | >5 | lithic | debitage | tertiary | flake, broken | quartz | white | |
| 18PR113 | 76 | TU | 2 | 504 | 494 | 6 | Bt1 | II | 1.25-1.50 | 1 | 20.8 | 4-5 | lithic | debitage | tertiary | core, fragment | quartz | white | |
| 18PR113 | 77 | TU | 2 | 504 | 494 | 7 | Bt1 | II | 1.5-1.75 | 2 | 92.4 | | lithic | fcr | fragment | fire cracked rock | quartzite | red gray | |
| 18PR113 | 77 | TU | 2 | 504 | 494 | 7 | Bt1 | II | 1.5-1.75 | 1 | 201.9 | >5 | lithic | debitage | secondary | core, amorphous | quartz | white | amorphous |
| 18PR113 | 77 | TU | 2 | 504 | 494 | 7 | Bt1 | II | 1.5-1.75 | 1 | 7.1 | 4-5 | lithic | debitage | tertiary | bipolar flake, broken | quartz | gray | |
| 18PR113 | 77 | TU | 2 | 504 | 494 | 7 | Bt1 | II | 1.5-1.75 | 1 | 1.2 | 2-3 | lithic | debitage | tertiary | flake, broken | quartzite | brown | |
| 18PR113 | 77 | TU | 2 | 504 | 494 | 7 | Bt1 | II | 1.5-1.75 | 1 | 0.6 | 2-3 | lithic | debitage | tertiary | flake, broken | rhyolite | weathered gray | |
| 18PR113 | 77 | TU | 2 | 504 | 494 | 7 | Bt1 | II | 1.5-1.75 | 1 | 4.1 | 3-4 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR113 | 77 | TU | 2 | 504 | 494 | 7 | Bt1 | II | 1.5-1.75 | 1 | 0.8 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | red | |
| 18PR113 | 77 | TU | 2 | 504 | 494 | 7 | Bt1 | II | 1.5-1.75 | 1 | 9.9 | 4-5 | lithic | debitage | secondary | shatter | quartz | white | |
| 18PR113 | 77 | TU | 2 | 504 | 494 | 7 | Bt1 | II | 1.5-1.75 | 1 | 6.2 | 3-4 | lithic | debitage | secondary | shatter | quartz | white | |
| 18PR113 | 78 | TU | 2 | 504 | 494 | 8 | Bt2 | III | 1.75-2.0 | 1 | 60.0 | | lithic | fcr | fragment | fire cracked rock | quartzite | red brown | |
| 18PR113 | 78 | TU | 2 | 504 | 494 | 8 | Bt2 | III | 1.75-2.0 | 1 | 398.4 | >5 | lithic | tool | complete | hammerstone | quartzite | redrum | heavily pecked |
| 18PR113 | 78 | TU | 2 | 504 | 494 | 8 | Bt2 | III | 1.75-2.0 | 1 | 5.8 | 3-4 | lithic | debitage | tertiary | flake, broken | rhyolite | weathered gray | |
| 18PR113 | 78 | TU | 2 | 504 | 494 | 8 | Bt2 | III | 1.75-2.0 | 1 | 5.8 | 3-4 | lithic | debitage | primary | flake, retouched | quartz | red white | |
| 18PR113 | 78 | TU | 2 | 504 | 494 | 8 | Bt2 | III | 1.75-2.0 | 1 | 0.1 | <1 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR113 | 79 | TU | 2 | 504 | 494 | 9 | Bt2 | III | 2.0-2.3 | 1 | 7.3 | | lithic | fcr | fragment | fire cracked rock | quartzite | red | |
| 18PR113 | 79 | TU | 2 | 504 | 494 | 9 | Bt2 | III | 2.0-2.3 | 1 | 30.1 | 4-5 | lithic | debitage | tertiary | shatter | quartz | yellow white | |
| 18PR113 | 79 | TU | 2 | 504 | 494 | 9 | Bt2 | III | 2.0-2.3 | 1 | 6.9 | 3-4 | lithic | debitage | tertiary | flake, fragment | quartz | yellow white | |
| 18PR113 | 79 | TU | 2 | 504 | 494 | 9 | Bt2 | III | 2.0-2.3 | 1 | 1.6 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR113 | 79 | TU | 2 | 504 | 494 | 9 | Bt2 | III | 2.0-2.3 | 1 | 4.0 | 2-3 | lithic | debitage | secondary | flake, fragment | quartzite | brown | |
| 18PR113 | 79 | TU | 2 | 504 | 494 | 9 | Bt2 | III | 2.0-2.3 | 1 | 0.7 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | red | |
| 18PR113 | 79 | TU | 2 | 504 | 494 | 9 | Bt2 | III | 2.0-2.3 | 3 | 1.4 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |

00013773

| Site | Bag | STP/ TR | Coord | North | East | Level | Horizon | Strat | Depth (ftbs) | Qty | Wt (g) | Size | Group | Class | Cortex/ Portion | Artifact Type | Material/Ware | Color/Temper | Comments |
|------|-----|---------|-------|-------|------|-------|---------|-------|--------------|-----|--------|------|-------|-------|-----------------|---------------|---------------|--------------|----------|
| 18PR113 | 80 | TU | 2 | 504 | 494 | 10 | Bt2 | III | 2.25-2.50 | 1 | 4.6 | | lithic | fcr | fragment | fire cracked rock | quartzite | | |
| 18PR113 | 80 | TU | 2 | 504 | 494 | 10 | Bt2 | III | 2.25-2.50 | 1 | 4.9 | 3-4 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR113 | 80 | TU | 2 | 504 | 494 | 10 | Bt2 | III | 2.25-2.50 | 1 | 1.3 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR113 | 80 | TU | 2 | 504 | 494 | 10 | Bt2 | III | 2.25-2.50 | 1 | 0.1 | <1 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR113 | 80 | TU | 2 | 504 | 494 | 10 | Bt2 | III | 2.25-2.50 | 2 | 5.5 | 2-3 | lithic | debitage | primary | shatter | quartz | white | |
| 18PR113 | 81 | TU | 2 | 504 | 494 | 11 | Bt2 | III | 2.5-2.75 | 1 | 36.8 | | lithic | fcr | fragment | fire cracked rock | quartzite | gray | |
| 18PR113 | 81 | TU | 2 | 504 | 494 | 11 | Bt2 | III | 2.5-2.75 | 1 | 4.8 | 3-4 | lithic | tool | partial | ppk, small triangular | quartzite | gray | biconvex x-section, asymmetrical. 6.3mm thick, 26.9mm wide, missing distal |
| 18PR113 | 81 | TU | 2 | 504 | 494 | 11 | Bt2 | III | 2.5-2.75 | 1 | 1.2 | 2-3 | lithic | debitage | secondary | flake, complete | quartz | white | |
| 18PR113 | 81 | TU | 2 | 504 | 494 | 11 | Bt2 | III | 2.5-2.75 | 3 | 1.5 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR113 | 81 | TU | 2 | 504 | 494 | 11 | Bt2 | III | 2.5-2.75 | 1 | 0.3 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | yellow white | |
| 18PR113 | 81 | TU | 2 | 504 | 494 | 11 | Bt2 | III | 2.5-2.75 | 1 | 14.3 | 3-4 | lithic | debitage | tertiary | core, fragment | quartz | white | |
| 18PR113 | 81 | TU | 2 | 504 | 494 | 11 | Bt2 | III | 2.5-2.75 | 1 | 1.5 | 1-2 | lithic | debitage | secondary | shatter | quartz | yellow white | |
| 18PR113 | 82 | TU | 2 | 504 | 494 | 12 | Bt2 | III | 2.80-3.0 | 1 | 1.7 | | lithic | fcr | fragment | fire cracked rock | quartzite | red | |
| 18PR113 | 82 | TU | 2 | 504 | 494 | 12 | Bt2 | III | 2.80-3.0 | 1 | 1.5 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR113 | 82 | TU | 2 | 504 | 494 | 12 | Bt2 | III | 2.80-3.0 | 1 | 0.5 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR113 | 82 | TU | 2 | 504 | 494 | 12 | Bt2 | III | 2.80-3.0 | 1 | 3.2 | 2-3 | lithic | debitage | tertiary | shatter | quartzite | gray | |
| 18PR113 | 83 | TU | 2 | 504 | 494 | 13 | Bt3 | IV | 3.0-3.25 | 2 | 0.3 | 1-2 | lithic | debitage | tertiary | flake, fragment | rhyolite | weathered gray | |
| 18PR113 | 83 | TU | 2 | 504 | 494 | 13 | Bt3 | IV | 3.0-3.25 | 2 | 0.9 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | gray | |
| 18PR113 | 83 | TU | 2 | 504 | 494 | 13 | Bt3 | IV | 3.0-3.25 | 1 | 1.2 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | yellow white | |
| 18PR113 | 84 | TU | 2 | 504 | 494 | 15 | Bt3 | IV | 3.5-3.75 | 1 | 1.2 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartz | gray | |
| 18PR113 | 84 | TU | 2 | 504 | 494 | 15 | Bt3 | IV | 3.5-3.75 | 1 | 0.1 | <1 | lithic | debitage | tertiary | flake, fragment | quartz | yellow white | |
| 18PR113 | 7 | STP | | 500 | 455 | | Ap | I | 0-0.5 | 1 | 9.4 | 3-4 | lithic | debitage | secondary | core, exhausted | quartzite | gray | amorphous |
| 18PR113 | 8 | STP | | 500 | 470 | | Ap | I | 0-0.7 | 1 | 2.7 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR113 | 9 | STP | | 500 | 485 | | Bt2 | III | 2.8 | 1 | 2.7 | 2-3 | lithic | debitage | tertiary | flake, broken | quartzite | tan | |
| 18PR113 | 9 | STP | | 500 | 485 | | Bt2 | III | 2.8 | 1 | 1.0 | 1-2 | lithic | debitage | tertiary | shatter | quartzite | tan | |
| 18PR113 | 11 | STP | | 515 | 500 | | Bt1 | II | 2.6-2.92 | 1 | 60.2 | >5 | lithic | debitage | fragment | core, amorphous | quartz | white | unifacial, from a large block |
| 18PR113 | 11 | STP | | 515 | 500 | | Bt1 | II | 2.6-2.92 | 1 | 1.4 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | tan | |
| 18PR113 | 12 | STP | | 500 | 515 | | Bt1 | II | 0.6-1.8 | 1 | 7.6 | 3-4 | lithic | tool | secondary | graver | quartz | white | unifacial retouch along distal margins |
| 18PR113 | 13 | STP | | 500 | 530 | | Bt1 | II | 0.8-1.7 | 1 | 3.2 | 3-4 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR113 | 13 | STP | | 500 | 530 | | Bt1 | II | 0.8-1.7 | 1 | 0.6 | 1-2 | lithic | debitage | tertiary | flake, complete | quartz | white | |
| 18PR113 | 14 | STP | | 500 | 545 | | Bt1 | II | 1-1.6 | 1 | 7.7 | 3-4 | lithic | debitage | secondary | flake, complete | quartzite | tan | |
| 18PR113 | 14 | STP | | 500 | 545 | | Bt1 | II | 1-1.6 | 1 | 0.4 | 1-2 | lithic | debitage | secondary | flake, fragment | quartzite | tan | |
| 18PR113 | 14 | STP | | 500 | 545 | | Bt1 | II | 1-1.6 | 1 | 0.3 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | tan | |
| 18PR113 | 15 | STP | | 500 | 560 | | Ap | I | 0-0.67 | 1 | 6.6 | 3-4 | lithic | tool | fragment | biface, late stage | quartzite | gray | distal portion, biconvex x-section |
| 18PR113 | 15 | STP | | 500 | 560 | | Ap | I | 0-0.67 | 1 | 3.5 | | lithic | fcr | fragment | fire cracked rock | quartzite | red | |
| 18PR113 | 16 | STP | | 500 | 560 | | Bt1 | II | 0.83-1.25 | 1 | 7.3 | 3-4 | lithic | debitage | primary | shatter | quartz | white | |
| 18PR113 | 17 | STP | | 500 | 575 | | Ap | I | 0-0.5 | 1 | 50.3 | >5 | lithic | debitage | secondary | flake, broken | quartzite | gray | |
| 18PR113 | 17 | STP | | 500 | 575 | | Ap | I | 0-0.5 | 1 | 5.1 | 3-4 | lithic | debitage | secondary | flake, broken | quartzite | gray | |
| 18PR113 | 17 | STP | | 500 | 575 | | Ap | I | 0-0.5 | 1 | 1.1 | 1-2 | lithic | debitage | tertiary | flake, broken | quartz | white | |
| 18PR113 | 17 | STP | | 500 | 575 | | Ap | I | 0-0.5 | 1 | 0.5 | 1-2 | lithic | debitage | tertiary | shatter | quartz | white | |
| 18PR113 | 17 | STP | | 500 | 575 | | Ap | I | 0-0.5 | 1 | 0.4 | 1-2 | lithic | debitage | primary | flake, fragment | quartz | white | |
| 18PR113 | 17 | STP | | 500 | 575 | | Ap | I | 0-0.5 | 3 | 1.4 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | tan | |
| 18PR113 | 18 | STP | | 500 | 575 | | Bt1 | II | 0.5-1.08 | 1 | 0.3 | 1-2 | lithic | debitage | tertiary | flake, broken | rhyolite | gray | |
| 18PR113 | 18 | STP | | 500 | 575 | | Bt1 | II | 0.5-1.08 | 2 | 0.8 | 1-2 | lithic | debitage | tertiary | flake, broken | quartz | white | |
| 18PR113 | 18 | STP | | 500 | 575 | | Bt1 | II | 0.5-1.08 | 1 | 0.5 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | white | |
| 18PR113 | 18 | STP | | 500 | 575 | | Bt1 | II | 0.5-1.08 | 1 | 1.5 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR113 | 18 | STP | | 500 | 575 | | Bt1 | II | 0.5-1.08 | 1 | 1.0 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR113 | 18 | STP | | 500 | 575 | | Bt1 | II | 0.5-1.08 | 1 | 28.3 | >5 | lithic | debitage | secondary | flake, broken | quartzite | gray | |

00013774

| Site | Bag | STP/TR | Coord | North | East | Level | Horizon | Strat | Depth (ftbs) | Qty | Wt (g) | Size | Group | Class | Cortex/Portion | Artifact Type | Material/Ware | Color/Temper | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18PR113 | 18 | STP | | 500 | 575 | Bt1 | II | | 0.5-1.08 | 1 | 29.8 | >5 | lithic | debitage | tertiary | shatter | quartzite | pink white | |
| 18PR113 | 19 | STP | | 500 | 575 | Bt2 | III | | 1.08-1.67 | 4 | 593.5 | | lithic | fcr | fragment | fire cracked rock | quartzite | red gray | |
| 18PR113 | 19 | STP | | 500 | 575 | Bt2 | III | | 1.08-1.67 | 1 | 5.3 | 3-4 | lithic | debitage | secondary | flake, broken | quartz | white | |
| 18PR113 | 20 | STP | | 500 | 575 | Bt3 | IV | | 1.67-3.0 | 1 | 0.3 | 1-2 | lithic | debitage | tertiary | flake, broken | rhyolite | gray | |
| 18PR113 | 20 | STP | | 500 | 575 | Bt3 | IV | | 1.67-3.0 | 1 | 2.8 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR113 | 20 | STP | | 500 | 575 | Bt3 | IV | | 1.67-3.0 | 1 | 2.5 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR113 | 20 | STP | | 500 | 575 | Bt3 | IV | | 1.67-3.0 | 2 | 0.6 | 1-2 | lithic | debitage | secondary | flake, fragment | quartzite | gray tan | |
| 18PR113 | 20 | STP | | 500 | 575 | Bt3 | IV | | 1.67-3.0 | 1 | 0.2 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | brown | |
| 18PR113 | 20 | STP | | 500 | 575 | Bt3 | IV | | 1.67-3.0 | 1 | 0.2 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR113 | 20 | STP | | 500 | 575 | Bt3 | IV | | 1.67-3.0 | 1 | 0.1 | <1 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR113 | 21 | STP | | 500 | 590 | Bt1 | I | | ~1.5-2.0 | 1 | 2.3 | 2-4 | ceramic | sherd | body | unclassified sherd | n/a | sand | |
| 18PR113 | 22 | STP | | 500 | 590 | Bt1 | I | | 0-3.0 | 2 | 0.9 | 1-2 | lithic | debitage | tertiary | flake, complete | quartz | white | |
| 18PR113 | 22 | STP | | 500 | 590 | Bt1 | I | | 0-3.0 | 1 | 5.4 | 3-4 | lithic | debitage | tertiary | flake, broken | quartzite | gray | |
| 18PR113 | 22 | STP | | 500 | 590 | Bt1 | I | | 0-3.0 | 1 | 1.1 | 2-3 | lithic | debitage | tertiary | flake, broken | quartz | white | |
| 18PR113 | 22 | STP | | 500 | 590 | Bt1 | I | | 0-3.0 | 2 | 0.6 | 1-2 | lithic | debitage | tertiary | flake, broken | quartzite | gray | |
| 18PR113 | 22 | STP | | 500 | 590 | Bt1 | I | | 0-3.0 | 1 | 16.0 | 4-5 | lithic | debitage | secondary | flake, fragment | quartz | white | |
| 18PR113 | 22 | STP | | 500 | 590 | Bt1 | I | | 0-3.0 | 1 | 5.7 | 3-4 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR113 | 22 | STP | | 500 | 590 | Bt1 | I | | 0-3.0 | 1 | 3.9 | 3-4 | lithic | debitage | tertiary | flake, fragment | rhyolite | gray | |
| 18PR113 | 22 | STP | | 500 | 590 | Bt1 | I | | 0-3.0 | 1 | 0.2 | 1-2 | lithic | debitage | tertiary | flake, broken | rhyolite | gray | |
| 18PR113 | 22 | STP | | 500 | 590 | Bt1 | I | | 0-3.0 | 1 | 2.1 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR113 | 22 | STP | | 500 | 590 | Bt1 | I | | 0-3.0 | 7 | 6.9 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | red gray | |
| 18PR113 | 22 | STP | | 500 | 590 | Bt1 | I | | 0-3.0 | 1 | 1.1 | 1-2 | lithic | debitage | primary | flake, fragment | quartz | white | |
| 18PR113 | 22 | STP | | 500 | 590 | Bt1 | I | | 0-3.0 | 2 | 0.8 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR113 | 22 | STP | | 500 | 590 | Bt1 | I | | 0-3.0 | 1 | 0.7 | 1-2 | lithic | debitage | secondary | flake, fragment | quartz | white | |
| 18PR113 | 22 | STP | | 500 | 590 | Bt1 | I | | 0-3.0 | 2 | 6.0 | 2-3 | lithic | debitage | primary | shatter | quartz | white | |
| 18PR113 | 23 | STP | | 500 | 605 | Ap | I | | 0-0.33 | 1 | 0.4 | 1-2 | lithic | debitage | tertiary | flake, complete | quartzite | gray | |
| 18PR113 | 23 | STP | | 500 | 605 | Ap | I | | 0-0.33 | 1 | 0.1 | 1-2 | lithic | debitage | tertiary | flake, broken | rhyolite | gray | |
| 18PR113 | 23 | STP | | 500 | 605 | Ap | I | | 0-0.33 | 1 | 0.1 | <1 | lithic | debitage | tertiary | flake, broken | quartzite | gray | |
| 18PR113 | 24 | STP | | 500 | 605 | Bt1 | II | | 0.33-1.33 | 1 | 6.7 | 4-5 | lithic | debitage | secondary | flake, fragment | quartzite | gray | |
| 18PR113 | 24 | STP | | 500 | 605 | Bt1 | II | | 0.33-1.33 | 1 | 10.8 | 4-5 | lithic | debitage | tertiary | flake, complete | quartzite | gray | |
| 18PR113 | 24 | STP | | 500 | 605 | Bt1 | II | | 0.33-1.33 | 1 | 3.9 | 3-4 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR113 | 24 | STP | | 500 | 605 | Bt1 | II | | 0.33-1.33 | 1 | 1.8 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR113 | 24 | STP | | 500 | 605 | Bt1 | II | | 0.33-1.33 | 1 | 4.0 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR113 | 24 | STP | | 500 | 605 | Bt1 | II | | 0.33-1.33 | 4 | 3.8 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR113 | 24 | STP | | 500 | 605 | Bt1 | II | | 0.33-1.33 | 2 | 1.0 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | red gray | |
| 18PR113 | 24 | STP | | 500 | 605 | Bt1 | II | | 0.33-1.33 | 1 | 0.1 | <1 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR113 | 25 | STP | | 500 | 605 | Bt1 | II | | 1.33-2.33 | 1 | 2.7 | 2-3 | lithic | debitage | tertiary | flake, broken | quartz | white | |
| 18PR113 | 25 | STP | | 500 | 605 | Bt1 | II | | 1.33-2.33 | 1 | 20.3 | 3-4 | lithic | debitage | tertiary | core, exhausted | quartzite | gray | |
| 18PR113 | 25 | STP | | 500 | 605 | Bt1 | II | | 1.33-2.33 | 1 | 3.6 | 3-4 | lithic | debitage | tertiary | flake, fragment | quartzite | red | |
| 18PR113 | 25 | STP | | 500 | 605 | Bt1 | II | | 1.33-2.33 | 1 | 2.6 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | brown | |
| 18PR113 | 25 | STP | | 500 | 605 | Bt1 | II | | 1.33-2.33 | 2 | 2.1 | 2-3 | lithic | debitage | primary | flake, fragment | quartzite | red | |
| 18PR113 | 25 | STP | | 500 | 605 | Bt1 | II | | 1.33-2.33 | 1 | 2.2 | 2-3 | lithic | debitage | secondary | flake, fragment | quartzite | white | |
| 18PR113 | 25 | STP | | 500 | 605 | Bt1 | II | | 1.33-2.33 | 1 | 0.5 | 1-2 | lithic | debitage | secondary | flake, fragment | quartzite | red | |
| 18PR113 | 25 | STP | | 500 | 605 | Bt1 | II | | 1.33-2.33 | 1 | 0.9 | 1-2 | lithic | debitage | tertiary | shatter | quartz | white | |
| 18PR113 | 85 | STP | | 515 | 485 | Bt1 | II | | 0.4-2.75 | 1 | 0.8 | 1-2 | lithic | debitage | tertiary | flake, broken | quartz | white | |
| 18PR113 | 85 | STP | | 515 | 485 | Bt1 | II | | 0.4-2.75 | 2 | 0.4 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR113 | 85 | STP | | 515 | 485 | Bt1 | II | | 0.4-2.75 | 2 | 0.2 | <1 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR113 | 86 | STP | | 515 | 470 | Bt2 | III | | 2.5-3.6 | 1 | 0.2 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | yellow | |
| 18PR113 | 87 | STP | | 530 | 485 | Bt1 | II | | 0.5-1.55 | 2 | 127.4 | | lithic | fcr | fragment | fire cracked rock | quartzite | red white | |

00013775

| Site | Bag | STP/TR | Coord | North | East | Level | Horizon | Strat | Depth (ftbs) | Qty | Wt (g) | Size | Group | Class | Cortex/Portion | Artifact Type | Material/Ware | Color/Temper | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18PR113 | 87 | STP | | 530 | 485 | | Bt1 | II | 0.5-1.55 | 1 | 0.4 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | red brown | |
| 18PR113 | 87 | STP | | 530 | 485 | | Bt1 | II | 0.5-1.55 | 1 | 0.4 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | white | |
| 18PR113 | 88 | STP | | 530 | 485 | | Bt2 | III | 1.55-3.4 | 1 | 1.0 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | white | |
| 18PR113 | 88 | STP | | 530 | 485 | | Bt2 | III | 1.55-3.4 | 2 | 0.1 | <1 | lithic | debitage | tertiary | flake, fragment | quartzite | red white | |
| 18PR113 | 89 | STP | | 530 | 470 | | Bt2 | III | 0.6-2 | 1 | 43.4 | >5 | lithic | debitage | primary | shatter | quartz | white | |
| 18PR113 | 89 | STP | | 530 | 470 | | Bt2 | III | 0.6-2 | 1 | 0.1 | <1 | lithic | debitage | tertiary | flake, broken | quartzite | red | |
| 18PR113 | 89 | STP | | 530 | 470 | | Bt2 | III | 0.6-2 | 1 | 2.2 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | brown | |
| 18PR113 | 89 | STP | | 530 | 470 | | Bt2 | III | 0.6-2 | 1 | 1.2 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR113 | 89 | STP | | 530 | 470 | | Bt2 | III | 0.6-2 | 1 | 0.3 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | white | |
| 18PR113 | 90 | STP | | 530 | 470 | | Bt3 | IV | 2-2.8 | 1 | 281.1 | >5 | lithic | debitage | secondary | core, amorphous | quartzite | brown | |
| 18PR113 | 90 | STP | | 530 | 470 | | Bt3 | IV | 2-2.8 | 1 | 86.3 | >5 | lithic | debitage | secondary | flake, broken | quartzite | brown | |
| 18PR113 | 90 | STP | | 530 | 470 | | Bt3 | IV | 2-2.8 | 1 | 76.6 | >5 | lithic | debitage | tertiary | core, fragment | quartzite | brown | |
| 18PR113 | 90 | STP | | 530 | 470 | | Bt3 | IV | 2-2.8 | 1 | 19.7 | >5 | lithic | debitage | secondary | flake, complete | quartzite | gray | |
| 18PR113 | 90 | STP | | 530 | 470 | | Bt3 | IV | 2-2.8 | 1 | 9.3 | 4-5 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR113 | 90 | STP | | 530 | 470 | | Bt3 | IV | 2-2.8 | 1 | 1.0 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | white | |
| 18PR113 | 90 | STP | | 530 | 470 | | Bt3 | IV | 2-2.8 | 1 | 0.5 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | white | |
| 18PR113 | 90 | STP | | 530 | 470 | | Bt3 | IV | 2-2.8 | 1 | 0.1 | 1-2 | lithic | debitage | primary | flake, fragment | quartzite | yellow | |
| 18PR1190 | 65 | TU | 1 | 502 | 506 | 1 | Ap | I | 0-0.25 | 5 | 91.3 | | lithic | fcr | fragment | fire cracked rock | quartzite | gray white | |
| 18PR1190 | 65 | TU | 1 | 502 | 506 | 1 | Ap | I | 0-0.25 | 1 | 3.7 | 3-4 | lithic | debitage | tertiary | flake, broken | quartzite | gray | |
| 18PR1190 | 65 | TU | 1 | 502 | 506 | 1 | Ap | I | 0-0.25 | 1 | 11.5 | 4-5 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR1190 | 65 | TU | 1 | 502 | 506 | 1 | Ap | I | 0-0.25 | 1 | 14.2 | 4-5 | lithic | debitage | secondary | flake, fragment | quartzite | red gray | |
| 18PR1190 | 65 | TU | 1 | 502 | 506 | 1 | Ap | I | 0-0.25 | 2 | 13.1 | 3-4 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 65 | TU | 1 | 502 | 506 | 1 | Ap | I | 0-0.25 | 2 | 10.5 | 3-4 | lithic | debitage | secondary | flake, fragment | quartzite | red brown | |
| 18PR1190 | 65 | TU | 1 | 502 | 506 | 1 | Ap | I | 0-0.25 | 3 | 4.5 | 2-3 | lithic | debitage | secondary | flake, fragment | quartzite | red brown | |
| 18PR1190 | 65 | TU | 1 | 502 | 506 | 1 | Ap | I | 0-0.25 | 3 | 13.0 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | red gray | |
| 18PR1190 | 65 | TU | 1 | 502 | 506 | 1 | Ap | I | 0-0.25 | 4 | 11.5 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 65 | TU | 1 | 502 | 506 | 1 | Ap | I | 0-0.25 | 1 | 17.1 | 4-5 | lithic | debitage | primary | shatter | quartz | white | |
| 18PR1190 | 65 | TU | 1 | 502 | 506 | 1 | Ap | I | 0-0.25 | 2 | 15.4 | 2-3 | lithic | debitage | tertiary | shatter | quartz | white | |
| 18PR1190 | 65 | TU | 1 | 502 | 506 | 1 | Ap | I | 0-0.25 | 1 | 3.5 | 2-3 | lithic | debitage | tertiary | shatter | quartz | white | |
| 18PR1190 | 65 | TU | 1 | 502 | 506 | 1 | Ap | I | 0-0.25 | 1 | 0.1 | 1-2 | lithic | debitage | tertiary | flake, complete | chert | gray | |
| 18PR1190 | 65 | TU | 1 | 502 | 506 | 1 | Ap | I | 0-0.25 | 2 | 0.8 | 1-2 | lithic | debitage | tertiary | flake, broken | quartzite | red gray | |
| 18PR1190 | 65 | TU | 1 | 502 | 506 | 1 | Ap | I | 0-0.25 | 7 | 4.4 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | red gray | |
| 18PR1190 | 65 | TU | 1 | 502 | 506 | 1 | Ap | I | 0-0.25 | 2 | 0.3 | 1-2 | lithic | debitage | secondary | flake, fragment | quartzite | yellow white | |
| 18PR1190 | 65 | TU | 1 | 502 | 506 | 1 | Ap | I | 0-0.25 | 24 | 14.2 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 65 | TU | 1 | 502 | 506 | 1 | Ap | I | 0-0.25 | 3 | 0.3 | <1 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 65 | TU | 1 | 502 | 506 | 1 | Ap | I | 0-0.25 | 1 | 0.1 | <1 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR1190 | 65 | TU | 1 | 502 | 506 | 1 | Ap | I | 0-0.25 | 3 | 3.9 | 1-2 | lithic | debitage | tertiary | shatter | quartz | white | |
| 18PR1190 | 65 | TU | 1 | 502 | 506 | 1 | Ap | I | 0-0.25 | 2 | 2.6 | 1-2 | lithic | debitage | primary | shatter | quartz | yellow white | |
| 18PR1190 | 66 | TU | 1 | 502 | 506 | 2 | Bt1 | II | 0.25-.5 | 15 | 350.7 | | lithic | fcr | fragment | fire cracked rock | quartzite | red white | |
| 18PR1190 | 66 | TU | 1 | 502 | 506 | 2 | Bt1 | II | 0.25-.5 | 3 | 183.5 | >5 | lithic | debitage | secondary | core, amorphous | quartz | white | amorphous fragments |
| 18PR1190 | 66 | TU | 1 | 502 | 506 | 2 | Bt1 | II | 0.25-.5 | 1 | 23.3 | 4-5 | lithic | debitage | secondary | bipolar flake, broken | quartz | white | pos utilized |
| 18PR1190 | 66 | TU | 1 | 502 | 506 | 2 | Bt1 | II | 0.25-.5 | 1 | 31.9 | 3-4 | lithic | debitage | tertiary | shatter | quartz | white | |
| 18PR1190 | 66 | TU | 1 | 502 | 506 | 2 | Bt1 | II | 0.25-.5 | 2 | 30.8 | 3-4 | lithic | debitage | fragment | core, bipolar | quartz | white | |
| 18PR1190 | 66 | TU | 1 | 502 | 506 | 2 | Bt1 | II | 0.25-.5 | 1 | 20.7 | 3-4 | lithic | debitage | fragment | core, fragment | quartz | white | |
| 18PR1190 | 66 | TU | 1 | 502 | 506 | 2 | Bt1 | II | 0.25-.5 | 1 | 9.3 | 2-3 | lithic | tool | tertiary | retouched flake | quartz | white | |
| 18PR1190 | 66 | TU | 1 | 502 | 506 | 2 | Bt1 | II | 0.25-.5 | 1 | 7.7 | 3-4 | lithic | tool | tertiary | retouched flake | quartz | white | |
| 18PR1190 | 66 | TU | 1 | 502 | 506 | 2 | Bt1 | II | 0.25-.5 | 1 | 14.6 | 4-5 | lithic | debitage | tertiary | flake, broken | quartzite | red | pos utilized |
| 18PR1190 | 66 | TU | 1 | 502 | 506 | 2 | Bt1 | II | 0.25-.5 | 1 | 5.1 | 3-4 | lithic | debitage | tertiary | flake, broken | quartzite | gray | |
| 18PR1190 | 66 | TU | 1 | 502 | 506 | 2 | Bt1 | II | 0.25-.5 | 2 | 9.0 | 3-4 | lithic | debitage | tertiary | flake, broken | quartzite | gray | |

00013776

| Site | Bag | STP/TR | Coord | North | East | Level | Horizon | Strat | Depth (ftbs) | Qty | Wt (g) | Size | Group | Class | Cortex/Portion | Artifact Type | Material/Ware | Color/Temper | Comments |
|------|-----|--------|-------|-------|------|-------|---------|-------|--------------|-----|--------|------|-------|-------|----------------|---------------|---------------|--------------|----------|
| 18PR1190 | 66 | TU | 1 | 502 | 506 | 2 | Bt1 | II | 0.25-.5 | 1 | 6.3 | 4-5 | lithic | debitage | tertiary | flake, fragment | quartzite | red | |
| 18PR1190 | 66 | TU | 1 | 502 | 506 | 2 | Bt1 | II | 0.25-.5 | 1 | 14.1 | 4-5 | lithic | debitage | secondary | flake, fragment | quartzite | brown | |
| 18PR1190 | 66 | TU | 1 | 502 | 506 | 2 | Bt1 | II | 0.25-.5 | 1 | 3.6 | 3-4 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR1190 | 66 | TU | 1 | 502 | 506 | 2 | Bt1 | II | 0.25-.5 | 2 | 19.2 | 3-4 | lithic | debitage | secondary | flake, fragment | quartzite | gray | |
| 18PR1190 | 66 | TU | 1 | 502 | 506 | 2 | Bt1 | II | 0.25-.5 | 1 | 8.6 | 3-4 | lithic | debitage | primary | flake, fragment | quartzite | gray | |
| 18PR1190 | 66 | TU | 1 | 502 | 506 | 2 | Bt1 | II | 0.25-.5 | 1 | 1.0 | 1-2 | lithic | debitage | tertiary | flake, broken | quartzite | gray | |
| 18PR1190 | 66 | TU | 1 | 502 | 506 | 2 | Bt1 | II | 0.25-.5 | 1 | 1.2 | 2-3 | lithic | debitage | secondary | flake, fragment | quartz | white | |
| 18PR1190 | 66 | TU | 1 | 502 | 506 | 2 | Bt1 | II | 0.25-.5 | 8 | 17.0 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 66 | TU | 1 | 502 | 506 | 2 | Bt1 | II | 0.25-.5 | 2 | 4.7 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 66 | TU | 1 | 502 | 506 | 2 | Bt1 | II | 0.25-.5 | 5 | 10.3 | 2-3 | lithic | debitage | secondary | flake, fragment | quartzite | gray red | |
| 18PR1190 | 66 | TU | 1 | 502 | 506 | 2 | Bt1 | II | 0.25-.5 | 5 | 8.4 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | gray red | |
| 18PR1190 | 66 | TU | 1 | 502 | 506 | 2 | Bt1 | II | 0.25-.5 | 1 | 4.9 | 2-3 | lithic | debitage | tertiary | shatter | quartzite | gray | |
| 18PR1190 | 66 | TU | 1 | 502 | 506 | 2 | Bt1 | II | 0.25-.5 | 5 | 22.1 | 2-3 | lithic | debitage | tertiary | shatter | quartz | white | |
| 18PR1190 | 66 | TU | 1 | 502 | 506 | 2 | Bt1 | II | 0.25-.5 | 2 | 0.4 | 1-2 | lithic | debitage | tertiary | flake, complete | quartz | white | |
| 18PR1190 | 66 | TU | 1 | 502 | 506 | 2 | Bt1 | II | 0.25-.5 | 1 | 0.1 | <1 | lithic | debitage | tertiary | flake, complete | quartz | white | |
| 18PR1190 | 66 | TU | 1 | 502 | 506 | 2 | Bt1 | II | 0.25-.5 | 3 | 1.7 | 1-2 | lithic | debitage | tertiary | flake, broken | quartzite | gray | |
| 18PR1190 | 66 | TU | 1 | 502 | 506 | 2 | Bt1 | II | 0.25-.5 | 42 | 24.2 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 66 | TU | 1 | 502 | 506 | 2 | Bt1 | II | 0.25-.5 | 36 | 22.1 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | gray red | |
| 18PR1190 | 66 | TU | 1 | 502 | 506 | 2 | Bt1 | II | 0.25-.5 | 5 | 0.6 | <1 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 66 | TU | 1 | 502 | 506 | 2 | Bt1 | II | 0.25-.5 | 2 | 2.4 | 1-2 | lithic | debitage | secondary | shatter | quartz | white | |
| 18PR1190 | 66 | TU | 1 | 502 | 506 | 2 | Bt1 | II | 0.25-.5 | 1 | 1.4 | 1-2 | lithic | debitage | tertiary | shatter | quartzite | red white | |
| 18PR1190 | 67 | TU | 1 | 502 | 506 | 3 | Bt2 | III | 0.5-0.6 | 24 | 1569.9 | | lithic | fcr | fragment | fire cracked rock | quartzite | red brown | |
| 18PR1190 | 67 | TU | 1 | 502 | 506 | 3 | Bt2 | III | 0.5-0.6 | 1 | 44.2 | >5 | lithic | debitage | fragment | core, fragment | quartz | white | amorphous |
| 18PR1190 | 67 | TU | 1 | 502 | 506 | 3 | Bt2 | III | 0.5-0.6 | 1 | 30.0 | 4-5 | lithic | debitage | fragment | core, fragment | quartz | white | amorphous |
| 18PR1190 | 67 | TU | 1 | 502 | 506 | 3 | Bt2 | III | 0.5-0.6 | 1 | 21.2 | 3-4 | lithic | debitage | fragment | core, fragment | quartz | white | amorphous |
| 18PR1190 | 67 | TU | 1 | 502 | 506 | 3 | Bt2 | III | 0.5-0.6 | 3 | 44.7 | 4-5 | lithic | debitage | secondary | shatter | quartzite | gray yellow | |
| 18PR1190 | 67 | TU | 1 | 502 | 506 | 3 | Bt2 | III | 0.5-0.6 | 1 | 19.9 | >5 | lithic | debitage | primary | shatter | quartzite | yellow white | |
| 18PR1190 | 67 | TU | 1 | 502 | 506 | 3 | Bt2 | III | 0.5-0.6 | 2 | 15.9 | 3-4 | lithic | debitage | fragment | core, fragment | quartz | white | |
| 18PR1190 | 67 | TU | 1 | 502 | 506 | 3 | Bt2 | III | 0.5-0.6 | 1 | 23.7 | >5 | lithic | debitage | tertiary | flake, fragment | quartzite | brown | |
| 18PR1190 | 67 | TU | 1 | 502 | 506 | 3 | Bt2 | III | 0.5-0.6 | 1 | 23.8 | >5 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR1190 | 67 | TU | 1 | 502 | 506 | 3 | Bt2 | III | 0.5-0.6 | 2 | 28.2 | 4-5 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR1190 | 67 | TU | 1 | 502 | 506 | 3 | Bt2 | III | 0.5-0.6 | 1 | 9.7 | 4-5 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 67 | TU | 1 | 502 | 506 | 3 | Bt2 | III | 0.5-0.6 | 3 | 13.9 | 3-4 | lithic | debitage | tertiary | flake, fragment | quartzite | gray yellow | |
| 18PR1190 | 67 | TU | 1 | 502 | 506 | 3 | Bt2 | III | 0.5-0.6 | 1 | 4.1 | 3-4 | lithic | debitage | primary | flake, fragment | quartzite | gray | |
| 18PR1190 | 67 | TU | 1 | 502 | 506 | 3 | Bt2 | III | 0.5-0.6 | 2 | 3.5 | 2-3 | lithic | debitage | tertiary | flake, broken | quartzite | gray | |
| 18PR1190 | 67 | TU | 1 | 502 | 506 | 3 | Bt2 | III | 0.5-0.6 | 7 | 15.7 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | gray red | |
| 18PR1190 | 67 | TU | 1 | 502 | 506 | 3 | Bt2 | III | 0.5-0.6 | 1 | 3.6 | 2-3 | lithic | debitage | secondary | flake, fragment | quartzite | gray | |
| 18PR1190 | 67 | TU | 1 | 502 | 506 | 3 | Bt2 | III | 0.5-0.6 | 14 | 36.2 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 67 | TU | 1 | 502 | 506 | 3 | Bt2 | III | 0.5-0.6 | 2 | 10.4 | 3-4 | lithic | debitage | secondary | shatter | quartz | white | |
| 18PR1190 | 67 | TU | 1 | 502 | 506 | 3 | Bt2 | III | 0.5-0.6 | 1 | 8.0 | 3-4 | lithic | debitage | secondary | core, exhausted | quartz | white | |
| 18PR1190 | 67 | TU | 1 | 502 | 506 | 3 | Bt2 | III | 0.5-0.6 | 1 | 0.4 | 1-2 | lithic | debitage | tertiary | flake, complete | quartzite | red | |
| 18PR1190 | 67 | TU | 1 | 502 | 506 | 3 | Bt2 | III | 0.5-0.6 | 7 | 3.2 | 1-2 | lithic | debitage | tertiary | flake, broken | quartzite | red gray | |
| 18PR1190 | 67 | TU | 1 | 502 | 506 | 3 | Bt2 | III | 0.5-0.6 | 1 | 0.1 | <1 | lithic | debitage | tertiary | flake, broken | quartz | white | |
| 18PR1190 | 67 | TU | 1 | 502 | 506 | 3 | Bt2 | III | 0.5-0.6 | 33 | 20.9 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 67 | TU | 1 | 502 | 506 | 3 | Bt2 | III | 0.5-0.6 | 16 | 3.0 | <1 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 67 | TU | 1 | 502 | 506 | 3 | Bt2 | III | 0.5-0.6 | 33 | 14.3 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | gray red | |
| 18PR1190 | 67 | TU | 1 | 502 | 506 | 3 | Bt2 | III | 0.5-0.6 | 1 | 0.3 | 1-2 | lithic | debitage | tertiary | flake, fragment | rhyolite | weathered gray | |
| 18PR1190 | 67 | TU | 1 | 502 | 506 | 3 | Bt2 | III | 0.5-0.6 | 1 | 3.0 | 2-4 | ceramic | sherd | body | unclassified sherd | n/a | coarse sand | |
| 18PR1190 | 67 | TU | 1 | 502 | 506 | 3 | Bt2 | III | 0.5-0.6 | 5 | 2.9 | <2 | ceramic | sherd | residual | residual | n/a | residual | |

00013777

| Site | Bag | STP/TR | Coord | North | East | Level | Horizon | Strat | Depth (ftbs) | Qty | Wt (g) | Size | Group | Class | Cortex/Portion | Artifact Type | Material/Ware | Color/Temper | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18PR1190 | 68 | TU | 1 | 502 | 506 | 4 | Bt2 | III | 0.6-0.85 | 32 | 430.8 | | lithic | fcr | fragment | fire cracked rock | quartzite | red brown | |
| 18PR1190 | 68 | TU | 1 | 502 | 506 | 4 | Bt2 | III | 0.6-0.85 | 2 | 50.4 | >5 | lithic | debitage | secondary | bipolar flake, broken | quartz | white | |
| 18PR1190 | 68 | TU | 1 | 502 | 506 | 4 | Bt2 | III | 0.6-0.85 | 2 | 105.2 | >5 | lithic | debitage | secondary | core, amorphous | quartz | white | amorphous |
| 18PR1190 | 68 | TU | 1 | 502 | 506 | 4 | Bt2 | III | 0.6-0.85 | 1 | 16.7 | >5 | lithic | debitage | primary | flake, fragment | quartzite | brown | |
| 18PR1190 | 68 | TU | 1 | 502 | 506 | 4 | Bt2 | III | 0.6-0.85 | 1 | 22.2 | >5 | lithic | debitage | secondary | flake, fragment | quartzite | brown | |
| 18PR1190 | 68 | TU | 1 | 502 | 506 | 4 | Bt2 | III | 0.6-0.85 | 1 | 17.2 | >5 | lithic | debitage | tertiary | shatter | quartzite | gray | |
| 18PR1190 | 68 | TU | 1 | 502 | 506 | 4 | Bt2 | III | 0.6-0.85 | 1 | 9.7 | 4-5 | lithic | debitage | tertiary | shatter | quartz | white | |
| 18PR1190 | 68 | TU | 1 | 502 | 506 | 4 | Bt2 | III | 0.6-0.85 | 1 | 30.7 | 4-5 | lithic | debitage | fragment | core, fragment | quartz | white | |
| 18PR1190 | 68 | TU | 1 | 502 | 506 | 4 | Bt2 | III | 0.6-0.85 | 3 | 50.0 | 3-4 | lithic | debitage | tertiary | shatter | quartz | white | |
| 18PR1190 | 68 | TU | 1 | 502 | 506 | 4 | Bt2 | III | 0.6-0.85 | 1 | 4.0 | 3-4 | lithic | debitage | tertiary | shatter | quartz | gray white | |
| 18PR1190 | 68 | TU | 1 | 502 | 506 | 4 | Bt2 | III | 0.6-0.85 | 3 | 10.4 | 3-4 | lithic | debitage | tertiary | flake, complete | quartzite | red yellow | |
| 18PR1190 | 68 | TU | 1 | 502 | 506 | 4 | Bt2 | III | 0.6-0.85 | 1 | 4.5 | 3-4 | lithic | debitage | tertiary | flake, broken | quartzite | yellow white | |
| 18PR1190 | 68 | TU | 1 | 502 | 506 | 4 | Bt2 | III | 0.6-0.85 | 4 | 29.7 | 3-4 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 68 | TU | 1 | 502 | 506 | 4 | Bt2 | III | 0.6-0.85 | 4 | 31.6 | 3-4 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR1190 | 68 | TU | 1 | 502 | 506 | 4 | Bt2 | III | 0.6-0.85 | 5 | 8.7 | 2-3 | lithic | debitage | tertiary | flake, broken | quartzite | gray | |
| 18PR1190 | 68 | TU | 1 | 502 | 506 | 4 | Bt2 | III | 0.6-0.85 | 9 | 19.9 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 68 | TU | 1 | 502 | 506 | 4 | Bt2 | III | 0.6-0.85 | 16 | 26.8 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | gray red | |
| 18PR1190 | 68 | TU | 1 | 502 | 506 | 4 | Bt2 | III | 0.6-0.85 | 3 | 5.9 | 2-3 | lithic | debitage | primary | flake, fragment | quartzite | gray brown | |
| 18PR1190 | 68 | TU | 1 | 502 | 506 | 4 | Bt2 | III | 0.6-0.85 | 1 | 2.8 | 2-3 | lithic | debitage | tertiary | flake, fragment | rhyolite | gray | |
| 18PR1190 | 68 | TU | 1 | 502 | 506 | 4 | Bt2 | III | 0.6-0.85 | 4 | 14.0 | 2-3 | lithic | debitage | tertiary | shatter | quartz | white | |
| 18PR1190 | 68 | TU | 1 | 502 | 506 | 4 | Bt2 | III | 0.6-0.85 | 4 | 2.4 | 1-2 | lithic | debitage | tertiary | flake, broken | quartzite | gray | |
| 18PR1190 | 68 | TU | 1 | 502 | 506 | 4 | Bt2 | III | 0.6-0.85 | 4 | 1.2 | 1-2 | lithic | debitage | tertiary | flake, broken | quartz | white | |
| 18PR1190 | 68 | TU | 1 | 502 | 506 | 4 | Bt2 | III | 0.6-0.85 | 69 | 32.5 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 68 | TU | 1 | 502 | 506 | 4 | Bt2 | III | 0.6-0.85 | 58 | 23.9 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | gray red | |
| 18PR1190 | 68 | TU | 1 | 502 | 506 | 4 | Bt2 | III | 0.6-0.85 | 1 | 0.4 | 1-2 | lithic | debitage | tertiary | flake, fragment | rhyolite | weathered gray | |
| 18PR1190 | 68 | TU | 1 | 502 | 506 | 4 | Bt2 | III | 0.6-0.85 | 5 | 0.7 | <1 | lithic | debitage | tertiary | flake, fragment | quartzite | gray red | |
| 18PR1190 | 68 | TU | 1 | 502 | 506 | 4 | Bt2 | III | 0.6-0.85 | 8 | 1.1 | <1 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 68 | TU | 1 | 502 | 506 | 4 | Bt2 | III | 0.6-0.85 | 3 | 1.1 | <2 | ceramic | daub | fragment | fired clay | clay | | |
| 18PR1190 | 69 | TU | 1 | 502 | 506 | 5 | Bt2 | III | 0.85-1.15 | 2 | 2.4 | <2 | ceramic | daub | fragment | fired clay | | | |
| 18PR1190 | 69 | TU | 1 | 502 | 506 | 5 | Bt2 | III | 0.85-1.15 | 4 | 31.7 | | lithic | fcr | fragment | fire cracked rock | quartzite | red white | |
| 18PR1190 | 69 | TU | 1 | 502 | 506 | 5 | Bt2 | III | 0.85-1.15 | 1 | 30.1 | >5 | lithic | debitage | secondary | bipolar flake, broken | quartzite | gray | |
| 18PR1190 | 69 | TU | 1 | 502 | 506 | 5 | Bt2 | III | 0.85-1.15 | 1 | 9.6 | >5 | lithic | debitage | primary | flake, fragment | quartzite | gray | |
| 18PR1190 | 69 | TU | 1 | 502 | 506 | 5 | Bt2 | III | 0.85-1.15 | 1 | 22.4 | 4-5 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 69 | TU | 1 | 502 | 506 | 5 | Bt2 | III | 0.85-1.15 | 1 | 17.0 | 4-5 | lithic | tool | tertiary | utilized flake | quartz | white | |
| 18PR1190 | 69 | TU | 1 | 502 | 506 | 5 | Bt2 | III | 0.85-1.15 | 1 | 4.8 | 3-4 | lithic | debitage | tertiary | flake, fragment | quartzite | red gray | |
| 18PR1190 | 69 | TU | 1 | 502 | 506 | 5 | Bt2 | III | 0.85-1.15 | 6 | 11.4 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | gray yellow | |
| 18PR1190 | 69 | TU | 1 | 502 | 506 | 5 | Bt2 | III | 0.85-1.15 | 4 | 8.7 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 69 | TU | 1 | 502 | 506 | 5 | Bt2 | III | 0.85-1.15 | 1 | 1.9 | 2-3 | lithic | debitage | tertiary | flake, fragment | rhyolite | weathered gray | |
| 18PR1190 | 69 | TU | 1 | 502 | 506 | 5 | Bt2 | III | 0.85-1.15 | 1 | 2.5 | 2-3 | lithic | debitage | primary | shatter | quartz | white | |
| 18PR1190 | 69 | TU | 1 | 502 | 506 | 5 | Bt2 | III | 0.85-1.15 | 2 | 14.8 | 3-4 | lithic | debitage | tertiary | shatter | quartz | white | |
| 18PR1190 | 69 | TU | 1 | 502 | 506 | 5 | Bt2 | III | 0.85-1.15 | 2 | 6.1 | 2-3 | lithic | debitage | secondary | shatter | quartzite | gray white | |
| 18PR1190 | 69 | TU | 1 | 502 | 506 | 5 | Bt2 | III | 0.85-1.15 | 2 | 0.4 | 1-2 | lithic | debitage | tertiary | flake, complete | quartzite | brown | |
| 18PR1190 | 69 | TU | 1 | 502 | 506 | 5 | Bt2 | III | 0.85-1.15 | 32 | 11.2 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | gray red | |
| 18PR1190 | 69 | TU | 1 | 502 | 506 | 5 | Bt2 | III | 0.85-1.15 | 14 | 7.8 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 69 | TU | 1 | 502 | 506 | 5 | Bt2 | III | 0.85-1.15 | 1 | 0.3 | 1-2 | lithic | debitage | tertiary | flake, fragment | crystal quartz | colorless | |
| 18PR1190 | 69 | TU | 1 | 502 | 506 | 5 | Bt2 | III | 0.85-1.15 | 4 | 0.5 | <1 | lithic | debitage | tertiary | flake, fragment | quartzite | gray brown | |
| 18PR1190 | 69 | TU | 1 | 502 | 506 | 5 | Bt2 | III | 0.85-1.15 | 6 | 1.2 | <1 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 69 | TU | 1 | 502 | 506 | 5 | Bt2 | III | 0.85-1.15 | 1 | 1.3 | 1-2 | lithic | debitage | tertiary | shatter | quartz | white | |
| 18PR1190 | 70 | TU | 1 | 502 | 506 | 6 | Bt2 | III | 1.15-1.4 | 1 | 0.2 | 1-2 | lithic | debitage | tertiary | flake, broken | quartzite | red | |

00013778

| Site | Bag | STP/TR | Coord | North | East | Level | Horizon | Strat | Depth (ftbs) | Qty | Wt (g) | Size | Group | Class | Cortex/Portion | Artifact Type | Material/Ware | Color/Temper | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18PR1190 | 70 | TU | 1 | 502 | 506 | 6 | Bt2 | III | 1.15-1.4 | 1 | 13.8 | 4-5 | lithic | debitage | secondary | flake, fragment | quartzite | gray brown | |
| 18PR1190 | 70 | TU | 1 | 502 | 506 | 6 | Bt2 | III | 1.15-1.4 | 2 | 3.2 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | gray yellow | |
| 18PR1190 | 70 | TU | 1 | 502 | 506 | 6 | Bt2 | III | 1.15-1.4 | 6 | 2.7 | | lithic | debitage | tertiary | flake, fragment | quartzite | red white | |
| 18PR1190 | 70 | TU | 1 | 502 | 506 | 6 | Bt2 | III | 1.15-1.4 | 1 | 0.1 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 71 | TU | 1 | 502 | 506 | 7 | Bt2 | III | 1.4-1.65 | 1 | 0.1 | <1 | lithic | debitage | tertiary | flake, broken | quartzite | red brown | |
| 18PR1190 | 71 | TU | 1 | 502 | 506 | 7 | Bt2 | III | 1.4-1.65 | 5 | 10.6 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | gray white | |
| 18PR1190 | 71 | TU | 1 | 502 | 506 | 7 | Bt2 | III | 1.4-1.65 | 1 | 3.4 | 2-3 | lithic | debitage | primary | flake, fragment | quartzite | yellow white | |
| 18PR1190 | 71 | TU | 1 | 502 | 506 | 7 | Bt2 | III | 1.4-1.65 | 5 | 1.8 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | red yellow gray | |
| 18PR1190 | 72 | TU | 1 | 502 | 506 | 8 | Bt2 | III | 1.65-1.8 | 1 | 2.4 | | lithic | fcr | fragment | fire cracked rock | quartzite | red | |
| 18PR1190 | 72 | TU | 1 | 502 | 506 | 8 | Bt2 | III | 1.65-1.8 | 3 | 1.0 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | gray white | |
| 18PR1190 | 72 | TU | 1 | 502 | 506 | 8 | Bt2 | III | 1.65-1.8 | 1 | 0.8 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 1 | STP | 2.02 | 500 | 500 | | Bt1 | II | 0.33-1.0 | 1 | 3.9 | 3-4 | lithic | tool | fragment | biface, late stage | quartzite | white | distal portion, biconvex x-section |
| 18PR1190 | 1 | STP | 2.02 | 500 | 500 | | Bt1 | II | 0.33-1.0 | 1 | 53.9 | >5 | lithic | debitage | fragment | core, exhausted | quartzite | red | amorphous |
| 18PR1190 | 1 | STP | 2.02 | 500 | 500 | | Bt1 | II | 0.33-1.0 | 1 | 2.5 | 2-3 | lithic | debitage | tertiary | flake, broken | quartzite | gray | |
| 18PR1190 | 1 | STP | 2.02 | 500 | 500 | | Bt1 | II | 0.33-1.0 | 1 | 11.0 | 4-5 | lithic | debitage | secondary | flake, fragment | quartzite | white | |
| 18PR1190 | 1 | STP | 2.02 | 500 | 500 | | Bt1 | II | 0.33-1.0 | 1 | 1.7 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 1 | STP | 2.02 | 500 | 500 | | Bt1 | II | 0.33-1.0 | 1 | 0.2 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 1 | STP | 2.02 | 500 | 500 | | Bt1 | II | 0.33-1.0 | 4 | 2.2 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | pink gray | |
| 18PR1190 | 2 | STP | | 510 | 500 | | Ap | I | 0-0.42 | 1 | 13.6 | 3-4 | lithic | debitage | fragment | core, exhausted | quartzite | red | conical |
| 18PR1190 | 2 | STP | | 510 | 500 | | Ap | I | 0-0.42 | 2 | 1.0 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | red gray | |
| 18PR1190 | 2 | STP | | 510 | 500 | | Ap | I | 0-0.42 | 1 | 0.2 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 3 | STP | | 510 | 500 | | Bt1 | II | 0.42-0.92 | 1 | 24.4 | >5 | lithic | debitage | primary | flake, broken | quartzite | gray | |
| 18PR1190 | 3 | STP | | 510 | 500 | | Bt1 | II | 0.42-0.92 | 1 | 0.1 | 1-2 | lithic | debitage | tertiary | flake, broken | quartz | white | |
| 18PR1190 | 3 | STP | | 510 | 500 | | Bt1 | II | 0.42-0.92 | 1 | 4.3 | 3-4 | lithic | debitage | primary | flake, fragment | quartzite | brown | |
| 18PR1190 | 3 | STP | | 510 | 500 | | Bt1 | II | 0.42-0.92 | 4 | 7.1 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR1190 | 3 | STP | | 510 | 500 | | Bt1 | II | 0.42-0.92 | 2 | 2.3 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartz | pink white | |
| 18PR1190 | 3 | STP | | 510 | 500 | | Bt1 | II | 0.42-0.92 | 7 | 1.8 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | red gray | |
| 18PR1190 | 3 | STP | | 510 | 500 | | Bt1 | II | 0.42-0.92 | 2 | 0.4 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 3 | STP | | 510 | 500 | | Bt1 | II | 0.42-0.92 | 4 | 0.7 | <1 | lithic | debitage | tertiary | flake, fragment | quartzite | white | |
| 18PR1190 | 3 | STP | | 510 | 500 | | Bt1 | II | 0.42-0.92 | 1 | 19.8 | 3-4 | lithic | debitage | primary | shatter | quartzite | white | |
| 18PR1190 | 4 | STP | | 510 | 500 | | Bt2 | III | 0.92-1.42 | 5 | 1.9 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | red gray | |
| 18PR1190 | 4 | STP | | 510 | 500 | | Bt2 | III | 0.92-1.42 | 1 | 0.1 | <1 | lithic | debitage | tertiary | flake, fragment | quartzite | white | |
| 18PR1190 | 4 | STP | | 510 | 500 | | Bt2 | III | 0.92-1.42 | 1 | 1.3 | 2-3 | lithic | debitage | tertiary | shatter | quartz | white | |
| 18PR1190 | 5 | STP | | 510 | 520 | | Ap | I | 0.58 | 1 | 2.9 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 5 | STP | | 510 | 520 | | Ap | I | 0.58 | 1 | 0.6 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 5 | STP | | 510 | 520 | | Ap | I | 0.58 | 1 | 11.1 | 4-5 | lithic | tool | complete | ppk, Orient Fishtail | quartzite | gray | biconvex x-section, convex blade margins. 46.5mm long, 24.1mm wide and 11.2mm thick. missing lobe |
| 18PR1190 | 6 | STP | | 510 | 520 | | Bt1 | II | 0.58-1.18 | 1 | 2.7 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 32 | STP | | 510 | 485 | | Bt2 | III | 0.8-1.3 | 1 | 1.2 | 2-3 | lithic | debitage | primary | flake, broken | quartzite | gray | |
| 18PR1190 | 32 | STP | | 510 | 485 | | Bt2 | III | 0.8-1.3 | 1 | 0.3 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | white | |
| 18PR1190 | 32 | STP | | 510 | 485 | | Bt2 | III | 0.8-1.3 | 1 | 0.3 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 33 | STP | | 510 | 450 | | Bt1 | II | 0.3-0.55 | 1 | 32.6 | >5 | lithic | debitage | tertiary | flake, fragment | quartzite | red brown | |
| 18PR1190 | 34 | STP | | 510 | 425 | | Bt1 | II | 0.3-0.6 | 1 | 8.1 | 3-4 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR1190 | 34 | STP | | 510 | 425 | | Bt1 | II | 0.3-0.6 | 1 | 0.1 | <1 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 35 | STP | | 510 | 400 | | Ap | I | 0-0.6 | 1 | 6.0 | 3-4 | lithic | debitage | tertiary | flake, fragment | quartzite | yellow white | |
| 18PR1190 | 35 | STP | | 510 | 400 | | Ap | I | 0-0.6 | 1 | 19.6 | 4-5 | lithic | debitage | primary | shatter | quartzite | gray | |
| 18PR1190 | 36 | STP | | 510 | 400 | | Bt1 | II | .65-1.0 | 1 | 1.9 | 1-2 | lithic | debitage | primary | shatter | quartz | white | |
| 18PR1190 | 36 | STP | | 510 | 400 | | Bt1 | II | .65-1.0 | 4 | 68.1 | | lithic | fcr | fragment | fire cracked rock | quartzite | red gray | some water worn cobbles |

00013779

| Site | Bag | STP/TR | Coord | North | East | Level | Horizon | Strat | Depth (ftbs) | Qty | Wt (g) | Size | Group | Class | Cortex/Portion | Artifact Type | Material/Ware | Color/Temper | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18PR1190 | 36 | STP | | 510 | 400 | Bt1 | II | .65-1.0 | | 1 | 138.8 | | lithic | fcr | fragment | fire cracked rock | quartz | red white | |
| 18PR1190 | 36 | STP | | 510 | 400 | Bt1 | II | .65-1.0 | | 1 | 11.2 | 4-5 | lithic | tool | partial | ppk, Savannah River | quartz | white | biconvex x-section, convex blade margins. 46.7mm long*, 24.4mm wide and 8.6mm thick. Stem: 14.1mm wide, 10.5mm long. missing distal |
| 18PR1190 | 37 | STP | | 510 | 400 | Bt2 | III | 1.0-2.0 | | 6 | 103.6 | | lithic | fcr | fragment | fire cracked rock | quartzite | red white | |
| 18PR1190 | 37 | STP | | 510 | 400 | Bt2 | III | 1.0-2.0 | | 1 | 0.2 | 1-2 | lithic | debitage | tertiary | flake, broken | quartz | white | |
| 18PR1190 | 37 | STP | | 510 | 400 | Bt2 | III | 1.0-2.0 | | 2 | 0.6 | 1-2 | lithic | debitage | primary | flake, fragment | quartzite | red white | |
| 18PR1190 | 37 | STP | | 510 | 400 | Bt2 | III | 1.0-2.0 | | 1 | 1.2 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | red white | |
| 18PR1190 | 37 | STP | | 510 | 400 | Bt2 | III | 1.0-2.0 | | 1 | 1.3 | 1-2 | lithic | debitage | tertiary | shatter | quartzite | gray | |
| 18PR1190 | 38 | STP | | 495 | 400 | Bt1 | II | 0.2-0.9 | | 6 | 268.9 | | lithic | fcr | fragment | fire cracked rock | quartzite | red brown | |
| 18PR1190 | 38 | STP | | 495 | 400 | Bt1 | II | 0.2-0.9 | | 1 | 113.0 | >5 | lithic | debitage | primary | shatter | quartz | red white | cobble fragment (fresh break) mended |
| 18PR1190 | 38 | STP | | 495 | 400 | Bt1 | II | 0.2-0.9 | | 1 | 16.0 | 4-5 | lithic | debitage | secondary | bipolar flake, broken | quartzite | gray | pos utilized |
| 18PR1190 | 38 | STP | | 495 | 400 | Bt1 | II | 0.2-0.9 | | 1 | 1.0 | 2-3 | lithic | debitage | tertiary | flake, fragment | rhyolite | weathered gray | |
| 18PR1190 | 39 | STP | | 525 | 400 | Ap | I | 0-0.4 | | 2 | 178.1 | | lithic | fcr | fragment | fire cracked rock | quartz | red brown | |
| 18PR1190 | 39 | STP | | 525 | 400 | Ap | I | 0-0.4 | | 1 | 1.4 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 39 | STP | | 525 | 400 | Ap | I | 0-0.4 | | 1 | 49.1 | >5 | lithic | tool | fragment | biface, early stage | quartz | white | biconvex x section, distal portion |
| 18PR1190 | 40 | STP | | 525 | 400 | Bt1 | II | 0.4-1.1 | | 13 | 162.6 | | lithic | fcr | fragment | fire cracked rock | quartzite | red brown | |
| 18PR1190 | 40 | STP | | 525 | 400 | Bt1 | II | 0.4-1.1 | | 1 | 26.8 | 4-5 | lithic | debitage | fragment | core, fragment | quartzite | gray white | |
| 18PR1190 | 40 | STP | | 525 | 400 | Bt1 | II | 0.4-1.1 | | 2 | 7.7 | 2-3 | lithic | debitage | tertiary | shatter | quartzite | gray brown | |
| 18PR1190 | 40 | STP | | 525 | 400 | Bt1 | II | 0.4-1.1 | | 3 | 6.2 | 2-3 | lithic | debitage | secondary | shatter | quartz | white | |
| 18PR1190 | 40 | STP | | 525 | 400 | Bt1 | II | 0.4-1.1 | | 1 | 2.1 | 2-3 | lithic | tool | complete | ppk, triangular | quartz | white | biconvex x-section, straight blade margins. 22.2mm long, 20.2mm wide* and 5.7mm thick. Missing lobe |
| 18PR1190 | 40 | STP | | 525 | 400 | Bt1 | II | 0.4-1.1 | | 1 | 2.8 | 2-4 | lithic | ceramic | body | unclassified sherd | soapstone | red | |
| 18PR1190 | 40 | STP | | 525 | 400 | Bt1 | II | 0.4-1.1 | | 4 | 7.0 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | red brown | |
| 18PR1190 | 40 | STP | | 525 | 400 | Bt1 | II | 0.4-1.1 | | 1 | 2.0 | 2-3 | lithic | debitage | primary | flake, fragment | quartzite | red | |
| 18PR1190 | 40 | STP | | 525 | 400 | Bt1 | II | 0.4-1.1 | | 1 | 1.9 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 40 | STP | | 525 | 400 | Bt1 | II | 0.4-1.1 | | 1 | 0.8 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 40 | STP | | 525 | 400 | Bt1 | II | 0.4-1.1 | | 1 | 0.4 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR1190 | 41 | STP | | 525 | 400 | Bt2 | III | 1.1-3.1 | | 2 | 30.3 | | lithic | fcr | fragment | fire cracked rock | quartzite | red gray | |
| 18PR1190 | 41 | STP | | 525 | 400 | Bt2 | III | 1.1-3.1 | | 1 | 0.4 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | red | |
| 18PR1190 | 41 | STP | | 525 | 400 | Bt2 | III | 1.1-3.1 | | 1 | 0.5 | 1-2 | lithic | debitage | tertiary | flake, broken | quartzite | yellow white | |
| 18PR1190 | 42 | STP | | 525 | 385 | Ap | I | 0-0.5 | | 8 | 94.8 | | lithic | fcr | fragment | fire cracked rock | quartzite | red gray | |
| 18PR1190 | 42 | STP | | 525 | 385 | Ap | I | 0-0.5 | | 1 | 2.1 | | lithic | fcr | fragment | fire cracked rock | quartz | red white | |
| 18PR1190 | 42 | STP | | 525 | 385 | Ap | I | 0-0.5 | | 1 | 32.3 | >5 | lithic | tool | fragment | biface, mid stage | quartz | white | lateral margin |
| 18PR1190 | 42 | STP | | 525 | 385 | Ap | I | 0-0.5 | | 2 | 1.2 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | gray brown | |
| 18PR1190 | 42 | STP | | 525 | 385 | Ap | I | 0-0.5 | | 1 | 1.3 | 1-2 | lithic | debitage | primary | flake, fragment | quartzite | gray brown | |
| 18PR1190 | 42 | STP | | 525 | 385 | Ap | I | 0-0.5 | | 1 | 0.8 | 1-2 | lithic | debitage | secondary | shatter | quartz | white | |
| 18PR1190 | 43 | STP | | 525 | 385 | Bt1 | II | 0.5-1.0 | | 7 | 639.1 | | lithic | fcr | fragment | fire cracked rock | quartzite | red gray | |
| 18PR1190 | 43 | STP | | 525 | 385 | Bt1 | II | 0.5-1.0 | | 1 | 3.8 | 2-3 | lithic | debitage | tertiary | flake, broken | quartzite | brown | |
| 18PR1190 | 43 | STP | | 525 | 385 | Bt1 | II | 0.5-1.0 | | 2 | 3.2 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | red gray | |
| 18PR1190 | 43 | STP | | 525 | 385 | Bt1 | II | 0.5-1.0 | | 3 | 2.6 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR1190 | 43 | STP | | 525 | 385 | Bt1 | II | 0.5-1.0 | | 1 | 0.1 | <1 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 44 | STP | | 525 | 385 | Bt2 | III | 1.0-2.1 | | 1 | 11.9 | | lithic | fcr | fragment | fire cracked rock | quartzite | red | |
| 18PR1190 | 45 | STP | | 525 | 370 | Ap | I | 0-0.45 | | 5 | 90.2 | | lithic | fcr | fragment | fire cracked rock | quartzite | red gray | |
| 18PR1190 | 45 | STP | | 525 | 370 | Ap | I | 0-0.45 | | 2 | 4.0 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 45 | STP | | 525 | 370 | Ap | I | 0-0.45 | | 1 | 1.5 | 2-3 | lithic | debitage | tertiary | flake, fragment | rhyolite | weathered gray | |
| 18PR1190 | 45 | STP | | 525 | 370 | Ap | I | 0-0.45 | | 1 | 0.6 | 1-2 | lithic | debitage | primary | flake, fragment | quartzite | brown | |

00013780

| Site | Bag | STP/TR | Coord | North | East | Level | Horizon | Strat | Depth (ftbs) | Qty | Wt (g) | Size | Group | Class | Cortex/Portion | Artifact Type | Material/Ware | Color/Temper | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18PR1190 | 45 | STP | | 525 | 370 | Ap | I | | 0-0.45 | 1 | 0.2 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 46 | STP | | 525 | 370 | Bt1 | II | | 0.45-1.2 | 4 | 154.4 | | lithic | fcr | fragment | fire cracked rock | quartzite | gray red | |
| 18PR1190 | 46 | STP | | 525 | 370 | Bt1 | II | | 0.45-1.2 | 1 | 17.2 | >5 | lithic | debitage | tertiary | flake, fragment | quartzite | brown | |
| 18PR1190 | 46 | STP | | 525 | 370 | Bt1 | II | | 0.45-1.2 | 1 | 1.3 | 2-3 | lithic | debitage | primary | flake, fragment | quartzite | gray | |
| 18PR1190 | 46 | STP | | 525 | 370 | Bt1 | II | | 0.45-1.2 | 1 | 1.7 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR1190 | 46 | STP | | 525 | 370 | Bt1 | II | | 0.45-1.2 | 6 | 1.9 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR1190 | 46 | STP | | 525 | 370 | Bt1 | II | | 0.45-1.2 | 1 | 0.1 | <1 | lithic | debitage | tertiary | flake, fragment | quartzite | brown | |
| 18PR1190 | 47 | STP | | 540 | 370 | Ap | I | | 0-0.35 | 1 | 170.2 | >5 | lithic | debitage | primary | core, fragment | quartzite | brown | |
| 18PR1190 | 47 | STP | | 540 | 370 | Ap | I | | 0-0.35 | 1 | 9.0 | 4-5 | lithic | debitage | secondary | flake, fragment | quartzite | gray | |
| 18PR1190 | 47 | STP | | 540 | 370 | Ap | I | | 0-0.35 | 2 | 1.1 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | red | |
| 18PR1190 | 47 | STP | | 540 | 370 | Ap | I | | 0-0.35 | 1 | 0.3 | 1-2 | lithic | debitage | primary | flake, fragment | rhyolite | gray | |
| 18PR1190 | 48 | STP | | 540 | 370 | Bt1 | II | | 0.35-0.8 | 4 | 176.0 | | lithic | fcr | fragment | fire cracked rock | quartzite | gray red | |
| 18PR1190 | 48 | STP | | 540 | 370 | Bt1 | II | | 0.35-0.8 | 1 | 12.1 | 4-5 | lithic | debitage | primary | flake, fragment | quartzite | gray | |
| 18PR1190 | 48 | STP | | 540 | 370 | Bt1 | II | | 0.35-0.8 | 1 | 2.2 | 2-3 | lithic | debitage | secondary | flake, fragment | quartzite | gray | |
| 18PR1190 | 48 | STP | | 540 | 370 | Bt1 | II | | 0.35-0.8 | 2 | 0.4 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR1190 | 48 | STP | | 540 | 370 | Bt1 | II | | 0.35-0.8 | 2 | 1.5 | 1-2 | lithic | debitage | | shatter | quartz | white | |
| 18PR1190 | 49 | STP | | 540 | 355 | Bt1 | II | | 0.4-0.7 | 1 | 23.5 | >5 | lithic | tool | fragment | biface, mid stage | quartzite | red | biconvex x section, mid portion |
| 18PR1190 | 49 | STP | | 540 | 355 | Bt1 | II | | 0.4-0.7 | 1 | 22.3 | >5 | lithic | debitage | tertiary | flake, broken | quartzite | red white | |
| 18PR1190 | 49 | STP | | 540 | 355 | Bt1 | II | | 0.4-0.7 | 1 | 4.5 | 3-4 | lithic | tool | tertiary | retouched flake | quartz | white | |
| 18PR1190 | 49 | STP | | 540 | 355 | Bt1 | II | | 0.4-0.7 | 2 | 3.3 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | red | |
| 18PR1190 | 49 | STP | | 540 | 355 | Bt1 | II | | 0.4-0.7 | 1 | 0.4 | 1-2 | lithic | debitage | secondary | flake, fragment | quartzite | white | |
| 18PR1190 | 49 | STP | | 540 | 355 | Bt1 | II | | 0.4-0.7 | 1 | 0.1 | <1 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 50 | STP | | 540 | 355 | Bt2 | III | | 0.7-2.1 | 1 | 1.5 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | red | |
| 18PR1190 | 51 | STP | | 540 | 340 | Ap | I | | 0-0.3 | 4 | 130.3 | | lithic | fcr | fragment | fire cracked rock | quartzite | red gray | |
| 18PR1190 | 51 | STP | | 540 | 340 | Ap | I | | 0-0.3 | 1 | 19.7 | 4-5 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR1190 | 51 | STP | | 540 | 340 | Ap | I | | 0-0.3 | 3 | 1.1 | 1-2 | lithic | debitage | tertiary | flake, fragment | rhyolite | weathered gray | |
| 18PR1190 | 51 | STP | | 540 | 340 | Ap | I | | 0-0.3 | 2 | 0.8 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 51 | STP | | 540 | 340 | Ap | I | | 0-0.3 | 1 | 0.4 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | red | |
| 18PR1190 | 51 | STP | | 540 | 340 | Ap | I | | 0-0.3 | 1 | 0.1 | <1 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 51 | STP | | 540 | 340 | Ap | I | | 0-0.3 | 1 | 26.3 | >5 | lithic | tool | complete | ppk, Savannah River | quartzite | red gray | biconvex x-section, convex blade margins. 59.6mm long, 38.9mm wide and 12.5mm thick. Stem: 24.9mm wide, 15.9mm long. |
| 18PR1190 | 52 | STP | | 540 | 340 | Bt2 | III | | 0.6-1.4 | 2 | 112.3 | | lithic | fcr | fragment | fire cracked rock | quartzite | gray red | |
| 18PR1190 | 52 | STP | | 540 | 340 | Bt2 | III | | 0.6-1.4 | 1 | 2.0 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | red white | |
| 18PR1190 | 53 | STP | | 540 | 340 | Bt1 | II | | 0.3-0.6 | 9 | 225.0 | | lithic | fcr | fragment | fire cracked rock | quartzite | red tan | |
| 18PR1190 | 53 | STP | | 540 | 340 | Bt1 | II | | 0.3-0.6 | 1 | 28.4 | >5 | lithic | tool | secondary | retouched flake | quartz | gray white | |
| 18PR1190 | 53 | STP | | 540 | 340 | Bt1 | II | | 0.3-0.6 | 1 | 2.1 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartz | gray white | |
| 18PR1190 | 53 | STP | | 540 | 340 | Bt1 | II | | 0.3-0.6 | 3 | 1.2 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | red gray | |
| 18PR1190 | 53 | STP | | 540 | 340 | Bt1 | II | | 0.3-0.6 | 1 | 0.4 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartz | white | |
| 18PR1190 | 53 | STP | | 540 | 340 | Bt1 | II | | 0.3-0.6 | 1 | 25.9 | 4-5 | lithic | debitage | fragment | core, fragment | quartz | white | |
| 18PR1190 | 54 | STP | | 555 | 340 | Ap | I | | 0-0.25 | 1 | 0.9 | 1-2 | lithic | debitage | tertiary | flake, broken | quartzite | red gray | |
| 18PR1190 | 54 | STP | | 555 | 340 | Ap | I | | 0-0.25 | 1 | 0.3 | 1-2 | lithic | debitage | primary | flake, fragment | quartzite | tan | |
| 18PR1190 | 55 | STP | | 555 | 340 | Bt1 | II | | 0.25-0.5 | 1 | 73.3 | | lithic | fcr | fragment | fire cracked rock | quartzite | tan | |
| 18PR1190 | 55 | STP | | 555 | 340 | Bt1 | II | | 0.25-0.5 | 1 | 1.1 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR1190 | 56 | STP | | 555 | 325 | Bt1 | II | | 0.4-0.75 | 7 | 592.5 | | lithic | fcr | fragment | fire cracked rock | quartzite | brown | |
| 18PR1190 | 56 | STP | | 555 | 325 | Bt1 | II | | 0.4-0.75 | 1 | 11.3 | 2-3 | lithic | debitage | tertiary | core, exhausted | quartz | white | amorphous |
| 18PR1190 | 56 | STP | | 555 | 325 | Bt1 | II | | 0.4-0.75 | 1 | 1.8 | 2-3 | lithic | debitage | tertiary | flake, broken | quartzite | brown | |
| 18PR1190 | 56 | STP | | 555 | 325 | Bt1 | II | | 0.4-0.75 | 1 | 3.1 | 2-3 | lithic | debitage | tertiary | flake, fragment | rhyolite | weathered gray | |
| 18PR1190 | 56 | STP | | 555 | 325 | Bt1 | II | | 0.4-0.75 | 1 | 0.1 | 1-2 | lithic | debitage | tertiary | flake, fragment | rhyolite | weathered gray | |

00013781

| Site | Bag | STP/TR | Coord | North | East | Level | Horizon | Strat | Depth (ftbs) | Qty | Wt (g) | Size | Group | Class | Cortex/Portion | Artifact Type | Material/Ware | Color/Temper | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18PR1190 | 56 | STP | | 555 | 325 | | Bt1 | II | 0.4-0.75 | 1 | 1.1 | 2-3 | lithic | debitage | secondary | shatter | quartz | white | |
| 18PR1190 | 56 | STP | | 555 | 325 | | Bt1 | II | 0.4-0.75 | 1 | 0.6 | 1-2 | lithic | debitage | tertiary | shatter | quartz | white | |
| 18PR1190 | 64 | surf | | 500 | 506 | | Ap | | | 1 | 18.6 | 4-5 | lithic | tool | tertiary | retouched flake | quartz | white | |
| 18PR1191 | 26 | STP | | 500 | 500 | | C2 | III | 1.7-2.6 | 1 | 1.5 | 2-3 | lithic | tool | partial | biface, late stage | rhyolite | gray | basal portion, biconvex x-section. 12.6mm wide, 5mm thick. Lanceolate form |
| 18PR1191 | 27 | STP | | 525 | 500 | | Ap | I | 0-1.0 | 1 | 3.6 | 3-4 | lithic | debitage | primary | shatter | quartzite | brown | |
| 18PR1191 | 27 | STP | | 525 | 500 | | Ap | I | 0-1.0 | 1 | 1.7 | 1-2 | lithic | debitage | primary | shatter | quartzite | brown | |
| 18PR1191 | 28 | STP | | 500 | 475 | | Ap | I | 0-0.9 | 1 | 1.2 | 1-2 | lithic | debitage | primary | shatter | quartzite | brown | |
| 18PR1191 | 28 | STP | | 500 | 475 | | Ap | I | 0-0.9 | 1 | 0.3 | 1-2 | lithic | debitage | tertiary | shatter | quartz | white | |
| 18PR1191 | 29 | STP | | 500 | 475 | | Cg1 | II | 0.9-2.0 | 1 | 2.1 | 2-3 | lithic | debitage | primary | shatter | quartzite | gray | |
| 18PR1191 | 29 | STP | | 500 | 475 | | Cg1 | II | 0.9-2.0 | 1 | 0.8 | 1-2 | lithic | debitage | tertiary | shatter | quartzite | brown | |
| 18PR1192 | 93 | STP | 6.10 | 500 | 500 | | Bt1 | II | 0.55-1.5 | 1 | 1.6 | 2-3 | lithic | debitage | tertiary | shatter | quartz | white | |
| 18PR1192 | 94 | STP | | 500 | 475 | | Bt1 | II | 0.55-1.0 | 1 | 1.0 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | white | |
| 18PR1192 | 95 | STP | | 500 | 475 | | Bt2 | III | 1-1.7 | 1 | 43.3 | >5 | lithic | debitage | tertiary | shatter | quartzite | red | |
| 18PR1192 | 95 | STP | | 500 | 475 | | Bt2 | III | 1-1.7 | 3 | 5.5 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PR1192 | 95 | STP | | 500 | 475 | | Bt2 | III | 1-1.7 | 2 | 0.7 | 1-2 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PRX284-1 | 30 | STP | 2.12 | 500 | 500 | | Bw2 | II | 0.95-1.55 | 1 | 0.6 | 1-2 | lithic | debitage | tertiary | flake, fragment | jasper | brown | |
| 18PRX284-1 | 31 | | | 500 | 550 | | Ap | I | 0-1.0 | 1 | 0.8 | 1-2 | lithic | debitage | primary | flake, fragment | quartz | white | |
| 18PRX284-2 | 91 | STP | 6 | 500 | 500 | | Bt1 | II | 0.4-1.5 | 1 | 0.7 | 1-2 | lithic | debitage | tertiary | flake, complete | rhyolite | weathered gray | |
| 18PRX284-2 | 92 | STP | | 500 | 475 | | Ap | I | 0-0.5 | 1 | 12.9 | | lithic | fcr | fragment | fire cracked rock | quartzite | red white | |
| 18PRX284-3 | 96 | STP | 5.14 | 500 | 500 | | Bt1 | II | 0.4-2.4 | 1 | 9.9 | 3-4 | lithic | debitage | primary | flake, fragment | quartzite | brown | |
| 18PRX284-3 | 97 | STP | | 525 | 500 | | Bt2 | III | 2.2 | 1 | 1.0 | 2-3 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PRX284-4 | | STP | 1.07 | | | | Fill | III | 2.0 | 1 | 9.1 | | historic | metal | shank | nail, cut | iron alloy | | heavily encrusted |
| 18PRX284-5 | | STP | 6.17 | | | | Fill | II | 0.3-0.95 | 1 | 1.3 | 1-2 | lithic | debitage | tertiary | flake, complete | schist | gray | |
| 18PRX284-6 | | STP | 3.09 | | | | Fill | I | 0-0.8 | 1 | 2.3 | 2-3 | lithic | tool | fragment | biface, unid. | quartz | white | tool shatter, single lateral margin showing |
| 18PRX284-6 | | STP | 3.12 | | | | Fill | III | 1.7-1.9 | 1 | 0.6 | | historic | glass | body | container, unid. | | colorless | stippled |
| 18PRX284-6 | | STP | 3.13 | | | | Fill | II | 0.5-1.6 | 1 | 28.8 | | historic | glass | base | container, bottle | | green | stippled |
| 18PRX284-6 | | STP | 3.13 | | | | Fill | II | 0.5-1.6 | 1 | 4.0 | | historic | glass | neck | container, bottle | | light green | stippled; "…EPOSI…" |
| 18PRX284-6 | | STP | 3.13 | | | | Fill | II | 0.5-1.6 | 2 | 4.2 | | historic | glass | body | container, unid. | | green | |
| 18PRX284-6 | | STP | 3.13 | | | | Fill | II | 0.5-1.6 | 2 | 44.3 | | historic | glass | body | container, unid. | | colorless | |
| 18PRX284-6 | | STP | 3.13 | | | | Fill | II | 0.5-1.6 | 1 | 0.5 | | historic | tar | fragment | solidified tar | | black | |
| 18PRX284-6 | | STP | 3.13 | | | | Fill | II | 0.5-1.6 | 1 | 33.4 | 4-5 | lithic | debitage | fragment | core, amorphous | quartzite | gray | |
| 18PRX284-6 | | STP | 3.13 | | | | Fill | II | 0.5-1.6 | 1 | 53.6 | >5 | lithic | fcr | fragment | fire cracked rock | quartzite | gray | |
| 18PRX284-6 | | STP | 3.14 | | | | Fill | II | 0.5-1.0 | 1 | 0.9 | | historic | glass | body | container, unid. | | colorless | |
| 18PRX284-6 | | STP | 3.14 | | | | Fill | II | 0.5-1.0 | 1 | 1.4 | 2-3 | lithic | debitage | tertiary | flake, complete | quartzite | yellow | |
| 18PRX284-6 | | STP | 3.14 | | | | Fill | II | 0.5-1.0 | 1 | 7.6 | 3-4 | lithic | debitage | tertiary | flake, fragment | quartzite | gray | |
| 18PRX284-6 | | STP | 3.15 | | | | Fill | III | 1.6-2.3 | 1 | 0.5 | | historic | glass | body | container, unid. | | green | |
| 18PRX284-6 | | STP | 3.15 | | | | Fill | III | 1.6-2.3 | 1 | 2.1 | 2-3 | lithic | debitage | tertiary | shatter | quartz | gray | |
| 18PRX284-6 | | STP | 3.17 | | | | Fill | I | 0-0.2 | 1 | 1.7 | | historic | glass | body | container, unid. | | colorless | |
| 18PRX284-6 | | STP | 3.17 | | | | Fill | I | 0-0.2 | 1 | 0.1 | 1-2 | lithic | debitage | tertiary | flake, complete | quartz | gray | |
| 18PRX284-6 | | STP | 3.18 | | | | Fill | II | 0.3-2.2 | 1 | 2.4 | | historic | glass | body | container, unid. | | green | |
| 18PRX284-7 | | STP | FB5 1.1 | | | | Fill | V | 1.7-3.4 | 1 | 1.1 | | historic | brick | fragment | brick | | red | |
| 18PRX284-7 | | STP | FB5 1.1 | | | | Fill | V | 1.7-3.4 | 1 | 0.1 | | historic | plastic | fragment | plastic, polychrome transfer print | | white | |
| 18PRX284-7 | | STP | FB5 1.1 | | | | Fill | V | 1.7-3.4 | 1 | 1.0 | | historic | glass | body | container, bottle | | brown | "…LITZ" [SCHLITZ?] |
| 18PRX284-7 | | STP | FB5 1.1 | | | | Fill | V | 1.7-3.4 | 4 | 8.7 | | historic | glass | body | container, unid. | | colorless | |
| 18PRX284-7 | | STP | FB5 1.1 | | | | Fill | V | 1.7-3.4 | 1 | 6.7 | | historic | glass | neck | container, unid. | | colorless | three columns of diagonal slashes |
| 18PRX284-7 | | STP | FB5 1.1 | | | | Fill | V | 1.7-3.4 | 1 | 2.8 | | historic | ceramic | body | earthenware, undecorated | tableware, unid. | | green glaze; tile? |
| 18PRX284-7 | | STP | FB5 1.1 | | | | Fill | V | 1.7-3.4 | 1 | 3.8 | | historic | ceramic | body | earthenware, undecorated | tableware, unid. | | black glaze; tile? |
| 18PRX284-7 | | STP | FB5 2.1 | | | | Fill | II | 3-3.6 | 1 | 111.9 | | historic | metal | complete | hook | iron alloy | | |

00013782

# APPENDIX 2

# SITE FORMS

00013783

00013784

MARYLAND INVENTORY OF HISTORIC PROPERTIES

# ARCHEOLOGICAL SITE SURVEY: BASIC DATA FORM

**Date Filed:** _____

Check if update: ☐



Maryland Department of Planning
*Maryland Historical Trust*
*Division of Historical and Cultural Programs*
100 Community Place
Crownsville, Maryland 21032

| Site Number: 18AN1696 |
| County: Anne Arundel |

## A. DESIGNATION

1. Site Name: **Cabin Branch FS-7**

2. Alternate Site Name/Numbers: _____

3. Site Type (describe site chronology and function; see instructions):
   Late 19th to late 20th century domestic artifact scatter
   _____
   _____
   _____

4. Prehistoric _____    Historic __X__    Unknown _____

5. Terrestrial __X__    Submerged/Underwater _____    Both _____

## B. LOCATION

6. USGS 7.5' Quadrangle(s):

   Bristol, MD

   | (For underwater sites)
   | NOAA Chart No.:
   |
   |

   (Photocopy section of quad or chart on page 4 and mark site location)

Latitude in decimal degrees _____    Longitude in decimal degrees _____

7. Maryland Archeological Research Unit Number:    __8__

8. Physiographic Province (check one):
   _____ Allegany Plateau          _____ Lancaster/Frederick Lowland
   _____ Ridge and Valley          _____ Eastern Piedmont
   _____ Great Valley              __X__ Western Shore Coastal Plain
   _____ Blue Ridge                _____ Eastern Shore Coastal Plain

9. Major Watershed/Underwater Zone (see instructions for map and list):    __Patuxent River__

## C. ENVIRONMENTAL DATA

10. Nearest Water Source: __Wilson Owens Branch__    Stream Order: _____

11. Closest Surface Water Type (check all applicable):
    _____ Ocean                    __X__ Freshwater Stream/River
    _____ Estuarine Bay/Tidal River    _____ Freshwater Swamp
    _____ Tidal or Marsh           _____ Lake or Pond
                                     _____ Spring

12. Distance from closest surface water:    __40__ meters (or __130__ feet)

00013785

## C. ENVIRONMENTAL DATA [CONTINUED]

13. Current water speed: _____ knots        14. Water Depth: ___ meters

15. Water visibility: _____

16. SCS Soils Typology and/or Sediment Type: __MaD__

17. Topographic Settings (check all applicable):
    
| | | | |
|---|---|---|---|
| _____ Floodplain | | _____ Hilltop/Bluff |
| _____ Interior Flat | | _____ Upland Flat |
| _____ Terrace | | _____ Ridgetop |
| _____ Low Terrace | | _____ Rockshelter/Cave |
| _____ High Terrace | | _____ Unknown |
| __X__ Hillslope | | __X__ Other: |
| | | ___Knoll___ |

18. Slope: __2–10%__

19. Elevation: __37__ meters    (or __122__ feet)  above sea level

20. Land use at site when last field checked (check all applicable):

| | |
|---|---|
| __X__ Plowed/Tilled | _____ Extractive |
| _____ No-Till | _____ Military |
| _____ Wooded/Forested | _____ Recreational |
| _____ Logging/Logged | _____ Residential |
| _____ Underbrush/Overgrown | _____ Ruin |
| _____ Pasture | _____ Standing Structure |
| _____ Cemetery | _____ Transportation |
| _____ Commercial | _____ Unknown |
| _____ Educational | _____ Other: |
| | _____ |

21. Condition of site:
    __X__ Disturbed
    _____ Undisturbed
    _____ Unknown

22. Cause of disturbance/destruction (check all applicable):

| | |
|---|---|
| __X__ Plowed | _____ Vandalized/Looted |
| __X__ Eroded/Eroding | _____ Dredged |
| _____ Graded/Contoured | _____ Heavy Marine Traffic |
| _____ Collected | _____ Other: |
| | _____ |

23. Extent of disturbance:
    _____ Minor (0-10%)
    _____ Moderate (10-60%)
    __X__ Major (60-99%)
    _____ Total (100%)
    _____ % unknown

## C. ENVIRONMENTAL DATA [CONTINUED]

24. Describe site setting with respect to local natural and cultural landmarks (topography, hydrology, fences, structures, roads). Use continuation sheet if needed.

The site is located within an ephemeral drainage on the hillslope of a knoll and is situated in an agricultural field about 325 ft north of a single-family dwelling and 200 ft northwest of a barn that is currently in use. The ephemeral drainage flows northward into Wilson Owens Branch, which is located approximately 130 ft to the north of the site. The site is located about 780 ft to the north of Greenock Road (HWY 259) and about 0.6 mile southwest of the intersection of Greenock Road and Mount Zion Marlboro Road (HWY 408). The site is bounded by shovel tests to the north, east, and west, but not to the south, therefore the site likely extends south toward the historic structures located to the south of the site.

25. Characterize site stratigraphy. Include a representative profile on separate sheet, if applicable. Address plowzone (presence/absence), subplowzone features and levels, if any, and how stratigraphy affects site integrity. Use continuation sheet if needed.

Shovel tests within the ephemeral drainage contained an Ap horizon (0–0.4 fbs) of dark yellowish brown (10YR 4/4) sandy loam overlying a Bt horizon (0.4–1.0 fbs) of yellowish brown (10YR 5/4) sandy clay loam underlain by an Ab horizon (1.0–2.4 fbs) of yellowish brown (10YR 5/6) sandy loam colluvium underlain by a 2Bt horizon (2.4-3.4 fbs) of brownish yellow (10YR 6/8) mottled with light gray (10YR 7/2) loamy sand; in an auger the 2Bt horizon continued to a depth of 5.0 fbs, followed by a 2BCg horizon (5.0–5.8 fbs) of yellowish brown (10YR 5/4) loam, and finally a 2Cg horizon (5.8–9.0+ fbs) of brownish yellow (10YR 6/8) sandy clay mottled with light gray (10YR 7/2) clay that increased with depth. Shovel tests outside of the ephemeral drainage contained an Ap horizon (0–0.6 fbs) of dark yellowish brown (10YR 4/4) sandy clay loam underlain by a Bt horizon (0.6–1.1 fbs) of brownish yellow (10YR 6/8) sandy clay overlying a Cg horizon (1.1–1.6+ fbs) of pale yellow (5Y 8/2) mottled with light gray (2.5Y 7/1) clay. These soils appear consistent with an intersection of the higher elevation Marr-Dodon complex (MaD; 10–15% slopes) and the lower elevation Widewater and Issue soils (WBA; 0–2% slopes) that are frequently flooded (USGS NRCS).

26. Site size: ___45___ meters by ___45___ meters (or _____150_____ feet by ___150___ feet)

27. Draw a sketch map of the site and immediate environs, here or on separate sheet:



Photocopy section of quadrangle map(s) and mark site location with heavy dot or circle and arrow pointing to it.



00013788

## D.  CONTEXT

28.  Cultural Affiliation (check all applicable):

| PREHISTORIC | | HISTORIC: | | ____ UNKNOWN |
|---|---|---|---|---|
| _____ | Unknown | _____ | Unknown | |
| _____ | Paleoindian | 17th century | | |
| _____ | Archaic | _____ | 1630-1675 | |
| _____ | Early Archaic | _____ | 1676-1720 | |
| _____ | Middle Archaic | 18th century | | |
| _____ | Late Archaic | _____ | 1721-1780 | |
| _____ | Terminal Archaic | __X__ | 1781-1820 | |
| _____ | Woodland | 19th century | | |
| _____ | Adena | __X__ | 1821-1860 | |
| _____ | Early Woodland | __X__ | 1861-1900 | |
| _____ | Middle Woodland | 20th century | | |
| _____ | Late Woodland | __X__ | 1901-1930 | |
| | | __X__ | post-1930 | |
| _____ | CONTACT | | | |

## E. INVESTIGATIVE DATA

29.  Type of investigation:

| __X__ | Phase I | _____ | Field Visit |
|---|---|---|---|
| _____ | Phase II/Site Testing | _____ | Collection/Artifact Inventory |
| _____ | Phase III/Excavation | _____ | Report From Informant |
| _____ | Archival Investigation | _____ | Other: |
| _____ | Monitoring | _____ | |

30.  Purpose of investigation:

| __X__ | Compliance | _____ | Site Inventory |
|---|---|---|---|
| _____ | Research | _____ | MHT Grant Project |
| _____ | Avocational | _____ | Other: |
| _____ | Regional Survey | _____ | |

31.  Method of sampling (check all applicable):

| _____ | Non-systematic surface search | _____ | Excavation units |
|---|---|---|---|
| _____ | Systematic surface collection | _____ | Mechanical excavation |
| _____ | Non-systematic shovel test pits | _____ | Remote sensing |
| __X__ | Systematic shovel test pits | _____ | Other: |
| | | _____ | |

32.  Extent/nature of excavation:   29 shovel tests excavated to a maximum depth of 3.4 feet below surface.
50-ft intervals for transect shovel tests, 25-ft intervals for delineation shovel tests.

## F. SUPPORT DATA

33.  Accompanying Data Form(s):

| _____ | Prehistoric |
|---|---|
| __X__ | Historic |
| _____ | Shipwreck |

34.  Ownership:   __X__ Private    _____ Federal    _____ State    _____ Local/County
_____ Unknown

35. Owner(s):  Donna and Christopher Bunn
    Address:  5440 Greenock Road, Lothian, MD
    Phone: _____
    Email: _____

36. Tenant and/or Local Contact:_____
    Address: _____
    Phone: _____
    Email: _____

37. Other Known Investigations:_____
    _____
    _____
    _____
    _____
    _____

38. Primary report reference or citation:
    <u>Phase I Archaeological Survey for Three Proposed Stream Mitigation Sites for the I-495/I-270 Managed Lanes Study, Anne Arundel, Charles, and Prince George's Counties, Maryland. Authored by Heather Millis, Jeff Johnson, Tracy Millis, and Bruce Idol, 2021.</u>

39. Other Records (e.g. slides, photos, original field maps/notes, sonar, magnetic record)?
    _____ Slides    __X__ Field Record    _____ Other: _____
    __X__ Photos    _____ Sonar
    __X__ Field maps    _____ Magnetic record

40. If yes, location of records: __TRC Chapel Hill, NC____

41. Collections at Maryland Archeological Conservation (MAC) Lab or to be deposited at MAC Lab?
    __X__ Yes
    _____ No
    _____ Unknown

42. If NO or UNKNOWN, give owner: _____
    location:_____
    and brief description of collection:_____
    _____
    _____

43. Informant: _____
    Address: _____
    Phone: _____
    Email: _____

44. Site visited by_Jeff Johnson____
    Company/Group name: ___TRC  Environmental Corporation____
    Address: _50101 Governors Drive, Suite 250, Chapel Hill, NC 27517_
    Phone: ___(919) 475-5507_____
    Email: ____JJohnson@TRCCompanies.com____    Date: 1/7/2021

45. Form filled out by: ___Jeff Johnson_____
    Company/Group name: ___TRC Environmental Corporation___
    Address: _50101 Governors Drive, Suite 250, Chapel Hill, NC 27517_
    Phone: ___(919) 475-5507_____
    Email: ____JJohnson@TRCCompanies.com____    Date: 1/18/2021

46. Site Summary/Additional Comments (append additional pages if needed):

Nine of the 29 shovel tests (including all survey and delineation shovel tests within 50 ft) produced artifacts; two of these shovel tests (5.9/N550 E500 and N500 E525) produced 22 and six historic artifacts, respectively, while the remaining shovel tests that contained artifacts (5.10/N550 E550, N525 E500, N525 E550, 4.9/N500 E500, N475 E525, N450 E500 and N450 E525) produced between one and four each. The artifacts were recovered from the Ap horizon (Stratum I) or from an Ab horizon (Stratum II or III) comprised of Holocene colluvium. A single-family dwelling is located approximately 325 ft to the south of the site and a barn is located approximately 200 ft to the southeast of the site. Horizontally, the artifact scatter is concentrated within an ephemeral drainage that flows into Wilson Owens Branch, and the artifact concentration is likely the result of redeposition caused by erosion of the higher elevation portions of the landform where the two historic structures are located.

Site 18AN1696 is represented by a small collection of historic artifacts that potentially date from the late 18th through late 20th centuries found within the upper and lower A horizons, primarily within a gully/eroded area. The site extends outside the project LOD to the south, and the artifacts found within the LOD are likely associated with the historic occupation located well outside the LOD. Although artifacts were found in an apparent buried A horizon, this likely represents an older plow zone and there is no indication of vertical sorting by time period. No evidence of cultural features or intact substantial or patterned artifact deposits was observed within the project LOD. The house, the barn, and the area immediately surrounding them (all located outside the project LOD) may contain cultural deposits that would provide information about historic occupation in this area, but the portion of the site located within the project LOD does not represent an intact substantial or significant archaeological resource, and site 18AN1696 as represented within the project LOD does not have the ability to yield further information regarding historic period occupation of this area. No additional archaeological investigation is recommended for site 18AN1696 in association with this project as currently scoped.

# MARYLAND ARCHEOLOGICAL SITE SURVEY: HISTORIC DATA FORM

Site Number __18AN1696__

1. Site class (check all applicable, check at least one from each group):

   a. __X__ domestic
      _____ industrial
      _____ transportation
      _____ military
      _____ sepulchre
      _____ religious

   .  _____ commercial
      _____ educational
      _____ non-domestic agricultural
      _____ unknown
      _____ other:
      _____

   b. _____ urban
      __X__ rural
      _____ unknown

   c. standing structure:
      _____ yes
      __X__ no
      _____ unknown

   d. above-grade/visible ruin:
      _____ yes
      __X__ no
      _____ unknown

2. Site Type (check all applicable):

   __X__ artifact concentration
   _____ possible structure
   _____ post-in-ground structure
   _____ frame structure
   _____ masonry structure
   _____ log structure
   _____ farmstead
   _____ plantation
   _____ townsite
   _____ road/railroad
   _____ wharf/landing
   _____ bridge
   _____ ford

   _____ mill (specify:_____)
   _____ raceway
   _____ quarry
   _____ furnace/forge
   _____ other industrial (specify):
   _____
   _____ battlefield
   _____ military fortification
   _____ military encampment
   _____ cemetery
   _____ unknown
   _____ other:_____

3. Ethnic Association:

   _____ Native American
   _____ African American
   _____ Angloamerican
   _____ Hispanic American
   _____ Asian American

   _____ other Euroamerican (specify):
   _____
   __X__ unknown
   _____ other:
   _____

4. Categories of material remains present (check all applicable):

   __X__ ceramics
   __X__ bottle/table glass
   _____ other kitchen artifacts
   __X__ architecture
   _____ furniture
   _____ arms
   _____ clothing
   _____ personal items

   _____ tobacco pipes
   __X__ activity items
   _____ human skeletal remains
   _____ faunal remains
   _____ floral remains
   _____ organic remains
   __X__ unknown
   _____ other:
   _____

5. Diagnostics (choose from manual and give number recorded or observed):

   | | |
   |---|---|
   | Whiteware, undecorated (2) | Pearlware, undecorated (2) |
   | Brown salt glazed stoneware (1) | Creamware, undecorated (1) |
   | Yellowware (2) | Gray salt glazed stoneware (1) |
   | Threaded glass canning jar fragments (19) | |

00013792

6.  Features present:

      _____yes
      \_\_X\_\_ no
      _____unknown

7.  Types of features present:

| | |
|---|---|
| \_\_\_\_\_ construction feature | \_\_\_\_\_ road/drive/walkway |
| \_\_\_\_\_ foundation | \_\_\_\_\_ depression/mound |
| \_\_\_\_\_ cellar hole/storage cellar | \_\_\_\_\_ burial |
| \_\_\_\_\_ hearth/chimney base | \_\_\_\_\_ railroad bed |
| \_\_\_\_\_ posthole/postmold | \_\_\_\_\_ earthworks |
| \_\_\_\_\_ paling ditch/fence | \_\_\_\_\_ raceway |
| \_\_\_\_\_ privy | \_\_\_\_\_ wheel pit |
| \_\_\_\_\_ well/cistern | \_\_\_\_\_ unknown |
| \_\_\_\_\_ trash pit/dump | \_\_\_\_\_ other: |
| \_\_\_\_\_ sheet midden | _____ |
| \_\_\_\_\_ planting feature | |

8. Flotation samples collected:

      \_\_\_\_\_ yes                   analyzed:
      \_\_X\_\_ no                  \_\_\_\_\_ yes, by _____
      \_\_\_\_\_ unknown             \_\_\_\_\_ no
                                  \_\_\_\_\_ unknown

9. Soil samples collected:

      \_\_\_\_\_ yes                   analyzed:
      \_\_X\_\_ no                  \_\_\_\_\_ yes, by _____
      \_\_\_\_\_ unknown             \_\_\_\_\_ no
                                  \_\_\_\_\_ unknown

10. Other analyses (specify):_____
                                 _____
                                 _____
                                 _____

11. Additional comments:

Twenty-nine shovel tests were excavated across this area at 25- and 50-ft intervals, and nine of these contained artifacts. Shovel test 5.9/N550 E500 produced 22 historic artifacts, but the remaining shovel tests that contained artifacts produced between one and five each. Nineteen of the 22 artifacts from shovel test 5.9 are glass canning jar fragments, all likely from the same jar. A total of 43 historic period artifacts were recovered from the Ap (n=27) and Ab (n=16) horizons. These are mostly kitchen group (n=35) items, with activities (n=2), architectural (n=4), and miscellaneous (n=2) group items also represented. The artifacts include one brown salt glazed stoneware, one gray salt glazed stoneware, one creamware, one ironstone, two pearlware, two whiteware, and two yellowware sherds; two glass bottle, 19 glass canning jar, and three glass container fragments; part of an aluminum Miller Lite can, two terracotta flowerpot sherds, two brick fragments, one laminated "safety" glass fragment, one window glass fragment, one aerosol can fragment, and one unclassified plastic object. All of the ceramic sherds are undecorated, and all but one of the ceramic artifacts were found in the Ab horizon. The Ab horizon also produced the unclassified plastic object, and the only ceramic found in the upper A horizon is potentially the earliest artifact found on the site—the creamware sherd. The artifacts are associated with a wide range of potential manufacture dates between the late 18th through late 20th centuries.

No structure is shown within the site boundary on late 19th century through late 20th century maps, but a house and barn are currently located approximately 325 ft to the south and 200 ft to the southeast of the site, respectively. The artifacts found in the project area are likely associated with the structures located outside the project LOD, but the artifact assemblage appears to be the result of intermittent discard over a long period of time or of erosional forces.

12.  Form filled out by: Jeff Johnson
      Address/Company: TRC Environmental Corporation, 50101 Governors Drive, Suite 250, Chapel Hill, NC 27517
             Date: 1/18/2021

00013794

MARYLAND INVENTORY OF HISTORIC PROPERTIES

# ARCHEOLOGICAL SITE SURVEY: BASIC DATA FORM

Date Filed: _____

Check if update: ☐

Maryland Department of Planning
**Maryland Historical Trust**
**Division of Historical and Cultural Programs**
100 Community Place
Crownsville, Maryland 21032

| Site Number: 18CH971____ |
|---|
| County:  Charles |

## A.  DESIGNATION

1.  Site Name:     Mill Swamp FS-1

2.  Alternate Site Name/Numbers:

3.  Site Type (describe site chronology and function; see instructions):
   Lithic scatter (possibly Middle Woodland); Late-19th to Mid-20th century rural farmstead with standing structures.

4.  Prehistoric    __X__          Historic    __X__          Unknown _____

5.  Terrestrial   __X__          Submerged/Underwater _____          Both _____

## B.  LOCATION

6.  USGS 7.5' Quadrangle(s):          | (For underwater sites)
                                      | NOAA Chart No.:
                                      |
      Mount Vernon, MD/VA             |
      (Photocopy section of quad or chart on page 4 and mark site location)

Latitude in decimal degrees _____     Longitude in decimal degrees _____

7.  Maryland Archeological Research Unit Number:     __11__

8.  Physiographic Province (check one):
   _____ Allegany Plateau          _____ Lancaster/Frederick Lowland
   _____ Ridge and Valley          _____ Eastern Piedmont
   _____ Great Valley              __X__ Western Shore Coastal Plain
   _____ Blue Ridge                _____ Eastern Shore Coastal Plain

9.  Major Watershed/Underwater Zone (see instructions for map and list):     Lower Potomac River

## C.  ENVIRONMENTAL DATA

10.  Nearest Water Source:  _Mill Swamp_     Stream Order: _____

11.  Closest Surface Water Type (check all applicable):
   _____ Ocean                     _____ Freshwater Stream/River
   _____ Estuarine Bay/Tidal River __X__ Freshwater Swamp
   _____ Tidal or Marsh            _____ Lake or Pond
                                      _____ Spring

12.  Distance from closest surface water:          __10__ meters (or __33__ feet)

00013795

## C. ENVIRONMENTAL DATA [CONTINUED]

13. Current water speed: _____ knots     14. Water Depth: ___ meters

15. Water visibility: _____

16. SCS Soils Typology and/or Sediment Type: <u>LxD</u>

17. Topographic Settings (check all applicable):

| | | | |
|---|---|---|---|
| _____ Floodplain | | _____ Hilltop/Bluff |
| _____ Interior Flat | | _____ Upland Flat |
| _____ Terrace | | _____ Ridgetop |
| __X__ Low Terrace | | _____ Rockshelter/Cave |
| _____ High Terrace | | _____ Unknown |
| _____ Hillslope | | _____ Other: |
| | | _____ |

18. Slope: _5–15%_

19. Elevation: _7.5_ meters   (or _25_ feet) above sea level

20. Land use at site when last field checked (check all applicable):

| | |
|---|---|
| __X__ Plowed/Tilled | _____ Extractive |
| _____ No-Till | _____ Military |
| __X__ Wooded/Forested | _____ Recreational |
| _____ Logging/Logged | __X__ Residential |
| _____ Underbrush/Overgrown | __X__ Ruin |
| __X__ Pasture | __X__ Standing Structure |
| _____ Cemetery | _____ Transportation |
| _____ Commercial | _____ Unknown |
| _____ Educational | _____ Other: |
| | _____ |

21. Condition of site:

      __X__ Disturbed
      _____ Undisturbed
      _____ Unknown

22. Cause of disturbance/destruction (check all applicable):

| | |
|---|---|
| __X__ Plowed | _____ Vandalized/Looted |
| __X__ Eroded/Eroding | _____ Dredged |
| _____ Graded/Contoured | _____ Heavy Marine Traffic |
| _____ Collected | _____ Other: |
| | _____ |

23. Extent of disturbance:

      _____ Minor (0-10%)
      __X__ Moderate (10-60%)
      _____ Major (60-99%)
      _____ Total (100%)
      _____ % unknown

## C. ENVIRONMENTAL DATA [CONTINUED]

24. Describe site setting with respect to local natural and cultural landmarks (topography, hydrology, fences, structures, roads). Use continuation sheet if needed.

    The site is located on a ridge toe or bench that projects west from a hillslope overlooking Mill Swamp Creek. Situated in pasture, most of the hillslope (and site area) is wooded; the surrounding low terrace is not wooded. The toe ridge overlooks a large seep and wetlands (Mill Swamp), and slopes precipitously within the project area. The eastern portion of the site, which is outside the Project area, is associated with a standing dwelling, three standing outbuildings, and the remains of a no-longer-standing outbuilding. The site is located to the southwest of Ward Place, which is a gravel road that intersects with Fenwick Road approximately 750 ft north-northwest of the site.

25. Characterize site stratigraphy. Include a representative profile on separate sheet, if applicable. Address plowzone (presence/absence), subplowzone features and levels, if any, and how stratigraphy affects site integrity. Use continuation sheet if needed.

    Shovel tests on the ridge toe encountered similar stratigraphic sequences, consisting of a 0.25 to 0.7 ft thick A horizon of very dark grayish brown (10YR 3/2) loamy sand (with pebbles and small cobbles) overlying a 0.7 to 1.0 ft thick E horizon of yellowish brown (10YR 5/4) loamy sand, with abundant pebbles and occasional cobbles. This overlay a strong brown (7.5YR 4/6) sandy clay loam B horizon (occasionally cobbly in the upper part), which was encountered at depths of 1.1 to 1.7 fbs. Deeper tests encountered similar sandy clay loam that graded to clay loam to a depth of 2.5 fbs. All artifacts were recovered from the A and E horizons.

26. Site size: _____ meters by _____ meters (or _____300_____ feet by ___300___ feet)

27. Draw a sketch map of the site and immediate environs, here or on separate sheet:



Mount Vernon, MD 1984

Charles County, Maryland

## D. CONTEXT

28. Cultural Affiliation (check all applicable):

| PREHISTORIC | | HISTORIC: | | ____ UNKNOWN |
|---|---|---|---|---|
| __X__ | Unknown | _____ | Unknown | |
| _____ | Paleoindian | 17th century | | |
| _____ | Archaic | _____ | 1630-1675 | |
| _____ | Early Archaic | _____ | 1676-1720 | |
| _____ | Middle Archaic | 18th century | | |
| _____ | Late Archaic | _____ | 1721-1780 | |
| _____ | Terminal Archaic | _____ | 1781-1820 | |
| _____ | Woodland | 19th century | | |
| _____ | Adena | _____ | 1821-1860 | |
| _____ | Early Woodland | __X__ | 1861-1900 | |
| __X__ | Middle Woodland | 20th century | | |
| _____ | Late Woodland | __X__ | 1901-1930 | |
| | | __X__ | post-1930 | |
| _____ | CONTACT | | | |

## E. INVESTIGATIVE DATA

29. Type of investigation:

| __X__ | Phase I | _____ | Field Visit |
|---|---|---|---|
| _____ | Phase II/Site Testing | _____ | Collection/Artifact Inventory |
| _____ | Phase III/Excavation | _____ | Report From Informant |
| _____ | Archival Investigation | _____ | Other: |
| _____ | Monitoring | _____ | |

30. Purpose of investigation:

| __X__ | Compliance | _____ | Site Inventory |
|---|---|---|---|
| _____ | Research | _____ | MHT Grant Project |
| _____ | Avocational | _____ | Other: |
| _____ | Regional Survey | _____ | |

31. Method of sampling (check all applicable):

| _____ | Non-systematic surface search | _____ | Excavation units |
|---|---|---|---|
| _____ | Systematic surface collection | _____ | Mechanical excavation |
| __X__ | Non-systematic shovel test pits | _____ | Remote sensing |
| __X__ | Systematic shovel test pits | _____ | Other: |
| | | _____ | |

32. Extent/nature of excavation: __30 1.5×1.5-ft round STPs excavated to a maximum depth of 2.5 feet below surface.__ __25-ft intervals for STPs within Project area, 50-ft intervals for STPs outside Project area. One STP excavated__ __at sub-15-ft interval near edge of landform.__

## F. SUPPORT DATA

33. Accompanying Data Form(s):

| | __X__ | Prehistoric |
|---|---|---|
| | __X__ | Historic |
| | _____ | Shipwreck |

34. Ownership: __X__ Private    _____ Federal    _____ State    _____ Local/County
_____ Unknown

35. Owner(s): Richard and Helen Marbury/Ava Morton and Marcia Gutrick
    Address:   6535 Ward Place/6605 Ward Place/Bryans Road, MD 20616
    Phone: _____
    Email: _____

36. Tenant and/or Local Contact:_____
    Address:  _____
    Phone: _____
    Email: _____

37. Other Known Investigations:_____
    _____
    _____
    _____
    _____
    _____

38. Primary report reference or citation:
    Phase I Archaeological Survey for Three Proposed Stream Mitigation Sites for the I-495/I-270 Managed Lanes Study, Anne Arundel, Charles, and Prince George's Counties, Maryland. Authored by Heather Millis, Jeff Johnson, Tracy Millis, and Bruce Idol, 2021.

39. Other Records (e.g. slides, photos, original field maps/notes, sonar, magnetic record)?
    _____ Slides       _X_ Field Record       _____ Other: _____
    _X_ Photos       _____ Sonar
    _X_ Field maps     _____ Magnetic record

40. If yes, location of records:  TRC Chapel Hill, NC____

41. Collections at Maryland Archeological Conservation (MAC) Lab or to be deposited at MAC Lab?
    _X_ Yes
    _____ No
    _____ Unknown

42. If NO or UNKNOWN, give owner: _____
    location:_____
    and brief description of collection:_____
    _____
    _____

43. Informant: _____
    Address: _____
    Phone: _____
    Email: _____

44. Site visited by Bruce Idol; Jeff Johnson_____
    Company/Group name:  TRC_____
    Address:  50101 Governors Drive, Suite 250, Chapel Hill, NC 27517
    Phone:  (919) 475-5507_____
    Email:  BIdol@TRCCompanies.com; JJohnson@TRCCompanies.com    Date: 10/6/2020

45. Form filled out by:  Jeff Johnson_____
    Company/Group name:  TRC_____
    Address:  50101 Governors Drive, Suite 250, Chapel Hill, NC 27517
    Phone:  (919) 475-5507_____
    Email:  JJohnson@TRCCompanies.com_____    Date: 1/18/2021

46. Site Summary/Additional Comments (append additional pages if needed):

Eight of the 30 shovel tests (including all survey and delineation shovel tests within 50 ft) produced artifacts; four of these eight (including one excavated at a sub-15 ft interval) were situated directly on or immediately off the toe crest, but outlying shovel tests 28 and 148 generated a single prehistoric period artifact each and encountered somewhat similar soils at that location. Four shovel tests produced prehistoric period artifacts only, two (25 and 148) contained historic and prehistoric period artifacts, and two (150 and 151) yielded only historic period artifacts. These artifacts were found in the two upper strata (A/Ap and E horizons) at depths no greater than 1.4 fbs. Except for shovel test 24 (which produced 24 pieces of debitage), the shovel tests each generated from one to five prehistoric period artifacts.

Site 18CH971 is associated with limited pre-contact period (likely Middle Woodland) and limited historic period (likely early through mid-20th century) use of this area. Only eight of the 27 shovel tests excavated on and in close proximity to the site produced artifacts, and all but one of these produced a relatively low number of artifacts. Shovel test 24, which produced 24 quartz and quartzite flakes, likely represents a very localized lithic tool maintenance episode. All of the historic and most (75%) of the pre-contact artifacts were found in the A/E interface zone, with only two pre-contact artifacts recovered from the E horizon and six from the A horizon. The pre-contact period artifacts may be associated with just one or a few short term resource procurement visits to the area, and the historic period artifacts are likely associated with the occupation that is more concentrated to the east outside the LOD and only peripherally represented in the project LOD. No evidence of intact substantial deposits or subsurface cultural features associated with either the historic or pre-contact period use of this area was found; the historic outbuilding foundation remnant is located well outside the LOD. It is possible that the portion of site 18CH971 located outside the project LOD, which was only investigated in a limited manner, could contain valuable data regarding pre-contact or historic period occupations of the area, but there is no evidence that meaningful artifact patterns or intact substantial deposits are located in the project area, and while there are several nearby historic structures, all of them are located well outside the project LOD. Site 18CH971 should be considered unassessed for NRHP eligibility, however, as expressed within the project LOD, the site does not appear to offer additional research potential and no further investigation of this site is recommended for this project as currently scoped

00013801

# MARYLAND ARCHEOLOGICAL SITE SURVEY: PREHISTORIC DATA FORM

Case 8:22-cv-02597-DKC   Document 68-2   Filed 10/06/23   Page 84 of 196

Site Number 18CH971

1.  Site type (check all applicable):
_____ village                                         _____ earthen mound
_____ hamlet                                          _____ shell midden
_____ base camp                                       _____ fish weir
_____ short-term resource procurement                 _____ submerged prehistoric
_____ lithic quarry/extraction                        ___X___ lithic scatter
_____ rockshelter/cave                                ___X___ unknown
_____ cairn                                           _____ other:
                                                        _____

2. Categories of aboriginal material or remains at site (check all applicable):
___X___ flaked stone                                    _____ human skeletal remains
_____ ground stone                                    _____ faunal implements/ornaments
_____ stone bowls                                     _____ faunal material
___X___ fire-cracked rock                               _____ oyster shell
_____ other lithics                                   _____ floral material
_____ ceramics (vessels)                              _____ unknown
_____ other fired clay                                _____ other:
                                                        _____

3. Lithic materials (check all applicable):
_____ jasper                                          _____ steatite
_____ chert                                           _____ sandstone
_____ rhyolite                                        _____ silicified sandstone
___X___ quartz                                          _____ ferruginous quartzite
___X___ quartzite                                       _____ European flint
_____ chalcedony                                      _____ basalt
_____ ironstone                                       _____ unknown
_____ argillite                                       _____ other:
                                                        _____

4. Diagnostics (choose from manual and give number recovered or observed):
   Unclassified Lanceolate PPK Fragment (1)_____       _____
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____

5. Features present:
_____ yes
_____ no
___X___ unknown

6. Types of features identified (check all applicable):
_____ midden                                          _____ chipping clusters
_____ shell midden                                    _____ refuse/storage pits
_____ postholes/molds                                 _____ burials
_____ house patterns                                  _____ ossuaries
_____ palisade                                        _____ unknown
_____ hearths                                         _____ other:
                                                        _____

00013802

7. Flotation samples collected:
     _____ yes
     __X__ no
     _____ unknown

           analyzed:
           _____ yes, by _____
           _____ no
           _____ unknown

8. Samples for radiocarbon dating collected:
     _____ yes
     __X__ no
     _____ unknown

     Dates and Lab Reference Nos. _____

9. Soil samples collected:
     _____ yes
     __X__ no
     _____ unknown

           analyzed:
           _____ yes, by _____
           _____ no
           _____ unknown

10. Other analyses (specify):_____
     _____
     _____
     _____

11. Additional comments:

The prehistoric period assemblage ($n$=35) includes the base of a lanceolate projectile point, an early stage biface fragment, and 33 pieces of unmodified debitage (17 of quartzite, 16 of quartz). The fragmentary projectile point is made of quartzite, and likely represents Middle Woodland component (Jack's Reef or Fox Creek); the biface fragment is made of quartz and appears to represent an early stage of reduction.

12. Form filled out by: Jeff Johnson
     Address/Company: TRC Chapel Hill, NC
           Date: 1/18/2021

# MARYLAND ARCHEOLOGICAL SITE SURVEY: HISTORIC DATA FORM

Site Number 18CH971

1.  Site class (check all applicable, check at least one from each group):
    a. __X__ domestic
       _____ industrial
       _____ transportation
       _____ military
       _____ sepulchre
       _____ religious

       .  _____ commercial
          _____ educational
          _____ non-domestic agricultural
          _____ unknown
          _____ other:
          _____

    b. _____ urban
       __X__ rural
       _____ unknown

    c. standing structure:
       __X__ yes
       _____ no
       _____ unknown

    d. above-grade/visible ruin:
       __X__ yes
       _____ no
       _____ unknown

2. Site Type (check all applicable):
   __X__ artifact concentration
   _____ possible structure
   _____ post-in-ground structure
   _____ frame structure
   _____ masonry structure
   _____ log structure
   __X__ farmstead
   _____ plantation
   _____ townsite
   _____ road/railroad
   _____ wharf/landing
   _____ bridge
   _____ ford

   _____ mill (specify:_____)
   _____ raceway
   _____ quarry
   _____ furnace/forge
   _____ other industrial (specify):
   _____
   _____ battlefield
   _____ military fortification
   _____ military encampment
   _____ cemetery
   _____ unknown
   _____ other:_____

3. Ethnic Association:
   _____ Native American
   _____ African American
   _____ Angloamerican
   _____ Hispanic American
   _____ Asian American

   _____ other Euroamerican (specify):
   _____
   __X__ unknown
   _____ other:
   _____

4. Categories of material remains present (check all applicable):
   __X__ ceramics
   __X__ bottle/table glass
   _____ other kitchen artifacts
   __X__ architecture
   _____ furniture
   _____ arms
   _____ clothing
   _____ personal items

   _____ tobacco pipes
   _____ activity items
   _____ human skeletal remains
   _____ faunal remains
   _____ floral remains
   _____ organic remains
   _____ unknown
   _____ other:
   _____

5. Diagnostics (choose from manual and give number recorded or observed):
   Gray Salt Glazed Stoneware (1)
   Press-Molded Depression Era Glassware (1)
   7-Up Green Glass Container (1)
   _____
   _____

   _____
   _____
   _____
   _____
   _____

6. Features present:
   - __X__ yes
   - _____ no
   - _____ unknown

7. Types of features present:

   - _____ construction feature
   - __X__ foundation
   - _____ cellar hole/storage cellar
   - _____ hearth/chimney base
   - _____ posthole/postmold
   - _____ paling ditch/fence
   - _____ privy
   - _____ well/cistern
   - _____ trash pit/dump
   - _____ sheet midden
   - _____ planting feature

   - _____ road/drive/walkway
   - _____ depression/mound
   - _____ burial
   - _____ railroad bed
   - _____ earthworks
   - _____ raceway
   - _____ wheel pit
   - _____ unknown
   - _____ other:
   - _____

8. Flotation samples collected:
   - _____ yes
   - __X__ no
   - _____ unknown

   analyzed:
   - _____ yes, by _____
   - _____ no
   - _____ unknown

9. Soil samples collected:
   - _____ yes
   - __X__ no
   - _____ unknown

   analyzed:
   - _____ yes, by _____
   - _____ no
   - _____ unknown

10. Other analyses (specify):_____
    _____
    _____
    _____

11. Additional comments:

The historic period artifacts include one undecorated gray salt glazed stoneware sherd, one press-molded glassware fragment, four unclassified glass container fragments, and two aqua window glass fragments. One small brick fragment was observed in shovel test 148, but not collected. The stoneware sherd represents a hollowware container and exhibits an unwashed interior (Figure 6.16a). Salt glazed stoneware is associated with early 18th to 20th century manufacture (Ketchum 1991). The glassware fragment is pale pink and is Depression-era (1920s–1950s) glass. One of the glass container fragments is 7-Up green in color, suggesting mid-20th century manufacture (SHA 2020); the other three are small fragments of colorless glass. The stoneware sherd was recovered from the ridge toe, but all of the other historic period artifacts were recovered from the higher elevation portion of the landform to the east—closer to the standing structures and the former structure locations as shown on historic mapping. Collectively, the historic period artifacts are likely associated with an early to mid-20th century occupation.

The remains of a concrete slab and cinder block foundation was identified in the wooded area between shovel tests 148 and 149, and shovel tests 150–152 were excavated near outbuildings within the backyard of a dwelling located approximately 70 ft north of the transect. A structure is depicted near the location of 18CH971 on early 20th century USGS (1913, 1923) topographic maps. A structure with outbuildings is depicted near the location of 18CH971 on the USGS 1944 Mount Vernon, VA topographic map, and the same structure is mapped at that location through the 1983 edition, at which point subsequent editions depict no structures in the vicinity. The dwelling and multiple outbuildings are visible on aerial photographs dating from 1957 through 2019, and the dwelling was still standing during the fieldwork in October 2020. All of these structures are located at least 100 ft outside the project LOD.

12. Form filled out by: Jeff Johnson
    Address/Company: TRC Chapel Hill, NC
    Date: 1/18/2021

00013806

# ARCHEOLOGICAL SITE SURVEY: BASIC DATA FORM

**Date Filed:** _____

Check if update: ☐

Maryland Department of Planning
*Maryland Historical Trust*
*Division of Historical and Cultural Programs*
100 Community Place
Crownsville, Maryland 21032

| Site Number: 18CH972 |
| County:  Charles |

## A.  DESIGNATION

1. Site Name:    Mill Swamp FS-2

2. Alternate Site Name/Numbers:

3. Site Type (describe site chronology and function; see instructions):
   Early Woodland lithic scatter; Late-19[th] to Mid-20[th] century domestic artifact scatter

4. Prehistoric ____X____      Historic ____X____      Unknown _____

5. Terrestrial ____X____      Submerged/Underwater _____      Both _____

## B.  LOCATION

6. USGS 7.5' Quadrangle(s):      | (For underwater sites)
   | NOAA Chart No.:
   |
   Mount Vernon, MD/VA    |
   (Photocopy section of quad or chart on page 4 and mark site location)

Latitude in decimal degrees _____      Longitude in decimal degrees _____

7. Maryland Archeological Research Unit Number: _____11_____

8. Physiographic Province (check one):
   _____ Allegany Plateau      _____ Lancaster/Frederick Lowland
   _____ Ridge and Valley      _____ Eastern Piedmont
   _____ Great Valley      ___X___ Western Shore Coastal Plain
   _____ Blue Ridge      _____ Eastern Shore Coastal Plain

9. Major Watershed/Underwater Zone (see instructions for map and list): _____Lower Potomac River_____

## C.  ENVIRONMENTAL DATA

10. Nearest Water Source:  _Unnamed Tributary of Mill Swamp_    Stream Order: _____

11. Closest Surface Water Type (check all applicable):
    _____ Ocean      ___X___ Freshwater Stream/River
    _____ Estuarine Bay/Tidal River      _____ Freshwater Swamp
    _____ Tidal or Marsh      _____ Lake or Pond
         _____ Spring

12. Distance from closest surface water:      __122__ meters (or ___400___ feet)

## C. ENVIRONMENTAL DATA [CONTINUED]

13. Current water speed: _____ knots     14. Water Depth: ___ meters

15. Water visibility: _____

16. SCS Soils Typology and/or Sediment Type: <u>LxD</u>

17. Topographic Settings (check all applicable):

| | | | |
|---|---|---|---|
| _____ Floodplain | _____ Hilltop/Bluff |
| _____ Interior Flat | _____ Upland Flat |
| __X__ Terrace | _____ Ridgetop |
| _____ Low Terrace | _____ Rockshelter/Cave |
| _____ High Terrace | _____ Unknown |
| _____ Hillslope | __X__ Other: |
| | <u>Knoll</u> |

18. Slope: <u>5-15%</u>

19. Elevation: <u>10</u> meters    (or <u>33</u> feet) above sea level

20. Land use at site when last field checked (check all applicable):

| | |
|---|---|
| __X__ Plowed/Tilled | _____ Extractive |
| _____ No-Till | _____ Military |
| _____ Wooded/Forested | _____ Recreational |
| _____ Logging/Logged | _____ Residential |
| _____ Underbrush/Overgrown | _____ Ruin |
| _____ Pasture | _____ Standing Structure |
| _____ Cemetery | _____ Transportation |
| _____ Commercial | _____ Unknown |
| _____ Educational | _____ Other: |
| | _____ |

21. Condition of site:

__X__ Disturbed
_____ Undisturbed
_____ Unknown

22. Cause of disturbance/destruction (check all applicable):

| | |
|---|---|
| __X__ Plowed | _____ Vandalized/Looted |
| __X__ Eroded/Eroding | _____ Dredged |
| _____ Graded/Contoured | _____ Heavy Marine Traffic |
| _____ Collected | _____ Other: |
| | _____ |

23. Extent of disturbance:

_____ Minor (0-10%)
__X__ Moderate (10-60%)
_____ Major (60-99%)
_____ Total (100%)
_____ % unknown

## C. ENVIRONMENTAL DATA [CONTINUED]

24. Describe site setting with respect to local natural and cultural landmarks (topography, hydrology, fences, structures, roads). Use continuation sheet if needed.

    The site is located on a knoll and is situated in an agricultural field, about 150 ft south of an abandoned barn. An unnamed tributary of Mill Swamp is located approximately 400 ft to the north of the site. The site is located to the north of Ward Place, which is a gravel road that intersects with Fenwick Road approximately 1,300 ft northwest of the site. The site is bounded by shovel tests to the east and south, but not to the northwest, therefore the site likely extends farther to the northwest.

25. Characterize site stratigraphy. Include a representative profile on separate sheet, if applicable. Address plowzone (presence/absence), subplowzone features and levels, if any, and how stratigraphy affects site integrity. Use continuation sheet if needed.

    All shovel tests and the test unit encountered similar stratigraphic sequences, consisting of a 0.6 to 1.3 ft thick brown (10YR 4/3) to yellowish brown (10YR 5/4) silt loam plowzone conformably overlying a strong brown (7.5YR 5/6), brown (7.5YR 5/3, 7.5YR 5/2), or brownish yellow (10YR 6/6) clay loam B horizon. These appear consistent with plowed Liverpool-Piccowaxen complex soils, which typically exhibit a silt loam A horizon over a silt loam E horizon extending to a depth of five inches. The underlying Bt horizon is described as silt loam in the upper part (to a depth of 13 inches) and clay loam in the lower part.

26. Site size: _____ meters by _____ meters (or ____250____ feet by ___200___ feet)

27. Draw a sketch map of the site and immediate environs, here or on separate sheet:



Photocopy section of quadrangle map(s) and mark site location with heavy dot or circle and arrow pointing to it.



## D. CONTEXT

28. Cultural Affiliation (check all applicable):

| PREHISTORIC | | HISTORIC: | | _____ UNKNOWN |
|---|---|---|---|---|
| _____ Unknown | | _____ Unknown | | |
| _____ Paleoindian | | 17th century | | |
| _____ Archaic | | _____ 1630-1675 | | |
| _____ Early Archaic | | _____ 1676-1720 | | |
| _____ Middle Archaic | | 18th century | | |
| _____ Late Archaic | | _____ 1721-1780 | | |
| _____ Terminal Archaic | | _____ 1781-1820 | | |
| _____ Woodland | | 19th century | | |
| _____ Adena | | _____ 1821-1860 | | |
| ___X___ Early Woodland | | ___X___ 1861-1900 | | |
| _____ Middle Woodland | | 20th century | | |
| _____ Late Woodland | | ___X___ 1901-1930 | | |
| | | ___X___ post-1930 | | |
| _____ CONTACT | | | | |

## E. INVESTIGATIVE DATA

29. Type of investigation:

| ___X___ Phase I | _____ Field Visit |
|---|---|
| _____ Phase II/Site Testing | _____ Collection/Artifact Inventory |
| _____ Phase III/Excavation | _____ Report From Informant |
| _____ Archival Investigation | _____ Other: |
| _____ Monitoring | _____ |

30. Purpose of investigation:

| ___X___ Compliance | _____ Site Inventory |
|---|---|
| _____ Research | _____ MHT Grant Project |
| _____ Avocational | _____ Other: |
| _____ Regional Survey | _____ |

31. Method of sampling (check all applicable):

| _____ Non-systematic surface search | ___X___ Excavation units |
|---|---|
| _____ Systematic surface collection | _____ Mechanical excavation |
| _____ Non-systematic shovel test pits | _____ Remote sensing |
| ___X___ Systematic shovel test pits | _____ Other: |
| | _____ |

32. Extent/nature of excavation: __48 1.5×1.5-ft round STPs excavated to a maximum depth of 1.9 feet below surface. 50-ft intervals for transect STPs, 25-ft intervals for delineation STPs. One 5×5-ft test unit excavated to a depth of 1.4 feet below surface.__

## F. SUPPORT DATA

33. Accompanying Data Form(s):

| | ___X___ Prehistoric |
|---|---|
| | ___X___ Historic |
| | _____ Shipwreck |

34. Ownership:   ___X___ Private    _____ Federal    _____ State    _____ Local/County

                 _____ Unknown

35. Owner(s):   Richard Garrett Marbury
     Address:    6610 Ward Place, Bryans Road, MD 20616
     Phone: _____
     Email: _____

36. Tenant and/or Local Contact:_____
     Address:    _____
     Phone: _____
     Email: _____

37. Other Known Investigations:_____
         _____
         _____
         _____
         _____
         _____

38. Primary report reference or citation:
     <u>Phase I Archaeological Survey for Three Proposed Stream Mitigation Sites for the I-495/I-270 Managed Lanes</u>
     <u>Study, Anne Arundel, Charles, and Prince George's Counties, Maryland. Authored by Heather Millis, Jeff Johnson,</u>
     <u>Tracy Millis, and Bruce Idol, 2021.</u>

39. Other Records (e.g. slides, photos, original field maps/notes, sonar, magnetic record)?
     _____ Slides          <u> X </u> Field Record         _____ Other: _____
     <u> X </u> Photos          _____ Sonar
     <u> X </u> Field maps       _____ Magnetic record

40. If yes, location of records: <u>  TRC Chapel Hill, NC    </u>

41. Collections at Maryland Archeological Conservation (MAC) Lab or to be deposited at MAC Lab?
     <u>  X  </u> Yes
     _____ No
     _____ Unknown

42. If NO or UNKNOWN, give owner: _____
     location:_____
     and brief description of collection:_____
         _____
         _____

43. Informant: _____
     Address:    _____
     Phone: _____
     Email: _____

44. Site visited by <u> Bruce Idol; Jeff Johnson     </u>
     Company/Group name: <u>   TRC      </u>
     Address: <u>  50101 Governors Drive, Suite 250, Chapel Hill, NC 27517  </u>
     Phone: <u>   (919) 475-5507        </u>
     Email: <u>   BIdol@TRCCompanies.com; JJohnson@TRCCompanies.com  </u>    Date: <u>10/7/2020</u>

45. Form filled out by: <u>   Jeff Johnson       </u>
     Company/Group name: <u>   TRC      </u>
     Address: <u>  50101 Governors Drive, Suite 250, Chapel Hill, NC 27517  </u>
     Phone: <u>   (919) 475-5507        </u>
     Email: <u>   JJohnson@TRCCompanies.com    </u>    Date: <u>1/18/2021</u>

00013812

46. Site Summary/Additional Comments (append additional pages if needed):

Historic period artifacts were found across the site but were generally more concentrated in the western portion of the site. Most shovel tests produced from one to five artifacts each, two contained from six to 10 artifacts, and only three shovel tests yielded more than 10 artifacts, although all 17 of the items from one of these are coal slag fragments. These three shovel tests (121 [eastern], 125 [south-central], and 163 [northwestern]) are located in different portions of the site and other than the concentration of coal slag in the eastern shovel test, contained both kitchen and architectural items. Artifact distribution patterns do not suggest a possible location for a former structure within the site boundary. Although the structure depicted on the early 20th century maps was likely located somewhere in this vicinity, no evidence of above-ground or subsurface cultural features was encountered during the investigation of site 18CH972.

The pre-contact component(s) on site 18CH972 is represented by a very low-density widely dispersed scatter of lithic artifacts. The Calvert PPK indicates an Early Woodland period component, although it is possible that the scattered other artifacts are associated with other pre-contact period visits to the site. The pre-contact period debitage assemblage represents very limited lithic reduction activities, while the PPK is suggestive of hunting activities. The recovery of six FCR suggests the potential for the presence (or at least former presence given the scattered nature of those artifacts) of a hearth type feature on the site, although no evidence of cultural features was found. The historic period component dates to the late 19th to 20th century and is likely associated with a structure that was located in this area until about 1923, but also likely contains artifacts distributed across the field during later uses of the site area for agricultural purposes. All of the pre-contact and historic artifacts were recovered from the plowzone and there are no discrete distributions of any types of artifact classes, possibly due to long term agricultural activities. Site 18CH972 appears to lack the integrity, clarity, and substantial deposits or cultural features that would allow it to provide substantive information regarding local pre-contact or historic period occupations. Site 18CH972 is recommended not eligible for the NRHP, and no further investigation of the site is recommended for this project as currently scoped.

00013813

Case 8:22-cv-02597-DKC    Document 68-2    Filed 10/06/23    Page 96 of 196

# MARYLAND ARCHEOLOGICAL SITE SURVEY: PREHISTORIC DATA FORM

Site Number 18CH972

1.  Site type (check all applicable):

| | |
|---|---|
| _____ village | _____ earthen mound |
| _____ hamlet | _____ shell midden |
| _____ base camp | _____ fish weir |
| _____ short-term resource procurement | _____ submerged prehistoric |
| _____ lithic quarry/extraction | __X__ lithic scatter |
| _____ rockshelter/cave | __X__ unknown |
| _____ cairn | _____ other: |
| | _____ |

2. Categories of aboriginal material or remains at site (check all applicable):

| | |
|---|---|
| __X__ flaked stone | _____ human skeletal remains |
| _____ ground stone | _____ faunal implements/ornaments |
| _____ stone bowls | _____ faunal material |
| __X__ fire-cracked rock | _____ oyster shell |
| _____ other lithics | _____ floral material |
| _____ ceramics (vessels) | _____ unknown |
| _____ other fired clay | _____ other: |
| | _____ |

3. Lithic materials (check all applicable):

| | |
|---|---|
| _____ jasper | _____ steatite |
| _____ chert | _____ sandstone |
| _____ rhyolite | _____ silicified sandstone |
| __X__ quartz | _____ ferruginous quartzite |
| __X__ quartzite | _____ European flint |
| _____ chalcedony | _____ basalt |
| _____ ironstone | _____ unknown |
| _____ argillite | _____ other: |
| | _____ |

4. Diagnostics (choose from manual and give number recovered or observed):

Calvert PPK (1)

5. Features present:

_____ yes
_____ no
__X__ unknown

6. Types of features identified (check all applicable):

| | |
|---|---|
| _____ midden | _____ chipping clusters |
| _____ shell midden | _____ refuse/storage pits |
| _____ postholes/molds | _____ burials |
| _____ house patterns | _____ ossuaries |
| _____ palisade | _____ unknown |
| _____ hearths | _____ other: |
| | _____ |

00013814

7. Flotation samples collected:

     \_\_\_\_\_ yes            analyzed:

     \_\_\_\_\_ yes            \_\_\_\_\_ yes, by \_\_\_\_\_

     <u>\_X\_</u> no             \_\_\_\_\_ no

     \_\_\_\_\_ unknown       \_\_\_\_\_ unknown

8. Samples for radiocarbon dating collected:

     \_\_\_\_\_ yes

     <u>\_X\_</u> no

     \_\_\_\_\_ unknown

     Dates and Lab Reference Nos. _____

9. Soil samples collected:

     \_\_\_\_\_ yes            analyzed:

     \_\_\_\_\_ yes            \_\_\_\_\_ yes, by \_\_\_\_\_

     <u>\_X\_</u> no             \_\_\_\_\_ no

     \_\_\_\_\_ unknown       \_\_\_\_\_ unknown

10. Other analyses (specify):_____

         _____

         _____

         _____

11. Additional comments:

The pre-contact period assemblage from 18CH972 consists of 10 artifacts, including a quartz Early Woodland period Calvert PPK, a quartz bipolar core fragment, one quartz flake, one quartzite flake, and five quartzite FCR. The asymmetrical PPK is complete, and is 36.2 mm long, 24.6 mm wide at the shoulders, and 7.9 mm thick. The stem is 10.9 mm in length and 10.5 mm in width. Five of the FCR were recovered from TU 1, and the remaining pre-contact artifacts were recovered from shovel tests. All of the pre-contact artifacts were found in the plowzone and all but three of these were found in levels that also contained historic artifacts. Half of the pre-contact period artifacts were found in TU 1, and the remainder were very lightly scattered across the site. Although the FCR may have been associated with a cultural feature, they were found in three different levels in TU 1, and no other indications of a cultural feature were found on this site. The pre-contact period assemblage from 18CH972 appears to indicate limited use of this area during at least the Early Woodland period but does not seem to be associated with a substantial pre-contact period occupation in this area.

12. Form filled out by: <u>Jeff Johnson</u>

    Address/Company: <u>TRC Chapel Hill, NC</u>

             Date: <u>1/18/2021</u>

# MARYLAND ARCHEOLOGICAL SITE SURVEY: HISTORIC DATA FORM

Site Number 18CH972

1. Site class (check all applicable, check at least one from each group):
   a. __X__ domestic
      _____ industrial
      _____ transportation
      _____ military
      _____ sepulchre
      _____ religious

      _____ commercial
      _____ educational
      _____ non-domestic agricultural
      _____ unknown
      _____ other:
      _____

   b. _____ urban
      __X__ rural
      _____ unknown

   c. standing structure:
      _____ yes
      __X__ no
      _____ unknown

   d. above-grade/visible ruin:
      _____ yes
      __X__ no
      _____ unknown

2. Site Type (check all applicable):
   __X__ artifact concentration
   _____ possible structure
   _____ post-in-ground structure
   _____ frame structure
   _____ masonry structure
   _____ log structure
   _____ farmstead
   _____ plantation
   _____ townsite
   _____ road/railroad
   _____ wharf/landing
   _____ bridge
   _____ ford

   _____ mill (specify:_____)
   _____ raceway
   _____ quarry
   _____ furnace/forge
   _____ other industrial (specify):
   _____
   _____ battlefield
   _____ military fortification
   _____ military encampment
   _____ cemetery
   _____ unknown
   _____ other:_____

3. Ethnic Association:
   _____ Native American
   _____ African American
   _____ Angloamerican
   _____ Hispanic American
   _____ Asian American

   _____ other Euroamerican (specify):
   _____
   __X__ unknown
   _____ other:
   _____

4. Categories of material remains present (check all applicable):
   __X__ ceramics
   __X__ bottle/table glass
   _____ other kitchen artifacts
   __X__ architecture
   __X__ furniture
   __X__ arms
   _____ clothing
   _____ personal items

   _____ tobacco pipes
   __X__ activity items
   _____ human skeletal remains
   _____ faunal remains
   _____ floral remains
   _____ organic remains
   __X__ unknown
   _____ other:
   _____

5. Diagnostics (choose from manual and give number recorded or observed):
   Machine made bead finish glass bottle rim (1) _____
   Milk glass canning jar lid liner fragment (3) _____
   Phonograph record fragment (1) _____
   Whiteware tableware sherd (4) _____
   Amethyst tint glass container fragment (2) _____
   Amethyst tint glassware fragment (2) _____

00013816

6. Features present:

    _____ yes
    __X__ no
    _____ unknown

7. Types of features present:

_____ construction feature
_____ foundation
_____ cellar hole/storage cellar
_____ hearth/chimney base
_____ posthole/postmold
_____ paling ditch/fence
_____ privy
_____ well/cistern
_____ trash pit/dump
_____ sheet midden
_____ planting feature

_____ road/drive/walkway
_____ depression/mound
_____ burial
_____ railroad bed
_____ earthworks
_____ raceway
_____ wheel pit
_____ unknown
_____ other:
_____

8. Flotation samples collected:

    _____ yes
    __X__ no
    _____ unknown

analyzed:

_____ yes, by _____
_____ no
_____ unknown

9. Soil samples collected:

    _____ yes
    __X__ no
    _____ unknown

analyzed:

_____ yes, by _____
_____ no
_____ unknown

10. Other analyses (specify):_____
    _____
    _____
    _____

11. Additional comments:

A total of 108 historic artifacts were recovered from 18CH972, including 76 from shovel tests and 32 from TU 1, all from the plowzone. The historic artifacts from 18CH972 include four undecorated whiteware sherds, one molded porcelain sherd, three glass canning jar lid liner fragments, one colorless glass bottle fragment, 31 container glass fragments (24 colorless, two aqua, two amethyst tinted, and three amber), one press-molded amethyst tinted glassware fragment, three colorless glassware fragments, one small fragment of a phonograph record, one modern bullet, one cast iron stove leg, 28 pieces of window glass (aqua tinted), one cut nail, three wire nails, five brick fragments, two unclassified metal objects, one unclassified plastic object, and 21 pieces of coal slag. All of these are the product of late 19th to 20th century manufacture. Most are kitchen and architectural group items, with activities, arms, and furniture groups each represented by a single artifact. The assemblage suggests a domestic occupation of this area, likely associated with a structure depicted in the vicinity of the site on early 20th century maps (e.g., Smith and Rose 1922; USGS 1913, 1923). No structure is shown in this location on maps dating from 1925 through 1965, although the abandoned barn located just north of the site is shown on maps dating to 1968 and 1971, and is depicted as a residential structure on maps dating to 1981 and 1983 (USGS 1925, 1934, 1939, 1945, 1965, 1968, 1971, 1981, 1983). Historic period artifacts were found across the site but were generally more concentrated in the western portion of the site. Most shovel tests produced from one to five artifacts each, two contained from six to 10 artifacts, and only three shovel tests yielded more than 10 artifacts, although all 17 of the items from one of these are coal slag fragments. These three shovel tests (121 [eastern], 125 [south-central], and 163 [northwestern]) are located in different portions of the site and other than the concentration of coal slag in the eastern shovel test, contained both kitchen and architectural items. Artifact distribution patterns do not suggest a possible location for a former structure within the site boundary. Although the structure depicted on the early 20th century maps was likely located somewhere in this vicinity, no evidence of above-ground or subsurface cultural features was encountered during the investigation of site 18CH972.

12. Form filled out by: Jeff Johnson_____
    Address/Company: TRC Chapel Hill, NC_____
    Date: 1/18/2021_____

00013818

MARYLAND INVENTORY OF HISTORIC PROPERTIES

# ARCHEOLOGICAL SITE SURVEY: BASIC DATA FORM

**Date Filed:**

Check if update: ☑



Maryland Department of Planning
**Maryland Historical Trust**
**Division of Historical and Cultural Programs**
100 Community Place
Crownsville, Maryland 21032

| Site Number: 18PR111 |
|---|
| County: Prince George's |

## A. DESIGNATION

1. Site Name:     Paint Branch FS 9

2. Alternate Site Name/Numbers:     ARC site

3. Site Type (describe site chronology and function; see instructions):
   Unidentified prehistoric short-term resource procurement site with a historic stoneware sherd from a secondary context

4. Prehistoric ___x___     Historic ___x___     Unknown _____

5. Terrestrial ___x___     Submerged/Underwater _____     Both _____

## B. LOCATION

6. USGS 7.5' Quadrangle(s):     Beltsville     | (For underwater sites)
                                               | NOAA Chart No.:
                                               |
                                               |

(Photocopy section of quad or chart on page 4 and mark site location)

Latitude in decimal degrees _____     Longitude in decimal degrees _____

7. Maryland Archeological Research Unit Number:     ___11___

8. Physiographic Province (check one):
   _____ Allegany Plateau          _____ Lancaster/Frederick Lowland
   _____ Ridge and Valley          _____ Eastern Piedmont
   _____ Great Valley              ___x___ Western Shore Coastal Plain
   _____ Blue Ridge                _____ Eastern Shore Coastal Plain

9. Major Watershed/Underwater Zone (see instructions for map and list):     Washington Metro

## C. ENVIRONMENTAL DATA

10. Nearest Water Source: _unnamed tributary of Paint Branch_     Stream Order: _____

11. Closest Surface Water Type (check all applicable):
    _____ Ocean                    ___x___ Freshwater Stream/River
    _____ Estuarine Bay/Tidal River _____ Freshwater Swamp
    _____ Tidal or Marsh           _____ Lake or Pond
                                     _____ Spring

12. Distance from closest surface water:     _6.1_ meters (or ___20___ feet)

## C. ENVIRONMENTAL DATA [CONTINUED]

13. Current water speed: _____ knots     14. Water Depth: ____ meters

15. Water visibility: _____

16. SCS Soils Typology and/or Sediment Type: <u>RcA/CF</u>

17. Topographic Settings (check all applicable):

| | | | |
|---|---|---|---|
| _x_ Floodplain | | _____ Hilltop/Bluff |
| _____ Interior Flat | | _____ Upland Flat |
| _x_ Terrace | | _____ Ridgetop |
| _____ Low Terrace | | _____ Rockshelter/Cave |
| _____ High Terrace | | _____ Unknown |
| _____ Hillslope | | _____ Other: |
| | | _____ |

18. Slope: _0%_

19. Elevation: ____ meters    (or <u>102</u> feet)   above sea level

20. Land use at site when last field checked (check all applicable):

| | | |
|---|---|---|
| _x_ Plowed/Tilled | _____ Extractive |
| _____ No-Till | _____ Military |
| _____ Wooded/Forested | _____ Recreational |
| _____ Logging/Logged | _____ Residential |
| _____ Underbrush/Overgrown | _____ Ruin |
| _____ Pasture | _____ Standing Structure |
| _____ Cemetery | _____ Transportation |
| _____ Commercial | _____ Unknown |
| _____ Educational | _____ Other: |
| | _____ |

21. Condition of site:
- __x__ Disturbed
- _____ Undisturbed
- _____ Unknown

22. Cause of disturbance/destruction (check all applicable):

| | | |
|---|---|---|
| _x_ Plowed | _____ Vandalized/Looted |
| _____ Eroded/Eroding | _____ Dredged |
| _____ Graded/Contoured | _____ Heavy Marine Traffic |
| _____ Collected | _____ Other: |
| | _____ |

23. Extent of disturbance:
- __x__ Minor (0-10%)
- _____ Moderate (10-60%)
- _____ Major (60-99%)
- _____ Total (100%)
- _____ % unknown

00013820

## C. ENVIRONMENTAL DATA [CONTINUED]

24. Describe site setting with respect to local natural and cultural landmarks (topography, hydrology, fences, structures, roads). Use continuation sheet if needed.

The site is located within an agricultural field within the USDA BARC South Farm and situated on a T1 and T2 terrace of Paint Branch to the east and an unnamed tributary immediately to the south. At the time of the investigation, the site was located in a recently cultivated soybean field.

25. Characterize site stratigraphy. Include a representative profile on separate sheet, if applicable. Address plowzone (presence/absence), subplowzone features and levels, if any, and how stratigraphy affects site integrity. Use continuation sheet if needed.

The stratigraphy was highly variable across the site. One profile involved a silt loam Ap horizon (0–0.9 feet), a sandy loam Bw1 horizon (0.9–1.9 fbs), a sandy loam Bw2 horizon (1.9–2.9 fbs), and a medium sand with 20% large cobbles C horizon (2.9–3.3+ fbs). A second sequence involved a silt loam Ap1 horizon (0–0.9 fbs), a silt loam Ap2 horizon (0.9–1.2 fbs), a silt loam Bw1 horizon (1.2–1.5 fbs), a silt loam Bw2 horizon (1.5–2.0 fbs), a silt loam Bwg3 horizon (2.0–2.5 fbs), and a sandy C1 horizon (2.5–3.4 fbs). Auguring extended this profile to include a sandy clay with mineral staining Btg4 horizon (3.4–3.8 fbs), a sandy C2 horizon (3.8–4.2 fbs), a sandy C3 horizon (4.2–6.3 fbs), and a II C channel gravel and cobbles (6.3+ fbs). A third profile displayed a silt loam Ap (0–0.6 fbs), a sandy loam flood episode C1 horizon (0.6–0.8 fbs), a silt loam B1 horizon (0.8–1.3 fbs), a silt loam incipient buried Ab1 horizon (1.1–1.3 fbs), a sandy loam flood deposit C2 horizon (1.3–1.5 fbs), a silt loam incipient buried Ab2 horizon (1.5–1.8 fbs), a sandy C3 horizon (1.8–2.5 fbs), and a silt loam incipient buried Ab3 horizon (2.5–3.3 fbs). A fourth profile involved an Ap horizon (0–0.9 fbs) of brown (10YR 4/3) silt loam with 20% gravel; a Bt1 horizon (0.9–1.9 fbs) of yellowish brown (10YR 5/8) silty clay; a Bt2 horizon (1.9–3.0 fbs) of yellowish brown (10YR 5/4) clay loam with redox staining; a Bt3 horizon (3.0–3.2 fbs) of yellowish brown (10YR 5/2) clay loam with redox staining; and C horizon of gravel that was encountered at 3.2 fbs. A fifth shovel test profile consists of an Ap over C horizon and involved an Ap horizon (0–0.9 fbs) of brown (10YR 4/3) silt loam with 20% gravel; a C1 horizon (0.9–2.1 fbs) of yellowish brown (10YR 5/6) sand with 50% gravel and cobbles; and a C2 horizon (2.1–3.3+ fbs) of brownish yellow (10YR 6/8) sand with 50% gravel and cobbles.

26. Site size: __107.5__ meters by __88.8__ meters (or __353__ feet by __291__ feet)

27. Draw a sketch map of the site and immediate environs, here or on separate sheet:



Photocopy section of quadrangle map(s) and mark site location with heavy dot or circle and arrow pointing to it.



## D.  CONTEXT

28.  Cultural Affiliation (check all applicable):

PREHISTORIC                              HISTORIC:                          _____ UNKNOWN
_____ Unknown                          _____ Unknown
_____ Paleoindian                      17th century
_____ Archaic                          _____ 1630-1675
_____ Early Archaic                    _____ 1676-1720
_____ Middle Archaic                   18th century
_____ Late Archaic                     _____ 1721-1780
_____ Terminal Archaic                 _____ 1781-1820
_____ Woodland                         19th century
_____ Adena                            _____ 1821-1860
_____ Early Woodland                   ___x___ 1861-1900
_____ Middle Woodland                  20th century
_____ Late Woodland                    ___x___ 1901-1930
                                         _____ post-1930
_____ CONTACT

## E. INVESTIGATIVE DATA

29.  Type of investigation:
    ___x__ Phase I                          _____ Field Visit
    _____ Phase II/Site Testing            _____ Collection/Artifact Inventory
    _____ Phase III/Excavation             _____ Report From Informant
    _____ Archival Investigation           _____ Other:
    _____ Monitoring                       _____

30.  Purpose of investigation:
    ___x__ Compliance                        _____ Site Inventory
    _____ Research                         _____ MHT Grant Project
    _____ Avocational                      _____ Other:
    _____ Regional Survey                  _____

31.  Method of sampling (check all applicable):
    _____ Non-systematic surface search    _____ Excavation units
    ___x___ Systematic surface collection    _____ Mechanical excavation
    _____ Non-systematic shovel test pits  _____ Remote sensing
    ___x___ Systematic shovel test pits     _____ Other:
                                                          _____

32.  Extent/nature of excavation:  ___26 1.5 ft diameter (45 cm) shovel tests were excavated across the southern portion of the site at 25 ft (7.5m) intervals. The shovel tests were excavated by natural soil strata to the C horizon or Pleistocene soils and screened through ¼" mesh. Five of the shovel tests yielded cultural material.___
_____

## F. SUPPORT DATA

33.  Accompanying Data Form(s):        ___x___ Prehistoric
                                        ___x___ Historic
                                        _____ Shipwreck

34.  Ownership:    _____ Private    ___x___ Federal    _____ State    _____ Local/County
                   _____ Unknown

35. Owner(s): <u>US Department of Agriculture</u>
    Address: _____
    Phone: _____
    Email: _____

36. Tenant and/or Local Contact: <u>Beltsville Agricultural Research Center</u>
    Address: _____
    Phone: _____
    Email: _____

37. Other Known Investigations: <u>Wayne Clark conducted a survey of the BARC in 1973</u>
    _____
    _____
    _____
    _____
    _____

38. Primary report reference or citation:
<u>Phase I Archaeological Survey for Three Proposed Stream Mitigation Sites for the I-495/I-270 Managed Lanes Study,</u>
<u>Anne Arundel, Charles, and Prince George's Counties, Maryland. Authored by Heather Millis, Jeff Johnson, Tracy Millis,</u>
<u>and Bruce Idol, 2021.</u>

39. Other Records (e.g. slides, photos, original field maps/notes, sonar, magnetic record)?
    _____ Slides            __x__ Field record            _____ Other: _____
    __x__ Photos            _____ Sonar
    __x__ Field maps        _____ Magnetic record

40. If yes, location of records: <u>TRC Chapel Hill, NC</u>

41. Collections at Maryland Archeological Conservation (MAC) Lab or to be deposited at MAC Lab?
    __x__ Yes
    _____ No
    _____ Unknown

42. If NO or UNKNOWN, give owner: _____
    location: _____
    and brief description of collection: _____
    _____
    _____

43. Informant: _____
    Address: _____
    Phone: _____
    Email: _____

44. Site visited by <u>Tracy L. Millis</u>
    Company/Group name: <u>TRC Environmental Corporation</u>
    Address: <u>50101 Governors Drive Suite 250, Chapel Hill, NC</u>
    Phone: <u>(919) 475-5507</u>
    Email: <u>tmillis@trccompanies.com</u>                    Date: <u>12/1/2020</u>

45. Form filled out by: <u>Tracy L. Millis</u>
    Company/Group name: <u>TRC Environmental Corporation</u>
    Address: <u>50101 Governors Drive Suite 250, Chapel Hill, NC</u>
    Phone: <u>(919) 475-5507</u>
    Email: <u>tmillis@trccompanies.com</u>                    Date: <u>1/19/2021</u>

46. Site Summary/Additional Comments (append additional pages if needed):

Although the former boundary of previously recorded site 18PR111 did not extended into the project LOD, project results indicate that the boundary of this site should be revised to extend to the south and east, within the Tributary 1 section project LOD. The revised site boundary is defined to the south, west, and east by negative shovel tests and Tributary 1, but the site extends to the north onto the higher T2 terrace well outside of the project LOD and no investigation was conducted in that direction. This broadly dispersed (vertically and horizontally) and low-density scatter of lithic materials is likely associated with resource procurement activities conducted during multiple pre-contact periods. As a majority of the site is located outside the project LOD and most of that area was not investigated, the NRHP eligibility of this site is considered unassessed; however, the portion of the site located within the project LOD does not appear to contain substantial intact deposits or cultural features that could provide new or important information regarding the pre-contact or historic period occupations of this area and no further archaeological investigation of this site is recommended for this project as scoped.

# MARYLAND ARCHEOLOGICAL SITE SURVEY: PREHISTORIC DATA FORM

Site Number 18PR111

1. Site type (check all applicable):

| | | | |
|---|---|---|---|
| _____ village | | _____ earthen mound | |
| _____ hamlet | | _____ shell midden | |
| _____ base camp | | _____ fish weir | |
| __x__ short-term resource procurement | | _____ submerged prehistoric | |
| _____ lithic quarry/extraction | | __x__ lithic scatter | |
| _____ rockshelter/cave | | _____ unknown | |
| _____ cairn | | _____ other: | |
| | | _____ | |

2. Categories of aboriginal material or remains at site (check all applicable):

| | |
|---|---|
| __x__ flaked stone | _____ human skeletal remains |
| _____ ground stone | _____ faunal implements/ornaments |
| _____ stone bowls | _____ faunal material |
| __x__ fire-cracked rock | _____ oyster shell |
| _____ other lithics | _____ floral material |
| _____ ceramics (vessels) | _____ unknown |
| _____ other fired clay | _____ other: |
| | _____ |

3. Lithic materials (check all applicable):

| | |
|---|---|
| _____ jasper | _____ steatite |
| _____ chert | _____ sandstone |
| __x__ rhyolite | _____ silicified sandstone |
| __x__ quartz | _____ ferruginous quartzite |
| __x__ quartzite | _____ European flint |
| _____ chalcedony | _____ basalt |
| _____ ironstone | _____ unknown |
| _____ argillite | _____ other: |
| | _____ |

4. Diagnostics (choose from manual and give number recovered or observed):

_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____

5. Features present:

_____ yes
_____ no
__X__ unknown

6. Types of features identified (check all applicable):

| | |
|---|---|
| _____ midden | _____ chipping clusters |
| _____ shell midden | _____ refuse/storage pits |
| _____ postholes/molds | _____ burials |
| _____ house patterns | _____ ossuaries |
| _____ palisade | _____ unknown |
| _____ hearths | _____ other: |
| | _____ |

00013826

7. Flotation samples collected:

      _____ yes

      ___x___ no

      _____ unknown

analyzed:

      _____ yes, by _____

      _____ no

      _____ unknown

8. Samples for radiocarbon dating collected:

      _____ yes

      ___x___ no

      _____ unknown

      Dates and Lab Reference Nos. _____

9. Soil samples collected:

      _____ yes

      ___x___ no

      _____ unknown

analyzed:

      _____ yes, by _____

      _____ no

      _____ unknown

10. Other analyses (specify):_____

      _____

      _____

      _____

11. Additional comments:

The project pre-contact assemblage associated with site 18PR111 consists of one rhyolite and one quartzite flake recovered from the surface; two quartz flakes recovered from a fill layer; one quartz biface fragment, one quartz core fragment, one quartzite FCR, two quartzite flakes, one piece of quartz shatter, one quartz flake, and one rhyolite flake recovered from the Ap horizon; one quartzite flake found in the Ab2 horizon; one quartz, two quartzite, and three rhyolite flakes found in the Bw1 horizon; and two rhyolite flakes found in the Bw2 horizon. Fourteen of the 21 pre-contact period artifacts, including the core and the FCR, were recovered from N500 E500 (ST 7.12), although almost half of these (n=6) were found in the disturbed plowzone. Only four of the other 25 shovel tests excavated across the site produced cultural material, and with the exception of the two pre-contact artifacts found in a fill layer, each of these produced only a single artifact. Although nine of the 21 pre-contact period artifacts were recovered from the potentially undisturbed Ab2 (Stratum VI), Bw1 (Stratum II), and Bw2 (Stratum III) horizons, these are all non-diagnostic pieces of debitage, and the site artifacts in general are very lightly and widely distributed vertically, offering no suggestions for any specific concentration areas within a particular stratum. The pre-contact period artifacts from 18PR111 are likely associated with multiple visits to the area for resource procurement purposes, probably occurring during multiple pre-contact periods.

12. Form filled out by:_____Tracy L. Millis_____

    Address/Company:_____TRC Environmental Corporation_____

             Date:_____January 19, 2021_____

00013827

# MARYLAND ARCHEOLOGICAL SITE SURVEY: HISTORIC DATA FORM

Site Number 18PR111

1. Site class (check all applicable, check at least one from each group):

   a. _____ domestic
      _____ industrial
      _____ transportation
      _____ military
      _____ sepulcher
      _____ religious

   .  _____ commercial
      _____ educational
      _____ non-domestic agricultural
      _____ unknown
      __x__ other:
      _____

   b. _____ urban
      __x__ rural
      _____ unknown

   c. standing structure:
      _____ yes
      __x__ no
      _____ unknown

   d. above-grade/visible ruin:
      _____ yes
      __x__ no
      _____ unknown

2. Site Type (check all applicable):

   _____ artifact concentration
   _____ possible structure
   _____ post-in-ground structure
   _____ frame structure
   _____ masonry structure
   _____ log structure
   _____ farmstead
   _____ plantation
   _____ townsite
   _____ road/railroad
   _____ wharf/landing
   _____ bridge
   _____ ford

   _____ mill (specify:_____)
   _____ raceway
   _____ quarry
   _____ furnace/forge
   _____ other industrial (specify):
   _____
   _____ battlefield
   _____ military fortification
   _____ military encampment
   _____ cemetery
   __x__ unknown
   _____ other:_____

3. Ethnic Association:

   _____ Native American
   _____ African American
   _____ Angloamerican
   _____ Hispanic American
   _____ Asian American

   _____ other Euroamerican (specify):
   _____
   __x__ unknown
   _____ other:
   _____

4. Categories of material remains present (check all applicable):

   __x__ ceramics
   _____ bottle/table glass
   _____ other kitchen artifacts
   _____ architecture
   _____ furniture
   _____ arms
   _____ clothing
   _____ personal items

   _____ tobacco pipes
   _____ activity items
   _____ human skeletal remains
   _____ faunal remains
   _____ floral remains
   _____ organic remains
   _____ unknown
   _____ other:
   _____

5. Diagnostics (choose from manual and give number recorded or observed):

   Bristol type stoneware (n=1)
   _____     _____
   _____     _____
   _____     _____
   _____     _____

6.  Features present:

       _____yes

       \_\_\_x\_\_\_no

       _____unknown

7.  Types of features present:

| | |
|---|---|
| _____ construction feature | _____ road/drive/walkway |
| _____ foundation | _____ depression/mound |
| _____ cellar hole/storage cellar | _____ burial |
| _____ hearth/chimney base | _____ railroad bed |
| _____ posthole/postmold | _____ earthworks |
| _____ paling ditch/fence | _____ raceway |
| _____ privy | _____ wheel pit |
| _____ well/cistern | _____ unknown |
| _____ trash pit/dump | _____ other: |
| _____ sheet midden | _____ |
| _____ planting feature | |

8. Flotation samples collected:            analyzed:

      _____ yes                _____ yes, by _____

      \_\_\_x\_\_ no                _____ no

      _____ unknown        _____ unknown

9. Soil samples collected:               analyzed:

      _____ yes                _____ yes, by _____

      \_\_\_x\_\_ no                _____ no

      _____ unknown        _____ unknown

10. Other analyses (specify):_____

        _____

        _____

        _____

11. Additional comments:

The single historic period artifact found on 18PR111 during the project survey is an undecorated Bristol stoneware sherd recovered from fill deposits in a shovel test located along the farm road. It is likely associated with the documented 19th through early 20th century use of the area but is not associated with a significant historic resource in this area.

12.  Form filled out by:\_\_\_\_Tracy L. Millis_____

       Address/Company:\_\_\_\_TRC Environmental Corporation\_\_\_\_

                Date:\_\_\_\_January 19, 2021_____

00013830

# ARCHEOLOGICAL SITE SURVEY: BASIC DATA FORM

**Date Filed:** _____

Check if update: √



Maryland Department of Planning
***Maryland Historical Trust***
***Division of Historical and Cultural Programs***
100 Community Place
Crownsville, Maryland 21032

| Site Number: 18PR113 |
| County:  Prince George's |

## A. DESIGNATION

1. Site Name:    Paint Branch FS-1 _____

2. Alternate Site Name/Numbers: _____

3. Site Type (describe site chronology and function; see instructions):
   Woodland and possibly Late Archaic period short-term resource procurement site _____
   _____

4. Prehistoric ___x___          Historic _____          Unknown _____

5. Terrestrial ___x___          Submerged/Underwater _____          Both _____

## B. LOCATION

6. USGS 7.5' Quadrangle(s):     Beltsville

   | (For underwater sites)
   | NOAA Chart No.:
   |
   |

   (Photocopy section of quad or chart on page 4 and mark site location)

Latitude in decimal degrees _____     Longitude in decimal degrees _____

7. Maryland Archeological Research Unit Number:     __11__

8. Physiographic Province (check one):
   _____ Allegany Plateau          _____ Lancaster/Frederick Lowland
   _____ Ridge and Valley          _____ Eastern Piedmont
   _____ Great Valley              ___x___ Western Shore Coastal Plain
   _____ Blue Ridge                _____ Eastern Shore Coastal Plain

9. Major Watershed/Underwater Zone (see instructions for map and list):     Washington Metro

## C. ENVIRONMENTAL DATA

10. Nearest Water Source:  unnamed tributary of Paint Branch          Stream Order: _____

11. Closest Surface Water Type (check all applicable):
    _____ Ocean                       ___x___ Freshwater Stream/River
    _____ Estuarine Bay/Tidal River   _____ Freshwater Swamp
    _____ Tidal or Marsh              _____ Lake or Pond
                                         _____ Spring

12. Distance from closest surface water:     __4__ meters (or __14__ feet)

## C. ENVIRONMENTAL DATA [CONTINUED]

13. Current water speed: _____ knots          14. Water Depth: ___ meters

15. Water visibility: _____

16. SCS Soils Typology and/or Sediment Type: __RcB____

17. Topographic Settings (check all applicable):

| | | | |
|---|---|---|---|
| _____ Floodplain | | _____ Hilltop/Bluff |
| _____ Interior Flat | | _____ Upland Flat |
| _____ Terrace | | _____ Ridgetop |
| ___x___ Low Terrace | | _____ Rockshelter/Cave |
| ___x___ High Terrace | | _____ Unknown |
| _____ Hillslope | | _____ Other: |
| | | _____ |

18. Slope: __2–5%__

19. Elevation: ____ meters   (or __98__ feet)  above sea level

20. Land use at site when last field checked (check all applicable):

| | | | |
|---|---|---|---|
| _____ Plowed/Tilled | | _____ Extractive |
| _____ No-Till | | _____ Military |
| ___x___ Wooded/Forested | | _____ Recreational |
| _____ Logging/Logged | | _____ Residential |
| _____ Underbrush/Overgrown | | _____ Ruin |
| ___x___ Pasture | | _____ Standing Structure |
| _____ Cemetery | | _____ Transportation |
| _____ Commercial | | _____ Unknown |
| _____ Educational | | _____ Other: |
| | | _____ |

21. Condition of site:
   - ___x___ Disturbed
   - _____ Undisturbed
   - _____ Unknown

22. Cause of disturbance/destruction (check all applicable):

| | | | |
|---|---|---|---|
| ___x___ Plowed | | _____ Vandalized/Looted |
| _____ Eroded/Eroding | | _____ Dredged |
| _____ Graded/Contoured | | _____ Heavy Marine Traffic |
| _____ Collected | | _____ Other: |
| | | _____ |

23. Extent of disturbance:
   - ___x___ Minor (0-10%)
   - _____ Moderate (10-60%)
   - _____ Major (60-99%)
   - _____ Total (100%)
   - _____ % unknown

## C. ENVIRONMENTAL DATA [CONTINUED]

24. Describe site setting with respect to local natural and cultural landmarks (topography, hydrology, fences, structures, roads). Use continuation sheet if needed.

The site is located on USDA BARC property within the I-495/I-95 exchange west of Paint Branch, south of I-495, and east of I-95. It is located on the first and second terraces adjacent to Paint Branch and downcut by a small unnamed stream to the north. A ridge nose is located to the north of the unnamed stream, and a paved farm road is located to the south of the site.

25. Characterize site stratigraphy. Include a representative profile on separate sheet, if applicable. Address plowzone (presence/absence), subplowzone features and levels, if any, and how stratigraphy affects site integrity. Use continuation sheet if needed.

The site area is characterized stratigraphically by a silt loam plowzone (Ap horizon), a series of two or three silty clay loam cambic B horizons (Bw1, Bw2, and Bw3), and a coarse wet sand C horizon overlying gravel bedload. Cultural material associated with the western part of the site and landform were recovered from Strata III and IV (Bw horizons) between 2.63–2.95 fbs and just above a C horizon of coarse sand. One small triangular projectile point from Stratum IV (Bw horizon) at 2.5–2.75 fbs suggests that this level is associated with the Woodland period. In contrast, in shovel tests excavated to the southeast, artifacts gradually began occurring higher in the soil column. As the site ascends onto the T2 terrace, the cultural material appears to only be present in Strata I and II (Ap and Bw horizons), and no cultural material was found in the lower 2.63–3.3 fbs levels like the western side of the site. One sherd from Stratum I (really Stratum II since the Ap horizon was not present) suggests that this upper cultural level is also Woodland. FCR were recovered in one shovel test from a dark organic layer that may represent a prehistoric pit feature.

26. Site size: __60__ meters by __23__ meters (or _____ feet by _____ feet)

27. Draw a sketch map of the site and immediate environs, here or on separate sheet:



00013833

Photocopy section of quadrangle map(s) and mark site location with heavy dot or circle and arrow pointing to it.



## D. CONTEXT

28.  Cultural Affiliation (check all applicable):

| PREHISTORIC | HISTORIC: | _____ UNKNOWN |
|---|---|---|
| _____ Unknown | _____ Unknown | |
| _____ Paleoindian | 17th century | |
| _____ Archaic | _____ 1630-1675 | |
| _____ Early Archaic | _____ 1676-1720 | |
| _____ Middle Archaic | 18th century | |
| _____ Late Archaic | _____ 1721-1780 | |
| _____ Terminal Archaic | _____ 1781-1820 | |
| __x__ Woodland | 19th century | |
| _____ Adena | _____ 1821-1860 | |
| _____ Early Woodland | _____ 1861-1900 | |
| _____ Middle Woodland | 20th century | |
| _____ Late Woodland | _____ 1901-1930 | |
| | _____ post-1930 | |
| _____ CONTACT | | |

## E. INVESTIGATIVE DATA

29.  Type of investigation:

| | |
|---|---|
| __x__ Phase I | _____ Field Visit |
| _____ Phase II/Site Testing | _____ Collection/Artifact Inventory |
| _____ Phase III/Excavation | _____ Report From Informant |
| _____ Archival Investigation | _____ Other: |
| _____ Monitoring | _____ |

30.  Purpose of investigation:

| | |
|---|---|
| __x__ Compliance | _____ Site Inventory |
| _____ Research | _____ MHT Grant Project |
| _____ Avocational | _____ Other: |
| _____ Regional Survey | _____ |

31.  Method of sampling (check all applicable):

| | |
|---|---|
| _____ Non-systematic surface search | __x__ Excavation units |
| _____ Systematic surface collection | _____ Mechanical excavation |
| _____ Non-systematic shovel test pits | _____ Remote sensing |
| __x__ Systematic shovel test pits | _____ Other: |
| | _____ |

32.  Extent/nature of excavation:   21 1.5 ft diameter (45 cm) shovel tests were excavated across the site at 15 ft (4.6m) intervals. The shovel tests were excavated by natural soil strata to 100 cmbs and screened through ¼" mesh. Additionally, 2 5 x5 ft test units were excavated at the site by natural strata within 3 inch (0.25 ft) levels. Sixteen shovel tests and both test units yielded cultural material.

_____

## F. SUPPORT DATA

33.  Accompanying Data Form(s):

| | |
|---|---|
| __x__ Prehistoric | |
| _____ Historic | |
| _____ Shipwreck | |

34.  Ownership: _____ Private    __x__ Federal    _____ State    _____ Local/County
           _____ Unknown

35. Owner(s):   US Department of Agriculture
    Address:   _____
    Phone:   _____
    Email:   _____

36. Tenant and/or Local Contact:   Beltsville Agricultural Research Center
    Address:   _____
    Phone:   _____
    Email:   _____

37. Other Known Investigations:   Wayne Clark conducted a survey of the BARC in 1973
    _____
    _____
    _____
    _____
    _____

38. Primary report reference or citation:
    Phase I Archaeological Survey for Three Proposed Stream Mitigation Sites for the I-495/I-270 Managed Lanes
    Study, Anne Arundel, Charles, and Prince George's Counties, Maryland. Authored by Heather Millis, Jeff Johnson,
    Tracy Millis, and Bruce Idol, 2021.

39. Other Records (e.g. slides, photos, original field maps/notes, sonar, magnetic record)?
    _____ Slides          __x__ Field record          _____ Other: _____
    __x__ Photos            _____ Sonar
    __x__ Field maps        _____ Magnetic record

40. If yes, location of records:   TRC Chapel Hill, NC

41. Collections at Maryland Archeological Conservation (MAC) Lab or to be deposited at MAC Lab?
    __x__ Yes
    _____ No
    _____ Unknown

42. If NO or UNKNOWN, give owner: _____
    location:_____
    and brief description of collection:_____
    _____
    _____

43. Informant:   _____
    Address:   _____
    Phone:   _____
    Email:   _____

44. Site visited by  Tracy L. Millis
    Company/Group name:   TRC Environmental Corporation
    Address:  50101 Governors Drive Suite 250, Chapel Hill, NC
    Phone:   (919) 475-5507
    Email:   tmillis@trccompanies.com                          Date: 10/9/2020

45. Form filled out by:   Tracy L. Millis
    Company/Group name:   TRC Environmental Corporation
    Address:  50101 Governors Drive Suite 250, Chapel Hill, NC
    Phone:   (919) 475-5507
    Email:   tmillis@trccompanies.com                          Date: 1/19/2021

46. Site Summary/Additional Comments (append additional pages if needed):

The project investigation included excavation of 18 shovel tests across this landform, extending well outside the project LOD, and pre-contact period artifacts were recovered from 15 of these. The revised site boundary is defined to the north by negative shovel tests and to the west by Tributary 2, but the site extends to the south and east onto the higher T2 terrace outside of the project LOD and was not fully delineated in those directions.

Pre-contact artifacts were found across the full extent of the site from east to west (E455 to E605) and north to south (N500 to N530), although generally in low numbers, with most shovel tests containing from one to three artifacts each. However, two distinct concentration areas were identified during the shovel testing. One is located at N515–530 E470–485, near Tributary 2 and within the LOD, where the density ranged from 5–13 artifacts in three of the shovel tests in this area. The second, and higher artifact density, is in the eastern portion of site 18PR113 (outside of the LOD) where the site extends onto the T2 terrace. This artifact concentration is located at N500 E575–605 where the shovel tests contained between 24 and 29 artifacts each.

A majority of the artifacts from the shovel tests were recovered from the intact Bt1 horizon (n=72), including the single unclassified sherd. The remainder of the artifacts were nearly equally recovered from the disturbed Ap horizon (n=15) and the intact and underlying Bt2 (n=17) and Bt3 horizons (n=16). Shovel test artifacts in the western part of the site and on the T1 landform were mainly recovered from the Bt2 and Bt3 horizons between 2.63 and 2.95 fbs and just above a C horizon of coarse sand. While no diagnostic artifacts were recovered in the lower Bt horizons, the deeper artifacts in the western portion of the site have some potential to represent Archaic deposits. In contrast, in shovel tests excavated farther to the east, artifacts gradually began occurring higher in the soil column moving away from the center of the T1 terrace and onto the T2 terrace. As the site ascends onto the T2 terrace, the cultural material appears to be mainly concentrated in the upper Ap and Bt1 horizons, with lesser densities of cultural material found in the lower 2.63–3.3 fbs levels of the Bt2 and Bt3 horizons like the western side of the site. One sand tempered sherd recovered from the Bt1 horizon in the far eastern portion of 18PR113 suggests that the upper culture-bearing levels in this part of the site are associated with the Woodland period.

Following the shovel testing at 18PR113, two 5 × 5 ft test units were excavated in an attempt to gather larger artifact samples from the site and obtain additional information regarding the potential for deeply buried artifacts. TU 1 was placed at N500 E534, in the eastern part of the site (outside of the LOD), to investigate the transition in artifact depths between the T1 and T2 terraces in this part of the site, and TU 2 was placed at N504 E494 in the western part of the site (within the LOD) to explore the deeper lithic deposits. Both test units were excavated in 0.25-ft levels, with cultural material recovered to depths of 1.7 fbs in TU 1 and 3.75 fbs in TU 2.

The project investigations on 18PR113 recovered a fairly substantial and diverse assemblage potentially associated with multiple pre-contact components in apparent intact contexts. The investigations also encountered a potential pre-contact pit feature in the eastern portion of the site, outside the LOD, where artifact density is highest. The abundance of debitage, cores, and staged bifaces, and the recovery of two hammerstones strongly suggests that a focus of the occupations was on the procurement and initial reduction of the cobbles from Paint Branch. Although the evidence is limited to a single pre-contact period ceramic sherd, the materials from the Bt1 horizon at least are likely to be associated with a Late Woodland period occupation and the Bt2 horizon may be associated with a Late Archaic period occupation. Site 18PR113 appears to retain cultural and stratigraphic integrity and clarity of deposits that would enable it to provide meaningful and interpretable data regarding the pre-contact period occupations of this area and Phase II investigations are recommended to determine whether the site is eligible for the NRHP. Only the western portion of the site is located within the project LOD, and although this area is characterized by a lower density of materials and no cultural features were encountered in this area, there is some potential for this area to contain features and more substantial deposits that would provide meaningful data related to regional research issues. Avoidance or further investigation is recommended for this portion of the project area.

# MARYLAND ARCHEOLOGICAL SITE SURVEY: PREHISTORIC DATA FORM

Site Number 18PR113

1.  Site type (check all applicable):
    _____ village
    _____ hamlet
    _____ base camp
    __x__ short-term resource procurement
    _____ lithic quarry/extraction
    _____ rockshelter/cave
    _____ cairn

    _____ earthen mound
    _____ shell midden
    _____ fish weir
    _____ submerged prehistoric
    __x__ lithic scatter
    _____ unknown
    _____ other:
    _____

2. Categories of aboriginal material or remains at site (check all applicable):
    __x__ flaked stone
    _____ ground stone
    _____ stone bowls
    __x__ fire-cracked rock
    __x__ other lithics
    __x__ ceramics (vessels)
    _____ other fired clay

    _____ human skeletal remains
    _____ faunal implements/ornaments
    _____ faunal material
    _____ oyster shell
    _____ floral material
    _____ unknown
    _____ other:
    _____

3. Lithic materials (check all applicable):
    __x__ jasper
    __x__ chert
    __x__ rhyolite
    __x__ quartz
    __x__ quartzite
    _____ chalcedony
    _____ ironstone
    _____ argillite

    _____ steatite
    _____ sandstone
    _____ silicified sandstone
    _____ ferruginous quartzite
    _____ European flint
    _____ basalt
    _____ unknown
    _____ other:
    _____

4. Diagnostics (choose from manual and give number recovered or observed):
    Plain sand tempered sherd (1)
    Small triangular projectile point (1)
    _____
    _____
    _____
    _____
    _____

    _____
    _____
    _____
    _____
    _____
    _____
    _____

5. Features present:
    __x__ yes
    _____ no
    _____ unknown

6. Types of features identified (check all applicable):
    _____ midden
    _____ shell midden
    _____ postholes/molds
    _____ house patterns
    _____ palisade
    _____ hearths

    _____ chipping clusters
    _____ refuse/storage pits
    _____ burials
    _____ ossuaries
    __x__ unknown
    _____ other:
    _____

00013838

7. Flotation samples collected:
     _____ yes
     \_\_x\_\_ no
     _____ unknown

analyzed:
_____ yes, by _____
_____ no
_____ unknown

8. Samples for radiocarbon dating collected:
     _____ yes
     \_\_x\_\_ no
     _____ unknown

     Dates and Lab Reference Nos. _____

9. Soil samples collected:
     _____ yes
     \_\_x\_\_ no
     _____ unknown

analyzed:
_____ yes, by _____
_____ no
_____ unknown

10. Other analyses (specify):_____
     _____
     _____
     _____

11. Additional comments:

The assemblage recovered from 18PR113 by the current project consists of a large number of flakes/shatter (n=299), as well as 56 FCR, one triangular PPK basal fragment, a graver, four bifaces, two retouched flakes, 13 cores, two hammerstones, and one ceramic sherd. The triangular PPK base was not classified by type as the temporal affiliation of this point is not determined. It was found in the Bt2 horizon in the west-central portion of the site, so there is some potential for it to be a Late Archaic period triangular type similar to the Beekman Triangle and others found in the Northeast and upper Mid-Atlantic region in Late Archaic contexts (e.g., Ebright 1992, Luckenbach et al. 2010, Stewart 1998). The single unclassified sherd is tempered with sand but is small and was not formally typed. The sherd was found in the Bt1 horizon in the eastern portion of the site. Although a little over half of the pieces of debitage are smaller than 2 cm, almost as many are larger, and all stages of lithic reduction appear to be well represented in the debitage category. Roughly two thirds of the debitage retains no cortex, but a third retains some cortex, strongly indicating that the initial material was in cobble form. Quartzite is by far the most well represented lithic material (n=237), quartz is the second most predominant lithic material (n=119), and 24 of the lithic artifacts are rhyolite. In general, the lithic material types appear to be similarly distributed across the site and within the horizons, with no evident horizontal or vertical patterns based on raw material type.

12. Form filled out by: \_\_\_\_Tracy L. Millis_____
   Address/Company: \_\_\_\_TRC Environmental Corporation_____
           Date: \_\_\_\_January 19, 2021_____

00013840

MARYLAND INVENTORY OF HISTORIC PROPERTIES

# ARCHEOLOGICAL SITE SURVEY: BASIC DATA FORM

**Date Filed:** _____

Check if update: ☐

Maryland Department of Planning
*Maryland Historical Trust*
*Division of Historical and Cultural Programs*
100 Community Place
Crownsville, Maryland 21032

| Site Number: 18PR1190 |
|---|
| County:  Prince George's |

## A.  DESIGNATION

1.  Site Name:     Paint Branch FS-2

2.  Alternate Site Name/Numbers: _____

3.  Site Type (describe site chronology and function; see instructions):
   Late Archaic/Terminal Archaic short-term resource procurement site
   _____
   _____
   _____

4.  Prehistoric ____x____          Historic _____          Unknown _____

5.  Terrestrial ____x____          Submerged/Underwater _____          Both _____

## B.  LOCATION

6.  USGS 7.5' Quadrangle(s):      Beltsville      | (For underwater sites)
                                                   | NOAA Chart No.:
                                                   |
                                                   |
   (Photocopy section of quad or chart on page 4 and mark site location)

Latitude in decimal degrees _____     Longitude in decimal degrees _____

7.  Maryland Archeological Research Unit Number:      ___11___

8.  Physiographic Province (check one):
   _____ Allegany Plateau          _____ Lancaster/Frederick Lowland
   _____ Ridge and Valley          _____ Eastern Piedmont
   _____ Great Valley              ___x___ Western Shore Coastal Plain
   _____ Blue Ridge                _____ Eastern Shore Coastal Plain

9.  Major Watershed/Underwater Zone (see instructions for map and list):      Washington Metro _____

## C.  ENVIRONMENTAL DATA

10.  Nearest Water Source:   unnamed tributary of Paint Branch _____      Stream Order: _____

11.  Closest Surface Water Type (check all applicable):
   _____ Ocean                    ___x___ Freshwater Stream/River
   _____ Estuarine Bay/Tidal River _____ Freshwater Swamp
   _____ Tidal or Marsh           _____ Lake or Pond
                                    _____ Spring

12.  Distance from closest surface water:          6.7   meters (or ___22___ feet)

## C. ENVIRONMENTAL DATA [CONTINUED]

13. Current water speed: _____ knots     14. Water Depth: ___ meters

15. Water visibility: _____

16. SCS Soils Typology and/or Sediment Type: <u>RcB</u>

17. Topographic Settings (check all applicable):

| | | | |
|---|---|---|---|
| _____ | Floodplain | _____ | Hilltop/Bluff |
| _____ | Interior Flat | _____ | Upland Flat |
| _____ | Terrace | _____ | Ridgetop |
| _____ | Low Terrace | _____ | Rockshelter/Cave |
| _____ | High Terrace | _____ | Unknown |
| _____ | Hillslope | __x__ | Other: |
| | | <u>ridgenose</u> | |

18. Slope: <u>2-5%</u>

19. Elevation: ____ meters   (or <u>102</u> feet)   above sea level

20. Land use at site when last field checked (check all applicable):

| | | | |
|---|---|---|---|
| _____ | Plowed/Tilled | _____ | Extractive |
| _____ | No-Till | _____ | Military |
| __x__ | Wooded/Forested | _____ | Recreational |
| _____ | Logging/Logged | _____ | Residential |
| __x__ | Underbrush/Overgrown | _____ | Ruin |
| _____ | Pasture | _____ | Standing Structure |
| _____ | Cemetery | _____ | Transportation |
| _____ | Commercial | _____ | Unknown |
| _____ | Educational | _____ | Other: |
| | | _____ | |

21. Condition of site:

    __x__ Disturbed
    _____ Undisturbed
    _____ Unknown

22. Cause of disturbance/destruction (check all applicable):

| | | | |
|---|---|---|---|
| _____ | Plowed | _____ | Vandalized/Looted |
| __x__ | Eroded/Eroding | _____ | Dredged |
| _____ | Graded/Contoured | _____ | Heavy Marine Traffic |
| _____ | Collected | _____ | Other: |
| | | _____ | |

23. Extent of disturbance:

    __x__ Minor (0-10%)
    _____ Moderate (10-60%)
    _____ Major (60-99%)
    _____ Total (100%)
    _____ % unknown

## C. ENVIRONMENTAL DATA [CONTINUED]

24. Describe site setting with respect to local natural and cultural landmarks (topography, hydrology, fences, structures, roads). Use continuation sheet if needed.

    The site is located on USDA BARC property within the I-495/I-95 exchange west of Paint Branch, south of I-495, and east of I-95. It is located on a narrow upland ridge nose overlooking a small unnamed tributary of Paint Branch to the south and the floodplain of Paint Branch immediately to the north. The site area is primarily wooded although a cleared transmission corridor runs through the central portion of the site.

25. Characterize site stratigraphy. Include a representative profile on separate sheet, if applicable. Address plowzone (presence/absence), subplowzone features and levels, if any, and how stratigraphy affects site integrity. Use continuation sheet if needed.

    The shovel tests encountered a consistent soil sequence, with slight variations in color and depth, involving a plowzone overlying three Bt horizons. One profile consisted of an Ap horizon (0–0.33 fbs) of dark brown (10YR 3/3) silt loam; a Bt1 horizon (0.33–1.0 fbs) of brown (10YR 4/3) gravelly silt loam; a Bt2 horizon (1.0–1.7 fbs) of strong brown (7.5YR 5/6) compact gravelly silty clay loam; and a Bt3 horizon (1.7–2.1+ fbs) of very pale brown (10YR 7/4) very compact gravelly silty clay loam. The soil sequence is underlain by gravels. Farther to the west along the T3 terrace, the shovel test profile consists of an Ap horizon (0–0.5 fbs) of very dark grayish brown (10YR 3/2) silt loam; a Bt1 horizon (0.5–1.0 fbs) of dark yellowish brown (10YR 4/4) silt loam; a Bt2 horizon (1.0–2.1 fbs) of yellowish brown (10YR 5/8) compact silty clay loam; and a Bt3 horizon (2.1–2.6+ fbs) of brownish yellow (10YR 6/6) mottled with very pale brown (10YR 7/3) very compact sandy loam.

26. Site size: __72.4__ meters by __12.1__ meters (or __237.6__ feet by __39.6__ feet)

27. Draw a sketch map of the site and immediate environs, here or on separate sheet:



Photocopy section of quadrangle map(s) and mark site location with heavy dot or circle and arrow pointing to it.



## D.  CONTEXT

28.  Cultural Affiliation (check all applicable):

| PREHISTORIC | | HISTORIC: | | \_\_\_\_ UNKNOWN |
|---|---|---|---|---|
| _____ | Unknown | _____ | Unknown | |
| _____ | Paleoindian | 17th century | | |
| _____ | Archaic | _____ | 1630-1675 | |
| _____ | Early Archaic | _____ | 1676-1720 | |
| _____ | Middle Archaic | 18th century | | |
| \_\_x\_\_ | Late Archaic | _____ | 1721-1780 | |
| \_\_x\_\_ | Terminal Archaic | _____ | 1781-1820 | |
| \_\_x\_\_ | Woodland | 19th century | | |
| _____ | Adena | _____ | 1821-1860 | |
| _____ | Early Woodland | _____ | 1861-1900 | |
| _____ | Middle Woodland | 20th century | | |
| \_\_x\_\_ | Late Woodland | _____ | 1901-1930 | |
| | | _____ | post-1930 | |
| _____ | CONTACT | | | |

## E. INVESTIGATIVE DATA

29.  Type of investigation:

|  |  |  |  |
|---|---|---|---|
| \_\_x\_\_ | Phase I | _____ | Field Visit |
| _____ | Phase II/Site Testing | _____ | Collection/Artifact Inventory |
| _____ | Phase III/Excavation | _____ | Report From Informant |
| _____ | Archival Investigation | _____ | Other: |
| _____ | Monitoring | _____ | |

30.  Purpose of investigation:

|  |  |  |  |
|---|---|---|---|
| \_\_x\_\_ | Compliance | _____ | Site Inventory |
| _____ | Research | _____ | MHT Grant Project |
| _____ | Avocational | _____ | Other: |
| _____ | Regional Survey | _____ | |

31.  Method of sampling (check all applicable):

|  |  |  |  |
|---|---|---|---|
| _____ | Non-systematic surface search | \_\_x\_\_ | Excavation units |
| _____ | Systematic surface collection | _____ | Mechanical excavation |
| _____ | Non-systematic shovel test pits | _____ | Remote sensing |
| \_\_x\_\_ | Systematic shovel test pits | _____ | Other: |
| | | _____ | |

32.  Extent/nature of excavation:   17 1.5 ft diameter (45 cm) shovel tests were excavated across the site at 15 ft (4.6m) intervals. The shovel tests were excavated by natural soil strata to the C horizon Pleistocene deposits and screened through ¼" mesh. Additionally, one 5 x5 ft test unit was excavated at the site by natural strata within 3 inch (0.25 ft) levels. Sixteen shovel tests and the test unit yielded cultural material.

## F. SUPPORT DATA

33.  Accompanying Data Form(s):    \_\_x\_\_ Prehistoric
_____ Historic
_____ Shipwreck

34.  Ownership:  _____ Private    \_\_x\_\_ Federal    _____ State    _____ Local/County
_____ Unknown

**BASIC DATA FORM**

35. Owner(s): <u>US Department of Agriculture</u>
     Address: _____
     Phone: _____
     Email: _____

36. Tenant and/or Local Contact: <u>Beltsville Agricultural Research Center</u>
     Address: _____
     Phone: _____
     Email: _____

37. Other Known Investigations: <u>Wayne Clark conducted a survey of the BARC in 1973</u>
     _____
     _____
     _____
     _____
     _____

38. Primary report reference or citation:
<u>Phase I Archaeological Survey for Three Proposed Stream Mitigation Sites for the I-495/I-270 Managed Lanes Study, Anne Arundel, Charles, and Prince George's Counties, Maryland. Authored by Heather Millis, Jeff Johnson, Tracy Millis, and Bruce Idol, 2021.</u>

39. Other Records (e.g. slides, photos, original field maps/notes, sonar, magnetic record)?
     _____ Slides      <u>x</u> Field record      _____ Other: _____
     <u>x</u> Photos      _____ Sonar
     <u>x</u> Field maps      _____ Magnetic record

40. If yes, location of records: <u>TRC Chapel Hill, NC</u>

41. Collections at Maryland Archeological Conservation (MAC) Lab or to be deposited at MAC Lab?
     <u>x</u> Yes
     _____ No
     _____ Unknown

42. If NO or UNKNOWN, give owner: _____
     location:_____
     and brief description of collection:_____
     _____
     _____

43. Informant: _____
     Address: _____
     Phone: _____
     Email: _____

44. Site visited by <u>Tracy L. Millis</u>
     Company/Group name: <u>TRC Environmental Corporation</u>
     Address: <u>50101 Governors Drive Suite 250, Chapel Hill, NC</u>
     Phone: <u>(919) 475-5507</u>
     Email: <u>tmillis@trccompanies.com</u>      Date: <u>10/9/2020</u>

45. Form filled out by: <u>Tracy L. Millis</u>
     Company/Group name: <u>TRC Environmental Corporation</u>
     Address: <u>50101 Governors Drive Suite 250, Chapel Hill, NC</u>
     Phone: <u>(919) 475-5507</u>
     Email: <u>tmillis@trccompanies.com</u>      Date: <u>1/18/2021</u>

46. Site Summary/Additional Comments (append additional pages if needed):

Artifacts were recovered from shovel tests across the full extent of the tested portions of the ridge and the T3 terrace from east to west (E325 to E520) and north to south (N495 to N555). The largest concentration of artifacts is located along the T3 terrace edge in the western portion of the site (outside the LOD), between N495–555 E325–400 (see Figure 7.48). Shovel tests in this area contained between nine and 37 artifacts each, with high counts found at N525 E400 (n=37), N540 E340 (n=32), N525 E385 (n=30), N525 E370 (n=24), and N510 E400 (n=20). High artifact density was also observed in the easternmost portion of the site, just inside the LOD. Artifact density in these three shovel tests ranged from 4–34 each, with shovel test N510 E500 yielding the highest count (n=34). The lowest artifact density occurred in the central part of the site, just to the west of the LOD between N510 E425–480.

A majority of the artifacts from the shovel tests were recovered from the intact Bt1 horizon (64%, or n=158), including a single soapstone vessel fragment, two biface fragments, two retouched flakes, four core and core fragments, one triangular PPK, and one Savannah River PPK. Nearly one-quarter of the artifacts were recovered from the Ap horizon (n=59), including two biface fragments, one Orient Fishtail PPK, one Savannah River PPK, and one retouched flake, slightly more than 10 percent of the artifacts were recovered from the intact and underlying Bt2 horizon (n=30), all of which consist of debitage and FCR.

Excavation of TU 1 produced 758 artifacts from three soil horizons ranging in depth from 0.25–1.8 fbs; no material was recovered from the lowest levels of the Bt horizon (1.80–2.05 fbs). Artifacts include 11 ceramic artifacts, three lithic tools, five quartz amorphous cores, two quartz bipolar cores, one quartz exhausted core, eight quartz core fragments, 647 pieces of chert (n=1), rhyolite (n=4), quartz (n=350), and quartzite (n=292) debitage, and 81 quartzite FCR. None of the ceramic artifacts are classifiable by type or temporal period; they include one eroded coarse sand tempered sherd, five residual sherds, and five pieces of fired clay. Lithic tools consist of two quartz retouched flakes and one quartz utilized flake.

The thin Ap horizon (0–0.25 fbs) yielded 71 artifacts, including 42 quartz flakes, 23 quartzite flakes, one chert flake, and five quartzite FCR. The likewise thin Bt1 horizon (0.25–0.50 fbs) contained 158 artifacts, including two quartz retouched flakes, three quartz amorphous cores, two quartz bipolar cores, two quartz core fragments, 72 quartz and 62 quartzite flakes, and 15 quartzite FCR. The thick Bt2 horizon (0.50–1.80 fbs) contained the highest density of artifacts recovered in TU 1 (n=529), which include one coarse sand tempered unidentified sherd, five residual sherds, five pieces of fired clay, one quartz utilized flake, two quartz amorphous cores, one quartz exhausted core, six quartz core fragments, 447 pieces of debitage (four rhyolite, 225 quartz, 218 quartzite), and 61 quartzite FCR.

No cultural features were observed on the site, although a fairly large number of FCR were recovered, suggesting the potential for the presence of intact cultural features. Only 25 FCR were found in the Ap horizon, but far more were found in the Bt1 (n=71) and Bt2 horizons (n=72). Almost half of the FCR were recovered from the test unit, with most of those (75%) found in the Bt2 horizon. The FCR found in shovel tests were all found in the west half of the site (E325–E400), and a larger portion of those (64%) were found in the Bt1 horizon.

The survey results suggest that site 18PR1190 could retain cultural and stratigraphic integrity and clarity of deposits that could provide meaningful and interpretable data regarding the Late Archaic, Terminal Archaic, and Woodland period occupations of this area. Specifically, the large amount of debitage, cores, staged bifaces, and expedient tools recovered during the shovel test and test unit excavations suggest that procurement and initial reduction of locally available cobbles was a major activity performed at the site. Additional investigations of site 18PR1190 could provide valuable and significant data regarding lithic raw material acquisition, reduction, and tool production within the Paint Branch watershed. Based on the results of the survey, site 18PR1190 is recommended potentially eligible for the NRHP, and avoidance or further investigation is recommended for this site.

00013847

Case 8:22-cv-02597-DKC   Document 60-2   Filed 10/30/23   Page 130 of 196

# MARYLAND ARCHEOLOGICAL SITE SURVEY: PREHISTORIC DATA FORM

Site Number 18PR1190

1. Site type (check all applicable):

| | |
|---|---|
| _____ village | _____ earthen mound |
| _____ hamlet | _____ shell midden |
| _____ base camp | _____ fish weir |
| __x__ short-term resource procurement | _____ submerged prehistoric |
| _____ lithic quarry/extraction | __x__ lithic scatter |
| _____ rockshelter/cave | _____ unknown |
| _____ cairn | _____ other: |
| | _____ |

2. Categories of aboriginal material or remains at site (check all applicable):

| | |
|---|---|
| __x__ flaked stone | _____ human skeletal remains |
| _____ ground stone | _____ faunal implements/ornaments |
| _____ stone bowls | _____ faunal material |
| __x__ fire-cracked rock | _____ oyster shell |
| _____ other lithics | _____ floral material |
| __x__ ceramics (vessels) | _____ unknown |
| _____ other fired clay | _____ other: |
| | _____ |

3. Lithic materials (check all applicable):

| | |
|---|---|
| _____ jasper | _____ steatite |
| __x__ chert | _____ sandstone |
| __x__ rhyolite | _____ silicified sandstone |
| __x__ quartz | _____ ferruginous quartzite |
| __x__ quartzite | _____ European flint |
| _____ chalcedony | _____ basalt |
| _____ ironstone | _____ unknown |
| _____ argillite | _____ other: |
| | _____ |

4. Diagnostics (choose from manual and give number recovered or observed):

Eroded coarse sand tempered sherd (1)
Residual sherd (5)
Savannah River projectile point (2)
Orient Fishtail projectile point (1)
Unclassified triangular projectile point (1)

5. Features present:

_____ yes
__x__ no
_____ unknown

6. Types of features identified (check all applicable):

| | |
|---|---|
| _____ midden | _____ chipping clusters |
| _____ shell midden | _____ refuse/storage pits |
| _____ postholes/molds | _____ burials |
| _____ house patterns | _____ ossuaries |
| _____ palisade | _____ unknown |
| _____ hearths | _____ other: |

00013848

7. Flotation samples collected:                         analyzed:
                _____ yes                              _____ yes, by _____
             __ x __ no                                 _____ no
                _____ unknown                          _____ unknown

8. Samples for radiocarbon dating collected:
                _____ yes
             __ x __ no
                _____ unknown

                Dates and Lab Reference Nos. _____

9. Soil samples collected:                              analyzed:
                _____ yes                              _____ yes, by _____
             __ x __ no                                 _____ no
                _____ unknown                          _____ unknown

10. Other analyses (specify):_____
                _____
                _____
                _____

11. Additional comments:

The Phase I assemblage from site 18PR1190 consists of 11 ceramic and 994 lithic artifacts associated with multiple pre-contact occupations of this fairly small landform. The single unclassified ceramic sherd is tempered with coarse sand but is too eroded and small to be formally typed. The possible soapstone vessel fragment is very small, thin, and well smoothed but does not have any curvature, so it is possible that it is a fragment of some other type of artifact. The lithic tools include four PPKs, four staged bifaces, and six utilized/retouched flakes. The Orient Fishtail and the broad bladed Savannah River PPKs are made of quartzite and the small triangular and narrow bladed Savannah River PPKs are made of quartz. Three of the utilized/retouched flakes have morphology that suggests they may have functioned as perforators or gravers, and the others may have been used for some type of scraping or cutting tasks based on morphology. The site has also produced a substantial collection of cores (n=22) and debitage (n=789), as well as 168 FCR. Although a majority of the pieces of debitage are smaller than 2 cm, a third of them are larger, and all stages of lithic reduction appear to be well represented in the debitage category. Almost all of the debitage retains no cortex, which is surprising considering the presumed cobble form of the initial material, and it is possible that this material was deposited elsewhere nearby or that those initial flakes were removed from the site for further reduction elsewhere. Only one of the lithic artifacts is chert, quartzite is by far the most well represented lithic material (n=593), quartz is the second most predominant lithic material (n=389), and 12 of the lithic artifacts are rhyolite. In general, the lithic material types appear to be similarly distributed across the site and within the horizons, with no evident horizontal or vertical patterns based on raw material.

Temporally diagnostic artifacts indicate occupations during the Late and Terminal Archaic periods, as represented by the Savannah River and Orient Fishtail PPKs and the soapstone vessel fragment, and possibly the triangular PPK, and undetermined Woodland period occupation(s) as represented by the ceramic artifacts. The Ap horizon produced one Savannah River PPK and one Orient Fishtail PPK; the Bt1 horizon produced the other Savannah River PPK, the triangular PPK, and the soapstone sherd; and the Bt2 horizon contained all of the ceramic items. All of the Archaic period artifacts were found in shovel tests so it is possible that vertical control was not as precise during excavation of some of the shovel tests, but it is unlikely that this would be true for all of the Late Archaic materials. For the survey materials, the specific strata contain deposits from a specific component across the site, however, it is unclear whether Woodland period deposits are stratigraphically below Archaic period deposits across the site. It is possible that the site strata/components are characterized by varying horizontal distribution of materials, similar to that observed on the other side of the tributary on 18PR113. With the exception of the Orient Fishtail PPK, which was found at the easternmost edge of the site, the Late Archaic period artifacts were found in the west half of the site and the Woodland period artifacts were found in the east half of the site.

12.  Form filled out by:___ Tracy L. Millis _____
     Address/Company:___ TRC Environmental Corporation _____
             Date:___ January 18, 2021 _____

00013849

00013850

# ARCHEOLOGICAL SITE SURVEY: BASIC DATA FORM

**Date Filed:** _____

Check if update: ☐

Maryland Department of Planning
*Maryland Historical Trust*
*Division of Historical and Cultural Programs*
100 Community Place
Crownsville, Maryland 21032

| Site Number: 18PR1191 |
|---|
| County:  Prince George's |

## A.  DESIGNATION

1.  Site Name:     Paint Branch FS-4

2.  Alternate Site Name/Numbers:

3.  Site Type (describe site chronology and function; see instructions):
    Unidentified prehistoric short-term resource procurement site

4.  Prehistoric ____x____        Historic _____        Unknown _____

5.  Terrestrial ____x____        Submerged/Underwater _____        Both _____

## B.  LOCATION

6.  USGS 7.5' Quadrangle(s):     Beltsville     | (For underwater sites)
                                                | NOAA Chart No.:
                                                |
                                                |
    (Photocopy section of quad or chart on page 4 and mark site location)

Latitude in decimal degrees _____        Longitude in decimal degrees _____

7.  Maryland Archeological Research Unit Number:     ___11___

8.  Physiographic Province (check one):
    _____ Allegany Plateau        _____ Lancaster/Frederick Lowland
    _____ Ridge and Valley        _____ Eastern Piedmont
    _____ Great Valley            ___x___ Western Shore Coastal Plain
    _____ Blue Ridge              _____ Eastern Shore Coastal Plain

9.  Major Watershed/Underwater Zone (see instructions for map and list):     Washington Metro

## C.  ENVIRONMENTAL DATA

10.  Nearest Water Source:  _Paint Branch_        Stream Order: _____

11.  Closest Surface Water Type (check all applicable):
    _____ Ocean                   ___x___ Freshwater Stream/River
    _____ Estuarine Bay/Tidal River _____ Freshwater Swamp
    _____ Tidal or Marsh          _____ Lake or Pond
                                    _____ Spring

12.  Distance from closest surface water:        _25.6_ meters (or ___84___ feet)

00013851

## C. ENVIRONMENTAL DATA [CONTINUED]

13. Current water speed: _____ knots     14. Water Depth: ___ meters

15. Water visibility: _____

16. SCS Soils Typology and/or Sediment Type: <u>CF</u>

17. Topographic Settings (check all applicable):

| | | | |
|---|---|---|---|
| _x_ | Floodplain | _____ | Hilltop/Bluff |
| _____ | Interior Flat | _____ | Upland Flat |
| _____ | Terrace | _____ | Ridgetop |
| _____ | Low Terrace | _____ | Rockshelter/Cave |
| _____ | High Terrace | _____ | Unknown |
| _____ | Hillslope | _____ | Other: |
| | | _____ | |

18. Slope: <u>0%</u>

19. Elevation: ____ meters    (or <u>100</u> feet)   above sea level

20. Land use at site when last field checked (check all applicable):

| | | | |
|---|---|---|---|
| _x_ | Plowed/Tilled | _____ | Extractive |
| _____ | No-Till | _____ | Military |
| _____ | Wooded/Forested | _____ | Recreational |
| _____ | Logging/Logged | _____ | Residential |
| _____ | Underbrush/Overgrown | _____ | Ruin |
| _____ | Pasture | _____ | Standing Structure |
| _____ | Cemetery | _____ | Transportation |
| _____ | Commercial | _____ | Unknown |
| _____ | Educational | _____ | Other: |
| | | _____ | |

21. Condition of site:

| | |
|---|---|
| _x_ | Disturbed |
| _____ | Undisturbed |
| _____ | Unknown |

22. Cause of disturbance/destruction (check all applicable):

| | | | |
|---|---|---|---|
| _x_ | Plowed | _____ | Vandalized/Looted |
| _____ | Eroded/Eroding | _____ | Dredged |
| _____ | Graded/Contoured | _____ | Heavy Marine Traffic |
| _____ | Collected | _____ | Other: |
| | | _____ | |

23. Extent of disturbance:

| | |
|---|---|
| _x_ | Minor (0-10%) |
| _____ | Moderate (10-60%) |
| _____ | Major (60-99%) |
| _____ | Total (100%) |
| _____ | % unknown |

## C. ENVIRONMENTAL DATA [CONTINUED]

24. Describe site setting with respect to local natural and cultural landmarks (topography, hydrology, fences, structures, roads). Use continuation sheet if needed.

    The site is located on USDA BARC property within the I-495/I-95 exchange east of Paint Branch, south of I-495, and east of I-95. It is located on a floodplain of Paint Branch. At the time of the investigations, a portion of the site was located in a fallow field and the remaining portion of the site was located within a cultivated field.

25. Characterize site stratigraphy. Include a representative profile on separate sheet, if applicable. Address plowzone (presence/absence), subplowzone features and levels, if any, and how stratigraphy affects site integrity. Use continuation sheet if needed.

    Two different stratigraphic sequences were observed in shovel tests on this site—one involving a silt loam Ap horizon (0–1.1 feet), a coarse sandy gravel C1 horizon (1.1–1.7 fbs), a sandy gravel C2 horizon (1.7–2.6 fbs), and a coarse sand C3 horizon (2.6–3.2+ fbs) and one sequence involving a silty clay loam Ap horizon (0–1.0 fbs), a coarse sandy loam C1 horizon (1.0–2.3 fbs), a gravelly sandy loam with mineral staining Cg2 horizon (2.3–2.8 fbs), a sandy clay Btg horizon (2.8–3.29 fbs), and basal gravel and cobbles (3.29+ fbs).

26. Site size: __46.7__ meters by __38.6__ meters (or __153__ feet by __127__ feet)

27. Draw a sketch map of the site and immediate environs, here or on separate sheet:



Photocopy section of quadrangle map(s) and mark site location with heavy dot or circle and arrow pointing to it.



## D. CONTEXT

28. Cultural Affiliation (check all applicable):

| PREHISTORIC | | HISTORIC: | | _____ UNKNOWN |
|---|---|---|---|---|
| ___x___ | Unknown | _____ | Unknown | |
| _____ | Paleoindian | 17th century | | |
| _____ | Archaic | _____ | 1630-1675 | |
| _____ | Early Archaic | _____ | 1676-1720 | |
| _____ | Middle Archaic | 18th century | | |
| _____ | Late Archaic | _____ | 1721-1780 | |
| _____ | Terminal Archaic | _____ | 1781-1820 | |
| _____ | Woodland | 19th century | | |
| _____ | Adena | _____ | 1821-1860 | |
| _____ | Early Woodland | _____ | 1861-1900 | |
| _____ | Middle Woodland | 20th century | | |
| _____ | Late Woodland | _____ | 1901-1930 | |
| | | _____ | post-1930 | |
| _____ | CONTACT | | | |

## E. INVESTIGATIVE DATA

29. Type of investigation:

| ___x___ | Phase I | _____ | Field Visit |
|---|---|---|---|
| _____ | Phase II/Site Testing | _____ | Collection/Artifact Inventory |
| _____ | Phase III/Excavation | _____ | Report From Informant |
| _____ | Archival Investigation | _____ | Other: |
| _____ | Monitoring | _____ | |

30. Purpose of investigation:

| ___x___ | Compliance | _____ | Site Inventory |
|---|---|---|---|
| _____ | Research | _____ | MHT Grant Project |
| _____ | Avocational | _____ | Other: |
| _____ | Regional Survey | _____ | |

31. Method of sampling (check all applicable):

| _____ | Non-systematic surface search | _____ | Excavation units |
|---|---|---|---|
| ___x___ | Systematic surface collection | _____ | Mechanical excavation |
| _____ | Non-systematic shovel test pits | _____ | Remote sensing |
| ___x___ | Systematic shovel test pits | _____ | Other: |
| | | _____ | |

32. Extent/nature of excavation:   __13 1.5 ft diameter (45 cm) shovel tests were excavated across the site at 25 ft (7.5m)__ __intervals. The shovel tests were excavated by natural soil strata to the C horizon or Pleistocene soils and screened__ __through ¼" mesh. Three of the shovel tests yielded cultural material._____
_____

## F. SUPPORT DATA

33. Accompanying Data Form(s):

| ___x___ | Prehistoric |
|---|---|
| _____ | Historic |
| _____ | Shipwreck |

34. Ownership:   _____ Private      ___x___ Federal      _____ State      _____ Local/County
_____ Unknown

00013855

35. Owner(s):   <u>US Department of Agriculture</u>
    Address:   _____
    Phone:   _____
    Email:   _____

36. Tenant and/or Local Contact:   <u>Beltsville Agricultural Research Center</u>
    Address:   _____
    Phone:   _____
    Email:   _____

37. Other Known Investigations:   <u>Wayne Clark conducted a survey of the BARC in 1973</u>
    _____
    _____
    _____
    _____
    _____

38. Primary report reference or citation:
    <u>Phase I Archaeological Survey for Three Proposed Stream Mitigation Sites for the I-495/I-270 Managed Lanes Study, Anne Arundel, Charles, and Prince George's Counties, Maryland. Authored by Heather Millis, Jeff Johnson, Tracy Millis, and Bruce Idol, 2021.</u>

39. Other Records (e.g. slides, photos, original field maps/notes, sonar, magnetic record)?
    _____ Slides          __x__ Field record          _____ Other: _____
    __x__ Photos          _____ Sonar
    __x__ Field maps     _____ Magnetic record

40. If yes, location of records:   <u>TRC, Chapel Hill, NC</u>

41. Collections at Maryland Archeological Conservation (MAC) Lab or to be deposited at MAC Lab?
    __x__ Yes
    _____ No
    _____ Unknown

42. If NO or UNKNOWN, give owner: _____
    location:_____
    and brief description of collection:_____
    _____
    _____

43. Informant:   _____
    Address:   _____
    Phone:   _____
    Email:   _____

44. Site visited by <u>Tracy L. Millis</u>
    Company/Group name:   <u>TRC Environmental Corporation</u>
    Address:  <u>50101 Governors Drive Suite 250, Chapel Hill, NC</u>
    Phone:   <u>(919) 475-5507</u>
    Email:   <u>tmillis@trccompanies.com</u>                         Date: <u>10/9/2020</u>

45. Form filled out by:   <u>Tracy L. Millis</u>
    Company/Group name:   <u>TRC Environmental Corporation</u>
    Address:  <u>50101 Governors Drive Suite 250, Chapel Hill, NC</u>
    Phone:   <u>(919) 475-5507</u>
    Email:   <u>tmillis@trccompanies.com</u>                         Date: <u>1/18/2021</u>

46. Site Summary/Additional Comments (append additional pages if needed):

Site 18PR1191 is partially located in a fallow field and partially in a field planted in winter squash at the time of the survey. Three shovel tests in this area produced cultural material and negative shovel tests bound the site on all sides. The site is a low-density lithic scatter of unknown prehistoric age represented by one rhyolite biface, five quartzite flakes, and two quartz flakes. Four of the flakes were recovered from the plowzone (Stratum I), two flakes were recovered from Stratum II, and one biface was recovered from Stratum III. The artifacts may be related to multiple ephemeral visits to this area, and the site will be recommended not eligible for the NRHP.

# MARYLAND ARCHEOLOGICAL SITE SURVEY: PREHISTORIC DATA FORM

Site Number 18PR1191

1. Site type (check all applicable):

| | |
|---|---|
| _____ village | _____ earthen mound |
| _____ hamlet | _____ shell midden |
| _____ base camp | _____ fish weir |
| __x__ short-term resource procurement | _____ submerged prehistoric |
| _____ lithic quarry/extraction | __x__ lithic scatter |
| _____ rockshelter/cave | _____ unknown |
| _____ cairn | _____ other: |
| | _____ |

2. Categories of aboriginal material or remains at site (check all applicable):

| | |
|---|---|
| __x__ flaked stone | _____ human skeletal remains |
| _____ ground stone | _____ faunal implements/ornaments |
| _____ stone bowls | _____ faunal material |
| _____ fire-cracked rock | _____ oyster shell |
| _____ other lithics | _____ floral material |
| _____ ceramics (vessels) | _____ unknown |
| _____ other fired clay | _____ other: |
| | _____ |

3. Lithic materials (check all applicable):

| | |
|---|---|
| _____ jasper | _____ steatite |
| _____ chert | _____ sandstone |
| __x__ rhyolite | _____ silicified sandstone |
| __x__ quartz | _____ ferruginous quartzite |
| __x__ quartzite | _____ European flint |
| _____ chalcedony | _____ basalt |
| _____ ironstone | _____ unknown |
| _____ argillite | _____ other: |
| | _____ |

4. Diagnostics (choose from manual and give number recovered or observed):

_____     _____
_____     _____
_____     _____
_____     _____
_____     _____
_____     _____
_____     _____

5. Features present:

_____ yes
__x__ no
_____ unknown

6. Types of features identified (check all applicable):

| | |
|---|---|
| _____ midden | _____ chipping clusters |
| _____ shell midden | _____ refuse/storage pits |
| _____ postholes/molds | _____ burials |
| _____ house patterns | _____ ossuaries |
| _____ palisade | _____ unknown |
| _____ hearths | _____ other: |
| | _____ |

00013858

PREHISTORIC DATA FORM

7. Flotation samples collected:
     _____ yes
     \_\_x\_\_ no
     _____ unknown

    analyzed:
    _____ yes, by _____
    _____ no
    _____ unknown

8. Samples for radiocarbon dating collected:
     _____ yes
     \_\_x\_\_ no
     _____ unknown

     Dates and Lab Reference Nos. _____

9. Soil samples collected:
     _____ yes
     \_\_x\_\_ no
     _____ unknown

    analyzed:
    _____ yes, by _____
    _____ no
    _____ unknown

10. Other analyses (specify):_____
              _____
              _____
              _____

11. Additional comments:

12. Form filled out by:\_\_\_\_ Tracy L. Millis _____
    Address/Company:\_\_\_\_ TRC Environmental Corporation _____
              Date:\_\_\_\_ January 18, 2021 _____

00013860

# ARCHEOLOGICAL SITE SURVEY: BASIC DATA FORM

**Date Filed:** _____

Check if update: ☐

Maryland Department of Planning
*Maryland Historical Trust*
*Division of Historical and Cultural Programs*
100 Community Place
Crownsville, Maryland 21032

| Site Number: 18PR1192 |
|---|
| County:  Prince George's |

## A.  DESIGNATION

1. Site Name:     Paint Branch FS-6

2. Alternate Site Name/Numbers: _____

3. Site Type (describe site chronology and function; see instructions):
   Unidentified prehistoric short-term resource procurement site
   _____
   _____
   _____

4. Prehistoric ___x___          Historic _____          Unknown _____

5. Terrestrial ___x___          Submerged/Underwater _____          Both _____

## B.  LOCATION

6. USGS 7.5' Quadrangle(s):     Beltsville     | (For underwater sites)
                                               | NOAA Chart No.:
                                               |
                                               |

(Photocopy section of quad or chart on page 4 and mark site location)

Latitude in decimal degrees _____     Longitude in decimal degrees _____

7. Maryland Archeological Research Unit Number:     ___11___

8. Physiographic Province (check one):
   _____ Allegany Plateau          _____ Lancaster/Frederick Lowland
   _____ Ridge and Valley          _____ Eastern Piedmont
   _____ Great Valley              ___x___ Western Shore Coastal Plain
   _____ Blue Ridge                _____ Eastern Shore Coastal Plain

9. Major Watershed/Underwater Zone (see instructions for map and list):     Washington Metro

## C.  ENVIRONMENTAL DATA

10. Nearest Water Source:  unnamed tributary of Paint Branch          Stream Order: _____

11. Closest Surface Water Type (check all applicable):
    _____ Ocean                    ___x___ Freshwater Stream/River
    _____ Estuarine Bay/Tidal River _____ Freshwater Swamp
    _____ Tidal or Marsh           _____ Lake or Pond
                                     _____ Spring

12. Distance from closest surface water:          22.7  meters (or ___75___ feet)

00013861

## C. ENVIRONMENTAL DATA [CONTINUED]

13. Current water speed: _____ knots     14. Water Depth: ___ meters

15. Water visibility: _____

16. SCS Soils Typology and/or Sediment Type: RcA, RcB, CcC

17. Topographic Settings (check all applicable):

| | | | |
|---|---|---|---|
| _____ Floodplain | | _____ Hilltop/Bluff |
| _____ Interior Flat | | _____ Upland Flat |
| _____ Terrace | | _____ Ridgetop |
| _____ Low Terrace | | _____ Rockshelter/Cave |
| _____ High Terrace | | _____ Unknown |
| __x__ Hillslope | | _____ Other: |
| | | _____ |

18. Slope: _0–10%_

19. Elevation: ____ meters (or _110_ feet) above sea level

20. Land use at site when last field checked (check all applicable):

| | | | |
|---|---|---|---|
| _____ Plowed/Tilled | | _____ Extractive |
| _____ No-Till | | _____ Military |
| __x__ Wooded/Forested | | _____ Recreational |
| _____ Logging/Logged | | _____ Residential |
| __x__ Underbrush/Overgrown | | _____ Ruin |
| _____ Pasture | | _____ Standing Structure |
| _____ Cemetery | | _____ Transportation |
| _____ Commercial | | _____ Unknown |
| _____ Educational | | _____ Other: |
| | | _____ |

21. Condition of site:
   - __x__ Disturbed
   - _____ Undisturbed
   - _____ Unknown

22. Cause of disturbance/destruction (check all applicable):

| | | | |
|---|---|---|---|
| __x__ Plowed | | _____ Vandalized/Looted |
| __x__ Eroded/Eroding | | _____ Dredged |
| _____ Graded/Contoured | | _____ Heavy Marine Traffic |
| _____ Collected | | _____ Other: |
| | | _____ |

23. Extent of disturbance:
   - __x__ Minor (0-10%)
   - _____ Moderate (10-60%)
   - _____ Major (60-99%)
   - _____ Total (100%)
   - _____ % unknown

## C. ENVIRONMENTAL DATA [CONTINUED]

24. Describe site setting with respect to local natural and cultural landmarks (topography, hydrology, fences, structures, roads). Use continuation sheet if needed.

    The site is located on USDA BARC property within the I-495/I-95 exchange west of Paint Branch, south of I-495, and east of I-95. It is located within a mixed hardwood forest with sparse underbrush and is situated on a side slope and terrace toe slope that overlooks an unnamed tributary of Paint Branch to the north.

25. Characterize site stratigraphy. Include a representative profile on separate sheet, if applicable. Address plowzone (presence/absence), subplowzone features and levels, if any, and how stratigraphy affects site integrity. Use continuation sheet if needed.

    The stratigraphic sequence is characterized by a sandy loam Ap horizon (0–0.55 feet), a sandy loam Bw1 horizon (0.55–1.5 fbs), a sandy loam Bw2 horizon (1.5–1.85 fbs), a sandy loam Bw3 horizon (1.85–2.35 fbs), and a silt loam Btg horizon (2.35–2.6+ fbs).

26. Site size: __20.9__ meters by __23.4__ meters (or __69__ feet by __77__ feet)

27. Draw a sketch map of the site and immediate environs, here or on separate sheet:



Photocopy section of quadrangle map(s) and mark site location with heavy dot or circle and arrow pointing to it.



## D. CONTEXT

28. Cultural Affiliation (check all applicable):

| PREHISTORIC | HISTORIC: | ____ UNKNOWN |
|---|---|---|
| ___x___ Unknown | _____ Unknown | |
| _____ Paleoindian | 17th century | |
| _____ Archaic | _____ 1630-1675 | |
| _____ Early Archaic | _____ 1676-1720 | |
| _____ Middle Archaic | 18th century | |
| _____ Late Archaic | _____ 1721-1780 | |
| _____ Terminal Archaic | _____ 1781-1820 | |
| _____ Woodland | 19th century | |
| _____ Adena | _____ 1821-1860 | |
| _____ Early Woodland | _____ 1861-1900 | |
| _____ Middle Woodland | 20th century | |
| _____ Late Woodland | _____ 1901-1930 | |
| | _____ post-1930 | |
| _____ CONTACT | | |

## E. INVESTIGATIVE DATA

29. Type of investigation:

| ___x___ Phase I | _____ Field Visit |
|---|---|
| _____ Phase II/Site Testing | _____ Collection/Artifact Inventory |
| _____ Phase III/Excavation | _____ Report From Informant |
| _____ Archival Investigation | _____ Other: |
| _____ Monitoring | _____ |

30. Purpose of investigation:

| ___x___ Compliance | _____ Site Inventory |
|---|---|
| _____ Research | _____ MHT Grant Project |
| _____ Avocational | _____ Other: |
| _____ Regional Survey | _____ |

31. Method of sampling (check all applicable):

| _____ Non-systematic surface search | _____ Excavation units |
|---|---|
| _____ Systematic surface collection | _____ Mechanical excavation |
| _____ Non-systematic shovel test pits | _____ Remote sensing |
| ___x___ Systematic shovel test pits | _____ Other: |
| | _____ |

32. Extent/nature of excavation: ___Five 1.5 ft diameter (45 cm) shovel tests were excavated across the site at 25 ft (7.5m) intervals. The shovel tests were excavated by natural soil strata to the C horizon or Pleistocene soils and screened through ¼" mesh. Two of the shovel tests yielded cultural material.___
_____

## F. SUPPORT DATA

33. Accompanying Data Form(s):

| ___x___ Prehistoric |
|---|
| _____ Historic |
| _____ Shipwreck |

34. Ownership: _____ Private ___x___ Federal _____ State _____ Local/County
_____ Unknown

**BASIC DATA FORM**

35. Owner(s): <u>US Department of Agriculture</u>
    Address: _____
    Phone: _____
    Email: _____

36. Tenant and/or Local Contact: <u>Beltsville Agricultural Research Center</u>
    Address: _____
    Phone: _____
    Email: _____

37. Other Known Investigations: <u>Wayne Clark conducted a survey of the BARC in 1973</u>
    _____
    _____
    _____
    _____
    _____

38. Primary report reference or citation:
    <u>Phase I Archaeological Survey for Three Proposed Stream Mitigation Sites for the I-495/I-270 Managed Lanes Study, Anne Arundel, Charles, and Prince George's Counties, Maryland. Authored by Heather Millis, Jeff Johnson, Tracy Millis, and Bruce Idol, 2021.</u>

39. Other Records (e.g. slides, photos, original field maps/notes, sonar, magnetic record)?
    _____ Slides      <u>x</u> Field record      _____ Other: _____
    <u>x</u> Photos      _____ Sonar
    <u>x</u> Field maps      _____ Magnetic record

40. If yes, location of records: <u>TRC Chapel Hill, NC</u>

41. Collections at Maryland Archeological Conservation (MAC) Lab or to be deposited at MAC Lab?
    <u>x</u> Yes
    _____ No
    _____ Unknown

42. If NO or UNKNOWN, give owner: _____
    location:_____
    and brief description of collection:_____
    _____
    _____

43. Informant: _____
    Address: _____
    Phone: _____
    Email: _____

44. Site visited by <u>Tracy L. Millis</u>
    Company/Group name: <u>TRC Environmental Corporation</u>
    Address: <u>50101 Governors Drive Suite 250, Chapel Hill, NC</u>
    Phone: <u>(919) 475-5507</u>
    Email: <u>tmillis@trccompanies.com</u>      Date: <u>10/9/2020</u>

45. Form filled out by: <u>Tracy L. Millis</u>
    Company/Group name: <u>TRC Environmental Corporation</u>
    Address: <u>50101 Governors Drive Suite 250, Chapel Hill, NC</u>
    Phone: <u>(919) 475-5507</u>
    Email: <u>tmillis@trccompanies.com</u>      Date: <u>1/18/2021</u>

46. Site Summary/Additional Comments (append additional pages if needed):

The site assemblage consists of a total of eight unmodified pieces of lithic debitage recovered from two shovel tests located 25 ft apart. These consist of one quartzite flake and one piece of quartz shatter found in the Bt1 horizon (0.5–1.55 fbs) and one piece of quartz shatter and five quartzite flakes found in the Bt2 horizon (1.0–1.7 fbs). No additional artifacts were found in the shovel tests excavated in this area, although isolated finds 18PRX284-2, 18PRX284-3, and 18PRX284-6 are located to the east, west, and north, respectively and all of the pre-contact period artifacts have the potential to be associated with the same general resources procurement activities conducted across the area probably during multiple pre-contact periods. No indications of any patterned or substantial artifact distributions or cultural features was observed on or near site 18PR1192. This low-density scatter of lithic materials dates to an undetermined pre-contact period (or periods) and does not appear to offer additional research potential. The site is recommended not eligible for the NRHP, and no further archaeological investigation of this site is recommended for this project as currently scoped.

00013867

# MARYLAND ARCHEOLOGICAL SITE SURVEY: PREHISTORIC DATA FORM

Site Number 18PR1192

1.  Site type (check all applicable):

| | |
|---|---|
| \_\_\_\_\_ village | \_\_\_\_\_ earthen mound |
| \_\_\_\_\_ hamlet | \_\_\_\_\_ shell midden |
| \_\_\_\_\_ base camp | \_\_\_\_\_ fish weir |
| \_\_x\_\_ short-term resource procurement | \_\_\_\_\_ submerged prehistoric |
| \_\_\_\_\_ lithic quarry/extraction | \_\_x\_\_ lithic scatter |
| \_\_\_\_\_ rockshelter/cave | \_\_\_\_\_ unknown |
| \_\_\_\_\_ cairn | \_\_\_\_\_ other: |

2. Categories of aboriginal material or remains at site (check all applicable):

| | |
|---|---|
| \_\_x\_\_ flaked stone | \_\_\_\_\_ human skeletal remains |
| \_\_\_\_\_ ground stone | \_\_\_\_\_ faunal implements/ornaments |
| \_\_\_\_\_ stone bowls | \_\_\_\_\_ faunal material |
| \_\_\_\_\_ fire-cracked rock | \_\_\_\_\_ oyster shell |
| \_\_\_\_\_ other lithics | \_\_\_\_\_ floral material |
| \_\_\_\_\_ ceramics (vessels) | \_\_\_\_\_ unknown |
| \_\_\_\_\_ other fired clay | \_\_\_\_\_ other: |

3. Lithic materials (check all applicable):

| | |
|---|---|
| \_\_\_\_\_ jasper | \_\_\_\_\_ steatite |
| \_\_\_\_\_ chert | \_\_\_\_\_ sandstone |
| \_\_\_\_\_ rhyolite | \_\_\_\_\_ silicified sandstone |
| \_\_x\_\_ quartz | \_\_\_\_\_ ferruginous quartzite |
| \_\_x\_\_ quartzite | \_\_\_\_\_ European flint |
| \_\_\_\_\_ chalcedony | \_\_\_\_\_ basalt |
| \_\_\_\_\_ ironstone | \_\_\_\_\_ unknown |
| \_\_\_\_\_ argillite | \_\_\_\_\_ other: |

4. Diagnostics (choose from manual and give number recovered or observed):

_____      _____
_____      _____
_____      _____
_____      _____
_____      _____
_____      _____
_____      _____

5.  Features present:

\_\_\_\_\_ yes
\_\_x\_\_ no
\_\_\_\_\_ unknown

6. Types of features identified (check all applicable):

| | |
|---|---|
| \_\_\_\_\_ midden | \_\_\_\_\_ chipping clusters |
| \_\_\_\_\_ shell midden | \_\_\_\_\_ refuse/storage pits |
| \_\_\_\_\_ postholes/molds | \_\_\_\_\_ burials |
| \_\_\_\_\_ house patterns | \_\_\_\_\_ ossuaries |
| \_\_\_\_\_ palisade | \_\_\_\_\_ unknown |
| \_\_\_\_\_ hearths | \_\_\_\_\_ other: |

00013868

7. Flotation samples collected:                      analyzed:
            _____ yes                         _____ yes, by _____
           \_\_\_x\_\_ no                          _____ no
            _____ unknown                _____ unknown

8. Samples for radiocarbon dating collected:
            _____ yes
           \_\_\_x\_\_ no
            _____ unknown

                Dates and Lab Reference Nos. _____

9. Soil samples collected:                           analyzed:
            _____ yes                         _____ yes, by _____
           \_\_\_x\_\_ no                          _____ no
            _____ unknown                _____ unknown

10. Other analyses (specify):_____
                     _____
                     _____
                     _____

11. Additional comments:

12. Form filled out by:\_\_\_\_Tracy L. Millis_____
      Address/Company:\_\_\_\_TRC Environmental Corporation_____
                Date:\_\_\_\_January 18, 2021_____

00013870

**APPENDIX 3**

**ABBREVIATED RESUMES FOR KEY PERSONNEL**

00013871

00013872

**TRC**

**HEATHER MILLIS, RPA**

**EDUCATION**
M.A., Anthropology, State University of New York at Albany, 1994
B.A., History, University of Maryland, 1986

**PROFESSIONAL REGISTRATIONS/CERTIFICATIONS**
Register of Professional Archaeologists, 2001

**AREAS OF EXPERTISE**
Heather Millis has management and technical experience in the following areas:
•    Archival Research/Land Use Studies
•    Archaeological Survey, National Register Evaluation, and Data Recovery
•    Cemetery Delineation

**REPRESENTATIVE EXPERIENCE**
Ms. Millis is the Office Practice Leader in TRC's Chapel Hill, North Carolina office and has extensive experience in all types of cultural resource investigations. She has over 30 years of professional experience serving as Principal Investigator, Field Director, or Historian on hundreds of projects across the eastern United States. As Office Manager she is responsible for all aspects of project development and management, including proposal and research design development, project planning, implementation, and management, field and laboratory research, report preparation, and coordination with clients and agencies. Ms. Millis also serves as a QA/QC reviewer, copyeditor, and technical writer for TRC's Chapel Hill office. Following is a summary of her most recent projects:

**Maryland Department of Transportation, State Highway Administration – MD (Contract Liaison/Project Manager/Principal Investigator): 1997–present**
Ms. Millis serves as Project Manager and Principal Investigator for TRC's cultural resources contract with the Maryland State Highway Administration. She has managed over 70 work orders assigned to TRC by the SHA for transportation projects in Maryland under multiple consecutive contracts. As the contract liaison she is responsible for developing proposals, work plans, and budgets for each task order, submitting invoices, and interfacing with the SHA staff and subconsultants. As Principal Investigator for task orders involving archaeological investigation, she is also responsible for directing or supervising fieldwork, supervising laboratory work, performing analysis, authoring technical and non-technical reports, and interfacing with the SHA and landowners. This work has involved all phases of archaeological research, including survey, testing, and data recovery investigations of historic and prehistoric sites from western Maryland to the eastern shore and in rural and developed settings. In addition, this work has included survey and testing of multiple prehistoric period sites in northern Virginia.

**First Solar Development LLC – Dinwiddie County, VA (Project Manager/Principal Investigator): January 2019–present**
Ms. Millis serves as Principal Investigator and Project Manager for survey of areas totaling over 2,000 acres for the proposed Lily Pond solar farm located within portions of four different Civil War battlefields. Her responsibilities include coordinating with the client and agencies, supervising the fieldwork, lab processing, and data analysis, co-authoring the deliverables, and mitigation planning.

00013873



**Invenergy – King William County, VA (Project Manager/Principal Investigator): October 2018–present**
Ms. Millis serves as Principal Investigator and Project Manager for survey of areas totaling over 1,300 acres and Phase II investigations of three historic period sites for the proposed Sweet Sue solar farm. Her responsibilities include coordinating with the client and agencies, supervising the fieldwork, lab processing, and data analysis, and co-authoring the deliverables.

**First Solar Development LLC – Sussex County, VA (Project Manager/Principal Investigator): October 2018–present**
Ms. Millis serves as Principal Investigator and Project Manager for survey of areas totaling over 1,200 acres for the proposed Waverly solar farm. Her responsibilities include coordinating with the client and agencies, supervising the fieldwork, lab processing, and data analysis, and co-authoring the deliverables.

**Cypress Creek Renewables LLC – Orange County, VA (Project Manager/Principal Investigator): April 2018–March 2020**
Ms. Millis served as Principal Investigator and Project Manager for survey of areas totaling 686 acres within the NRHP eligible Mine Run Battlefield Historic District for the proposed Sol Madison solar farm. Her responsibilities include coordinating with the client and agencies, supervising the fieldwork, lab processing, and data analysis, authoring the deliverables, and mitigation planning.

**Cypress Creek Renewables LLC – Jones County, NC (Project Manager/Principal Investigator): October 2017–October 2018**
Ms. Millis served as Principal Investigator and Project Manager for survey of areas totaling 1,052 acres within the NRHP listed Bryan-Bell/Oakview Plantation for the proposed Trent River solar farm. Her responsibilities included coordinating with the client and SHPO, supervising the fieldwork, lab processing, and data analysis, and authoring the deliverables.

**Southeastern Archaeological Services and USACE Wilmington District – Various Counties, NC and VA (Project Manager/Principal Investigator): October 2016–September 2018**
Ms. Millis served as Principal Investigator and Project Manager for survey of 14 wildlife management areas totaling 1,566 acres within the Kerr Lake Reservoir. Her responsibilities included coordinating with the clients and agencies, supervising the fieldwork, lab processing, data analysis, and report writing, and co-authoring the deliverables.

**Rover Pipeline LLC – Multiple Counties, OH, PA, and WV (Principal Investigator): September 2014–present**
Ms. Millis serves as Principal Investigator for cultural resources survey and mitigation efforts for the Rover Pipeline project, consisting of about 500 linear miles of corridor, ancillary facility locations, and access roads across parts of Ohio, Pennsylvania, and West Virginia. Her responsibilities include interfacing with the client, SHPOs, FERC, TRC staff, and subconsultants, supervising the fieldwork, lab processing and analysis, and report writing tasks, and authoring portions of the technical reports, resource reports for FERC filings, and mitigation deliverables.

 **TRACY L. MILLIS**

## EDUCATION
M.A., Anthropology, State University of New York at Albany, 1993
B.S., Anthropology, Virginia Commonwealth University, 1984

## PROFESSIONAL REGISTRATIONS/CERTIFICATIONS
Register of Professional Archaeologists, 1995

## AREAS OF EXPERTISE
Mr. Millis has technical expertise in the following general areas:
- Archaeological Survey, Testing, and Data Recovery Investigations
- Prehistoric Ceramic Analysis
- Historical and Archival Research

## REPRESENTATIVE EXPERIENCE
Mr. Millis is a Senior Archaeologist in TRC's Chapel Hill, North Carolina office with over 35 years of experience in a range of cultural resource studies. Mr. Millis has served in supervisory and technical positions for over 150 projects across the eastern United States. As Project Manager he has been responsible for all aspects of project development and management, including proposal development, project planning and implementation, supervising field and laboratory research, report preparation, and coordination with clients and agencies. Mr. Millis has experience in cultural resource investigations for road, pipeline, and transmission line corridors; residential and commercial development; and a variety of projects on military installations. He has authored, co-authored, or contributed to over 100 technical reports and papers.

**MVP Southgate Gas Transmission Project, Pittsylvania County, VA, and Alamance and Rockingham Counties, NC (Field Director): 2018–present**
Mr. Millis currently serves as Cultural Resources Field Director for cultural resources studies of a 73 mile long corridor and associated ancillary facilities for the MVP Southgate Gas Transmission project. Mr. Millis is responsible for directing all aspects of fieldwork and laboratory analysis, research, and compliance reporting.

**Spectra Energy, Cultural Resources Survey for NEXUS Gas Transmission Project, Multiple Counties, OH and MI (Principal Investigator): 2014–present**
Mr. Millis currently serves as Cultural Resources Project Director for cultural resources studies of a 255 mile long corridor and associated ancillary facilities for the NEXUS Gas Transmission project in multiple counties in Ohio and Michigan. Mr. Millis is responsible for directing all aspects of fieldwork and laboratory analysis, conducting research, and authoring the report for compliance.

**Spectra Energy/East Tennessee Natural Gas, Line 3400-1 Anomaly Investigations, Russell and Dickenson Counties, VA (Principal Investigator): 2011**
Mr. Millis conducted cultural resources investigations of four existing access roads and four locations of the Line 3400-1 pipeline in Russell and Dickenson counties. As Principal Investigator, he was responsible for directing field investigations and authored the compliance report.

00013875



**Spectra Energy/East Tennessee Natural Gas, Line 3300-3 Anomaly Investigations, Smyth County, VA (Principal Investigator): 2011**
Mr. Millis conducted cultural resources investigations of an existing access road and a portion of the Line 3300-3 pipeline in Smyth County that will require excavation to determine the nature of an anomaly and potential repairs to the pipeline. As Principal Investigator, he was responsible for directing field investigations and authored the compliance report.

**Draper Aden Associates, Cultural Resources Survey and Evaluation for the Wildwood Commerce Park, Carroll County, VA (Project Manager and Principal Investigator): 2011–2012**
Mr. Millis served as Project Manager and Principal Investigator for a cultural resources survey of the 167-acre project area as well as the evaluation of site 44CA0135, a Late Woodland campsite. Mr. Millis was responsible for directing all aspects of fieldwork and laboratory analysis, conducting the background research, and authoring the report for compliance.

**Columbia Gas Transmission Corporation, Line VM-108 Replacement- Sussex, VA (Principal Investigator and Project Manager): 1998**
Mr. Millis conducted archaeological survey of a 6.9-mile corridor and associated ancillary facilities of the Line VM-108 Replacement project in Sussex County. As Principal Investigator and Project Manager, he was responsible for directing field investigations and supervising laboratory analyses and co-authored the compliance report.

**Virginia Department of Historic Resources, Historic Architectural and Archaeological Survey, Bedford County, VA (Project Manager): 1998**
Mr. Millis served as Project Manager for an architectural survey of 280 properties and an archaeological survey of 300 acres in Bedford County, VA. The main objective of this project was to gather data on the cultural resources present in the county, and specifically within targeted development areas that are projected for growth in commercial and residential development. Extensive historical background information was gathered in order to document the types of historic properties and archaeological resources expected for each development area and to prioritize the development areas in terms of development pressure and archaeological significance. A comprehensive overview of various property types was developed to provide the baseline data needed for developing a historic preservation plan.

**STV, FBI Academy Archaeological Assessment- Quantico, VA (Principal Investigator and Project Manager): 1997**
Mr. Millis conducted reconnaissance survey and archaeological assessment of three parcels totaling 75 acres within the FBI Academy Complex near the Quantico Marine Corps Base in Stafford County.



# BRUCE S. IDOL

## EDUCATION
M.A., Anthropology, Wake Forest University, 1997
B.A., Anthropology, University of North Carolina at Greensboro, 1992
B.A., English Literature, Appalachian State University, 1990

## PROFESSIONAL REGISTRATIONS/CERTIFICATIONS
Register of Professional Archaeologists, 2001–2019

## AREAS OF EXPERTISE
Mr. Idol has project management and technical experience in the following general areas:
- Archaeological project planning and implementation
- Archaeological survey, testing and data recovery excavations
- Prehistoric ceramic analysis
- Archaeological report preparation

## REPRESENTATIVE EXPERIENCE
Mr. Idol has 23 years of experience conducting and reporting archaeological surveys, site evaluations, and data recovery excavations. Mr. Idol's experience includes extensive service to public and private-sector clients including the National Park Service (NPS), U.S. Army Construction and Engineering Research Laboratories (CERL), the U.S. Army Corps of Engineers (COE), U.S.D.A. Forest Service (NFS), the North Carolina DOT, and the Federal Highway Administration Eastern Federal Lands Highway Division (FHWA EFLHD). He currently serves as a Senior Archaeologist in the Chapel Hill Office with responsibilities including fieldwork direction, artifact analysis, and reporting.

**Data Recovery Excavations at 31JK615– Jackson County, NC (Field Director: 2019 – present)**
Mr. Idol is presently serving as Field Director for data recovery excavations at a prehistoric through Historic Cherokee archaeological site.

**Maryland DOT SHA, Survey and Site Evaluations within the George Washington Memorial Parkway for the I-495/I-270 Managed Lanes Study– Fairfax County, VA (Field Director: 2019)**
Mr. Idol served as Field Director for an intensive survey and testing of multiple sites within the George Washington Memorial Parkway.

**Data Recovery Excavations at 31JK569 and 31JK570– Jackson County, NC (Field Director: 2019)**
Mr. Idol served as Field Director for data recovery excavations at two prehistoric through Historic Cherokee archaeological sites.

1

00013877

**North Carolina DOT, Data Recovery Excavations at 31GH635– Graham County, NC (Field Director: 2017 – present)**
Mr. Idol is presently serving as Field Director for data recovery excavations at a prehistoric through Historic Cherokee archaeological site.

**North Carolina DOT, Data Recovery Excavations at 31JK164 and 31JK487 – Jackson County, NC (Field Director: 2017)**
Mr. Idol served as Field Director for data recovery excavations at two prehistoric through Historic Cherokee archaeological sites.

**North Carolina DOT, Testing at 31MA685 and Data Recovery Excavations at 31MA684 and 31MA774 – Macon County, NC (Field Director: 2014 – 2016)**
Mr. Idol served as Field Director for testing and data recovery excavations at three prehistoric through Historic Cherokee archaeological sites.

**FHWA EFLHD, Data Recovery Excavations at 31JK443 and 31JK553 – Jackson County, NC (Field Director: 2012)**
Mr. Idol served as Field Director for data recovery excavations at two prehistoric through Historic Cherokee archaeological sites.

**U.S. Army Corps of Engineers, Roanoke River Flood Reduction Project – Roanoke, VA (Field Director: 2001 – 2008)**
Mr. Idol served as Field Director for data recovery excavations at five large prehistoric sites: 44RN2, 44RN72, 44RN219, 44RN221, and 44RN356, as well as testing excavations at 44RN2, 44RN72, 44RN221, and at the Blue Ridge Industrial Park. In this position, he oversaw all stages of fieldwork, analysis, and report preparation, and worked closely with City of Roanoke engineers and COE personnel.

**North Carolina DOT, Data Recovery Excavations at 31AX37 – Alexander County, NC (Field Director: 2007 – 2009)**
Mr. Idol served as Field Director for site data recovery excavations at 31AX37, and oversaw all stages of fieldwork, analysis, and report preparation.

**National Forests in North Carolina, Archaeological Investigations at Bearpen Branch (31TV845), – Transylvania County, NC (Field Director: 2005 – 2006)**
Mr. Idol served as Field Director for archaeological investigations at the Bearpen Branch site and authored the report for compliance.

**Arcadis/FHWA/National Park Service, Foothills Parkway Section 8B Archaeological Survey – Sevier and Cocke counties, TN (Field Director: 2007)**
Mr. Idol directed the archaeological survey of the proposed Foothills Parkway Section 8B corridor.

00013878

**EDUCATION**
B.A., Anthropology, Appalachian State University, 2010

**AREAS OF EXPERTISE**
Jeff Johnson has technical experience in the following areas:
- Archaeological Inventory Surveys
- Archaeological Site Assessments
- Archaeological Data Recovery
- Cemetery Delineation Survey

**REPRESENTATIVE EXPERIENCE**
Mr. Johnson is an Archaeological Field Director in TRC's Chapel Hill, North Carolina office and has experience in all phases of cultural resource investigations. He has seven years of professional experience serving as an Archaeological Technician, Archaeological Crew Chief, and Archaeological Field Director in the Southeast, Mid-Atlantic, and Midwestern U.S. He assists in the recovery of cultural resources, helps process recovered artifacts in the laboratory, assists with report writing and graphics production, assists with field project coordination, and manages a field crew.

**Invenergy, Sweet Sue Solar Project (Field Director): 2020**
Mr. Johnson served as a Field Director for Phase II archaeological investigation of an early historic period site for the prospective solar farm. He managed a cultural field crew and assisted in the identification and recordation of cultural resources.

**NextEra, Cultural Resources Survey for MVP Southgate Project, Alamance and Rockingham Counties, NC and Pittsylvania County, VA (Field Director/Crew Chief): 2018–present**
Mr. Johnson serves as a Field Director for ongoing cultural resources studies for the prospective pipeline corridor and associated facilities. He manages a cultural field crew and assists in the identification and recordation of cultural resources.

**Vaughn and Melton, M-64 Pipeline Survey (Field Director): 2019**
Mr. Johnson served as a Field Director for cultural resources surveys for the prospective pipeline corridor and associated facilities. He managed a cultural field crew and assisted in the identification and recordation of cultural resources.

**Maryland DOT/SHA, Phase II Investigation of 18PR750, Prince George's County, MD (Field Director): December 2018**
Mr. Johnson served as Field Director for an archaeological investigation of a prehistoric site within the planned right-of-way of a highway widening project. He managed a cultural field crew, assisted with the report writing, and created GIS based graphic illustrations.

**Spectra Energy, Cultural Resources Studies for NEXUS Project, Multiple Counties, OH (Crew Chief): 2014–2019**
Mr. Johnson served as a Crew Chief for cultural resources survey and testing for the prospective pipeline corridor and associated facilities. He managed a cultural field crew and assisted in the identification of cultural resources.

00013879

 

**NCDOT, Brevard Road Survey (Field Director): 2018**
Mr. Johnson served as a Field Director for cultural resources survey for the planned road improvements. He managed a cultural field crew and assisted in the identification and recordation of cultural resources.

**Various Clients, Cemetery Delineation Survey, Multiple Counties, NC (Crew Chief): 2016**
Mr. Johnson served as a Crew Chief for cemetery delineation surveys for various clients. He assisted in the identification and delineation of cemeteries.

**Chatham Parks, Cultural Resources Survey for Chatham Parks Development, Chatham County, NC (Crew Chief): 2016–present**
Mr. Johnson served as a Crew Chief for a cultural resources survey for the prospective Chatham Parks housing development. He managed a cultural field crew and assisted in the identification of cultural resources.

**Duke Energy, Cultural Resources Survey for Sanford Mines Project, Lee and Chatham Counties, NC (Crew Chief): 2015**
Mr. Johnson served as a Crew Chief for a cultural resources survey for the proposed project. He managed a cultural field crew and assisted in the identification of cultural resources.

**Maryland DOT/SHA, Cultural Resources Survey and Archaeological Site Assessment for the Monocacy National Battlefield, Frederick County, MD (Field Technician): 2015**
Mr. Johnson served as a Field Technician for a cultural resources survey and Archaeological Site assessment for the Monocacy National Battlefield. He assisted in the recovery of cultural resources.

**Energy Transfer, Cultural Resources Survey for ROVER Project, Multiple Counties, OH (Crew Chief and Field Technician): 2014**
Mr. Johnson served as a Crew Chief and Field Technician for cultural resources survey for the prospective pipeline corridor and associated facilities. He managed a cultural field crew and assisted in the identification of cultural resources.

**Maryland DOT/SHA, Cultural Resources Survey and Archaeological Site Assessment for the Folck's Mill Site, Cumberland County, MD (Field Technician): 2014**
Mr. Johnson served as a Field Technician for a cultural resources survey and Archaeological Site assessment for the Folck's Mill Site. He assisted in the recovery of cultural resources.

**Spectra Energy, Cultural Resources Survey for Sabal Trail Transmissions Project, Multiple Counties, GA (Field Technician): 2013–2014**
Mr. Johnson served as a Field Technician for a cultural resources survey for the prospective pipeline corridor and associated facilities. He assisted in the identification of cultural resources.



I-495 & I-270 Managed Lanes Study

# CULTURAL RESOURCES TECHNICAL REPORT
# Volume 9:

**Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery (M:35-212) for the I-495 & I-270 Managed Lanes Study and Remote Sensing of the Morningstar Cemetery and the Gibson Grove A.M.E. Zion Church (M:29:39) Montgomery County, Maryland**
**December 2021**



U.S. Department
of Transportation

**Federal Highway
Administration**



MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

00013881

**MARYLAND AND WASHINGTON, D.C. REPOSITORIES
FOR MDOT SHA ARCHAEOLOGICAL REPORTS**

**Department of Anthropology**
The American University
Battelle - Tompkins, Room T-21
4400 Massachusetts Avenue, N.W.
Washington, D.C. 20016

**Department of Anthropology**
Marist Hall, Room 8
Catholic University of America
Washington, D.C. 20064

**Maryland Historical Trust**
Maryland Department of Planning
100 Community Place
Crownsville, MD 21032-2023

**Jefferson Patterson Park & Museum**
10515 Mackall Road
St. Leonard, MD 20685

**National Park Service**
Regional Archaeology Program Laboratory
Museum Resources Center
3300 Hubbard Road
Landover, MD 20785

**St. Mary's City Commission**
Archaeology Division
P.O. Box 39
St. Mary's City, MD 20686

**Anthropology & Environmental Studies**
Washington College
300 Washington Avenue
Chestertown, MD 21620

**Edward H. Nabb Research Center for
Delmarva History and Culture**
Salisbury University
1101 Camden Avenue PP 190
Salisbury, MD 21801

**Fairfax County Park Authority**
James Lee Center 2855
Annandale Road
Falls Church, VA 22042

**Maryland National Capital Park and
Planning Commission**
Office of History and Archaeology
Needwood Mansion
6700 Needwood Road
Derwood, MD 20855
(Montgomery County reports only)

**Maryland National Capital Park and
Planning Commission
Natural and Historic Resources Division**
801 Watkins Park Drive
Upper Marlboro, MD 20772
(Prince George's County reports only)

**C&O Canal National Historic Park**
National Park Service
Resources Management
1850 Dual Highway, Suite 100
Hagerstown, MD 21740
(Allegany County and Washington County
reports only)

**Anne Arundel County Department of
Planning & Code Enforcement**
Heritage Office Center
2664 Riva Road
MS-6402
Annapolis, MD 21401
(Anne Arundel County reports only)

**Calvert County Department of Planning and
Zoning**
174 Main Street
Prince Frederick, MD 20678
(Calvert County reports only)

**St. Mary's County Office of Planning and
Zoning**
P.O. Box 653
Leonardtown, MD 20650
(St. Mary's County reports only)

# CULTURAL RESOURCES TECHNICAL REPORT VOLUME 9: DOCUMENTATION OF THE MORNINGSTAR TABERNACLE NO. 88 MOSES HALL AND CEMETERY (M:35-212) FOR THE I-495 & I-270 MANAGED LANES STUDY AND REMOTE SENSING OF THE MORNINGSTAR CEMETERY AND THE GIBSON GROVE A.M.E. ZION CHURCH (M:29:39) MONTGOMERY COUNTY, MARYLAND

**ARCHAEOLOGICAL REPORT NUMBER 560**
**Project Number AW073A13**

*Prepared for:*



**MARYLAND DEPARTMENT OF TRANSPORTATION**

**STATE HIGHWAY ADMINISTRATION**

707 North Calvert Street
Baltimore, Maryland 21202

*Prepared by:*
Jennifer Falchetta, M.A., RPA
Patricia Slovinac, M.A.
Katherine McCarthy Watts, M.A.
Frank Mikolic, M.A., RPA
Russell Stevenson, M.A.

A.D. Marble
2200 Renaissance Boulevard, Suite 260
King of Prussia, Pennsylvania 19406

**December 2021**

# Abstract

The Maryland Department of Transportation State Highway Administration (MDOT SHA) requested that A.D. Marble conduct cemetery documentation at the Morningstar Tabernacle No. 88 Moses Hall and Cemetery (M:35-212; hereafter, Morningstar Cemetery) and geophysical surveys at Morningstar Cemetery and the Gibson Grove Church, now the First Agape African Methodist Episcopal (A.M.E.) Zion Church (M: 29:39; hereafter, Gibson Grove Church) in Montgomery County, Maryland. The project study area (hereafter called the archaeology survey area) is located within Maryland Archeological Research Unit 12, the Potomac Drainage, and includes the cemetery parcel, adjacent MDOT SHA Right-of-Way (MDOT SHA ROW), and the Gibson Grove Church parcel. The project is located within sloped upland terrain adjacent to I-495.

The Morningstar Cemetery documentation was conducted within the limits of the archaeology survey area, as depicted on mapping provided by the MDOT SHA. The project consisted of historic and archival research, recordation of cemetery features, and mapping, together with archaeological monitoring of invasive bamboo removal. Archaeological monitoring of vegetation removal included documenting specific activity on the cemetery site, and directing work crews to prevent impacts to the cemetery. This effort was entirely noninvasive to avoid ground disturbance to the maximum extent practicable.

The Morningstar Cemetery is an African American benevolent society cemetery and the site of a no-longer-extant lodge building in Cabin John, Maryland. A total of 109 ranked features were recorded within the Morningstar Cemetery. These include 72 features that represent 66 burials and 37 additional cemetery features that cannot be confidently associated with burials but are likely burial related. Features are defined as any depression, burial marker, stone, or other object within the archaeology survey area that may be associated with burials. Overall, burials appear to be oriented in rows along a north/south axis, with the individual interments facing east. Ten grave markers include inscriptions, eight of which contain dates. Grave depressions and unmarked fieldstone markers are the most common types of features documented. The main area of the Morningstar Cemetery is located in the southwestern portion of the parcel, though at least one row of grave depressions is present in the northwest corner. A clear depression is visible at the fence line between the cemetery parcel and the MDOT SHA ROW, and one depression (Feature 98, possibly representing a grave) lies just within the ROW. In addition to the cemetery, the foundation of Moses Hall was documented in the north-central area of the parcel, along with scattered architectural and domestic debris likely associated with the use and destruction of the Hall.

Following the initial cemetery documentation, a geophysical survey was conducted using ground-penetrating radar (GPR) within 0.59 acre (0.24 ha) of the Morningstar Cemetery and 0.058 acre (0.024 ha) of the Gibson Grove Church parcel. The results indicate the location of 189 probable burials, and suggest a further 189 possible burials, the majority of which are seen to be arranged in rows. This total of 378 is likely lower than the actual total number of graves present due to areas that were inaccessible during the survey. The survey revealed that subsurface anomalies interpreted as graves continue into the MDOT SHA ROW north of the cemetery. A total of 14 probable unmarked burials are indicated in this area, and as many as 34 burials are suggested in total; however, most of the anomalies likely have alternative, natural explanations. The survey within the Gibson Grove Church also clearly indicates the location of one probable unmarked

00013884

burial to the west of the church building, and two possible burials in the same general area. One possible and one tentative burial are also suggested to the north of the church.

It is recommended that the project design be modified to avoid impacts to this portion of the ROW and the Morningstar Cemetery parcel. Based on the possibility of burials within or adjacent to the ROW, and depending on project plans impacting the ROW, additional archaeological investigations are recommended for the ROW portion of the archaeology survey area. If complete avoidance is not possible, it is recommended that appropriate mitigation options be developed in the project programmatic agreement, to be determined by consultation among MDOT SHA, FHWA, and consulting parties.

00013885

# TABLE OF CONTENTS

Abstract ........................................................................................................................... i
Table of Contents ......................................................................................................... iii
List of Figures ............................................................................................................... v
List of Tables .............................................................................................................. vii

**1.0    INTRODUCTION** ...............................................................................................1
**2.0    ARCHAEOLOGY SURVEY AREA AND ENVIRONMENTAL BACKGROUND...11**
    2.1    Archaeology Survey Area Description.................................................11
    2.2    Environmental Context.......................................................................19
        2.2.1    Soils .........................................................................................19
        2.2.2    Climate .....................................................................................20
**3.0    RESEARCH DESIGN AND METHODS**...........................................................22
    3.1    Historic Research Methodology..........................................................22
    3.2    Cemetery Documentation Methodology .............................................22
    3.3    Archaeological Monitoring Methodology ...........................................23
    3.4    Cemetery Mapping Methodology .......................................................23
    3.5    Geophysical Survey Methodology......................................................24
        3.5.1    Limitations of GPR...................................................................24
**4.0    PROJECT RESULTS**.........................................................................................33
    4.1    Regional Historical Background .........................................................33
        4.1.1    European Contact and Settlement (1634 to ca. 1700) ...............33
        4.1.2    Colonial Development and a New Nation (ca. 1700 to 1815) ....33
        4.1.3    Antebellum Period and the Civil War (1815 to 1870) ...............35
        4.1.4    Reconstruction and Agricultural Diversification (1870 to 1930)............36
        4.1.5    The Modern Period (1930 to Present) .......................................37
        4.1.6    Historic Aerial Analysis of the Archaeology Survey Area Landform .......37
    4.2    Previously Identified Cultural Resources and Site-Specific History .......40
        4.2.1    Previous Surveys within a 0.5-Mile (0.8-Km) Radius of the Archaeology Survey
                Area ...........................................................................................40
        4.2.2    Previously Recorded Archaeological Sites within a 0.5-Mile (0.8-Km) Radius of the
                Archaeology Survey Area ..........................................................46
        4.2.3    Previously Recorded Architectural Resources within a 0.5-Mile (0.8-Km) Radius of
                the Archaeology Survey Area .....................................................46
    4.3    Site-Specific History .........................................................................47
        4.3.1    Cabin John Area/Gibson Grove Community .............................49
        4.3.2    Gibson Grove African Methodist Episcopal Zion Church .........51
        4.3.3    Moore's School/Cabin John School at Gibson Grove A.M.E. Zion Church ............60
        4.3.4    Morningstar Tabernacle No. 88 Moses Lodge .........................61
    4.4    Documentation Results.......................................................................75
        4.4.1    Cemetery..................................................................................75
        4.4.2    Land Use..................................................................................90
        4.4.3    Moses Hall................................................................................90
    4.5    Archaeological Monitoring and Modern Material Removal ................95
    4.6    Morningstar Cemetery Typology Discussion......................................95
    4.7    Geophysical Survey Results...............................................................96

00013886

    4.7.1   Gibson Grove Church ................................................................................100

    4.7.2   Morningstar Cemetery................................................................................100

**5.0   SUMMARY AND RECOMMENDATIONS................................................110**

   5.1         Recommendations ......................................................................................111

**References**

Appendix A – Qualifications of the Investigators
Appendix B – Property Chain of Title
Appendix C – Morningstar Burial List (Provided by L. Paige Whitley)
Appendix D – Cemetery Feature Data List
Appendix E – Grave Condition Forms and Photographs
Appendix F – Material Removed from the Cemetery during Clearing Activities
Appendix G – Morningstar Tabernacle No. 88 Moses Hall and Cemetery and Gibson
                Grove A.M.E. Zion Church Report on Geophysical Surveys

00013887

LIST OF FIGURES

Figure 1. Project Location Map ............................................................................................ 3
Figure 2. Archaeology Survey Area ..................................................................................... 4
Figure 3A. Overview Map of the Archaeology Survey Area ............................................... 5
Figure 3B. Overview Map of the Archaeology Survey Area, North Portion ........................6
Figure 3C. Overview Map of the Archaeology Survey Area, South Portion ........................7
Figure 3D. Overview Map of the Archaeology Survey Area, Burial Detail, South Portion ......... 8
Figure 4. Physiographic Map of Maryland .......................................................................... 9
Figure 5. Location of Archaeology Survey Area in Maryland Archeological Research Unit
        12 .......................................................................................................................... 10
Figure 6. Overview of the west end of the archaeology survey area from the southwest corner,
        facing northeast .................................................................................................... 12
Figure 7. Overview of the west side of the archaeology survey area from the southern boundary
        of the bamboo stand, facing southeast ................................................................. 12
Figure 8. Overview along the southern boundary of the archaeology survey area, showing debris
        pile and slope toward the fence, facing west ....................................................... 13
Figure 9. Overview of the center of the archaeology survey area from the southern fenceline,
        showing the bamboo stand prior to its removal, facing northwest ....................... 13
Figure 10. Overview of the southeastern portion of the archaeology survey area, showing the
        slope, facing southeast ........................................................................................ 14
Figure 11. Overview of the eastern edge of the archaeology survey area, showing the slope and
        bamboo stand in the background, facing north ..................................................... 14
Figure 12. Overview of the southern boundary of the archaeology survey area from the southeast
        corner, showing the slope, facing northwest ....................................................... 15
Figure 13. View of an access path from Seven Locks Road. Note the railroad tie steps
        constructed by the Boy Scouts, as noted in Donaghue 2008, and the bamboo stand in the
        background, facing west ...................................................................................... 15
Figure 14. Exposed foundation of Moses Hall surrounded by bamboo, facing southeast ........... 16
Figure 15. Bamboo and other vegetation piled on a slope east of the pathway and Moses Hall
        foundation, facing southeast .............................................................................. 16
Figure 16. Trail leading to Seven Locks Road, facing east ............................................... 17
Figure 17. Corridor in the bamboo stand in the northwest corner of the archaeology survey area,
        showing thick bamboo and the obscured ground surface, facing southeast ......... 17
Figure 18. View of the east end of the MDOT SHA ROW, showing thick bamboo and the
        damage from an automobile accident, facing east ............................................... 18
Figure 19. View of the west end of the MDOT SHA ROW, showing a sign and fence damage
        from an automobile accident and a view of the bamboo, facing southwest ......... 18
Figure 20. Soils Map ......................................................................................................... 21
Figure 21. Overview of the bamboo standing in the northern section of the archaeology survey
        area, facing northwest ........................................................................................ 26
Figure 22. View of crewmembers cutting the bamboo along the fence in the east end of the
        archaeology survey area, facing northeast .......................................................... 26
Figure 23. View of cut bamboo laid on the ground to avoid burials, facing southwest .............. 27
Figure 24. View of the Moses Hall foundation, with cut bamboo laid down in the background,
        facing southwest ................................................................................................. 27

00013888

Figure 25. View of the southeastern end of the archaeology survey area, showing bamboo cut and piled in the gully to the left, facing west ........................................................................ 28
Figure 26. View of the northwestern archaeology survey area, showing cut bamboo and the fenceline, facing northeast ........................................................................................... 28
Figure 27. View of trees fallen into the ROW after the bamboo was cut, facing northeast ......... 29
Figure 28. View of work crews moving bamboo from within the fenceline to a chipping truck on the shoulder, facing northeast ................................................................................... 29
Figure 29. View of the gully in the northeast corner of the cemetery property, cleared of bamboo, showing a discarded concrete structural fragment in the center, facing southwest .............. 30
Figure 30. Overview of the northern portion of the archaeology survey area, showing all standing bamboo cut down, facing northeast .............................................................................. 30
Figure 31. Overview after the completion of bamboo removal, showing the northwest portion of the archaeology survey area, facing northwest ................................................................. 31
Figure 32. Overview after the completion of bamboo removal, showing the northeast portion of the archaeology survey area, facing east .......................................................................... 31
Figure 33. View of fill piles at the top of the gully and brick border along the path, facing northeast ................................................................................................................... 32
Figure 34. View of work in progress removing a tree in the background and Total Station mapping, facing northeast ........................................................................................... 32
Figure 35A. 1949 and 1957 Historic Aerials .................................................................. 38
Figure 35B. 1962, 1981, and 1994 Historic Aerials ......................................................... 39
Figure 36. 2008 Phase I Test Area, Station 173-176, Inner Side ........................................ 41
Figure 37. 2008 Phase I Test Areas, Station 191-193, Outer Side; and Station 193-198, Inner Side ...................................................................................................................... 42
Figure 38. Jones 2010 Site Map of the Gibson Grove Church Site ....................................... 45
Figure 39. Historic Photograph of Sarah Gibson ............................................................ 48
Figure 40. Excerpt from *The National Republican* Published on May 26, 1886 ....................... 52
Figure 41. 1931 Klinge Property Atlas ......................................................................... 54
Figure 42. Gibson Grove A.M.E. Zion Church in 2020, east elevation ................................... 55
Figure 43. Gibson Grove A.M.E. Zion Church in 2020, northeast oblique ............................... 55
Figure 44. The Gibson Grove A.M.E. Zion Church in 1979 with New Annex ............................ 56
Figure 45. Gibson Grove A.M.E. Zion Church in 2020, southeast oblique, showing 2004 fire damage ................................................................................................................... 58
Figure 46. 1961 Montgomery County Plat 23510 ........................................................... 59
Figure 47. Mid-Twentieth-Century Klinge Property Atlas Maps .......................................... 64
Figure 48A. 1957 and 2019 Aerial Imagery Showing Moses Hall Location and Access Road ... 65
Figure 48B. Feature Mapping Overlaid onto the 1957 Aerial, Overview ................................. 66
Figure 48C. Feature Mapping Overlaid onto the 1957 Aerial, North Portion ............................ 67
Figure 48D. Feature Mapping Overlaid onto the 1957 Aerial, South Portion ........................... 68
Figure 49. 1963 and 2019 Aerial Imagery Showing Moses Hall Location and Access Road ...... 69
Figure 50. 1961 Montgomery County Plat 23509 ........................................................... 71
Figure 51A. Detail of 1960 State Roads Commission As-Built Plan ...................................... 72
Figure 51B. Detail of 1960 State Roads Commission As-Built Plan Overlaid with Feature Mapping ................................................................................................................. 73
Figure 52. 1945 and 1951 USGS Topographic Quadrangles .............................................. 74
Figure 53. Overview of the eastern portion of the archaeology survey area cleared of bamboo, facing southeast ....................................................................................................... 79

Figure 54. Overview of the central/western portion of the archaeology survey area cleared of bamboo, facing southwest................................................................................................ 79

Figure 55. Metal bail-type burial container handle recovered from ground surface in Morningstar Cemetery (Front)............................................................................................................ 89

Figure 56. Metal bail-type burial container handle recovered from ground surface in Morningstar Cemetery (Back) .............................................................................................................. 89

Figure 57. 1961 Photograph of the Moses Lodge, from MDOT SHA Right-of-Way, File No. 48288, Peter and Dorcas Jones Property.............................................................................. 91

Figure 58. View of a Moses Hall roof portion lying north of the foundation, facing south ......... 93

Figure 59. Close-up of a roof section, showing asphalt shingles.................................................. 93

Figure 60. Scattered objects related to the Moses Hall structure, looking northwest.................. 94

Figure 61A. Morningstar Cemetery Documentation and Geophysical Survey Results .............. 97

Figure 61B. Morningstar Cemetery Documentation and Geophysical Survey Results, North Portion...............................................................................................................................98

Figure 61C. Morningstar Cemetery Documentation and Geophysical Survey Results, South Portion...............................................................................................................................99

Figure 62. View of the Gibson Grove Church, showing sloped surroundings, facing west....... 101

Figure 63. View of the steep slope south of the Gibson Grove Church toward I-495 (the roadway is out of sight to the left), facing west..................................................................................... 101

Figure 64. Overview of the northern yard at the Gibson Grove Church from the northwest corner, facing east ........................................................................................................................ 102

Figure 65. View of Seven Locks Road from the front of the Gibson Grove Church, showing the I-495 overpass in the background, facing southeast ...................................................... 102

Figure 66. View of the office addition on the southwest corner of the Gibson Grove Church, showing damage from a fire and a fallen branch, facing south ......................................... 103

Figure 67. View of a GPR survey in progress at the Gibson Grove Church, showing the back of the church, facing southeast............................................................................................ 103

Figure 68. Overview of the Morningstar Cemetery, showing areas previously cleared of bamboo with new bamboo growth, facing northeast....................................................................... 104

Figure 69. Overview of the cleared SHA ROW, facing northwest ........................................... 104

Figure 70. Overview of the southeast corner of the Morningstar Cemetery, showing SHA crews clearing bamboo, facing east.......................................................................................... 105

Figure 71. View of a GPR survey in progress at the Morningstar Cemetery near known burials, facing southeast............................................................................................................. 105

Figure 72A. Morningstar Cemetery Documentation and Geophysical Survey Results Overlaid onto the 1957 Aerial...................................................................................................... 107

Figure 72B. Morningstar Cemetery Documentation and Geophysical Survey Results Overlaid onto the 1957 Aerial, North Portion...............................................................................108

Figure 72C. Morningstar Cemetery Documentation and Geophysical Survey Results Overlaid onto the 1957 Aerial, South Portion...............................................................................109

## LIST OF TABLES

Table 1. Historic Names Referenced of the Organization, Local Chapter, Meeting Building, and Burial Grounds within Historical Documents...................................................................... 11

Table 2. Soils Present within the Archaeology Survey Area...................................................... 19

Table 3. Feature Rank Criteria.................................................................................. 23

Table 4. Previous Cultural Resources Surveys within a 0.5-Mile (0.8-Km) Radius of the
　　　Archaeology Survey Area................................................................................ 40

Table 5. Previously Recorded Archaeological Resources within a 0.5-Mile (0.8-Km) Radius of
　　　the Archaeology Survey Area.......................................................................... 46

Table 6. Architectural Properties within a 0.5-Mile (0.8-Km) Radius of the Archaeology Survey
　　　Area.................................................................................................................. 46

Table 7. Inscribed Gravestones Identified at the Morningstar Cemetery. .................................. 77

Table 8. Feature Rank Criteria and Total Features. .................................................. 80

Table 9. Burial List with Components and Description. ............................................ 82

Table 10. Confirmed Burials by Decade.................................................................... 86

00013891

## 1.0    INTRODUCTION

The Morningstar Tabernacle No. 88 Moses Hall and Cemetery (M:35-212; hereafter, Morningstar Cemetery) investigation is part of Project No. AW073D12, the I-495 & I-270 Managed Lanes Study. Morningstar Cemetery is an African American benevolent society cemetery and no-longer-extant lodge building in Cabin John, Maryland. The cultural resources investigation involved background research, detailed mapping of topographic and cultural features, documentation of features through photographic recordation, recordation of tombstone inscriptions, recordation of feature attributes at the Morningstar Cemetery, and archaeological monitoring of vegetation removal. The archaeology survey area for the project includes land situated between a residential neighborhood and the Capital Beltway (I-495) within Cabin John, Maryland (Figures 1 and 2).

Invasive bamboo vegetation, which covered the majority of the northern edge of the cemetery parcel and extended into the Maryland Department of Transportation State Highway Administration (MDOT SHA) Right-of-Way (ROW), was cut and removed in order to complete documentation work over the entire parcel. A.D. Marble completed the archaeological monitoring of the vegetation removal and documentation of the gravesites. Modern trash uncovered during the removal of the bamboo was identified and removed in coordination with the community and MDOT SHA. Dovetail Cultural Resource Group (Dovetail) created a detailed map of the cemetery showing features identified during archaeological monitoring and documentation (Figures 3A to 3C).

The goal of the project was to document and map burials or other related features within the archaeology survey area using noninvasive methods. The archaeology survey area consists of the Morningstar Cemetery parcel and the adjacent area of the MDOT SHA ROW. The ROW varies from approximately 20 feet to approximately 60 feet in width between the fence line and the edge of the asphalt roadway of I-495. The archaeology survey area is within the Upland Section of the Piedmont Plateau Physiographic Province in Cabin John, Montgomery County, Maryland; in Maryland Archeological Research Unit 12, the Potomac Drainage (Figures 4 and 5).

Geophysical surveys conducted by Horsley Archaeological Prospection, LLC (HAP) were completed on the Morningstar Cemetery and Gibson Grove Church parcel in July 2021 following the cemetery documentation. The goal of the surveys was to detect and map marked and unmarked graves at both locations, including areas within the MDOT SHA ROW. A smaller area of around 0.058 acre (0.024 ha) was investigated at the Gibson Grove Church during the survey. A full discussion of the geophysical survey is included within Section 4.7, and the full report on the survey is included as Appendix G of this report.

Project background research, field work, and reporting conformed to the *Standards and Guidelines for Archaeological Investigations in Maryland* (Shaffer and Cole 1994) and the MDOT SHA (2017) *Archaeology Guidelines for Consultants*. All work was conducted in accordance with the standards of the Secretary of the Interior, as specified in the *Standards and Guidelines for Archaeology and Historic Preservation* (Federal Register, Vol. 48, No. 190, 1983).

The cultural resources staff at A.D. Marble performed the documentation and monitoring of the archaeology survey area in March 2020, and in January through March 2021. Jennifer Falchetta

00013892

served as the primary monitor and field director, with assistance from Amadeusz Zajac and Richard White. Frank Mikolic served as principal investigator and project manager. Patricia Slovinac and Russell Stevenson assisted with background research. Dovetail archaeologist Joseph Blondino completed the mapping, and Katherine McCarthy Watts assisted with the historic research. Jennifer Falchetta, Patricia Slovinac, and Katherine McCarthy Watts served as the primary report authors, with contributions by Frank Mikolic.

Following this Introduction, the report presents five sections of text: Archaeology Survey Area and Environmental Background, Research Design and Methods, Project Results, and Summary and Recommendations. References cited are followed by appendices, which present the qualifications of the investigators (Appendix A), the property chain-of-title for the Morningstar Tabernacle and Gibson Grove African Methodist Episcopal (A.M.E.) Zion Church (Appendix B), the most updated Morningstar burial list provided by L. Paige Whitley (Appendix C), the cemetery feature data list (Appendix D), the grave condition forms and feature photographs (Appendix E), a list of modern material removed from the cemetery during clearing activities and a photograph location map (Appendix F), and the geophysical survey report conducted for the Morningstar Tabernacle No. 88 Moses Hall and Cemetery (M:35-212) and the Gibson Grove A.M.E. Zion Church by HAP (Appendix G).

00013893



### Figure 1: Project Location Map
Documentation of the Morningstar Tabernacle No. 88
Moses Hall and Cemetery (M:35-212) for the I-495 & I-270 Managed Lanes Study and
Remote Sensing of the Morningstar Cemetery and the Gibson Grove A.M.E. Zion Church (M:29:39)
Montgomery County, Maryland

Site Coordinates: 38.982970 , -77.162494

● Project Location

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

3



**Figure 2: Archaeology Survey Area**

Documentation of the Morningstar Tabernacle No. 88
Moses Hall and Cemetery (M:35-212) for the I-495 & I-270 Managed Lanes Study and
Remote Sensing of the Morningstar Cemetery and the Gibson Grove A.M.E. Zion Church (M:29:39)
Montgomery County, Maryland

Archaeology Survey Area

Report Photograph Locations

Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery
and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church

4

00013895



**Figure 3A: Overview Map of the Archaeology Survey Area**

Documentation of the Morningstar Tabernacle No. 88
Moses Hall and Cemetery (M:35-212) for the I-495 & I-270 Managed Lanes Study and
Remote Sensing of the Morningstar Cemetery and the Gibson Grove A.M.E. Zion Church (M:29:39)
Montgomery County, Maryland

Legend:
- Archaeology Survey Area
- Burial Container Handle
- Backsight
- Datum
- Grave Marker
- Mattock Head
- Fence Post
- 1. Burial Related
- 2. Probable Burial Related
- 3. Possible Burial Related
- 4. Cannot be Determined
- Grave Depression
- Burial
- Remains of Moses Hall Stone Foundation
- Remains of Moses Hall Concrete Block Foundation
- Remains of Moses Hall Probed Foundation
- Culvert
- Centerline of Gully
- Step
- Line of Bricks
- Chimney Rubble
- Tree (>2' diameter)
- Pedestrian Path
- Remains of Historic Road
- Artificial Berm
- SHA Stake
- SHA Surveyed Fence
- Road
- Modern Residence/Outbuilding
- Intermediate Contour (1 ft)
- Primary Contour (10 ft)
- Vetted Property Line

**Inscribed Gravestones**
- Concrete
- Granite
- Marble
- Metal
- Sandstone
- Slate

0   40 Feet

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery
and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

Data Source: Dovetail Cultural Resource Group   5

00013896



**Figure 3B: Overview Map of the Archaeology Survey Area, Burial Detail**
Documentation of the Morningstar Tabernacle No. 88
Moses Hall and Cemetery (M:35-212) for the I-495 & I-270 Managed Lanes Study and
Remote Sensing of the Morningstar Cemetery and the Gibson Grove A.M.E. Zion Church (M:29:39)
Montgomery County, Maryland

Legend:
- Archaeology Survey Area
- Burial Container Handle
- Backsight
- Datum
- Grave Marker
- Mattock Head
- Fence Post
- 1. Burial Related
- 2. Probable Burial Related
- 3. Possible Burial Related
- 4. Cannot be Determined
- Grave Depression
- Burial
- Remains of Moses Hall Stone Foundation
- Remains of Moses Hall Concrete Block Foundation
- Remains of Moses Hall Probed Foundation
- Culvert
- Centerline of Gully
- Step
- Line of Bricks
- Chimney Rubble
- Tree (>2' diameter)
- Pedestrian Path
- Remains of Historic Road
- Artificial Berm
- SHA Stake
- SHA Surveyed Fence
- Road
- Modern Residence/Outbuilding
- Intermediate Contour (1 ft)
- Primary Contour (10 ft)
- Vetted Property Line

**Inscribed Gravestones**
- Concrete
- Granite
- Marble
- Metal
- Sandstone
- Slate

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

Data Source: Dovetail Cultural Resource Group

6

00013897



**Figure 3C: Overview Map of the Archaeology Survey Area, Burial Detail, North Portion**
Documentation of the Morningstar Tabernacle No. 88
Moses Hall and Cemetery (M:35-212) for the I-495 & I-270 Managed Lanes Study and
Remote Sensing of the Morningstar Cemetery and the GibsonbGrove A.M.E. Zion Church (M:29:39)
Montgomery County, Maryland

Inscribed Gravestones

Concrete
Granite
Marble
Metal
Sandstone
Slate

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

Data Source: Dovetail Cultural Resource Group

00013898



**Figure 3D: Overview Map of the Archaeology Survey Area, Burial Detail, South Portion**
Documentation of the Morningstar Tabernacle No. 88
Moses Hall and Cemetery (M:35-212) for the I-495 & I-270 Managed Lanes Study and
Remote Sensing of the Morningstar Cemetery and the Gibson Grove A.M.E. Zion Church (M:29:39)
Montgomery County, Maryland

Legend:

- Archaeology Survey Area
- Burial Container Handle
- Backsight
- Datum
- Grave Marker
- Mattock Head
- Fence Post
- 1. Burial Related
- 2. Probable Burial Related
- 3. Possible Burial Related
- 4. Cannot be Determined
- Grave Depression
- Burial
- Remains of Moses Hall Stone Foundation
- Remains of Moses Hall Concrete Block Foundation
- Remains of Moses Hall Probed Foundation
- Culvert
- Centerline of Gully
- Step
- Line of Bricks
- Chimney Rubble
- Tree (>2' diameter)
- Pedestrian Path
- Remains of Historic Road
- Artificial Berm
- SHA Stake
- SHA Surveyed Fence
- Road
- Modern Residence/Outbuilding
- Intermediate Contour (1 ft)
- Primary Contour (10 ft)
- Vetted Property Line

**Inscribed Gravestones**
- Concrete
- Granite
- Marble
- Metal
- Sandstone
- Slate

Mattock Head
Backsight
Datum
Displaced Grave Marker
Displaced Grave Marker
Grave Marker

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery
and Remote Sensing of the Morningstar Cemetery and the Gibson Grove A.M.E. Zion Church*

Data Source: Dovetail Cultural Resource Group

8

00013899



Figure 4: Physiographic Map of Maryland

Documentation of the Morningstar Tabernacle No. 88
Moses Hall and Cemetery (M:35-212) for the I-495 & I-270 Managed Lanes Study and
Remote Sensing of the Morningstar Cemetery and the Gibson Grove A.M.E. Zion Church (M:29:39)
Montgomery County, Maryland

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

00013900

**Council for Maryland Archeology**
**MARYLAND ARCHEOLOGICAL RESEARCH UNITS**

**COASTAL PLAIN PROVINCE**
Unit 1 – Atlantic Drainage
Unit 2 – Pocomoke Drainage
Unit 3 – Nanticoke-Wicomico-Manokin-Big Annemessex Drainages
Unit 4 – Choptank Drainage
Unit 5 – Chester River-Eastern Bay Drainages
Unit 6 – Sassafras-Elk-Northeast-Bush-Susquehanna Drainages
Unit 7 – Gunpowder-Middle-Back-Patapsco-Magothy-Severn-South-Rhode-West Drainages
Unit 8 – Riverine Patuxent Drainage
Unit 9 – Estuarine Patuxent Drainage
Unit 10 – Estuarine Potomac Drainage
Unit 11 – Riverine Potomac Drainage

**PIEDMONT PROVINCE**
Unit 12 – Potomac Drainage
Unit 13 – Patuxent Drainage
Unit 14 – Patapsco-Back-Middle Drainages
Unit 15 – Gunpowder-Bush Drainages
Unit 16 – Susquehanna-Elk-Northeast Drainages
Unit 17 – Monocacy Drainage

**APPALACHIAN PROVINCE**
Unit 18 – Catoctin Creek Drainage
Unit 19 – Antietam Creek-Conococheague Creek Drainages
Unit 20 – Licking Creek-Tonoloway Creek-Fifteenmile Creek Drainages
Unit 21 – Town Creek Drainage
Unit 22 – Evitts Creek-Georges Creek Drainages
Unit 23 – Potomac-Savage Drainages
Unit 24 – Youghiogheny-Casselman Drainages

**Project Location**

**Maryland Archeological Research Units.**

One should consult U.S. Geological Survey quadrangles to determine river drainages when project areas lie near the borders of research Units.

   ● Project Location

**Figure 5: Location of Archaeology Survey Area in Maryland Archeological Research Unit 12**
Documentation of the Morningstar Tabernacle No. 88
Moses Hall and Cemetery (M:35-212) for the I-495 & I-270 Managed Lanes Study and
Remote Sensing of the Morningstar Cemetery and the Gibson Grove A.M.E. Zion Church (M:29:39)
Montgomery County, Maryland

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church* 10

00013901

## 2.0    ARCHAEOLOGY SURVEY AREA AND ENVIRONMENTAL BACKGROUND

### 2.1    Archaeology Survey Area Description

At the time of the initial survey, the southern two-thirds of the archaeology survey area were clear of brush, with mature trees throughout, including the main portion of the cemetery containing burials. The remainder of the archaeology survey area was covered by a thick bamboo grove covering the northern portion of the cemetery parcel, within MDOT SHA ROW along I-495, and around the ruins of the Moses Hall structure. Moses Hall was the home of Morningstar Tabernacle No. 88, the local chapter of a benevolent society known as the Ancient United Order of the Sons and Daughters, Brothers and Sisters of Moses. The organization, local chapter, meeting building, and cemetery have been referred to by various names within various historic documents over the years. Table 1 below has been added in an effort to provide clarity to this issue. The local chapter will be referred to as the Lodge, the meeting building will be referred to as Moses Hall (or hall), and the cemetery as Morningstar Cemetery (or cemetery) within this report. The official name for the resource documented during the survey is the Morningstar Tabernacle No. 88 Moses Hall and Cemetery (M:35-212) and includes both the hall and cemetery.

*Table 1. Historic Names Referenced of the Organization, Local Chapter, Meeting Building, and Burial Grounds within Historical Documents.*

| Organization | Ancient United (sometimes Grand) Order of the Sons and Daughters, Brothers and Sisters of Moses (sometimes also seen as "… the Brothers and Sisters, Sons and Daughters of Moses," or simply called the Moses Order). |
|---|---|
| Local Chapter | Morningstar Tabernacle No. 88, herein referred to as the Lodge |
| Meeting Building | Moses Hall (sometimes referred to as Moses Lodge or the Lodge building) |
| Burial Grounds | Morningstar Cemetery, Morningstar Tabernacle Cemetery, Moses Cemetery |

The archaeology survey area slopes toward the south/southeast (Figures 6 to 11). When the site was first visited, the entire northern end of the archaeology survey area, including the MDOT SHA ROW, was covered with thick bamboo growth. Large piles of bamboo and other vegetation had been cut and moved by the local community and piled in some areas of the parcel, obscuring features on the surface. The ground surface throughout most of the cemetery was covered with fallen leaves and vegetation, although surface visibility remained generally high. Portions of the stone and concrete block foundation remains of Moses Hall were visible within the bamboo stand. A footpath leading east to Seven Locks Road is located in the northeast part of the archaeology survey area near the Moses Hall ruins. The footpath provides an entrance to the cemetery along a panhandle-shaped portion of the parcel. The footpath formerly constituted an unimproved road that led past the north end of the hall to a farmstead that was demolished by the construction of I-495. The present footpath has been extended to the south of the Moses Hall foundation, following the top of a gully before turning toward the east and continuing to Seven Locks Road. The portion of the path along the gully is constructed on top of fill piles on which wooden steps have been constructed (Figures 12 through 19). After the bamboo removal was completed, a layer of bamboo leaves and branches remained on the surface within the northern portions of the archaeology survey area.

00013902



**Figure 6:** Overview of the west end of the archaeology survey area from the southwest corner, facing northeast (March 2020).



**Figure 7:** Overview of the west side of the archaeology survey area from the the southern boundary of the bamboo stand, facing south (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*                    *12*

00013903



**Figure 8:** Overview along the southern boundary of the archaeology survey area, showing debris pile and slope toward the fence, facing west (March 2020).



**Figure 9:** Overview of the center of the archaeology survey area from the southern fence-line, showing the bamboo stand prior to its removal, facing northwest (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*     *13*

00013904



**Figure 10:** Overview of the southeastern portion of the archaeology survey area, showing the slope, facing southeast (March 2020).



**Figure 11:** Overview of the eastern edge of the archaeology survey area, showing the slope and bamboo stand in the background, facing north (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*    *14*

00013905



**Figure 12:** Overview of the southern boundary of the archaeology survey area from the southeast corner, showing the slope, facing northwest (March 2020).



**Figure 13:** View of an access path from Seven Locks Road. Note the railroad tie steps constructed by an Eagle Scout Project, as noted in Donaghue 2008, and the bamboo stand in the background, facing west (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*                    *15*

00013906



**Figure 14:** Exposed foundation of Moses Hall surrounded by bamboo, facing southeast (March 2020).



**Figure 15:** Bamboo and other vegetation piled on a slope east of the pathway and Moses Hall foundation, facing southeast (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*    *16*

00013907



**Figure 16:** Trail leading to Seven Locks Road, facing east (January 2021).



**Figure 17:** Corridor in the bamboo stand in the northwest corner of the archaeology survey area, showing thick bamboo and the obscured ground surface, facing southeast (January 2021).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*                    *17*

00013908



**Figure 18:** View of the east end of the MDOT SHA ROW, showing thick bamboo and the damage from an automobile accident, facing east (January 2021).



**Figure 19:** View of the west end of the MDOT SHA ROW, showing a sign and fence damage from an automobile accident and a view of the bamboo, facing southwest (January 2021).

00013909

## 2.2    Environmental Context

### 2.2.1    Soils

The project is located within the Upland Section of the Piedmont Plateau Physiographic Province in Cabin John, Montgomery County, Maryland. The surrounding area is characterized by rolling to hilly uplands interrupted by steep-walled ravines. Two soil associations are mapped within the archaeology survey area: Glenelg silt loam, 8 to 15 percent slopes (2C); and Brinklow-Blocktown channery silt loams, 15 to 25 percent slopes (16D; Table 2; Figure 20). The presence of both of these soil types in the area shows that the area has moderate susceptibility to erosion (Havlik 2020:3). Ravines, therefore, tend to naturally form in such soils, especially after removal of forest cover when the land was first cleared for agriculture following initial settlement by colonists from Europe (United States Department of Agriculture, Natural Resource Conservation Service [USDA-NRCS] 2021a, 2021b).

An MDOT SHA drainage evaluation (Havlik 2020) concluded that all ditches in the vicinity of the MDOT SHA ROW and the subject property were stable. Minor sloughing was observed within the cemetery property along the slope, as noted by the adjacent property owner. This minor sloughing is not within the MDOT SHA ROW, and there was no observed discharge from the MDOT SHA property that would cause or worsen the conditions in this area. A review of the U.S. Geological Survey (USGS) k factor for soils in the area shows that the area has moderate susceptibility to erosion that could contribute to the sloughing observed.

Glenelg silt loams are well-drained soils that are found on hillslopes. The parent material for Glenelg silt loams is residuum weathered from mica schist. Brinklow-Blocktown channery silt loams are well-drained soils found on knolls. Parent material for Brinklow-Blocktown soils is gravelly residuum weathered from low base phyllites and schists. Natural quartz clasts are present weathering out of the topsoil throughout the archaeology survey area where the surface has been cleared (USDA-NRCS 2021a, 2021b). Bedrock is noted within areas of Brinklow-Blocktown channery silt loam at a range between 20 to 40 inches below ground surface (bgs), while the depth to bedrock within areas of Glenelg silt loam is noted at 80 inches or more bgs (Brown and Dyer 1995).

*Table 2. Soils Present within the Archaeology Survey Area.*

| Soil Type | Topographic Setting | Drainage Class | Erosion Hazard Class | Portion of the Archaeology Survey Area |
|---|---|---|---|---|
| Glenelg silt loam, 8 to 15 percent slopes (2C) | Hillslopes | Well drained | Severe | Southern and northern areas |
| Brinklow-Blocktown channery silt loams, 15 to 25 percent slopes (16D) | Knolls | Well drained | Severe | Northwest, northeast, and southeast corners |

Source: USDA-NRCS 2021a

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*    19
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

00013910

*2.2.2  Climate*

The current climate of the archaeology survey area is relatively mild, with 46.93 inches of precipitation per year. Summer high temperatures are in the mid- to high 80s, with winter lows in the mid- to high 20s (U.S. Climate Data 2021).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*    *20*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

00013911



**Figure 20: Soils Map**
Documentation of the Morningstar Tabernacle No. 88
Moses Hall and Cemetery (M:35-212) for the I-495 & I-270 Managed Lanes Study and
Remote Sensing of the Morningstar Cemetery and the Gibson Grove A.M.E. Zion Church (M:29:39)
Montgomery County, Maryland

| Symbol | NRCS Soil Mapping Unit |
|--------|------------------------|
| 2C | Glenelg silt loam, 8 to 15 percent slopes |
| 16D | Brinklow-Blocktown channery silt loams, 15 to 25 percent slopes |

Archaeology Survey Area

NRCS Soils

*Imagery Source: ArcGIS Map Service "World Imagery" via https://clarity.maptiles.arcgis.com/arcgis/rest/services*

*Data Source: USDA Montgomery County Soils 2018*

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

*21*

00013912

## 3.0    RESEARCH DESIGN AND METHODS

### 3.1    Historic Research Methodology

Prior to conducting field work, historical and background research was completed on the Cabin John vicinity, the Gibson Grove A.M.E. Zion Church, the Morningstar Tabernacle No. 88, and the African American community that developed along Conroy Road (known today as Seven Locks Road). Section 4.3 provides specific information obtained regarding the Cabin John vicinity, the Gibson Grove A.M.E. Zion Church, and the Morningstar Tabernacle No. 88 (Lodge and cemetery) as individual related resources; the history of the African American community in general is included within all narratives. Secondary sources that were consulted include the significant work compiled by researcher L. Paige Whitley, who generously provided the results of her work.

### 3.2    Cemetery Documentation Methodology

A.D. Marble conducted field documentation of the Morningstar Cemetery between March 23 and 25, 2020, and on March 23, 2021. An initial pedestrian survey of the cemetery resulted in the identification of numerous surface features, including burial markers, depressions, fieldstones, and environmental features. Features, in this case, are any objects that may be related to the cemetery operations, burials, or other evidence of human activities at the site during its historic use. Any object that was determined to possibly be related to burials was assigned a feature number and documented. Other "features," such as the remnants of the Moses Hall building, including the foundation and a roof fragment, were not documented as potential burial features. Features were mostly mapped and documented individually, though they may not each represent a burial; two or more features may represent different parts of a single burial, or a feature may be determined to not represent a burial after analysis. After mapping and documentation, and with more familiarity with the overall site, some features can be grouped together as a unit. Since naturally occurring local stone may be used as burial markers, some items may be natural materials, but the placement of those objects would determine if they are burial-related features. Features were marked with unique numbers and documented using a digital grave condition form; researchers recorded as much information as possible for each feature. Photographs were taken for each feature, or in some cases, groups of features as appropriate.

Appendix D contains a spreadsheet of all features identified within the cemetery parcel, and Appendix E contains the feature documentation forms and photographs for each feature.

Features were ranked in a hierarchy to determine the likelihood that they represent burials. The ranking from one to four was based on specific criteria for each level (Table 3). Level one represents the highest level of certainty that the feature is a likely burial. Level two includes features that are probable burials; these are features that are lacking the definitiveness of a grave depression or multiple other criteria. Level three, which are possible burials; are varied features that include at least one of the listed criteria. Lastly, level four includes features that cannot be determined to represent burials but are likely to be associated with the cemetery and Moses Hall. It should be noted that many features that cannot be definitely identified as burials based on their morphology alone may represent grave features in all likelihood. At the west end of the cemetery, in particular, graves occur in well-ordered rows characterized by distinct elongated depressions.

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*    *22*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

00013913

There is a possibility that graves are present in the areas between the recorded depressions; however, it is not possible to definitely state that there are burials present in those intervening locations based on the morphology of the recorded features alone. Artifacts and structural material on the surface throughout the parcel was not included in the feature documentation or tier system. A discussion of features and tier ranking can be found in Section 4.4.1.

*Table 3. Feature Rank Criteria.*

| Rank | Category | Criteria |
|------|----------|----------|
| 1 | Likely Burial | Either a grave shaft-shaped depression is present OR it has all of the following three characteristics: a tabular marker, firmly embedded in the ground; the marker is oriented with the larger, smooth side(s) facing east/west; the marker lines up with other burials in the row. |
| 2 | Probable Burial | Feature has at least two of the characteristics listed above. |
| 3 | Possible Burial | Feature has one of the characteristics listed above. |
| 4 | Cannot be determined | Feature does not meet any characteristics listed above. |

## 3.3    Archaeological Monitoring Methodology

Archaeological monitoring of bamboo cutting and removal activities occurred between January 13 to 21, 2021; and March 4 to 25, 2021. An archaeological monitor was present on-site during all clearing activities within the archaeology survey area. The monitor documented specific activity on the site; photographed examples of work before, during, and after it was completed; and directed work crews to prevent impacts to the cemetery. Leaves and debris were raked into piles to expose some of the surface in the northwestern corner of the archaeology survey area to ascertain whether grave depressions were present. Additional work by the clearing crews included the removal of several dead and dangerous trees within the cemetery near the ROW and the reconstruction of the ROW fence. A similar process of pedestrian survey and flagging of features was performed during archaeological monitoring of the bamboo removal so that features could be documented, photographed, and mapped (Figures 21 through 34). Material present on the surface of the cemetery included modern debris that was not related to the cemetery; however, this modern material was also documented and photographed, and was removed (Appendix F).

## 3.4    Cemetery Mapping Methodology

Dovetail conducted a survey of the cemetery between March 30 and April 2, 2020; on March 23, 2021; and on May 6, 2021, using a Total Station and Data Collector. The mapping of the cemetery provided in Figures 3A to 3C was created using ArcGIS to depict:

- All grave-related features, including gravestones, field stones, grave markers, and depressions;
- Notable surface artifacts;

00013914