# Grave Conditions Survey Form

| | |
|---|---|
| Area | N/A |
| Transect | N/A |
| Feature Number | 50 |
| Date | 23-03-2020 |
| Weather | Cool Overcast |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known): No | Location of carver mark: N/A |

| | |
|---|---|
| Additional Comments on Identification | Not Recorded |

## Description

| Enclosure: N/A | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|
| Marker Type: Headstone (no/missing footstone) | Marker Orientation | N/A | Landscape | Soil |
| Secondary marker/furniture: N/A | Grade slope: None | | | |

| | | fi | | fi |
|---|---|---|---|---|
| Height | 25 | | N/A | |
| Width | 17 | | N/A | |
| Depth (or Length) | 8 | | N/A | |

## Materials

| | |
|---|---|
| Primary Material: Fieldstone | |
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Abandoned | State of Internment: Sunken |
|---|---|
| Comments/Observations on Overall Conditions | Stone is not upright as many are that are of similar shape and size, original position is lost. |
| Additional Comments/Observations | N/A |

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 51 |
| Date | 23-03-2020 |
| Weather | Cool Overcast |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known):  No | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure:  N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type:      Headstone (no/missing footstone) | | Marker Orientation | N/A | Landscape | Soil |
| Secondary marker/furniture:  N/A | | Grade slope: None | | | |

| | | fi | | fi |
|---|---|---|---|---|
| Height | 14 | | N/A | |
| Width | 12 | | N/A | |
| Depth (or Length) | 3 | | N/A | |

## Materials

| Primary Material:  Fieldstone | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Interment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | Integrity diminished by not being sure stone is in situ |
| Additional Comments/Observations | N/A |

00014096

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 52 |
| Date | 24-03-2020 |
| Weather | Cool<br>Overcast |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known): N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure: N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type:    Headstone (no/missing footstone) | | Marker Orientation | East | Landscape | Soil |
| Secondary marker/furniture: N/A | | Grade slope:<br>Negative | | | |

| | | fi | | fi |
|---|---|---|---|---|
| Height | 13 | | N/A | |
| Width | 22 | | N/A | |
| Depth (or Length) | 10 | | N/A | |

## Materials

| Primary Material: Fieldstone | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | N/A |

00014097

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 53 |
| Date | 24-03-2020 |
| Weather | Cool<br>Overcast |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known): N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure: N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type: Headstone (no/missing footstone) | | Marker Orientation | N/A | Landscape | Soil |
| Secondary marker/furniture: N/A | | Grade slope:<br>Negative | | | |

| | | fl | | fl |
|---|---|---|---|---|
| Height | 5 | | N/A | |
| Width | 13 | | N/A | |
| Depth (or Length) | 13 | | N/A | |

## Materials

| Primary Material: Fieldstone | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | N/A |

00014098

# Grave Conditions Survey Form

| | |
|---|---|
| Area | N/A |
| Transect | N/A |
| Feature Number | 54 |
| Date | 24-03-2020 |
| Weather | Cool<br>Overcast |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known): N/A | Location of carver mark: N/A |

| | |
|---|---|
| Additional Comments on Identification | Not Recorded |

## Description

| Enclosure: N/A | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|
| Marker Type:   Headstone (no/missing footstone) | Marker Orientation | N/A | Landscape | Soil |
| Secondary marker/furniture: N/A | Grade slope:<br>Cross-Slope | | | |

| | | fl | | fl |
|---|---|---|---|---|
| Height | 10 | | N/A | |
| Width | 27 | | N/A | |
| Depth (or Length) | 24 | | N/A | |

## Materials

| Primary Material: Fieldstone | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | N/A |

00014099

# Grave Conditions Survey Form

| | |
|---|---|
| Area | N/A |
| Transect | N/A |
| Feature Number | 55 |
| Date | 24-03-2020 |
| Weather | Cool Overcast |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known): N/A | Location of carver mark: N/A |

| | |
|---|---|
| Additional Comments on Identification | Not Recorded |

## Description

| Enclosure: N/A | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|
| Marker Type: Headstone (no/missing footstone) | Marker Orientation | N/A | Landscape | Soil |
| Secondary marker/furniture: N/A | Grade slope: Cross-Slope | | | |

| | | ft | | ft |
|---|---|---|---|---|
| Height | Not recorded | | N/A | |
| Width | 23 | | N/A | |
| Depth (or Length) | 19 | | N/A | |

## Materials

| | |
|---|---|
| Primary Material: Fieldstone | |
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | N/A |

00014100

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 56 |
| Date | 24-03-2020 |
| Weather | Cool<br>Overcast |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known): N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure: N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type: Headstone (no/ missing footstone) | | Marker Orientation | East | Landscape | Soil |
| Secondary marker/furniture: N/A | | Grade slope:<br>Positive | | | |

| | | fi | | fi |
|---|---|---|---|---|
| Height | 12 | | N/A | |
| Width | 24 | | N/A | |
| Depth (or Length) | 11 | | N/A | |

## Materials

| Primary Material: N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/ Observations on Overall Conditions | N/A |
| Additional Comments/Observations | N/A |

00014101

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 57 |
| Date | 24-03-2020 |
| Weather | Cool<br>Overcast |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known):  No | Location of carver mark: N/A |

| Additional Comments on Identification | The possible marker is a bottom of a glass bottle sticking up from the ground. It is unclear what if may be marking, but it seems to have been deliberately burried |
|---|---|

## Description

| Enclosure:  N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type:      Headstone (no/ missing footstone) | | Marker Orientation | N/A | Landscape | Forest |
| Secondary marker/furniture:  N/A | | Grade slope:<br>Positive | | | |

| | fi | | fi |
|---|---|---|---|
| Height | 5cm | N/A | |
| Width | 5cm | N/A | |
| Depth (or Length) | Completely buried | N/A | |

## Materials

| Primary Material:  N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Abandoned | State of Internment: Sunken |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | N/A |

00014102

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 58 |
| Date | 24-03-2020 |
| Weather | Sunny<br>Windy |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known):  No | Location of carver mark: N/A |

| Additional Comments on Identification | The Headstone seems to be broken at the top. No puts down visible, but Falls in line with B15 to the South, And b35 approximately 20 feet North |
|---|---|

## Description

| Enclosure:  N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type:  Headstone (no/ missing footstone) | | Marker Orientation | East | Landscape | Not Recorded |
| Secondary marker/furniture:  N/A | | Grade slope:<br>Negative | | | |

| | fi | | fi |
|---|---|---|---|
| Height | 2cm | N/A | |
| Width | 24cm | N/A | |
| Depth (or Length) | 5cm | N/A | |

## Materials

| Primary Material:  Sandstone | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Abandoned | State of Internment: Fragment, Sunken |
|---|---|
| Comments/ Observations on Overall Conditions | Missing foot Stone, headstone possible broken at the top |
| Additional Comments/ Observations | N/A |

00014103

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 59 |
| Date | 24-03-2020 |
| Weather | Sunny<br>Windy |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known):  No | Location of carver mark: N/A |

| Additional Comments on Identification | A headstone and puts down are both present. Headstone laying flat, while foot Stone standing on its dide |
|---|---|

| Description | | | | |
|---|---|---|---|---|
| Enclosure:  N/A | | Family Marker ? N/A | | Family Name: N/A |
| Marker Type:      Headstone/Footstone | | Marker Orientation | East | Landscape | Forest |
| Secondary marker/furniture:  N/A | | Grade slope:<br>Negative | | | |

| | | fi | | fi |
|---|---|---|---|---|
| Height | Headstone: 1cm | | Footstone: 6cm | |
| Width | 15cm | | 12cm | |
| Depth (or Length) | 18cm | | 3cm | |

| Materials | |
|---|---|
| Primary Material:  N/A | |
| Additional Materials | N/A |
| Comments on Materials | N/A |

| Overall Conditions | |
|---|---|
| Status: Abandoned | State of Internment: Standing, Sunken |
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | N/A |

00014104

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 60 |
| Date | 24-03-2020 |
| Weather | Warm<br>Windy |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known): No | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure: N/A | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|
| Marker Type:      Headstone (no/missing footstone) | Marker Orientation | N/A | Landscape | Forest |
| Secondary marker/furniture: N/A | Grade slope:<br>None | | | |

| | | fi | | fi |
|---|---|---|---|---|
| Height | Not recorded | | N/A | |
| Width | Not Recorded | | N/A | |
| Depth (or Length) | Not Recorded | | N/A | |

## Materials

| Primary Material: Slate | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | Falls between c10 and b42, seemingly in line. No depression or footstone visible |

00014105

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 61 |
| Date | 24-03-2020 |
| Weather | Sunny<br>Windy |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known): No | Location of carver mark: N/A |

| Additional Comments on Identification | Possible headstone. Looks to be placed deliberately on its side. No footstone or depression associated is visible |
|---|---|

## Description

| Enclosure: N/A | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|
| Marker Type: Headstone (no/ missing footstone) | Marker Orientation | East | Landscape | Forest |
| Secondary marker/furniture: N/A | Grade slope:<br>None | | | |

| | | fi | | fi |
|---|---|---|---|---|
| Height | 19cm | | N/A | |
| Width | 26cm | | N/A | |
| Depth (or Length) | 4cm | | N/A | |

## Materials

| Primary Material: Sandstone | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/ Observations on Overall Conditions | N/A |
| Additional Comments/ Observations | N/A |

00014106

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 62 |
| Date | 25-03-2020 |
| Weather | Cool<br>Rain/Snow/Fog |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known):  N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure:  N/A | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|
| Marker Type:       Headstone (no/missing footstone) | Marker Orientation | N/A | Landscape | Forest |
| Secondary marker/furniture:  N/A | Grade slope:<br>None | | | |

| | | fi | | fi |
|---|---|---|---|---|
| Height | 6 | | N/A | |
| Width | 20 | | N/A | |
| Depth (or Length) | 9 | | N/A | |

## Materials

| Primary Material:  Fieldstone | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | N/A |

00014107

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 63 |
| Date | 25-03-2020 |
| Weather | Cool<br>Rain/Snow/Fog |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known):  N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure:  N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type:      N/A | | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture:  N/A | | Grade slope:<br>Not Recorded | | | |

| | fi | | fi |
|---|---|---|---|
| Height | Not recorded | N/A | |
| Width | Not Recorded | N/A | |
| Depth (or Length) | Not Recorded | N/A | |

## Materials

| Primary Material:  N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | N/A |

00014108

## Grave Conditions Survey Form

| | |
|---|---|
| Area | N/A |
| Transect | N/A |
| Feature Number | 64 |
| Date | 23-03-2020 |
| Weather | Cool<br>Rain/Snow/Fog |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known): N/A | Location of carver mark: N/A |

| | |
|---|---|
| Additional Comments on Identification | An unmarked depression close to the foot of the hill |

### Description

| Enclosure: N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type: N/A | | Marker Orientation | N/A | Landscape | Forest |
| Secondary marker/furniture: N/A | | Grade slope:<br>Positive | | | |

| | | fi | | fi |
|---|---|---|---|---|
| Height | Not recorded | | N/A | |
| Width | Not Recorded | | About 8 m | |
| Depth (or Length) | Not Recorded | | About 2m from nw to se | |

### Materials

| | |
|---|---|
| Primary Material: N/A | |
| Additional Materials | N/A |
| Comments on Materials | No marker |

### Overall Conditions

| | |
|---|---|
| Status: Abandoned | State of Internment: Not Recorded |
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | N/A |

00014109

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 65 |
| Date | 24-03-2020 |
| Weather | Cool<br>Rain/Snow/Fog |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known):  No | Location of carver mark: N/A |

| Additional Comments on Identification | The easternmost recorded depression on location  False approximately 15 it's 20 feet East from C3, and C4. |
|---|---|

## Description

| Enclosure: N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type:      N/A | | Marker Orientation | N/A | Landscape | Forest |
| Secondary marker/furniture:  N/A | | Grade slope<br>Positive | | | |

| | | fi | | fi |
|---|---|---|---|---|
| Height | 2m | | N/A | |
| Width | 1m | | N/A | |
| Depth (or Length) | 15cm deep | | N/A | |

## Materials

| Primary Material:  N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | No materials left standing |

## Overall Conditions

| Status: Abandoned | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | Located at the foot of the Hill, near the Eastern edge of the property. Approximately 15th Street North from C1, add 20 feet East from C3 and C4. |
| Additional Comments/Observations | N/A |

00014110

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 66 |
| Date | 23-03-2020 |
| Weather | Cold<br>Rain/Snow/Fog |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known): No | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure: N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type: N/A | | Marker Orientation | Southeast | Landscape | Forest |
| Secondary marker/furniture: N/A | | Grade slope:<br>Positive | | | |

| | | fi | | | fi |
|---|---|---|---|---|---|
| Height | About 2m | | N/A | | |
| Width | 1m | | N/A | | |
| Depth (or Length) | 20cm | | N/A | | |

## Materials

| Primary Material: N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | No remaining materials |

## Overall Conditions

| Status: Abandoned | State of Internment: Sunken |
|---|---|
| Comments/Observations on Overall Conditions | No headstone or decorations associated with this burial are immediately bisible |
| Additional Comments/Observations | N/A |

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 67 |
| Date | 24-03-2020 |
| Weather | Cool Overcast |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known): No | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure: N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type:    N/A | | Marker Orientation | N/A | Landscape | Forest |
| Secondary marker/furniture: N/A | | Grade slope: Positive | | | |

| | fi | | fi |
|---|---|---|---|
| Height | 2m | N/A | |
| Width | 1m | N/A | |
| Depth (or Length) | Approx 20cm | N/A | |

## Materials

| Primary Material: N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Abandoned | State of Internment: Sunken |
|---|---|
| Comments/Observations on Overall Conditions | No headstone, or foot Stone visible. C4 is representative only by a east west oriented depression in the ground. |
| Additional Comments/Observations | 30 cm north of c-3, and running parallel |

00014112

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 68 |
| Date | 23-03-2020 |
| Weather | Cool<br>Rain/Snow/Fog |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known): N/A | Location of carver mark: N/A |

| Additional Comments on Identification | An unmarked depression at the foot of the slope |
|---|---|

## Description

| Enclosure: N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type:    N/A | | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture: N/A | | Grade slope:<br>Not Recorded | | | |

| | | fi | | | fi |
|---|---|---|---|---|---|
| Height | 1-2m | | N/A | | |
| Width | 1m | | N/A | | |
| Depth (or Length) | 10-20cm | | N/A | | |

## Materials

| Primary Material: N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | No materials remaining |

## Overall Conditions

| Status: Abandoned | | State of Internment: Not Recorded |
|---|---|---|
| Comments/Observations on Overall Conditions | | Very ill defined dimensions, but a seemingly obvious anthropogenic depression facing se |
| Additional Comments/Observations | | At the bottom of the slope |

00014113

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 69 |
| Date | 23-03-2020 |
| Weather | Cold<br>Rain / Snow / Fog |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known):  N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure:  N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type:      N/A | | Marker Orientation | N/A | Landscape | Forest |
| Secondary marker/furniture:  N/A | | Grade slope:<br>Positive | | | |

| | | fi | | fi |
|---|---|---|---|---|
| Height | About 2m nw to se | | N/A | |
| Width | About 1m | | N/A | |
| Depth (or Length) | About 20 – 25 cm deep | | N/A | |

## Materials

| Primary Material:  N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | No headstone associated with the depression |

## Overall Conditions

| Status: Abandoned | State of Internment: Not Recorded |
|---|---|
| Comments/ Observations on Overall Conditions | N/A |
| Additional Comments/ Observations | N/A |

00014114

## Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 70 |
| Date | 24-03-2020 |
| Weather | Cool Overcast |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known): N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

### Description

| Enclosure: N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type:    N/A | | Marker Orientation | N/A | Landscape | Forest |
| Secondary marker/furniture: N/A | | Grade slope: Positive | | | |

| | | fi | | | fi |
|---|---|---|---|---|---|
| Height | 1.8m | | N/A | | |
| Width | 1m | | N/A | | |
| Depth (or Length) | Not Recorded | | N/A | | |

### Materials

| Primary Material: N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

### Overall Conditions

| Status: Abandoned | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | No headstone or any other marker located. The feature is a shallow east-west pit that lies adjacent to a9. |
| Additional Comments/Observations | Photo firections: west, south respectively |

00014115

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 71 |
| Date | 24-03-2020 |
| Weather | Cool<br>Overcast |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known):  N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure:  N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type:       N/A | | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture:  N/A | | Grade slope:<br>Not Recorded | | | |

| | | fi | | fi |
|---|---|---|---|---|
| Height | Not recorded | | N/A | |
| Width | Not Recorded | | N/A | |
| Depth (or Length) | Not Recorded | | N/A | |

## Materials

| Primary Material:  N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | N/A |

00014116

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 72 |
| Date | 24-03-2020 |
| Weather | Cool<br>Overcast |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known):  No | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure:  N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type:      N/A | | Marker Orientation | N/A | Landscape | Forest |
| Secondary marker/furniture:  N/A | | Grade slope:<br>Positive | | | |

| | | fi | | fi |
|---|---|---|---|---|
| Height | 1.5m | | N/A | |
| Width | .8m | | N/A | |
| Depth (or Length) | Approx 10cm | | N/A | |

## Materials

| Primary Material:  N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Abandoned | | State of Internment: Sunken |
|---|---|---|
| Comments/Observations on Overall Conditions | | The pit is located close to the southern end of the property  In roughly lines up with the pit of the A6 feature |
| Additional Comments/Observations | | Additional photographs are taken from the following Direction respectively. Facing west, facing north, Facing East. |

00014117

## Grave Conditions Survey Form

| | |
|---|---|
| Area | N/A |
| Transect | N/A |
| Feature Number | 73 |
| Date | 24-03-2020 |
| Weather | Cool<br>Overcast |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known):  No | Location of carver mark: N/A |

| | |
|---|---|
| Additional Comments on Identification | Not Recorded |

### Description

| | | |
|---|---|---|
| Enclosure:  N/A | Family Marker ? N/A | Family Name: N/A |
| Marker Type:      N/A | Marker Orientation | N/A | Landscape | Soil |
| Secondary marker/furniture:  N/A | Grade slope:<br>Negative | | | |

| | | fi | | fi |
|---|---|---|---|---|
| Height | Not recorded | | N/A | |
| Width | Not Recorded | | N/A | |
| Depth (or Length) | Not Recorded | | N/A | |

### Materials

| | |
|---|---|
| Primary Material:  N/A | |
| Additional Materials | N/A |
| Comments on Materials | N/A |

### Overall Conditions

| | |
|---|---|
| Status: Not Recorded | State of Internment: Not Recorded |
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | N/A |

00014118

# Grave Conditions Survey Form

| | |
|---|---|
| Area | N/A |
| Transect | N/A |
| Feature Number | 74 |
| Date | 24-03-2020 |
| Weather | Cool<br>Overcast |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known): N/A | Location of carver mark: N/A |

| | |
|---|---|
| Additional Comments on Identification | Not Recorded |

## Description

| Enclosure: N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type: N/A | | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture: N/A | | Grade slope:<br>Not Recorded | | | |

| | fi | | fi |
|---|---|---|---|
| Height | Not recorded | N/A | |
| Width | Not Recorded | N/A | |
| Depth (or Length) | Not Recorded | N/A | |

## Materials

| | |
|---|---|
| Primary Material: N/A | |
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | N/A |

00014119

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 75 |
| Date | 24-03-2020 |
| Weather | Cool<br>Overcast |
| Name(s) of Interred | N/A |

| First burial date: N/A | Last Burial Date: N/A |
|---|---|
| Inscription | N/A |
| Stone carver (if known):  N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure:  N/A | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|
| Marker Type:      N/A | Marker Orientation | N/A | Landscape | Soil |
| Secondary marker/furniture:  N/A | Grade slope:<br>None | | | |

| | | fi | | fi |
|---|---|---|---|---|
| Height | Not recorded | | N/A | |
| Width | Not Recorded | | N/A | |
| Depth (or Length) | Not Recorded | | N/A | |

## Materials

| Primary Material:  N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | N/A |

00014120

# Grave Conditions Survey Form

| | |
|---|---|
| Area | N/A |
| Transect | N/A |
| Feature Number | 76 |
| Date | 23-03-2020 |
| Weather | Cool<br>Rain/Snow/Fog |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known):  N/A | Location of carver mark: N/A |

| | |
|---|---|
| Additional Comments on Identification | Depression, possible burial<br>Elongated depression roughly on north south axis with other nearby burials. |

## Description

| Enclosure: N/A | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|
| Marker Type:    N/A | Marker Orientation | N/A | Landscape | Soil |
| Secondary marker/furniture:  N/A | Grade slope<br>None | | | |

| | | fi | | fi |
|---|---|---|---|---|
| Height | Not recorded | | N/A | |
| Width | Not Recorded | | N/A | |
| Depth (or Length) | Not Recorded | | N/A | |

## Materials

| | |
|---|---|
| Primary Material:  N/A | |
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| | |
|---|---|
| Status: Abandoned | State of Internment: Ruin |
| Comments/Observations on Overall Conditions | Depression, no stone |
| Additional Comments/Observations | N/A |

00014121

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 77 |
| Date | 24-03-2020 |
| Weather | Cool<br>Overcast |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known):  N/A | Location of carver mark: N/A |

| Additional Comments on Identification | No marker, very clear grave sized depression. |
|---|---|

## Description

| Enclosure:  N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type:      N/A | | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture:  N/A | | Grade slope:<br>None | | | |

| | | fi | | | fi |
|---|---|---|---|---|---|
| Height | 200 | | N/A | | |
| Width | 120 | | N/A | | |
| Depth (or Length) | About 20 cm deep at deepest part | | N/A | | |

## Materials

| Primary Material:  N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | No marker |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | N/A |

00014122

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 78 |
| Date | 24-03-2020 |
| Weather | Cool<br>Overcast |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known): No | Location of carver mark: N/A |

| Additional Comments on Identification | There is a slab of quartz, located slightly West of a depression in the ground. |
|---|---|

## Description

| Enclosure: N/A | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|
| Marker Type:   Headstone (no/ missing footstone) | Marker Orientation | N/A | Landscape | Forest |
| Secondary marker/furniture: N/A | Grade slope.<br>Positive | | | |

| | | fi | | fi |
|---|---|---|---|---|
| Height | 1.2m | | 25cm headstone | |
| Width | 1.2m | | 20cm headstone | |
| Depth (or Length) | About 10cm deep | | N/A | |

## Materials

| Primary Material: N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | Quartz, possibly not associated with the drpressikn |

## Overall Conditions

| Status: Abandoned | State of Internment: Sunken |
|---|---|
| Comments/ Observations on Overall Conditions | Located far to the north from all others |
| Additional Comments/ Observations | N/A |

00014123

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 79 |
| Date | 23-03-2021 |
| Weather | Sunny<br>Warm |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known): | Location of carver mark: |

| Additional Comments on Identification | Deep depression, in line with others. |
|---|---|

## Description

| Enclosure: | Family Marker ? N/A | | Family Name: | |
|---|---|---|---|---|
| Marker Type:     N/A | Marker Orientation | N/A | Landscape | Forest |
| Secondary marker/furniture:  N/A | Grade slope:<br>Not Recorded | | | |

| | | ft | | ft |
|---|---|---|---|---|
| Height | Not recorded | | N/A | |
| Width | Not Recorded | | N/A | |
| Depth (or Length) | Not Recorded | | N/A | |

## Materials

| Primary Material:  N/A | |
|---|---|
| Additional Materials | Fieldstone<br>N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Sunken |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | N/A |

00014124

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 80 |
| Date | 25-03-2020 |
| Weather | Cool<br>Rain/Snow/Fog |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known):　N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure:　N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type:　　N/A | | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture:　N/A | | Grade slope:<br>Not Recorded | | | |

| | | fi | | fi |
|---|---|---|---|---|
| Height | Not recorded | | N/A | |
| Width | Not Recorded | | N/A | |
| Depth (or Length) | Not Recorded | | N/A | |

## Materials

| Primary Material:　N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | | State of Internment: Not Recorded |
|---|---|---|
| Comments/Observations on Overall Conditions | | N/A |
| Additional Comments/Observations | | N/A |

00014125

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 81 |
| Date | 23-03-2021 |
| Weather | Sunny<br>Warm |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known): N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure: N/A | | Family Marker ? No | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type:    N/A | | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture: N/A | | Grade slope:<br>Not Recorded | | | |

| | | fi | | fi |
|---|---|---|---|---|
| Height | Not recorded | | N/A | |
| Width | Not Recorded | | N/A | |
| Depth (or Length) | Not Recorded | | N/A | |

## Materials

| Primary Material: N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Sunken |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | N/A |

00014126

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 82 |
| Date | 23-03-2021 |
| Weather | Sunny<br>Warm |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known):  N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure:  N/A | | Family Marker ? No | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type:      N/A | | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture:  N/A | | Grade slope:<br>Not Recorded | | | |

| | | fi | | fi |
|---|---|---|---|---|
| Height | Not Recorded | | N/A | |
| Width | Not Recorded | | N/A | |
| Depth (or Length) | Not Recorded | | N/A | |

## Materials

| Primary Material:  N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | | State of Internment: Sunken |
|---|---|---|
| Comments/Observations on Overall Conditions | | N/A |
| Additional Comments/Observations | | N/A |

00014127

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 83 |
| Date | 23-03-2021 |
| Weather | Sunny<br>Warm |
| Name(s) of Interred | N/A |

| First burial date: N/A | Last Burial Date: N/A |
|---|---|
| Inscription | N/A |
| Stone carver (if known): N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure: N/A | | Family Marker ? No | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type: N/A | | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture: N/A | | Grade slope:<br>None | | | |

| | | fi | | fi |
|---|---|---|---|---|
| Height | Not Recorded | | N/A | |
| Width | Not Recorded | | N/A | |
| Depth (or Length) | Not Recorded | | N/A | |

## Materials

| Primary Material: N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Sunken |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | N/A |

00014128

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 84 |
| Date | 23-03-2021 |
| Weather | Sunny<br>Warm |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known): N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure: N/A | Family Marker ? No | | Family Name: N/A | |
|---|---|---|---|---|
| Marker Type: N/A | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture: N/A | Grade slope:<br>Not Recorded | | | |

| | | fi | | fi |
|---|---|---|---|---|
| Height | Not Recorded | | N/A | |
| Width | Not Recorded | | N/A | |
| Depth (or Length) | Not Recorded | | N/A | |

## Materials

| Primary Material: N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Sunken |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | N/A |

00014129

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 85 |
| Date | 23-03-2021 |
| Weather | Sunny<br>Warm |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known):  N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure:  N/A | | Family Marker ? No | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type:      N/A | | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture:  N/A | | Grade slope:<br>Not Recorded | | | |

| | fi | | fi |
|---|---|---|---|
| Height | Not Recorded | N/A | |
| Width | Not Recorded | N/A | |
| Depth (or Length) | Not Recorded | N/A | |

## Materials

| Primary Material:  N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Sunken |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | N/A |

00014130

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 86 |
| Date | 25-03-2020 |
| Weather | Cool<br>Overcast |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known): N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Plastic/ fiberglass |
|---|---|

## Description

| Enclosure: N/A | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|
| Marker Type:     N/A | Marker Orientation | N/A | Landscape | Soil |
| Secondary marker/furniture: N/A | Grade slope:<br>Cross-Slope | | | |

| | | fi | | fi |
|---|---|---|---|---|
| Height | Not recorded | | N/A | |
| Width | Not Recorded | | N/A | |
| Depth (or Length) | Not Recorded | | N/A | |

## Materials

| Primary Material: N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | N/A |

00014131

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 87 |
| Date | 25-03-2020 |
| Weather | Cool<br>Rain/Snow/Fog |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known): N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

### Description

| Enclosure: N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type:    N/A | | Marker Orientation | N/A | Landscape | Soil |
| Secondary marker/furniture: N/A | | Grade slope:<br>Cross-Slope | | | |

| | | fi | | | fi |
|---|---|---|---|---|---|
| Height | Not recorded | | N/A | | |
| Width | Not Recorded | | N/A | | |
| Depth (or Length) | Not Recorded | | N/A | | |

### Materials

| Primary Material: N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

### Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | N/A |

00014132

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 88 |
| Date | 25-03-2020 |
| Weather | Cool<br>Rain/Snow/Fog |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known): N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure: N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type:    N/A | | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture: N/A | | Grade slope:<br>Not Recorded | | | |

| | fi | | fi |
|---|---|---|---|
| Height | Not recorded | N/A | |
| Width | Not Recorded | N/A | |
| Depth (or Length) | Not Recorded | N/A | |

## Materials

| Primary Material: N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | N/A |

00014133

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 89 |
| Date | 25-03-2020 |
| Weather | Cool<br>Rain/Snow/Fog |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known): N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure: N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type: N/A | | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture: N/A | | Grade slope:<br>Not Recorded | | | |

| | fi | | fi |
|---|---|---|---|
| Height | Not recorded | N/A | |
| Width | Not Recorded | N/A | |
| Depth (or Length) | Not Recorded | N/A | |

## Materials

| Primary Material: N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | N/A |

00014134

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 90 |
| Date | 25-03-2020 |
| Weather | Cool<br>Rain/Snow/Fog |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known):  N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure:  N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type:      N/A | | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture:  N/A | | Grade slope:<br>Not Recorded | | | |

| | fi | | fi |
|---|---|---|---|
| Height | Not recorded | N/A | |
| Width | Not Recorded | N/A | |
| Depth (or Length) | Not Recorded | N/A | |

## Materials

| Primary Material:  N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | N/A |

00014135

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 91 |
| Date | 25-03-2020 |
| Weather | Cool<br>Rain/Snow/Fog |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known): N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure: N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type:    N/A | | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture: N/A | | Grade slope:<br>Not Recorded | | | |

| | fi | | fi |
|---|---|---|---|
| Height | Not recorded | N/A | |
| Width | Not Recorded | N/A | |
| Depth (or Length) | Not Recorded | N/A | |

## Materials

| Primary Material: N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | N/A |

00014136

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 92 |
| Date | 25-03-2020 |
| Weather | Cool<br>Rain/Snow/Fog |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known): N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure: N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type: N/A | | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture: N/A | | Grade slope:<br>Not Recorded | | | |

| | fi | | fi |
|---|---|---|---|
| Height | Not recorded | N/A | |
| Width | Not Recorded | N/A | |
| Depth (or Length) | Not Recorded | N/A | |

## Materials

| Primary Material: N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | N/A |

00014137

# Grave Conditions Survey Form

| | |
|---|---|
| Area | N/A |
| Transect | N/A |
| Feature Number | 93 |
| Date | 25-03-2020 |
| Weather | Cool<br>Rain/ Snow/ Fog |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known): N/A | Location of carver mark: N/A |

| | |
|---|---|
| Additional Comments on Identification | Plastic/ fiberglass. No depression.<br>One fieldstone 2 ft north. |

## Description

| Enclosure: N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type:    N/A | | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture: N/A | | Grade slope:<br>Not Recorded | | | |

| | | fi | | fi |
|---|---|---|---|---|
| Height | Not recorded | | N/A | |
| Width | Not Recorded | | N/A | |
| Depth (or Length) | Not Recorded | | N/A | |

## Materials

| | |
|---|---|
| Primary Material: N/A | |
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| | |
|---|---|
| Status: Not Recorded | State of Internment: Not Recorded |
| Comments/ Observations on Overall Conditions | N/A |
| Additional Comments/ Observations | N/A |

00014138

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 94 |
| Date | 25-03-2020 |
| Weather | Cool<br>Rain/Snow/Fog |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known):  N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure:  N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type:     N/A | | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture:  N/A | | Grade slope:<br>Not Recorded | | | |

| | | fi | | fi |
|---|---|---|---|---|
| Height | Not recorded | | N/A | |
| Width | Not Recorded | | N/A | |
| Depth (or Length) | Not Recorded | | N/A | |

## Materials

| Primary Material:  N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | N/A |

00014139

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 95 |
| Date | 25-03-2020 |
| Weather | Cool<br>Rain/Snow/Fog |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known): N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure: N/A | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|
| Marker Type:   N/A | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture: N/A | Grade slope:<br>Not Recorded | | | |

| | | fi | | fi |
|---|---|---|---|---|
| Height | Not recorded | | N/A | |
| Width | Not Recorded | | N/A | |
| Depth (or Length) | Not Recorded | | N/A | |

## Materials

| Primary Material: N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | N/A |

00014140

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 96 |
| Date | 23-03-2021 |
| Weather | Sunny<br>Warm |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known): No | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure: N/A | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|
| Marker Type:    N/A | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture: N/A | Grade slope:<br>Negative | | | |

| | | fi | | fi |
|---|---|---|---|---|
| Height | Not recorded | | N/A | |
| Width | Not Recorded | | N/A | |
| Depth (or Length) | Not Recorded | | N/A | |

## Materials

| Primary Material: N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | Partial depression 3 feet by 2 feet |

00014141

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 97 |
| Date | 23-03-2021 |
| Weather | Not Recorded |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known):  N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure:  N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type:      N/A | | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture:  N/A | | Grade slope: Not Recorded | | | |

| | | f1 | | f1 |
|---|---|---|---|---|
| Height | Not recorded | | N/A | |
| Width | Not Recorded | | N/A | |
| Depth (or Length) | Not Recorded | | N/A | |

## Materials

| Primary Material:  N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | Collection of several broken flat rocks |

00014142

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 98 |
| Date | 23-03-2021 |
| Weather | Not Recorded |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known):  N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure: N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type:     N/A | | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture:  N/A | | Grade slope: Not Recorded | | | |

| | fl | | fl |
|---|---|---|---|
| Height | Not recorded | N/A |
| Width | Not Recorded | N/A |
| Depth (or Length) | Not Recorded | N/A |

## Materials

| Primary Material:  N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | Possible depression, not clear at all, but lines up with other depressions |

00014143

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 99 |
| Date | 23-03-2021 |
| Weather | Not Recorded |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known):  N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure: N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type:     N/A | | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture:  N/A | | Grade slope: Not Recorded | | | |

| | | fl | | fl |
|---|---|---|---|---|
| Height | Not recorded | | N/A | |
| Width | Not Recorded | | N/A | |
| Depth (or Length) | Not Recorded | | N/A | |

## Materials

| Primary Material:  Quartz | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | Several fragments of quartz with brick and sandstone, brick and bottle glass about 3 feet wide |

# Grave Conditions Survey Form

| | |
|---|---|
| Area | N/A |
| Transect | N/A |
| Feature Number | 100 |
| Date | 23-03-2021 |
| Weather | Not Recorded |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known):  N/A | Location of carver mark: N/A |

| | |
|---|---|
| Additional Comments on Identification | Not Recorded |

## Description

| Enclosure: N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type:     N/A | | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture:  N/A | | Grade slope: Not Recorded | | | |

| | | fl | | fl |
|---|---|---|---|---|
| Height | Not recorded | | N/A | |
| Width | Not Recorded | | N/A | |
| Depth (or Length) | Not Recorded | | N/A | |

## Materials

| | |
|---|---|
| Primary Material:  N/A | |
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | Two large quartz frames embedded in ground worth a small brick embedded and bottle glass |

00014145

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 101 |
| Date | 23-03-2021 |
| Weather | Not Recorded |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known):  N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure:  N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type:    N/A | | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture:  N/A | | Grade slope: Not Recorded | | | |

| | | fi | | fi |
|---|---|---|---|---|
| Height | Not recorded | | N/A | |
| Width | Not Recorded | | N/A | |
| Depth (or Length) | Not Recorded | | N/A | |

## Materials

| Primary Material:  N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | Many fragments of broken flat stone, sandstone. Not embedded. |

00014146

# Grave Conditions Survey Form

| | |
|---|---|
| Area | N/A |
| Transect | N/A |
| Feature Number | 102 |
| Date | 23-03-2021 |
| Weather | Not Recorded |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known):  N/A | Location of carver mark: N/A |

| | |
|---|---|
| Additional Comments on Identification | Not Recorded |

## Description

| Enclosure: N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type:     N/A | | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture:  N/A | | Grade slope: Not Recorded | | | |

| | fl | fl |
|---|---|---|
| Height | Not recorded | N/A |
| Width | Not Recorded | N/A |
| Depth (or Length) | Not Recorded | N/A |

## Materials

| Primary Material:  N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | Sandstone cobble sitting on surface. Possible marker |

00014147

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 103 |
| Date | 23-03-2021 |
| Weather | Not Recorded |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known): N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure: N/A | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|
| Marker Type:   N/A | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture: N/A | Grade slope: Not Recorded | | | |

| | | ft | | ft |
|---|---|---|---|---|
| Height | Not recorded | | N/A | |
| Width | Not Recorded | | N/A | |
| Depth (or Length) | Not Recorded | | N/A | |

## Materials

| Primary Material: Fieldstone | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | 2 markers oriented north south definite markers, possible head stone and foot stone of different graves. Western most is 7 feet east of another stone. Both embedded into ground. |

00014148

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 104 |
| Date | 23-03-2021 |
| Weather | Not Recorded |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known): N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure: N/A | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|
| Marker Type: N/A | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture: N/A | Grade slope: Not Recorded | | | |

| | | fl | | fl |
|---|---|---|---|---|
| Height | Not recorded | | N/A | |
| Width | Not Recorded | | N/A | |
| Depth (or Length) | Not Recorded | | N/A | |

## Materials

| Primary Material: Fieldstone | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | Triangular shape stone embedded in ground. |

00014149

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 105 |
| Date | 23-03-2021 |
| Weather | Not Recorded |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known): N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure: N/A | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|
| Marker Type: N/A | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture: N/A | Grade slope: Not Recorded | | | |

| | f1 | f1 |
|---|---|---|
| Height | Not recorded | N/A |
| Width | Not Recorded | N/A |
| Depth (or Length) | Not Recorded | N/A |

## Materials

| Primary Material: Fieldstone | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | Trapezoidal stone embedded in ground |

00014150

# Grave Conditions Survey Form

| | |
|---|---|
| Area | N/A |
| Transect | N/A |
| Feature Number | 106 |
| Date | 23-03-2021 |
| Weather | Not Recorded |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known):  N/A | Location of carver mark: N/A |

| | |
|---|---|
| Additional Comments on Identification | Not Recorded |

## Description

| Enclosure: N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type:    N/A | | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture:  N/A | | Grade slope: Not Recorded | | | |

| | | ft | | ft |
|---|---|---|---|---|
| Height | Not recorded | | N/A | |
| Width | Not Recorded | | N/A | |
| Depth (or Length) | Not Recorded | | N/A | |

## Materials

| Primary Material:  N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | large quartz fragment, in ground |

00014151

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 107 |
| Date | 23-03-2021 |
| Weather | Not Recorded |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known):  N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure: N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type:      N/A | | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture:  N/A | | Grade slope: Not Recorded | | | |

| | | fl | | fl |
|---|---|---|---|---|
| Height | Not recorded | | N/A | |
| Width | Not Recorded | | N/A | |
| Depth (or Length) | Not Recorded | | N/A | |

## Materials

| Primary Material:  N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | Sandstone boulder in ground |

00014152

# Grave Conditions Survey Form

| | |
|---|---|
| Area | N/A |
| Transect | N/A |
| Feature Number | 108 |
| Date | 23-03-2021 |
| Weather | Not Recorded |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known):  N/A | Location of carver mark: N/A |

| | |
|---|---|
| Additional Comments on Identification | Not Recorded |

## Description

| Enclosure: N/A | | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|---|
| Marker Type:    N/A | | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture:  N/A | | Grade slope: Not Recorded | | | |

| | | fl | | fl |
|---|---|---|---|---|
| Height | Not recorded | | N/A | |
| Width | Not Recorded | | N/A | |
| Depth (or Length) | Not Recorded | | N/A | |

## Materials

| | |
|---|---|
| Primary Material:  N/A | |
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | Fieldstone possible marker, maybe moved, maybe foundation related. Embedded in ground. |

00014153

# Grave Conditions Survey Form

| Area | N/A |
|---|---|
| Transect | N/A |
| Feature Number | 109 |
| Date | 23-03-2021 |
| Weather | Not Recorded |
| Name(s) of Interred | N/A |
| First burial date: N/A | Last Burial Date: N/A |
| Inscription | N/A |
| Stone carver (if known): N/A | Location of carver mark: N/A |

| Additional Comments on Identification | Not Recorded |
|---|---|

## Description

| Enclosure: N/A | Family Marker ? N/A | | Family Name: N/A | |
|---|---|---|---|---|
| Marker Type:     N/A | Marker Orientation | N/A | Landscape | Not Recorded |
| Secondary marker/furniture: N/A | Grade slope: Not Recorded | | | |

| | | fl | | fl |
|---|---|---|---|---|
| Height | Not recorded | | N/A | |
| Width | Not Recorded | | N/A | |
| Depth (or Length) | Not Recorded | | N/A | |

## Materials

| Primary Material: N/A | |
|---|---|
| Additional Materials | N/A |
| Comments on Materials | N/A |

## Overall Conditions

| Status: Not Recorded | State of Internment: Not Recorded |
|---|---|
| Comments/Observations on Overall Conditions | N/A |
| Additional Comments/Observations | Eroding Concrete chunk with some tabular rock fragments scattered around |

00014154



**Appendix E: Location Map A**
Documentation of the Morningstar Tabernacle No. 88
Moses Hall and Cemetery (M:35-212) for the I-495 & I-270 Managed Lanes Study and
Remote Sensing of the Morningstar Cemetery and the Gibson Grove A.M.E. Zion Church (M:29:39)
Montgomery County, Maryland

Legend:

- Archaeology Survey Area
- Backsight
- Datum
- Grave Marker
- Mattock Head
- 1. Burial Related
- 2. Probable Burial Related
- 3. Possible Burial Related
- 4. Cannot be Determined
- Grave Depression
- Remains of Moses Hall Stone Foundation
- Remains of Moses Hall Concrete Block Foundation
- Remains of Moses Hall Probed Foundation
- Culvert
- Centerline of Gully
- Step
- Line of Bricks
- Chimney Rubble
- Tree (>2' diameter)
- Pedestrian Path
- Remains of Historic Road
- Artificial Berm
- SHA Stake
- SHA Surveyed Fence
- Road
- Modern Residence/Outbuilding
- Intermediate Contour (1 ft)
- Primary Contour (10 ft)
- Vetted Property Line

Data Source: Dovetail Cultural Resource Group

00014155

Displaced
Grave
Markers

Cement
Marker

| Archaeology Survey Area | | Line of Bricks |
| --- | --- | --- |
| Backsight | | Tree (>2' diameter) |
| Datum | | Pedestrian Path |
| Grave Marker | | Artificial Berm |
| Mattock Head | | SHA Stake |
| 1. Burial Related | | SHA Surveyed Fence |
| 2. Probable Burial Related | | Road |
| 3. Possible Burial Related | | Modern Residence/Outbuilding |
| 4. Cannot be Determined | | Intermediate Contour (1 ft) |
| Grave Depression | | Primary Contour (10 ft) |
| | | Vetted Property Line |

0          15
Feet

**Appendix E: Location Map B**
Documentation of the Morningstar Tabernacle No. 88
Moses Hall and Cemetery (M:35-212) for the I-495 & I-270 Managed Lanes Study and
Remote Sensing of the Morningstar Cemetery and the Gibson Grove A.M.E. Zion Church (M:29:39)
Montgomery County, Maryland

Data Source: Dovetail Cultural Resource Group

00014156

 

**Photo 1:** Feature 1 (March 2020).          **Photo 2:** Feature 1 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

00014157



**Photo 3:** Feature 2, showing grave depression and fallen marker (March 2020).



**Photo 4:** Feature 2, close up of metal engraved plaque on fallen marker (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

 

**Photo 5:** Feature 3 (March 2020).          **Photo 6:** Feature 4 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

00014159



**Photo 7:** Feature 4, closeup of inscription (March 2020).



**Photo 8:** Feature 5 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*



**Photo 9:** Feautre 6 (March 2020).



**Photo 10:** Feature 7 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*





**Photo 11:** Feature 7 closeup of inscription (March 2020).

**Photo 12:** Feature 8 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

*xx*

00014162





**Photo 13:** Feautre 8, ceramic vase or other vessel in ground near burial (March 2020).

**Photo 14:** Feature 9 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

00014163



**Photo 15:** Feature 9 closeup of inscription (March 2020).



**Photo 16:** Feature 10 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery
and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

00014164



**Photo 17:** Feature 11 (March 2020).



**Photo 18:** Feature 12 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

00014165





**Photo 19:** Feature 13 (March 2020).          **Photo 20:** Feature 14 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*



**Photo 21:** Feature 15 (March 2020).



**Photo 22:** Feature 16 overhead view (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*



**Photo 23:** Feature 16 facing east (March 2020).



**Photo 24:** Feature 17 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

00014168



**Photo 25:** Feature 18 (March 2020).



**Photo 26:** Feature 18 closeup of inscription (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

00014169





**Photo 27:** Overview showing Feature 6 in foreground, Feature 8 in center with associated grave depression and Feature 19 grave depression beyond.

**Photo 28:** Feature 20 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

00014170

 

**Photo 29:** Feature 21 (March 2020).          **Photo 30:** Feature 21 closeup (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

00014171



**Photo 31:** Feature 22 (March 2020).



**Photo 32:** Feature 23 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*




**Photo 33:** Feature 24 (March 2020).          **Photo 34:** Feature 25 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

00014173





**Photo 35:** Feature 26 (March 2020).

**Photo 36:** Feature 27 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

00014174





**Photo 37:** Feature 28 (March 2020).          **Photo 38:** Feature 29 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*



**Photo 39:** Feature 30 (March 2020).



**Photo 40:** Feature 31 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

00014176




**Photo 41:** Feature 32 (March 2020).          **Photo 42:** Feature 33 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

00014177



**Photo 43:** Feature 34 (March 2020).



**Photo 44:** Feature 35 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

00014178

 

**Photo 45:** Feature 36 (March 2020).    **Photo 46:** Feature 37 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

00014179

 



**Photo 47:** Feature 38 (March 2020).          **Photo 48:** Feature 39 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery
and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

00014180

 

**Photo 49:** Feature 40, showing associated depression (March 2020).

**Photo 50:** Feature 41 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

00014181



**Photo 51:** Feature 42 (March 2020).



**Photo 52:** Feature 43 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*



**Photo 53:** Feature 44 (March 2020).



**Photo 54:** Feature 45 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

00014183







**Photo 55:** Feature 46 (March 2020).          **Photo 56:** Feature 47 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery
and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

 

**Photo 57:** Feature 48 (March 2020).          **Photo 58:** Feature 49 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

00014185



**Photo 59:** Feature 50 (March 2020).



**Photo 60:** Feature 51 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

00014186

 

**Photo 61:** Feature 52 (March 2020).          **Photo 62:** Feature 53 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

00014187



**Photo 63:** Feature 54 (March 2020).



**Photo 64:** Feature 55 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*



**Photo 65:** Feature 56 (March 2020).



**Photo 66:** Feature 57 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*



**Photo 67:** Feature 58 (March 2020).



**Photo 68:** Feature 59 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*



**Photo 69:** Feature 60 (March 2020).



**Photo 70:** Feature 61 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*



**Photo 71:** Feature 62 (March 2020).



**Photo 72:** Feature 63, flowers and grave depression (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*





**Photo 73:** Feature 64 (March 2020).

**Photo 74:** Feature 65 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery
and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

00014193



**Photo 75:** Overview showing Feature 67 in foreground with scale and Feature 66 in background, both are grave depressions.



**Photo 76:** Feature 68 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*



**Photo 77:** Feature 69 (March 2020).



**Photo 78:** Overview showing Feature 70 in foreground with scale and Feature 71 adjacent with stone (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*



**Photo 79:** Feature 72 (March 2020).



**Photo 80:** Overview showing Feature 73 in foreground with scale with Feature 74 adjacent in the background, both are depressions (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*



**Photo 81:** Feature 75 (March 2020).



**Photo 82:** Feature 76 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery
and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*





**Photo 83:** Feature 77 (March 2020).  **Photo 84:** Feature 78 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*





**Photo 85:** Overview photo of row of grave depressions including Features (in order from foreground to background) 84, 83, 82, 81, 18, 80, 96, and 98 (March 2021).

**Photo 86:** Feature 86 (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*



**Photo 87:** Feature 87 (March 2020).



**Photo 88:** Feature 88 (right) and Feature 89 (left) (March 2020).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery
and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*



**Photo 89:** Overview of Features 90 through 95 (March 2020).



**Photo 90:** Feature 97 (March 2021).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*




**Photo 91:** Feature 99 (March 20201).          **Photo 92:** Feature 100 (March 2021).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

00014202



**Photo 93:** Feature 101 (March 2021).



**Photo 94:** Feature 102 (March 2021).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*



**Photo 95:** Feature 103 (March 2021).



**Photo 96:** Feature 104 (March 2021).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*



**Photo 97:** Feature 105 (March 2021).



**Photo 98:** Feature 106 (March 2021).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*



**Photo 99:** Feature 107 (March 2021).



**Photo 100:** Feature 108 (March 2021).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*



**Photo 101:** Feature 109 (March 2021).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

00014207

**Appendix F**

00014208

**Appendix F:**
**Material Removed from the Cemetery During Clearing Activities**

| Description of Items in Pile | Items Removed |
|---|---|
| Wire fencing and cut logs | Wire fencing and cut logs |
| Rusted car door fragment | Rusted car door fragment |
| Metal framing, plastic flower pot, carpet | Plastic flower pot, carpet |
| Carpet, styrofoam, plastic lawn chair, mattress springs | Carpet, styrofoam, plastic lawn chair |
| vinyl, bed/furniture springs, PVC pipe sections, chrome pipe, plastic sheeting/bags | PVC pipe sections, chrome pipe |



**Appendix F: Photograph Locations**
Documentation of the Morningstar Tabernacle No. 88
Moses Hall and Cemetery (M:35-212) for the I-495 & I-270 Managed Lanes Study and
Remote Sensing of the Morningstar Cemetery and the Gibson Grove A.M.E. Zion Church (M:29:39)
Montgomery County, Maryland

Photograph Locations

Archaeology Survey Area

00014210



**Photo 1:** Pile of trash marked for removal by the Moses Lodge community, including logs and wire fencing. The logs and wire fence were removed from property (March 2021).



**Photo 2:** Portion of a rusted car door frame, which was marked for removal and removed from property (March 2021).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

00014211



**Photo 3:** Items marked for removal; plastic flower pot and carpet fragment removed (March 2021).



**Photo 4:** Items marked for removal (March 2021).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*



**Photo 5:** Carpet and styrofoam being removed (March 2021).



**Photo 6:** Items marked for removal (March 2021).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*



**Photo 7**: PVC and chrome pipe removed from the property (March 2021).

*Documentation of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery*
*and Remote Sensing of the Morningstar Cemetery and Gibson Grove A.M.E. Zion Church*

00014214

# Appendix G

00014215

# Morningstar Tabernacle No. 88 Moses Hall and Cemetery
## and
## Gibson Grove A.M.E. Zion Church,
## Cabin John, Montgomery County, Maryland

*Report on Geophysical Surveys, July 6-9, 2021*



**T.J. Horsley**

*August 2021*



Horsley Archaeological Prospection, LLC

HAP2021-21

00014216

*[This page intentionally left blank]*

00014217

*HAP2021-21: Morningstar Cemetery & Gibson Grove Church, MD — Geophysical Survey*

# MORNINGSTAR TABERNACLE NO. 88 MOSES HALL AND CEMETERY AND GIBSON GROVE A.M.E. ZION CHURCH, CABIN JOHN, MONTGOMERY COUNTY, MARYLAND.
### Report on Geophysical Surveys, July 6-9, 2021

## Summary

High-resolution ground-penetrating radar (GPR) surveys have been conducted over areas at the Morningstar Tabernacle No. 88 Moses Hall and Cemetery and the historically related Gibson Grove A.M.E. Zion Church in Cabin John, Maryland, with the intention of detecting and mapping marked and unmarked graves at both locations.

At the Morningstar Cemetery an area of around 0.59 acres (0.24 hectares) was investigated using a GSSI UtilityScan GPR system with a 350 MHz antenna, corresponding to 5.8 miles (9.33 km) of data. The results indicate the location of 189 probable burials, and suggest a further 189 possible burials, the majority of which are seen to be arranged in rows. This total of 378 is likely lower than the actual total number of graves present. Despite efforts to clear and survey all accessible portions of the cemetery, it was not possible to collect data in some areas to adverse ground conditions and obstacles.

Importantly, these results reveal that subsurface anomalies interpreted as graves continue into the Maryland Department of Transportation State Highway Administration Right-of-Way (MDOT SHA ROW) to the north of the enclosed cemetery. While the exact number is difficult to define from these data, some 14 probable unmarked burials are indicated in this area. As many as 34 burials are suggested in total; however, most of the anomalies suggesting these likely have alternative, natural explanations.

At the Gibson Grove Church, a smaller area of around 0.058 acres (0.024 ha.) was investigated using a combination of a GSSI SIR-3000 and 200 MHz antenna and the GSSI UtilityScan system. These results clearly indicate the location of one probable unmarked burial to the west of the church building and suggest two possible burials in the same general area. To the north of the church, one possible and one tentative burial are suggested.

This report includes a description of the methodology and the results, plus a selection of GPR time-slice images to illustrate the findings from both sites. Interpretation maps are also provided to assist with ongoing management of these historic burial grounds.

Cover photo:  View looking west across the Morningstar Cemetery during the GPR survey, July 9th, 2021. The remains of the Lodge are seen in the foreground.  Photo: author.

T.J. Horsley, Ph.D.
Horsley Archaeological Prospection, LLC
518 Park Avenue
DeKalb, IL  60115
timhorsley@gmail.com
www.archaeopros.com

3

*[This page intentionally left blank]*

00014219

*HAP2021-21: Morningstar Cemetery & Gibson Grove Church, MD − Geophysical Survey*

**MORNINGSTAR TABERNACLE NO. 88 MOSES HALL AND CEMETERY
AND GIBSON GROVE A.M.E. ZION CHURCH,
CABIN JOHN, MONTGOMERY COUNTY, MARYLAND.
Report on Geophysical Surveys, July 6-9, 2021**

1.    **Introduction**

1.1    Horsley Archaeological Prospection, LLC, (HAP), has conducted non-invasive geophysical surveys across areas at the Morningstar Tabernacle No. 88 Moses Hall and Cemetery (hereafter referred to as the *Morningstar Cemetery*), and the historically related Gibson Grove A.M.E. Zion Church (hereafter referred to as the *Gibson Grove Church*), located on either side of I-495 in Cabin John, Montgomery County, MD (see Figure 1). In addition to surface evidence for some 66 graves in the Morningstar Cemetery (Falchetta *et al.* 2021), there is a high potential for unmarked burials at both locations. While no grave markers are present at the Gibson Grove Church, anecdotal evidence suggests three unmarked graves may be present to the west of the church structure, and a note to that effect was included in the 1961 Maryland Department of Transportation State Highway Administration Right-of-Way (MDOT SHA ROW) plat. At the Morningstar Cemetery there are concerns that burials may have formerly extended beyond the modern chain-link fence into the current MDOT SHA ROW alongside I-495. It was hoped that high-resolution ground-penetrating radar (GPR) surveys would help to provide a map of the locations of burials at these two historic burial grounds and assist in their future management and interpretation.

The surveys were undertaken in response to a request from A.D. Marble for Maryland Department of Transportation State Highway Administration (MDOT SHA).

1.2    The GPR surveys were conducted with the primary aim of identifying and mapping the locations and extent of interments associated with the Morningstar Cemetery and Gibson Grove Church, as well as any other potentially significant subsurface cultural features.

1.3    The survey at the Morningstar Cemetery was centered on approximately 1266100E, 479350N (NAD1983, State Plane Maryland [US feet]) or 312680E, 4317090N (UTM coordinates, zone 18S). As much of the accessible sections of the cemetery were included as practically possible, and clearance in advance of and during the survey helped to expand the survey area. Despite this, GPR data could not be collected in some areas due to dense clumps of invasive bamboo stems, hay bales, demolition debris associated with the former lodge building, as well as areas of dense vegetation and a fallen tree. A triangular area was surveyed within the ROW to the north of the modern chain-link fence between the cemetery and I-495. This extended west just beyond the fence corner to the south and was bounded to the north by the break of slope down to the road. Within the main cemetery, the survey extended west and south to the modern property fences. To the east the survey was limited by undergrowth, the fence, the artificial berm, and the remains of the lodge. In total, an area of around 0.59 acres (0.24 hectares) was investigated at the Morningstar Cemetery. Details of the survey area are shown in Figures 2 and 3.

5

00014220

1.4    The Gibson Grove Church survey was centered on approximately 1266100E, 479350N (NAD1983, State Plane Maryland [US feet]) or 312850E, 4317280N (UTM coordinates, zone 18S). The survey area was bounded to the north by a wooden fence and to the east by a chain-link fence and the break of slope (understood to relate to landscaping associated with the construction of I-495). The survey extended as close as possible to the church and additional office structure as extant trees, a fallen tree, and cuts around the church would allow. To the west the survey was limited by trees and dense vegetation along the current fence. A fallen tree to the west of the church prevented the main survey area from extending south to the west of the office structure. Separate GPR transects were therefore collected in this area to ensure inclusion of as much accessible area as possible (see Figures 22 and 23). An area of around 0.058 acres (0.024 ha.) was investigated in this way.

1.5    The soils within the Gibson Grove Church survey area are described as the well-drained Brinklow-Blocktown channery silt loams (USDA-NRCS n.d.). These are also found in the northwestern portion of the Morningstar Cemetery, while the majority of this burial ground is situated on the deep, well-drained Glenelg silt loam (see Figures 2 and 22).

The typical Glenelg silt loam is composed of a silt loam Ap horizon between 0-8" (0.0-0.2m), over clay loam Bt1 and Bt2 horizons from 8-30" (0.20-0.76m), and loam BCt and CBt layers from 30-54" (0.76-1.37m). These overlay a channery fine sandy loam from 54-76" (1.37-1.93m), forming on residuum derived from mica schist (*Ibid*. n.d.).

Typical Brinklow channery silt loams are composed of a channery silt loam Ap horizon between 0-10" (0.00-0.25m), over a channery loam Bt,BC horizon between 10-25" (0.25-0.63m). Lithic bedrock is typically below 25" (0.63m) but can range from 20-40" (0.51-1.02m). The typical Blocktown channery silt loam is described as a channery silt loam from 0-6" (0.00-0.15m) over an extremely channery silt loam from 6-17" (0.15-0.43m). Bedrock lies below this, although it may begin at a depth of between 10-20" (0.25-0.51m). Both soils form on gravelly residuum weathered from low base phyllites and schists.

The deep Glenelg silt loam underlying much of the Morningstar Cemetery presents reasonably good conditions for GPR. The presence of clay-rich layers between 8-30" (0.20-0.76m) can limit the effective depth of investigation due to attenuation of the GPR signal; however, previous work by HAP in similar environments has shown that such layers can help to reveal grave shafts, thereby aiding in the recognition of burials (Horsley 2019; 2020).

Conversely, the shallow Brinklow-Blocktown channery silt loams underlying the Gibson Grove Church and parts of the Morningstar Cemetery do not generally present favorable conditions for GPR. These stony soils produce a lot of small-scale reflections that result in "noisy" data within which it can be challenging to recognize and distinguish cultural anomalies - especially subtle reflections caused by historic inhumations. With bedrock typically at a depth of just 10-20" (0.25-0.51m), it would seem unlikely that burials will be present within Brinklow-Blocktown channery silt loams. However, it is quite possible that the soil boundaries shown on the soil maps (and see Figures 2 and 22) are inaccurate, although if present, the presence of these shallow channery soils and shallow bedrock within the survey area could help to indicate an absence of burials.

6

*HAP2021-21: Morningstar Cemetery & Gibson Grove Church, MD – Geophysical Survey*

1.6     This area is located in the Hampstead Upland District of the Harford Plateaus and Gorges Region, within the Piedmont Plateau Province. Both sites are underlain by Boulder Gneiss of the Wissahickon Formation: a pebble- and boulder-bearing metamorphic rock, typically a medium-grained gneiss or schist (Cleves *et al.*, 1968; Reger & Cleves, 2008).

1.7     The enclosed portion of the Morningstar Cemetery survey area is mostly a wooded burial ground. Until earlier in 2021 when it was cleared, the northern section had been completely overgrown with invasive bamboo. Survey obstacles included trees and existing grave markers, as well as areas of dense bamboo stems, hay bales, and the remains of the former lodge structure. The survey was conducted across all accessible ground, but in some places it was impossible to push the GPR cart around in order to collect data. The small survey area beyond the chain-link fence to the north was mostly clear and low grass, with one small pine tree and a former concrete sign base the only obstacles.

The Gibson Grove Church survey area was confined to the open, mown grass area to the west and north of the church. The survey extended as far as trees, dense vegetation, and the steep topography allowed.

1.8     The geophysical surveys were undertaken between July 6th-9th, 2021. Weather conditions both prior to and during fieldwork were generally good for GPR survey, although heavy rains on July 8th altered the soil moisture and caused a change in the geophysical contrast. This is apparent in the results from the Morningstar Cemetery, although it does not appear to have adversely affected the data quality.

## 2        Geophysical prospection methods

2.1     Geophysical methods include a range of non-invasive techniques for detecting subsurface disturbances associated with buried remains. It is important to note that these techniques do not detect the features themselves, but rather physical variations – or *anomalies* – that require interpretation. For a buried feature to be detected there must therefore be some degree of physical contrast between it and the natural soil and subsoil that surrounds it; if no such contrast exists, that feature will effectively be invisible. It should also be noted that different subsurface situations may give rise to very similar, if not identical, above-ground geophysical anomalies. The interpretation of such results therefore requires experience working with shallow geophysical data, and familiarity with archaeological and natural features and deposits. Interpretation may also draw on excavation and other archaeological evidence that can aid in the identification of specific feature types, materials, and depths. Only through investigation using more intrusive methods can datable artifacts and material be obtained, and causative features be accurately determined.

2.2     Many archaeological features exhibit physical contrasts to natural soils and sediments, either through the addition of foreign material into the soil (e.g., building materials such as bricks and rocks), or by altering the soils and subsoils (e.g., conversion of magnetic properties through heating, or the silting up of cut features such as pits and ditches). A selection of geophysical techniques is available for archaeological prospection, including magnetometry, electrical resistance, and GPR. Each method measures a different physical

7

property and therefore a particular method or combination of methods may be chosen that will be best suited to the conditions at a given site.

2.3    GPR is a relatively new addition to the geophysical archaeologist's toolkit, being greatly enhanced by dedicated computer software for processing and display, as well as a better understanding of the types of environments where this method can be applied successfully. In contrast to most other methods, GPR has the potential to provide information on the depth of subsurface remains by recording energy reflections from sub-horizontal features (such as cultural layers, soil horizons); vertical features (e.g., trenches, foundations); and discrete bodies (such as rocks and boulders). Where conditions allow different features to be resolved it can be possible to identify vertical relationships between them. Since the energy reflections occur where there is a change in the velocity of the emitted GPR energy, such as between different materials, soil textures, or water content, it may not be possible to detect features where there is a gradual transition or no contrast from one material to another.

Of the range of archaeological features commonly encountered, burials present difficult targets for geophysical prospection methods as there may be little contrast to allow their detection. Bones are too small to be detected with any method and, despite digging of the grave and interment of a casket, wrapped body, or other human remains, the grave is usually immediately backfilled with the same material that was removed, reducing the potential for a geophysical contrast. Despite this, previous investigations have shown that graves may be located by: (i) identifying disruptions in the natural stratigraphy of the soil; or (ii) by detecting the less-compact soil of the grave fill; or (iii), if present, by detecting an air-filled cavity. In general, however, over time this contrast is reduced such that older burials may be impossible to distinguish. Successful results therefore depend on a number of factors, including the nature of the soils and sediments at a site, the age of the burials, and the surveyor's experience in analyzing such data.

One of the most useful aspects of GPR for archaeological investigations is the ability to produce *amplitude time-slices* – horizontal plans that correspond to different depths below the ground surface that more closely resemble archaeological plans. When used in combination with the individual radar profiles, interpretations can be produced for different depth ranges. Further details on this method are provided in Appendix 1.

3.    **Methodology**

3.1    In order to accurately locate any resulting anomalies, geophysical surveys are undertaken over a regular grid. This also ensures that data are collected evenly and consistently across the survey area. For these investigations a combination of arbitrary grids and differential Global Positioning System (DGPS) was employed depending on the site conditions. The dense tree canopies at both sites prevented DGPS from being used to georeference the GPR data during collection across the entire area, with data instead being collected along tapes with start and end coordinates manually recorded for each file.

At the Morningstar Cemetery, an arbitrary grid was established based on the NW corner of the enclosed burial ground. A N-S baseline was established 0.5m to the east of the western chain-link fence between the cemetery and the residential property. From this, tapes were

8

used to extend a survey grid across the area of interest. For the ROW area to the north of the chain-link fence a DGPS was employed to simultaneously obtain accurate location information and georeference the data. Two *Emlid Reach RS2* GPS units were used to collect GPR data. This was subsequently tied into existing site features (including extant fence corners, ROW stakes, previous survey datum points) and the arbitrary site grid to ensure accurate geolocation of the results. The survey grid and all geophysical data measurements employ the metric system.

For the Gibson Church survey, an arbitrary grid was established from the NE corner of the church structure. An E-W baseline was extended from this point running west along the north side of the building. Tapes were used to extend the grid across the area of interest.

3.2    At the Morningstar Cemetery the GPR investigation was conducted using a GSSI UtilityScan ground-penetrating radar system with a digital 350 MHz antenna. To allow confident identification of subtle burial reflections associated with burials, GPR profiles were collected along parallel transects spaced 0.25m (~10") apart. This close spacing—as well as the N-S transect orientation perpendicular to the marked burials—increases the number of profiles that pass over each grave, thereby improving the likelihood of their identification.

Data were collected along each traverse in alternate directions, (i.e., grid south to north, then north to south), and individual radar samples were recorded at 0.016m (0.66") intervals along each transect.

In this way, GPR transects totaling 9.33 km or 5.8 miles were collected, covering an area of 0.59 acres (0.24 hectares).

3.3    For the Gibson Grove Church investigation a GSSI SIR-3000 ground-penetrating radar system with 200 MHz antenna was used to collect the area survey data, with the GSSI UtilityScan and 350 MHz antenna employed for the additional transects. In general, HAP has found the 200 MHz antenna to be more effective at detecting grave shaft anomalies, although this system is much larger and more cumbersome. This survey was conducted first, and since review of the data did not reveal any clear benefit using this antenna it was decided to switch to the pushcart of the UtilityScan system.

To the west of the church where burials had been suggested, GPR data were collected along parallel transects oriented N-S. For the narrower spacing to the north of the church the data were collected along traverses aligned E-W. Each transect was spaced 0.25m (~10") apart, with radar samples again recorded at 0.016m (0.66") intervals.

This GPR survey covered an area of 0.058 acres (0.024 ha.), resulting in a total of 0.6 mile or 0.96 km of data.

3.4    All GPR data were collected and recorded onto the dedicated data recorder and subsequently downloaded onto a PC. Data processing was undertaken using GPR-SLICE v7.0. Minimal treatment was undertaken prior to the production of time-slices, limited to a standard procedure of *time-zero correction* and *gain correction*. Following initial analysis of the time-slices, additional processing steps included *Kirchoff migration* to collapse hyperbolic reflections back into point source reflections, and applying a *Hilbert transform*

9

*HAP2021-21: Morningstar Cemetery & Gibson Grove Church, MD — Geophysical Survey*

to convert the sinusoidal radargram pulses to simpler positive pulse envelopes. These additional steps aided analysis of the results, and reference was made to all processed data during analysis and interpretation.

3.5    To allow conversion of two-way travel time to real depth, the average velocity of the ground was found by matching computer-generated hyperbolae to the data. This velocity is specific to different sediments and water content, and for both survey locations it was found to be around 0.075 m/ns. It is worth noting that this is the average velocity for the entire profile, and the component velocities will be different for different materials, such as asphalt, topsoil, subsoil, feature fill, as well as variations in water content. Therefore, the calculated depths given here should be taken as approximations but are expected to be within 10-20% of the actual depths.

3.6    Following processing, the individual radargrams were combined to produce a 3-dimensional block of data. This was then 'sliced' horizontally to produce the amplitude time-slices corresponding to different depths within GPR-SLICE. Slices of 0.1m (4") thickness were produced from the ground surface down to 2.0 meters below surface (m.b.s.), corresponding to around 7 feet. These time-slices allow the horizontal relationships between reflections to be more easily identified, and both radargrams and time-slices were consulted to produce the interpretation presented here.

3.7    GPR time-slices were subsequently imported into *ArcView*, a Geographical Information System (GIS) package to allow the results to be georeferenced and integrated with maps of surface features, as seen in the accompanying figures.

## 4    Limitations of GPR

4.1    It is important to stress that there are limitations with GPR for the detection of historic burials or other subsurface cultural remains. As indicated in Section 2, GPR relies on distinctive, measurable contrasts in electrical conductivity between the buried remains and the natural soils surrounding them. If the contrast is too small, due to a small target feature or decomposition/degradation or collapse of material within the burial and grave shaft, the GPR reflection may be too weak to recognize and the burial can be missed.

4.2    The nature and condition of the ground surface affects the quality of GPR data and the depth of penetration of the radar signal. Sites covered with concrete, gravel, high grass, trees and bushes, landscaped features, debris, obstacles, etc. limit the survey access and the coupling of the GPR antenna with the ground. These can lead to gaps in the survey and archaeological interpretation where data collection was not possible. They can also limit the effectiveness of the survey and usefulness of the results by reducing the ability to distinguish anomalies of interest.

4.3    The GPR antenna frequency determines the smallest dimensions of buried feature that may be detected, as well as the maximum exploration depth (also see section 4.4). Higher frequency antennas provide increased horizontal and vertical spatial resolution, but for

10

*HAP2021-21: Morningstar Cemetery & Gibson Grove Church, MD – Geophysical Survey*

limited depths. Conversely, lower frequency antennas offer greater exploration depths but at the expense of spatial resolution. For the investigation of burial grounds, HAP has found the frequency range of 200-450 MHz to produce the most useful data. Decisions on which antenna to employ are usually made after inspection of site conditions and on-site testing with different equipment.

4.4     The maximum depth of exploration is also dictated by the electrical conductivity of the ground since this property determines the attenuation of the GPR signal. Wetter, more conductive materials (e.g., clay-rich soils) can significantly reduce GPR penetration to the point where no signal is reflected. Consequently, buried cultural features might not be detected in clay-rich environments.

4.4     The distance between GPR transects is decided based on the size of the targets: in the case of graves, a traverse interval of 0.25m (<10") is chosen and, when possible, these are aligned perpendicular to the anticipated predominant orientation of burials. This ensures multiple passes across adult and child inhumations. Features with dimensions smaller than the traverse interval may be missed.

4.5     In the accompanying figures, a distinction is made between detected anomalies and their archaeological interpretation. All anomalies considered potentially significant are highlighted in one image, with possible interpretations presented in a separate interpretation of GPR anomalies. This interpretation map is produced based on analysis of all GPR data collected for this investigation, as well as the author's experience in working on similar sites in similar environments. However, it should be cautioned that this represents one interpretation of the data. Furthermore, it is possible that some cultural features may be undetectable using the equipment and methodology employed here for the site conditions at the time of survey.

## 5     Morningstar Cemetery Results - Figures 4-23

5.1     Figures 4-19 show *amplitude time-slices* to illustrate the results obtained by this survey at different depths. Each slice is 0.1m (4") thick, and they are shown from the ground surface to a depth of 1.6 m.b.s. (meters below surface) (around 63" or 5' 3"). No significant anomalies were identified below this depth. The data are shown after processing described in Section 3.4 above, including both migration and Hilbert transformation.

5.2     As these figures illustrate, this GPR survey has detected numerous geophysical anomalies caused by a range of surface and subsurface disturbances. Many of these have distinctive characteristics that help to identify their origins (e.g., burials and tree roots), while some require analysis of both time-slices and the individual radargrams. These are discussed in the following sections according to depth to provide more detail on the nature of the results obtained in this investigation.

11

*HAP2021-21: Morningstar Cemetery & Gibson Grove Church, MD  –  Geophysical Survey*

5.3     A quick glance through the time-slices reveals that several burials are strongly suggested on account of very strong (*high amplitude*) and distinctive rectangular reflections. These are especially clear in Figures 10-16 as the dark gray to black anomalies caused by a void or air space associated with the casket. However, the majority of potential burials are discernable only as very subtle, *low amplitude* reflections. These are discussed in further detail in the following sections. Other GPR reflections are also visible, some relating to shallow disturbances such as soil compaction, structural debris, as well as the dendritic pattern of tree root anomalies.

5.4     As is commonly seen in such data, burials (and other features) lie at a range of depths below the ground surface and therefore do not all appear in a single time-slice. To aid interpretation and future reassessment of the results, a summary of significant anomalies from all depths has been produced from all the GPR profile and time-slice data. This color-coded image is shown in Figure 20 to illustrate patterns and the distributions of various GPR reflections. A final, simplified interpretation is presented in Figure 21 that combines all significant anomalies into one map.

For ease of interpretation, burials are divided into "*probable burials*" and "*possible burials*" depending on the confidence that such an interpretation can be made. This distinction is based on several characteristics of the geophysical anomaly (i.e., strength, dimensions, depth, and orientation), as well as its association with a grave marker or other similar anomalies. In the case of *possible burials*, other explanations are possible and cannot be ruled out, although it is more likely that the anomaly is burial related. A third category of anomalies – "*other feature/disturbance*" – includes GPR reflections that could tentatively be interpreted as being related to burials, but are more likely to have an alternative explanation (e.g., tree roots, animal burrows, natural soil variations). It should be noted that for these anomalies it is impossible to rule out inhumations as potential causes.

Possible grave shaft anomalies, highlighted as "possible cuts" in Figure 20, are another piece of evidence that can help to identify unmarked burials.

5.5     *The burials*

As noted above, this survey has detected burials due to a range of GPR anomalies of differing strength. Some burials are quite clearly defined and, while these could be identified as *definite burials*, this level of interpretation is avoided unless the source of the anomaly has been positively verified using another line of evidence or more intrusive means of investigation. Instead, high and medium amplitude rectangular reflections between 0.6-1.4 m.b.s. (24-55") that are aligned approximately E-W and appear to form rows of burials are identified as *probable burials*. Figure 21 shows 189 such burials. Some of these reflections are notable clearer than others, and the greater contrast could indicate the presence of a subsurface void associated with a coffin, or possibly a burial vault or liner.

*Possible burials* are suggested by weaker GPR reflections that are likely associated with inhumations or ground disturbance caused by digging a grave shaft, although other explanations for these anomalies are possible. These include natural soil variations, tree roots, or disturbances caused by burrowing animals. An additional 189 possible burials are identified in Figure 21, producing a total of 378 probable and possible burials.

12

00014227

*HAP2021-21: Morningstar Cemetery & Gibson Grove Church, MD  –  Geophysical Survey*

138 anomalies identified as *other feature/disturbance* are highlighted in Figure 21. These are more likely associated with root disturbances or natural soil variations, but it is impossible to rule out that they are caused by unmarked burials. Some of these subsurface features are only suggested by a possible cut, whereas others are very weak, amorphous reflections. Additional, more intrusive means of archaeological investigation would be required to better understand the origins of these anomalies, should that be deemed necessary.

It is possible that some burials have gone undetected in this survey, especially since it was not possible to collect data across the entire area of the cemetery due to obstacles. These numbers therefore likely represent an underestimate of the total number of graves. Not only are some of the burials identified here only distinguished by very weak anomalies or by the presence of grave cuts, at least four possible grave markers do not have any obvious burial anomaly associated with them. Furthermore, while this survey encompassed all accessible areas where it was practical to push the GPR around for data collection, it is quite possible that graves continue beyond these boundaries – especially to the east where portions of possible burials appear to extend beyond the survey limits. This area would require a significant amount of clearing in advance of any future survey.

5.6    *Correlation with the surface mapping of burials*

Figure 22 presents the GPR interpretation with the locations of potential burial markers, and Figure 23 shows the results compared with inferred burial locations based on surface depressions and extant markers (after Falchetta *et al.* 2021, Figs. 3B-3D).

Of the 66 tier 1 burials identified in the earlier surface mapping of the cemetery (see Falchetta *et al.* 2021), it appears that around two thirds (43) coincide with a probable or possible burial identified in the GPR results (see Figure 23). In many of these instances, the locations of burials indicated by the surface and GPR surveys show correlation, with the two features overlapping completely. In other cases, there appears to be a slight spatial discrepancy, although part of the GPR anomaly coincides with the surface indication. In 6 instances it appears that a burial suggested above ground overlies two discrete GPR reflections indicating two separate interments. Given the dimensions and separation of the two GPR anomalies in these instances, it is more likely that they do indeed represent two burials rather than, for example, either side of a single interment. Decomposition and collapse of two closely spaced burials might be expected to produce a more significant surface depression and be more recognizable today.

Explaining the 23 burials suggested above ground but not detected in the GPR survey is more difficult. It is certainly possible that some burials are undetectable with this method and might therefore been missed (see Section 4 for discussion of limitation). It is also possible that some of the surface expressions suggesting burials could have other explanations, such as tree falls. Understanding the true total number of burials within this cemetery – and the causes of each GPR reflection – can only be achieved using more intrusive archaeological methods.

5.7    *Arrangement and extent of burials*

In general, the detected burials are seen to be arranged in several rows aligned north-south. Both burial anomalies and the rows are more clearly defined in the southwestern section of

13

the survey area, although the clearest *probable burials* have been detected throughout. There is no obvious correlation between the strength or clarity of the anomalies and their location with regards soil type, although topography may be a factor.

Burials appear to be more concentrated along the slight ridge in the western half of the cemetery. Their arrangement is a little more regular in this area, and they are aligned close to east-west. Burials continue down the slope towards the southeastern corner, where the alignments of rows and the individual orientations of burials becomes less consistent, with both appearing to correspond to the alignment of the slope. No burials have been identified on the lowest part of the slope in the southeastern corner.

There is no clear evidence for burials within around 25' (~8m) of the former lodge, although this could in part be explained by their being obscured by noise and "ringing" reflections caused by surface and shallow debris associated with demolition of the lodge structure. This absence of burial features around Moses Hall may be real, reflecting a different use of the space closer to the lodge. (Further discussion on the historic use of the area around the lodge may be found in Falchetta *et al*. 2021, pages 80 and 86).

No obvious gaps or spacings between graves can be discerned that suggest internal paths, sections, or groupings of burials. Probable burials are quite closely spaced in adjacent rows, only 1-2 feet in places. In a few instances there may even be overlapping burials, although all of these include possible burials for which other explanations are possible. (These include collapse of voids between closely-spaced, adjacent burials, or the limitations of resolving separate, but closely-spaced anomalies in data collected along traverses spaced 0.25m apart.)

5.8    *Burials within the ROW*

While the absolute number of burials within the ROW is impossible to determine with confidence, there is strong evidence that graves continue into this area. 14 probable burials are identified in Figure 21, with an additional 13 possible burials highlighted. A further 7 other features/disturbance are shown, either fully or partially within this area. Together, this suggests as many as 27-34 unmarked graves with the ROW; however, this may be an over-estimate. In general, the GPR reflections in this area are weaker than other parts of the survey area; given the sensitivity of the ROW, great care has been taken to identify all potentially significant anomalies. It is quite possible that many of the possible burials are caused by other subsurface disturbances or natural soil variations, as well as the other feature/disturbance anomalies; however, it is impossible to rule out the presence of an unmarked burial in each case.

The difficulty in confidently identifying burials in this area might in part be related to a change in soil type. As described in Section and 1.5 and Figure 2, Brinklow-Blocktown channery silt loams are present in this corner of the cemetery (although it should be cautioned that the soil maps may not be accurate at the scale shown). Channery soils produce increased noise levels due to the greater concentration of stony material; however, the GPR data from this area are not discernibly noisier than the rest of the cemetery. The weaker reflections here indicate a lower physical contrast (primarily conductivity) between the causative features and the surrounding soil. Several factors could cause such a reduction in contrast, including (i) a change in soil type; (ii) variations in soil moisture (that can be related to soil type and/or topography); (iii) the nature of the burial (i.e., casket vs. shroud);

14

00014229

and (iv) the state of preservation of the inhumation. While identifying which factors are the most significant is not usually possible solely based on the geophysical data in this instance it is likely a combination of at least (i), (ii) and (iv). As Falchetta *et al.* note, the top of the hill may have been the site of the earliest burials (2021), and consequently their associated anomalies would be expected to be weaker due to more advanced decomposition.

The GPR reflections suggesting probable and possible burials in this area begin at a depth of around 1' (0.3m) and extend to at least 4-5' (1.2-1.5m). While the remains of any inhumations are likely below at least 3', distinct soil variations associated with the grave shafts can be expected at a depth of 1' (0.3m).

5.9   *Other possible features*

Very few other anomalies of interest have been identified in this survey. As noted above, the area around the former lodge is characterized by many large and high amplitude reflections that are likely caused by demolition debris and other materials associated with this structure. Metallic material and near-surface air spaces can cause ringing of the GPR signal throughout the profile, and unfortunately this can mask potentially significant reflections. This includes possible additional structural elements. There is a slight indication of a buried wall 8ft to the south of the visible wall remains, however, this is far from conclusive evidence for an additional foundation. Further, more intrusive methods of investigation would be required to determine whether such a feature exists.

**6    Extension of the Morningstar Cemetery survey**

Several comments were provided on the draft of this report that was disseminated for review.  The following section discusses the specific issues in turn and provides responses to some of the comments that were received. The accompanying photos (1-4) are provided to help demonstrate ground conditions prior to and during the GPR survey.

6.1   It is always preferable to survey beyond the known limits of any site to ensure that the edges are defined; this is part of HAP's standard methodology to the extent that is possible. However, at the Morningstar Cemetery it wasn't possible to extend the survey beyond what was examined, although survey was conducted wherever possible. The area to the north of the modern fence is obviously the most critical area and as much of the Area of Interest (defined in the original RFP) was surveyed as was both feasible and safe, and after consultation with MDOT SHA and A.D. Marble staff after an initial site walkover.

6.2   One comment suggested that the survey should be extended to the north, as far as the edge of paving, to include the beltway cut slope. HAP's survey did include a good portion of the slope as well as the (apparently undisturbed) flatter main area closer to the cemetery fence (see Photos 1 and 3). For most of this area the survey extended north to within around 8-10ft of the paving for most of this area; data collection stopped either where (i) vegetation or ground conditions prevented survey; (ii) the drop in elevation suggested that any buried remains would likely be significantly disturbed or entirely truncated; or (iii) safety became an issue due to the lack of a barrier alongside the highway at this position.

15

00014230

*HAP2021-21: Morningstar Cemetery & Gibson Grove Church, MD – Geophysical Survey*

It would be feasible to extend the GPR survey right up to the paving, however, it is unlikely that this lower part of the slope would provide meaningful results. Under current conditions, the vegetation and bumpy ground will reduce data quality. Clearing this would help but given the weak nature of possible burial anomalies identified on the nearby higher ground, it would likely be impossible to confidently identify potential graves in this area. More importantly, this slope appears to be the result of grading associated with construction of the highway and suggests that up to 4ft of soil may have been removed. Given that most of the detected probable and possible burials from this entire survey lie within the upper 1.4m (4.5ft), and within 1.1m (3.6ft) in the area to the north of the fence, if burials had previously extended this far north it is questionable whether any intact remains exist today.

6.3    It was asked whether it be appropriate to extend the survey farther to the east, where the strip of apparently undisturbed land between the Cemetery fence and the edge of paving becomes narrower, until there is no undisturbed terrain (Photo 3). This area was also discussed on site and it was decided to omit it. This was largely due to the bamboo stalks preventing the collection of useful data (as on the other side of the fence to the south), as well as some large rocks and other debris. This area could be cleared for survey; however, given that the AOI measures between roughly 6 and 12ft N-S, maybe up to 15ft, the resulting data would be of little use as a discrete narrow strip (foreground of Photo 2). Confidently interpreting any geophysical data improves with broader areas of coverage to help distinguish anomalies of interest from other types of disturbance. Evidently some of this narrow strip has been built up to maintain the grade of I-495, and it is unclear whether the remaining land has been cut to assist drainage. In short, GPR survey could be undertaken here, but it will require additional clearance and the results will very likely provide limited information.

6.4    The question was raised about extending the survey to the west. In the area to the north of the modern fence, the GPR survey extended westward as was feasible given the vegetation and ground conditions. This corresponded to around 3ft to the west of the AOI (defined as a northern continuation of the fence between the private residence and cemetery to the south) at which point the young conifers and other dense vegetation prevented data collection. It would be necessary to remove some or all these trees to ground level and cut back other vegetation to survey here. With only one "*possible burial*" detected within around 10ft of the current western extent of the survey (see Section 6.5 and Figures 20-21), the existing GPR data suggest that this line marks the edge of the burial ground, but more coverage would help to confirm this.

16

*HAP2021-21: Morningstar Cemetery & Gibson Grove Church, MD – Geophysical Survey*



Photo 1. Area between the former fence and I-495, looking east. January 13, 2021. Photo: A.D. Marble.



Photo 2. Area between the former fence and I-495, looking west. January 13, 2021. Note the trees at the far end that defined the western extent of the survey. Photo: A.D. Marble.

17

*HAP2021-21: Morningstar Cemetery & Gibson Grove Church, MD – Geophysical Survey*



Photo 3. Area between the former fence and I-495, looking east after clearance for the GPR survey.
June 6, 2021. The survey extended east to just beyond the concrete sign base where the area narrows.
Photo: A.D. Marble.



Photo 4. Northern section of the burial ground, looking east during clearance. June 6, 2021. Much of the visible
ground includes bamboo stalks within and under landscape fabric. Photo: A.D. Marble.

18

*HAP2021-21: Morningstar Cemetery & Gibson Grove Church, MD — Geophysical Survey*

**7      Gibson Grove Results** - Figures 26-43

7.1      Figures 26-41 show *amplitude time-slices* to illustrate the results obtained by this survey at different depths. As with the Morningstar Cemetery results, each slice is 0.1m (4") thick, and they are shown from the ground surface to a depth of 1.6 m.b.s. (meters below surface) (around 63" or 5' 3"). The data are shown after processing described in Section 3.5 above, including both migration and Hilbert transformation.

7.2      As the time-slices illustrate, the GPR survey has detected several geophysical anomalies caused by different subsurface disturbances. A summary of significant anomalies from all depths has been produced from all the GPR profile and time-slice data and is presented in Figure 42. A final, simplified interpretation of possible burials is presented in Figure 43. Other, non-burial-related features may be present; however, this relatively small survey area prevents any confident interpretation.

7.3      *Evidence for unmarked burials*

As for the Morningstar data, the interpretation of potentially burial-related anomalies is divided between "*probable*", "*possible*", and "*other feature/disturbance*" depending on the confidence that such an interpretation can be made. In this investigation, one probable burial is suggested by a very distinctive high amplitude, rectangular reflection detected below 27" (0.7 m.b.s.). Given the shape, dimensions (*c*.6.8' x 2.6' / 1.9 m x 0.8 m), east-west orientation and depth of this anomaly – and the proximity to the church in an area where burials were suggested to have been present – it is highly likely that this represents an unmarked burial. No clear evidence for any other burials has been detected immediately adjacent to this one reflection on either side, although a *possible burial* is suggested 10' to the north by a low amplitude reflection between *c*.40-47" (1.0-1.2 m.b.s.). Another *possible burial* has been identified 15' to the south of the probable burial; however, this reflection lies at the survey edge and may continue beyond it. (A fallen tree in this area prevented the area survey extending any further to the south.) Additional GPR transects do not provide further information that help to identify the cause of this anomaly with greater confidence. Neither of these possible burial anomalies is as clear as the probable burial and both could be caused by other soil variations or disturbances.

Other burials might be present in this area to the west of the church but might be masked by several reflections interpreted as being due to large tree roots and/or former tree locations.

To the north of the church, one *possible* burial and one *other feature/disturbance* have been identified. While no interments were expected in this area, characteristics of these reflections and the proximity to the church building make it impossible to rule out unmarked graves as explanations in either case. Alternative explanations for these and other shallow GPR reflections around the church include former tree or animal disturbances; however, they might be explained by earlier archaeological investigations conducted by Alexandra Jones (Jones 2010, in Falchetta *et al.* 2021: 42-43; Fig. 38). In addition to a dense shovel test pit (STP) survey (on a 2m grid), she excavated 6 1.5m x 1.5m units based on the STP results. The precise locations of these units are unknown. Given the depth of the one probable burial anomaly, this is not explained by an archaeological excavation unit.

19

*HAP2021-21: Morningstar Cemetery & Gibson Grove Church, MD  –  Geophysical Survey*

7.4    *Comment on soils within the Gibson Grove Church survey area*

Interestingly, despite concerns about the channery soils at this site and the anticipated shallow bedrock, the GPR data indicate that the soils within the survey area are deep and would be suitable for digging graves of a sufficient depth. This also applies to the northwestern and southeastern portions of the Morningstar Cemetery where soil maps suggested the Brinklow-Blocktown channery silt loams were also present.

20

00014235

*HAP2021-21: Morningstar Cemetery & Gibson Grove Church, MD – Geophysical Survey*

## 8    Conclusions

8.1    These geophysical investigations have successfully detected and mapped unmarked burials at both the Morningstar Cemetery and Gibson Grove Church using high-resolution GPR. Some burials are indicated by distinctive, high amplitude reflections, while others are suggested by very weak anomalies. This range in response can be caused by several factors, including the age, depth, and type of burial (e.g., adult vs. infant; casket vs. shroud, etc.), although sometimes it is impossible to determine the reason for the variations. The interpretations presented here are based on several characteristics of the GPR reflections and are divided according to the confidence with which they are identified. At both locations the GPR surveys included as much accessible ground as practical; however, due to various obstacles it was not possible to cover 100% of either area.

8.2    At the Morningstar Cemetery, 189 probable burials and 188 possible burials are identified. A further 138 tentative burials are suggested, although these are more likely explained by other soil variations or disturbances. The 377 probable and possible burials are mostly arranged into rows aligned roughly north-south. This pattern is clearest in the western half of the survey area along the higher ridge and becomes less distinct down the slope to the southeast where the arrangement tends to follow the topography.

While it is not possible to confidently identify every burial in the ROW to the north of the chain-link fence, these results indicate that unmarked graves continue into this area. 14 probable burials have been identified, with a further 13 possible burials. 7 tentative burials are also suggested. Given the subtle nature of many of the anomalies in this area, it is recommended that topsoil stripping be undertaken to reveal grave shafts should it be necessary to identify every burial more confidently.

8.3    In the Gibson Church survey, there is strong evidence for one probable burial to the west of the church in the area where three unmarked burials had been suggested. Two other possible burials are suggested but are less clear. An additional possible burial and a tentative burial have been identified to the north of the church building.

8.4    Images of the GPR results are enclosed, along with interpretation plots to accompany the written descriptions of the results. It is anticipated that these maps will assist in the ongoing management and interpretation of this historic sites.

00014236

*HAP2021-21: Morningstar Cemetery & Gibson Grove Church, MD – Geophysical Survey*

The results and subsequent interpretation of geophysical surveys should not be treated as an absolute representation of the underlying features. It is normally only possible to prove the nature of anomalies through intrusive means, such as trial excavations.

### Acknowledgements

The author would like to thank Eddie Bankhead for his guidance and introductions to these properties; Charlotte Troup Leighton for allowing access across her property; Jen Falchetta for her assistance and good humor on site; and to the MDOT SHA crew who helped to clear countless bamboo stalks. Steve Archer (MDOT SHA), Julie Schablitsky (MDOT SHA), and David Clarke (FWHA) all provided useful comments on earlier drafts of this report. Finally, thanks are due to the Friends of Moses Hall and Cabin John Citizens Association for their comments and questions.

| **Fieldwork**: | T.J. Horsley | **Dates of survey**: | 07/06 – 07/09/2021 |
|---|---|---|---|
| **Report**: | T.J. Horsley | **Date of report**: | 10/27/2021 |

**Bibliography** *(This also refers to material cited in the appendix)*

Falchetta, J., Slovinac, P., McCarthy Watts, K., Mikolic, F., and Stevenson, R. (2021). *Cultural Resources Technical Report. Documentation and Archaeological Monitoring for the I-495 & I-270 Managed Lanes Study. Morningstar Tabernacle No. 88 Moses Hall and Cemetery (M:35-212), Montgomery County, Maryland*. A. D. Marble. Archaeological Report Number 560.

Bevan, B.W. (1991). The search for graves. *Geophysics*, 56(9): 1310-1319.

Conyers, L.B. (2004). *Ground-Penetrating Radar for Archaeology*. Altamira Press, Walnut Creek.

Conyers, L.B. (2006). Ground-Penetrating Radar, in J.K. Johnson (Ed.) *Remote Sensing in Archaeology: An Explicitly North American Perspective*. The University of Alabama Press, Alabama. 131-159.

Gaffney, C. and Gater, J. (2003). *Revealing the Buried Past. Geophysics for Archaeologists*. Tempus Publishing Ltd., Stroud.

Goodman, D., Nishimura, Y. and Rogers, J.D. (1995). GPR time-slices in archaeological prospection. *Archaeological Prospection*, 2: 85-89.

Goodman, D. and Piro, S. (2013). *GPR Remote Sensing in Archaeology*. Springer, New York.

Horsley, T.J. (2019). *Macedonia Baptist Church Cemetery, Bryans Road, Charles County, Maryland. Report on Geophysical Surveys, November 8-10, 2017*. Horsley Archaeological Prospection, LLC. HAP2017-23.

Horsley, T.J. (2020). *Ridgley Methodist Church Cemetery, Landover, Prince George's County, Maryland. Report on Geophysical Survey, October 12-14, 2019*. Horsley Archaeological Prospection, LLC. HAP2019-27.

King, J.A., Bevan, B.W. and Hurry, R.J. (1993). The reliability of geophysical surveys at historic-period cemeteries: an example from the Plains Cemetery, Mechanicsville, Maryland. *Historical Archaeology*, 27(3): 4-16

USDA-NRCS (n.d.). *WebSoilSurvey*. U.S. Department of Agriculture: Natural Resources Conservation Service. Available online at: http://websoilsurvey.nrcs.usda.gov/app/WebSoilSurvey.aspx

00014237

*HAP2021-21: Morningstar Cemetery & Gibson Grove Church, MD – Geophysical Survey*

## Appendix 1 -  Ground-penetrating RADAR

Ground-penetrating RADAR, or GPR, involves the transmission of high-frequency radar pulses into the ground from a surface antenna. Where this energy meets discontinuities in the soil, such as a change in soil types and buried remains, some pulses are reflected back to a receiving antenna while others continue down to be reflected by more deeply buried changes. The elapsed time between the energy transmission and reflection provides information on the depth of buried targets and is used to produce a vertical slice through the ground – a *radargram*. Unlike other geophysical prospection techniques, such as magnetometry or earth resistance, this profile allows vertical relationships between deposits to be investigated. Furthermore, many closely spaced transects may be combined to form a three-dimensional block of data that can be re-sampled horizontally. This is used to produce a series of subsurface plans for increasing depths, referred to as *amplitude time-slices*. The depth penetration of the radar pulses is dependent on both the frequency of the antennas employed and the electrical conductivity of the soils and sediments. Lower frequencies may be used to provide deeper penetration, but at the expense of resolution.

Radargrams are measured in terms of time (two-way travel time of the radar pulse); however, it is possible to calculate real depth values if the velocity of the material through which the radar energy is travelling is known. This can either be achieved in the field or by fitting computer-generated hyperbolae to the data after data collection.  Further information on this technique may be found in Conyers (2004; 2006), Gaffney & Gater (2003: 47-51, 74-76), Goodman et al. (1995), and Goodman and Piro (2013).

Whilst previous investigations have shown that GPR can often detect later historic graves (e.g. Bevan 1991; Conyers 2006; King et al. 1993), early historic and prehistoric graves are far more difficult to identify. If the fill of the grave itself is less compact than the surrounding sediments, the sides and base of the grave may be detected using GPR; however, the inhumations themselves are unlikely to produce any clear reflection. It is therefore not usually possible to distinguish between any detected pit anomalies and graves.

Historic features such as foundations, floor layers and rubble spreads, produce clearly identifiable radar reflections. Lenses and deposits of sand, gravel, or boulders will produce similar reflections, and distinguishing between them may be difficult and require additional information from other geophysical techniques or intrusive methods.

00014238

*[This page intentionally left blank]*

00014239

**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 1. Location of the 2021 GPR survey areas



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 2. Aerial image showing soil types and the ground conditions at the Morningstar Cemetery prior to the 2021 archeological investigations.



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 3. Morningstar Cemetery: Location of the 2021 GPR survey (yellow) and relevant surface features (adapted from A.D. Marble 2021: Figures 3A-D).



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**

Figure 4. Morningstar Cemetery: GPR time-slice corresponding to approximately 0.0-0.1 m.b.s. (0-4").



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 5. Morningstar Cemetery: GPR time-slice corresponding to approximately 0.1-0.2 m.b.s. (4-8").



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 6. Morningstar Cemetery: GPR time-slice corresponding to approximately 0.2-0.3 m.b.s. (8-12").



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 7. Morningstar Cemetery: GPR time-slice corresponding to approximately 0.3-0.4 m.b.s. (12-16").



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 8. Morningstar Cemetery: GPR time-slice corresponding to approximately 0.4-0.5 m.b.s. (16-20").



00014247

**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 9. Morningstar Cemetery: GPR time-slice corresponding to approximately 0.5-0.6 m.b.s. (20-24").



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 10. Morningstar Cemetery: GPR time-slice corresponding to approximately 0.6-0.7 m.b.s. (24.0-27.5").



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 11. Morningstar Cemetery: GPR time-slice corresponding to approximately 0.7-0.8 m.b.s. (27.5-31.5").



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 12. Morningstar Cemetery: GPR time-slice corresponding to approximately 0.8-0.9 m.b.s. (31.5-35.5").



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 13. Morningstar Cemetery: GPR time-slice corresponding to approximately 0.9-1.0 m.b.s. (35.5-39.5").



00014252

**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 14. Morningstar Cemetery: GPR time-slice corresponding to approximately 1.0-1.1 m.b.s. (39.5-43.3").



00014253

**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 15. Morningstar Cemetery: GPR time-slice corresponding to approximately 1.1-1.2 m.b.s. (43.3-47.2").



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 16. Morningstar Cemetery: GPR time-slice corresponding to approximately 1.2-1.3 m.b.s. (47-51").



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 17. Morningstar Cemetery: GPR time-slice corresponding to approximately 1.3-1.4 m.b.s. (51-55").



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 18. Morningstar Cemetery: GPR time-slice corresponding to approximately 1.4-1.5 m.b.s. (55-59").



00014257

**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 19. Morningstar Cemetery: GPR time-slice corresponding to approximately 1.5-1.6 m.b.s. (59-63").



Structural remains
Modern fence (approximate)
Modern paved road
Modern residence/outbuilding
Artificial berm

1:480    1 inch = 40 feet

0    5    10    15    20    25 Meters
0    10   20   30   40   50   60   70   80 Feet

Horsley Archaeological Prospection, LLC
archaeopros.com | timhorsley@gmail.com

**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 20. Morningstar Cemetery: Summary of all significant GPR reflections between 0.0-1.6 m.b.s. (0-63").



00014259

**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 21. Morningstar Cemetery: Interpretation all potentially significant burial anomalies (see text for details).



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 22. Morningstar Cemetery: Interpretation all potentially significant burial anomalies with possible burial markers overlaid (see text for details).



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 23. Morningstar Cemetery: Interpretation of all significant burial anomalies with previously identified burial locations overlaid (see text for details).



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 24. Gibson Grove Church: Aerial image showing details of the 2021 GPR survey. N.B. Brinklow-Blocktown soils cover the entire area shown.



00014263

**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 25. Gibson Grove Church: Location of the 2021 GPR survey superimposed on the 1961 MDOT SHA plat.



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 26. Gibson Grove Church: GPR time-slice corresponding to approximately 0.0-0.1 m.b.s. (0-4").



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 27. Gibson Grove Church: GPR time-slice corresponding to approximately 0.1-0.2 m.b.s. (4-8").



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 28. Gibson Grove Church: GPR time-slice corresponding to approximately 0.2-0.3 m.b.s. (8-12").



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 29. Gibson Grove Church: GPR time-slice corresponding to approximately 0.3-0.4 m.b.s. (12-16").



00014268

**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 30. Gibson Grove Church: GPR time-slice corresponding to approximately 0.4-0.5 m.b.s. (16-20").



00014269

**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 31. Gibson Grove Church: GPR time-slice corresponding to approximately 0.5-0.6 m.b.s. (20-24").



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 32. Gibson Grove Church: GPR time-slice corresponding to approximately 0.6-0.7 m.b.s. (24-28").



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 33. Gibson Grove Church: GPR time-slice corresponding to approximately 0.7-0.8 m.b.s. (27.5-31.5").



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 34. Gibson Grove Church: GPR time-slice corresponding to approximately 0.8-0.9 m.b.s. (31.5-35.5").



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 35. Gibson Grove Church: GPR time-slice corresponding to approximately 0.9-1.0 m.b.s. (35.5-39.5").



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 36. Gibson Grove Church: GPR time-slice corresponding to approximately 1.0-1.1 m.b.s. (39.5-43.3").



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**

Figure 37. Gibson Grove Church: GPR time-slice corresponding to approximately 1.1-1.2 m.b.s. (43.3-47.2").



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 38. Gibson Grove Church: GPR time-slice corresponding to approximately 1.2-1.3 m.b.s. (47.2-51.2").



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 39. Gibson Grove Church: GPR time-slice corresponding to approximately 1.3-1.4 m.b.s. (51-55").



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 40. Gibson Grove Church: GPR time-slice corresponding to approximately 1.4-1.5 m.b.s. (55-59").



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 41. Gibson Grove Church: GPR time-slice corresponding to approximately 1.5-1.6 m.b.s. (59-63").



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 42. Gibson Grove Church: Summary of all significant GPR reflections between 0.0-1.6 m.b.s. (0-63").



**Gibson Grove Church and Morningstar Cemetery, Cabin John, Maryland. Geophysical Surveys, July 2021.**
Figure 43. Gibson Grove Church: Interpretation all potentially significant burial anomalies (see text for details).



**PROGRAMMATIC AGREEMENT**
**Among the**
**FEDERAL HIGHWAY ADMINISTRATION,**
**MARYLAND DEPARTMENT OF TRANSPORTATION STATE HIGHWAY ADMINISTRATION,**
**NATIONAL PARK SERVICE,**
**MARYLAND STATE HISTORIC PRESERVATION OFFICER,**
**VIRGINIA STATE HISTORIC PRESERVATION OFFICER**
**AND**
**ADVISORY COUNCIL ON HISTORIC PRESERVATION**

**Implementing Section 106 of the National Historic Preservation Act for the**
**I-495 and I-270 Managed Lanes Study**
**Anne Arundel, Frederick, Montgomery and Prince George's Counties, Maryland, and**
**Fairfax County, Virginia**

**WHEREAS**, the U.S. Department of Transportation, Federal Highway Administration (FHWA), plans to approve the I-495 and I-270 Managed Lanes Study (MLS), a proposed Public-Private Partnership (P3) administered by the Maryland Department of Transportation State Highway Administration (MDOT SHA); and

**WHEREAS**, the MLS Preferred Alternative, "Alternative 9 Phase I South" (Project) consists of construction of Priced Managed Lanes along Interstates 495 and 270, beginning in Fairfax County, Virginia, and extending north to approximately Interstate 370, and east along the separated portions of I-495 ("spurs") to approximately Maryland Route 187, as described in detail via documentation linked in Attachment 4; and

**WHEREAS**, FHWA has determined that the Project is an undertaking, as defined in 36 C.F.R. §800.16(y), and thus is subject to review under Section 106 of the National Historic Preservation Act (NHPA), 54 U.S.C. § 306108, and its implementing regulations, 36 C.F.R. Part 800 as amended; and

**WHEREAS**, MDOT SHA, with the approval of FHWA, intends to deliver the Project as a P3 using the services of a private sector developer or multiple developers who will advance the Project and be responsible for design, construction, operation and maintenance, subject to approvals by MDOT SHA and/or FHWA; and

**WHEREAS**, the Project may be implemented in construction phases, yet to be fully defined, and although this Programmatic Agreement (PA) reflects evaluation of the entire defined Project, certain commitments may require phased implementation; and

**WHEREAS**, FHWA is the lead agency for purposes of ensuring that the Project complies with Section 106 of the NHPA, as amended, and codified in its implementing regulations, 36 C.F.R. Part 800, as amended (August 5, 2004); and

I-495 and I-270 Managed Lanes Study Section 106 Programmatic Agreement -- FINAL
MAY 17, 2022

00014283

**WHEREAS,** MDOT SHA, on behalf of FHWA, has established and updated the Area of Potential Effects (APE) for the project in consultation with the Maryland State Historic Preservation Office (MD SHPO) and Virginia State Historic Preservation Office (VA SHPO), encompassing the corridor project limits as described above, including areas of direct limits of disturbance, inclusive of all project elements with the potential to affect historic properties, such as identified natural resource and park mitigation sites, and a sufficient buffer for audible and visual effects where they may be likely to occur; a link to the detailed map of the APE is provided in Attachment 4; and

**WHEREAS,** the National Park Service (NPS) agrees FHWA is the lead federal agency for purposes of ensuring that the Project complies with Section 106 of the NHPA, as amended, and codified in its implementing regulations, 36 C.F.R. Part 800, as amended (August 5, 2004) and has agreed to participate in this PA as an Invited Signatory; and

**WHEREAS,** federal agencies which, at FHWA's invitation, designate FHWA as the lead federal agency for the Project may use this PA to fulfill their obligations under Section 106 of the NHPA according to 36 C.F.R. 800.2(a)(2), without the need for amendment of this PA, provided that FHWA follows the requirements of this PA; and

**WHEREAS,** NPS would authorize permanent use of the affected federal park property for the Project through coordination with FHWA for a Highway Deed Easement and would issue a permit for temporary use of land under its administration for construction-related activities. NPS intends to use this PA to comply with 36 C.F.R. Part 800, 54 U.S.C. § 100902, 36 C.F.R. Part 14; and

**WHEREAS,** the Project will involve the use of lands managed by the NPS within the Chesapeake and Ohio Canal National Historical Park, a unit of the National Park System, and the George Washington Memorial Parkway (GWMP), a unit of the National Park System, that includes the Clara Barton Parkway; and

**WHEREAS,** NPS is charged in its administration of the units of the National Park System to meet the directives of other laws, regulations, and policies including the NPS Organic Act as codified in Title 54 U.S.C. § 100101(a) to "conserve the scenery, natural and historic objects, and wild life in the System units and to provide for the enjoyment of the scenery, natural and historic objects, and wild life in such a manner and by such means as will leave them unimpaired for the enjoyment of future generations"; and

**WHEREAS,** the GWMP, a unit of the National Park System, with portions located in Montgomery County, Maryland; and Fairfax and Arlington Counties and the City of Alexandria in Virginia, was established following the authorization of the parkway pursuant to what is known as the Capper-Cramton Act, Public Law 71-284, 46 Statute 482 (1930), and came to be administered by NPS pursuant to Executive Order 6166 of June 10, 1933. The GWMP is on the National Register of Historic Places (NRHP) for its association with twentieth century parkway design, engineering, landscape architecture, park planning and conservation, commemoration, and an association with George Washington; and

**WHEREAS,** the Clara Barton Parkway is the portion of the GWMP that runs along the Maryland side of the Potomac River and which also became part of the National Park System through the

I-495 and I-270 Managed Lanes Study Section 106 Programmatic Agreement -- FINAL
MAY 17, 2022

Capper-Cramton Act (originally as the Maryland portion of the GWMP). The Clara Barton Parkway, as a portion of the GWMP, is also on the NRHP; and

**WHEREAS**, the Chesapeake and Ohio Canal National Historical Park, a unit of the National Park System, stretches along the Potomac River from Rock Creek at Georgetown in Washington, D.C., to Cumberland, Maryland, for 184.5 miles, was established as a national monument in 1961 and was then established as a national historical park by Congress in 1971, through Public Law 91-664 for the purpose of preserving and interpreting the 19th century transportation canal and its associated scenic, natural, and cultural resources; and providing opportunities for education and appropriate outdoor recreation. The Chesapeake and Ohio Canal National Historical Park is listed on the NRHP and contains more than 1,300 historic structures, including one of the largest collections of 19th century canal features and buildings in the national park system. The towpath and canal cross underneath I-495 at the American Legion Bridge, in Bethesda, Maryland; and

**WHEREAS,** FHWA has elected to phase the identification, evaluation, and effects assessment of certain portions of the APE and historic properties where unavailability of access or design information precluded such identification, evaluation and assessment, as provided in 36 C.F.R. 800.4(b)(2), and 36 C.F.R. 800.5(a)(3); and

**WHEREAS**, FHWA will ensure additional identification, evaluation, and assessment is completed in a timely manner prior to final design and construction, to allow for meaningful consultation and practical opportunities to avoid, minimize, or mitigate for any potential adverse effects to historic properties; and

**WHEREAS**, FHWA has initiated consultation pursuant to 36 C.F.R. 800.3(c) with the MD SHPO by letter on April 12, 2018 and the VA SHPO by letter on May 14, 2019, and the term "SHPO" is used to refer to both state offices when one is not specified; MDOT SHA on behalf of FHWA will continue to consult with the appropriate SHPO and consulting parties under the terms of this PA in order to identify historic properties, assess the effects of the Project on historic properties, and, if necessary, resolve adverse effects to historic properties; and

**WHEREAS,** FHWA, pursuant to 36 C.F.R. 800.6(a)(1)(i)(C), on March 26, 2018, initiated Section 106 consultation with the Advisory Council on Historic Preservation (ACHP), and the ACHP has chosen to participate in the consultation pursuant to 36 C.F.R. 800.6(a)(1)(iii); and

**WHEREAS**, FHWA, pursuant to 36 C.F.R. § 800.10(c), invited the Secretary of the Interior (Secretary) to participate in consultation by letter dated March 16, 2020, as the Project includes National Historic Landmarks (NHL) within the APE, and the National Park Service, National Capital Area NHL Program (NPS-NHL) has represented the Secretary concerning the NHLs within the Project throughout consultation and will continue to participate in future consultations involving the NHLs, and

**WHEREAS**, FHWA, ACHP, MDOT SHA, and the MD SHPO, under the *Amended Programmatic Agreement Among the Federal Highway Administration, the Maryland Department of Transportation State Highway Administration, the Advisory Council on Historic Preservation, the Maryland State Historic Preservation Officer, Implementing Section 106 of the National*

I-495 and I-270 Managed Lanes Study Section 106 Programmatic Agreement -- FINAL
MAY 17, 2022

*Historic Preservation Act for the Federal-aid Highway Program in Maryland* ("Statewide PA", linked in Attachment 4), have agreed to delegate certain authorities relating to Section 106 of the NHPA to MDOT SHA for Federal-aid Highway Projects in Maryland; and

**WHEREAS,** MDOT SHA, pursuant to the Statewide PA, employs professionals meeting the Secretary of the Interior's Professional Qualifications Standards (48 Fed. Reg. 44738-39, September 29, 1983) with experience and background in the fields of archaeology, architectural history and/or history who will oversee implementation of stipulations in this PA; and

**WHEREAS,** MDOT SHA, on behalf of FHWA, pursuant to 36 C.F.R. 800.4(a)(1), has established and updated the APE for the Project in consultation with the MD and VA SHPO, has identified historic properties within the APE, and has identified adversely affected properties, as described in the *Draft Section 106 Technical Report* of January 2020 and subsequent documentation (linked in Attachment 4); and

**WHEREAS,** MDOT SHA and FHWA, pursuant to 36 C.F.R 800.2(d) have sought and considered the views of the public regarding the Project's effects on historic properties by providing notice and information in following its public involvement procedures under the National Environmental Policy Act (NEPA); and

**WHEREAS,** MDOT SHA, during the course of consultation, has invited the parties listed in Attachment 2 to participate in consultation on the Project; and

**WHEREAS,** the parties listed in Attachment 3, based on their relationship to specific actions as specified in this PA, or interest in historic properties affected by the project, have been invited to be consulting parties and concur by signing this PA; and

**WHEREAS**, MDOT SHA and FHWA have initiated consultation with Federally recognized Native American tribal nations (Tribes) listed in Attachment 2 and provided the Tribes with information about the Project.  MDOT SHA, on behalf of FHWA, has invited the same Tribes to be consulting parties, as shown in Attachment 3, and concur by signing this PA; and

**WHEREAS,** FHWA has invited MDOT SHA and NPS to be invited Signatories to this PA, based on their responsibilities for implementation of its terms, and all Signatories, required and invited, are referred to as "Signatories" to this document; and.

**WHEREAS,** FHWA has determined that the Project will have an adverse effect on NRHP-listed or eligible properties ("historic properties") including the George Washington Memorial Parkway (Clara Barton Parkway), the Chesapeake and Ohio Canal National Historical Park, the Washington Biologists' Field Club on Plummers Island, Gibson Grove African Methodist Episcopal Zion Church, archaeological sites 44FX3922 (Dead Run Ridges Archaeological District), 44FX0374, 44FX0379, 44FX0389, 18MO749 and 18MO751; that additional effects may not be completely known; and that FHWA intends to use this PA to comply with 36 C.F.R. Part 800, 54 U.S.C. § 100902, 36 C.F.R. Part 14 and to govern the implementation of the Project and the resolution of adverse effects.

00014286

**NOW, THEREFORE**, FHWA, NPS, ACHP, MDOT SHA, MD SHPO, and VA SHPO, (hereinafter "Signatories") agree that the Project will be implemented in accordance with the following Stipulations in order to take into account the effect of the Project on historic properties and that these Stipulations will govern compliance of the Project with Section 106 of the NHPA until this PA expires or is terminated.

**Stipulations**

I.      **Roles and Responsibilities**

A.      **FHWA** is the lead federal agency and is responsible for ensuring the terms of this PA are carried out.

B.      **MDOT SHA** is delegated authority by FHWA under this PA and the Statewide PA to continue defined aspects of consultation, Project compliance review, and mitigation implementation.  MDOT SHA will be primarily responsible for implementation of this PA excepting where otherwise specified.  Additionally:

1.      MDOT SHA will enter into agreements with one or more developers to design, build, and operate the Project.  MDOT SHA will ensure the work of the developer or developers conforms to the requirements of this PA and may task the developer(s) with assistance with certain commitments (such as context-sensitive design); however, MDOT SHA may not delegate consultation obligations or other responsibilities specified in this PA to the developer(s).

2.      MDOT SHA will require the developer(s) to retain professionals meeting the Secretary of the Interior's Professional Qualifications Standards (48 Fed. Reg. 44738-39, September 29, 1983) with experience and background in the fields of archaeology, architectural history and/or history for the duration of design and construction to assist with design commitments, liaise with MDOT SHA cultural resources staff and facilitate compliance with this PA.

3.      MDOT SHA, on behalf of FHWA, will consult with the relevant SHPO(s) for actions under this PA and 36 C.F.R. 800.

C.      **NPS** is charged in its administration of the units of the National Park System to meet the directives of other laws, regulations, and policies including the NPS Organic Act as codified in Title 54 U.S.C. § 100101(a).

D.      **SHPO**: The Maryland Historical Trust (MD SHPO) has jurisdiction as established in the NHPA for historic properties in Maryland.  The Virginia Department of Historic Resources (VA SHPO) has jurisdiction as established in the NHPA for historic properties in Virginia. The SHPOs will:

1.      Respond to requests from MDOT SHA for concurrence on eligibility determinations, effect determinations, and technical documents within a 30-day review period unless otherwise specified in this PA, or MDOT SHA specifically

provides for an extended review period at the time of submittal. MDOT SHA and FHWA may assume concurrence or no objection to determinations and submittals if no response is received within 30 days, if no extended timeline is specifically established in the review request or if no timeline is specified in 36 C.F.R. 800. All durations referenced in this PA refer to calendar days.

2.    Provide written comments, share general technical assistance/guidance, and make available to MDOT SHA or its designates survey records or other documents necessary to fulfill the requirements of this PA.

**E.    ACHP** will provide policy guidance, provide comment on issues that may arise as requested by parties to this PA, and participate in dispute resolution as specified in Stipulation XIII.

**F.    Consulting Parties/Public**

1.    MDOT SHA has consulted with or provided the opportunity to consult to the parties listed in Attachment 2 prior to finalizing this PA.  Because the Preferred Alternative no longer affects numerous historic properties identified in earlier alternatives considered, several parties listed in Attachment 2 no longer have a demonstrable interest in historic properties affected by the Project. Parties listed in Attachment 3 continue to have a defined relationship to the Project and have been invited to concur in this PA.

2.    MDOT SHA will provide all consulting parties in Attachment 3, regardless of concurring status, with opportunities to consult on Project changes or new elements with the potential to affect historic properties.  MDOT SHA will offer other appropriate consulting parties the opportunity to rejoin or newly join consultation in the event of new or revised Project elements.  Consulting parties may sign this PA as concurring parties at any time after execution of the PA with the invitation of MDOT SHA or FHWA. Additional consulting parties may be included in Attachment 3 without the need to amend this PA.

3.    Concurrence with the PA by a party does not necessarily indicate that the party supports the Project, the Preferred Alternative, or endorses all stipulations of this PA, but rather indicates the desire of such parties to acknowledge consultation and/or remain involved in implementation of specific terms of this PA.

4.    MDOT SHA will provide for notification of the public for substantial changes to the Project that would result in an expanded APE or new effects to historic properties consistent with 36 CFR 800.8(c)(1)(iv) and procedures under NEPA to ensure ongoing opportunities for public input.  As appropriate, this process may identify new consulting or concurring parties who may wish to join the PA at a later time in response to Project refinement.

I-495 and I-270 Managed Lanes Study Section 106 Programmatic Agreement -- FINAL
MAY 17, 2022

## II.    Professional Standards

**A.**    Guidelines, standards and regulations relevant to this PA and its purposes are listed below, and links to these documents are found in Attachment 4.  Additionally, it is the intention of the Signatories to interpret this PA to incorporate any subsequent standards, revisions of standards, or applicable guidance issued by the Secretary, ACHP, or MD SHPO or VA SHPO as then in force during this PA.

1.    36 C.F.R. Part 800: Protection of Historic Properties, as amended (2004);

2.    *Secretary of the Interior's Standards and Guidelines for Archeology and Historic Preservation* (1983);

3.    Secretary of the Interior's Professional Qualifications Standards (48 Fed. Reg. 44738-39, September 29, 1983)

4.    *Standards and Guidelines for Archeological Investigations in Maryland* (Shaffer and Cole 1994), including *Technical Update No. 1 of the Standards and Guidelines for Archaeological Investigations in Maryland: Collections and Conservation Standards* (2018);

5.    *Standards and Guidelines for Architectural and Historical Investigations in Maryland* (Maryland Historical Trust, Revised 2019);

6.    *Guidelines for Conducting Historic Resources Survey in Virginia* (Virginia Department of Historic Resources, revised September 2017)

7.    36 C.F.R Part 79: Curation of Federally-Owned and Administered Archaeological Collections

8.    *NPS Museum Handbook,* National Park Service, revised 2019

9.    Program Comment for Actions Affecting Post-1945 Concrete Steel Bridges (77 FR 68790);

10.    *Exemption Regarding Historic Preservation Review Process for Effects to the Interstate Highway System* (ACHP Program Comment, 2005)

11.    *Section 106 Archaeology Guidance* (ACHP, 2009)

12.    Policy Statement Regarding Treatment of Burial Sites, Human Remains and Funerary Objects (ACHP February 2007);

13.    National Register of Historic Places Bulletin 15, *How to Apply the National Register Criteria for Evaluation* (National Park Service revised 1997), National Register of Historic Places Bulletin 16A, *How to Complete the National Register Registration Form* (National Park Service revised 1997), and other National Register Bulletins as applicable

14.    NPS Management Policies – Section 5, Cultural Resource Management (2006)

15.    Secretary of the Interior's Standards for the Treatment of Historic Properties (1995, Revised 2017); and accompanying guidelines for Treatment of Historic Properties (1995, Revised 2017) and Cultural Landscapes (1996)

## III.    General Project Section 106 Commitments

A.    MDOT SHA will implement mitigation concurrent with construction phasing where impacts will occur; in the event that the Project is modified or certain elements causing adverse effects are not constructed, MDOT SHA will notify Signatories and consulting parties of the change at such time as a final decision is made to remove such elements and amend the PA as necessary.

B.    MDOT SHA cultural resources staff who meet Secretary of the Interior's Professional Qualifications Standards will oversee implementation of all mitigation commitments and other terms of this PA.

C.    Consultation on Reforestation and other Mitigation Sites

1.    MDOT SHA is obligated to provide reforestation mitigation for the Project pursuant to the Maryland Reforestation Law (MD Nat Res Code § 5-103).  Reforestation must occur within 2 years or 3 growing seasons of completion of construction. MDOT SHA is also coordinating with the NPS to identify reforestation sites to account for impacted NPS-managed lands.  The locations to be used for reforestation are not yet fully identified.  Reforestation activities may take the form of conservation easements or other noninvasive activities which would not affect historic properties.  MDOT SHA will not consult on easements or conservation actions where no ground disturbance is involved.  If areas outside the APE are identified for reforestation where new plantings or other activities with the potential to affect historic properties are identified, MDOT SHA will consult in accordance with Stipulation IV to add such areas to the APE, identify historic properties, and evaluate effects to historic properties.  MDOT SHA will avoid adverse effects to historic properties to the maximum extent practicable in selecting reforestation planting sites.  If adverse effects are unavoidable, MDOT SHA will amend this PA in accordance with Stipulation XII to resolve any such adverse effects.

2.    As Project development proceeds, additional and revised mitigation or enhancement locations for impacts to resources other than historic properties may be identified.  These resources include, but are not limited to wetlands, stormwater, and parks.  To account for effects to historic properties at these locations, when actions are proposed at such locations that may affect historic properties, MDOT SHA will amend the APE and follow the procedure described in Stipulation IV below.

## IV.    Consultation Regarding Project Development

00014290

A.     Further consultation requirements regarding specific historic properties affected by the Project are described in Stipulation V. As project design advances or ancillary activities not currently known are identified, MDOT SHA will initiate consultation with SHPOs and other consulting parties (as described below) using the following process.

1.     MDOT SHA cultural resources staff will review proposed changes that affect project location, design, methods of construction, materials, or limits of disturbance (LOD), for potential new effects to historic properties.  Should these changes necessitate an expansion of the APE, or if the changes would affect known or potential historic properties differently than described in this PA, MDOT SHA will consult on behalf of FHWA as described in Stipulation IV.B below.

2.     If MDOT SHA, working with the developer(s), finds design or construction solutions that avoid or further minimize adverse effects to historic properties, MDOT SHA will consult in accordance with the procedures in Stipulation IV.B to seek concurrence with any updated determinations of effect, and amend this PA in accordance with Stipulation XII.

3.     MDOT SHA, on behalf of FHWA, will consult upon changes to the LOD within the existing APE where additional archaeological investigation is recommended in the Cultural Resources Technical Report or where such recommendations are identified in subsequent consultation documentation, including the treatment plans described in Stipulations VI and VII.

4.     MDOT SHA, on behalf of FHWA, will consult as specified elsewhere in this PA regarding specific stipulations, including Monitoring of Performance (Stipulation VIII).

B.     MDOT SHA, on behalf of FHWA, consistent with the principles described in 36 C.F.R. §§ 800.3 – 6, will consult with the appropriate SHPO(s), Signatories, concurring parties to this PA, Tribes who may ascribe religious and cultural significance to properties pursuant to 36 C.F.R. § 800.3(f)(2), local public agencies with jurisdiction and other consulting parties identified for this undertaking as appropriate on:

1.     Amendments to the APE, consistent with 36 C.F.R. § 800.16(d), including identification and documentation of any new historic properties within the amended APE consistent with 36 C.F.R § 800.4(a) and (b).

2.     New or revised determinations of eligibility for historic properties within the APE as described above, consistent with 36 C.F.R § 800.4(c).

3.     New or revised assessment of effects to historic properties within the APE as described above, consistent with 36 C.F.R § 800.5.

00014291

4.    If MDOT SHA determines there are any new adverse effects to historic properties, it will notify FHWA. MDOT SHA and FHWA will consult with the SHPO and identified consulting parties to resolve the adverse effects consistent with 36 C.F.R § 800.6, including alternatives to avoid, minimize or mitigate such adverse effects; MDOT SHA and FHWA will follow the procedures in Appendix 3 and/or amend this PA as necessary to document such resolution of any new adverse effects.

C.    MDOT SHA will consult with the relevant SHPO(s), Signatories, Tribes, and appropriate consulting parties on archaeology inventory, archaeological evaluations for NRHP eligibility, and effect determinations for archaeological historic properties.

D.    MDOT SHA will provide consultation materials in written or electronic form, and follow timelines for comment opportunity as specified in Stipulation I. D.

## V.    Property-Specific Commitments

MDOT SHA will be responsible for ensuring the following mitigation and commitments are carried out, under the oversight of FHWA. MDOT SHA will either complete mitigation itself or enter into legally binding agreements with partner agencies to ensure the following stipulations are fulfilled, subject to the requirements of each stipulation below. Mitigation and commitments will be implemented by authorized construction phase, unless there is opportunity to provide advanced mitigation that is mutually agreeable to all parties, is feasible to advance, and is identified by MDOT SHA as a priority. All commitments regarding design-review with consulting parties will be conducted in a timely manner prior to final design and construction, to allow for meaningful consultation and practical opportunities to influence design to avoid impacts or ensure compatibility to the extent practicable with historic properties. Preliminary engineering activities to support design of future phases, such as geotechnical studies or other similar, minimally invasive activities with limited potential to affect historic properties may proceed within the APE prior to construction authorization and will not require consultation or advance mitigation.

### A.    George Washington Memorial Parkway (including Clara Barton Parkway)

1.    MDOT SHA will continue property-specific Design-Review consultation with NPS and SHPOs to ensure a context-sensitive design for new facilities, and, through the ongoing design process, minimize, to the extent practicable, impacts to character-defining features and resources that contribute to the George Washington Memorial Parkway/Clara Barton Parkway as a historic property. Key elements for NPS review include the bridge design, trail connections, retaining walls, ramp improvements, signage plans and barrier.  MDOT SHA will provide NPS and SHPOs a comment opportunity on plans at a draft level of design and a second opportunity prior to finalization of design for elements on

NPS property or within the APE adjacent to NPS property; for each review there will be minimum 30-day review period.  In the event of objections relating to the final design from NPS or SHPOs that cannot be resolved, MDOT SHA and FHWA will follow Stipulation XIII of this PA.

2.    MDOT SHA will provide NPS funding in an amount not to exceed $250,000 for a Cultural Landscape Report (CLR) for Clara Barton Parkway.  The CLR will include historical narrative, updated existing conditions and analysis and evaluation, and treatment guidelines for management of character-defining features. NPS will complete the CLR within five (5) years of receipt of funds from MDOT SHA and provide a copy of the completed CLR, along with a summary of implementation of any treatment measures in a timely manner following their implementation, to MD SHPO and MDOT SHA.

**B.    Dead Run Ridges Archaeological District (44FX3922) and individual sites 44FX0374, 44FX0379 and 44FX0389**

1.    In consultation with VA SHPO, NPS, and other appropriate consulting parties including consulting Tribes, MDOT SHA will develop and implement Phase III data recovery on sites 44FX0374, 44FX0379, 44FX0389 and the Dead Run Ridges Archaeological District (44FX3922) as specified in Stipulation VI. Technical reporting, as well as interpretive materials suitable for the general public will be requirements of this effort.

2.    MDOT SHA will prepare a NRHP nomination form for the Dead Run Ridges Archaeological District, no later than 12 months following finalization of the report documenting the Phase III data recovery in Stipulation V. B. 1 above, basing the nomination on the report findings.  MDOT SHA will provide a copy of the draft nomination to NPS staff for review and comment prior to formal submission of the draft nomination to VA SHPO.  MDOT SHA will work with VA SHPO's Register Program to develop a final draft nomination for the Dead Run Ridges Archaeological District, and VA SHPO's Register Program will process the final draft for listing in the NRHP pursuant to its established policies and procedures.  The Department of Historic Resources State Review Board is under no obligation to approve the nomination for listing in the NRHP. Should the nomination be unsuccessful, or additional information be requested beyond the scope of the completed data recovery efforts, MDOT SHA will not be required to complete further fieldwork or analysis beyond what is agreed to in the treatment plan specified in Stipulation VI, or otherwise pursue nomination of the district.

**C.    Chesapeake and Ohio Canal National Historical Park**

1.    MDOT SHA will continue property-specific Design-Review consultation with NPS to ensure a context-sensitive design for new facilities constructed as

part of the Project, and, through the ongoing design process, minimize to the extent practicable impacts to character-defining features and resources that contribute to the Chesapeake and Ohio Canal National Historical Park as a historic property. MDOT SHA will provide NPS and MD SHPO a comment opportunity on design plans at a draft level of design, and a second opportunity prior to finalization of design for elements within the APE on or adjacent to NPS property; for each review there will be a minimum 30-day review period.  In the event of objections from NPS or MD SHPO that cannot be resolved relating to the final design, MDOT SHA and FHWA will follow Stipulation XIII of this PA.

2.      MDOT SHA will locate new bridge piers away from Lock 13 as part of the new Clara Barton Parkway Bridge and will avoid placing piers for the new structure closer to Lock 13 than the current bridge piers, as shown in the Preferred Alternative.

3.      MDOT SHA will protect Lock 13 in place during construction, by limiting LOD around the lock structure and providing an appropriate buffer to prevent damage.  MDOT SHA will rehabilitate or restore the structure if needed following construction, with treatment determined by or in consultation with NPS and MD SHPO as described below in Stipulation V.C.4 and VC.5. As part of the Archaeological Treatment Plan in Stipulation VI, MDOT SHA will include archaeological monitoring or other treatment approaches during construction in the area around Lock 13.

4.      MDOT SHA will conduct a condition assessment of lock structures, the Canal and the Towpath within the Project LOD prior to construction and provide copies of the assessment to MD SHPO and NPS.  MDOT SHA will provide for rehabilitation of lock structures, the Canal, and Towpath within the Project LOD following completion of substantial construction within the affected area. MDOT SHA will provide NPS and MD SHPO with a draft rehabilitation plan for review and comment prior to implementing the plan

5.      MDOT SHA will provide for vibration damage monitoring of other susceptible historic structures at Chesapeake and Ohio Canal National Historical Park within the APE during construction, specifically, Lock 12 and Lock 14. Additional vulnerable structures or features (such as masonry walls) to be monitored may be identified in consultation with NPS during the preparation and review of the condition assessment identified in Stipulation V.C.4.

> a. Should notable acute or incremental damage directly resulting from construction means or methods be identified as a result of the vibration monitoring, MDOT SHA will follow Section A of the Inadvertent Discovery Plan (Attachment 1).

I-495 and I-270 Managed Lanes Study Section 106 Programmatic Agreement -- FINAL
MAY 17, 2022

b. General wear or degradation of the historic fabric during construction that is not attributable to specific construction practices or incidents will be remediated by the rehabilitation plan in Stipulation V.C.4.

**D.**   **18MO749 Archaeological Site (C&O Canal)**
In consultation with MD SHPO, NPS, and other appropriate consulting parties, including Tribes, MDOT SHA will develop and implement a Phase III Data Recovery as specified in Stipulation VI. Technical reporting, as well as interpretive materials suitable for the general public will be requirements of this effort.

**E.**   **18MO751 Archaeological Site (C&O Canal)**
In consultation with MD SHPO, NPS, and other appropriate consulting parties, including Tribes, MDOT SHA will develop and implement a Phase III Data Recovery as specified in Stipulation VI. Technical reporting, as well as interpretive materials suitable for the general public will be requirements of this effort.

**F.**   **Washington Biologists' Field Club on Plummers Island**
1.     MDOT SHA will prepare a NRHP nomination for the Washington Biologists' Field Club on Plummers Island.  MDOT SHA will provide a copy of the draft nomination to NPS staff and the Washington Biologists' Field Club (WBFC) for review prior to submittal to MD SHPO and address any comments prior to formal submission of the nomination. Should the nomination be unsuccessful, MDOT SHA will not be required to resubmit the nomination or otherwise complete additional studies or research after addressing comments by NPS staff.

2.     MDOT SHA will place temporary fencing along the LOD within Plummers Island to delimit construction activities.

3.     MDOT SHA will fund or implement a photographic survey documenting conditions before, during and after construction is completed adjoining Plummers Island, within the APE boundary, and provide the results to WBFC and NPS.

4.     MDOT SHA will fund or develop GIS maps to document known current and historical study locations and key natural resource features within the APE to assist in documenting change over time and provide these files to WBFC and NPS.

5.     MDOT SHA will procure a sub-meter accurate GPS unit for WBFC to use in long-term monitoring of plant locations, collection sites, and other historical research features.

00014295

6.      MDOT SHA, subject to any availability or rights restrictions, will provide for digitization and cataloging of historical records related to the WBFC that are under the control of WBFC but housed at the Smithsonian Museum of Natural History, specifically the collection, "SIA RU102005, Smithsonian Institution, Washington Biologists' Field Club, circa 1900-1966 Records" that are not currently available in electronic format, and provide the files to WBFC and NPS.

7.      MDOT SHA will provide WBFC historical content, such as a synthesis of the digitized materials in Stipulation V.F.6, to incorporate into their website.

8.      MDOT SHA will complete stipulations V.F.1-7., other than those requiring longer timeframes (such as photographic survey after construction), unless continued consultation should necessitate a longer timeframe, within two (2) years of commencement of construction activities on Plummers Island.

**G.      Morningstar Tabernacle No. 88 Moses Hall and Cemetery**

1.      As part of context-sensitive design, MDOT SHA will consult with the Trustees of the Morningstar Tabernacle No. 88 Moses Hall and Cemetery, Friends of Moses Hall, First Agape A.M.E. Zion Church, Cabin John Citizens Association, and other consulting parties with a demonstrated interest in the cemetery on context-sensitive treatment of noise barrier facing the cemetery; MDOT will work with the above-listed consulting parties on a context-sensitive treatment of noise barrier facing the cemetery, which may include decorative elements appropriate to the historic property and/or such elements as memorial plaques or signage. MDOT SHA will provide these consulting parties and MD SHPO comment opportunity for Project elements, specifically noise barrier, within the APE adjacent to the cemetery at a draft level of design and a second opportunity prior to finalization of design; for each review there will be a minimum 30-day review period. In the event MD SHPO does not agree with the final design, MDOT SHA and FHWA will follow Stipulation XIII of this PA.

2.      MDOT SHA will conduct further studies prior to final design and construction adjacent to the cemetery as part of the treatment plan specified in Stipulation VII.  Following completion of the studies in the treatment plan, MDOT SHA and FHWA will provide the results of the studies to MD SHPO and relevant consulting parties and determine project effects to the Morningstar Tabernacle No. 88 Moses Hall and Cemetery in consideration of the results of the studies and the views of the MD SHPO and relevant consulting parties. Should interments be identified outside the identified boundary of the cemetery, and no additional project avoidance options are practicable, MDOT SHA and FHWA will consult on the likely adverse effect, identify mitigation options, and amend this PA as necessary following the procedures in Stipulations IV and XIII of this PA.

I-495 and I-270 Managed Lanes Study Section 106 Programmatic Agreement -- FINAL
MAY 17, 2022

00014296

**H.    Gibson Grove A.M.E. Zion Church**

1.    MDOT SHA will provide First Agape A.M.E. Zion Church at Gibson Grove and MD SHPO a comment opportunity at a draft level of design and a second opportunity prior to finalization of design for Project elements on church property or within the APE adjacent to the church property, with a minimum 30-day review period.

2.    MDOT SHA will improve the stormwater drainage on the church property by routing drainage into a new underground culvert to be installed as part of the Project.

3.    MDOT SHA will ensure that a parking lot identified in the church's restoration plan is constructed on church property following installation of the culvert drainage design. MDOT SHA will work with First Agape A.M.E. Zion Church on schedule and timing of the culvert and parking lot work to be compatible with ongoing church restoration efforts to the extent practicable.

4.    MDOT SHA will ensure Project noise- or vibration- causing construction activities are restricted adjacent to the church during scheduled worship services or key events.

5.    MDOT SHA, in coordination with Montgomery County, will install sidewalk on the west side of Seven Locks Road to more accessibly connect Gibson Grove A.M.E. Zion Church and Morningstar Tabernacle No. 88 Moses Hall and Cemetery.

**VI.    Archaeological Treatment Plan (ATP)**

MDOT SHA's goal is to have a comprehensive but flexible ATP that addresses the LOD but can be revised and updated in response to Project design advancement. Prior to construction within affected areas, MDOT SHA will develop an ATP in consultation with SHPOs and appropriate consulting parties.  MDOT SHA will provide for a minimum 30-day review of the initial draft of the ATP.  MDOT SHA will be responsible for implementing the provisions of the ATP.  The ATP will include:

**A.**    Archaeological monitoring requirements during construction.

**B.**    Phase I Survey in areas where property access could not be obtained (as identified in the 2019 Technical Report, Volume 4, Chapter 5): RS-1; RS-2; S-4, SWM S-4, S-5, SWM S-5, S-6, SWM S-6; S-27; SWM S-27, S-8; S-10; S-53, and the vicinity of S-28.

**C.**    Phase I Survey in the vicinity of two sites, 18MO457 and18MO190, to define site boundaries and evaluate NRHP eligibility and potential impacts.

**D.**    Phase II Evaluation of Sites 18MO191 and 18MO752.

**E.**    Phase III Data Recovery investigations at 18MO749 and 18MO751 within the Chesapeake and Ohio Canal National Historical Park and the Dead Run Ridges Archaeological District within the GWMP (44FX3922), and individually eligible sites

I-495 and I-270 Managed Lanes Study Section 106 Programmatic Agreement -- FINAL
MAY 17, 2022

within the district 44FX0374, 44FX0379 and 44FX0389.  MDOT SHA will prepare a draft NRHP Nomination form for the Dead Run Ridges archaeological district based on the results of Phase III Data Recovery investigation as described in Stipulation V. B. MDOT SHA, in consultation with other parties, will ensure the results of the data recovery are documented in technical reporting consistent with the requirements of Stipulation II, and will define and produce products or other efforts interpreting the data recovery reports to the general public.

**F.**      Provisions in the treatment plan required for work on NPS federal property, including cataloging and curation to NPS standards of artifacts and associated records, permitting under the Archaeological Resources Protection Act and compliance with the Native American Graves Protection and Repatriation Act (NAGPRA).

**G.**      If sites or areas proposed for archaeological treatment in the ATP are avoided by revising the Project LOD or other actions, MDOT SHA will document the revision, including updating effect determinations and seeking SHPO concurrence where required. MDOT SHA will provide such information to appropriate consulting parties and will thereby not need to complete treatment or investigation at such locations.

**H.**      MDOT SHA will ensure required consultation with the appropriate SHPO and appropriate consulting parties occurs on eligibility, effects, and treatment for any newly identified archaeological historic properties prior to final design and construction in areas identified for further archaeological treatment.  Reports or similar deliverables will be provided to Signatories and appropriate consulting parties with a minimum 30-day review opportunity.

**I.**      MDOT SHA will consult with SHPO and appropriate consulting parties on the ATP and any revisions or modifications to the ATP.  If SHPO concurs with the ATP or future revisions, no amendment of this PA is needed to implement or update the ATP.  If SHPO does not agree with the ATP or future proposed changes to the ATP, MDOT SHA will seek to resolve the disagreement or follow the provisions of Stipulation XIII.

## VII.    Cemeteries and Human Remains Treatment Plan

**A.**      MDOT SHA acknowledges there is some potential for human remains associated with historic properties to be present in at least two areas of the LOD (adjacent to Morningstar Tabernacle No. 88 Moses Hall and Cemetery and in the general location of the Montgomery County Poor Farm) which are not currently accessible for the types of thorough archaeological investigation necessary to definitively identify interments. MDOT SHA will work with the developer(s) to minimize LOD to the maximum extent practicable in these areas

**B.**    The treatment plan will include proposed investigations to identify and evaluate potential graves or human remains in specified sensitive areas to the maximum extent practicable to ensure avoidance or treatment prior to final design and construction.

**C**.    MDOT SHA will consult with SHPO and, where identified, descendants, descendant communities and other appropriate consulting parties to fully identify, recover, and respectfully treat any human remains identified within LOD that cannot be avoided.

**D**.    MDOT SHA will consult with SHPO and, where identified, descendants, descendant communities and other appropriate consulting parties on archaeological monitoring requirements for locations within LOD where potential for human remains is likely during construction, including unverified but reported locations of the Ball Family Cemetery.

**E.**    MDOT SHA will seek input from affected consulting parties and concurrence from SHPO on the treatment plan prior to its implementation.  MDOT SHA will be responsible for implementing the treatment plan.  If SHPO does not agree with the treatment plan, MDOT SHA will seek to resolve the disagreement or follow the provisions of Stipulation XIII.

**F.**    Activities on Federal Lands, including NPS-managed property, require adherence to NAGPRA.  The treatment plan will include provisions for NAGPRA compliance in the event of human remains or funerary objects discovery.

**G.**    MDOT SHA will ensure that at all times human remains are treated with dignity and respect in a manner consistent with ACHP's policy statement on the Treatment of Human Remains, Burial Sites and Funerary Objects.

**H.**    MDOT SHA will ensure no photographs of human remains or associated funerary objects are released to the press or general public.

**I.**    MDOT SHA will be responsible for all expenses for any removal, treatment and relocation/disposition of any human remains or funerary objects impacted by the Project.

**J.**    MDOT SHA will fully implement all relevant provisions of the treatment plan prior to final design and any construction impacts within specified cemetery investigation locations.

**VIII.   Monitoring of Performance**

**A.**    Specific points for continued consultation are defined in Stipulations IV and V.

**B.**    MDOT SHA will, for the duration of the Project, provide Signatories and consulting parties listed in Attachment 3 with a written progress report twice per calendar year describing status of implementation of this PA.

**C.**    MDOT SHA will provide for a meeting opportunity for Signatories and consulting parties listed in Attachment 3 following issuance of each progress report.

**D.**    MDOT SHA will convene additional consulting party meetings as necessary or when requested by any Signatory;

**E.**    MDOT SHA may cancel individual meetings if there are no significant issues for discussion and no Signatory objects to the cancellation.

**IX.    Post-Review Discovery of Human Remains**

MDOT SHA will develop human remains treatment provisions as part of the archaeological and cemetery and human remains treatment plans in Stipulations VI and VII.  MDOT SHA will follow the attached Inadvertent Discovery Plan (Attachment 1) should human remains be identified in any areas or situations not covered by the archaeological or cemetery and human remains treatment plans.

**X.    Other Post-Review Discoveries**

MDOT SHA will follow the procedures in Attachment 1 of this PA for any inadvertent archaeological discoveries or inadvertent effects to historic properties during construction. MDOT SHA will provide training for the developer(s) in the Inadvertent Discovery Plan requirements.

**XI.    Confidentiality**

The Signatories agree to provide by the provisions of Section 304 of the NHPA, and other applicable requirements, to withhold information concerning the location, character, or ownership of resources where release of such information may endanger the integrity of the resource.

**XII.    Amendment**

Any Signatory to this PA may request that it be amended, whereupon the Signatories will consult in accordance with 36 C.F.R. § 800.14 to consider such an amendment. Amendments will be effective upon the date of the last signature from the Signatories.

**XIII.    Dispute Resolution**

**A.**    Should any Signatory or consulting party object at any time to the manner in which the terms of this PA are implemented, within 30 days of information being provided relating to the issue forming the basis of the objection, or within 30 days where the objector can otherwise be reasonably assumed to be aware of the issue forming the basis of objection, FHWA shall consult with such party to resolve the objection. If FHWA determines that such objection cannot be resolved, FHWA will take the following steps:

> 1.    Forward all documentation relevant to the dispute, including FHWA's proposed resolution, to ACHP. ACHP shall provide FHWA with its comment on the resolution of the objection within 30 days of receiving adequate documentation. Prior to reaching a final decision on the dispute, FHWA shall

prepare a written response that takes into account any timely advice or comments regarding the dispute from ACHP, Signatories and consulting parties and provide them with a copy of this written response. FHWA will then proceed according to its final decision.

2.    If ACHP does not provide its advice regarding the dispute within the 30-day period, FHWA may make a final decision on the dispute and proceed accordingly. Prior to reaching such a final decision, FHWA shall prepare a written response that takes into account any timely comments regarding the dispute from the Signatories and consulting parties to the PA and provide them and ACHP with a copy of such written response.

3.    In the case of objections related to NRHP eligibility, any Signatory may object in writing within 30 days to an MDOT SHA or FHWA determination of eligibility. If MDOT SHA and FHWA are unwilling to revise the determination in response to the objection or other relevant information, FHWA (or MDOT SHA on its behalf) will submit the determination to the Keeper of the National Register of Historic Places for a determination pursuant to 36 C.F.R. Part 63.

**B.**    Objections from the Public: Should a member of the public object to an action taken under this PA, or compliance with the PA, within 30 days of information being provided relating to the issue forming the basis of the objection, or within 30 days where the objector can otherwise be reasonably assumed to be aware of the issue forming the basis of objection, FHWA will ensure that MDOT SHA consults with the objecting party to respond to the objection in coordination with FHWA where relevant, provided the objection is made in writing to the FHWA or MDOT SHA contacts identified in Attachment 5 or any subsequent updates to Attachment 5. MDOT SHA and FHWA will inform other Signatories of the objection and proposed resolution. Should a Signatory disagree with the proposed resolution, the Signatories will follow Stipulation XIII.A.

**C.**    FHWA's responsibility to carry out all other actions subject to the terms of this PA that are not the subject of the dispute remain unchanged.

## XIV.    Termination

**A.**    Any Signatory to this PA may terminate it by providing 30 days' notice in writing to the other Signatories, provided that the Signatories will consult during the period prior to termination to seek agreement on amendments or other actions that would avoid termination.

**B.**    If any Signatory to this PA determines that a term will not or cannot be carried out, that party shall immediately consult with the other Signatories to attempt to develop an amendment per Stipulation XII, above. If within 30 days (or another time period

agreed to by all Signatories) an amendment cannot be reached, any signatory may terminate the PA upon written notification to the other Signatories.

**C.**    In the event of termination, FHWA will comply with 36 C.F.R. § 800 for all remaining actions, or until a new agreement is reached fulfilling such requirements.

This PA will continue in full force and effect until 20 years from the date of execution of the PA, or such time of final acceptance of the Project and when all terms of this PA have been met, should the terms be met prior to the 20-year expiration. The PA will be invalid if the Project is terminated or authorization for the Project is rescinded. At any time in the six-month period prior to its expiration, the Signatories will consult to consider an extension or amendment of the PA. At such time, the Signatories may consider an amendment to extend the PA unmodified for an additional specified duration or consult to amend the PA in accordance with Stipulation XII. No extension or amendment will be effective until all Signatories have signed the amendment or amendment to extend.

In witness thereof, the Signatories to this PA, through their duly authorized representatives, have executed this PA on the days and dates set out on the following pages and certify that they have read, understood, and agreed to the terms and conditions of this PA as set forth herein.

The effective date of this PA is the date of the last signatory page.

This PA may be executed in counterparts, each of which shall constitute an original, and all of which shall constitute one and the same agreement.

I-495 and I-270 Managed Lanes Study Section 106 Programmatic Agreement -- FINAL
MAY 17, 2022

**PROGRAMMATIC AGREEMENT AMONG THE FEDERAL HIGHWAY ADMINISTRATION, MARYLAND DEPARTMENT OF TRANSPORTATION STATE HIGHWAY ADMINISTRATION, NATIONAL PARK SERVICE, MARYLAND STATE HISTORIC PRESERVATION OFFICER, VIRGINIA STATE HISTORIC PRESERVATION OFFICER AND ADVISORY COUNCIL ON HISTORIC PRESERVATION**

**IMPLEMENTING SECTION 106 OF THE NATIONAL HISTORIC PRESERVATION ACT FOR THE I-495 AND I-270 MANAGED LANES STUDY, ANNE ARUNDEL, FREDERICK, MONTGOMERY AND PRINCE GEORGE'S COUNTIES, MARYLAND AND FAIRFAX COUNTY, VIRGINIA**

**May 17, 2022**

Signatory:

FEDERAL HIGHWAY ADMINISTRATION


_____     Date  _____
Gregory Murrill
Division Administrator
FHWA Maryland Division

**PROGRAMMATIC AGREEMENT AMONG THE FEDERAL HIGHWAY ADMINISTRATION, MARYLAND DEPARTMENT OF TRANSPORTATION STATE HIGHWAY ADMINISTRATION, NATIONAL PARK SERVICE, MARYLAND STATE HISTORIC PRESERVATION OFFICER, VIRGINIA STATE HISTORIC PRESERVATION OFFICER AND ADVISORY COUNCIL ON HISTORIC PRESERVATION**

**IMPLEMENTING SECTION 106 OF THE NATIONAL HISTORIC PRESERVATION ACT FOR THE I-495 AND I-270 MANAGED LANES STUDY, ANNE ARUNDEL, FREDERICK, MONTGOMERY AND PRINCE GEORGE'S COUNTIES, MARYLAND AND FAIRFAX COUNTY, VIRGINIA**

**May 17, 2022**

ADVISORY COUNCIL ON HISTORIC PRESERVATION

_____          Date  _____

Reid J. Nelson
Executive Director (Acting)

**PROGRAMMATIC AGREEMENT AMONG THE FEDERAL HIGHWAY ADMINISTRATION, MARYLAND DEPARTMENT OF TRANSPORTATION STATE HIGHWAY ADMINISTRATION, NATIONAL PARK SERVICE, MARYLAND STATE HISTORIC PRESERVATION OFFICER, VIRGINIA STATE HISTORIC PRESERVATION OFFICER AND ADVISORY COUNCIL ON HISTORIC PRESERVATION**

**IMPLEMENTING SECTION 106 OF THE NATIONAL HISTORIC PRESERVATION ACT FOR THE I-495 AND I-270 MANAGED LANES STUDY, ANNE ARUNDEL, FREDERICK, MONTGOMERY AND PRINCE GEORGE'S COUNTIES, MARYLAND AND FAIRFAX COUNTY, VIRGINIA**

**May 17, 2022**


Signatory:

MARYLAND STATE HISTORIC PRESERVATION OFFICER


_____     Date  _____
Elizabeth Hughes
Director
Maryland Historical Trust

**PROGRAMMATIC AGREEMENT AMONG THE FEDERAL HIGHWAY ADMINISTRATION, MARYLAND DEPARTMENT OF TRANSPORTATION STATE HIGHWAY ADMINISTRATION, NATIONAL PARK SERVICE, MARYLAND STATE HISTORIC PRESERVATION OFFICER, VIRGINIA STATE HISTORIC PRESERVATION OFFICER AND ADVISORY COUNCIL ON HISTORIC PRESERVATION**

**IMPLEMENTING SECTION 106 OF THE NATIONAL HISTORIC PRESERVATION ACT FOR THE I-495 AND I-270 MANAGED LANES STUDY, ANNE ARUNDEL, FREDERICK, MONTGOMERY AND PRINCE GEORGE'S COUNTIES, MARYLAND AND FAIRFAX COUNTY, VIRGINIA**

**May 17, 2022**

Signatory:

VIRGINIA STATE HISTORIC PRESERVATION OFFICER

_____     Date  _____

Julie Langan
Director
Virginia Department of Historic Resources

**PROGRAMMATIC AGREEMENT AMONG THE FEDERAL HIGHWAY ADMINISTRATION, MARYLAND DEPARTMENT OF TRANSPORTATION STATE HIGHWAY ADMINISTRATION, NATIONAL PARK SERVICE, MARYLAND STATE HISTORIC PRESERVATION OFFICER, VIRGINIA STATE HISTORIC PRESERVATION OFFICER AND ADVISORY COUNCIL ON HISTORIC PRESERVATION**

**IMPLEMENTING SECTION 106 OF THE NATIONAL HISTORIC PRESERVATION ACT FOR THE I-495 AND I-270 MANAGED LANES STUDY, ANNE ARUNDEL, FREDERICK, MONTGOMERY AND PRINCE GEORGE'S COUNTIES, MARYLAND AND FAIRFAX COUNTY, VIRGINIA**

**May 17, 2022**

Signatory:

NATIONAL PARK SERVICE


_____     Date   _____
Tina Capetta
Superintendent
Chesapeake and Ohio National Historical Park



_____     Date   _____
Charles J. Cuvelier
Superintendent
George Washington Memorial Parkway


I-495 and I-270 Managed Lanes Study Section 106 Programmatic Agreement -- FINAL
MAY 17, 2022

**PROGRAMMATIC AGREEMENT AMONG THE FEDERAL HIGHWAY ADMINISTRATION, MARYLAND DEPARTMENT OF TRANSPORTATION STATE HIGHWAY ADMINISTRATION, NATIONAL PARK SERVICE, MARYLAND STATE HISTORIC PRESERVATION OFFICER, VIRGINIA STATE HISTORIC PRESERVATION OFFICER AND ADVISORY COUNCIL ON HISTORIC PRESERVATION**

**IMPLEMENTING SECTION 106 OF THE NATIONAL HISTORIC PRESERVATION ACT FOR THE I-495 AND I-270 MANAGED LANES STUDY, ANNE ARUNDEL, FREDERICK, MONTGOMERY AND PRINCE GEORGE'S COUNTIES, MARYLAND AND FAIRFAX COUNTY, VIRGINIA**

**May 17, 2022**

Signatory:

MARYLAND STATE HIGHWAY ADMINISTRATION


_____          Date  _____
Tim Smith, P.E.
Administrator

I-495 and I-270 Managed Lanes Study Section 106 Programmatic Agreement -- FINAL
MAY 17, 2022

00014308

**Attachments**

1. Inadvertent Discovery Plan
2. All Parties Invited to Consult on the Project
3. Consulting Parties invited to Concur
4. Links to Documentation Referenced
5. Contact Information for FHWA and MDOT SHA staff responsible for PA implementation (to be updated as necessary)

I-495 and I-270 Managed Lanes Study Section 106 Programmatic Agreement -- FINAL
MAY 17, 2022

## Attachment 1
## Inadvertent Discovery Plan

**A.    Unanticipated Impacts to Architectural Historic Properties:** if the Project causes unanticipated impacts to any National Register of Historic Places (NRHP) eligible, listed, or contributing buildings, sites, structures, or objects of the built environment, the contractor must notify the engineer and immediately cease any activity causing ongoing damage until consultation occurs.  MDOT SHA shall, in consultation with the appropriate SHPO (VA or MD), determine if adverse effects have occurred to the property/properties and develop a plan for the protection of the historic property, and minimization or mitigation of impacts.  If mitigation is identified, FHWA, MDOT SHA, SHPO, and other Signatories as necessary will execute a Memorandum of Agreement or amend this PA to record the identified mitigation.  MDOT SHA may hold the developer(s) liable for any or all costs resulting from this process following appropriate processes identified in its contract instruments.

**B.    Unanticipated Damage to Known Archaeological Resources:** if unauthorized excavation occurs outside the approved limits of disturbance (LOD) or other approved boundaries designed to protect archaeological resources or cemeteries and thereby causes impacts to known, NRHP-eligible properties, MDOT SHA will ensure any activity causing ongoing damage is stopped until consultation occurs.  MDOT SHA will conduct a damage assessment consistent with the model used for such assessments under the Archaeological Resources Protection Act (https://www.nps.gov/archeology/pubs/techbr/tchBrf20.pdf). MDOT SHA will use the results of the assessment in consultation with the relevant SHPO to determine if the resource has been adversely affected and determine appropriate mitigation.  If the resource is of known or suspected Native American affiliation, FHWA, with assistance from MDOT SHA shall consult with federally recognized Indian Tribes as appropriate.  If the resource is affiliated with other known descendant groups or consulting parties, MDOT SHA will consult with such parties as well.  Should damage occur on NPS land, MDOT SHA will consult with the NPS staff and regional archaeologist regarding the damage assessment report and any identified mitigation. If mitigation is identified, FHWA, MDOT SHA, SHPO, and other Signatories as necessary will execute a Memorandum of Agreement or amend this PA to record the identified mitigation.  MDOT SHA may hold the developer(s) liable for any or all costs resulting from this process following appropriate processes identified in its contract instruments.

00014310

**C.        Unanticipated Discovery of Human Remains:** Should any burials, interments, or human remains (hereafter, "remains") be encountered during construction, MDOT SHA will ensure all applicable construction work in the vicinity of the remains is immediately stopped to prevent damage to the remains, or to any additional remains that might be present in the vicinity.  A minimum 100-foot buffer around identified remains will be established by MDOT SHA free of disturbance, to be adjusted as appropriate for the site conditions. Construction may occur outside the buffer unless evidence of additional remains is found.  If remains are suspected to be human but not confirmed, MDOT SHA will ensure that such confirmation is made by a qualified professional.  Human remains will at all times be treated respectfully and access and visibility limited to the site of discovery to authorized personnel only.  Within Maryland, pursuant to State of Maryland Criminal Code § 10-402, the State's Attorney must authorize movement or removal of any remains until determined to be archaeological.  If the remains are determined to be archaeological, MDOT SHA and the relevant SHPO will consult to determine treatment of the remains and any other necessary treatment such as work needed to define extent of remains in the most expeditious manner feasible.  Within Virginia, human remains and associated funerary objects encountered during the course of actions taken as a result of this PA shall be treated in a manner consistent with the Virginia Antiquities Act (Code of Virginia 10.1-2305) and its implementing regulation (17VAC5-20), adopted by the Virginia Board of Historic Resources and published in the Virginia Register on July 15, 1991.

If the remains are determined archaeological and suspected to be of Native American origin, MDOT SHA, in coordination with FHWA, shall provide notification to tribal governments in accordance with any expressed tribal consultation preferences within 24 hours or as soon as practicable.  MDOT SHA and/or FHWA will consult with affected federally recognized Indian Tribes, the Maryland Commission on Indian Affairs and appropriate Maryland Indian groups as appropriate regarding treatment of the remains. MDOT SHA will accommodate tribal cultural preferences to the extent practicable during such an event.  If remains can be associated with other known descendant communities or organizations, including the cemetery-affiliated consulting or concurring parties to this PA, such parties shall also be consulted.

If the human remains are likely to be of Native American origin and are located on lands controlled or owned by the U.S. Government, including National Park Service Property within the APE, the Federal land managing agency will assume responsibility for compliance with the Native American Graves Protection and Repatriation Act (NAGPRA; 25 USC 3001), with MDOT SHA assistance.

In consultation with the relevant SHPO, Federally Recognized Indian Tribes, and FHWA as appropriate, and other identified descendant/affiliated consulting parties, the MDOT SHA shall develop a plan for the treatment or disposition of the remains or follow provisions of an existing treatment plan developed per this PA. MDOT SHA shall implement the provisions of the agreed treatment plan.

Should the remains be associated with, or constitute an intact archaeological resource, provision **D** below is also applicable.

**D.**     Unanticipated Discovery of Archaeological Resources: If previously unidentified archaeological features, artifacts, or other materials (hereafter, "resource") are discovered during construction, all ground-disturbing work in the vicinity of the resource shall be temporarily suspended or modified to prevent further damage to the resource, and MDOT SHA will provide a reasonable buffer where ground disturbance is prohibited to cover the extent of the resource that may not be exposed.

The MDOT SHA archaeologist shall perform a preliminary inspection to identify the resource and evaluate its likelihood of NRHP eligibility.  Following this inspection, construction may resume in the vicinity of but outside the boundary of the archaeological resource as defined by the MDOT SHA archaeologist. If the resource is potentially eligible for the NRHP, MDOT SHA will consult with the relevant SHPO on an eligibility determination and, if determined eligible for the NRHP, every effort shall be made to minimize impacts through redesign or modification of construction methods. If the resource is of known or suspected Native American affiliation, FHWA, with assistance from MDOT SHA shall consult with federally recognized Indian Tribes as appropriate. If the resource can be reasonably identified with other descendant or affiliated communities, MDOT SHA shall also attempt to consult with such parties.

In consultation with the relevant SHPO, MDOT SHA shall develop a plan for the treatment of any resource determined eligible.  MDOT SHA shall describe actions proposed to avoid, minimize, or mitigate adverse effects, and request SHPO, tribal, and any other consulting party comments within 5 working days, unless there is a life or safety hazard requiring immediate interim action. MDOT SHA will disclose any interim action affecting the eligible resource taken in the event of a life or safety hazard.  MDOT SHA, at its discretion, may establish a longer comment period if practicable in consideration of potential safety, cost, public travel disruption, and other factors. MDOT SHA shall then implement the provisions of the agreed-upon plan and/or amend this PA to document the resolution, should the resource be determined eligible and should the Project adversely affect the resource.

# Attachment 2
# All Parties Invited to Consult on the Project

**Federally Recognized Tribal Nations**
- **Absentee-Shawnee Tribe of Oklahoma**
- **Delaware Nation**
- **Delaware Tribe of Indians**
- **Chickahominy Indian Tribe**
- **Chickahominy Indians Eastern Division**
- **Eastern Shawnee Tribe of Oklahoma**
- **Monacan Indian Nation**
- **Nansemond Indian Tribe**
- **Oneida Indian Nation**
- **Onondaga Nation**
- **Pamunkey Indian Tribe**
- **Rappahannock Tribe, Inc.**
- **Saint Regis Mohawk Tribe**
- **Seneca-Cayuga Nation**
- **Shawnee Tribe**
- **Tuscarora Nation**
- **Upper Mattaponi Indian Tribe**

**State Recognized and Other Tribes**
- **Piscataway Conoy Tribe of Maryland (PCT)**
- **PCT - Cedarville Band of Piscataway**
- **PCT - Choptico Band of Piscataway**
- **Piscataway Indian Nation**

**Federal Agencies**
- **Department of Defense**
- **General Services Administration**
- **Federal Railroad Administration**
- **Federal Transit Administration**
- **National Capital Planning Commission**
- **National Institute of Standards and Technology**
- **National Park Service**
- **U.S. Army Corps of Engineers**
- **U.S. Department of Agriculture**
- **U.S. Postal Service**

**State Agencies and Organizations**
- **Maryland Commission on Indian Affairs**
- **MDOT Maryland Transit Administration**

I-495 and I-270 Managed Lanes Study Section 106 Programmatic Agreement – FINAL

- **MDOT Maryland Transportation Authority**
- **Maryland Historical Trust**
- **Preservation Maryland**
- **Virginia Department of Historic Resources**
- **Virginia Department of Transportation**
- **Washington Metropolitan Area Transit Authority**

**County Agencies and Organizations**

- **Charles County Department of Planning**
- **Frederick County**
- **Frederick County Preservation Trust**
- **Maryland Milestones/Anacostia Trails Heritage Area, Inc.**
- **Montgomery County Department of Correction and Rehabilitation**
- **Montgomery County Department of General Services**
- **Montgomery County Department of Transportation**
- **Montgomery County Heritage Area, Heritage Tourism Alliance of Montgomery County**
- **Maryland Milestones**
- **Maryland-National Capital Parks and Planning Commission – Montgomery County Planning – Historic Preservation**
- **Maryland-National Capital Parks and Planning Commission – Montgomery Parks**
- **Maryland-National Capital Parks and Planning Commission – Prince George's County Planning – Historic Preservation**
- **Maryland-National Capital Parks and Planning Commission – Prince George's County Department of Parks and Recreation**
- **Montgomery Preservation, Inc.**
- **Prince George's County Historic Preservation Commission**
- **Prince George's County Historical and Cultural Trust**
- **Prince George's Heritage, Inc.**

**Municipal and Other Organizations**
- **Cabin John Citizens Association**
- **Canoe Cruisers Association**
- **C&O Canal Association**
- **C&O Canal Trust**
- **Carderock Springs Citizens' Association**
- **City of Gaithersburg**
- **City of College Park**
- **City of Glenarden**
- **City of Greenbelt**
- **City of Rockville**
- **First Agape A.M.E. Zion Church at Gibson Grove**

I-495 and I-270 Managed Lanes Study Section 106 Programmatic Agreement – FINAL

- **Frederick County Landmarks Foundation**
- **Heart of the Civil War Heritage Area**
- **Indian Spring Community Association**
- **National Park Seminary Master Association**
- **National Trust for Historic Preservation**
- **Peerless Rockville**
- **Rock Creek Conservancy**
- **Save Our Seminary at Forest Glen**
- **Sierra Club Maryland Chapter**
- **Silver Spring YMCA**
- **Trustees of Morningstar Tabernacle No. 88, Inc. (Friends of Moses Hall)**
- **Washington Biologists' Field Club**
- **Village of North Chevy Chase**

# Attachment 3
# Consulting Parties Invited to Concur

**Federally Recognized Tribes**
- **Absentee-Shawnee Tribe of Oklahoma**
- **Delaware Nation**
- **Delaware Tribe of Indians**
- **Chickahominy Indian Tribe**
- **Chickahominy Indians Eastern Division**
- **Eastern Shawnee Tribe of Oklahoma**
- **Monacan Indian Nation**
- **Nansemond Indian Tribe**
- **Oneida Indian Nation**
- **Onondaga Nation**
- **Pamunkey Indian Tribe**
- **Rappahannock Tribe, Inc.**
- **Saint Regis Mohawk Tribe**
- **Seneca-Cayuga Nation**
- **Shawnee Tribe**
- **Tuscarora Nation**
- **Upper Mattaponi Indian Tribe**

**State Recognized and Other Tribes**
- **Piscataway Conoy Tribe of Maryland (PCT)**
- **PCT - Cedarville Band of Piscataway**
- **PCT - Choptico Band of Piscataway**
- **Piscataway Indian Nation**

**Federal Agencies**

- **Department of Defense**
- **Federal Railroad Administration**
- **Federal Transit Administration**
- **National Capital Planning Commission**
- **National Institute of Standards and Technology**
- **U.S. Army Corps of Engineers**
- **U.S. Department of Agriculture**

**State Agencies**
- **Maryland Commission on Indian Affairs**
- **Maryland Department of Transportation – Maryland Transit Administration**
- **Maryland Transportation Authority**
- **Virginia Department of Transportation**

I-495 and I-270 Managed Lanes Study Section 106 Programmatic Agreement – FINAL

**Local and Other Agencies and Groups**
- **Cabin John Citizens Association**
- **Canoe Cruisers Association**
- **Carderock Springs Citizens Association**
- **City of Gaithersburg**
- **City of Rockville**
- **C&O Canal Association**
- **C&O Canal Trust**
- **First Agape A.M.E. Zion Church at Gibson Grove**
- **Maryland Milestones**
- **Maryland-National Capital Park and Planning Commission**
- **Montgomery County Heritage Area**
- **Montgomery Preservation, Inc.**
- **National Institute for Standards and Technology**
- **National Trust for Historic Preservation**
- **Peerless Rockville**
- **Preservation Maryland**
- **Trustees of Morningstar Tabernacle No. 88, Incorporated (Friends of Moses Hall)**
- **Virginia Department of Transportation**
- **Washington Biologists' Field Club**

00014317

# Attachment 4
# Links to Documentation Referenced In the I-495 & I-270 Managed Lanes Study PA

## Federal Codes and Regulations

16 U.S.C. 470aa-470mm
Archaeological Resources Protection Act (ARPA)
https://uscode.house.gov/view.xhtml?path=/prelim@title16/chapter1B&edition=prelim

25 U.S.C. Ch. 32 § 3001
Native American Graves Protection and Repatriation Act (NAGPRA)
https://uscode.house.gov/view.xhtml?path=/prelim@title25/chapter32&edition=prelim

36 C.F.R. Part 14 and 54 U.S.C. § 100902
Rights-of-Way
https://www.ecfr.gov/current/title-36/chapter-I/part-14
https://uscode.house.gov/view.xhtml?req=granuleid:USC-prelim-title54-section100902&num=0&edition=prelim

36 C.F.R. Part 63
Dispute Resolution of Determinations of Eligibility for Inclusion in the NRHP
https://www.ecfr.gov/current/title-36/chapter-I/part-63

36 C.F.R. Part 79
Curation of Federally Owned and Administered Archaeological Collections
https://www.ecfr.gov/current/title-36/chapter-I/part-79

36 C.F.R. Part 800
Implementing Regulations of Section 106 of the National Historic Preservation Act
https://www.ecfr.gov/current/title-36/chapter-VIII/part-800?toc=1

40 C.F.R. 1506.6(a)
Public involvement – National Environmental Policy Act
https://www.ecfr.gov/current/title-40/chapter-V/subchapter-A/part-1506#1506.6

54 U.S.C.
- National Park Service and Related Programs
    § 100101(a) Promotion and Regulation of the National Park Service (NPS Organic Act)
    - https://uscode.house.gov/view.xhtml?req=granuleid:USC-prelim-title54-section100101&num=0&edition=prelim
- National Historic Preservation Act
    § 306108 Effect of Undertaking on Historic Property

I-495 and I-270 Managed Lanes Study Section 106 Programmatic Agreement – FINAL

00014318

- o https://uscode.house.gov/view.xhtml?req=(title:54%20section:306108%20edition:prelim)
§ 307103 Access to Information (Section 304)
- o https://www.achp.gov/digital-library-section-106-landing/frequently-asked-questions-protecting-sensitive-information

Public Law 71-284, 46 Statute 482 (1930); Executive Order 6166 of June 10, 1933
Capper-Cramton Act and Administration by the National Park Service
https://www.ncpc.gov/about/authorities/cca/
https://www.nps.gov/parkhistory/online_books/anps/anps_3b.htm

## State Codes and Regulations

Maryland Criminal Code § 0-402
Courts and Judicial Proceedings
https://law.justia.com/codes/maryland/2013/article-gcr/section-10-402

Maryland Natural Resources Code § 5-103
Reforestation
https://roads.maryland.gov/mdotsha/pages/index.aspx?PageId=158

Virginia Antiquities Act § 10.1-2305
Human Remains
https://law.lis.virginia.gov/vacode/title10.1/chapter23/section10.1-2305/
Implementation - Virginia Administrative Code 17VAC5-20
https://law.lis.virginia.gov/admincode/title17/agency5/chapter20/

## Guidelines and Standards

### *Advisory Council on Historic Preservation*
- *Exemption Regarding Historic Preservation Review Process for Effects to the Interstate Highway System* (ACHP Program Comment, 2005)
  https://www.achp.gov/sites/default/files/exemptions/2017-01/final_interstate_exemption_notice.pdf

- *Policy Statement Regarding Treatment of Burial Sites, Human Remains, and Funerary Objects* (ACHP February 2007)
  https://www.achp.gov/sites/default/files/policies/2018-06/ACHPPolicyStatementRegardingTreatmentofBurialSitesHumanRemainsandFuneraryObjects0207.pdf

- *Program Comment Issued for Streamlining Section 106 Review for Actions Affecting Post-1945 Concrete and Steel Bridges* (77 FR 68790)
  https://www.federalregister.gov/documents/2012/11/16/2012-27866/program-comment-issued-for-streamlining-section-106-review-for-actions-affecting-post-1945-concrete

I-495 and I-270 Managed Lanes Study Section 106 Programmatic Agreement – FINAL

- *Section 106 Archaeology Guidance* (ACHP, 2009)
  https://www.achp.gov/sites/default/files/guidance/2017-02/ACHP%20ARCHAEOLOGY%20GUIDANCE.pdf

### The Maryland Historical Trust
- Standards and Guidelines for Archaeological Investigations in Maryland (Shaffer and Cole 1994)
  https://mht.maryland.gov/documents/PDF/archeology/Archeology_standards_investigations.pdf

- *Technical Update No. 1 of the Standards and Guidelines for Archaeological Investigations in Maryland: Collections and Conservation Standards* (2018)
  https://mht.maryland.gov/documents/PDF/archeology/Archeology_standards_curation.pdf

- Standards and Guidelines for Architectural and Historical Investigations in Maryland (Maryland Historical Trust, Revised 2019)
  https://mht.maryland.gov/documents/PDF/research/Survey_standards_architecture_web.pdf

### The National Park Service
- Management Policies – Section 5, Cultural Resource Management (2006)
  https://www.nps.gov/subjects/policy/upload/MP_2006.pdf

- NPS Museum Handbook, National Park Service, revised 2019
  https://www.nps.gov/museum/publications/handbook.html

- NRHP Bulletin 15 – How to Apply the National Register Criteria for Evaluation (National Park Service revised 1997)
  https://www.nps.gov/subjects/nationalregister/upload/NRB-15_web508.pdf

- Other NRHP Bulletins
  https://www.nps.gov/subjects/nationalregister/publications.htm#:~:text=national%20register%20of%20historic%20places%20bulletins

- The Secretary of the Interior's Guidelines for the Treatment of Cultural Landscapes (1996)
  https://www.nps.gov/tps/standards/four-treatments/landscape-guidelines/index.htm

- The Secretary of the Interior's Guidelines for the Treatment of Historic Properties (1995, Revised 2017)
  https://www.nps.gov/tps/standards/treatment-guidelines-2017.pdf

- The Secretary of the Interior's Professional Qualifications Standards
  https://www.nps.gov/articles/sec-standards-prof-quals.htm
  **OR** see 48 FR 44738
  https://www.nps.gov/subjects/historicpreservation/upload/standards-guidelines-archeology-historic-preservation.pdf


I-495 and I-270 Managed Lanes Study Section 106 Programmatic Agreement – FINAL

- The Secretary of the Interior's Standards and Guidelines for Archeology and Historic Preservation (1983) https://www.nps.gov/subjects/historicpreservation/upload/standards-guidelines-archeology-historic-preservation.pdf

- The Secretary of the Interior's Standards for the Treatment of Historic Properties (1995, Revised 2017) https://www.nps.gov/tps/standards/four-treatments.htm OR https://www.ecfr.gov/current/title-36/chapter-I/part-68

### *The Virginia Department of Historic Resources*
- Guidelines for Conducting Historic Resources Survey in Virginia (Virginia Department of Historic Resources, revised September 2017) https://www.dhr.virginia.gov/wp-content/uploads/2018/06/SurveyManual_2017.pdf

### **Other Referenced Information**
- Area of Potential Effects, May 2022 https://oplanesmd.com/wp-content/uploads/2022/05/MLS_APE_Mapping.pdf

- Alternative 9 Phase 1 South project description (currently available here: https://oplanesmd.com/environmental/alternatives/pa/)

- First Agape A.M.E. Zion Church at Gibson Grove parking lot restoration plan (https://oplanesmd.com/wp-content/uploads/2022/04/P3-Gibson-Grove-Church-Parking-Layout.pdf)

- I-495 and I-270 Managed Lanes Study Draft Section 106 Technical Report: https://oplanesmd.com/deis/#:~:text=4(f)%20Evaluation-,appendix%20g,-Cultural%20Resources%20Technical

- MDOT SHA Statewide PA: https://www.roads.maryland.gov/OPPEN/2021_PA_Amendment.pdf

I-495 and I-270 Managed Lanes Study Section 106 Programmatic Agreement – FINAL

**Attachment 5**
FHWA and MDOT SHA Staff Contact Information:


**For FHWA:**


Ms. Jeanette Mar
Environmental Program Manager
FHWA - Maryland Division
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1520
Baltimore, MD 21201
phone (410) 779-7152
fax     (410) 962-4054
jeanette.mar@dot.gov

**For MDOT SHA:**

Mr. Steve Archer
Cultural Resources Team Leader
Maryland Department of Transportation State Highway Administration
707 N. Calvert Street
Baltimore, MD 21202
phone (410) 545-8508
sarcher@mdot.maryland.gov