OP·LANES
M A R Y L A N D    I-495 & I-270 Managed Lanes Study    Final Natural Resources Technical Report

Table 2-41. Impacts to Surveyed Trees on NPS Properties

| NPS Property | Live Tree Impacts[1] (#/DBH) | Standing Dead Tree Impacts[1] (#/DBH) |
|---|---|---|
| Chesapeake and Ohio Canal | 813/10,117 | 115/1,317 |
| Clara Barton Parkway | 270/3,429 | 45/569 |
| George Washington Memorial Parkway | 76/1,113 | 9/113 |
| Total | 1,159/14,659 | 169/1,999 |

Notes: [1] Impacts to trees are only considered permanent totals; there are no temporary impacts.

Impact to trees surveyed on M-NCPPC properties within the Preferred Alternative LOD plus 50 feet are included in **Table 2-42**. The M-NCPPC Tree Survey Report is included in **Appendix S**.

Table 2-42. Impacts to Surveyed Trees on M-NCPPC Properties

| M-NCPPC Property | Live Tree Impacts[1] (#/DBH) | Standing Dead Tree Impacts[1] (#/DBH) |
|---|---|---|
| Cabin John Regional Park | 531 / 6,873 | 34 / 350 |
| Cabin John SVP, Unit 6 | 63 / 962 | 8 / 57 |
| Cabin John SVP, Unit 2 | 57 / 853 | 5 / 57 |
| Old Farm NCA | 3 / 64 | 1 / 15 |
| Tilden Woods SVP | 24 / 385 | 2 / 26 |
| Total | 678 / 9,137 | 50 / 505 |

Notes: [1] Impacts to trees are only considered permanent totals; there are no temporary impacts.

Direct forest and tree impacts would include tree removal, critical root zone (CRZ) disturbance, tree canopy/limb damage, soil compaction, changes in soil moisture regimes due to grading operations and other construction-related activities, and sunscald and windthrow of individual trees growing along the newly exposed edges of retained forested areas. Indirect impacts to vegetated areas could result from increased roadway runoff, sedimentation, and the introduction of non-native plant species within disturbed areas. These indirect impacts could lead to terrestrial habitat degradation within the Preferred Alternative LOD, and ultimately a decrease in plant and animal species that inhabit these areas.

Impacts to contiguous forest areas, such as FIDS habitat, increase habitat fragmentation and edge to interior ratio, which has the potential to negatively impact wildlife species that rely on these forested corridors as habitat. Many wildlife species in the Washington D.C. metropolitan region rely on forested corridors to move safely within an otherwise urbanized environment. Impacts to potential FIDS habitat would be due to widening of the existing highway, resulting in slightly contracted forest interiors required by FIDS species. Increased edge habitat supports species common to developed areas such as deer and red-tailed hawks, but impacts populations that rely on mature forests such as barred owls and scarlet tanagers, thereby reducing biodiversity. Increased deer habitat within an urbanized setting promotes unhealthy population growth and can pose a roadway hazard by increasing deer-related automobile accidents. Increased edge to interior ratio in forests also results in increased introduction of invasive plant species, resulting in lower plant biodiversity and fewer native plant species that support native wildlife. Impacts to the TMDL and ICC reforestation sites are summarized in **Table 2-43** below.

00015001

OP·LANES
MARYLAND    I-495 & I-270 Managed Lanes Study    Final Natural Resources Technical Report

**Table 2-43. Impacts to TMDL and ICC Reforestation Sites in Acres**

|                          | Permanent | Temporary | Total |
|--------------------------|-----------|-----------|-------|
| TMDL Reforestation Sites | 0.88      | 0.00      | 0.88  |
| ICC Reforestation Sites  | 2.77      | 0.00      | 2.77  |

## 2.7.4   Avoidance, Minimization, and Mitigation

Avoidance and minimization efforts to reduce forest impacts will involve a two-tiered approach. The first level occurred during the planning stage where every reasonable effort was made at this level of design to minimize disturbance to or removal of forest and trees by minimizing the Preferred Alternative LOD. The second level of additional avoidance and minimization will occur at the Public-Private Partnership (P3) design/build stage, with advancement of the design and further refinements to the LOD. Cost reduction related to tree removal and replacement provide incentive to refine the LOD and reduce impacts to resources, but due to the fixed nature of the highway corridor, opportunities for avoidance and minimization of impacts to roadside forest and tree resources are limited. The Developer will continue to look for opportunities to avoid and minimize impacts throughout the remainder of the design process to the greatest extent practicable. Monetary incentives have been added to the Section Developer's Technical Provisions to encourage further avoidance and minimization of impacts to forest.

Unavoidable impacts to forest from construction of the Preferred Alternative in Maryland will be regulated by MDNR under Maryland Reforestation Law. Forest impacts must be replaced on an acre-for-acre or one-to-one basis on public lands, within two years or three growing seasons of project completion (MD Natural Resources Code Ann. §5-103). The Maryland Reforestation Law hierarchy for mitigation options is on-site planting, then off-site planting on public lands within the affected county and/or watershed. If planting is not feasible, there is the option to purchase credits from forest mitigation banks, or to pay into the state Reforestation Fund at a rate of ten cents per square foot or $4,356 per acre. As such, MDOT SHA would first be required to find available public land to be reforested within the affected county and/or watershed. If this is not possible, MDOT SHA could purchase credits in a forest mitigation bank or pay into the MDNR Reforestation Fund that is used by MDNR to plant replacement trees. Forest mitigation banking must be conducted in accordance with the Maryland Forest Conservation Act (MD Natural Resources Code Ann. §5-1601-1613).

A reforestation mitigation site search was conducted from June 2019 to December 2020 to identify potential off-site mitigation opportunities on public lands for the entire corridor study boundary in Maryland, prior to the identification of the Preferred Alternative. The site search included outreach to public property owners in the affected counties (Montgomery and Prince George's Counties) and watersheds (Washington Metropolitan and Patuxent River MDE 6-Digit Watersheds) to identify potential reforestation sites. MDOT excess lands were also reviewed for potential reforestation sites and to identify opportunities for creation of forest retention mitigation banks that could be used for mitigation based on a 1:2 credit ratio. Nearly 240 off-site reforestation mitigation opportunities were reviewed on public lands in the affected counties and watersheds, resulting in 79 recommended off-site reforestation mitigation sites that could provide 352.6 acres of credit, including 295.3 acres of reforestation planting on public lands and 114.6 acres (57.3 credit acres) of forest retention on MDOT SHA excess lands. The methodology and results of this site search are documented in the *I-495/I-270 MLS Maryland Reforestation Law*

00015002


*Mitigation Site Search Report*, which was submitted to MDNR for review in December 2020 and is included in **Appendix T**.

The Maryland 2021 Legislative Session House Bill 991 (HB0991; *Tree Solutions Now Act*) passed on May 30, 2021 and enacted June 1, 2021 updates the Maryland Forest Conservation Act to allow for "qualified conservation" as a form of "forest mitigation banking," but defines "qualified conservation" as conservation of existing forest that "was approved on or before December 31, 2020 by the appropriate State or local forest conservation program for the purpose of establishing a forest mitigation bank." Approved forest mitigation banks that protect existing forest may continue to sell credits until June 30, 2024, but no new banks can be established via conservation of existing forest. Therefore, the retention sites previously proposed as MLS forest mitigation bank sites are no longer viable and have been removed from the proposed mitigation approach.

MDOT SHA revised the proposed forest mitigation approach in August 2021 based on the identification of the Preferred Alternative, passage of HB0991, and identification of additional reforestation sites on MDOT SHA excess lands. The revised site search results include 68 recommended off-site mitigation sites that could provide 39.96 acres of reforestation planting on public lands within the affected county and watersheds. An additional 268.48 acres of potential reforestation could be planted outside of the affected county and watershed but would require a variance from DNR. MDOT SHA has committed to planting any approved planting sites on MDNR property within 5 years of the initial Maryland Reforestation Law approval for the project. In addition, forest impacts may be mitigated by purchasing credits from approved forest mitigation banks in the affected county and/or watershed. Any remaining mitigation required may be fulfilled through payment into the Reforestation Fund, as approved by MDNR. The results of the revised site search are documented in the addendum to the *I-495/I-270 MLS Maryland Reforestation Law Mitigation Site Search Report* dated August 2021 included in **Appendix T**.

The Developer will be responsible for non-native invasive species control within the project limits and will develop a Landscape Maintenance Plan for review and approval by MDOT SHA and affected governmental agencies or landowners that will describe the required landscape maintenance types, frequencies, integrated pest management ("IPM") procedures, schedules and timelines, including plant establishment periods and the long-term plant maintenance period.

Impacts to forest canopy in Virginia on NPS property will be mitigated as described above based on NPS requirements. Vegetation within RPAs in Virginia has been avoided and minimized to the maximum extent practicable and any unavoidable impacts will be mitigated through onsite planting to the extent feasible. There is no overarching state law that regulates tree/forest impacts in Virginia; therefore, there are no mitigation requirements for the remaining forest impact area and currently no additional mitigation is proposed.

The final forest mitigation plan will be developed and implemented by the P3 Developer in conjunction with MDOT SHA and the affected jurisdictions and landowners during the final design phase of the project.

00015003

 I-495 & I-270 Managed Lanes Study          Final Natural Resources Technical Report

## 2.8    Terrestrial Wildlife

### 2.8.1    Regulatory Context and Methods

Terrestrial wildlife in the Phase 1 South portion of the corridor study boundary is protected under several state and federal provisions. The protection of all migratory birds is governed by the Migratory Bird Treaty Act (16 U.S.C. 703-712)**,** under which it is illegal to "take, kill, possess, transport, or import migratory birds or any part, nest, or egg of any such bird" unless authorized by a valid permit (16 U.S.C. 703). A list of migratory birds protected by the Migratory Bird Treaty Act (MBTA) is included in 50 CFR 10.13 and includes most of the species found within Maryland and Virginia.

Although the bald eagle (*Haliaeetus leucocephalus*) is no longer a listed species under the Endangered Species Act (ESA), it is still protected under the Bald and Golden Eagle Protection Act (16 U.S.C. 668-668c). The Bald and Golden Eagle Protection Act prohibits the take, possession, sale, purchase, barter, transport, export, or import of any bald or golden eagle (alive or dead), including any part (such as feathers), nest, or egg without a valid permit issued by the Secretary of the Interior (50 CFR 22.3). The Act prohibits disturbance of any bald or golden eagle. As defined in 50 CFR 22.3, to "disturb" includes agitating or bothering "to a degree that causes, or is likely to cause, based on scientific information available, 1) injury to an eagle, 2) a decrease in its productivity, by substantially interfering with normal breeding, feeding, or sheltering behavior, or 3) nest abandonment, by substantially interfering with normal breeding, feeding, or sheltering behavior."

In an e-mail from USFWS dated May 13, 2020, the USFWS stated that bald eagle nest surveys were annually conducted by MDNR, but the last comprehensive efforts ended in 2004. Recently, the Maryland Bird Conservation Partnership established a Bald Eagle Nest Monitoring Program with the support of volunteers to monitor nests and collect information. These data are entered into an electronic database and used by the USFWS Chesapeake Bay Field Office to make determinations on project impacts that may impact eagle nests.

In the same e-mail correspondence, the USFWS stated that peregrine falcons began nesting at the American Legion Bridge in 2007 (USFWS, 2007a). When MDOT SHA initiated a contract for bridge painting and maintenance it became apparent that the falcon nesting attempts would fail. In response, MDOT SHA formed a partnership with the USFWS and MDNR to protect and promote more favorable conditions for nesting falcons on the Bridge. Through this partnership, MDOT SHA constructed and installed a nest box platform to ensure long term protection for nesting falcons on the ALB. The e-mail correspondence documenting both the bald eagle and peregrine falcon information is located in **Appendix N**.

The conservation of terrestrial wildlife is managed in both Maryland and Virginia through the implementation of state wildlife action plans (SWAPs). SWAPs were initiated by the USFWS in 2005, requiring all 50 states and the District of Columbia to create a conservation plan for wildlife species and to determine those species of greatest conservation need (SGCN) as a condition for receiving funding through the State and Tribal Wildlife Grants program. The states participating in the SWAP program were then eligible to receive funding through the state and Tribal Wildlife Grants program to assist with the conservation of at-risk species before they become threatened or endangered. The SWAP program must be updated every 10 years, and Maryland and Virginia each updated their initial SWAP in 2015 (MDNR,

00015004

 I-495 & I-270 Managed Lanes Study                    Final Natural Resources Technical Report

2016b; VDGIF, 2015). These documents identify each state's SGCN and identify conservation goals to keep these species from becoming threatened or endangered.

The NPS manages the Potomac Gorge Conservation Area, a 15-mile-long riparian corridor along the Potomac River running downstream from Great Falls. This biologically diverse area that crosses the Phase 1 South portion of the corridor study boundary contains at least 30 distinct natural vegetation communities that support numerous rare plant and animal species (The Nature Conservancy, 2005). State and federally listed plant species within the Potomac Gorge are addressed in **Section 2.10**. Targeted animal surveys have also been conducted within the Potomac Gorge by the NPS, with the primary focus being on invertebrate species. Many of these surveys have documented first state records or species new to science (See **Section 2.10, Rare, Threatened, and Endangered Species**).

In Maryland, Colonial Water Bird Nesting Areas and FIDS are regulated as protected resources within the Chesapeake Bay Critical Area (Critical Area) (COMAR 27.01.09.04). Additionally, the MDNR and USFWS track these species to ensure their populations remain viable and do not become threatened or endangered. Examples of colonial water birds include herons, egrets, and terns. FIDS require larger forest patches to successfully maintain viable populations. FIDS habitat typically includes contiguous forest of at least 50 acres with at least 10 acres of forest interior habitat or riparian forests at least 50 acres in size with a width of at least 300 feet (Jones et al., 2000).  Forest interior habitat is defined as forest at least 300 feet from the nearest forest edge (Jones et al., 2000). Regulated FIDS habitat includes documented FIDS breeding areas within existing riparian forests that are at least 300 feet in width and that occur adjacent to streams, wetlands, or the Chesapeake Bay shoreline, and other forest areas used for breeding by FIDS (Jones et al., 2000). There are no designated Critical Areas within the Phase 1 South portion of the corridor study boundary, and FIDS are not specifically regulated outside of the Critical Area; however, MDNR encourages avoidance of impacts to FIDS habitat throughout the state, including those associated with transportation improvements.

Several types of amphibians are obligate vernal pool species, meaning that they must use temporary pools during a portion of their life stage. The presence of vernal pool amphibian species discussed in **Section 2.8.2** is based upon the availability of vernal pool habitat within the Phase 1 South portion of the corridor study boundary, as observed and mapped during fieldwork for the I-495 & I-270 Managed Lanes Study, and information gathered from Cunningham and Nazdrowicz (2018). In Maryland, vernal pools may or may not be regulated by the USACE under Section 404, depending upon their position within the landscape, duration of inundation, and connection or lack thereof to Waters of the US. Because vernal pools are necessarily ephemeral in nature, they may not hold water long enough to create hydric soil conditions. However, the MDE regulates most naturally occurring vernal pools in Maryland regardless of whether they are isolated or maintain hydric soils.

Data on wildlife habitat and documented wildlife species within the I-495 & I-270 Managed Lanes Study Phase 1 South portion of the corridor study boundary were collected through analysis of aerial imagery of vegetative cover, incidental observations of wildlife species and related habitat made during various natural resource field investigations (e.g., wetland delineations, rare plant surveys), and data provided by the resource agencies. Information on the potential presence of colonial nesting waterbirds is provided by MDNR and the USFWS during the rare, threatened, and endangered species review process described in **Section 2.10**.

00015005

 I-495 & I-270 Managed Lanes Study                    Final Natural Resources Technical Report

The MDNR FIDS habitat GIS layer, available via the MERLIN database, includes 2006 land cover data that is no-longer accurate, in some cases depicting FIDS habitat crossing roads. For the purposes of this study, the MDNR FIDS habitat layer represents historic FIDS habitat. To more accurately document the extent of the current FIDS habitat within the Phase 1 South portion of the corridor study boundary, environmental scientists, on behalf of MDOT SHA, used the MDNR FIDS data as a baseline and refined the data through an analysis of more current GIS forest cover data from the Chesapeake Conservancy Conservation Innovation Center's (CCCIC) High Resolution Land Cover Data for tree canopy cover that is based on 2013/2014 aerial imagery (CCCIC, 2016) and the VDOF 2005 Virginia Forest Cover dataset (VDOF, 2014). Those forest patches that met the definition of FIDS habitat, as defined by Jones, et al., 2000, were considered FIDS habitat for the purposes of this study. Total acreage of historic FIDS habitat within the Phase 1 South portion of the corridor study boundary was calculated to be approximately 32 acres based on the 2006 data and total acreage of current FIDS habitat within the Phase 1 South portion of the corridor study boundary is approximately 12 acres. The total acreage of historic FIDS habitat and current FIDS habitat within the Preferred Alternative LOD is discussed in **Section 2.8.3**.

## 2.8.2    Existing Conditions

Composition of terrestrial wildlife species is limited by the natural and man-modified environments within the Phase 1 South portion of the corridor study boundary. Because of the mostly built environment adjacent to the existing highway corridors, natural habitats along the corridors are comprised of a mix of scattered small, remnant patches of forest and disturbed old fields. Larger patches of forest habitat exist primarily where larger streams cross the Phase 1 South portion of the corridor study boundary, particularly within stream valley parks in Maryland and on NPS property in Maryland and Virginia along the Potomac River. These forested stream corridors occur on the I-495 portion of the Phase 1 South portion of the corridor study boundary at crossings of the Potomac River and Cabin John Branch. In the I-270 portion of the Phase 1 South portion of the corridor study boundary, these larger forested areas occur along Muddy Branch, Watts Branch, and Cabin John Creek. Many of these large forest tracts and forested stream corridors are also recognized by MDNR as Green Infrastructure (GI) hubs or corridors, which are important habitats for wildlife. GI is discussed in more detail in **Section 2.11**.

As noted in **Section 2.7, Vegetation and Terrestrial Habitat**, the smaller remnant forest patches and old fields within the Phase 1 South portion of the corridor study boundary are primarily disturbed and contain numerous invasive vines, shrubs, and trees. These disturbed remnant forests and old fields surrounded by development provide habitat for edge adapted and disturbance tolerant wildlife species. More disturbance tolerant species observed within the Phase 1 South portion of the corridor study boundary include white-tailed deer (*Odocoileus virginianus*), raccoon (*Procyon lotor*), opossum (*Didelphis virginiana*), groundhog (*Marmota monax*), gray squirrel (*Sciurus carolinensis*), mourning dove (*Zenaida macroura*), blue jay (*Cyanocitta cristata*), Carolina wren (*Thryothorus ludovicianus*), northern cardinal (*Cardinalis cardinalis*), common gartersnake (*Thamnophis sirtalis sirtalis*), eastern ratsnake (*Pantherophis alleghaniensis*), and ring-necked snake (*Diadophis punctatus*). Where temporary and permanent water sources are also available within these habitats, the Phase 1 South portion of the corridor study boundary may also support various amphibians, including northern two-lined salamander (*Eurycea bislineata*), American toad (*Anaxyrus americanus*), spring peeper (*Pseudacris crucifer*), green frog (*Lithobates clamitans*), and American bullfrog (*Lithobates catesbeianus*). **Appendix L** provides a table of mammals,

00015006



birds, reptiles, and amphibians observed within the Phase 1 South portion of the corridor study boundary during fieldwork conducted from 2018 to 2021.

In an e-mail dated May 13, 2020, USFWS stated that a search of the Maryland Bird Conservation Partnership by USFWS determined that no bald eagle nests are noted within the I-495 & I-270 Managed Lanes Study Phase 1 South portion of the corridor study boundary. The closest nests were noted at the Washington DC-Maryland border, over eight miles away. A peregrine falcon pair has been successfully using a nest box for 12 consecutive years installed by USFWS and MDOT SHA on the ALB (USFWS, 2019a), and the pair successfully fledged young from the bridge nest box in 2020. E-mail correspondence with USFWS regarding bald eagle and peregrine falcon presence and recommendations is included in **Appendix N**.

The above referenced NPS Potomac Gorge surveys noted numerous Virginia state first records or newly described species for various species of beetles (Johnson and Steury, 2021; Steury and Chandler, 2021; Steury and Steiner, Jr., 2021; Brattain et al., 2019; Steury, 2019; Steury et al., 2018; Steury and Leavengood, 2018a; Steury and Leavengood, 2018b; Steury, 2018a; Steury, 2018b; Steury, 2017; Steury and MacCrae, 2014; Steury and Messer, 2014; Cavey et al., 2013; Evans and Steury, 2012; Steury et al., 2012); moths (Steury et al., 2007); caddisflies (Flint, 2011; Flint and Kjer, 2011); grasshoppers, crickets, and katydids (Forrest and Steury, 2021); and flies (Barrows and Smith, 2014; Mathis and Zatwarnicki, 2010). Surveys of invertebrate taxa on Plummers Island by members of the Biological Society of Washington for more than a century, have documented 3,012 species of insects within 253 families (Brown et al., 2008). Recent surveys of leaf beetles on the island documented species that represent the only Maryland state records or first state records (Staines, 2008). All Maryland and Virginia rare invertebrate species are included in **Table 2-77** in **Section 2.10, Rare, Threatened, and Endangered Species**.

Only three SGCN were observed within the mostly disturbed I-495 & I-270 Managed Lanes Study Phase 1 South portion of the corridor study boundary, including eastern box turtle (*Terrapene carolina*) peregrine falcon (*Falco peregrinus*), and great blue heron (*Ardea herodias*) (See the list of observed wildlife in the Phase 1 South portion of the corridor study boundary during the I-495 & I-270 Managed Lanes Study in **Appendix L**). The great blue heron typically nests in colonies within large, somewhat remote beaver marshes with clumps of dead trees or on islands in the Potomac River; however, no active great blue heron rookeries were observed during the study fieldwork and no colonial nesting waterbird rookeries were documented by the MDNR and USFWS. Suitable habitat exists for the eastern box turtle within patches of forest within the Preferred Alternative. As noted, a pair of peregrine falcons has consistently nested on the ALB for the past 12 years. This species is also listed by MDNR as In Need of Conservation, or species whose populations are limited or declining such that they may become threatened in the foreseeable future.

Less disturbed and larger contiguous forests can provide habitat for FIDS, and MDNR recognizes 25 species of FIDS in Maryland. The Phase 1 South portion of the corridor study boundary contains some FIDS habitat and smaller areas of forest interior, particularly along the Potomac River, Old Farm Creek, Muddy Branch and Cabin John Creek. Areas of FIDS habitat are depicted in **Appendix B, Natural Resources Inventory Maps**. Four species of FIDS were observed within the Phase 1 portion of the corridor boundary during the

 I-495 & I-270 Managed Lanes Study                    Final Natural Resources Technical Report

study, including red-shouldered hawk (*Buteo lineatus*), hairy woodpecker (*Dryobates villosus*), pileated woodpecker (*Dryocopus pileatus*), and red-eyed vireo (*Vireo olivaceus*).

Vernal pool amphibians are another specialized group of wildlife potentially occurring within the phase 1 South portion of the corridor study boundary. Vernal pools are temporary pools that typically retain water only during winter and spring and are dry by mid-summer. Vernal pools do not support fish, allowing specialized frog and salamander species to exploit a predator-free breeding and early life stage environment. Species that rely completely on vernal pools for reproduction that could occur within the phase 1 South portion of the corridor study boundary include marbled salamanders (*Ambystoma opacum*), spotted salamanders, (*Ambystoma maculatum*) and wood frogs (*Lythobates sylvaticus*). Vernal pools are depressional wetlands that fill with rain each spring and then dry-up for a period of time in the summer. Two vernal pools were identified within the Phase 1 South portion of the corridor study boundary. No obligate vernal pool species were incidentally observed during the study.

### 2.8.3    Environmental Effects

There would be some wildlife impacts from the Preferred Alternative LOD construction, since it would involve widening along the same alignment as the existing highway. Therefore, clearing of forest fragments and encroachments on larger forest resources would result in displacements of some edge adapted species, but would not result in substantial loss of wildlife habitat. Typically, forests along the Preferred Alternative LOD are early- to mid-successional (MDOT SHA, 2006) and many areas would regain some functionality within 10 to 15 years due to replanting requirements. The Preferred Alternative LOD could potentially contribute contaminants to remaining wildlife habitat through pollutant runoff. The use of erosion and sediment control BMPs will help to minimize pollutant runoff into surrounding wildlife habitat. Disturbances during construction could also provide opportunities for invasive plant species colonization. Care should be taken to stabilize disturbed soils with native vegetation, and to treat areas of significant invasive species establishment.

Bald eagles are not expected to be negatively affected by the Preferred Alternative LOD, as no bald eagle nests have been identified by USFWS within the study corridor boundary. Since bald eagle populations are expanding, it is possible that additional nesting pairs may utilize areas near highways in the future. MDOT SHA commits to consulting with the USFWS when construction begins to confirm the presence/absence of bald eagle nests in the vicinity of the Preferred Alternative LOD. USFWS determined that the improvements to the ALB will require removal and replacement of the resident peregrine falcon nest box prior to and following construction. USFWS expects disruption of the falcons for multiple nesting seasons due to long term construction activities.

Most forest impacts would be to smaller, upland forest stands resulting in reductions in available edge habitat, rather than complete elimination of habitat. Therefore, some less motile wildlife could be killed during construction and other more motile species will be shifted away from the new construction, potentially into already occupied territories requiring further movement into unoccupied suitable habitat if available. It is also possible that these wildlife movements would be onto existing roadways resulting in potential mortality from vehicle strikes, posing threats to both wildlife and drivers. This effect would be most apparent within the smallest forest stands where remaining habitat areas may be too small to support permanent populations. The majority of wildlife-vehicle collisions reported in the US involve deer,

00015008

 I-495 & I-270 Managed Lanes Study    Final Natural Resources Technical Report

as they are most likely to cause human injury and vehicle damage due to their size, use of edge habitats adjacent to roadways, and prevalence (FHWA, 2008).

The Preferred Alternation LOD is not located within a Critical Area; therefore, no Colonial Water Bird Nesting Areas are anticipated to appear or be affected within the Preferred Alternative LOD. Total acreage of historic FIDS habitat within the Preferred Alternative LOD was calculated to be approximately 32 acres based on the 2006 data and total acreage of current FIDS habitat within the Preferred Alternative LOD is approximately 11 acres. The impact to historic FIDS habitat (2006) is estimated within the area of the Preferred Alternative LOD to provide context for how quickly this type of habitat is being diminished within Montgomery and Fairfax Counties with increasing urbanization and development. The impacts to potential FIDS habitat, both historic DNR area and refined area, within the Preferred Alternative LOD, are summarized in **Table 2-44**. Impacts to potential FIDS habitat would be due to widening of the existing highway, resulting in slightly contracted forest interiors required by FIDS species.

**Table 2-44. Impacts to Potential FIDS Habitat within the Preferred Alternative LOD in Acres**

|  | Permanent | Temporary | Total |
|---|---|---|---|
| Potential FIDS Habitat: Historic DNR File | 22.03 | 5.32 | 27.35 |
| Potential FIDS Habitat: Developed by MDOT SHA | 8.72 | 2.53 | 11.25 |

The two vernal pools identified within the Phase 1 South portion of the corridor study boundary are not within the Preferred Alternative LOD and will not be impacted by the project.

### 2.8.4    Avoidance, Minimization, and Mitigation

Some level of impact to terrestrial wildlife from the Preferred Alternative LOD would be unavoidable, primarily due to the associated reduction in the availability of vegetated habitat. Impacts to wildlife are anticipated to be minimal since the project will improve an existing roadway corridor primarily populated by edge and disturbance acclimated species.

As stated in **Section 2.8.3**, MDOT SHA will consult with the USFWS when construction begins to confirm the presence/absence of bald eagle nests in the vicinity of the Preferred Alternative LOD. To minimize potential impacts to the currently nesting peregrine falcons, USFWS recommends that MDOT SHA remove the existing peregrine falcon nest box on the ALB just prior to the nesting season when construction is scheduled to begin. Once construction activities are nearly complete near the former nest site, USFWS recommends that the nest box be reinstalled. MDOT SHA will follow the USFWS recommended protection measures for the peregrine falcons nesting on the ALB.

Impacts to potential FIDS habitat would result from slightly contracted forest interiors. Efforts to avoid and minimize forest impacts are discussed in **Section 2.7, Vegetation and Terrestrial Habitat**. To minimize vehicle collisions with large animals, MDOT SHA will also investigate options such as fencing and landscaping. In addition, the use of erosion and sediment control best management practices will help to minimize pollutant runoff into surrounding wildlife habitat.

00015009



I-495 & I-270 Managed Lanes Study    Final Natural Resources Technical Report

## 2.9    Aquatic Biota

### 2.9.1    Regulatory Context and Methods

The Magnuson-Stevens Fishery Conservation and Management Act (MSFCMA), the Fish and Wildlife Coordination Act (FWCA), and MDNR Fishery Management Plans protect some of the fish and shellfish species that inhabit streams within the Phase 1 South portion of the corridor study boundary. Existing data on aquatic biota within the vicinity of the Phase 1 South portion of the corridor study boundary were gathered from MCDEP, MBSS, FCDPWES, Virginia Department of Game and Inland Fisheries (VDGIF), and VDEQ, all of which conduct periodic monitoring of stream habitat, benthic macroinvertebrates, and/or fish within the vicinity of the Phase 1 South portion of the corridor study boundary as part of long-term water quality monitoring efforts. The presence, abundance, and diversity of aquatic biota, along with physical and in-situ chemical characteristics of the stream, are used by all agencies to assess overall stream conditions and develop watershed management strategies for each watershed. As required by the CWA (Sections 305b and 303d), MDE and VDEQ use biological monitoring data in their determination of impaired waterbodies within Maryland and Virginia, respectively. According to MDE methodologies, Maryland watersheds are assessed using a multi-step process to categorize impaired waters for the Integrated Report (MDE, 2014c). A site is considered failing if Index of Biotic Integrity (IBI) scores do not meet the minimum allowable limit (MAL) of 2.5 for fish IBIs and 2.65 for benthic IBIs. Failing IBI scores are then compared to scores from reference watersheds and the watershed is categorized as impaired (Category 5) if the scores are significantly different. According to VDEQ methodologies, Virginia streams are considered biologically impaired (Category 5) based on benthic macroinvertebrate data if the Virginia Stream Condition Index (VSCI) score falls below 60 or if the Virginia Coastal Plain Macroinvertebrate Index (VCPMI) score falls below 40 (VDEQ, 2018).

For the purposes of this study, only data collected within the 10-year period from 2007-2017 and generally falling within 1 mile of the study corridors were considered representative of existing conditions in the Phase 1 South portion of the corridor study boundary. Substantial existing data on aquatic communities within the Phase 1 South portion of the corridor study boundary were obtained from 24 MCDEP sites, four MBSS sites, nine FCDPWES sites, and one VDEQ site within the watersheds crossed by the Phase 1 South portion of the corridor study boundary. The locations of the monitoring stations are shown in **Appendix K** and data from these stations are summarized below and provided in detail in **Appendix M**. Summary data are organized by watershed, as described in **Section 2.4.1.A,** and then presented per waterway as the range of values observed over the 10-year data review period provided.

As discussed in **Section 2.10,** MDOT SHA requested information from MDNR ERP and MDNR Wildlife and Heritage Service (WHS) regarding the presence of sensitive species and other natural resources within the Phase 1 South portion of the corridor study boundary. MDNR ERP provided feedback in a response letter dated January 10, 2019, that included a list of fish species likely to occur within the waterbodies crossed by the Phase 1 South portion of the corridor study boundary. The majority of the species noted by MDNR were also documented in the data obtained from MBSS and county agencies within the 2007 to 2017 timeframe and one-mile radius described above. However, some additional species were also noted in the MDNR letter, and it is likely that these additional species were documented outside of the physical and temporal boundaries used to collect existing data on aquatic biota for this document. These additional species are noted in the discussions below, and the full lists provided by MDNR can be found in **Appendix N.**

00015010

 I-495 & I-270 Managed Lanes Study    Final Natural Resources Technical Report

Methods for collection and analysis of existing data on aquatic habitat, macroinvertebrates, and fish often vary between agencies. Specific methods of collection and analysis are available from each contributing agency. Differences that affect interpretation and comparison of results between agencies are also broadly discussed to facilitate understanding of relative findings.

## A.    Aquatic Habitat

Several aquatic habitat scoring and narrative ranking processes are used by the agencies from which data were collected. MCDEP, FCDPWES, and VDEQ use the EPA Rapid Bioassessment Protocol (RBP) for aquatic habitat scoring, which rates the quality of velocity-depth regime, epifaunal substrate, embeddedness, sediment deposition, frequency of riffles, channel alteration, channel flow status, bank vegetative protection, bank stability, and riparian vegetative zones for high gradient streams. The narrative ranking criteria utilized by MCDEP, FCDPWES, and VDEQ based on RBP aquatic habitat scoring are shown in **Table 2-45**.

**Table 2-45. EPA Rapid Bioassessment Protocol Aquatic Habitat Ranking Criteria**

| Score | Narrative |
|---|---|
| $166 - 200$ | Excellent |
| $154 - 165$ | Excellent/Good |
| $113 - 153$ | Good |
| $101 - 112$ | Good/Fair |
| $60 - 100$ | Fair |
| $54 - 59$ | Fair/Poor |
| $0 - 53$ | Poor |

Source: Van Ness et al., 1997; Stribling et al., 1999

The aquatic habitat assessment used by MBSS is based on the EPA RBP aquatic habitat assessment methodology and modified for use in Maryland streams. This protocol assigns a value and weight to each of eight parameters for Piedmont streams and six parameters for Coastal Plain systems. The following parameters are used for Piedmont systems: instream habitat, epifaunal substrate, embeddedness, number of rootwads and woody debris, remoteness, shading, bank stability, and riffle/run quality. The following parameters are used for Coastal Plain systems: instream habitat, epifaunal substrate, remoteness, shading, bank stability, and number of rootwads and woody debris. For each physiographic province, the parameter scores are combined into a physical habitat index (PHI), set on a scale of 0 to 100, and a narrative ranking is assigned, as shown in **Table 2-46**.

**Table 2-46. MBSS Aquatic Habitat Ranking Criteria**

| Score | Narrative |
|---|---|
| $81 - 100$ | Minimally Degraded |
| $66 - 80$ | Partially Degraded |
| $51 - 65$ | Degraded |
| $0 - 50$ | Severely Degraded |

Source: Paul et al., 2002

00015011

OP·LANES
M A R Y L A N D    I-495 & I-270 Managed Lanes Study    Final Natural Resources Technical Report

## B.    Benthic Macroinvertebrates

For Virginia streams, VDEQ and FCDPWES use different biotic indices for assessing the health of benthic macroinvertebrate communities. VDEQ uses the VSCI for non-coastal streams. The VSCI uses eight core metrics to compare biological conditions of a stream to reference (best available) conditions to identify impaired waterbodies (Burton and Gerritsen, 2003). FCDPWES has developed their own benthic IBI that compares the macroinvertebrate community within a given stream to reference macroinvertebrate communities in the least-impaired streams (FCDPWES, 2006). For the Piedmont physiographic province, the FCDPWES benthic IBI is based on state-wide reference streams and five community metrics found to characterize macroinvertebrate community health. VDEQ and FCDPWES benthic IBI scores are not directly comparable due to differences in benthic IBI metrics and overall scoring. **Table 2-47** and **Table 2-48** summarize how VDEQ and FCDPWES rank each benthic IBI score and how each of the scores and rankings relates to reference conditions.

**Table 2-47. VDEQ VSCI Scores and Rankings**

| Score | Narrative Ranking |
|-------|-------------------|
| 73 – 100 | Excellent |
| 60 – 72 | Good |
| 59 – 43 | Stress |
| 0 – 42 | Severe Stress |

Source: Burton and Gerrittsen, 2003

**Table 2-48. FCDPWES Benthic IBI Scores and Rankings**

| Benthic IBI Score | Narrative Ranking | Characteristics |
|-------------------|-------------------|-----------------|
| 80 – 100 | Excellent | Equivalent to reference conditions; high biodiversity and balanced community |
| 60 – 80 | Good | Slightly degraded site with intolerant species decreasing in numbers |
| 40 – 60 | Fair | Marked decrease in intolerant species; shift to an unbalanced community |
| 20 – 40 | Poor | Intolerant species rare or absent, decreased diversity |
| 0 – 20 | Very Poor | Degraded site dominated by a small number of tolerant species |

Source: FCDPWES, 2006

For Maryland streams, MBSS and MCDEP methods were used for conducting benthic macroinvertebrate assessments within the Phase 1 South portion of the corridor study boundary. MBSS and MCDEP each developed their own benthic IBI that compares the macroinvertebrate community in a given stream to reference macroinvertebrate communities in the least-impaired streams. For the Piedmont physiographic province, the MBSS benthic IBI is based on state-wide reference streams and uses six community metrics found to characterize macroinvertebrate community health. The MCDEP benthic IBI was developed using reference streams from within Montgomery County and from other Piedmont streams in neighboring counties. This method uses the scoring of eight metrics tailored specifically to conditions within local Piedmont streams. MCDEP and MBSS benthic IBI scores were not comparable due to differences in benthic IBI metrics and lab protocols. **Table 2-49** and **Table 2-50** summarize how MBSS and MCDEP rank each benthic IBI score and how each of these scores and rankings relates to reference conditions.

00015012

OP·LANES
MARYLAND    I-495 & I-270 Managed Lanes Study    Final Natural Resources Technical Report

Table 2-49. MBSS Benthic IBI Scores and Rankings

| Benthic IBI Score | Narrative Ranking | Characteristics |
|---|---|---|
| 4.00 − 5.00 | Good | Comparable to reference streams considered to be minimally impacted, biological metrics fall within the upper 50 percent of reference site conditions. |
| 3.00 − 3.99 | Fair | Comparable to reference conditions, but some aspects of biological integrity may not resemble the qualities of minimally impacted streams. |
| 2.00 − 2.99 | Poor | Significant deviation from reference conditions, indicating some degradation. On average, biological metrics fall below the 10th percentile of reference site values. |
| 1.00 − 1.99 | Very Poor | Strong deviation from reference conditions, with most aspects of biological integrity not resembling the qualities of minimally impacted streams, indicating severe degradation. On average, most or all metrics fall below the 10th percentile of reference site values. |

*Source: Stribling et al., 1998*

Table 2-50. MCDEP BIBI Scores and Rankings

| Benthic IBI Score | Narrative Ranking | Characteristics |
|---|---|---|
| > 35 | Excellent | IBI scores within the upper 50 percent of reference site conditions are assigned to this highest attainable IBI class. |
| 26 − 34 | Good | Decreased number of sensitive species, decreased number of specialized feeding groups with some intolerant species present. |
| 17 − 25 | Fair | Intolerant and sensitive species are largely absent; unbalanced feeding group structure. |
| < 17 | Poor | Top carnivores and many expected species are absent or rare; general feeders and tolerant species dominate. |

*Source: Roth et al., 2000; Van Ness, 1997*

## C.    Fish

For Virginia streams, FCDWES has developed their own Fish Index of Biotic Integrity (fish IBI). The fish IBI developed by FCDPWES uses seven community metrics to assess the health of fish communities, relative to Virginia's Piedmont streams (FCDPWES, 2006). **Table 2-51** summarizes how FCDPWES ranks each fish IBI score and how each of these scores and rankings relates to least-impaired, or reference, conditions.

Table 2-51. FCDPWES Fish IBI Scores and Rankings

| Fish IBI Score | Narrative Ranking |
|---|---|
| > 29 | Excellent |
| 23 − 28 | Good |
| 18 − 22 | Good |
| 13 − 17 | Poor |
| < 13 | Very Poor |

*Source: FCDPWES, 2006*

00015013

OP·LANES
M A R Y L A N D    I-495 & I-270 Managed Lanes Study    Final Natural Resources Technical Report

MBSS and MCDEP methods were used in Maryland to conduct fish assessments within the Phase 1 South portion of the corridor study boundary. MBSS and MCDEP have each developed a fish IBI that compares the fish community within a given stream to reference fish communities in the least-impaired streams. Both methods for assessing fish communities are based on the same principles of measuring a community using a suite of comparative metrics, but are considerably different in most other ways. These fish IBIs are calculated by assigning a score to each metric result based on their comparison to the distribution of values at a reference site. All of the metric scores are averaged and assigned a narrative value that varies between agencies. For the Piedmont province, the MBSS fish IBI is based on state-wide reference streams and uses six community metrics found to characterize fish community health in Maryland's streams (Stranko et al., 2007; Roth et al., 2000; Southerland et al., 2005). The MCDEP fish IBI uses nine different metrics and narrative rankings based on dominant soil type and stream order. Since MBSS and MCDEP use different narrative rankings and fish IBI metrics, the resulting scores and rankings are not directly comparable. Additionally, MCDEP reports fish IBI scores to the nearest tenth, while MBSS reports scores to the hundredths decimal place. **Table 2-52** and **Table 2-53** summarize how MBSS and MCDEP rank each fish IBI score and how these scores and rankings relate to reference conditions.

**Table 2-52. MBSS Fish IBI Scores and Rankings**

| Fish IBI Score | Narrative Ranking | Characteristics |
|---|---|---|
| 4.00 – 5.00 | Good | Comparable to reference streams considered to be minimally impacted, biological metrics fall within the upper 50 percent of reference site conditions. |
| 3.00 – 3.99 | Fair | Comparable to reference conditions, but some aspects of biological integrity may not resemble the qualities of minimally impacted streams. |
| 2.00 – 2.99 | Poor | Significant deviation from reference conditions, indicating some degradation. On average, biological metrics fall below the 10th percentile of reference site values. |
| 1.00 – 1.99 | Very Poor | Strong deviation from reference conditions, with most aspects of biological integrity not resembling the qualities of minimally impacted streams, indicating severe degradation. On average, most or all metrics fall below the 10th percentile of reference site values. |

Source: Roth et al., 2000

**Table 2-53. MCDEP Fish IBI Scores and Rankings**

| Fish IBI Score | Narrative Ranking | Characteristics |
|---|---|---|
| >4.5 | Excellent | IBI scores within the upper 50 percent of reference site conditions are assigned to this highest attainable IBI class. |
| 3.4 – 4.5 | Good | Decreased number of sensitive species, decreased number of specialized feeding groups with some intolerant species present. |
| 2.3 – 3.3 | Fair | Intolerant and sensitive species are largely absent; unbalanced feeding group structure. |
| < 2.2 | Poor | Top carnivores and many expected species are absent or rare; general feeders and tolerant species dominate. |

Source: Roth et al., 1998; Van Ness, 1997

00015014

In addition to summarizing biological survey data, the Chesapeake Fish Passage Prioritization (CFPP) database was also reviewed for all watersheds in the vicinity of the Phase 1 South portion of the corridor study boundary. The CFPP project is a collaboration led by The Nature Conservancy (TNC) and is comprised of fish blockage data for the greater Chesapeake Bay watershed (Martin, 2019). This database includes historic blockages that have not been recently confirmed, as well as partial blockages and blockages with aquatic life passage facilities. Despite these limitations of the database, it provides useful context for the current status of fish movement and blockages within each watershed. In addition to blockage data, the CFPP project tool also includes data on migratory, or diadromous, fish habitat for American shad (*Alosa sapidissima*), hickory shad (*Alosa mediocris*), blueback herring (*Alosa aestivalis*), alewife (*Alosa pseudoharengus*), striped bass (*Morone saxatilis*), and American eel (*Anguilla rostrata*).

Following additional coordination with the National Oceanic and Atmospheric Administration (NOAA), National Marine Fisheries Service (NMFS) in 2021, migratory fish data was reviewed for watersheds crossed by the Preferred Alternative to determine if those six migratory species have the potential to occur in study area streams. The review was based on documented or potential presence of the six migratory fish species and their potential to use the stream for migratory purposes, spawning, or during other critical life stages. The potential current usage of stream segments by diadromous species is based on the connection to streams with documented occurrence and the expectation that they could be using a certain stream segment based on stream characteristics and a lack of barriers, as determined by the Chesapeake Fish Passage Workgroup. This data is summarized by watershed below.

Alewife and blueback herring have been designated as Species of Concern by NOAA due to drastic declines in their populations throughout much of their range since the mid-1960s (ASMFC, 2017). The MDNR Environmental Review response included in **Appendix N** identifies American eel as an important fisheries resource that may reside within the corridor study boundary on a long-term basis.

### 2.9.2    Existing Conditions

Perennial streams and rivers within the Preferred Alternative provide migratory, spawning, nursery, resting and foraging habitat for resident, anadromous, and catadromous fish species.

Streams and rivers within the Preferred Alternative support anadromous fish species such as alewife (*Alosa pseudoharengus*), blueback herring (*A. aestivalis*), and American shad (*A. sapidissima*), collectively known as alosines. These fish spend most of their lives at sea and then return to their natal streams and rivers to spawn. Cabin John Creek and the Potomac River are the migratory fish spawning grounds located within the Preferred Alternative LOD. These are important forage species and once supported the largest commercial and recreational fisheries throughout their range. Alosine populations are currently in decline throughout their range due to human impacts such as overfishing, habitat loss, spawning and nursing ground degradation, blocked access to habitat, increased erosion and sedimentation in streams and rivers, and loss of wetland buffers.

Streams and rivers within the Preferred Alternative also provide migration, nursery, and foraging habitat for the catadromous American eel (*Anguila rostrata*). This fish species spawns in the Sargasso Sea and then migrates to freshwater streams and rivers in the Chesapeake Bay region where they forage and grow until adulthood, at which time they return to the sea. The American eel population is depleted in US waters due to overfishing, habitat loss, food web alterations, predation, mortality from hydroelectric turbines, environmental changes, exposure to toxins and contaminants, and disease (ASMFC, 2012).

00015015

A number of resident fish species are also supported by the perennial streams and rivers within the Preferred Alternative. The following sections outline the aquatic habitat, benthic macroinvertebrates, and fish species supported by each watershed within the Preferred Alternative.

## A.    Fairfax County Middle Potomac Watersheds

### a.    Aquatic Habitat

FCDPWES assessed aquatic habitat at four sites within the Scotts Run subwatershed from 2009 through 2014. Habitat assessments were conducted at two sites on the mainstem and at two sites located on unnamed tributaries to Scotts Run. Both tributaries enter the mainstem of Scotts Run downstream of I-495. Aquatic habitat along the Scotts Run mainstem, both upstream and downstream of I-495, was rated as Fair. Aquatic habitat along both of the unnamed tributaries was rated as Good/Fair (**Table 2-54**).

Aquatic habitat conditions were also assessed by FCDPWES at four sites throughout the Dead Run subwatershed from 2008 through 2015, three of which were on the mainstem and one of which was on an unnamed tributary. Unnamed Tributary 1 to Dead Run joins the mainstem at the southern end of Turkey Run Park. For the Dead Run mainstem and Unnamed Tributary 1 to Dead Run, aquatic habitat conditions were rated as Fair by FCDPWES. VDEQ also assessed aquatic habitat at one site on the Dead Run mainstem in 2009, located well downstream near George Washington Memorial Parkway. Aquatic habitat was rated as Good for the Dead Run mainstem, based on data collected by VDEQ (**Table 2-54**). Overall, habitat conditions were generally minimally to moderately degraded for the Fairfax County Middle Potomac watersheds.

**Table 2-54. Range of Aquatic Habitat Scores for the Fairfax County Middle Potomac Watersheds**

| Waterway | Source Data | | Habitat Score Range | Narrative Score Range |
|---|---|---|---|---|
| | Agency | Year[1] | | |
| Scotts Run | FCDPWES | 2012 – 2014 | 63 – 99 | Fair |
| Unnamed Tributary 1 to Scotts Run | FCDPWES | 2009 | 108 | Good/Fair |
| Unnamed Tributary 2 to Scotts Run | FCDPWES | 2014 | 110 | Good/Fair |
| Dead Run | FCDPWES | 2008 – 2015 | 81 – 100 | Fair |
| | VDEQ | 2009 | 118 – 123 | Good |
| Unnamed Tributary 1 to Dead Run | FCDPWES | 2008 | 91 | Fair |

[1]Sampling may not have been conducted during all years within year ranges.

### b.    Benthic Macroinvertebrates

A summary of benthic macroinvertebrate sampling results for the Fairfax County Middle Potomac watersheds is presented in **Table 2-55**. According to existing data collected by FCDPWES in the Scotts Run subwatershed, benthic macroinvertebrate community conditions vary by watershed. The benthic IBI scores on the mainstem of Scotts Run ranged from Very Poor to Poor, indicating a substantially degraded benthic macroinvertebrate community. Unnamed Tributary 1 to Scotts Run had a rating of Poor for the benthic macroinvertebrate community, while the benthic macroinvertebrate community was rated as Good along Unnamed Tributary 2 to Scotts Run.

The Dead Run subwatershed was sampled between 2008 and 2018 by FCDPWES and VDEQ. Overall, the benthic community within the Dead Run subwatershed was severely degraded. Based on FCDPWES

00015016



I-495 & I-270 Managed Lanes Study    Final Natural Resources Technical Report

sampling, the benthic macroinvertebrate community along the Dead Run mainstem was rated as Very Poor to Poor. VDEQ VSCI scores indicated that the benthic macroinvertebrate community in the mainstem of Dead Run ranged from Severe Stress to Stress, also indicating severe stream degradation. The benthic macroinvertebrate community in Unnamed Tributary 1 to Dead Run was sampled in 2008 by FCDPWES with benthic IBI scores falling in the Poor range, similar to the mainstem.

**Table 2-55. Range of Benthic IBI and VSCI Scores for the Fairfax County Middle Potomac Watersheds**

| Waterway | Source Data | | Benthic IBI Range | Narrative Score Range |
|---|---|---|---|---|
| | Agency | Year[1] | | |
| Scotts Run | FCDPWES | 2012 – 2014 | 18.1 – 23.3 | Very Poor – Poor |
| Unnamed Tributary 1 to Scotts Run | FCDPWES | 2009 | 23.3 | Poor |
| Unnamed Tributary 2 to Scotts Run | FCDPWES | 2014 | 66.0 | Good |
| Dead Run | FCDPWES | 2008 – 2018 | 12.5 – 39.7 | Very Poor – Poor |
| | VDEQ | 2009 | 22.06 – 45.90 | Severe Stress – Stress |
| Unnamed Tributary 1 to Dead Run | FCDPWES | 2008 | 31.5 | Poor |

[1]Sampling may not have been conducted during all years within year ranges.

    **c.    Fish**

Eight fish species were recently documented by FCDPWES in the Fairfax County Middle Potomac watersheds, fewer than any other watershed within the Phase 1 South portion of the corridor study boundary in recent years (**Appendix O**). No intolerant or sensitive species were documented, and the only diadromous species observed was American eel, which was found in Dead Run. American eel is a catadromous fish species that lives the majority of its life in freshwater and migrates to the sea to spawn. Of the diadromous fish species, American eel is among the most successful at navigating fish blockages. According to the CFPP database, there are no fish blockages located within the Fairfax County Middle Potomac watersheds; however, Little Falls Dam is located downstream on the Potomac River mainstem and may limit movement of diadromous fish upstream (Martin, 2019). Results from sampling conducted by FCDPWES indicate that the fish communities in both the Scotts Run and Dead Run subwatersheds were severely degraded, with fish IBI scores falling in the Very Poor category (**Table 2-56**).

Based on review of the CFPP project tool, alewife, blueback herring, and American eel all potentially occur in Fairfax County Middle Potomac perennial streams within the vicinity of the Preferred Alternative. More specifically, all three species potentially occur throughout the Scotts Run and Dead Run systems, depending on the time of year. Alewife and blueback herring, collectively called river herring, are anadromous fish species that live most of their life in saltwater habitats but migrate to freshwater streams to spawn in the spring.

00015017

**Table 2-56. Range of Fish IBI Scores for the Fairfax County Middle Potomac Watersheds**

| Waterway | Source Data | | Fish IBI Range | Narrative Score Range |
|---|---|---|---|---|
| | Agency | Year[1] | | |
| Scotts Run | FCDPWES | 2012 – 2014 | -- | Very Poor |
| Dead Run | FCDPWES | 2013 – 2015 | -- | Very Poor |

[1]Sampling may not have been conducted during all years within year ranges.

## B.  Potomac River/Rock Run Watershed

### a.  Aquatic Habitat

MCDEP assessed aquatic habitat conditions at one site along the Rock Run mainstem, which enters the Potomac River just upstream of the ALB and west of the Phase 1 South portion of the corridor study boundary. Results from assessments in 2010 and 2014 indicate that the waterway is generally minimally to moderately degraded, as aquatic habitat was rated as Good (**Table 2-57**).

**Table 2-57. Range of Aquatic Habitat Scores for the Potomac River/Rock Run Watershed**

| Waterway | Source Data | | Habitat Score Range | Narrative Score Range |
|---|---|---|---|---|
| | Agency | Year[1] | | |
| Rock Run | MCDEP | 2010 – 2014 | 118 – 141 | Good |

[1]Sampling may not have been conducted during all years within year ranges.

### b.  Benthic Macroinvertebrates

A summary of benthic macroinvertebrate sampling results for the Potomac River/Rock Run watershed is presented in **Table 2-58**. The Rock Run mainstem was sampled by MCDEP between 2010 and 2014. The benthic macroinvertebrate community along the Rock Run mainstem was rated as Poor to Fair, indicating moderate to substantial degradation. No recent benthic macroinvertebrate data were readily available for the Potomac River mainstem within the vicinity of the Phase 1 South portion of the corridor study boundary.

MDNR ERP documented several mussel species in the Potomac River and Chesapeake and Ohio Canal within the vicinity of the Phase 1 South portion of the corridor study boundary, including eastern elliptio (*Elliptio complanata*), Atlantic spike (*Elliptio producta*), *Lampsilis* sp., and paper pondshell (*Utterbackia imbecillis)*.

**Table 2-58. Range of Benthic IBI Scores for the Potomac River/Rock Run Watershed**

| Waterway | Source Data | | Benthic IBI Range | Narrative Score Range |
|---|---|---|---|---|
| | Agency | Year[1] | | |
| Rock Run | MCDEP | 2010 – 2014 | 16 – 22 | Poor – Fair |

[1]Sampling may not have been conducted during all years within year ranges.

### c.  Fish

In recent years, 11 different species have been documented along the Rock Run mainstem in the vicinity of the Phase 1 South portion of the corridor study boundary (**Table 2-59**). All of these species are found throughout Maryland and the adjacent watersheds in the Phase 1 South portion of the corridor study boundary. No intolerant or sensitive species or diadromous fish species were documented. According to the CFPP database, there are three fish blockages located within the Rock Run watershed (Martin, 2019).

00015018

One gamefish species, largemouth bass, was collected in the Phase 1 South portion of the corridor study boundary since 2007. All species documented in the Rock Run mainstem in recent years are widespread and capable of persisting in degraded conditions.

A summary of fish species documented during sampling in the Potomac River/Rock Run watershed by MCDEP from 2010 to 2014, is presented in **Appendix O**. The fish community along the Rock Run mainstem was rated as Fair to Good, indicating moderate degradation.

Based on review of the CFPP project tool, American shad, alewife, blueback herring, hickory shad, and American eel have been documented to currently use the Potomac River mainstem, depending on the time of year. American shad and hickory shad are both anadromous fish species that live most of their life in saltwater habitats but migrate to freshwater streams to spawn in the spring. American eel potentially occur in all Potomac River/Rock Run perennial streams within the vicinity of the Preferred Alternative. Alewife and blueback herring also potentially occur in one unnamed tributary to the Potomac River, which flows between 80th Street and 81st Street in Cabin John, Maryland and enters the Potomac River downstream of the ALB.

No recent fish data were readily available for the Potomac River mainstem, within the vicinity of the Phase 1 South portion of the corridor study boundary. However, the fish communities surrounding Plummers Island, located within the watershed immediately downstream of I-495, have been studied extensively (Starnes et al., 2011). Additional fish species that have not been recently documented along the Rock Run mainstem (**Appendix O**) but are likely to occur along the Potomac River and Chesapeake and Ohio Canal mainstem are presented in **Table 2-60**. For the purposes of this report, these species were considered likely to occur within the Potomac River and Chesapeake and Ohio Canal and not documented within the Phase 1 South portion of the corridor study boundary, as the exact locations of species occurrences are unknown.

Along the Potomac River and Chesapeake and Ohio Canal, 49 additional species that haven't been recently documented in Rock Run were reported. Of those species, eight are intolerant of degraded conditions. Black crappie, largemouth bass, muskellunge, smallmouth bass, striped bass, walleye, white perch, and yellow perch are all sought after gamefish species that are likely to occur in the Potomac River and Chesapeake and Ohio Canal. Blue catfish and northern snakehead are also likely to occur, both of which are invasive species that are often sought after by recreational fishermen. As noted in **Table 2-60**, nine diadromous or semi-diadromous fish species are likely to occur along the Potomac River and Chesapeake and Ohio Canal, despite the presence of Little Falls Dam downstream along the mainstem. Diadromous fish species spend portions of their life cycle in both fresh and salt water, typically migrating from one to the other to spawn.

**Table 2-59. Range of Fish IBI Scores for the Potomac River/Rock Run Watershed**

| Waterway | Source Data | | Fish IBI Range | Narrative Score Range |
|---|---|---|---|---|
| | Agency | Year[1] | | |
| Rock Run | MCDEP | 2010 – 2014 | 3.2 – 3.7 | Fair – Good |

[1]Sampling may not have been conducted during all years within year ranges.

00015019

OP·LANES
MARYLAND    I-495 & I-270 Managed Lanes Study    Final Natural Resources Technical Report

**Table 2-60. Additional Fish Species Likely to Occur within the Potomac River and Chesapeake and Ohio Canal**

| Species[1] | Species[1] | Species[1] | Species[1] |
|---|---|---|---|
| Alewife[2] | Channel catfish | Margined madtom | Spotfin shiner |
| American eel[2] | Creek chubsucker | Muskellunge | Spottail shiner |
| American shad[2] | Eastern silvery minnow | Northern hogsucker | Striped bass[2] |
| Banded killifish | Eastern mosquitofish | Northern snakehead | Swallowtail shiner |
| Black crappie | Gizzard shad[2] | Pumpkinseed | Walleye |
| Blue catfish | Golden redhorse | Quillback | White catfish |
| Blueback herring[2] | Golden shiner | Redbreast sunfish | White crappie |
| Bluntnose minnow | Goldfish | River chub | White perch[2] |
| Bowfin | Greenside darter | Rock bass | Yellow bullhead |
| Brown bullhead | Hickory shad[2] | Shield darter | Yellow perch[2] |
| Central stoneroller | Inland silverside | Shorthead redhorse | |
| Comely shiner | Longear sunfish | Silverjaw minnow | |
| Common carp | Longnose gar | Smallmouth bass | |

[1]Species list only includes those not documented along Rock Run.
[2]indicates that species is considered diadromous or semi-diadromous.
*Source: Starnes et al., 2011*

## C.    Cabin John Creek Watershed

### a.    Aquatic Habitat

Aquatic habitat assessments were conducted by MCDEP and MBSS throughout the Cabin John Creek watershed from 2008 to 2017. Aquatic habitat conditions in the watershed vary by location (**Table 2-61**); however, most waterways exhibit moderate aquatic habitat degradation. The Cabin John Creek mainstem crosses the Phase 1 South portion of the corridor study boundary along I-270 just south of Montrose Road, and along I-495 at Cabin John Parkway. Along the Cabin John Creek mainstem, MCDEP aquatic habitat assessments indicated Fair to Good aquatic conditions and MBSS aquatic habitat assessments indicated Degraded to Partially Degraded aquatic habitat conditions.

Aquatic habitat was also assessed by MCDEP at Snakeden Branch and Old Farm Creek, two tributaries located near where the Cabin John Creek mainstem crosses I-270. Snakeden Branch lies to the west of I-270, and aquatic habitat ratings ranged from Fair to Good/Fair. Old Farm Creek is primarily east of I-270 but crosses the Phase 1 South portion of the corridor study boundary to join the mainstem within Cabin John Regional Park. Aquatic habitat assessments were conducted downstream of the crossing, and conditions were rated as Fair to Good. Aquatic habitat conditions were also assessed by MCDEP along Unnamed Tributary 1 to Old Farm Creek, located upstream of the Phase 1 South portion of the corridor study boundary, and aquatic habitat along the tributary was generally in Fair condition.

Ken Branch joins the Cabin John Creek mainstem along the midsection of the Cabin John Creek watershed and drains an area to the west of the Phase 1 South portion of the corridor study boundary. Aquatic habitat conditions along Ken Branch were rated as Degraded by MBSS in 2008. Another tributary, Booze Creek, joins the mainstem of Cabin John Creek just downstream of the I-495 crossing, and aquatic habitat conditions were rated as Fair to Good/Fair by MCDEP.

00015020

**Table 2-61. Range of Aquatic Habitat Scores for the Cabin John Creek Watershed**

| Waterway | Source Data | | Habitat Score Range | Narrative Score Range |
|---|---|---|---|---|
| | Agency | Year[1] | | |
| Booze Creek | MCDEP | 2008 | 96 – 107 | Fair – Good/Fair |
| Cabin John Creek | MCDEP | 2008 – 2014 | 94 – 147 | Fair – Good |
| | MBSS | 2008 | 60.74 – 79.56 | Degraded – Partially Degraded |
| Ken Branch | MBSS | 2008 | 60.19 | Degraded |
| Old Farm Creek | MCDEP | 2008 – 2014 | 93 – 137 | Fair – Good |
| Snakeden Branch | MCDEP | 2008 – 2014 | 95 – 106 | Fair – Good/Fair |
| Unnamed Tributary 1 to Old Farm Creek | MCDEP | 2015 | 79 | Fair |

[1]Sampling may not have been conducted during all years within year ranges.

**b.    Benthic Macroinvertebrates**

Results of benthic macroinvertebrate sampling in the Cabin John Creek watershed are summarized in **Table 2-62**. Overall, benthic macroinvertebrate community health was variable in the Cabin John watershed, with narrative benthic IBI scores indicating moderate to substantial degradation. MCDEP rated benthic macroinvertebrate communities in the Old Farm Creek and Snakeden Branch tributaries as Poor to Fair, while Ken Branch was rated as Very Poor by MBSS. Benthic macroinvertebrate community health was variable along the Cabin John Creek mainstem, ranging from Poor to Fair overall, as rated by MCDEP. The uppermost portion of the Cabin John Creek mainstem, above I-270, was sampled at various locations by both MCDEP and MBSS and received ratings of Poor and Very Poor, respectively. The benthic macroinvertebrate community in the portion of the Cabin John Creek mainstem that runs parallel to and just west of the I-270 corridor between Montrose Road and River Road was rated as Very Poor by MBSS and Poor by MCDEP. MCDEP sampling in the downstream portion of the Cabin John Creek mainstem resulted in benthic macroinvertebrate community ratings of Poor to Fair.

**Table 2-62. Range of Benthic IBI Scores for the Cabin John Creek Watershed**

| Waterway | Source Data | | Benthic IBI Range | Narrative Score Range |
|---|---|---|---|---|
| | Agency | Year[1] | | |
| Cabin John Creek | MCDEP | 2008 – 2014 | 12 – 18 | Poor – Fair |
| | MBSS | 2008 – 2017 | 1.00 – 1.33 | Very Poor |
| Ken Branch | MBSS | 2008 | 1.00 | Very Poor |
| Old Farm Creek | MCDEP | 2008 – 2014 | 10 – 20 | Poor – Fair |
| Snakeden Branch | MCDEP | 2008 – 2014 | 8 – 22 | Poor – Fair |

[1]Sampling may not have been conducted during all years within year ranges.

00015021

### c.  Fish

The Cabin John Creek watershed contains 33 recently documented fish species, more than any other watershed in the Phase 1 South portion of the corridor study boundary more recently (**Appendix O**). Black crappie and river chub were recently documented in the Cabin John Creek watershed within the vicinity of the Phase 1 South portion of the corridor study boundary. Black crappie are a sought-after gamefish species and river chub are intolerant of degraded conditions and require coarse riffle habitat for spawning. Six additional intolerant fish species were recently documented in the Cabin John Creek watershed: central stoneroller, common shiner, satinfin shiner, sea lamprey, spotfin shiner, and spottail shiner. These species are generally considered indicative of good stream health and minimally degraded water quality. Fathead minnow and goldfish were documented in the Cabin John Creek and Rock Creek watersheds only. Both species are non-native to Maryland and are thought to have been introduced through the bait and pet trades, respectively (MDNR, 2018b). Sea lamprey are anadromous, inhabiting streams and rivers when young, migrating to the sea or a large lake to mature, and returning to streams and rivers to spawn. According to the CFPP database, there is one fish blockage located within the Cabin John Creek watershed, as well as Little Falls Dam located downstream on the Potomac River mainstem (Martin, 2019). In addition to black crappie, largemouth bass and smallmouth bass were the only other gamefish species documented in Cabin John Creek in the Phase 1 South portion of the corridor study boundary since 2007.

Based on review of the CFPP project tool, alewife, blueback herring, and American eel all potentially occur in the Cabin John Creek watershed, depending on the time of year. American eel potentially occur in all Cabin John Creek perennial streams within the vicinity of the Preferred Alternative. Alewife and blueback herring potentially occur in Cabin John Creek, Thomas Branch, Bulls Run, and Booze Creek within the vicinity of the Preferred Alternative. Although the CFPP project tool indicates that alewife and blueback herring potentially occur in Thomas Branch in the vicinity of the project area, field investigations of this stream reach revealed low head dams and other blockages to aquatic organism passage that make this stream currently inaccessible to both species. American eel has been documented in the Cabin John Creek mainstem and their ability to successfully navigate instream barriers make them likely to occur in at least the downstream portions of Thomas Branch. Although no recent fish data were available for Thomas Branch, MCDEP conducted fish sampling in 1996 and 2003. They documented blacknose dace, common carp, creek chub, and goldfish in 1996 and only observed blacknose dace and creek chub in 2003.

Results of fish sampling in the Cabin John Creek watershed are summarized in **Table 2-63**. Overall, fish communities within the Cabin John Creek watershed are moderately degraded. MCDEP and MBSS sampled several sites along the Cabin John Creek mainstem where fish communities were rated as Fair to Good by MCDEP and Fair by MBSS. MBSS sampling along Ken Branch also resulted in a fish community health rating of Fair. Along Old Farm Creek, the fish community was similar, with MCDEP fish IBIs ranging from Fair to Good. Fish community health was more degraded in Booze Creek and Unnamed Tributary 1 to Old Farm Creek, where communities were rated as Poor by MCDEP.

#### Table 2-63. Range of Fish IBI Scores for the Cabin John Creek Watershed

| Waterway | Source Data | | Fish IBI Range | Narrative Score Range |
| --- | --- | --- | --- | --- |
| | Agency | Year[1] | | |
| Booze Creek | MCDEP | 2008 | 1.4 | Poor |
| Cabin John Creek | MCDEP | 2008 – 2014 | 3.0 – 4.1 | Fair – Good |

00015022

 I-495 & I-270 Managed Lanes Study    Final Natural Resources Technical Report

| Waterway | Source Data | | Fish IBI Range | Narrative Score Range |
|---|---|---|---|---|
| | Agency | Year[1] | | |
| | MBSS | 2008 – 2017 | 3.33 – 3.67 | Fair |
| Ken Branch | MBSS | 2008 | 3.00 | Fair |
| Old Farm Creek | MCDEP | 2008 – 2014 | 3.0 – 3.4 | Fair – Good |
| Unnamed Tributary 1 to Old Farm Creek | MCDEP | 2015 | 1.7 | Poor |

[1]Sampling may not have been conducted during all years within year ranges.

## D.    Rock Creek Watershed

### a.    Aquatic Habitat

Aquatic habitat conditions in the Rock Creek watershed vary slightly by subwatershed but are generally considered moderately degraded in the vicinity of the Phase 1 South portion of the corridor study boundary (**Table 2-64**). MCDEP data exist for two sites along the mainstem of Rock Creek just upstream I-495 and to the east of the Preferred Alternative. Aquatic habitat conditions ranged from Fair to Good at both sites.

Recent aquatic habitat condition data also exist for two tributaries within the vicinity of the Preferred Alternative that join the Rock Creek mainstem at or near the I-495 corridor. Luxmanor Branch enters the mainstem near the I-495 & I-270 split and Alta Vista Tributary joins the mainstem directly at I-495, to the east of the Preferred Alternative. MCDEP rated aquatic habitat conditions within Luxmanor Branch as Fair and along Alta Vista Tributary as Fair to Good.

Stoneybrook Tributary joins the mainstem of Rock Creek upstream of I-495 and to the east of the Preferred Alternative. MCDEP rated aquatic habitat conditions along Stonybrook Tributary as Fair to Good.

**Table 2-64. Range of Aquatic Habitat Scores for the Rock Creek Watershed**

| Waterway | Source Data | | Habitat Score Range | Narrative Score Range |
|---|---|---|---|---|
| | Agency | Year[1] | | |
| Alta Vista Tributary | MCDEP | 2011 – 2013 | 65 – 123 | Fair – Good |
| Luxmanor Branch | MCDEP | 2008 – 2017 | 95 – 110 | Fair |
| Rock Creek | MCDEP | 2008 – 2017 | 91 – 121 | Fair – Good |
| Stoneybrook Tributary | MCDEP | 2014 | 89 – 117 | Fair – Good |

[1]Sampling may not have been conducted during all years within year ranges.

### b.    Benthic Macroinvertebrates

Results of benthic macroinvertebrate sampling in the Rock Creek watershed are summarized in **Table 2-65**. In general, benthic macroinvertebrate communities throughout the watershed are moderately to substantially degraded. MCDEP sampled two sites along the Rock Creek mainstem, both of which were located upstream of I-495 and to the east of the Preferred Alternative. The benthic macroinvertebrate community health was rated as Poor to Fair at both sites. One site along the Rock Creek mainstem, located just downstream of Knowles Avenue, had ratings that ranged from Poor to Fair. The other site along the Rock Creek mainstem, located in the portion that runs parallel to I-495, was rated as Poor.

00015023

OP·LANES
M A R Y L A N D | I-495 & I-270 Managed Lanes Study    Final Natural Resources Technical Report

Benthic macroinvertebrate community health was similar across both tributaries that enter the mainstem of Rock Creek at or near I-495 and to the east of the Preferred Alternative. MCDEP benthic IBI ratings were Poor in the Alta Vista Tributary and Luxmanor Tributary. MCDEP also rated benthic macroinvertebrate communities as Poor in Stoneybrook Tributary, which joins Rock Creek upstream of I-495.

**Table 2-65. Range of Benthic IBI Scores for the Rock Creek Watershed**

| Waterway | Source Data | | Benthic IBI Range | Narrative Score Range |
|---|---|---|---|---|
| | Agency | Year[1] | | |
| Alta Vista Tributary | MCDEP | 2012 – 2013 | 8 – 12 | Poor |
| Luxmanor Branch | MCDEP | 2008 – 2017 | 8 – 12 | Poor |
| Rock Creek | MCDEP | 2008 – 2017 | 14 – 18 | Poor – Fair |
| Stoneybrook Tributary | MCDEP | 2014 | 10 – 12 | Poor |

[1]Sampling may not have been conducted during all years within year ranges.

**c.    Fish**

Twenty-three different fish species were recently documented within the Rock Creek watershed in the vicinity of the Phase 1 South portion of the corridor study boundary (**Appendix O**). All species documented within the Rock Creek watershed are also found within other watersheds along the Preferred Alternative. Goldfish, a non-native species thought to have been introduced through the bait and pet trades, was only documented in the Rock Creek and Cabin John Creek watersheds (MDNR, 2018c). Six species of fish that are considered intolerant of degraded conditions have been documented in nearby areas of Rock Creek in recent years, including fallfish, northern hogsucker, satinfin shiner, sea lamprey, spotfin shiner, and spottail shiner. American eel and sea lamprey were the only diadromous species documented, and no gamefish species have been documented in recent years. According to the CFPP database, there are no fish blockages located in the Rock Creek MD 12-digit watershed; however, there is one blockage located downstream along the Rock Creek mainstem in Washington DC that likely hinders fish movement (Martin, 2019).

Based on review of the CFPP project tool, American eel is the only diadromous fish species potentially occurring in perennial streams throughout the Rock Creek watershed in the vicinity of the Preferred Alternative. However, coordination with NMFS indicated that Pierce Mill Dam, located downstream of the Preferred Alternative on Rock Creek, has been retrofitted with a fish passage structure that is suitable for anadromous fish passage and that potential spawning habitat for alewife and blueback herring is present upstream of the dam.

Results of fish sampling in the Rock Creek watershed are summarized in **Table 2-66**. Fish community health was notably better in the mainstem than in most tributaries near the Phase 1 South portion of the corridor study boundary. Based on MCDEP data collected from sites upstream of I-495, fish communities along the mainstem of Rock Creek were rated as Good.

The fish communities within Alta Vista Tributary and Luxmanor Branch were substantially degraded, as they were consistently rated as Poor by MCDEP. Upstream of the Phase 1 South portion of the corridor study boundary, MCDEP rated Stoneybrook Tributary fish communities as Poor to Fair.

00015024

**Table 2-66. Range of Fish IBI Scores for the Rock Creek Watershed**

| Waterway | Source Data | | Fish IBI Range | Narrative Score Range |
|---|---|---|---|---|
| | Agency | Year[1] | | |
| Alta Vista Tributary | MCDEP | 2012 – 2013 | 1.0 – 1.4 | Poor |
| Luxmanor Branch | MCDEP | 2008 – 2017 | 1.4 – 1.7 | Poor |
| Rock Creek | MCDEP | 2008 – 2017 | 3.4 – 4.1 | Good |
| Stoneybrook Tributary | MCDEP | 2014 | 1.9 – 2.3 | Poor – Fair |

[1]Sampling may not have been conducted during all years within year ranges.

### E.    Watts Branch Watershed

#### a.    Aquatic Habitat

Data collected at two sites along the mainstem of Watts Branch and downstream of I-270 in the Watts Branch watershed indicate moderate aquatic habitat degradation (**Table 2-67**). Existing data collected by MCDEP ranked aquatic habitat conditions as Fair to Good along the Watts Branch mainstem. In general, aquatic habitat conditions were slightly better at the site located farther upstream and closer to I-270.

**Table 2-67. Range of Aquatic Habitat Scores for the Watts Branch Watershed**

| Waterway | Source Data | | Habitat Score Range | Narrative Score Range |
|---|---|---|---|---|
| | Agency | Year[1] | | |
| Watts Branch | MCDEP | 2007 – 2014 | 87 – 131 | Fair – Good |

[1]Sampling may not have been conducted during all years within year ranges.

#### b.    Benthic Macroinvertebrates

Results from benthic macroinvertebrate sampling conducted by MCDEP within the Phase 1 South portion of the corridor study boundary are summarized in **Table 2-68**. Benthic macroinvertebrate community health indicated moderate degradation within Watts Branch downstream of I-270 where benthic macroinvertebrate community health was rated as Fair.

**Table 2-68. Range of Benthic IBI Scores for the Watts Branch Watershed**

| Waterway | Source Data | | Benthic IBI Range | Narrative Score Range |
|---|---|---|---|---|
| | Agency | Year[1] | | |
| Watts Branch | MCDEP | 2007 – 2014 | 14 – 22 | Fair |

[1]Sampling may not have been conducted during all years within year ranges.

#### c.    Fish

Twenty-five different fish species occupy the Watts Branch watershed within the vicinity of the Phase 1 South portion of the corridor study boundary (**Appendix O**). Apart from Blue Ridge sculpin and greenside darter, which have only been recently documented in one other watershed within the Phase 1 South portion of the corridor study boundary, all other fish species documented in Watts Branch are found throughout the Phase 1 South portion of the corridor study boundary and in other Central Maryland streams. The Blue Ridge sculpin is an intolerant species often indicative of good water quality. Two additional intolerant fish species were documented in Watts Branch: central stoneroller and common shiner. American eel was the only diadromous species and largemouth bass was the only gamefish species

00015025

documented in the vicinity of the Phase 1 South portion of the corridor study boundary in recent years. Historically, smallmouth bass have also been documented throughout the watershed (MCDEP, 2003). According to the CFPP database, there is one fish blockage in the Watts Branch watershed, as well as the Little Falls Dam located downstream on the Potomac River mainstem, that may inhibit fish movement (Martin, 2019).

Based on review of the CFPP project tool, American eel is the only diadromous species potentially occurring in perennial streams throughout the Watts Branch watershed in the vicinity of the Preferred Alternative. No anadromous fish species are expected to occur in the Watts Branch watershed, as it is located upstream of Great Falls.

Results from fish sampling conducted by MCDEP within the Phase 1 South portion of the corridor study boundary are summarized in **Table 2-69**. Fish community health indicated moderate degradation within the Watts Branch; however, fish ratings were slightly better than benthic macroinvertebrate ratings. Based on data collected, fish community health ranged from Fair to Good. On average, fish community health was slightly better at the site located farther upstream and closer to I-270, which is consistent with the better aquatic habitat conditions documented at that location.

**Table 2-69. Range of Fish IBI Scores for the Watts Branch Watershed**

| Waterway | Source Data | | Fish IBI Range | Narrative Score Range |
|---|---|---|---|---|
| | Agency | Year[1] | | |
| Watts Branch | MCDEP | 2007 − 2014 | 2.6 − 3.9 | Fair − Good |

[1]Sampling may not have been conducted during all years within year ranges.

## F.    Muddy Branch Watershed

### a.    Aquatic Habitat

Aquatic habitat assessments conducted by MCDEP in the Muddy Branch watershed show moderately degraded conditions within the vicinity of the I-270 Phase 1 South portion of the corridor study boundary (**Table 2-70**). Data for the Muddy Branch mainstem indicate slightly variable conditions, with ratings ranging from Fair to Good. Along the mainstem, aquatic habitat conditions were slightly less degraded upstream of I-270 (Good) than at the monitoring site well downstream of the Phase 1 South portion of the corridor study boundary (Fair to Good/Fair). An aquatic habitat assessment was also conducted along one tributary to Muddy Branch, Decoverly Tributary, which is located downstream of I-270. MCDEP rated aquatic habitat conditions in Decoverly Tributary as Good.

**Table 2-70. Range of Aquatic Habitat Scores for the Muddy Branch Watershed**

| Waterway | Source Data | | Habitat Score Range | Narrative Score Range |
|---|---|---|---|---|
| | Agency | Year[1] | | |
| Decoverly Tributary | MCDEP | 2007 | 117 − 132 | Good |
| Muddy Branch | MCDEP | 2007 − 2014 | 96 − 120 | Fair − Good |

[1]Sampling may not have been conducted during all years within year ranges.

00015026

OP·LANES
M A R Y L A N D    | I-495 & I-270 Managed Lanes Study    Final Natural Resources Technical Report

   b.    **Benthic Macroinvertebrates**

Results of benthic macroinvertebrate sampling in Muddy Branch are summarized in **Table 2-71**. Overall, benthic macroinvertebrate communities in this watershed indicate moderate degradation. MCDEP sampled two locations along the Muddy Branch mainstem in recent years, one upstream and one downstream of I-495. Benthic macroinvertebrate communities were similar at both sites and were rated as Poor to Fair. Decoverly Tributary located downstream of I-495, had a benthic macroinvertebrate community health rating of Fair.

**Table 2-71. Range of Benthic IBI Scores for the Muddy Branch Watershed**

| Waterway | Source Data | | Benthic IBI Range | Narrative Score Range |
|---|---|---|---|---|
| | Agency | Year[1] | | |
| Decoverly Tributary | MCDEP | 2007 | 18 | Fair |
| Muddy Branch | MCDEP | 2007 – 2014 | 16 – 18 | Poor – Fair |

[1]Sampling may not have been conducted during all years within year ranges.

   c.    **Fish**

Nineteen different fish species were recently documented in the Muddy Branch watershed within the vicinity of the Phase 1 South portion of the corridor study boundary, all of which are also found in neighboring watersheds (**Appendix O**). Central stoneroller was the only intolerant fish species documented in Muddy Branch. No diadromous species were documented and only one gamefish species, largemouth bass, was documented within Muddy Branch in recent years. Aside from central stoneroller, all species observed in the Muddy Branch watershed are generally widely distributed and capable of persisting in degraded stream conditions. According to the CFPP database, there are eight fish blockages in the Muddy Branch watershed, as well as the Little Falls Dam located downstream on the Potomac River mainstem, that likely inhibit fish movement (Martin, 2019).

Based on review of the CFPP project tool, American eel is the only diadromous species potentially occurring in perennial streams throughout the Muddy Branch watershed in the vicinity of the Preferred Alternative. No anadromous fish species are expected to occur in the Muddy Branch watershed, as it is located upstream of Great Falls.

Results of fish sampling in the Muddy Branch watershed are summarized in **Table 2-72**. Recent data collected by MCDEP in the vicinity of the Phase 1 South portion of the corridor study boundary indicate that fish communities in the Muddy Branch watershed appear to be moderately to minimally degraded. Communities in the Muddy Branch mainstem ranged from Fair to Good, based on sampling at one site well downstream of the Phase 1 South portion of the corridor study boundary. Sampling at the MCDEP site located approximately one mile downstream of the Phase 1 South portion of the corridor study boundary along Decoverly Tributary indicated that fish communities were in Good condition.

00015027

**Table 2-72. Range of Fish IBI Scores for the Muddy Branch Watershed**

| Waterway | Source Data | | Fish IBI Range | Narrative Score Range |
|---|---|---|---|---|
| | Agency | Year[1] | | |
| Decoverly Tributary | MCDEP | 2007 | 4.1 | Good |
| Muddy Branch | MCDEP | 2007 – 2014 | 3.0 – 3.4 | Fair – Good |

[1]Sampling may not have been conducted during all years within year ranges.

## 2.9.3    Environmental Effects

The Preferred Alternative may affect aquatic biota due to direct and indirect impacts to perennial and intermittent stream channels. Stream channel impacts associated with the Preferred Alternative LOD are 42,494 LF. Impacts to aquatic biota are provided in more detail in **Section 2.3.3**. Impacts to aquatic biota may include mortality of aquatic organisms during construction of culvert extensions and loss of natural habitat from the placement of culvert pipes and other in-stream structures, or from more gradual changes in stream conditions. Other construction activities that may negatively impact aquatic biota include causeway/trestle construction, demolition of existing structures, channel realignment/stabilization, culvert augmentation/replacement, dredging, pile/cofferdam construction, and permanent shading.

Impacts to aquatic biota, including species of freshwater mussels, are possible from the replacement and extension of bridges and their in-water piers. Noise from driving piles for bridges or temporary structures over the water may result in adverse effects to fish species, potentially including damage to body tissues, behavioral effects, and physiological effects such as changes in stress hormones or sensing and navigation abilities (Fletcher and Busnel, 1978; Kryter, 1984; Popper 2003; Popper et al., 2004). Temporary bridge construction elements such as causeways, riprap pads, or cofferdams in the Potomac River may affect the hydrodynamics of the river, funneling water through reduced cross-sections of the river. These and additional effects from potential rock jetties or other construction related activities may affect anadromous fish species and could result in behavior modification or avoidance. Shading from overwater structures such as bridges can negatively impact migratory fish species by altering behavior, predation, and degrading habitat (Nightingale and Simenstad, 2001; Hanson, et al., 2003). American shad and river herring appear to be particularly affected by shading from overwater structures (Moser and Terra, 1999).

Most culverts within the Preferred Alternative LOD are being extended or augmented rather than replaced since the project would improve an existing roadway. Although this reduces the overall length of potential impacts to waterways, if existing culverts do not meet current aquatic life passage standards and are being extended rather than replaced, then opportunities for improving aquatic life passage are limited. The possibility of retrofitting some culverts with a natural stream bottom will be evaluated in later phases of the study.

No Essential Fish Habitat (EFH) was identified within the study corridors, therefore the MSFCMA does not apply to this project. However, impacts to alosines may adversely affect species that are federally managed and their EFH, because alosines are prey for these species. Alosine population declines are attributed in part to decreases in water quality, channelization, dredging, and in-water construction from construction projects (ASMFC, 2010; ASMFC, 2017).

00015028

  I-495 & I-270 Managed Lanes Study                Final Natural Resources Technical Report

MDOT SHA requested information from the MDNR ERP regarding the presence of protected aquatic species within the Phase 1 South portion of the corridor study boundary. MDNR ERP provided feedback in a response letter dated January 10, 2019, that included a list of fish species likely to occur within the waterbodies crossed by I-495 and I-270 and time of year restrictions for instream work to minimize impact to these species. A copy of this letter is included in **Appendix N** and the I-495 & I-270 Managed Lanes Study will comply with all time of year restrictions for construction activities within stream channels to protect fish species that are included in this correspondence.

During construction of culvert extensions or stream relocations, the stream channel is excavated and any organisms living within the stream channel would be displaced or crushed by construction equipment. The primary impact from these activities would be to benthic organisms, such as macroinvertebrates, that are relatively stationary. However, fish mortality is also a possibility as they can be trapped in pools during dewatering of the channel. Even if a natural stream bottom is reestablished within the culvert or relocated channel, the habitat is unlikely to immediately support the same fish or macroinvertebrate community present before construction. Relocated channels would require a period of reestablishment before the same fish or macroinvertebrate communities could recolonize the channel. In the majority of the impacted streams, the area of channel disturbance for the culvert extension is relatively small in comparison to the remaining habitat available, making the overall habitat and mortality impact minor. In addition to displacement and habitat alteration, decreased aquatic organism passage could result from the extension of culverts. As detailed in **Section 2.9.2**, fish blockages are prevalent in many of the watersheds within the vicinity of the Preferred Alternative LOD and any additional restrictions to passage at culverts could further hinder aquatic organism movement and migration.

Although the immediate impacts from stream crossings have the potential to cause negative impacts to aquatic biota, some potential long-term negative effects are related to the change in land-cover associated with the Preferred Alternative LOD and the potential for increases in impervious surfaces. The Preferred Alternative LOD will require clearing of forested land, with an impact of approximately 460 acres (**Section 2.7.3, Environmental Effects, Vegetation and Terrestrial Habitat**). Forest impacts would include clearing forested land in stream valleys that currently provides important ecological services including: shading streams; reducing the quantity and increasing the quality of stormwater runoff; providing food and habitat sources from leaf detritus and coarse woody debris; and anchoring stream banks and floodplains with tree and shrub roots. Loss of detrital inputs and other impacts from forest clearing can have far reaching effects, including diminishing critical food sources in downstream waters. Tree removal during the construction process can also reduce the amount of shade provided to a stream and thereby raise the water temperature of that stream. In addition to tree removal, stormwater discharges also have the potential to increase surface water temperatures in nearby waterways. The effect of the temperature change depends on stream size, existing temperature regime, the volume and temperature of stream baseflow, and the degree of shading. Some of this clearing would be a temporary impact related to construction of the road improvements. In these cases, disturbed areas would be revegetated and eventually would again provide shade to the stream. Other temporary impacts to aquatic biota related to construction include the potential for unintentional sediment discharges that degrade aquatic habitat and impair aquatic communities as described in **Section 2.4.3.A, Environmental Effects, Surface Water Quality**.

00015029

OP·LANES
M A R Y L A N D    I-495 & I-270 Managed Lanes Study    Final Natural Resources Technical Report

The conversion of open-space and forested areas to impervious surfaces has the potential to have a wide range of impacts on study area streams and their inhabitants. The scientific literature generally shows that aquatic insect and freshwater fish diversity decline in watersheds at 10 to 15 percent impervious cover, with sensitive elements of the communities being affected at even lower impervious levels (CWP, 2003). Often, impacts from imperviousness are most apparent in the macroinvertebrate community. Macroinvertebrates are relatively immobile and are quickly affected by habitat impacts such as bank erosion, sedimentation, and channel bed instability. While fish are more mobile than macroinvertebrates and can sometimes avoid short-term water quality or flow impacts, long-term changes in flow regime and habitat from imperviousness have been documented across the country. Sensitive fish that require clean and stable stream substrates for feeding and spawning are typically lost at approximately the 10 percent imperviousness threshold, while broader overall declines in the community are documented in the 10 to 15 percent impervious range (CWP, 2003). As discussed in **Section 2.4.2.A**, imperviousness of the greater watersheds within the Preferred Alternative LOD ranges from 11 to 25 percent, with the majority of the watersheds over 15 percent impervious.

The Preferred Alternative LOD will result in a net increase in impervious surfaces of 103.2 additional acres across all watersheds. For most watersheds, the individual increase in imperviousness associated with this study is minimal compared to the size of the watershed, or the amount of existing imperviousness. Additional impervious surface area would equate to less than one percent of the total watershed area for the Preferred Alternative LOD.

The additional impervious acreage added for the Preferred Alternative LOD is summarized in **Table 2-73** below. Through the use of erosion and sediment control measures, SWM, and other BMPs, MDOT SHA will mitigate impacts from any additional impervious area from the proposed project to the greatest extent practicable to avoid further declines in the quality of aquatic habitat and communities.

**Table 2-73. Additional Impervious Surfaces by Watershed**

| MD 12-Digit Watershed Name | MD 12-Digit Watershed | USGS 12-digit HUC Name | USGS 12-digit HUC Number | AC | SF |
|---|---|---|---|---|---|
| Potomac River/Rock Run | 21402020845 | Nichols Run-Potomac River | 20700081003 | 15.0 | 654,707 |
| Cabin John Creek | 21402070841 | Cabin John Creek | 20700081003 | 77.0 | 3,355,862 |
| Rock Creek | 21402060836 | Lower Rock Creek | 20700100102 | 0.8 | 32,670 |
| Muddy Branch | 21402020848 | Muddy Branch | 20700081001 | 7.2 | 313,196 |
| Watts Branch | 21402020846 | Watts Branch | 20700081002 | 3.2 | 137,214 |

Note: Part of the additional impervious surface area is in the Nichols Run-Potomac River HUC12 Watershed in Virginia and is not associated with an MD 12-digit Watershed.

## 2.9.4    Avoidance, Minimization, and Mitigation

Aquatic biota will be affected to some degree by the Preferred Alternative LOD. Efforts have been made throughout the planning process to avoid and minimize potential direct impacts to stream channels and these efforts would continue as the project design is refined. Avoidance and minimization efforts to date have included alignment shifts, reductions to roadside ditch widths to minimize the overall width of improvements, bridging waterways when feasible, and addition of retaining walls where practicable. During the development of the engineering layouts and the Preferred Alternative LOD, a process was used to limit or avoid impacts to sensitive environmental features. This included the application of five progressively narrower roadside typical sections, as described in **Section 2.3.4**, to minimize or avoid

00015030

 I-495 & I-270 Managed Lanes Study                Final Natural Resources Technical Report

impacts to these environmental and community resources. MDOT SHA has worked closely with regulatory agencies and resource managers to identify sensitive aquatic resources and to determine further potential avoidance and minimization as design is refined. Agency recommendations have been evaluated based on engineering and cost effectiveness and implemented wherever possible.

Bridges and natural bottom culverts will be used wherever possible to maintain natural stream substrate in areas where new or replaced culverts are necessary. However, opportunities for using natural bottom culverts may be limited because most existing culverts will be extended or augmented rather than replaced. Channel morphology will be evaluated, and culvert extensions designed to maintain aquatic life passage by avoiding downstream scour and channel degradation. Preliminary design includes culvert augmentations resulting from installing new pipes adjacent to existing culverts to provide additional area for flow. Based on culvert analysis, no culverts that are greater than 36 inches in diameter and drain an area of greater than 25 acres will be extended, except for those associated with culvert augmentations or replacements. Ongoing coordination is being conducted with MDNR and MDE to identify culverts within the Preferred Alternative LOD that are of concern for aquatic organism passage. A total of 42 culverts are greater than 150 feet long, of which 40 are existing and 2 are proposed culverts. Although aquatic organism passage may be currently limited within the Preferred Alternative LOD, additional impacts to aquatic organism passage will be avoided and minimized, where practicable.

Unavoidable direct impacts to stream channels will be mitigated in accordance with state and federal regulations through restoration projects aimed at replacing lost aquatic resource functions and services; for example, by improving water quality and providing high quality habitat for aquatic biota. Mitigation for stream channel impacts is discussed in **Section 2.3.4** and is covered in detail in the Final Compensatory Wetlands and Waterways Mitigation Plan (FEIS, Appendix O). Unavoidable impacts to forest from the I-495 & I-270 Managed Lanes Study will be regulated by MDNR under Maryland Reforestation Law and will adhere to all applicable local reforestation requirements. Mitigation for forests is discussed in more detail in **Section 2.7.4** and would be further coordinated in later stages of design.

All in-stream work will comply with the stream closure period for the designated use class of the stream, including that for culvert extensions, and any potential waiver requests would require agency approval(s). In-stream work is prohibited in Use I streams from March 1 through June 15. Riparian forests may be protected during river herring spawning periods by the voluntary time of year restriction for tree clearing that has been agreed upon from May 1 to July 31 of any year within a 3-mile buffer of the positive acoustic detection of the NLEB within the Phase 1 South portion of the corridor study boundary. Riparian forests shade streams and regulate water temperature. Additionally, MDOT SHA commits to maintaining existing or improving aquatic life passage in the primary (not overflow) culverts that are being replaced or extended and continuing to coordinate with MDNR, USFWS, NMFS, and MDE regarding aquatic life passage. In instances where an existing culverted stream crossing of a designated "major stream crossing" requires complete replacement, MDOT SHA agrees to design such replaced culverts to meet the passage criteria described by USFWS (USFWS, 2019b). In areas where culverts are being extended or augmented, retrofitting with a natural or nature-like stream bottom will continue to be considered as an option, pending detailed design.

Replacement of the ALB crossing the Potomac River will require extensive in-stream work, and best management practices will be implemented to avoid and minimize impacts to the river and its aquatic biota. MDOT SHA commits to conducting a mussel survey in the Potomac River surrounding the ALB, 10-meters upstream and 25-meters downstream of the temporary project LOD, for all Maryland State listed mussel species that are short-term and long-term brooders prior to construction and relocation of rare

00015031

 I-495 & I-270 Managed Lanes Study          Final Natural Resources Technical Report

species, if necessary. Construction approaches that minimize the temporal extent of in-water activities in the Potomac River surrounding the ALB will be considered to the extent practicable, such as using coffer dams and temporary construction trestles. Construction of causeways/trestles at the ALB will be considered a permanent impact to mussels and compensatory mitigation in the form of mussel surveys and relocation will be provided for these impacts. Causeways and trestles proposed adjacent to the existing ALB will be designed to minimize in-water fill and avoid impacting fish passage by maintaining river velocities below approximately 3 feet per second at commonly observed discharges (e.g., below 90 percentile) during the period in which anadromous fish are spawning (February 15 - June 15). Trestles or other non-fill accessways will be used in areas of deeper water (e.g., extending from the southern bank) to the extent practicable to minimize fill and associated flow restrictions.

Potential water quality impacts from construction would be minimized through strict adherence to mandated erosion and sediment control and SWM requirements. State-of-the-art erosion and sediment control techniques would be implemented in compliance with MDE regulations. SWM BMPs would be developed in compliance with all applicable MDE regulations and guidance to provide channel protection, protect water quality, and maintain baseflow, which would minimize the negative effects of the roadway improvements on aquatic biota. In particularly sensitive areas, other impact minimization activities may be considered and could include more specialized SWM options; redundant erosion and sediment control measures; monitoring of aquatic biota above and below sensitive stream crossings before and after construction to quantify any inadvertent impacts that occur at the crossing; fish relocation from dewatered work areas during construction to reduce fish mortality and use of a qualified environmental monitor on-site to enhance erosion and sediment control compliance. The Developer will also follow MDE's Best Management Practices for working in waterways, which are required under a Wetlands and Waterways Permit.

The P3 Developer will re-consult with NMFS when construction plans are developed for roadway crossings in anadromous fish use areas identified by MDNR to ensure that impacts due to construction and permanent fill are minimized to the extent practicable.

## 2.10   Rare, Threatened, and Endangered Species

### 2.10.1   Regulatory Context and Methods

Section 7 of the ESA of 1973 (16 U.S.C. Sections 1531-1544) requires all federal agencies to use their authorities to conserve endangered and threatened species in consultation with the USFWS and/or National Oceanic and Atmospheric Administration (NOAA) National Marine Fisheries Service (NMFS). Section 7(a)(2) (16 U.S.C. § 1536) establishes substantive requirements for federal agencies to insure, in consultation with the USFWS, any action authorized, funded, or carried out is not likely to jeopardize the continued existence of any endangered or threatened species or destroy or adversely modify designated critical habitat. The Section 7 implementing regulations (50 CFR Part 402) specify how federal agencies must fulfill their Section 7(a)(2) consultation requirements. Section 9 of the ESA (16 U.S.C. § 1538) prohibits any action that causes a "take" of species listed as endangered or threatened. "Take" is further defined as to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect, or to attempt any of these. The USFWS administers the ESA for all terrestrial and nontidal freshwater species, while the NMFS administers the ESA for marine and anadromous species or critical habitat. While there are no tidal areas within the Phase 1 South portion of the corridor study boundary, NMFS also regulates effects to other trust resources such as anadromous fish species, estuaries, and EFH. The Fish and Wildlife Coordination Act (FWCA) requires consultation with the NMFS to address impacts to fish and aquatic resources under

00015032



their jurisdiction. The MSFCMA requires consultation to address effects to fish and EFH identified under the MSFCMA. These resources are discussed in **Section 2.9, Aquatic Biota**.

The Maryland Nongame Endangered Species Conservation Act (Md. Code Ann., Nat. Res. § 10-2A-01 through 09) regulates activities that impact plants and wildlife, including their habitats, listed on the Maryland Threatened and Endangered Species list. Protections under the Act are for species listed as Endangered, Threatened, or In Need of Conservation (animals only). Endangered species are those whose continued existence in Maryland is in jeopardy. Threatened species are those that are likely, in the foreseeable future, to become endangered in Maryland. Species with a status of In Need of Conservation are animals whose population is limited or declining in Maryland such that it may become threatened in the foreseeable future if current trends or conditions persist. Any federal, state, local, or private constructing agency is required to cooperate and consult with MDNR regarding: the presence of listed species within a project area, field verification of habitat and/or populations of listed species, and avoidance and minimization efforts, as appropriate.

The Virginia Department of Agriculture and Consumer Services (VDACS), VDGIF, and VDCR cooperate in the protection of Virginia's state and federally listed threatened and endangered species. Threatened and endangered wildlife species are protected under the Virginia ESA of 1972 (Chapter 5 Wildlife and Fish Laws; Va. Code Ann., § 29.1¬563 through 570). Virginia's threatened and endangered plant and insect species are protected under the Endangered Plant and Insect Species Act of 1979 (Chapter 10 Endangered Plant and Insect Species of the Virginia Code; Va. Code Ann., § 3.2¬1000 through 1011). In addition, a cooperative agreement with the USFWS, signed in 1976, recognizes VDGIF as the designated state agency with regulatory and management authority over federally-listed animal species and provides for federal/state cooperation regarding the protection and management of those species. VDACS holds authority to enforce regulations pertaining to plants and insects. However, as per a memorandum of agreement between VDCR and VDACS, VDCR represents VDACS in comments regarding potential impacts to state-listed threatened and endangered plant and insect species.

The Information for Planning and Consultation (IPaC) tool was used to assess the potential presence of federally listed species under the jurisdiction of the USFWS. This online resource allows an assessment of potential listed species within an estimated action area. The IPaC official species list for both the Virginia and Chesapeake Bay Ecological Services field offices of the USFWS were originally accessed on July 11, 2018. Follow-up IPaC coordination occurred on October 24, 2019. The NMFS was contacted by email on July 16, 2018, regarding the potential presence of EFH or federally listed tidal aquatic threatened or endangered species.

The Maryland Trilogy Application was completed to assess the potential for the presence of Maryland state listed terrestrial or aquatic RTE species within the I-495 & I-270 Managed Lanes Study Phase 1 South portion of the corridor study boundary. This online application solicits state listed RTE species review from the MDNR WHS and MDNR ERP. In addition, mapped MDNR Sensitive Species Project Review Areas (SSPRA) were reviewed in Maryland to determine areas supporting or providing habitat buffers for RTE species within the Phase 1 South portion of the corridor study boundary. SSPRAs are mapped to include both sensitive species habitat and a buffer to allow potential activities anywhere within or near the SSPRA to be flagged for more detailed review by MDNR to determine if a sensitive species could potentially be affected. For Virginia state listed RTE species, the VDCR was contacted for information on the potential

00015033


I-495 & I-270 Managed Lanes Study                    Final Natural Resources Technical Report

presence of RTE plant and insect species within the Phase 1 South portion of the corridor study boundary. Response letters, online reviews, and other correspondence from the state and federal agencies responsible for rare, threatened, and endangered (RTE) species are included in **Appendix N**.

## 2.10.2   Existing Conditions

### A.  Northern Long-eared Bat and Indiana Bat

The USFWS Virginia field office 2018 official species list indicated the potential presence of the northern long-eared bat (*Myotis septentrionalis*) (NLEB) and the yellow lance (*Elliptio lanceolata*), both federally listed threatened species. The yellow lance appears to be presumed extirpated in the study area, as explained by USFWS in the *Species Status Assessment Report for the Yellow Lance (Elliptio lanceolata)* and the Final Rule (USFWS, 2018a and 2018b). No federally listed species were noted in the Chesapeake Bay field office official species list. However, in early 2019, during coordination meetings with MDOT SHA, USFWS voiced concerns about potential impacts from the I-495 and I-270 Managed Lanes Study in Maryland and Virginia to the NLEB and Indiana bat (*Myotis sodalis*) (IB), a federally-listed endangered species, due to positive detection of these species by Virginia Tech in areas surrounding the Phase 1 South portion of the corridor study boundary in their 2017 and 2018 spring/summer surveys. This concern was raised as a result of research being conducted on NPS lands in the Metropolitan Washington DC area by Virginia Tech (NPS Publication Pending). As a result of this new information, the USFWS met with MDOT SHA and FHWA on March 25, 2019, to further discuss project coordination efforts regarding the NLEB and IB.

Both listed bat species are found throughout the eastern and north-central US, hibernating in mines and caves during winter and spending the summer in wooded areas (USFWS, 2016; USFWS, 2018c). NLEB is typically a short distance migrant, with the distance from winter hibernacula in caves and mines to summer roosts being typically less than 50 miles (USFWS, 2016), while IB are known to migrate hundreds of kilometers from their hibernacula (USFWS, 2007b). No winter hibernacula exist within the Phase 1 South portion of the corridor study boundary for either species, but summer roosting and maternity habitat can include any patch of typically upland forest or loose clusters of trees that have individual live or dead trees with loose bark, crevices, cavities, or hollows. The NLEB will also use barns and sheds in areas where suitable roost trees do not occur (USFWS, 2016). Upland forest habitat that could serve as summer roost habitat for NLEB or IB occurs throughout the Phase 1 South portion of the corridor study boundary in Virginia and Maryland.

On July 18, 2019, the USFWS submitted a letter to the MDOT SHA providing comments on the IPaC Section 7 coordination for the two federally listed bat species. The USFWS letter specifies two potential ESA consultation pathways that can be used when transportation projects may affect the NLEB or IB. These include 1) the Programmatic Biological Opinion (BO) for Transportation Projects in the Range of the Indiana Bat and Northern Long-eared Bat, currently dated February 2018 due to revisions, and 2) the Programmatic Biological Opinion on Final 4(d) Rule for the Northern Long-eared Bat and Activities Excepted from Take Prohibitions, dated January 5, 2016. Either of these two Biological Opinions could be used to help facilitate ESA Section 7(a)(2) compliance for the I-495 & I-270 Managed Lanes Study.

00015034

According to the July 18, 2019, USFWS letter to MDOT SHA, the project would not qualify under the Programmatic BO for Transportation Projects referenced above because the project proposes to clear more than 20 acres of suitable habitat within any given five-mile section of roadway. The letter states that the project would qualify under the Programmatic BO on Final 4(d) Rule for the NLEB even though forest clearing may affect NLEB. However, the following conservation measures in the Final 4(d) Rule must be followed: Incidental take from tree removal is prohibited if it: (1) occurs within a 0.25-mile (0.4 kilometer) radius of known NLEB hibernacula; or (2) cuts or destroys known occupied maternity roost trees, or any other trees within a 150-foot (45-meter) radius from the known maternity tree during the pup season (June 1 through July 31). Based on the data collected by researchers at Virginia Tech over the previous three summers, the USFWS recommended that MDOT SHA conduct surveys to determine if IB are utilizing summer habitat within the Phase 1 South portion of the corridor study boundary. These studies, which would qualify as Conservation Measures under the Final 4(d) Rule for the NLEB, would include mist-netting, radio-tracking, visual bridge surveys, and emergence bridge surveys. These studies, which include visual bridge surveys and emergence bridge surveys, would qualify as "conservation measures" under Section 7(a)(I) of the ESA for the NLEB and are recommended for the IB to let the USFWS know if conservation measures need to be implemented to avoid adverse effects to the IB.

A follow-up meeting between the MDOT SHA, FHWA, and USFWS was held on July 26, 2019, to further discuss potential bat survey activities and to finalize an acceptable survey approach. It was determined that insufficient time was available to conduct trapping surveys within the acceptable window of May 15 to August 15, 2019. However, it was decided that bat surveys of bridges, both visual and emergence, adjacent to suitable forest habitat could be conducted prior to the August 15, 2019, deadline. Suitable forest habitat includes areas of contiguous forest meeting the definition of FIDS[11] habitat, in proximity to a water resource, or adjacent to areas where NLEB and IB were detected by the Virginia Tech researchers. A preliminary list of bridges to be surveyed was presented to the USFWS for approval at the July 26, 2019, meeting. After the meeting, the USFWS revised the list to include a few additional bridges. The USFWS also accepted the proposed approach to conduct bat emergence surveys at the ALB, an expansive bridge over a broad area of open water that would be difficult to visually survey.

Between August 5 and 12, 2019, 7 bridge structures and associated ramp bridges within the Phase 1 South portion of the corridor study boundary were assessed for the presence of roosting bats or their suitability to support roosting bats. While suitable bat roosting habitat features were present on most bridges, most did not combine all necessary habitat variables. Bat guano was found beneath the ALB on the Maryland side of the Potomac River, the McArthur Boulevard/Clara Barton Parkway Westbound bridge, and the bridge over Seven Locks Road. Based on the results of the visual assessment, there was no evidence of use of the bridges by the NLEB or IB. However, five big brown bats, not state or federally listed, were found day-roosting singly within gaps between pier caps of the bridge over the McArthur Boulevard/Clara Barton Parkway Westbound bridge. All five roosting bats were in locations with a vertical clearance of at least 10 feet with forested habitat adjacent to the bridge. All had small amounts of guano on the ground beneath them suggesting that these were not extensively used roosts. Bat emergence surveys were

[11] FIDS habitat is described as forests at least 50 acres in size with 10 or more acres of forest interior habitat (i.e., forest greater than 300 feet from the nearest forest edge) or riparian forests at least 50 acres in size with an average total width of at least 300 feet.

00015035

  I-495 & I-270 Managed Lanes Study    Final Natural Resources Technical Report

conducted at the ALB on August 12, 2019. Small and larger bats were observed flying beneath or near the bridge, but no bats were definitively confirmed exiting the bridge structures.

Based on suitable conditions for bridge roosting reported in the literature and evidence of roosting bats from this study, Phase 1 South portion of the corridor study boundary bridges that support or could support roosting bats include the ALB, Clara Barton Parkway Eastbound bridge (not surveyed due to construction, but with conditions similar to the McArthur Boulevard/Clara Barton Parkway Westbound bridge), McArthur Boulevard/Clara Barton Parkway Westbound bridge, and Seven Locks Road bridge. Details of the bridge visual and bridge emergence surveys can be found within the *Bridge Survey Report for the Northern Long-eared Bat (Myotis septentrionalis) and Indiana Bat (Myotis sodalis)* in **Appendix P**.

The IPaC reviews for the USFWS Virginia and Chesapeake Bay field offices were rerun on October 24, 2019. Both field offices listed only the NLEB as potentially occurring within the Phase 1 South portion of the corridor study boundary. The yellow lance, which was reported in the 2018 official species list, appears to be presumed extirpated in the area near the Phase 1 South portion of the corridor study boundary, as explained by USFWS in a 2018 Final Rule regarding the species. To apply "conservation measures" under Section 7(a)(I) of the ESA for the NLEB, MDOT SHA proposed informational mist netting and presence/absence acoustic surveys and radio tracking in areas with positive acoustic identification of rare, threatened, and endangered bat species during the survey window of May 15 through August 15, 2020. The USFWS concurred with the study team's survey approach on March 11, 2020. USFWS subsequently asked that mist netting and radio telemetry surveys be removed from the study plan due to concerns of transmission of COVID-19 to bats. Coordination with the USFWS and researchers from Virginia Tech regarding these studies is ongoing.

MDOT SHA determined suitable locations for deploying the acoustic survey devices by conducting a broad mapping study within the Phase 1 South portion of the corridor study boundary of suitable maternity roosting and foraging habitat and travel corridors for these bats. Using a GIS approach for linear projects, each forest stand at least 15 acres in size within the Phase 1 South portion of the corridor study boundary was mapped. Follow-up field assessments then identified each stand as being more likely, less likely, or unlikely to be used by NLEB or IB.

A meeting between the MDOT SHA, FHWA, USFWS, and MDNR was held on April 20, 2020, to summarize the results of the bat habitat assessments and to outline a more precise acoustic survey approach based on these results. During the meeting, MDNR also requested that MDOT SHA include acoustic surveys for the state-listed endangered small-footed bat (*Myotis leibii*) (SFB) and that bridge surveys for the presence of roosting bats be conducted on the Clara Barton Parkway East Bound bridges since they were under construction in 2019 and could not be adequately surveyed at that time. On June 29, 2020, a diurnal survey was conducted of abutments, decking, and piers of the Clara Barton Parkway East Bound bridge looking for the presence of roosting bats or bat guano. No bats or bat guano were found beneath the bridge and associated ramps during the survey. The Clara Barton Parkway West Bound bridge and associated ramps were resurveyed during the 2020 bridge surveys to see whether bats were again found roosting within gaps between the pier caps, as observed in 2019. Two individuals of the same species, big brown bat, found in 2019, were again found roosting under the bridge in 2020. The results of the 2020 bridge surveys are included within the *Additional Bridge Survey Report for the Northern Long-eared Bat (Myotis septentrionalis) and Indiana Bat (Myotis sodalis)* in **Appendix P**.

00015036

 I-495 & I-270 Managed Lanes Study                    Final Natural Resources Technical Report

On June 10, 2020, the USFWS approved the *I-495 & I-270 Managed Lanes Study Acoustic Surveys Technical Study Plan for Threatened and Endangered Bat Species* (**Appendix P**), which was used as a framework for conducting the acoustic surveys for threatened and endangered bat species within the Phase 1 South portion of the corridor study boundary during summer 2020. As noted above, MDOT SHA and FHWA agreed to conduct the acoustic surveys to satisfy Section 7(a)(1) of the ESA. Section 7(a)(1) requires federal agencies to use their authorities to further the conservation of listed species. The deployment of acoustic detectors followed the survey protocol for linear projects and included a minimum of 2 detector nights of effort per 1 kilometer of suitable habitat. Based on the habitat data, approximately 66 kilometers of suitable habitat were identified within the corridor study boundary. This resulted in a minimum of 132 acoustic detector nights of survey for the project and 66 detector locations. Twenty of these locations were within the Phase 1 South portion of the corridor study boundary and 16 of these locations were within the Preferred Alternative LOD. Detectors were placed within forest stands mapped as more likely and less likely suitable habitat areas within the Phase 1 South portion of the corridor study boundary during June and July 2020. Each acoustic survey location was surveyed at least twice, and all recorded call data were analyzed using Kaleidoscope® Pro (Wildlife Acoustics Inc.) acoustic identification software.

The survey resulted in the recording of 15,059 bat calls at 16 sites in the Preferred Alternative LOD. One NLEB presence was detected at a site within the Phase 1 South portion of the corridor study boundary along I-495 south of I-270 spur, but this site is not located within the Preferred Alternative LOD. No calls were recorded of either IB or SFB. Details of the acoustic study, including mapping locations of acoustic sampling sites and all acoustic survey protocols and recorded data are included in the *I-495 & I-270 Managed Lanes Study Threatened and Endangered Bat Habitat Assessment and Acoustic Survey Report* in **Appendix P**.

The tri-colored bat (*Perimyotis subflavus*) and little brown bat (*Myotis lucifugus*) are both state Endangered species in Virginia and both species statuses are Under Review federally. The Virginia Department of Wildlife Resources requested via Virginia Department of Environmental Quality's DEIS comment letter dated October 1, 2020, that the I-495 & I-270 Managed Lanes Study either conduct a roost tree survey within the Virginia portion of the Preferred Alternative or adhere to a time of year restriction for tree clearing from April 1 – October 31 in any year to avoid impact to bat roost trees during roosting season.

Biologists conducted acoustic data analysis on behalf of MDOT SHA for the tri-colored bat and little brown bat in the Virginia portion of the Preferred Alternative LOD, using the data collected in 2020 for the NLEB and IB acoustic survey. The MLS acoustic bat survey around the ALB confirmed presence of the tri-colored bat, but no little brown bats were identified. The Virginia LOD area was assessed for bat habitat as part of the MLS acoustic survey, with "Forest Habitat Type (FHT) 1" areas indicating suitable habitat; "FHT 2" areas indicating some suitable habitat; and "FHT 3" areas indicating unsuitable habitat. There are 14.4 acres of suitable habitat, 18.2 acres of somewhat suitable habitat, and 17.5 acres of unsuitable habitat in the Virginia portion of the Preferred Alternative.

00015037

## B. Fisheries

A response was received on August 9, 2018, from NMFS stating the corridor study boundary lies outside the limits of potential direct or indirect effects to federally listed or proposed threatened or endangered species under the jurisdiction of NMFS. Therefore, further consultation with NMFS under Section 7 of the ESA is not needed unless the study changes substantially or new information becomes available.

The NMFS provided comments on the DEIS and SDEIS regarding upstream passage of diadromous fish in the Potomac River and Cabin John Creek, included in FEIS. Further discussion of diadromous fish is included in **Section 2.9**, since these species are not rare, threatened, or endangered.

## C. SSPRAs

MDNR has mapped one SSPRA that intersects with the Phase 1 South portion of the corridor study boundary along the Potomac River. As mentioned previously, these mapped areas include both sensitive species habitat and a buffer to allow potential activities within the SSPRA to be flagged for more detailed review by MDNR to determine if a sensitive species could potentially be affected. Presence of an SSPRA within the Phase 1 South portion of the corridor study boundary does not necessarily mean an impact would occur. **Table 2-74** displays the total acreage of SSPRA located within the Phase 1 South portion of the corridor study boundary.

**Table 2-74. SSPRA Acreage within the  Phase 1 South Portion of the Corridor Study Boundary**

|  | Permanent | Temporary | Total |
|---|---|---|---|
| Total SSPRA in Acres | 24.23 | 19.28 | 43.51 |

## D. State-listed Species

### Plants

MDNR issued a response letter to MDOT SHA's request for review dated July 17, 2018, that documented areas of concern with regards to potential study-related impacts to RTE plant species. No state-listed wildlife species were identified as RTE within the Phase 1 South portion of the corridor study boundary. Follow-up coordination with MDNR resulted in a revised response letter dated September 11, 2018, with additional comments and more detailed descriptions of the potentially affected RTE plant species. A meeting was then held with MDNR on September 14, 2018, to further discuss the potential RTE occurrences within the Phase 1 South portion of the corridor study boundary. MDNR indicated which RTE plant species should be surveyed in the field if suitable habitat exists within the Phase 1 South portion of the corridor study boundary MDOT SHA agreed to conduct state listed RTE plant habitat assessments to determine the presence of suitable habitat and subsequent targeted species surveys to look for RTE plant species within areas determined to have suitable habitat.

Prior to conducting the RTE habitat assessments, available habitat and population occurrence information on each RTE plant species of concern were gathered from published botanical references and records from the MDNR herbarium. Areas identified within the Phase 1 South portion of the corridor study boundary as having potential for RTE species were then investigated in the field to verify and document the presence of suitable habitat for the given species. Areas determined to contain suitable habitat were delineated and mapped, and photographs were taken to document suitable habitat areas. Where suitable

00015038

RTE plant species habitat was found during the habitat assessments, targeted species surveys were completed to confirm whether any RTE plant species occur within the Phase 1 South portion of the corridor study boundary. Targeted species surveys are species specific field surveys within suitable habitat and at appropriate seasons of occurrence to determine presence or absence of the species within the Phase 1 South portion of the corridor study boundary. Because the areas the MDNR recommended for RTE plant surveys occur on NPS property near the Potomac River, permission to access NPS lands first had to be obtained. Permission was granted in July 2019, and the RTE plant survey was then carried out within the Phase 1 South portion of the corridor study boundary (**Appendix R**).

Summer 2019 surveys were conducted by walking transects through the area of appropriate habitat during the most likely times of occurrence (e.g., flowering or seeding). Transects were walked to cover all areas of suitable habitat within the study boundary. If a targeted RTE plant species were to be found, all individuals of the population would be counted, or an estimate made of the number of individuals for large populations. Additionally, the population would be surveyed; detailed notes would be taken on the condition of the population as well as other plant species growing with the RTE species; potential threats would be noted; and photographs would be taken of the population and individual plants as appropriate.

The targeted RTE species include the species shown in **Table 2-75**, located within riparian areas on NPS lands along the Potomac River in the southwestern portion of the Phase 1 South portion of the corridor study boundary.

**Table 2-75. RTE Plant Species in Riparian Areas of the Potomac River Within the Phase 1 South Portion of the Corridor Study Boundary, as Indicated by MDNR**

| Scientific Name | Common Name | Status |
|---|---|---|
| *Rumex altissimus* | Pale dock | Endangered |
| *Paspalum repens* var. *fluitans* | Horse-tail Crown Grass | Endangered |
| *Matelea obliqua* | Climbing milkvine | Endangered |
| *Baptisia australis* | Blue wild indigo | Threatened |
| *Coreopsis tripteris* | Tall tickseed | Endangered |
| *Phacelia covellei* | Buttercup scorpion-weed | Endangered |

All of the listed species are known to occur on scour bars of the Potomac River or within the adjacent floodplain, and MDNR recommended habitat surveys of the area where the Potomac River crosses the Phase 1 South portion of the corridor study boundary to determine whether suitable habitat exists for the listed species. Small areas of suitable RTE habitat were found within upland terrace forest and on scour bars/riverside outcrop barrens. Much of the forested upland terrace areas within the proposed limits of disturbance had dense invasive species cover within the understory, vine, and groundcover layers. Dominant species included bush honeysuckle (*Lonicera* spp.), Asian bittersweet (*Celastrus orbiculatus*), Japanese stilt grass (*Microstegium vimineum*), and ground ivy (*Glechoma hederacea*). The scour bar areas occurred beneath the ALB and intermittently downstream to the extent of the Phase 1 South portion of the corridor study boundary. Areas beneath the bridge appeared to be frequently flooded and may not have been able to support herbaceous vegetation growth, as much of the area was bare mud. Riverside outcrop barrens occurred on boulders at the edge of the river, but these areas had very little soil.

00015039

 I-495 & I-270 Managed Lanes Study          Final Natural Resources Technical Report

Vegetation present in this area included sapling American sycamore (*Platanus occidentalis*) and Rand's goldenrod (*Solidago simplex* ssp. *randii* var. *racemosa*). None of the targeted RTE plant species were found during the surveys. One of the targeted species, buttercup scorpion-weed (*Phacelia covellei*), is an early spring blooming herbaceous plant that would not have been present at the time of the surveys. MDNR reviewed the limits of the Preferred Alternative and did not find any additional RTE species outside of the Potomac River Gorge area.

A response letter was issued by the VDCR Division of Natural Heritage on May 3, 2018, that presented a table of natural heritage resources, including the habitat of RTE plant and animal species, within a two-mile radius of the Phase 1 South portion of the corridor study boundary. Follow up coordination with the VDCR resulted in a revised response letter dated July 31, 2019, that provided a list of natural heritage resources within their database that occur within the narrower Phase 1 South portion of the corridor study boundary. The VDGIF online Fish and Wildlife Information Service was accessed on March 19, 2019, to identify species of conservation concern within a three-mile radius of the Phase 1 South portion of the corridor study boundary. This list includes all federal and state-listed threatened and endangered animal species.

The July 31, 2019, response letter from VDCR indicated that the Phase 1 South portion of the corridor study boundary overlaps the Potomac Gorge Conservation Site. According to VDCR, conservation sites are tools for representing key areas of the landscape that warrant further review for possible conservation action because of the natural heritage resources and habitat they support. Conservation sites are like SSPRAs tracked by the MDNR in Maryland and discussed above. The Potomac Gorge Conservation Site has been given a biodiversity significance rank of B1, which represents a site of outstanding significance. The list of the natural heritage resources known to occur within the Potomac Gorge Conservation site includes several state-listed rare plant and invertebrate fauna. While not protected under state or federal laws, these species are tracked by the state because they are vulnerable to becoming state threatened or endangered. Additionally, the NPS has identified state and globally rare plants and invertebrates from national park property within the Potomac Gorge on both sides of the Potomac River through numerous distributional surveys over the past ten to twenty years.

Further coordination with the NPS in late 2019 resulted in an expanded list of RTE plants from the Chesapeake and Ohio Canal National Historical Park (CHOH) unit that potentially occur or historically occurred within or near the Phase 1 South portion of the corridor study boundary. The NPS requested that MDOT SHA conduct field surveys for these species within the Phase 1 South portion of the corridor study boundary where suitable habitat exists. In early 2020, MDOT SHA submitted a request to the NPS for research permits to authorize targeted plant surveys within the CHOH and George Washington Memorial Parkway (GWMP) unit portions of the Phase 1 South portion of the corridor study boundary. In email correspondence regarding the acquisition of the permits, the NPS indicated that within the CHOH unit there were 52 RTE plant species, in addition to the 15 species that they had previously listed, known to occur or that historically occurred within 500 meters of the current I-495 centerline. They requested that these plants be added to the list of species to be surveyed. For the GWMP unit, the NPS requested that an additional 15 plant species known from nearby Turkey Run and Potomac Heritage Trail be added to the survey list. A conference call with the NPS to discuss the expanded plant list was convened on March 27, 2020. Following the call, MDOT SHA agreed to add the additional species to the overall survey protocol, but limited focused surveys to only cover those species that were state listed threatened or

00015040



endangered. An exception was made for one species, *Boechera dentata*, that has a state rank in Virginia and Maryland of rare. This species was included on the VDCR list of RTE plants for which MDOT SHA had already agreed to survey. All other species with a state rank of rare would be noted in the field if encountered but would not be specifically targeted. **Table 2-76** provides a list of the 41 species of RTE plants that were targeted for survey within the portion of the Potomac Gorge that is within the Phase 1 South portion of the corridor study boundary, their rank and status within each state, suitable habitat, recommended survey season, and localities where previously found, if known. Within the Maryland portion of the survey, 39 plant species were targeted while within the Virginia portion of the survey, 11 species were targeted.

Plummers Island is a 12-acre island located in the Potomac River within the Potomac Gorge and the Chesapeake and Ohio Canal National Historical Park in Montgomery County, Maryland, adjacent to the American Legion Bridge. The island is separated from the mainland by the oxbow of the Potomac River. Plummers Island is considered the most scientifically studied island in North America, where biologists have documented a great diversity of flora and fauna. The island is the headquarters of the Washington Biologists Field Club, a group incorporated in 1901 to promote the study of biology in the Washington, DC area. The western end of Plummers Island is within the Phase 1 South portion of the corridor study boundary and includes several rock outcroppings, a vernal pool wetland, mature upland forest, terrace and riparian habitat, two Washington Biologists Field Club vegetation research plots, and several species of state listed plants identified during the I-495 & I-270 Managed Lanes Study RTE Plant Survey in 2020, including *Paspalum fluitans, Phacelia covillei, Rumex altissimus, Monarda clinopodia, Solidago simplex* ssp. *randii* var. *racemosa,* and *Hibiscus laevis*. See the RTE Plant Species Survey (**Appendix R**) mapping for more specific locations of where these plant species were identified on the island.

00015041

OP·LANES
MARYLAND | I-495 & I-270 Managed Lanes Study

Final Natural Resources Technical Report

**Table 2-76. RTE Targeted Plant Species Survey within the Potomac River Gorge Portion of the Preferred Alternative**

## MARYLAND

| Scientific Name | Common Name | Rank/ Status[1] | State | Flowering/ Fruiting | Habitat | Survey Period | Documented Location |
|---|---|---|---|---|---|---|---|
| Arabis patens | Spreading Eared Rockcress | S3G3/S1G3 | MD/ VA | Apr-May | Crevices/thin soils on outcrops/River floodplain forest | Early May | Turkey Run Park |
| Astragalus canadensis | Canadian Milk-Vetch | S1G5 Endangered | MD | Flw: Jul; Fr: late Jul-Aug | Scoured bedrock terraces, rocky dry woodlands | Jul | Unknown |
| Baptisia australis | Blue Wild Indigo | S2G5 Threatened | MD | May-Jun | Flood scoured rocky/gravelly bars/outcrops along rivers | May | Unknown |
| Bromus latiglumis | Early-leaf Brome | S1G5 Endangered | MD | Flw/Fr: late Aug-mid Sep | Floodplain forests and river bluffs, often over calcareous (limestone, shale, shell-marl?) substrates. | Sep | Unknown |
| Carex careyana | Carey's Sedge | S1G4G5 Endangered/ S3G4G5 | MD/ VA | Flw/Fr: late Apr-May (Jun) | Rich upland or floodplain woods, often over limestone | May | Turkey Run & Great Falls Parks |
| Carex hitchcockiana | Hitchcock's Sedge | S1G5 Endangered | MD | Flw/Fr: (late Apr)/May-early Jun | Upland forests over calcareous substrates (limestone, shell-marl), less commonly in rich alluvium | May | Unknown |
| Clematis viorna | Vasevine | S3G5 | MD | May-Jun | Rocky forests/Outcrops/Rocky River Shores-Calciphile | Jul | Unknown |
| Corallorhiza wisteriana | Spring Coralroot | S1G5 Endangered | MD | Flw: late Apr-early May: Fr: Jun. | Descriptions tend to the general, e.g., "rich woods" corresponding on occasion to basic mesic forests over limestone or coastal shell-marl deposits | May | Unknown |
| Coreopsis tripteris | Tall Tickseed | S1G5 Endangered | MD | Aug-Sep | Riverside prairie/Outcrops-Calciphile | Sep | Unknown |
| Hybanthus concolor | Eastern Green-Violet | S3G5 | MD | May-Jun | Mesic slope forests, dry rocky forests-Calciphile | May | Unknown |
| Cuscuta polygonorum | Smartweed Dodder | S1G5 Endangered/ S1G5 | MD/ VA | Jul-Sep | Riverine marsh, oxbows. | Sep | Unknown |

00015042

 I-495 & I-270 Managed Lanes Study

Final Natural Resources Technical Report

| Scientific Name | Common Name | Rank/ Status[1] | State | Flowering/ Fruiting | Habitat | Survey Period | Documented Location |
|---|---|---|---|---|---|---|---|
| Erigenia bulbosa | Harbinger-of-Spring | S3G5/S3G5 | MD/ VA | Feb-May | Floodplain and mesic slope forests | Late Mar-Early Apr | Great Falls and Turkey Run Parks |
| Erythronium albidum | Small White Fawn-Lily | S2G5 Threatened/ S2G5 | MD/ VA | Flw: late Mar-late Apr: Fr: May | Mature floodplain terrace forests in rich alluvium. | Apr | Turkey Run, Great Falls, & Theodore Roosevelt Island |
| Galactia volubilis | Downy Milk-Pea | S5G3 | MD | Jul-Aug | Dry woodlands, barrens, and clearings | Early-Mid Jul | Unknown |
| Gentiana villosa | Striped Gentian | S1G4 Endangered | MD | Flw: Sep; Fr: Oct-Nov | Dry, sandy edges of pine forests, dry forest over serpentine. Plants often along rights-of-way. | Sep | Unknown |
| Geum aleppicum | Yellow Avens | S1G5 Endangered/ SHG5 | MD/ VA | Flw: summer | High elevation seepage swamps. Floodplain forests, and mesic or alluvial shaded clearings. Rare, n. mountains and n. Piedmont; no specimens have been collected in Virginia since 1945. | Jul | Unknown |
| Scientific Name | Common Name | Rank/ Status1 | State | Flowering/ Fruiting | Habitat | Survey Period | Documented Location |
| Helianthus occidentalis | Few-leaf Sunflower | S1G5 Threatened/ S1G5T5 | MD/ VA | Aug-Oct | Riverside prairies/Outcrops | Sep | Unknown |
| Hibiscus laevis | Halberd-leaf Rose-Mallow | S3G5 | MD | July-Sep | Depositional bars, river shores, canals, ditches, ponds | Early-Mid Jul | Unknown |
| Homalosorus pycnocarpos | Glade Fern | S2G5 Threatened | MD | Aug-Sep | Rich, mesic ravines (shell-marl), steep rocky "seepy" slopes in mesic mixed forests, often over mafic substrates. | Sep | Unknown |
| Iresine rhizomatosa | Juda's-Bush | S1 G5 Endangered | MD | Aug-Sep/ Sep-Dec | Deep pockets of alluvial silt and sand along flood channels and riverbanks | Sep | Potomac Gorge |
| Lipocarpha micrantha | Small-flower Halfchaff Sedge | S1G5 Endangered/ S2G5 | MD/ VA | Aug-Oct | Seasonally exposed shores and bars on large rivers; riparian shorelines in muddy/sandy soils exposed during low-flow periods | Sep | Montgomery County |

00015043

 I-495 & I-270 Managed Lanes Study

Final Natural Resources Technical Report

| Scientific Name | Common Name | Rank/ Status[1] | State | Flowering/ Fruiting | Habitat | Survey Period | Documented Location |
|---|---|---|---|---|---|---|---|
| Maianthemum stellatum | Starry False Solomon's-Seal | S2G5 Endangered/ S2G5 | MD/ VA | Apr-Sep | Riverside sand and rock bars, rich floodplain forests, seepage swamps | Late Mar-Early Apr | Turkey Run & Great Falls Parks |
| Matelea obliqua | Climbing Milkvine | S1S2G4? Endangered | MD | Jun-Jul/Sep | Bedrock scour and terrace woodlands in rich alluvium, upland forests, barrens, glades, clearings, and roadsides over limestone or shale substrates | Jul | Montgomery County |
| Mecardonia acuminata | Axil-Flower | S2G5 Endangered | MD | Late Aug-Early Sep | Roadsides, sandpits, utility rights-of-way, rocky pools and seeps | Sep | Unknown |
| Monarda clinopodia | White Bergamot | S3S4G5 | MD | Jun-Jul | Rich alluvial soils of streams and rivers | Early-Mid Jul | Potomac River |
| Paspalum repens var. fluitans | Horse-tail Crown Grass | S2G5 Threatened | MD | Late Aug-Sep | Floodplain seeps/pools in muck soils; seasonally exposed rocky stream channels | Sep | Unknown |
| Phacelia covillei | Buttercup Scorpion-Weed | S2G3 Threatened/ S1 | MD/ VA | Apr-May | Rich, well-drained floodplain and adjacent slope forests | Late Mar-Early Apr | Clara Barton and Turkey Run Parks |
| Phaseolus polystachios | Thicket Bean | S3G5 | MD | Jul-Sep | Rocky ravines, scoured bedrock terrace forests, forest edges and hedgerows | Early-Mid Jul | Unknown |
| Polygala polygama | Racemed Milkwort | S1G5 Threatened | MD | Jun-Jul | Dry, rocky or gravelly barrens, bedrock scour bars and woodlands | Late May | Montgomery County |
| Potamogeton foliosus | Leafy Pondweed | S2G5 | MD | Jul-Oct | Ponds and coastal streams in tidal and nontidal reaches | Sep | Unknown |
| Pycnanthemum verticillatum | Whorled Mountain-Mint | S2G5 Threatened | MD | Late Jun-Jul | Circumneutral seepage wetlands, dry to mesic calcareous meadows and glades | Jul | Unknown |
| Sida hermaphrodita | Virginia Fanpetals | S1G3 Endangered/ S1G3 | MD/ VA | Jul-Oct | Frequently scoured gravel bars and river island shorelines | Early-Mid Jul | Potomac River shore near Spout Run |
| Rumex altissimus | Pale Dock | S1G5 Endangered | MD | May-Jun | Frequently flooded zones along rivers in sandy/gravelly alluvium; also forested wetlands in muck soils | May | Unknown |

00015044

 I-495 & I-270 Managed Lanes Study

Final Natural Resources Technical Report

| Scientific Name | Common Name | Rank/ Status[1] | State | Flowering/ Fruiting | Habitat | Survey Period | Documented Location |
|---|---|---|---|---|---|---|---|
| *Sagittaria rigida* | Sessile-fruit Arrowhead | S1G5 Endangered/ S1G5 | MD/ VA | Jul-Sep | Delmarva Bays; spring-fed seepage ponds in the mountains; historical habitats may have included vernal pools in the Piedmont and Ridge and Valley | Sep | Unknown |
| *Salix interior* | Sandbar Willow | S1G5 Endangered/ S1G5TNR | MD/ VA | Feb-Jun | Rocky scour bars and scrub-woodlands along the Potomac River | Apr-Oct | Potomac River |
| *Silene nivea* | Snowy Catchfly | S1G4? Endangered/ S1G4? | MD/ VA | May-Aug | Mature floodplain and terrace forests over rich alluvial soils | Late May | Unknown |
| *Solidago simplex* ssp. *randii* var. *racemosa* | Rand's Goldenrod | S1G3 Threatened/ S1G3? | MD/ VA | Early-Mid Jun | Cliff faces and crevices with shell deposits; riverside woodlands, prairies, outcrops, and rocky bars | Jul | Turkey Run Park and Gulf Branch |
| *Triphora trianthophoros* | Threebirds | S1G4? Endangered/ S1G3G4T3T4 | MD/ VA | Mid-Late Aug-Early Sep | Rich, humid hardwood forests | Sep | Presumed extirpated from the Gold Mine Tract, Great Falls |
| *Valeriana pauciflora* | Large-flower Valerian | S1G4 Endangered/ S1G4 | MD/ VA | Late Apr-Mid May | Rich alluvial soils of mature mesic mixed or bottomland hardwood forests | May | Turkey Run & Great Falls Parks |

00015045



OP·LANES™ | I-495 & I-270 Managed Lanes Study

Final Natural Resources Technical Report

## VIRGINIA

| Scientific Name | Common Name | Rank/ Status[1] | State | Flowering/ Fruiting | Habitat | Survey Period | Documented Location |
|---|---|---|---|---|---|---|---|
| Arabis patens | Spreading Eared Rockcress | S3G3/S1G3 | MD/ VA | Apr-May | Crevices/thin soils on outcrops/River floodplain forest | Early May | Turkey Run Park |
| Borodinia dentata | Short's False Rockcress | S3G5/S1G5 | MD/ VA | Mar-Jun | Rich, well-drained floodplain and river bluff forests | Late Mar-Early Apr | Unknown |
| Carex careyana | Carey's Sedge | S1G4G5 Endangered/ S3G4G5 | MD/ VA | Flw/Fr: late Apr-May (Jun) | Rich upland or floodplain woods, often over limestone | May | Turkey Run & Great Falls Parks |
| Erigenia bulbosa | Harbinger-of-Spring | S3G5/S3G5 | MD/ VA | Feb-May | Floodplain and mesic slope forests | Late Mar-Early Apr | Great Falls and Turkey Run Parks |
| Erythronium albidum | Small White Fawn-Lily | S2G5 Threatened/ S2G5 | MD/ VA | Flw: late Mar-late Apr: Fr: May | Mature floodplain terrace forests in rich alluvium. | Apr | Turkey Run, Great Falls, & Theodore Roosevelt Island |
| Maianthemum stellatum | Starry False Solomon's-Seal | S2G5 Endangered/ S2G5 | MD/ VA | Apr-Sep | Riverside sand and rock bars, rich floodplain forests, seepage swamps | Late Mar-Early Apr | Turkey Run & Great Falls Parks |
| Phacelia covillei | Buttercup Scorpion-Weed | S2G3 Threatened/ S1 | MD/ VA | Apr-May | Rich, well-drained floodplain and adjacent slope forests | Late Mar-Early Apr | Clara Barton and Turkey Run Parks |
| Sida hermaphrodita | Virginia Fanpetals | S1G3 Endangered/ S1G3 | MD/ VA | Jul-Oct | Frequently scoured gravel bars and river island shorelines | Early-Mid Jul | Potomac River shore near Spout Run |
| Senecio suaveolens | False Indian-Plantain | S1G4 Endangered/ S2G4 | MD/ VA | Flw: Aug; Fr: Sep-Oct | A variety of open to lightly-shaded habitats along river banks, light-gaps on the floodplain, side channels and pond and pool margins. | Sep | Turkey Run & Great Falls Park |
| Solidago simplex ssp. randii var. racemosa | Rand's Goldenrod | S1G3 Threatened/ S1G3? | MD/ VA | Early-Mid Jun | Cliff faces and crevices with shell deposits; riverside woodlands, prairies, outcrops, and rocky bars | Jul | Turkey Run Park and Gulf Branch |
| Valeriana pauciflora | Large-flower Valerian | S1G4 Endangered/ S1G4 | MD/ VA | Late Apr-Mid May | Rich alluvial soils of mature mesic mixed or bottomland hardwood forests | May | Turkey Run & Great Falls Parks |

Source: Townsend, 2019; MDNR, 2019; Weakley et al., 2012; Brown and Brown, 1984

[1]State Rank: S1=Critically Imperiled/Highly State Rare; S2=Imperiled/State Rare; S3=Vulnerable/Watchlist; T=Subspecies/Variety Ranked Differently than Species

Global Rank: G3=Vulnerable; G4=Apparently Secure; G5=Secure; ?=Inexact Numeric Rank; NR=Not Ranked

00015046

 I-495 & I-270 Managed Lanes Study   Final Natural Resources Technical Report

The above referenced NPS Potomac Gorge surveys also noted numerous Virginia state first records for various species of beetles (Steury et al., 2018; Steury, 2018a; Steury, 2018b; Steury, 2017; Steury and MacCrae, 2014; Steury and Messer, 2014; Cavey et al., 2013; Evans and Steury, 2012; Steury et al., 2012), moths (Steury et al., 2007), caddisflies (Flint, 2011), and land snails and slugs (Steury and Pearce, 2014). VDCR also indicated the potential presence of other *Stygobromus* amphipod species within the Phase 1 South portion of the corridor study boundary. A discussion of these newly documented invertebrate species is included in **Section 2.8 Terrestrial Wildlife** since they do not yet have designated state or federal rare, threatened, or endangered species ranks or statuses. VDCR and the NPS recommended conducting plant surveys to document whether any of the listed species are presently located within the Phase 1 South portion of the corridor study boundary.

In early 2020, NPS Scientific Research and Collecting Permits were obtained for the CHOH and GWMP units within the Potomac River Gorge area. Plant surveys were then conducted within the CHOH and GWMP units of the Phase 1 South portion of the corridor study boundary during four distinct seasons, including early April, late May, mid-July, and mid-September, to capture the potential flowering or seeding/fruiting times of each of the 41 targeted plant species.

Results of the targeted plant surveys are summarized in the *Rare, Threatened, and Endangered Plant Survey Report I-495 & I-270 Managed Lanes Study* in **Appendix R**. This plant survey report was reviewed and approved by MDNR via e-mail on July 23, 2021. This correspondence with MDNR is included in **Appendix N.** Within the Phase 1 South portion of the corridor study boundary in Virginia, two of the 11 RTE plant species were found, including Carey's sedge (*Carex careyana*) and buttercup scorpion-weed (**Appendix R**, *Rare, Threatened, and Endangered Plant Survey Report I-495 & I-270 Managed Lanes Study, November 2020*, Figure 3). Carey's sedge occurred in one small patch of about 17 plants in mesic forest on the upland terrace just above the active floodplain of the Potomac River, downstream of the ALB. Buttercup scorpion-weed was more widely scattered upstream and downstream of the ALB within this same upland mesic terrace, with plants numbering in the thousands.

On the Maryland side, seven of the 39 RTE plant species were documented within the Phase 1 South portion of the corridor study boundary (**Appendix R**, *Rare, Threatened, and Endangered Plant Survey Report I-495 & I-270 Managed Lanes Study, November 2020*, Figure 3). Documented RTE plants included:

- Buttercup Scorpion-Weed
- Carey's Sedge
- Pale Dock
- Halberd-leaf Rose-Mallow
- White Bergamot
- Rand's Goldenrod
- Horse-tail Crown Grass

Buttercup scorpion-weed plants occurred throughout the upland terraces of the Potomac River, between the river and the Chesapeake and Ohio Canal upstream and downstream of the ALB. Plants likely numbered in the tens of thousands. One small patch also occurred north of the Chesapeake and Ohio Canal. A patch of 10-15 individual Carey's sedge plants occurred on the upland terrace above the active floodplain of the Potomac River upstream of the ALB. The plants were growing at the top of the bank of a

00015047



OP•LANES
M A R Y L A N D    I-495 & I-270 Managed Lanes Study    Final Natural Resources Technical Report

tributary stream that drains a large wetland that lies upstream of the ALB. Another lone Carey's sedge plant occurred on an eroding slope of that same tributary on the opposite bank. This plant appeared to be in danger of eroding away. Approximately eight to ten individual pale dock plants were found within the active floodplain of the Potomac River just upstream of the ALB and on Plummers Island along the shoreline of the oxbow of the Potomac River. Dozens of halberd-leaf rose-mallow plants occurred along the active floodplain and scour bars along the Potomac River and along both shorelines of the oxbow of the Potomac River. Two additional plants were found growing within the Chesapeake and Ohio Canal east of I-495. A patch of 10 to 20 badly deer browsed, and insect eaten white bergamot plants were found within mesic forest on the northwest side of Plummers Island. Two patches of up to 50 Rand's goldenrod plants occurred on boulders at the edge of the Potomac River just downstream of the ALB. Thousands of horse-tail crown grass plants were growing along the active floodplain and scour bars of the Potomac River upstream and downstream of the ALB and along the active shoreline of the oxbow of the Potomac River.

**Wood Turtle**

During MDOT SHA coordination with the VDEQ in October 2020 regarding its review of the I-495 & I-270 Managed Lanes Study Draft EIS, the VDEQ requested that a habitat evaluation of streams in the Virginia portion of the Phase 1 South portion of the corridor study boundary be conducted for the presence of wood turtle (*Glyptemys insculpta*). The wood turtle is a state-threatened species in Virginia, and is known to occur in Turkey Run, a waterbody located east of the Phase 1 South portion of the corridor study boundary. The evaluation was to include an assessment of potential upland and aquatic habitats, the results of which would be reported to the Virginia Department of Wildlife Resources (VDWR). Correspondence related to this study request is provided in **Appendix N**.

Wood turtle is a species that inhabits both aquatic and terrestrial environments. Habitat for wood turtle is characterized by a combination of suitable environmental components, including cold perennially-flowing streams, riparian woodlands, scrubby wetlands, open meadows, and sandy or gravelly areas that can be used for nesting. A key feature is the presence of a flowing stream of adequate width and depth (typically mid-sized streams 10-65 feet wide; Jones et. al, 2018) that does not freeze completely during the winter. Wood turtles hibernate in such streams, as well as using them during the mating season. Within-stream structure is important for providing cover, basking sites, overwintering areas, and stability during high-flow periods. Common structural features within streams include large root masses of adjacent mature trees, logjams, and accumulated woody debris. Additional key terrestrial habitat features include the presence of potential sandy nesting substrate within a reasonable distance (usually up to 300 feet; Jones et. al, 2018) from the stream.

Wood turtle surveys are most effective during their inactive period, generally late October through late March/early April, when they are hibernating in streams. To assess the potential presence of wood turtles within the Virginia portion of the Phase 1 South portion of the corridor study boundary, qualified biologists conducted field surveys of all delineated streams in February 2021. Follow up surveys were also completed of some streams in mid-March. Results of the wood turtle surveys are summarized in the *Wood Turtle Habitat Assessment and Survey Report – Virginia I-495 & I-270 Managed Lanes Study* in **Appendix P**. Portions of eight streams, including the Virginia shoreline of the Potomac River, were assessed within the Phase 1 South portion of the corridor study boundary in Virginia (See Figure 2-1 in Appendix B of the

00015048

wood turtle report included in **Appendix P**). No wood turtles were found during the field surveys. Four of the streams were either intermittent or ephemeral and, thus, were not suitable overwintering habitat for wood turtles. The perennial streams within the Phase 1 South portion of the corridor study boundary provided only marginal habitat because of their relatively small size and shallow flow. Wood turtles generally do not prefer large rivers but will use smaller tributary streams that flow into larger rivers. Therefore, while some instream habitat features were observed within the Potomac River, no turtles were found, nor would they be expected to overwinter there. No suitable tributary streams flowing into the Potomac River occur within the Phase 1 South portion of the corridor study boundary. Upland habitats within the Phase 1 South portion of the corridor study boundary were also determined to be suboptimal, as the habitat is primarily forested with few suitable openings for basking and egg laying.

**Invertebrates**

As noted in **Section 2.8**, academic and NPS biologists in Virginia and members of the Biological Society of Washington on Plummers Island in Maryland, have conducted numerous surveys for various invertebrate taxa on NPS lands within the Potomac River Gorge. Recently surveyed taxa included beetles; moths; grasshoppers, crickets, and katydids; snails and slugs; shore flies; sawflies; and caddisflies. Many of these surveys have documented species that are only known from those sites or represent first records of species for the state. These rarer species are listed for each taxon in **Table 2-77**.

**Table 2-77. First state records and rare invertebrates documented within the Potomac River Gorge of Maryland and Virginia**

| Taxa | | Documented Location[1] |
|------|---|---|
| **Order Coleoptera - Beetles** | | |
| **Staphylinidae (Rove Beetles)** | *Trigonodemus striatus* LeConte | TR |
| | *Aleochara ocularis* Klimaszewski | GF |
| | *Aleochara rubripes* Blatchley | TR |
| | *Aleochara verna* Sat | GF |
| | *Phymatura* cf. *blanchardi* (Casey) | TR, GF |
| | *Gennadota* sp. | TR |
| | *Omalium* (sensu lato) *fractum* Fauvel | TR |
| | *Omalium repandum* Erichson | TR |
| | *Phyllodrepa humerosa* (Fauvel) | GF |
| | *Xylodromus concinnus* (Marsham) | GF |
| | *Eleusis pallida* (LeConte, J.L.) | TR |
| | *Oxytelus pensylvanicus* Erichson | GF |
| | *Oxytelus sculptus* Gravenhorst | TR |
| | *Carpelimus bilineatus* Stephens | TR, GF |
| | *Carpelimus quadripunctatus* (Say) | TR, GF |
| | *Lobrathium collare* (Erichson) | TR |
| | *Sunius confluentus* (Say) | GF |
| | *Sciocharis carolinensis* Casey | TR |
| | *Rugilus angularis* (Erichson) | GF |

00015049



I-495 & I-270 Managed Lanes Study

Final Natural Resources Technical Report

| | *Homaeotarsus cribratus* (LeConte, J.L.) | TR |
| | *Homaeotarsus pimerianus* (LeConte, J.L.) | GF |
| | *Batrisodes furcatus* (Brendel) | TR |
| | *Batrisodes scabriceps* (LeConte, J.L.) | TR |
| | *Batrisodes striatus* (LeConte, J.L.) | GF |
| | *Cyparium concolor* (Fabricius) | TR, GF |
| | *Scaphidium quadriguttatum* Say | TR, GF |
| | *Scaphisoma terminatum* Melsheimer, F.E. | GF |
| | *Acylophorus caseyi* Leng | GF |
| | *Hemiquedius infinitus* Brunke &Smetana | GF |
| | *Bisnius pugetensis* (Hatch) | TR |
| | *Hesperus stehri* Moore | TR |
| | *Neobisnius paederoides* (LeConte, J.L.) | TR |
| | *Philonthus ventralis* (Gravenhorst) | TR |
| | *Platydracus exulans* (Erichson) | GF |
| | *Platydracus violaceus* (Gravenhorst) | TR, GF |
| | *Platydracus viridanus* (Horn) | TR |
| | *Tasgius winkleri* (Bernhauer) | TR |
| | *Oxybleptes kiteleyi* Smetana | TR, GF |
| | *Bolitobius singulatus* Mannerheim | GF |
| | *Bryophacis smetanai* Campbell | TR |
| | *Lordithon appalachianus* Campbell | TR, GF |
| | *Nitidotachinus scrutator* (Gemminger & Harold) | TR |
| | *Sepedophilus occultus* (Casey) | GF |
| **Erotylidae (Pleasing Fungus Beetles)** | *Microsternus ulkei* (Crotch) | TR, GF |
| | *Triplax frontalis* Horn | GF |
| | *Tritoma erythrocephala* Lacordaire | TR |
| | *Tritoma mimetica* (Crotch) | TR, GF |
| **Tetratomidae (polypore Fungus Beetles)** | *Hallomenus scapularis* Melsheimer | TR |
| **Buprestidae (Wood Boring Beetles)** | *Pachyschelus purpureus purpureus* (Say) | GF |
| **Rhipiceridae (Cicada Parasite Beetles)** | *Sandalus petryphya* Knoch | TR |
| **Aderidae (Ant-like Leaf Beetles)** | *Emelimus melsheimeri* (LeConte) | GF |
| | *Aderis brunnipennis* LeConte | TR, GF |
| | *Vanonus calvescens* Casey | GF |
| **Cantharidae (Soldier Beetles)** | *Atalantycha neglecta* (Fall) | GF |
| | *Rhagonycha cruralis* (LeConte) | GF |
| | *Rhagonycha hirticula* (Green) | GF |
| | *Rhagonycha imbecillis* (LeConte) | GF |
| | *Rhaxonycha carolina* (Fabricius) | GF |
| | *Dichelotarsus cinctipennis* (LeConte) | TR |
| | *Podabrus basilaris* (Say) | TR, GF |

00015050



I-495 & I-270 Managed Lanes Study                          Final Natural Resources Technical Report

| | *Podabrus brunnicollis* form *brunnicollis* (Fabricius) | GF |
|---|---|---|
| | *Podabrus flavicollis* LeConte | TR, GF |
| | *Podabrus frater* LeConte | GF |
| | *Podabrus rugosulus* LeConte | TR, GF |
| | *Podabrus tomentosus* (Say) | TR |
| | *Ditemnus latilobus* (Blatchley) | GF |
| | *Polemius laticornis* (Say) | GF |
| | *Silis spathulata* LeConte | GF |
| | *Caccodes granicollis* (Fender) | GF |
| | *Trypherus pauperculus* Fender | TR |
| **Carabidae (Ground Beetles)** | *Scarites vicinus* Chaudoir | TR, GF |
| | *Elaphropus quadrisignatus* Duftschmid | PH |
| | *Loxandrus* nr. *circulus* Allen | GF |
| | *Pterostichus permundus* (Say) | TR, GF, PH |
| | *Pterostichus sculptus* LeConte | GF |
| | *Harpalus rubripes* Duftschmid | GF |
| | *Obrium rubidum* LeConte | TR |
| | *Typocerus lugubris* (Say) | GF |
| **Chrysomelidae (Leaf Beetles)** | *Chaetocnema irregularis* LeConte | GF |
| | *Crepidodera bella* Parry | GF |
| | *Longitarsus alternatus* Ziegler | TR, GF |
| | *Tricholochmaea decora decora* (Say) | PI |
| | *Altica woodsi* Melsheimer | PI |
| | *Aphthona insolita* Melsheimer | PI |
| | *Capraita quercata* (Fabricius) | PI |
| | *Distigmoptera pilosa* (Illiger) | PI |
| | *Exema elliptica* Karren | PI |
| | *Oulema conuta* (Fabricius) | PI |
| | *Pachybrachis cephalicus* Fall | PI |
| | *Xenochalepus potomacus* Butte | PI |
| **Cerambycidae (Long-horned Beetles)** | *Centrodera decolorata* (Harris) | TR |
| | *Neoalosterna capitata* (Newman) | GF |
| | *Trachysida mutabilis* (Newman) | TR |
| | *Clytus ruricola* (Olivier) | TR, GF |
| | *Enaphalodes rufulus* (Haldeman) | GF |
| | *Molorchus bimaculatus bimaculatus* Say | GF |
| | *Phymatodes amoenus* (Say) | GF |
| | *Saperda puncticollis* Say | TR |
| **Cleridae (Checkered Beetles)** | *Phyllobaenus verticilis* Say | GF |
| **Lycidae (Net-winged Beetles)** | *Greenarus thoracicus* (Randall) | TR, GF |

00015051

OP·LANES™ MARYLAND   I-495 & I-270 Managed Lanes Study   Final Natural Resources Technical Report

| | | |
|---|---|---|
| | *Calopteron terminale* (Say) | TR, GF |
| | *Lopheros crenatus* (Germar) | TR |
| **Elateridae (Click Beetles)** | *Lacon discoideus* (Weber) | TR, GF |
| | *Hemicrepidius ruficornis* Kirby | TR, GF |
| | *Glyphonyx quietus* (Say) | TR |
| | *Glyphonyx recticollis* (Say) | TR, GF |
| | *Ampedus semicinctus* (Randall) | TR, GF |
| **Eucnemidae (False Click Beetles)** | *Dromaeolus turnbowi* Muona | TR, GF |
| | *Dirrhagofarsus modestus* (Fleutiaux) | TR, GF |
| **Throscidae (Throscid Beetles)** | *Aulonothroscus distans* Blanchard | TR |
| | *Aulonothroscus nodifrons* Blanchard | TR |
| **Mordellidae (Tumbling Flower Beetles)** | *Mordellaria fascifera* (LeConte) | TR |
| | *Mordellaria serval* (Say) | TR, GF |
| | *Mordellaria undulata* (Melsheimer) | TR, GF |
| | *Tomoxia lineella* LeConte | TR, GF |
| | *Yakuhananomia bidentata* (Say) | TR, GF |
| | *Falsomordellistena discolor* (Melsheimer) | GF |
| | *Mordellina floridensis* (Smith) | GF |
| | *Mordellina infima* (LeConte) | GF |
| | *Mordellina lecontei* (Ermisch) | GF |
| | *Mordellina nigricans* (Melsheimer) | TR, GF |
| | *Mordellina Testacea* (Blatchley) | GF |
| | *Mordellistena aspersa* (Melsheimer) | TR, GF |
| | *Mordellistena bicinctella* LeConte | TR, GF |
| | *Mordellistena convicta* LeConte | TR |
| | *Mordellistena dimidiata* Helmuth | TR, GF |
| | *Mordellistena fuscata* (Melsheimer) | TR, GF |
| | *Mordellistena masoni* Liljeblad | TR, GF |
| | *Mordellistena militaris* LeConte | TR |
| | *Mordellistena rubrifascia* Liljeblad | TR, GF |
| | *Mordellistena sexnotata* Dury | TR |
| | *Mordellistena syntaenia* Liljeblad | TR, GF |
| | *Mordellistena vera* Liljeblad | TR, GF |
| | *Mordellochroa scapularis* (Say) | TR, GF |
| **Order Lepedoptera – Butterflies and Moths** | | |
| **Noctuidae (Owlet Moths)** | *Abrostola urentis* Guenée. | TR |
| | *Acronicta spinigera* Guenée[2] | GF |
| | *Acronicta radcliffei* Harvey[2] | TR, GF |
| | *Balsa tritrigella* Walker[2] | GF |
| | *Bellura brehmei* Barnes & McDunnough[2] | GF |
| | *Euxoa violaris* Grote & Robinson[2] | GF |
| | *Orthosia revicta* Morrison[2] | TR |

00015052

 I-495 & I-270 Managed Lanes Study     Final Natural Resources Technical Report

| | | |
|---|---|---|
| | *Oligia (Neoligia) crytora* Franclemont[2] | TR, GF |
| | *Anticlea multiferata* Walker[2] | GF |
| **Geometridae (Geometer Moths)** | *Anticlea vasiliata* Guenée[2] | TR, GF |
| | *Metarranthis indeclinata* Walker[2] | TR, GF |
| **Euteliidae (Eutelia Moths)** | *Eutelia pulcherrima* Grote[2] | GF |
| **Order Trichoptera – Caddisflies** | | |
| **Leptoceridae (Long-horned Caddisflies)** | *Ceraclea resurgens* Walker | TR, GF |
| **Order Diptera - Flies** | | |
| **Ephydridae (Shore Flies)** | *Hydrellia toma* Mathis & Zatwarnicki | GF |
| **Order Orthoptera – Grasshoppers, Crickets & Katydids** | | |
| **Trigonidiidae** | *Anaxipha tinnulacita* Walker & Funk | GF |
| | *Anaxipha vernalis* Walker & Funk | GF |

[1]TR=Turkey Run Park, GF=Great Falls Park, PH=Potomac Heritage Trail – Virginia; PI=Plummers Island – Maryland
[2]Virginia State Watch List Species

### 2.10.3  Environmental Effects

The USFWS IPaC indicated that the NLEB may occur within the Preferred Alternative. USFWS also identified the Indiana bat as a species of concern because it was detected near the Preferred Alternative by Virginia Tech. MDOT SHA coordinated closely with USFWS and DNR regarding NLEB and Indiana bat, and Endangered Species Act Section 7 consultation has concluded. Additionally, the NPS, MDNR, and VDCR have identified rare, threatened, and endangered state-listed plant and invertebrate species that occur on NPS lands within the Potomac River Gorge.

Neither NLEB or IB species were confirmed within the corridor study boundary during visual bridge and emergence surveys in 2019. However, temporary day roosting by big brown bats on the bridge over McArthur Boulevard/Clara Barton Parkway Westbound and evidence of guano beneath the ALB and bridge over Seven Locks Road, suggest that bats do occasionally roost on suitable I-495 bridges. As noted above, based on the small amount of guano observed beneath the day roosting big brown bats and guano found on other bridges, none of the I-495 bridges appeared to serve as maternity roosting habitat, but were likely used as temporary day or night roosting sites. Therefore, potential impacts to bridge roosting bats would be minimal and would likely cause a shift to other suitable roosting sites near the bridges rather than resulting in an impact to the bats.

To determine potential impacts to suitable forested habitat for The NLEB and IB acoustic surveys undertaken within the corridor study boundary during the 2020 active season (May 15 through August 15) were conducted to better determine the potential presence of these federally listed bat species within the corridor study boundary.

Informal consultation between the FHWA/MDOT SHA and the USFWS continued with submittal of the habitat assessment and acoustic study report to the USFWS and MDNR. In a letter to the FHWA dated January 13, 2021, the USFWS issued a "no effect" determination for the IB based on the absence of documented IB during bridge, emergence, and acoustic surveys. The USFWS also indicated that the project is covered by the January 5, 2016, Programmatic Biological Opinion on Final 4(d) Rule for the Northern Long-eared Bat and Activities Excepted from Take Prohibitions since the area where forest

00015053



clearing will occur does not have known maternity roost trees or hibernacula. In their letter, the USFWS stated that the project was "not likely to adversely affect" the NLEB. Therefore, while 20 kilometers of potentially suitable bat habitat was mapped within the Phase 1 South portion of the corridor study boundary, the USFWS determined that forest clearing associated with the project's Preferred Alternative will have no effect on the IB and will not likely adversely affect the NLEB.

Virginia DWR recommended that the FEIS consider potential impacts to Virginia state-endangered tricolored bat (*Perimyotis subflavus*) and little brown bat (*Myotis lucifugus*) in the Virginia portion of the Preferred Alternative. The acoustic survey on the Virginia side of the Potomac River identified four instances of the tricolored bat and no presence of the little brown bat. The Preferred Alternative would potentially affect the tri-colored bat in Virginia. The majority of the Preferred Alternative LOD area in Virginia is composed of suitable/somewhat suitable bat habitat, with 32.6 acres of potential tri-colored bat habitat in the Virginia portion of the Preferred Alternative. There is a high likelihood of roost trees occurring in this area and tree removal during roosting season could negatively impact the tri-colored bat population in Virginia.

The MDNR identified several state-listed threatened or endangered plant species that may occur within scour bars or the adjacent floodplain of the Potomac River. A habitat assessment and targeted species survey was completed on federal lands within the Chesapeake and Ohio Canal National Historical Park in late June and early July 2019 to determine whether suitable habitat for the state listed plant species exists. Marginally suitable habitat was found for climbing milkvine (*Matelea obliqua*) and buttercup scorpion-weed within less disturbed understory of upland terrace forest habitat and on scour bar/riverside outcrop barren habitat along the Potomac River for the remaining species. The targeted species survey did not identify any of the listed species, though surveys for the buttercup scorpion-weed were conducted outside the suitable flowering period for this species. Follow-up surveys were conducted for buttercup scorpion-weed and 40 additional rare species during four seasons in 2020. As noted above, results of the targeted RTE species surveys documented seven rare species within the Preferred Alternative LOD on the Maryland side of the Potomac River and two species on the Virginia side.

Based on the results of the targeted RTE species survey conducted in 2020, the Preferred Alternative would likely impact six of the seven RTE plant species of concern within the Potomac River corridor near the ALB. While complete avoidance of these resources is not possible, impacts were minimized to the greatest extent practicable. Most RTE plant impacts will occur during the construction phase of the ALB for temporary access, equipment storage, and the building of the new bridge. Likely tens of thousands of buttercup scorpion-weed plants occur within the Preferred Alternative LOD where temporary construction activities are anticipated. While this represents a significant temporary impact, it should be noted that this species was also widespread and abundant outside the limits of the project survey upstream and downstream of the ALB on both the Maryland and Virginia sides of the Potomac River. Impacts to other RTE plant species within the Preferred Alternative LOD where temporary construction activities are anticipated include 10-50 Carey's sedges, thousands of horse-tail crown grass, 10-15 pale dock, 10-50 Rand's goldenrod, and about 50 halberd-leaf rose-mallow. Horse-tail crown grass was also observed in abundance upstream of the ALB on the Maryland shoreline and both upstream and downstream of the ALB on the Virginia shoreline. While temporarily disturbed areas will be restored following construction of the replacement ALB, the duration of construction will be several years, likely resulting in permanent impacts to RTE plants within the temporary limits of disturbance. However, most

restored areas will be replanted with RTE plant species that were documented growing within those areas prior to construction (FEIS, Section 5.19.4 Mitigation). Some restored areas that might not be replanted with RTE plants are areas beneath the widened ALB, as shading may limit their success in these areas for certain species. Further investigations would occur post construction to determine the extent that sufficient light would reach beneath the new bridge to support RTE plant reestablishment.

Buttercup scorpion-weed and horse-tail crown grass are the only two RTE plant species with individuals located within the permanent limits of disturbance. The greatest permanent impacts to buttercup scorpion-weed would occur at the northern end of the replacement ALB, affecting thousands of individual plants within an area of about an acre. Permanent impacts would also occur to perhaps a few hundred horse-tail crown grass plants along the Potomac River shoreline and edges of the oxbow of the Potomac River for the placement of bridge piers. As noted above, other permanent impacts to RTE plants may occur from shading by the wider ALB footprint, but the extent of those potential permanent impacts will need to be investigated post construction.

Some impacts to RTE plants will occur on Plummers Island, though most will occur in areas that will be temporarily disturbed during construction of the new ALB. RTE plants potentially affected within the areas of temporary disturbance on Plummers Island include thousands of horse-tail crown grass plants, about a dozen pale dock plants, 30-50 halberd-leaf rose-mallow plants, and 10-50 Rand's goldenrod plants. All of these plants occur either along the Plummers Island shoreline of the oxbow of the Potomac River or along the Plummers Island shoreline of the Potomac River. As noted above, because of the duration of construction of the new ALB and potential shading effects from the expanded ALB, the plant impacts are likely more permanent than temporary, even though they occur outside of the permanent footprint of the bridge. The only RTE plant impacts resulting from the bridge pier footprint on Plummers Island would be to a few dozen horse-tail crown grass plants along the edge of the oxbow of the Potomac River.

MDNR indicated in an email on February 28, 2020, included in **Appendix N**, that MDNR no longer tracks bald eagle nests and that although this species is no longer listed by the state, it is protected under the federal Bald and Golden Eagle Protection Act (16 U.S.C. 668-668c). As noted in their email, MDNR generally defers to the National Bald Eagle Management Guidelines. MDOT SHA has coordinated and will continue to coordinate with USFWS concerning bald eagles, in addition to peregrine falcons, as discussed in **Section 2.8**.

## 2.10.4   Avoidance, Minimization, and Mitigation

MDOT SHA and FHWA have worked closely with USFWS and MD DNR to ensure protection of listed bat species. While the I-495 & I-270 Managed Lanes Study was determined to have "no effect" on the IB and "not likely to adversely affect" the NLEB, MDOT SHA voluntarily committed to a time of year restriction for tree clearing from May 1 through July 31 of any year within a 3-mile buffer around each of the three positive NLEB detection locations within the I-495 & I-270 Managed Lanes Study corridors to go above and beyond what is required to protect this bat species. IB was not detected in the acoustic or bridge surveys.

MDOT SHA commits to a time of year restriction for tree clearing within the Virginia portion of the Preferred Alternative from April 1 – October 31 of any year to avoid impact to tri-colored bat roost trees during roosting season.

00015055


I-495 & I-270 Managed Lanes Study
Final Natural Resources Technical Report

As stated above, effects to RTE plant species are anticipated from the Preferred Alternative in the vicinity of the ALB. Potential impacts, including wetlands, waterways, forests, archaeological sites, and RTE plant species, were considered in the development of the LOD in the vicinity of the ALB. While complete avoidance of these resources is not possible, impacts have been minimized to the greatest extent practicable. MDOT SHA has committed to coordinating with NPS and MDNR to determine a comprehensive ecological restoration plan for NPS lands within the Preferred Alternative LOD prior to construction. This plan will include RTE plant species restoration components, such as: conducting a final pre-construction RTE plant inspection; topsoil salvage and restoration; collecting seeds and/or individual RTE plants from the impact area prior to construction; cultivating plants and storing seeds/propagating plants from seed in an off-site nursery; re-establishing RTE species from stored seed and cultivated and propagated plants following construction and topsoil restoration and monitoring replanted RTE plant populations to ensure successful reestablishment. MDOT SHA is currently working with the NPS and MDNR to develop an acceptable mitigation plan to offset RTE plant impacts during and post construction of the Preferred Alternative. MDOT SHA believes that this mitigation strategy to replant temporarily disturbed areas outside the bridge footprint can be successful, as recolonization by buttercup scorpion-weed on fill slopes of the existing ALB was observed during RTE plant surveys and most of the other potentially impacted RTE plant species rely on temporary disturbance from periodic flooding events to facilitate germination and growth.

Virginia DWR determined this project is not likely to result in significant adverse impacts to wood turtles. However, because they may be encountered on site during work, DWR recommends the following as avoidance and minimization measures:

- Prior to the commencement of work all contractors associated with work at this site be made aware of the possibility of encountering wood turtles on site and become familiar with their appearance, status, and life history. An appropriate information sheet / field observation form to distribute to contractors and employees was provided.

- If any wood turtles are encountered and are in jeopardy during the development or construction of this project, remove them from immediate harm and call DWR. If staff on site hold an appropriate Threatened and Endangered Species Scientific Collection Permit, this staff member may relocate wood turtles out of harm's way and into suitable habitat, preferably within the nearest perennial stream. Any relocations should be reported to DWR, and the wood turtle observation form should be completed and faxed to DWR.

To minimize potential wildlife entanglements, resulting from use of synthetic/plastic erosion and sediment control matting, use matting made from natural/organic materials such as coir fiber, jute, and/or burlap.

## 2.11   Unique and Sensitive Areas

### 2.11.1   Regulatory Context and Methods

Unique and Sensitive Areas are ecological resources designated by state and local municipalities that do not fall within the regulations of other environmental resources such as waterways or forests. Maryland's 2001 GreenPrint Program was established to protect Maryland's most-ecologically-valuable natural lands and watersheds, which were designated as "Targeted Ecological Areas" (TEAs). TEAs have been identified

00015056

 

by MDNR as conservation priorities for natural resource protection and receive the majority of Maryland's Program Open Space funds. These areas provide natural resource-based services to Maryland citizens including clean water and air, flood protection, recreational and commercial fishing, wood products, forestry, and ecotourism. TEAs were identified by maps of Maryland's most ecologically important forests, wetlands, meadows, streams, and other natural systems using over 30 years of collected data. TEAs were created based on rankings of Green Infrastructure (GI); RTE species; aquatic habitat and biota; water quality; coastal ecosystem; and climate change adaptation. Developed lands were excluded from the TEA layer since developed lands are not preferred for stateside Program Open Space funding (MDNR, 2013b).

GI areas were identified by the Maryland Greenways Commission and MDNR's Green Infrastructure Assessment (GIA), which considered land cover, wetlands, sensitive species, roads, streams, terrestrial and aquatic conditions, floodplains, soils, and developmental pressure to identify a network of "hubs" and "corridors" containing the most ecologically critical undeveloped lands remaining in Maryland. "Hubs" are contiguous forest blocks and wetland complexes of at least 250 acres, rare or sensitive species habitats, biologically important rivers and streams, and existing conservation lands managed for their natural values. "Corridors" are linear stretches of land, at least 1,100 feet wide that follow the best ecological or most natural routes for animals, seeds, water, and other important resources to move between hubs. Areas of disconnect between the hubs and corridors are called "gaps" (Weber et al., 2006).

Montgomery County has designated certain watersheds as Special Protection Areas (SPAs) due to the presence of high-quality water resources and related natural features that could be jeopardized by development activities without additional water quality protection measures. SPAs provide protection beyond standard environmental laws and regulations for land use and development, calling for stringent water resource protection measures in new and expanded development projects. Regulations in SPAs require developers to: support stream monitoring; adhere to stormwater BMPs; conduct water quality inventory and monitoring; establish performance goals to protect critical natural resources and minimize impacts; and maintain a close working relationship with Montgomery County Department of Permitting Services (MCDPS), MCDEP, and the M-NCPPC throughout the regulatory process (MCDEP, 2018). Environmental Overlay Zones were established within the limits of SPAs to impose additional land use regulations and impervious surface limits on the underlying areas (Montgomery Planning, 2012; Blackwell, 1989).

Locations of TEAs, GI hubs and corridors, SPAs, and Environmental Overlay Zones within the corridor study boundary were determined using desktop review. Background information and geospatial data for TEAs and GI areas were obtained from MDNR and Maryland iMap (State of Maryland, 2018). Background information and geospatial data for SPAs and Environmental Overlay Zones in the corridor study boundary were obtained from Montgomery County Atlas (MCAtlas) (See **Appendix Q**) (Montgomery Planning, 2018).

The Virginia Department of Conservation and Recreation (VDCR) Natural Heritage (DNH) Program conserves Virginia's natural resources through programs such as biological inventories, natural community inventory and classification, and the creation of Natural Area Preserves throughout the state (VDCR, 2018b). In addition, VDCR-DNH identifies Conservation Sites, which represent key areas of the landscape worthy of protection and stewardship action, because of the natural heritage resources and habitat they support (VDCR, 2018c). Conservation Sites are given a biodiversity significance ranking based

00015057

on the rarity, quality, and number of element occurrences they contain on a scale of B1-B5, with B1 being the most significant.

## 2.11.2    Existing Conditions

### A.    Targeted Ecological Areas and Green Infrastructure

As shown in **Appendix Q**, four GI corridors and three GI hubs overlap with the Phase 1 South portion of the corridor study boundary. The GI corridors are associated with Muddy Branch, Watts Branch, Cabin John Creek, and Rock Creek. The GI hubs are associated with Cabin John Creek, Potomac River, and Rock Creek.

In addition to the GI areas mentioned above, TEAs overlap with the Phase 1 South portion of the corridor study boundary between Cabin John Creek and the Potomac River in Montgomery County.

### B.    Special Protection Area (SPA) and Environmental Overlay Zones

There are no SPAs or Environmental Overlay Zones within the Phase 1 South portion of the corridor study boundary, but the Piney Branch SPA is located approximately 4,000 feet southwest of the I-270/Shady Grove Road interchange.

### C.    Natural Area Preserves and Conservation Sites

There are no VDCR-DNH Natural Area Preserves within the Phase 1 South portion of the corridor study boundary or within Fairfax County, Virginia. There are two VDCR Conservation Sites within a five-mile radius of the Phase 1 South portion of the corridor study boundary according to the VDCR initial project review: the Potomac River Yellow Falls SCU and the Potomac Gorge. The Potomac River Yellow Falls SCU is the stretch of Bullneck Run between Old Dominion Drive and the Potomac River. VDCR ranks this area as a B3 High Significance stream. This stream is approximately 0.8 miles from the Phase 1 South portion of the corridor study boundary in Virginia. The Potomac Gorge is located in the entrenched valley of the Potomac River that generally extends between Great Falls and DC, along the Fall Line between the Piedmont Plateau and the Atlantic Coastal Plain. The landscape of the Potomac Gorge fosters great species diversity and includes Great Falls on the Potomac River, high rocky bluffs, forested river terraces, and grassy meadows.

## 2.11.3    Environmental Effects

Impacts associated with the Preferred Alternative LOD are summarized in **Table 2-78**[5] below.  SPAs and VDCR Natural Area Preserves would not be impacted by the Preferred Alternative LOD.

### Table 2-78. Impacts to Unique and Sensitive Areas in Acres

|  | Permanent | Temporary | Total |
|---|---|---|---|
| Targeted Ecological Areas | 40.12 | 15.74 | 55.86 |
| Green Infrastructure Hubs | 12.88 | 10.89 | 23.77 |
| Green Infrastructure Corridors | 82.66 | 0.73 | 83.39 |
| Special Protection Areas | 0.00 | 0.00 | 0.00 |
| **Total Impacts to Unique and Sensitive Areas** | **135.66** | **27.36** | **163.02** |

---

[5] For reference, impact tables presented in the report are also included in Appendix A.

00015058



The Preferred Alternative LOD would increase the man-made footprint within the TEAs and GI areas, but the GI hubs and corridors will remain intact. However, road widening would create larger gaps in GI corridors, further fragmenting the GI network. New manmade structures and roadways impact contiguous forest blocks and wetland complexes in TEAs and GI areas, which are often habitats for rare and sensitive species, and contain biologically important rivers, streams, and other natural resources. While most impacts associated with construction of the Preferred Alternative LOD are linear and along existing roadways, the Preferred Alternative LOD will impact TEAs and GI hubs and corridors, which could potentially threaten important habitat and ecosystems (MDNR, 2018d).

### 2.11.4   Avoidance, Minimization, and Mitigation

Avoidance and minimization efforts to reduce impacts to GI and TEAs involves a two-tiered approach. The first level will occur during the planning stage where every reasonable effort will be made to avoid wetlands and waterways as well as parklands to the greatest extent practicable. Many GI, TEA, and wildlife corridors overlap with wetlands, waterways, and park land. The second level of avoidance and minimization will occur at the P3 design/build stage, with advancement of the design and further refinements to the LOD. Reducing construction cost by limiting vegetation removal, the need for endangered species assessment, and forest and wetland mitigation provide incentive to refine the LOD and reduce impacts to resources. However, opportunities for avoidance and minimization of impacts to roadside resources are limited due to the fixed nature of the highway corridor. The Developer will continue to look for opportunities to avoid and minimize impacts throughout the remainder of the design process to the greatest extent practicable. Monetary incentives have been added to the Section Developer's Technical Provisions to encourage further avoidance and minimization of impacts to wetlands, waterways, forest, and parkland.

00015059

 I-495 & I-270 Managed Lanes Study     Final Natural Resources Technical Report

# References

## Section 2.1 Topography, Geology, and Soils

Code of Maryland Regulations (COMAR). Title 26 Department of Environment. Part 3 Subtitle 17 Water Management. Chapter 26.17.01 Erosion and Sediment Control. Section 26.17.01.01 Definitions. Available at: http://mdrules.elaws.us/comar/26.17.01 [Accessed 20 December 2018].

Fairfax County, 2018a. Understanding Erosion and Sediment Controls. https://www.fairfaxcounty.gov/soil-water-conservation/erosion-sediment-controls-construction-site [Accessed 20 April 2019].

Federal Register (FR). 1978. Volume 43. Issue 21. Chapter 657.5. 1978. *Identification of Important Farmlands.*

FR. 1994. Volume 59. Issue 133. July 13, 1994. *Changes in hydric soils of the United States.* Available at: https://www.govinfo.gov/app/details/FR-1994-07-13/94-16835 [Accessed 20 December 2018].

Maryland Department of the Environment (MDE). 2011. *Maryland Standards and Specifications for Soil Erosion and Sediment Control*. Available at: https://mde.maryland.gov/programs/Water/StormwaterManagementProgram/Pages/2011_ESC_details.aspx [Accessed 19 December 2018].

MCAtlas. 2019. Available at: www.mcatlas.org

Montgomery County Rustic Roads Advisory Committee. 2015. Status Report – Rustic Roads Program. Available at: https://www.montgomerycountymd.gov/council/Resources/Files/agenda/cm/2015/151019/20151019_TE3.pdf

Reger, J. P. and Cleaves, E. T. 2008. *Physiographic Map of Maryland*. Towson University Center for Geographic Information Sciences.

United States Department of Agriculture (USDA). 1981. *Farmland Protection Policy Act*.

USDA Natural Resources Conservation Service (NRCS). 2000. *Erosion and Sedimentation on Construction Sites.* Soil Quality Institute, Soil Quality- Urban Technical Note No. 1, Auburn, Alabama. Available at: https://www.nrcs.usda.gov/Internet/FSE_DOCUMENTS/nrcs142p2_053285.pdf [Accessed 19 December 2018].

USDA NRCS. 2010. *From the Surface Down, An Introduction to Soil Surveys for Agronomic Use, Second Edition.* Available at: https://www.nrcs.usda.gov/Internet/FSE_DOCUMENTS/nrcs142p2_053238.pdf [Accessed 19 December 2018].

USDA NRCS. 2018. Web Soil Survey. Available at: https://websoilsurvey.sc.egov.usda.gov/App/WebSoilSurvey.aspx [Accessed 03 August 2018].

Virginia Department of Environmental Quality (VDEQ). 1992. Virginia Erosion and Sediment Control Handbook. Available at:

00015060


https://www.deq.virginia.gov/Programs/Water/StormwaterManagement/Publications/ESCHandbook.aspx [Accessed 20 April 2019].

VDEQ. 2014. Virginia Erosion and Sediment Control Law: Virginia Erosion and Sediment Control Regulations and Certification Regulations. Available at: https://www.deq.virginia.gov/Portals/0/DEQ/Water/StormwaterManagement/Erosion_Sediment_Control_Handbook/ESC_Handbook_Law_Regulations.pdf [Accessed 20 April 2019].

Virginia Department of Transportation (VDOT). 2017. *Drainage Manual*. Available at: http://www.virginiadot.org/business/locdes/hydra-drainage-manual.asp [Accessed 20 April 2019].

**Section 2.2 Air Quality**

See footnotes within Section 2.2.

**Section 2.3 Waters of the US, Including Wetlands**

Barbour, M. T., J. Gerritsen, B. D. Snyder, and J. B. Stribling. 1999. Rapid Bioassessment Protocols for Use in Streams and Wadeable Rivers: Periphyton, Benthic Macroinvertebrates and Fish, Second Edition. EPA 841-B-99-002. U.S. Environmental Protection Agency; Office of Water; Washington, D.C. 339 pp.

COMAR Title 26 Department of Environment. Part 4 Subtitle 23 Nontidal Wetlands. Chapter 26.23.01 General (COMAR26.23.01). Available at: http://mdrules.elaws.us/comar/26.23.01 [Accessed 20 December 2018].

Code of Federal Regulations (CFR). Title 33 Navigation and Navigable Waters. Chapter II Corps of Engineers, Department of the Army, Department of Defense. Section 328.3 Definitions. Available at: https://www.govregs.com/regulations/title33_chapterII [Accessed 19 December 2018].

CFR. Title 40 Protection of Environment. Chapter I Environmental Protection Agency. Section 230.3 Definitions. Available at: https://www.govregs.com/regulations/expand/title40_chapterI_part230_subpartA_section230.3 [Accessed 19 December 2018].

Cowardin, L.M., V. Carter, F.C. Golet, E.T. LaRoe. 1979. Classification of wetlands and deepwater habitats of the United States. U.S. Department of the Interior, Fish and Wildlife Service, Washington D.C. Available at: https://www.fws.gov/wetlands/Documents/Classification-of-Wetlands-and-Deepwater-Habitats-of-the-United-States.pdf [Accessed 1 December 2019].

Environmental Laboratory. 1987. Corps of Engineers Wetlands Delineation Manual. U.S. Army Engineer Waterways Experiment Station, Vicksburg, Miss. Technical Report Y-87-1.

FR. 1977. Volume 42, Number 3. May 1977. *Protections of Wetlands*. Executive Order 11990. Available at: https://www.archives.gov/federal-register/codification/executive-order/11990.html [Accessed 19 December 2018].

00015061


FR. 2020. Volume 85, Issue 77. April 2020. *The Navigable Waters Protection Rule: Definition of "Waters of the United States."* Available at: https://www.federalregister.gov/documents/2020/04/21/2020-02500/the-navigable-waters-protection-rule-definition-of-waters-of-the-united-states  [Accessed August 2020].

Starr, R., W. Harman, S. Davis. 2015. FINAL DRAFT Function-Based Rapid Stream Assessment Methodology. U. S. Fish and Wildlife Service, Chesapeake Bay Field Office, Annapolis, MD. CAFE S15-06.

National Park Service (NPS). 2010. National Park Service Director's Order #77-1: Wetland Protection.

NPS. 2002. National Park Service Procedural Manual #77-2: Floodplain Management.

NPS. 2016. National Park Service Procedural Manual #77-1: Wetland Protection.

United States Army Corps of Engineers (USACE). 1999. *The Highway Methodology Workbook Supplement – Wetland Functions and Values; A Descriptive Approach.* Available at: https://www.nae.usace.army.mil/Portals/74/docs/regulatory/Forms/HighwaySupplement6Apr2015.pdf [Accessed 19 December 2018].

USACE. 2010. *Regional Supplement to the Corps of Engineers Wetland Delineation Manual: Atlantic and Gulf Coastal Plain Region Version 2.0,* ed. J.S. Wakeley, R.W. Lichvar, C.V. Noble. ERDC/EL TR-10-20. Vicksburg, MS: U.S. Army Engineer Research and Development Center. Available at: https://usace.contentdm.oclc.org/utils/getfile/collection/p266001coll1/id/7594 [Accessed 19 December 2018].

USACE. 2012. *Regional Supplement to the Corps of Engineers Wetland Delineation Manual: Eastern Mountains and Piedmont Region Version 2.0,* ed. J.F. Berkowitz, J.S. Wakeley, R.W. Lichvar, C.V. Noble, ERDC/EL TR-12-9. Vicksburg, MS: U.S. Army Engineer Research and Development Center. Available at: https://usace.contentdm.oclc.org/utils/getfile/collection/p266001coll1/id/7607 [Accessed 20 December 2018].

USACE. 2020. Instructions for Maryland Stream Mitigation Framework Calculator Beta Version May 11, 2020.  (Draft version).

U.S. Code. Title 33 Navigation and Navigable Waters. Chapter 9 Protection of Navigable Waters and of Harbor and River Improvements. Subchapter I 403. Available at: https://www.govinfo.gov/content/pkg/USCODE-2011-title33/html/USCODE-2011-title33.htm [Accessed 20 December 2018].

 U.S. Code. Title 33 Navigation and Navigable Waters. Chapter 26 Water Pollution Prevention and Control, Subchapter IV Permits and Licenses, 1344. Available at: https://www.govinfo.gov/content/pkg/USCODE-2011-title33/html/USCODE-2011-title33.htm [Accessed 20 December 2018].

Annotated Code of Virginia. Fisheries and Habitat of the Tidal Waters Article §28.2-1204. Ownership and Uses of Submerged Lands.

Annotated Code of Virginia. Waters of the State, Ports and Harbors Article §62.1-44.15. State Water Control Law.

00015062

 I-495 & I-270 Managed Lanes Study                                    Final Natural Resources Technical Report

Virginia Administrative Code (VAC). Title 9. Agency 25 State Water Control Board. Chapter 210 *Virginia Water Protection Permit Program Regulation.*

VAC. Title 9. Agency 25 State Water Control Board. Chapter 680 *Virginia Water Protection General Permit for Linear Transportation Projects.*

VDEQ. 2018. Virginia Water Protection   Compliance Program. https://www.deq.virginia.gov/Programs/Water/WetlandsStreams/Compliance.aspx [Accessed 15 December 2018].

## Section 2.4 Watersheds and Surface Water Quality

Annotated Code of Maryland. Natural Resources Article § 8-402. Scenic and Wild Rivers Review Board and Related Program: Establishment and Administration of Program; Study of Deer Creek.

Barrett, M. E., R. D. Zuber, E. R. Collins III, J. F. Malina, Jr., R. J. Charbeneau, and G. H. Ward. 1993. A Review and Evaluation of Literature Pertaining to the Quantity and Control of Pollution from Highway Runoff and Construction. Center for Transportation Research. Austin, TX.

Berry, W., N. Rubinstein, B. Melzian, and B. Hill. 2003. The Biological Effects of Suspended and Bedded Sediment (SABS) in Aquatic Systems: A Review. US Environmental Protection Agency, Narragansett, Rhode Island. Internal Report.

Buckler, D. A. and G. E. Granato. 1999. Assessing Biological Effects from Highway-Runoff Constituents. US Geological Survey, Northborough, Massachusetts. Open-File Report 99-240.

City of Rockville. 2015. *Final Watts Branch Watershed Assessment.* Maryland Department of Public Works.

CFR Title 40 Protection of Environment, Chapter I Environmental Protection Agency, Part 121 Clean Water Act Section 401 Certification Rule. Available at: https://www.epa.gov/sites/default/files/2020-07/documents/clean_water_act_section_401_certification_rule.pdf.

CFR Title 40 Protection of Environment, Chapter I Environmental Protection Agency, Section 131.12 Antidegradation Policy and Implementation Methods.

Center for Watershed Protection (CWP). 2003. Impacts of Impervious Cover on Aquatic Systems. Watershed Protection Research Monograph No. 1.

COMAR, 26.08.02.01-03. 1997. Water Quality. Maryland Department of the Environment.

COMAR, 26.08.02.04-1. Antidegradation Policy Implementation Procedures. Maryland Department of the Environment.

District Department of the Environment Watershed Protection Division (DDOE). 2010. *Rock Creek Watershed Implementation Plan (WIP).*

00015063

Environmental Protection Agency (EPA). 1986. *Quality Criteria for Water*. Office of Water Regulations and Standards, Washington, DC.

EPA. 2000. Ambient Water Quality Criteria Recommendations: Information Supporting the Development of State and Tribal Nutrient Criteria for Rivers and Streams in Nutrient Ecoregion IX. EPA 822-B-00-019.

Fairfax County Department of Public Works and Environmental Services (FCDPWES). 2008. The Middle Potomac Watershed Management Plan. Accessed at: https://www.fairfaxcounty.gov/publicworks/sites/publicworks/files/assets/documents/watersheds/middle-potomac-watersheds-full-plan.pdf.

Interagency Wild and Scenic River Coordinating Council (IWSRCC). 2018. *A Compendium of Questions & Answers Relating to Wild & Scenic Rivers, A Technical Report of the Interagency Wild and Scenic Rivers Coordinating Council*. Available at: https://www.rivers.gov/documents/q-a.pdft [Accessed 27 September 2018].

Lopes, T. J. and S. G. Dionne. 1998. A Review of Semivolatile and Volatile Organic Compounds in Highway Runoff and Urban Stormwater. US Geological Survey, Northborough, Massachusetts. Open-File Report 98-409.

MDE. 2009. Stormwater Design Manual (effective October 2000, revisions effective May 2009).

MDE. 2012a. *Watershed Report for Biological Impairment of the Cabin John Creek Basin in Montgomery County, Maryland: Biological Stressor Identification Analysis Results and Interpretation.*

MDE. 2012b. *Watershed Report for Biological Impairment of the Non-Tidal Rock Creek Basin in Montgomery County, Maryland: Biological Stressor Identification Analysis Results and Interpretation.*

MDE. 2014a. Stormwater Management Program. http://www.mde.state.md.us/programs/Water/StormwaterManagementProgram/SoilErosionandSedimentControl/Pages/programs/waterprograms/sedimentandstormwater/erosionsedimentcontrol/index.aspx

MDE. 2018a. *Maryland's Searchable Integrated Report Database [Combined 303(d)/305(b) List].* Available at: http://www.mde.state.md.us/programs/Water/TMDL/Integrated303dReports/Pages/303d.aspx [Accessed 20 July 2018].

MDE. 2018b. TMDL Maps. Available at: https://mde.maryland.gov/programs/Water/TMDL/DataCenter/Pages/TMDLMaps.aspx. [Accessed 20 August 2018].

Maryland Department of Natural Resources (MDNR). 2016a. *2015 Maryland FMP Report Section 2. Alosines: a) Shad, and b) Herring*.

00015064

MDNR. 2018a. *Land Acquisition and Planning, Stewardship, Scenic and Wild Rivers. Maryland's Scenic and Wild Rivers Map.* Available at: http://dnr.maryland.gov/land/Pages/Stewardship/Scenic-and-Wild-Rivers.aspx [Accessed 12 September 2018].

MDNR. 2018b. *Spring 2018 Trout Stocking Schedule.* Available at: http://dnr.maryland.gov/fisheries/Documents/2018_trout_stock_sched.pdf

Maryland-National Capital Park and Planning Commission (M-NCPPC). 2002. *Potomac Subregion Master Plan.*

MCDEP. 2011. *Lower Potomac Direct Pre-Assessment Report.*

MCDEP. 2012a. *Cabin John Creek Implementation Plan.*

MCDEP. 2012b. *Muddy Branch and Watts Branch Subwatersheds Implementation Plan.*

MCDEP. 2012c. *Rock Creek Implementation Plan.*

Morgan R.P., K.M. Kline, and S.F. Cushman. 2007. Relationships among nutrients, chloride, and biological indices in urban Maryland streams. Urban Ecosystems 10:153-177

Schueler, T.R., and A. Youngk. 2015. Potential benefits of nutrient and sediment practices to reduce toxic contaminants in the Chesapeake Bay Watershed. Part 1: Removal of urban toxic contaminants. Annapolis, MD: Chesapeake Bay Partnership Toxics Workgroup. http://chesapeakestormwater.net/wp-content/uploads/dlm_uploads/2016/02/Toxics-Report-1.pdf. [Accessed 2 March 2020].

Trombulak, S.C. and C.A. Frissell. 2001. Review of Ecological Effects of Roads on Terrestrial and Aquatic Communities. Conservation Biology. 14(1):18-30.

United Research Services (URS). 2014. *Muddy Branch Watershed Study Prepared for the City of Gaithersburg.* Accessed at: http://www.gaithersburgmd.gov/services/environmental-services. [Accessed 2 August 2018].

United States Geological Survey (USGS). 2018. *StreamStats.* Available at: https://streamstats.usgs.gov/ss/. [Accessed 2 August 2018].

USGS. 2019. StreamStats. Available at: https://streamstats.usgs.gov/ss/. [Accessed 10 April 2019].

U.S. Code. Title 33 Navigation and Navigable Waters. Chapter 26 Water Pollution Prevention and Control, Subchapter IV Permits and Licenses, 1341 and 1342. Available at: https://www.govinfo.gov/content/pkg/USCODE-2011-title33/html/USCODE-2011-title33.htm [Accessed December 2018].

VAC. Title 9. Agency 25 State Water Control Board. Chapter 260 *Water Quality Standards.*

Virginia Department of Conservation and Recreation (VDCR). 2018. *Designated Rivers.* Virginia Scenic Rivers Program. Available at: http://www.dcr.virginia.gov/recreational-planning/srmain [Accessed 19 July 2018].

00015065

fine



I-495 & I-270 Managed Lanes Study

Final Natural Resources Technical Report

VDEQ. 2006. Using Probabilistic Monitoring Data to Validate the Non-Coastal Virginia Stream Condition Index

VDEQ. 2016. The Final 2016 305(b)/303(d) Water Quality Assessment Integrated Report.

The Water Research Foundation. 2020. *International Stormwater BMP Database: 2020 Summary Statistics*. Published November 6, 2020.

**Section 2.5 Groundwater Hydrology**

42 U.S.C. § 300h-6. *Sole source aquifer demonstration program*. Safe Drinking Water Act, as amended.

42 U.S.C. § 300h-7. S*tate programs to establish wellhead protection areas*. Safe Drinking Water Act of 1974, as amended.

42 U.S.C. § 300j-13. *Source water quality assessment.* Safe Drinking Water Act of 1974, as amended.

Barrett M.E., R.D. Zuber, E.R. Collins, J.F. Malina, R.J. Charbeneau, and G.H. Ward. 1995. *A Review and Evaluation of Literature Pertaining to the Quantity and Control of Pollution From Highway Runoff and Construction*. Center for Research in Water Resources (CRWR) Online Report 95-5. University of Texas at Austin. Available at: https://repositories.lib.utexas.edu/bitstream/handle/2152/6737/crwr_onlinereport95-5.pdf?sequence=2 [Accessed 24 September 2018].

EPA. 2004. *Understanding the Safe Drinking Water Act*. Office of Water. 816-F-04-030. Available at: https://www.epa.gov/sdwa/overview-safe-drinking-water-act [Accessed 5 September 2018].

EPA. 2009. *National Primary Drinking Water Regulation Table*. EPA 816-F-09-004. Available at: https://www.epa.gov/ground-water-and-drinking-water/national-primary-drinking-water-regulation-table [Accessed 24 September 2018].

EPA. 2021. *Drinking Water Mapping Application to Protect Source Waters (DWMAPS)*. Available at: https://geopub.epa.gov/DWWidgetApp/ [Accessed 20 October 2021].

Fairfax Water. 2018. *Annual Water Quality Report*. Available at https://www.fairfaxwater.org/sites/default/files/newsletters/ccr_2018.pdf [Accessed 16 April 2019].

Kobringer N.P. and A. Geinopolos. 1984. *Volume III. Sources and Mitigation of Highway Runoff Pollutants – Research Report*. Federal Highway Administration. Office of Research and Development. Available at: https://rosap.ntl.bts.gov/view/dot/850 [Accessed 24 September 2018].

MDE. 2015. *Maryland Groundwater Well Database*. Maryland Department of the Environment. Received via request 1 November 2016.

MDE. 2018c. *Wellhead Protection*. Water Supply Program – Source Protection and Appropriation Division. Available at:

00015066

http://www.mde.state.md.us/programs/water/water_supply/Source_Water_Assessment_Progr
am/Pages/wellhead.aspx [Accessed 5 September 2018].

MDE. 2019. *Maryland Wellhead Protection Areas*. Maryland Department of the Environment. Received
via request 15 October 2021. Last updated December 2019.

Maryland Geological Survey (MGS). 2013. *Ground Water and Wells in the Maryland Piedmont*. Maryland
Geological Survey Fact Sheet 19. Maryland Department of Natural Resources. Available at:
http://www.mgs.md.gov/publications/report_pages/FS_19.html [Accessed 7 August 2018].

MGS. 2014. *Ground Water and Wells in the Maryland Coastal Plain*. Maryland Geological Survey Fact
Sheet 20. Maryland Department of Natural Resources. Available at:
http://www.mgs.md.gov/publications/report_pages/FS_20.html [Accessed 7 August 2018].

MGS. 2018. *Aquifers in Maryland*. Available at:
http://www.mgs.md.gov/groundwater/md_groundwater.html. [Accessed 25 July 2018].

USGS. 1997. *Ground Water Atlas of the United States. Delaware, Maryland, New Jersey, North Carolina,
Pennsylvania, Virginia, West Virginia HA 730-L.* Available at:
http://capp.water.usgs.gov/gwa/ch_l/index.html [Accessed 24 July 2018].

USGS. 2017. *USGS Groundwater Daily Data for the Nation*. National Water Information System: Mapper.
Available at: https://maps.waterdata.usgs.gov/mapper [Accessed 24 September 2018].

VDEQ. 2005. *Wellhead Protection Plan*. Commonwealth of Virginia. Available at: http://www.a-
npdc.org/wp-content/uploads/2018/06/VDEQ-Wellhead-Protect-Plan-2005.pdf [Accessed 4
February 2019].

Virginia Department of Health (VDH). 1999. *Virginia Source Water Assessment Program.* Available at:
http://www.vdh.virginia.gov/content/uploads/sites/14/2016/04/1999VDH_SWAP.pdf [Accessed
4 February 2019].

VDH. 2019. Private Well Program. Available at: http://www.vdh.virginia.gov/environmental-
health/onsite-sewage-water-services-updated/private-well-program/ [Accessed 16 April 2019].

**Section 2.6 Floodplains**

COMAR. Title 26 Department of Environment. Part 3 Subtitle 17 Water Management. Chapter 26.17.04
Construction on Nontidal Waters and Floodplains. Available at:
http://mdrules.elaws.us/comar/26.17.04.11 [Accessed 20 December 2018].

Fairfax County. 2018b. Flood Information. Available at:
https://www.fairfaxcounty.gov/publicworks/stormwater/flood-information [Accessed 15
December 2018].

Federal Emergency Management Agency (FEMA). 2015. *Executive Order 11988: Floodplain
Management.* Available at: https://www.fema.gov/executive-order-11988-floodplain-
management [Accessed 03 August 2018].

00015067

FEMA. 2018. Floodplain Management Requirements, Unit 1: Floods and Floodplain Management. Available at: https://www.fema.gov/pdf/floodplain/nfip_sg_unit_1.pdf [Accessed August 23, 2018].

MDE. 2014b. *Maryland Model Floodplain Management Ordinance*. Available at: https://mde.maryland.gov/programs/Water/FloodHazardMitigation/Documents/www.mde.state.md.us/assets/document/flood_hazards/MD_Model_FPMO_Ordinance_May2014.pdf [Accessed 19 December 2018].

Maryland Department of Transportation (MDOT). 2015. *Joint Federal/State Permit Wetlands, Waterways, and Floodplains*. Available at: http://www.mdot.maryland.gov/Office_of_Planning_and_Capital_Programming/Environmental_Permits_Construction/Wetlands.html [Accessed 7 September 2018].

NPS. 2002. National Park Service Procedural Manual #77-2: Floodplain Management.

U.S. Department of Transportation (USDOT). 1979. *Floodplain Management and Protection*. USDOT Order 5650.2, Office of the Secretary, Washington DC. Available at: http://isddc.dot.gov/OLPFiles/DOT/007652.pdf [Accessed 03 August 2018].

VDOT. 2018. Road and Bridge Specifications and Revisions. Available at: http://www.virginiadot.org/business/const/spec-default.asp [Accessed 15 December 2018].

**Section 2.7 Vegetation and Terrestrial Habitat**

Anderson, J. R., E. E. Hardy, J. T. Roach, and R. E. Witmer. 1976. *A Land Use and Land Cover Classification System for Use with Remote Sensor Data*. Geological Survey Professional Paper 964. 41pp. Available at: http://www.pbcgis.com/data_basics/anderson.pdf [Accessed 19 December 2018]

Brush, G.S., C. Lenk, and J. Smith. 1976. *Vegetation Map of Maryland, The Existing Natural Forests*. Department of Geography and Environmental Engineering, Johns Hopkins University, Baltimore, Maryland.

COMAR. Title 08 Department of Natural Resources. Subtitle 19 Forest Conservation. Chapter 08.19.03 Model Forest Conservation Ordinance. Article 2.17. Available at: http://mdrules.elaws.us/comar/08.19.03.01 [Accessed 20 December 2018].

Eyre, F. H. 1980. *Forest* cover *types of the Unites States and Canada*. Society of American Foresters, Washington D.C.

Annotated Code of Maryland. Natural Resources Article § 5-103. Maryland Reforestation Law.

Annotated Code of Maryland. Natural Resources Article § 5-1601. Forest Conservation Act.

MDNR. 2013a. *Maryland Reforestation Law*. Available at: https://dnr.maryland.gov/forests/Documents/textupdate13.pdf [Accessed 18 July 2018].

00015068

 I-495 & I-270 Managed Lanes Study        Final Natural Resources Technical Report

MDNR. 2010. *Maryland's Environmental Resource & Land Information Network (MERLIN)*. Available at: https://gisapps.dnr.state.md.us/MERLIN/index.html [Accessed 21 August 2018].

MDNR. 2017. *Pollinator Habitat Plan*. Available at: https://dnr.maryland.gov/wildlife/Documents/PollinatorHabitatPlan_June2017.pdf [Accessed 19 December 2018].

Maryland Department of Transportation State Highway Administration (MDOT SHA). 2006. *Draft Capital Beltway Study Natural Environmental Technical Report.*

Maryland Environmental Trust (MET). 2016. *Conservation Easement Policies of the Maryland Environmental Trust.* Available at: https://dnr.maryland.gov/met/Documents/Easement_Criteria.pdf [Accessed 19 December 2018].

M-NCPPC. 1992. *Trees: Approved Technical Manual.* Available at: http://www.montgomeryplanning.org/environment/forest/trees/toc_trees.shtm#details [Accessed 19 December 2018].

M-NCPPC. 2016. *Types of Conservation Easements*. Available at: http://montgomeryplanning.org/planning/environment/forest-conservation-and-trees/conservation-easements/types-of-easements/ [Accessed 19 July 2018].

Swearingen, J., K. Reshetiloff, B. Slattery, and S. Zwicker. 2002. *Plant Invaders of Mid-Atlantic Natural Areas.* National Park Service and US Fish and Wildlife Service, Washington, DC. 82 pp. Available at: https://www.invasive.org/alien/pubs/midatlantic/midatlantic.pdf [Accessed 19 December 2018].

University of Maryland. 2018. *Emerald Ash Borer (EAB)*. Available at https://extension.umd.edu/hgic/invasives/emerald-ash-borer [Accessed 17 Sept 2018].

Virginia Department of Forestry (VDOF). 2014. GIS Data Layers. Available at: http://www.dof.virginia.gov/gis/dwnload/index.htm [Accessed 15 December 2018].

## Section 2.8 Terrestrial Wildlife

Barrows, E.M. and D.R. Smith. 2014. Sawflies (Hymenoptera: Symphyta) of Three Mid-Atlantic Parks in the George Washington Memorial Parkway, USA. J. Hymenoptera Res. 39:17-31.

Brattain, R.M., B.W. Steury, A.F. Newton, M.K. Thayer, and J.D. Holland. 2019. The Rove Beetles (Coleoptera: Staphylinidae) of the George Washington Memorial Parkway, with a Checklist of Regional Species. Banisteria 53:27-71.

John W. Brown, Marc E. Epstein, Kimberly Vann, Reed A. Watkins, Stephen M. Bahr II, and Erin Kolski. 2008. "An Overview of the Lepidoptera (Insecta) of Plummers Island, Maryland," Bulletin of the Biological Society of Washington 15(1), 65-74, (1 May 2008). https://doi.org/10.2988/0097-0298(2008)15[65:AOOTLI]2.0.CO;2

00015069

OP·LANES
M A R Y L A N D   |   I-495 & I-270 Managed Lanes Study   Final Natural Resources Technical Report

Cavey, J.F., B.W. Steury and E.T. Oberg. 2013. Leaf Beetles (Coleoptera: Bruchidae, Chrysomelidae, Orsodacnidae) from the George Washington Memorial Parkway, Fairfax County, Virginia. Banisteria 41:71-79.

Chesapeake Conservancy Conservation Innovation Center. 2016. *High-Resolution Land Cover Dataset, 2013/2014*. Published 2016. Retrieved from https://www.chesapeakeconservancy.org/conservation-innovation-center/high-resolution-data/land-cover-data-project/.

CFR Title 50 Wildlife and Fisheries, Chapter I United States Fish and Wildlife Service, Department of the Interior, Section 10.13 List of Migratory Birds.

CFR Title 50 Wildlife and Fisheries, Chapter I United States Fish and Wildlife Service, Department of the Interior, Section 22.3 Definitions.

COMAR 27.01.09.04. Critical Area Commission for the Chesapeake and Atlantic Coastal Bays, Habitat Protection Areas.

Cunningham, Heather R. and N. H. Nazdrowicz. 2018. *The Maryland Amphibian and Reptile Atlas*. Baltimore, MD: The Johns Hopkins University Press. 283 pages.

Evans, A.V. and B.W. Steury. 2012. The Cicada Parasite Beetles (Coleoptera: Rhipiceridae) of Virginia. Banisteria 39:65-70.

FHWA. 2008. Wildlife-Vehicle Collision Reduction Study: Report to Congress. August 2008. FHWA-HRT-08-034.

Flint, Jr., O.S. 2011. Trichoptera from the Great Falls and Turkey Run units of the George Washington Memorial Parkway, Fairfax Co., Virginia, USA. Zoosymposia 5:101-107.

Flint Jr, O.S. and K.M. Kjer, 2011. A new species of Neophylax from northern Virginia, USA (Trichoptera: Uenoidae). Proceedings of the Entomological Society of Washington 113(1): 7-13.

Jones, Claudia, J. McCann, and S. McConville. 2000. *A Guide to the Conservation of Forest Interior Dwelling Birds in the Critical Area*. Chesapeake Bay Critical Area Commission, 58 pp.

Flint, Jr., O.S. 2011. Trichoptera from the Great Falls and Turkey Run units of the George Washington Memorial Parkway, Fairfax Co., Virginia, USA. Zoosymposia 5:101-107.

Flint Jr, O.S. and K.M. Kjer, 2011. A new species of Neophylax from northern Virginia, USA (Trichoptera: Uenoidae). Proceedings of the Entomological Society of Washington 113(1): 7-13.

MDNR. 2016b. *Maryland State Wildlife Action Plan*. Annapolis, Maryland.

The Nature Conservancy. 2005. *Discover the Potomac Gorge: A National Treasure*. Available at: https://www.nps.gov/grfa/planyourvisit/upload/Potomac%20Gorge%20brochure%20B.pdf [Accessed 3 March 2020].

00015070



C. L. Staines. 2008. "Chrysomelidae or Leaf Beetles (Insecta: Coleoptera) of Plummers Island, Maryland," Bulletin of the Biological Society of Washington 15(1), 141-144, (1 May 2008). https://doi.org/10.2988/0097-0298(2008)15[141:COLBIC]2.0.CO;2

Steury, B.W. 2019. The Ant-like Leaf Beetles (Coleoptera: Aderidae) of the George Washington Memorial Parkway, Fairfax County, Virginia. Banisteria 52:46-49.

Steury, B.W. 2018a. Annotated Checklist of Some Fungivorous Beetles (Coleoptera: Anamorphidae, Biphyllidae, Derodontidae, Endomychidae, Erotylidae, and Tetratomidae) of the George Washington Memorial Parkway. Banisteria 50:21-28.

Steury, B.W. 2018b. Four Long-horned Beetles (Coleoptera: Cerambycidae) New to Virginia and Additional New Park Records (Coleoptera: Anthicidae, Buprestidae, Cantharidae, Carabidae, Cerambycidae, Chrysomelidae) for the George Washington Memorial Parkway. Banisteria 50:29-31.

Steury, B.W. 2017. First Record of the Rove Beetle Trigonodemus striatus LeConte (Coleoptera: Staphylinidae) from Virginia and Additional New Park Records (Coleoptera: Anthicidae, Buprestidae, Carabidae, Cerambycidae, Chrysomelidae) for the George Washington Memorial Parkway. Banisteria 48:14-16.

Steury, B.W. and D.S. Chandler. 2021. The Reticulated Beetles and Net-winged Beetles (Coleoptera: Cupedidae and Lycidae) of the George Washington Memorial Parkway, Virginia, USA. The Maryland Entomologist 8(1):23-30.

Steury, B.W. and W.E. Steiner, Jr. 2021. The Tumbling Flower Beetles (Coleoptera: Mordellidae) of the George Washington Memorial Parkway, Virginia, USA. The Maryland Entomologist 8(1):52-92.

Steury, B.W. and J.M. Leavengood, Jr. 2018a. Annotated Checklist of Checkered Beetles from the George Washington Memorial Parkway, Virginia (Coleoptera: Cleridae). Banisteria 51:52-58.

Steury, B.W. and J.M. Leavengood, Jr. 2018b. Three Checkered Beetles (Coleoptera: Cleridae) New to Virginia and Additional Records for *Phyllobaenus verticalis* (Say) and *Wolcottia pedalis* (LeConte). Banisteria 51:59-60.

Steury, B.W., W.E. Steiner, Jr., and F.W. Shockley. 2018. The Soldier Beetles and False Soldier Beetles (Coleoptera: Cantharidae and Omethidae) of the George Washington Memorial Parkway. The Maryland Entomologist 7(2):11-27.

Steury, B.W. and P.W. Messer. 2014. Twelve Ground Beetles New to Virginia or the District of Columbia and an Annotated Checklist of the Geadephaga (Coleoptera, Adephaga) from the George Washington Memorial Parkway. Banisteria 43:40-55.

Steury, B.W. and T.C. MacRae. 2014. The Longhorned Beetles (Insecta: Coleoptera: Cerambycidae) of the George Washington Memorial Parkway. Banisteria 44:7-12.

00015071

 I-495 & I-270 Managed Lanes Study          Final Natural Resources Technical Report

Steury, B.W., T.C. MacRae, and E.T. Oberg. 2012. Annotated List of the Metallic Wood-boring Beetles (Insecta: Coleoptera: Buprestidae) of the George Washington Memorial Parkway, Fairfax County, Virginia. Banisteria 39:71-75.

Steury, B.W., J. Glaser, and C.S. Hobson. 2007. A Survey of Macrolepidopteran Moths of Turkey Run and Great Falls National Parks, Fairfax County, Virginia. Banisteria 29:17-31.

U.S. Code. Title 16 Conservation, Chapter 7 Protection of Migratory Game and Insectivorous Birds, Subchapter II Migratory Bird Treaty.

U.S. Code. Title 16 Conservation, Chapter 5a Protection and Conservation of Wildlife, Subchapter II Protection of Bald and Golden Eagles.

U.S. Fish and Wildlife Service (USFWS). 2007a. C. Koppie, MD Peregrine Falcon Annual Nest Survey

USFWS. 2019a. Koppie, C.A, MD Peregrine Falcon Nest Survey

VDOF. 2014. GIS Data Layers. Available at: http://www.dof.virginia.gov/gis/dwnload/index.htm [Accessed 15 December 2018].

Virginia Department of Game and Inland Fisheries (VDGIF). 2015. Virginia State Wildlife Action Plan. Henrico, Virginia.

**Section 2.9 Aquatic Biota**

Atlantic States Marine Fisheries Commission (ASMFC). 2010. Atlantic Croaker 2010 Benchmark Stock Assessment. Washington, D.C. 366 p

ASMFC. 2012. American Eel Benchmark Stock Assessment. Stock Assessment Report No. 12- 01. Washington, DC. 29 p.

ASMFC. 2017. River Herring Stock Assessment Update Volume I: Coastwide Summary. Washington, D.C. 193 p.

Burton, J. and Gerritsen, J. 2003. A Stream Condition Index for Virginia Non Coastal Streams.

CWP. 2003. *Impacts of Impervious Cover on Aquatic Systems.* Available at: https://www.fws.gov/southwest/es/Documents/R2ES/LitCited/4TX_Sal/Center_for_Watershed _Protection_2003_Impervious_Cover_Impacts.pdf. [Accessed 8 August 2018].

FCDPWES, Watershed Planning and Assessment Branch. 2006. Standard Operating Procedure Manual: Fairfax County Biological Stream Monitoring Program.

Fletcher, JL, and Busnel, RG. 1978. Effects of Noise on Wildlife. Academic Press.

Hanson, J., Helvey, M., Strach, R., editors. 2003. Non-fishing impacts to essential fish habitat and recommended conservation measures. Long Beach (CA): National Marine Fisheries Service (NOAA Fisheries) Southwest Region. Version 1. 75p.

00015072

 I-495 & I-270 Managed Lanes Study          Final Natural Resources Technical Report

Kryter, K.D. 1984. Physiological, Psychological, and Social Effects of Noise, NASA Reference Publication 1115

Martin, E. H. 2019. Chesapeake Fish Passage Prioritization: An Assessment of Dams in the Chesapeake Bay Watershed. The Nature Conservancy. https://maps.freshwaternetwork.org/chesapeake/ [Accessed 2 October 2019].

MDE. 2014c. *Biological Assessment Methodology for Non-Tidal Wadeable Streams*.

MDNR. 2018b. *Spring 2018 Trout Stocking Schedule.* Available at: http://dnr.maryland.gov/fisheries/Documents/2018_trout_stock_sched.pdf

MDNR. 2018c. *MBSS Fish Distributions*. Available at: http://eyesonthebay.dnr.maryland.gov/mbss/fishes.cfm [Accessed 15 November 2018].

MCDEP. 2003. *Watts Branch Restoration Study.*

Moser, M. L. and M.E. Terra. 1999. Low light as a possible impediment to river herring migration. Final Report to N.C. Department of Transportation, Raleigh, N.C., 112 p.

Nightingale, B and C Simenstad. 2001. Overwater structures: Marine issues. Aquatic Habitat Guidelines: An integrated approach to marine, freshwater, and riparian habitat protection and restoration. Prepared for Washington Department of Fish and Wildlife, Washington Department of Ecology and Washington State Department of Transportation by University of Washington, Seattle, Washington.

Paul, M. J., R. J. Klauda, P. F. Kazyak, M. T. Southerland, and N. E. Roth. 2002. *A Physical Habitat Index for Freshwater Wadeable Streams in Maryland.* Maryland Department of Natural Resources, Monitoring and Non-Tidal Assessment, Annapolis, MD.

Popper, A. N. 2003. Effects of anthropogenic sounds on fishes. Fisheries 28: 24–31.

Popper, A. N., D. T. T. Plachta, D. A. Mann, and D. Higgs. 2004. Response of clupeid fish to ultrasound: a review. Ices Journal of Marine Science 61: 1057–1061.

Roth, N. E., M. T. Southerland, J. C. Chaillou, P. F. Kazyak, and S. A. Stranko. 2000. *Refinement and validation of a fish Index of Biotic Integrity for Maryland streams*. Versar, Inc., Columbia, MD, with Maryland Department of Natural Resources, Monitoring and Non-Tidal Assessment Division. CBWP-MANTA-EA-00-2.

Roth, N. E., M. T. Southerland, J. C. Chaillou, R. Klauda, P. F. Kazyak, S. A. Stranko, S. B. Weisberg, L. Hall Jr., R. Morgan II. 1998. *Maryland Biological Stream Survey: Development of a Fish Index of Biotic Integrity.* Environmental Monitoring and Assessment. 51 (1): 89-106.

Southerland, M. T., G. M. Rogers, M. J. Kline, R. P. Morgan, D. M. Boward, P. F. Kazyak, R. J. Klauda, S. A. Stranko. 2005. *New Biological Indicators to Better Assess the Condition of Maryland Streams.* DNR-12-0305-0100. Maryland Department of Natural Resources, Monitoring and Non-Tidal Assessment Division. Annapolis, MD.

00015073

Starnes, W. C. J. Odenkirk, and M. Ashton. 2011. *Update and analysis of fish occurrences in the lower Potomac River drainage in the vicinity of Plummers Island, Maryland – Contribution XXXI to the natural history of Plummers Island, Maryland*. Proceedings of the Biological Society of Washington: 124 (4): 280-309.

Stranko, S. A., D. M. Boward, J. V. Kilian, C. J. Millard, A. J. Becker, R. Gauza, A. Schenk, A. Roseberry-Lincoln, and M. O'Connor. 2007. *Maryland Biological Stream Survey Sampling Manual.* Maryland Department of Natural Resources, Annapolis, Maryland.

Stribling, J. B., B. K. Jessup, J. S. White, D. Boward, and M. Hurd. 1998. *Development of a Benthic Index of Biotic Integrity for Maryland Streams.* Maryland Department of Natural Resources, Monitoring and Non-Tidal Assessment, Annapolis, MD.

USFWS. 2019b. Fish Passage Engineering Design Criteria. USFWS, Northeast Region R5, Hadley, Massachusetts.

Van Ness, K., K. Brown, M. Haddaway, D. Marshall, and D. Jordahl. 1997. *Montgomery County Water Quality Program, Stream Monitoring Protocols.* Montgomery County Department of Environmental Protection.

VDEQ. 2018. 2018 Water Quality Assessment Guidance Manual. Guidance Memo No. GM18-2001.

**Section 2.10 Rare, Threatened, and Endangered Species**

Annotated Code of Maryland. Natural Resources Article §10-2A-01. Nongame and Endangered Species Conservation Act.

Annotated Code of Virginia. Endangered Species Article §29.1.563-570. Game, Inland Fisheries and Boating Act.

Annotated Code of Virginia. Endangered Plant and Insect Species §3.2.1000-1011. Agriculture, Animal Care, and Food Act.

Brown, M. L. and R. G. Brown. 1984. Herbaceous Plants of Maryland. Port City Press, Baltimore, Maryland.

Cavey, J.F., B.W. Steury and E.T. Oberg. 2013. Leaf Beetles (Coleoptera: Bruchidae, Chrysomelidae, Orsodacnidae) from the George Washington Memorial Parkway, Fairfax County, Virginia. Banisteria 41:71-79.

Evans, A.V. and B.W. Steury. 2012. The Cicada Parasite Beetles (Coleoptera: Rhipiceridae) of Virginia. Banisteria 39:65-70.

Flint, Jr., O.S. 2011. Trichoptera from the Great Falls and Turkey Run units of the George Washington Memorial Parkway, Fairfax Co., Virginia, USA. Zoosymposia 5:101-107.

Jones, Mike & Liz Willey (eds). Ecology & Conservation of the Wood Turtle.  Appendix VII to: Jones, M.T., H.P. Roberts, and L.L. Willey. 2018. Conservation Plan for the Wood Turtle in the Northeastern

00015074

United States. Report to the Massachusetts Division of Fisheries & Wildlife and the U.S. Fish & Wildlife Service. 259 pp

MDNR. 2019. Rare, Threatened, and Endangered Plants of Maryland, C. Frye Ed., Maryland Department of Natural Resources, 580 Taylor Avenue, Annapolis, MD 21401. DNR 03-031319-136

Mathis, W.N. and Zatwarnicki. 2010. New Species and Other Taxonomic Clarifications for Shore Flies from the Delmarva States (Diptera: Ephydridae). Proceedings Entomological Society of Washington 112:97-128.

Steury, B. W. & T. A. Pearce. 2014. Land snails and slugs (Gastropoda: Caenogastropoda and Pulmonata) of two national parks along the Potomac River near Washington, District of Columbia. Banisteria 43:3-20.

Steury, B.W. 2018a. Annotated Checklist of Some Fungivorous Beetles (Coleoptera: Anamorphidae, Biphyllidae, Derodontidae, Endomychidae, Erotylidae, and Tetratomidae) of the George Washington Memorial Parkway. Banisteria 50:21-28.

Steury, B.W. 2018b. Four Long-horned Beetles (Coleoptera: Cerambycidae) New to Virginia and Additional New Park Records (Coleoptera: Anthicidae, Buprestidae, Cantharidae, Carabidae, Cerambycidae, Chrysomelidae) for the George Washington Memorial Parkway. Banisteria 50:29-31.

Steury, B.W. 2017. First Record of the Rove Beetle Trigonodemus striatus LeConte (Coleoptera: Staphylinidae) from Virginia and Additional New Park Records (Coleoptera: Anthicidae, Buprestidae, Carabidae, Cerambycidae, Chrysomelidae) for the George Washington Memorial Parkway. Banisteria 48:14-16.

Steury, B.W., W.E. Steiner, Jr., and F.W. Shockley. 2018. The Soldier Beetles and False Soldier Beetles (Coleoptera: Cantharidae and Omethidae) of the George Washington Memorial Parkway. The Maryland Entomologist 7(2):11-27.

Steury, B.W. and P.W. Messer. 2014. Twelve Ground Beetles New to Virginia or the District of Columbia and an Annotated Checklist of the Geadephaga (Coleoptera, Adephaga) from the George Washington Memorial Parkway. Banisteria 43:40-55.

Steury, B.W. and T.C. MacRae. 2014. The Longhorned Beetles (Insecta: Coleoptera: Cerambycidae) of the George Washington Memorial Parkway. Banisteria 44:7-12.

Steury, B.W., T.C. MacRae, and E.T. Oberg. 2012. Annotated List of the Metallic Wood-boring Beetles (Insecta: Coleoptera: Buprestidae) of the George Washington Memorial Parkway, Fairfax County, Virginia. Banisteria 39:71-75.

Steury, B.W., J. Glaser, and C.S. Hobson. 2007. A Survey of Macrolepidopteran Moths of Turkey Run and Great Falls National Parks, Fairfax County, Virginia. Banisteria 29:17-31.

00015075

Townsend, John F. 2019. Natural Heritage Resources of Virginia: Rare Plants. Natural Heritage Technical Report 19-15. Virginia Department of Conservation and Recreation, Division of Natural Heritage, Richmond, Virginia. Unpublished report. March 2019. 57 pages plus appendices

U.S. Code. Title 16 Conservation, Chapter 35 Endangered Species.

U.S. Fish and Wildlife Service (USFWS). 2007b. Indiana Bat (Myotis sodalis) Draft Recovery Plan: First Revision. U.S. Fish and Wildlife Service, Fort Snelling, MN. 258 pp.

USFWS. 2016. *Revised Programmatic Biological Opinion for Transportation Projects in the Range of the Indiana Bat and Northern Long-Eared Bat.* USFWS, Bloomington, Minnesota.

USFWS. 2018a. Environmental Conservation Online System. *Species profile for Yellow Lance (Elliptio lanceolata).* Available at https://ecos.fws.gov/ecp0/profile/speciesProfile?spcode=F03I [Accessed 16 October 2018].

USFWS. 2018b. Threatened Species Status for the Yellow Lance; Final Rule. 83. Fed. Reg. 14189. (May 3, 2018).

USFWS. 2018c. Programmatic Biological Opinion for Transportation Projects in the Range of the Indiana Bat and Northern Long-eared Bat. U.S. Fish and Wildlife Service Midwest Regional Office, Bloomington, MN. 157pp.

Weakley, A. S., J. C. Ludwig, and J. F. Townsend. 2012. Flora of Virginia. Bland Crowder, ed. Foundation of the Flora of Virginia Project Inc., Richmond. Fort Worth: Botanical Research Institute of Texas Press.

**Section 2.11 Unique and Sensitive Areas**

Blackwell, Robert J. 1989. *Overlay Zoning, Performance Standards, and Environmental Protection After Nollan.* 16 B.C. Envtl. Aff. L. Rev. 615. Available at: http://lawdigitalcommons.bc.edu/ealr/vol16/iss3/6 [Accessed 7 September 2018].

MDNR. 2013b. *Maryland Land Preservation and Recreation Plan 2014-2018.* Maryland Department of Natural Resources, Chapter 5. Available at: http://dnr2.maryland.gov/land/Documents/LPRP/LPRP_%202014-2018.pdf [Accessed 28 August 2018].

MDNR. 2018d. *Maryland's Green Infrastructure Assessment: Why Large Forest Areas are Important.* Available at: http://dnr.maryland.gov/land/Pages/Green-Infrastructure-Forests.aspx [Accessed 30 August 2018].

MCDEP. 2018. *Special Protection Areas.* Available at: https://www.montgomerycountymd.gov/water/streams/spa.html [Accessed 19 October 2018].

Montgomery Planning. 2012. Special Protection Areas (SPA). Available at: http://www.montgomeryplanning.org/environment/spa/index.shtm [Accessed 7 September 2018].

00015076



I-495 & I-270 Managed Lanes Study          Final Natural Resources Technical Report

Montgomery Planning. 2018. *MCATLAS*. Available at: http://montgomeryplanning.org/resources/mc-atlas/ [Accessed 19 December 2018].

State of Maryland. 2018. *MD iMAP*. Maryland's Open Data Portal. Available at: https://imap.maryland.gov/Pages/default.aspx [Accessed 19 December 2018].

Weber, T., Sloan, A., and Wolf, J. 2006. *Maryland's Green Infrastructure Assessment: Development of a comprehensive approach to land conservation*. Landscape and Urban Planning. 77. 94-110. 10.1016/j.landurbplan.2005.02.002. Available at: https://www.researchgate.net/publication/222519545_Maryland's_Green_Infrastructure_Assessment_Development_of_a_comprehensive_approach_to_land_conservation [Accessed 19 December 2018].

VDCR. 2018b. Natural Heritage Conservation Sites. Available at: http://www.dcr.virginia.gov/land-conservation/tools02c [Accessed 15 December 2018].

VDCR. 2018c. The Virginia Natural Heritage Program. Available at: http://www.dcr.virginia.gov/natural-heritage/about [Accessed 15 December 2018].

00015077

 I-495 & I-270 Managed Lanes Study          Final Natural Resources Technical Report

## List of Acronyms

**AADT** – Average Annual Daily Traffic

**AASHTO** – American Association of State Highway and Transportation Officials

**ALT\*** – Alternative
\*Only abbreviated in tables.

**ARDS** – Alternatives Retained for Detailed Study

**BARC** – Beltsville Agricultural Research Center

**BLM** – Bureau of Land Management

**BMP(s)** – Best Management Practice(s)

**CEA** – Cumulative Effects Analysis

**CEQ** – Council on Environmental Quality

**CFR** – Code of Federal Regulations

**CLRP** – Constrained Long-Range Plan

**CMP** – Compensatory Wetlands and Waterways Mitigation Plan

**COMAR** – Code of Maryland Regulations

**Critical Area** – Chesapeake Bay Critical Area

**CRWR** – Center for Research in Water Resources

**CRZ** – Critical Root Zone

**CWA** – Clean Water Act

**CWP** – Center for Watershed Protection

**CWR** – Clean Water Rule

**DBH** – Diameter at Breast Height

**DC** – District of Columbia

**DDOE** – District Department of the Environment Watershed Protection Division

**DEIS** – Draft Environmental Impact Statement

**DO** – Dissolved Oxygen

**EAB** – Emerald ash borer

**EFH** – Essential Fish Habitat

**EIS** – Environmental Impact Statement

00015078

OP·LANES
MARYLAND    | I-495 & I-270 Managed Lanes Study    Final Natural Resources Technical Report

**EoPB** – Eyes of Paint Branch

**EPA** – Environmental Protection Agency

**EPD** – Environmental Program Division

**ERP** – Environmental Review Program

**ESA** – Endangered Species Act

**ESD** – Environmental Site Design

**ETL** – Express Toll Lanes

**FAST** – Fixing America's Surface Transportation

**FCDPWES** – Fairfax County Department of Public Works and Environmental Services

**FCP** – Forest Conservation Plan

**FEMA** – Federal Emergency Management Agency

**FHWA** – Federal Highway Administration

**FIDS** – Forest Interior Dwelling Bird Species

**FPPA** – Farmland Protection Policy Act

**FR** – Federal Register

**FWCA** – Fish and Wildlife Coordination Act

**GI** – Green Infrastructure

**GIA** – Green Infrastructure Assessment

**GIO** – Geographic Information Office

**GIS** – Geographic Information System

**GP** – General Purpose

**GPS** – Global Positioning System

**HOT** – High-Occupancy Toll

**HOV** – High-Occupancy Vehicle

**IBI** – Index of Biotic Integrity

**ICC** – Intercounty Connector

**ICM** – Innovative Congestion Management

**IPaC** – Information for Planning and Consultation

00015079

OP·LANES™ MARYLAND    I-495 & I-270 Managed Lanes Study    Final Natural Resources Technical Report

**IRVM** – Integrated Roadside Vegetation Management

**ISW** – Interstate Waters

**IWSRCC** – Interagency Wild and Scenic River Coordinating Council

**JD** – Jurisdictional Determination

**LESA** – Land Evaluation and Site Assessment

**LF** – Linear Feet

**LOD** – Limits of Disturbance

**MAL** – Minimum Allowable Limit

**MBSS** – Maryland Biological Stream Survey

**MCAtlas** – Montgomery County Atlas

**MCDEP** – Montgomery County Department of Environmental Protection

**MCDPS** – Montgomery County Department of Permitting Services

**MCL** – Maximum Contaminant Limit

**MD** – Maryland

**MDE** – Maryland Department of the Environment

**MDNR** – Maryland Department of Natural Resources

**MDOT SHA** – Maryland Department of Transportation State Highway Administration

**MERLIN** – Maryland's Environmental Resources and Land Information Network

**MET** – Maryland Environmental Trust

**MGS** – Maryland Geological Survey

**M-NCPPC** – Maryland National Capital Park and Planning Commission

**MS4** – Municipal Separate Storm Sewer System

**MSFCMA** – Magnuson-Stevens Fishery Conservation and Management Act

**MWCOG** – Metropolitan Washington Council of Governments

**NCEI** – National Centers for Environmental Information

**NEPA** – National Environmental Policy Act

**NFIP** – National Flood Insurance Program

**NLEB** – Northern Long-Eared Bat

00015080

 I-495 & I-270 Managed Lanes Study                Final Natural Resources Technical Report

**NMFS** – National Marine Fisheries Service

**NOAA** – National Oceanic and Atmospheric Administration

**NPDES** – National Pollutant Discharge Elimination System

**NPS** – National Park Service

**NRCS** – Natural Resources Conservation Service

**NRTR** – Natural Resources Technical Report

**NTCHS** – National Technical Committee for Hydric Soils

**NTU** – Nephelometric Turbidity Units

**NWI** – National Wetlands Inventory

**NWQMC** – National Water Quality Monitoring Council

**OHW** – Ordinary High Water

**P3** – Public-Private Partnership

**PEM** – Palustrine Emergent

**PFO** – Palustrine Forested

**PHI** – Physical Habitat Index

**POW** – Palustrine Open Water

**PSS** – Palustrine Scrub-Shrub

**RBP** – Rapid Bioassessment Protocol

**RFP** – Request for Proposals

**ROW** – Right-of-Way

**RTE** – Rare, Threatened, and Endangered

**SDWA** – Safe Drinking Water Act

**SF** – Square Feet

**SGCN** – Species of Greatest Conservation Need

**SPA(s)** – Special Protection Area(s)

**SSPRA** – Sensitive Species Project Review Area

**SWANCC** – Solid Waste Agency of Northern Cook County

**SWAP** – State Wildlife Action Plans

00015081

 I-495 & I-270 Managed Lanes Study          Final Natural Resources Technical Report

**SWM** – Stormwater Management

**TCP** – Tree Conservation Plan

**TEAs** – Targeted Ecological Areas

**TMDL** – Total Maximum Daily Load

**TNW** – Traditionally Navigable Waters

**TPB** – Transportation Planning Board

**TS** – Territorial Seas

**UA** – Urbanized Area

**URS** – United Research Services

**US** – United States

**USACE** – United States Army Corps of Engineers

**USC** – United States Code

**USDA** – United States Department of Agriculture

**USDOT** – United States Department of Transportation

**USFS** – United States Forest Service

**USFWS** – United States Fish and Wildlife Service

**USGS** – United States Geological Survey

**VA** – Virginia

**VAC** – Virginia Administrative Code

**VCPMI** - Virginia Coastal Plain Macroinvertebrate Index

**VDACS** – Virginia Department of Agriculture and Consumer Services

**VDCR** – Virginia Department of Conservation and Recreation

**VDEQ** – Virginia Department of Environmental Quality

**VDGIF** – Virginia Department of Game and Inland Fisheries

**VDH** – Virginia Department of Health

**VDOF** – Virginia Department of Forestry

**VDOT** – Virginia Department of Transportation

**VMRC** – Virginia Marine Resources Commission

00015082

**VOF** – Virginia Outdoors Foundation

**VSCI** - Virginia Stream Condition Index

**VWPP** – Virginia Water Protection Permit

**WHS** – Wildlife and Heritage Service

**WIP** – Watershed Implementation Plan

**WMA** – Water Management Administration

**WRR** – Water Resources Registry

**WSSC** – Washington Suburban Sanitary Commission

00015083

 I-495 & I-270 Managed Lanes Study    Final Natural Resources Technical Report

## Glossary

**Anadromous** – Fish that spend most of their adult lives at sea but return to fresh water to spawn. (National Conservation Training Center - https://nctc.fws.gov/pubs5/web_link/text/int_fish.htm)

**Aquifer** – An underground layer of water-bearing rock. Water-bearing rocks are permeable, meaning that they have openings that liquids and gases can pass through. (National Geographic - https://www.nationalgeographic.org/encyclopedia/aquifer/)

- Artesian aquifer – Water is pushed to the surface as a result of pressure between rock formations (USGS - https://water.usgs.gov/edu/qa-home-artesian.html)
- Unconfined (water-table) aquifer – Water is near the land surface and movement is controlled by the water table, therefore subject to rise and fall of the water table (USGS - https://www.usgs.gov/faqs/what-difference-between-a-confined-and-unconfined-water-table-aquifer?qt-news_science_products=0#qt-news_science_products)

**Benthic** - Occurring at the bottom of a body of water. (EPA - https://www.epa.gov/national-aquatic-resource-surveys/indicators-benthic-macroinvertebrates)

**Catadromous** – Fish that spend most of their adult lives in fresh water but return to salt water to spawn (NOAA Fisheries - https://www.nefsc.noaa.gov/faq/faq-archive/fishfaq1a.html)

**Corridor Study Boundary** – The project area that includes a 48-mile long and approximately 600-foot wide roadway corridor around I-495 and I-270 spanning two states, three counties, and 15 MD 12-digit watersheds. (NRTR)

**Diadromous** - A general category describing fish that spend portions of their life cycles partially in fresh water and partially in salt water. (National Conservation Training Center - https://nctc.fws.gov/pubs5/web_link/text/int_fish.htm)

**Palustrine emergent wetland (PEM)** – A nontidal wetland characterized by erect, rooted, herbaceous hydrophytes, excluding mosses and lichens. This vegetation is present for most of the growing season in most years. These wetlands are usually dominated by perennial plants. (USFWS - https://www.fws.gov/wetlands/documents/classwet/emergent.htm)

**Ephemeral** Streams that flow only after precipitation. Runoff from rainfall is the primary source of water for these streams. Like seasonal streams, they can be found anywhere but are most prevalent in arid areas. (Streams under CWA Section 404 - https://archive.epa.gov/water/archive/web/html/streams.html)

**Exotic species** – A species not native to the continent on which it is now found (USDA NRCS-https://www.nrcs.usda.gov/wps/portal/nrcs/detail/ct/technical/ecoscience/invasive/?cid=nrcs142p2_011124)

**Forest** – A biological community dominated by trees and other woody plants covering a land area of 10,000 square feet or greater. Forest includes (1) areas that have at least 100 trees per acre with at least 50% of those having a two-inch or greater diameter at 4.5 ft above the ground and larger, and (2) forest areas that have been cut but not cleared. Forest does not include orchards (Maryland State Forest Conservation Technical Manual - https://mdstatedocs.slrc.info/digital/collection/mdgov/id/11130/)

00015084

 I-495 & I-270 Managed Lanes Study          Final Natural Resources Technical Report

**Forest Stand** – A contiguous group of trees sufficiently uniform in species composition, arrangement of age classes, and condition to be a distinguishable, homogeneous unit. (Maryland State Forest Conservation Technical Manual - https://mdstatedocs.slrc.info/digital/collection/mdgov/id/11130/)

**Palustrine forested wetland (PFO)** – A nontidal wetland characterized by woody vegetation that is 6 m tall or taller. (USFWS - https://www.fws.gov/wetlands/documents/classwet/forested.htm)

**Geology** – Referring to physical features of the earth's surface including rock and soil formations. (Geology.com - https://geology.com/articles/what-is-geology.shtml)

**Hydrologic Unit Code (HUC)** – A number ranging from 2 to 8 digits nationally that classifies an area into regions, sub-regions, accounting units, and cataloging units that identify the movement of water into successively smaller geographic areas. The term can be used interchangeably with "watershed." (USGS - https://water.usgs.gov/GIS/huc.html)

**Intermittent** – Streams that flow seasonally and often have connectivity to groundwater. Runoff from rainfall or other precipitation supplements the flow of seasonal stream. During dry periods, seasonal streams may not have flowing surface water. Larger seasonal streams are more common in dry areas. (Streams under CWA Section 404 - https://archive.epa.gov/water/archive/web/html/streams.html)

**Interstate waters (ISW)** - A water body that flow across, or form a part of, a State's boundaries. (Congressional Research Service - https://fas.org/sgp/crs/misc/R44585.pdf)

**Invasive species** – Any living organism that is not native to an ecosystem and causes harm to the ecosystem, community, or health of the area where they are introduced. These species usually reproduce quickly and outcompete native species. They are not necessarily from different countries or continents. (National Wildlife Federation - https://www.nwf.org/Educational-Resources/Wildlife-Guide/Threats-to-Wildlife/Invasive-Species)

**Karst** – An area of land comprised of limestone (soft rock) that is prone to erosion when exposed to water and can result in steep, rocky cliffs or sinkholes. (National Geographic - https://www.nationalgeographic.org/encyclopedia/karst/)

**Macroinvertebrate** – Small aquatic animals and the larval stage of insects that are visible without the aid of a microscope and lack a backbone. Commonly described as "benthics." (EPA - https://www.epa.gov/national-aquatic-resource-surveys/indicators-benthic-macroinvertebrates)

**Non-native/Introduced species** – A species introduced intentionally or accidentally by human intervention to an area/region where it was previously not found. Not all non-native species are invasive or exotic. (USDA NRCS - https://www.nrcs.usda.gov/wps/portal/nrcs/detail/ct/technical/ecoscience/invasive/?cid=nrcs142p2_011124)

00015085

**Nontidal** – Not influenced by tide, most commonly used to describe wetlands along rivers, streams, isolated depressions, or other low-lying areas where groundwater intercepts the soil surface. These areas can be inundated seasonally and can consist of a variety of vegetation types from grasses to forest, and in some cases may lack vegetation. (EPA - https://www.epa.gov/wetlands/what-wetland)

**Palustrine open water (POW)** – Nontidal system that is permanently flooded and largely lacks rooted vegetation above the water's surface. (USFWS - https://www.fws.gov/wetlands/documents/classwet/)

**Palustrine** - All nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 %. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2 m at low water; and (4) salinity due to ocean-derived salts less than 0.5 %. (USFWS - https://www.fws.gov/wetlands/documents/classwet/palustri.htm)

**Perennial** – Streams that typically have water flowing in them year-round. Most of the water comes from smaller upstream waters or groundwater while runoff from rainfall or other precipitation is supplemental. (Streams under CWA Section 404 - https://archive.epa.gov/water/archive/web/html/streams.html)

**Scrub-shrub wetland** – (Palustrine) A wetland dominated by woody vegetation less than 6 m (20 feet) tall. The species include true shrubs, young trees, and trees or shrubs that are small or stunted because of environmental conditions. (USFWS - https://www.fws.gov/wetlands/documents/classwet/scrbshrb.htm)

**Territorial seas (TS)** - The area of the sea immediately adjacent to the shores of a state and subject to the territorial jurisdiction of that state. (Britannica - https://www.britannica.com/topic/territorial-waters)

**Tidal** – Influenced by tide, most commonly used to describe wetlands along coast lines and usually a mix of salt and freshwater. Vegetation may be absent, as in sand or mud flats, but many areas consist of grasses, shrubs, and some tree species that have adapted to the influence of salt water. (EPA - https://www.epa.gov/wetlands/what-wetland)

**Topography** - The configuration of a surface including its relief and the position of its natural and man-made features (Merriam-Webster Dictionary - https://www.merriam-webster.com/dictionary/topography)

**Traditionally navigable waters (TNW)** - A water body that is subject to the ebb and flow of the tide, and/or the water body is presently used, or has been used in the past, or may be susceptible for use to transport interstate or foreign commerce. (United States Army Corps of Engineers Jurisdictional Determination Form Instructional Guidebook - https://www.epa.gov/sites/production/files/2017-05/documents/app_d_traditional_navigable_waters.pdf)

**Watershed** - An area of land that drains water, sediment and dissolved materials to a common receiving body or outlet. The term is not restricted to surface water runoff and includes interactions with subsurface water. Watersheds vary from the largest river basins to just acres or less in size. (EPA Watershed Academy Web - https://www.epa.gov/hwp/basic-information-and-answers-frequent-questions)

00015086