## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND CHAPTER OF THE SIERRA CLUB, *et al.*,<br><br>                    *Plaintiffs*,<br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, *et al.*,<br><br>                    *Defendants*. | Civil Action No. DKC 22-2597 |
| NORTHERN VIRGINIA CITIZENS' ASSOCIATION,<br><br>                    *Plaintiff*,<br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, *et al.*,<br><br>                    *Defendants*. | Civil Action No. DKC 22-3336 |

## JOINT APPENDIX VOLUME 6