

I-495 & I-270 Managed Lanes Study

# APPENDIX R
# FINAL PUBLIC INVOLVEMENT AND AGENCY COORDINATION TECHNICAL REPORT
## June 2022





 I-495 & I-270 Managed Lanes Study
Final Public Involvement & Agency Coordination Techncial Report

## TABLE OF CONTENTS

1 INTRODUCTION ................................................................................................................. 1
   1.1 Overview ................................................................................................................. 1
   1.2 Study Corridors and the Preferred Alternative ............................................................ 1
   1.3 Description of the Preferred Alternative ..................................................................... 2
2 PUBLIC INVOLVEMENT ...................................................................................................... 4
   2.1 DEIS Notice of Availability and Comment Period.......................................................... 4
   2.2 SDEIS Notice of Availability and Comment Period........................................................ 6
   2.3 Other Community Meetings and Stakeholder Outreach Events .................................... 8
3 DEMONSTRATED ENGAGEMENT OF ENVIRONMENTAL JUSTICE POPULATIONS........................... 10
   3.1 Publication of DEIS, Public Hearings, and Associated Comment Period...................... 12
   3.2 Publication of SDEIS, Public Hearings, and Associated Comment Period.................... 13
   3.3 Environmental Justice Working Group ....................................................................... 16
   3.4 Environmental Justice Engagement Initiatives ........................................................... 17
4 AGENCY AND STAKEHOLDER COORDINATION .................................................................. 19
   4.1 Agency and Stakeholder Coordination Meetings ....................................................... 19
   4.2 Interagency Working Group Meetings........................................................................ 23
   4.3 City of Rockville and City of Gaithersburg Meetings................................................... 24
5 REGULATORY AGENCY CONSULTATION ............................................................................ 24
   5.1 Natural Resource Agency Coordination...................................................................... 25
   5.2 Section 106 Consultation .......................................................................................... 27
   5.3 Section 4(f) Agency Coordination .............................................................................. 29
6 INCORPORATION OF PUBLIC AND AGENCY INPUT INTO THE STUDY............................................ 30

## LIST OF TABLES

Table 2-1: SDEIS Viewing Locations ....................................................................................... 6
Table 2-2: Stakeholder and Community Meetings .................................................................. 8
Table 3-1: Environmental Justice Working Group Meetings and Coordination ......................... 16
Table 3-2: Environmental Justice Outreach: Pop-Up Events ................................................... 19
Table 4-1: Agency & Stakeholder Coordination Meetings Post-DEIS Publication ..................... 19
Table 4-2: IAWG Meetings Post-DEIS Publication.................................................................. 23
Table 4-3: City of Rockville and City of Gaithersburg Meetings Post-DEIS Publication ............. 24
Table 5-1: Natural Resource Related Meetings ..................................................................... 25

00021195

 I-495 & I-270 Managed Lanes Study

Final Public Involvement & Agency Coordination Techncial Report

Table 5-2: Section 106 Consultation Meetings Post-DEIS Publication........................................................ 28

## LIST OF FIGURES

Figure 1-1: I-495 & I-270 Managed Lanes Study Corridors – Preferred Alternative..................................... 2
Figure 1-2: Preferred Alternative Typical Sections (HOT Managed lanes Shown in Yellow) ....................... 3
Figure 3-1: EJ Populations along the Study Corridors ................................................................................. 11

## LIST OF APPENDICES

Appendix A    DEIS Comment Period Materials
Appendix B    SDEIS Comment Period Materials
Appendix C    EJ Initiative Materials

00021196

 I-495 & I-270 Managed Lanes Study     Final Public Involvement & Agency Coordination Techncial Report

# 1     INTRODUCTION

## 1.1     Overview

The Federal Highway Administration (FHWA), as the Lead Federal Agency, and the Maryland Department of Transportation State Highway Administration (MDOT SHA), as the Local Project Sponsor, are preparing a Final Environmental Impact Statement (FEIS) in accordance with the National Environmental Policy Act (NEPA) for the I-495 & I-270 Managed Lanes Study (Study).  The I-495 & I-270 Managed Lanes Study (Study) is the first environmental study under the broader I-495 & I-270 Public-Private Partnership (P3) Program.

This Final Public Involvement and Agency Coordination Technical Report has been prepared to support the FEIS and focuses on the analysis of the Preferred Alternative. The Preferred Alternative, also referred to as Alternative 9 – Phase 1 South, includes building a new American Legion Bridge and delivering two high-occupancy toll (HOT) managed lanes in each direction on I-495 from the George Washington Memorial Parkway in Virginia to east of MD 187 on I-495, and on I-270 from I-495 to north of I-370 and on the I-270 eastern spur from east of MD 187 to I-270. Refer to **Figure 1-1**. This Preferred Alternative was identified after extensive coordination with agencies, the public and stakeholders to respond directly to feedback received on the DEIS to avoid displacements and impacts to significant environmental resources, and to align the NEPA approval with the planned project phased delivery and permitting approach.

The purpose of the Final Public Involvement and Agency Coordination Technical Report is to provide an overview of the public involvement efforts and agency coordination conducted during the NEPA process since the publication of the DEIS on July 10, 2020. This Final Public Involvement and Agency Coordination Technical Report builds upon the analysis in the Draft Public Involvement and Agency Coordination Technical Report, DEIS and Supplemental DEIS (SDEIS), and has been prepared to support and inform the FEIS.

## 1.2     Study Corridors and the Preferred Alternative

In the SDEIS, published on October 1, 2021, FHWA and MDOT SHA identified the Preferred Alternative: Alternative 9 – Phase 1 South to be consistent with the previously determined phased delivery and permitting approach, which focuses on Phase 1 South. As a result, Alternative 9 – Phase 1 South includes the same improvements proposed as part of Alternative 9 in the DEIS but focuses the build improvements within the Phase 1 South limits only. The limits of Phase 1 South are along I-495 from the George Washington Memorial Parkway to west of MD 187 and along I-270 from I-495 to north of I-370 and on the I-270 east and west spurs as shown in **dark blue** in **Figure 1-1**. The improvements include two new HOT managed lanes in each direction along I-495 and I-270 within the Phase 1 South limits.  There is no action, or no improvements included at this time on I-495 east of the I-270 east spur to MD 5 (shown in light blue in Figure 1-1). While the Preferred Alternative does not include improvements to the remaining parts of I-495 within the Study limits, improvements on the remainder of the interstate system may still be needed in the future. Any such improvements would advance separately and would be subject to additional environmental studies and analysis and collaboration with the public, stakeholders and agencies.

00021197

The 48-mile corridor Study limits remain unchanged: I-495 from south of the George Washington Memorial Parkway in Fairfax County, Virginia, to west of MD 5 and along I-270 from I-495 to north of I-370, including the east and west I-270 spurs in Montgomery and Prince George's Counties, Maryland (shown in both dark and light blue in **Figure 1-1**).

**Figure 1-1: I-495 & I-270 Managed Lanes Study Corridors – Preferred Alternative**



## 1.3    Description of the Preferred Alternative

The Preferred Alternative includes a two-lane HOT managed lanes network on I-495 and I-270 within the limits of Phase 1 South only (**Figure 1-2**). On I-495, the Preferred Alternative consists of adding two, new HOT managed lanes in each direction from the George Washington Memorial Parkway to west of MD 187. On I-270, the Preferred Alternative consists of converting the one existing HOV lane in each direction to a HOT managed lane and adding one new HOT managed lane in each direction on I-270 from I-495 to north of I-370 and on the I-270 east and west spurs. There is no action, or no improvements included at this time on I-495 east of the I-270 east spur to MD 5. Along I-270, the existing collector-distributor (C-D) lanes from Montrose Road to I-370 would be removed as part of the proposed improvements. The managed lanes would be separated from the general purpose lanes using pylons placed within a four-foot wide buffer. Transit buses and HOV 3+ vehicles would be permitted to use the managed lanes toll-free.

00021198

 I-495 & I-270 Managed Lanes Study    Final Public Involvement & Agency Coordination Techncial Report

## Figure 1-2: Preferred Alternative Typical Sections (HOT Managed lanes Shown in Yellow)

I-495 from the George Washington Memorial Parkway to west of MD 187



I-495: American Legion Bridge (Looking north towards Maryland)



I-495 west of MD 187 to west of MD 5 - NO ACTION AT THIS TIME



I-270 from I-495 to I-370



00021199

 I-495 & I-270 Managed Lanes Study    Final Public Involvement & Agency Coordination Techncial Report

## 2    PUBLIC INVOLVEMENT

A comprehensive public involvement and agency coordination program has been conducted throughout the I-495 & I-270 Managed Lanes Study (Study). This chapter summarizes the outreach and engagement that has occurred since publication of the Draft Environmental Impact Statement (DEIS) on July 10, 2020.

### 2.1    DEIS Notice of Availability and Comment Period

The DEIS was published on July 10, 2020 and was made available on the I-495 & I-270 P3 Program webpage (https://495-270-p3.com/deis/) and on the US Environmental Protection Agency (EPA) EIS Database webpage. The DEIS comment period was 120-days, from July 10, 2020 to November 9, 2020.

Opportunities to comment on the DEIS were provided by the following ways:

- Oral testimony at one of the Public Hearings in the main hearing room
- Oral testimony to a court reporter at a Public Hearing in private in a separate room
- DEIS comment form at https://495-270-p3.com/DEIS/
- Email to MLS-NEPA-P3@mdot.maryland.gov
- Written comments on a comment form at a Public Hearing
- Letters to Lisa B. Choplin, DBIA, I-495 & I-270 P3 Program Director, I-495 & I-270 P3 Office, 707 North Calvert Street, Mail Stop P-601, Baltimore MD 21202

Four virtual or online hearings were held during the DEIS Comment Period on the following days:

- Tuesday, August 18, 2020
- Thursday, August 20, 2020
- Tuesday, August 25, 2020
- Thursday, September 3, 2020

Two in-person hearings were held during the DEIS Comment Period on:

- Tuesday, September 1, 2020
- Thursday, September 10, 2020

To provide persons without electronic access to view the DEIS in hard copy, MDOT SHA and FHWA employed innovative approaches due to widespread closures of many public facilities, including libraries, caused by the global, 2020 COVID-19 pandemic. Due to these closures of public facilities, temporary facilities to house the DEIS for public review were provided at eight community-based public library parking lot locations along the study corridors, as well as one location in Washington, D.C. Lobbies at six centrally-located post offices in Montgomery and Prince George's Counties were also used for DEIS viewing locations. Locations were available during the week and weekend days, with day and evening hours to provide adequate options for the public to view the documents. Lastly, six select MDOT SHA, Maryland Transportation Authority (MDTA), and Virginia Department of Transportation (VDOT) offices within or near the study area were also open to the public for viewing of the DEIS and Technical Reports. Each DEIS viewing location was compliant with the Americans with Disabilities Act (ADA) and equipped with required Personal Protective Equipment (PPE), including masks, hand sanitizers, and antibacterial cleaning solution. A strict safety protocol, in compliance with the State-mandated COVID-19 guidelines, was followed to ensure the safety of the public and MDOT SHA staff. Refer to **Table 7-1** in **SDEIS Chapter 7** for a full list of the DEIS viewing locations.

00021200

 I-495 & I-270 Managed Lanes Study    Final Public Involvement & Agency Coordination Techncial Report

The extensive and innovative efforts to provide opportunity for public comment on the DEIS was unprecedented in Maryland. MDOT SHA and FHWA successfully held four virtual public hearings, each lasting nine hours, to maximize the opportunity for participation throughout the day. The virtual public hearings were held on the following dates from 9 AM to 8 PM (including two short breaks):

- Tuesday, August 18, 2020;
- Thursday, August 20, 2020;
- Tuesday, August 25, 2020; and
- Thursday, September 3, 2020.

Approximately 400 people participated in the virtual public hearings.

Two, in-person public hearings were also held in early September 2020, each lasting nine hours, in full compliance with State-mandated COVID-19 guidelines to keep both the public and staff safe. In-person hearings included a live presentation repeated at the beginning of the morning, afternoon, and evening sessions. The in-person public hearings were held on the following dates from 12 PM to 9 PM (including one short break):

- Tuesday, September 1, 2020, at Homewood Suites by Hilton (9103 Basil Court, Largo, MD 20774); and
- Thursday, September 10, 2020, at Hilton Executive Meeting Center (1750 Rockville Pike Rockville, MD 20852).

A total of 22 people attended the in-person public hearings.

Each virtual and in-person hearing could be listened to live via phone to accommodate persons without access to a computer. The public and elected officials could register to provide verbal testimony during both the virtual and in-person hearings and had the option to provide voicemail testimony during any of the six public hearings. The virtual hearings held were live-streamed on YouTube with automatic closed captioning. For full transparency, the recorded testimony was transcribed and posted on the I-495 & I-270 P3 Program webpage (https://495-270-p3.com/your-participation/past-public-outreach/) along with the in-person public hearing testimony transcripts. Plain-text versions of the presentation script and display boards were also uploaded to the program website so that website visitors may use Google translate and/or text-to-voice programs for the visually impaired.

The MDOT SHA and FHWA granted a 30-day extension of the public comment period for the DEIS. A 90-day comment period was originally provided on the DEIS, twice the minimum time required by FHWA. Based on input from the public, community partners, stakeholders and local and federal officials, MDOT SHA supported extending the comment period to 120 days and made a formal request to FHWA, which has authority to grant any extension. FHWA approved the request, and comments on the DEIS were accepted until November 9, 2020.

Refer to **Appendix A** of this technical report for outreach materials from the DEIS public comment period. For a summary of comments received on the DEIS and responses to common themes, refer to **FEIS, Chapter 9**. Transcripts of oral testimony received for the DEIS are included in **FEIS, Appendix T**.

00021201

OP·LANES
M A R Y L A N D     I-495 & I-270 Managed Lanes Study     Final Public Involvement & Agency Coordination Techncial Report

## 2.2     SDEIS Notice of Availability and Comment Period

The SDEIS was published on October 1, 2021 and was made available on the I-495 & I-270 P3 Program webpage (https://oplanesmd.com/sdeis/), EPA EIS Database webpage, as well as 18 public libraries in Montgomery, Prince George's, and Fairfax Counties and Washington DC (refer to **Table 2-1**). MDOT SHA and FHWA granted a 15-day extension of the public comment period for the SDEIS, which lasted 60 days from October 1, 2021 to November 30, 2021.

Opportunities to comment on the SDEIS were provided by the following ways:

- Oral testimony at the Virtual Public Hearing, on November 1, 2021
- SDEIS comment form at oplanesmd.com/SDEIS
- Email to MLS-NEPA-P3@mdot.maryland.gov
- Letters to Jeff Folden, I-495 & I-270 P3 Program Deputy Director, I-495 & I-270 P3 Office, 707 North Calvert Street, Mail Stop P-601, Baltimore MD 21202
- Call-in a comment at 855-432-1483 and leave a voicemail that is limited to three minutes

The SDEIS Virtual Public Hearing was held on November 1, 2021 with two sessions to provide the public an opportunity to provide live oral testimony on the SDEIS. Session 1 was from 2 PM to 4 PM and Session 2 was from 6 PM to 8 PM. Individuals were required to register in advance to be admitted to the phone queue for comment. Members of the public were allotted three minutes and elected officials were allotted five minutes, per person, for verbal testimony. Responses to questions were not given at the hearing; responses to comments are provided in this FEIS.  A total of 35 people attended the virtual public hearing.

In addition to verbal public testimony, stakeholders were able to provide one-on-one testimony during the call-in hearing sessions by calling and leaving a single voicemail message limited to three minutes. The public could listen live to the hearing sessions via telephone or via livestream at oplanesmd.com/SDEIS. For full transparency, the recorded testimony was posted on the I-495 & I-270 P3 Program webpage (https://oplanesmd.com/your-participation/past-public-outreach/) along with the virtual public hearing testimony transcripts. Plain-text versions of the presentation script and display boards were also uploaded to the program website so that website visitors may use Google translate and/or text-to-voice programs for the visually impaired.

To provide persons without electronic access to view the SDEIS in hard copy, MDOT SHA and FHWA provided 18 SDEIS viewing locations. These locations and hours when the location was open for viewing the documentation are included in **Table 2-1**.

### Table 2-1: SDEIS Viewing Locations

| COUNTY | | LOCATION | VIEWING TIMES |
|---|---|---|---|
| 1 | Montgomery | GAITHERSBURG LIBRARY 18330 Montgomery Village Ave Gaithersburg, MD 20879 | Mon, Wed, Fri & Sat: 10 AM - 6 PM Tue & Thu: 12 - 8 PM |
| 2 | Montgomery | QUINCE ORCHARD LIBRARY 15831 Quince Orchard Rd Gaithersburg, MD 20878 | Mon, Wed, Fri & Sat: 10 AM - 6 PM Tue & Thu: 12 - 8 PM |
| 3 | Montgomery | ROCKVILLE MEMORIAL LIBRARY* 21 Maryland Ave | Mon, Wed, Fri & Sat: 10 AM - 6 PM Tue & Thu: 12 - 8 PM |

00021202

 I-495 & I-270 Managed Lanes Study    Final Public Involvement & Agency Coordination Techncial Report

| COUNTY | | LOCATION | VIEWING TIMES |
|---|---|---|---|
| | | Rockville, MD 20850 | |
| 4 | Montgomery | POTOMAC LIBRARY<br>10101 Glenolden Dr<br>Potomac, MD 20854 | Mon, Wed, Fri & Sat: 10 AM - 6 PM<br>Tue & Thu: 12 - 8 PM |
| 5 | Montgomery | DAVIS LIBRARY<br>6400 Democracy Blvd<br>Bethesda, MD 20817 | Mon, Wed, Fri & Sat: 10 AM - 6 PM<br>Tue & Thu: 12 - 8 PM |
| 6 | Montgomery | KENSINGTON PARK LIBRARY<br>4201 Knowles Ave<br>Kensington, MD 20895 | Mon, Wed, Fri & Sat: 10 AM - 6 PM<br>Tue & Thu: 12 - 8 PM |
| 7 | Montgomery | CHEVY CHASE LIBRARY<br>8005 Connecticut Ave<br>Chevy Chase, MD 20815 | Mon, Wed, Fri & Sat: 10 AM - 6 PM<br>Tue & Thu: 12 - 8 PM |
| 8 | Montgomery | SILVER SPRING LIBRARY<br>900 Wayne Ave<br>Silver Spring, MD 20910 | Mon, Wed, Fri & Sat: 10 AM - 6 PM<br>Tue & Thu: 12 - 8 PM |
| 9 | Montgomery | WHITE OAK LIBRARY<br>11701 New Hampshire Ave<br>Silver Spring, MD 20904 | Mon, Wed, Fri & Sat: 10 AM - 6 PM<br>Tue & Thu: 12 - 8 PM |
| 10 | Prince George's | BELTSVILLE LIBRARY<br>4319 Sellman Rd<br>Beltsville, MD 20705 | Mon, Tue, Thu, & Fri: 10 AM - 6 PM<br>Wed: 12 - 8 PM<br>Sat: 10 AM - 5 PM |
| 11 | Prince George's | GREENBELT LIBRARY*<br>11 Crescent Rd<br>Greenbelt, MD 20770 | Mon, Tue, Thu, & Fri: 10 AM - 6 PM<br>Wed: 12 - 8 PM<br>Sat: 10 AM - 5 PM |
| 12 | Prince George's | NEW CARROLLTON LIBRARY<br>7414 Riverdale Rd<br>New Carrollton, MD 20784 | Mon, Tue, Thu, & Fri: 10 AM - 6 PM<br>Wed: 12 - 8 PM<br>Sat: 10 AM - 5 PM |
| 13 | Prince George's | GLENARDEN LIBRARY<br>8724 Glenarden Pkwy<br>Glenarden, MD 20706 | Mon, Tue, Thu, & Fri: 10 AM - 6 PM<br>Wed: 12 - 8 PM<br>Sat: 10 AM - 5 PM |
| 14 | Prince George's | LARGO-KETTERING LIBRARY<br>9601 Capital Ln<br>Upper Marlboro, MD 20772 | Mon, Tue, Thu, & Fri: 10 AM - 6 PM<br>Wed: 12 - 8 PM<br>Sat: 10 AM - 5 PM |
| 15 | Prince George's | SPAULDINGS LIBRARY<br>5811 Old Silver Hill Rd<br>District Heights, MD 20747 | Mon, Tue, Thu, & Fri: 10 AM - 6 PM<br>Wed: 12 - 8 PM<br>Sat: 10 AM - 5 PM |
| 16 | Prince George's | OXON HILL LIBRARY<br>6200 Oxon Hill Rd<br>Oxon Hill, MD 20745 | Mon, Tue, Thu, & Fri: 10 AM - 6 PM<br>Wed: 12 - 8 PM<br>Sat: 10 AM - 5 PM |
| 17 | Fairfax | DOLLY MADISON LIBRARY<br>1244 Oak Ridge Ave<br>McLean, VA 22101 | Mon & Tue: 10 AM – 9 PM<br>Wed, Thu, Fri & Sat: 10 AM – 6 PM |
| 18 | Washington DC | SHEPHERD PARK LIBRARY<br>7420 Georgia Ave NW<br>Washington, DC 20012 | Mon, Tue, Wed, Fri & Sat: 10 AM - 6 PM<br>Thu: 12 - 8 PM |

*The Rockville and Greenbelt libraries had hard copies of the SDEIS and Technical Reports available. All other libraries had the technical reports on USB flash drives

00021203

Refer to **Appendix B** of this technical report for outreach materials from the SDEIS public comment period. For a summary of comments received on the SDEIS and responses to common themes, refer to **FEIS, Chapter 9**. Transcripts of oral testimony received for the SDEIS are included in **FEIS, Appendix T**.

## 2.3    Other Community Meetings and Stakeholder Outreach Events

Engagement with communities, stakeholders and elected officials continued to occur after the DEIS was published in July 2020 (**Table 2-2**). All meetings except for one were held virtually due to the COVID-19 Pandemic. The focus of this engagement was to better understand comments received on the DEIS, provide Study related updates, and seek feedback on a host of topics including effects of COVID-19 on traffic, transit opportunities, alternatives design, managed lanes access, bicycle and pedestrian improvements, economic benefits and environmental concerns. MDOT SHA continued engaging with stakeholder working groups that were either initiated before the DEIS or developed after including the Transit Working Group, Regional Economic Working Group, and Environmental Justice Working Group, as discussed above. In February 2021, MDOT SHA reinitiated meetings, held virtually, with several Homeowners' Associations (HOAs) and Community Associations. Active engagement with stakeholders, communities, and elected official will continue to occur as the Study progresses. On April 6, 2021, an e-mail blast was sent to more than 600 e-mail addresses compiled from the Montgomery County Mailing List Generator for Homeowners Associations, Citizens and Civic Associations. HOA and CA leaders along the project corridor were invited to schedule a project briefing by the project team for their community. Ten groups responded, seven briefings were scheduled and held, and three briefings are planned for later in the year. In addition, MDOT SHA has held over 40 meetings with elected officials.

**Table 2-2: Stakeholder and Community Meetings**

| DATE | ORGANIZATION |
|------|--------------|
| July 9, 2020 | Northern Virginia Transportation Alliance |
| July 20, 2020 | Montgomery County Council Transportation & Environment Committee Briefing |
| July 21, 2020 | Greater Washington Partnership |
| September 3, 2020 | Stakeholder Group Briefing (Suburban Maryland Transportation Alliance, Northern Virginia Transportation Alliance, AAA Mid-Atlantic, Chambers of Commerce, Greater Washington Board of Trade, Maryland Transportation Builders and Materials Association) |
| September 14, 2020 | Montgomery County Department of Transportation |
| September 15, 2020 | Prince George's County Department of Public Works and Transportation |
| September 22, 2020 | Prince George's County Council Briefing |
| October 5, 2020 | Virginia Department of Transportation 495 NEXT Project Public Hearing |
| October 6, 2020 | Frederick County Department of Transportation |
| October 8, 2020 | Virginia Department of Transportation 495 NEXT Project Public Hearing (in-person) |
| October 26, 2020 | Montgomery County Council Transportation and Environment Committee |
| November 6, 2020 | Disadvantaged Business Enterprise Opportunity MDOT Networking Event |
| November 10, 2020 | Northern Virginia Transportation Alliance "What You Need to Know About Transportation" Seminar |
| November 16, 2020 | Upcounty Citizens Advisory Board Land Use Committee |
| November 18, 2020 | Greater Washington Partnership Capital Region Transportation Forum |
| November 20, 2020 | Frederick County Department of Transportation |

00021204



I-495 & I-270 Managed Lanes Study    Final Public Involvement & Agency Coordination Techncial Report

| DATE | ORGANIZATION |
|---|---|
| November 20, 2020 | Stakeholder Group Update (Suburban Maryland Transportation Alliance, Northern Virginia Transportation Alliance, AAA Mid-Atlantic, Chambers of Commerce, Greater Washington Board of Trade, Maryland Transportation Builders and Materials Association) |
| December 1, 2020 | Great Seneca Science Corridor IAC |
| December 4, 2020 | Maryland Transportation Builders and Materials Association Together for Transportation Coalition |
| December 9, 2020 | Montgomery County Business Roundtable |
| December 18, 2020 | Stakeholder Group Update (Suburban Maryland Transportation Alliance, Northern Virginia Transportation Alliance, AAA Mid-Atlantic, Chambers of Commerce, Greater Washington Board of Trade, Maryland Transportation Builders and Materials Association) |
| January 15, 2021 | Stakeholder Group Update (Suburban Maryland Transportation Alliance, Northern Virginia Transportation Alliance, AAA Mid-Atlantic, Chambers of Commerce, Greater Washington Board of Trade, Maryland Transportation Builders and Materials Association) |
| January 19, 2021 | Northern Virginia Transportation Alliance/Suburban Maryland Transportation Alliance Joint Briefing |
| January 19, 2021 | MDOT Office of Small Business Policy Small Business Enterprise Outreach Event |
| January 26, 2021 | Transit Work Group |
| February 3, 2021 | Regional Economic Work Group |
| February 4, 2021 | Laborers International Union of North America |
| February 8, 2021 | Montgomery County Economic Development Corporation |
| February 10, 2021 | Leadership Montgomery |
| February 12, 2021 | Asian American Chamber of Commerce |
| February 19, 2021 | Stakeholder Group Update (Suburban Maryland Transportation Alliance, Northern Virginia Transportation Alliance, AAA Mid-Atlantic, Chambers of Commerce, Greater Washington Board of Trade, Maryland Transportation Builders and Materials Association) |
| February 19, 2021 | Montgomery County Department of Transportation Office of Small and Minority SBE Outreach |
| February 24, 2021 | Regency Estates Civic Association |
| February 24, 2021 | Conference of Minority Transportation Officials |
| February 25, 2021 | Lantian Development |
| March 1, 2021 | Washington Biologists' Field Club (WBFC) |
| March 12, 2021 | ASHE Potomac Chapter |
| March 19, 2021 | Hispanic Chamber of Commerce of Montgomery County |
| March 30, 2021 | Peterson Companies |
| March 31, 2021 | Regional Economic Work Group |
| April 14, 2021 | Frederick County Chamber Transportation Advisory Committee |
| April 16, 2021 | Stakeholder Group Update (Suburban Maryland Transportation Alliance, Northern Virginia Transportation Alliance, AAA Mid-Atlantic, Chambers of Commerce, Greater Washington Board of Trade, Maryland Transportation Builders and Materials Association) |
| April 20, 2021 | Montgomery County Civic Federation |

00021205

Case 8:22-cv-02597-DKC    Document 61-1    Filed 10/30/23    Page 13 of 72

OP·LANES
M A R Y L A N D    I-495 & I-270 Managed Lanes Study    Final Public Involvement & Agency Coordination Techncial Report

| DATE | ORGANIZATION |
|---|---|
| April 26, 2021 | ITE Annual Meeting |
| April 29, 2021 | George Mason University P3 Panel |
| April 30, 2021 | Rubenstein Partners |
| May 6, 2021 | Opportunity MDOT Stakeholders Meeting |
| May 11, 2021 | Avonglen HOA |
| May 20, 2021 | Rosemont Citizens Association |
| May 25, 2021 | Maplewood Park HOA |
| May 26, 2021 | Regional Economic Work Group Steering Committee |
| June 2, 2021 | North Potomac Citizens Association |
| June 2, 2021 | Friends of Moses Hall Cemetery and First Agape AME Zion Church Stakeholder Group |
| June 8, 2021 | Luxmanor Citizens Association |
| June 10, 2021 | Joint Briefing for Budget Committee Staff |
| June 11, 2021 | Leadership Montgomery |
| June 15, 2021 | Rock Creek Conservancy Advocacy Committee |
| June 24, 2021 | Regional Economic Work Group |
| July 22, 2021 | Hispanic Chamber of Commerce of Montgomery County |
| August 3, 2021 | Frederick County Department of Transportation |
| August 13, 2021 | Frederick Keys Baseball Game (Pop-up Event with informational booth) |
| August 18, 2021 | Shady Grove Farmers Market (Pop-up Event with informational booth) |
| August 28, 2021 | Derwood Farmers Market (Pop-up Event with informational booth) |
| September 4, 2021 | Rockville Arts Festival (Pop-up Event with informational booth) |
| November 29, 2021 | Washington Biologists' Field Club |
| December 20, 2021 | Upcounty Citizens Advisory Board |
| January 12, 2022 | Patuxent River Commission |
| January 18, 2022 | Bicycle / Pedestrian Crossing Discussion to the Transportation Planning Board |
| January 19, 2022 | American Society of Civil Engineers (ASCE) Catoctin Branch |
| February 8, 2022 | McLean Citizen's Association- Transportation Subcommittee |
| March 24, 2022 | Washington Biologist Field Club |

Note: All meetings held virtually unless otherwise denoted.

# 3    DEMONSTRATED ENGAGEMENT OF ENVIRONMENTAL JUSTICE POPULATIONS

An Environmental Justice (EJ) population is a population concentration of minority race and ethnicity individuals and/or low-income households that meets federal definitions. As documented in the EJ Analysis in **Chapter 5, Section 21** of the FEIS, EJ populations have been identified along the study corridors and are shown in **Figure 3-1**.

Providing full and fair access to meaningful involvement by low-income and minority populations in project planning and development is an important aspect of EJ. Meaningful involvement means the lead agencies invites participation from populations typically underrepresented, throughout all the project stages.  Due to the highly diverse demographics composing the population adjacent to and using the study corridors, much of the corridor-wide public involvement efforts conducted for the Study were aimed at

00021206

reaching this socioeconomically diverse audience. This chapter highlights the public involvement efforts conducted in or near EJ populations, as well as additional efforts to notify traditionally underserved populations.

**Figure 3-1: EJ Populations along the Study Corridors**



00021207

 I-495 & I-270 Managed Lanes Study    Final Public Involvement & Agency Coordination Techncial Report

## 3.1    Publication of DEIS, Public Hearings, and Associated Comment Period

In addition to standard public notifications of the availability of the DEIS and notification of the Public Hearings and associated comment period, MDOT SHA implemented additional notification methods to encourage meaningful involvement by low-income and minority race/ethnicity populations, as well as other traditionally marginalized populations in review of the DEIS and participation in the Public Hearings. These efforts include the following:

- Mailed flyers in English, Spanish, Amharic, and French[1] flyers to approximately 200 affordable housing complexes, schools, and places of worship[2] in the study area. Emailed PDFs of these flyers to the organizations that have email addresses listed online. A cover letter was sent with both forms of distribution.

- Uploaded to the project website the DEIS Executive Summary translated into Spanish, Amharic, and French.

- Provided hard copies of the translated DEIS Executive Summary at the DEIS viewing locations.

- Spanish language advertisements in *El Tiempo Latino*, *Washington Hispanic*, and on eltiempo.com.

- Additional County outreach:
    - Montgomery County News press release;
    - Inclusion in Montgomery County Executive's weekly newsletter;
    - Inclusion in Montgomery County Department of Transportation bi-weekly newsletter and social media posts;
    - Distribution of flyer via Maryland-National Capital Park and Planning Commission (M-NCPPC) Prince George's County Planning email databases;
        - Planning Department listserv with approximately 19,200 email addresses;
        - Community Association listserv with approximately 700 email addresses;
    - Inclusion in Prince George's County social media posts; and
    - Coordination with Prince George's County Faith-Based Advisory Board to distribute information to their ministry listserv with approximately 70 email addresses.

- Additional translation of flyer to Simplified Chinese, Korean, Malayalam, Punjabi, Tagalog, and Yoruba, uploaded to the project website, and distribution of hard copies to groceries largely serving immigrant communities.
    - ALDI (Beltsville, Lanham)
    - Anarkali Bazar (Greenbelt)
    - Giant Food (Greenbelt, Largo, Marlow Heights)
    - Global International Grocery (Silver Spring)
    - Great Wall Supermarket (Rockville)

---

[1] Spanish, French, and Amharic are the top primary languages of English for Speakers of Other Languages (ESOL) learners in both counties.

[2] Includes Environmental Justice (EJ)- area schools with above-average participation in the Free and Reduced-price Meals Program; places of worship in EJ areas; and all affordable-housing complexes within the study area.

00021208



- o Jumbo Food International Supermarket (Temple Hills)
- o La Colonia International Supermarket (Camp Springs)
- o Las Americas Market (Rockville)
- o Latino Market Grocery (Gaithersburg)
- o Lidl (District Heights)
- o Periyar Asian Grocery (Landover Hills)
- o Safeway (Greenbelt)
- o Save A Lot (Forestville)
- o Shoppers (College Park, Forestville, Largo, New Carrollton)

Refer to *Appendix G* of the *Final Community Effects Assessment and Environmental Justice Technical Report* (**FEIS, Appendix F**) for EJ outreach materials used for the notification and public comment period associated with the DEIS.

## 3.2    Publication of SDEIS, Public Hearings, and Associated Comment Period

Environmental Justice outreach efforts for publication of the SDEIS and notification of the Public Hearing and comment period were similar to the DEIS outreach efforts and included the following:

- Newspaper print advertisements in *El Tiempo Latino* and *Washington Hispanic* and digital advertisements in *Afro.com* and *Eltiempo.com*. Programmatic digital banner ads were placed across the digital exchange display network targeting African American or Hispanic, Adults 18 years or older. Ads were also geotargeted and geofenced across zip codes and behavioral data based on living near or usage of I-270 and/or I-495.[3]

- Developed a flyer to outreach to EJ populations that featured an emphasis on SDEIS availability, ways to comment, and the announcement of Virtual Public Hearings; the flyer included a QR code to link to SDEIS availability on the project website. The flyer was translated into in Spanish, Amharic, French, Chinese, and Korean based on the top languages spoken by LEP populations in Montgomery County as identified in the 2020 Montgomery County Department of Transportation *Language Assistance Plan*.

- Mailed flyer to approximately 200 affordable housing complexes, schools, and places of worship along the study corridors. PDFs of these flyers were emailed to the organizations that have email addresses listed online. A cover letter was sent with both forms of distribution.

- Mailed flyers to county advisory boards and community groups who serve minority race and ethnicity and other traditionally marginalized populations. PDFs of these flyers were emailed to the organizations that have email addresses listed online. A cover letter was sent with both forms of distribution.

---

[3] Online digital advertisements were run through the Exchange Display Network, which specializes in digital buys with geographic and demographic programmatic targeting. Digital advertisements targeted African Americans or Hispanic adults using geofencing and behavioral data. The target area was in zip codes which index the highest to target a specified audience segment; and behavioral data indicating the likelihood for that adult to own a home and commute over 20 miles daily using I-270 or I-495. Of the total 5 million-plus potential impressions, 20 percent, or 1.2 million impressions, targeted this demographic.

00021209

- o Montgomery County

    - Faith Community Advisory Council

    - Gilchrest Immigrant Resource Center

    - Department of Housing and Community Affairs

    - Community Reach, Commission on People with Disabilities

    - Health and Human Services Latino Health Initiative

    - Literacy Council

    - DOT Division of Transit Services

    - Health and Human Services Office of Community Affairs

    - Office of Community Partnerships

    - Sidney Kramer Upcountry Regional Services Center

    - Health and Human Services Asian American Health Initiative

    - Office of Community Relations

    - Department of Social Services Internal and External Affairs

  - o Prince George's Housing Authority

  - o Prince George's Community Outreach Promoting Empowerment Section (COPE)

  - o Literacy Council of Prince George's County

  - o Prince George's Aging and Disabilities Services Division

- Distributed hard copies of the translated flyer to groceries largely serving immigrant communities and libraries in Montgomery, Prince George's, and Frederick Counties.[4]

  - o Admas International Market (Hyattsville)
  - o ALDI (Beltsville and Lanham)
  - o Anarkali Bazar (Greenbelt)
  - o Asian Super Market (Frederick)
  - o Brunswick Branch Library (Brunswick)
  - o C. Burr Artz Public Library (Frederick)
  - o Chevy Chase Library (Chevy Chase)
  - o Davis (North Bethesda) Library (Bethesda)

---

[4] Attempts to drop off flyers were made at the listed specialty markets and grocery stores. Note that several locations were either closed or did not accept the flyers for posting or distribution.

00021210

- o  Ebenezer International Market (Frederick)
- o  Edward Fry Memorial Library at Point of Rocks
- o  El Eden International Market 2 (Frederick)
- o  Favor International Food (Silver Spring)
- o  Frederick Bazaar-Indian-Pak Grocery Store (Frederick)
- o  Giant Food (Greenbelt, Lanham, Upper Marlboro, and Marlow Heights)
- o  Glenarden Branch Library, PGCMLS (Glendarden)
- o  Global International Grocery (Silver Spring)
- o  Great Wall Supermarket (Rockville)
- o  Halal Market (Frederick)
- o  Hampton Park Post Office (Capitol Heights)
- o  Jumbo Food International Supermarket (Temple Hills)
- o  Kenilworth Post Office (Riverdale Park)
- o  Kensington Park Branch(Kensington)
- o  La Chiquita Grocery (Frederick)
- o  La Colonia International Supermarket (Camp Springs)
- o  Lagos Market International (Forestville/District Heights)
- o  Largo Post Office (Upper Marlboro)
- o  Largo-Kettering Branch Library, PGCMLS (Largo/Upper Marlboro)
- o  Las Americas Market  (Rockville)
- o  Latino Market Grocery Inc (Gaithersburg)
- o  Lidl (District Heights)
- o  Megamart Gaithersburg (Gaithersburg)
- o  Mercado Latino (Beltsville)
- o  Mi Pueblo International Market (Frederick)
- o  Middletown Public Town (Middletown)
- o  Myersville Community Library (Myersville)
- o  New Carrollton Branch Library, PGCMLS (New Carrollton/Hyattsville)
- o  Orange Latin Market, Colombian & South American products (Gaithersburg)
- o  Periyar Asian Grocery (Landover Hills)
- o  Potomac Branch (Potomac)
- o  Rockville Post Office (Rockville)
- o  Safeway (Greenbelt)
- o  Savanna International Market Inc (Gaithersburg)
- o  Save A Lot (Forestville)
- o  Shoppers (Bowie, College Park, New Carrolton, Forestville, Largo/Upper Marlboro)
- o  Spauldings Branch Library (District Heights)
- o  Temple Hills Post Office (Temple Hills)
- o  Urbana Regional Library (Frederick/Urbana)
- o  Walkersville Public Library (Walkersville)
- o  Wegmans (Lanham)
- o  West Lake Post Office (Bethesda)

00021211

**OP·LANES**
MARYLAND
I-495 & I-270 Managed Lanes Study    Final Public Involvement & Agency Coordination Techncial Report

- Contact was made to distribute flyers via Maryland-National Capital Park and Planning Commission (M-NCPPC) Prince George's County Planning email databases.

- Spanish radio ads were run two weeks prior to the hearing on WLZL-FM, a Spanish language station that broadcasts to the Washington-Baltimore metropolitan area. The spots were thirty seconds long and aired during commercial breaks. The radio spot emphasized the virtual public hearing and project website.

Additionally, translated versions of the SDEIS Executive Summary were posted to the project website, and all SDEIS documents were made Section 508-compliant on the project website. Plain-text versions of the hearing presentation script and display boards were also uploaded to the program website so that website visitors may use Google translate.

Refer to *Appendix G* of the *Final Community Effects Assessment and Environmental Justice Technical Report* (**FEIS, Appendix F**) for EJ outreach materials used for the notification and public comment period associated with the SDEIS.

## 3.3    Environmental Justice Working Group

In response to comments from the US EPA on the DEIS, a Working Group was established in Spring 2021 to support the Environmental Justice analysis and outreach efforts to be conducted for the Study moving forward. Agency members include FHWA, US EPA, MDOT SHA, Maryland Department of Planning (MDP), Montgomery County Department of Transportation (MCDOT), Maryland-National Capital Park and Planning Commission (M-NCPPC), and Prince George's County Department of Public Works and Transportation (DPW&T). The goals of the EJ Working Group are to:

- Develop potential mitigation measures should high and adverse disproportionate impacts occur and identify additional outreach opportunities using federal, state, and local experience;
- Identify potential commitments to EJ/public health community enhancement measures related to social/health vulnerability indicators; and
- Identify recommendations for additional engagement opportunities including FEIS notifications and post-NEPA outreach to communities.

EJ Working Group meetings have occurred on the dates listed in **Table 3-1**.

**Table 3-1: Environmental Justice Working Group Meetings and Coordination**

| DATE | AGENDA ITEMS |
|------|-------------|
| **March 2, 2021** | Kick-off Meeting; introductions, goals |
| **April 7, 2021** | Data collection to support existing conditions discussion in EJ Analysis; Discussion on EJ Public Outreach Plan and future opportunities; community enhancement considerations |
| **September 15, 2021** | Review of draft EJ Public Outreach Plan: SDEIS/FEIS/ROD and future opportunities in consideration of the Preferred Alternative; community enhancement considerations |
| **November 9, 2021** | Final EJ Outreach and Engagement Plan |

00021212

 I-495 & I-270 Managed Lanes Study    Final Public Involvement & Agency Coordination Techncial Report

Additional detail on the EJ Working Group is provided in *Chapter 5, Section 5.5 of the Final Community Effects Assessment and Environmental Justice Analysis Technical Report* in **FEIS, Appendix F.**

## 3.4    Environmental Justice Engagement Initiatives

Based on the results of the local, state and regional coordination conducted as part of the EJWG's EJ Public Outreach Plan, MDOT SHA implemented additional public-facing EJ outreach efforts to engage meaningfully and directly with underserved communities and identify strategies to minimize impacts and to identify community enhancements that could potentially be incorporated into the project.

Due to the large study area, MDOT SHA developed an online survey to seek feedback from EJ and other underserved populations on existing community concerns and strategies that could be implemented to address those concerns. The survey was distributed in a variety of ways including through multiple community "pop up" events hosted by MDOT SHA at local specialty markets in areas noted as having high percentages of low-income and/or minority populations. These community events allowed for meaningful, direct face-to-face engagement. Community members were able to complete the survey on iPads and ask questions of the staff. Multi-lingual staff were present at each pop-up event. Pop-up events were held at the following locations in November 2021:

- Great Wall Supermarket (Pop-up Event with informational booth)

- Lotte Plaza Market (Pop-up Event with informational booth)

- Megamart (Pop-up Event with informational booth)

- H Mart (Pop-up Event with informational booth)

- Adarash Market (Pop-up Event with informational booth)

- Lotte Plaza Market (Pop-up Event with informational booth)

- Patel Brothers Farms Market (Pop-up Event with informational booth)

The survey was open for approximately six weeks, allowing respondents to complete the questions at their own pace. In addition to English, the survey was provided in Spanish, French, Amharic, Chinese, and Korean— the same top five non-English spoken languages that DEIS and SDEIS materials were translated into based on Montgomery County's Department of Transportation 2020 *Language Assistance Plan*. The survey is provided in *Appendix H* of the *Community Effects Assessment and Environmental Justice Analysis Technical Report* **(FEIS, Appendix F)**.

In addition to the direct face-to-face engagement, postcards, flyers, yard signs, targeted social media, local agency and community organization coordination were used to promote the survey. Promotional materials included a QR code with a direct link to the survey online; the flyer also included the survey questions themselves. All materials were translated into the top five non-English languages identified above. Postcards and flyers were placed at local health clinics, specialty markets, grocery stores and places of worship. Yard signs with the QR code were placed at affordable housing complexes and near bus transit stations. In addition, an email with the survey was sent to 230 community email addresses informing

00021213

 I-495 & I-270 Managed Lanes Study    Final Public Involvement & Agency Coordination Techncial Report

people about the survey, inviting them to participate, and encouraging them to share the information with their community. Lastly, approximately 49 places of worship were contacted and, where allowed postcards and yard signs with the QR code were distributed.

The survey included three multiple choice questions about potential community betterment and needs, and one open-ended question asking what other improvements are needed in the respondent's community. Sixty-one people completed the survey.  The following are the most common responses to the multiple-choice questions in the survey.

> Question #1: Transportation improvements needed:

>> 1. Better lighting on streets and sidewalks (21%)
>> 2. More or improved sidewalks (17%)
>> 3. Traffic calming to make streets safer (15%)

> Question #2: Neighborhood needs:

>> 1. Recreation centers parks, and playgrounds (30%)
>> 2. Sidewalks, trails, and bike lanes (26%)

> Question #3: Environmental problems in your community:

>> 1. Water quality (24%)
>> 2. Noise (20%)
>> 3. Safe and healthy housing (20%)

The most common responses to the open-ended question on community improvements needed were:

- Lighting
- Community services
- Safety
- Road (more or better)

To be responsive to community concerns raised during this direct engagement, which identified priorities for more or improved sidewalks and bicycle facilities; better lighting on streets and sidewalks; and traffic calming measures to make streets safer, MDOT SHA commits to working with the City of Rockville, the City of Gaithersburg, and Montgomery County to:

- Identify locations where safer pedestrian crossings on major state roadways are needed.
- Identify locations where additional pedestrian improvements including adding or upgrading sidewalk, restriping for bicycle lanes, adding or upgrading ADA ramps are needed.
- Identify locations along state roads with existing pedestrian facilities where more or better lighting is needed.

For additional detail on EJ Engagement Initiatives, refer to the *Environmental Justice Outreach and Engagement Initiative for the Preferred Alternative* in **Appendix H**. Refer to **Appendix C** of this technical report for outreach materials used for the *EJ Outreach and Engagement Initiative for the Preferred Alternative*.

MDOT SHA and the Developer will continue coordination with local and regional advisory groups to determine additional methods for engaging with underserved communities. This will be an ongoing effort that continues post-NEPA, through final design and construction.

00021214


I-495 & I-270 Managed Lanes Study    Final Public Involvement & Agency Coordination Techncial Report

#### Table 3-2: Environmental Justice Outreach: Pop-Up Events

| DATE | ORGANIZATION |
|------|--------------|
| November 10, 2021 | Great Wall Supermarket (Pop-up Event with informational booth) |
| November 13, 2021 | Lotte Plaza Market (Pop-up Event with informational booth) |
| November 19, 2021 | Megamart (Pop-up Event with informational booth) |
| November 19, 2021 | H Mart (Pop-up Event with informational booth) |
| November 20, 2021 | Adarash Market (Pop-up Event with informational booth) |
| November 20, 2021 | Lotte Plaza Market (Pop-up Event with informational booth) |
| November 23, 2021 | Patel Brothers Farms Market (Pop-up Event with informational booth) |

## 4    AGENCY AND STAKEHOLDER COORDINATION

The FHWA and MDOT SHA actively engaged the Federal, state, regional, and local agencies, as well as the adjacent counties, Metropolitan Planning Organizations (MPO), and other agency stakeholders throughout the Study process, simultaneously with other public involvement efforts. Additional detail on agency correspondence received on the project is provided in the **FEIS, Appendix S**.

### 4.1    Agency and Stakeholder Coordination Meetings

Since the DEIS was published in July 2020, MDOT SHA has continued to meet with FHWA, as the Lead Federal Agency, the Cooperating Agencies and other state and local agencies and stakeholders. The meetings are listed in **Table 4-1** and focused on discussing individual agencies' and stakeholders' DEIS comments and working towards a resolution of critical study topics. Other ongoing agency involved collaboration and consultation has included: Section 106 Consulting Parties meetings, Executive Steering Committee meetings, and the establishment of the Environmental Justice Working Group. MDOT SHA continues to address DEIS comments and further minimized the limits of disturbance based in part on agency coordination. Areas of substantial resource avoidance or minimization include the American Legion Bridge area where impacts have been reduced by over fifty percent since the DEIS; the Morningstar Tabernacle No. 88 Moses Hall and Cemetery where design refinements resulted in complete avoidance; and M-NCPPC parkland where MDOT SHA continues to address location specific comments and outfall stabilization. These avoidance and minimization efforts were based on the extensive agency coordination as detailed in **Table 4-1 through Table 4-3** and **Table 5-1 through Table 5-2**. Another focus area for avoidance and minimization was located adjacent to the I-495 inner loop just south of Cabin John Parkway.

#### Table 4-1:  Agency & Stakeholder Coordination Meetings Post-DEIS Publication

| DATE | PURPOSE | AGENCIES AND/OR STAKEHOLDERS REPRESENTED |
|------|---------|-------------------------------------------|
| August 3, 2020 | Stream Mitigation Calculator Coordination | US Army Corps of Engineers (USACE) and Maryland Department of the Environment (MDE) |
| August 6, 2020 | Water and Science Administration Working Meeting | MDE |
| August 17, 2020 | Park Impacts and Mitigation Meeting | M-NCPPC Montgomery County |
| September 3, 2020 | Wetland Mitigation Meeting | National Park Service (NPS) and FHWA |
| September 21, 2020 | Park Impacts and Mitigation Meeting | M-NCPPC Montgomery County |
| September 28, 2020 | Park Impacts and Mitigation Meeting | M-NCPPC Prince George's County |
| September 29, 2020 | Informal Section 7 Consultation | US Fish and Wildlife Service (USFWS), FHWA, and Maryland Department of Natural Resources (MDNR) |

00021215

 I-495 & I-270 Managed Lanes Study    Final Public Involvement & Agency Coordination Techncial Report

| DATE | PURPOSE | AGENCIES AND/OR STAKEHOLDERS REPRESENTED |
|---|---|---|
| October 5, 2020 | Wetland Mitigation Meeting | NPS |
| October 20, 2020 | Park Impacts and Mitigation Meeting | M-NCPPC Montgomery County |
| October 20, 2020 | Bicycle and Pedestrian Improvements Coordination Meeting | M-NCPPC Prince George's County and Prince George's County DPW&T |
| November 2, 2020 | Right-of-Way Coordination Meeting | M-NCPPC Montgomery County |
| November 23, 2020 | Permitting Strategy Meeting | FHWA, USACE, MDE, and EPA |
| December 1, 2020 | Biweekly FHWA Coordination Meeting | FHWA |
| December 1, 2020 | Northwest Branch Stormwater Management Meeting | M-NCPPC Montgomery County |
| December 2, 2020 | Permitting Strategy Meeting | USACE, MDE, EPA, and FHWA |
| December 8, 2020 | Plummers Island Avoidance and Minimization Efforts Meeting | NPS, MDNR, USFWS, MDE, USACE, and FHWA |
| December 11, 2020 | Bicycle and Pedestrian Improvements Coordination Meeting | M-NCPPC Montgomery County and Montgomery County Department of Transportation (DOT) |
| December 11, 2020 | Culvert Field Meeting | EPA, MDE, USACE and FHWA |
| December 14, 2020 | DEIS Comments Review Meeting | NPS and FHWA |
| December 15, 2020 | Reoccurring FHWA Coordination Meeting | FHWA |
| December 17, 2020 | Permitting Strategy Meeting | FHWA, USACE, MDE, and EPA |
| January 12, 2021 | Reoccurring FHWA Coordination Meeting | FHWA |
| January 19, 2021 | Issue Resolution Kick-off Meeting | M-NCPPC Montgomery and Prince George's County |
| January 20, 2021 | Northwest Branch Stormwater Management Meeting | M-NCPPC Montgomery County |
| February 1, 2021 | Collaborative Leadership Summit | FHWA, USACE, EPA, NPS, National Park and Planning Commission (NCPC), USFWS, US Postal Service (USPS), National Oceanic and Atmospheric Administration National Marine Fisheries Service (NOAA NMFS), US NAVY, MDNR, MDE, M-NCPPC, VDOT, Maryland Historical Trust (MHT), MDP, MDTA, Maryland Transit Authority (MTA), MC DOT, and PG DW&T |
| February 3, 2021 | DEIS Comments Review Meeting | NCPC and FHWA |
| February 3, 2021 | Reoccurring FHWA Coordination Meeting | FHWA |
| February 8, 2021 | American Legion Bridge and Baltimore-Washington Parkway Impacts Coordination Meeting | NPS and FHWA |
| February 9, 2021 | MLS and I-495 NEXT Coordination Meeting | VDOT |
| February 9, 2021 | DEIS Comments Review Meeting | MDNR and FHWA |
| February 10, 2021 | DEIS Comments Review Meeting | USACE, MDE, and FHWA |
| February 11, 2021 | Reoccurring FHWA Coordination Meeting | FHWA |
| February 18, 2021 | DEIS Comments Review Meeting | EPA and FHWA |
| February 25, 2021 | Executive Steering Committee | FHWA, USACE, US Department of Agriculture (USDA), EPA, NPS, NCPC, USFWS, USPS, NOAA NMFS, US Navy, US Airforce Joint Base Andrews (JBA), MDNR, MDE, M-NCPPC, VDOT, MHT, MDP, MDTA, MTA, MC DOT, and PG DPW&T |
| February 26, 2021 | Carderock and Bethesda Property Impacts Meeting | US Navy and FHWA |
| March 2, 2021 | Reoccurring FHWA Coordination Meeting | FHWA |
| March 4, 2021 | American Legion Bridge, Baltimore-Washington Parkway, and George | NPS and FHWA |

00021216


I-495 & I-270 Managed Lanes Study    Final Public Involvement & Agency Coordination Techncial Report

| DATE | PURPOSE | AGENCIES AND/OR STAKEHOLDERS REPRESENTED |
|---|---|---|
| | Washington Memorial Parkway Impacts Coordination Meeting | |
| March 10, 2021 | DEIS Comments Review and Stormwater Management Meeting | M-NCPPC Montgomery County |
| March 15, 2021 | DEIS Comments Review Meeting | M-NCPPC Montgomery County |
| March 17, 2021 | Reoccurring FHWA Coordination Meeting | FHWA |
| March 19, 2021 | Stormwater Management Meeting | M-NCPPC Prince George's County |
| March 24, 2021 | DEIS Comments Review and Stormwater Management Meeting | M-NCPPC Prince George's County |
| April 1, 2021 | Transportation Use and Property Boundary Meeting | NPS and FHWA |
| April 6, 2021 | American Legion Bridge and Resources Update Meeting | USACE and MDE |
| April 6, 2021 | Reoccurring FHWA Coordination Meeting | FHWA |
| April 9, 2021 | DEIS Comments Review and Stormwater Management Meeting | M-NCPPC Prince George's County |
| April 12, 2021 | Rock Creek DEIS Comments Review Meeting | M-NCPPC Montgomery County |
| April 13, 2021 | Stormwater Management Site Meeting | M-NCPPC Montgomery County |
| May 4, 2021 | Reoccurring FHWA Coordination Meeting | FHWA |
| May 12, 2021 | Phase 1 South Park Impacts and Mitigation Meeting | M-NCPPC Montgomery County |
| May 18, 2021 | SDEIS Air and Noise Coordination Meeting | FHWA |
| May 26, 2021 | Executive Steering Committee | FHWA, USACE, EPA, NPS, NCPC, USFWS, USPS NOAA NMFS, US Navy, JBA, MDNR, MDE, M-NCPPC, VDOT, MHT, MDP, MDTA, MC DOT, and PG DPW&T |
| June 1, 2021 | Reoccurring FHWA Coordination Meeting | FHWA |
| June 2, 2021 | Mosses Hall Cemetery and First Agape AME Zion Church Bicycle and Pedestrian Connection on Seven Locks Road Meeting | First Agape AME Zion Church at Gibson Grove, Friends of Moses Hall, M-NCPPC Montgomery County, MCDOT, and FHWA |
| June 8, 2021 | Air Quality Conformity Determination Meeting | FHWA |
| June 10, 2021 | Compensatory Stormwater Management Plan Meeting | FHWA |
| June 21, 2021 | Park Impacts and Mitigation Meeting | NPS and FHWA |
| June 21, 2021 | American Legion Bridge Trail Connection Meeting | M-NCPPC, MCDOT, NPS, and FHWA |
| June 21, 2021 | Maryland and Virginia 495 Interface Technical Coordination | VDOT |
| June 23, 2021 | Transportation Use and Property Boundary Meeting | NPS and FHWA |
| June 30, 2021 | Transportation Use and Property Boundary Meeting | NPS and FHWA |
| July 7, 2021 | Air Quality Conformity | FHWA |
| July 8, 2021 | Transportation Use and Property Boundary Meeting | NPS and FHWA |
| July 12, 2021 | Park Impacts | NCPC, NPS, FHWA |
| July 13, 2021 | Maryland and Virginia 495 Interface Technical Coordination | VDOT |
| July 14, 2021 | NPS Parkland Impacts | FHWA |

00021217

 I-495 & I-270 Managed Lanes Study    Final Public Involvement & Agency Coordination Techncial Report

| DATE | PURPOSE | AGENCIES AND/OR STAKEHOLDERS REPRESENTED |
|---|---|---|
| July 20, 2021 | Maryland and Virginia 495 Interface Technical Coordination | VDOT |
| July 27, 2021 | NEPA and Section 106 Process | FHWA |
| August 3, 2021 | Maryland and Virginia 495 Interface Technical Coordination | VDOT |
| August 9, 2021 | Air Quality and Environmental Justice Meeting | FHWA |
| August 16, 2021 | SDEIS Comments | FHWA |
| August 17, 2021 | Maryland and Virginia 495 Interface Technical Coordination | VDOT |
| August 18, 2021 | Highway Deed Easement Process with NPS and SDEIS Comments | FHWA |
| August 18, 2021 | Reoccurring FHWA Coordination Meeting | FHWA |
| August 23, 2021 | I-495 NEXT and MLS Coordination Meeting | VDOT and Fairfax County Department of Transportation |
| August 25, 2021 | SDEIS Comments | FHWA |
| August 26, 2021 | Air Quality SDEIS Comments | FHWA |
| August 30, 2021 | SDEIS Comments | FHWA |
| August 31, 2021 | Maryland and Virginia 495 Interface Technical Coordination | VDOT |
| September 1, 2021 | Review of Common SDEIS Comments | FHWA, NPS, USACE, EPA, NCPC, MDE, M-NCPPC, MCDOT |
| September 7, 2021 | Park Mitigation Field Meeting | M-NCPPC |
| September 7, 2021 | Reoccurring FHWA Coordination Meeting | FHWA |
| September 14, 2021 | Maryland and Virginia 495 Interface Technical Coordination | VDOT |
| September 16, 2021 | Coordination Meeting | M-NCPPC, FHWA |
| September 22, 2021 | Coordination Meeting | NPS, FHWA |
| September 27, 2021 | Highway Easement Deed Discussion | FHWA |
| September 28, 2021 | Maryland and Virginia 495 Interface Technical Coordination | VDOT |
| September 28, 2021 | Fairfax Board of Transportation Committee | Fairfax County, VDOT |
| September 29, 2021 | I-495 NEXT Virtual Public Meeting | VDOT |
| September 30, 2021 | Coordination Meeting | NPS, VDOT, FHWA |
| September 30, 2021 | Coordination Meeting | M-NCPPC, FHWA |
| October 4, 2021 | Leadership Meeting | Montgomery County |
| October 12, 2021 | Maryland and Virginia 495 Interface Technical Coordination | VDOT |
| October 13, 2021 | Noise Wall Discussion | VDOT |
| October 14, 2021 | Coordination Meeting | NPS, FHWA |
| October 14, 2021 | Coordination Meeting | M-NCPPC, FHWA |
| October 28, 2021 | Coordination Meeting | NPS, FHWA |
| October 28, 2021 | Coordination Meeting | M-NCPPC, FHWA |
| November 2, 2021 | Tuckerman Lane Bike / Ped Discussion | M-NCPPC |
| November 2, 2021 | Reoccurring FHWA Coordination Meeting | FHWA |
| November 5, 2021 | Mitigation Field Meeting | M-NCPPC |
| November 9, 2021 | Maryland and Virginia 495 Interface Technical Coordination | VDOT |
| November 10, 2021 | Mitigation Field Meeting | M-NCPPC |

00021218

OP·LANES™ MARYLAND    I-495 & I-270 Managed Lanes Study    Final Public Involvement & Agency Coordination Techncial Report

| DATE | PURPOSE | AGENCIES AND/OR STAKEHOLDERS REPRESENTED |
|---|---|---|
| November 17, 2021 | Reoccurring FHWA Coordination Meeting | FHWA |
| November 18, 2021 | Coordination Meeting | NPS, FHWA |
| November 23, 2021 | Maryland and Virginia 495 Interface Technical Coordination | VDOT |
| December 7, 2021 | Maryland and Virginia 495 Interface Technical Coordination | VDOT |
| December 14, 2021 | Environmental Justice: Morningstar Cemetery Discussion | FHWA |
| December 14, 2021 | Mitigation Coordination Meeting | M-NCCPC, FHWA |
| December 15, 2021 | Coordination Meeting | NPS, FHWA |
| January 4, 2022 | Maryland and Virginia 495 Interface Technical Coordination | VDOT |
| January 7, 2022 | Stormwater Management Discussion | M-NCPPC, DNR, MDE, NOAA, USACE, USEPA, FHWA, USFWS |
| January 11, 2022 | I-495 NEXT / Phase 1 South Technical Coordination Meeting | VDOT |
| January 18, 2022 | Maryland and Virginia 495 Interface Technical Coordination | VDOT |
| January 19, 2022 | Coordination Meeting | M-NCPPC |
| January 19, 2022 | Coordination Meeting | City of Rockville, FHWA |
| January 27, 2022 | Coordination Meeting | NPS, FHWA |
| February 24, 2022 | Coordination Meeting | NPS, FHWA |
| March 8, 2022 | Reoccurring FHWA Coordination Meeting | FHWA |
| March 17, 2022 | GWMP Signing Discussion | NPS, FHWA |

Note: All meetings held virtually unless otherwise denoted.

## 4.2   Interagency Working Group Meetings

Since the DEIS was published in July 2020, MDOT SHA held four virtual Interagency Agency Working Group (IAWG) meetings with members from 27 Cooperating and Participating Agencies. The focus of the IAWG meetings was to provide Study updates, present common DEIS comment themes, discuss proposed responses to common comments, discuss ongoing public and agency collaboration, present avoidance and minimization measures, and to identify the recommended preferred alternative, present justification for recommending the alternative and to listen to feedback on the alternative (**Table 4-2**).

### Table 4-2: IAWG Meetings Post-DEIS Publication

| DATE | IAWG MEETING # | PURPOSE | AGENCIES REPRESENTED |
|---|---|---|---|
| January 27, 2021 | 13 | Provide MLS Study Update, Review Summary of DEIS Comments, Announce Recommended Preferred Alternative and Associated Commitments, and a New Agency and Stakeholder Collaboration Process | Advisory Council on Historic Preservation (ACHP), EPA, FHWA, USFWS, MDE, MDNR, MDOT MTA, MDP, MDTA, MHT, M-NCPPC, MC DOT, Metropolitan Washington Council of Governments (MWCOG), US Navy, NCPC, National Institute of Standards and Technology (NIST), NPS, PG DPW&T, USACE, USPS, and VDOT |
| February 17, 2021 | 14 | Provide Update on Agency and Stakeholder Collaboration Efforts, Design Efforts to address common DEIS Comments, Review | ACHP, EPA, FHWA, USFWS, MDE, MDNR, MDOT MTA, MDP, MHT, M-NCPPC, MC DOT, MWCOG, US Navy, NCPC, NIST, NPS, PG DPW&T, USACE, USDA, USDA, USPS, VDOT, JBA |

00021219

OP·LANES
M A R Y L A N D    I-495 & I-270 Managed Lanes Study     Final Public Involvement & Agency Coordination Techncial Report

| DATE | IAWG MEETING # | PURPOSE | AGENCIES REPRESENTED |
|------|---------------|---------|---------------------|
|  |  | Recommended Preferred alternative |  |
| May 12, 2021 | 15 | Provide MLS Update, Announce a New Recommended Preferred Alternative based off of Agency and Public Feedback, Announce the SDEIS, and Provide an Updated MLS Schedule | ACHP, EPA, FHWA, USFWS, MDE, MDNR, MDOT MTA, MDOT MDTA, MHT, M-NCPPC, MC DOT, MWCOG, US Navy, NIST, PG DPW&T, USACE, USDA, USPS, VDOT, JBA |
| December 15, 2021 | 16 | Provide Update on MLS efforts since the SDEIS publication, review of SDEIS comments, Ongoing activities towards the FEIS, and Provide an Updated MLS Schedule | ACHP, EPA, FHWA, USFWS, MDE, MDNR, MDOT MTA, MDOT MDTA, MDP, MHT, M-NCPPC, MC DOT, MWCOG, US Navy, NCPC, NIST, NOAA, NPS, PG DPW&T, USACE, USPS, VDOT |

## 4.3    City of Rockville and City of Gaithersburg Meetings

MDOT SHA also met with the City of Rockville and City of Gaithersburg to discuss DEIS comments, property impacts, proposed stormwater management, parkland impacts and mitigation, bicycle and pedestrian improvements, traffic and structure design within the applicable City's limits (**Table 4-3**).

**Table 4-3: City of Rockville and City of Gaithersburg Meetings Post-DEIS Publication**

| DATE | MEETING |
|------|---------|
| March 19, 2021 | City of Rockville Coordination Meeting |
| April 14, 2021 | City of Rockville Stormwater Management Coordination Meeting |
| April 29, 2021 | City of Rockville Parkland and Mitigation Meeting |
| July 22, 2021 | City of Gaithersburg Parkland and Mitigation Meeting |
| September 2, 2021 | City of Rockville Design, Traffic, and Mitigation Meeting |
| September 14, 2021 | City of Gaithersburg Coordination Meeting |
| November 4, 2021 | City of Rockville Design and Parkland Mitigation Meeting |
| November 22, 2021 | City of Rockville Coordination Meeting |
| January 19, 2022 | City of Rockville Coordination Meeting |

## 5    REGULATORY AGENCY CONSULTATION

Concurrent with the public involvement efforts and general agency coordination, consultation with regulatory agencies with jurisdiction and/or special expertise over environmental resources was required for several resource evaluations. Details on consultation and related correspondence are provided in the respective resource-specific technical reports. Note that resource-specific agency consultation is an ongoing effort that will continue through the FEIS and Record of Decision to the extent appropriate through development and will focus on impact avoidance and minimization strategies and mitigation opportunities for unavoidable impacts.

00021220

Case 8:22-cv-02597-DKC    Document 61-1    Filed 10/30/23    Page 28 of 72

OP·LANES
M A R Y L A N D   I-495 & I-270 Managed Lanes Study    Final Public Involvement & Agency Coordination Techncial Report

## 5.1    Natural Resource Agency Coordination

The regulatory and permitting process was conducted concurrently with NEPA and required agency consultation with the goal of gaining approval for a USACE Individual Section 404 Permit; MDE Wetlands and Waterways Permit; USFWS ESA Section 7; and MDE 401 Water Quality Certification. These approvals required meetings for the following purposes:

- Jurisdictional Determination;
- Permitting strategy;
- Avoidance, minimization, and mitigation;
- Wetland delineation; and
- Rare, Threatened, and Endangered Species coordination.

**Table 5-1** summarizes the meetings held since July 2020. For additional detail on agency correspondence received on the project regarding natural resources, refer to the **FEIS, Appendix S**.

### Table 5-1: Natural Resource Related Meetings

| DATE | AGENCIES | GENERAL TOPICS COVERED |
|---|---|---|
| July 9, 2020 | MDE and USACE | Discussion of the logistics of the MLS Joint Public Hearings, both virtual and in-person, for 404/401 purposes |
| July 21, 2020 | DNR | Review Additional Potential Fish Blockages noted by MDE and USFWS Upstream and Downstream of the Paint Branch Fish Passage Site (AN-6) |
| July 22, 2020 | M-NCPPC Montgomery County | Montgomery County M-NCPPC Comments on the Tributary to Seneca Creek Site (CA-5) Concept Design |
| July 24, 2020 | Washington Suburban Sanitary Commission (WSSC) | Logistics for Proposed Mitigation Site Work Over WSSC Sewer and Water Lines. |
| August 12, 2020 | M-NCPPC Montgomery County | Montgomery County M-NCPPC & WSSC Comments on the Crabbs Branch Site (AN-1) 404 Mitigation Concept Design |
| August 12, 2020 | USACE | Discussion of new regulatory definition of Waters of the US and any implications on the Jurisdictional Determination |
| August 27, 2020 | MDE | Discussion of impacts within the MDE Tier II boundary and the Tier II package requirements |
| September 3, 2020 | NPS | Discussion of the Statement of Findings requirement as it pertains to MLS and path forward for coordination meetings. |
| September 4, 2020 | USACE and MDE | Discussion with the regulatory agencies about how to apply the MSMF stream calculator and which stream assessments to use. |
| September 29, 2020 | M-NCPPC Montgomery County | 404 Mitigation Magruder Branch (CA-2/3) Site Preliminary Design |
| September 29, 2020 | FHWA | Culvert and permitting |
| September 29, 2020 | USACE and MDE | Provide project updates and receive updates from the regulatory agencies related to MLS permitting. |
| September 29, 2020 | DNR and USFWS | MLS Informal Section 7 Consultation – 2020 Bat Survey Results |
| October 5, 2020 | NPS | Wetland Mitigation Meeting for CHOH and GWMP |
| October 14, 2020 | NPS | Wetland Mitigation for NPS National Capital Parks- East |
| October 15, 2020 | FHWA, USACE, and MDE | Permitting |
| October 16, 2020 | MDE, USACE, DNR, and EPA | 404 Mitigation Magruder Branch (CA-2/3) and Pebblestone Dr. Tributary Preliminary Designs |

00021221

 I-495 & I-270 Managed Lanes Study    Final Public Involvement & Agency Coordination Techncial Report

| DATE | AGENCIES | GENERAL TOPICS COVERED |
|---|---|---|
| October 29, 2020 | USACE and MDE | 404 Permitting Update Meeting |
| November 9, 2020 | FHWA, USACE, and MDE | Permitting |
| November 12, 2020 | USACE and MDE | 404 Permitting Update Meeting |
| November 18, 2020 | M-NCPPC Montgomery County | Stormwater Field Meeting |
| November 19, 2020 | USACE and MDE | Stream Assessment Field Meeting |
| November 19, 2020 | MDE and USACE | 404 Mitigation Magruder Branch (CA-2/3) Wetland Delineation Field Review |
| November 24, 2020 | USACE and MDE | Permitting |
| December 1, 2020 | M-NCPPC Montgomery County | Stormwater Field Meeting |
| December 2, 2020 | M-NCPPC Prince George's County | ROE Agreement Extension |
| December 8, 2020 | USACE, MDE, FHWA, DNR, USFWS, and NPS | Plummers Island Coordination |
| December 10, 2020 | USACE and MDE | 404 Permitting Update Meeting |
| December 11, 2020 | EPA, MDE, USACE, and FHWA | Culvert Field Meeting |
| December 14, 2020 | EPA, FHWA, USACE, and MDE | Phased Permit Process |
| December 21, 2020 | MDE and USACE | Culvert Field Meeting |
| January 7, 2021 | USACE and MDE | 404 Permitting Update Meeting |
| January 14, 2021 | MDE and USACE | Seneca Creek Tributary (CA-5) and Crabbs Branch (AN-1) Wetland Delineation Field Reviews |
| January 19, 2021 | MDE, USACE, and EPA | 401 Water Quality Certification (WQC) Working Session |
| January 21, 2021 | USACE and MDE | 404 Permitting Update Meeting |
| January 22, 2021 | MDE | 404 Mitigation Henson Creek (RFP-5) and Mill Swamp Creek (RFP-6) Wetland Delineation Field Reviews |
| February 4, 2021 | USACE and MDE | 404 Permitting Update Meeting |
| February 16, 2021 | USACE and MDE | A presentation to the regulatory agencies of how the Maryland Stream Mitigation Framework stream calculator is being applied to the MLS. |
| February 18, 2021 | USACE and MDE | 404 Permitting Update Meeting |
| February 22, 2021 | MDE, USACE, and EPA | 401 WQC Working Session |
| March 1, 2021 | NPS | Washington Biologists Field Club Coordination Meeting |
| March 4, 2021 | USACE and MDE | 404 Permitting Update Meeting |
| March 9, 2021 | MDE and USACE | Cabin Branch (RFP-2) and Pebblestone Dr. Tributary (AN-3) Wetland Delineation Field Reviews |
| March 18, 2021 | USACE and MDE | 404 Permitting Update Meeting |
| March 19, 2021 | PEPCO | 404 Mitigation Tributary to Seneca Creek (CA-5) Semi-Final Design |
| March 24, 2021 | M-NCPPC Montgomery County, MDE, and USACE | 404 Mitigation Tributary to Seneca Creek (CA-5) Semi-Final Design |
| April 1, 2021 | MDE and USACE | 404 Mitigation Indian Creek and Tributaries at Konterra (RFP-1) Wetland Delineation Field Review |
| April 9, 2021 | MDOT SHA Plan Review Division (PRD) | 404 Mitigation PRD Comments on the Magruder Branch (CA-2/3) Site Development Submittal |
| April 16, 2021 | MDE and USACE | 404 Mitigation Indian Creek and Tributaries at Konterra (RFP-1) Wetland Delineation Field Review |
| April 22, 2021 | MDE and USACE | 404 Permitting Update Meeting |

00021222

 I-495 & I-270 Managed Lanes Study    Final Public Involvement & Agency Coordination Techncial Report

| DATE | AGENCIES | GENERAL TOPICS COVERED |
|---|---|---|
| May 6, 2021 | M-NCPPC Montgomery County, MDE, and USACE | 404 Mitigation Magruder Branch (CA-2/3) Semi-Final Design |
| May 20, 2021 | MDE and USACE | 404 Permitting Update Meeting |
| June 15, 2021 | MDE and USACE | Discussion of impact presentation in JPA and NEPA Documents |
| June 25, 2021 | MDE and USACE | Compensatory SWM Site Wetlands & Waterways Delineation Field Review |
| June 30, 2021 | DNR | Mussel Survey |
| June 30, 2021 | M-NCPPC Montgomery County, MDE, and USACE | 404 Mitigation Tributary to Seneca Creek (CA-5) Semi-Final Field Meeting |
| July 1, 2021 | MDE and USACE | 404 Permitting Update Meeting |
| July 12, 2021 | M-NCPPC Montgomery County and MDE | 404 Mitigation M-NCPPC Comments on the Magruder Branch (CA-2/3) Semi-Final Design |
| July 15, 2021 | MDE and USACE | 404 Permitting Update Meeting |
| July 23, 2021 | DNR | Rare, Threatened, and Endangered Species and Boring Locations |
| August 4, 2021 | MDE and USACE | LOD Review Meeting |
| August 19, 2021 | USACE | Change in Jurisdiction for Navigable Waters Protection Rule |
| August 26, 2021 | MDE and USACE | 404 Permitting Update Meeting |
| September 7, 2021 | M-NCPPC Montgomery County | 4(f) Mitigation Cabin John Creek Field Meeting |
| September 9, 2021 | MDE and USACE | 404 Permitting Update Meeting |
| September 24, 2021 | USACE, MDE, USFWS, MDNR, EPA, M-NCPPC | Compensatory SWM Field Review |
| October 13, 2021 | USACE, MDE | LOD Review Meeting- review minor changes |
| October 14, 2021 | M-NCPPC | M-NCPPC Coordination Meeting |
| November 3, 2021 | USACE, MDE | Permitting Update Meeting |
| November 9, 2021 | VDOT | I-495 NEXT Project Coordination |
| November 29, 2021 | MHT, NPS, FHWA | Washington Biologists' Field Club Coordination Meeting |
| December 21, 2021 | USACE, MDE | JPA Package Review Meeting |
| January 7, 2022 | USACE, EPA, FHWA MDE, M-NCPPC, Montgomery County, MDNR | Stormwater management discussion |

## 5.2    Section 106 Consultation

Agency and interested parties consultation is being conducted in accordance with Section 106 of the National Historic Preservation Act of 1966 that considers the effects of the proposed action on historic properties. FHWA and MDOT SHA notified the agencies and other consulting parties of an update to the undertaking's Area of Potential Effects (APE), new architectural eligibility determinations, and effects assessments on July 23, 2020. The agencies and other consulting parties received archaeological reports documenting archaeological and architectural survey and evaluation efforts for stream and wetland mitigation areas identified by the Study, as added to the APE in July 2020, as well as determination of eligibility forms for architectural resources associated with the proposed off-site wetlands and water quality mitigation sites on February 11, 2021.

The FHWA and MDOT SHA held a fourth consulting parties' meeting virtually on March 10, 2021. A draft Programmatic Agreement was distributed for review and comment to the consulting parties on March 10, 2021 with the comment period ending April 12, 2021. MDOT SHA has continued to coordinate with

00021223

individuals consulting parties through informal meetings, email and other means as impacts to specific resources are evaluated. MDOT SHA has conducted additional field work at the Moses Hall Cemetery, and closely coordinated this effort with key consulting parties including the Friends of Moses Hall, the trustees of the property, and the First Agape AME Zion Church at Gibson Grove. A draft report documenting the fieldwork effort at Moses Hall Cemetery, with additional information on the Gibson Grove AME Zion Church was provided to consulting parties for comment on May 27, 2021.

On September 8, 2021, MDOT SHA provided additional consultation materials including: additional Ground Penetrating Radar results at the Morningstar Tabernacle No. 88 Moses Hall and Cemetery, a revision to the APE to reflect the Phase 1 South limits including avoidance and minimization measures, archaeological and historic architectural assessments of the proposed stormwater mitigation locations, new determinations of eligibility, and revised effect determinations to reflect the reduced APE based on the Phase 1 South limits. Additionally, a comment from VDHR was addressed to revise the effect determination on one archaeological site in Virginia. Concurrence was requested from MHT on the eligibility determinations and revised effect determinations, in accordance with each agency's jurisdictional authority.

The FHWA and MDOT SHA have also held separate meetings with consulting parties to discuss avoidance, minimization, and mitigation efforts on adversely affected historic properties within the APE (**Table 5-2**). Note that Section 106 public involvement is being fulfilled through the same processes used for general public involvement and NEPA compliance. For additional detail on agency correspondence received on the project regarding cultural resources, refer to the **FEIS, Appendix S**.

**Table 5-2: Section 106 Consultation Meetings Post-DEIS Publication**

| DATE | ORGANIZATION |
|---|---|
| September 16, 2020 | Friends of Moses Hall |
| November 10, 2020 | Friends of Moses Hall |
| February 10, 2021 | Friends of Moses Hall |
| March 10, 2021 | Consulting Parties |
| April 6, 2021 | First Agape AME Zion Church at Gibson Grove |
| May 5, 2021 | Virginia Department of Historic Resources (VDHR), VDOT, and NPS |
| June 2, 2021 | First Agape AME Zion Church at Gibson Grove, Friends of Moses Hall, M-NCPPC Montgomery County, MCDOT, and FHWA |
| September 8, 2021 | First Agape AME Zion Church at Gibson Grove, Friends of Moses Hall, M-NCPPC Montgomery County, MCDOT, and FHWA |
| October 18, 2021 | ACHP, MHT, VDHR, NPS, FHWA |
| January 4, 2022 | First Agape AME Zion Church at Gibson Grove, Friends of Moses Hall, M-NCPPC Montgomery County, MCDOT, MHT, and FHWA |

00021224



I-495 & I-270 Managed Lanes Study    Final Public Involvement & Agency Coordination Techncial Report

## 5.3    Section 4(f) Agency Coordination

Section 4(f) of the US Department of Transportation Act of 1966 mandates that use of a publicly-owned park, recreation area, wildlife/waterfowl refuge, or historic site for a transportation project cannot be approved unless there is no feasible and prudent alternative that avoids such use and all possible planning to minimize harm to Section 4(f) properties has been included in the project. In reaching the determination that no feasible and prudent avoidance alternative exists and all possible planning to minimize harm has been included in the project, Section 4(f) regulations require the Draft Section 4(f) Evaluation be made available for coordination and comment to officials with jurisdiction over the Section 4(f) resources. The Draft Section 4(f) Evaluation was available for review and comment with the DEIS comment period July 10 through November 9, 2020. The Draft Section 4(f) Evaluation is available on the project website: https://495-270-p3.com/wp-content/uploads/2020/07/DEIS_AppF_Draft-Section-4f-Eval_web.pdf.

Since July 2020, MDOT SHA has conducted conference calls, meetings, and field reviews with or sent letters to the following officials with jurisdiction over parkland along the study corridors: NPS, M-NCPPC Montgomery County, M-NCPPC Prince George's County, NCPC, City of Rockville, City of Gaithersburg, City of Greenbelt, City of New Carrollton, and Montgomery County Department of Education. FHWA and MDOT SHA have also held meetings and coordinated with the agencies with jurisdiction over historic sites, including NPS, the Advisory Council on Historic Preservation (ACHP), MHT, and VDHR. Through this extensive coordination, MDOT SHA has provided detailed explanations of the proposed project design and its associated impacts on Section 4(f) properties. MDOT SHA has also worked closely with the officials with jurisdiction to further reduce impacts and minimize harm to Section 4(f) properties. These minimization efforts are presented in **Chapter 6** of this FEIS. Additionally, MDOT SHA has developed preliminary Section 4(f) mitigation opportunities and provided them to the officials with jurisdiction for feedback. Coordination with the officials with jurisdiction will continue, as needed, through the development of the Final Section 4(f) Evaluation and will focus on efforts to further reduce impacts and harm to Section 4(f) properties and the development of appropriate Section 4(f) mitigation and enhancement opportunities.

In addition to Officials with Jurisdiction, the Section 4(f) Evaluation must be made available to the US Department of the Interior (USDOI) and as needed, to the USDA and the Department of Housing and Urban Development (23 C.F.R. §774.5). In accordance with 23 CFR §774.5, USDOI has been provided an opportunity to review and comment on the Draft Section 4(f) and Updated Section 4(f) which included a preliminary conclusion on the avoidance and least overall harm analysis. DOI consultation will continue with review of the Final Section 4(f) Evaluation in coordination with the FEIS which will enable USDOI to provide comments on FHWA's conclusions regarding the existence of feasible and prudent avoidance alternatives, the inclusion of all possible planning to minimize harm to Section 4(f) properties (including mitigation), and the least overall harm alternative. The Preferred Alternative would not affect resources requiring coordination with USDA and HUD and, therefore, consultation with these agencies is not necessary.

For additional detail on agency correspondence received on the project regarding Section 4(f), refer to the **FEIS, Appendix S**.

00021225

 I-495 & I-270 Managed Lanes Study    Final Public Involvement & Agency Coordination Techncial Report

# 6    INCORPORATION OF PUBLIC AND AGENCY INPUT INTO THE STUDY

Following the publication of the DEIS in July 2020, MDOT SHA has considered nearly 5,000 comments submitted via email, phone, online and hard copy comment forms, and public testimony. MDOT SHA communicated with many agencies, stakeholders, and members of the public to address their questions and concerns. As a result of this continued involvement and engagement effort with agencies, stakeholders, and members of the public, comments have been incorporated into the project the following ways (not all-inclusive):

- Aligned the Preferred Alternative and permitting process with the phased delivery approach focusing on addressing the severe congestion at the ALB as priority.
- Committed to constructing a shared use path on the east side of the ALB to support regional pedestrian and bicycle connectivity.
- Avoided and significantly reducing property, community, historic, natural resource and parkland impacts.
- Avoided all residential and business displacements.
- Avoided impacts at the historic Morningstar Tabernacle No. 88 Moses Hall and Cemetery.
- Identified appropriate on-site and off-site stormwater management to meet regulatory requirements and removed or relocated stormwater management facilities from sensitive resources including parks and National Park Service (NPS) property, where feasible.
- Monitored and analyzed traffic impacts associated with the COVID-19 Pandemic to understand any impacts to the Study.
- Committed to priority bicycle, pedestrian, and transit improvements to increase affordable multi-modal options for travel within the study corridors.
- Included toll-free travel under the Preferred Alternative for High Occupancy Vehicles with three (3) or more user, transit buses, carpool/vanpool and motorcyclists to reduce the reliance on single occupancy vehicles and provide equitable travel options.
- Removed the existing Collector-Distributor system on I-270 to largely stay within the existing roadway footprint on I-270 to avoid and minimize environmental and property impacts.
- Modified direct access ramps to the managed lanes in consideration of local land use and the potential for community, property and environmental impacts.
- Established a Transit Work Group to further explore opportunities for new or expanded transit service on managed lanes.
- Established an Economic Work Group to determine the economic impacts of the project to the National Capital Region.
- Established an Environmental Justice Work Group to support the Environmental Justice analysis and engagement efforts
- Incorporated closed roadway sections with retaining walls where feasible to avoid and minimize environmental and property impacts.

00021226



- Included underground stormwater management vaults to avoid and minimize environmental and property impacts.

- Significantly revised the constructability plan for the ALB by removing construction access in three of the four quadrants to avoid and minimize impacts to National Park Service property.

- Elimination of flyover ramps at MD 190/River Road by adjusting the location of the HOT lane direct access ramps between I-495 and MD 190. All HOT lanes direct access ramps within this interchange are now proposed to connect at a new intersection on the MD 190 bridge over I-495 without the use of flyover ramps.

This effort was possible through the extensive agency and stakeholder coordination that occurred since publication of the DEIS in July 2020 including:

- Establishing Economic, Transit and Environmental Justice Working Groups

- Holding over 50 individual stakeholder Meetings with municipalities, non-governmental organizations, elected officials and communities.

- Holding over 60 resource and regulatory agency meetings to discuss DEIS comments, avoidance, minimization, and mitigation opportunities; and

- Holding over 40 field and office meetings with regulatory agencies to discuss natural resource impacts, stormwater management, culvert augmentation and permitting.

00021227

OP•LANES™
MARYLAND

I-495 & I-270 Managed Lanes Study

Final Public Involvement & Agency Coordination Technical Report

# APPENDIX A:DEIS Comment Period Materials

00021228



**MANAGED LANES STUDY** 495 270

# JOINT PUBLIC HEARINGS FOR THE DEIS AND JPA

## Introduction

The National Capital Region is one of the most congested in the nation, and Marylanders face the second-highest commuting times in the country. With projected population growth in the National Capital Region, Marylanders will continue to see those numbers increase. Multiple studies show that a comprehensive transportation network, including improvements to I-495 and I-270 coupled with investment in transit, is necessary to address congestion and move people, goods and services throughout the region.

To address these challenges today and for the future, the Federal Highway Administration (FHWA) and the Maryland Department of Transportation State Highway Administration (MDOT SHA) are completing the I-495 & I-270 Managed Lanes Study in compliance with the National Environmental Policy Act (NEPA). The study seeks to identify a solution that addresses congestion, improves trip reliability, and enhances existing and planned mobility and connectivity for other modes of travel, including transit and ridesharing, along portions of I-495 and I-270.

Extensive public outreach has been completed for the Managed Lanes Study, including four Scoping Open Houses in April 2018, four Public Workshops presenting the Preliminary Range of Alternatives in July 2018, eight Public Workshops presenting the Alternatives Retained for Detailed Study in April and May 2019, and more than 180 meetings and events with communities, property owners, stakeholder groups and elected officials.

## Purpose of Joint Public Hearings

FHWA and MDOT SHA have completed the Draft Environmental Impact Statement (DEIS) and Draft Section 4(f) Evaluation for the Managed Lanes Study, with the Notice of Availability published in the Federal Register on July 10, 2020. The DEIS includes traffic, environmental, engineering, and financial analyses of the Build Alternatives and the No Build Alternative. This DEIS is the first step of the procedural process prescribed in NEPA and provides an opportunity for the public, interest groups and other agencies to review and provide comment on the proposed federal action and the adverse and beneficial environmental impacts and proposed mitigation for unavoidable impacts.

With the DEIS milestone, we are seeking public and agency comment between July 10, 2020 and October 8, 2020. *The public comment period may be extended 30 days. Please visit the Program website, 495-270-P3.com/DEIS, for updates.*

FHWA, MDOT SHA, and the Maryland Department of the Environment (MDE) will conduct six Joint Public Hearings. The U.S. Army Corps of Engineers (USACE) will participate in one hearing on August 25 to meet the Department of the Army requirements. Comments will also be accepted on the Joint Federal/State Application (JPA) for the Alteration of Any Floodplain, Waterway, Tidal or Nontidal Wetland in Maryland. USACE is responsible for reviewing the JPA per the Clean Water Act, Section 404(b)(1) and MDE is responsible for reviewing the Application per Environment Article §5-503 and §5-906, Annotated Code of Maryland.

The comment period and Joint Public Hearings enables FHWA, MDOT SHA, MDE, and USACE to receive written and oral comments to consider in the further evaluation of the impacts of the proposed Study. In addition to the hearings, comments will also be accepted via an online comment form, email and letters using traditional mail.







00021229

## COVID-19 Considerations

MDOT's number one priority is the health and safety of Marylanders. MDOT SHA recognizes the substantial impact of the COVID-19 stay-at-home order on current transportation patterns throughout the region and our day-to-day lives including the reduced traffic on interstates such as I-495 and I-270. We are continuing with our efforts to ensure transportation improvements are being developed to meet the needs of Marylanders for today and for the future.

## Purpose and Need

Purpose: To develop a travel demand management solution(s) that addresses congestion, improves trip reliability on I-495 and I-270 within the study limits and enhances existing and planned multimodal mobility.

Needs:

- Accommodate existing traffic and long-term traffic growth
- Enhance trip reliability
- Provide additional roadway travel choices
- Accommodate homeland security
- Movement of goods and services

Goals:

- Financial viability
- Environmental responsibility

## Travel Benefits

Delays can be caused by slow travel due to congestion on the highway. If one of the Build Alternatives is implemented, commuters on I-495 and I-270 would expect to see reduced travel times. The

| Average Annual Hours of Savings per Commuter in 2040 | |
|---|---|
| Alternative 1 No Build | 0 |
| Alternative 8 | 59 |
| Alternative 9 | 73 |
| Alternative 9M | 58 |
| Alternative 10 | 72 |
| Alternative 13B | 65 |
| Alternative 13C | 64 |

table below summarizes the number of hours per year of travel time savings an average commuter on I-495 and I-270 would experience in 2040, assuming two commute trips per day (to and from home) and 260 working days per year.

Road users would benefit from implementing a Build Alternative, including those travelers

in the managed lanes, travelers using the general purpose lanes, trucks (freight), transit buses, and even those using the local road network. Travel time savings would be the greatest for people using the managed lanes, including carpoolers and bus riders (as managed lanes would provide the opportunity for a toll-free, reliable trip for buses). Users of the general purpose lanes, who would continue to travel for free, would also have reduced travel times.

| % Decrease in Delay Compared to No Build in 2040 | I-270 and I-495 | Local Road Network |
|---|---|---|
| Alternative 8 | 29% | 6.6% |
| Alternative 9 | 34% | 7.0% |
| Alternative 9M | 30% | 5.9% |
| Alternative 10 | 35% | 6.5% |
| Alternative 13B | 24% | 6.8% |
| Alternative 13C | 31% | 6.4% |

Delays on the local roads would be reduced because some travelers who use the local network due to highway congestion would be able to use the additional capacity on the highway. The projected percent decrease in delay on highways and local roads in 2040 is summarized for each alternative, with a reduction in delay between 29% and 35%, respectively compared to the No Build. Travelers on surrounding local roadways would also have a 6% to 7% reduction in delay.

In addition to the travel time savings, the Build Alternatives would each provide a reliable trip when needed. Tolling would ensure speeds of 45 mph or faster are maintained in the managed lanes. Similar projects have shown real-world benefits, including managed lanes on the Northwest Corridor in Atlanta, GA; I-95 in Miami, FL; I-95 north of Baltimore, MD; and throughout northern Virginia. In these locations, speeds have increased, delays due to congestion have decreased, and bus ridership and carpools along the managed lane corridors have increased.

## What Could the Toll Rates Be?

The planning study and the DEIS do not provide recommendations as to the proposed toll rate ranges for the managed lanes. However, potential toll rates were estimated to meet the goals of the Public-Private Partnership (P3) Program (manage traffic demand/congestion) and to determine if the Build Alternatives would be financially viable. Therefore, **for planning purposes only**, the 2025 average weekday toll rates per mile (in 2020 $) for all time periods for passenger cars using an *E-ZPass* transponder were estimated to be:

- $0.70/mile for Alternative 8
- $0.69/mile for Alternative 9
- $0.77/mile for Alternative 9M
- $0.68/mile for Alternative 10
- $0.73/mile for Alternative 13B
- $0.71/mile for Alternative 13C

The actual toll rate ranges will be set by the Maryland Transportation Authority (MDTA) Board in a process prescribed by the Code of Maryland Regulations (COMAR) 11.07.05 – *Public Notice of Toll Schedule Revisions*, and will include public hearings in each county affected by the toll rates and a public comment period of at least 60 days.  An analysis of data indicates that currently, the average trip in the study area is 8 miles, and that 37% of trips are 5 miles or less.

## Pedestrian/Bicycle Access

Existing sidewalks, shared-use paths, bikeable shoulders, and bikeways impacted by the proposed improvements will be replaced and upgraded. Additionally, new pedestrian and bicycle facilities are being evaluated in collaboration with local stakeholders to enhance connectivity, including a new pedestrian and bicycle facility on the new American Legion Bridge.

## Proposed Access Locations

| PROPOSED ACCESS LOCATION | PROVIDES DIRECT ACCESS TO MANAGED LANES | PROVIDE ACCESS LOCATIONS (Transit Stations) |
|---|---|---|
| I-270 at I-370 (access to Shady Grove Metro) | ✓ | ✓ |
| I-270 at Gude Drive | ✓ | |
| I-270 at Wootton Parkway (access to Twinbrook Metro) | ✓ | ✓ |
| I-270 at Westlake Terrace (access to Montgomery Mall Transit Center) | ✓ | ✓ |
| I-270 east of MD 187 | ✓ | |
| I-495 at George Washington Parkway | ✓ | |
| I-495 north of Clara Barton Parkway | ✓ | |
| I-495 at MD 190/Cabin John Parkway | ✓ | |
| I-495 at I-270 West Spur | ✓ | |
| I-495 west of MD 187 | ✓ | |
| I-495 at MD 187 (access to Medical Center Metro) | ✓ | ✓ |
| I-495 at I-270 East Spur | ✓ | |
| I-495 at MD 185 (access to Medical Center Metro & Kensington MARC) | ✓ | |
| I-495 at US 29 (access to Silver Spring Metro/MARC) | ✓ | ✓ |
| I-495 at MD 650 | ✓ | |
| I-495 at I-95 | ✓ | |
| I-495 at US 1 | ✓ | |
| I-95/I-495 at Cherrywood Lane (access to Greenbelt Metro/MARC) | ✓ | ✓ |
| I-95/I-495 at Baltimore-Washington Parkway | ✓ | |
| I-95/I-495 south of Baltimore-Washington Parkway | ✓ | |
| I-95/I-495 at US 50 (direct access to New Carrollton Metro/MARC/AMTRAK) | ✓ | ✓ |
| I-95/I-495 at MD 202 (north leg only) (access to Largo Town Center Metro) | ✓ | ✓ |
| I-95/I-495 at MD 214 (south leg only) (access to Largo Town Center Metro) | ✓ | ✓ |
| I-95/I-495 north of Ritchie Marlboro Road | ✓ | |
| I-95/I-495 at Ritchie Marlboro Road | ✓ | |
| I-95/I-495 at MD 4 | ✓ | |
| I-95/I-495 at MD 5 (access to Branch Avenue Metro) | ✓ | ✓ |

## What is Congestion Pricing?

- Per FHWA*, congestion pricing is a way of harnessing the power of the market to reduce the waste associated with traffic congestion.
- Congestion pricing enables the system to flow much more efficiently, allowing more vehicles and people to move through the same physical space.
- Toll rates vary based on time of day or dynamically measured congestion to ensure a specified travel speed.

* https://ops.fhwa.dot.gov/congestionpricing/

## How Does Dynamic Pricing Work?

Toll Rates are adjusted in response to real-time conditions, such as: travel speeds, traffic density, or traffic volumes.








00021230

# Alternatives Currently Under Consideration in the DEIS

## ALT 1: No Build (Existing)

All projects in the Financially Constrained Long-Range Transportation Plan (CLRP) including I-270 Innovative Congestion Management (ICM) Improvements, Purple Line, and increased trip capacity and frequency along all MARC lines



## ALT 8: 2 ETL Managed Lanes on I-495 and 1 ETL and 1 HOV Managed Lane on I-270

Add two ETL managed lanes in each direction on I-495 and add one ETL managed lane and retain one HOV lane in each direction on I-270



## ALT 9: 2 HOT Managed Lanes

Add two HOT managed lanes in each direction on I-495 and convert one existing HOV lane to a HOT managed lane and add one HOT managed lane in each direction on I-270



## ALT 9M: 2 HOT Managed Lanes on West side and East side of I-495 and I-270; 1 HOT Managed Lane on Top side of I-495

Add two HOT managed lanes in each direction on I-495 between the study limits south of the George Washington Memorial Parkway and the I-270 West Spur, including the American Legion Bridge and on I-495 between I-95 and the study limits west of MD 5. Add one HOT managed lane in each direction on I-495 between the I-270 West Spur and I-95. On I-270, convert one existing HOV lane to HOT managed lane and add one HOT managed lane in each direction.

**I-495 from south of the ALB and I-270 west spur and I-495 from I-95 to west of MD 5**



**I-495 from I-270 west spur to I-95**



**I-270**



## ALT 10: 2 ETL Managed Lanes and 1 HOV Managed Lane on I-270

Add two ETL managed lanes in each direction on I-495 and on I-270 and retain one existing HOV lane in each direction on I-270 only



## ALT 13B: 2 HOT Managed Lanes on I-495 and 2 Reversible HOT Managed Lanes on I-270

Add two HOT managed lanes in each direction on I-495 and convert existing HOV lanes to two HOT managed reversible lanes on I-270 while maintaining general purpose lanes




## ALT 13C: 2 ETL Managed Lanes on I-495 and Reversible ETL Managed Lane plus 1 HOV Managed lane on I-270

Add two ETL managed lanes in each direction on I-495 and add two managed, reversible ETLs on I-270 while retaining HOV lanes adjacent to general purpose lanes



### What are Managed Lanes?

- Highway facilities that use strategies, such as lane use restrictions or congestion pricing, to optimize the number of vehicles that can travel the highway to maintain free-flow speeds and person-throughput.
- Managed lanes may include high-occupancy vehicle (HOV) lanes, high-occupancy toll (HOT) lanes, express toll lanes (ETLs), and bus-only lanes.

### What are High-Occupancy Vehicle (HOV) Lanes?

- Separate and dedicated lanes for carpool vehicles.
- Lanes are not tolled.

### What are High-Occupancy Toll (HOT) Lanes?

Dedicated managed lanes within highway rights-of-way that single-occupancy vehicle (SOV) motorists may use by paying a variably priced toll and HOV motorists may use by paying a discounted toll or no toll at all. Toll payments may vary by time of day and level of congestion.

### What are Express Toll Lanes (ETLs)?

Dedicated managed lanes within highway rights-of-way that any motorist, regardless of vehicle occupancy, may use by paying a variably priced toll, depending on time of day and level of congestion.

### What Transit Components are Included in the Build Alternatives?

Opportunities to accommodate existing and planned multimodal mobility and connectivity are included with each Build Alternative, including:

- Free bus usage in the managed lanes to provide an increase in travel speed, assurance of a reliable trip, and connection to bus transit on arterials that directly connect to activity and economic centers.
- Access (direct and/or indirect) to existing transit stations and planned Transit-Oriented Developments at the Shady Grove Metro (I-370), Twinbrook Metro (Wootton Parkway), Montgomery Mall Transit Center (Westlake Terrace), Medical Center Metro (MD 187 and MD 185), Kensington MARC (MD 185), Silver Spring Metro and MARC (US 29), Greenbelt Metro and MARC (Cherrywood Lane), New Carrollton Metro, MARC, and Amtrak (US 50), Largo Town Center Metro (MD 202 and MD 214) and Branch Avenue Metro (MD 5).

A Transit Work Group, with representatives from transit providers from Montgomery, Prince George's, Frederick, Anne Arundel, Charles, and Howard counties and representatives from MDOT SHA, MDOT Maryland Transit Administration, FHWA, Federal Transit Administration, Metropolitan Washington Council of Governments, and Washington Metropolitan Area Transit Authority, worked together to collaboratively identify opportunities to enhance transit services on the proposed managed lanes and create an interconnected transit/highway system in the National Capital Region. The Transit Work Group report was made available to the public in June 2020 on the P3 Program website.








00021231

# Comparison of the No Build and Build Alternatives

| Resource | Alternative 1 No Build | [1]Alternative 5 | Alternative 8 | Alternative 9 | Alternative 9M | Alternative 10 | Alternative 13B | Alternative 13C |
|---|---|---|---|---|---|---|---|---|
| **ENVIRONMENTAL** | | | | | | | | |
| Total Potential Impacts to Section 4(f) Properties including park and historic properties (acres) | 0 | 141.7 | 146.8 | 146.8 | 144.7 | 149.0 | 145.5 | 146.7 |
| Number of Historic Properties with Adverse Effect [Adverse effect cannot be determined[2]] | 0 | 13 [7] | 13 [7] | 13 [7] | 13 [7] | 13 [7] | 13 [7] | 13 [7] |
| 100-Year Floodplain (acres) | 0 | 114.3 | 119.5 | 119.5 | 116.5 | 120.0 | 119.5 | 119.9 |
| Unique and Sensitive Areas (acres) | 0 | 395.3 | 408.2 | 408.2 | 401.8 | 410.8 | 406.7 | 408.6 |
| Forest canopy (acres) | 0 | 1,433.8 | 1,497.4 | 1,497.4 | 1,477.2 | 1,514.5 | 1,488.8 | 1,503.2 |
| Wetlands of Special State Concern | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Wetlands Field-Reviewed (acres) | 0 | 15.4 | 16.3 | 16.3 | 16.1 | 16.5 | 16.3 | 16.5 |
| Wetland 25-foot buffer (acres) | 0 | 51.2 | 53.1 | 53.1 | 52.7 | 53.6 | 53.1 | 53.5 |
| Waters of the US (linear feet) | 0 | 153,702 | 155,922 | 155,922 | 155,229 | 156,984 | 155,822 | 156,632 |
| Tier II Catchments (acres) | 0 | 55.2 | 55.3 | 55.3 | 55.3 | 55.3 | 55.3 | 55.3 |
| Noise Receptors Impacted | 0 | 3,661 | 4,470 | 4,470 | 4,249 | 4,581 | 4,411 | 4,461 |
| **TRAFFIC** | | | | | | | | |
| System-wide Delay Savings vs. No Build (AM/PM) | 0 | 20%/22% | 23%/33% | 34%/33% | 30%/30% | 35%/34% | 27%/22% | 26%/34% |
| **ENGINEERING** | | | | | | | | |
| Total Right-of-way Required (acres) | 0 | 284.9 | 323.5 | 323.5 | 313.4 | 337.3 | 318.9 | 329.3 |
| Number of Properties Directly Affected | 0 | 1,240 | 1,475 | 1,475 | 1,392 | 1,518 | 1,447 | 1,479 |
| Number of Residential Relocations | 0 | 25 | 34 | 34 | 25 | 34 | 34 | 34 |
| Number of Business Relocations | 0 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| Width of Pavement on I-495 (feet) | 138–146 | 170–174 | 194–198 | 194–198 | 170–198 | 194–198 | 194–198 | 194–198 |
| Width of Pavement on I-270 (feet) | 228–256 | 194–198 | 218–222 | 218–222 | 218-222 | 242–248 | 202–206 | 226–230 |
| Capital Cost Range [Construction & ROW] (billions) | N/A | $7.8–$8.5 | $8.7–$9.6 | $8.7–$9.6 | $8.5–$9.4 | $9.0–$10.0 | $8.7–$9.6 | $8.8–$9.7 |

**NOTES:** [1] MDOT SHA and FHWA determined Alternative 5 is not a reasonable alternative because it does not meet the Study's Purpose and Need, but it is included in the DEIS for comparison purposes only.

[2] Based on current design information, effects cannot be fully determined on these seven historic properties. MDOT SHA will evaluate these properties further as design advances.

- Preliminary impacts represented above assume total impacts; permanent and temporary impacts will be distinguished in the FEIS.
- The right-of-way is based on State records research and filled in with county right-of-way, as necessary. With the Section 4(f) properties, some boundaries vary based on the presence of easements and differences in the size and location of historic and park boundaries.
- Noise receptors are noise-sensitive land uses which include residences, schools, places of worship, and parks, among other uses. Note that these numbers include receptors that do not have an existing noise wall as well as receptors that have an existing noise wall which is expected to be replaced.

## Avoidance and Minimization Efforts

To the greatest extent practicable, efforts have been made to avoid and minimize impacts to parklands, wetlands, wetland buffers, waterways, forests, and FEMA 100-year floodplains. These included elimination of the collector-distributor system on I-270, utilization of closed drainage systems, use of underground stormwater management instead of above-ground, use of reinforced steep slopes and/or retaining walls, minimization of interchange footprints, and roadway alignment shifts in key locations. Further avoidance and minimization efforts will continue as design develops.

## Property Needs

A variety of elements contribute to the need for additional property rights outside of MDOT SHA's property, including roadway construction, grading, landscaping, stormwater management, and noise barriers. Adjacent property rights would be needed where MDOT SHA right-of-way is limited.

MDOT SHA complies with State and Federal laws to determine "just" compensation for impacts to your property. Just compensation is based on the fair market value of the property and includes all elements that may be appropriate in determining value.

For full details on the acquisition process, please refer to the MDOT SHA Your Land and Your Highways: Your Rights and Benefits Guide. https://www.roads.maryland.gov/mdotsha/pages/index.aspx?pageid=411

## Section 4(f)

Section 4(f) of the US Department of Transportation (USDOT) Act of 1966 as amended (49 U.S.C. 303(c)) is a Federal law that protects significant publicly-owned parks, recreation areas, wildlife and/or waterfowl refuges, or any significant public or private historic sites. Section 4(f) applies to all transportation projects that require funding or other approvals by the USDOT.

- 111 Section 4(f) properties were inventoried consisting of national parks, county and local parks, parkways, stream valley units of larger park facilities, local neighborhood parks, and historic sites that are listed in or eligible for listing in, the National Register of Historic Places.
- 43 properties would be avoided and 68 would experience an impact as a result of the Build Alternatives.
- 22 properties would experience a use that warrants an Individual Section 4(f) Evaluation.
- FHWA intends to apply de minimis impact findings at 36 properties because many of the anticipated uses of Section 4(f) properties consist of minor impacts along the edge of the properties in question adjacent to the existing transportation facility.
- The impacts to the 10 Section 4(f) properties meet the criteria of exceptions to a Section 4(f) use.

## What Are the Results of the Air Quality Analysis?

The Managed Lanes Study area is in attainment for carbon monoxide and particulate matter, meaning, the monitored air quality does not exceed the National Ambient Air Quality Standard for those pollutants. The study area is in non-attainment for ozone which means the monitored air quality exceeds the National Ambient Air Quality Standard for that pollutant; however, this Study is part of a transportation improvement program for which the total emissions from on-road travel are consistent with goals for air quality found in the State Implementation Plan.

Quantitative analyses were completed for carbon monoxide, mobile source air toxics (called M-SATs), and greenhouse gases, also known as G-H-G, per Federal Highway Administration and Environmental Protection Agency guidance. Worst-case carbon monoxide concentrations were reported to be below the National Ambient Air Quality Standards. M-SAT emissions are expected to remain the same or decrease for the Build Alternatives compared to the No Build Alternative. G-H-G emissions may increase slightly for the Build Alternatives compared to the No Build Alternative, but decrease compared to existing conditions.

## Preliminary Noise Barrier Mitigation

The assessment of noise abatement feasibility, in general, focuses on whether it is physically possible to build an abatement measure (i.e., noise barrier) that achieves a minimally acceptable level of noise reduction. Barrier feasibility considers three primary factors: acoustics, safety and access, and site constraints. The assessment of noise abatement reasonableness, in general, focuses on whether it is practical to build an abatement measure. Barrier reasonableness considers three primary factors: viewpoints, design goal, and cost effectiveness. These findings are based on preliminary design information and will be re-evaluated as part of final design phase. Engineering changes reflected in final design could alter these conclusions which could change MDOT SHA's recommendations. The views and opinions of all benefited property owners and residents will be solicited through public involvement activities during final design.

| Noise Barrier System Mitigation | Count of Mitigation Type |
|---|---|
| Existing Noise Barriers that would remain in place as currently constructed | 7 |
| Existing Noise Barriers that would be relocated | 42 |
| Existing Noise Barriers that would be reconstructed and extended | 20 |
| New Noise Barriers constructed | 23 |
| Noise Barriers not proposed for construction | 19* |

* An additional 19 barriers were evaluated but are not proposed for construction because they do not meet the MDOT SHA's feasibility and/or reasonableness criteria. Abatement for the portion of the study area within Virginia is being evaluated in coordination with VDOT and in compliance with the VDOT Highway Traffic Noise Impact Analysis Guidance Manual. The results of this evaluation will be included in the FEIS.

     

00021232

# Next Steps and NEPA Schedule

- Evaluate and assess public, stakeholder, and agency comments received during the Joint Public Hearings and DEIS public comment period.
- Identify Preferred Alternative and prepare Final Environmental Impact Statement (FEIS).
- Address comments formally in the FEIS.
- Prepare Record of Decision (ROD).



| Stage | Date |
|---|---|
| **Scoping** — Public Meetings April 2018 | Spring 2018 |
| **Preliminary Range of Alternatives and Screening** — Public Meetings July 2018 | Summer 2018 |
| **Alternatives Retained for Detailed Study (ARDS)** — Public Meetings April - May 2019 | Fall 2018 - Spring 2019 |
| **Draft Environmental Impact Statement (DEIS)** — Joint Public Hearings August – September 2020 — WE ARE HERE | Summer 2020 |
| **Final Environmental Impact Statement (FEIS)** | Spring 2021 |
| **Record of Decision (ROD)** | Spring 2021 |

# DEIS and JPA Document Availability

The DEIS and JPA with supporting information are available online at **495-270-P3.com/DEIS**. Hard copies are now available at the following locations:

**MARYLAND STATE OFFICES: Viewing hours include Monday to Friday 11 AM to 7 PM, Saturday and Sunday 12 to 5 PM**

**Montgomery County:** MDOT SHA Gaithersburg Shop, 502 Quince Orchard Road, Gaithersburg, MD 20878 | MDTA MD 200 West Operations, 16902 Crabbs Branch Way, Rockville, MD 20855 | MDOT SHA Fairland Shop, 12020 Plum Orchard Road, Silver Spring, MD 20904 | MDOT SHA Silver Spring Study Office, 8537 Georgia Avenue, Silver Spring, MD 20910

**Prince George's County:** MDOT SHA District 3 Office, 9300 Kenilworth Avenue, Greenbelt, MD 20770

**VIRGINIA STATE OFFICE: Viewing hours include Monday to Friday 9 AM to 4 PM**

**Fairfax County:** VDOT Northern Virginia District Office, 4975 Alliance Drive, Fairfax, VA 22030

**MARYLAND LIBRARIES:** Hard copies are available in trailers in the library parking lots. **Viewing hours include Tuesday and Thursday 11 AM to 7 PM, and Sunday 12 to 5 PM.** Once libraries are open to the public, the hard copies will be available for review in the libraries during normal branch hours.

**Montgomery County:** Chevy Chase Library | Davis (North Bethesda) Library | Kensington Park Library | Potomac Library

**Prince George's County:** Glenarden Branch Library | Largo-Kettering Branch Library | New Carrollton Branch Library | Spauldings Branch Library

**WASHINGTON DC LIBRARY: Viewing hours include Monday through Friday from 11 AM to 2 PM and 3 to 7 PM.** Should library hours change, the document will be available during normal branch hours.

**Washington DC:** Shepherd Park Neighborhood Library

**US POST OFFICES: Viewing hours include Monday to Friday 9 AM to 5 PM, Saturday 9 AM to Varies (see below)**

**Montgomery County:** West Lake PO (Saturday closes at 1 PM), 10421 Motor City Drive, Bethesda, MD 20817 | Rockville PO (Saturday closes at 4 PM), 500 N Washington Street, Rockville, MD 20850

**Prince George's County:** Kenilworth PO (Saturday closes at 12 PM ), 6270 Kenilworth Ave, Riverdale, MD 20737 | Hampton Park PO (Saturday closes at 4 PM), 9201 Edgeworth Drive, Capitol Heights, MD 20790 | Largo PO (Saturday closes at 3 PM), 9801 Apollo Drive, Upper Marlboro, MD 20774 | Temple Hills PO , 4806 Saint Barnabas Rd, Temple Hills, MD 20748

## Joint Public Hearings for the DEIS and JPA

The DEIS and JPA with supporting information is available on the Program website. Hearing materials, including a presentation, informational displays, and brochure can be viewed starting July 31 at the document availability locations or on the Program website. At both the virtual and in-person hearings, members of the public will have 3 minutes each to provide testimony.

### Virtual/Online Hearings

Four virtual hearings are planned from 9 AM – 8 PM:

- **TUESDAY, AUGUST 18, 2020**
- **THURSDAY, AUGUST 20, 2020**
- **TUESDAY, AUGUST 25, 2020 (Official USACE Hearing)**
- **THURSDAY, SEPTEMBER 3, 2020**

### In-Person Hearings

Two in-person hearings are planned from 12 – 9 PM:

- **TUESDAY, SEPTEMBER 1, 2020** – Prince George's County – Homewood Suites by Hilton, 9103 Basil Court, Largo, MD 20774
- **THURSDAY, SEPTEMBER 10, 2020** – Montgomery County – Hilton Executive Meeting Center, 1750 Rockville Pike, Rockville, MD 20852

Note: MDOT SHA will make the hearing transcript available on the Program website at a later date after the hearings have been concluded; hearings could be postponed if COVID-19 conditions change.

**REQUEST FOR ASSISTANCE:**

The Maryland Relay Service can assist teletype users at 7-1-1. Persons requiring assistance to participate, such as an interpreter for hearing/speech difficulties or assistance with the English language, should contact the Program toll-free number at 833-858-5960 by August 3, 2020.

**Chinese:**
如需小中文版>的简报，请发电子邮件到 mls-nepa-p3@mdot.maryland.gov 。请在电子邮件主题栏标出

**Amharic:**
ይህን ጋዜጣ በአማርኛ ለማግኘት ኢሜል ያድርጉ ለ mls-nepa-p3@mdot.maryland.gov። በኢሜል አርእስት ላይ ይሀንን ያመልክቱ

**Vietnamese:**
Để nhận được bản tin này bằng <tiếng Việt>, xin vui lòng gửi email đến: mls-nepa-p3@mdot.maryland.gov. Xin vui lòng biểu thị trong dòng tiêu đề email.

**Spanish:**
Para recibir este boletín en, por favor envíe un correo electrónico a: mls-nepa-p3@mdot.maryland.gov. Por favor indique en el asunto del correo electrónico.








00021233

# Ways to Comment on the DEIS and JPA at the Hearings

- Oral testimony to panelists at in-person or virtual hearing
- Oral testimony to court reporter at in-person hearing
- Oral testimony via voicemail (855-432-1483) during in-person or virtual hearing times
- Written comments in comment box at in-person hearing

**ALL COMMENTS received, whether at the hearing through oral testimony OR through other methods (comment form, email, and letter), will be given EQUAL CONSIDERATION.**

# Other Ways to Comment on the DEIS

- @ Comment Form on **495-270-P3.com/DEIS/**
- Email at **MLS-NEPA-P3@mdot.maryland.gov**
- Send a written letter about **DEIS**:

  Lisa B. Choplin, DBIA
  Director, I-495 & I-270 P3 Office
  Maryland Department of Transportation
  State Highway Administration
  707 North Calvert Street, MS P-601
  Baltimore, MD 21202

**Comments must be received by 11:59 PM on October 8, 2020.\***

*The public comment period may be extended 30 days. Please visit the Program website, 495-270-P3.com/DEIS, for updates.*

# Other Ways to Comment on the JPA

The USACE and MDE are soliciting comments from the public; Federal, State, and local agencies and officials; Indian Tribes; and other interested parties in order to consider and evaluate the impacts of this proposed activity. Any comments received will be considered by the USACE to determine whether to issue, modify, condition or deny a permit for this proposal. To make this decision, comments are used to assess impacts on endangered species, essential fish habitat, historic properties, tribal resources, modification of civil works projects, water quality, general environmental effects, and coastal zone management programs. Comments are used in the preparation of an Environmental Impact Statement pursuant to the National Environmental Policy Act. Comments provided will become part of the public record for this action and are subject to release to the public through the Freedom of Information Act. Comments are also used to determine the overall public interest of the proposed activity.

For MDE, only those issues subject to regulation by the MDE Nontidal Wetlands and Waterway Construction Divisions (impacts to nontidal wetlands, wetland buffer, and waterways, including the 100-year nontidal floodplain) will be considered in rendering a decision to grant or deny the MDE Permit. Future public notices on the application will be included on the MDE website (**mde.maryland.gov/programs/Water/WetlandsandWaterways/Pages/MLS_I-495_I-270.aspx**) and sent via certified mail to any newly identified adjacent property owners and sent via regular mail to the Interested Persons List. Please refer to Subsection 5-907 of the Annotated Code of Maryland or the Code of Maryland Regulations 26.23.02 for information regarding the application process.

Written comments concerning the work described above related to the factors listed above or other pertinent factors must be received by the Corps, Baltimore District and MDE within the comment period specified above through postal mail at the addresses below or electronic submission to the project manager email address below. Comments should reference the USACE Application Number (NAB-2018-02152) and the MDE Tracking Numbers 20-NT-0114 / 202060649.

**USACE**
Baltimore District
Attn: Mr. Jack Dinne
2 Hopkins Plaza
Baltimore, Maryland 21201
410-962-6005
john.j.dinne@usace.army.mil

**Maryland Department of the Environment**
Wetlands and Waterways Program
Attn: Mr. Steve Hurt
1800 Washington Blvd., Suite 430
Baltimore, Maryland 21230-1708
443-856-4760
MDE.SHAprojects@maryland.gov

It is requested that you communicate this information concerning the proposed work to any persons known by you to be interested, who did not receive a copy of this notice.

General information regarding the Corps' permitting process can be found on the following website: **nab.usace.army.mil/Missions/Regulatory.aspx**. General information regarding the MDE Nontidal Wetlands and Waterways permitting process can be found online at the following web address: **mde.maryland.gov/programs/Water/WetlandsandWaterways/Pages/index.aspx**. If you have any questions concerning this specific project, please contact the individuals listed above.

---

## I-495 & I-270 Managed Lanes Study DEIS/ Draft Section 4(f) Evaluation
## COMMENT FORM

MEETING LOCATION: _____

**IS YOUR COMMENT RELATED TO THE DEIS OR JPA?**

☐ **DRAFT Environmental Impact Statement (DEIS)/ Draft Section 4(f) Evaluation**  ☐ Joint Permit Application for Wetlands and Waters

*(PLEASE PRINT)*

NAME: _____  DATE: _____

EMAIL: _____

ADDRESS: _____

CITY: _____  STATE: _____  ZIP: _____

_____
_____
_____
_____
_____
_____
_____
_____

**MAILING LIST*:**  ☐ Add my name   ☐ Delete my name

*Individuals who have received a copy of the Joint Public Hearing announcement through the mail are already on the Program mailing list.*

☐ *Check here if you prefer email communications only*

You may use this form or complete a comment form at the Program website, **495-270-p3.com/DEIS/**. Comments may also be sent via email to **MLS-NEPA-P3@mdot.maryland.gov**, or by mail to Lisa B. Choplin, DBIA, Director, I-495 & I-270 P3 Office, Maryland Department of Transportation State Highway Administration, 707 North Calvert Street, Baltimore, MD 21202.

**Comments must be received by 11:59 PM on October 8, 2020. The public comment period may be extended 30 days. Please visit the Program website, 495-270-P3.com/DEIS, for updates.**








00021234

BALTIMORE MARYLAND 21298-6521
707 NORTH CALVERT STREET MS P-601
STATE HIGHWAY ADMINISTRATION
MARYLAND DEPARTMENT OF TRANSPORTATION
DIRECTOR, I495 & I270 P3 OFFICE
ATTN: LISA B. CHOPLIN, DBIA

POSTAGE WILL BE PAID BY ADDRESSEE

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 17715   BALTIMORE MD

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

---

**This questionnaire is for the purpose of evaluating the effectiveness of the Joint Public Hearings.**

1. The information presented was easy to understand?
   Good        Okay        Poor

2. The presentation was informative and useful?
   Good        Okay        Poor

3. The presenters responded well to my questions?
   Good        Okay        Poor

4. Meeting information was in the language I requested?
   Good        Okay        Poor

5. How can MDOT communicate more effectively?

   _____

   _____

   _____

   _____



MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
**Federal Highway Administration**

# JOINT PUBLIC HEARINGS FOR THE I-495 & I-270 MANAGED LANES STUDY

## Draft Environmental Impact Statement and Draft Section 4(f) Evaluation and Joint Permit Application

| Station 1 | ▪ What is the purpose of the Joint Public Hearing?<br>▪ What is the NEPA process? | ▪ Why is this Study needed?<br>▪ What is the Purpose & Need? |
|---|---|---|
| Station 2 | ▪ What Alternatives are considered in the DEIS?<br>▪ How will transit, biking, and walking be enhanced? | ▪ What are managed lanes?<br>▪ What is congestion pricing? |
| Station 3 | ▪ How do the Build Alternatives reduce congestion and delay? | ▪ How will traffic operations move more people through the study corridors? |
| Station 4 | ▪ What are the environmental effects?<br>▪ What are the Study needs, and how are you reducing the needs? | ▪ What is the potential mitigation?<br>▪ What avoidance and minimization has been considered? |
| Station 5 | ▪ What happens if my property is needed? | |
| Station 6 | ▪ What happens if my property is impacted by noise? | |
| Station 7 | ▪ What is the JPA process? | |
| Station 8 | ▪ How have we engaged the public, stakeholders, and agencies? | |
| Station 9 | ▪ How do I comment on the DEIS and JPA? | |

**270**
**495**
**MANAGED LANES STUDY**

00021236

**MDOT** MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
**Federal Highway Administration**

# What Is the Purpose of the Joint Public Hearing?

■ To provide the public an opportunity to comment on the following:

  ■ Draft Environmental Impact Statement (DEIS) and Draft Section 4(f) Evaluation prepared by MDOT and FHWA in accordance with the National Environmental Policy Act (NEPA), which documents the proposed improvements and the associated environmental impacts for the I-495 & I-270 Managed Lanes Study.

  ■ Alterations of nontidal wetlands, wetland buffers, waterways, and floodplains associated with the proposed improvements, as presented in the Joint Federal/State Application (JPA) for the Alteration of Any Floodplain, Waterway, Tidal or Nontidal Wetland in Maryland, being evaluated by the US Army Corps of Engineers (USACE)-Baltimore District and the Maryland Department of the Environment (MDE).

**STATION 1**





# What Is the NEPA Process?

The National Environmental Policy Act (NEPA) of 1969 requires Federal agencies to evaluate the environmental effects of their proposed actions.



**STEP 1**
Initiate NEPA Process
- Develop Purpose & Need
- Collect Existing Data
- Hold Agency & Public Scoping Meetings

SPRING 2018

**STEP 2**
Alternatives Development
- Develop Preliminary Range of Alternatives (15)
- Identify Screening Criteria
- Analyze Existing Conditions

SUMMER 2018

JULY 2018 — PUBLIC INPUT

**STEP 3**
Alternatives Analysis
- Identify Screened Alternatives
- Analyze the Environmental Effects of Screened Alternatives

FALL 2018 - SPRING 2019

PUBLIC INPUT April / May 2019

**STEP 4**
Draft Environmental Impact Statement (DEIS)
- Identify Alternatives Retained and Evaluated in DEIS
- Document Alternatives Analysis, Environmental Effects, Conceptual Mitigation, Decision-making Process and Public Input and Agency Coordination
- Publish DEIS
- Hold Public Hearings

SPRING 2019 - SUMMER 2020

WE ARE HERE

PUBLIC INPUT SUMMER 2020

**STEP 5**
Final Environmental Impact Statement (FEIS)
- Respond to substantive public comments on the DEIS
- Identify the Preferred Alternative
- Finalize mitigation
- Prepare FEIS
- Publish FEIS

SPRING 2021

**STEP 6**
Record of Decision (ROD)
- Identify Selected Alternative
- Summarize mitigation commitments
- Prepare ROD
- Publish ROD

SPRING 2021

**STEP 7**
Permits Issued
- Federal and State Permits and Approvals Issued, as applicable

FALL 2021

**STATION 1**

495 270 **MANAGED LANES STUDY**

00021238





# I-495 & I-270 P3 PROGRAM ELEMENTS

The I-495 & I-270 P3 Program includes more than 70 miles of highway improvements.

**I-495 & I-270 Managed Lanes Study**

The Managed Lanes Study covers 48 miles of those improvements, and begins south of the George Washington Memorial Parkway on I-495 in Virginia, including the American Legion Bridge, and extends to west of MD 5 and along I-270 from the Capital Beltway to north of I-370.



**STATION 1**

00021239





# Why Is This Study Needed?

■ To Address Existing and Future Traffic Congestion

  ■ Traffic congestion limits economic growth opportunities

  ■ Traffic congestion diminishes the quality of life for Marylanders

  ■ Severe congestion averages 10 hours on I-495 and 7 hours on I-270 each weekday



2040 282,000
2025 263,100
2018 253,000
(495)

2040 299,000
2025 272,900
2018 259,000
(270)

average annual daily traffic (AADT)

STATION 1

495 270 MANAGED LANES STUDY

00021240



MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

Case 8:22-cv-02597-DKC   Document 61-1   Filed 10/30/23   Page 48 of 72

U.S. Department of Transportation
Federal Highway Administration

*DEIS Ch. 1 & Appendix A*

# What Is the Study's Purpose & Need?

## PURPOSE

Develop a travel demand management solution(s) that addresses congestion, improves trip reliability on I-495 and I-270 within the study limits and enhances existing and planned multimodal mobility and connectivity.

## NEEDS

- Accommodate Existing Traffic and Long-Term Traffic Growth
- Enhance Trip Reliability
- Provide Additional Roadway Travel Choices
- Accommodate Homeland Security
- Improve Movement of Goods and Services

## GOALS

- Financial Viability
- Environmental Responsibility



**STATION 1**



00021241



MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
Federal Highway Administration

# How Has the COVID-19 Pandemic Impacted the Study?

- **MDOT's number one priority is the health and safety of Marylanders.**

- MDOT SHA recognizes the impact of the COVID-19 stay-at-home order on current transportation patterns throughout the National Capital Region, including how we work, travel, and spend our free time. We are aware of the reduced traffic on interstates such as I-495 and I-270.

- We are continuing to ensure transportation improvements are being developed to meet our State's needs for today and in the future.

    - MDOT SHA acknowledges the uncertainty surrounding present traffic levels and transit use.

    - MDOT SHA is committed to tracking trends in travel behavior and monitoring traffic volumes over time as communities reopen, including businesses, places of worship, and schools.

- We will evaluate and consider all new information as it becomes available to ensure the solutions will meet the needs of Marylanders now and in the future.

**STATION 1**



MANAGED
LANES STUDY

00021242



MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
Federal Highway Administration

*DEIS Ch. 2 & Appendix B*

# What Are Managed Lanes?

- Highway facilities that use strategies, such as lane-use restrictions or congestion pricing, to optimize the number of vehicles that can travel the highway to maintain free-flow speeds and keep people moving.



# What Are HOV Lanes?

- Separate and dedicated lanes for carpool vehicles.
- Lanes are not tolled.

# What Are HOT Lanes?

- Dedicated managed lanes within highway right-of-way that single-occupancy vehicle (SOV) motorists may use by paying a variably priced toll. High-Occupancy Vehicle (HOV)-eligible vehicles may use HOT lanes without paying a toll.
- Toll payments may vary by time of day and level of congestion.

# What Are Express Toll Lanes (ETLs)?

- Dedicated managed lanes within highway right-of-way that any motorist, regardless of vehicle occupancy, may use by paying a variably priced toll, depending on time of day and level of congestion.

MANAGED LANES STUDY

00021243

MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
Federal Highway Administration

Case 8:22-cv-02597-DKC   Document 61-1   Filed 10/30/23   Page 51 of 72

*DEIS Ch. 2 & Appendix B*

# What Alternatives Are Considered in the DEIS?

## ALT 1: No Build (Existing)

All projects in the Financially Constrained Long Range Transportation Plan (CLRP) including I-270 Innovative Congestion Management (ICM) Improvements, Purple Line, Corridor City Transitway Bus Rapid Transit, and increased trip capacity and frequency along all MARC lines.



## ALT 8: 2 ETL Managed Lanes on I-495
## 1 ETL and 1 HOV Managed Lane on I-270

Add two ETL managed lanes in each direction on I-495 and add one ETL managed lane and retain one HOV lane in each direction on I-270.



## ALT 9: 2 HOT Managed Lanes

Add two HOT managed lanes in each direction on I-495 and convert one existing HOV lane to a HOT managed lane and add one HOT managed lane in each direction on I-270.



## ALT 9M: 2 HOT Managed Lanes on West side and East side of I-495 and I-270;
## 1 HOT Managed Lane on Top side of I-495

Add two HOT managed lanes in each direction on I-495 between the study limits south of the George Washington Memorial Parkway and the I-270 West Spur, including the American Legion Bridge (ALB) and on I-495 between I-95 and the study limits west of MD 5. Add one HOT managed lane in each direction on I-495 between the I-270 West Spur and I-95. On I-270, convert one existing HOV lane to a HOT managed lane and add one HOT managed lane in each direction.



## ALT 10: 2 ETL Managed Lanes and 1 HOV Managed Lane on I-270

Add two ETL managed lanes in each direction on I-495 and on I-270 and retain one existing HOV lane in each direction on I-270 only.



## ALT 13B: 2 HOT Managed Lanes on I-495
## 2 Reversible HOT Managed Lanes on I-270

Add two HOT managed lanes in each direction on I-495 and convert existing HOV lanes to two HOT managed reversible lanes on I-270 while maintaining General Purpose lanes.



## ALT 13C: 2 ETL Managed Lanes on I-495
## Reversible ETL Managed Lane plus 1 HOV Managed lane on I-270

Add two ETL managed lanes in each direction on I-495 and add two managed, reversible ETLs on I-270 while retaining HOV lanes adjacent to General Purpose lanes.



TRAFFIC RELIEF PLAN

270 495 MANAGED LANES STUDY

00021244



MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

Case 8:22-cv-02597-DKC   Document 61-1   Filed 10/30/23   Page 52 of 72

U.S. Department of Transportation
Federal Highway Administration

*DEIS Ch. 2 & Appendix B*

# What Transit Elements Are in the Build Alternatives?

- Free bus usage in the managed lanes to provide an increase in travel speed, assurance of a reliable trip, and connection to bus transit on arterials that directly connect to activity and economic centers.

- Access (direct and/or indirect) to existing transit stations and planned Transit-Oriented Developments will be included at the following:


*California Transit*

- Shady Grove Metro (I-370)
- Twinbrook Metro (Wootton Parkway)
- Montgomery Mall Transit Center (Westlake Terrace)
- Medical Center Metro (MD 187 and MD 185)
- Kensington MARC (MD 185)
- Silver Spring Metro and MARC (US 29)
- Greenbelt Metro and MARC (Cherrywood Lane)
- New Carrollton Metro, MARC, and Amtrak (US 50)
- Largo Town Center Metro (MD 202 and MD 214)
- Branch Avenue Metro (MD 5)

# What Other Transit Initiatives Are Being Considered?

- A Transit Work Group, with representatives from transit providers from Montgomery, Prince George's, Frederick, Anne Arundel, Charles, and Howard counties and representatives from MDOT SHA, MDOT Maryland Transit Administration, FHWA, Federal Transit Administration, Metropolitan Washington Council of Governments, and Washington Metropolitan Area Transit Authority, works together to collaboratively identify opportunities to enhance transit services on the proposed managed lanes and create an interconnected transit/highway system in the National Capital Region.

- The Transit Work Group report is available on the P3 Program website.

**STATION 2**



MANAGED LANES STUDY

Case 8:22-cv-02597-DKC   Document 61-1   Filed 10/30/23   Page 53 of 72

**MDOT** MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
**Federal Highway Administration**

*DEIS Ch. 2 & Appendix B*

TRAFFIC
RELIEF PLAN

# What Pedestrian/Bicycle Considerations Are in Build Alternatives?

- Existing sidewalks, shared-use paths, bikeable shoulders, and bikeways impacted by proposed improvements will be replaced and upgraded.
- The new American Legion Bridge will include new pedestrian and bicycle access to connect with existing trails on both sides of the Potomac River.
- New pedestrian and bicycle facilities to enhance connectivity and provide safe accommodation are being evaluated along the corridor in collaboration with local stakeholders.

**American Legion Bridge**



Managed lanes would be either HOT or ETLs depending on the alternative chosen

Possible location for ped/bike trail on American Legion Bridge
Shared-use path location to be determined

*View of ALB from Virginia, looking north towards Maryland*



MANAGED LANES STUDY

00021246





# What Is Congestion Pricing?

- Per FHWA*, congestion pricing is a way of harnessing the power of the market to reduce the waste associated with traffic congestion.
- Congestion pricing enables the system to flow much more efficiently, allowing more vehicles and people to move through the same physical space.
- Toll rates vary based on predicted (time of day) or dynamically measured congestion to ensure a specified travel speed.



*File/Credit: Maryland Transportation Authority*

# How Does Dynamic Pricing Work?

- Maryland Transportation Authority (MDTA) Board will establish a public hearing process with a public review for the toll rate range for the facility.
- Toll Rates are adjusted in response to real-time conditions, such as:
  - Travel speeds
  - Traffic density
  - Traffic volumes




* https://ops.fhwa.dot.gov/congestionpricing/



MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
**Federal Highway Administration**

*DEIS Ch. 2 & Appendix B*

# How Will the Managed Toll Lanes Work?

- The tolls would be collected electronically at highway speeds, with no toll plazas or toll booths.
- Toll rates would be adjusted dynamically within the approved toll rate range and could change in response to real-time changes in traffic conditions every 5 to 15 minutes to manage traffic flow and maintain a minimum average operating speed of 45 mph.

# How Will the Toll Rates Be Set?

- Toll rate ranges will be set as required by the Code of Maryland Regulations (COMAR 11.07.05, *Public Notice of Toll Schedule Revisions*).

  - Toll rates will be developed to manage traffic flow.
  - Public will have minimum 60-day comment period, anticipated for 2021.

  - Toll range will include upper limit on toll rate per mile.
  - Public hearings for the toll rate range will be held in each county in which a toll is proposed to be implemented.

# What Will the Toll Rates Be?

- DEIS does not recommend final proposed toll rate ranges; however, potential toll rates were estimated to meet the goals of the project and to determine if the Build Alternatives would be financially viable.
- For planning purposes only, the estimated opening year (2025) average weekday toll rates per mile (in 2020 $) for all time periods for passenger cars using an *E-ZPass* transponder were:

| Build Alternatives | Potential Toll Rate |
|---|---|
| 8 | $0.70/mile |
| 9 | $0.69/mile |
| 9M | $0.77/mile |
| 10 | $0.68/mile |
| 13B | $0.73/mile |
| 13C | $0.71/mile |

**STATION 2**



00021249

MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
Federal Highway Administration

# How Much Would the Alternatives Reduce Congestion and Delay?

- Average delay per vehicle quantifies the amount of time motorists are delayed in traffic congestion on the highways within the study area.

- All Build Alternatives are projected to reduce delay by 20% or more compared to the No Build condition, as shown below.

- By serving more traffic on I-495 and I-270, each of the Build Alternatives are projected to reduce demand on the surrounding local roadway system, resulting in delay savings for local travelers, as shown below.

| Alternatives | I-495 & I-270 Delay Reduction vs. No Build | |
|---|---|---|
| | AM Peak | PM Peak |
| Alternative 1 (No Build) | 0% | 0% |
| Alternative 8 | 23% | 33% |
| Alternative 9 | 34% | 33% |
| Alternative 9M | 30% | 30% |
| Alternative 10 | 35% | 34% |
| Alternative 13B | 27% | 22% |
| Alternative 13C | 26% | 34% |

*Source: VISSIM Simulation Model. Values reflect delay in all lanes (GP & HOT/ETL) in the year 2040, and also include interchange ramps and junctions.

| Alternatives | % Decrease Daily Delay Local Roads |
|---|---|
| Alternative 1 (No Build) | 0% |
| Alternative 8 | 6.6% |
| Alternative 9 | 7.0% |
| Alternative 9M | 5.9% |
| Alternative 10 | 6.5% |
| Alternative 13B | 6.8% |
| Alternative 13C | 6.4% |

*Source: MWCOG Regional Forecasting Model

**Legend**
- > 30% decrease in average delay
- 25% - 30% decrease in average delay
- 20% - 25% decrease in average delay
- < 20% decrease in average delay

**Legend**
- No benefit vs. No Build
- < 5% reduction in daily delay on local roadway network
- > 5% reduction in daily delay on local roadway network

STATION 3

270 495 MANAGED LANES STUDY

00021250

MDOT MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
Federal Highway Administration

*DEIS Ch. 3 & Appendix C*

TRAFFIC RELIEF PLAN

# How Will Traffic Operations Move People Through the Study Corridors?

- "Person-throughput" quantifies the efficiency of the roadway network in getting people to their destinations.
  - Equals the number of people that pass by a given point on the roadway in a set amount of time.
  - Accounts for high-occupancy vehicles and buses.
  - Higher numbers are better.
- Benefits of high "person-throughput" on the highway:
  - More efficient use of the roadway.
  - Reduced peak spreading (i.e. less congestion in the off-peak hours).
  - Reduced burden on the surrounding local roadway network (less cut-through traffic).



**% Increase in People Moved vs. 2040 No Build Conditions**

MARYLAND

DC

VIRGINIA

**I-270 at Montrose Rd**

| Alt | AM Peak | PM Peak |
|-----|---------|---------|
| 8   | 20%     | 5%      |
| 9   | 15%     | 20%     |
| 9M  | 15%     | 0%      |
| 10  | 30%     | 30%     |
| 13B | 10%     | 0%      |
| 13C | 15%     | 10%     |

**I-495 East of MD 355**

| Alt | AM Peak | PM Peak |
|-----|---------|---------|
| 8   | 65%     | 110%    |
| 9   | 65%     | 100%    |
| 9M  | 40%     | 50%     |
| 10  | 70%     | 100%    |
| 13B | 60%     | 90%     |
| 13C | 65%     | 95%     |

**American Legion Bridge**

| Alt | AM Peak | PM Peak |
|-----|---------|---------|
| 8   | 35%     | 30%     |
| 9   | 35%     | 40%     |
| 9M  | 25%     | 30%     |
| 10  | 40%     | 40%     |
| 13B | 30%     | 35%     |
| 13C | 35%     | 40%     |

**I-495 West of I-95**

| Alt | AM Peak | PM Peak |
|-----|---------|---------|
| 8   | 50%     | 50%     |
| 9   | 50%     | 50%     |
| 9M  | 30%     | 30%     |
| 10  | 50%     | 50%     |
| 13B | 45%     | 45%     |
| 13C | 50%     | 50%     |

**I-495 at MD 5**

| Alt | AM Peak | PM Peak |
|-----|---------|---------|
| 8   | 30%     | 5%      |
| 9   | 15%     | 20%     |
| 9M  | 15%     | 20%     |
| 10  | 15%     | 20%     |
| 13B | 20%     | 20%     |
| 13C | 25%     | 20%     |

**Legend**

XX% Highest increase in "person-throughput" per location     XX% No Benefit compared to 2040 No Build

STATION 3

270 495

MANAGED LANES STUDY

00021251



MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
Federal Highway Administration

*DEIS Ch. 3 & Appendix C*

TRAFFIC RELIEF PLAN

# How Will the Build Alternatives Improve Travel Time?

## HOT/ETLs would offer RELIABLE free-flow travel at or above 45 mph.

### Commute from College Park to Bethesda (AM Peak Period)

| Alternatives | Average Speed (mph) | Travel Time (min) | Time Savings (min) | Annual Savings Per Commuter* Minutes | Hours |
|---|---|---|---|---|---|
| No Build | 14 | 43 | - | - | - |
| Alt 8 (GP) | 40 | 15 | 28 | 7,280 | 120 |
| Alt 9 (GP) | 37 | 16 | 27 | 7,020 | 115 |
| Alt 9M (GP) | 36 | 17 | 26 | 6,760 | 115 |
| Alt 10 (GP) | 45 | 13 | 30 | 7,800 | 130 |
| Alt 13B (GP) | 29 | 21 | 22 | 5,720 | 95 |
| Alt 13C (GP) | 34 | 18 | 25 | 6,500 | 110 |
| HOT/ETL (All Alts) | 60 | 10 | 33 | 8,580 | 145 |

- Average travel speeds (mph) and travel time (minutes) in the general purpose (GP) lanes for each Alternative are shown for four common weekday commute trip pairs in 2040. Data for managed lanes (HOT/ETL) are common to all Build Alternatives.

- Annual savings per commuter quantifies the time savings per person compared to the No Build condition, assuming 260 commuting days in a year.

### Commute from Suitland to Greenbelt Metro Station (AM Peak Period)

| Alternatives | Average Speed (mph) | Travel Time (min) | Time Savings (min) | Annual Savings Per Commuter* Minutes | Hours |
|---|---|---|---|---|---|
| No Build | 37 | 27 | - | - | - |
| Alt 8 (GP) | 56 | 18 | 9 | 2,340 | 40 |
| Alt 9 (GP) | 56 | 17 | 10 | 2,600 | 45 |
| Alt 9M (GP) | 56 | 17 | 10 | 2,600 | 45 |
| Alt 10 (GP) | 56 | 17 | 10 | 2,600 | 45 |
| Alt 13B (GP) | 56 | 17 | 10 | 2,600 | 45 |
| Alt 13C (GP) | 56 | 17 | 10 | 2,600 | 45 |
| HOT/ETL (All Alts) | 60 | 15 | 12 | 3,120 | 50 |



### Commute from American Legion Bridge to ICC (PM Peak Period)

| Alternatives | Average Speed (mph) | Travel Time (min) | Time Savings (min) | Annual Savings Per Commuter* Minutes | Hours |
|---|---|---|---|---|---|
| No Build | 24 | 32 | - | - | - |
| Alt 8 (GP) | 23 | 33 | - | - | - |
| Alt 9 (GP) | 33 | 23 | 9 | 2,340 | 40 |
| Alt 9M (GP) | 30 | 25 | 7 | 1,820 | 30 |
| Alt 10 (GP) | 37 | 21 | 11 | 2,860 | 50 |
| Alt 13B (GP) | 42 | 18 | 14 | 3,640 | 60 |
| Alt 13C (GP) | 40 | 19 | 13 | 3,380 | 55 |
| HOT/ETL (All Alts) | 52 | 15 | 17 | 4,420 | 75 |

### Commute from Silver Spring to Rockville (PM Peak Period)

| Alternatives | Average Speed (mph) | Travel Time (min) | Time Savings (min) | Annual Savings Per Commuter* Minutes | Hours |
|---|---|---|---|---|---|
| No Build | 27 | 28 | - | - | - |
| Alt 8 (GP) | 48 | 15 | 13 | 3,380 | 55 |
| Alt 9 (GP) | 49 | 15 | 13 | 3,380 | 55 |
| Alt 9M (GP) | 49 | 15 | 13 | 3,380 | 55 |
| Alt 10 (GP) | 37 | 20 | 8 | 2,080 | 35 |
| Alt 13B (GP) | 48 | 15 | 13 | 3,380 | 55 |
| Alt 13C (GP) | 40 | 19 | 9 | 2,340 | 40 |
| HOT/ETL (All Alts) | 53 | 14 | 14 | 3,640 | 60 |

**GP** - General Purpose Lane (existing free lane)  **ETL** - Express Toll Lane  **HOT** - High-Occupancy Toll Lane

## STATION 3

495 270 MANAGED LANES STUDY

00021252



MDOT MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

Case 8:22-cv-02597-DKC    Document 61-1    Filed 10/30/23    Page 60 of 72

U.S. Department of Transportation
Federal Highway Administration

*DEIS Ch. 4, 5 & Appendices D-O*

# What Environmental Resources Were Analyzed?

**The DEIS and Supporting Technical Reports**

The DEIS presents the environmental resources identified along the study corridors, the anticipated effects to the resources, and measures to avoid, minimize, and mitigate unavoidable effects to those resources. The environmental resources and topics analyzed included:

- Land Use and Zoning
- Demographics
- Communities and Community Facilities
- Parks and Recreational Facilities
- Property Acquisitions and Relocations
- Visual and Aesthetic Resources
- Historic Architecture and Archaeological Resources
- Air Quality
- Noise
- Hazardous Materials
- Topography, Geology and Soils
- Waters of the US and Waters of the State, including Wetlands

- Watersheds and Surface Water Quality
- Groundwater Hydrology
- Floodplains
- Vegetation and Terrestrial Habitat
- Terrestrial Wildlife
- Aquatic Biota
- Rare, Threatened and Endangered Species
- Unique and Sensitive Areas
- Environmental Justice
- Indirect and Cumulative Effects
- Consequences of Construction
- Commitment of Resources



MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
**Federal Highway Administration**

TRAFFIC RELIEF PLAN

# COMPARISON OF THE NO BUILD AND BUILD ALTERNATIVES

| Resource | Alternative 1 No Build | [1]Alternative 5 | Alternative 8 | Alternative 9 | Alternative 9M | Alternative 10 | Alternative 13B | Alternative 13C |
|---|---|---|---|---|---|---|---|---|
| **ENVIRONMENTAL** | | | | | | | | |
| Total Potential Impacts to Section 4(f) Properties including park and historic properties (acres) | 0 | 141.7 | 146.8 | 146.8 | 144.7 | 149.0 | 145.5 | 146.7 |
| Number of Historic Properties with Adverse Effect [Adverse effect cannot be determined[2]] | 0 | 13 [7] | 13 [7] | 13 [7] | 13 [7] | 13 [7] | 13 [7] | 13 [7] |
| 100-Year Floodplains (acres) | 0 | 114.3 | 119.5 | 119.5 | 116.5 | 120.0 | 119.5 | 119.9 |
| Unique and Sensitive Areas (acres) | 0 | 395.3 | 408.2 | 408.2 | 401.8 | 410.8 | 406.7 | 408.6 |
| Forest canopy (acres) | 0 | 1,433.8 | 1,497.4 | 1,497.4 | 1,477.2 | 1,514.5 | 1,488.8 | 1,503.2 |
| Wetlands of Special State Concern | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Wetlands Field-Reviewed (acres) | 0 | 15.4 | 16.3 | 16.3 | 16.1 | 16.5 | 16.3 | 16.5 |
| Wetland 25-foot buffer (acres) | 0 | 51.2 | 53.1 | 53.1 | 52.7 | 53.6 | 53.1 | 53.5 |
| Waters of the US (linear feet) | 0 | 153,702 | 155,922 | 155,922 | 155,229 | 156,984 | 155,822 | 156,632 |
| Tier II Catchments (acres) | 0 | 55.2 | 55.3 | 55.3 | 55.3 | 55.3 | 55.3 | 55.3 |
| Noise Receptors Impacted | 0 | 3,661 | 4,470 | 4,470 | 4,249 | 4,581 | 4,411 | 4,461 |
| **TRAFFIC** System-wide Delay Savings vs. No Build (AM/PM) | 0 | 20%/22% | 23%/33% | 34%/33% | 30%/30% | 35%/34% | 27%/22% | 26%/34% |
| **ENGINEERING** Total Right-of-way Required (acres) | 0 | 284.9 | 323.5 | 323.5 | 313.4 | 337.3 | 318.9 | 329.3 |
| Number of Properties Directly Affected | 0 | 1,240 | 1,475 | 1,475 | 1,392 | 1,518 | 1,447 | 1,479 |
| Number of Residential Relocations | 0 | 25 | 34 | 34 | 25 | 34 | 34 | 34 |
| Number of Business Relocations | 0 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| Width of Pavement on I-495 (feet) | 138–146 | 170–174 | 194–198 | 194–198 | 170-198 | 194–198 | 194–198 | 194–198 |
| Width of Pavement on I-270 (feet) | 228–256 | 194–198 | 218–222 | 218–222 | 218-222 | 242–248 | 202–206 | 226–230 |
| Capital Cost Range [Construction & ROW] (billions) | N/A | $7.8–$8.5 | $8.7 – $9.6 | $8.7 – $9.6 | $8.5- $9.4 | $9.0 – $10.0 | $8.7 – $9.6 | $8.8 - $9.7 |

**NOTES:** [1] MDOT SHA and FHWA determined Alternative 5 is not a reasonable alternative because it does not meet the Study's Purpose and Need, but it is included in the DEIS for comparison purposes only.

[2] Based on current design information, effects cannot be fully determined on these 7 historic properties. MDOT SHA will evaluate these properties further as design advances.

• Preliminary impacts represented above assume total impacts; permanent and temporary impacts will be distinguished in the FEIS.

• The right-of-way is based on State records research and filled in with county right-of-way, as necessary. With the Section 4(f) properties, some boundaries vary based on the presence of easements and differences in the size and location of historic and park boundaries.

• Noise receptors are noise-sensitive land uses which include residences, schools, places of worship, and parks, among other uses. Note that these numbers include receptors that do not have an existing noise wall as well as receptors that have an existing noise wall which is expected to be replaced.

• Efforts to avoid and minimize impacts have occurred throughout the planning process and will continue during the final design phase.



270
495
MANAGED LANES STUDY

00021254



MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

Case 8:22-cv-02597-DKC   Document 61-1   Filed 10/30/23   Page 62 of 72

U.S. Department of Transportation
Federal Highway Administration

*DEIS Ch. 4 & Appendices L, M*

# What Avoidance and Minimization Opportunities Have Been Considered for Effects to Environmental Resources?

- At this stage in the NEPA Study, opportunities to avoid and minimize impacts to the following resources have been coordinated with the regulatory and resource agencies and have been incorporated into the Build Alternatives:

  - parklands
  - wetlands
  - wetland buffers
  - waterways
  - forests
  - FEMA 100-year floodplains

- Impacts were avoided or minimized to the greatest extent practicable at this stage of the Study, and avoidance and minimization techniques were further advanced in some areas of sensitive or recreationally valuable resources.

- The effort to avoid, minimize and mitigate unavoidable impacts will continue through ongoing and future coordination with the applicable regulatory and resource agencies and be documented in the FEIS.

### Examples of Results of Minimization Efforts

- **Rock Creek:** reduction in parkland impacts of approximately 10 acres and reduction in stream impacts by 3,287 linear feet
- **Thomas Branch:** reduction in stream impacts by 592 linear feet
- **Paint Branch Mainstem:** reduction in stream impacts by 2,393 linear feet





Initial LOD   Current LOD

STATION 4



00021255



**MARYLAND DEPARTMENT OF TRANSPORTATION**
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
**Federal Highway Administration**

# What Are the Results of the Air Quality Analysis?

- Study area is in attainment (meaning, the area has monitored air quality that meets the National Ambient Air Quality Standard) for Carbon Monoxide (CO) and Particulate Matter and non-attainment for 2015 Ozone standard.

- The Study is currently included in the National Capital Region Transportation Planning Board FY 2019 – 2024 Transportation improvement program (TIP) and the Visualize 2045 Long Range Plan (LRTP) and the accompanying Air Quality Conformity Analysis.

- The estimated emissions from on road travel in the TIP and LRTP adhere to the motor vehicle emissions budgets for ozone pollutants and therefore demonstrate conformity with the State Implementation Plan.

- Quantitative CO, Mobile Source Air Toxics (MSATs) and greenhouse gas (GHG) analysis completed.

  - Worst-case CO concentrations for all Build Alternatives remain well below the CO National Ambient Air Quality Standards (NAAQS) at all receptor locations for each interchange and intersection location analyzed.

  - MSATs emissions expected to remain the same or slightly decrease for all Build Alternatives when compared to the No Build condition for 2040.

  - GHG emissions expected to increase slightly for all Build Alternatives when compared to the No Build condition for 2040, but decrease compared to existing conditions.

**STATION 4**

00021256



**MDOT** MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

Case 8:22-cv-02597-DKC    Document 61-1    Filed 10/30/23    Page 64 of 72

U.S. Department of Transportation
**Federal Highway Administration**

*DEIS Ch. 5 & Appendix F*

# What Are the Section 4(f) Regulations?

■ Section 4(f) of the US Department of Transportation (USDOT) Act of 1966, as amended (49 U.S.C. 303(c)) is a Federal law that protects publicly owned parks, recreation areas, wildlife and/or waterfowl refuges, or any public or private historic sites.

■ Section 4(f) applies to all transportation projects that require funding or other approvals by the USDOT.

■ Considerable efforts to avoid and minimize impacts to Section 4(f) properties have taken place throughout the planning process and will continue.  However, all of the Build Alternatives would impact parks and historic sites along the study corridors.

| FHWA cannot approve a transportation project that uses any Section 4(f) property, unless: | A use of Section 4(f) property occurs: |
|---|---|
| • There is no feasible and prudent avoidance alternative to the use and the action includes all possible planning to minimize harm to the property resulting from such use (23 CFR 774.3(a)); or<br><br>• The use of Section 4(f) property, including any measures to minimize harm (i.e., avoidance, minimization, mitigation, or enhancement measures) committed to by the applicant, will have a *de minimis* impact on the property (23 CFR 774.3(b). | • When land is permanently incorporated into a transportation facility.<br><br>• Where there is a temporary occupancy of land that is adverse in terms of the statue's preservation purpose as determined by the criteria in 23 CFR 774.13(d); that is when one of the following criteria are not met.<br><br>• When there is a constructive use, which occurs only when a project does not incorporate land from a Section 4(f) property, and the proximity impacts of a project on adjacent or nearby property result in substantial impairment of the activities, features, or attributes that qualify a property for Section 4(f) protection. |


*USDA BARC*


*Cabin John Stream Valley Park*


*Greenbelt Park*

**STATION 4**



**495** **270** **MANAGED LANES STUDY**

00021257

MDOT MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
Federal Highway Administration

TRAFFIC RELIEF PLAN

# What Are the Results of the Draft Section 4(f) Evaluation?

## Inventory of Section 4(f) Properties

111 Section 4(f) properties were inventoried within the corridor study boundary, including national parks, county and local parks, parkways, stream valley units of larger park facilities, and historic sites that are listed in or eligible for listing in the National Register of Historic Places.

- 43 properties would be avoided by the Build Alternatives
- 68 properties would experience an impact from the Build Alternatives

| Properties Requiring Individual Evaluations | Properties with *De Minimis* Impacts | Exceptions |
|---|---|---|
| 22 of the 68 properties would experience an impact qualifying as a Section 4(f) use resulting in an individual evaluation.<br><br>• Considers if there is a feasible and prudent alternative that completely avoids the use of all Section 4(f) properties<br><br>• Includes all possible planning to minimize harm to Section 4(f) properties<br><br>• Includes extensive agency coordination and public involvement | 36 of the 68 properties would experience an impact so minor as to not adversely affect the activities, features, or attributes that qualify the property for protection under Section 4(f).<br><br>• *De minimis* impact determination does not require analysis to determine if avoidance alternatives are feasible and prudent, but consideration of avoidance, minimization, mitigation or enhancement measures should occur<br><br>The process to determine a *de minimis* impact is different for historic sites and parks.<br><br>• There are 13 historic sites that would experience a *de minimis* impact, including 4 properties that contribute to significance of an historic district. The State Historic Preservation Officer has concurred that the Study would have no adverse effect on each of these properties and provided written acknowledgment of FHWA's intent to make a *de minimis* impact determination (in compliance with 23 CFR 774.5 (b)(1)).<br><br>• There are 27 publicly owned park properties that would experience a *de minimis* impact. FHWA intends to make a *de minimis* impact determination if the Officials with Jurisdiction over these parks concur that the Study, after measures to mitigate harm are employed, would not adversely affect the activities, features, or attributes that qualify the property for protection under Section 4(f); and in consideration of public comments in compliance with 23 CFR 774.5(b)(2)). | 10 of the 68 properties, including 6 archaeological sites, would experience an impact from the Study but those impacts meet one or more exception to Section 4(f) use criteria (23 CFR 774.13). |


TRAFFIC RELIEF PLAN

MDOT MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

Case 8:22-cv-02597-DKC    Document 61-1    Filed 10/30/23    Page 66 of 72

U.S. Department of Transportation
Federal Highway Administration

*DEIS Ch. 4, 5 & Appendices F, H*

# POTENTIAL MITIGATION

- **Publicly Owned Parks:** Discussions with Officials with Jurisdiction over publicly owned park resources are ongoing to determine meaningful mitigation for impacts. Possible mitigation may include:

  - Replacement with lands of at least comparable value, and of reasonably equivalent usefulness and location.

  - Replacement of facilities impacted by the proposed improvements, including sidewalks, paths, benches, lights, trees, fields, courts, stormwater facilities, parking lots, trails, swales, buildings, and other facilities.

  - Relocation of recreational facilities outside of environmentally compromised areas (i.e., floodplains).

  - Restoration and landscaping of disturbed areas.

- **Historic Sites:** Discussions with Section 106 Consulting Parties is ongoing. All mitigation for impacts to historic properties will be covered in a Section 106 Programmatic Agreement.


*Mill Creek Stream Valley Park*


*Meadow Branch*





Case 8:22-cv-02597-DKC   Document 61-1   Filed 10/30/23   Page 67 of 72

MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
Federal Highway Administration

*DEIS Ch. 4 & Appendix G*

## What Does the Section 106 Process Include?

- Section 106 of the National Historic Preservation Act requires consideration of historic properties (including archaeology and historic architecture) in Federal projects, and avoiding, minimizing, or providing mitigation for adversely affected resources.

- Historic properties are those generally more than 50 years of age and that meet the National Register of Historic Places Eligibility Criteria.

## What Are the Results of the Draft Section 106 Evaluation?

- MDOT SHA has evaluated more than 300 properties within the study corridor (see http://bit.ly/495-270-DOE). Thirteen properties may experience adverse effects and several properties require additional evaluation to assess effects as the design is developed further.

- Section 106 consultation is ongoing and will be completed via a Programmatic Agreement with consulting parties that stipulates mitigation and additional evaluation and treatment of historic properties.



*Washington Coca-Cola Building Bottling Plant (Silver Spring)*



*View of Edwards Lane (Town of Glenarden)*



*Congressional Country Club*



MANAGED LANES STUDY

00021260



# What Is Title VI?

Title VI, 42 U.S.C.,* Section 2000d et seq., was enacted as part of the Civil Rights Act of 1964. Title VI-related statutes and regulations provide that no person shall on the ground of race, color, national origin, sex, English proficiency, or disabilities be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity.

# Why Is Title VI Important?

- Title VI ensures that public services, including transportation, are provided in an equitable and nondiscriminatory manner.

- Title VI provides opportunities for public participation in decision-making without regard to race, color, or national origin, including populations with Limited English Proficiency (LEP).

## Filing a Complaint / Seeking Assistance

Should you need LEP assistance or if you believe MDOT SHA is not meeting the expectations of Title VI, you may direct questions, concerns, or file a complaint with:

Shabnam Izadi, Title VI Manager
MDOT State Highway Administration
Office of Equal Opportunity
211 E. Madison Street, MS-LL3
Baltimore, MD  21201
Email | sizadi@mdot.maryland.gov
Phone | 410-545-0377
Fax | 410-208-5008

**Please Fill Out a Survey.** MDOT SHA strives to involve all groups relevant to its Study in its public involvement activites. Please fill out a Demographic Information Survey to assist MDOT SHA in planning outreach to communities during the course of the Study.

*United States Code

**STATION 4**



00021261



MDOT MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
Federal Highway Administration

*DEIS Ch. 4 & Appendix E*

# What Is Environmental Justice?

- Environmental Justice (EJ) means identifying and addressing disproportionately high and adverse effects of an action on minority (race or ethnicity) and/or low-income populations to achieve an equitable distribution of benefits and burdens.

- An EJ population is any readily identifiable group of minority (race or ethnicity) persons and/or low-income persons who live in geographic proximity and who will be similarly affected by a proposed project.

# What Are the Effects to EJ Populations?

- Of the 199 Census block groups located along the study corridor, 111 are considered EJ populations.

- Effects to properties, noise, community facilities, parks, cultural resources, and natural resources within EJ populations would occur from the Build Alternatives.

- A final determination of whether disproportionately high and adverse effects would occur from the Preferred Alternative to EJ populations will be made in the FEIS. If disproportionately high and adverse effects are determined, MDOT SHA will evaluate options to avoid the adverse effects.

- If adverse impacts are unavoidable, mitigation and enhancement measures will be determined in close coordination with local communities.



**STATION 4**

495 270 MANAGED LANES STUDY

00021262



Case 8:22-cv-02597-DKC   Document 61-1   Filed 10/30/23   Page 71 of 72

*DEIS Ch. 4 & Appendix E*

MDOT MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
Federal Highway Administration

# REDUCTION OF POTENTIAL PROPERTY NEEDS

## Have property needs been reduced?

- MDOT SHA has attempted to stay within existing ROW to the extent possible to avoid and/or minimize potential property needs.

- Design and engineering options were analyzed to reduce the potential impacts by reducing grass and grading areas, adding retaining walls, modifying interchange ramp designs, adjusting direct access locations, shifting the centerline alignment, and locating stormwater facilities underground.

## Are there opportunities to further reduce property needs?

- MDOT SHA has identified reasonable measures to reduce potential property needs as part of the preliminary design for NEPA. As this process moves forward, MDOT SHA is committed to identifying approaches that could further reduce potential property needs or mitigate any impacts to property.

- More importantly, MDOT SHA will engage and incentivize the private sector through innovation to reduce property needs.

495 270 MANAGED LANES STUDY

00021264

MDOT MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

Case 8:22-cv-02597-DKC   Document 61-1   Filed 10/30/23   Page 72 of 72

U.S. Department of Transportation
Federal Highway Administration

*DEIS Ch. 4 & Appendix E*



# What Happens If My Property Is Directly Impacted?

## TIMELINE OF THE ACQUISITION PROCESS

**FALL 2020 TO WINTER 2021**
Further avoidance & minimization to reduce needs will be evaluated and prioritized including incentivizing the private sector through innovation

**SPRING 2021**
Complete National Environmental Policy Act (NEPA) Study



**1 IDENTIFICATION**
During final design, MDOT SHA determines if property is needed to construct the project (No earlier than late 2021)



**2 FORMAL NOTIFICATION**
Property owner will receive a notification letter



**3 PRE-ACQUISITION**
MDOT SHA determines the property rights that may be needed for the new improvement and the impacts on your remaining property



**4 APPRAISAL**
A qualified real estate appraiser will appraise your property and MDOT SHA will set the just compensation to be offered



**5 NEGOTIATIONS**
A real property specialist will contact you to set up an appointment to discuss the acquisition and the offer

*https://www.roads.maryland.gov/ORE/highway_brochure_2019.pdf*

**STATION 5**

495 270 **MANAGED LANES STUDY**

00021265