

**MDOT** MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
**Federal Highway Administration**

*DEIS Ch. 4 &*
*Appendix J*

TRAFFIC RELIEF PLAN

# How Do We Study Noise Impacts?

As part of NEPA, MDOT SHA evaluates the need for noise mitigation when alternatives propose changes to the existing noise environment. The analysis follows MDOT SHA's *Highway Noise Policy* approved by FHWA. This evaluation includes five requirements:

**1**

**Determine if a noise impact currently exists, or is projected to exist as a result of the alternatives**

A property is considered impacted when the noise level is equal to or higher than 66 decibels, or when projected noise levels are anticipated to increase substantially (10 decibels) over existing noise levels.

**2**

**Determine if noise mitigation is feasible**

This requires at least 70% of the impacted properties within a community to receive a 5 decibel reduction in noise if noise mitigation were constructed, and that the proposed abatement can be constructed.

**WE ARE HERE**

**3**

**Determine if noise mitigation is reasonable**

This requires that a majority of the impacted owners and residents be in favor of the mitigation, and that the area of a noise barrier per benefitted resident be equal to or less than the appropriate evaluation threshold (between 700 - 2,700 square feet, depending on the project scope). At least 3 or 50% of impacted properties must receive a 7 decibel reduction in noise.

**4**

**Final Design Re-evaluation**

Once the project enters the final design phase, the noise abatement will be re-evaluated for feasibility and reasonableness using detailed engineering and traffic data.

**5**

**Final Design Public Outreach**

As part of the final design phase, MDOT SHA will continue to coordinate with communities throughout the study area to seek feedback on the proposed noise abatement.

*https://www.roads.maryland.gov/OHD2/SHA_Noise_Policy.pdf*

**STATION 6**

**495** **270**
**MANAGED LANES STUDY**

00021266



MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
Federal Highway Administration

# What Is the Proposed Noise Mitigation?

| Noise Barrier System Mitigation | Number of NSAs |
|---|---|
| Existing Noise Barriers that would remain in place as currently constructed | 7 |
| Existing Noise Barriers that would be relocated | 42 |
| Existing Noise Barriers that would be reconstructed and extended | 20 |
| New Noise Barriers constructed | 23 |
| Noise Barriers not proposed for construction | 19* |



NSA: Noise-sensitive Area
* An additional 19 barriers were evaluated but are not proposed for construction because they do not meet MDOT SHA's feasibility and/or reasonableness criteria.

- The findings in this analysis are based on preliminary design information and will be evaluated as part of the final design phase.
- Engineering changes reflected in final design could alter the conclusions reached in this analysis, which could change MDOT SHA's recommendations.
- A Final Design Noise Analysis will be performed for this Study based on detailed engineering information during the final design phase.
- The views and opinions of all benefited property owners and residents will be solicited through public involvement and outreach activities during final design.

## What is Being Considered for Virginia?

Abatement for the portion of the study area within Virginia is being evaluated in coordination with the Virginia Department of Transportation (VDOT) and in compliance with the VDOT Highway Traffic Noise Impact Analysis Guidance Manual. The results of this evaluation will be included in the FEIS.




# What Is the Joint Permit Application (JPA) and Permitting Process?

■ The United States Army Corps of Engineers (USACE) and the Maryland Department of the Environment (MDE) are soliciting comments from the public; Federal, State, and local agencies; Native American Tribes; and other interested parties on the impacts to wetlands, wetland buffers, waterways, and FEMA 100-year floodplains as part of the permitting process.

■ Comments received will be:
  ◻ Considered by the USACE and MDE to determine whether to issue, modify, condition or deny permits and authorizations for this Study;
  ◻ Used to assess impacts on endangered species, essential fish habitat, historic resources, tribal resources, and civil works projects, water quality, and Maryland's Coastal Zone;
  ◻ Used in the preparation of an Environmental Impact Statement, pursuant to NEPA;
  ◻ Part of the public record; and
  ◻ Used to determine the overall public interest of this Study.

■ State and Federal permits are required for unavoidable impacts to wetlands, wetland buffers, waterways, and the FEMA 100-year floodplains from the I-495 & I-270 Managed Lanes Study. The Federal permit decision for these impacts is required to be made within 90 days of the NEPA Record of Decision, per Executive Order 13807-One Federal Decision.

■ Permits are required from:
  ◻ USACE for impacts to Waters of the US;
  ◻ MDE for the alteration of FEMA 100-year floodplains, wetlands, their buffers, and Waters of the State; and
  ◻ Virginia Department of Environmental Quality (VDEQ) for impacts to wetlands and waterways in Virginia.

**STATION 7**



MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

 

U.S. Department of Transportation
**Federal Highway Administration**

Maryland Department of the Environment

US Army Corps of Engineers

*DEIS Ch. 4 &
Appendices L, M, R*

TRAFFIC
RELIEF PLAN

# What Are the Impacts to Wetlands, Waterways, and Floodplains?

Unavoidable impacts to wetlands, wetland buffers, waterways, and the FEMA 100-year floodplains are summarized below. Impacts vary slightly between USACE and MDE based on their specific jurisdictional responsibilities.

| | Alternatives 8 & 9 | | Alternative 9M | | Alternative 10 | | Alternative 13B | | Alternative 13C | |
|---|---|---|---|---|---|---|---|---|---|---|
| | MDE | USACE | MDE | USACE | MDE | USACE | MDE | USACE | MDE | USACE |
| **Waterways (linear feet)** | 141,177 | 135,192 | 141,116 | 134,527 | 142,807 | 136,245 | 141,677 | 135,104 | 142,458 | 135,902 |
| **Wetlands (acres)** | 16.17 | 16.18 | 15.91 | 15.92 | 16.36 | 16.35 | 16.15 | 16.15 | 16.31 | 16.32 |
| **Wetland Buffer (acres)** | 52.99 | – | 52.50 | – | 53.48 | – | 52.93 | – | 53.35 | – |
| **FEMA Floodplains (acres)** | 119.5 | – | 116.5 | – | 120.0 | – | 119.5 | – | 119.9 | – |
| **Palustrine Open Water (sq. ft.)** | 61,134 | | | | | | | | | |

Note: Impacts presented in the JPA are more detailed than in the DEIS.

# What Were the Avoidance and Minimization Efforts for Wetlands, Waterways, and Floodplains?

Efforts have been made throughout the Study to avoid and minimize impacts to wetlands and their buffers, waterways, and the FEMA 100-year floodplains to the greatest extent practicable. Avoidance and minimization of impacts to these resources is an integral part of the permitting process and is required by Federal and State regulations.

Design revisions to avoid and minimize direct impacts to natural resources to date have included:

- Minimization of the constructed roadway footprint:
  - Elimination of the collector-distributor system on I-270
  - Utilization of closed drainage systems
  - Minimization of above ground stormwater management areas utilizing underground stormwater management practices
  - Use of engineered slopes and/or retaining walls

- Minimization of interchange footprint, revised ramp design.
- Roadway alignment shifts in key locations.

Further avoidance and minimization efforts will continue as design develops.

**STATION 7**



MANAGED LANES STUDY

00021269



MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
**Federal Highway Administration**

Maryland Department
of the Environment

US Army Corps
of Engineers

# What Is the Draft Compensatory Mitigation Plan?

The Compensatory Mitigation Plan accompanies the JPA and identifies potential mitigation for impacts to wetlands and waterways. Mitigation will include stream restoration/enhancement and wetland creation/enhancement focused on replacement of lost function in impacted watersheds within the study area in both Virginia and Maryland.

## *VIRGINIA MITIGATION*

**Virginia Wetland Mitigation Summary**

| Watershed | Impact Type | MLS Mitigation Requirement (Ac) |
|---|---|---|
| Middle Potomac-Catoctin | Palustrine Forested | 0.1 |

**Virginia Stream Mitigation Summary**

| Watershed | MLS Mitigation Requirement (Lf) |
|---|---|
| Middle Potomac-Catoctin | 729 |

- Mitigation for impacts are calculated using Standard Ratios for Wetlands and the Unified Stream Method (USM) for streams.

- USM factors in functional loss associated with stream impacts and as a result, does not require mitigation for all stream impacts.

- Mitigation credits will be purchased from existing mitigation banks to meet mitigation requirements in Virginia.

## *MARYLAND MITIGATION*

**Maryland Wetland Mitigation Summary**

| Watershed | MLS Mitigation Requirement (Ac) | Proposed Mitigation Sites |
|---|---|---|
| Middle Potomac-Anacostia-Occoquan | 18.53 | 4 |
| Middle Potomac-Catoctin | 2.51 | 4 |
| Patuxent | 9.05 | 1 |
| **Total** | **30.09** | **9** |

**Maryland Stream Mitigation Summary**

| Watershed | MLS Mitigation Requirement (Lf) | Proposed Mitigation Sites |
|---|---|---|
| Middle Potomac-Anacostia-Occoquan | 20,045 | 7 |
| Middle Potomac-Catoctin | 15,134 | 5 |
| Patuxent | 5,317 | 2 |
| **Total** | **40,496** | **14** |

- Some stream impacts will not result in permanent loss of function and will not require mitigation.
  - Approximately 52,500 linear feet of stream impacts will not require mitigation.



**STATION 7**

**MANAGED LANES STUDY**

00021270

# POTENTIAL WETLAND AND STREAM MITIGATION SITES



MANAGED
LANES STUDY

00021271

MDOT MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
Federal Highway Administration

TRAFFIC RELIEF PLAN

# How Have We Engaged the Public & Stakeholders Since Spring 2018?



**In-person Engagement**

- 14 Pop-up Events (1,840+)
- 4 Public Workshops in April 2018 (370+)
- 4 Public Workshops in July 2018 (580+)
- 30+ Elected Official Briefings (350+)
- 20+ Community Association Meetings (630+)
- 8 Public Workshops in April/May 2019 (1,130+)
- 25+ Land Owner Meetings (160+)
- 60+ Stakeholder Meetings (1,780+)

Approximate number of attendees are shown in parentheses

**Other Outreach Methods**

- 7 Targeted E-blasts delivering 13,000+ emails
- Program Website reaching 69,000+ users
- Washington Post and Local Newspapers reaching 1.5 million
- Radio Ads reaching 1.1 million across 10 stations
- Geofencing and Online Ads 650,000+ impressions
- Targeted Posts through MDOT SHA Facebook & Instagram

**STATION 8**

270
495
**MANAGED LANES STUDY**

00021272

MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
**Federal Highway Administration**

**TRAFFIC RELIEF PLAN**

# How Have the Agencies Been Engaged With the Managed Lanes Study?

- Interagency Working Group (IAWG) Meetings held monthly or as needed with approximately 35 Federal, State and local agencies.

- Initiated in March 2018, coincident with NEPA Notice of Intent.

- IAWG meetings held to provide an opportunity for full Federal, State and local agency engagement and participation in the study by developing, reviewing and discussing comments on study milestones, including purpose and need, alternatives, potential impacts and proposed avoidance, minimization and mitigation measures.

- More than 100 individual Federal, State and local agency coordination meetings to discuss resources, impacts, and mitigation.

| Cooperating Agencies | Participating Agencies |
|---|---|
| **Federal:**<br>• National Park Service<br>• National Capital Planning Commission<br>• US Army Corps of Engineers<br>• US Environmental Protection Agency<br>**State:**<br>• Maryland Department of the Environment<br>• Maryland Department of the Natural Resources<br>• Virginia Department of Transportation<br>**Local:**<br>• Maryland-National Capital Park and Planning Commission | **Federal:**<br>• Federal Transit Administration, US Fish & Wildlife Service (USFWS), Federal Railroad Administration (FRA), National Marine Fisheries Service, Joint Base Andrews, US Navy, US Postal Service, US Department of Agriculture-Beltsville Agricultural Research Center (USDA-BARC), US Coast Guard<br>**State:**<br>• Maryland Historical Trust (MHT), Maryland Department of Planning (MDP), Maryland Transit Administration (MDOT MTA), Maryland Transportation Authority (MDTA), Virginia Department of Historic Resources, Virginia Department of Conservation and Recreation<br>**Local:**<br>• Montgomery County Department of Transportation, Prince Georges County Department of Public Works & Transportation (DPW&T) |

**STATION 8**

270
495
**MANAGED LANES STUDY**

MDOT **MARYLAND DEPARTMENT OF TRANSPORTATION**
**STATE HIGHWAY ADMINISTRATION**

U.S. Department of Transportation
**Federal Highway Administration**

**ALL COMMENTS** received, whether at the hearing through oral testimony OR through other methods (comment form, email, and letter), will be given **EQUAL CONSIDERATION.**

# What Are Ways to Comment on the Draft Environmental Impact Statement and the Joint Permit Application at the Hearing?

- Oral testimony to panelists at in-person or virtual hearing

- Oral testimony to court reporter at in-person hearing

- Oral testimony via voicemail (855-432-1483) during in-person or virtual hearing times

- Written comments in comment box at in-person hearing

**Comments must be received by 11:59 PM on October 8, 2020.***
*The public comment period may be extended 30 days. Please visit the Program website, 495-270-P3.com/DEIS, for updates.

**STATION 9**



**MANAGED LANES STUDY**

00021274

**MDOT** MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
**Federal Highway Administration**

TRAFFIC RELIEF PLAN

ALL COMMENTS received, whether at the hearing through oral testimony OR through other methods (comment form, email, and letter), will be given EQUAL CONSIDERATION.

# What Are Other Ways to Comment on the Draft Environmental Impact Statement and the Joint Permit Application?

## Other Ways to Comment on the DEIS

@ Comment Form on **495-270-p3.com/DEIS/**

💬 Email at **MLS-NEPA-P3@mdot.maryland.gov**

✉ Send a written letter about **DEIS**:

Lisa B. Choplin, Director
I-495 & I-270 P3 Office
Maryland Department of Transportation
State Highway Administration
707 North Calvert Street
Mail Stop P-601, Baltimore, MD 21202

## Other Ways to Comment on the JPA

💬 Email at
**john.j.dinne@usace.army.mil (USACE)**
**MDE.SHAprojects@maryland.gov (MDE)**

✉ Send a written letter about **JPA**:

USACE
Baltimore District
Attn: Mr. Jack Dinne
2 Hopkins Plaza
Baltimore, MD 21201-2930

MDE
Wetlands and Waterways Program
Attn: Mr. Steve Hurt
1800 Washington Blvd., Suite 4300
Baltimore, MD 21230

## Comments must be received by 11:59 PM on October 8, 2020.*
*The public comment period may be extended 30 days. Please visit the Program website, 495-270-P3.com/DEIS, for updates.

**STATION 9**



MANAGED LANES STUDY

00021275

OP•LANES™
MARYLAND

I-495 & I-270 Managed Lanes Study

Final Public Involvement & Agency Coordination Technical Report

# APPENDIX B:
# SDEIS Comment
# Period Materials

00021276

**495**
**270**

**MANAGED LANES STUDY**

## INTRODUCTION

The Maryland Department of Transportation State Highway Administration (MDOT SHA) and Federal Highway Administration (FHWA) published the Supplemental Draft Environmental Impact Statement (SDEIS) on October 1, 2021, in compliance with the National Environmental Policy Act (NEPA) for the I-495 & I-270 Managed Lanes Study. The SDEIS has been prepared to consider new information developed after the Draft Environmental Impact Statement (DEIS) was published in July 2020 and presents results and recommendations relevant to the **Preferred Alternative, Alternative 9 - Phase 1 South: American Legion Bridge I-270 to I-370**. While the Managed Lanes Study considers ways to relieve congestion and improve trip reliability, mobility and connectivity for modes of travel, including transit, in the National Capital Region, this alternative focuses on building a new American Legion Bridge and delivering two high occupancy toll (HOT) managed lanes in each direction within Phase 1 South: American Legion Bridge I-270 to I-370. The scope of the SDEIS builds upon the analysis and information that remains valid in the existing DEIS but is limited to new information about the Preferred Alternative. It also provides an opportunity for the public, agencies and all stakeholders to review and provide comment on the Preferred Alternative and associated impacts as presented in the SDEIS.

Comments on the SDEIS will be accepted between Friday, October 1, and 11:59 PM on Monday, November 15, 2021. MDOT SHA and FHWA will conduct one virtual public hearing through two sessions on Monday, November 1, 2021.

The scope of the SDEIS builds upon the analysis and information that remains valid in the existing DEIS but is limited to new information about the Preferred Alternative. On I-495, the Preferred Alternative consists of adding two new HOT managed lanes in each direction from the George Washington Memorial Parkway in Fairfax County, Virginia to east of MD 187, Old Georgetown Road. On I-270, the Preferred Alternative consists of converting the one existing HOV lane in each direction to a HOT managed lane and adding one new HOT managed lane in each direction on I-270 from I-495 to north of I-370 and on the I-270 east and west spurs. There is no action, or no improvements, included at this time on I-495 east of the I-270 east spur. Transit buses and HOV 3+ vehicles would be permitted to use the managed lanes toll-free.

The SDEIS and its supporting information is available on the Op Lanes Maryland website. Prior to attending a public hearing session, the public is encouraged to review the online presentation available at OpLanesMD.com/SDEIS beginning Friday, October 1. After the hearing, a transcript of public comments will be available on the website.

### SDEIS Virtual Public Hearing Sessions

**TWO CALL-IN TESTIMONY PUBLIC HEARING SESSIONS**

**MONDAY, NOVEMBER 1, 2021**
Session 1 • 2:00–4:00 PM
Session 2 • 6:00–8:00 PM

Members of the public will be allotted three minutes and elected officials will be allotted five minutes, per person, for verbal testimony. Responses to questions will not be given at the hearing. MDOT SHA and FHWA will consider and respond to substantive comments in the FEIS.

#### PROVIDE VERBAL TESTIMONY AT THE HEARING

- Register for one of the sessions at OpLanesMD.com/SDEIS or by dialing 833-858-5960
- Advance registration is required to be admitted to the phone queue for comment—register through November 1
- Approved session time and instructions will be emailed to registrants prior to November 1

#### PROVIDE VERBAL TESTIMONY THROUGH VOICEMAIL

- Provide verbal testimony by dialing 855-432-1483 and leaving a single voicemail message limited to three minutes
- Advance registration is not required—voicemail testimony will be accepted throughout the 45-day comment period

#### WATCH OR LISTEN LIVE TO THE PUBLIC HEARING SESSIONS

- Watch the livestream at OpLanesMD.com/SDEIS (closed captioning available)
- Listen via telephone by dialing 855-432-1483

### OpLanesMD.com/SDEIS

## Ways to Comment on the SDEIS

- Provide verbal testimony at virtual **public hearing** sessions
- Provide verbal testimony via **voicemail** (855-432-1483) during virtual public hearing sessions, or throughout the 45-day comment period
- Submit an electronic **comment form** on OpLanesMD.com
- Send an **email** to oplanesMLS@mdot.maryland.gov
- Send a written **letter** about the SDEIS to:

  Jeffrey T. Folden, P.E., DBIA
  Deputy Director, I-495 & I-270 P3 Office
  Maryland Department of Transportation
  State Highway Administration
  707 North Calvert Street
  Mail Stop P-601
  Baltimore, MD 21202

  *ALL COMMENTS received, regardless of method of submission, will be given EQUAL CONSIDERATION.*

## Request for Assistance

The Maryland Relay Service can assist teletype users at 7-1-1. Individuals requiring assistance to participate, such as an interpreter for hearing/speech difficulties or assistance with the English language, should contact the Op Lanes Maryland toll-free number at **833-858-5960 by October 22, 2021**.

**Chinese**  如需<中文版>的简报，请发电子邮件到 oplanesMLS@mdot.maryland.gov 。请在电子邮件主题栏标出

**Amharic**  ይህንን ጋዜጣ በ<አማርኛ> ለማግኘት፣ እባክዎ በሚከተለው አድራሻ ኢሜይል ይላኩ: oplanesMLS@mdot.maryland.gov። እባክዎ በኢሜይሉ ርዕስ ላይ ብሱሱ ያመልክቱ።

**Vietnamese**  Để nhận được bản tin này bằng <tiếng Việt>, xin vui lòng gửi email đến: oplanesMLS@mdot.maryland.gov. Xin vui lòng biểu thị trong dòng tiêu đề email.

**Spanish**  Para recibir este boletín en por favor envíe un correo electrónico a: oplanesMLS@mdot.maryland.gov. Por favor indique en español el asunto del correo electrónico.







00021277



MDOT MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
**Federal Highway Administration**

# I-495 & I-270
# MANAGED LANES STUDY
## Supplemental Draft Environmental Impact Statement (SDEIS)

| | | |
|---|---|---|
| **Study Overview** | ▪ What is the purpose of the SDEIS?<br>▪ What is the purpose of the comment period and public hearing? | ▪ What are the limits of the improvements?<br>▪ What is the Study's Purpose And Need? |
| **Alternatives** | ▪ What is the Preferred Alternative?<br>▪ What transit components are included in the Preferred Alternative? | ▪ How will the Preferred Alternative enhance biking and walking?<br>▪ Where are the proposed interchanges & managed lanes access locations? |
| **Traffic Analyses** | ▪ Why is this Study needed?<br>▪ How has the COVID-19 pandemic impacted the Study? | ▪ Was the traffic analysis updated for the SDEIS?<br>▪ What traffic benefits would be expected from the Preferred Alternative? |
| **Environmental Review** | ▪ What are the environmental effects of the Preferred Alternative?<br>▪ What avoidance and minimization efforts have been considered for significant natural, community and historic resources? | ▪ Why was the Draft Section 4(f) Evaluation updated? |
| **Potential Property Needs** | ▪ Reduction of potential property needs with the Preferred Alternative | ▪ What happens if my property is directly impacted? |
| **Noise** | ▪ What is the proposed noise mitigation? | |
| **Public, Stakeholder & Agency Engagement** | ▪ What stakeholder and agency engagement has occurred since the DEIS? | ▪ How can I review the SDEIS?<br>▪ How do I comment on the SDEIS? |
| **Public-Private Partnership (P3) Program** | ▪ What is a P3?<br>▪ A P3 is not | ▪ What is the status of the Phase 1 solicitation process and P3 agreement? |

270 495
**MANAGED LANES STUDY**





U.S. Department of Transportation
**Federal Highway Administration**

# What is the purpose of the SDEIS?

This Supplemental Draft Environmental Impact Statement (SDEIS) has been prepared to consider new information relative to the Preferred Alternative: Alternative 9-Phase 1 South: American Legion Bridge I-270 to I-370. Building off the analysis in the existing DEIS, the SDEIS discloses new information relevant to the Preferred Alternative while referencing the DEIS for information that remains valid.

# What is the purpose of the comment period and public hearing?

To provide the public an opportunity to comment on the Preferred Alternative and associated impacts as presented in the SDEIS. Comments will be accepted during the 45-day comment period starting on Friday, October 1, through 11:59 PM on Monday, November 15, 2021. The public can provide verbal testimony at one virtual public hearing through two sessions on Monday, November 1, 2021.

**Study Overview**






# What are the limits of the improvements?

The limits of the Study from the DEIS includes 48 miles along I-495 and I-270. The Study limits on I-495 begin south of the George Washington Memorial Parkway in Virginia, across the American Legion Bridge, to west of MD 5 and on I-270 from I-495 to north of I-370 in Montgomery and Prince George's counties, Maryland.

While the limits of the Study remain unchanged, the limits of the build improvements associated with the Preferred Alternative occur only within the limits of Phase 1 South on I-495 from south of the George Washington Memorial Parkway to east of MD 187 and on I-270 from I-495 to north of I-370, including the I-270 west and east spurs.



**Study Overview**



MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

Case 8:22-cv-02597-DKC   Document 61-2   Filed 10/30/23   Page 16 of 68

U.S. Department of Transportation
Federal Highway Administration

*SDEIS Ch. 1 & DEIS Appendix A*

# What is the Study's Purpose and Need?

*The Purpose and Need Statement remains the same as presented in the DEIS, Chapter 1 and in DEIS, Appendix A.*

## PURPOSE

Develop a travel demand management solution(s) that addresses congestion, improves trip reliability on I-495 and I-270 within the study limits, and enhances existing and planned multimodal mobility and connectivity.

## NEEDS

- Accommodate Existing Traffic and Long-Term Traffic Growth
- Enhance Trip Reliability
- Provide Additional Roadway Travel Choices
- Accommodate Homeland Security
- Improve Movement of Goods and Services

## GOALS

- Financial Viability
- Environmental Responsibility



**The Purpose and Need remains valid with the Preferred Alternative.** MDOT SHA and FHWA identifying Alternative 9-Phase 1 South: American Legion Bridge I-270 to I-370 as the Preferred Alternative does not alter the Study's Purpose and Need. The overall need for improvements in the study area remains valid, regardless of the build alternatives evaluated and any potential change to the limits of construction for a Preferred Alternative.

## Study Overview

Case 8:22-cv-02597-DKC    Document 61-2    Filed 10/30/23    Page 17 of 68

MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
Federal Highway Administration

# What is the Preferred Alternative?

The Preferred Alternative includes a two-lane, High-Occupancy Toll (HOT) managed lanes network on I-495 and I-270 within the limits of Phase 1 South only on I-495 from south of the George Washington Memorial Parkway to east of MD 187 and on I-270 from I-495 to north of I-370, including the I-270 west and east spurs. There is no action, or no improvements, included at this time on I-495 east of the I-270 east spur to MD 5 at this time.

On I-270, the Preferred Alternative consists of converting the one existing High Occupancy Vehicle (HOV) lane in each direction to a HOT managed lane and adding one new HOT managed lane in each direction from I-495 to north of I-370 and on the I-270 east and west spurs. Along I-270, the existing collector-distributor (C-D) lanes from Montrose Road to I-370 would be removed as part of the proposed improvements.

The HOT managed lanes would be separated from the general purpose lanes using pylons placed within a buffer. Transit buses and HOV 3+ vehicles would be permitted to use the HOT managed lanes toll-free.

**I-495 from the George Washington Memorial Parkway to east of MD 187**



Approx. 194' - 198'

**I-495 east of MD 187 to west of MD 5 - NO ACTION AT THIS TIME**



Approx. 138' - 146'

**I-270 from I-495 to I-370**



Approx. 218' - 222'

Alternatives



MANAGED LANES STUDY

**MDOT** MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
**Federal Highway Administration**

# What transit components are included in the Preferred Alternative?

- Allowing toll-free use of the HOT managed lanes for bus transit to provide a reliable trip and connection to local bus service/systems on arterials that directly connect to urban and suburban activity and economic centers.

- Accommodating direct and indirect connections from the proposed HOT managed lanes to existing transit stations and planned Transit Oriented Development at the Shady Grove Metro (I-370), Twinbrook Metro (Wootton Parkway), Montgomery Mall Transit Center (Westlake Terrace), and Medical Center Metro (MD 187).


*California Transit*

Additionally, regional transit improvements to enhance existing and planned transit and support new opportunities for regional transit service have been committed to as part of the Preferred Alternative and include:

- Constructing new bus bays at WMATA Shady Grove Metrorail Station

- Increasing parking capacity at the Westfield Montgomery Mall Park and Ride

**Alternatives**

MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

Case 8:22-cv-02597-DKC    Document 61-2    Filed 10/30/23    Page 19 of 68

U.S. Department of Transportation
Federal Highway Administration

*SDEIS Ch. 2*

**TRAFFIC RELIEF PLAN**

# How will the Preferred Alternative enhance biking and walking?

MDOT and the Virginia Department of Transportation have agreed to reconstruct the new American Legion Bridge with a new pedestrian and bicycle shared-use path to provide multi-modal connectivity across the Potomac River, anticipated along the east side of the American Legion Bridge. The shared-use path would connect to the planned Fairfax County trail system and the Montgomery County master plan trail system at MacArthur Boulevard. An existing connection from the MacArthur Boulevard sidepath to the C&O Canal towpath exists just outside of the Study Area, supporting regional connectivity.

Other enhancements to pedestrian and bicycle connections include but are not limited to:

- Constructing new sidepaths across MD 190 over I-495

- Widening the existing sidepath along Seven Locks Road under I-495 (Cabin John Trail)

- Constructing new sidewalk along the west side of Seven Locks Road under I-495 to connect First Agape AME Zion Church (Gibson Grove Church) and Morningstar Tabernacle No. 88 Moses Hall and Cemetery

- Lengthening the I-270 bridge over Tuckerman Lane to accommodate future pedestrian/bicycle facilities along Tuckerman Lane



**American Legion Bridge**

Exit and entrance lanes provide access to the High-Occupancy Toll Lanes from the George Washington Memorial Parkway

High-Occupancy Toll Lanes with free transit and carpools of three or more

Possible location for shared-use path

*View of American Legion Bridge from Virginia, looking north towards Maryland*

**Alternatives**

**495 270 MANAGED LANES STUDY**

MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
Federal Highway Administration

TRAFFIC RELIEF PLAN

# Is the replacement of the American Legion Bridge part of the Managed Lanes Study?

Yes, the Preferred Alternative includes the full replacement of the American Legion Bridge with a new, wider bridge (not widening of the existing bridge). The existing bridge is nearly 60 years old and would need to be replaced sometime during the next decade regardless of this Study. The new bridge would be constructed in phases to maintain the same number of existing lanes at all times, and therefore the current bridge would be replaced in the same existing location.

The American Legion Bridge will be designed to accommodate one or more future projects to achieve the full implementation of a transit line across the American Legion Bridge. These future transit options can be implemented with minimal impacts to capacity and operations of the managed lanes and general purpose lanes constructed by Phase 1 South of the P3 Program. Future transit would be accommodated by designing the new American Legion Bridge structures to allow for future superstructure modifications and additional foundation and substructure capacity capable of supporting a new transit line.



**American Legion Bridge**

Exit and entrance lanes provide access to the High-Occupancy Toll Lanes from the George Washington Memorial Parkway

High-Occupancy Toll Lanes with free transit and carpools of three or more

Possible location for shared-use path

*View of American Legion Bridge from Virginia, looking north towards Maryland. The reconstructed American Legion Bridge will include a shared use path to provide a bicycle and pedestrian connection between Virginia and Maryland.*

## Alternatives

495  270  **MANAGED LANES STUDY**

00021285

MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

Case 8:22-cv-02597-DKC   Document 61-2   Filed 10/30/23   Page 21 of 68

U.S. Department of Transportation
Federal Highway Administration

SDEIS Ch. 2

TRAFFIC
RELIEF PLAN

# Where are the proposed interchanges & managed lanes access locations?



Proposed managed lanes access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

**Alternatives**

MANAGED LANES STUDY



MARYLAND DEPARTMENT OF TRANSPORTATION
**STATE HIGHWAY ADMINISTRATION**

U.S. Department of Transportation
**Federal Highway Administration**

# Why is this Study needed?

To address existing and future traffic congestion:

- Traffic congestion limits economic growth opportunities
- Traffic congestion diminishes the quality of life for Marylanders
- Severe congestion averages 10 hours on I-495 and 7 hours on I-270 each weekday



| | | |
|---|---|---|
| 2045 **289,000** | 2045 **308,000** | |
| 2025 **263,100** | 2025 **272,900** | |
| 2018 **253,000** | 2018 **259,000** | |

**average annual daily traffic (AADT)**

**Traffic Analyses**



**MANAGED LANES STUDY**

00021287



MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

Case 8:22-cv-02597-DKC   Document 61-2   Filed 10/30/23   Page 23 of 68

U.S. Department of Transportation
Federal Highway Administration

*SDEIS Ch. 3 & SDEIS Appendix B*

# How has the COVID-19 pandemic impacted the Study?

The COVID-19 global pandemic has had a profound impact on the daily routines of people across the world, affecting the way residents and commuters in the National Capital Region work, travel, and spend their free time. These changes have altered traffic demand, transit use, and traffic volumes on all roadways in Maryland, the District of Columbia, and Virginia, including I-495 and I-270.

MDOT SHA has been closely monitoring the changes in traffic patterns throughout the pandemic. Traffic volumes have continued to recover following the vaccine roll-out and the gradual reopening of businesses and schools in the spring and summer of 2021. Statewide, weekly traffic volumes were down 7% in August 2021 compared to August 2019.MDOT SHA will continue to monitor changes into the fall and winter and will conduct a sensitivity analysis to evaluate potential long-term impacts, confirm the need for the project, and verify that the preferred alternative would provide benefits if future demand is less than projected as part of the COVID-19 Travel Analysis and Monitoring Plan for the Study.



**Traffic Analyses**

MDOT MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
Federal Highway Administration

# Was the traffic analysis updated for the SDEIS?

The traffic analysis was updated from a design year of 2040 to a design year of 2045 for the No Build and Preferred Alternative using the regionally approved traffic model from the Metropolitan Planning Organization.



The Preferred Alternative, Alternative 9-Phase 1 South: American Legion Bridge I-270 to I-370 was evaluated and compared to the No Build condition using the updated 2045 forecasts for several key operational metrics, including:

- Speed

- Delay

- Travel time

- Level of service

- Throughput

- The effect on the local network

These metrics are the same metrics used in the DEIS to evaluate and compare the alternatives.

**Traffic Analyses**

495 270 MANAGED LANES STUDY

00021289



MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
Federal Highway Administration

# What traffic benefits would be expected from the Preferred Alternative?

The Preferred Alternative will significantly increase person throughput across the American Legion Bridge and on the southern section of I-270 while reducing congestion.

| METRIC | TIME PERIOD | IMPROVEMENT |
|---|---|---|
| **Network-Wide Average Delay** Reduction vs. No Build | AM PEAK PM PEAK | 18% 32% |
| **Total Local Network Delay** Reduction vs. No Build | DAILY | 3.5% |
| **American Legion Bridge** Throughput Increase vs. No Build | AM PEAK PM PEAK | 30% 25% |
| **I-270 at Montrose Road** Throughput Increase vs. No Build | AM PEAK PM PEAK | 15% 20% |
| **Average Speed** General Purpose Lanes vs. No Build | AM & PM PEAK | +5 mph |

*\* Results reflect operations within full Study limits, including areas east of the I-270 east spur that will not include improvements in this Study.*

Compared to the No Build Alternative, the Preferred Alternative will:

- Improve trip reliability
- Reduce travel times and delays

**Traffic Analyses**



00021290



TRAFFIC RELIEF PLAN

# What are the environmental effects of the Preferred Alternative?

The environmental consequences presented in Chapter 4 are described for the Preferred Alternative. Permanent (or long-term) and temporary (or short-term) construction-related effects of the Preferred Alternative are quantified and presented in this SDEIS. The summary of environmental effects of the Preferred Alternative are presented below.

## Summary of quantifiable impacts from the Preferred Alternative

| Resource | Permanent[1] | Temporary[1] | Total[1] |
|---|---|---|---|
| Total Potential Impacts to Park Properties (acres) | 21.0 | 15.1 | 36.1 |
| Total Right-of-Way Required[2] (acres) | 97.2 | 18.7 | 115.9 |
| Number of Properties Directly Affected (count) | - | - | 501 |
| Number of Residential Relocations (count) | - | - | 0 |
| Number of Business Relocations (count) | - | - | 0 |
| Number of Historic Properties with Adverse Effect[3] | - | - | 11 |
| Noise Sensitive Areas Impacted (count) | - | - | 50 |
| Hazardous Materials Sites of Concern (count) | - | - | 255 |
| Wetlands of Special State Concern | 0 | 0 | 0 |
| Wetlands[4] (acres) | 3.7 | 0.6 | 4.3 |
| Wetland 25-foot Buffer[4] (acres) | 6.5 | 0.6 | 7.1 |
| Waterways[4] (square feet) | 673,757 | 343,945 | 1,017,702 |
| Waterways[4] (linear feet) | 43,852 | 2,701 | 46,553 |
| Tier II Catchments (acres) | 0 | 0 | 0 |
| 100-Year Floodplain (acres) | 33.7 | 15.1 | 48.8 |
| Forest Canopy[5] (acres) | 479.6 | 20.35 | 500.1 |
| Rare, Threatened and Endangered Species Habitat (acres) | 33.4 | 23.0 | 56.4 |
| Sensitive Species Project Review Area (acres) | 24.5 | 20.0 | 44.5 |
| Unique and Sensitive Areas (acres) | 139.2 | 29.4 | 168.5 |

1  All values are rounded to the tenths place

2  The right-of-way is based on state records research and supplemented with county right-of-way, as necessary

3  Refer to Chapter 4, Section 4.7 for additional details on the effects to historic properties

4  Refer to Table 4-25, Section 4.12 for additional details on the impacts to wetlands and waterways

5  Temporary forest canopy impacts are cleared forest in areas that will not be permanently acquired or altered by roadway construction. Replanting will occur in these areas. Impacts will be avoided and minimized, and replanting will be maximized within the corridor as determined in final design.

**Environmental Review**



495  270  MANAGED LANES STUDY

00021291

MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
**Federal Highway Administration**

TRAFFIC RELIEF PLAN

# What avoidance and minimization efforts have been considered for significant natural, community and historic resources?

Since the publication of the DEIS, avoidance and minimization of historic properties, park lands, wetlands, wetland buffers, waterways, forests, and the Federal Emergency Management Agency's 100-year floodplain have advanced through coordination with the regulatory and resource agencies. The Preferred Alternative with the Phase 1 South limits avoids more than 100 acres of parkland and hundreds of wetland and stream features compared to the DEIS Build Alternative 9.

The impacts associated with the Preferred Alternative were avoided and minimized to the greatest extent practicable in all areas at this preliminary stage of the Study, and avoidance and minimization techniques were specifically refined in some areas of sensitive or recreationally valuable resources, such as the NPS park properties around the American Legion Bridge. Final avoidance and minimization efforts and mitigation for unavoidable impacts will be documented in the FEIS.





🟨 Initial Limit of Disturbance      🟥 Current Limit of Disturbance

## Environmental Review

495 270 **MANAGED LANES STUDY**

00021292

# Why was the Draft Section 4(f) Evaluation updated?

Since the publication of the DEIS and Draft Section 4(f) Evaluation in July 2020, the Preferred Alternative has been identified as Alternative 9–Phase 1 South American Legion Bridge I-270 to I-370, which includes the same improvements proposed as part of Alternative 9 in the DEIS and Draft Section 4(f) Evaluation but limited to the Phase 1 South limits only. The Preferred Alternative was identified based on further coordination with agencies, including the Officials With Jurisdiction (OWJs) to avoid and minimize impacts to significant Section 4(f) properties.

The Preferred Alternative would avoid the use of 38 Section 4(f) properties that were previously reported as Section 4(f) uses in the DEIS and Draft Section 4(f) Evaluation totaling approximately 105 acres. The Preferred Alternative would require use a total of 39.1 acres of 21 Section 4(f) properties (including temporary and permanent), compared to a total of 146.8 acres for the DEIS Build Alternative 9.

Conceptual mitigation for Section 4(f) impacts has been identified, but coordination with the OWJs for the Section 4(f) properties is still ongoing. The Final Section 4(f) Evaluation will also include finalization of the analysis to demonstrate all possible planning to minimize harm, and finalization of the Least Overall Harm Analysis, and final mitigation commitments.





**Environmental Review**

**MDOT** MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
**Federal Highway Administration**

TRAFFIC
RELIEF PLAN

# Proposed property needs

## What determines if my property is needed?

- A variety of elements contribute to the need for additional property rights outside of MDOT SHA's property. These elements include roadway construction, grading, clearing, landscaping, stormwater management, and noise barrier replacement/construction. Adjacent property rights would be needed in areas where MDOT SHA right-of-way is limited and where these elements cannot be located elsewhere.

## What are my rights related to property acquisition?

- MDOT SHA complies with state and federal laws to determine "just" compensation for impacts to your property.

- Just compensation is based on the fair market value of the property and includes all elements that may be appropriate in determining value.

- For full details on the acquisition process, please refer to the MDOT SHA *Your Land and Your Highways: Your Rights and Benefits Guide*.

  *www.roads.maryland.gov/mdotsha/pages/index.aspx?pageid=411*

## How will I know that my property is needed?

- MDOT SHA will advise you well in advance of actual negotiations. A letter will be mailed to you explaining that your property will be needed.

## What will I be paid for my property if it is needed?

- MDOT SHA will offer fair market value of your property, which will include just compensation for the property needed. Relocation assistance is a separate benefit that is provided, if eligible.

## Will I be compensated for indirect impacts, such as noise?

- MDOT SHA can only provide compensation as part of the property acquisition process. However, we will work with you to address concerns related to any possible impacts on your property.

**Potential Property Needs**

270
495
**MANAGED LANES STUDY**

00021294

# Reduction of potential property needs with the Preferred Alternative

**The Preferred Alternative:**

- Avoids all residential and business displacements

- Currently impacts 501 properties within the Preferred Alternative limits of disturbance, resulting in 891–1,017 properties avoided from the DEIS Build Alternatives

- Results in property impacts due to:
  - Roadway widening to construct additional travel lanes
  - Reconfiguration of interchange ramps
  - Reconstruction of significant bridges and other structures
  - Augmentation and extension of culverts
  - Replacement or extension of existing noise barriers
  - Construction of new noise barriers
  - Utility relocation that cannot be accommodated within existing highway right-of-way

- May require proposed property acquisition for right-of-way, including:
  - Acquiring strips of land, or strip takes, from undeveloped areas or areas of trees and landscaping in yards that back up to I-495 or I-270
  - Acquisition of larger areas to accommodate stormwater management facilities or drainage improvements

**Potential Property Needs**

00021295

MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

Case 8:22-cv-02597-DKC   Document 61-2   Filed 10/30/23   Page 31 of 68

U.S. Department of Transportation
**Federal Highway Administration**

*SDEIS Ch. 4*

**TRAFFIC RELIEF PLAN**

# What happens if my property is directly impacted?

## TIMELINE OF THE ACQUISITION PROCESS

### SPRING 2022

Complete National Environmental Policy Act (NEPA) Study



### IDENTIFICATION

During final design, MDOT SHA determines if property is needed to construct the project (No earlier than late 2021)



### FORMAL NOTIFICATION

Property owner will receive a notification letter



### PRE-ACQUISITION

MDOT SHA determines the property rights that may be needed for the new improvement and the impacts on your remaining property



### APPRAISAL

A qualified real estate appraiser will appraise your property and MDOT SHA will set the just compensation to be offered



### NEGOTIATIONS

A real property specialist will contact you to set up an appointment to discuss the acquisition and the offer



https://www.roads.maryland.gov/ORE/highway_brochure_2019.pdf

## Potential Property Needs



**MANAGED LANES STUDY**

00021296

MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
**Federal Highway Administration**

# What is the proposed noise mitigation?

The results of the updated noise analysis for the Preferred Alternative are presented in the SDEIS. A summary of the noise barrier mitigation is listed below. The proposed noise barrier locations can be seen as a layer on the interactive GIS mapping and in the environmental resource mapping in Appendix D of the SDEIS. Both can be located on the Op Lanes Maryland website at OpLanesMD.com.



| Noise Barrier System Mitigation | Number of Noise-Sensitive Areas (NSAs) |
|---|---|
| Existing noise barriers that would remain in place as currently constructed | 3 |
| Existing noise barriers that would be extended | 2 |
| Existing noise barriers that would be relocated and replaced with a reconstructed barrier | 8 |
| Existing noise barriers that would be reconstructed and extended | 9 |
| New noise barriers constructed | 8 |
| Noise barrier is not reasonable or feasible | 9 |

**Noise**



MDOT MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
**Federal Highway Administration**

TRAFFIC RELIEF PLAN

# What stakeholder and agency engagement has occurred since the DEIS?

Engagement with stakeholders and agencies continued to occur after the DEIS was published in July 2020.

The focus of this engagement was to:

- Better understand comments received on the DEIS
- Provide Study-related updates, and seek feedback on a host of topics, including:
  - Effects of covid-19 on traffic
  - Transit opportunities
  - Alternatives design
  - Managed lanes access
  - Bicycle and pedestrian improvements
  - Economic benefits
  - Environmental concerns

Post-DEIS engagement included:

**3** Environmental Justice Working Group Meetings

**1** Transit Working Group Meetings

**4** Regional Economic Working Group Meetings

**54** Agency and Stakeholder Coordination Meetings (public)

**81** Agency and Stakeholder Coordination Meetings (government)

**3** Interagency Working Group Meetings

**65** Natural Resource Agency Coordination Meetings

**8** Section 106 Consultation Meetings

**4** Community Pop-up Events

**42** Elected Official Meetings

## Public, Stakeholder & Agency Engagement



I-495 I-270 MANAGED LANES STUDY



MDOT MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
**Federal Highway Administration**

# How can I review the SDEIS?

The SDEIS and its supporting information is available on the Op Lanes Maryland website at OpLanesMD.com/SDEIS. Hard copies will be available for review starting on Friday, October 1, through November 15, 2021.

## MONTGOMERY COUNTY LIBRARIES

**Mon, Wed, Fri & Sat: 10 AM – 6 PM • Tue & Thu: 12 – 8 PM†**

| | |
|---|---|
| Gaithersburg | 18330 Montgomery Village Avenue, Gaithersburg, MD 20879 |
| Quince Orchard | 15831 Quince Orchard Road, Gaithersburg, MD 20878 |
| Rockville Memorial* | 21 Maryland Avenue, Rockville, MD 20850 |
| Potomac | 10101 Glenolden Drive, Potomac, MD 20854 |
| Davis | 6400 Democracy Boulevard, Bethesda, MD 20817 |
| Kensington Park | 4201 Knowles Avenue, Kensington, MD 20895 |
| Chevy Chase | 8005 Connecticut Avenue, Chevy Chase, MD 20815 |
| Silver Spring | 900 Wayne Avenue, Silver Spring, MD 20910 |
| White Oak | 11701 New Hampshire Avenue, Silver Spring, MD 20904 |

## FAIRFAX COUNTY LIBRARY

**Mon & Tue: 10 AM – 9 PM • Wed, Thu, Fri & Sat: 10 AM – 6 PM†**

| | |
|---|---|
| Dolley Madison | 1244 Oak Ridge Avenue, McLean, VA 22101 |

## PRINCE GEORGE'S COUNTY LIBRARIES

**Mon, Tue, Thu, & Fri: 10 AM – 6 PM • Wed: 12 – 8 PM • Sat: 10 AM – 5 PM†**

| | |
|---|---|
| Beltsville | 4319 Sellman Road, Beltsville, MD 20705 |
| Greenbelt* | 11 Crescent Road, Greenbelt, MD 20770 |
| New Carrollton | 7414 Riverdale Road, New Carrollton, MD 20784 |
| Glenarden | 8724 Glenarden Parkway, Glenarden, MD 20706 |
| Largo-Kettering | 9601 Capital Lane, Upper Marlboro, MD 20772 |
| Spauldings | 5811 Old Silver Hill Road, District Heights, MD 20747 |
| Oxon Hill | 6200 Oxon Hill Road, Oxon Hill, MD 20745 |

## WASHINGTON, D.C. LIBRARY

**Mon, Tue, Wed, Fri & Sat: 10 AM – 6 PM • Thu: 12 – 8 PM†**

| | |
|---|---|
| Juanita E. Thornton/ Shepherd Park | 7420 Georgia Avenue NW, Washington, DC 20012 |

\* *The Rockville and Greenbelt libraries will have hard copies of the SDEIS and Technical Reports available. All other libraries will have the technical reports on USB flash drives.*
† *In the event of changes with COVID-19, please visit the library website for hours of operation.*

**Public, Stakeholder & Agency Engagement**



MANAGED LANES STUDY

00021299



# How do I comment on the SDEIS?

The SDEIS will be available so that interested citizens, elected officials, government agencies, businesses, and other stakeholders can comment on the Preferred Alternative and associated impacts as presented in the SDEIS during the 45-day comment period starting on Friday, October 1, through 11:59 PM on Monday, November 15, 2021. MDOT SHA and FHWA will consider comments received and will respond to substantive comments on both the SDEIS and DEIS in the FEIS.

The public can provide verbal testimony at one virtual public hearing through two sessions on Monday, November 1, 2021. Register at OpLanesMD.com/SDEIS or by dialing 855-432-1483.

## Ways To Comment on the SDEIS

- Provide verbal testimony at virtual **public hearing** sessions
- Provide verbal testimony via **voicemail** (855-432-1483) during virtual public hearing sessions, or throughout the 45-day comment period
- Submit an electronic **comment form** on OpLanesMD.com/SDEIS
- Send an **email** to OpLanesMLS@mdot.maryland.gov
- Send a written **letter** about the SDEIS to:
  Jeffrey T. Folden, P.E., DBIA
  Deputy Director, I-495 & I-270 P3 Office
  Maryland Department of Transportation
  State Highway Administration
  707 North Calvert Street
  Mail Stop P-601
  Baltimore, MD 21202

The Maryland Relay Service can assist teletype users at 7-1-1. Individuals requiring assistance to participate, such as an interpreter for hearing/speech difficulties or assistance with the English language, should contact the Program toll-free number at 833-858-5960 by October 22, 2021.

ALL COMMENTS received, regardless of method of submission, will be given EQUAL CONSIDERATION.

**Public, Stakeholder & Agency Engagement**



00021300



**MARYLAND DEPARTMENT OF TRANSPORTATION**
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
**Federal Highway Administration**

# What is a P3?

A Public-Private Partnership (P3) is an alternative model for capital project delivery. A P3 is a partnership between the public or governmental sector with private entities. P3s seek to harness private sector expertise, innovation, and financing to deliver public infrastructure for the benefit of the public owner and infrastructure users.

P3s seek to successfully leverage the respective strengths of the public and private sectors to deliver large, complex infrastructure projects in a cost-effective and timely fashion. Functions under a P3 agreement may include designing, building, financing, operating, and maintaining a transportation facility.

## BENEFITS OF A P3



**Projects delivered faster:**
P3 projects can move forward when the public owner does not have available funding.



**Provides equity and financing:**
Without a P3, proposed improvements of this magnitude would take decades and would use Maryland's entire transportation budget.



**Operations and maintenance:**
The P3 developer operates the facility and maintains it during the term of the agreement at a more economical cost.



**Transfer of risks:**
The public owner and the private partner share the risks based on who can best manage each risk to provide the best value to the public owner, such as revenue, design and construction, and long-term operations and maintenance risks.

**Public-Private Partnership (P3) Program**



**MANAGED LANES STUDY**

00021301



U.S. Department of Transportation
**Federal Highway Administration**

# A P3 is not...



## A Funding Source

Projects require a funding source regardless if a P3 is used.

## Privatization

The private partner does not obtain any ownership—the state is still the owner.

## Transfer of State Responsibility

The state retains the ultimate responsibility to ensure the facility meets its intended public need. The private sector also cannot have decision making in the environmental process as it is a government function.

**Public-Private Partnership (P3) Program**





MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

U.S. Department of Transportation
**Federal Highway Administration**

# What is the status of the Phase 1 solicitation process and P3 agreement?

| Phase 1 Solicitation | Predevelopment Work | Committed Section Proposals | Section Development |
|---|---|---|---|
| Select developer for Phase 1: New American Legion Bridge I-270 to I-70 Traffic Relief Plan | Having received Board of Public Works (BPW) approval, Phase 1 developer begins collaborative predevelopment work to advance the Preferred Alternative for the MLS within Phase 1 South **We are here** | At conclusion of the predevelopment work and NEPA process, the phase developer will offer a committed price and schedule for delivery of the first section | BPW will be asked to consider and approve the committed section proposal to deliver the first section |

**Public-Private Partnership (P3) Program**



**OP·LANES** ™
MARYLAND

I-495 & I-270 Managed Lanes Study

Final Public Involvement & Agency Coordination Technical Report

## APPENDIX C: EJ Outreach and Engagement Initiative Materials

00021304

Survey

00021305

**OP·LANES**
MARYLAND
I-495 & I-270 Managed Lanes Study

# OPINION SURVEY

*The Maryland Department of Transportation State Highway Administration (MDOT SHA) is seeking your input on community improvements that could be considered as part of the I-495 and I-270 Managed Lanes Study. For more information on the Study, please visit our webpage at oplanesmd.com/sdeis/. Please complete this short survey to tell us what types of improvements you would like to see in your community.*

### 1. What kind of improvements would make it easier or safer to get to the places you need or want to go? [Select no more than 3.]

○ More bus services
○ More Park and Ride lots
○ More or improved sidewalks
○ More crosswalks
○ Better lighting on streets or sidewalks
○ Traffic calming to make streets safer
○ Safer routes for bicyclists
○ Other: _____

### 2. What are the needs in your neighborhood? [Select no more than 3.]

○ Recreational centers, parks, and playgrounds
○ Job-training or adult learning centers
○ Healthcare centers
○ Childcare centers
○ Sidewalks, trails, bike lanes
○ Other: _____

### 3. Do you have any environmental problems in your community that need to be addressed? If so, what are they? [Select all that apply.]

○ Flooding
○ Water quality
○ Air pollution
○ Safe and healthy housing
○ Noise
○ Other: _____

### 4. Which community organizations are most helpful to you or active in your community (i.e. advocacy groups, places of worship, legal assistance organizations, etc.)? [Write the organization name below.]

Organization name(s):

_____

### 5. Does your community have regular meetings or a social media page to share information? If yes, can you provide more information? [Write the response below.]

Response: _____

_____

_____

### 6. What is your zip code? [Write your zip code below.]

Zip code: _____

### 7. What language do you primarily speak at home? [Select one.]

○ Amharic
○ Chinese
○ English
○ French
○ Korean
○ Spanish
○ Other: _____

### 8. Are there other improvements needed in your community? [Write the response below.]

Response: _____

_____

### 9. If you would like to be added to the project mailing list please provide your email address:

_____

**MDOT MARYLAND DEPARTMENT OF TRANSPORTATION**
**STATE HIGHWAY ADMINISTRATION**

**OP·LANES**
MARYLAND
Options & Opportunities for All

OP·LANES
MARYLAND
I-495 & I-270 Managed Lanes Study

**OPINION SURVEY**

የሜሪላንድ የትራንስፖርት ዲፓርትመንት የስቴት የመንገድ አስተዳደር (ኤምዲ. ኦ.ቲ. ኤስ.ኤች.ኤ)(MDOT SHA) እንደ I-495 እና I-270 የሚተዳደር የሌይን ጥናት አካል ሊወሰዱ በሚችሉ የማህበረሰብ ማሻሻያዎች ላይ የእርስዎን አስተያየት ይፈልጋል። በጥናቱ ላይ ተጨማሪ መረጃ ለማግኘት፣ እባክዎ https://oplanesmd.com/sdeis/ ላይ የእኛን ድራ-ገጽ ይጎብኙ። በማህበረሰብዎ ውስጥ ምን አይነት ማሻሻያዎችን ማየት እንደሚፈልጉ ለመንገር እባክዎን ይህን አጭር የዳሰሳ ጥናት ይሙሉ፡፡

**1.** ወደሚፈልጉባቸው ቦታዎች ለመድረስ ምን አይነት ማሻሻያዎችን ቀላል ወይም ደህንነት የተጠበቀ ያደርገዋል? [ከ3 በላይ አይምረጡ።]
- ⚪ ተጨማሪ የእውቶቡስ አገልግሎቶች
- ⚪ ተጨማሪ ፓርክ እና ግልቢያ ዕጣ
- ⚪ ብዙ ወይም የተሻሻሉ የእግረኛ መንገዶች
- ⚪ ተጨማሪ የአግረኛ(ዜብራ) መሻገሪያ መንገዶች
- ⚪ በጎዳናዎች ወይም በእግረኛ መንገዶች ላይ የተሻለ ብርሃን
- ⚪ መንገዶችን የበለጠ አስተማማኝ ለማድረግ የትራፊክ ማረጋጋት
- ⚪ ለሳይክል ነጅዎች ደህንነት የተጠበቀ መንገዶች
- ⚪ ሌላ: _____

**2.** በአካባቢዎ ውስጥ ምን አፍላጎቶች አሉ? [ከ3 በላይ አይምረጡ።]
- ⚪ የመዝናኛ ማዕከላት፣ መናፈሻዎች እና የመጫወቻ ሜዳዎች
- ⚪ የሥራ-ስልጠና ወይም የአዋቂዎች የመማሪያ ማዕከሎች
- ⚪ የጤና እንክብካቤ ማዕከላት
- ⚪ የሕጻናት እንክብካቤ ማዕከሎች
- ⚪ የአግረኛ መንገዶች፣ መንገዶች፣ የብስክሌት መንገዶች
- ⚪ ሌላ: _____

**3.** በእርስዎ ማህበረሰብ ውስጥ መስተካከል ያለባቸው የአካባቢ ችግሮች አሉዎት? ከምነክ ምንድናቸው? [የሚመለከተውን ሁሉ ይምረጡ።]
- ⚪ የጎርፍ መጥለቅለቅ
- ⚪ የውሃ ጥራት
- ⚪ የአየር ብክለት
- ⚪ ደህንነቱ የተጠበቀ እና ጤናማ መኖሪያ ቤት
- ⚪ ጫጫታ
- ⚪ ሌላ: _____

**4.** የት ኛዉ የማህበረሰብ ድርጅቶች ለእርስዎ በጣም የሚረዳዋት ወይም በማህበረሰብዎ ውስጥ በጎታት የሚሰሩ ናቸው (ማለትም የጥበቡና ቡድኖች፣ የአምልኮ ቦታዎች፣ የህግ ድጋፍ ድርጅቶች፣ ወዘተ)? [በጽሑፍ ሳጥኑ ውስጥ የድርጅቱን ስም ይተይቡ።]

የድርጅት ስም(ዎች)፡

_____

**5.** ማህበረሰብዎ መረጃ ለመሰዋወት መደበኛ ስብሰባዎች ወይም የማህበራዊ ሚዲያ ገጽ አለው? አም ከሆነ፣ ተጨማሪ መረጃ መስጠት ይችላሉ? [ምላሹን በጽሑፍ ሳጥኑ ውስጥ ያስገቡ።]

ምላሽ: _____

_____

_____

**6.** የእርስዎ አካባቢያዊ መለያ ቁጥር (ዚፕ ኮድ) ምንድን ነው? [አካባቢያዊ መለያ ቁጥርዎን በጽሑፉ ሳጥኑ ውስጥ ጻፉ።]

አካባቢያዊ መለያ ቁጥር: _____

**7.** በዋናነት ቤት ውስጥ የሚናገሩት ቋንቋ ምንድን ነው? [አ ን ድ ም ረ ጥ.]
- ⚪ አማርኛ
- ⚪ ቻይንኛ
- ⚪ እንግሊዝኛ
- ⚪ ፈረንሳይኛ
- ⚪ ኮሪያኛ
- ⚪ ስፓንኛ
- ⚪ ሌላ: _____

**8.** በእርስዎ ማህበረሰብ ውስጥ የሚያስፈልጉ ሌሎች ማሻሻያዎች አሉ? [ምላሹን በጽሑፉ ሳጥኑ ውስጥ ያስገቡ።]
- ⚪ ምላሽ: _____

**9.** 9. ወደ የፕሮጀክት የደብዳቤ መላኪያ ዝርዝር መካተት ከፈለጉ እባከዎን የኢሜል አድራሻዎን ያቅርቡ፡-

_____

MDOT **MARYLAND DEPARTMENT OF TRANSPORTATION**
**STATE HIGHWAY ADMINISTRATION**

OP·LANES
MARYLAND
Options & Opportunities for All

00021307

**OP·LANES**
M A R Y L A N D

I-495 & I-270 Managed Lanes Study

**OPINION SURVEY**

*La Administración de Carreteras del Estado del Departamento de Transporte de Maryland (MDOT SHA, por sus siglas en inglés) solicita su opinión sobre las mejoras de la comunidad que podrían considerarse parte del Estudio de Carriles Administrados de la I-495 y la I-270. Para obtener más información sobre el estudio, visite nuestro sitio web https://oplanesmd.com/sdeis/. Complete esta breve encuesta e infórmenos qué tipos de mejoras le gustaría ver en su comunidad.*

**1.** **¿Qué tipo de mejoras harían que sea más fácil o seguro llegar a los lugares a los que debe o desea ir? [Elija no más de 3].**

○ Más servicios de colectivos
○ Más aparcamientos disuasorios
○ Más o mejores veredas
○ Más cruces peatonales
○ Mejor iluminación en las calles y veredas
○ Moderación del tráfico para hacer las calles más seguras
○ Vías más seguras para los ciclistas
○ Otra: _____

**2.** **¿Cuáles son las necesidades de su vecindario? [Elija no más de 3].**

○ Centros recreativos, parques y áreas de juegos
○ Capacitación laboral o centros educativos para adultos
○ Centros de salud
○ Guarderías
○ Veredas, senderos, bicisendas
○ Otras: _____

**3.** **¿Hay algún problema ambiental en su comunidad que deba abordarse? En ese caso, ¿cuáles son? [Elija todos los que apliquen].**

○ Inundación
○ La calidad del agua
○ Contaminación del aire
○ Viviendas saludables y seguras
○ Ruidos
○ Otro: _____

**4.** **¿Qué organizaciones de la comunidad son las más útiles para usted o las más activas en su comunidad (p. ej. grupos de apoyo, lugares de culto, instituciones de asistencia legal, etc.)? [Escriba el nombre de la organización en el cuadro de texto].**

Nombre(s) de la(s) organización(es):

_____

**5.** **¿Su comunidad realiza reuniones habituales o tiene una página en una red social para compartir información? En ese caso, ¿puede brindar más información? [Escriba la respuesta en el cuadro de texto].**

Respuesta:_____
_____
_____

**6.** **¿Cuál es su código postal? [Escriba su código postal en el cuadro de texto].**

Código postal: _____

**7.** **¿Qué idioma habla principalmente en su hogar? [Elija uno].**

○ Amárico
○ Chino
○ Inglés
○ Francés
○ Coreano
○ Español
○ Otro: _____

**8.** **¿Se necesitan otras mejoras en su comunidad? [Escriba la respuesta en el cuadro de texto].**

Respuesta:_____
_____

**9.** **Si le gustaría que lo/la agreguen a la lista de correo del proyecto, escriba su casilla de correo electrónico:**

_____



**MDOT** MARYLAND DEPARTMENT OF TRANSPORTATION
**STATE HIGHWAY ADMINISTRATION**

**OP·LANES**
M A R Y L A N D
*Options & Opportunities for All*

# OP·LANES
M A R Y L A N D
I-495 & I-270 Managed Lanes Study

# OPINION SURVEY

马里兰州交通部高速公路管理局（MDOT SHA）正在征求您对社区改善的意见，这些意见可能会纳入I-495和I-270管理车道研究。有关此研究的更多资料，请访问网址https://oplanesmd.com/sdeis/。请完成这个简短的调查，告诉我们您希望您的社区有哪方面的改进。

**1.** 什么样的改进会使您更容易或更安全地到达您需要或想去的地方？［选项不能超过3个］
- 更多巴士服务
- 更多停车和乘车点
- 更多或更好的人行道
- 更多的人行道
- 改善街道或人行道的照明
- 疏导交通，使街道更安全
- 为骑车人提供更安全的路线
- 其他：＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**2.** 您附近的需要是什么？［选项不能超过3个］
- 休闲中心、公园和操场
- 就业培训或成人学习中心
- 医疗保健中心
- 托儿所
- 人行道、步道、自行车道
- 其他＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**3.** 您的社区是否有任何需要解决的环境问题？如果有，那是什么问题呢？［选择所有适用的答案］
- 水患
- 水质
- 空气污染
- 安全和健康的住房
- 噪音
- 其他：＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**4.** 哪些社区组织对您最有帮助或在您的社区中最活跃（即宣传团体、礼拜场所、法律援助组织等）？［在文本框中输入组织名称］。

组织名称：

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**5.** 您的社区是否有定期会议或社交媒体页面来分享信息？如有，您可以提供更多信息吗？［在文本框中输入答复］

答复：＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**6.** 您的邮编是多少？［在文本框中输入邮编］

邮编：＿＿＿＿＿＿＿＿＿＿＿＿

**7.** 您在家里主要讲什么语言？［选择一项］
- 阿姆哈拉语
- 汉语
- 英语
- 法语
- 韩语
- 西班牙语
- 其他：＿＿＿＿＿＿＿＿＿＿＿＿

**8.** 您的社区还需要其他改进吗？［在文本框中输入答复］

答复：＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**9.** 如果您想加入到本项目的邮件列表中，请提供您的电子邮件地址。

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**MDOT MARYLAND DEPARTMENT OF TRANSPORTATION**
**STATE HIGHWAY ADMINISTRATION**

OP·LANES
M A R Y L A N D
Options & Opportunities for All

00021309

**OP·LANES**
M A R Y L A N D
I-495 & I-270 Managed Lanes Study

# OPINION SURVEY

*L'administration routière du département des Transports de l'État du Maryland (MDOT SHA) sollicite votre avis sur les améliorations communautaires qui pourraient être apportées dans le cadre de l'étude sur les voies gérées de la I-495 et de la I-270. Pour plus d'informations sur l'étude, veuillez consulter notre site web à l'adresse https://oplanesmd.com/sdeis/. Veuillez répondre à ce bref questionnaire pour nous indiquer les différents types d'améliorations que vous souhaitez voir dans votre communauté.*

**1.** Quels types d'améliorations vous permettraient de vous rendre plus facilement ou en toute sécurité aux endroits où vous devez ou voulez aller ? [Choisissez-en 3 au maximum.]

- ○ Augmenter les services de bus
- ○ Créer plus de parkings-relais
- ○ Créer plus de trottoirs ou des trottoirs rénovés.
- ○ Créer plus de passages pour piétons
- ○ Mieux éclairer des rues ou des trottoirs
- ○ Réguler la circulation pour rendre les voies plus sûres
- ○ Rendre les pistes cyclables plus sûres
- ○ Autre :_____

**2.** Quels sont les besoins de votre quartier ? [Choisissez-en 3 au maximum.]

- ○ Centres de loisirs, parcs et aires de jeux
- ○ Centres de formation professionnelle ou d'apprentissage pour adultes
- ○ Centres de santé
- ○ Garderies d'enfants
- ○ Trottoirs, parcours de promenade, pistes cyclables
- ○ Autre : _____

**3.** Avez-vous des problèmes environnementaux dans votre communauté qui doivent être résolus ? Si oui, citez-les ? [Sélectionnez toutes les réponses possibles.]

- ○ Inondations
- ○ Qualité de l'eau
- ○ Pollution de l'air
- ○ Logement sûr et sain
- ○ Niveau de bruit
- ○ Autre : _____

**4.** Quelles sont les organisations communautaires les plus utiles pour vous ou les plus actives dans votre communauté (c'est-à-dire les groupes de défense, les lieux de culte, les organisations d'assistance juridique, etc.) [Insérez le nom de l'organisation dans la zone de texte.]

Nom(s) de l'organisation:

_____

**5.** Votre communauté organise-t-elle des réunions régulières ou dispose-t-elle d'une page de réseaux sociaux pour partager des informations ? Si oui, pouvez-vous alors donner plus d'informations ? [Insérez la réponse dans la zone de texte.]

Réponse: _____

_____

_____

**6.** Quel est votre code postal ? [Insérez votre code postal dans la zone de texte.]

Code postal : _____

**7.** Quelle langue parlez-vous le plus à la maison ? [Sélectionnez une réponse.]

- ○ Amharique
- ○ Chinois
- ○ Anglais
- ○ Français
- ○ Coréen
- ○ Espagnol
- ○ Autre : _____

**8.** Y a-t-il d'autres améliorations nécessaires dans votre communauté ? [Insérez la réponse dans la zone de texte.]

Réponse : _____

_____

**9.** Si vous souhaitez être ajouté à la liste de diffusion du projet, veuillez fournir votre adresse électronique :

_____

**MDOT** MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION



OP·LANES™
M A R Y L A N D
Options & Opportunities for All

00021310

**OP·LANES**
M A R Y L A N D
I-495 & I-270 Managed Lanes Study

**OPINION SURVEY**

메릴랜드주 교통부 도로청(Maryland Department of Transportation State Highway Administration, MDOT SHA)에서는 I-495 및 I-270 관리차로 연구의 일환으로 간주될 수 있는 지역사회 내 개선 사항에 대해 여러분의 의견을 구하고 있습니다. 본 연구에 대한 자세한 내용은 웹페이지(https://oplanesmd.com/sdeis/)에 방문해 주시기 바랍니다.  간단한 설문조사를 완료하여 귀하의 지역사회에서 이루어지기를 희망하는 개선 사항으로는 어떤 유형이 있는지 말씀해 주십시오.

**1.** 다음 중 귀하께서 가야 하거나 가려는 장소에 더 용이하거나 안전하게 갈 수 있도록 하는 개선 사항은 무엇입니까?  [3가지 이하로 선택해 주십시오.]

○ 버스 서비스 증대
○ 주차장 증설
○ 보도 증설 또는 개선
○ 횡단보도 증설
○ 거리 또는 보도의 조명 개선
○ 더 안전한 거리를 위한 도로 안전 장비
○ 자전거 이용자를 위한 더 안전한 노선
○ 기타: _____

**2.** 귀하의 지역에 필요한 것은 무엇입니까? [3가지 이하로 선택해 주십시오.]

○ 레크리에이션 센터, 공원, 운동장
○ 직무 교육 또는 성인 학습 센터
○ 의료 시설
○ 보육 시설
○ 보도, 산책로, 자전거 도로
○ 기타: _____

**3.** 귀하의 지역사회에는 해결해야 할 환경 문제가 있습니까? 있다면, 무엇입니까? [해당되는 항목을 모두 선택해 주십시오.]

○ 홍수
○ 수질
○ 대기 오염
○ 안전하고 건강한 주택
○ 소음
○ 기타: _____

**4.** 귀하에게 가장 도움이 되거나 혹은 귀하의 지역사회에서 가장 활발한 지역사회 조직이 있다면 무엇입니까? (예: 변호단체, 예배 장소, 법률 지원 단체 등) [아래 공란에 해당 조직 이름을 입력하십시오.]

조직 이름:

_____

**5.** 귀하의 지역사회에는 정보를 공유할 수 있는 정기 모임이나 소셜 미디어 페이지가 있습니까? 있다면, 자세한 정보를 알려주실 수 있습니까? [아래 공란에 응답을 입력하십시오.]

응답: _____

_____

_____

**6.** 자택 우편번호가 어떻게 되십니까? [아래 공란에 우편번호를 입력하십시오.]

우편번호: _____

**7.** 자택에서 주로 사용하시는 언어는 무엇입니까? [하나를 선택하십시오.]

○ 암하라어
○ 중국어
○ 영어
○ 프랑스어
○ 한국어
○ 스페인어
○ 기타: _____

**8.** 귀하의 지역사회에 필요한 다른 개선 사항이 있습니까? [아래 공란에 응답을 입력하십시오.]

응답: _____

_____

**9.** 본 프로젝트 메일 목록에 추가하여도 괜찮으시다면, 귀하의 이메일 주소를 입력해 주십시오.

_____

**MDOT MARYLAND DEPARTMENT OF TRANSPORTATION**
**STATE HIGHWAY ADMINISTRATION**

**OP·LANES**
M A R Y L A N D
Options & Opportunities for All

E-Blasts

00021312

| | |
|---|---|
| **From:** | MDOT Op Lanes P3 Program <oplanesmd@mdot.maryland.gov> |
| **Sent:** | Tuesday, November 16, 2021 10:15 AM |
| **To:** | |
| **Subject:** | We want to hear from you |

**Unsubscribe**
It appears that you have subscribed to commercial messages from this sender. To stop receiving such messages from this sender, please unsubscribe



I-495 & I-270 Managed Lanes Study

Hello - we need your help!

The Federal Highway Administration and the Maryland Department of Transportation State Highway Administration are completing the I-495 & I-270 Managed Lanes Study. The study considers ways to relieve congestion and improve trip reliability, mobility, and connectivity for modes of travel, including transit, in the National Capital Region.

The American Legion Bridge I-270 to I-370 project will rebuild the American Legion Bridge and include the addition of High Occupancy Toll lanes. If a vehicle has 3 or more people riding in it, they can drive for free on the High Occupancy Toll Lanes. These High Occupancy Toll Lanes will extend along the west side of I-495 to I-270 and on I-270 as far north as I-370. All existing general-purpose lanes will remain free. Transit buses will also be able to use the High Occupancy Toll lanes for free and will benefit from free-flowing traffic, providing faster, more reliable service.

We want to hear from members of your community on how we could minimize any impacts from the project, or what improvements the community or neighborhood could use. To make this easy we have a short survey that we hope you will share with members of your community. We will take all recommendations and suggestions into consideration as we move forward with the project.

**To help us with our outreach efforts, we ask that you please share this email about the survey with members of your community. The survey is available in English, French, Spanish, Amharic, Korean, and Chinese.**

00021313

Thank you for your assistance. If you have questions, please contact, Ms. Caryn Brookman, Environmental Program Manager, at **(410) 637-3335** or via email at **CBrookman@mdot.maryland.gov** and she will be happy to assist you.

Sincerely,

Jeffrey T. Folden, P.E., DBIA
Director, I-495 & I-270 P3 Office, MDOT SHA

    

MDOT Op Lanes P3 Program | 707 North Calvert Street, Mail Stop P-601, Baltimore, MD 21202

Unsubscribe mmeade@rkk.com

Update Profile | About Constant Contact

Sent by oplanesmd@mdot.maryland.gov in collaboration with



Try email marketing for free today!

2

00021314

**From:**     MDOT Op Lanes P3 Program <oplanesmd@mdot.maryland.gov>
**Sent:**      Friday, December 10, 2021 2:15 PM
**To:**
**Subject:**  Reminder: We are looking for your input!



I-495 & I-270 Managed Lanes Study

Hello again,

**This is a reminder that the survey will be closing December 12th**. Please encourage members of your community to take the survey so we get your input on what improvements are needed in your community or neighborhood. Thank you for your assistance and participation!

The Federal Highway Administration and the Maryland Department of Transportation State Highway Administration are completing the I-495 & I-270 Managed Lanes Study. The study considers ways to relieve congestion and improve trip reliability, mobility, and connectivity for modes of travel, including transit, in the National Capital Region.

The American Legion Bridge I-270 to I-370 project will rebuild the American Legion Bridge and include the addition of High Occupancy Toll lanes. If a vehicle has 3 or more people riding in it, they can drive for free on the High Occupancy Toll Lanes. These High Occupancy Toll Lanes will extend along the west side of I-495 to I-270 and on I-270 as far north as I-370. All existing general-purpose lanes will remain free. Transit buses will also be able to use the High Occupancy Toll lanes for free and will benefit from free-flowing traffic, providing faster, more reliable service.

We want to hear from you and members of your community on how we could minimize any impacts from the project, or what improvements the community or neighborhood could use.

To make this easy we have a short survey that we hope you will share with members of your community. We will take all recommendations and suggestions into consideration as we move forward with the project.

**To help us with our outreach efforts, we ask that you please share this email about the survey with members of your community. Click these links for the survey in English, French, Spanish, Amharic, Korean, and Chinese.**

1

00021315

Thank you for your assistance. If you have questions, please contact, Ms. Caryn Brookman, Environmental Program Manager, at (410) 637-3335 or via email at CBrookman@mdot.maryland.gov and she will be happy to assist you.

Sincerely,

Jeffrey T. Folden, P.E., DBIA
Director, I-495 & I-270 P3 Office, MDOT SHA

    

MDOT Op Lanes P3 Program | 707 North Calvert Street, Mail Stop P-601, Baltimore, MD 21202

Unsubscribe mmeade@rkk.com

Update Profile | About Constant Contact

Sent by oplanesmd@mdot.maryland.gov in collaboration with



Try email marketing for free today!

00021316

Postcards and Yard Signs

00021317

OP·LANES™
MARYLAND

I-495 & I-270 Managed Lanes Study

# More lighting, better sidewalks, easier access to transit?

## What are YOUR priorities?

The Maryland Department of Transportation State Highway Administration (MDOT SHA) is proposing to build a new American Legion Bridge and provide two new high occupancy toll (HOT) managed lanes in each direction on the west side of I-495 and on I-270 from I-495 to I-370 as part of the I-495 and I-270 Managed Lanes Study.

MDOT SHA is exploring opportunities to provide improvements in communities along portions of I-495 and I-270. We want to hear from you!

## Please take our short survey.

## Thank you!



<< Scan me to take the survey.

Visit our website to learn more about the study.

https://oplanesmd.com/

# ተጨማሪ መብራቶች፡ የተሻሉ የአግረኛ መንገዶች፡ ቀላል የመጓጓዣ መዳረሻ ቅድሚያ የሚሰጧቸው ነገሮች ምንድን ናቸው

የሜሪላንድ የትራንስፖርት ዲፓርትመንት የስቴት ሀይዌይ አስተዳደር *(ኤም.ዲ. ኦ.ቲ. ኤስ.ኤች.ኤ)* (MDOT SHA) አዲስ የአሜሪካ ሌጎዎን ድልድይ ለመገንባት እና ሁለት አዳዲስ ከፍተኛ የነዋሪነት ክፍያ (ኤች.ኦ.ቲ)

(HOT) የሚተዳደሩ መስመሮችን በእያንዳንዱ አቅጣጫ በ I-495 በምዕራብ በኩል እና በ I-270 ከ ከ I-495 እስከ I-370 እንደ I-495 እና I-270 የሚተዳደሩ የመንገድ መስመሮች ጥናት አካል።



ዳሰሳውን እንድወስድ ይቃኙኝ።

ስለ ጥናቱ የበለጠ ለማወቅ ድህረ ገጻችንን ይጎብኙ።

MDOT SHA ከI-495 እና I-270 ክፍሎች ጋር በመሆን በማህበረሰቦች ውስጥ ማሻሻያዎችን ለማቅረብ እድሎችን በማሰስ ላይ ነው። ከእርስዎ መስማት እንፈልጋለን!

## እባክዎን አጭር ዳሰሳችንን ይውሰዱ። አመሰግናለሁ

https://oplanesmd.com/





00021319

# 更多的照明，更好的人行道，更便捷的交通？
## 您的优先事项是什么？

作为I-495和I-270车道管理研究的一部分，马里兰州交通局高速公路管理局（MDOT SHA）建议建造一座新的美国军团大桥，并在I-495西侧和I-270从I-495到I-370的各方向上建两条高承载收费车道。

马里兰州交通局高速公路管理局正在寻求为I-495和I-270部分沿线的社区进行改善的机会。我们希望倾听您的意见！



扫描二维码参加调查

访问网站了解研究的更多信息

https://oplanesmd.com/

## 请参加我们的简短调查。
## 谢谢！



MARYLAND DEPARTMENT OF TRANSPORTATION
**STATE HIGHWAY ADMINISTRATION**



OP·LANES™
MARYLAND
Options & Opportunities for All

00021320

# Plus d'éclairage, de meilleurs trottoirs et un accès plus facile au transport ?

## Quelles sont **VOS** priorités ?

L'administration routière du département des Transports de l'Etat de Maryland (MDOT SHA) propose la construction d'un nouvel « American Legion Bridge » et de deux nouvelles voies avec péages à fort trafic dans chaque direction sur le côté ouest de la I-495 et sur la I-270 de la I-495 à la I-370, dans le cadre de l'étude sur les voies gérées de la I-495 et de la I-270.

La MDOT SHA étudie les possibilités d'apporter des améliorations aux communautés situées le long de certains tronçons de la I-495 et de la I-270. Nous souhaitons avoir votre avis !

## Veuillez participer à un court sondage. Merci !



<< Scannez-moi pour participer au sondage

Visitez notre site internet pour en savoir davantage sur l'étude.

https://oplanesmd.com/



MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION



OP·LANES
MARYLAND
Options & Opportunities for All

00021321

# 조명 추가 설치, 보도 개선, 손쉬운 환승 이용 중 '귀하의' 우선순위는 무엇입니까?

메릴랜드주 교통부 도로청(Maryland Department of Transportation State Highway Administration, MDOT SHA)에서는 새로운 아메리칸 리전 브리지를 건설하고, I-495 및 I-270 관리차로 연구의 일환으로 I-495의 서쪽 방향 및 I-270에서 I-495부터 I-370까지의 각 방향에 대해 복합다인승(HOT) 관리차로 두 곳을 구비할 것을 제안 중에 있습니다.

MDOT SHA에서는 I-495 및 I-270의 일부와 더불어 지역사회를 개선할 기회를 모색하고 있습니다. 귀하의 의견을 듣고자 합니다!



스캔하여 설문조사
<< 참여하기

본 연구에 대한 자세한 내용은 하기 웹사이트를 방문해 주십시오.

## 간단한 설문조사에 참여해 주십시오. 감사합니다!

https://oplanesmd.com/





# ¿Más iluminación, veredas mejores, un acceso al transporte más sencillo?

## ¿Cuáles son **SUS** prioridades?

La Administración de Carreteras del Estado del Departamento de Transporte de Maryland (MDOT SHA, por sus siglas en inglés) propone construir un nuevo puente American Legion y crear dos nuevos carriles para vehículos con múltiples pasajeros administrados con peaje (HOT, por sus siglas en inglés) en cada dirección, en el lado oeste de la I-495 y en la I-270 desde I-495 hasta I-370, como parte del Estudio de Carriles Administrados de la I-495 y la I-270.

La MDOT SHA está explorando oportunidades para brindar mejoras en las comunidades en las áreas de la I-495 y la I-270. ¡Queremos oír de usted!



<< Escanéeme para realizar la encuesta

Para conocer más sobre el estudio, visite nuestro sitio web

https://oplanesmd.com/

## Realice nuestra breve encuesta. ¡Gracias!





 **I-495 & I-270 Managed Lanes Study**

ተጨማሪ መብራት፣ የተሻሉ የእግረኛ መንገዶች፣
ቀለል የመጓጓዝ መዳረሻ?

ቅድሚያ የሚሰጧቸው ነገሮች ምንድን ናቸው?

እባክዎን አጭር ዳሰሳችንን ይውሰዱ። አመሰግናለሁ!

ዳሰሳውን እንድወስድ ይቃኙኝ። >>



ስለ ጥናቱ የበለጠ ለማወቅ ድህረ ገጻችንን ይጎብኙ።
https://oplanesmd.com/

00021324

 **OP·LANES** ™ MARYLAND | I-495 & I-270 Managed Lanes Study

# 更多的照明，更好的人行道，更便捷的交通？
## 您的 优先事项是什么？

## 请参加我们的简短调查。谢谢！

扫描二维码参加调查 >> 

访问网站了解研究的更多信息
https://oplanesmd.com/

00021325



**OP•LANES**™
M A R Y L A N D

I-495 & I-270 Managed Lanes Study

# More lighting, better sidewalks, easier access to transit?

# What are YOUR priorities?

# Please take our short survey. Thank you!

## Scan me to take the survey >>



Visit our website to learn more about the study.
https://oplanesmd.com/



I-495 & I-270 Managed Lanes Study

# Plus d'éclairage, de meilleurs trottoirs et un accès plus facile au transport ?

# Quelles sont VOS priorités ?

# Veuillez participer à un court sondage. Merci !

Scannez-moi pour participer au sondage >>



Visitez notre site internet pour en savoir davantage sur l'étude.
https://oplanesmd.com/

00021327

 **OP•LANES™** MARYLAND | I-495 & I-270 Managed Lanes Study

# 조명 추가 설치, 보도 개선, 손쉬운 환승 이용 중 '귀하의'  우선순위는 무엇입니까?

# 간단한 설문조사에 참여해 주십시오. 감사합니다!

스캔하여 설문조사 참여하기 >>



본 연구에 대한 자세한 내용은 하기 웹사이트를 방문해 주십시오.
https://oplanesmd.com/

00021328



**OP•LANES**™
MARYLAND | I-495 & I-270 Managed Lanes Study

# ¿Más iluminación, veredas mejores, un acceso al transporte más sencillo?

# ¿Cuáles son **SUS** prioridades?

# Realice nuestra **breve encuesta**. ¡Gracias!

Escanéeme para realizar la encuesta. >>



Para conocer más sobre el estudio,
visite nuestro sitio web.
https://oplanesmd.com/

00021329

Contact Lists

**Postcard and Flyer Distribution**

| | |
|---|---|
| Not-for-profits, Advocacy groups | Casa Ruby |
| Not-for-profits, Advocacy groups | Literacy Council of Montgomery County |
| Not-for-profits, Advocacy groups | Islamic Center of Maryland |
| Not-for-profits, Advocacy groups | Community Reach of Montgomery County |
| Not-for-profits, Advocacy groups | Muslim Community Center |
| Not-for-profits, Advocacy groups | Association of Vietnamese Americans |
| Not-for-profits, Advocacy groups | Casa De Maryland - Rockville Welcome Center |
| Not-for-profits, Advocacy groups | Latino Health initiative |
| Not-for-profits, Advocacy groups | African and Caribbean Immigration and social Services |
| Not-for-profits, Advocacy groups | Korean Community Service Center Of Greater Washington |
| Health Clinics | Mobile Medical Clinic |
| Health Clinics | Montgomery Medical Clinic |
| Health Clinics | All Day Medical Care Clinic |
| Health Clinics | Mansfield Kaseman Health Clinic |
| Health Clinics | Family Health Center |
| Health Clinics | CCACC Health - Pan Asian Health Clinic |
| Health Clinics | Mobile Medical - Ibn Sina Clinic |
| Health Clinics | Asian American Health Initiative |
| Grocery stores/shopping centers | Las Americas Market |
| Grocery stores/shopping centers | Latino Market Grocery Inc |
| Grocery stores/shopping centers | Orange Latin Market, Colombian & South American products |
| Grocery stores/shopping centers | Savanna International Market Inc |
| Grocery stores/shopping centers | Patel Brothers |
| Grocery stores/shopping centers | Great Wall Supermarket |
| Grocery stores/shopping centers | H Mart |
| Grocery stores/shopping centers | Megamart Gaithersburg |
| Grocery stores/shopping centers | Lotte Market |
| Grocery stores/shopping centers | Adarash Market Location |
| Low-income multi-family Housing | Diamond Square |
| Low-income multi-family Housing | The Fields of Rockville |
| Low-income multi-family Housing | Fireside Park Apartments |
| Low-income multi-family Housing | Heritage House |
| Low-income multi-family Housing | The Forest Apartments |
| Low-income multi-family Housing | Rockville Town Center Apartments |
| Low-income multi-family Housing | Wood mont Park Apartments |
| Low-income multi-family Housing | Londonderry Towers |
| Low-income multi-family Housing | Montgomery Club VI |
| Low-income multi-family Housing | The Crossings at Washingtonian Center |
| Low-income multi-family Housing | Bauer Park |
| Low-income multi-family Housing | Timberlawn Crescent |

**Places of Worship Contacted**

| | |
|---|---|
| B'NAI Israel | 6301 Montrose Road, Rockville, MD 20852 |
| Calvary Pentacostal Ministries | 19140 Brook Grove court |
| Centro Cristiano Peniel | 1001 Twinbrook Pkwy Rockville, Maryland 20850 |
| Chinese Bible Church of Maryland | 4414 Muncaster Mill Road, Rockville, MD 20853 |
| Christ Episcopal Church | 109 South Washington St Rockville MD 20850 |
| Church of Christ at Manor Woods | 5300 Norbeck Road, Rockville 20853 |
| Clinton AME Zion Church | 223 Elizabeth Ave Rockville MD 20850 |
| Cross Community | 1150 Carnation Drive Rockville, MD 20850 |
| Epworth United Methodist Church | 9008 Rosemont Drive, Gaithersburg |
| Ezra Israel Congregation | 803 Montrose Rd Rockville MD 20852 |
| First AME Church | 17620 Washington Grove Ln, Gaithersburg, MD 20877 |
| First Baptist Church of Rockville | 55 Adclare Rd Rockville MD 20850 |
| First Church-Christ (Scientist) | 100 Nelson St  Rockville MD 20850 |
| First Korean Presbyterian Church | 1011 Maple Ave, Rockville, MD 20851 |
| Forest Hill Baptist Church | 17 W. Jefferson St., Rockville, MD 20850 |
| Hevrat Shalom Congregation | P.O. Box 3606 Gaithersburg, MD 20878 |
| Iglesia de Dios | 210 FIRST ST. Rockville Md, 20850 |
| Iglesia Hispana Centro Cristiano de Rockville | 5906 Halpine Road Rockville, Maryland  20851 |
| Iglesis Adventista de Rockville | 2208 Rockland Ave, Rockville, MD 20851 |
| Interfaith Works Community Ministry of Montgomery Co. | 114 W Montgomery Ave Rockville MD 20850 |
| Islamic Center of Maryland | 19411 Woodfield Rd, Gaithersburg, MD 20879 |
| Islamic Community Center of Potomac | 10601 River Rd, Potomac, MD 20854 |
| Islamic Education Center | 7917 Montrose Rd, Potomac, MD 20854 |
| Jerusalem-Mt. Pleasant United Methodist Church | 21 Wood Ln Rockville MD 20850 |
| Jewish Rockville Outreach Center | 11304 Old Georgetown Road Rockville MD 20852 |
| Kol Shalom | 9110 Darnestown Rd, Rockville, MD 20850 |
| Korean Presbyterian Church of Rockville | 800 Hurley Ave. Rockville MD 20850 |
| Living Faith  Lutheran Church | 1605 Viers Mill Rd Rockville MD 20851 |
| Lutheran Church of the Cross | 12801 Falls Rd  Rockville MD 20854 |
| Mclean Bible Church | 12440 Parklawn Drive, Rockville, MD |
| Mt. Calvary Baptist Church | 608 North Horners Ln Rockville MD 20850 |
| National Korean UMC | 2181 Baltimore Road Rockville, MD 20851 |
| Our Lady of China Pastoral Center | 1001 Grandin Avenue, Rockville, MD 20851 |
| Rockville Assembly of God | 14225 Glen Mill Rd Rockville MD 20850 |
| Rockville Christian Church (Disciples of Christ) | 301 Adclare Rd Rockville MD 20850 |
| Rockville Church of God | 726 Anderson Avenue, Rockville, MD 20850 |
| Rockville Evangelical Mission Church | 110 Central Ave, Gaithersburg |
| Rockville Presbyterian Church | 215 W Montgomery Ave Rockville MD 20850 |
| Rockville Seventh-day Adventist Church | 727 W Montgomery Ave Rockville MD 20850 |
| Rockville United Church | 355 Linthicum St Rockville MD 20851 |
| Rockville United Methodist Church | 112 W Montgomery Ave  Rockville MD 20850 |

| | |
|---|---|
| Saint Martin of Tours Catholic Church | 201 S. Frederick Avenue, Gaithersburg |
| St Raphael Catholic Church | 1513 Dunster Rd Rockville MD 20854 |
| St. Elizabeth Catholic Church | 917 Montrose Rd  Rockville MD 20852 |
| St. Mary's Catholic Church | 520 Viers Mill Rd Rockville MD 20852 |
| Temple Beth Ami | 14330 Travilah Road Rockville MD, 20850 |
| The Baha'is Faith of Rockville | P.O. Box 1826 Rockville MD 20849-1826 |
| Tikvat Israel Congregation | 2200 Baltimore Road Rockville, MD 20851 |
| Twinbrook Community Church | 5906 Halpine Rd  Rockville MD 20851 |
| Unitarian Universalist Congregation of Rockville | 100 Welsh Park Dr Rockville MD 20850 |