

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

**Current Map**

MD

VA

DC

Scott's Run Nature Preserve

Exchange ramp proposed between managed lanes in Maryland and general purpose lanes in Virginia

Direct access from managed lanes in Maryland proposed at George Washington Memorial Parkway interchange

CAPITAL BELTWAY

495

BALLS HILL RD

BENJAMIN ST

LIVE OAK DR

GEORGE WASHINGTON MEMORIAL PKWY

Holy Trinity Church

HOLYROOD DR

ARBOR LN

RIVER OAKS DR

495

Proposed lanes will tie into the VDOT I-495 Express Lanes Northern Extension (495 NEXT) project

22BBB

227LS

227Z

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

**Legend:**

- LOD - Preferred Alternative
- Right-of-Way
- Roadway Baseline
- Edge of Lane
- General Purpose Lane
- General Purpose Lane VDOT 495 NEXT Project

- Managed Lane
- Managed Lane VDOT 495 NEXT Project
- Aerial Structure
- Aerial Structure VDOT 495 NEXT Project
- Shared Use Path
- Shared Use Path VDOT 495 NEXT Project

- Noise Barrier - Existing
- Noise Barrier - Proposed
- Proposed Stormwater Management Facility
- Trails
- Delineated Waterways (Feature ID, Refer to NRTR)
- Delineated Wetlands (Feature ID, Refer to NRTR)

- Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
- Park Property
- Potential Hazardous Concerns
- Place of Worship
- Parcel Boundaries

October 2021

0  50 100   200 Feet

**Environmental Resource Mapping**

*LOD*
*Preferred Alternative*

Appendix D
Map 1

495 270 MANAGED LANES STUDY

00032153



Case 8:22-cv-02597-DKC    Document 63-5    Filed 10/30/23    Page 2 of 40

Current Map

MD

VA

DC

Potomac
Heritage
Trail

This schematic reflects a conceptual design.
Collaboration between MDOT and VDOT
continues to ensure design compatibility
between the two independent projects at
the George Washington Memorial Parkway

The information shown is for the purpose of determining preliminary cost
estimates and environmental impacts and is subject to change during final
design. Any reliance on these plans is made with the full understanding of
their draft status. The proposed managed lane access points are based on
preliminary traffic and revenue analyses and may change as more detailed
analyses are completed.

George Washington
Memorial Parkway/Clara
Barton Memorial Parkway

CAPITAL BELTWAY

495

George Washington
Memorial Parkway

Direct access to managed
lanes in Maryland
proposed at George
Washington Memorial
Parkway interchange

Limit of Disturbance
extends along George
Washington Memorial
Parkway for placement of
signage in advance of
interchange at I-495.

GEORGE WASHINGTON
MEMORIAL PKWY

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening
were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow
for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves
forward, further avoidance and minimization to reduce needs will be
evaluated and prioritized, including, incentivizing the private sector through innovation.

LOD - Preferred Alternative
Right-of-Way
Roadway Baseline
Edge of Lane
General Purpose Lane
General Purpose Lane VDOT 495 NEXT Project

Managed Lane
Managed Lane VDOT 495 NEXT Project
Aerial Structure
Aerial Structure VDOT 495 NEXT Project
Shared Use Path
Shared Use Path VDOT 495 NEXT Project

Noise Barrier - Existing
Noise Barrier - Proposed
Proposed Stormwater Management Facility
Trails
FEMA Floodplain 100 Year
Delineated Waterways (Feature ID, Refer to NRTR)

Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
NWI Wetlands and Waterbodies
Forest Interior Dwelling Habitat
Historic Properties
Park Property
Parcel Boundaries

Environmental
Resource Mapping

LOD
Preferred Alternative

Appendix D
Map 2

October 2021

0  50 100      200
Feet

495 270 MANAGED
LANES STUDY

00032154



Current Map

MD

VA

DC

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

Limit of Disturbance extends along George Washington Memorial Parkway for placement of signage in advance of interchange at I-495.

George Washington Memorial Parkway

George Washington Memorial Parkway/Clara Barton Memorial Parkway

Potomac Heritage Trail

GEORGE WASHINGTON MEMORIAL PKWY

GEORGE WASHINGTON MEMORIAL PKWY

Map 1 Matchline

Limit of Disturbance in isolated areas along George Washington Memorial Parkway for removal of existing signs and installation of new signage in advance of interchange at I-495

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization will be evaluated and prioritized, including, incentivizing the private sector through innovation.

LOD - Preferred Alternative
Roadway Baseline
General Purpose Lane
General Purpose Lane VDOT 495 NEXT Project
Managed Lane

Managed Lane VDOT 495 NEXT Project
Aerial Structure
Aerial Structure VDOT 495 NEXT Project
Shared Use Path
Shared Use Path VDOT 495 NEXT Project

Noise Barrier - Existing
Noise Barrier - Proposed
Proposed Stormwater Management Facility
Trails
FEMA Floodplain 100 Year

Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
NWI Wetlands and Waterbodies
DNR Owned Properties and Conservation Easements
Historic Properties
Park Property
Parcel Boundaries

**Environmental Resource Mapping**

*LOD Preferred Alternative*

Appendix D
Map 3

N

0  50  100     200
Feet

October 2021

495 270 MANAGED LANES STUDY

00032155



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

Limit of Disturbance accommodates construction and access needs for replacement of American Legion Memorial Bridge.

Limit of Disturbance accommodates construction needs for replacement of American Legion Memorial Bridge.

George Washington Memorial Parkway/Clara Barton Memorial Parkway

(NSWCCD) Historic District

Chesapeake and Ohio Canal National Historical Park

Chesapeake and Ohio Canal National Historical Park

Clara Barton Parkway

CLARA BARTON PKWY

Potomac Heritage Trail

Fairfax County Virginia

LIVE OAK DR

CAPITAL BELTWAY

495

495

The reconstructed American Legion Bridge will include a new shared use path to connect facilities in Maryland and Virginia

A shared use path connection will be provided between the American Legion Bridge and MacArthur Blvd. Options for the alignment are still under study and are being coordinated with project stakeholders including NPS, MCDOT and M-NCPPC. The options are provided in Chapter 2, Section 2.3.8 and the preferred alignment will be provided in the FEIS.

George Washington Memorial Parkway/Clara Barton Memorial Parkway

George Washington

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

**Legend:**
- LOD - Preferred Alternative
- Right-of-Way
- Roadway Baseline
- Edge of Lane
- General Purpose Lane
- General Purpose Lane VDOT 495 NEXT Project
- Managed Lane
- Managed Lane VDOT 495 NEXT Project
- Aerial Structure
- Aerial Structure VDOT 495 NEXT Project
- Shared Use Path
- Shared Use Path VDOT 495 NEXT Project
- Noise Barrier - Existing
- Noise Barrier - Proposed
- Proposed Stormwater Management Facility
- Trails
- FEMA Floodplain 100 Year
- Delineated Waterways (Feature ID, Refer to NRTR)
- Delineated Wetlands (Feature ID, Refer to NRTR)
- Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
- NWI Wetlands and Waterbodies
- Forest Interior Dwelling Habitat
- Historic Properties
- Park Property
- Parcel Boundaries

**Environmental Resource Mapping**

*LOD Preferred Alternative*

Appendix D
Map 4

October 2021

0  50  100        200 Feet

495 270 MANAGED LANES STUDY

00032156



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

A shared use path connection will be provided between the American Legion Bridge and MacArthur Blvd.  Options for the alignment are still under study and are being coordinated with project stakeholders including NPS, MCDOT and M-NCPPC. The options are provided in Chapter 2, Section 2.3.8 and the preferred alignment will be provided in the FEIS.

Limit of Disturbance accommodates construction and access needs for replacement of American Legion Memorial Bridge.

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

**Legend:**
- LOD - Preferred Alternative
- Right-of-Way
- Roadway Baseline
- Edge of Lane
- General Purpose Lane
- General Purpose Lane VDOT 495 NEXT Project
- Managed Lane
- Managed Lane VDOT 495 NEXT Project
- Aerial Structure
- Aerial Structure VDOT 495 NEXT Project
- Shared Use Path
- Shared Use Path VDOT 495 NEXT Project
- Noise Barrier - Existing
- Noise Barrier - Proposed
- Proposed Stormwater Management Facility
- Trails
- Delineated Waterways (Feature ID, Refer to NRTR)
- Delineated Wetlands (Feature ID, Refer to NRTR)
- Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
- NWI Wetlands and Waterbodies
- Forest Interior Dwelling Habitat
- Historic Properties
- Park Property
- Potential Hazardous Concerns
- Parcel Boundaries

October 2021

N

0  50  100        200 Feet

**Environmental Resource Mapping**

Appendix D
Map 5

*LOD*
*Preferred Alternative*

495 270 MANAGED LANES STUDY



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

**Current Map**

MD

VA

DC

A shared use path connection will be provided between the American Legion Bridge and MacArthur Blvd. Options for the alignment are still under study and are being coordinated with project stakeholders including NPS, MCDOT and M-NCPPC. The options are provided in Chapter 2, Section 2.3.8 and the preferred alignment will be provided in the FEIS.

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

| Legend | | |
|---|---|---|
| LOD - Preferred Alternative | Managed Lane VDOT 495 NEXT Project | Noise Barrier - Proposed |
| Right-of-Way | Aerial Structure | Proposed Stormwater Management Facility |
| Roadway Baseline | Aerial Structure VDOT 495 NEXT Project | FEMA Floodplain 100 Year |
| Edge of Lane | Shared Use Path | Delineated Waterways (Feature ID, Refer to NRTR) |
| General Purpose Lane | Shared Use Path VDOT 495 NEXT Project | Delineated Wetlands (Feature ID, Refer to NRTR) |
| General Purpose Lane VDOT 495 NEXT Project | Noise Barrier - Existing | Delineated Wetlands Buffer (Feature ID, Refer to NRTR) |
| Managed Lane | | NWI Wetlands and Waterbodies |

Forest Conservation Act Easements
Historic Properties
Park Property
Potential Hazardous Concerns
Parcel Boundaries

**Environmental Resource Mapping**

*LOD Preferred Alternative*

Appendix D
Map 6

October 2021

0  50  100  200 Feet

495 270 MANAGED LANES STUDY

00032158



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

Current Map

MD

VA

DC

Congressional
Country Club

Carderock Springs
Elementary School

Carderock Springs
Historic District

PERSIMMON TREE LA

EGGERT DR

CRABAPPLE RD GR

STONE TRAIL DR

REDBUD WAY

HILLTOP CT

HAMILTON SPRING RD

MACKENZIE CT

HAMILTON SPRING RD

CAPITAL BELTWAY

495

495

495

OSAGE LA

TOMLINSON AVE

PERSIMMON TREE RD

ASBURY TERRACE

BARKWATER CT

BUXTON TER

CYPRESS GROVE LA

TOMLINSON AVE

Carderock
Springs
South

Moses Hall
Cemetery
(Pending)

Direct access from managed lanes at
Cabin John Parkway / MD 190 interchange.

The Preferred Alternative limits of disturbance
have been modified to avoid impacts to the
Morningstar Tabernacle No. 88 Moses Hall and
Cemetery property as reflected in this SDEIS

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

**Legend:**
- LOD - Preferred Alternative
- Right-of-Way
- Roadway Baseline
- Edge of Lane
- General Purpose Lane
- General Purpose Lane VDOT 495 NEXT Project
- Managed Lane
- Managed Lane VDOT 495 NEXT Project
- Aerial Structure
- Aerial Structure VDOT 495 NEXT Project
- Shared Use Path
- Shared Use Path VDOT 495 NEXT Project
- Noise Barrier - Existing
- Noise Barrier - Proposed
- Proposed Stormwater Management Facility
- Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
- Forest Conservation Act Easements
- Historic Properties
- Potential Hazardous Concerns
- School
- Parcel Boundaries

October 2021

0  50 100  200 Feet

N

Environmental
Resource Mapping

*LOD*
*Preferred Alternative*

Appendix D
Map 7

495 270 MANAGED
LANES STUDY

00032159



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

Direct access to proposed managed lanes at Cabin John Parkway / MD 190 interchange.

Limit of Disturbance accommodates culvert augmentation needs

Direct access from proposed managed lanes at Cabin John Parkway / MD 190 interchange.

Limit of Disturbance extends along Cabin John Parkway for construction access and maintenance of traffic

Limit of Disturbance accommodates culvert augmentation needs

The Preferred Alternative limits of disturbance have been modified to avoid impacts to the Morningstar Tabernacle No. 88 Moses Hall and Cemetery property as reflected in this SDEIS

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

**Legend**

- LOD - Preferred Alternative
- Right-of-Way
- Roadway Baseline
- Edge of Lane
- General Purpose Lane
- General Purpose Lane VDOT 495 NEXT Project
- Managed Lane

- Managed Lane VDOT 495 NEXT Project
- Aerial Structure
- Aerial Structure VDOT 495 NEXT Project
- Shared Use Path
- Shared Use Path VDOT 495 NEXT Project
- Noise Barrier - Existing
- Noise Barrier - Proposed

- Proposed Stormwater Management Facility
- Trails
- FEMA Floodplain 100 Year
- Delineated Waterways (Feature ID, Refer to HRTR)
- Delineated Wetlands (Feature ID, Refer to NRTR)
- Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
- NWI Wetlands and Waterbodies

- Forest Interior Dwelling Habitat
- Historic Properties
- Park Property
- Potential Hazardous Concerns
- Place of Worship
- Parcel Boundaries

**Environmental Resource Mapping**

*LOD Preferred Alternative*

Appendix D
Map 8

October 2021

0  50 100    200
Feet

495 270 MANAGED LANES STUDY

00032160



**Current Map**

MD

VA

DC

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

Limit of Disturbance accommodates culvert augmentation needs

Direct access to proposed managed lanes at Cabin John Parkway / MD 190 interchange.

Cabin John SVP Unit 2

Gibson Grove A.M.E. Zion Church

Gibson Grove Church

SEVEN LOCKS RD

Burning Tree Club

MARLYN HILL RD

CAPITAL BELTWAY

495

CABIN JOHN PKWY

PEPPERELL DR

PEPPERELL CT

RIVER RD

Exchange ramp proposed from general purpose lanes in Virginia to managed lanes in Maryland.

Direct access from proposed managed lanes at Cabin John Parkway / MD 190 interchange.

Direct access to proposed managed lanes at Cabin John Parkway / MD 190 interchange.

Direct access from proposed managed lanes at Cabin John Parkway / MD 190 interchange.

BURDETTE RD

INKROFF CT

ROYAL DOMINION DR

ROYAL DOMINION DR

ROYAL DOMINION CT

JENSEN

Booze Creek SVP

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

| Legend | | |
|---|---|---|
| LOD - Preferred Alternative | Managed Lane VDOT 495 NEXT Project | Proposed Stormwater Management Facility | Forest Interior Dwelling Habitat |
| Right-of-Way | Aerial Structure | Trails | Forest Conservation Act Easements |
| Roadway Baseline | Aerial Structure VDOT 495 NEXT Project | FEMA Floodplain 100 Year | Historic Properties |
| Edge of Lane | Shared Use Path | Delineated Waterways (Feature ID, Refer to NRTR) | Park Property |
| General Purpose Lane | Shared Use Path VDOT 495 NEXT Project | Delineated Wetlands (Feature ID, Refer to NRTR) | Potential Hazardous Concerns |
| General Purpose Lane VDOT 495 NEXT Project | Noise Barrier - Existing | Delineated Wetlands Buffer (Feature ID, Refer to NRTR) | Place of Worship |
| Managed Lane | Noise Barrier - Proposed | NWI Wetlands and Waterbodies | Parcel Boundaries |

**Environmental Resource Mapping**

*LOD Preferred Alternative*

October 2021

0  50 100    200 Feet

Appendix D
Map 9

495 270 MANAGED LANES STUDY

00032161



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

**Current Map**

Limit of Disturbance extends along MD 190 for construction access and maintenance of traffic.

Direct access to/from managed lanes proposed at Cabin John Parkway / MD 190 interchange.

Limit of Disturbance accommodates culvert augmentation needs

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

**Legend**
- LOD - Preferred Alternative
- Right-of-Way
- Roadway Baseline
- Edge of Lane
- General Purpose Lane
- General Purpose Lane VDOT 495 NEXT Project
- Managed Lane
- Managed Lane VDOT 495 NEXT Project
- Aerial Structure
- Aerial Structure VDOT 495 NEXT Project
- Shared Use Path
- Shared Use Path VDOT 495 NEXT Project
- Noise Barrier - Existing
- Noise Barrier - Proposed
- Proposed Stormwater Management Facility
- Trails
- Delineated Waterways (Feature ID, Refer to NRTR)
- Delineated Wetlands (Feature ID, Refer to NRTR)
- Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
- NWI Wetlands and Waterbodies
- Forest Conservation Act Easements
- Forest Interior Dwelling Habitat
- FEMA Floodplain 100 Year
- Historic Properties
- Park Property
- Parcel Boundaries

**Environmental Resource Mapping**

Appendix D
Map 10

*LOD*
*Preferred Alternative*

October 2021

0  50  100      200 Feet

495 270 MANAGED LANES STUDY

00032162



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

**Legend:**

- LOD - Preferred Alternative
- Right-of-Way
- Roadway Baseline
- Edge of Lane
- General Purpose Lane
- General Purpose Lane VDOT 495 NEXT Project

- Managed Lane
- Managed Lane VDOT 495 NEXT Project
- Aerial Structure
- Aerial Structure VDOT 495 NEXT Project
- Shared Use Path
- Shared Use Path VDOT 495 NEXT Project

- Noise Barrier - Existing
- Noise Barrier - Proposed
- Proposed Stormwater Management Facility
- FEMA Floodplain 100 Year
- Delineated Waterways (Feature ID, Refer to NRTR)
- Delineated Wetlands (Feature ID, Refer to NRTR)

- Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
- NWI Wetlands and Waterbodies
- Forest Conservation Act Easements
- Historic Properties
- Potential Hazardous Concerns
- Parcel Boundaries

October 2021

**Environmental Resource Mapping**

*LOD Preferred Alternative*

Appendix D
Map 11

0  50  100    200
Feet

495 / 270 MANAGED LANES STUDY

00032163



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

Limit of Disturbance extends along Bradley Blvd for construction access and maintenance of traffic

Direct access to/from managed lanes on I-495 and I-270 proposed at I-270 west spur / I-495 interchange.

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

**Legend**

- LOD - Preferred Alternative
- Right-of-Way
- Roadway Baseline
- Edge of Lane
- General Purpose Lane
- General Purpose Lane VDOT 495 NEXT Project
- Managed Lane
- Managed Lane VDOT 495 NEXT Project
- Aerial Structure
- Aerial Structure VDOT 495 NEXT Project
- Shared Use Path
- Shared Use Path VDOT 495 NEXT Project
- Noise Barrier - Existing
- Noise Barrier - Proposed
- Proposed Stormwater Management Facility
- FEMA Floodplain 100 Year
- Delineated Waterways (Feature ID, Refer to NRTR)
- Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
- NWI Wetlands and Waterbodies
- Forest Conservation Act Easements
- Potential Hazardous Concerns
- Parcel Boundaries

October 2021

**Environmental Resource Mapping**

*LOD Preferred Alternative*

Appendix D
Map 12

0  50  100    200 Feet

495 270 MANAGED LANES STUDY

00032164



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

Direct access to/from managed lanes on I-495 and I-270 proposed at I-270 west spur / I-495 interchange.

Limit of Disturbance accommodates culvert augmentation and stormwater management needs

Limit of Disturbance extends along Greentree Rd for construction access and maintenance of traffic.

Academy Woods
GRUBBY THICKET WAY
BARNETT RD
CAPITAL BELTWAY
LONGWOOD DR
GREENTREE RD
NEWBOLD DR

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

| Legend | | |
|---|---|---|
| LOD - Preferred Alternative | Managed Lane | NWI Wetlands and Waterbodies |
| Right-of-Way | Managed Lane VDOT 495 NEXT Project | Forest Conservation Act Easements |
| Roadway Baseline | Aerial Structure | Historic Properties |
| Edge of Lane | Aerial Structure VDOT 495 NEXT Project | Potential Hazardous Concerns |
| General Purpose Lane | Shared Use Path | Parcel Boundaries |
| General Purpose Lane VDOT 495 NEXT Project | Shared Use Path VDOT 495 NEXT Project | |
| | Noise Barrier - Existing | |
| | Noise Barrier - Proposed | |
| | Proposed Stormwater Management Facility | |
| | FEMA Floodplain 100 Year | |
| | Delineated Waterways (Feature ID, Refer to NRTR) | |
| | Delineated Wetlands Buffer (Feature ID, Refer to NRTR) | |

October 2021

N

0  50 100      200
Feet

**Environmental Resource Mapping**

*LOD Preferred Alternative*

Appendix D
Map 13

495 270 MANAGED LANES STUDY

00032165



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

The preliminary conceptual design for potential work to tie-in the proposed lanes to existing I-495 is still under review.

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

| | | | |
|---|---|---|---|
| LOD - Preferred Alternative | General Purpose Lane VDOT 495 NEXT Project | Shared Use Path | Delineated Waterways (Feature ID, Refer to NRTR) |
| Right-of-Way | Managed Lane | Shared Use Path VDOT 495 NEXT Project | Delineated Wetlands Buffer (Feature ID, Refer to NRTR) |
| Roadway Baseline | Managed Lane VDOT 495 NEXT Project | Noise Barrier - Existing | Forest Conservation Easement |
| Edge of Lane | Aerial Structure | Noise Barrier - Proposed | Potential Hazardous Concerns |
| General Purpose Lane | Aerial Structure VDOT 495 NEXT Project | Proposed Stormwater Management Facility | Parcel Boundaries |

Environmental
Resource Mapping

*LOD
Preferred Alternative*

Appendix D
Map 14

October 2021

0  50  100      200
Feet

495 270 MANAGED LANES STUDY

00032166



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

The preliminary conceptual design for potential work to tie-in the proposed lanes to existing I-495 is still under review.

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

Legend:
- LOD - Preferred Alternative
- Right-of-Way
- Roadway Baseline
- General Purpose Lane
- General Purpose Lane VDOT 495 NEXT Project

- Managed Lane
- Managed Lane VDOT 495 NEXT Project
- Aerial Structure
- Aerial Structure VDOT 495 NEXT Project
- Shared Use Path

- Shared Use Path VDOT 495 NEXT Project
- Noise Barrier - Existing
- Noise Barrier - Proposed
- Proposed Stormwater Management Facility
- Delineated Waterways (Feature ID, Refer to NRTR)

- Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
- NWI Wetlands and Waterbodies
- Potential Hazardous Concerns
- Parcel Boundaries

**Environmental Resource Mapping**

*LOD Preferred Alternative*

Appendix D
Map 15

October 2021

0  50  100    200 Feet

495 270 MANAGED LANES STUDY

00032167



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

The preliminary conceptual design for potential work to tie-in the proposed lanes to existing I-495 is still under review.

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be considered and prioritized, including, incentivizing the private sector through innovation.

**Legend**

- LOD - Preferred Alternative
- Right-of-Way
- General Purpose Lane
- Roadway Baseline
- General Purpose Lane VDOT 495 NEXT Project
- Managed Lane
- Managed Lane VDOT 495 NEXT Project
- Aerial Structure
- Aerial Structure VDOT 495 NEXT Project
- Shared Use Path
- Shared Use Path VDOT 495 NEXT Project
- Noise Barrier - Existing
- Noise Barrier - Proposed
- Proposed Stormwater Management Facility
- Trails
- Delineated Waterways (Feature ID, Refer to NRTR)
- Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
- NWI Wetlands and Waterbodies
- Forest Conservation Act Easements
- Historic Properties
- Park Property
- Potential Hazardous Concerns
- Parcel Boundaries

**Environmental Resource Mapping**

*LOD Preferred Alternative*

Appendix D
Map 16

October 2021

0  50 100    200 Feet

495 270 MANAGED LANES STUDY

00032168



Limit of Disturbance accommodates culvert augmentation and stormwater management needs

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

Limit of Disturbance accommodates culvert augmentation needs

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

**Legend:**

- LOD - Preferred Alternative
- Right-of-Way
- Roadway Baseline
- Edge of Lane
- General Purpose Lane
- General Purpose Lane VDOT 495 NEXT Project

- Managed Lane
- Managed Lane VDOT 495 NEXT Project
- Aerial Structure
- Aerial Structure VDOT 495 NEXT Project
- Shared Use Path
- Shared Use Path VDOT 495 NEXT Project

- Noise Barrier - Existing
- Noise Barrier - Proposed
- Proposed Stormwater Management Facility
- FEMA Floodplain 100 Year
- Delineated Waterways (Feature ID, Refer to NRTR)
- Delineated Wetlands (Feature ID, Refer to NRTR)

- Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
- NWI Wetlands and Waterbodies
- DNR Wetlands and Waterbodies
- Forest Conservation Act Easements
- Potential Hazardous Concerns
- Parcel Boundaries

**Environmental Resource Mapping**

*LOD Preferred Alternative*

October 2021

0  50 100      200 Feet

Appendix D
Map 17

495 270 MANAGED LANES STUDY

00032169



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

Direct access to/from managed lanes proposed at Westlake Terrace interchange.

Limit of Disturbance extends along Westlake Terrace for construction access and maintenance of traffic.

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

Legend:
- LOD - Preferred Alternative
- Right-of-Way
- Roadway Baseline
- Edge of Lane
- General Purpose Lane
- General Purpose Lane VDOT 495 NEXT Project
- Managed Lane
- Managed Lane VDOT 495 NEXT Project
- Aerial Structure
- Aerial Structure VDOT 495 NEXT Project
- Shared Use Path
- Shared Use Path VDOT 495 NEXT Project
- Noise Barrier - Existing
- Noise Barrier - Proposed
- Proposed Stormwater Management Facility
- FEMA Floodplain 100 Year
- Delineated Waterways (Feature ID, Refer to NRTR)
- Delineated Wetlands (Feature ID, Refer to NRTR)
- Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
- NWI Wetlands and Waterbodies
- DNR Wetlands and Waterbodies
- Park Property
- Potential Hazardous Concerns
- Post Office
- Parcel Boundaries

October 2021

0  50  100      200 Feet

Environmental Resource Mapping

Appendix D
Map 18

LOD
Preferred Alternative

495 270 MANAGED LANES STUDY

00032170



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

Current Map

MD

VA    DC

TUCKERMAN LA

TUCKERMAN LA

Grosvenor Park

VALERIAN LA

23Q-2

EISENHOWER-MEM HWY

I-270

23Q-6

23Q-1

23Q

23FF

RUDYARD DR

ROSSMORE DR

CHESHIRE TERR

ROSSMORE DR

ROSSMORE CT

Bethesda Trolley Trail

23G

23S

23P

DICKENS AVE

SNOW POINT DR

FLEMING AVE

I-270

23G-1

23G-6

The preliminary conceptual design for potential work to tie-in the proposed lanes to existing I-270 is still under review.

AVON DR

ST ALBANS

CHESHIRE DR

THORPE

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

LOD - Preferred Alternative
Right-of-Way
Roadway Baseline
Edge of Lane
General Purpose Lane
General Purpose Lane VDOT 495 NEXT Project

Managed Lane
Managed Lane VDOT 495 NEXT Project
Aerial Structure
Aerial Structure VDOT 495 NEXT Project
Shared Use Path
Shared Use Path VDOT 495 NEXT Project

Noise Barrier - Existing
Noise Barrier - Proposed
Proposed Stormwater Management Facility
Trails
FEMA Floodplain 100 Year
Delineated Waterways (Feature ID, Refer to NRTR)
Delineated Wetlands (Feature ID, Refer to NRTR)

Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
NWI Wetlands and Waterbodies
DNR Wetlands and Waterbodies
Forest Conservation Act Easements
Historic Properties
Park Property
Parcel Boundaries

**Environmental Resource Mapping**

*LOD Preferred Alternative*

Appendix D
Map 19

October 2021

0  50 100    200
Feet

495 270 MANAGED LANES STUDY

00032171



Current Map

MD

VA   DC

ROSEMONT O

Saint Marks United Presbyterian Church

Limit of Disturbance accommodates area for construction staging and materials storage

Limit of Disturbance extends along Old Georgetown Road for construction access and maintenance of traffic

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

| Legend | | |
|---|---|---|
| LOD - Preferred Alternative | Managed Lane | Noise Barrier - Existing |
| Right-of-Way | Managed Lane 495 NEXT Project | Noise Barrier - Proposed |
| Roadway Baseline | Aerial Structure | Proposed Stormwater Management Facility |
| Edge of Lane | Aerial Structure VDOT 495 NEXT Project | Delineated Waterways (Feature ID, Refer to NRTR) |
| General Purpose Lane | Shared Use Path | Delineated Wetlands (Feature ID, Refer to NRTR) |
| General Purpose Lane VDOT 495 NEXT Project | Shared Use Path VDOT 495 NEXT Project | Delineated Wetlands Buffer (Feature ID, Refer to NRTR) |

NWI Wetlands and Waterbodies
DNR Wetlands and Waterbodies
Forest Conservation Act Easements
Place of Worship
Recreation Center
Parcel Boundaries

**Environmental Resource Mapping**

*LOD Preferred Alternative*

Appendix D
Map 20

October 2021

0  50 100    200 Feet

495 270 MANAGED LANES STUDY

00032172



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

Current Map

Limit of Disturbance accommodates culvert augmentation needs

Limit of Disturbance accommodates culvert augmentation needs

EISENHOWER MEM HWY

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

Legend:
- LOD - Preferred Alternative
- Right-of-Way
- Roadway Baseline
- Edge of Lane
- General Purpose Lane
- General Purpose Lane VDOT 495 NEXT Project
- Managed Lane
- Managed Lane VDOT 495 NEXT Project
- Aerial Structure
- Aerial Structure VDOT 495 NEXT Project
- Shared Use Path
- Shared Use Path VDOT 495 NEXT Project
- Noise Barrier - Existing
- Noise Barrier - Proposed
- Proposed Stormwater Management Facility
- FEMA Floodplain 100 Year
- Delineated Waterways (Feature ID, Refer to NRTR)
- Delineated Wetlands (Feature ID, Refer to NRTR)
- Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
- NWI Wetlands and Waterbodies
- DNR Wetlands and Waterbodies
- Forest Conservation Act Easements
- Potential Hazardous Concerns
- Recreation Center
- Parcel Boundaries

**Environmental Resource Mapping**
*LOD Preferred Alternative*

Appendix D
Map 21

October 2021

0  50 100    200
Feet

495 270 MANAGED LANES STUDY

00032173



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

Current Map

MD

VA

DC

WESTLAKE DR

WESTLAKE DR

Limit of Disturbance accommodates area for construction staging and materials storage.

Limit of Disturbance accommodates culvert augmentation needs

23K

23HH

23DD

23K-I

23F

23F

23KC-I

23X

I-270 SPUR

270

270

Eisenhower Mem Hwy

23K-D

23KC

270

24A-C

24W

TUCKERMAN LN

Limit of Disturbance extends along Tuckerman Lane for construction access and maintenance of traffic.

EARLSGATE LA

LANCELOT DR

DAYBREAK CT

24A

24M

Tilden Woods SVP

Limit of Disturbance accommodates culvert augmentation needs

EARLSGATE WAY

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

LOD - Preferred Alternative
Right-of-Way
Roadway Baseline
Edge of Lane
General Purpose Lane
General Purpose Lane VDOT 495 NEXT Project
Managed Lane

Managed Lane VDOT 495 NEXT Project
Aerial Structure
Aerial Structure VDOT 495 NEXT Project
Shared Use Path
Shared Use Path VDOT 495 NEXT Project
Noise Barrier - Existing

Noise Barrier - Proposed
Proposed Stormwater Management Facility
Trails
Delineated Waterways (Feature ID, Refer to NRTR)
Delineated Wetlands (Feature ID, Refer to NRTR)
Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
NWI Wetlands and Waterbodies

DNR Wetlands and Waterbodies
Forest Conservation Act Easements
Park Property
Potential Hazardous Concerns
Parcel Boundaries

October 2021

0  50 100      200
Feet

Environmental Resource Mapping

Appendix D
Map 22

LOD
Preferred Alternative

495 270 MANAGED LANES STUDY

00032174



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

Limit of Disturbance accommodates culvert augmentation needs

Cabin John Regional Park

Old Farm NCA

HOUNDS WAY

HOUNDS WAY

SPLIT RAIL CT

EISENHOWER MEM HWY

Tilden Woods SVP

Limit of Disturbance accommodates culvert augmentation needs

OLD CLUB RD

OLD CLUB RD

FARMLAND DR

HITCHING POST LA

PLANTATION LA

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

**Legend:**

- LOD - Preferred Alternative
- Right-of-Way
- Roadway Baseline
- Edge of Lane
- General Purpose Lane
- General Purpose Lane VDOT 495 NEXT Project

- Managed Lane
- Managed Lane VDOT 495 NEXT Project
- Aerial Structure
- Aerial Structure VDOT 495 NEXT Project
- Shared Use Path
- Shared Use Path VDOT 495 NEXT Project

- Noise Barrier - Existing
- Noise Barrier - Proposed
- Proposed Stormwater Management Facility
- Trails
- Delineated Waterways (Feature ID, Refer to NRTR)
- Delineated Wetlands (Feature ID, Refer to NRTR)

- Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
- NWI Wetlands and Waterbodies
- DNR Wetlands and Waterbodies
- Forest Conservation Act Easements
- Park Property
- Parcel Boundaries

October 2021

0   50  100        200 Feet

**Environmental Resource Mapping**

*LOD Preferred Alternative*

Appendix D
Map 23

495 270 MANAGED LANES STUDY

00032175



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

Current Map

MD

VA

DC

Limit of Disturbance accommodates culvert augmentation needs

Limit of Disturbance accommodates culvert augmentation needs

Cabin John Regional Park

24D

24U

24T

24N

24P-3

24O

Mary's Matchline

EISENHOWER MEM HWY

EISENHOWER MEMORIAL HWY

270

270

270

24W

24V-6

Map 26 Matchline

24P-62

Map 23 Matchline

Limit of Disturbance accommodates culvert augmentation and stormwater management needs

DINWIDDIE DR

24K

24L

24P-2

PLANTATION LA

PLANTATION CT

OLD GATE PL

OLD STAGE CT

OLD STAGE RD

Cabin John SVP Unit 6

24P

24K

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

| Legend | | |
|---|---|---|
| LOD - Preferred Alternative | Managed Lane | Shared Use Path VDOT 495 NEXT Project |
| Right-of-Way | Managed Lane VDOT 495 NEXT Project | Noise Barrier - Existing |
| Roadway Baseline | Aerial Structure | Noise Barrier - Proposed |
| Edge of Lane | Aerial Structure VDOT 495 NEXT Project | Proposed Stormwater Management Facility |
| General Purpose Lane | Shared Use Path | Trails |
| General Purpose Lane VDOT 495 NEXT Project | | Delineated Waterways (Feature ID, Refer to NRTR) |

Delineated Wetlands (Feature ID, Refer to NRTR)
Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
NWI Wetlands and Waterbodies
DNR Wetlands and Waterbodies
Park Property
Parcel Boundaries

**Environmental Resource Mapping**

*LOD Preferred Alternative*

Appendix D
Map 24

October 2021

0  50 100    200
Feet

495 270 MANAGED LANES STUDY

00032176



Current Map

MD

VA

DC

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

Limit of Disturbance extends along Montrose Road for construction access and maintenance of traffic

Cabin John Regional Park

Map 26 Match Line

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

LOD - Preferred Alternative
Right-of-Way
Roadway Baseline
Edge of Lane
General Purpose Lane
General Purpose Lane VDOT 495 NEXT Project
Managed Lane

Managed Lane VDOT 495 NEXT Project
Aerial Structure
Aerial Structure VDOT 495 NEXT Project
Shared Use Path
Shared Use Path VDOT 495 NEXT Project
Noise Barrier - Existing

Noise Barrier - Proposed
Proposed Stormwater Management Facility
FEMA Floodplain 100 Year
Delineated Waterways (Feature ID, Refer to NRTR)
Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
NWI Wetlands and Waterbodies
DNR Wetlands and Waterbodies

Forest Conservation Act Easements
Park Property
MDE Land Restoration Program Site
Potential Hazardous Concerns
Parcel Boundaries

October 2021

0  50 100          200
Feet

**Environmental Resource Mapping**

*LOD
Preferred Alternative*

Appendix D
Map 25

495 270 MANAGED LANES STUDY

00032177



EISENHOWER MEMORIAL HWY

Current Map

MD

VA

DC

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

TOWER OAKS BLVD

Cabin John SVP, Unit 6

Cabin John SVP (Rockville)

PRESERVE PKWY

Limit of Disturbance extends along Montrose Road for construction access and maintenance of traffic

TOWER OAKS BLVD

GREEN PASTURE DR

FARM HAVEN CT

NOB TERRACE LN

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

LOD - Preferred Alternative
Right-of-Way
Roadway Baseline
Edge of Lane
General Purpose Lane
General Purpose Lane VDOT 495 NEXT Project
Managed Lane

Managed Lane VDOT 495 NEXT Project
Aerial Structure
Aerial Structure VDOT 495 NEXT Project
Shared Use Path
Shared Use Path VDOT 495 NEXT Project
Noise Barrier - Existing

Noise Barrier - Proposed
Proposed Stormwater Management Facility
FEMA Floodplain 100 Year
Delineated Waterways (Feature ID, Refer to NRTR)
Delineated Wetlands (Feature ID, Refer to NRTR)
Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
NWI Wetlands and Waterbodies

DNR Wetlands and Waterbodies
Forest Conservation Act Easements
Park Property
Potential Hazardous Concerns
Parcel Boundaries

Environmental Resource Mapping

Appendix D
Map 26

October 2021

0  50 100    200
Feet

LOD
Preferred Alternative

495 270 MANAGED LANES STUDY

00032178



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

Limit of Disturbance accommodates culvert augmentation needs

Direct access to/from managed lanes proposed at new Wootton Parkway interchange.

SEVEN LOCKS RD
TWILL OAKSHORE
HALESWORTH DR
MONROE ST
SEVEN LOCKS RD
WOOTTON PKWY
SEVEN LOCKS RD
FORTUNE TERR
POTOMAC PARK AVE
Map 28 Matchline
WOOTTON PKWY
EISENHOWER MEMORIAL HWY
TOWER OAKS BLVD

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

**Legend:**

- LOD - Preferred Alternative
- Right-of-Way
- Roadway Baseline
- Edge of Lane
- General Purpose Lane
- General Purpose Lane VDOT 495 NEXT Project

- Managed Lane
- Managed Lane VDOT 495 NEXT Project
- Aerial Structure
- Aerial Structure VDOT 495 NEXT Project
- Shared Use Path
- Shared Use Path VDOT 495 NEXT Project

- Noise Barrier - Existing
- Noise Barrier - Proposed
- Proposed Stormwater Management Facility
- Delineated Waterways (Feature ID, Refer to NRTR)
- Delineated Wetlands (Feature ID, Refer to NRTR)
- Delineated Wetlands Buffer (Feature ID, Refer to NRTR)

- DNR Wetlands and Waterbodies
- Forest Conservation Act Easements
- Potential Hazardous Concerns
- Correctional Facility
- Parcel Boundaries

**Environmental Resource Mapping**

*LOD Preferred Alternative*

Appendix D
Map 27

October 2021

0  50  100      200 Feet

495 270 MANAGED LANES STUDY

00032179



Current Map

MD

VA

DC

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

WOOTTON PKWY

EISENHOWER MEMORIAL HWY

270

TOWER OAKS BLVD

TOWER OAKS BLVD

Map 27 Match Line

Direct access to/from managed lanes proposed at new Wootton Parkway interchange.

Limit of Disturbance accommodates culvert augmentation and stormwater management needs

SCANDIA WAY

Cabin John SVP (Rockville)

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

| | | |
|---|---|---|
| LOD - Preferred Alternative | Managed Lane VDOT 495 NEXT Project | Noise Barrier - Proposed |
| Right-of-Way | Aerial Structure | Proposed Stormwater Management Facility |
| Roadway Baseline | Aerial Structure VDOT 495 NEXT Project | FEMA Floodplain 100 Year |
| Edge of Lane | Shared Use Path | Delineated Waterways (Feature ID, Refer to NRTR) |
| General Purpose Lane | Shared Use Path VDOT 495 NEXT Project | Delineated Wetlands (Feature ID, Refer to NRTR) |
| General Purpose Lane VDOT 495 NEXT Project | Noise Barrier - Existing | Delineated Wetlands Buffer (Feature ID, Refer to NRTR) |
| Managed Lane | | NWI Wetlands and Waterbodies |

| |
|---|
| DNR Wetlands and Waterbodies |
| Forest Conservation Act Easements |
| Park Property |
| Potential Hazardous Concerns |
| Parcel Boundaries |

October 2021

Environmental Resource Mapping

LOD
Preferred Alternative

Appendix D
Map 28

495 270 MANAGED LANES STUDY

0  50 100        200
Feet

00032180



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

Limit of Disturbance extends along Falls Road for construction access and maintenance of traffic

Limit of Disturbance accommodates culvert augmentation needs

SEVEN LOCKS RD

EISENHOWER MEMORIAL HWY

Julius West Middle School Athletic Fields

West (Julius) Middle School

Millennium Garden Park

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

Legend:
- LOD - Preferred Alternative
- Right-of-Way
- Roadway Baseline
- Edge of Lane
- General Purpose Lane
- General Purpose Lane VDOT 495 NEXT Project
- Managed Lane
- Managed Lane VDOT 495 NEXT Project
- Aerial Structure
- Aerial Structure VDOT 495 NEXT Project
- Shared Use Path
- Shared Use Path VDOT 495 NEXT Project
- Noise Barrier - Existing
- Noise Barrier - Proposed
- Proposed Stormwater Management Facility
- Trails
- Delineated Waterways (Feature ID, Refer to NRTR)
- Delineated Wetlands (Feature ID, Refer to NRTR)
- Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
- DNR Wetlands and Waterbodies
- Forest Conservation Act Easements
- Park Property
- Potential Hazardous Concerns
- Correctional Facility
- School
- Parcel Boundaries

October 2021

0  50 100    200 Feet

**Environmental Resource Mapping**

*LOD*
*Preferred Alternative*

Appendix D
Map 29

495 270 MANAGED LANES STUDY

00032181



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

Limit of Disturbance accommodates potential modifications to existing stormwater management facility.

Limit of Disturbance accommodates culvert augmentation needs

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

**Legend**

- LOD - Preferred Alternative
- Right-of-Way
- Roadway Baseline
- Edge of Lane
- General Purpose Lane
- General Purpose Lane VDOT 495 NEXT Project
- Managed Lane
- Managed Lane VDOT 495 NEXT Project
- Aerial Structure
- Aerial Structure VDOT 495 NEXT Project
- Shared Use Path
- Shared Use Path VDOT 495 NEXT Project
- Noise Barrier - Existing
- Noise Barrier - Proposed
- Proposed Stormwater Management Facility
- FEMA Floodplain 100 Year
- Delineated Waterways (Feature ID, Refer to NRTR)
- Delineated Wetlands (Feature ID, Refer to NRTR)
- Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
- NWI Wetlands and Waterbodies
- DNR Wetlands and Waterbodies
- Forest Conservation Act Easements
- Park Property
- Potential Hazardous Concerns
- Place of Worship
- School
- Parcel Boundaries

**Environmental Resource Mapping**

LOD
Preferred Alternative

Appendix D
Map 30

October 2021

0  50  100    200
Feet

495 270 MANAGED LANES STUDY

00032182



Limit of Disturbance accommodates culvert augmentation needs

Limit of Disturbance accommodates culvert augmentation needs

Limit of Disturbance accommodates culvert augmentation needs

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

**Legend:**
- LOD - Preferred Alternative
- Right-of-Way
- Roadway Baseline
- Edge of Lane
- General Purpose Lane
- General Purpose Lane VDOT 495 NEXT Project
- Managed Lane
- Managed Lane VDOT 495 NEXT Project
- Aerial Structure
- Aerial Structure VDOT 495 NEXT Project
- Shared Use Path
- Shared Use Path VDOT 495 NEXT Project
- Noise Barrier - Existing
- Noise Barrier - Proposed
- Trails
- FEMA Floodplain 100 Year
- Delineated Waterways (Feature ID, Refer to NRTR)
- Delineated Wetlands (Feature ID, Refer to NRTR)
- Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
- NWI Wetlands and Waterbodies
- DNR Wetlands and Waterbodies
- Forest Conservation Act Easements
- Historic Properties
- Park Property
- Potential Hazardous Concerns
- Place of Worship
- School
- Parcel Boundaries

October 2021

Environmental Resource Mapping

Appendix D
Map 31

*LOD*
*Preferred Alternative*

0  50  100  200 Feet

I-270 MANAGED LANES STUDY / 495

00032183



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

Current Map

MD

VA

DC

RESEARCH BLVD

EISENHOWER MEMORIAL HWY

NELSON ST

Woodley Gardens Park

AZALEA DR

AZALEA DR

Woodley Gardens

HAWTHORN CT

NELSON ST

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

| Legend | | |
|---|---|---|
| LOD - Preferred Alternative | Managed Lane | Noise Barrier - Existing |
| Right-of-Way | Managed Lane VDOT 495 NEXT Project | Noise Barrier - Proposed |
| Roadway Baseline | Aerial Structure | Proposed Stormwater Management Facility |
| Edge of Lane | Aerial Structure VDOT 495 NEXT Project | FEMA Floodplain 100 Year |
| General Purpose Lane | Shared Use Path | Delineated Wetlands Buffer (Feature ID, Refer to NRTR) |
| General Purpose Lane VDOT 495 NEXT Project | Shared Use Path VDOT 495 NEXT Project | NWI Wetlands and Waterbodies |

DNR Wetlands and Waterbodies
Forest Conservation Act Easements
Historic Properties
Park Property
Potential Hazardous Concerns
Parcel Boundaries

October 2021

0  50 100    200 Feet

**Environmental Resource Mapping**

*LOD*
*Preferred Alternative*

Appendix D
Map 32

495 270 MANAGED LANES STUDY

00032184



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

Direct access to/from managed lanes proposed at new Gude Drive interchange.

Limit of Disturbance accommodates culvert augmentation needs

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

Legend:
- LOD - Preferred Alternative
- Right-of-Way
- Roadway Baseline
- Edge of Lane
- General Purpose Lane
- General Purpose Lane VDOT 495 NEXT Project
- Managed Lane
- Managed Lane VDOT 495 NEXT Project
- Aerial Structure
- Aerial Structure VDOT 495 NEXT Project
- Shared Use Path
- Shared Use Path VDOT 495 NEXT Project
- Noise Barrier - Existing
- Noise Barrier - Proposed
- Proposed Stormwater Management Facility
- Trails
- FEMA Floodplain 100 Year
- Delineated Wetlands Buffer (Feature ID; Refer to NRTR)
- DNR Wetlands and Waterbodies
- Forest Conservation Act Easements
- Historic Properties
- Park Property
- Potential Hazardous Concerns
- Recreation Center
- Parcel Boundaries

October 2021

Environmental Resource Mapping
Appendix D
Map 33
LOD
Preferred Alternative

0  50 100      200 Feet

495 270 MANAGED LANES STUDY

00032185



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

RESEARCH CT

CORPORATE BLVD

EISENHOWER MEMORIAL HWY

Shady Grove Medical Center, Kaiser Permanente

**Limit of Disturbance accommodates culvert augmentation needs**

**Limit of Disturbance accommodates area for construction staging and materials storage.**

SHADY GROVE RD

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

| Legend | | |
|---|---|---|
| LOD - Preferred Alternative | Managed Lane | Noise Barrier - Existing |
| Right-of-Way | Managed Lane VDOT 495 NEXT Project | Noise Barrier - Proposed |
| Roadway Baseline | Aerial Structure | Proposed Stormwater Management Facility |
| Edge of Lane | Aerial Structure VDOT 495 NEXT Project | Delineated Waterways (Feature ID, Refer to NRTR) |
| General Purpose Lane | Shared Use Path | Delineated Wetlands (Feature ID, Refer to NRTR) |
| General Purpose Lane VDOT 495 NEXT Project | Shared Use Path VDOT 495 NEXT Project | Delineated Wetlands Buffer (Feature ID, Refer to NRTR) |

DNR Wetlands and Waterbodies
Forest Conservation Act Easements
Potential Hazardous Concerns
Hospital
Parcel Boundaries

**Environmental Resource Mapping**

*LOD*
*Preferred Alternative*

Appendix D
Map 34

October 2021

0  50  100  200 Feet

495 270 MANAGED LANES STUDY

00032186



Current Map

MD

VA

DC

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

WASHINGTONIAN BLVD

Limit of Disturbance accommodates culvert augmentation needs

EISENHOWER MEMORIAL HWY

I-270

GAITHER RD

GAITHER DR

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

| Legend | | |
|---|---|---|
| LOD - Preferred Alternative | Managed Lane | Forest Conservation Act Easements |
| Right-of-Way | Managed Lane VDOT 495 NEXT Project | MDE Land Restoration Program Site |
| Roadway Baseline | Aerial Structure | Potential Hazardous Concerns |
| Edge of Lane | Aerial Structure VDOT 495 NEXT Project | Delineated Wetlands Buffer (Feature ID, Refer to NRTR) |
| General Purpose Lane | Shared Use Path | NWI Wetlands and Waterbodies |
| General Purpose Lane VDOT 495 NEXT Project | Shared Use Path VDOT 495 NEXT Project | DNR Wetlands and Waterbodies |
| | | Noise Barrier - Existing |
| | | Noise Barrier - Proposed |
| | | Proposed Stormwater Management Facility |
| | | Parcel Boundaries |

October 2021

Environmental Resource Mapping

LOD
Preferred Alternative

Appendix D
Map 35

0  50 100    200
Feet

495 270 MANAGED LANES STUDY

00032187



Current Map

MD

VA

DC

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

Limit of Disturbance accommodates culvert augmentation needs

Malcolm King Park

Limit of Disturbance accommodates culvert augmentation needs

Limit of Disturbance accommodates culvert augmentation needs

Morris Park

EISENHOWER MEMORIAL HWY

Direct access to / from managed lanes proposed at I-370 interchange

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

| Legend | | |
|---|---|---|
| LOD - Preferred Alternative | Managed Lane | Noise Barrier - Existing |
| Right-of-Way | Managed Lane VDOT 495 NEXT Project | Noise Barrier - Proposed |
| Roadway Baseline | Aerial Structure | Proposed Stormwater Management Facility |
| Edge of Lane | Aerial Structure 495 NEXT Project | Trails |
| General Purpose Lane | Shared Use Path | FEMA Floodplain 100 Year |
| General Purpose Lane VDOT 495 NEXT Project | Shared Use Path VDOT 495 NEXT Project | Delineated Waterways (Feature ID, Refer to NRTR) |

Delineated Wetlands (Feature ID, Refer to NRTR)
Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
NWI Wetlands and Waterbodies
DNR Wetlands and Waterbodies
Forest Conservation Act Easements
Park Property
Potential Hazardous Concerns
Parcel Boundaries

October 2021

0  50 100    200 Feet

**Environmental Resource Mapping**

*LOD Preferred Alternative*

Appendix D
Map 36

495 270 MANAGED LANES STUDY

00032188



Current Map

MD

VA

DC

Malcolm
King Park

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

29A C2

29A C1

29A A1

29A C1

2BB

29A

29A C

SAM EIG HWY

Limit of Disturbance
extends along I-370
for construction
access and
maintenance of traffic

WASHINGTONIAN
BLVD

WASHINGTONIAN BLVD

FIELDS RD

29A C

RIO BLVD

SHELBURNE TER

MAHOGANY

2BA

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

| | | |
|---|---|---|
| LOD - Preferred Alternative | Managed Lane | Shared Use Path VDOT 495 NEXT Project |
| Right-of-Way | Managed Lane VDOT 495 NEXT Project | Noise Barrier - Existing |
| Roadway Baseline | Aerial Structure | Noise Barrier - Proposed |
| Edge of Lane | Aerial Structure VDOT 495 NEXT Project | Proposed Stormwater Management Facility |
| General Purpose Lane | Shared Use Path | Delineated Waterways (Feature ID, Refer to NRTR) |
| General Purpose Lane VDOT 495 NEXT Project | | Delineated Wetlands Buffer (Feature ID, Refer to NRTR) |

NWI Wetlands and Waterbodies
DNR Wetlands and Waterbodies
Forest Conservation Act Easements
Park Property
Potential Hazardous Concerns
Parcel Boundaries

Environmental
Resource Mapping

LOD
Preferred Alternative

Appendix D
Map 37

October 2021

0  50 100      200
Feet

495 270 MANAGED LANES STUDY

00032189



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

Limit of Disturbance accommodates culvert augmentation needs

Limit of Disturbance accommodates culvert augmentation needs

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

**Legend:**
- LOD - Preferred Alternative
- Right-of-Way
- Roadway Baseline
- Edge of Lane
- General Purpose Lane
- General Purpose Lane VDOT 495 NEXT Project

- Managed Lane
- Managed Lane VDOT 495 NEXT Project
- Aerial Structure
- Aerial Structure VDOT 495 NEXT Project
- Shared Use Path
- Shared Use Path VDOT 495 NEXT Project

- Noise Barrier - Existing
- Noise Barrier - Proposed
- Proposed Stormwater Management Facility
- FEMA Floodplain 100 Year
- Delineated Waterways (Feature ID, Refer to NRTR)
- Delineated Wetlands Buffer (Feature ID, Refer to NRTR)

- NWI Wetlands and Waterbodies
- DNR Wetlands and Waterbodies
- Forest Conservation Act Easements
- Potential Hazardous Concerns
- Parcel Boundaries

October 2021

0  50  100      200 Feet

**Environmental Resource Mapping**

*LOD*
*Preferred Alternative*

Appendix D
Map 38

495 270 MANAGED LANES STUDY

00032190



Current Map

MD

VA

DC

The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

Limit of Disturbance accommodates culvert augmentation needs

The preliminary conceptual design for potential work to tie-in the proposed lanes to existing I-270 is still under review

WEST SIDE DR

WEST SIDE DR

EISENHOWER MEMORIAL HWY

DUVALL LA

DUVALL LA

Limit of Disturbance accommodates culvert augmentation needs

Morris Park

BRALAN CT

W DEER PARK RD

W DEER PARK RD

Improvements that required reconfiguration of interchange ramps, adjustments to the existing ramps, or the profile for roads that cross over I-495 and I-270 due to mainline widening were designed at a preliminary level. In general, the limits of disturbance were set along existing right-of-way at existing interchanges to incorporate these modifications and to allow for flexibility to accommodate the ultimate interchange configuration and maintenance of traffic needs along the crossroads with consideration for resources in these areas.

Property and environmental needs are preliminary. As the study moves forward, further avoidance and minimization to reduce needs will be evaluated and prioritized, including, incentivizing the private sector through innovation.

| Legend | | |
|---|---|---|
| LOD - Preferred Alternative | Managed Lane | Noise Barrier - Existing |
| Right-of-Way | Managed Lane VDOT 495 NEXT Project | Noise Barrier - Proposed |
| Roadway Baseline | Aerial Structure | Proposed Stormwater Management Facility |
| Edge of Lane | Aerial Structure VDOT 495 NEXT Project | Trails |
| General Purpose Lane | Shared Use Path | FEMA Floodplain 100 Year |
| General Purpose Lane VDOT 495 NEXT Project | Shared Use Path VDOT 495 NEXT Project | Delineated Waterways (Feature ID, Refer to NRTR) |
| | | Delineated Wetlands (Feature ID, Refer to NRTR) |

Delineated Wetlands Buffer (Feature ID, Refer to NRTR)
NWI Wetlands and Waterbodies
DNR Wetlands and Waterbodies
Historic Properties
Park Property
Potential Hazardous Concerns
Parcel Boundaries

**Environmental Resource Mapping**

*LOD Preferred Alternative*

Appendix D
Map 39

October 2021

0  50 100        200 Feet

495 270 MANAGED LANES STUDY

00032191

00032192