

# APPENDIX C
# TRAFFIC ANALYSIS TECHNICAL REPORT
## May 2020





00036559



## TABLE OF CONTENTS

1    INTRODUCTION ........................................................................................................................ 1

    1.1    Overview ...................................................................................................................... 1

    1.2    Study Corridors ............................................................................................................ 1

    1.3    Study Purpose and Need............................................................................................... 2

    1.4    Alternatives Evaluated ................................................................................................. 4

2    DEVELOPMENT AND CALIBRATION OF EXISTING TRAFFIC MODELS ......................................... 9

    2.1    Model Area Limits ........................................................................................................ 9

    2.2    Analysis Years and Background Projects....................................................................... 15

    2.3    Measures of Effectiveness ........................................................................................... 20

    2.4    Traffic Analysis Tools ................................................................................................... 20

    2.5    Overview of Modeling Methodology ............................................................................ 21

    2.6    Data Collection............................................................................................................. 22

    2.7    Traffic Counts .............................................................................................................. 22

    2.8    Speed Data .................................................................................................................. 27

    2.9    Reliability..................................................................................................................... 38

    2.10    Signal Timing ............................................................................................................. 41

    2.11    Regional Travel Demand Model Calibration: MWCOG................................................. 42

    2.12    Microsimulation Model Calibration: VISSIM............................................................... 53

3    SUMMARY OF EXISTING CONDITIONS .................................................................................... 65

    3.1    Annual Average Daily Traffic........................................................................................ 65

    3.2    Travel Times and Speeds.............................................................................................. 65

    3.3    Vehicle Demand, Throughput, and Percent Demand Met ............................................. 67

    3.4    Freeway Segment and Arterial Intersection Level of Service (LOS)............................... 72

4    DEVELOPMENT OF FUTURE ALTERNATIVE MODELS................................................................ 75

    4.1    Key Assumptions.......................................................................................................... 75

    4.2    Initial Screening of Alternatives .................................................................................. 79

    4.3    Regional Travel Demand Model Alternatives Analysis: MWCOG ................................. 80

    4.4    MWCOG Model Post Processing ................................................................................... 81

5    SUMMARY OF FUTURE CONDITIONS ...................................................................................... 89

    5.1    Average Daily Traffic and Peak Period Demand Volumes ............................................. 89

    5.2    Speeds and Travel Times.............................................................................................. 111

    5.3    Vehicle Demand, Throughput, and Percent Demand Met ............................................. 126

00036560

5.4    System-Wide Delay ....................................................................................................... 137

5.5    Density and Level of Service (LOS) ............................................................................... 138

5.6    Travel Time Index .......................................................................................................... 141

5.7    Freight ............................................................................................................................ 142

5.8    Latent and Induced Demand .......................................................................................... 144

5.9    Effect on Local Roadway Network ................................................................................. 148

6    SAFETY ANALYSIS .................................................................................................................. 151

7    NEXT STEPS ............................................................................................................................ 154

## LIST OF TABLES

Table 2-1: I-495 Interchanges and Lane Configurations Included in Model ................................. 12

Table 2-2: I-270 Interchanges and Lane Configurations Included in Model ................................. 13

Table 2-3: Top Congested Segments in the Study Area and Reliability Values (AM Peak Hour) .............. 39

Table 2-4: Top Congested Segments in the Study Area and Reliability Values (PM Peak Hour) .............. 40

Table 2-5: 2017 and 2040 No Build Study Corridors TTI (AM Peak Hour) ................................. 41

Table 2-6: 2017 and 2040 No Build Study Corridors TTI (PM Peak Hour) ................................. 41

Table 2-7: Observed versus Simulated AAWDT Volumes by Screenline ..................................... 51

Table 2-8: VISSIM Outputs of Calibration: Travel Times ............................................................ 56

Table 2-9: VISSIM Outputs of Calibration: Segment Compliance Summary ............................... 57

Table 2-10: VISSIM Outputs of Calibration: Long Segments Compliance Summary .................... 58

Table 3-1: I-495 and I-270 Existing (2017) Travel Demand ......................................................... 67

Table 3-2: I-495 and I-270 Existing (2017) Vehicle Throughputs ................................................ 67

Table 3-3: I-495 and I-270 Existing (2017) Person Throughputs ................................................. 68

Table 3-4: I-495 and I-270 Existing (2017) Percent Vehicle Demand Met ................................... 68

Table 5-1: I-495 Inner Loop Peak Period Existing (2017) and 2025/2040 Alternative 1/
    No Build Travel Times (minutes) ............................................................................... 118

Table 5-2: I-495 Outer Loop Peak Period Existing (2017) and 2025/2040 Alternative 1/
    No Build Travel Times (minutes) ............................................................................... 119

Table 5-3: I-270 Southbound Peak Period Existing (2017) and 2025/2040 Alternative 1/
    No Build Travel Times (minutes) ............................................................................... 120

Table 5-4: I-495 Northbound Peak Period Existing (2017) and 2025/2040 Alternative 1/
    No Build Travel Times (minutes) ............................................................................... 121

Table 5-5: Corridor Travel Time Summary (minutes) – AM Peak Period ................................... 123

Table 5-6: Corridor Travel Time Summary (minutes) – PM Peak Period ................................... 123

Table 5-7: I-495 and I-270 2025 Alternative 1/No Build Travel Demand ................................... 126

Table 5-8: I-495 and I-270 2040 Alternative 1/No Build Travel Demand ................................... 126

Table 5-9: I-495 and I-270 2025 Alternative 1/No Build Vehicle Throughputs .......................... 127

Table 5-10: I-495 and I-270 2040 Alternative 1/No Build Vehicle Throughputs ......................... 127

Table 5-11: I-495 and I-270 2025 Alternative 1/No Build Person Throughputs .......................... 127

Table 5-12: I-495 and I-270 2040 Alternative 1/No Build Person Throughputs .......................... 128

00036561

Table 5-13: I-495 and I-270 2025 Alternative 1/No Build Percent Vehicle Demand Met ........................ 128
Table 5-14: I-495 and I-270 2040 Alternative 1/No Build Percent Vehicle Demand Met ........................ 128
Table 5-15: Summary of 2040 Screened Alternatives Vehicle Throughput Results (veh/hr)................... 135
Table 5-16: Summary of 2040 Screened Alternatives Person Throughput Results (veh/hr)................... 135
Table 5-17: Summary of 2040 Screened Alternatives Percent Change in Vehicle Throughput vs. 2040
    Alternative 1/No Build.................................................................................................................... 136
Table 5-18: Summary of 2040 Screened Alternatives Percent Change in Vehicle Throughput vs. 2040
    Alternative 1/No Build.................................................................................................................... 136
Table 5-19: Summary of 2040 Screened Alternatives System-Wide Delay Results................................. 138
Table 5-20: Summary of 2040 Screened Alternatives Percent of Lane Miles Operating at LOS F ........... 138
Table 5-21: Summary of 2040 Screened Alternatives Travel Time Index (TTI) Results for General Purpose
Lanes .................................................................................................................................................... 143
Table 5-22: Summary of 2040 Screened Alternatives Network-wide Latent Demand from VISSIM........ 148
Table 5-23: Summary of 2040 Screened Alternatives Effect on the Local Roadway Network................. 149
Table 6-1: Summary of Crashes along I-495 (2012-2017)........................................................................ 152
Table 6-2: Summary of Crashes along I-270 (2012-2017)........................................................................ 152

## LIST OF FIGURES

Figure 1-1: I-495 and I-270 Managed Lanes Study Corridors ....................................................................... 2
Figure 1-2: Typical Sections of Alternatives Considered.............................................................................. 7
Figure 2-1: Limits of Traffic Model Network and Interchange Locations Included along I-495 and I-270 . 11
Figure 2-2: Locations of High Occupancy Vehicle (HOV) and Collector-Distributor (CD) Lanes................ 14
Figure 2-3: Average Speeds (mph) for Tuesdays, Wednesdays, and Thursdays in May 2017................... 15
Figure 2-4: I-270 Innovative Congestion Management (ICM) Improvements............................................ 16
Figure 2-5: I-270 at Watkins Mill Road Interchange ................................................................................. 17
Figure 2-6: Greenbelt Metro Station Access Improvements ..................................................................... 18
Figure 2-7: VDOT NEXT Study Area........................................................................................................... 19
Figure 2-8: Cube, Synchro, and VISSIM Models........................................................................................ 21
Figure 2-9: Modeling Methodology .......................................................................................................... 22
Figure 2-10: I-495 Existing (2017) ADTs.................................................................................................... 24
Figure 2-11: I-270 Existing (2017) ADTs.................................................................................................... 24
Figure 2-12: I-495 Existing (2017) Inner Loop Peak Period Hourly Volumes ............................................ 25
Figure 2-13: I-495 Existing (2017) Outer Loop Peak Period Hourly Volumes ........................................... 25
Figure 2-14: I-270 Existing (2017) Southbound Peak Period Hourly Volumes........................................... 26
Figure 2-15: I-270 Existing (2017) Northbound Peak Period Hourly Volumes........................................... 26
Figure 2-16: Annual and May 2017 Average and 5th/95th Percentile Speeds for I-495 Inner Loop ............ 28
Figure 2-17: Annual and May 2017 Average and 5th/95th Percentile Speeds for I-495 Outer Loop ........... 29
Figure 2-18: Annual and May 2017 Average and 5th/95th Percentile Speeds for I-270 Southbound ......... 30
Figure 2-19: Annual and May 2017 Average and 5th/95th Percentile Speeds for I-270 Northbound ......... 31
Figure 2-20: 8-9 AM Peak Hour Monthly Average Speeds along I-495 Corridor in 2017 – Inner Loop ...... 32
Figure 2-21: 8-9 AM Peak Hour Monthly Average Speeds along I-495 Corridor in 2017 – Outer Loop ..... 33
Figure 2-22: 5-6 PM Peak Hour Monthly Average Speeds along I-495 Corridor in 2017 – Inner Loop ...... 34
Figure 2-23: 5-6 PM Peak Hour Monthly Average Speeds along I-495 Corridor in 2017 – Outer Loop ..... 35

00036562

Figure 2-24: 7:30-8:30 AM Peak Hour Average Speeds along I-270 Corridor in 2017 – Southbound ....... 36
Figure 2-25: 5:30-6:30 PM Peak Hour Average Speeds along I-270 Corridor in 2017 – Northbound ........ 37
Figure 2-26: Regional Land Use.................................................................................................................. 43
Figure 2-27: Four-Step Regional Travel Forecasting Model....................................................................... 44
Figure 2-28: I-495 Observed (2015) vs. Simulated (2016) AAWDT Volumes.............................................. 47
Figure 2-29: I-270 Observed (2015) vs. Simulated (2016) AAWDT Volumes.............................................. 48
Figure 2-30: Existing (2017) ADTs in HOV and General-Purpose Lanes – I-270 Southbound..................... 49
Figure 2-31: Existing (2017) ADTs in HOV and General-Purpose Lanes – I-270 Northbound..................... 49
Figure 2-32: Existing (2017) 7-8 AM Peak Hour Volumes in HOV and General-Purpose Lanes
    – I-270 Southbound .................................................................................................................... 50
Figure 2-33: Existing (2017) 4-5 PM Peak Hour Volumes in HOV and General-Purpose Lanes
    – I-270 Northbound ................................................................................................................... 50
Figure 2-34: 2016 Simulated AAWDT Screenline Volumes for I-270 and I-495.......................................... 52
Figure 2-35: I-495 Inner Loop Existing (2017) AM Average Peak Period Speeds – RITIS and VISSIM......... 59
Figure 2-36: I-495 Outer Loop Existing (2017) AM Average Peak Period Speeds – RITIS and VISSIM........ 60
Figure 2-37: I-270 Existing (2017) AM Average Peak Period Speeds – RITIS and VISSIM ........................... 61
Figure 2-38: I-495 Inner Loop Existing (2017) PM Average Peak Period Speeds – RITIS and VISSIM ........ 62
Figure 2-39: I-495 Outer Loop Existing (2017) PM Average Peak Period Speeds – RITIS and VISSIM ....... 63
Figure 2-40: I-270 Existing (2017) PM Average Peak Period Speeds – RITIS and VISSIM ........................... 64
Figure 3-1: Annual Average Daily Traffic (AADT) along Study Roadways .................................................. 66
Figure 3-2: I-495 Existing (2017) 7-8 AM Inner Loop Demand vs. Throughput and
    Percent Demand Unserved ....................................................................................................... 69
Figure 3-3: I-495 Existing (2017) 7-8 AM Outer Loop Demand vs. Throughput and
    Percent Demand Unserved ....................................................................................................... 69
Figure 3-4: I-495 Existing (2017) 4-5 PM Inner Loop Demand vs. Throughput and
    Percent Demand Unserved ....................................................................................................... 70
Figure 3-5: I-495 Existing (2017) 4-5 PM Outer Loop Demand vs. Throughput and
    Percent Demand Unserved ....................................................................................................... 70
Figure 3-6: I-270 Existing (2017) 7-8 AM Southbound Demand vs. Throughput and
    Percent Demand Unserved ....................................................................................................... 71
Figure 3-7: I-270 Existing (2017) 4-5 PM Northbound Demand vs. Throughput and
    Percent Demand Unserved ....................................................................................................... 71
Figure 3-8: *HCM* Freeway Segment Level of Service (LOS) Thresholds ................................................... 72
Figure 3-9: Existing AM Segment Level of Service (LOS)............................................................................ 73
Figure 3-10: Existing PM Segment Level of Service (LOS).......................................................................... 74
Figure 4-1: Assumed Managed Lanes Access Locations ........................................................................... 78
Figure 4-2: 2040 Alternative 1/No Build Simulated AAWDT Screenline Volumes for I-270 and I-495....... 86
Figure 4-3: Simulated AAWDT Volumes on I-495: 2016 vs. 2040 Alternative 1/No Build.......................... 87
Figure 4-4: Simulated AAWDT Volumes on I-270: 2016 vs. 2040 Alternative 1/No Build.......................... 88
Figure 5-1: I-495 Alternative 1/No Build (2040) ADTs ............................................................................... 90
Figure 5-2: I-270 Alternative 1/No Build (2040) ADTs ............................................................................... 90
Figure 5-3: I-495 Alternative 1/No Build (2040) Inner Loop Peak Period Hourly Volumes ........................ 91
Figure 5-4: I-495 Alternative 1/No Build (2040) Outer Loop Peak Period Hourly Volumes ....................... 91

00036563

Figure 5-5: I-270 Alternative 1/No Build (2040) Southbound Peak Period Hourly Volumes...................... 92

Figure 5-6: I-270 Alternative 1/No Build (2040) Northbound Peak Period Hourly Volumes...................... 92

Figure 5-7: 2040 Alternative 5 7-8 AM Peak Hour Volumes in Managed Lanes and General
Purpose Lanes – I-495 Inner Loop .................................................................................................... 93

Figure 5-8: 2040 Alternative 5 4-5 PM Peak Hour Volumes in Managed Lanes and General
Purpose Lanes – I-495 Inner Loop .................................................................................................... 93

Figure 5-9: 2040 Alternative 5 7-8 AM Peak Hour Volumes in Managed Lanes and General
Purpose Lanes – I-495 Outer Loop ................................................................................................... 94

Figure 5-10: 2040 Alternative 5 4-5 PM Peak Hour Volumes in Managed Lanes and General
Purpose Lanes – I-495 Outer Loop ................................................................................................... 94

Figure 5-11: 2040 Alternative 5 7-8 AM Peak Hour Volumes in Managed Lanes and General
Purpose Lanes – I-270 Southbound................................................................................................... 95

Figure 5-12: 2040 Alternative 5 4-5 PM Peak Hour Volumes in Managed Lanes and General
Purpose Lanes – I-270 Northbound................................................................................................... 95

Figure 5-13: 2040 Alternative 8 7-8 AM Peak Hour Volumes in Managed Lanes and General
Purpose Lanes – I-495 Inner Loop .................................................................................................... 96

Figure 5-14: 2040 Alternative 8 4-5 PM Peak Hour Volumes in Managed Lanes and General
Purpose Lanes – I-495 Inner Loop .................................................................................................... 96

Figure 5-15: 2040 Alternative 8 7-8 AM Peak Hour Volumes in Managed Lanes and General
Purpose Lanes – I-495 Outer Loop ................................................................................................... 97

Figure 5-16: 2040 Alternative 8 4-5 PM Peak Hour Volumes in Managed Lanes and General
Purpose Lanes – I-495 Outer Loop ................................................................................................... 97

Figure 5-17: 2040 Alternative 8 7-8 AM Peak Hour Volumes in Managed Lanes and General
Purpose Lanes – I-270 Southbound................................................................................................... 98

Figure 5-18: 2040 Alternative 8 4-5 PM Peak Hour Volumes in Managed Lanes and General
Purpose Lanes – I-270 Northbound................................................................................................... 98

Figure 5-19: 2040 Alternative 9 7-8 AM Peak Hour Volumes in Managed Lanes and General
Purpose Lanes – I-495 Inner Loop .................................................................................................... 99

Figure 5-20: 2040 Alternative 9 4-5 PM Peak Hour Volumes in Managed Lanes and General
Purpose Lanes – I-495 Inner Loop .................................................................................................... 99

Figure 5-21: 2040 Alternative 9 7-8 AM Peak Hour Volumes in Managed Lanes and General
Purpose Lanes – I-495 Outer Loop ................................................................................................. 100

Figure 5-22: 2040 Alternative 9 4-5 PM Peak Hour Volumes in Managed Lanes and General
Purpose Lanes – I-495 Outer Loop ................................................................................................. 100

Figure 5-23: 2040 Alternative 9 7-8 AM Peak Hour Volumes in Managed Lanes and General
Purpose Lanes – I-270 Southbound................................................................................................. 101

Figure 5-24: 2040 Alternative 9 4-5 PM Peak Hour Volumes in Managed Lanes and General
Purpose Lanes – I-270 Northbound................................................................................................. 101

Figure 5-25: 2040 Alternative 10 7-8 AM Peak Hour Volumes in Managed Lanes and General
Purpose Lanes – I-495 Inner Loop ................................................................................................. 102

Figure 5-26: 2040 Alternative 10 4-5 PM Peak Hour Volumes in Managed Lanes and General
Purpose Lanes – I-495 Inner Loop ................................................................................................. 102

00036564

Figure 5-27: 2040 Alternative 10 7-8 AM Peak Hour Volumes in Managed Lanes and General
     Purpose Lanes – I-495 Outer Loop ...................................................................................................... 103
Figure 5-28: 2040 Alternative 10 4-5 PM Peak Hour Volumes in Managed Lanes and General
     Purpose Lanes – I-495 Outer Loop ...................................................................................................... 103
Figure 5-29: 2040 Alternative 10 7-8 AM Peak Hour Volumes in Managed Lanes and General
     Purpose Lanes – I-270 Southbound...................................................................................................... 104
Figure 5-30: 2040 Alternative 10 4-5 PM Peak Hour Volumes in Managed Lanes and General
     Purpose Lanes – I-270 Northbound...................................................................................................... 104
Figure 5-31: 2040 Alternative 13B 7-8 AM Peak Hour Volumes in Managed Lanes and General
     Purpose Lanes – I-495 Inner Loop ....................................................................................................... 105
Figure 5-32: 2040 Alternative 13B 4-5 PM Peak Hour Volumes in Managed Lanes and General
     Purpose Lanes – I-495 Inner Loop ....................................................................................................... 105
Figure 5-33: 2040 Alternative 13B 7-8 AM Peak Hour Volumes in Managed Lanes and General
     Purpose Lanes – I-495 Outer Loop ...................................................................................................... 106
Figure 5-34: 2040 Alternative 13B 4-5 PM Peak Hour Volumes in Managed Lanes and General
     Purpose Lanes – I-495 Outer Loop ...................................................................................................... 106
Figure 5-35: 2040 Alternative 13B 7-8 AM Peak Hour Volumes in Managed Lanes and General
     Purpose Lanes – I-270 Southbound...................................................................................................... 107
Figure 5-36: 2040 Alternative 13B 4-5 PM Peak Hour Volumes in Managed Lanes and General
     Purpose Lanes – I-270 Northbound...................................................................................................... 107
Figure 5-37: 2040 Alternative 13C 7-8 AM Peak Hour Volumes in Managed Lanes and General
     Purpose Lanes – I-495 Inner Loop ....................................................................................................... 108
Figure 5-38: 2040 Alternative 13C 4-5 PM Peak Hour Volumes in Managed Lanes and General
     Purpose Lanes – I-495 Inner Loop ....................................................................................................... 108
Figure 5-39: 2040 Alternative 13C 7-8 AM Peak Hour Volumes in Managed Lanes and General
     Purpose Lanes – I-495 Outer Loop ...................................................................................................... 109
Figure 5-40: 2040 Alternative 13C 4-5 PM Peak Hour Volumes in Managed Lanes and General
     Purpose Lanes – I-495 Outer Loop ...................................................................................................... 109
Figure 5-41: 2040 Alternative 13C 7-8 AM Peak Hour Volumes in Managed Lanes and General
     Purpose Lanes – I-270 Southbound...................................................................................................... 110
Figure 5-42: 2040 Alternative 13C 4-5 PM Peak Hour Volumes in Managed Lanes and General
     Purpose Lanes – I-270 Northbound...................................................................................................... 110
Figure 5-43: I-495 Inner Loop Existing (2017) and 2025/2040 Alternative 1/No Build AM
     Peak Period Average Speeds (mph) ..................................................................................................... 112
Figure 5-44: I-495 Outer Loop Existing (2017) and 2025/2040 Alternative 1/No Build AM
     Peak Period Average Speeds (mph) ..................................................................................................... 113
Figure 5-45: I-270 Existing (2017) and 2025/2040 Alternative 1/No Build AM
     Peak Period Average Speeds (mph) ..................................................................................................... 114
Figure 5-46: I-495 Inner Loop Existing (2017) and 2025/2040 Alternative 1/No Build PM
     Peak Period Average Speeds (mph) ..................................................................................................... 115
Figure 5-47: I-495 Outer Loop Existing (2017) and 2025/2040 Alternative 1/No Build PM
     Peak Period Average Speeds (mph) ..................................................................................................... 116

00036565

Figure 5-48: I-270 Existing (2017) and 2025/2040 Alternative 1/No Build PM
Peak Period Average Speeds (mph) ................................................................................................... 117

Figure 5-49: I-495 Inner Loop Travel Times – Existing (2017) and 2025/2040 Alternative 1/No Build
AM Peak Period .................................................................................................................................. 118

Figure 5-50: I-495 Inner Loop Travel Times – Existing (2017) and 2025/2040 Alternative 1/No Build
PM Peak Period .................................................................................................................................. 118

Figure 5-51: I-495 Outer Loop Travel Times – Existing (2017) and 2025/2040 Alternative 1/No Build
AM Peak Period .................................................................................................................................. 119

Figure 5-52: I-495 Outer Loop Travel Times – Existing (2017) and 2025/2040 Alternative 1/No Build
PM Peak Period .................................................................................................................................. 119

Figure 5-53: I-270 Southbound Travel Times – Existing (2017) and 2025/2040 Alternative 1/No Build
AM Peak Period .................................................................................................................................. 120

Figure 5-54: I-270 Southbound Travel Times – Existing (2017) and 2025/2040 Alternative 1/No Build
PM Peak Period .................................................................................................................................. 120

Figure 5-55: I-270 Northbound Travel Times – Existing (2017) and 2025/2040 Alternative 1/No Build
AM Peak Period .................................................................................................................................. 121

Figure 5-56: I-270 Northbound Travel Times – Existing (2017) and 2025/2040 Alternative 1/No Build
PM Peak Period .................................................................................................................................. 121

Figure 5-57: I-495 2025 Alternative 1/No Build 7-8 AM Inner Loop Demand vs. Throughput and
Percent Demand Unserved .............................................................................................................. 129

Figure 5-58: I-495 2025 Alternative 1/No Build 7-8 AM Outer Loop Demand vs. Throughput and
Percent Demand Unserved .............................................................................................................. 129

Figure 5-59: I-495 2025 Alternative 1/No Build 4-5 PM Inner Loop Demand vs. Throughput and
Percent Demand Unserved .............................................................................................................. 130

Figure 5-60: I-495 2025 Alternative 1/No Build 4-5 PM Outer Loop Demand vs. Throughput and
Percent Demand Unserved .............................................................................................................. 130

Figure 5-61: I-270 2025 Alternative 1/No Build 7-8 AM Southbound Demand vs. Throughput and
Percent Demand Unserved .............................................................................................................. 131

Figure 5-62: I-270 2025 Alternative 1/No Build 4-5 PM Northbound Demand vs. Throughput and
Percent Demand Unserved .............................................................................................................. 131

Figure 5-63: I-495 2040 Alternative 1/No Build 7-8 AM Inner Loop Demand vs. Throughput and
Percent Demand Unserved .............................................................................................................. 132

Figure 5-64: I-495 2040 Alternative 1/No Build 7-8 AM Outer Loop Demand vs. Throughput and
Percent Demand Unserved .............................................................................................................. 132

Figure 5-65: I-495 2040 Alternative 1/No Build 4-5 PM Inner Loop Demand vs. Throughput and
Percent Demand Unserved .............................................................................................................. 133

Figure 5-66: I-495 2040 Alternative 1/No Build 4-5 PM Outer Loop Demand vs. Throughput and
Percent Demand Unserved .............................................................................................................. 133

Figure 5-67: I-270 2040 Alternative 1/No Build 7-8 AM Southbound Demand vs. Throughput and
Percent Demand Unserved .............................................................................................................. 134

Figure 5-68: I-270 2040 Alternative 1/No Build 4-5 PM Northbound Demand vs. Throughput and
Percent Demand Unserved .............................................................................................................. 134

Figure 5-69: 2040 Alternative 1/No Build AM Segment Level of Service (LOS) ........................................ 139

00036566



Figure 5-70: 2040 Alternative 1/No Build PM Segment Level of Service (LOS) ....................................... 140
Figure 5-71: Modeling Area for Vehicle Miles Traveled ........................................................................ 146
Figure 5-72: Projected 2040 VMT Change, Alternative 1/No Build vs. Two Managed Lanes................... 147
Figure 5-73: Projected 2040 Delay Change, Alternative 1/No Build vs. Two Managed Lanes ................ 150
Figure 6-1: Crash Rates along I-495 (2012-2017).................................................................................. 153
Figure 6-2: Crash Rates along I-270 (2012-2017).................................................................................. 153

## LIST OF APPENDICES

Appendix A: Existing and Future Traffic Volumes
Appendix B: MWCOG User Guide
Appendix C: MWCOG Validation Memos
Appendix D: VISSIM Calibration Memo
Appendix E: Existing and Future Speeds and Travel Times
Appendix F: Existing and Future Travel Demand
Appendix G: Existing and Future Throughputs and Percent Demand Met
Appendix H: Existing and Future Segment Level of Service
Appendix I: Crash Analysis Report
Appendix J: Forecast Comparison Memo – 2040 vs. 2045

00036567

1

# 1    INTRODUCTION

## 1.1    Overview

The Federal Highway Administration (FHWA), as the Lead Federal Agency, and the Maryland Department of Transportation State Highway Administration (MDOT SHA), as the Local Project Sponsor, are preparing an Environmental Impact Statement (EIS) in accordance with the National Environmental Policy Act (NEPA) for the I-495 & I-270 Managed Lanes Study (Study).   The Study is evaluating potential transportation improvements to portions of the I-495 and I-270 corridors in Montgomery and Prince George's Counties, Maryland, and Fairfax County, Virginia.

This EIS is being prepared in accordance with FHWA and Council on Environmental Quality (CEQ) regulations implementing NEPA and provisions of the Fixing America's Surface Transportation (FAST) Act. The content of the EIS also conforms to CEQ guidelines, which provide direction regarding implementation of the procedural provisions of NEPA, and the FHWA's Guidance for *Preparing and Processing Environmental and Section 4(f) Documents* (Technical Advisory T6640.8A, October 1987).

The purpose of the Traffic Analysis Technical Report is to present the existing conditions and an assessment of potential direct impacts of the Screened Alternatives and is being prepared to support and inform the EIS.  The report begins with a description of the Study corridors, followed by a summary of the Purpose and Need, and a description of the alternatives evaluated.

## 1.2    Study Corridors

I-495 and I-270 in Maryland are the two most heavily traveled freeways in the National Capital Region, each with Average Annual Daily Traffic (AADT) volume up to 260,000 vehicles per day in 2018 (MDOT SHA, 2019).   I-495 is the only circumferential route in the region that provides interregional connections to many radial routes in the region, such as I-270, US 29 (Colesville Road), I-95, the Baltimore-Washington Parkway, US 50 (John Hanson Highway), and MD 5 (Branch Avenue).   I-270 is the only freeway link between I-495 and the fast-growing northwest suburbs in northern Montgomery County and the suburban areas in Frederick County.   In addition to heavy commuter traffic demand, I-495 provides connectivity along the East Coast, as it merges with I-95 in Maryland for 25 miles around the east side of Washington DC.  (**Figure 1-1**).

00036568

**Figure 1-1: I-495 and I-270 Managed Lanes Study Corridors**



## 1.3    Study Purpose and Need

The purpose of the Study is to develop a travel demand management solution(s) that addresses congestion and improves trip reliability on I-495 and I-270 within the Study limits and enhances existing and planned multimodal mobility and connectivity.  The Study will address the following needs:

00036569



- **Accommodate Existing Traffic and Long-Term Traffic Growth** - High travel demand from commuter, business, and recreational trips results in severe congestion from 7 to 10 hours per day on the Study corridors, which is expected to deteriorate further by the planning horizon year of 2040. Additional roadway capacity is needed to address existing and future travel demand and congestion, reduce travel times, and allow travelers to use the facilities efficiently.

- **Enhance Trip Reliability** - Congestion on I-495 and I-270 results in unpredictable travel times. Travelers and freight commodities place a high value on reaching their destinations in a timely and safe manner, and in recent years, the Study corridors have become so unreliable that uncertain travel times are experienced daily. More dependable travel times are needed to ensure trip reliability.

- **Provide Additional Roadway Travel Choices** - Travelers on I-495 and I-270 do not have enough roadway options for efficient travel during extensive periods of congestion. Additional roadway management options are needed to improve travel choices, while retaining the general-purpose lanes.

- **Accommodate Homeland Security** - The National Capital Region is considered the main hub of government, military, and community installations related to homeland security. These agencies and installations rely on quick, unobstructed roadway access during a homeland security threat. Additional capacity would assist in accommodating a population evacuation and improving emergency response access should an event related to homeland security occur.

- **Improve Movement of Goods and Services** - I-495 and I-270 are major regional transportation networks that support the movement of passenger and freight travel within the National Capital Region. Existing congestion along both corridors increases the cost of doing business due to longer travel times and unreliable trips. The effects of this congestion on the movement of goods and services is a detriment to the health of the local, regional, and national economy. Efficient and reliable highway movement is necessary to accommodate passenger and freight travel, moving goods and services through the region.

Additional roadway capacity and improvements to enhance reliability must be financially viable. MDOT's traditional funding sources would be unable to effectively finance, construct, operate, and maintain improvements of this magnitude. Revenue sources that provide adequate funding, such as pricing options, are needed to achieve congestion relief and address existing high travel demand.

Given the highly constrained area surrounding the interstates in the Study corridors, MDOT SHA recognizes the need to plan and design this project in an environmentally responsible manner. MDOT SHA will strive to avoid and minimize community, natural, cultural, and other environmental impacts, and mitigate for any unavoidable impacts at an equal or greater value. MDOT SHA will work with our Federal, State, and Local resource agency partners in a streamlined, collaborative, and cooperative way to meet all regulatory requirements to ensure the protection of environmental resources to the greatest extent practicable. Any build alternatives will offset unavoidable impacts while prioritizing and coordinating comprehensive mitigation measures in or near the study area, which are meaningful to the environment and the community.

00036570

## 1.4 Alternatives Evaluated

Seven alternatives are being evaluated and compared in the technical reports supporting the EIS. These Screened Alternatives include Alternatives 1, 5, 8, 9, 10, 13B, and 13C and are illustrated in the typical sections shown in **Figure 1-2**. This report also references the "Build Screened Alternatives," which is a subset that includes all the Screened Alternatives except Alternative 1 (No Build).

The following terms are used in describing the Screened Alternatives.

- **General Purpose (GP) Lanes** are lanes on a freeway or expressway that are open to all motor vehicles.[1]
- **Managed Lanes** are highway facilities, or a set of lanes, where operational strategies are proactively implemented and managed in response to changing conditions.[2]
- **High-Occupancy Toll (HOT) Lanes** are High-Occupancy Vehicle (HOV) facilities that allow lower-occupancy vehicles, such as solo drivers, to use the facilities in return for toll payments, which could vary by time of day and level of congestion.[1]
- **Express Toll Lanes (ETL)** are dedicated managed lanes within highway rights-of-way that motorists may use by paying a variably priced toll.[3]
- **High-Occupancy Vehicle (HOV) Lanes** are any preferential lane designated for exclusive use by vehicles with two or more occupants for all or part of a day, including a designated lane on a freeway, other highway or a street, or independent roadway on a separate right-of-way.[4]
- **Reversible Lanes** are facilities in which the direction of traffic flow can be changed at different times of the day to match peak direction of travel, typically inbound in the morning and outbound in the afternoon.[1]

### A.    Alternative 1: No Build

The No Build Alternative, often called the base case, includes all projects in the 2040 financially Constrained Long-Range Plan (CLRP) for the National Capital Region adopted by the Metropolitan Washington Council of Governments (MWCOG) - Transportation Planning Board (TPB). This includes other projects impacting the facilities that are subject to this Study. Specifically, the CLRP reflects the Purple Line which is currently under construction (Spring 2019), and the extension of the I-495 Express Lanes in Virginia from north of the Dulles Toll Road interchange to the American Legion Bridge (Virginia's 495 Express Lanes Northern Extension [NEXT] Project). Alternative 1 also includes the I-270 Innovative Congestion Management (ICM) Contracts, which are providing a series of construction projects to improve mobility and safety at key points along I-270 targeted to reduce congestion at key bottlenecks along the corridor. All improvements are being implemented within the existing roadway right-of-way and are

---

[1] *National Cooperative Highway Research Program, Research Report 835, Guidelines for Implementing Managed Lanes.* Transportation Research Board. 2016

[2] https://ops.fhwa.dot.gov/publications/managelanes_primer/index.htm

[3] https://www.fhwa.dot.gov/ipd/tolling_and_pricing/defined/demand_mgmt_tool.aspx

[4] https://ops.fhwa.dot.gov/freewaymgmt/hovguidance/glossary.htm

00036571



anticipated to be completed by the end of 2021. While these improvements will improve mobility and safety, they will not address the long-term roadway capacity needs for the I-270 corridor. Routine maintenance and safety improvements along I-495 and I-270 are included in the No Build Alternative, but it does not include new capacity improvements to I-495 and I-270. Consistent with NEPA requirements, Alternative 1 will be carried forward for further evaluation to serve as a base case for comparing the other alternatives.

**B.    Alternative 5: 1-Lane, High-Occupancy Toll Managed Lanes Network**

This alternative consists of adding one HOT managed lane in each direction on I-495 and converting the one existing HOV lane in each direction to a HOT managed lane on I-270. Buses would be permitted to use the managed lanes.

**C.    Alternative 8: 2-Lane, Express Toll Lane Managed Lanes Network on I-495 and 1-Lane Express Toll Lane and 1-Lane HOV Managed Lane Network on I-270**

This alternative consists of adding two ETL managed lanes in each direction on I-495, retaining one existing HOV lane in each direction on I-270, and adding one ETL managed lane in each direction on I-270. Buses would be permitted to use the managed lanes.

**D.    Alternative 9: 2-Lane, High-Occupancy Toll Managed Lanes Network**

This alternative consists of adding two HOT managed lanes in each direction on I-495, converting the one existing HOV lane in each direction on I-270 to a HOT managed lane, and adding one HOT managed lane in each direction on I-270, resulting in a two-lane, managed lane network on both highways. Buses would be permitted to use the managed lanes.

**E.    Alternative 10: 2-Lane, Express Toll Lane Managed Lanes Network and 1-Lane HOV Managed Lane Network on I-270 Only**

This alternative consists of adding two ETL managed lanes in each direction on I-495, retaining one existing HOV lane per direction on I-270, and adding two ETL managed lanes in each direction on I-270. Buses would be permitted to use the managed lanes.

**F.    Alternative 13B: 2-Lane, High-Occupancy Toll Managed Lanes Network on I-495 and HOT Managed Reversible Lanes Network on I-270**

This alternative consists of adding two HOT managed lanes in each direction on I-495 and converting the existing HOV lanes in both directions to two HOT managed, reversible lanes on I-270. Buses would be permitted to use the managed lanes.

**G.    Alternative 13C: 2-Lane, ETL Managed Lanes Network on I-495 and ETL Managed, Reversible Lanes Network and 1-Lane HOV Managed Lane Network on I-270**

This alternative consists of adding two ETL managed lanes in each direction on I-495 and retaining the existing HOV lanes in both directions and adding two ETL managed, reversible lanes on I-270. Alternative 13C would maintain the existing roadway network on I-270 with HOV lanes to allow for HOV travel while adding two managed, reversible lanes. Buses would be permitted to use the managed lanes.

**H.    Consideration of Alternative 9M**

The analysis for the Screened Alternatives summarized above was completed in Spring of 2019 and reflects information available to MDOT SHA at that time. As the Study progressed through the NEPA

00036572



process, the project team obtained comments as a result of cooperating agency coordination. As a result of this continued effort, MDOT SHA and FHWA have evaluated an additional alternative for the Study known as Alternative 9M. Alternative 9M is considered a blend of two Screened Alternatives, Alternative 5 (one-lane HOT) and Alternative 9 (two-lane HOT).

Alternative 9M has the same LOD as Alternative 9 along I-495 from south of the George Washington Memorial Parkway in Virginia to the I-270 West Spur and from the I-95 interchange to west of MD 5 as well as along I-270 from I-495 to I-370. Alternative 9M has the same LOD as Alternative 5 along I-495 from I-270 West Spur to the I-95 interchange. Alternative 9M includes the same build elements as the other Screened Alternatives including direct access locations and interchange improvements.

Details of the travel forecasting methodology and traffic operational analysis results for Alternative 9M are presented in the document titled "Alternative 9 Modified Preliminary Evaluation Memorandum" included with the DEIS in Appendix B of the Alternatives Technical Report. Alternative 9M was evaluated to the same level of detail as the Screened Alternatives, which are presented in this report.

00036573



Figure 1-2: Typical Sections of Alternatives Considered







00036575

# 2

# 2    DEVELOPMENT AND CALIBRATION OF EXISTING TRAFFIC MODELS

The following sections detail the process of developing and then calibrating the models used in this Study. The development and calibration of any model is necessary to ensure that future models accurately reflect existing congestion patterns and vehicle behaviors. Model validation and calibration refers to the process that confirms the model can provide a reasonable approximation of real-world conditions (validation) and refines the model as necessary to bring it within desired validation targets (calibration). This process ensures that the model accurately represents existing traffic conditions prior to data being reported for analysis purposes.

Calibration thresholds can fluctuate depending on the nature of the project, precision of available inputs, and the needs and resources of the agency. However, MDOT SHA has well-established methods for calibration as documented in its VISSIM Modeling Document (MDOT SHA November 2016, Updated August 2017). This document is provided online[5] for anyone to use in their model calibration efforts, thus ensuring a level of consistency by all traffic modelers in the state. The guidance requires that calibration be focused on data-driven criteria to confirm that models reflect existing vehicle behaviors and congestion patterns experienced in the system being analyzed.

## 2.1    Model Area Limits

The first step in developing a model is defining its geographical limits and the roadways to be included in the model. As the Study is considering improvements along I-495, I-270, and its interchanges, the model development begins with determining the limits of these freeways to be included.

### A.    I-495 Description

I-495 is a 64-mile circular freeway that runs through Maryland and Virginia and around the District of Columbia and includes 42 miles in Maryland. I-495 provides access to several roadways in the Washington, DC area, including:

- I-95, which runs along the east coast of the United States from Maine to Florida,
- I-270, which connects the Washington, DC area to Frederick County and western Maryland,
- US 29 and MD 295 (Baltimore-Washington Parkway), which provide connections from the Washington, DC Maryland suburbs to the Baltimore region,
- US 50, which provides access to Annapolis and the Eastern Shore
- MD 5, which provides access to southern Maryland.

---

[5] https://www.roads.maryland.gov/OPPEN/VISSIM%20Modeling%20Guidance%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.pdf

00036576

For a 25-mile section in Prince George's County from the I-495/I-95 interchange to the Woodrow Wilson Bridge, I-495 runs concurrent with I-95. Barrier-separated Collector-Distributor (CD) lanes are present along the Inner Loop from I-95 to US 1, and in both directions from north of MD 202 to Arena Drive and from MD 210 to the Woodrow Wilson Bridge. The posted speed limit along I-495 is 55 mph.

**B.    I-270 Description**

I-270 is a 32-mile freeway that runs from I-495 to the southeast of I-70 in the northwest, near Frederick, Maryland. North of I-70, this roadway becomes US 15, which continues north into Pennsylvania. I-270 primarily serves as a commuter route to the Washington, DC area from Frederick County and the communities along the corridor. Two miles north of I-495, I-270 splits into an East Spur and a West Spur. Both directions of I-270 include High Occupancy Vehicle (HOV) and CD lanes. The I-270 Southbound HOV lane begins at I-370 and ends at MD 187 along the East Spur and at Democracy Boulevard along the West Spur. The I-270 Northbound HOV lane begins at MD 187 along the East Spur and Democracy Boulevard along the West Spur and ends at MD 117. The HOV lanes are in service weekdays from 6:00-9:00 AM in the southbound direction and 3:30-6:30 PM in the northbound direction. General traffic may use these lanes at other times. The HOV lanes are designated HOV 2+, meaning two or more people must occupy the vehicle. Motorcycles and emergency vehicles (during an emergency) are also permitted in these lanes. Additionally, plug-in electric and plug-in hybrid electric vehicles registered in Maryland are permitted to drive in the HOV lanes with only one occupant. The CD lanes run along I-270 Southbound from north of I-370 to south of Montrose Road, and along I-270 Northbound from south of Montrose Road to north of MD 124. The CD lanes are barrier separated, and the number of lanes vary along the corridor. The HOV lanes are not barrier-separated. The posted speed limit along I-270 is 55 mph from I-495 (both spurs) to MD 121, 65 mph from MD 121 to MD 85, and 55 mph from MD 85 to I-70.

**C.    Corridors Modeling Limits**

While the NEPA limits of the Study extend along I-270 from I-370 to I-495 and along I-495 from the George Washington Memorial Parkway in Virginia to the Woodrow Wilson Bridge in Maryland, as previously shown in **Figure 1-1**, all modeling efforts for the Technical Analysis Traffic Report were extended to the following limits:

- I-495 from VA 193 in Virginia to the Woodrow Wilson Bridge on the Maryland side
- I-270 from the I-70 ramp merges to I-495, including the East and West Spurs

Extending the modeling to these limits ensures that the model accounts for effects of congestion originating outside the NEPA limits that impact the freeway segments within the NEPA limits, and that it captures the full extent of congestion both within the NEPA limits as well as outside of the NEPA limits that impact the Study area. Every existing interchange along I-495 and I-270 within these modeling limits was included in the modeling analysis. The interchange that is under construction at I-270 at Watkins Mill Road was included in all future models. The modeled network includes a total of 50 interchanges: 29 along I-495, 18 along I-270, 1 interchange between I-270 and the I-270 Spurs, and 2 interchanges between I-495 and the I-270 Spurs. The interchange locations are shown in **Figure 2-1**. Lane configurations for I-495 and I-270 are described in **Tables 2-1 and 2-2**, respectively. This list includes the locations of HOV lanes and CD lanes. The locations of the HOV lanes, as well as CD lanes, are shown in **Figure 2-2**.

00036577



## Figure 2-1: Limits of Traffic Model Network and Interchange Locations Included along I-495 and I-270



00036578

**TRAFFIC ANALYSIS TECHNICAL REPORT**

## Table 2-1: I-495 Interchanges and Lane Configurations Included in Model

| Segment | | # Lanes | |
|---|---|---|---|
| **From** | **To** | **Inner Loop** | **Outer Loop** |
| VA 193 | George Washington Memorial Pkwy | 4 + 1 aux | 4 + 3 CD |
| George Washington Memorial Pkwy | Clara Barton Pkwy | 4 + 1 aux | 4 + 1 aux |
| Clara Barton Pkwy | Cabin John Pkwy | 4 | 4 |
| Cabin John Pkwy | MD 190 | 4 | 4 |
| MD 190 | I-270 West Spur | 5 | 5 |
| I-270 West Spur | MD 187 | 3 | 3 |
| MD 187 | I-270 East Spur/MD 355 | 3 | 3 |
| I-270 East Spur/MD 355 | MD 185 | 4 | 4 |
| MD 185 | MD 97 | 4 | 4 |
| MD 97 | US 29 | 4 | 4 |
| US 29 | MD 193 | 4 + 1 aux | 4 |
| MD 193 | MD 650 | 4 | 4 to 5 |
| MD 650 | I-95 | 4 + 1 aux | 5 + 1 aux |
| I-95 | US 1 | 4 + 2 CD | 4 + 2 aux |
| US 1 | Greenbelt Metro | 4 | 4 |
| Greenbelt Metro | MD 201 | 4 | 4 |
| MD 201 | Baltimore-Washington Pkwy | 4 | 4 + 1 aux |
| Baltimore-Washington Pkwy | MD 450 | 4 | 4 |
| MD 450 | US 50 | 4 | 4 + 1 aux |
| US 50 | MD 202 | 4 to 3 + 2 CD + 1 aux | 4 to 3 + 2 CD + 1 aux |
| MD 202 | Arena Drive | 3 + 2 CD + 1 aux | 3 + 2 CD + 1 aux |
| Arena Drive | MD 214 | 4 + 1 aux | 4 + 1 aux |
| MD 214 | Ritchie Marlboro Road | 4 | 4 |
| Ritchie Marlboro Road | MD 4 | 4 | 4 |
| MD 4 | MD 337 | 4 | 4 |
| MD 337 | MD 5 | 4 | 4 |
| MD 5 | MD 414 | 4 | 4 |
| MD 414 | MD 210 | 4 | 4 |
| MD 210 | I-295 | 2 + 3 CD | 2 + 3 CD |
| I-295 | Woodrow Wilson Bridge | 2 + 3 CD | 2 + 3 CD |

00036579



## Table 2-2: I-270 Interchanges and Lane Configurations Included in Model

| Segment | | # Lanes | |
|---|---|---|---|
| **From** | **To** | **Southbound** | **Northbound** |
| **North of Split** | | | |
| MD 85 | MD 80 | 2 | 2 |
| MD 80 | MD 109 | 2 | 2 |
| MD 109 | MD 121 | 2 | 2 |
| MD 121 | Father Hurley Boulevard | 3 | 2 + 1 HOV* |
| Father Hurley Boulevard | MD 118 | 3 + 1 aux | 2 + 1 HOV* + 1 aux |
| MD 118 | Middlebrook Road | 3 | 3 + 1 HOV* |
| Middlebrook Road | Watkins Mill Road (Future) | 4 | 3 + 1 HOV* |
| Watkins Mill Road (Future) | MD 124 | 4 | 3 + 1 HOV* |
| MD 124 | MD 117 | 4 | 3 + 1 HOV* + 2 CD |
| MD 117 | I-370 | 5 to 4 + 2 CD | 3 + 1 HOV* + 3 CD |
| I-370 | Shady Grove Road | 3 + 1 HOV* + 3 CD | 3 + 1 HOV* + 3 CD |
| Shady Grove Road | MD 28 | 3 + 1 HOV* + 2 CD | 3 + 1 HOV* + 3 CD |
| MD 28 | MD 189 | 3 + 1 HOV* + 2 CD | 3 + 1 HOV* + 2 CD |
| MD 189 | Montrose Road | 3 + 1 HOV* + 2 CD | 3 + 1 HOV* + 2 CD |
| Montrose Road | I-270 Split | 5 + 1 HOV* | 5 + 1 HOV* |
| **East Spur** | | | |
| I-270 Split | MD 187 | 3 to 2 + 1 HOV* | 3 to 2 + 1 HOV* |
| MD 187 | I-495 | 2 + 1 HOV* | 2 + 1 HOV* |
| **West Spur** | | | |
| I-270 Split | Westlake Terrace | 2 + 1 HOV* | 2 + 1 HOV* |
| Westlake Terrace | Democracy Boulevard | 2 + 1 HOV* | 2 + 1 HOV* |
| Democracy Boulevard | I-495 | 3 | 3 |

*HOV lanes are in service from 6:00-9:00 AM Southbound and 3:30-6:30 PM Northbound on weekdays; lanes are for general purpose during other times*

00036580

**Figure 2-2: Locations of High Occupancy Vehicle (HOV) and Collector-Distributor (CD) Lanes**



Average speeds in May 2017 along the I-495 and I-270 corridors during the peak morning and early evening hours are shown in **Figure 2-3**. The modeling limits of the I-495 corridor were determined based on congestion identified on the I-495 Outer Loop during the evening peak hour, which bottlenecks at the VA 193 interchange and then impacts the capacities at the American Legion Bridge (ALB), as shown in **Figure 2-3**. It was therefore required to include VA 193 to ensure any proposed managed lane solution did not result in further bottlenecks outside the NEPA limits that might affect the benefits to the driving public. A western terminus approximately 0.4 miles south of the I-495/George Washington Parkway interchange was identified as a logical model terminus as it allows any outer loop mainline improvements that are carried to the George Washington Memorial Parkway to be merged and transitioned into the existing mainline lanes without causing congestion due to lane drops and merges. The tie-in of the

00036581

proposed improvements with the existing I-495 configuration south of the George Washington Memorial Parkway interchange would not preclude any future improvements completed by Virginia Department of Transportation (VDOT) along I-495, including extending the I-495 HOT lane system to the George Washington Memorial Parkway interchange.

The modeling limits of the I-270 corridor were extended to I-70 to evaluate the traffic congestion impacts of any managed lanes occurring within the NEPA study limits (I-370 to I-495) and how they impact conditions farther north to Frederick. Extending the traffic analysis to I-70 also benefits future traffic analyses for NEPA within the section of I-270 from I-370 to I-70 by ensuring consistency between studies, as has already been proposed by the Managed Lanes Team for the 2019 year.

**Figure 2-3: Average Speeds (mph) for Tuesdays, Wednesdays, and Thursdays in May 2017**



*Source: Regional Integrated Transportation Information System (RITIS); RITIS did not have speed data along I-495 Inner Loop from MD 214 to Ritchie Marlboro Road or along I-495 Outer Loop from MD 4 to Ritchie Marlboro Road (indicated in gray)*

## 2.2    Analysis Years and Background Projects

For the purposes of this report, the baseline conditions for the Study was set to be the existing year (2017) conditions at the onset of the Study. This scenario is referred to as 2017 Existing within this report, and reflects traffic conditions along I-495 and I-270 prior to the completion of many projects that are proposed or under construction in the area.

00036582

## A.    I-270 Innovative Congestion Management (ICM) Improvements

The I-270 Innovative Congestion Management (ICM) initiative is a Progressive Design-Build project to construct improvements along I-270 between I-70 and I-495, including the East and West Spurs. This project was announced in April 2017 as a series of targeted improvements with the goal of reducing congestion at key locations, with a scheduled completion in 2021. The project includes fourteen roadway improvements that increase capacity and vehicle throughput and address safety concerns and bottlenecks. The project also includes innovative technologies and techniques, including adaptive ramp metering and active traffic management strategies, including dynamic message signs and dynamic speed limits. Traffic data with the I-270 ICM improvements could not be incorporated into the 2017 existing year because the project improvements were not fully implemented, so no reliable data is available to collect. **Figure 2-4** displays the proposed improvements of the I-270 ICM initiative.

### Figure 2-4: I-270 Innovative Congestion Management (ICM) Improvements



00036583



## B.    I-270 at Watkins Mill Road Interchange

A new interchange is currently under construction along I-270 at Watkins Mill Road, located north of the interchange at MD 124, with an anticipated completion date of July 2020. The plans for this interchange are shown in **Figure 2-5.**

### Figure 2-5: I-270 at Watkins Mill Road Interchange Project



00036584

### C.    Greenbelt Metro Station Access Improvements

There is an MDOT SHA-proposed access improvements project at the Greenbelt Metro Station along I-495. These improvements are shown in **Figure 2-6**.

#### Figure 2-6: Greenbelt Metro Station Access Improvements



### D.    VDOT I-495 Express Lanes Northern Extension (NEXT) Study

The Virginia Department of Transportation (VDOT) is performing its I-495 Express Lanes Northern Extension (NEXT) study, on a proposed extension of the I-495 Express Lanes from the I-495 at Dulles Toll Road interchange to the American Legion Bridge. The study began in April 2018. Construction is scheduled to begin in 2021 and be completed in 2023. The study area for this project is shown in **Figure 2-7**.

00036585



## Figure 2-7: VDOT NEXT Study Area



*Source: VDOT*

### E.    Analysis Years

Based on the previous discussion constraints at the time the planning effort was underway, the Study's baseline year was set to 2017 for the Existing Year without the I-270 ICM improvements, the I-270 at Watkins Mill Road interchange, the Greenbelt Metro Access improvements, and VDOT NEXT. These improvements are, however, implemented in all future year analyses, which includes the Alternative 1/No Build conditions. A 2025 Interim Year that includes these improvements was also evaluated, followed by

00036586



the traditional 20-year forecast, reflective of a 2040 Build Year. The 2025 Interim Year results were used for the Air Quality Analysis. The Air Quality Analysis is provided in a separate technical memorandum supporting the EIS.

## 2.3    Measures of Effectiveness

Measures of Effectiveness (MOEs) are the data outputs generated during simulation and analysis that assist in reaching data-driven decisions. For the purposes of the Study, the following MOEs are being reported for comparison between the Screened Alternatives, including Alternative 1/No Build:

- Travel speeds between sections, in miles per hour (mph)
- Vehicle throughput between sections, in vehicles per hour, and person throughput between sections, in person per hour
- Vehicles Miles Traveled (VMT) between sections
- Percent demand met, in vehicle throughput per hour of total hourly vehicle demand
- Ability to achieve an average speed of 45 mph within the managed lane, while maximizing throughput (all Build Screened Alternatives meet this speed threshold)
- Intersection Level of Service (LOS)
- Freeway Segment Level of Service (LOS)
- Latent Demand

Details of the outputs for 2017 Existing Year and 2040 Build Year are described in this report under their respective sections.

## 2.4    Traffic Analysis Tools

The traffic analysis tools used in this Study include macroscopic and microsimulation modeling software. Examples of these tools are shown in **Figure 2-8**. These tools use industry-standard methods for evaluating travel demand and traffic operations.

- ***CUBE, Version 6,*** by Citilabs, is a macroscopic modeling tool that is used to model regional travel demands based on changes to the transportation network, land use, and population. CUBE was used for this Study to run the travel demand model developed by MWCOG. The travel demand model results are then used to develop traffic volume forecasts.

- ***VISSIM, Version 10.00-09***, by PTV Group, is a traffic microsimulation model with primary applications being arterial and freeway operational analyses. VISSIM allows for flexibility to develop and analyze a wide range of complex vehicle movements and roadway geometry, including managed lanes and alternative interchange designs. VISSIM has the ability to shift unmet demand from one time period to subsequent time periods, which is useful for congested networks with latent demand. Results of VISSIM analyses are evaluated to assess the operations of No Build conditions versus build conditions, in addition to supporting alternatives analysis.

- ***Synchro, Version 10***, by Trafficware, is a deterministic tool primarily used for analyzing traffic flow, traffic signal progression, and traffic signal timing optimization. Synchro is often used to analyze signalized and unsignalized intersections, but not freeways, interchanges, or ramps. Synchro uses Highway Capacity Manual (HCM) and Intersection Capacity Utilization (ICU) methodology to

00036587



determine intersection capacity and LOS. For this Study, it was used as the basis of signal timing inputs for the VISSIM models.

**Figure 2-8: Cube, Synchro, and VISSIM Models**

Traffic assignment: CUBE

Signal timing optimization: Synchro

Microsimulation: VISSIM

## 2.5    Overview of Modeling Methodology

The modeling methodology used in this analysis is described below and shown in **Figure 2-9**. Future daily and peak period demand volumes were developed using the Metropolitan Washington Council of Governments (MWCOG) Regional Travel Demand Model, described in Section 4.3 of this report. These volumes were then post-processed into hourly volumes using the methodology outlined in *NCHRP 765: Analytical Travel Forecasting Approaches for Project-Level Planning and Design*.[6] The post-processed hourly volumes were then entered VISSIM models, with use of Synchro software to analyze and develop signal timings. Once the VISSIM models were run, VISSIM generated outputs, including Highway Capacity Manual (HCM) Level of Service (LOS) methodology, speeds, and other measures of effectiveness (MOEs). This process was followed for Existing 2017 conditions, 2025 Interim conditions (for Air Analysis only) and 2040 Alternative 1/No Build conditions. Once the 2040 Alternative 1/No Build model was completed, the other build alternatives could be developed. Each step of this process is explained in greater detail later in this report.

---

[6] National Cooperation Highway Research Program (NCHRP) 765 (2014) is the result of research sponsored by the American Association of State Highway and Transportation officials in cooperation with the Federal Highway Administration. The research was administered by the Transportation Research Board of the National Academies.

00036588

## Figure 2-9: Modeling Methodology



## 2.6    Data Collection

In support of the Study, a data collection effort and subsequent data review was completed during the first few months of 2018. In addition to raw data collection, the project team conducted several field observations of the corridor during peak periods on weekdays and used innovative probe speed and origin-destination tools to better observe the corridor's congestion patterns. A summary of the data collection effort is discussed in the following sections.

## 2.7    Traffic Counts

Traffic count data was obtained from MDOT SHA's Internet Traffic Monitoring System (I-TMS), which is available to the public[7]. This data includes 59 counts from 2015, 97 counts from 2016, and 102 counts from 2017. Intersection turning movement counts (TMC) and average daily traffic (ADT) counts were collected at 101 locations along the I-495 and I-270 corridors in 2018 to supplement existing traffic data. TMC data was collected using 24-hour video counts and ADT count data was collected over 48-hour periods at mainline and ramp locations. All counts were conducted during typical weekday conditions (Tuesdays, Wednesdays, and Thursdays while schools are in session).

The use of multiple years of data was necessary to meet schedule requirements due to the vast quantity of data needed throughout the entire Study area (over 350 locations). Volume data along I-270 had previously been normalized as part of the I-270 ICM initiative; therefore, most of the new count data was used to supplement the information that had been collected previously.

---

[7] http://maps.roads.maryland.gov/itms_public/

00036589



Volumes were balanced through the study network, including the I-495 and I-270 along with the crossing roadways, so that no volume sinks were present along the access-controlled facilities. Along I-270, volumes were developed separately for the local, express, and HOV lanes where multiple facility types exist. For all roadways, ADT and peak period volumes were developed by direction.

Peak period hourly volumes were adjusted upward at some locations where drops in peak period traffic counts were due to upstream congestion and bottlenecks. This produces a set of peak period traffic volumes that reflect the actual traveler demand and not the resulting network throughput, which was needed to ensure that VISSIM model volume inputs for existing (and future) conditions were adequate to represent actual congestion.

**Figures 2-10 through 2-15** show the balanced ADTs and peak period volumes along I-495 and I-270. Balanced traffic volumes are included in **Appendix A**.

00036590

Figure 2-10: I-495 Existing (2017) ADTs



Figure 2-11: I-270 Existing (2017) ADTs



00036591

Figure 2-12: I-495 Existing (2017) Inner Loop Peak Period Hourly Volumes



Figure 2-13: I-495 Existing (2017) Outer Loop Peak Period Hourly Volumes



00036592



Figure 2-14: I-270 Existing (2017) Southbound Peak Period Hourly Volumes

*Note: West Spur and East Spur volumes are combined in this chart*



Figure 2-15: I-270 Existing (2017) Northbound Peak Period Hourly Volumes

*Note: West Spur and East Spur volumes are combined in this chart*

00036593



## 2.8   Speed Data

Hourly speed data along the I-495 and I-270 corridors consists of probe data from the Regional Integrated Transportation Information System (RITIS) platform developed by the University of Maryland's Center for Advanced Transportation Technology (CATT) lab. The RITIS platform provides probe data from INRIX, HERE, TomTom, and NPMRDS for any state-owned facility in Maryland in support of the I-95 Corridor Coalition. The segment-level data is available for any day of the year and any time of the day and provides insight into corridor speeds and bottlenecks. The data for this Study was pulled for all months in 2015 (the oldest count used in this Study) through all months in 2017. **Figures 2-16 through 2-19** show the average and $5^{th}/95^{th}$ percentile speeds along the I-495 and I-270 corridors throughout the day to demonstrate the variability of the corridor's average speeds.

**Figures 2-20 through 2-25** describe the speed breakdown along the corridors for each month of the year, including the average for all months during the two worst hours of the day, found to be 8:00 to 9:00 AM and 5:00 to 6:00 PM along I-495, and 7:30 to 8:30 AM and 5:15 to 6:15 PM along I-270. Also highlighted is the month of May 2017, which as previously discussed was used for calibration purposes. The month of May 2017 was chosen as a month that reflects conditions worse than the average speeds experienced along the corridor during any given day. The average speeds from May 2017 along both the I-270 and I-495 corridors fall at or below the annual average speeds for 2015, 2016, and 2017. Thus, this dataset, and therefore the model used in analysis, reflects at least half of the year's speeds along these corridors, as shown in the following figures. The purpose of selecting this month is to use higher-than-average congestion to ensure that solutions proposed along these corridors can mitigate over half of the conditions experienced on this corridor. It is also important to note that annual average speeds across 2015, 2016, and 2017 do not vary significantly from each other, supporting the use of traffic counts from these years. While the use of count and speed data collected during the same month, week, or even day would be the most ideal situation for modeling purposes, the project schedule, budget, and the availability of technical resources such as traffic counting equipment and technicians needed for a large Study area would not make this option feasible at this time. Note that RITIS did not have speed data along the I-495 Inner Loop from MD 214 to Ritchie Marlboro Road or along the I-495 Outer Loop from MD 4 to Ritchie Marlboro Road. These gaps are noted in the figures.

00036594

00036595



**Figure 2-16: Annual and May 2017 Average and 5th/95th Percentile Speeds for I-495 Inner Loop**



00036596



**Figure 2-17: Annual and May 2017 Average and 5th/95th Percentile Speeds for I-495 Outer Loop**



00036597



**Figure 2-18: Annual and May 2017 Average and 5th/95th Percentile Speeds for I-270 Southbound**



00036598



**Figure 2-19: Annual and May 2017 Average and 5th/95th Percentile Speeds for I-270 Northbound**





**Figure 2-20: 8-9 AM Peak Hour Monthly Average Speeds along I-495 Corridor in 2017 – Inner Loop**



00036600



**Figure 2-21: 8-9 AM Peak Hour Monthly Average Speeds along I-495 Corridor in 2017 – Outer Loop**



00036601





Figure 2-22: 5-6 PM Peak Hour Monthly Average Speeds along I-495 Corridor in 2017 – Inner Loop

00036602



**Figure 2-23: 5-6 PM Peak Hour Monthly Average Speeds along I-495 Corridor in 2017 – Outer Loop**



00036603



Figure 2-24: 7:30-8:30 AM Peak Hour Monthly Average Speeds along I-270 Corridor in 2017 – Southbound



00036604



Figure 2-25: 5:30-6:30 PM Peak Hour Monthly Average Speeds along I-270 Corridor in 2017 – Northbound



00036605



## 2.9  Reliability

As demand from commuter, commercial, and recreational trips increase, operations along these roadway systems degrade, negatively impacting the movement of people and goods throughout the region. MDOT SHA summarizes the congestion trends in its annual *Maryland State Highway Mobility Report*. This report describes performance and mobility trends for the most recent year, compares the results to past years, and identifies accomplishments. Key elements of the *Mobility Report* include Transportation Systems Management and Operations, freight, multi-modalism, and major capital projects. It includes a review of congestion trends. The primary measures of congestion on freeway/expressways are the Travel Time Index (TTI) and the Planning Time Index (PTI). Past trends indicate that the region's

| Key Points |
| --- |
| • MDOT SHA uses TTI and PTI to measure the reliability of facilities |
| • Multiple segments along I-495 and I-270 rank among the top congested segments in Maryland |
| • The most congested segments during the AM peak include I-495 Outer Loop from the Montgomery/Prince George's County Line to MD 97 and I-495 Inner Loop from MD 210 to I-295 |
| • The most congested segments during the PM peak include I-495 Inner Loop from Clara Barton Parkway to I-270 West Spur and MD 355 to MD 185, I-495 Outer Loop from MD 190 to Cabin John Parkway, I-270 West Spur Southbound from the I-270 Split to Democracy Boulevard, and I-270 Northbound from MD 124 to north of the MD 124 CD Lane |

rapid growth, combined with its high traffic volume, commuting patterns, and limited capacity, has caused congestion to increase considerably, thus increasing travel and planning times, as indicated in the increased TTI and PTI in recent years. These trends are shown on the following pages.

The TTI, which is also used in the MDOT *Excellerator*[8] program as a performance measure metric, compares the 50th percentile travel time of a trip on a segment of freeway/expressway for a particular hour to the travel time of a trip during off-peak conditions when vehicles travel at free-flow or uncongested conditions. The higher the TTI for a given hour of the day, the longer the travel time for that hour compared to free-flow travel time. A TTI of 1.0 indicates free-flow conditions, a TTI of 2.0 indicates a trip takes twice as long as free-flow conditions, and a TTI of greater than 2.0 indicates severe congestion. The TTI for each highway segment is calculated to provide an understanding of the statewide freeway/expressway system for average weekday peak hour conditions.

However, longer travel times only demonstrate part of the congestion issue along the Study corridors. A user can plan accordingly if they know their expected travel time, but when travel times vary greatly, such as within these Study corridors, trip reliability is uncertain. MDOT SHA measures trip reliability using the PTI, which represents the total time travelers should allow to ensure they arrive at their destination on time while considering potential delays due to non-recurring congestion. MDOT SHA uses the ratio of the 95th percentile travel time to the free-flow travel time to derive the PTI. For example, if a section of roadway that takes 5 minutes to traverse in free-flow conditions has a PTI of 3.0, motorists should allow

---

[8] MDOT *Excellerator* is a performance management system comprised of ten tangible results. These results are used by MDOT to drive its daily business decisions. It is updated quarterly.

00036606

15 minutes to ensure arriving on time. The lower the PTI, the more reliable the trip. The higher the PTI, the less reliable and longer a trip might take.

Additionally, users traveling along roadways that experience high levels of congestion are more likely to be impacted by minor incidents. These incidents can produce severe back-ups and system-level unreliable conditions for hours. Recent trends indicate that congestion continues to negatively impact the region. The 2018 *Mobility Report* lists the top 15 most congested freeway/expressway segments statewide for the AM and PM peaks, and their reliability values, for the years 2016 and 2017. The 2016 *Mobility Report* lists the top 30 most congested freeway/expressway segments statewide for the AM and PM peaks, and their reliability values, for the years 2014 and 2015. Those segments that ranked in the top 15 for 2017 and occurred within the Study corridors are provided below in **Tables 2-3 and 2-4**.

All roadway segments listed and ranked in these tables experienced severe congestion (TTI greater than 2.0) during the peak travel times for 2014 through 2017. All roadway segments listed, and ranked, also experienced high to extreme unreliability (PTI greater than 2.5) during these three years. Segments listed as "Not Ranked" did not experience a TTI or PTI severe enough to be in the rankings for that year. The peak hours in these tables are 8-9 AM and 5-6 PM, as defined by the *Mobility Report*.

**Table 2-3: Top Congested Segments in the Study Area and Reliability Values (AM Peak Hour)**

| Road | Location | Direction | 2017 Rank (TTI) | 2016 Rank (TTI) | 2015 Rank (TTI) | 2014 Rank (TTI) | 2017 Rank (PTI) | 2016 Rank (PTI) | 2015 Rank (PTI) | 2014 Rank (PTI) |
|------|----------|-----------|------|------|------|------|------|------|------|------|
| I-495 | MD 650 to MD 193 | Outer Loop | 1 (5.1) | 1 (4.8) | 1 (4.4) | 2 (3.9) | 2 (8.3) | 2 (8.0) | 6 (8.5) | 6 (7.5) |
| I-495 | At MD 650 | Outer Loop | 2 (4.6) | 2 (4.5) | 2 (4.4) | 1 (4.0) | 1 (8.9) | 1 (8.7) | 1 (9.2) | 1 (9.0) |
| I-495 | MD 193 to US 29 | Outer Loop | 3 (4.1) | 3 (3.9) | 4 (3.6) | 4 (3.2) | 11 (6.2) | 12 (6.2) | 15 (6.3) | 15 (5.8) |
| I-495 | I-95 to Prince George's County Line | Outer Loop | 5 (3.6) | 6 (3.5) | 15 (2.4) | 15 (2.5) | 3 (8.2) | 3 (8.0) | 4 (9.0) | 3 (8.6) |
| I-495 | US 29 to MD 97 | Outer Loop | 9 (2.9) | 9 (3.0) | 8 (2.8) | 7 (2.5) | 38 (4.0) | 33 (4.2) | 48 (4.4) | 47 (4.0) |
| I-495 | MD 210 to I-295 | Inner Loop | 10 (2.9) | 14 (2.7) | 27 (2.2) | 19 (2.1) | 8 (6.3) | 14 (5.5) | 28 (5.2) | 28 (4.6) |

*Source: Maryland State Highway Mobility Report, 2016 and 2018*
*MDOT SHA defines the various levels of congestion in four categories based on TTI. These are:*

- *Uncongested (TTI < 1.15)*
- *Moderate Congestion (1.15 < TTI < 1.3)*
- *Heavy Congestion (1.3 < TTI < 2.0)*
- *Severe Congestion (TTI > 2.0)*

*For reporting purposes, MDOT SHA categorizes PTI for freeways/expressways as:*

- *Reliable (PTI < 1.5)*
- *Moderately Unreliable (1.5 < PTI < 2.5)*
- *Highly to Extremely Unreliable (PTI > 2.5)*

*Top-ranked statewide segment in red*

00036607

**TRAFFIC ANALYSIS TECHNICAL REPORT**



**Table 2-4: Top Congested Segments in the Study Area and Reliability Values (PM Peak Hour)**

| Road | Location | Direction | 2017 Rank (TTI) | 2016 Rank (TTI) | 2015 Rank (TTI) | 2014 Rank (TTI) | 2017 Rank (PTI) | 2016 Rank (PTI) | 2015 Rank (PTI) | 2014 Rank (PTI) |
|---|---|---|---|---|---|---|---|---|---|---|
| I-495 | At Cabin John Pkwy | Inner Loop | 1 (4.5) | 3 (4.2) | 4 (3.7) | 3 (3.6) | 5 (7.5) | 7 (6.9) | 9 (7.4) | 9 (7.1) |
| I-495 | Clara Barton Pkwy to Cabin John Pkwy | Inner Loop | 6 (3.8) | 9 (3.5) | 8 (3.2) | 7 (3.1) | 14 (6.0) | 16 (5.8) | 17 (6.3) | 20 (5.6) |
| I-270 Spur | I-270 Split to Democracy Blvd | South-bound | 7 (3.5) | 1 (4.7) | 12 (3.0) | 74 (1.8) | 1 (10.4) | 2 (11.6) | 1 (15.0) | 1 (11.7) |
| I-495 | MD 355 to MD 185 | Inner Loop | 9 (3.4) | 14 (3.0) | 25 (2.5) | 38 (2.1) | 19 (5.7) | 25 (5.1) | 32 (5.2) | 16 (6.0) |
| I-495 | At MD 185 | Inner Loop | 10 (3.4) | 19 (2.9) | 26 (2.5) | 35 (2.2) | 20 (5.6) | 28 (5.0) | 36 (5.1) | 15 (6.0) |
| I-495 | At MD 355 | Inner Loop | 11 (3.3) | 24 (2.7) | Not Ranked | Not Ranked | 6 (7.2) | 6 (7.1) | Not Ranked | Not Ranked |
| I-495 | MD 190 to I-270 West Spur | Inner Loop | 12 (3.3) | 13 (3.2) | 9 (3.1) | 8 (3.1) | 43 (4.4) | 38 (4.4) | 38 (5.1) | 26 (5.3) |
| I-270 | MD 124 to North of MD 124 CD Lane | North-bound | 13 (3.3) | 12 (3.3) | 17 (2.8) | 21 (2.4) | 30 (5.0) | 24 (5.1) | 39 (5.0) | 36 (5.0) |
| I-495 | At MD 190 | Outer Loop | 14 (3.2) | 11 (3.4) | 13 (2.9) | 62 (1.9) | 33 (4.8) | 30 (4.9) | 19 (6.2) | 40 (4.7) |
| I-495 | MD 190 to Clara Barton Pkwy | Outer Loop | 15 (3.1) | 8 (3.5) | Not ranked | Not ranked | 23 (5.4) | 17 (5.7) | Not ranked | Not ranked |

*Source: Maryland State Highway Mobility Report, 2016 and 2018*
*MDOT SHA defines the various levels of congestion in four categories based on TTI. These are:*

- *Uncongested (TTI < 1.15)*
- *Moderate Congestion (1.15 < TTI < 1.3)*
- *Heavy Congestion (1.3 < TTI < 2.0)*
- *Severe Congestion (TTI > 2.0)*

*For reporting purposes, MDOT SHA categorizes PTI for freeways/expressways as:*

- *Reliable (PTI < 1.5)*
- *Moderately Unreliable (1.5 < PTI < 2.5)*
- *Highly to Extremely Unreliable (PTI > 2.5)*

*Top-ranked statewide segment in red*

The 2040 TTI projections show even greater impacts, with an increase in travel times of over 25 percent at all locations along I-495 during the AM peak period, and even greater travel time increases of up to 80 percent during the 2040 PM peak period, as shown in **Tables 2-5 and 2-6**. 2040 TTIs were projected for the top congested segments along I-495, I-270, and I-270 Spur.

As travel times along the Study corridors increase, users will need to increase their planned travel time to reach their intended destinations. Additionally, increased amounts of congestion will decrease vehicle spacing along the roadways, thereby increasing the potential for congestion-related crashes, particularly rear end and sideswipe collisions. When these occur, traffic incidents and non-recurring congestion will

00036608



further degrade the performance and reliability of I-495 and I-270, causing additional delay for the projected 300,000+ commuters each weekday by 2040. All these issues will also contribute to higher travel costs.

### Table 2-5: 2017 and 2040 No Build Study Corridors TTI (AM Peak Hour)

| Road | Location | Direction | 2017 TTI | 2040 TTI | Forecasted % Increase |
|------|----------|-----------|----------|----------|----------------------|
| I-495 | MD 650 to MD 193 | Outer Loop | 5.1 | 6.2 | 21% |
| I-495 | At MD 650 | Outer Loop | 4.6 | 5.3 | 16% |
| I-495 | MD 193 to US 29 | Outer Loop | 4.1 | 4.7 | 15% |
| I-495 | I-95 to Prince George's County Line | Outer Loop | 3.6 | 5.9 | 63% |
| I-495 | US 29 to MD 97 | Outer Loop | 2.9 | 3.4 | 16% |
| I-495 | MD 210 to I-295 | Inner Loop | 2.9 | 4.0 | 37% |

### Table 2-6: 2017 and 2040 No Build Study Corridors TTI (PM Peak Hour)

| Road | Location | Direction | 2017 TTI | 2040 TTI | Forecasted % Increase |
|------|----------|-----------|----------|----------|----------------------|
| I-495 | At Cabin John Pkwy | Inner Loop | 4.5 | 6.5 | 45% |
| I-495 | Clara Barton Pkwy to Cabin John Pkwy | Inner Loop | 3.8 | 5.9 | 55% |
| I-270 Spur | I-270 Split to Democracy Blvd | Southbound | 3.5 | 3.5 | 0% |
| I-495 | MD 355 to MD 185 | Inner Loop | 3.4 | 4.9 | 44% |
| I-495 | At MD 185 | Inner Loop | 3.4 | 4.4 | 29% |
| I-495 | At MD 355 | Inner Loop | 3.3 | 6.8 | 106% |
| I-495 | MD 190 to I-270 West Spur | Inner Loop | 3.3 | 4.5 | 36% |
| I-270 | MD 124 to North of MD 124 CD Lane | Northbound | 3.3 | 3.3 | 0% |
| I-495 | At MD 190 | Outer Loop | 3.2 | 3.4 | 6% |
| I-495 | MD 190 to Clara Barton Pkwy | Outer Loop | 3.1 | 3.2 | 5% |

*Source: MDOT SHA Mobility Report, 2018*
*MDOT SHA defines the various levels of congestion in four categories based on TTI. These are:*

- *Uncongested (TTI < 1.15)*
- *Moderate Congestion (1.15 < TTI < 1.3)*
- *Heavy Congestion (1.3 < TTI < 2.0)*
- *Severe Congestion (TTI > 2.0)*

Overall, the TTI and PTI data show that users in the corridor need an option for a reliable trip when the general-purpose lanes experience recurring or non-recurring congestion. Users would benefit from having an option with a more reliable travel time for their trips, one that would reliably operate at an acceptable level of service even when the general-purpose lanes are congested. Such an option would provide users with a way to reach their destinations with a predictable travel time.

## 2.10   Signal Timing

Signal controller timing data for all signalized ramp terminals along the I-495 and I-270 interchanges were provided by the relevant agencies. Signals along state routes are owned by MDOT SHA for traffic signals in Prince George's County and Frederick County and by Montgomery County Department of Transportation (MCDOT), for traffic signals in Montgomery County. Signal timings for County-owned

00036609



signals were provided by the relevant county. The latest timings were requested to ensure the timings in the model were reflective of the latest timing updates.

## 2.11    Regional Travel Demand Model Calibration: MWCOG

### A.    Definition of the MWCOG Model

The National Capital Region Transportation Planning Board (TPB) is the federally-designated metropolitan planning organization (MPO) serving the metropolitan Washington, DC area. The TPB is located at the Metropolitan Washington Council of Governments (MWCOG) and develops the regional travel demand model for the Washington, DC region. The regional travel demand model for the Washington, DC region is the MWCOG Travel Demand Forecasting Model. Version 2.3.70 (November 2017) of this model was used as it was the most recently adopted model at the time the modeling for the MLS was initiated. This model extends across 22 jurisdictions in the District of Columbia, Maryland, Virginia, and West Virginia, including the study area for the I-495 and I-270 Managed Lane Study. The model includes all major roadways and public transportation services (including bus, Metrorail, and commuter rail), local land use data, and population, household, and employment data. Land uses in the area are shown in **Figure 2-26**.

### B.    MWCOG Modeling Methodology

To provide consistency with regional planning efforts, the MWCOG Travel Demand Forecasting Model, Version 2.3.70 was used as the basis for the development of daily and peak period traffic forecasts. The MWCOG model is a mathematical representation of the supply and demand for travel in an urban area. The travel supply is generally represented by a highway network and a transit network. The highway network represents all major roads in the region, including managed lane facilities, and the transit network represents all public transportation service in the region, including bus, Metrorail, and commuter rail. In addition to transportation networks, the other major input to the travel model is the land activity data for each transportation analysis zone (TAZ). The demand for travel is developed using a series of mathematical models. Models exist for the following years: 2015, 2017, 2020, 2025, 2030, 2040, and 2045. The forecasting methodology was consistent with FHWA's *Interim Guidance on the Application of Travel and Land Use Forecasting in NEPA publication* (USDOT FHWA, 2010).

The MWCOG Model utilizes a four-step trip-based model framework with feedback between traffic assignment and distribution, as shown in **Figure 2-27**. Calibration of the MWCOG model for the Study focused on screenlines and validation of land use. The MWCOG user guide is included as **Appendix B** and the MWCOG validation memo is included as **Appendix C**.

Prior to utilizing the model for analysis, the existing network was reviewed for consistency with field conditions, including links and number of lanes. The model was then validated to ensure reasonable volumes across a set of cutlines (locations) and the corridors and study area were defined to capture the movements in the region. The next several sections describe the models and calibration generated for the I-495 and I-270 corridors using data-driven criteria.

00036610



**Figure 2-26: Regional Land Use**





**Figure 2-27: Four-Step Regional Travel Forecasting Model**



*Source: Metropolitan Washington Council of Governments*

**C.    Analysis Hours**

Regional travel demand models analyze large portions of a day, including peak and off-peak hours. For these purposes, the MWCOG regional travel demand model considers 6:00 AM to 9:00 AM and 3:00 PM to 7:00 PM as the peak periods and the rest of the model time is considered "off-peak". Except where otherwise noted, analysis results are based on the peak periods. For this Study, where results for the peak hours (i.e., the highest hour of each peak period) are shown, the peak hours were established as 7:00 AM to 8:00 AM and 4:00 PM to 5:00 PM.

**D.    Background Developments, Capital Projects, and Network Refinements**

Calibration is based upon existing conditions. The I-270 ICM improvements, the I-270 at Watkins Mill Road interchange, the Greenbelt Metro Access Improvements, and VDOT NEXT were not included in the baseline model since these improvements were not completed at the time the Study began. Those developments and capital projects are included in the future-year scenarios.

Travel demand forecasts were prepared by the National Capital Region Transportation Planning Board (TPB). Per standard TPB staff modeling practices, prior to executing models for future year alternatives,

00036612



travel demand model output is validated to existing conditions in the study area. Therefore, TPB executed an existing model validation run and prepared summaries that compare 2016 model estimates to the 2015 observed data they had available. At the time the Study commenced, the 2015 counts were readily available in a format that could easily be used, and more recent counts were not. However, recent history shows that individual facility counts tend to be stable from year to year.

Study inputs were based on Round 9.0 Cooperative Forecasts and the 2016 "Off-Cycle" Constrained Long Range Plan (CLRP), which was adopted in October 2017. MWCOG then refined the official highway networks to more accurately reflect the study area. These refinements include:

- Review and revisions of the number of lanes on I-495, I-270, and Baltimore-Washington Parkway

- Review and revisions of interchanges with access to/from the above freeways

- Additional refinements in the Fort Meade area, including the addition of the existing National Security Agency (NSA) interchange

- Decrease in highway capacity on Baltimore-Washington Parkway, which is degraded from a freeway to an expressway

The Version 2.3.70 travel demand model is the official TPB "production model" and the approved version for analysis associated with this project. Although it was used as the starting point (or "base" model), MWCOG subsequently modified the model to be able to better represent Build alternatives that include dynamically-priced lanes that do not provide preferential treatment to high occupancy vehicles (which are assumed in all Build alternatives in this Study). Essentially, to reflect this policy assumption, TPB removed what is known as the "HOV Skim Replacement" procedure from the modeling process, so that the revised model is no longer required to perform the "base-run" modeling step for each analysis year. At the same time, the revised model still provides preferential treatment to the HOV carpools using existing HOT lane facilities in Virginia, as HOV users of Virginia HOT lanes can access these dynamically priced lanes free of charge. The resulting regional model used in preparation of the model estimates by TPB for base-year validation and 2040 alternatives analysis is referred to as the Version 2.3.71 travel demand model.

The Version 2.3.71 travel demand model is therefore not an official model used in air quality conformity analysis, but is a model specifically developed for modeling of this Study's alternatives. The new methods and features introduced in Version 2.3.71 were incorporated into the following version of the official TPB model with an updated user's guide, which can be found in **Appendix B**.

### E.    Volume Validation

Model validation results, which compare 2016 model estimates to 2015 observed data, are included in **Figures 2-28 and 2-29**. The official MWCOG model was used, which MWCOG validates based on the user guide found in **Appendix B**. The MWCOG validation memo is included in **Appendix C**. Validation is based upon the percent difference between estimated and observed volumes at the screenline level, and between link-level model estimates and observed counts.

All the estimated screenline volumes are within +/- 20% of the observed counts, except for Screenline I-270-2 at 33%. Some of the estimated volumes for the Capital beltway screenlines are close to the 20%

00036613



margin (e.g., Screenline I-495-2), but these regional model findings are in line with the model validation for the Capital Beltway PEL Study conducted in 2016 and 2017.

As shown, most link-level model estimates for I-270 and I-495 are within 25% of the observed counts, with the following exceptions:

- I-270 – 0.20 mi S of Baker Valley Rd (30%)
- I-270 – 50 ft S of Frederick County Line (45%)
- I-270 – 0.50 mi N of MD 121 (52%)
- I-270 – S of MD 121 (34%)
- I-270 West Spur – 0.30 mi N of Westlake Terrace (27%)
- I-270 West Spur – 0.40 mi S of Democracy Blvd (34%)

It is important to realize that the model results for this study were used to establish growths (or expected changes) for future conditions, which could be applied to known existing volumes (observed counts). The methodology considers both the percent and absolute differences between base year ADT volumes and base year model forecasts for facilities along defined screenlines and applies those same corrections to future year forecasted model volumes.

00036614

## Figure 2-28: I-495 Observed (2015) vs. Simulated (2016) Average Annual Weekday Daily Traffic Volumes



*Note: Links with no count are excluded from screenline totals*

00036615

**Figure 2-29: I-270 Observed (2015) vs. Simulated (2016) AAWDT Volumes**



Note: Links with no count are excluded from screenline totals

**F.    HOV Validation Metrics**

HOV lanes are present along I-270 Southbound from I-370 to the I-270 between the East Spur and the West Spur. The HOV lanes continue to MD 187 along the East Spur and to Democracy Boulevard along the West Spur. HOV lanes are present along I-270 Northbound from MD 187 along the East Spur and from Democracy Boulevard along the West Spur, continuing past the merge between the two spurs to MD 117. Existing (2017) modeled volumes in the HOV lanes and general-purpose lanes are shown in **Figures 2-30 through 2-33**, along with the percentage of vehicles using the HOV lanes.

00036616

**TRAFFIC ANALYSIS TECHNICAL REPORT**



Figure 2-30: Existing (2017) ADTs in HOV and General-Purpose Lanes – I-270 Southbound

Figure 2-31: Existing (2017) ADTs in HOV and General-Purpose Lanes – I-270 Northbound

*Note: HOV lanes are present at MD 117 and I-370 northbound but not southbound*

00036617

**TRAFFIC ANALYSIS TECHNICAL REPORT**

**Figure 2-32: Existing (2017) 7-8 AM Peak Hour Volumes in HOV and General-Purpose Lanes – I-270 Southbound**



**Figure 2-33: Existing (2017) 4-5 PM Peak Hour Volumes in HOV and General-Purpose Lanes – I-270 Northbound**



*Note: HOV lanes are present along I-270 northbound at MD 117 and I-370 but not southbound*

00036618



### G.    MWCOG Screenline Volume Outputs

Average Annual Weekday Daily Traffic (AAWDT) volume outputs at selected screenline locations from the 2016 simulated model are shown in **Figure 2-34**. These screenline locations reflect various locations along the study corridors. Nine locations were included along I-495, including at the Potomac River, east of MD 650, and south of US 50. Six locations were included along I-270, including south of I-70, south of I-370, and north of the I-270 Spurs. Six locations were also included along the Baltimore-Washington Parkway, which was not considered beyond the MWCOG analysis. Note that the selected AAWDT counts/observed data represent the 2015 conditions, while model output represents the 2016 conditions. At the time the Study commenced, the 2015 counts were readily available in a format that could easily be used, and more recent counts were not. However, recent history shows that individual facility counts tend to be stable from year to year. All the estimated screenline volumes (see **Table 2-7**) are within +/- 20% of the observed counts, except for Screenline I-270-2 (at 33%). In addition, some of the estimated volumes for the I-495 screenlines are close to the 20% margin (e.g., Screenline I-495-2); however, these regional model findings are in line with the model validation for the Capital Beltway PEL Study conducted in 2016 and 2017 (Dusan Vukan and Yu Gao, *Model Validation for Capital Beltway Planning Study*, TPB Technical Memorandum, August 23, 2016). The MWCOG validation memo is included in **Appendix C**. The simulated volumes exclude links with no count. A separate memo, also included in **Appendix C**, includes all links on the screenline. These volumes are included in **Table 2-7** as well as in **Figure 2-34.**

### Table 2-7: Observed versus Simulated AAWDT Volumes by Screenline

| Screenline | Location | 2015 Observed Volume | 2016 Simulated Volume (Excluding Links with No Count)* | Percent Difference | 2016 Simulated Volume (Including All Links on Screenline)** |
|---|---|---|---|---|---|
| I-270-1 | South of I-70 | 288,116 | 307,940 | 7% | 308,868 |
| I-270-2 | North of Fingerboard Rd | 138,134 | 184,326 | 33% | 207,178 |
| I-270-3 | South of Germantown Rd | 231,104 | 249,901 | 8% | 249,901 |
| I-270-4 | South of Quince Orchard Rd | 363,634 | 359,373 | -1% | 363,164 |
| I-270-5 | South of I-370 | 338,752 | 342,027 | 1% | 363,635 |
| I-270-6 | North of Montrose Rd | 436,266 | 473,757 | 9% | 530,793 |
| I-270-7 | North of the Spurs | 425,466 | 475,267 | 12% | 535,025 |
| I-495-1 | Potomac River | 916,448 | 935,888 | 2% | 935,888 |
| I-495-2 | North of River Rd | 302,322 | 357,450 | 18% | 378,771 |
| I-495-3 | Between the Spurs | 294,286 | 319,958 | 9% | 348,761 |
| I-495-4 | West of Georgia Ave | 421,760 | 473,152 | 12% | 502,311 |
| I-495-5 | East of New Hampshire Ave | 485,514 | 550,779 | 13% | 620,271 |
| I-495-6 | East of Baltimore-Washington Pkwy | 393,800 | 358,883 | -9% | 411,210 |
| I-495-7 | South of US 50 | 612,422 | 546,973 | -11% | 594,225 |
| I-495-8 | South of Central Ave | 496,968 | 436,251 | -12% | 557,193 |
| I-495-9 | East of Branch Ave | 362,926 | 298,519 | -18% | 326,756 |

\* From February 2018 validation memo

\*\*From March 2018 validation memo

00036619



**Figure 2-34: 2016 Simulated AAWDT Screenline Volumes for I-270 and I-495**



*Note: includes all links on screenline, as detailed in the March 2018 memo in Appendix C*

00036620



## 2.12   Microsimulation Model Calibration: VISSIM

### A.    Definition of the VISSIM Model/Microsimulation

VISSIM, a microsimulation modeling software, was used to develop the network-based operational analysis for the I-495 and I-270 corridors. Version 10.00-09, the most recent version available at the beginning of the modeling process, was used. VISSIM's operational analysis capabilities include, but are not limited to: car, truck, and pedestrian volumes, transit routes and stops, to-scale lane geometry, and complex signal timings. The microsimulation model covers the entire Study corridor, with additional intersections on cross roads to ensure traffic approach and departure patterns were replicated on both I-495 and I-270. All items are input based on field-collected or field-verified data. These input data and their data sources are described below.

### B.    VISSIM Model Calibration Methodology

Model calibration and validation refers to the process that confirms the model provides a reasonable approximation of existing field conditions, and incorporates model refinements to bring it within an accepted range of validation targets. It is important to calibrate your existing year models to reflect actual conditions and then carry that calibration forward to future year conditions, as appropriate. For this Study, the model was run five times per peak period. Calibration of the model followed the guidelines in MDOT SHA's *VISSIM Modeling Guidance* (August 2017) and focused on the following criteria. Detailed calibration thresholds are described in the following sections.

- Vehicle throughput
- Speeds
- Travel times
- Visual confirmation of congestion patterns (queue buildup and dissipation)

During the VISSIM model calibration, attention was given to the following parameters:

- Modifying lane change distances to ensure smooth yet realistic traffic flow in both the peak and off-peak directions
- Modifying driver behavior parameters and link behavior types; driver and link behavior types

### C.    Hours of Analysis and Inputs

Vehicle inputs and VISSIM static routes were developed based on the existing balanced traffic volumes for the AM peak hours from 5 AM to 6 AM for seeding, and 6 AM to 10 AM for data collection. The evening peak hours developed in VISSIM were based on volumes from 2 PM to 3 PM for seeding, and 3 PM to 7 PM for data collection. The "exact volume" input was set for the arrival distribution for all the vehicle inputs, wherein the volume coded in is used in every simulation (as opposed to the "stochastic" input in which volumes vary slightly with each simulation). A series of vehicle compositions were set up for peak hour vehicle inputs throughout the network, based on the vehicle classification counts at various locations.

00036621



### D.    Background Developments or Capital Projects

No background developments were included as this calibration applies to existing 2017 conditions. The I-270 ICM improvements were not included in the baseline because these mitigation strategies were not completed at the time the Study was undertaken. Similarly, the I-270 at Watkins Mill Road interchange, the Greenbelt Metro access improvements, and VDOT NEXT, which were not completed at the time of this Study, were also not included.

### E.    Speed Data Fluctuation Threshold

Unreliability is important not only to better understand the need for new modes of transport along the corridors, but also for determining the detailed simulation model thresholds for calibration. Based on the unreliability of the I-270 and I-495 corridors, and on the guidance in MDOT SHA's *VISSIM Modeling Guidance* that mainline speeds should be modeled as a distribution of existing speeds along the corridor, calibration thresholds were set according to the results of the RITIS platform probe data. The calibration thresholds for the AM peak period, based on probe data from RITIS were:

- ±15 mph for I-495 Inner Loop in the AM peak hour
- ±14 mph for I-495 Outer Loop in the AM peak hour
- ±17 mph for I-270 Southbound in the AM peak hour
- ±6 mph for I-270 Northbound in the AM peak hour

The calibration thresholds for the PM peak period based on probe data from RITIS were:

- ±16 mph for I-495 Inner Loop in the PM peak hour
- ±19 mph for I-495 Outer Loop in the PM peak hour
- ±12 mph for I-270 Southbound in the PM peak hour
- ±16 mph for I-270 Northbound in the PM peak hour

The volume calibration threshold was 10% for throughput volumes, in concurrence with MDOT SHA's *VISSIM Modeling Guidance*.

These targets were chosen based on the complexity and size of the network and the variability of travel time runs along certain travel time segments. Priority was given to corridor travel speeds since it is an important measure of effectiveness for evaluation.

### F.    VISSIM Calibration Outputs and Summary

The outputs of the VISSIM calibration are provided in **Appendix D** and summarized below in **Tables 2-8 to 2-10.** Average speeds along I-495 and I-270, as collected in May 2017 and as simulated in the VISSIM models can be found in **Figures 2-35 through 2-40**. Detailed speed and travel time data can be found in **Appendix E**.

Calibration was based on speeds and as a result, travel times. These tables show the travel time along the I-495 and I-270 corridors, the length and percentage of each corridor meeting the calibration thresholds, and the length and percentage of each segment over 0.5 miles long meeting the calibration thresholds

00036622



during the 8-9 AM and 5-6 PM peak hours. Most evaluation periods show close correlation in terms of speed and travel time with some exceptions:

- I-270 Southbound from 6 AM to 8 AM
- I-270 Northbound from 3 PM to 7 PM

For the longer segment evaluation of the 8-9 AM and 5-6 PM peak hours, 80% to 83% of I-495 Inner Loop segments met the calibration thresholds, and 75% to 79% of I-495 Outer Loop segments met the calibration thresholds. Along I-270 Southbound, 73% of segments met the calibration thresholds during the 8-9 AM peak hour and 89% of segments met the calibration thresholds during the PM peak hour. Along I-270 Northbound, 94% of segments met the calibration thresholds during the 8-9 AM peak hour, but only 36% of segments met the calibration thresholds during the PM peak hour. Except for I-270 during the PM peak hour, most of the longer evaluated segments met the speed thresholds.

It should be noted that the speeds are reflective of May 2017 data, but the volumes were collected over multiple days, months, and years. Due to the size of the study area, there was not a cost-effective method to collect all volume data on the same day. Additionally, due to oversaturated conditions along both corridors, the traffic conditions are very volatile and can change dramatically from day to day. The goal of calibrating the existing model is to develop a model that is reasonably representative of a typical day along the corridor, while also considering the volatility of the corridor and reliability of each data set. Graphs showing the average speeds and 95% confidence intervals for I-270 and I-495 during each of the peak hours are included in **Appendix D**.

The VISSIM study area network for the I-270 and I-495 Managed Lane Study is larger and more complex than most traffic simulation models, due to the duration of daily congestion and variability of the day-to-day traffic speeds and volumes along the corridors. When evaluating the combination of model speeds and traffic volumes compared to the field-collected data, while also considering the variability along the corridor, the model were considered to be reasonably calibrated, thereby providing the sensitivity necessary to evaluate the future year conditions for alternative analysis.

00036623



**Table 2-8: VISSIM Outputs of Existing Calibration: Travel Times**

| Segment | Length (miles) | Time Period | Field Travel Time (min) | Simulated Travel Time (min) | Difference (min) | Difference (%) |
|---|---|---|---|---|---|---|
| I-495 Inner Loop | 43.3 | 6-7 AM | 43.4 | 46.0 | -2.6 | -6% |
| | | 7-8 AM | 65.8 | 54.6 | 11.2 | 17% |
| | | 8-9 AM | 66.2 | 53.1 | 13.0 | 20% |
| | | 9-10 AM | 53.2 | 50.3 | 3.0 | 6% |
| | | 3-4 PM | 72.9 | 64.0 | 8.9 | 12% |
| | | 4-5 PM | 97.4 | 84.8 | 12.7 | 13% |
| | | 5-6 PM | 109.2 | 104.6 | 4.5 | 4% |
| | | 6-7 PM | 86.7 | 94.9 | -8.2 | -9% |
| I-495 Outer Loop | 43.6 | 6-7 AM | 49.3 | 54.1 | -4.9 | -10% |
| | | 7-8 AM | 69.6 | 66.8 | 2.8 | 4% |
| | | 8-9 AM | 79.9 | 69.1 | 10.8 | 13% |
| | | 9-10 AM | 64.7 | 61.8 | 2.9 | 5% |
| | | 3-4 PM | 63.7 | 62.6 | 1.1 | 2% |
| | | 4-5 PM | 77.3 | 71.4 | 5.9 | 8% |
| | | 5-6 PM | 81.5 | 83.6 | -2.2 | -3% |
| | | 6-7 PM | 65.8 | 84.8 | -19.0 | -29% |
| I-270 Southbound | 31.3 | 6-7 AM | 48.3 | 51.5 | -3.2 | -7% |
| | | 7-8 AM | 61.7 | 59.9 | 1.8 | 3% |
| | | 8-9 AM | 56.9 | 48.8 | 8.1 | 14% |
| | | 9-10 AM | 42.8 | 41.6 | 1.3 | 3% |
| | | 3-4 PM | 29.4 | 30.9 | -1.5 | -5% |
| | | 4-5 PM | 31.4 | 31.3 | 0.0 | 0% |
| | | 5-6 PM | 32.9 | 31.7 | 1.2 | 4% |
| | | 6-7 PM | 30.1 | 31.3 | -1.1 | -4% |
| I-270 Northbound | 33.1 | 6-7 AM | 28.5 | 29.5 | -1.0 | -4% |
| | | 7-8 AM | 28.5 | 29.7 | -1.1 | -4% |
| | | 8-9 AM | 28.7 | 29.8 | -1.1 | -4% |
| | | 9-10 AM | 29.3 | 29.8 | -0.5 | -2% |
| | | 3-4 PM | 44.5 | 41.0 | 3.5 | 8% |
| | | 4-5 PM | 53.9 | 44.4 | 9.5 | 18% |
| | | 5-6 PM | 65.5 | 50.3 | 15.1 | 23% |
| | | 6-7 PM | 46.6 | 49.1 | -2.4 | -5% |

Note: MDOT SHA's VISSIM Modeling Guidance requires that travel times along the entire corridor be calibrated to within 5%; however, due to the complexity of the network, some segments are outside this range

00036624



**Table 2-9: VISSIM Outputs of Calibration: Segment Compliance Summary**

| Segment | Length (miles) | Time Period | Total Length of Segments Meeting Volume Criteria | | Total Length of Segments Meeting Speed Criteria | | Total Length of Segments Meeting Both Volume and Speed Criteria | |
|---|---|---|---|---|---|---|---|---|
| | | | Miles | % | Miles | % | Miles | % |
| I-495 Inner Loop | 43.3 | 6-7 AM | 11.6 | 26.7% | 41.4 | 95.7% | 11.6 | 26.7% |
| | | 7-8 AM | 11.7 | 27.0% | 37.0 | 85.5% | 13.0 | 30.1% |
| | | 8-9 AM | 5.8 | 13.4% | 36.8 | 85.1% | 4.6 | 10.6% |
| | | 9-10 AM | 5.5 | 12.7% | 37.4 | 86.5% | 5.5 | 12.7% |
| | | 3-4 PM | 16.3 | 37.7% | 33.6 | 77.5% | 12.5 | 28.8% |
| | | 4-5 PM | 5.8 | 13.5% | 37.0 | 85.5% | 5.8 | 13.5% |
| | | 5-6 PM | 11.4 | 26.4% | 35.3 | 81.5% | 10.3 | 23.8% |
| | | 6-7 PM | 12.0 | 27.7% | 38.0 | 87.7% | 11.4 | 26.4% |
| I-495 Outer Loop | 43.6 | 6-7 AM | 14.0 | 32.2% | 40.1 | 92.0% | 11.4 | 26.2% |
| | | 7-8 AM | 13.9 | 31.8% | 34.5 | 79.2% | 13.6 | 31.1% |
| | | 8-9 AM | 10.9 | 25.1% | 34.6 | 79.3% | 8.0 | 18.5% |
| | | 9-10 AM | 7.8 | 17.8% | 34.7 | 79.6% | 40.8 | 93.5% |
| | | 3-4 PM | 29.5 | 67.8% | 31.5 | 72.2% | 20.7 | 47.4% |
| | | 4-5 PM | 23.1 | 52.9% | 29.8 | 68.4% | 15.3 | 35.1% |
| | | 5-6 PM | 18.4 | 42.3% | 31.9 | 73.3% | 10.9 | 25.1% |
| | | 6-7 PM | 16.4 | 37.7% | 37.1 | 85.2% | 13.3 | 30.5% |
| I-270 Southbound | 33.3 | 6-7 AM | 3.2 | 9.6% | 25.1 | 75.3% | 3.0 | 8.9% |
| | | 7-8 AM | 1.3 | 3.9% | 29.3 | 87.9% | 1.3 | 3.9% |
| | | 8-9 AM | 3.5 | 10.5% | 24.8 | 74.4% | 3.5 | 10.5% |
| | | 9-10 AM | 12.3 | 36.9% | 28.5 | 85.5% | 11.3 | 33.8% |
| | | 3-4 PM | 18.1 | 54.2% | 31.1 | 93.2% | 18.1 | 54.2% |
| | | 4-5 PM | 17.3 | 52.0% | 31.1 | 93.2% | 17.3 | 52.0% |
| | | 5-6 PM | 23.2 | 69.4% | 29.9 | 89.7% | 23.2 | 69.4% |
| | | 6-7 PM | 8.1 | 24.2% | 30.6 | 91.8% | 8.1 | 24.2% |
| I-270 Northbound | 33.1 | 6-7 AM | 6.0 | 18.3% | 31.1 | 94.0% | 6.0 | 18.3% |
| | | 7-8 AM | 20.2 | 61.1% | 31.1 | 94.0% | 19.2 | 58.1% |
| | | 8-9 AM | 20.8 | 62.9% | 31.1 | 93.9% | 19.9 | 60.0% |
| | | 9-10 AM | 8.3 | 24.9% | 30.9 | 93.4% | 7.3 | 22.0% |
| | | 3-4 PM | 1.0 | 3.0% | 23.1 | 69.8% | 0.0 | 0.0% |
| | | 4-5 PM | 0.7 | 2.1% | 20.4 | 61.5% | 0.7 | 2.1% |
| | | 5-6 PM | 1.0 | 3.1% | 12.5 | 37.6% | 0.1 | 0.2% |
| | | 6-7 PM | 2.0 | 6.0% | 25.7 | 77.7% | 0.0 | 0.0% |

00036625



**Table 2-10: VISSIM Outputs of Calibration: Long Segments Compliance Summary**

| Segment | Total Length of Segments (Length ≥ 0.5 Miles) (Miles) | Time Period | Total Length of Segments (Length ≥ 0.5 Miles) Meeting Volume Criteria | | Total Length of Segments (Length ≥ 0.5 Miles) Meeting Speed Criteria | | Total Length of Segments (Length ≥ 0.5 Miles) Meeting Both Volume and Speed Criteria | |
|---|---|---|---|---|---|---|---|---|
| | | | Miles | % | Miles | % | Miles | % |
| I-495 Inner Loop | 33.1 | 8-9 AM | 5.8 | 17.5% | 27.3 | 82.6% | 4.6 | 13.8% |
| | | 5-6 PM | 8.3 | 25.2% | 26.5 | 80.0% | 7.2 | 21.8% |
| I-495 Outer Loop | 34.9 | 8-9 AM | 9.5 | 27.3% | 27.4 | 78.5% | 7.1 | 20.3% |
| | | 5-6 PM | 14.7 | 42.0% | 26.2 | 75.1% | 8.4 | 24.0% |
| I-270 Southbound | 29.9 | 8-9 AM | 3.3 | 11.0% | 21.9 | 73.2% | 3.3 | 11.0% |
| | | 5-6 PM | 20.2 | 67.6% | 26.7 | 89.4% | 20.2 | 67.6% |
| I-270 Northbound | 31.0 | 8-9 AM | 18.9 | 60.8% | 29.0 | 93.6% | 17.9 | 57.7% |
| | | 5-6 PM | 1.0 | 3.2% | 11.2 | 36.2% | 0.0 | 0.0% |

00036626



### Figure 2-35: I-495 Inner Loop Existing (2017) AM Peak Period Average Speeds – RITIS and VISSIM



*Note: White areas indicate missing data*

00036627



**Figure 2-36: I-495 Outer Loop Existing (2017) AM Peak Period Average Speeds – RITIS and VISSIM**



*Note: White areas indicate missing data*

00036628

### Figure 2-37: I-270 Existing (2017) AM Peak Period Average Speeds – RITIS and VISSIM



Note: White areas indicate missing data

00036629

**TRAFFIC ANALYSIS TECHNICAL REPORT**



### Figure 2-38: I-495 Inner Loop Existing (2017) PM Peak Period Average Speeds – RITIS and VISSIM



Note: White areas indicate missing data

00036630



**Figure 2-39: I-495 Outer Loop Existing (2017) PM Peak Period Average Speeds – RITIS and VISSIM**



*Note: White areas indicate missing data*

00036631

Figure 2-40: I-270 Existing (2017) PM Peak Period Average Speeds – RITIS and VISSIM



00036632

00036633

3

# 3    SUMMARY OF EXISTING CONDITIONS

Building upon the previous discussion about the gathered data and how it can help to calibrate models, those models are then used for the development of the MOEs that have been previously discussed. Summarized below are the MOEs that were evaluated for this Study.

## 3.1    Annual Average Daily Traffic

**Figure 3-1** provides a summary of existing (2017) and future (2040) annual average daily traffic (AADT) along the Study roadways. The development of future volumes will be detailed in section 5 of this report.

## 3.2    Travel Times and Speeds

**Figures 2-35 through 2-40,** as previously discussed, show the average speeds along I-495 and I-270 as collected in May 2017, and in the VISSIM models. Detailed speed and travel time data can be found in **Appendix E**.

---

### Key Points

- The average travel time for vehicles in the VISSIM model is 32.3 minutes.
- Of that, 13 minutes (40% of the commute) is delay.
- This equates to 2.25 hours of delay per week, and 117 hours of delay per year, per commuter.

---

00036634



**Figure 3-1: Annual Average Daily Traffic (AADT) along Study Roadways**



00036635



## 3.3    Vehicle Demand, Throughput, and Percent Demand Met

Throughput represents the number of vehicles and/or people that pass by a given point in the roadway network in a set amount of time. Throughput quantifies the efficiency of the roadway network in getting people, goods, and services to their destinations. Benefits of increased throughput on the highway include reduced peak spreading (i.e., less congestion in the off-peak hours) and reduced burden on the surrounding roadway network.

Existing travel demand and throughput at four key locations along the Study corridors are summarized in the following tables and figures. These locations cover the four main segments of the study area, separated by major freeway junctions (I-495 at I-95 and I-495 at I-270), and are therefore representative of the study area as a whole.  For a complete set of demand and throughput results for all segments, refer to **Appendix F** and **Appendix G**. Person throughputs are based upon vehicle classification outputs, including classifications for HOV 2 and HOV 3+, in the MWCOG model. Percent vehicle demand (**Table 3-4**) met refers to the vehicle throughputs (**Table 3-2**) as a percentage of travel demand (**Table 3-1**).

### Table 3-1: I-495 and I-270 Existing (2017) Travel Demand

| Location | Travel Demand (vehicles per hour) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **I-495 Inner Loop/ I-270 Southbound** | 6-7 AM | 7-8 AM | 8-9 AM | 9-10 AM | 3-4 PM | 4-5 PM | 5-6 PM | 6-7 PM |
| American Legion Bridge | 8,100 | 9,500 | 9,200 | 8,600 | 8,600 | 8,500 | 8,700 | 7,500 |
| I-495 West of I-95 | 7,000 | 8,500 | 7,900 | 7,000 | 8,800 | 9,100 | 8,500 | 7,500 |
| I-495 at MD 5 | 6,300 | 6,300 | 6,900 | 6,200 | 5,800 | 6,800 | 7,000 | 6,400 |
| I-270 at Montrose Rd | 9,300 | 10,800 | 10,000 | 9,100 | 6,700 | 7,300 | 7,500 | 6,900 |
| **I-495 Outer Loop/ I-270 Northbound** | 6-7 AM | 7-8 AM | 8-9 AM | 9-10 AM | 3-4 PM | 4-5 PM | 5-6 PM | 6-7 PM |
| American Legion Bridge | 7,800 | 9,100 | 9,000 | 8,200 | 8,300 | 8,600 | 8,400 | 7,900 |
| I-495 West of I-95 | 8,400 | 7,400 | 6,400 | 6,600 | 7,400 | 7,900 | 8,200 | 6,900 |
| I-495 at MD 5 | 5,900 | 6,700 | 5,900 | 5,500 | 6,800 | 6,700 | 6,700 | 5,800 |
| I-270 at Montrose Rd | 4,200 | 6,100 | 8,300 | 7,500 | 10,500 | 11,400 | 11,400 | 10,700 |

### Table 3-2: I-495 and I-270 Existing (2017) Vehicle Throughputs

| Location | Throughput (vehicles per hour) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **I-495 Inner Loop/ I-270 Southbound** | 6-7 AM | 7-8 AM | 8-9 AM | 9-10 AM | 3-4 PM | 4-5 PM | 5-6 PM | 6-7 PM |
| American Legion Bridge | 8,000 | 8,300 | 8,200 | 8,000 | 8,300 | 8,000 | 7,300 | 8,800 |
| I-495 West of I-95 | 7,200 | 8,100 | 7,800 | 7,100 | 8,100 | 8,300 | 8,000 | 7,300 |
| I-495 at MD 5 | 6,500 | 6,000 | 6,500 | 6,500 | 6,000 | 6,900 | 7,300 | 7,100 |
| I-270 at Montrose Rd | 9,600 | 10,100 | 9,800 | 9,600 | 6,700 | 7,400 | 7,500 | 6,900 |
| **I-495 Outer Loop/ I-270 Northbound** | 6-7 AM | 7-8 AM | 8-9 AM | 9-10 AM | 3-4 PM | 4-5 PM | 5-6 PM | 6-7 PM |
| American Legion Bridge | 8,100 | 8,800 | 9,200 | 8,600 | 8,100 | 8,300 | 7,700 | 7,700 |
| I-495 West of I-95 | 8,200 | 6,500 | 6,400 | 6,700 | 6,900 | 7,300 | 7,900 | 7,300 |
| I-495 at MD 5 | 5,700 | 6,300 | 5,700 | 5,400 | 6,700 | 6,700 | 6,500 | 5,700 |
| I-270 at Montrose Rd | 5,000 | 6,200 | 8,400 | 8,000 | 10,500 | 11,400 | 11,400 | 10,700 |

00036636

### Table 3-3: I-495 and I-270 Existing (2017) Person Throughputs

| Location | Throughput (persons per hour) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **I-495 Inner Loop/ I-270 Southbound** | 6-7 AM | 7-8 AM | 8-9 AM | 9-10 AM | 3-4 PM | 4-5 PM | 5-6 PM | 6-7 PM |
| American Legion Bridge | 9,500 | 9,900 | 9,700 | 9,500 | 10,800 | 10,400 | 9,500 | 11,400 |
| I-495 West of I-95 | 8,400 | 9,400 | 9,100 | 8,200 | 10,200 | 10,500 | 10,100 | 9,200 |
| I-495 at MD 5 | 7,700 | 7,100 | 7,700 | 7,700 | 7,800 | 8,900 | 9,500 | 9,200 |
| I-270 at Montrose Rd | 11,700 | 12,300 | 11,900 | 11,700 | 8,900 | 9,800 | 9,900 | 8,400 |
| **I-495 Outer Loop/ I-270 Northbound** | 6-7 AM | 7-8 AM | 8-9 AM | 9-10 AM | 3-4 PM | 4-5 PM | 5-6 PM | 6-7 PM |
| American Legion Bridge | 9,600 | 10,400 | 10,900 | 10,200 | 10,500 | 10,800 | 10,000 | 10,000 |
| I-495 West of I-95 | 9,500 | 7,600 | 7,400 | 7,800 | 8,700 | 9,200 | 10,000 | 9,200 |
| I-495 at MD 5 | 6,700 | 7,500 | 6,700 | 6,400 | 8,700 | 8,700 | 8,400 | 7,400 |
| I-270 at Montrose Rd | 6,100 | 7,600 | 10,200 | 9,800 | 12,800 | 13,900 | 13,900 | 13,100 |

### Table 3-4: I-495 and I-270 Existing (2017) Percent Vehicle Demand Met

| Location | Percent Vehicle Demand Met | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **I-495 Inner Loop/ I-270 Southbound** | 6-7 AM | 7-8 AM | 8-9 AM | 9-10 AM | 3-4 PM | 4-5 PM | 5-6 PM | 6-7 PM |
| American Legion Bridge | 99% | 87% | 89% | 93% | 97% | 95% | 84% | 100% |
| I-495 West of I-95 | 100% | 96% | 98% | 100% | 93% | 91% | 94% | 98% |
| I-495 at MD 5 | 100% | 96% | 94% | 100% | 100% | 100% | 100% | 100% |
| I-270 at Montrose Rd | 100% | 93% | 98% | 100% | 100% | 100% | 100% | 100% |
| **I-495 Outer Loop/ I-270 Northbound** | 6-7 AM | 7-8 AM | 8-9 AM | 9-10 AM | 3-4 PM | 4-5 PM | 5-6 PM | 6-7 PM |
| American Legion Bridge | 100% | 97% | 100% | 100% | 98% | 96% | 92% | 98% |
| I-495 West of I-95 | 97% | 87% | 100% | 100% | 94% | 92% | 96% | 100% |
| I-495 at MD 5 | 97% | 94% | 96% | 98% | 99% | 99% | 97% | 99% |
| I-270 at Montrose Rd | 100% | 100% | 100% | 100% | 100% | 96% | 98% | 100% |

| <90% | ≥90% | 100% |
|---|---|---|

00036637

**TRAFFIC ANALYSIS TECHNICAL REPORT**

**Figure 3-2: I-495 Existing (2017) 7-8 AM Inner Loop Demand vs. Throughput and Percent Demand Unserved**



**Figure 3-3: I-495 Existing (2017) 7-8 AM Outer Loop Demand vs. Throughput and Percent Demand Unserved**



*Demand Unserved is the demand that is not met; it is shown as the percent difference between demand and throughput.*

00036638

**TRAFFIC ANALYSIS TECHNICAL REPORT**



**Figure 3-4: I-495 Existing (2017) 4-5 PM Inner Loop Demand vs. Throughput and Percent Demand Unserved**



**Figure 3-5: I-495 Existing (2017) 4-5 PM Outer Loop Demand vs. Throughput and Percent Demand Unserved**

*Demand Unserved is the demand that is not met; it is shown as the percent difference between demand and throughput.*

00036639



**Figure 3-6: I-270 Existing (2017) 7-8 AM Southbound Demand vs. Throughput and Percent Demand Unserved**



**Figure 3-7: I-270 Existing (2017) 4-5 PM Northbound Demand vs. Throughput and Percent Demand Unserved**



*Demand Unserved is the demand that is not met; it is shown as the percent difference between demand and throughput.*

00036640



## 3.4    Freeway Segment and Arterial Intersection Level of Service (LOS)

For intersections, level of service (LOS) is defined in terms of the average total vehicle delay of all movements traveling through an intersection. LOS quantifies several qualitative factors including driver discomfort, frustration, and lost travel time. For segments, LOS criteria are predicted in terms of density or in terms of travel speed as a percentage of free-flow speed. Density refers to the number of vehicles occupying a given length of a roadway. Density is averaged over time and is expressed in passenger cars per mile per lane (pc/mi/ln). Higher density values are indicative of more friction in the system and more congestion. For freeway and arterial segments, the *Highway Capacity Manual (HCM)* assigns LOS grades based on density. Urban freeway segments reach failing (LOS F) conditions when the density exceeds 45 pc/mi/ln.

For intersections, LOS criteria are depicted in terms of average delay per vehicle during a specific time interval. Average vehicle delay is measured based on several variables including signal phasing, signal timing, signal cycle length, and traffic volumes with respect to intersection capacity. Operational conditions for arterial intersections were color-coded to reflect various congestion levels based on delay thresholds established in the *HCM, 6th Edition*. **Figure 3-8** summarizes the thresholds for freeway segments and signalized intersections. Existing LOS along the Study corridors are summarized in the **Figures 3-9 and 3-10**. Speed, density, and LOS for each segment are included in **Appendix H**.

### Figure 3-8: *HCM* Freeway Segment Level of Service (LOS) Thresholds



00036641

**Figure 3-9: Existing AM Segment Level of Service (LOS)**



00036642

**Figure 3-10: Existing PM Segment Level of Service (LOS)**



00036643

# 4

# 4    DEVELOPMENT OF FUTURE ALTERNATIVE MODELS

The following sections detail the development of the future alternative models. As these models are used to compare the alternatives, accurate development of the models, including roadway geometry, volumes, speeds, etc., is a critical step in the modeling process.

## 4.1    Key Assumptions

### A.    Forecast Development

Two sets of travel demand forecasts were carried out in 2018. The initial round of analyses and high-level evaluations took place prior to July 2018 using the Maryland Statewide Transportation Model (MSTM V 1.092) networks. These evaluations provided high-level demand forecasts and screening of alternatives based upon the facility average daily traffic in each of the potential managed lane corridors (I-270, I-495, and the Baltimore-Washington Parkway). This first round of screening included the modeling of access points at all interchanges with the goal of identifying the locations with the most impactful demand sources and sinks (i.e., locations where vehicles enter and exit the network). This led to the determination that access points could be provided at interchanges, and that slip ramps would not be needed except at termination points. These termination points are:

- The northern end of I-270
- The southern end of I-495 east of the Woodrow Wilson Memorial Bridge
- Near the American Legion Bridge in Maryland and the Dulles Toll Road in Virginia

This round of screening was also used to evaluate the network with and without the HOV lane on I-270.

In late June 2018, the travel forecasting process was changed to the MWCOG Version 2.3.71 Travel Demand Model. The MWCOG Travel Demand Model Region covers 6,800 square miles including 22 counties/jurisdictions in the District of Columbia, Maryland, and Virginia with 3,722 Traffic Analysis Zones. The change was made to be consistent with the parallel travel forecasting carried out by MWCOG in support of the Study's incorporation into the Washington region's *Visualize 2045* – Financially Constrained Long-Range Plan (CLRP), adopted by the MWCOG – Transportation Planning Board (TPB) in 2018, along with additional screening, as well as air quality efforts and traffic and revenue efforts. The V.2.3.71 Travel Demand Model was revised[9] from the V.2.3.70 Model to "better represent dynamically-priced lanes that

---

[9] Refer to the June 1, 2018 *Transmittal Information for the COG/TPB Version 2.3.71 Travel Demand Model in Support of Maryland's Traffic Relief Plan (TRP) Study* memorandum from Feng Xie et al. of MWCOG to Carole Delion et al. of MDOT SHA, as well as the December 5, 2018 *User's Guide for the COG/TPB Travel Demand Forecasting Model, Version 2.3.75* in Appendix C for additional information.

00036644



do not provide preferential treatment to high occupancy vehicles (which are assumed in all of the build alternatives for Maryland's TRP Study)". It also was modified to no longer use the "HOV Skim Replacement" process that required two complete executions of the regional model ("Base" and "Final") to capture variable price tolling. Instead, it only requires a "Final" execution and runs in substantially less time.

The baseline model networks and data provided are the same as the V.2.3.70 Travel Demand Model adopted for the region's Air Quality Conformity Analysis on October 18, 2017 and incorporate Round 9.0 Cooperative Forecasts for the MWCOG Region and the off-cycle amendment to the 2016 Constrained Long Range Plan. All other assumptions including trip rates, tolls, transit fares, and others are consistent with the adopted V.2.3.70 Travel Demand Model.

### B.    Land Use
Land use information used for the travel demand modeling was based on the local jurisdiction/MWCOG long-range plan (i.e., this is not developed or modified by MDOT SHA, which is standard practice). The Study area is highly congested and mostly built out today and will be even more so by 2040. Therefore, the MWCOG model assumes the same land uses in the 2040 Alternative 1/No Build model and the Build Screened Alternatives, with no further zoning changes that would result in induced travel.

The Study began using the 2040 MWCOG model. A preliminary analysis was performed utilizing the updated 2045 MWCOG model to determine the impacts of this project on the 2045 model and compare them to the impacts in previous year models. A memorandum summarizing this analysis is included in **Appendix C**. In addition, a sensitivity analysis was performed to validate that any land use assumption changes between the 2040 model and the 2045 model would not have a significant impact on the analysis results and conclusions.  Documentation of this analysis is included in **Appendix J**.  Full runs with the 2045 model will be included in the FEIS.

### C.    Latent Demand and Induced Demand
The Build forecasts account for latent demand and induced demand that would be expected as a result of the additional capacity provided. Latent demand (or unserved demand) refers to users that are not currently served by the system but would like to use the system. In this Study, latent demand refers to people who want to use I-495 or I-270 during the peak hours, but do not because of the congestion. Instead, they travel via local roadways or at other times of the day. Induced demand refers to newly generated trips that would not exist without capacity improvements to the transportation network. The MWCOG model was used to model latent and induced demand. The MWCOG model considers route changes, destination changes, and mode changes. As stated in the Land Use section above, the MWCOG model assumes the same land uses in the 2040 Alternative 1/No Build model and the Build Screened Alternatives. Because the Build Screened Alternatives would decrease travel times along I-495 and I-270, people may be willing to drive a longer distance for their trips as that distance is now within an acceptable travel time. Once a preferred alternative is selected, the potential for land use changes that could result in greater induced demand can be investigated further. At that time, the approach to this type of analysis will need to be discussed further with MWCOG, as it is currently not included in their adopted models.

00036645



### D.    Background Projects

All future alternatives include all projects in *Visualize 2045*. Background projects along the Study corridors include the I-270 ICM initiative, I-270 at Watkins Mill Road Interchange, the Greenbelt Metro Access improvements along I-495, and VDOT Next, as described in Section 2.2 in this report.

### E.    Managed Lanes Criteria

This Study includes the evaluation of managed lanes, which are restricted based on certain criteria, such as express toll lanes (ETL), HOV lanes, and high-occupancy toll (HOT) lanes. Descriptions of the types of managed lanes are provided in Section 1.4 of this report.

It should be noted that toll rates are unknown at this point, but they will be dynamic to manage traffic demand in the ETL/HOT lanes. For the purposes of this analysis, volumes in the managed lanes were assigned to provide the maximum throughput while maintaining speeds of at least 45 mph in the managed lanes (the federal requirement). This threshold occurs at 1,600 to 1,700 vehicles per hour per lane in the highest demand segment, which equates to a maximum of 3,200 to 3,400 vehicles per hour in the two-lane managed lane alternatives. Based on this assumption, the projected volume using the managed lanes is approximately the same for ETL and HOT alternatives – the toll rate would be higher for single-occupant vehicles in the HOT alternatives to offset the high-occupancy vehicles that could use the HOT lanes at a reduced rate.

### F.    Managed Lanes Access

As part of the Build Screened Alternatives, access to and from the managed lanes is proposed via at-grade auxiliary lanes or direct access ramps. The proposed locations of these direct access points are shown in **Figure 4-1**. The direct access locations assumed in the traffic modeling for all Screened Alternatives are listed below:

- Twelve (12) Interchanges along I-495
    - George Washington Memorial Parkway
    - Cabin John Parkway / MD 190
    - I-270 West Spur
    - MD 187
    - I-270 East Spur
    - US 29
    - I-95
    - Cherrywood Lane
    - Baltimore-Washington Parkway
    - US 50
    - Ritchie Marlboro Road
    - MD 5
- Four (4) Interchanges along I-270
    - Westlake Terrace (to and from the north only)
    - Montrose Road
    - Gude Drive (to and from the south only)
    - I-370
- One (1) Set of At-Grade Slip Ramps: North of Clara Barton Parkway

00036646

**TRAFFIC ANALYSIS TECHNICAL REPORT**

**Figure 4-1: Assumed Managed Lanes Access Locations**



00036647



The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed. These changes to the access point locations may impact future traffic volumes and operations, requiring additional simulation and analysis. This analysis will be completed once a preferred alternative is selected. It should be noted that the direct access locations included in the traffic models for this report are the same for all Build Screened Alternatives, providing a fair comparison among the alternatives. As noted in Figure 4-1, additional direct access locations were assumed when developing the limit of disturbance and impacts for this Study.

**G.    Removal of Collector-Distributor Lanes**
The existing Collector-Distributor lane system was removed from all I-270 Build Screened Alternatives to minimize the footprint and associated impacts. The removal of the Collector-Distributor lanes eliminates conflict points at the slip ramps and helps to balance volumes evenly across the general-purpose lanes, which improves traffic flow. However, there is some tradeoff as this change causes additional merging and weaving in the general-purpose lanes, which can negatively impact operations. Removal of the Collector-Distributor lanes were evaluated as part of each Build Screened Alternative and was not identified as a separate alternative meeting the Purpose and Need. The net result of removing the Collector-Distributor lane system is included in the VISSIM results for all Build Screened Alternatives, which are presented in Section 5 of this report.

**H.    Consideration of Automated Vehicles**
The expected influx of connected and autonomous vehicles (CAVs) will impact future traffic operations on all roads in Maryland, including I-495 and I-270.  MDOT SHA participates in a statewide CAV working group (http://www.mva.maryland.gov/safety/MarylandCAV/) to stay up to date on the latest research and industry projections.  At this time, there are too many unknowns regarding how CAVs could affect demand and capacity to include CAVs directly in the traffic forecasts.  Therefore, the traffic projections for this Study apply traditional forecasting techniques, while being cognizant of the potential CAV impacts.  However, it is anticipated that this project will be adaptable to accommodate CAVs because the proposed managed lanes will create a controlled environment with physical separation, new pavement, and clear delineations, features that are conducive to CAV use.

## 4.2    Initial Screening of Alternatives
The alternatives development process typically involves developing conceptual alternatives that address the Purpose and Need of the project. Public and agency coordination is then conducted to receive input on the conceptual alternatives.

MWCOG Model V.2.3.71 was used to analyze the following scenarios. These alternatives were used in the initial screening. Each alternative was either modified or removed while more alternatives were added after the screening step was completed. The scenarios that were screened are as follows:

- 2016 validation
- 2040 Alternative 1/No Build
- Original 2040 Alternative 2 (similar to Screened Alternative 9)
- Original 2040 Alternative 3 (similar to Screened Alternative 5)

00036648



- Original 2040 Alternative 4: Maintain the existing number of general-purpose lanes, plus two ETLS per direction along I-495, I-270, and Baltimore-Washington Parkway/I-695 *(not considered for further analysis beyond the MWCOG evaluation)*

The vehicle miles traveled (VMT) by time of day between the MWCOG networks and the loaded networks produced for this project for the 2016 validation and 2040 Alternative 3 scenarios were compared. The networks matched exactly for the 2016 validation and 2040 Alternative 3 scenarios, establishing that the model and processes were working properly.

The V.2.3.71 model was used for building Alternatives 5, 8, 9, 10, 13A and 13B for use in the post processing of volume data. The Base Validation Year and 2040 Alternative 1/No Build models prepared by MWCOG were also used for the post processing effort.

Additional information on alternative screening is discussed in Section 1.4 of this report.

## 4.3    Regional Travel Demand Model Alternatives Analysis: MWCOG

As discussed above, the second round of analyses using the MWCOG V.2.3.71 Travel Demand Model and networks/data refined the alternatives and explored additional options. The most significant revision was to no longer include the Baltimore-Washington Parkway, I-695, or I-270 north of I-370, based on the established logical termini for this Study.

For the alternatives that have both managed lanes and HOV lanes, the HOV maintains the same access to/from the general-purpose lanes as assumed in Alternative 1/No Build. The number of general-purpose lanes were adjusted as needed based on repurposing of lanes for managed lanes and HOV lanes. No changes were made to the network to include the removal of local lane barriers on I-270 as the MWCOG model is not sensitive to those changes as currently constructed.

For planning purposes only, dynamically set toll rates ($/Mile), which were part of the initial MWCOG Alternative 2, were retained in this Study. The dynamic toll rates used by MWCOG for travel demand modeling were developed as "per mile" rates based on an iterative process for each alternative and ranged from $0.20 to $1.36 per mile (in 2016 dollars). The iterative process was designed to estimate appropriate toll values to control the volume of traffic using the managed lanes through a combination of volume to capacity ratios and maintaining a minimum operating speed at or near free-flow conditions. As documented by TPB (see **Appendix C**), the toll rates produced as part of this MWCOG modeling process were developed by TPB staff.  MDOT SHA did not perform this step for traffic forecasting and traffic analysis purposes, because the estimated toll values for future-year networks were provided as part of the model transmittal package. The toll rates set by MWCOG were determined by evaluating the resulting congestion on the facility and iteratively adjusting toll rates as needed to maintain a reasonable LOS on the facility. It should be noted that no further congestion refinements to rates were made in the MDOT SHA modeling effort. The tolls were used solely for the purposes of the MWCOG analyses to maintain a minimum average operating speed of 45 mph in the managed lanes and not exceed 1,600 to 1,700 vehicles per hour per lane in the highest demand section in the managed lanes.

00036649



## 4.4    MWCOG Model Post Processing

### A.    Overall Assumptions and Inputs

The forecasted year 2040 average daily traffic (ADT) and peak period volumes prepared for the Study were based upon the travel demand model volume outputs from the 2.3.70 and 2.3.71 versions of the MWCOG regional travel demand model. The volumes assigned by the model via loaded network files were inputted into the NCHRP 765 screenline spreadsheets. The outputs from the spreadsheets were then refined into ADT volumes and into hourly volumes during the peak periods for the roadway and interchange links on the project's roadway network.

### B.    NCHRP 765 Screenline Spreadsheet Methodology

The screenline spreadsheets as described in the NCHRP 765 publication *Analytical Travel Forecasting Approaches for Project-Level Planning and Design* were the primary tools used to develop post-processed ADT volumes for the Study network. This methodology uses the percent and absolute differences between existing year (2017) ADT volumes and existing year model forecasts for facilities along defined screenlines and applies the same corrections to future year forecasted model volumes. This results in refined volumes for these roadways, which account for under or overloading of the network elements that remain after travel demand model calibration and validation. Screenlines were prepared for the project to cover freeway links along I-270 and I-495 as well as the roadways which cross those freeways. The screenline process compares the model estimates to the observed volumes.

2040 Alternative 1/No Build volumes for the I-270 and I-495 corridors were developed using the Alternative 1/No Build screenline results for links located at the screenlines to determine the growth in volume to the year 2040. Traffic volumes for roadway links located between screenline locations were determined by observing the growth in raw model volumes between the existing year and 2040 and comparing that growth to the growth on adjacent screens. Initial link volumes, including those for freeways, ramps, and local roadways were first determined using the following methodology. For the Build Screened Alternatives (Alternatives 5, 8, 9, 10, 13B and 13C), ADT volumes for 2040 were developed by comparing the screenline and raw model volume growth between the existing year and 2040 in the Build Screened Alternative compared to the same growth for Alternative 1/No Build (i.e., Alternative 1/No Build was used as a base for developing the Build volumes). The volumes for the Build Screened Alternatives were then adjusted from Alternative 1/No Build based on that comparison. With this process, the resulting volume set will have minor traffic sinks where volumes do not match along a facility, due to rounding or minor differences in growth rates between adjacent links. Minor adjustments were then made in turning or ramp volumes using an incremental/iterative process, so that there were no traffic sinks and to ensure volumes added through interchanges and intersections were completely balanced as would be expected on an access-controlled facility. Vehicle miles traveled were not estimated as part of this forecasting.

Excel spreadsheets were used to manage this data and the process of applying growth rates that originated from the NCHRP 765 spreadsheets to the link traffic volumes.

### C.    Development of Forecasted General Purpose Lane, Managed Lane, and HOV ADT volumes

The process of ADT volume development resulted in the establishment of total volumes along the roadways in each direction. However, additional work was needed to develop the volumes among the

00036650



three principal facility types present in the 2040 Alternative scenarios, including general purpose lane, managed lane, and HOV lane volumes. This was done by observing the changes in the splits among these trip types in the raw model volume outputs. The following process was used:

- Alternative 1/No Build
    - Along I-495, all lanes are for general purpose traffic in most locations, so this additional step was not necessary.
    - Along I-270, the NCHRP process was used to determine the total growth. As the MWCOG model does not differentiate between express and local lanes, it was then assumed that the growth rates along the express, local and HOV lanes were approximately equal to the overall ADT growth rate, with the local lanes also impacted by the growth of the adjacent on- and off-ramps at interchanges. As the three streams interact with each other though out the corridor (no barrier separation for HOV and frequent slip ramps between the express and local lanes), it was decided that the overall demand growth would impact each relatively equally. The slip ramps between the local and express lanes were generally grown in accordance with the overall ADT growth and adjusted to balance traffic volumes through the network.
- Build Screened Alternatives
    - The portion of traffic assigned to the managed lanes was determined by averaging the percent of total raw ADT traffic assigned in the travel demand model to the managed lanes between toll access points. This is an added step beyond the NCHRP 765 process. The raw model managed lane volumes were used to determine the percentage of managed lane traffic getting off or on at each ramp location, and that percentage was applied to the refined managed lane link volumes to get refined managed lane ramp volumes.
    - The resulting percentage of traffic was assigned to the managed lanes, with the remainder of total volumes assigned to the general purpose and HOV lanes.
        - Though it is anticipated that the volumes in the managed lanes will be controlled through congestion-based toll prices, no cap was used for the ADT volumes in those lanes as was done for the peak hours.
        - In the Build Screened Alternatives, it is expected that the barriers between the local and express lanes on I-270 will be removed, so growth of those individual components was not done separately.
        - For the Build Screened Alternatives that included HOV lanes along I-270, the percent change in raw HOV volumes in the model from Alternative 1/No Build conditions was used to determine the resulting change in the post-processed ADT volumes.
    - ADT volumes along the managed lane ramps were determined by observing the percentage of raw model volumes from the toll lanes entering/existing at these locations and applying that percentage to the refined link managed lane volumes. The raw model managed lane volumes were used to determine the percentage of managed lane traffic entering or exiting along each ramp location; that percentage was applied to the refined managed lane link volumes.

00036651



- o Toll volumes were then distributed by direction to the cross-street roadways based on the percentage of general traffic turns present in Alternative 1/No Build, similar to the process used to determine the managed lane volumes as described above.

### D. Development of Peak Period Volumes

For all Screened Alternatives, hourly volumes were developed for the peak periods of 6 AM to 10 AM and 3 PM to 7 PM to assure coverage of the peak hours and conditions leading to those hours for input into the VISSIM models. The following process was used to develop peak period volumes:

- Alternative 1/No Build
  - o The ADT growth percentages from the existing year (2017) to 2040 were applied to the peak hours.
  - o The differences between the growth in ADT traffic and peak hour traffic in the MWCOG model outputs were reviewed. The differences ranged between 38 and 97% across the study area:
    - Along I-270, AM growth was 97 percent of the ADT growth rate, and PM growth was 84 percent of the ADT growth rate.
    - Along I-495 west of I-270, AM and PM growth were both 83 percent of the ADT growth rate.
    - Along I-495 east of I-270, AM and PM growth were both 38 percent of the ADT growth rate.
    - Values ranged between 38 percent and 97 percent of the ADT growth rate over the study area, with an average of 71 percent.
  - o A reduction in the peak period growth rate to 75 percent of the ADT growth rate, which was based on engineering planning-level knowledge of the area and the use of similar reductions for area roadway projects by MDOT SHA in recent years, was found to be in line with the differences between the ADT and the peak hour volumes in the MWCOG model. Additionally, a universal rate was used for the entire system as the various sections within the system interact with one another.
  - o This reduction was taken to account for the lack of available capacity on I-270, I-495, and the surrounding roadway network to accommodate that much growth and the likely spread of the peak period.
- Build Screened Alternatives
  - o The growth in raw travel demand model volume outputs for the peak periods was compared to the raw growth in ADT volumes in those models.
  - o Peak period "Mainline Multipliers" were then developed and applied to the ADT growth rates to determine the overall growth of volumes on the subject roadway facilities by direction.
    - For each Build Screened Alternative, multipliers were developed for I-270, I-495 west of I-270, and I-495 east of I-270 each of those major roadway sections has similar growth rates within the sections but differ between the three sections.
    - For example, in Alternative 10, the ADTs on I-270 were found to grow by an average of 8 percent between Alternative 1/No Build and Alternative 10, while the peak period volumes grew by an average of 16 percent. Therefore, the

00036652



multiplier developed for Alternative 10 on I-270 was 16 percent divided by 8 percent, or 2.0, and peak period volumes were grown by twice the growth percentage as the ADT growth between Alternative 1/No Build and Alternative 10.

- This methodology accounts for any peak shortening (i.e., drivers shifting their trips from off-peak hours to the peak hours) that would likely occur with the addition of more network capacity. This was done independent of the NCHRP process as an additional set of processes developed by the project team in response to the limitations of the regional model used.

o Peak period "Cross Street Multipliers" were developed for the streets that have interchanges with I-270 and I-495.

- These were assumed to be halfway between the Mainline Multiplier for the adjoining freeways and 1.0, based on the assumption that growth stays the same as the ADT growth for area roadways that do not have planned improvements. This methodology was based on engineering judgement of the forecasters to establish growth rates for the adjacent facilities, that were closely-tied into the improvement options being evaluated on the interstate, which was the only change occurring to the system compared to Alternative 1/No Build.
- For the Alternative 10 example above with the Mainline Multiplier of 2.0 for I-270, the Cross-Street Multiplier would be the average of 2.0 and 1.0, or 1.5. This methodology considers that while I-270 and I-495 will have added capacity in the peak periods in the Build Screened Alternatives, the supplying roadway network will not, and the peak period traffic will not be able to grow at quite as high a rate.

o Peak period "Managed Lane Multipliers" were developed to determine the percentage of managed lane traffic during the peak periods compared to the daily total.

- This was done by comparing raw model volumes for the peak periods to the ADT volumes for the same three sections (I-495 west of I-270, I-495 east of I-270, and I-270).
- For I-270 in Alternative 10, the model showed an average of 8 percent managed lane traffic for the daily traffic volumes, while the peak periods ranged from 16 percent to 18 percent. Therefore, the percentage of peak period traffic in the managed lanes was assumed to be approximately double the percentage used for the ADT traffic, as it is likely that drivers will be more inclined to pay for the convenience of the managed lanes when congestion is highest and the value of time for commuting and day care is highest.
- As a result of this process, many locations in the Build Screened Alternatives had 75 percent or more of the daily managed lane volumes occurring over the eight peak period hours. Volumes in the toll lanes were capped at approximately 1,600 to 1,700 vehicles per hour per lane to account for the impact of variable congestion-based pricing to control congestion in the managed lanes.

As with the ADT volumes, the volumes for each of the peak periods were balanced through the network by adjusting volumes on access points to assure that approaching links met desired growth rates. For the Build Screened Alternatives that included HOV lanes on I-270, the percent change in raw HOV volumes in

00036653



the model from Alternative 1/No Build conditions was used to determine the resulting change in the post processed peak period volumes.

### E.    Model Validation Outputs

Screenline Average Annual Weekday Daily Traffic (AAWDT) volume outputs from the 2040 Alternative 1/No Build simulated model are shown in **Figure 4-2**. Model validation results comparing the 2040 Alternative 1/No Build volumes to the 2016 model volumes (described earlier in this report) are included in **Figures 4-3 and 4-4**. The MWCOG validation memo is included in **Appendix C**. The Build Screened Alternatives carry up to 15% more vehicles than Alternative 1/No Build.

00036654

**Figure 4-2: 2040 Alternative 1/No Build Simulated AAWDT Screenline Volumes for I-270 and I-495**



00036655

**Figure 4-3: Simulated Average Annual Weekday Daily Traffic Volumes on I-495; 2016 vs. 2040 Alternative 1/No Build**



00036656

**Figure 4-4: Simulated Average Annual Weekday Daily Traffic Volumes on I-270; 2016 vs. 2040 Alternative 1/No Build**



00036657

5

# 5    SUMMARY OF FUTURE CONDITIONS

VISSIM models were developed for Alternative 1/No Build and the Build Screened Alternatives using the Existing VISSIM model and applying the future volumes (Alternative 1/No Build and the Build models) and proposed geometry (Build models). Future (2040) conditions for Alternative 1/No Build and the Build Screened Alternatives are summarized in the following sections, beginning with a summary of Alternative 1/No Build conditions. The results of the modeling of the Build Screened Alternatives are summarized for the following key metrics:

- System-Wide Delay
- Corridor Travel Time and Speed
- Density and Level of Service (LOS)
- Travel Time Index (TTI)
- Vehicle Throughput
- Effect on Local Roadway Network

The metric of achieving an average speed of 45 mph within the managed lanes is met for all Build Screened Alternatives.

## 5.1    Average Daily Traffic and Peak Period Demand Volumes

Future (2040) Alternative 1/No Build ADT and peak period traffic demand along the study roadways are summarized in **Figures 5-1 through 5-6**. AADTs at key locations were previously shown in **Figure 3-1**. **Appendix F** shows future travel demand for all Screened Alternatives, and **Appendix G** shows future throughputs for all Screened Alternatives. Balanced traffic volumes for all future-year conditions are included in **Appendix A.**

With the Build Screened Alternatives, some volumes will shift to the managed lanes. **Figures 5-7 to 5-42** show volumes in the managed lanes compared to the volumes in the general-purpose lanes for each of the Build Screened Alternatives. As shown, the percent of the total volume in the managed lanes during the peak periods ranges from 6% to 46% along I-495 and from 11% to 27% along I-270, compared to 12% to 17% in the HOV lanes along I-270 with existing conditions.

00036658





Figure 5-1: I-495 2040 Alternative 1/No Build Average Daily Traffic (ADT)



Figure 5-2: I-270 2040 Alternative 1/No Build Average Daily Traffic (ADT)

00036659

**TRAFFIC ANALYSIS TECHNICAL REPORT**



Figure 5-3: I-495 2040 Alternative 1/No Build Inner Loop Peak Period Hourly Volumes



Figure 5-4: I-495 2040 Alternative 1/No Build Outer Loop Peak Period Hourly Volumes

00036660

**Figure 5-5: I-270 2040 Alternative 1/No Build Southbound Peak Period Hourly Volumes**



*Note: West Spur and East Spur volumes are combined in this chart*

**Figure 5-6: I-270 2040 Alternative 1/No Build Northbound Peak Period Hourly Volumes**



*Note: West Spur and East Spur volumes are combined in this chart*

00036661



**Figure 5-7: 2040 Alternative 5**
**7-8 AM Peak Hour Volumes in Managed Lanes and General-Purpose Lanes – I-495 Inner Loop**



**Figure 5-8: 2040 Alternative 5**
**4-5 PM Peak Hour Volumes in Managed Lanes and General-Purpose Lanes – I-495 Inner Loop**



00036662

**TRAFFIC ANALYSIS TECHNICAL REPORT**





**Figure 5-9: 2040 Alternative 5**
**7-8 AM Peak Hour Volumes in Managed Lanes and General-Purpose Lanes – I-495 Outer Loop**



**Figure 5-10: 2040 Alternative 5**
**4-5 PM Peak Hour Volumes in Managed Lanes and General-Purpose Lanes – I-495 Outer Loop**

00036663



**Figure 5-11: 2040 Alternative 5**
**7-8 AM Peak Hour Volumes in Managed Lanes and General-Purpose Lanes – I-270 Southbound**



*West Spur and East Spur volumes are combined in this chart; total volumes both spurs shown at MD 187/Democracy Blvd*

**Figure 5-12: 2040 Alternative 5**
**4-5 PM Peak Hour Volumes in Managed Lanes and General-Purpose Lanes – I-270 Northbound**



*West Spur and East Spur volumes are combined in this chart; total volumes both spurs shown at MD 187/Democracy Blvd*

00036664





**Figure 5-13: 2040 Alternative 8**
**7-8 AM Peak Hour Volumes in Managed Lanes and General-Purpose Lanes – I-495 Inner Loop**



**Figure 5-14: 2040 Alternative 8**
**4-5 PM Peak Hour Volumes in Managed Lanes and General-Purpose Lanes – I-495 Inner Loop**





Figure 5-15: 2040 Alternative 8
7-8 AM Peak Hour Volumes in Managed Lanes and General-Purpose Lanes – I-495 Outer Loop



Figure 5-16: 2040 Alternative 8
4-5 PM Peak Hour Volumes in Managed Lanes and General-Purpose Lanes – I-495 Outer Loop

00036666



**Figure 5-17: 2040 Alternative 8**
**7-8 AM Peak Hour Volumes in Managed Lanes and General-Purpose Lanes – I-270 Southbound**



*West Spur and East Spur volumes are combined in this chart; total volumes both spurs shown at MD 187/Democracy Blvd*

**Figure 5-18: 2040 Alternative 8**
**4-5 PM Peak Hour Volumes in Managed Lanes and General-Purpose Lanes – I-270 Northbound**



*West Spur and East Spur volumes are combined in this chart; total volumes both spurs shown at MD 187/Democracy Blvd*

00036667

**TRAFFIC ANALYSIS TECHNICAL REPORT**





**Figure 5-19: 2040 Alternative 9**
**7-8 AM Peak Hour Volumes in Managed Lanes and General-Purpose Lanes – I-495 Inner Loop**



**Figure 5-20: 2040 Alternative 9**
**4-5 PM Peak Hour Volumes in Managed Lanes and General-Purpose Lanes – I-495 Inner Loop**

00036668





**Figure 5-21: 2040 Alternative 9**
**7-8 AM Peak Hour Volumes in Managed Lanes and General-Purpose Lanes – I-495 Outer Loop**



**Figure 5-22: 2040 Alternative 9**
**4-5 PM Peak Hour Volumes in Managed Lanes and General-Purpose Lanes – I-495 Outer Loop**

00036669





**Figure 5-23: 2040 Alternative 9**
**7-8 AM Peak Hour Volumes in Managed Lanes and General-Purpose Lanes – I-270 Southbound**

*West Spur and East Spur volumes are combined in this chart; total volumes both spurs shown at MD 187/Democracy Blvd*



**Figure 5-24: 2040 Alternative 9**
**4-5 PM Peak Hour Volumes in Managed Lanes and General-Purpose Lanes – I-270 Northbound**

*West Spur and East Spur volumes are combined in this chart; total volumes both spurs shown at MD 187/Democracy Blvd*

00036670



**Figure 5-25: 2040 Alternative 10**
**7-8 AM Peak Hour Volumes in Managed Lanes and General-Purpose Lanes – I-495 Inner Loop**



**Figure 5-26: 2040 Alternative 10**
**4-5 PM Peak Hour Volumes in Managed Lanes and General-Purpose Lanes – I-495 Inner Loop**



00036671





**Figure 5-27: 2040 Alternative 10**
**7-8 AM Peak Hour Volumes in Managed Lanes and General-Purpose Lanes – I-495 Outer Loop**



**Figure 5-28: 2040 Alternative 10**
**4-5 PM Peak Hour Volumes in Managed Lanes and General-Purpose Lanes – I-495 Outer Loop**

00036672



**Figure 5-29: 2040 Alternative 10**
**7-8 AM Peak Hour Volumes in Managed Lanes and General-Purpose Lanes – I-270 Southbound**



*West Spur and East Spur volumes are combined in this chart; total volumes both spurs shown at MD 187/Democracy Blvd*

**Figure 5-30: 2040 Alternative 10**
**4-5 PM Peak Hour Volumes in Managed Lanes and General-Purpose Lanes – I-270 Northbound**



*West Spur and East Spur volumes are combined in this chart; total volumes both spurs shown at MD 187/Democracy Blvd*

00036673

**TRAFFIC ANALYSIS TECHNICAL REPORT** 





00036674





**Figure 5-33: 2040 Alternative 13B**
**7-8 AM Peak Hour Volumes in Managed Lanes and General-Purpose Lanes – I-495 Outer Loop**



**Figure 5-34: 2040 Alternative 13B**
**4-5 PM Peak Hour Volumes in Managed Lanes and General-Purpose Lanes – I-495 Outer Loop**

00036675





*West Spur and East Spur volumes are combined in this chart; total volumes both spurs shown at MD 187/Democracy Blvd*



*West Spur and East Spur volumes are combined in this chart; total volumes both spurs shown at MD 187/Democracy Blvd*

00036676



**Figure 5-37: 2040 Alternative 13C**
**7-8 AM Peak Hour Volumes in Managed Lanes and General-Purpose Lanes – I-495 Inner Loop**



**Figure 5-38: 2040 Alternative 13C**
**4-5 PM Peak Hour Volumes in Managed Lanes and General-Purpose Lanes – I-495 Inner Loop**







**Figure 5-39: 2040 Alternative 13C**
**7-8 AM Peak Hour Volumes in Managed Lanes and General-Purpose Lanes – I-495 Outer Loop**



**Figure 5-40: 2040 Alternative 13C**
**4-5 PM Peak Hour Volumes in Managed Lanes and General-Purpose Lanes – I-495 Outer Loop**

00036678



**Figure 5-41: 2040 Alternative 13C**
**7-8 AM Peak Hour Volumes in Managed Lanes and General-Purpose Lanes – I-270 Southbound**



*West Spur and East Spur volumes are combined in this chart; total volumes both spurs shown at MD 187/Democracy Blvd*

**Figure 5-42: 2040 Alternative 13C**
**4-5 PM Peak Hour Volumes in Managed Lanes and General-Purpose Lanes – I-270 Northbound**



*West Spur and East Spur volumes are combined in this chart; total volumes both spurs shown at MD 187/Democracy Blvd*

00036679



## 5.2    Speeds and Travel Times

**Figures 5-43 through 5-48** describe the speed breakdown along the corridors for each hour where data was being reported (6:00 to 10:00 AM and 3:00 to 7:00 PM) for Existing and Alternative 1/No Build. Detailed speed data can be found in **Appendix E**. As shown, speeds along several segments will degrade in the future years of 2025 and 2040 as volumes increase if no capacity improvements are provided. This outcome is reflected in Alternative 1/No Build. However, end to end travel times on I-270 are projected to improve under the Alternative 1/No Build prior to 2025 as a result of the ICM improvements. Regardless, congestion may return by the design year, 2040.

### Key Points

- In Virginia, the general-purpose lanes along I-495 and I-95 have experienced a 7 to 15% reduction in travel times over the last 5 years as the toll lanes have been extended.
- Along I-95 north of Baltimore, the general-purpose lanes have experienced a 12% reduction in delays since the opening of the managed lanes.

During the AM peak period, speeds will degrade along I-495 Outer Loop between I-270 and the existing low-speed segments starting at MD 97. Along I-270 Southbound, speeds will degrade beginning at MD 85. While speeds further to the south may increase, this may be due to decreased throughput caused by the lower speeds to the north.

During the PM peak period, speeds along I-495 Inner Loop will degrade between the American Legion Bridge and MD 202, with the greatest degradations occurring between MD 185 and MD 202. Along I-495 Outer Loop, speeds will degrade between I-270 and MD 5, with the greatest degradation occurring between I-270 and I-95. Along I-270 Northbound, speeds will degrade between MD 28 and MD 85.

**Figures 5-49 through 5-56** and **Tables 5-1 through 5-4** summarize the travel times along the corridors during the peak periods for Existing and Alternative 1/No Build. Detailed travel time data can be found in **Appendix E**. Between 2017 and 2040, travel times along the Inner Loop of I-495 are projected to increase by 28 minutes (43%) during the AM peak period and 67 minutes (71%) during the PM peak period. Travel times along the Outer Loop of I-495 are projected to increase by 36 minutes (51%) during the AM peak period and 47 minutes (58%) during the PM peak period. Travel times along I-270 Southbound are projected to remain relatively unchanged during both peak periods due to the I-270 Innovative Congestion Management project, while travel times along I-270 Northbound are projected to increase by 10 minutes (20%) during the PM peak period. Travel times along I-270 Northbound will remain unchanged during the AM peak period as this is not the peak period of travel.

00036680

**TRAFFIC ANALYSIS TECHNICAL REPORT**

**Figure 5-43. I-495 Inner Loop Existing (2017) and 2025/2040 Alternative 1/No Build AM Peak Period Average Speeds (mph)**



*Note: White areas indicate missing data*

00036681

**Figure 5-44: I-495 Outer Loop Existing (2017) and 2025/2040 Alternative 1/No Build AM Peak Period Average Speeds (mph)**



Note: White areas indicate missing data

00036682

**Figure 5-45. I-270 Existing (2017) and 2025/2040 Alternative 1/No Build AM Peak Period Average Speeds (mph)**



00036683

**Figure 5-46: I-495 Inner Loop Existing (2017) and 2025/2040 Alternative 1/No Build PM Peak Period Average Speeds (mph)**



*Note: White areas indicate missing data*

00036684



**Figure 5-47: I-495 Outer Loop Existing (2017) and 2025/2040 Alternative 1/No Build PM Peak Period Average Speeds (mph)**



*Note: White areas indicate missing data*

00036685

**TRAFFIC ANALYSIS TECHNICAL REPORT**

**Figure 5-48: I-270 PM Existing (2017) and 2025/2040 Alternative 1/No Build Peak Period Average Speeds (mph)**



00036686

**Figure 5-49: I-495 Inner Loop Travel Times – Existing (2017) and 2025/2040 Alternative 1/No Build AM Peak Period**



**Figure 5-50: I-495 Inner Loop Travel Times – Existing (2017) and 2025/2040 Alternative 1/No Build PM Peak Period**



**Table 5-1: I-495 Inner Loop Peak Period Existing (2017) and 2025/2040 Alternative 1/No Build Travel Times (minutes)**

| Peak Period | 2017 Existing | 2025 No Build | 2040 No Build |
|---|---|---|---|
| AM Peak | 65 | 71 | 93 |
| PM Peak | 95 | 112 | 162 |

00036687

**Figure 5-51: I-495 Outer Loop Travel Times – Existing (2017) and 2025/2040 Alternative 1/No Build AM Peak Period**



**Figure 5-52: I-495 Outer Loop Travel Times – Existing (2017) and 2025/2040 Alternative 1/No Build PM Peak Period**



**Table 5-2: I-495 Outer Loop Peak Period Existing (2017) and 2025/2040 Alternative 1/No Build Travel Times (minutes)**

| Peak Period | 2017 Existing | 2025 No Build | 2040 No Build |
|---|---|---|---|
| AM Peak | 70 | 76 | 106 |
| PM Peak | 81 | 98 | 128 |

00036688

**TRAFFIC ANALYSIS TECHNICAL REPORT**

### Figure 5-53: I-270 Southbound Travel Times – Existing (2017) and 2025/2040 Alternative 1/No Build AM Peak Period



### Figure 5-54: I-270 Southbound Travel Times – Existing (2017) and 2025/2040 Alternative 1/No Build PM Peak Period



### Table 5-3: I-270 Southbound Peak Period Existing (2017) and 2025/2040 Alternative 1/No Build Travel Times (minutes)

| Peak Period | 2017 Existing | 2025 No Build* | 2040 No Build* |
|---|---|---|---|
| AM Peak | 76 | 55 | 73 |
| PM Peak | 32 | 30 | 31 |

*Reduction in travel time due to I-270 ICM improvements

00036689

**TRAFFIC ANALYSIS TECHNICAL REPORT**

**Figure 5-55: I-270 Northbound Travel Times – Existing (2017) and 2025/2040 Alternative 1/No Build AM Peak Period**



**Figure 5-56: I-270 Northbound Travel Times – Existing (2017) and 2025/2040 Alternative 1/No Build PM Peak Period**



**Table 5-4: I-270 Northbound Peak Period Existing (2017) and 2025/2040 Alternative 1/No Build Travel Times (minutes)**

| Peak Period | 2017 Existing | 2025 No Build | 2040 No Build |
|---|---|---|---|
| AM Peak | 29 | 29 | 29 |
| PM Peak | 49 | 56 | 59 |

00036690



With the Alternative 1/No Build results summarized, the Build Screened Alternative results can be developed, and these results can be compared to the Alternative 1/No Build results. The following tables show the modeled corridor-wide travel times for each of the Screened Alternatives. Corridor travel time represents the amount of time it would take a vehicle to travel from one end of the Study limits to the other along either I-495 or I-270 during the peak hour in the design year of 2040. Similarly, corridor speed represents the average speed along the corridor during the peak hour in the design year of 2040. For travel times, lower numbers are better, reflecting more efficient travel. For speeds, higher numbers are better.

Travel time is based on the VISSIM model results. The existing VISSIM models were calibrated to match the INRIX travel time, as described previously. The calibrated models are then used as base to develop 2025 and 2040 No Build VISSIM models. Because the existing model is calibrated to MDOT SHA standards, no adjustments are necessary to the future results when comparing results.

### Key Points

- Along the Inner Loop, the Build Screened Alternatives will result in up to 12 minutes (18%) in travel time savings during the AM peak period and 96 minutes (62%) in travel time savings during the PM peak period.
- Along the Outer Loop, the Build Screened Alternatives will result in up to 38 minutes (38%) in travel time savings during the AM peak period and 78 minutes (63%) in travel time savings during the PM peak period.
- Along I-270 Southbound, the Build Screened Alternatives will result in up to five minutes (29%) in travel time savings during the AM peak period.
- Along I-270 Northbound, the Build Screened Alternatives do not have a significant travel time savings as compared to the No Build condition.

Results were generated for the I-495 Outer Loop from MD 5 to the George Washington Memorial Parkway, the I-495 Inner Loop from the George Washington Memorial Parkway to MD 5, I-270 Northbound from I-495 to I-370, and I-270 Southbound from I-370 to I-495. Results were also generated separately for travel in the general-purpose lanes and the managed lanes. For alternatives that maintained the existing HOV lanes on I-270 in addition to buffer-separated, limited access managed lanes, the corridor travel time and speed results for the general-purpose lanes included the non-tolled HOV lanes. These results are summarized in **Tables 5-5 and 5-6**.

In general, the Build Screened Alternatives will provide significant travel time savings as compared to Alternative 1/No Build. Further travel time savings will be experienced in the managed lanes. While there are some locations where travel times are slower than with Alternative 1/No Build, that is attributed to the clearing of bottlenecks at other locations, increasing throughput to downstream segments. Overall, travel times are improved with each Build Screened Alternative.

00036691

**TRAFFIC ANALYSIS TECHNICAL REPORT**



### Table 5-5: Corridor Travel Time Summary (minutes) – AM Peak Period

| Corridor | | 2017 Existing | 2040 Alt 1 | 2040 Alt 5 | 2040 Alt 8 | 2040 Alt 9 | 2040 Alt 10 | 2040 Alt 13B | 2040 Alt 13C |
|---|---|---|---|---|---|---|---|---|---|
| I-495 Inner Loop from George Washington Memorial Parkway to MD 5 | General Purpose Lane | 44 | 68 | 61 | 58 | 56 | 58 | 57 | 57 |
| | Managed Lane | N/A | N/A | 43 | 43 | 43 | 44 | 43 | 46 |
| I-495 Outer Loop from MD 5 to George Washington Memorial Parkway | General Purpose Lane | 65 | 101 | 74 | 64 | 64 | 63 | 71 | 73 |
| | Managed Lane | N/A | N/A | 38 | 37 | 38 | 38 | 38 | 38 |
| I-270 Southbound from I-370 to I-495 | General Purpose Lane | 29 | 16* | 16 | 15 | 12 | 19 | 12 | 24 |
| | Managed Lane** | 13 | 12* | 10 | 10 | 10 | 10 | 10 | 10 |
| I-270 Northbound from I-495 to I-370 | General Purpose Lane | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 |
| | Managed Lane | N/A | N/A | 9 | 9 | 9 | 9 | N/A | N/A |

*Improved travel times along I-270 in Alternative 1/No Build are a result of the I-270 ICM initiative*

** Managed Lane refers to existing HOV lane for 2017 Existing and 2040 Alt 1

### Table 5-6: Corridor Travel Time Summary (minutes) – PM Peak Period

| Corridor | | 2017 Existing | 2040 Alt 1 | 2040 Alt 5 | 2040 Alt 8 | 2040 Alt 9 | 2040 Alt 10 | 2040 Alt 13B | 2040 Alt 13C |
|---|---|---|---|---|---|---|---|---|---|
| I-495 Inner Loop from George Washington Memorial Parkway to MD 5 | General Purpose Lane | 89 | 156 | 89 | 93 | 80 | 60 | 75 | 62 |
| | Managed Lane | N/A | N/A | 38 | 45 | 42 | 49 | 42 | 42 |
| I-495 Outer Loop from MD 5 to George Washington Memorial Parkway | General Purpose Lane | 76 | 123 | 50 | 45 | 45 | 48 | 45 | 47 |
| | Managed Lane | N/A | N/A | 38 | 38 | 38 | 38 | 38 | 38 |
| I-270 Southbound from I-370 to I-495 | General Purpose Lane | 11 | 12 | 40 | 22 | 15 | 14 | 28 | 15 |
| | Managed Lane** | N/A | N/A | 10 | 10 | 10 | 9 | N/A | N/A |
| I-270 Northbound from I-495 to I-370 | General Purpose Lane | 15 | 10* | 14 | 11 | 12 | 16 | 13 | 12 |
| | Managed Lane | 11 | 10* | 10 | 10 | 12 | 9 | 14 | 9 |

*Improved travel times along I-270 in Alternative 1/No Build are a result of the I-270 ICM initiative*

** Managed Lane refers to existing HOV lane for 2017 Existing and 2040 Alt 1

00036692



The following is a summary of the travel time results:

- I-495
  - AM Peak Period
    - Travel times in the Inner Loop general-purpose lanes would improve from 68 minutes in Alternative 1/No Build to between 56 minutes (for Alternative 9, best among the Screened Alternatives) and 61 minutes (for Alternative 5)
    - Travel times in the Outer Loop general-purpose lanes would improve from over 100 minutes in Alternative 1/No Build to between 63 minutes (for Alternative 10, best among the Screened Alternatives) and 74 minutes (for Alternative 5)
    - In the managed lanes, the Outer Loop would have travel times of 37 to 38 minutes in each Build Screened Alternative and the Inner Loop would have travel times of 43 to 46 minutes in each Build Screened Alternative
  - PM Peak Period
    - Travel times in the Inner Loop general-purpose lanes would improve from 156 minutes in Alternative 1/No Build to between 60 minutes (for Alternative 10, best among the Screened Alternatives) and 93 minutes (for Alternative 8)
    - Travel times in the Outer Loop general-purpose lanes would improve from over two hours (123 minutes) in Alternative 1/No Build to between 45 minutes (for Alternatives 8, 9, and 13B, tied for best among the Screened Alternatives) to 50 minutes (for Alternative 5)
    - In the managed lanes, the Outer Loop would have travel times of 38 minutes in each Build Screened Alternative and the Inner Loop would have travel times between 38 minutes (for Alternative 5, best among the Screened Alternatives) and 49 minutes (for Alternative 10)
- I-270
  - AM Peak Period
    - Travel times in the southbound lanes would improve from 17 minutes in Alternative 1/No Build to 12 minutes in Alternatives 9 and 13B and to 15 minutes in Alternative 8; the other alternatives would not provide an improvement
    - The southbound managed lanes would have travel times of 10 minutes with each Build Screened Alternative
    - The northbound lanes would have a travel time of 9 minutes in Alternative 1/No Build, and would remain unchanged in the Build Screened Alternatives in both the general purpose and the managed lanes
  - PM Peak Period
    - Conditions are generally projected to be acceptable under Alternative 1/No Build in the northbound and southbound directions due to the Financially Constrained Long-Range Transportation Plan (CLRP) programmed improvements, including the Innovative Congestion Management (ICM) initiative, except for congestion along the I-270 Southbound East Spur due to spillback from I-495
    - In some cases, the Build Screened Alternatives are projected to operate worse than Alternative 1/No Build along I-270 due to increased volumes in the system

00036693



and/or reduced capacity in the off-peak direction from the removal of the HOV lanes.

The speed and travel time results were also used to calculate anticipated average annual travel time savings for commuters living and working within the Study area (hours saved per commuter per year). This value summarizes the travel time and speed data into a single number for each Alternative for ease of comparison. It also provides a tangible number that could be understood more easily by the public.

For calculating average annual savings per commuter, the average time spent commuting to work in Maryland under existing conditions (32.3 minutes) was compared to the average speed during the peak periods in the existing VISSIM model (34.9 mph) to estimate average trip length per commute. Under Alternative 1/No Build, the average speed during the peak periods in the VISSIM model is projected to decrease to 27.1 mph. This decrease in average speed would be projected to increase the average commute time within the Study area to 41.6 minutes under Alternative 1/No Build in the design year 2040. Using that travel time as base, the peak period average speed outputs from the VISSIM model were used to determine the average commute time in 2040 and the savings per trip for each Build Screened Alternative compared to Alternative 1/No Build. With two commute trips per day and approximately 260 commute days per year, the value per commute was converted into a yearly savings in hours.

The results indicate that the Build Screened Alternatives would be expected to save commuters between 45 and 73 hours per year compared to Alternative 1/No Build, on average, as shown below:

- Alternative 5: 45 hours per year
- Alternative 8: 59 hours per year
- Alternative 9: 73 hours per year
- Alternative 10: 72 hours per year
- Alternative 13B: 65 hours per year
- Alternative 13C: 64 hours per year

00036694



## 5.3    Vehicle Demand, Throughput, and Percent Demand Met

Future 2025 and 2040 No Build travel demand, throughput, and percent demand served along the study corridors are summarized in **Tables 5-7 to 5-14** and **Figures 5-57 to 5-68**. While the model can calculate outputs at any single location in the model, this evaluation focused on throughput at four key points located throughout the study network: I-495 at the American Legion Bridge, I-495 west of I-95, I-495 at MD 5, and I-270 at Montrose Road. These locations were selected as they include each corridor and are representative of each of the areas that have similar character and volumes. This allows for the evaluation of the needs through each part of the network. Person throughputs are based on the MWCOG travel demand model vehicle classification outputs, including classifications for HOV 2 and HOV 3+; however, it does not account for trips using bus service. Although transit buses will be permitted to use the managed lanes, specific transit routes are currently undetermined and therefore, appropriate bus throughput cannot be assessed at this time. However, any inclusion of buses in the Screened Alternatives would increase the person throughput compared to the values shown here. Tables showing the travel demand for each segment and time period are included in **Appendix F**. Tables showing the throughputs and percent demand met for each segment and time period are included in **Appendix G**.

### Table 5-7: I-495 and I-270 2025 Alternative 1/No Build Travel Demand

| Location | Travel Demand (vehicles per hour) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **I-495 Inner Loop/ I-270 Southbound** | **6-7 AM** | **7-8 AM** | **8-9 AM** | **9-10 AM** | **3-4 PM** | **4-5 PM** | **5-6 PM** | **6-7 PM** |
| American Legion Bridge | 8,100 | 9,500 | 9,200 | 8,600 | 8,900 | 8,800 | 9,000 | 7,900 |
| I-495 West of I-95 | 7,200 | 8,600 | 8,000 | 7,200 | 9,100 | 9,300 | 8,600 | 7,600 |
| I-495 at MD 5 | 6,400 | 6,500 | 7,100 | 6,400 | 5,800 | 6,900 | 7,100 | 6,600 |
| I-270 at Montrose Rd | 9,700 | 11,200 | 10,400 | 9,400 | 7,000 | 7,600 | 7,900 | 7,200 |
| **I-495 Outer Loop/ I-270 Northbound** | **6-7 AM** | **7-8 AM** | **8-9 AM** | **9-10 AM** | **3-4 PM** | **4-5 PM** | **5-6 PM** | **6-7 PM** |
| American Legion Bridge | 7,800 | 9,100 | 9,000 | 8,200 | 8,700 | 8,900 | 8,700 | 8,300 |
| I-495 West of I-95 | 8,600 | 7,500 | 6,400 | 6,800 | 7,500 | 8,100 | 8,300 | 7,100 |
| I-495 at MD 5 | 6,100 | 6,900 | 6,000 | 5,700 | 7,000 | 6,900 | 6,900 | 5,900 |
| I-270 at Montrose Rd | 4,400 | 6,400 | 8,700 | 7,900 | 10,800 | 11,800 | 11,900 | 11,100 |

### Table 5-8: I-495 and I-270 2040 Alternative 1/No Build Travel Demand

| Location | Travel Demand (vehicles per hour) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **I-495 Inner Loop/ I-270 Southbound** | **6-7 AM** | **7-8 AM** | **8-9 AM** | **9-10 AM** | **3-4 PM** | **4-5 PM** | **5-6 PM** | **6-7 PM** |
| American Legion Bridge | 8,100 | 9,500 | 9,200 | 8,600 | 9,600 | 9,300 | 9,500 | 8,600 |
| I-495 West of I-95 | 7,400 | 8,800 | 8,300 | 7,600 | 9,800 | 9,600 | 8,800 | 8,000 |
| I-495 at MD 5 | 6,700 | 6,800 | 7,400 | 6,800 | 5,700 | 7,000 | 7,400 | 7,000 |
| I-270 at Montrose Rd | 10,300 | 12,000 | 11,000 | 10,100 | 7,500 | 8,000 | 8,400 | 7,800 |
| **I-495 Outer Loop/ I-270 Northbound** | **6-7 AM** | **7-8 AM** | **8-9 AM** | **9-10 AM** | **3-4 PM** | **4-5 PM** | **5-6 PM** | **6-7 PM** |
| American Legion Bridge | 7,800 | 9,100 | 9,000 | 8,200 | 9,300 | 9,500 | 9,300 | 9,000 |
| I-495 West of I-95 | 8,900 | 7,600 | 6,600 | 7,100 | 7,800 | 8,300 | 8,400 | 7,300 |
| I-495 at MD 5 | 6,300 | 7,200 | 6,300 | 5,900 | 7,300 | 7,300 | 7,200 | 6,300 |
| I-270 at Montrose Rd | 4,700 | 6,900 | 9,400 | 8,600 | 11,500 | 12,600 | 12,600 | 11,800 |

00036695



**Table 5-9: I-495 and I-270 2025 Alternative 1/No Build Vehicle Throughputs**

| Location | Throughput (vehicles per hour) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **I-495 Inner Loop/ I-270 Southbound** | 6-7 AM | 7-8 AM | 8-9 AM | 9-10 AM | 3-4 PM | 4-5 PM | 5-6 PM | 6-7 PM |
| American Legion Bridge | 8,400 | 8,500 | 8,500 | 8,600 | 8,000 | 7,900 | 8,500 | 8,200 |
| I-495 West of I-95 | 7,300 | 8,300 | 7,800 | 7,200 | 8,400 | 8,200 | 8,000 | 7,700 |
| I-495 at MD 5 | 6,600 | 6,100 | 6,500 | 6,500 | 6,100 | 6,800 | 7,300 | 6,900 |
| I-270 at Montrose Rd | 10,500 | 10,900 | 9,900 | 8,800 | 6,700 | 7,300 | 7,300 | 6,600 |
| **I-495 Outer Loop/ I-270 Northbound** | 6-7 AM | 7-8 AM | 8-9 AM | 9-10 AM | 3-4 PM | 4-5 PM | 5-6 PM | 6-7 PM |
| American Legion Bridge | 8,500 | 8,800 | 9,300 | 8,400 | 8,200 | 8,500 | 8,100 | 8,100 |
| I-495 West of I-95 | 8,000 | 6,300 | 6,600 | 6,700 | 7,000 | 7,000 | 6,700 | 7,300 |
| I-495 at MD 5 | 5,900 | 6,400 | 5,700 | 5,600 | 6,800 | 6,600 | 6,500 | 6,000 |
| I-270 at Montrose Rd | 5,100 | 6,400 | 8,800 | 8,500 | 11,100 | 11,600 | 11,400 | 8,400 |

**Table 5-10: I-495 and I-270 2040 Alternative 1/No Build Vehicle Throughputs**

| Location | Throughput (vehicles per hour) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **I-495 Inner Loop/ I-270 Southbound** | 6-7 AM | 7-8 AM | 8-9 AM | 9-10 AM | 3-4 PM | 4-5 PM | 5-6 PM | 6-7 PM |
| American Legion Bridge | 8,500 | 8,400 | 8,600 | 8,600 | 7,600 | 6,700 | 3,400 | 7,000 |
| I-495 West of I-95 | 7,300 | 7,900 | 7,700 | 7,300 | 7,300 | 8,100 | 7,800 | 5,300 |
| I-495 at MD 5 | 6,600 | 6,300 | 6,000 | 7,500 | 6,000 | 6,800 | 7,100 | 7,000 |
| I-270 at Montrose Rd | 10,900 | 11,000 | 9,500 | 9,600 | 7,100 | 7,700 | 7,300 | 7,000 |
| **I-495 Outer Loop/ I-270 Northbound** | 6-7 AM | 7-8 AM | 8-9 AM | 9-10 AM | 3-4 PM | 4-5 PM | 5-6 PM | 6-7 PM |
| American Legion Bridge | 8,600 | 9,000 | 9,400 | 9,300 | 8,200 | 8,700 | 8,300 | 8,400 |
| I-495 West of I-95 | 7,800 | 6,100 | 5,400 | 6,600 | 7,200 | 7,300 | 5,700 | 5,800 |
| I-495 at MD 5 | 6,100 | 6,300 | 4,300 | 5,600 | 6,600 | 6,600 | 6,300 | 6,300 |
| I-270 at Montrose Rd | 5,100 | 6,100 | 8,800 | 8,800 | 11,400 | 10,300 | 9,500 | 8,400 |

**Table 5-11: I-495 and I-270 2025 Alternative 1/No Build Person Throughputs**

| Location | Throughput (persons per hour) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **I-495 Inner Loop/ I-270 Southbound** | 6-7 AM | 7-8 AM | 8-9 AM | 9-10 AM | 3-4 PM | 4-5 PM | 5-6 PM | 6-7 PM |
| American Legion Bridge | 10,000 | 10,100 | 10,100 | 10,200 | 10,500 | 10,300 | 11,100 | 10,700 |
| I-495 West of I-95 | 8,500 | 9,600 | 9,100 | 8,400 | 10,600 | 10,400 | 10,100 | 9,800 |
| I-495 at MD 5 | 7,900 | 7,300 | 7,800 | 7,800 | 8,000 | 9,000 | 9,600 | 9,100 |
| I-270 at Montrose Rd | 12,800 | 13,300 | 12,100 | 10,700 | 8,900 | 9,700 | 9,700 | 8,800 |
| **I-495 Outer Loop/ I-270 Northbound** | 6-7 AM | 7-8 AM | 8-9 AM | 9-10 AM | 3-4 PM | 4-5 PM | 5-6 PM | 6-7 PM |
| American Legion Bridge | 10,100 | 10,500 | 11,100 | 10,000 | 10,700 | 11,100 | 10,600 | 10,600 |
| I-495 West of I-95 | 9,300 | 7,300 | 7,700 | 7,800 | 8,900 | 8,900 | 8,500 | 9,200 |
| I-495 at MD 5 | 7,000 | 7,600 | 6,800 | 6,700 | 9,000 | 8,700 | 8,600 | 7,900 |
| I-270 at Montrose Rd | 6,200 | 7,800 | 10,700 | 10,400 | 14,800 | 15,500 | 15,200 | 11,200 |

00036696

**TRAFFIC ANALYSIS TECHNICAL REPORT**

#### Table 5-12: I-495 and I-270 2040 Alternative 1/No Build Person Throughputs

| Location | Throughput (persons per hour) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **I-495 Inner Loop/ I-270 Southbound** | 6-7 AM | 7-8 AM | 8-9 AM | 9-10 AM | 3-4 PM | 4-5 PM | 5-6 PM | 6-7 PM |
| American Legion Bridge | 10,100 | 10,000 | 10,300 | 10,300 | 10,000 | 8,800 | 4,500 | 9,200 |
| I-495 West of I-95 | 8,500 | 9,200 | 8,900 | 8,500 | 9,200 | 10,300 | 9,900 | 6,700 |
| I-495 at MD 5 | 7,900 | 7,500 | 7,200 | 8,900 | 7,900 | 9,000 | 9,300 | 9,200 |
| I-270 at Montrose Rd | 13,300 | 13,400 | 11,600 | 11,700 | 9,500 | 10,300 | 9,700 | 9,300 |
| **I-495 Outer Loop/ I-270 Northbound** | 6-7 AM | 7-8 AM | 8-9 AM | 9-10 AM | 3-4 PM | 4-5 PM | 5-6 PM | 6-7 PM |
| American Legion Bridge | 10,300 | 10,700 | 11,200 | 11,100 | 10,700 | 11,400 | 10,900 | 11,000 |
| I-495 West of I-95 | 9,100 | 7,100 | 6,300 | 7,700 | 9,100 | 9,200 | 7,200 | 7,300 |
| I-495 at MD 5 | 7,300 | 7,500 | 5,100 | 6,700 | 8,700 | 8,700 | 8,300 | 8,300 |
| I-270 at Montrose Rd | 6,200 | 7,500 | 10,700 | 10,700 | 15,200 | 13,700 | 12,700 | 11,200 |

#### Table 5-13: I-495 and I-270 2025 Alternative 1/No Build Percent Vehicle Demand Met

| Location | Percent Vehicle Demand Met | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **I-495 Inner Loop/ I-270 Southbound** | 6-7 AM | 7-8 AM | 8-9 AM | 9-10 AM | 3-4 PM | 4-5 PM | 5-6 PM | 6-7 PM |
| American Legion Bridge | 100% | 89% | 93% | 100% | 89% | 90% | 95% | 100% |
| I-495 West of I-95 | 100% | 96% | 97% | 100% | 91% | 89% | 91% | 100% |
| I-495 at MD 5 | 100% | 95% | 93% | 100% | 100% | 99% | 100% | 100% |
| I-270 at Montrose Rd | 100% | 97% | 96% | 94% | 97% | 96% | 93% | 91% |
| **I-495 Outer Loop/ I-270 Northbound** | 6-7 AM | 7-8 AM | 8-9 AM | 9-10 AM | 3-4 PM | 4-5 PM | 5-6 PM | 6-7 PM |
| American Legion Bridge | 100% | 96% | 100% | 100% | 95% | 95% | 92% | 97% |
| I-495 West of I-95 | 93% | 84% | 100% | 98% | 94% | 91% | 84% | 100% |
| I-495 at MD 5 | 97% | 93% | 94% | 99% | 98% | 95% | 94% | 100% |
| I-270 at Montrose Rd | 100% | 100% | 100% | 100% | 100% | 98% | 96% | 76% |

| <90% | ≥90% | 100% |
|---|---|---|

#### Table 5-14: I-495 and I-270 2040 Alternative 1/No Build Percent Vehicle Demand Met

| Location | Percent Vehicle Demand Met | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **I-495 Inner Loop/ I-270 Southbound** | 6-7 AM | 7-8 AM | 8-9 AM | 9-10 AM | 3-4 PM | 4-5 PM | 5-6 PM | 6-7 PM |
| American Legion Bridge | 100% | 89% | 93% | 100% | 79% | 73% | 35% | 81% |
| I-495 West of I-95 | 98% | 89% | 93% | 96% | 75% | 84% | 89% | 67% |
| I-495 at MD 5 | 98% | 93% | 81% | 100% | 100% | 96% | 96% | 100% |
| I-270 at Montrose Rd | 97% | 93% | 89% | 100% | 95% | 95% | 87% | 89% |
| **I-495 Outer Loop/ I-270 Northbound** | 6-7 AM | 7-8 AM | 8-9 AM | 9-10 AM | 3-4 PM | 4-5 PM | 5-6 PM | 6-7 PM |
| American Legion Bridge | 100% | 99% | 100% | 100% | 88% | 91% | 88% | 93% |
| I-495 West of I-95 | 88% | 80% | 82% | 93% | 93% | 88% | 68% | 80% |
| I-495 at MD 5 | 96% | 87% | 68% | 94% | 90% | 90% | 88% | 100% |
| I-270 at Montrose Rd | 100% | 88% | 92% | 100% | 99% | 82% | 75% | 71% |

| <90% | ≥90% | 100% |
|---|---|---|

00036697

**TRAFFIC ANALYSIS TECHNICAL REPORT**

**Figure 5-57: I-495 2025 Alternative 1/No Build 7-8 AM Inner Loop Demand vs. Throughput and Percent Demand Unserved**



**Figure 5-58: I-495 2025 Alternative 1/No Build 7-8 AM Outer Loop Demand vs. Throughput and Percent Demand Unserved**



*Demand Unserved is the demand that is not met; it is shown as the percent difference between demand and throughput.*

00036698

**TRAFFIC ANALYSIS TECHNICAL REPORT**

**Figure 5-59: I-495 2025 Alternative 1/No Build 4-5 PM Inner Loop Demand vs. Throughput and Percent Demand Unserved**



**Figure 5-60: I-495 2025 Alternative 1/No Build 4-5 PM Outer Loop Demand vs. Throughput and Percent Demand Unserved**



*Demand Unserved is the demand that is not met; it is shown as the percent difference between demand and throughput.*

00036699

**TRAFFIC ANALYSIS TECHNICAL REPORT**

**Figure 5-61: I-270 2025 Alternative 1/No Build 7-8 AM Southbound Demand vs. Throughput and Percent Demand Unserved**



**Figure 5-62: I-270 2025 Alternative 1/No Build 4-5 PM Northbound Demand vs. Throughput and Percent Demand Unserved**



*Demand Unserved is the demand that is not met; it is shown as the percent difference between demand and throughput.*

00036700

**Figure 5-63: I-495 2040 Alternative 1/No Build 7-8 AM Inner Loop Demand vs. Throughput and Percent Demand Unserved**



**Figure 5-64: I-495 2040 Alternative 1/No Build 7-8 AM Outer Loop Demand vs. Throughput and Percent Demand Unserved**



*Demand Unserved is the demand that is not met; it is shown as the percent difference between demand and throughput.*

00036701

**TRAFFIC ANALYSIS TECHNICAL REPORT**



**Figure 5-65: I-495 2040 Alternative 1/No Build 4-5 PM Inner Loop Demand vs. Throughput and Percent Demand Unserved**



**Figure 5-66: I-495 2040 Alternative 1/No Build 4-5 PM Outer Loop Demand vs. Throughput and Percent Demand Unserved**



*Demand Unserved is the demand that is not met; it is shown as the percent difference between demand and throughput.*

00036702

**TRAFFIC ANALYSIS TECHNICAL REPORT**

**Figure 5-67: I-270 2040 Alternative 1/No Build 7-8 AM Southbound Demand vs. Throughput and Percent Demand Unserved**



**Figure 5-68: I-270 2040 Alternative 1/No Build 4-5 PM Northbound Demand vs. Throughput and Percent Demand Unserved**



*Demand Unserved is the demand that is not met; it is shown as the percent difference between demand and throughput.*

00036703

Throughput results at key locations from VISSIM for each of the Screened Alternatives are shown in **Tables 5-15 through 5-18**. Results are reported in terms of percent increase in vehicle-throughput and person-throughput for each Screened Alternative compared to Alternative 1/No Build, to the nearest 5 percent.

**Table 5-15: Summary of 2040 Screened Alternatives Vehicle Throughput Results (veh/hr)**

| Location | 2017 Existing | 2040 Alt 1/ No Build | 2040 Alt 5 | 2040 Alt 8 | 2040 Alt 9 | 2040 Alt 10 | 2040 Alt 13B | 2040 Alt 13C |
|---|---|---|---|---|---|---|---|---|
| AM Peak Hour (7-8 AM) – Both Directions | | | | | | | | |
| I-495 at American Legion Bridge | 17,100 | 17,400 | 20,100 | 22,200 | 22,300 | 22,800 | 21,800 | 22,400 |
| I-495 West of I-95 | 14,600 | 13,900 | 16,000 | 19,000 | 19,200 | 19,100 | 19,000 | 19,700 |
| I-495 at MD 5 | 12,400 | 12,600 | 12,800 | 15,600 | 14,000 | 14,100 | 14,500 | 15,300 |
| I-270 at Montrose Rd | 16,200 | 17,100 | 18,000 | 21,000 | 19,000 | 21,400 | 18,300 | 19,700 |
| PM Peak Hour (4-5 PM) – Both Directions | | | | | | | | |
| I-495 at American Legion Bridge | 16,300 | 15,400 | 18,800 | 18,800 | 20,900 | 20,800 | 20,000 | 20,300 |
| I-495 West of I-95 | 15,600 | 15,400 | 19,100 | 21,500 | 21,300 | 21,500 | 20,200 | 21,500 |
| I-495 at MD 5 | 13,600 | 13,900 | 15,100 | 13,900 | 15,700 | 15,700 | 15,700 | 15,900 |
| I-270 at Montrose Rd | 18,400 | 18,000 | 16,100 | 18,500 | 20,200 | 22,300 | 16,900 | 20,000 |

**Table 5-16: Summary of 2040 Screened Alternatives Person Throughput Results (persons/hr)**

| Location | 2017 Existing | 2040 Alt 1/ No Build | 2040 Alt 5 | 2040 Alt 8 | 2040 Alt 9 | 2040 Alt 10 | 2040 Alt 13B | 2040 Alt 13C |
|---|---|---|---|---|---|---|---|---|
| AM Peak Hour (7-8 AM) – Both Directions | | | | | | | | |
| I-495 at American Legion Bridge | 20,300 | 20,800 | 24,600 | 27,900 | 27,900 | 28,700 | 27,300 | 28,200 |
| I-495 West of I-95 | 17,000 | 16,100 | 19,600 | 23,800 | 23,900 | 23,800 | 23,600 | 24,500 |
| I-495 at MD 5 | 14,700 | 15,000 | 15,900 | 19,200 | 17,300 | 17,300 | 17,800 | 18,800 |
| I-270 at Montrose Rd | 19,900 | 20,900 | 22,400 | 25,500 | 24,400 | 26,900 | 23,200 | 24,500 |
| PM Peak Hour (4-5 PM) – Both Directions | | | | | | | | |
| I-495 at American Legion Bridge | 21,200 | 20,200 | 25,400 | 25,900 | 28,600 | 28,700 | 27,400 | 28,000 |
| I-495 West of I-95 | 19,700 | 19,500 | 25,700 | 29,700 | 29,200 | 29,500 | 27,800 | 29,600 |
| I-495 at MD 5 | 17,600 | 18,300 | 20,800 | 19,200 | 21,800 | 21,700 | 21,700 | 21,900 |
| I-270 at Montrose Rd | 24,400 | 24,000 | 22,500 | 24,700 | 28,500 | 30,800 | 23,300 | 26,800 |

00036704

TRAFFIC ANALYSIS TECHNICAL REPORT

**Table 5-17: 2040 Screened Alternatives Percent Change in Vehicle Throughput vs. 2040 Alternative 1/No Build**

| Location | 2017 Existing | 2040 Alt 1/ No Build | 2040 Alt 5 | 2040 Alt 8 | 2040 Alt 9 | 2040 Alt 10 | 2040 Alt 13B | 2040 Alt 13C |
|---|---|---|---|---|---|---|---|---|
| **AM Peak Hour (7-8 AM) – Both Directions** | | | | | | | | |
| I-495 at American Legion Bridge | N/A | 0% | 15% | 30% | 30% | 30% | 25% | 30% |
| I-495 West of I-95 | N/A | 0% | 15% | 35% | 40% | 35% | 35% | 40% |
| I-495 at MD 5 | N/A | 0% | 0% | 25% | 10% | 10% | 15% | 20% |
| I-270 at Montrose Rd | N/A | 0% | 5% | 25% | 10% | 25% | 5% | 15% |
| **PM Peak Hour (4-5 PM) – Both Directions** | | | | | | | | |
| I-495 at American Legion Bridge | N/A | 0% | 20% | 20% | 35% | 35% | 30% | 30% |
| I-495 West of I-95 | N/A | 0% | 25% | 40% | 40% | 40% | 30% | 40% |
| I-495 at MD 5 | N/A | 0% | 10% | < 0% | 15% | 15% | 10% | 15% |
| I-270 at Montrose Rd | N/A | 0% | < 0% | 5% | 10% | 25% | < 0% | 10% |

| ≤0% | >0% to <10% | ≥10% to <20% | ≥20% to <30% | ≥30% |
|---|---|---|---|---|

**Table 5-18: 2040 Screened Alternatives Percent Change in Person Throughput vs. 2040 Alternative 1/No Build**

| Location | 2017 Existing | 2040 Alt 1/ No Build | 2040 Alt 5 | 2040 Alt 8 | 2040 Alt 9 | 2040 Alt 10 | 2040 Alt 13B | 2040 Alt 13C |
|---|---|---|---|---|---|---|---|---|
| **AM Peak Hour (7-8 AM) – Both Directions** | | | | | | | | |
| I-495 at American Legion Bridge | N/A | 0% | 20% | 35% | 35% | 40% | 30% | 35% |
| I-495 West of I-95 | N/A | 0% | 20% | 50% | 50% | 50% | 45% | 50% |
| I-495 at MD 5 | N/A | 0% | 5% | 30% | 15% | 15% | 20% | 25% |
| I-270 at Montrose Rd | N/A | 0% | 5% | 20% | 15% | 30% | 10% | 15% |
| **PM Peak Hour (4-5 PM) – Both Directions** | | | | | | | | |
| I-495 at American Legion Bridge | N/A | 0% | 25% | 30% | 40% | 40% | 35% | 40% |
| I-495 West of I-95 | N/A | 0% | 30% | 50% | 50% | 50% | 45% | 50% |
| I-495 at MD 5 | N/A | 0% | 15% | 5% | 20% | 20% | 20% | 20% |
| I-270 at Montrose Rd | N/A | 0% | < 0% | 5% | 20% | 30% | < 0% | 10% |

| ≤0% | >0% to <10% | ≥10% to <20% | ≥20% to <30% | ≥30% |
|---|---|---|---|---|

00036705



Most of the Build Screened Alternatives provide significant throughput benefits during the AM peak period compared to Alternative 1/No Build. The exception is Alternative 5, which provides no additional vehicle throughput on I-495 at MD 5 during the AM peak period or on I-270 at Montrose Road during the PM peak period compared to the No Build, and provides the smallest throughput benefit at the other three key locations studied. Alternative 13B also provides no vehicle throughput benefit on I-270 at Montrose Road during the PM peak period compared to the No Build. Alternative 10 performed the best during the PM peak period. Of the Screened Alternatives, Alternative 10 provides the highest amount of throughput during the PM peak period at all four key locations studied. Conversely, some Build Screened Alternatives provide no benefit in throughput compared to Alternative 1/No Build at certain locations during the PM peak. Alternatives 5 and 13B did not provide any vehicle throughput or person throughput benefits on I-270 at Montrose Road. Benefits of increased throughput on the highway include reduced peak spreading (i.e., less congestion in the off-peak hours) and reduced burden on the surrounding roadway network.

## 5.4    System-Wide Delay

System-wide delay reflects the average amount of time each vehicle in the VISSIM simulation model is delayed while trying to reach their destination. Delay can be caused by slow travel due to congestion or when vehicles must yield right-of-way at an intersection. System-wide delay is reported in the units of minutes per vehicle. The results were generated from the simulation model outputs and are shown in **Table 5-19**. For the raw delay values, lower numbers are better, reflecting a reduction in congestion. For the percent improvement compared to Alternative 1/No Build, higher numbers are better, reflecting a greater benefit.

With Alternative 1/No Build, system-wide delay during the AM peak period is projected to increase from 4.45 minutes per vehicle in 2017 to 8.77 minutes per vehicle in 2040, a 97% increase. During the PM peak period, system-wide delay is projected to increase from 4.00 minutes per vehicle in 2017 to 11.78 minutes per vehicle in 2040, a 195% increase.

Alternative 9 and Alternative 10 have the best results. Both alternatives result in a delay savings of greater than 30 percent during the AM and PM peak periods compared to Alternative 1/No Build, which is the baseline. Alternative 8 and Alternative 13C also perform well during the PM peak period but provide less benefit during the AM peak period than Alternative 9 and Alternative 10. While both alternatives are better than Alternative 1/No Build, they lag the other alternatives in terms of delay savings, particularly during the PM peak, although Alternative 13B does outperform Alternative 8 and Alternative 13C during the AM peak period. Alternative 5 has the least delay savings in both the AM and PM.

00036706

**Table 5-19: Summary of 2040 Screened Alternatives System-Wide Delay Results**

| Alternative | AM Peak Period | | PM Peak Period | |
|---|---|---|---|---|
| | Average Delay (min/veh) | Percent Improvement vs. No Build | Average Delay (min/veh) | Percent Improvement vs. No Build |
| Existing | 4.45 | N/A | 4.00 | N/A |
| 2040 Alternative 1/No Build | 8.77 | 0% | 11.78 | 0% |
| 2040 Alternative 5 | 7.02 | 20% | 9.15 | 22% |
| 2040 Alternative 8 | 6.73 | 23% | 7.90 | 33% |
| 2040 Alternative 9 | 5.77 | 34% | 7.87 | 33% |
| 2040 Alternative 10 | 5.68 | 35% | 7.73 | 34% |
| 2040 Alternative 13B | 6.40 | 27% | 9.17 | 22% |
| 2040 Alternative 13C | 6.48 | 26% | 7.73 | 34% |

| <20% | ≥20% to <25% | ≥25% to <30% | ≥30% |
|---|---|---|---|

## 5.5    Density and Level of Service (LOS)

Alternative 1/No Build speed, density, and LOS along the study corridors are summarized in the **Figures 5-69 and 5-70**. Speed (miles per hour), density (passenger cars per hour per lane), and LOS for each segment and for each Screened Alternative are included in **Appendix H**. In evaluating density, the percentage of lane-miles operating at LOS F was calculated within the Study limits during the AM peak period and the PM peak period. The results are shown in **Table 5-20** and were generated from the VISSIM outputs. Lower percentages are better, reflecting fewer failing roadway segments. With Alternative 1/No Build, the percentage of lane miles operating at LOS F along the study corridors will increase from 21% in 2017 to 28% in 2040 during the AM peak period and from 38% in 2017 to 53% in 2040 during the PM peak period.

Alternative 9 had the lowest percentage of failing segments during both the AM and PM peak periods, with only 12 percent of the lane-miles projected to operate at LOS F during both peak period in 2040. Alternative 5 had the highest percentage of failing segments of the Build Screened Alternatives. However, all Build Screened Alternatives performed significantly better than Alternative 1/No Build, in which 28 percent of the system is projected to fail during the AM peak hour and 53 percent is projected to fail during the PM peak hour.

**Table 5-20: Summary of 2040 Screened Alternatives Percent of Lane Miles Operating at LOS F**

| Alternative | AM Peak | PM Peak |
|---|---|---|
| Existing | 22% | 38% |
| 2040 Alternative 1/No Build | 28% | 53% |
| 2040 Alternative 5 | 21% | 20% |
| 2040 Alternative 8 | 14% | 14% |
| 2040 Alternative 9 | 12% | 12% |
| 2040 Alternative 10 | 15% | 14% |
| 2040 Alternative 13B | 14% | 12% |
| 2040 Alternative 13C | 18% | 12% |

| ≥0% to <15% | ≥15% to <20% | ≥20% to <25% | ≥25% |
|---|---|---|---|

*Based on density; LOS F is reached at a density of 45 passenger cars per mile per lane (pc/mi/ln).*

00036707

**Figure 5-69: 2040 Alternative 1/No Build AM Segment Level of Service (LOS)**



00036708



**Figure 5-70: 2040 Alternative 1/No Build PM Segment Level of Service (LOS)**





## 5.6    Travel Time Index

While corridor travel time and speed provide a good way to compare alternatives, few vehicles will travel from one end to the other during their trip, particularly along I-495. Therefore, the Travel Time Index (TTI) metric, defined earlier in this report, was evaluated for shorter trip segments. The TTI also serves as a proxy for assessing reliability. While the Planning Time Index (PTI) is traditionally used as a measure for reliability, the PTI cannot be directly calculated for future travel times. However, there is a strong correlation between TTI and PTI values. The TTI represents the 50th percentile travel time, while the PTI represents the 95th percentile travel time. TTI values were calculated for the general-purpose lanes

**Key Points**

- Alternative 9 had the best TTI values during the AM peak, with no segments ranked as "severe"
- Alternative 13C had the poorest TTI values during the AM peak, with I-270 Southbound ranked as "severe"
- Alternatives 10 and 13C had the best TTI values during the PM peak, although one segment of Alternative 10 was ranked as "severe"
- Alternative 5 had the poorest TTI values during the PM peak, with three segments ranked as "severe"

of eight total highway segments, including four segments in each direction: I-495 from the George Washington Memorial Parkway to I-270, I-495 from I-270 to I-95, I-495 from I-95 to MD 5, and I-270 from I-495 to I-370. The results are shown in **Table 5-21** and were generated from the VISSIM outputs.

For this metric, Alternative 9 performs the best during the AM peak. Three of the eight segments had a TTI value in the "uncongested" category for Alternative 9, with two others in the "moderate" category, and the remaining three in the "heavy" category. Alternative 13C performs the poorest during the AM peak, with the segment of I-270 southbound experiencing a TTI value of 2.2 (in the "severe" category). None of the segments operated in the "severe" category for Alternatives 5, 8, 9, or 10 during the AM peak period.

Alternative 10 and 13C performs the best in terms of TTI during the PM peak. Although the segment of the I-495 Inner Loop from I-270 to I-95 was in the "severe" category, Alternative 10 experienced the lowest TTI of the Screened Alternatives for this segment. Additionally, the other seven segments had TTI values of 1.6 or less for Alternative 10 and Alternative 13C. Alternative 5 performs the poorest during the PM peak, with three segments in the "severe" category. For the majority of the segments, Alternative 1/No Build has the worst TTI value.

Some segments show degradations in the TTI in the Build Screened Alternatives as compared to Alternative 1/No Build. The TTI in Alternative 1/No Build is low in these segments due to upstream bottlenecks. The main bottleneck along the I-495 Inner Loop is at the American Legion Bridge, where congestion occurs outside of the study area. After widening the American Legion Bridge in the Build Screened Alternatives, there is increased throughput across the bridge, increasing the downstream travel time from the American Legion Bridge to I-95 relative to Alternative 1/No Build, in which traffic is metered by the bridge. As stated above, for the majority of segments, Alternative 1/No Build has the worst TTI value.

It should be noted that all managed lane segments were projected to operate at uncongested levels of less than 1.15, and therefore the results above only compared operations in the general-purpose lanes. However, according to the National Cooperative Highway Research Program (NCHRP) Report 03-96,

00036710



*Analysis of Managed Lanes on Freeway Facilities*, "For a single managed lane facility, a slow-moving vehicle drags down the speed of vehicles following it, much like it would on a two-lane highway or a single-lane tunnel. On the contrary, multi-lane managed lane facilities allow opportunities for passing, and the impact of slow-moving vehicles is expected to be lower, at least until higher flow levels are reached." This report documented a Case Study (I-880 in San Francisco) where the operating speed at capacity was lower than the expected speed because the speed on the HOV lane was governed by the slowest moving vehicle. Since the studied facility was a single HOV lane facility, "the HOV speed reduction was contributed to a 'snail' effect, meaning that the speed on the HOV lane was governed by the slowest moving vehicle. Since passing was constrained on the single HOV lane, vehicles were trapped behind the 'snail' when general-purpose lanes are heavily congested. As the traffic flow increased, so did the number of slow drivers." Based on this research, a separate metric was applied to differentiate the TTI in the managed lanes for each Screened Alternative.

## 5.7    Freight

The ability to move freight, services, and commuting employees efficiently through the Study corridors is heavily influenced by the performance of I-495 and I-270. It is closely tied to TTI, vehicle throughput, and effects on the local roadway network.

- According to the Federal Highway Administration's "Freight Analysis Framework Inter-Regional Commodity Flow Forecast Study" (May 2016), freight in the United States is expected to grow by 40% over the forecast period of 2012 to 2045. As the Maryland Port and BWI Airport grow and expand, MDOT and the modal TBU's have and will continue to coordinate to maintain and mitigate the freight network by ensuring the safety, reliability and mobility of goods and people in and out of Maryland.

- Since the managed lanes will provide improvements to the travel times, speeds, reliability, and vehicle throughputs on I-495 and I-270 in both the managed lanes and general-purpose lanes, those benefits will also positively effect freight and truck travel. Additionally, FHWA's Office of Freight Management and Operations monitors interstate as part of the Freight Performance Measures Initiative. Through this, the nation's worst bottlenecks for freight movements are identified. Four of the top 100 locations are in Maryland and two are included in the Study area: I-495 at I-95 and I-495 at I-270.

- The managed lanes will improve the movement of cars, which would reduce peak period length, and separate truck travel (typically off peak) from the cars that can better be served during the peaks. With reduced congestion and reduced spread of peak periods by the managed lanes corridors, more cars will be served during the peaks, which provides the potential for safety benefits associated with truck/car conflicts.

00036711



**Table 5-21: Summary of 2040 Screened Alternatives Travel Time Index (TTI) Results for General-Purpose Lanes**

| Corridor | 2017 Existing | 2040 Alt 1/ No Build | 2040 Alt 5 | 2040 Alt 8 | 2040 Alt 9 | 2040 Alt 10 | 2040 Alt 13B | 2040 Alt 13C |
|---|---|---|---|---|---|---|---|---|
| **AM Peak Period** | | | | | | | | |
| I-495 Inner Loop from George Washington Memorial Pkwy to I-270 | 1.4 | 2.1 | 1.6 | 1.6 | 1.3 | 1.3 | 1.8 | 1.6 |
| I-495 Outer Loop from I-270 to George Washington Memorial Pkwy | 1.2 | 1.2 | 1.7 | 1.3 | 1.7 | 1.7 | 1.7 | 1.6 |
| I-495 Inner Loop from I-270 to I-95 | 1.0 | 1.0 | 1.5 | 1.2 | 1.3 | 1.2 | 1.2 | 1.2 |
| I-495 Outer Loop from I-95 to I-270 | 2.8 | 4.3 | 1.6 | 1.5 | 1.6 | 1.3 | 2.1 | 1.8 |
| I-495 Inner Loop from I-95 to MD 5 | 1.0 | 1.8 | 1.5 | 1.5 | 1.4 | 1.5 | 1.3 | 1.4 |
| I-495 Outer Loop from MD 5 to I-95 | 1.2 | 1.5 | 1.2 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| I-270 Southbound from I-370 to I-495 | 2.6 | 1.5 | 1.5 | 1.4 | 1.1 | 1.7 | 1.1 | 2.2 |
| I-270 Northbound from I-495 to I-370 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| **PM Peak Period** | | | | | | | | |
| I-495 Inner Loop from George Washington Memorial Pkwy to I-270 | 3.7 | 5.5 | 2.7 | 4.5 | 2.6 | 1.2 | 1.6 | 1.6 |
| I-495 Outer Loop from I-270 to George Washington Memorial Pkwy | 2.8 | 2.4 | 1.4 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| I-495 Inner Loop from I-270 to I-95 | 2.7 | 5.0 | 3.2 | 2.5 | 2.6 | 2.4 | 2.4 | 2.6 |
| I-495 Outer Loop from I-95 to I-270 | 1.1 | 2.7 | 1.2 | 1.1 | 1.1 | 1.4 | 1.1 | 1.3 |
| I-495 Inner Loop from I-95 to MD 5 | 1.5 | 1.8 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| I-495 Outer Loop from MD 5 to I-95 | 1.9 | 2.5 | 1.2 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| I-270 Southbound from I-370 to I-495 | 1.0 | 1.1 | 3.7 | 2.0 | 1.3 | 1.3 | 2.6 | 1.4 |
| I-270 Northbound from I-495 to I-370 | 1.5 | 1.0 | 1.4 | 1.1 | 1.3 | 1.6 | 1.3 | 1.2 |

Uncongested (TTI < 1.15)
Moderate Congestion (1.15 < TTI < 1.3)
Heavy Congestion (1.3 < TTI < 2.0)
Severe Congestion (TTI > 2.0)

00036712



## 5.8    Latent and Induced Demand

Latent demand (or unserved demand) refers to users that are not currently served by the system but would like to use the system. For this Study, this includes trips using local roads and arterials instead of I-270 and I-495 as well as users who may adjust the time of their trip to avoid congested periods. With the additional capacity on the freeways provided by completion of the project, these users can complete their trips using their preferred route on the freeways instead of the local roads. This represents the latent demand served by the project.

The MWCOG travel demand model determines the demand for the transportation system based on land use assumptions, number and type of trips generated by each of those land uses, and the capacity of the existing roadway network. The

### Key Points

- Latent demand represents diverted trips. The project will improve the system by serving more latent demand on the freeways instead of on arterials.
- Induced demand represents new trips. While the project may generate some new trips, MWCOG modeling shows that the amount of induced demand caused directly by the project would be less than 1% of the total VMT in the region.
- Induced demand is related in part to increase in job accessibly. The project will increase job accessibility in the region by 10% to 15%.
- The addition of one to two managed lanes along I-495 and I-270 will result in a decrease in vehicle miles traveled of 0.8% to 1.5% along arterials within the network.

ability of the project to serve the latent demand can be shown in part by the expected reduction in vehicle miles traveled (VMT) on the arterial routes. Reduction in vehicular through traffic on the local system is important in promoting safer mobility in developed urban/suburban areas. With respect to consideration of induced demand, or the potential for the project to create additional traffic on the arterials because more people will use the arterials to get to the I-270 and I-495 corridors, while some sections of arterials will likely experience this increase, the overall VMT on those routes is expected to be reduced. The overall reduction in VMT along arterials within the network will be between 0.8% and 1.5%.

Induced demand for this project can be described as newly-generated users of the system. These are new trips that would not exist without capacity improvements to transportation. As the land use assumptions do not vary between Alternative 1/No Build and the Build Screened Alternatives, all the trip generators are equal among scenarios: there will not be new housing developments or new places of employment. There is little room for increased land use along I-270 and I-495 as the areas is already built out, and the model already accounts for changes in land use in areas further from these facilities. However, because the project is projected to increase the speeds and reduce travel times along I-270 and I-495, people may make more trips or longer trips. While the model does not show that people will relocate simply to move farther away, people may be willing to drive a longer distance for their trip because that distance is now within their acceptable travel time.

### A.    Job Accessibility

The creation of induced demand can be seen in part in job accessibility:

- With two Express Toll Lanes, over 160,000 additional commuters within the region will be able to access jobs within 60 minutes, equivalent to nearly 15% increase in job accessibility over 2040 No Build conditions.

00036713



- With one Express Toll Lane, over 110,000 additional commuters within the region will be able to access jobs within 60 minutes, equivalent to nearly 10% increase in job accessibility over 2040 No Build conditions.

**B.    Vehicle Miles Traveled (Total Modeling Area)**

Due to the improvements, the total VMT within the modeling area (shown in **Figure 5-71**) does increase slightly, as shown in **Figure 5-72**. The change is based on runs of the approved 2040 MWCOG model, comparing Alternative 1/No Build to the Build scenarios.  The only change to the MWCOG model between Alternative 1/No Build and the Build scenarios is the addition of the managed lanes.

- With the addition of two managed lanes using congestion pricing, the entire modeling area in 2040 would be expected to see a small increase of 0.8% in VMT when compared to the 2040 Alternative 1/No Build condition
- With the addition of one managed lane using congestion pricing, the entire modeling area in 2040 would be expected to see a small increase of 0.6% of VMT when compared to the 2040 Alternative 1/No Build condition

Overall, VMT is only expected to increase by less than 1% with Build conditions in comparison to No Build conditions, which indicates that induced demand is not exceedingly high for this project. This is due to the new lanes (i.e., new capacity) being managed. Managing the new lanes will be able to put a limit on how much induced demand can be created by the project.

**C.    Vehicle Miles Traveled (Arterials)**

VMT projections that include only the arterial roadways in Montgomery and Prince George's Counties (i.e., the projections do not include I-495, I-270, or other freeways) decrease between 2040 No Build and Build conditions. These values reflect what would be experienced on the local roads.

- With the addition of two managed lanes using congestion pricing, arterial roadways within Montgomery and Prince George's Counties are expected to experience a decrease of 1.5% in VMT compared to 2040 No Build conditions in the MWCOG model.
- With the addition of one managed lane using congestion pricing, arterial roadways within Montgomery and Prince George's Counties are expected to experience a decrease of 0.8% in vehicular miles of travel compared to 2040 No Build conditions in the MWCOG model.

**D.    Modeling of Latent Demand**

**Table 5-22** summarizes the VISSIM simulation network-wide latent demand for the each of the Screened Alternatives, including Alternative 1/No Build. In VISSIM, latent demand refers to the number of vehicles that are unable to enter the network (I-495 and I-270) due to queues that extend outside the network, as measures in vehicles per hour (vph). As shown, with Alternative 1/No Build, latent demand during the AM and PM peak periods is projected to increase from 4,500 vehicles per hour in 2017 to 27,100 vehicles per hour in 2040, an increase of over 500%. Each of the Build Screened Alternatives reduces latent demand by 26% to 44%. **Figures 5-57 to 5-68** include charts that compare throughput and demand volumes and include the percent demand that is unmet. These charts are shown for all analysis hours in **Appendix G**.

00036714



**Figure 5-71: Modeling Area for Vehicle Miles Traveled**



00036715



**Figure 5-72: Projected 2040 VMT Change, Alternative 1/No Build vs. Two Managed Lanes**



00036716