

**495 South Side AM**
**Future  Alternative 13C Peak Period Volumes**





**495 South Side AM**
**Future Alternative 13C Peak Period Volumes**













00037104

I-270 & I-495 West Side PM
Future Alternative 13C Peak Period Volumes







00037105

























00037109



















00037112







00037113







00037114

Case 8:22-cv-02597-DKC   Document 64-4   Filed 10/30/23   Page 14 of 188

I-270 & I-495 West Side PM
Future Alternative 13C Peak Period Volumes







**Future Alternative 13C Peak Period Volumes**





**Exit 31**

| | Ramp 1 | Ramp 2 | Ramp 3 | Ramp 4 | Ramp 5 | Ramp 6 | Ramp 7 | Ramp 8 |
|---|---|---|---|---|---|---|---|---|
| | 980 | 560 | 295 | 620 | 640 | 630 | 555 | 415 |
| | 1,005 | 640 | 300 | 635 | 645 | 690 | 645 | 435 |
| | 1,045 | 640 | 310 | 600 | 655 | 830 | 660 | 380 |
| | 1,120 | 570 | 435 | 575 | 650 | 810 | 525 | 385 |

**MD 97**

| | SB | NB | |
|---|---|---|---|
| | 1,750 | 2,355 | 3-4P |
| | 1,970 | 2,895 | 4-5P |
| | 1,960 | 2,950 | 5-6P |
| | 1,930 | 2,750 | 6-7P |

**I-495**

| | EB GP | EB Toll | EB | WB | WB Toll | WB GP | |
|---|---|---|---|---|---|---|---|
| | 8,050 | 2,500 | 10,550 | 10,900 | 3,050 | 7,850 | 3-4P |
| | 7,950 | 2,700 | 10,650 | 11,320 | 3,280 | 8,040 | 4-5P |
| | 7,450 | 2,550 | 10,000 | 11,510 | 3,180 | 8,330 | 5-6P |
| | 6,550 | 2,150 | 8,700 | 10,770 | 2,850 | 7,920 | 6-7P |

MATCH P.12

MATCH P. 14

**MD 185**

| | SB | NB |
|---|---|---|
| 3-4P | 1,510 | 2,025 |
| 4-5P | 1,575 | 2,330 |
| 5-6P | 1,540 | 2,380 |
| 6-7P | 1,135 | 2,130 |

**MD 97**

| | SB | NB |
|---|---|---|
| 3-4P | 1,880 | 3,100 |
| 4-5P | 2,225 | 3,595 |
| 5-6P | 2,415 | 3,645 |
| 6-7P | 2,230 | 3,440 |

MATCH P.15

**I-495**

| | EB GP | EB Toll | EB | WB | WB Toll | WB GP |
|---|---|---|---|---|---|---|
| 3-4P | 9,030 | 2,500 | 11,530 | 10,640 | 3,050 | 7,590 |
| 4-5P | 8,840 | 2,700 | 11,540 | 11,315 | 3,280 | 8,035 |
| 5-6P | 8,175 | 2,550 | 10,725 | 11,555 | 3,180 | 8,375 |
| 6-7P | 7,265 | 2,150 | 9,415 | 10,595 | 2,850 | 7,745 |

**Exit 33**

| | Ramp 1 | Ramp 2 | Ramp 3 | Ramp 4 | Ramp 5 | Ramp 6 | Ramp 7 | Ramp 8 |
|---|---|---|---|---|---|---|---|---|
| | 960 | 380 | 325 | 1,520 | 360 | 575 | 775 | 455 |
| | 885 | 440 | 360 | 1,540 | 315 | 605 | 845 | 405 |
| | 905 | 460 | 475 | 1,615 | 280 | 695 | 825 | 335 |
| | 870 | 290 | 505 | 1,590 | 215 | 585 | 785 | 380 |

**MD 185**

| | SB | NB |
|---|---|---|
| 3-4P | 2,045 | 3,800 |
| 4-5P | 2,305 | 3,955 |
| 5-6P | 2,445 | 3,965 |
| 6-7P | 1,910 | 3,795 |

00037116



Case 8:22-cv-02597-DKC   Document 64-4   Filed 10/30/23   Page 16 of 188

**495 North Side PM**
**Future Alternative 13C Peak Period Volumes**





| T1 | T2 | T3 | T4 | T5 | T6 | T7 | T8 |
|---|---|---|---|---|---|---|---|
| 190 | 330 | 740 | 735 | 325 | 140 | 395 | 680 |
| 220 | 350 | 880 | 720 | 315 | 155 | 405 | 690 |
| 260 | 355 | 880 | 730 | 290 | 155 | 345 | 680 |
| 250 | 340 | 870 | 670 | 285 | 130 | 390 | 770 |

**Exit 30**

| Ramp 1 | Ramp 3 | Ramp 4 | Ramp 6 | Ramp 7 | Ramp 8 |
|---|---|---|---|---|---|
| 230 | 480 | 405 | 445 | 110 | 365 |
| 295 | 475 | 495 | 285 | 195 | 380 |
| 330 | 500 | 500 | 230 | 240 | 510 |
| 290 | 500 | 370 | 320 | 115 | 525 |

**Exit 29**

| Ramp 1 | Ramp 2 | Ramp 4 | Ramp 5 | Ramp 6 | Ramp 7 |
|---|---|---|---|---|---|
| 575 | 505 | 530 | 495 | 980 | 310 |
| 810 | 605 | 550 | 500 | 940 | 320 |
| 860 | 650 | 485 | 490 | 855 | 430 |
| 820 | 555 | 445 | 510 | 615 | 375 |

**US 29**

| | SB | NB |
|---|---|---|
| 3-4P | 2,115 | 2,765 |
| 4-5P | 2,315 | 3,120 |
| 5-6P | 2,455 | 3,305 |
| 6-7P | 2,325 | 3,340 |

**MD 193**

| | SB | NB |
|---|---|---|
| 3-4P | 1,395 | 1,850 |
| 4-5P | 1,505 | 1,965 |
| 5-6P | 1,540 | 1,660 |
| 6-7P | 1,460 | 1,930 |

**I-495**

| | EB GP | EB Toll | EB | WB | WB Toll | WB GP |
|---|---|---|---|---|---|---|
| 3-4P | 9,365 | 2,500 | 11,865 | 10,360 | 3,050 | 7,310 |
| 4-5P | 9,130 | 2,700 | 11,830 | 11,160 | 3,280 | 7,880 |
| 5-6P | 8,290 | 2,550 | 10,840 | 11,430 | 3,180 | 8,250 |
| 6-7P | 7,245 | 2,150 | 9,395 | 10,185 | 2,850 | 7,335 |

**US 29**

| | SB | NB |
|---|---|---|
| 3-4P | 1,835 | 2,775 |
| 4-5P | 1,970 | 3,145 |
| 5-6P | 1,945 | 3,390 |
| 6-7P | 1,700 | 3,210 |

**I-495**

| | EB GP | EB Toll | EB | WB | WB Toll | WB GP |
|---|---|---|---|---|---|---|
| 3-4P | 8,845 | 2,680 | 11,525 | 9,730 | 2,905 | 6,825 |
| 4-5P | 8,865 | 2,700 | 11,565 | 10,525 | 3,125 | 7,400 |
| 5-6P | 8,060 | 2,535 | 10,595 | 10,590 | 2,940 | 7,650 |
| 6-7P | 6,795 | 2,105 | 8,900 | 9,195 | 2,560 | 6,635 |

**MD 193**

| | SB | NB |
|---|---|---|
| 3-4P | 2,190 | 2,450 |
| 4-5P | 2,265 | 2,720 |
| 5-6P | 2,335 | 2,355 |
| 6-7P | 1,940 | 2,640 |

**I-495**

| | EB GP | EB Toll | EB | WB | WB Toll | WB GP |
|---|---|---|---|---|---|---|
| 3-4P | 8,890 | 2,680 | 11,570 | 9,970 | 2,905 | 7,065 |
| 4-5P | 8,975 | 2,700 | 11,675 | 10,640 | 3,125 | 7,515 |
| 5-6P | 8,180 | 2,535 | 10,715 | 10,810 | 2,940 | 7,870 |
| 6-7P | 7,135 | 2,105 | 9,240 | 9,305 | 2,560 | 6,745 |



00037117







00037118

Case 8:22-cv-02597-DKC   Document 64-4   Filed 10/30/23   Page 18 of 188

I-495 North East Side PM
Future Alternative 13C Peak Period Volumes





**I-495**

| EB GP | Toll | EB | WB | WB Toll | WB GP | |
|-------|------|------|--------|---------|-------|-----|
| 6,550 | 1,425 | 7,975 | 10,150 | 1,920 | 8,230 | 3-4P |
| 6,815 | 1,480 | 8,295 | 10,650 | 2,180 | 8,470 | 4-5P |
| 6,475 | 1,245 | 7,720 | 10,035 | 1,630 | 8,405 | 5-6P |
| 4,970 | 935 | 5,905 | 8,870 | 1,725 | 7,145 | 6-7P |

MATCH P.19

**US 1**

| | SB | NB |
|------|-------|-------|
| 3-4P | 1,520 | 1,645 |
| 4-5P | 1,670 | 1,745 |
| 5-6P | 1,850 | 1,965 |
| 6-7P | 1,780 | 1,375 |

**US 1/Ramp 7/IKEA**

| SBT | SBR | NBT | NBR | WBL | WBT | WBR | EBR |
|------|-----|-------|-----|-----|-----|-----|-----|
| 1,490 | 30 | 1,055 | 815 | 480 | 80 | 590 | 165 |
| 1,645 | 25 | 1,125 | 830 | 440 | 45 | 620 | 150 |
| 1,820 | 30 | 1,430 | 955 | 385 | 60 | 535 | 135 |
| 1,765 | 15 | 810 | 855 | 440 | 45 | 565 | 95 |

Ramp 8   IKEA

Ramp 1

Ramp 7

**Ramp 10**

| 2,025 |
| 1,795 |
| 1,825 |
| 1,660 |

Ramp 6

Ramp 5

Ramp 4

Ramp 3

**Exit 25**

| Ramp 1 | Ramp 3 | Ramp 4 | Ramp 5 | Ramp 6 | Ramp 7 | Ramp 8 |
|--------|--------|--------|--------|--------|--------|--------|
| 815 | 545 | 655 | 485 | 970 | 1,150 | 675 |
| 830 | 590 | 675 | 525 | 1,015 | 1,105 | 660 |
| 955 | 600 | 725 | 485 | 1,000 | 980 | 635 |
| 855 | 375 | 715 | 535 | 680 | 1,050 | 590 |

Edgewood Rd

**I-495**

| EB GP | EB Toll | EB | WB | WB Toll | WB GP | |
|-------|---------|-------|--------|---------|-------|-----|
| 8,200 | 1,425 | 9,625 | 9,810 | 1,920 | 7,890 | |
| 8,205 | 1,480 | 9,685 | 10,265 | 2,180 | 8,085 | |
| 7,910 | 1,245 | 9,155 | 9,425 | 1,630 | 7,795 | |
| 6,825 | 935 | 7,760 | 8,475 | 1,725 | 6,750 | |

**US 1/Ramp 6/Edgewood Rd**

| SBU | SBL | SBT | NBT | NBR | WBL | WBR | EBL | EBT | EBR |
|-----|-----|-------|-------|-----|-----|-----|-----|-----|-----|
| 5 | 95 | 875 | 1,645 | 85 | 95 | 305 | 25 | 135 | 810 |
| 10 | 90 | 950 | 1,740 | 80 | 80 | 235 | 55 | 145 | 815 |
| 10 | 90 | 1,120 | 2,130 | 100 | 75 | 275 | 95 | 125 | 780 |
| 15 | 125 | 1,035 | 1,705 | 80 | 95 | 260 | 25 | 140 | 515 |

**US 1**

| | SB | NB | |
|------|-------|-------|-----|
| | 1,780 | 1,730 | 3-4P |
| | 1,845 | 1,820 | 4-5P |
| | 1,975 | 2,230 | 5-6P |
| | 1,645 | 1,785 | 6-7P |

| T1 | T2 | T3 | T4 |
|-----|-----|-----|-----|
| 90 | 210 | 220 | 485 |
| 100 | 220 | 235 | 485 |
| 105 | 230 | 245 | 535 |
| 95 | 210 | 225 | 485 |

T1   T2   T3   T4

Greenbelt Commuter Station

**I-495**

| EB GP | EB Toll | EB | WB | WB Toll | WB GP | |
|-------|---------|-------|-------|---------|-------|-----|
| 7,950 | 1,820 | 9,770 | 9,700 | 1,930 | 7,770 | 3-4P |
| 7,880 | 1,865 | 9,745 | 10,055 | 2,195 | 7,860 | 4-5P |
| 7,555 | 1,675 | 9,230 | 9,205 | 1,645 | 7,560 | 5-6P |
| 6,510 | 1,325 | 7,835 | 8,255 | 1,740 | 6,515 | 6-7P |

| 490 | 675 | 785 |
| 550 | 620 | 830 |
| 575 | 655 | 875 |
| 520 | 585 | 805 |

| 635 |
| 610 |
| 650 |
| 595 |

MATCH P.18

00037119



Case 8:22-cv-02597-DKC   Document 64-1   Filed 10/30/23   Page 19 of 188



I-495 North East Side P.M.
Future  Alternative 13C Peak Period Volumes





00037120

I-495 North East Side PM
Future Alternative 13C Peak Period Volumes





MATCH P.19

**MD 450**

| WB | EB | |
|---|---|---|
| 2,300 | 2,805 | 3-4P |
| 2,485 | 3,155 | 4-5P |
| 2,540 | 3,400 | 5-6P |
| 2,380 | 2,685 | 6-7P |

**Exit 20**

| Ramp 1 | Ramp 2 | Ramp 3 | Ramp 4 | |
|---|---|---|---|---|
| 375 | 335 | 395 | 1,055 | 3-4P |
| 380 | 355 | 440 | 1,180 | 4-5P |
| 355 | 450 | 410 | 1,175 | 5-6P |
| 470 | 385 | 390 | 890 | 6-7P |

**Exit 20**

| Ramp 8 | Ramp 5 | Ramp 6 | Ramp 7 |
|---|---|---|---|
| 340 | 505 | 430 | 830 |
| 325 | 480 | 415 | 865 |
| 315 | 465 | 410 | 920 |
| 170 | 315 | 450 | 885 |

**MD 450**

| | WB | EB |
|---|---|---|
| 3-4P | 1,850 | 2,970 |
| 4-5P | 1,970 | 2,350 |
| 5-6P | 1,840 | 2,580 |
| 6-7P | 1,750 | 2,320 |

**I-495**

| SB GP | SB Toll | SB | NB | NB Toll | NB GP | |
|---|---|---|---|---|---|---|
| 8,450 | 2,310 | 10,760 | 9,735 | 1,925 | 7,810 | 3-4P |
| 8,175 | 2,295 | 10,470 | 9,795 | 2,195 | 7,600 | 4-5P |
| 7,810 | 2,060 | 9,870 | 8,940 | 1,650 | 7,290 | 5-6P |
| 6,970 | 1,700 | 8,670 | 8,565 | 1,775 | 6,790 | 6-7P |

| TR 1 | TR 2 | TR 3 | TR 4 | TR 5 | TR 6 | TR 7 | TR 8 |
|---|---|---|---|---|---|---|---|
| 30 | 340 | 195 | 1,175 | 380 | 35 | 820 | 110 |
| 30 | 350 | 185 | 1,250 | 405 | 35 | 855 | 115 |
| 35 | 345 | 165 | 1,260 | 410 | 40 | 920 | 105 |
| 35 | 330 | 165 | 985 | 335 | 30 | 930 | 100 |

| |
|---|
| 1,635 |
| 1,750 |
| 1,440 |
| 1,335 |

| |
|---|
| 405 |
| 415 |
| 325 |
| 300 |

**Exit 19**

| Ramp 1 | Ramp 2 | Ramp 3 | Ramp 4 | Ramp 5 | Ramp 6 | Ramp 7 | Ramp 8 | Ramp 9 | Ramp 10 | Ramp 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| 615 | 1,240 | 990 | 2,230 | 1,740 | 1,215 | 550 | 285 | 75 | 105 | 230 |
| 625 | 1,280 | 870 | 2,190 | 1,990 | 1,155 | 585 | 310 | 120 | 240 | 220 |
| 710 | 1,255 | 775 | 1,925 | 1,805 | 1,290 | 685 | 240 | 200 | 365 | 190 |
| 735 | 1,110 | 790 | 1,775 | 1,655 | 1,310 | 685 | 255 | 135 | 320 | 145 |

| |
|---|
| 2,035 |
| 1,965 |
| 1,865 |
| 1,735 |

**US 50**

| | WB | EB |
|---|---|---|
| 3-4P | 2,675 | 5,510 |
| 4-5P | 2,780 | 5,855 |
| 5-6P | 3,155 | 6,185 |
| 6-7P | 2,905 | 5,720 |

MD 704

**US-50**

| WB | EB | |
|---|---|---|
| 4,140 | 7,620 | 3-4P |
| 4,375 | 8,380 | 4-5P |
| 4,880 | 8,220 | 5-6P |
| 4,920 | 7,355 | 6-7P |

**Exit 8**

| Ramp 9 | Ramp 10 |
|---|---|
| 200 | 430 |
| 185 | 445 |
| 195 | 500 |
| 200 | 350 |

| |
|---|
| 1,055 |
| 940 |
| 665 |
| 790 |

| |
|---|
| 1,765 |
| 1,740 |
| 1,975 |
| 1,995 |

MATCH P.20

**I-495**

| | SB GP | SB Toll | SB | NB | NB Toll | NB GP |
|---|---|---|---|---|---|---|
| 3-4P | 8,175 | 2,675 | 10,850 | 10,040 | 2,595 | 7,445 |
| 4-5P | 7,750 | 2,665 | 10,415 | 10,140 | 2,940 | 7,200 |
| 5-6P | 8,020 | 2,505 | 10,525 | 9,235 | 2,435 | 6,800 |
| 6-7P | 7,330 | 2,225 | 9,555 | 8,880 | 2,300 | 6,580 |



00037121

Case 8:22-cv-02597-DKC   Document 64   Filed 10/30/23   Page 21 of 188

**I-495 & I-270 Managed Lanes Study**
**Future Alternative 13C Peak Period Volumes**



MATCH P. 20

**Exit 17**

| | Ramp 5 | Ramp 6 | Ramp 7 | Ramp 8 |
|---|---|---|---|---|
| | 930 | 710 | 260 | 425 |
| | 995 | 730 | 235 | 425 |
| | 1,010 | 795 | 335 | 305 |
| | 735 | 795 | 400 | 235 |

**MD 202/NB Ramps**

| NBL | NBR | WBT | WBR | EBL | EBT |
|---|---|---|---|---|---|
| 730 | 225 | 1,260 | 1,035 | 15 | 2,085 |
| 850 | 265 | 1,370 | 1,150 | 10 | 2,440 |
| 1,020 | 260 | 1,450 | 1,150 | 20 | 2,520 |
| 810 | 210 | 1,445 | 865 | 15 | 2,205 |

**Exit 17**

| Ramp 2 | Ramp 3 | Ramp 4 | Ramp 9 | Ramp 10 |
|---|---|---|---|---|
| 1,035 | 260 | 275 | 15 | 955 |
| 1,150 | 225 | 235 | 10 | 1,115 |
| 1,150 | 170 | 245 | 20 | 1,280 |
| 865 | 165 | 250 | 15 | 1,020 |

**MD 202**

| | EB | WB |
|---|---|---|
| 3-4P | 2,140 | 2,155 |
| 4-5P | 2,410 | 2,410 |
| 5-6P | 2,495 | 2,440 |
| 6-7P | 2,445 | 2,090 |

**MD 202**

| SB | NB | |
|---|---|---|
| 2,585 | 2,295 | 3-4P |
| 2,940 | 2,520 | 4-5P |
| 3,025 | 2,600 | 5-6P |
| 2,665 | 2,310 | 6-7P |

Ramp 8, Ramp 9, Ramp 2, Ramp 6, Ramp 7, Ramp 5, Ramp 10, Ramp 4, Ramp 3

**I-495**

| SB GP | SB Toll | SB | NB | NB Toll | NB GP |
|---|---|---|---|---|---|
| 7,790 | 2,675 | 10,465 | 9,960 | 2,595 | 7,365 |
| 7,295 | 2,665 | 9,960 | 10,105 | 2,940 | 7,165 |
| 7,835 | 2,505 | 10,340 | 9,420 | 2,435 | 6,985 |
| 7,555 | 2,225 | 9,780 | 9,105 | 2,300 | 6,805 |

**Exit 16**

| Ramp 1 | Ramp 2 | Ramp 4 | Ramp 6 | Ramp 8 |
|---|---|---|---|---|
| 140 | 470 | 270 | 475 | 505 |
| 155 | 490 | 285 | 605 | 760 |
| 160 | 455 | 325 | 670 | 910 |
| 165 | 415 | 250 | 435 | 530 |

**MD 214/NB Ramps**

| NBL | NBT | NBR | WBT | WBR | EBL | EBT |
|---|---|---|---|---|---|---|
| 140 | 0 | 270 | 665 | 255 | 215 | 685 |
| 155 | 0 | 285 | 710 | 250 | 240 | 880 |
| 150 | 10 | 325 | 765 | 225 | 220 | 985 |
| 160 | 5 | 250 | 615 | 185 | 225 | 665 |

Ramp 8, Ramp 2, Ramp 4, Ramp 6, Ramp 1

**Arena Dr**

| | EB | WB |
|---|---|---|
| 3-4P | 795 | 730 |
| 4-5P | 940 | 840 |
| 5-6P | 985 | 935 |
| 6-7P | 730 | 710 |

**Arena Dr**

| EB | WB | |
|---|---|---|
| 955 | 920 | 3-4P |
| 1,165 | 960 | 4-5P |
| 1,310 | 990 | 5-6P |
| 915 | 800 | 6-7P |

**MD 214/SB Ramps**

| SBL | SBT | SBR | WBL | WBT | EBT | EBR |
|---|---|---|---|---|---|---|
| 325 | 5 | 175 | 250 | 555 | 575 | 220 |
| 430 | 120 | 210 | 235 | 630 | 690 | 250 |
| 490 | 150 | 270 | 250 | 665 | 715 | 270 |
| 360 | 25 | 145 | 210 | 565 | 530 | 200 |

**I-495**

| SB GP | SB Toll | SB | NB | NB Toll | NB GP | |
|---|---|---|---|---|---|---|
| 7,760 | 2,675 | 10,435 | 9,900 | 2,595 | 7,305 | 3-4P |
| 7,140 | 2,665 | 9,805 | 10,055 | 2,940 | 7,115 | 4-5P |
| 7,595 | 2,505 | 10,100 | 9,450 | 2,435 | 7,015 | 5-6P |
| 7,460 | 2,225 | 9,685 | 9,105 | 2,300 | 6,805 | 6-7P |

MATCH P. 21





Case 8:22-cv-02597-DKC   Document 64-4   Filed 10/30/23   Page 22 of 188

**I-495 East Side P.M.**
**Future Alternative 13C Peak Period Volumes**



MATCH P.21

### Exit 15

| Ramp 1 | Ramp 2 | Ramp 3 | Ramp 4 | Ramp 5 | Ramp 6 | Ramp 8 | Ramp 9 | Ramp 10 |
|---|---|---|---|---|---|---|---|---|
| 515 | 445 | 880 | 1,195 | 560 | 305 | 440 | 280 | 315 |
| 810 | 450 | 875 | 1,345 | 620 | 460 | 390 | 310 | 340 |
| 770 | 370 | 880 | 1,410 | 680 | 420 | 380 | 225 | 430 |
| 770 | 335 | 830 | 1,205 | 770 | 425 | 370 | 220 | 275 |

### MD 214/SB Ramps

| SBR | WBL | WBT | EBT | EBR |
|---|---|---|---|---|
| 280 | 515 | 1,550 | 2,015 | 305 |
| 310 | 810 | 1,480 | 2,350 | 460 |
| 225 | 770 | 1,565 | 2,600 | 420 |
| 220 | 770 | 1,215 | 2,275 | 425 |

### MD 214

| | EB | WB |
|---|---|---|
| 3-4P | 2150 | 1960 |
| 4-5P | 2,630 | 1,890 |
| 5-6P | 2,790 | 1,845 |
| 6-7P | 2,520 | 1,455 |

### MD 214

| EB | WB | |
|---|---|---|
| 2,890 | 2,195 | 3-4P |
| 3,440 | 2,400 | 4-5P |
| 3,810 | 2,275 | 5-6P |
| 3,420 | 2,045 | 6-7P |

### MD 214/NB Ramps

| NBL | NBR | WBT | WBR | EBT |
|---|---|---|---|---|
| 315 | 1,195 | 1,750 | 445 | 1,695 |
| 340 | 1,345 | 1,950 | 450 | 2,095 |
| 430 | 1,410 | 1,905 | 370 | 2,400 |
| 275 | 1,205 | 1,710 | 335 | 2,215 |

### MD 214/Kingdom Square

| NBR | WBL | WBT | EBT | EBR |
|---|---|---|---|---|
| 285 | 310 | 1,520 | 2,035 | 115 |
| 290 | 290 | 1,500 | 2,520 | 110 |
| 355 | 325 | 1,465 | 2,665 | 125 |
| 295 | 350 | 1,085 | 2,405 | 115 |

### I-495

| | SB GP | SB Toll | SB | NB | NB Toll | NB GP |
|---|---|---|---|---|---|---|
| 3-4P | 7,300 | 2,675 | 9,975 | 10,085 | 2,595 | 7,490 |
| 4-5P | 7,090 | 2,665 | 9,755 | 10,415 | 2,940 | 7,475 |
| 5-6P | 7,500 | 2,505 | 10,005 | 10,040 | 2,435 | 7,605 |
| 6-7P | 7,295 | 2,225 | 9,520 | 9,420 | 2,300 | 7,120 |

Ramp 2
Ramp 9
Ramp 8
Ramp 4
Ramp 10
Ramp 6   Ramp 1
Ramp 5
Ramp 3
Kingdom Square



MATCH P.22



Case 8:22-cv-02597-DKC   Document 64-4   Filed 10/30/23   Page 23 of 188

I-495 East Side PM
**Future Alternative 13C Peak Period Volumes**





**MATCH P.22**

**Ramp 8**

| |
|---|
| 1,690 |
| 1,745 |
| 1,625 |
| 1,565 |

**Ramp 2**

| |
|---|
| 895 |
| 960 |
| 855 |
| 900 |

| EBL | EBR | WBL | WBR | NBL | NBR | SBL | SBR |
|---|---|---|---|---|---|---|---|
| 350 | 70 | 55 | 445 | 80 | 55 | 260 | 435 |
| 360 | 90 | 70 | 505 | 75 | 55 | 245 | 450 |
| 300 | 95 | 65 | 325 | 60 | 55 | 245 | 435 |
| 320 | 90 | 60 | 305 | 55 | 50 | 240 | 425 |

| SBR | SBT | SBL |
|---|---|---|
| 1,050 | 5 | 635 |
| 1,095 | 5 | 645 |
| 950 | 5 | 670 |
| 915 | 5 | 645 |

**MD 221A**

| EB | WB | |
|---|---|---|
| 1,650 | 1,730 | 3-4P |
| 2,030 | 1,715 | 4-5P |
| 2,200 | 1,695 | 5-6P |
| 1,895 | 1,645 | 6-7P |

**MD 221A/NB Ramps**

| EBL | EBT | WBT | WBR |
|---|---|---|---|
| 330 | 1,380 | 595 | 565 |
| 365 | 1,465 | 915 | 595 |
| 455 | 1,480 | 990 | 400 |
| 410 | 1,205 | 930 | 490 |

**MD 221A/SB Ramps**

| EBT | EBR | WBL | WBT |
|---|---|---|---|
| 1,180 | 470 | 505 | 680 |
| 1,335 | 695 | 740 | 620 |
| 1,360 | 840 | 755 | 745 |
| 1,090 | 805 | 655 | 730 |

| NBL | NBR |
|---|---|
| 575 | 425 |
| 495 | 500 |
| 405 | 555 |
| 340 | 465 |

**Ramp 6**

| |
|---|
| 975 |
| 1,435 |
| 1,595 |
| 1,460 |

**Ramp 4**

| |
|---|
| 1,000 |
| 995 |
| 960 |
| 805 |

**MD 221A**

| EB | WB | |
|---|---|---|
| 1,805 | 1,160 | 3-4P |
| 1,965 | 1,510 | 4-5P |
| 2,035 | 1,390 | 5-6P |
| 1,670 | 1,420 | 6-7P |

**MATCH P.23**



00037124

Case 8:22-cv-02597-DKC   Document 64-4   Filed 10/30/23   Page 24 of 188

**I-495 East Side PM**
**Future  Alternative 13C Peak Period Volumes**





MATCH P.23

**MD 4**

| SB | NB | |
|---|---|---|
| 2,325 | 1,760 | 3-4P |
| 2,665 | 1,885 | 4-5P |
| 2,715 | 1,865 | 5-6P |
| 2,540 | 1,660 | 6-7P |

Ramp 8

Ramp 7

Ramp 1

Ramp 5

Ramp 2

Ramp 6

Ramp 3

Ramp 4

**Exit 11**

| Ramp 1 | Ramp 2 | Ramp 3 | Ramp 4 | Ramp 5 | Ramp 6 | Ramp 7 | Ramp 8 |
|---|---|---|---|---|---|---|---|
| 710 | 1,355 | 885 | 1,025 | 1,145 | 540 | 685 | 765 |
| 780 | 1,355 | 965 | 820 | 1,095 | 780 | 800 | 790 |
| 760 | 1,170 | 950 | 800 | 1,025 | 640 | 665 | 830 |
| 705 | 1,060 | 1,025 | 715 | 905 | 820 | 645 | 830 |

**MD 4**

| SB | NB | |
|---|---|---|
| 3,070 | 2,325 | 3-4P |
| 2,835 | 2,470 | 4-5P |
| 2,950 | 2,110 | 5-6P |
| 2,315 | 1,830 | 6-7P |

MATCH P.24

**I-495**

| | SB GP | SB Toll | SB | NB | NB Toll | NB GP |
|---|---|---|---|---|---|---|
| 3-4P | 5,900 | 2,105 | 8,005 | 9,025 | 1,935 | 7,090 |
| 4-5P | 6,475 | 2,130 | 8,605 | 8,995 | 2,205 | 6,790 |
| 5-6P | 6,920 | 1,985 | 8,905 | 9,075 | 1,925 | 7,150 |
| 6-7P | 6,920 | 1,710 | 8,630 | 8,140 | 1,780 | 6,360 |









00037126







00037127







00037128

Appendix B:

MWCOG User Guide



National Capital Region
**Transportation Planning Board**

*Metropolitan Washington Council of Governments (COG)*
*National Capital Region Transportation Planning Board (TPB)*

# User's Guide for the COG/TPB Travel Demand Forecasting Model, Version 2.3.75

*Volume 1 of 2: Main Report and Appendix A (Flowcharts)*

*December 5, 2018*

00037130

00037131

**User's Guide for the COG/TPB Travel Demand Forecasting Model, Version 2.3.75: Volume 1 of 2**

December 5, 2018

**About the TPB**

The National Capital Region Transportation Planning Board (TPB) is the federally designated metropolitan planning organization (MPO) for metropolitan Washington. It is responsible for developing and carrying out a continuing, cooperative, and comprehensive transportation planning process in the metropolitan area. Members of the TPB include representatives of the transportation agencies of the states of Maryland and Virginia and the District of Columbia, 23 local governments, the Washington Metropolitan Area Transit Authority, the Maryland and Virginia General Assemblies, and nonvoting members from the Metropolitan Washington Airports Authority and federal agencies. The TPB is staffed by the Department of Transportation Planning at the Metropolitan Washington Council of Governments (COG).

**About COG**

The Metropolitan Washington Council of Governments (COG) is an independent, nonprofit association that brings area leaders together to address major regional issues in the District of Columbia, suburban Maryland, and Northern Virginia. COG's membership is comprised of 300 elected officials from 23 local governments, the Maryland and Virginia state legislatures, and U.S. Congress.

**Credits**

Director, Department of Transportation Planning (DTP): Kanti Srikanth
Director, Travel Forecasting and Emissions Analysis Program, DTP: Ronald Milone (retired Oct. 2018)
Report Authors:

- This Update: Ray Ngo, Mark Moran, Meseret Seifu, and Feng Xie
- Past Versions: Ron Milone, Mark Moran, Meseret Seifu, Hamid Humeida, and Mary Martchouk

Oversight: COG/TPB Travel Forecasting Subcommittee

**Acknowledgements**

This publication was funded, in part, by grants from the District of Columbia Department of Transportation, the Maryland Department of Transportation, the Virginia Department of Transportation, the Federal Highway Administration and the Federal Transit Administration. The material herein does not necessarily reflect the views of the sponsoring agencies.

**Accommodations Policy**

Alternative formats of this document are available upon request. Visit www.mwcog.org/accommodations or call (202) 962-3300 or (202) 962-3213 (TDD).

**Title VI Nondiscrimination Policy**

The Metropolitan Washington Council of Governments (COG) fully complies with Title VI of the Civil Rights Act of 1964 and related statutes and regulations prohibiting discrimination in all programs and activities. For more information, to file a Title VI

related complaint, or to obtain information in another language, visit www.mwcog.org/nondiscrimination or call (202) 962-3300.

El Consejo de Gobiernos del Área Metropolitana de Washington (COG) cumple con el Título VI de la Ley sobre los Derechos Civiles de 1964 y otras leyes y reglamentos en todos sus programas y actividades. Para obtener más información, someter un pleito relacionado al Título VI, u obtener información en otro idioma, visite www.mwcog.org/nondiscrimination o llame al (202) 962-3300.

Copyright © 2018 by the Metropolitan Washington Council of Governments

**Ref:** I:\ateam\docum\fy19\tpb_tdfm_gen2\ver2.3\travel_model_user_guide\mwcog_tpb_travel_model_v2.3.75_user_guide_v4.docx

00037133

## Table of Contents

*1*  *Introduction* ........................................................................................................ *1*

    **1.1**  **Adoption of the regional travel demand forecasting model by the TPB** ................................. **2**

    **1.2**  **History of the Version 2.3 Travel Model** ................................................................ **2**

    **1.3**  **Recent changes to the model: From Ver. 2.3.70 to Ver. 2.3.75** ................................. **4**

        1.3.1  Update 1: Removed the HOV Highway Skim Replacement (HSR) procedure ............................ 6

        1.3.2  Update 2: Reported active transit stations with zero skim values .................................. 11

        1.3.3  Update 3: Updated *unbuild_net.s* to work with the latest version of the travel model ............... 13

        1.3.4  Update 4: Removed Metrorail constraint procedure ................................................ 14

*2*  *Overview of the model* .......................................................................................... *17*

    **2.1**  **Model inputs** .............................................................................................. **18**

    **2.2**  **Model outputs** ............................................................................................ **21**

    **2.3**  **Modeling steps and the speed feedback loop** ......................................................... **22**

    **2.4**  **Special modeling procedures used in earlier versions of the travel model** ......................... **28**

        2.4.1  Toll estimation for high occupancy/toll (HOT) lanes ............................................... 29

        2.4.2  Select-link analyses ................................................................................. 30

*3*  *Hardware and software requirements* ...................................................................... *31*

    **3.1**  **Hardware** .................................................................................................. **31**

    **3.2**  **Software** .................................................................................................. **32**

    **3.3**  **Examples of computer hardware used at COG for modeling** ......................................... **34**

*4*  *Mechanics of the model application process* ............................................................... *37*

*5*  *Preparing to run the model* ................................................................................... *48*

    **5.1**  **Software installation and setting the Windows PATH environment variable** ........................ **48**

    **5.2**  **Preparing input files and calculating zonal percent-walk-to-transit values** ......................... **57**

*6*  *Running the model* .............................................................................................. *57*

    **6.1**  **Updating the Windows PATH environment variable** ................................................... **57**

    **6.2**  **Parent batch files** ........................................................................................ **57**

        6.2.1  Description of the "run model"/wrapper batch file ................................................ 62

        6.2.2  Description of the "run model steps" batch files .................................................. 63

    **6.3**  **Running the model:  An example** ....................................................................... **68**

*7*  *Summarizing model output and other utilities* ............................................................ *71*

    **7.1**  **Summary Scripts** ......................................................................................... **71**

00037134

**7.2    Utilities** .................................................................................................................. **72**

**8    *Use of parallel processing to reduce model run times*** ..................................................... **75**

**8.1    Model run times** ...................................................................................................... **75**

**8.2    Use of parallel processing to reduce model run times** ............................................ **76**

8.2.1    Background and terminology ................................................................................... 77

8.2.2    Effect of Cube Cluster on modeled results .............................................................. 78

8.2.3    History of adding parallelization to the Version 2.3 Travel Model ........................... 78

8.2.4    Implementation of parallelization in the Version 2.3.52 through 2.3.75 travel models.......................... 79

**9    *Debugging cases where the model run stops prematurely or crashes*** ............................ **91**

**10    *Known issues related to running the model*** ................................................................... **93**

**10.1    Cube Cluster differences** ......................................................................................... **93**

**10.2    Model run stops before finishing** ............................................................................ **93**

**10.3    Issues with traffic assignment convergence** ............................................................ **93**

**10.4    Running multiple concurrent model runs on one computer/server** ......................... **93**

**11    *Building transit walksheds and calculating zonal walk percentages*** ............................ **95**

**11.1    Overview** ................................................................................................................. **95**

**11.2    Application Details** ................................................................................................. **95**

**11.3    Known issues** .......................................................................................................... **97**

**12    *Set-Up Programs and Highway Network Building*** .......................................................... **101**

**12.1    Overview** ................................................................................................................. **101**

**12.2    Application Details** ................................................................................................. **107**

**13    *Highway Skim File Development*** ................................................................................... **113**

**13.1    Overview** ................................................................................................................. **113**

**13.2    Application Details** ................................................................................................. **114**

**14    *Auto Driver Trip Development*** ...................................................................................... **117**

**14.1    Overview** ................................................................................................................. **117**

**14.2    Application Details** ................................................................................................. **117**

**15    *Pre-Transit Network Processing*** ................................................................................... **119**

**15.1    Overview** ................................................................................................................. **119**

**15.2    Application Details** ................................................................................................. **122**

**16    *Transit Skim File Development*** ..................................................................................... **125**

00037135

**16.1    Overview** ......................................................................................................... **125**

**16.2    Application Details** ............................................................................................ **126**

16.2.1    Skim file names and list of transit skim tables in the skim files .................................. 126

16.2.2    Description of local bus, future time degradation factors ............................................ 128

**17    Transit Fare Development** ............................................................................. **131**

**17.1    Overview** ......................................................................................................... **131**

**17.2    Application Details** ............................................................................................ **133**

**18    Demographic Submodels** ......................................................................... **137**

**19    Trip Generation** ....................................................................................... **139**

**19.1    Control/Support File(s):** .................................................................................... **139**

**19.2    Application Details:** ........................................................................................... **139**

**20    Trip Distribution** ..................................................................................... **151**

**20.1    Overview** ......................................................................................................... **151**

**20.2    Application Details** ............................................................................................ **152**

**21    Mode Choice** ........................................................................................... **155**

**21.1    Travel modes represented in the mode choice model** ...................................... **155**

21.1.1    Treatment of LRT, BRT, and streetcar ........................................................................ 156

21.1.2    Other issues relating to travel modes ......................................................................... 158

**21.2    Elimination of Metrorail constraint to and through the regional core** ............................. **159**

**21.3    Control/Support Files** ........................................................................................ **162**

**21.4    Market segmentation** ........................................................................................ **164**

21.4.1    Market segmentation by household income ................................................................ 164

21.4.2    Market segmentation by geography ............................................................................ 164

21.4.3    Market segmentation by access to transit .................................................................. 167

**21.5    Transit access coding** ........................................................................................ **180**

21.5.1    Station file ................................................................................................................... 180

21.5.2    Sidewalk links and zonal walk links ............................................................................ 181

21.5.3    Zonal auto-access links ............................................................................................... 183

21.5.4    Station transfer links ................................................................................................... 186

21.5.5    Zonal percent walk to transit calculations .................................................................. 187

**21.6    Transit path-building procedures** ...................................................................... **188**

**21.7    Treatment of parking costs and terminal times for non-transit-related trips** ................. **190**

21.7.1    Non-transit-related parking costs ................................................................................ 190

21.7.2    Non-transit-related highway terminal time assumptions ............................................ 191

**21.8    Auto Operating Costs** ........................................................................................ **192**

00037136

**22   Time-of-Day Processing** ............................................................................................. **193**

**22.1   Overview** ...................................................................................................................... 193

**23   Traffic Assignment** .................................................................................................... **195**

**23.1   Overview** ...................................................................................................................... 195

**23.2   Two-step assignment** ................................................................................................. 196

23.2.1   Prior to 2008: 5 user classes ............................................................................................ 196

23.2.2   After 2008: 6 user classes ................................................................................................ 198

**23.3   Application details** ...................................................................................................... 199

23.3.1   Generalized cost ............................................................................................................... 199

23.3.2   Inputs and outputs ........................................................................................................... 200

23.3.3   Multi-class assignment ..................................................................................................... 201

23.3.4   Volume-delay functions .................................................................................................... 202

23.3.5   Convergence of user equilibrium traffic assignment ....................................................... 202

23.3.6   Loaded link highway network ........................................................................................... 203

23.3.7   Averaging of link volumes ................................................................................................ 204

23.3.8   Treatment of airport passenger auto driver trips on HOV and HOT lane facilities ............ 204

**24   Transit Assignment, Including Summary Process (LineSum)** .......................................... **211**

**24.1   Transit assignment process** ........................................................................................ 211

24.1.1   Inputs to the transit assignment ...................................................................................... 213

24.1.2   Outputs of the transit assignment .................................................................................... 213

**24.2   Transit assignment summary process** .......................................................................... 220

24.2.1   Consolidating transit assignment output and displaying results ...................................... 222

24.2.2   Generating transit assignment summaries using LineSum ............................................... 226

00037137

# List of Figures

Figure 1 Changes made to *run_ModelSteps_[year].bat* after the elimination of the HSR procedure .........9

Figure 2 Changes made to *run_ModelSteps_[year].bat* after the elimination of the HSR procedure .......10

Figure 3 Changes made to *Joinskims.s* after the elimination of the HSR procedure ...................................11

Figure 4 *CheckStationAccess.s*, new script to report the active transit stations with zero skim values ....12

Figure 5 Changes made to *PP_Highway_Skims.bat* to report the active transit stations with zero skim values..................................................................................................................................................13

Figure 6 Changes made to *Unbuild_net.s* to work with the latest version..................................................14

Figure 7 Changes made to *run_ModelSteps_[year]_Final.bat* to remove Metrorail Constraint procedure ......................................................................................................................................................16

Figure 8 Major inputs and outputs of the TPB Version 2.3 Travel Model ....................................................18

Figure 9 Major steps of the Version 2.3 Travel Model .................................................................................23

Figure 10 Application process of the Version 2.3 Travel Model ....................................................................27

Figure 11 Subdirectory structure for executing the Version 2.3 Travel Model ............................................38

Figure 12 Number of cores and logical processors .......................................................................................49

Figure 13 Citilabs Cube 6.4, "About" message window ................................................................................50

Figure 14 "About Voyager": Presence of Cube Cluster license .....................................................................51

Figure 15 Windows PowerShell version..........................................................................................................51

Figure 16 "Run model" batch file for 2019_Final ..........................................................................................59

Figure 17 "Run model steps" batch file for 2019_Final .................................................................................60

Figure 18 "Run model steps" batch file for 2040_final...................................................................................66

Figure 19 Schematic of IDP and MDP in the highway assignment process of the Ver. 2.3 Travel Model (*Highway_Assignment_Parallel.s*): Existing naming convention for nodes ........................................86

Figure 20 Schematic of IDP and MDP in the highway assignment process of the Ver. 2.3 Travel Model (*Highway_Assignment_Parallel.s*): Proposed new naming convention for nodes (changes shown in red) ...............................................................................................................................................87

Figure 21 Excerpts from the *Highway_Assignment_Parallel.s* script (triple ampersand => code removed) ..........................................................................................................................................................88

Figure 22 An excerpt from an example of the "full output" text file that is created during a model run .92

Figure 23 An excerpt from the "search for errors" file that is created during a model run......................92

Figure 24 Folder structure for the automated ArcPy walkshed process ......................................................97

Figure 25 Walkshed buffers for a typical base-year scenario ......................................................................99

Figure 26 Consumer price index file (CPI_File.txt)......................................................................................107

Figure 27 A local bus route before its RUNTIME value is updated .............................................................129

Figure 28 A local bus route after its RUNTIME value is updated to reflect road congestion predicted to occur in future years ...............................................................................................................129

Figure 29 Outline/pseudo code for *trip_generation.s* ...............................................................................141

Figure 30 Example of seven NAVTEQ street blocks within TAZ 283 (Union Station) ...............................143

Figure 31 Designed nesting structure of the nested-logit mode choice model in the Version 2.3 travel model...................................................................................................................................................155

00037138

Figure 32 Ring 0 (white trapezoid) and Ring 1 (gray polygon), which form the "core" area used in the Metrorail constraint through the regional core ................................................................................. 161

Figure 33 Seven superdistricts used in the Version 2.3 nested-logit mode choice model ...................... 165

Figure 34 Zonal walk access links and sidewalk links in downtown DC near Farragut Square (Ver. 2.3 NL MC model) ........................................................................................................................................ 183

Figure 35 Kiss-and-ride (KNR) auto access links to Metrorail stations in Northern Virginia .................. 185

Figure 36 Park-and-ride (PNR) auto access links to Metrorail stations in Northern Virginia ................. 186

Figure 37 Non-transit-related, daily parking cost model used in the Version 2.3 Model ....................... 191

Figure 38 Excerpt from one of the transit node DBF files output from transit assignment (i4_WKMRAMnode.dbf) ....................................................................................................................... 214

Figure 39 Transit volumes from transit assignment using TRNBUILD: One-way route ........................... 215

Figure 40 Transit volumes from transit assignment using TRNBUILD: Two-way route ........................... 216

Figure 41 Excerpt from one of the transit link DBF files output from transit assignment (i4_WKMRAMlink.dbf) showing mode-16 links .................................................................................. 218

Figure 42 Excerpt from one of the transit link DBF files output from transit assignment (i4_WKMRAMlink.dbf) showing mode-3 links .................................................................................... 218

Figure 43 Excerpt from one of the transit link DBF files output from transit assignment (i4_WKMRAMlink.dbf) showing mode-12 links .................................................................................. 219

Figure 44 An excerpt of *tranSum.bat* transit summary batch file ......................................................... 221

Figure 45 Consolidating peak and off-peak transit assignment volumes (LineSum_Volume.ctl) ............ 222

Figure 46 Using the pk_vol.dbf file in Cube Base as the transit layer:  All transit routes turned on, but non-transit links (modes 11-16) turned off ...................................................................................... 223

Figure 47 Using the pk_vol.dbf file in Cube Base as the transit layer:  Only mode-3 (Metrorail) links turned on ......................................................................................................................................... 223

Figure 48 Using the pk_vol.dbf file in Cube Base as the transit layer:  Only mode-3 (Metrorail) links turned on; using multi-bandwidth to represent transit loads (ab_vol): Arlington and DC ............. 224

Figure 49 Using the pk_vol.dbf file in Cube Base as the transit layer:  Only mode-3 (Metrorail) links turned on; using multi-bandwidth to represent transit loads (ab_vol): Metrorail system ............. 224

Figure 50 Using the multi-bandwidth option in Cube Base to show transit volumes on the Metrorail system. ........................................................................................................................................... 225

Figure 51 Generating a Metrorail station access report (lineSum_MR_access.ctl) ................................. 226

Figure 52 Generating a Metrorail line summary (lineSum_MR_line.ctl) .................................................. 226

Figure 53 An excerpt from the report file generated by lineSum_MR_access.ctl .................................. 228

Figure 54 The report file generated by lineSum_MR_line.ctl .................................................................. 230

00037139

# List of Tables

Table 1 Updates made to the TPB travel demand model Version 2.3.75 (compared to Ver. 2.3.70) ..........5

Table 2 Affected model's components due to Update 1 ..............................................................................8

Table 3 Affected model's components due to Update 2 ............................................................................11

Table 4 Affected model's components due to Update 4 ............................................................................15

Table 5 Outputs of the travel model: Disaggregate-level output that is not validated versus aggregate-level output that is validated ..................................................................................................................22

Table 6 User equilibrium closure criterion (relative gap) varies by speed feedback iteration ..................25

Table 7 Comparison of computer specs between tms7 and tms8 ............................................................34

Table 8 Computer storage drives used for travel demand modeling .......................................................36

Table 9 Input files needed to run the Version 2.3 Travel Model, stored in the CONTROLS, INPUTS, and SUPPORT folders ...............................................................................................................................41

Table 10 Fortran and C++ executable files and dynamic-link library files required for running the Version 2.3 travel model ...............................................................................................................................44

Table 11 Location for Cube DLL files ......................................................................................................44

Table 12 Child batch files used to run the Version 2.3 Travel Model ......................................................45

Table 13 Sequence of the batch files used to run the Version 2.3 Travel Model .....................................47

Table 14 Summary of differences to the "run model steps" batch files for the years 2019, 2020, and 2045 in Ver 2.3.70 and Ver 2.3.75 ...........................................................................................................65

Table 15 Travel Model Summary Scripts ................................................................................................71

Table 16 Five traffic assignments in the Version 2.2 travel model became six in the Version 2.3 travel model..............................................................................................................................................76

Table 17 Modeling steps where parallelization is used, including the maximum number of threads/cores used ..................................................................................................................................................81

Table 18 Current and alternate names for the two Windows environment variables that store information about the number of subnodes to use in IDP in the highway assignment ..................83

Table 19 Running the Version 2.3 Travel Model on computers with fewer than 8 cores: Changes that need to be made to the "run model"/wrapper batch file ..................................................................84

Table 20 Compatibility between Cube Base and ArcGIS, in terms of the ability to run the automated transit walkshed process ................................................................................................................98

Table 21 Inputs to the set-up and highway network building process......................................................101

Table 22  Land Use File Format Description (zone.dbf) ........................................................................101

Table 23  Node Coordinate File Format Description (node.dbf)............................................................102

Table 24  Base Highway Link File Format Description (link.dbf) ..........................................................102

Table 25 Link limit codes .....................................................................................................................103

Table 26 Toll Parameter File (Toll_esc.dbf) .........................................................................................104

Table 27 Outputs of the set-up and highway network building process.................................................104

Table 28  Zonal Area Type File (AreaType_File.dbf) ...........................................................................105

Table 29 Unloaded binary highway network file (Zonehwy.net)............................................................106

Table 30 Elements of the highway network .........................................................................................108

Table 31 Area type codes, based on population and employment density ...........................................110

00037140

Table 32 zonehwy.net file Variables description ............................................................... 111
Table 33 Inputs to the highway skim file development ...................................................... 113
Table 34 Outputs of the highway skim file development ................................................... 114
Table 35 Inputs to auto driver trip development .............................................................. 117
Table 36 Outputs of auto driver trip development ........................................................... 117
Table 37 Inputs to pre-transit network processing .......................................................... 119
Table 38 Variables in the transit station file (Station.dbf) ................................................ 120
Table 39 Interpretation of transit access distance codes (NCT): Metrorail, light rail, and bus PNR access
         distance codes and their meaning for the ........................................................ 121
Table 40 HBW zonal parking costs/terminal time file (HBWV2a1.dbf) ............................... 121
Table 41 Walk Access Links (WalkAcc_Lnks.dbf) .............................................................. 122
Table 42 Outputs of pre-transit network processing ........................................................ 122
Table 43 Overview of Version 2.3 Transit Network Elements ............................................ 123
Table 44 Inputs to transit skim file development ............................................................. 125
Table 45 Outputs of transit skim file development ........................................................... 126
Table 46 Skim files developed by the transit skimming process ........................................ 127
Table 47 Skim tables contained in each transit skim file .................................................. 127
Table 48 Job accessibility by transit file format description (<ITER>_<Prd>_<AA>_[BM|MR]_JobAcc.dbf)
         ...................................................................................................................... 130
Table 49 Inputs to transit fare development ................................................................... 131
Table 50 Outputs of transit fare development ................................................................. 131
Table 51 TAZ/Bus Fare Zone Equivalency File Format Description (TAZFRZN.ASC) ............... 132
Table 52 Inputs to the Demographic Models .................................................................. 137
Table 53 Outputs of the Demographic Models ................................................................ 138
Table 54 Inputs to trip generation ................................................................................ 139
Table 55 External Production and Attraction File (Ext_PsAs.dbf) ...................................... 144
Table 56 Consolidated Zonal Land Use File .................................................................... 145
Table 57 Computed zonal trip productions file (<iter>_Trip_Gen_Productions_Comp.dbf) .................. 145
Table 58 Computed zone trip attractions file (<iter>_Trip_Gen_Attractions_Comp.dbf) ...................... 146
Table 59 Truck and commercial vehicles trip ends (<iter>_ComVeh_Truck_Ends.dbf) ......................... 148
Table 60 Inputs to trip distribution ............................................................................... 151
Table 61 Outputs of trip distribution ............................................................................ 151
Table 62 Time Valuation (Minutes/2007$) by Purpose and Income Level .............................. 153
Table 63 Transit sub-modes represented in the Version 2.3 travel model ............................. 158
Table 64 Transit Access and Transfer Links ..................................................................... 158
Table 65 Transfer Prohibitions (No Transfer or NOX) ....................................................... 159
Table 66 Inputs to the AEMS mode choice application program ......................................... 162
Table 67 Outputs from the AEMS mode choice application program .................................... 163
Table 68 Household income quartiles computed from the ACS ........................................... 164
Table 69 Equivalency between nested-logit mode choice superdistricts and TPB TAZ 3,722 ......... 166
Table 70 Production and attraction market segments used in the TPB Version 2.3 NLMC model ......... 166
Table 71  20 geographic market segments used in the TPB nested-logit mode choice model .............. 167

00037141

Table 72 Equivalency between seven super-districts and the 20 geographic market segments .............167

Table 73 Eleven examples showing how zonal percent-walk-to-transit values translate into probabilities of being in three transit-access markets: can walk, must drive, and no transit .............................171

Table 74 Probability of being in the "can walk" market segment for a zone-to-zone interchange, based on the production and attraction percent-walk-to-transit values ....................................................172

Table 75 Probability of being in the "must drive" market segment for a zone-to-zone interchange, based on the production and attraction percent-walk-to-transit values ....................................................172

Table 76 Probability of being in the "no transit" market segment for a zone-to-zone interchange, based solely on the attraction percent-walk-to-transit values ................................................................173

Table 77 Four "can walk" sub-markets .............................................................................................178

Table 78 Two "must drive" sub-markets ...........................................................................................178

Table 79 Application of the seven transit-access segments to travel modes represented in the Ver. 2.3 mode choice model ...................................................................................................................179

Table 80 Mode codes used in the consolidated station file/database (station.dbf) ...............................181

Table 81 Maximum link distances for drive-access-to-transit links: Ver. 2.3 NL MC model ...................184

Table 82 Path-specific parameters used in transit path building .........................................................189

Table 83 Non-transit-related highway terminal time as a function of employment density ...................192

Table 84 Inputs to time-of-day process ............................................................................................193

Table 85 Outputs of time-of-day process .........................................................................................193

Table 86 User equilibrium closure criterion (relative gap) varies by speed feedback iteration ..............196

Table 87 Traffic assignment in the Version 2.2 Travel Model prior to fall 2008: Three multiclass assignments.............................................................................................................................197

Table 88 Traffic assignment in the Version 2.2 Travel Model prior to fall 2008: Five multiclass assignments.............................................................................................................................198

Table 89 Traffic assignment in the Version 2.3.52 and later travel model: Six traffic assignments per speed feedback loop ...............................................................................................................199

Table 90 Time Valuation by Vehicle Type and Time Period (minutes/dollar, in year-2007 prices)..........200

Table 91 Inputs to traffic assignment process ..................................................................................200

Table 92 Lookup table: Highway link capacities in free-flow conditions (vehicles per hour per lane) ....200

Table 93 Lookup table: Highway link speeds in free-flow conditions (mph)..........................................201

Table 94 Link limit code, traffic assignment add group, and its meaning .............................................201

Table 95 Outputs of traffic assignment process ...............................................................................203

Table 96 Variables included in the final iteration, loaded highway network (i4_Assign_output.net) .....203

Table 97 HOV and HOT-lane facilities in the Washington, D.C. area.....................................................205

*Table 98 Use of HOV and HOT-lane facilities by autos serving airport passengers: Real world, Ver. 2.3.66 model, and Ver. 2.3.75 model* ...............................................................................................207

Table 99 Inputs to transit assignment process .................................................................................211

Table 100 Outputs of transit assignment process .............................................................................212

Table 101 Mapping/concatenation of trip tables by trip purposes into peak and off-peak period trip tables prior to transit assignment ............................................................................................213

00037142

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*

## List of Equations

Equation 1 Converting tolls into time-equivalent minutes of impedance.................................................114
Equation 2 Composite time ........................................................................................................................152
Equation 3 Maximum walk distance formula, used for generating walk-access-to-transit links............182
Equation 4 PNR-to-station time/impedance ............................................................................................187
Equation 5 Daily non-transit-related parking cost for area types 1-3 ....................................................190

## Appendices

    A.  Flowcharts
    B.  Batch Files (See Volume 2)
    C.  Cube Voyager Scripts (See Volume 2)
    D.  AEMS and LineSum Control Files (See Volume 2)

## Colophon

This report was created using Microsoft Word 2016 and Visio 2016, and was converted to a PDF file using Adobe Acrobat DC. This report consists of two sections: the main report and the appendices. The files for these two sections can be found in a folder on COG's internal file server (I:\ateam\docum\fy19\tpb_tdfm_gen2\ver2.3\travel_model_user_guide).

00037143

# 1   Introduction

The National Capital Region Transportation Planning Board (NCRTPB or simply TPB) is the federally designated Metropolitan Planning Organization (MPO) for the Washington, D.C. metropolitan area and is also one of several policy boards that operate at the Metropolitan Washington Council of Governments (MWCOG or simply COG). The TPB is staffed by COG's Department of Transportation Planning (DTP). The COG/TPB staff develops and maintains, with consultant assistance, a series of regional travel demand forecasting models that are used for the regional transportation planning process in the Washington, D.C. area. These regional travel demand models are developed under the guidance of the Travel Forecasting Subcommittee (TFS), a subcommittee of TPB's Technical Committee. At any given time, the COG/TPB staff maintains at least two regional travel demand models: an adopted, production-use model and a developmental model. The production-use model is the one that is used in planning studies conducted by COG/TPB and is made available to outside parties.[1] The developmental model is the one that is currently under development by COG/TPB staff, and is generally not made available to outside parties, since it is not yet considered a finished product.

This report explains how to setup and run the TPB Travel Demand Forecasting Model, **Version 2.3.75, which is the latest in a series of adopted, regional, production-use travel demand models, within the "Version 2.3" model family**, developed by the COG/TPB staff for regional transportation planning work in the Washington, D.C. metropolitan area. The previous adopted, regional, production-use travel demand model was the Ver. 2.3.70 model. All the model versions in the Version 2.3 model family are aggregate, trip-based, four-step travel demand models.

Between 2008 and 2011, the TPB Version 2.3 travel model was **calibrated to year-2007 conditions** and this work was documented in a calibration report dated January 20, 2012.[2] In 2013, the Version 2.3 Travel Model was **validated to year-2010 conditions**,[3] with an emphasis on validating the model's highway assignment results. Updates to the model resulting from this validation work were part of Build 52 of the Version 2.3 Travel Model (a.k.a., Ver. 2.3.52). Although the model was validated to year-2010 conditions, it was not recalibrated, so the January 20, 2012 calibration report remains the latest documentation for calibration work. The previous model version, Ver. 2.3.70, is documented in a two-volume user's guide.[4] This current user's guide is derived from the previous user's guide.

---

[1] The procedures for requesting the model can be found on the "Data Requests" webpage (https://www.mwcog.org/transportation/data-and-tools/modeling/data-requests/).

[2] Ronald Milone et al., "Calibration Report for the TPB Travel Forecasting Model, Version 2.3, on the 3,722-Zone Area System," Final Report (Washington, D.C.: Metropolitan Washington Council of Governments, National Capital Region Transportation Planning Board, January 20, 2012), https://www.mwcog.org/transportation/data-and-tools/modeling/model-documentation/.

[3] Ronald Milone to Files, "2010 Validation of the Version 2.3 Travel Demand Model," Memorandum, June 30, 2013.

[4] Mark Moran, Ron Milone, and Meseret Seifu, "User's Guide for the COG/TPB Travel Demand Forecasting Model, Version 2.3.70. Volume 1 of 2: Main Report and Appendix A (Flowcharts)" (Washington, D.C.: Metropolitan Washington Council of Governments, National Capital Region Transportation Planning Board, November 28, 2017), https://www.mwcog.org/transportation/data-and-tools/modeling/model-documentation/; Mark

00037144

## 1.1   Adoption of the regional travel demand forecasting model by the TPB

The TPB does not *explicitly* adopt a specific version of the regional travel demand model. Instead, the adoption is made *implicitly* when the TPB adopts both 1) a given version of its Long-Range Transportation Plan (LRTP) and Transportation Improvement Program (TIP); and 2) the findings from an air quality conformity (AQC) analysis of the financially constrained element of the LRTP and the associated TIP. The latest version of the LRTP is known as Visualize 2045, which was finalized in 2018 and has an out year of 2045. Visualize 2045 has both a financially constrained element and an aspirational element. The constrained element is what used to be called the Constrained Long-Range Plan (CLRP). The purpose of the AQC analysis is to determine whether the air pollution created by motor vehicles ("mobile emissions") traveling on the transportation network represented in the constrained element of the LRTP (in this case, Visualize 2045) is consistent with (conforms to) the state air quality implementation plans (SIPs). The *implicit adoption* of a specific model version occurs by virtue of the fact that that model version was the one used for the analysis presented to the TPB. Consequently, the Ver. 2.3.75 TPB Travel Demand Forecasting Model (TDFM) became the adopted, production-use model on Oct. 17, 2018, when the TPB adopted the following three resolutions:

- R4-2019: Resolution finding that the Constrained Element of the Long-Range Transportation Plan (Visualize 2045) and the FY 2019-2024 TIP conform with the requirements of the Clean Air Act Amendments of 1990
- R5-2019: Resolution approving the Visualize 2045 Long-Range Transportation Plan for the National Capital Region
- R6-2019: Resolution approving the FY 2019-2024 TIP

## 1.2   History of the Version 2.3 Travel Model

The Version 2.3 travel model is a series or family of model versions. The first iteration of the Version 2.3 model became the adopted regional travel model for the Washington, D.C. metropolitan area on November 16, 2011. In 2012, a newer version of the model, known as Build 39 of the Version 2.3 Travel Model, or Ver. 2.3.39, was used for the air quality conformity analysis of the 2012 Constrained Long-Range Plan and the FY 2013-2018 Transportation Improvement Plan. In 2013, Build 52 of the model was used for the air quality conformity analysis of the 2013 CLRP and FY 2013-2018 TIP. In 2015, Build 57a of the Version 2.3 model (Ver. 2.3.57a) became the production-use model. In 2016, the Ver. 2.3.66 model became the production-use model. In 2017, the Ver. 2.3.70 model became the adopted model. Most recently, in 2018, the Ver 2.3.75 model became the adopted, production-use regional travel demand model. Below is a list of milestones in the development of the TPB regional travel demand model from 2008 to the present:

---

Moran, Ron Milone, and Meseret Seifu, "User's Guide for the COG/TPB Travel Demand Forecasting Model, Version 2.3.70: Volume 2 of 2: Appendices B (Batch Files), C (Cube Voyager Scripts), and D (AEMS Fortran Control Files)" (Washington, D.C.: Metropolitan Washington Council of Governments, National Capital Region Transportation Planning Board, November 28, 2017).

00037145

- March 1, 2008:  TPB Version 2.2 Travel Model was released.[5]
  - The Version 2.2 travel model was developed on the 2,191-TAZ area system and most of its component models were estimated and calibrated with data from the COG/TPB 1994 Household Travel Survey (HTS), which included about 4,800 households.
- June 30, 2008:  Draft TPB Version 2.3 Travel Model was released.[6]
  - At the time when the Version 2.2 Travel Model was released, a parallel effort was also underway to combine a nested-logit mode choice (NL MC) model and revised truck models into the Version 2.2 framework. This development effort proved to be viable and resulted in a release of what was then called the "draft Version 2.3 travel model" in June of 2008. The draft Version 2.3 model, like Version 2.2, was developed on the 2,191-TAZ area system.
  - The draft Version 2.3 model was not brought into production given that two related events were in motion during 2008. First, a new round of travel data collection was underway, including a major regional household travel survey (the COG/TPB 2007/2008 Household Travel Survey, which included about 11,000 households) and two transit on-board surveys (a bus on-board survey and a Metrorail passenger survey). Second, a new TAZ system was in development. The new zone system was envisioned to be developed over the same geographic area as the 2,191-TAZ system (6,800 square miles), but with smaller average zone sizes. TPB staff ultimately decided that the draft Version 2.3 Travel Model should not become the approved regional travel model until it incorporated the new zone system and the new data from the 2007/2008 Household Travel Survey (HTS) and the on-board transit surveys.
- February 28, 2011:  TPB Version 2.3 Travel Model, Build 9, was released.[7]
  - From 2008 to 2012, TPB staff conducted the following activities:
    - Compiling and cleaning new survey data.
    - Preparing calibration files based on the new 3,722 TAZ system
    - Estimating and calibrating various sub-models in the regional travel model.
- November 11, 2011:  TPB Version 2.3 Travel Model, Build 36, was released.[8]  This is the model that became the adopted regional travel model for the for the Washington, D.C. metropolitan area on November 16, 2011.

---

[5] Ronald Milone et al., *TPB Travel Forecasting Model, Version 2.2:  Specification, Validation, and User's Guide* (Washington, D.C.: Metropolitan Washington Council of Governments, National Capital Region Transportation Planning Board, March 1, 2008), http://www.mwcog.org/transportation/activities/models/documentation.asp.
[6] Ronald Milone et al., "TPB Travel Forecasting Model, Version 2.3:  Specification, Validation, and User's Guide," Draft Report (Washington, D.C.: Metropolitan Washington Council of Governments, National Capital Region Transportation Planning Board, June 30, 2008).
[7] Ronald Milone et al., "TPB Version 2.3 Travel Forecasting Model for the 3,722-Zone Area System:  Calibration Report," Draft report (Washington, D.C.: National Capital Region Transportation Planning Board, February 28, 2011).
[8] Ronald Milone et al., "Calibration Report for the TPB Travel Forecasting Model, Version 2.3.36, on the 3,722-Zone Area System," Draft report (Washington, D.C.: National Capital Region Transportation Planning Board, November 18, 2011), http://www.mwcog.org/uploads/committee-documents/aF1fV1xW20111118131827.pdf.

00037146

- December 21, 2011: TPB Version 2.3 Travel Model, Build 38, was released. This model was documented in January 2012.[9]
- July 17, 2013: TPB Version 2.3 Travel Model, Build 52 became the production-use travel model.
- October 15, 2014: The TPB Version 2.3.57 model became the production-use travel model.
- October 21, 2015: The TPB Version 2.3.57a model became the production-use travel model.
- November 16, 2016: The TPB Version 2.3.66 model became the production-use travel model.
- October 18, 2017: The TPB Version 2.3.70 model became the production-use travel model.
- October 17, 2018: The TPB Version 2.3.75 model became the production-use travel model.

## 1.3   Recent changes to the model: From Ver. 2.3.70 to Ver. 2.3.75

There have been only four updates to the regional travel demand model since the previously adopted model (Ver. 2.3.70). The updates are listed Table 1 and are described in more detail later in this report. The four model updates cover three types of updates:

- Bug fixes (1 update)
- New/enhanced features (3 updates)

Bug fixes are the most important type of update and have the highest priority. Software bugs can be found by either internal or external users of the travel demand model code. New/enhanced features bring improvement to the model or make it easier to use. Documentation relates to comments or annotations within scripts or batch files that explain what is occurring in the software code. As explained later, the bug fix did not cause a change in the modeled results, and only two among three updates caused a change in the modeled results.

Three of four updates can also be found in a recent internal memo.[10] It should be noted that the memo was written before the TPB's decision to modify the model so that it no longer implemented the Metrorail constraint to and through the regional core.

---

[9] Ronald Milone et al., "User's Guide for the TPB Travel Forecasting Model, Version 2.3, Build 38, on the 3,722-Zone Area System," Final Report (Washington, D.C.: National Capital Region Transportation Planning Board, January 20, 2012), http://www.mwcog.org/transportation/activities/models/documentation.asp.
[10] Ray Ngo to Mark Moran, Ronald Milone, and Dusan Vuksan, "Updates to the TPB Travel Demand Forecasting Model, Generation 2, Version 2.3.70 for Visualize 2045," Memorandum, March 30, 2018.

---

00037147

Table 1 Updates made to the TPB travel demand model Version 2.3.75 (compared to Ver. 2.3.70)

| # | Description | Type of update | Further details and benefit(s) | Effect on model results? |
|---|---|---|---|---|
| 1 | Streamlined the way that HOT-lane facilities are modeled by removing the High-Occupancy Vehicle (HOV) Highway Skim Replacement (HSR) procedure from the model | New/improved feature | Due to the low benefits and drawbacks associated with the HSR procedure, the process was eliminated. The elimination helps reduce model run times. For example, in model application (after toll setting has already been accomplished), the model no longer needs two runs per alternative/year (i.e., "base" and "final"). Now, only one run per alternative/year is needed (i.e., "final"). | Yes |
| 2 | Added a check to report the active transit stations with "zero" drive-access skim values | New/improved feature | This feature reports the inaccessible stations whose drive-access skims are all zeros, typically due to a network coding issue. | No |
| 3 | Updated *unbuild_net.s* with the latest version of the travel model and its associated networks | Bug fix | This tool to unbuild a highway network was updated to work with the latest model network inputs. | No |
| 4 | Removed the Metrorail constraint to and through the regional core, as per a policy change by the Washington Metropolitan Area Transit Authority (WMATA), resulting from new dedicated funding for transit | New/improved feature | TPB approved the removal of Metrorail constraint from the model on May 16, 2018. Therefore, the model runs for the scenarios after 2020 will no longer require the transit constraint information from the 2020 model run. More details about the history and rationale behind the Metrorail constraint can be found in this report. | Yes |

00037148

### 1.3.1    Update 1: Removed the HOV Highway Skim Replacement (HSR) procedure

#### 1.3.1.1    Update type

New/improved feature

#### 1.3.1.2    Effects on the model results?

This update had a small impact on the model output at the regional level. A sensitivity test was conducted for year-2040 conditions using the Ver. 2.3.70 Travel Model with network inputs from the Off-Cycle Update of the 2016 CLRP and land use inputs from the Cooperative Forecasts, Round 9.0. After the update, at the regional level, the total number of vehicles assigned increased by 1,505 (less than one-tenth a percent relative to the baseline), total Vehicle Miles of Traveled (VMT) decreased by only 105,796 or 0.1%, and total transit increased by 3,679 or 0.3%. Those changes at regional level were considered negligible. At the jurisdictional level and link level, the changes were more noticeable, discussed below, as documented in an internal memo, entitled "Evaluating the Modeling Effects of Eliminating the 'HOV Skim Replacement' Process": [11]

> *At the jurisdictional level, moderate shifts away from HOV3+ travel are observed in the Northern Virginia jurisdictions with HOT-lane operations in 2040, but this impact is very confined. At the link level, changes to HOV3+ traffic volume are marginal across the regional roadway network. Noticeable increases in AM speeds are observed on some of the I-66 and I-95 HOT-lane segments in peak direction, mainly due to higher tolls and lower volumes resulting from the toll setting process, but these changes are in the favorable direction in terms of accommodating VDOT's policy to maintain HOV3+ traffic conditions on HOT lanes. (p. 10)*

More details on the effects of the update to the model results can be found in the cited memo.

#### 1.3.1.3    Description

With the implementation of High-Occupancy Toll (HOT) facilities in Northern Virginia, the Virginia Department of Transportation (VDOT) required that the toll paying traffic in the HOT lanes should not cause the operating characteristics of the facilities to become degraded, as per federal guidance.[12] To accommodate the VDOT/federal guidance, starting from the Ver. 2.1D#50 model (through the Ver 2.3.70 model), COG/TPB staff developed a modeling procedure often called **HOV3+ Skim Replacement (HSR).** The procedure required two model runs, a "base run" and a "final run", for one modeled scenario, application mode (which is used by most external users), given the estimated toll as a model input. The "**base run**" captured the unimpeded flow of HOV traffic on HOT lanes. The "**final run**" of the travel model allowed all HOT facilities to function as true HOT lanes by using the HOV skims from the

---

[11] Feng Xie and Dusan Vuksan to Files, "Evaluating the Modeling Effects of Eliminating the 'HOV Skim Replacement' Process," Memorandum, March 7, 2018.

[12] "Federal-Aid Highway Program Guidance on High Occupancy Vehicle (HOV) Lanes," U.S. Department of Transportation, Federal Highway Administration, November 2012, http://ops.fhwa.dot.gov/freewaymgmt/hovguidance/chapter3.htm.

00037149

"base run" and all other (non-HOV) skims from the "final run". Section 2.4.1 provides a further detailed description of the process from the Version 2.2 Travel Model documentation.[13]

In the Ver. 2.3.75 model, COG staff decided to eliminate the HSR procedure based on the following motivations: [14]

> *While TPB's travel demand model has transformed itself with two major upgrades (i.e., Version 2.2 and Version 2.3) in the past decade, the HSR procedure developed based on the now outdated Version 2.1D#50 model remains unchanged. In recent years, both internal and external model users have suggested that this ad hoc process may have become less pertinent, as TPB's newer generations of travel demand models may have already addressed VDOT's policy requirements related to HOT lanes in an inherent way with new modeling capabilities that were not available when HSR was initially developed.*

> *Another major challenge to the HSR process comes from the Maryland side of this region. The Maryland Department of Transportation has announced the Traffic Relief Plan (TRP) in September 2017, which, in the current draft form, entails the addition of two express / toll lanes per direction to I-495, MD-295 and I-270. Different from the HOT lanes in Virginia, the proposed toll lanes in Maryland will not need to comply with the federal requirements regarding HOV facilities, as they will likely operate as Express Toll Lanes (ETLs), which do not exempt HOV vehicles from paying tolls. As TPB is looking to incorporate parts of Maryland's TRP into its upcoming long-range plan "Visualize 2045", the modeling staff has made an assessment that it would be extremely challenging to model two different types of dynamically priced toll lanes with the current HSR process that is only applicable to the Virginia HOT lanes.*

> *Furthermore, as TPB's travel demand model will soon undergo a major upgrade to Version 2.5, TPB staff is facing the challenge of tackling significantly increased model run times due to increased model complexity. It thus becomes especially appealing to revisit the multi-run HSR process, which is both complex and long, and to look for ways to improve it or eliminate it. (pp. 2-3)*

> *…*

> *The application of HSR requires a multi-run process, which is both complex and time-consuming (a complete three-run process can take over a week).*

---

[13] Ronald Milone et al., "TPB Travel Forecasting Model, Version 2.2: Specification, Validation, and User's Guide" (Washington, D.C.: Metropolitan Washington Council of Governments, National Capital Region Transportation Planning Board, March 1, 2008), 1–10 to 1–12.

[14] Feng Xie and Dusan Vuksan to Files, "Evaluating the Modeling Effects of Eliminating the 'HOV Skim Replacement' Process."

00037150

*Importing skims from different base runs could introduce a bias ("noise") to "alternatives analysis", which involves comparing final run results between different alternatives for scenario planning and project planning activities.*

*Since the HSR procedure was designed with a "HOT-Lane-Only" world in mind, the application of this procedure would become extremely challenging when other types of dynamically priced toll lanes (such as ETLs) are modeled along with HOT lanes. (pp. 4-5)*

The HSR procedure elimination resulted in the following changes to the model's components:

**Table 2 Affected model's components due to Update 1**

| File name | Changes |
|---|---|
| run_Model_[year]_base.bat | Removed |
| run_ModelSteps_[year]_base.bat | |
| run_ModelSteps_[year].bat | Revised |
| HSR_Highway_Skims_2017HOV2.bat | Removed |
| HSR_Highway_Skims.bat | |
| Joinskims.s | Revised |

where [year] is the modeling year/scenario, for example 2019 or 2045.

## Changes made to run_ModelSteps_[year].bat

Figure 1 to Figure 2 below show the changes made to the *run_ModelSteps_2019.bat*, an example of *run_ModelSteps_[year].bat*. The red and green lines indicate the lines before and after changes. The far-left column shows the line numbers of the scripts before the change and the next column shows the line numbers of the scripts after the change. If a green line is blank, the line is deleted from the batch file. For example, the original lines 20 and 21:

```
:: Location of substitute HOV3+ skims
set _HOV3PATH_=..\2019_base
```

are removed and become blank in line 19 in the updated batch file.

00037151

```
 6     6 :: Version 2.3 TPB Travel Model on 3722 TAZ System
 7     7
 8     8 set _year_=2019
 9       set _alt_=Ver2.3.70_2019_Final
       9 set _alt_=Ver2.3.75_2019_Final
10    10 :: Maximum number of user equilibrium iterations used in traffic assignment
11    11 :: User should not need to change this.  Instead, change _relGap_ (below)
12    12 set _maxUeIter_=1000
13    13
14    14 :: Set transit constraint path and files
15    15 :: Current year used to set the constraint = 2020
16       :: For years before constraint year:  set _tcpath_=<blank>
17       :: For years after   constraint year:  set _tcpath_=..\2020_final
      16
18    17 set _tcpath_=
19    18
20       :: Location of substitute HOV3+ skims
21       set _HOV3PATH_=..\2019_base
      19
22    20
23    21 :: UE relative gap threshold: Progressive (10^-2 for pp-i2, 10^-3 for i3, & 10^-4 for i4)
24    22 :: Set the value below


39    37 call PP_Auto_Drivers.bat        %1
40    38 call Time-of-Day.bat            %1
41    39 call Highway_Assignment_Parallel.bat    %1
42       REM rem  call Highway_Skims.bat        %1
43       call HSR_Highway_Skims_2017HOV2.bat    %1
      40 call Highway_Skims.bat         %1
```

**Figure 1 Changes made to *run_ModelSteps_[year].bat* after the elimination of the HSR procedure**

00037152

```
45   42 :: rem ====== Iteration 1 ==================================================
46   43

55   52 call Auto_Driver.bat              %1
56   53 call Time-of-Day.bat              %1
57   54 call Highway_Assignment_Parallel.bat     %1
58      rem  call Highway_Skims.bat              %1
59      call HSR_Highway_Skims_2017HOV2.bat      %1
     55 call Highway_Skims.bat           %1
60   56
61   57 :: rem ====== Iteration 2 ==================================================
62   58

72   68 call Time-of-Day.bat              %1
73   69 call Highway_Assignment_Parallel.bat     %1
74   70 call Average_Link_Speeds.bat      %1
75      rem  call Highway_Skims.bat              %1
76      call HSR_Highway_Skims_2017HOV2.bat      %1
     71 call Highway_Skims.bat           %1
77   72
78   73 :: rem ====== Iteration 3 ==================================================
79   74

90   85 call Time-of-Day.bat              %1
91   86 call Highway_Assignment_Parallel.bat     %1
92   87 call Average_Link_Speeds.bat      %1
93      rem  call Highway_Skims.bat              %1
94      call HSR_Highway_Skims_2017HOV2.bat      %1
     88 call Highway_Skims.bat           %1
95   89
96   90 :: rem ====== Iteration 4 ==================================================
97   91

108  102 call Time-of-Day.bat              %1
109  103 call Highway_Assignment_Parallel.bat     %1
110  104 call Average_Link_Speeds.bat      %1
111      rem  call Highway_Skims.bat              %1
112      call HSR_Highway_Skims_2017HOV2.bat      %1
     105 call Highway_Skims.bat           %1
113  106
114  107 :: rem ====== Transit assignment ==========================================
115  108 @echo Starting Transit Assignment Step
```

**Figure 2 Changes made to *run_ModelSteps_[year].bat* after the elimination of the HSR procedure**

As shown above, the HSR procedure elimination replaced the *HSR_Highway_Skim.bat* (or *HSR_Highway_Skim_2017HOV2.bat*) with the Highway_Skim.bat process.

### Changes made to *joinskims.s*

The comment regarding the environment variable _*HOV3Path*_ in the script *joinskims.s* is removed, as shown in Figure 3, to reflect the HSR procedure elimination. Obviously, a change in code comments has no effect on the model output.

00037153

```
;      distance (1/10s of mi),
;      tolls (2007 cts) of any FIXED price facility, such as Dulles toll road.
;
; _HOV3Path_  environment variable is used to override HOV3 Skims from another Subdirectory
;


pageheight=32767  ; Preclude header breaks
```

**Figure 3 Changes made to *Joinskims.s* after the elimination of the HSR procedure**

### 1.3.2   Update 2: Reported active transit stations with zero skim values

#### 1.3.2.1   Update type

New/improved feature

#### 1.3.2.2   Effect on model results?

No

#### 1.3.2.3   Description

This update was to address an issue reported by a consultant that travel matrices ("skims") associated with the West Falls Church Station's centroid (5054) were all zeroes. He suspected that it was because the link connecting this node to the network (34939-34938) was marked with a limit code of "9" (which does not get processed in the *Autoacc5.s* step). The limit codes of "9" resulted in default values (dist = 50, speed = 25) when processing this station's drive-access connectors – without qualifying the actual distances and speeds from TAZs.[15]

COG staff proposed a simple check in the travel model to stop the model run and report the issue if the model encounters an active station in the station file which has "zero" skim values.

The proposed update resulted in two changes of the model's components:

**Table 3 Affected model's components due to Update 2**

| File name | Changes |
|---|---|
| CheckStationAccess.s | Added |
| PP_Highway_Skims.bat | Revised |

---

[15] Mark S. Moran to Ronald Milone, "Possible Updates to the TPB Travel Demand Forecasting Model, Generation 2, Version 2.3.70," Memorandum, February 8, 2018.

---

00037154

## Added *CheckStationAccess.s*

The new script, *CheckStationAccess.s*, shown in Figure 4, is added to the model.

```
 1  *del voya*.prn
 2  ;===============================================================
 3  ;    CheckStationAccess.s
 4  ;    Purpose: To check whether transit stations are accessible
 5
 6  ; RM, RN
 7  ; Date:        2018-03-30
 8  ;
 9  ;===============================================================
10
11
12  RUN PGM=MATRIX
13
14  ZONES=8000
15  FILEI LOOKUPI[1] = 'inputs\node.dbf'
16  FILEI MATI[1] = '%_iter_%_am_sov_mod.skm'
17
18  LOOKUP LOOKUPI = 1, NAME = NODES, LOOKUP[1] = N, RESULT = N, INTERPOLATE = N, FAIL = 0,0,0, LIST = Y
19
20  MW[1] = MI.1.1
21  TIMESUM = ROWSUM(1)
22  IF (I = 5000 - 8000)
23      NODEVAL = NODES(1, I)
24      IF (NODEVAL>0 && TIMESUM = 0)
25      PRINT LIST = 'STATION NUMBER ', NODEVAL(5), ' HAS NO SKIM BUILT TO IT'
26          ABORT MSG = STATION CENTROIDS WITHOUT SKIMS. PLEASE CHECK THE NETWORK.
27      ENDIF
28  ENDIF
29
30  ENDRUN
31
32
33
```

Figure 4 *CheckStationAccess.s*, new script to report the active transit stations with zero skim values

The script searches the node.dbf file for cases where there are no drive-access skim values for nodes 5000 to 8000, which corresponds to the Metrorail PNR centroids (5000-5999), commuter rail PNR centroids (6000-6999), and light rail/BRT PNR centroids (7000-7999). If the program files a station that is disconnected from the highway network, it creates a listing file with the station number and a note that the station "has no skim built to it." The model results were not affected by the new script.

## Changes made to *PP_Highway_Skims.bat*

Figure 5 shows the changes made to *PP_Highway_Skims.bat*. The green lines are newly added to the batch file. There are no changes to the model's outputs.

00037155

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*

```
  1  :: 2018-03-30 RN Add lines to execute a check on whether transit stations are accessible
  2
1   3  CD %1
2   4  set _iterOrder_=initial
3   5

39  41  if errorlevel 1 goto error
40  42  if exist voya*.prn  copy voya*.prn %_iter_%_%_iterOrder_%_Highway_Skims_Mod_am.rpt /y
41  43
    44  :: Check whether transit stations are accessible
    45  if exist voya*.*  del voya*.*
    46  if exist %_iter_%_%_iterOrder_%_CheckStationAccess.rpt  del %_iter_%_%_iterOrder_%_CheckStationAccess.rpt
    47  start /w Voyager.exe  ..\scripts\CheckStationAccess.s /start -Pvoya -S..\%1
    48  if errorlevel 2 (echo STATION CENTROIDS WITHOUT SKIMS. PLEASE CHECK THE NETWORK && goto stationerr)
    49  if errorlevel 3 (echo STATION CENTROIDS WITHOUT SKIMS. PLEASE CHECK THE NETWORK && goto stationerr)
    50  if exist voya*.prn  copy voya*.prn CheckStationAccess.rpt /y
    51
    52
42  53  if exist voya*.*  del voya*.*
43  54  if exist %_iter_%_%_iterOrder_%_Highway_Skims_mod_md.rpt  del %_iter_%_%_iterOrder_%_Highway_Skims_mod_md.rpt
44  55  start /w Voyager.exe  ..\scripts\Highway_Skims_mod_md.s /start -Pvoya -S..\%1

86  97
87  98
88  99  goto end
    100
    101 :stationerr
    102 PAUSE&EXIT
    103
89  104 :error
90  105 REM  Processing Error....
91  106 PAUSE
```

Figure 5 Changes made to *PP_Highway_Skims.bat* to report the active transit stations with zero skim values

### 1.3.3    Update 3: Updated *unbuild_net.s* to work with the latest version of the travel model

#### 1.3.3.1    Update type

Bug fix

#### 1.3.3.2    Effect on model results?

No

#### 1.3.3.3    Description

*Unbuild_net.s* is a utility script, which is used to unbuild a highway network file from a Citilabs *NET* format to a link and a node file in *dbf* format. The script needed to be updated so that it would be in sync with recent changes that had been made to network attributes. This update did not change the modeled outputs. As one example of the changes, "spdc(7)" was changed to "spdclass(7)".

00037156

**Changes made to *unbuild_net.s***

```
21  21
22  22 linko= @basepath@\@out_link@,
23  23    format=DBF,
24         include=a(5),b(5),distance(7.2),spdc(7),capc(7),jur(7),Screen(5),ftype(7),toll(9),tollgroup(5),
25             amlane(3),amlimit(3),pmlane(3),pmlimit(3),oplane(3),oplimit(3),edgeid(10),linkid(10),Networkyear(8),Shape_Length(7.2),
    24  25 include=a(5),b(5),distance(7.2),spdclass(7),capclass(7),jur(7),Screen(5),ftype(7),toll(9),tollgrp(5),
    25  26     amlane(3),amlimit(3),pmlane(3),pmlimit(3),oplane(3),oplimit(3),edgeid(10),linkid(10),netyear(8),Shape_Leng(7.2),
26  26             projectid(10)
27  27
28  28 /* Write out node file */
```

**Figure 6 Changes made to *Unbuild_net.s* to work with the latest version**

### 1.3.4    Update 4: Removed Metrorail constraint procedure

#### 1.3.4.1    Update type

New/improved feature (in response to recent changes in WMATA policy)

#### 1.3.4.2    Effect on model results?

Removing the modeling procedure that implements the Metrorail constraint to/through the regional core did not affect model results for the years up through 2020. However, the update did change model results for the forecast scenarios after 2020. A sensitivity test of the update to the Ver. 2.3.70 Travel Model was made for a network representing year-2040 conditions (i.e., 2040_base and 2040_final). At the regional level, the changes in modeled results were considerable. For example, after the update, the 2040_final scenario saw an increase of the total number of regional transit person trips by 3%, a drop in auto person trips by 0.2%, and a decrease in total vehicle-miles of travel (VMT) by 0.1%. The removal of the Metrorail constraint resulted in increases of more than 5% for both regional Metrorail and Metrobus trips, which were mainly shifted from auto trips and commuter rail trips. The walk trips to Metrorail and Metrobus both gained about 5% after the update. At the sub-regional level, the update caused a similar impact. Specifically, the Metrorail trips coming from the regional non-core area destined to the regional core jumped 7%, which makes sense, since the Metrorail system has more capacity after the constraint removal. Since Metrorail is more attractive, the trips of commuter rail, a competitive mode, coming from the regional non-core area destined to core area fell 3%.

#### 1.3.4.3    Description

The Metrorail constraint through the regional core (sometimes referred to as the "transit constraint through the regional core") is a technical adjustment to the trip tables coming out of the mode choice process designed to reflect a WMATA policy assumption that, during peak periods, the Metrorail system may have insufficient capacity to serve all the demand traveling to and through the regional core. Typically, it is assumed that the Metrorail system will be able to handle all of the peak-period demand to and through the regional core in the near term, but, since demand has historically grown over the long

00037157

run,[16] the system might not be able to handle all the peak-period demand at some future time, depending on the amount of growth in demand and the number of rail cars available in a given year. The assumed year at which the Metrorail system will be at its peak capacity during the peak periods to and through the regional core is known as the "binding year." For years beyond the binding year, it is assumed that any growth in peak-period Metrorail demand to and through the regional core will be forced to switch to other travel modes (specifically, auto person trips). The Metrorail constraint was initiated by WMATA in 2000 to address funding shortfalls restricting the expansion of the rail fleet.[17] WMATA policy sets the binding year, which was set at 2020 in previous versions of COG/TPB Travel Model. This means that, for any forecast year past 2020, the Metrorail constraint was applied, i.e., any forecasted peak-period Metrorail trips that exceeded the 2020 demand to and through the regional core were shifted to other travel modes (specifically, auto person trips). Details about the Metrorail constraint through the regional core, including a definition of the extent of the regional core can be found in section 21.2 on page 159, which is part of the "mode choice" section of this report.

The recent legislation establishing stable long-term funding of $500 million a year for Metro will now support WMATA's plans to implement all 8-car trains during peak periods in the Visualize 2045 Plan.[18] Consequently, TPB approved the removal of the Metrorail constraint from the travel model process at the TPB meeting on May 16, 2018.

The transit constraint removal update changed the following components of the model:

**Table 4 Affected model's components due to Update 4**

| File name | Changes |
| --- | --- |
| run_ModelSteps_[year]_Final.bat | Revised |
| Mode_Choice_TC_V23_Parallel.bat | Removed |

---

[16] In the shorter term, Metrorail ridership has decreased slightly between 2009 and 2017.

[17] Ronald Milone, "TPB Version 2.3 Travel Model on the 3,722-TAZ area system: Status report" (presented at the September 23, 2011 meeting of the Travel Forecasting Subcommittee of the Technical Committee of the National Capital Region Transportation Planning Board, held at the Metropolitan Washington Council of Governments, Washington, D.C., September 23, 2011).

[18] Jane Posey, "Amendments to the Visualize 2045 Air Quality Conformity Scope of Work," Memorandum, May 16, 2018.

00037158

## Updates to *run_ModelSteps_[year]_Final.bat*

```
14        :: Set transit constraint path and files
15        :: Current year used to set the constraint = 2020
16        :: For years before constraint year: set _tcpath_=<blank>
17        :: For years after  constraint year: set _tcpath_=..\2020_final
18        set _tcpath_=..\2020_final
   14 :: Not set transit constraint path and files
   15
   16 set _tcpath_=
19 17
20 18
21 19


49 47 call Transit_Fare.bat              %1
50 48 call Trip_Generation.bat          %1
51 49 call Trip_Distribution.bat        %1
52    call Mode_Choice_TC_V23_Parallel.bat        %1
   50 call Mode_Choice_Parallel.bat        %1
53 51 call Auto_Driver.bat               %1
54 52 call Time-of-Day.bat               %1
55 53 call Highway_Assignment_Parallel.bat      %1


64 62 call Transit_Fare.bat              %1
65 63 call Trip_Generation.bat          %1
66 64 call Trip_Distribution.bat        %1
67    call Mode_Choice_TC_V23_Parallel.bat        %1
   65 call Mode_Choice_Parallel.bat        %1
68 66 call Auto_Driver.bat               %1
69 67 call Time-of-Day.bat               %1
70 68 call Highway_Assignment_Parallel.bat      %1


81 79 call Transit_Fare.bat              %1
82 80 call Trip_Generation.bat          %1
83 81 call Trip_Distribution.bat        %1
84    call Mode_Choice_TC_V23_Parallel.bat        %1
   82 call Mode_Choice_Parallel.bat        %1
85 83 call Auto_Driver.bat               %1
86 84 call Time-of-Day.bat               %1
87 85 call Highway_Assignment_Parallel.bat      %1


98  96 call Transit_Fare.bat              %1
99  97 call Trip_Generation.bat          %1
100 98 call Trip_Distribution.bat        %1
101    call Mode_Choice_TC_V23_Parallel.bat        %1
    99 call Mode_Choice_Parallel.bat        %1
102 100 call Auto_Driver.bat               %1
103 101 call Time-of-Day.bat               %1
```

**Figure 7 Changes made to *run_ModelSteps_[year]_Final.bat* to remove Metrorail Constraint procedure**

00037159

## 2 Overview of the model

The TPB Version 2.3 family of travel models is a classic, aggregate, "four-step," trip-based, regional travel demand model. The four steps in a classic travel demand model are

- Trip generation
- Trip distribution
- Mode choice
- Traffic assignment[19]

The first three steps deal with estimating current-year or future-year demand for travel. The last step, traffic assignment, is where the demand for travel is assigned to a transportation network. This final step represents an equilibration between the transportation demand and the transportation supply. In many models, traffic assignment includes only a highway assignment, where private-use motor vehicles are assigned to a roadway network. In larger urban areas with extensive transit systems, there is often also a transit assignment, in addition to the highway assignment. The TPB travel model includes both a highway assignment and a transit assignment. So-called "four-step" models are trip based, meaning that trips are the basic unit of analysis, and are also "aggregate," meaning that the model represents aggregate person flows and aggregate vehicle flows between transportation analysis zones (TAZs). In other words, these models do not model trips that happen within an individual TAZ (intra-zonal trips) and they do not simulate the movement of individual people or individual vehicles.

A highway assignment can be conducted at one of three different scales: microscopic, mesoscopic, or macroscopic. The TPB Version 2.3 Travel Model highway assignment is a **macro**scopic, static traffic assignment. This is the standard practice for almost every four-step model used in the United States. To better understand the meaning of a **macro**scopic traffic assignment, it is useful to understand the two other scales of assignment: microscopic and mesoscopic. In a **micro**scopic traffic assignment, individual vehicles are modeled, using a small time-step, such as every second. In a **meso**scopic traffic assignment, platoons of vehicles are modeled, with a demand that varies though the assignment period (e.g., the AM peak hour demand is higher than the demand found in the shoulder hours of the AM peak period). By contrast, in a **macro**scopic traffic assignment, all traffic moving from one zone to another zone is modeled, but demand does not vary within the assignment period (e.g., a constant demand is assumed for all three hours in the AM peak period). Although it would seem appealing to use a microscopic or mesoscopic assignment in a regional travel demand model, these fine-grained assignments are almost never used in regional travel demand models since they would take too long to run and would require, at the regional level, too much input data (e.g., information about the traffic control devices and signal timings at every intersection). Thus, a macroscopic traffic assignment is usually the norm for regional travel demand models. As noted in a recent TRB report, "While there is much ongoing research into the

---

[19] The Version 2.3 family of travel models actually has six major steps. The two additional steps are "demographic sub-models" and the "time-of-day model." All six of these steps are described in section 2.3 of this report, beginning on page 6.

00037160

use of dynamic assignment and traffic simulation procedures, the state of the practice for regional travel models remains static equilibrium assignment."[20]

## 2.1    Model inputs

The major inputs and outputs of the regional travel demand model are shown in Figure 8.The travel model requires three major inputs:

- Zone-level land activity forecasts for year/scenario X;
- Transportation networks (both highway and transit) for year/scenario X; and
- Transportation policy assumptions for year/scenario X.



**Figure 8 Major inputs and outputs of the TPB Version 2.3 Travel Model**

Ref: travel_model_flowchart_overview_v3.vsd

---

[20] Cambridge Systematics, Inc. et al., *NCHRP Report 716: Travel Demand Forecasting: Parameters and Techniques*, National Cooperative Highway Research Program (Washington, D.C.: Transportation Research Board of the National Academies, 2012), 74, http://www.trb.org/Main/Blurbs/167055.aspx.

00037161

The zone-level land activity forecasts are developed by COG's Cooperative Forecasting Program, working through its Cooperative Forecasting and Data Subcommittee.[21] COG does not use a formal land use model. In the early 1970s, COG tried using a land use model called EMPIRIC,[22] but COG staff was not satisfied with its performance, and later abandoned its use.[23] Instead of a land use model, like many MPOs and regional planning agencies, COG uses a process, often known as a "modified Delphi process," which involves reconciling top-down and bottom-up land activity forecasts.[24] The top-down forecasts are regional econometric projections of employment, population, and households. The bottom-up forecasts are also projections of employment, population, and households, but made at the zone level and are based on information from the local governments. These bottom-up forecasts are derived from both building permits (providing short-term information) and comprehensive land use plans (providing long-term information). Each update of the zone-level, land activity forecasts in the Cooperative Forecasting program is called a "round" and the latest update is Round 9.1.

Before the zone-level land activity data can be used as an input to the travel model, it must undergo an adjustment process, known as the CTPP-based employment adjustment, which ensures that a consistent employment definition is used by all counties and jurisdictions in the modeled area. The reason for this adjustment is that different jurisdictions in the modeled area, which covers DC, Maryland, Virginia, and one county in West Virginia, use different definitions of employment. For example, jurisdictions in the Baltimore region and several other Maryland jurisdictions develop their base-year employment estimates using data from Bureau of Economic Analysis (BEA). By contrast, most of the jurisdictions in the Washington region develop their base-year employment estimates using data from the Quarterly Census of Employment and Wages (QCEW) collected by the Bureau of Labor Statistics (BLS).[25] The QCEW is a joint federal/state cooperative arrangement between the BLS and state employment security agencies (ESAs). According to Spear, "In lieu of using the publicly available QCEW database, some state DOTs (and even some MPOs) have entered into formal agreements with their state ESAs to obtain access to the enhanced QCEW microdata files that are used by BLS to develop the QCEW… [The QCEW files] are more commonly known in the transportation community as ES-202 data, but this terminology

---

[21] "Cooperative Forecasting and Data Subcommittee," Metropolitan Washington Council of Governments, 2018, https://www.mwcog.org/committees/cooperative-forecasting-and-data-subcommittee/.

[22] Peat, Marwick, Mitchell and Company, "EMPIRIC Activity Allocation Model: Application to the Washington Metropolitan Region" (Metropolitan Washington Council of Governments, 1972).

[23] Reid Ewing and Keith Bartholomew, "Comparing Land Use Forecasting Methods: Expert Panel Versus Spatial Interaction Model," *Journal of the American Planning Association* 75, no. 3 (2009): 347.

[24] Paul DesJardin, "Round 8.4 Cooperative Forecasts" (March 18, 2015), https://www.mwcog.org/file.aspx?&A=OtImE2QWj1BO0DeQmbp6QUDb5wY6PX%2fzbRb%2bkgWDGhw%3d.

[25] Robert E. Griffiths to Ronald Milone, "Travel Model Employment Data Adjustment Factors for Round 7.0," Memorandum, August 10, 2005, 1.

00037162

is no longer used by BLS."[26]  The most recent CTPP-based employment adjustment was conducted on Round 9.1 land activity data.[27]

As for the transportation networks, COG/TPB staff develops a series of highway and transit networks for the air quality conformity analysis, and these networks are often used as the starting point for other planning studies. The highway network consists of all freeways, expressways, and major arterials in the modeled area. It also includes many minor arterials and some collectors, but almost no local roads (centroid connectors represent local roads, but one centroid connector may represent many local roads, so there is not a one-to-one representation like one finds for other link types in the highway network). The highway network forms the base layer for the transit network, since buses mostly make use of the highway network. In addition to the highway network, the transit network includes the following elements:

- Transit infrastructure: Transit-only links
- Transfer links
- Transit service
- Transit fares

The latest full-scale documentation of the transportation networks was done in 2018.[28]

Transportation policy assumptions include the following:

- Assumptions about how transportation costs will increase over time, e.g.,
    - Will transit fares rise at the same rate as inflation or a different rate?
    - How will auto operating costs change over time?
- Cost of parking;
    - For drive-access transit trips, the cost of parking is stored in the station file. For park-and-ride (PNR)-to-station transfer links, the walk time is a function of parking capacity and parking cost,[29] but parking cost is not used as part of the transit path-building.
    - For driving trips not involving transit, a parking cost model is used, where parking cost is a function of employment density (see section 21.7.1 "Non-transit-related parking costs").

---

[26] Bruce D. Spear, "NCHRP 08-36, Task 098: Improving Employment Data for Transportation Planning" (Washington, D.C.: American Association of State Highway and Transportation Officials (AASHTO), Standing Committee on Planning, September 2011), ES-7, http://onlinepubs.trb.org/onlinepubs/nchrp/docs/NCHRP08-36(98)_FR.pdf.

[27] Hamid Humeida and Ray Ngo to Mark Moran et al., "Developing Land Use Input Files for the Version 2.3 Travel Model Using Round 9.1 Cooperative Forecasts and the CTPP-Based Employment Adjustment Factors," Memorandum, October 25, 2018.

[28] Meseret Seifu, Ron Milone, and Mark Moran, "Highway and Transit Networks from the VDOT and MDOT Off-Cycle Amendment to the 2016 CLRP (TPB Version 2.3.70 Travel Model)," Draft report, June 15, 2018.

[29] Manish Jain to Ronald Milone and Mark Moran, "MWCOG Network Coding Guide for Nested Logit Model (First Draft: September 20, 2007; Updated February 2008 and October 2010)," Memorandum, October 2010, 6.

---

00037163

- Amount of in-commuting from areas outside the modeled cordon.

## 2.2   Model outputs

The travel model produces a large number of outputs. **Each model run produces about 25 GB of output files**. Since many of these are intermediate files, a clean-up process has been added to the model that moves these intermediate/temporary files to a folder where they can be easily deleted. **Once these are deleted, the amount of output files per model run is about 10 GB**. As stated earlier, the travel model is an "aggregate" model meaning that the model represents aggregate person flows and aggregate vehicle flows between transportation analysis zones (TAZs). Nonetheless, the model produces many fine-grained outputs. These include link-level outputs, such as the number of vehicles traveling on a particular link in the AM peak period, and zone-interchange-level outputs, such as the number of bus person trips traveling from TAZ X to TAZ Y. However, although the model *produces* these fine-grained outputs, **the model has not been validated to these fine-grained levels, so it is not recommended that one use these fine-grained outputs from the travel model**. A general rule is that, before using or reporting any model outputs, they should be summarized or aggregated to the same, or a higher, level as was used in model validation. For example, although the model produces link-level traffic volumes, this information should be aggregated to the screenline level, jurisdiction level, or regional level, before it is used or reported. Despite this rule, these fine-grained outputs are sometimes used in corridor-level or project-level planning studies, but typically only after the outputs have undergone post-processing (see, for example the classic report NCHRP 255,[30] or its recent update, NCHRP 765[31]). Given the regional nature of most of the transportation planning studies conducted for the TPB, the COG/TPB staff rarely conducts this type of post-processing work (it is more commonly conducted by consultants working for local governments or state DOTs). In conclusion, when using outputs of the regional travel demand model, one should generally use outputs that have been aggregated or summarized to the following levels:

- Region level, e.g.,
  - o   The modeled area,
  - o   The TPB planning area,
  - o   The metropolitan statistical area (MSA), or
  - o   One of the air quality non-attainment areas, which can vary by pollutant.[32]
- Jurisdiction level
- Jurisdiction-to-jurisdiction level
- For highway assignments: Regional screenlines

---

[30] Neil J. Pedersen and D. R. Samdahl, *NCHRP Report 255: Highway Traffic Data for Urbanized Area Project Planning and Design*, National Cooperative Highway Research Program (NCHRP) (Transportation Research Board, National Research Council, 1982), http://trid.trb.org/view/1982/M/188432.

[31] CDM Smith et al., *NCHRP Report 765: Analytical Travel Forecasting Approaches for Project-Level Planning and Design*, National Cooperative Highway Research Program (NCHRP) (Transportation Research Board of the National Academies, 2014).

[32] The modeled area is the largest of these regional areas.

00037164

- For transit assignments:  Metrorail station groups

Figure 8 shows the three major outputs of the travel model, listing both the disaggregate-level output and the more aggregate-level output that is recommended for use.  Table 5 adds some detail to the information found in Figure 8.

**Table 5 Outputs of the travel model: Disaggregate-level output that is not validated versus aggregate-level output that is validated**

| Model producing the output | Disaggregate-level output (Produced by the model, but not recommended for use) | Aggregate-level output (recommended for use) |
|---|---|---|
| Mode choice | Zone-to-zone trips by travel mode | <ul><li>Jurisdiction-to-jurisdiction flows</li><li>Jurisdiction-level mode spits</li><li>Region-level mode splits</li></ul> |
| Traffic assignment | Vehicle trips/volumes on the road links | <ul><li>Jurisdiction-level metrics, such as VMT by jurisdiction</li><li>Screenline-level metrics, such as total number of vehicles crossing screenline</li></ul> |
| Transit assignment | Transit person trips/volumes on transit links | Although all transit person trips are assigned to the transit network, we currently validate only Metrorail trips, and these are validated only by station groups (generally three to four stations per group). |

## 2.3   Modeling steps and the speed feedback loop

The major steps of the Version 2.3 Travel Model, including major inputs and outputs, can be found in Figure 9. As mentioned earlier, the major inputs are the transportation networks, the zonal land use data, and the transportation policy assumptions. The model itself, which is delineated in Figure 9 by a gray, dashed-line forming a box, begins with demographic models and ends with traffic assignment and transit assignment. Each of the steps of the travel model is discussed in subsequent chapters of the user's guide.

00037165



**Figure 9 Major steps of the Version 2.3 Travel Model**

Ref: six_step_model_ver2.3_v3.vsd

As can be seen in Figure 9, the Version 2.3 Travel Model uses a speed feedback (SFB) loop to ensure that the travel times (and hence speeds) coming out of traffic assignment are consistent with those used as inputs to trip distribution and mode choice. In theory, at the end of each SFB loop, the model would have a test to determine whether convergence has been met. In other words, one could continue running iterations of the speed feedback loop until a convergence stopping criterion has been met.

00037166

Currently, however, we do not use a convergence-based stopping criterion. Instead, based on past tests with the regional model, we have determined that the model is sufficiently converged after four SFB iterations,[33] so we simply use a fixed number of SFB loop iterations (five iterations, including the initialization iteration, known as the "pump prime" iteration). In the future, we may use a more formal convergence-based stopping criterion for the SFB loop, such as the percent root-mean-square error (%RMSE) of the travel skims.[34] Nonetheless, in 2011, Cambridge Systematics was unable to find any MPOs that used a formal stopping criterion for the SFB loop.[35] The SFB loop and the volume averaging method used in the SFB loop are discussed in more detail later in this section.

Traffic assignment is discussed both here and in its own chapter (Chapter 23). Like most travel models in the U.S., the Version 2.3 Travel Model uses a user-equilibrium (UE) traffic assignment, which is the generally accepted method for static traffic assignments. Furthermore, the assignment process is a multi-class UE assignment, meaning that separate user classes can be assigned at the same time. The Version 2.3 model includes six user classes:

1. Single-occupant vehicle (SOV)
2. High-occupant vehicle with two persons (HOV2)
3. High-occupant vehicle with three+ persons (HOV3+)
4. Medium and heavy trucks
5. Commercial vehicles
6. Airport passengers traveling to/from the three commercial airports

Additionally, the Version 2.3 model includes four time-of-day periods for traffic assignment:

- AM peak period (3 hours:  6:00 AM to 9:00 AM)
- Midday period (6 hours:  9:00 AM to 3:00 PM)
- PM peak period (4 hours:  3:00 PM to 7:00 PM)
- Night/early morning period (11 hours:  7:00 PM to 6:00 AM)

Most MPOs use a UE traffic assignment that relies on an optimization algorithm known as the Frank-Wolfe (FW) algorithm.[36] The FW algorithm is essentially a series of all-or-nothing traffic assignments where flows are combined using weights from an optimization process whose goal is to minimize an objective function. The process stops when a stopping criterion is met. Previously, the Version 2.3 Travel

---

[33] Ron Milone, "TPB Models Development Status Report," (January 23, 2009), https://www.mwcog.org/file.aspx?A=%2FTnLbhiKP7J4dc5BCvLqxHQzO%2bq9WHN4K%2bDGCm64j8s%3d.
[34] See, for example, Caliper Corporation, "Traffic Assignment and Feedback Research to Support Improved Travel Forecasting," Final Report (Washington, D.C.: Federal Transit Administration, Office of Planning and Environment, July 31, 2015), pages 3-2 and 3–4, http://www.fta.dot.gov/documents/traffic-assignment-and-feedback-research-to-support-improved-travel-forecasting.pdf.
[35] Cambridge Systematics, Inc., "Fiscal Year 2010 Task Reports," Final Report (Washington, D.C.: National Capital Region Transportation Planning Board, November 16, 2010), 1–20 to 1–21, http://www.mwcog.org/transportation/activities/models/review.asp.
[36] Marguerite Frank and Philip Wolfe, "An Algorithm for Quadratic Programming," *Naval Research Logistics Quarterly* 3, no. 1–2 (1956): 95–110, https://doi.org/10.1002/nav.3800030109.

00037167

Model used the following UE stopping criterion:  When the relative gap ≤ $10^{-3}$ OR the number of UE iterations ≥ 300. The relative gap threshold was always intended to be the primary stopping criterion, with the number of UE iterations functioning as a backup criterion. Now, however, we have moved to what we call a "progressive" relative gap stopping criterion. The idea is that, in the early SFB iterations, the UE closure criterion will be relatively loose, but, in the later SFB iterations, the UE closure criterion will tighten, as shown in Table 6.

Table 6 User equilibrium closure criterion (relative gap) varies by speed feedback iteration

| Speed feedback iteration | Primary closure criterion for UE traffic assignment | Secondary closure criteria for UE traffic assignment |
|---|---|---|
| Pump prime | Relative gap ≤ $10^{-2}$ (i.e., 0.01) | Number of UE iterations ≥ 1000 |
| 1 | Relative gap ≤ $10^{-2}$ (i.e., 0.01) | Number of UE iterations ≥ 1000 |
| 2 | Relative gap ≤ $10^{-2}$ (i.e., 0.01) | Number of UE iterations ≥ 1000 |
| 3 | Relative gap ≤ $10^{-3}$ (i.e., 0.001) | Number of UE iterations ≥ 1000 |
| 4 | Relative gap ≤ $10^{-4}$ (i.e., 0.0001) | Number of UE iterations ≥ 1000 |

By using the higher value for UE iterations (1000 vs. 300), we were able to ensure that this secondary criterion is unlikely to be used as the stopping criterion. Based on a series of sensitivity tests,[37] we found that the new progressive relative gap scheme results in a relatively converged traffic assignment, without the extremely lengthy model run times that would be needed if one were to use a high threshold (e.g., $10^{-4}$ relative gap) for each of the five SFB iterations. The Version 2.3 Travel Model uses a slight variation of the FW algorithm, called the *bi-conjugate* Frank-Wolfe algorithm, which converges marginally faster than the classic FW algorithm.

Regarding data inputs, the zonal land use data that is input to the travel model (Figure 9) includes information about average household wealth, in the form of an average household income index. This index is the ratio of the zonal median household income to the regional median household income, in year-2007 dollars. So-called "residual vehicle" or exogenous trips are added to the modeling stream at the time-of-day model stage. These trips include

- Through trips (auto and truck);
- Taxi trips;
- School trips;
- Visitor/tourist trips;
- Airport passenger trips (i.e., trips by air passengers destined to the three commercial airports in the region).

Figure 10 is another view of the Version 2.3 Travel Model, but with an emphasis on which steps occur *before* the speed feedback (SFB) loop and which steps occur *within* the SFB loop. Before the loop is

---

[37] Mark S. Moran and Ronald Milone, "Status Report on the Version 2.3 Travel Model: Updates to the Model and Year-2010 Validation" (March 22, 2013), 7–11.

00037168

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*

begun, there is an initialization phase, known as the "pump-prime" iteration. In the pump prime iteration, a first pass of the travel model is performed using *initial* AM and off-peak highway speeds, and *initial* mode choice percentages (i.e., the mode choice model is not executed in the pump prime iteration). The "skimmed" highway times are used to develop drive-access-to-transit (zone-to-PNR-lot) links as part of the transit network. After the transit network is built and skimmed, trip generation and trip distribution are executed. The resulting person trips are converted to vehicle trips on the basis of default zone-level mode choice and car occupancy percentages, and these are assigned to the highway network.

00037169



**Figure 10 Application process of the Version 2.3 Travel Model**

Ref: pumpPrime_vs_other_sfb_iter_v5.vsd

The next series of "standard" SFB iterations (1 through 4) involve the execution of the complete travel model which includes: 1) a mode choice model execution and 2) the use of recycled traffic assignment-based speeds as input. The AM peak and off-peak restrained highway times are used to update the zone-to-PNR link speeds, and the transit network is re-built and skimmed. The highway and transit time skims are used as inputs to the mode choice model. The auto driver trips produced from the mode choice model are processed through the time-of-day model, which apportions the auto drivers among

---

00037170

four time-of-day periods: the AM peak period (6 - 9 AM), the midday period (9 AM - 3 PM), the PM peak period (3 - 7 PM), and the night/early morning period (7 PM - 6 AM). The four time-of-day trip tables are subsequently loaded onto the highway network in separate traffic assignment procedures. The loaded-link volumes are successively averaged using the method of successive averages (MSA) to facilitate the convergence of the final link speeds. The averaging occurs individually for each of the four time-of-day periods at the link level, as follows:

- The "final" first iteration link volumes are equal to the "raw" assigned link volumes from the pump-prime iteration.
- The "final" second iteration link volume equals one half of the first iteration link volume plus one half of the second iteration assigned link volume.
- The "final" third iteration link volume equals 2/3 of the "final" second iteration link volume plus 1/3 of the third iteration assigned volume.
- The "final" fourth iteration volume is not averaged -- it is the direct assignment output.

In both the Version 2.2 and 2.3 travel models, a fixed number of speed-feedback (SFB) iterations is used. The Version 2.2 model used six speed feedback iterations (in addition to the pump prime iteration). By contrast, the Version 2.3 model uses four speed feedback iterations (in addition to the pump prime iteration). The Version 2.3 model produces **two final loaded network files** called **i4_Assign_Output.net** and **i4_HWY.NET** (not i6hwy.net, as was the case with the Version 2.2 Travel Model). The first file (**i4_Assign_Output.net**) is based on the direct trip table output, while **i4_HWY.NET** is based on volume averaging. TPB staff use **i4_Assign_Output.net** to compute the emissions as a part of air quality conformity and work for the state air quality implementation plans (SIPs).

As shown in both Figure 9 and Figure 10, transit assignment is not conducted within each speed feedback loop, but is instead conducted once, after the final feedback iteration is complete. Transit assignment is conducted for two time-of-day periods (peak and off-peak) using trip tables in production/attraction (P/A) format (not origin/destination format, as is the case for highway assignment) and, unlike highway assignment, transit assignment is not capacity constrained. Although both these aspects of transit assignment may seem like shortcomings, the state of the practice for regional transit assignments is P/A assignment without capacity constraint.[38]

## 2.4    Special modeling procedures used in earlier versions of the travel model

Historically, there have been two transportation phenomena that have required specialized modeling procedures. The two phenomena were 1) Limited capacity on the Metrorail system to handle the demand for travel to and through the regional core and 2) High Occupancy/Toll (HOT) lanes.

The first phenomenon, a limit on Metrorail's peak-period capacity, was modeled using a procedure called the Metrorail constraint to and through the regional core. This modeling technique was used from about 2001 to 2018. In 2018, however, WMATA received new dedicated funding from the District, Northern Virginia, and suburban Maryland, which meant that the transit authority would likely have the

---

[38] See, for example, Cambridge Systematics, Inc. et al., *NCHRP 716*, 77.

00037171

funds to handle its peak volumes to/through the regional core. Thus, in 2018, WMATA requested that this procedure stop being used. The last model to use this procedure was the Ver. 2.3.70 Model.

The second phenomenon, HOT-lanes, is still in effect and will be for the foreseeable future, but the technique for modeling it has been changed in the Ver. 2.3.75 Model. In the Ver. 2.3.70 Model, and older model versions, a special procedure was used, known as the HOV3+ highway skim replacement (HSR) procedure or the multi-run traffic assignment procedure.

As discussed in Section 1.3, starting with the Ver 2.3.75 Model, both the Metrorail constraint and the HSR procedure have been eliminated. Nonetheless, the Ver. 2.3.75 model still includes two special modeling procedures, which are not used for general application of the model, but can be used when the need arises. One is estimating toll values on HOT-lane facilities. The other is for performing select-link analyses. Both special procedures are described below.

### 2.4.1   Toll estimation for high occupancy/toll (HOT) lanes

According to a recent FHWA report, " 'Managed lanes' are defined as highway facilities or a set of lanes where operational strategies are proactively implemented and managed in response to changing conditions….Examples of operating managed lane projects include high-occupancy vehicle (HOV) lanes, value priced lanes, high-occupancy toll (HOT) lanes, or exclusive or special use lanes."[39] Most HOT lane facilities exist on freeways which include one or more adjacent general purpose (GP) lanes that are not managed.

#### 2.4.1.1   HOT lanes which allow free use with 3+ occupants per vehicle

On Nov. 17, 2012, HOT lanes, known as the I-495 Express Lanes, opened on I-495 in Virginia. On this facility, vehicles with three or more occupants (HOV3+) may use the facility for free, but single-occupant vehicles (SOVs) and two-occupant vehicles (HOV2) must pay a toll to use the facility. The toll is dynamically set, every six minutes or so, based on congestion levels. The toll is set such that the HOT lanes will remain free flowing. In December 2014, HOT lanes, known as the I-95 Express Lanes, opened on I-95. This second facility also had the same HOV restriction (HOV3+), so both facilities are HOT3+.

Given the advantageous treatments in favor of HOV3+ traffic, such as the fact that HOV3+ vehicles are not charged tolls like non-HOV3+ (in both mode choice and traffic assignment), staff decided to eliminated the HSR procedure.[40] Obviously, a central modeling objective in representing HOT lanes is to specify detailed toll rates that will result in demand levels that do not degrade the prevailing speed on the HOT facility. To achieve this objective, the following underline{three steps} (reduced from four steps in previous model versions when HSR procedure was used) underline{are implemented in the Ver. 2.3.75 model} on a year-by-year basis to perform toll setting (i.e., estimate toll values) on HOT lanes. Note that the toll-setting

---

[39] FHWA, "Managed Lanes: A Primer" (Washington, D.C.: U.S. Department of Transportation, Federal Highway Administration, 2008), 5,
http://www.ops.fhwa.dot.gov/publications/managelanes_primer/managed_lanes_primer.pdf.
[40] Feng Xie and Dusan Vuksan to Files, "Evaluating the Modeling Effects of Eliminating the 'HOV Skim Replacement' Process."

00037172

procedure is conducted by TPB staff. Thus, many users of the TPB model never perform this step (since the estimated toll values for future-year networks are provided as part of the model transmittal package). For those with an interest in the current toll-setting procedure, please consult the 2018 memo cited here and earlier.[41]

### 2.4.1.2   HOT lanes which allow free use with 2+ occupants per vehicle

VDOT is recommending managing the I-66 HOT lanes inside the Beltway as a HOT2+ facility beginning in 2017 and continuing through 2020. Before this point, the only HOT lane facilities in the region were HOT3+. The Air Quality Conformity Analysis for Visualize 2045 includes six analysis years: 2019, 2021, 2025, 2030, 2040, and 2045. Among those years, only 2019 contains the HOT2+ facility of I-66 HOT lanes inside the Beltway. Since the HSR procedure has been removed, the similar three steps discussed in section 2.4.1.1 are implemented in Ver 2.3.75 for year-2019 to simulate HOT lanes. The only difference is that HOV2+ traffic is free to operate on HOT2+ facility, thus HOV2+ skims developed in Step 2 will be used in Step 3.

Please also see the discussion of the treatment of airport passenger auto driver trips on HOV- and HOT-lane facilities in section 23.3.8 (p. 204).

### 2.4.2   Select-link analyses

A select-link analysis (SLA) and a select-link assignment are common procedures in travel demand modeling, but these are not part of our standard modeling procedures. There are theoretical reasons why SLAs should not be performed,[42] but we often get requests for help with running SLAs. COG/TPB staff has developed some SLA procedures[43] for the Ver. 2.3 travel model, which may be requested by outside parties in the normal fashion (see https://www.mwcog.org/transportation/data-and-tools/modeling/data-requests/).

---

[41] Feng Xie and Dusan Vuksan to Files, "Evaluating the Modeling Effects of Eliminating the 'HOV Skim Replacement' Process," Memorandum, March 7, 2018.
[42] See, for example, Hillel Bar-Gera and Amos Luzon, "Non-Unique Solutions of User-Equilibrium Assignments and Their Practical Implications," in *Compendium of Papers CD-ROM* (Transportation Research Board 86th Annual Meeting, held January 21-25, 2007, Washington, D.C., 2007).
[43] Feng Xie to Files, "Select Link Analysis for TPB's Version 2.3.70 Travel Demand Model," Memorandum, September 14, 2018.

00037173

## 3   Hardware and software requirements

This section of the report describes the hardware and software requirements for running the Version 2.3 family of travel models, with an emphasis on the Ver. 2.3.75 model. It also includes a section discussing the hardware used for modeling at COG. In addition to requirements, this section of the report also discusses any recommendations regarding hardware and software.

### 3.1   Hardware

- Processor/central processing unit (CPU)/chip:
    - Intel or Intel-like processor, e.g., Intel, AMD, with 64-bit architecture ("x64").
    - Number of cores:  The Version 2.3.75 Travel Model has been designed to run some steps in parallel, using Cube Cluster.
        - During the highway assignment step, there can be up to 8 concurrent program threads running at once, which means that it is recommended that you have a computer with 8 or more cores. Nonetheless, you can run the regional travel model on a computer with only 4 or 2 cores (see instructions found in Table 19 on p. 84), however, due to rounding issues in Cube Cluster, running with fewer than the recommended 8 cores may result in slight differences in modeled results.
        - The two biggest chip manufacturers are Intel and AMD. Some Intel chips feature a technology known as Hyper-Threading. When Hyper-Threading technology is enabled on the chip, the operating system sees double the number of cores. So, if your computer has four cores and Hyper-Threading is enabled, the operating system will see eight virtual cores, thus doubling your CPU capacity. See the section 8.2.1 for more details. COG/TPB staff has executed the Version 2.3 family of travel models on only computers running Intel chips, but the model should run equally well on computers running AMD chips.
    - Chip/CPU speed: While there is no minimum chip speed, we have found that model run time scales inversely with chip speed, so a faster chip/CPU is always preferred. We recommend a chip speed of around 3 GHz.
- Memory: 64-bit versions of Windows can a large amount of memory (e.g., from 128 GB on Windows 10 Home to 2 TB on Windows 10 Pro). However, based on experience, running the Ver. 2.3 model runs is not memory intensive, so 3 to 4 GB of RAM should suffice. Some of our current travel mode servers have 32 GB of RAM, but, again, this does not seem to be needed for the current, trip-based model.
- Storage space:  We recommend you have at least 500 GB of free space on your computer storage -- hard disk drive (HDD) or solid-state drive (SSD). One modeling scenario/year generates about 25 GB of files (1,600 files) before the clean-up procedure is run, and about 10 GB of files after the clean-up procedure is run. A solid-state drive (SSD) could provide shorter model run times, but in one test we performed on a new travel model server, the SSD

00037174

performed no better than the hard drive.[44] This result was unexpected, since one would generally expect an SSD to out-perform an HDD. In this test, the data drive was an SSD and the operating system (O/S) drive was a HDD. We did not, however, have time to test the case where both the data drive and the O/S drive were SSDs.

## 3.2   Software

- Operating system:  Microsoft Windows (64-bit version), such as Windows 10, Windows Server 2008, or Windows Server 2012. To our knowledge, the Ver. 2.3.75 model has not been tested at COG using Windows 10, but it should work.
- The Version 2.3.75 Travel Model:  This is provided for free to those who request it. The procedures for requesting the model can be found on the "Data Requests" webpage (https://www.mwcog.org/transportation/data-and-tools/modeling/data-requests/). In short, one needs to send an e-mail or a signed letter to Ronald Milone, Director of Travel Forecasting and Emissions Analysis, in COG's Department of Transportation Planning. The e-mail/letter should indicate how you intend to use the model, naming the specific study or research project, if applicable. When someone is given the TPB travel model, this includes the model inputs (principally transportation networks and land use data), batch files, Cube Voyager scripts, and the Fortran program used to run the mode choice model. Although Cube Voyager scripts are part of the model transmittal package, you cannot run these scripts without having a copy of Cube Voyager software (see below). Please note that the COG/TPB staff does not have the resources to staff a "help desk" for the regional travel model, so it is expected that individuals who request the travel model will have the knowledge and skills to use the model with minimal assistance from COG/TPB staff.
- Citilabs Cube software:  The TPB Version 2.3.75 Travel Model is implemented using Citilabs Cube software, a proprietary software package, which is produced, licensed, and marketed by Citilabs, Inc. Thus, to run the regional travel model, you will need to purchase the Cube software from Citilabs (www.citilabs.com). COG/TPB staff cannot provide copies of the Citilabs Cube software.
  - Cube Base:  Cube Base is the graphical user interface (GUI) for editing transportation networks, matrices, and scripts. In theory, Cube Base can also be used for managing network scenarios (Scenario Manager) and running travel models (Application Manager), but that is not how the Version 2.3 family of travel model have been implemented. Instead, the Version 2.3 model is implemented using a command-line interface (CLI), as described later in this report. **Note that Cube Base is 32-bit software (Cube Voyager is 64 bit)**.
  - Cube Voyager:  Cube Voyager is the numerical engine that powers the Cube suite of software and includes its own proprietary scripting language. The Version 2.3.75 Travel Model has been developed and applied by COG/TPB staff using **Cube versions 6.4.1, so it is recommended you use Cube 6.4.1 with the Ver. 2.3.75 Model**. As noted above,

---

[44] Dzung Ngo and Mark S. Moran to Ronald Milone et al., "Benchmark Tests on Travel Model Server #7 (Tms7) to Determine the Configuration for the Server's Hard Drives and the Potential Use of Cube's 64-Bit Version," Memorandum, February 2, 2016, 8.

00037175

Cube Voyager is 64-bit software. In the past, we noted that Cube Voyager 6.4.2 was less stable when running the ArcPy transit walkshed process. [45] For the transmittal version of the Ver. 2.3.75 model, we plan to "comment out" the automated ArcPy transit walkshed process as we did in Ver. 2.3.70,[46] since most users do not need to re-run this step (the output file from this process, areawalk.txt, is delivered with the model transmittal package). From our past experience, the automated ArcPy transit walkshed process is the modeling step that is most likely to result in the model run stopping prematurely. If a model user wants to make changes to the transit network, then they are recommended to uncomment the statement that calls this procedure, allowing the procedure to run as one of the first steps of the model.

- o Cube Cluster: Cube Cluster is Citilabs' implementation of distributed processing, which is a technique for distributing computing jobs across multiple computers or processors, thus reducing model run times by allowing two or more processes to run in parallel. Strictly speaking, Cube Cluster is not required to run the Version 2.3 Travel Model. But it is strongly recommended, in order to keep model run times to a minimum, and, if you choose not to use it, you will have to modify the model setups that are supplied by COG/TPB staff (this is described later in this report).

- ArcGIS Engine Runtime 10.1 or 10.3.1 or ArcGIS 10.1. ArcGIS Engine Runtime 10.3.1 comes with Cube 6.4.1. When installing Cube, the software installation process will check to see if ArcGIS has already been installed on your computer. See Table 20 on p. 98 for more information. The easiest setup would be to install Cube on a computer that does not have ArcGIS.

- A text editor (optional but recommended): The choice of which text editor to use is a personal one. Cube Base includes its own text editor, optimized, obviously, for editing Cube Voyager scripts. In addition to the Cube Base built-in text editor, COG staff uses one or more of the of the following:  Notepad++ (free and open source), PSPad (free, but not open source), KEDIT (for purchase, though the software may no longer be supported by the vendor).

- Software for comparing or diffing text files (not required but recommended). COG staff uses both WinDiff, which is older, and WinMerge, which is newer and has more functionality. Both are available for free.

- Cygwin (optional, http://www.cygwin.com/) is a Linux-like environment for Windows that provides a series of Unix-like command-line tools, such as head, tail, and which. This free and open source software **is no longer part of the model stream, so users no longer need to install this** (though some users may still choose to install this software to get access to its suite of Unix-like utility commands).

---

[45] Mark Moran, Ron Milone, and Meseret Seifu, "User's Guide for the COG/ TPB Travel Demand Forecasting Model, Version 2.3.70. Volume 1 of 2: Main Report and Appendix A (Flowcharts)," November 28, 2017, https://www.mwcog.org/assets/1/6/mwcog_tpb_travel_model_v2.3.70_user_guide_v7_appA_flowch.pdf.
[46] In the run_ModelSteps_*.bat batch file, the line "call ArcPy_Walkshed_Process.bat %1" should have "REM" at the beginning of the line to comment out this step.

00037176

## 3.3   Examples of computer hardware used at COG for modeling

COG/TPB staff performs most modeling runs on computer servers that are dedicated for this task, though one can also run the travel model on a standard, desktop computer. COG/TPB staff typically accesses a travel model server (TMS) using a Remote Desktop Connection. We currently have five travel model servers, named tms4, tms5, tms6, tms7, and tms8. Tms8 is the most recent travel model server at COG. Currently, COG's Models Applications Group makes use of tms4, tms6, and tms7 and COG's Models Development Group makes use of tms5 and tms8.

Table 7 compares the computer specifications ("specs") of the latest travel model servers used by the Models Development Group (tms8) and the Models Applications Group (tms7). Both computers are running 64-bit versions of Windows Server 2012 R2 Standard.

**Table 7 Comparison of computer specs between tms7 and tms8**

| Host Name: | Tms7 | Tms8 |
|---|---|---|
| OS Name: | MS Windows Server 2012 R2 Standard | MS Windows Server 2012 R2 Standard |
| OS Version: | 6.3.9600 Build 9600 | 6.3.9600 Build 9600 |
| System Manufacturer: | HP | HP |
| System Model: | ProLiant DL380 Gen9 | ProLiant DL380 Gen10 |
| System Type: | 64-bit | 64-bit |
| Number of processors: | 2 | 2 |
| Processor name(s): | Intel Xeon E5-2687W V3 | Intel Xeon Gold 6146 |
| Clock speed of processor (GHz): | 3.10 | 3.20 |
| No. of cores/processor: | 10 | 12 |
| No. of threads/processor: | 20 | 24 |
| Total number of cores: | 20 | 24 |
| Total number of threads: | 40 | 48 |
| Hyper-Threading Technology: | Yes | Yes |
| Total Physical Memory (MB): | 32,640 MB | 65,196 MB |
| Hard drives for data storage: | | Total 6 disks for drives C & F |
| | Local Disk (C:), 1 TB, RAID 1 (2 disks) | Local Disk (C:), 325 GB, RAID 10 |
| | **Data (E:), 3.27 TB, RAID 5 (4 disks)** | **Data (F:), 4.04 TB, RAID 10** |
| | SSD (F:), 186 GB, RAID 0 (for testing) | |

Ref: " I:\ateam\docum\fy19\memos\travel_model_server_tms_specs_2018.xlsx"

On a 64-bit computer with a 64-bit version of windows, some applications are 32-bit applications whereas others are native 64-bit applications, and each type of application has its own installation folder, as shown below:

- Installation location for 64-bit applications: "C:\Program Files"
  - Example: Cube Voyager

00037177

- Installation location for 32-bit applications: "C:\Program Files (x86)"
  - Examples: Cube Base, WinMerge

Although both tms7 and tms8 have two processors, tms7 has 10 cores per processor, resulting in a total of 20 physical cores. By contrast, tms8 has 12 cores per processor, resulting in a total of 24 physical cores. Because of Intel's Hyper Threading Technology, each server appears (to the operating system) to have double the number of cores. Thus, tms7 appears to the operating system as 40 virtual cores (which can handle 40 threads of instruction) and tms8 appears to the operating system as 48 virtual cores (which can handle 48 threads of instruction). The processor clock speeds for tms7 and tms8 are 3.1 GHz and 3.2 GHz, respectively. Regarding total physical memory, tms8 has 64 GB of RAM, double the size of tms7's RAM.

One can use the total number of cores in a computer to determine the maximum number of concurrent model runs that can be conducted. Since the Version 2.3.75 model is set up to use a maximum of 8 threads/cores, three concurrent model runs require the simultaneous use of 24 (= 3 x 8) cores. Four concurrent model runs could require up to 32 (= 4 x 8) cores. In tests conducted on tms6, which has 32 virtual cores ("threads"), TPB staff found that we could run four concurrent model runs of the Ver. 2.3.57 model (the results should apply to the Ver. 2.3.75 model as well). However, In the past, using Cube 6.1 SP1, we had found that, if two or more users tried to launch concurrent model runs, even if there were only two users, each with one model run, then one of the two model runs would often crash.[47] However, **under Cube 6.4.1, we found that two or three users can submit concurrent model runs.**[48] This is one improvement of Cube 6.4.1. For users who are running the automated ArcPy transit walkshed process, it is still necessary to use a 45-minute offset for launching model runs, so that only one instance of ArcGIS is running at a time. Also, based on recent communications with Citilabs (personal communication, 2/6/17), it is better not to overload the processor, so, although a 32-core computer should be able to run 4 concurrent model runs (4 x 8 = 32), it would be better to limit this computer to 3 concurrent model runs. It is hoped that further information about this issue will be added to future Cube documentation.

Travel model servers often have two logical disk drives: one containing the software, usually called "C:", and one used to store data, such as the model runs. Each one of these logical disks could actually be one or more disks, storage arrays, or, conceivably, solid state drives. The data drives associated with the travel model servers at COG are shown in Table 8.

---

[47] Mark S. Moran and Dzung Ngo to Ronald Milone et al., "Stress Tests of Travel Model Server #6 (Tms6) to Determine the Maximum Number of Model Runs That Can Run Concurrently," Memorandum, October 29, 2014.
[48] Dzung Ngo to Mark S. Moran et al., "Testing the COG/TPB Travel Model Servers: 1) Need for Admin Privileges; 2) Ability to Run Two or More Concurrent Model Runs by Two or More Users; 3) Experience with Malware," Memorandum, June 6, 2017, 5.

00037178

**Table 8 Computer storage drives used for travel demand modeling**

| Server | UNC Path | Mapped Drive Letter | Size | Drive Setup |
|--------|----------|--------|------|-------------|
| nas | \\nas\TMSARCHIVE\MODELAPP | N: | 13.9 TB | RAID 5 |
| nas | \\nas\TMSARCHIVE\MODELDEV | O: | 13.9 TB | RAID 5 |
| sas | \\sas\dtp_sas$ | S: | 649 GB | VM. Gets storage from the SAN. |
| tms4 | \\tms4\D | Y: | 2.4 TB | RAID 5 |
| tms5 | \\tms5\E | X: | 4.5 TB | RAID 5 |
| tms6 | \\tms6\ateam | L: | 2 TB | RAID 0 |
| tms6 | \\tms6\bteam | P: | 2 TB | RAID 0 |
| tms6 | \\tms6\ateamarray | T: | 10 TB | RAID 5 DAS |
| tms6 | \\tms6\bteamarray | V: | 10 TB | RAID 5 DAS |
| tms7 | \\tms7\Data | M: | 3.3 TB | RAID 5 (4 disks) |
| tms8 | \\tms8\F | Z: | 4 TB | RAID 10 |

Ref: " I:\ateam\docum\fy19\tpb_tdfm_gen2\ver2.3\travel_model_user_guide\mapped_drives_cog_2018.xlsx"

For example, tms4 has one data drive with a capacity of 2.4 TB. This drive is mapped as the D drive when logged on to tms4 and is mapped to the Y drive when not logged on to the server. By contrast, tms6 has four data drives. The UNC path for each data drive indicates both the server name (e.g., tms6) and the share name (e.g., ateam). Logical drives that are made of storage arrays consist of multiple physical disk drives, which can be configured in different ways to allow redundancy (using RAID, which stands for Redundant Array of Inexpensive Disks or Redundant Array of Independent Disks). RAID 0 provides no redundancy, but it can often be the fastest configuration. For example, ateamarray and bteamarray have been set up with RAID 5, so they have redundancy in the case of a hard drive crash.

00037179

# 4    Mechanics of the model application process

The Version 2.3 family of travel models, including Ver. 2.3.75, is applied using a command-line interface (CLI), not a graphical user interface (GUI). The model is launched via a single command that is typed or pasted in a single command window (this is covered in the section about running the model). The Version 2.3 Travel Model makes use of the following:

- A series of pre-established batch files, which are used to call a series of Cube Voyager scripts (*.s) and Fortran programs (*.exe);
- A standardized subdirectory system, in which input files, output files, Cube Voyager scripts, and other files are organized; and
- The use of generically named input and output files, which are stored in designated locations in the subdirectory system.

An example subdirectory structure for applying the Version 2.3 model is shown in Figure 11. The "root" subdirectory appears at the top of the structure. The root subdirectory may exist anywhere on the computer hard drive and may be arbitrarily named by the analyst, but **it is recommended that the name of the root subdirectory include information about both the travel model being used (e.g. Ver2.3.75) and the modeling project being undertaken**. For example, an analyst performing model runs to support the Air Quality Conformity (AQC) analysis of the Constrained Element of Visualize 2045, the TPB's Long-Range Transportation Plan (CE LRTP) might name the root subdirectory as follows:

`C:\ modelRuns\fy18\`**`Ver2.3.75_aqc_Vis2045`**

Note that the root subdirectory need not be located directly off the root of the C drive (or D drive, etc.). In the example above, the root subdirectory is below the "fy18" subdirectory. On the left side of Figure 11, there are five specially designated subdirectories under the root that are established:

- SOFTWARE: Fortran executable files and dynamic-link library (DLL) files
- CONTROLS: Control files that are required by the Fortran programs
- SCRIPTS: Cube Voyager scripts
- SUPPORT: General parameter files used by the scripts or other programs, such as AEMS (Fortran) and LineSum (C++)
- SUMMARY: Summary scripts, which are used to summarize the model run

The first four subdirectories are required, but the fifth subdirectory is optional. The SUPPORT subdirectory is reserved for parameter files that generally do not change by modeled scenario such as K-factors, F-factors, and the like. The four required subdirectories must exist under the root, and must be named as shown, although the names are not case sensitive. The optional summary subdirectory may be given any name. Furthermore, the files residing in these four required subdirectories should generally not be altered or renamed.

00037180



**Figure 11 Subdirectory structure for executing the Version 2.3 Travel Model**

Ref: "I:\ateam\docum\fy19\tpb_tdfm_gen2\ver2.3\travel_model_user_guide\directoryStruct_v2.3.75_model_v2.vsd"

The right side of Figure 11 shows two subdirectories, named "2019_Final" and "2021_Final."[49] These two subdirectories are the output subdirectories (a.k.a. the scenario subdirectories). The user is free to choose any name for output subdirectories. Since travel demand models are best used in a comparative

---

[49] As of the Ver. 2.3.75 Model, we no longer require two runs of the travel model ("base" and "final") for each scenario modeled. However, some modelers continue to use the name "final" (e.g., 2021_final), even though there is only one run per scenario.

00037181

manner, a travel demand modeling project would typically have two or more scenarios or alternatives. Each alternative would get its own output subdirectory for scenario-specific outputs from the travel model.

Under each scenario-specific subdirectory that exists, there need to be two subdirectories, one named "inputs" and the other named "transum." These exact names must be used, but, as stated previously, names are case insensitive. The "transum" subdirectory is for storing summary information about the transit assignment summary. At the beginning of the model run, the "transum" subdirectory will be completely empty, but, at the end of the run, the subdirectory will contain reports from the process (LineSum) that summarizes the transit assignment. The "inputs" subdirectory is where one stores all necessary model inputs that area specific to a modeled scenario (see Table 9). Note that some "inputs" that are common to all modeled scenarios are stored in the "support" subdirectory (see Table 9, which also includes input files stored in the CONTROLS subdirectory). Input files in the "inputs" folder are named generically (e.g., land use data is stored in a file named zone.dbf; network link data is stored in a file named link.dbf, etc.). The user may establish an unlimited number of output subdirectories, as long as each one contains one "inputs" subdirectory and one "transum" subdirectory. Neither the inputs nor transum subdirectories can be shared among more than one alternative. After a model has been run, if the automated transit walkshed process was run with the model, then the "inputs" folder will contain a new subfolder called "Transit_Walksheds_GIS." In the default setup found with the model transmittal package, the automated transit walkshed process is not run (it is commented out). Note that the primary output file from the automated transit walkshed process (areawalk.txt) is now supplied in the inputs folder as part of the model transmittal package, so users need not re-run the process (it is commented out by default) unless users plan to make changes to the transit network, in which case it is recommended that the process be run.

The actual structure of the folders/subdirectories storing the travel model, its input files, and output folders, will be a function of the years/scenarios analyzed, but the list below is representative:

```
+---2019_final
|    +---Inputs
|    \---transum
+---2021_final
|    +---Inputs
|    \---transum
+---Controls
+---Docs
+---Scripts
+---Software
+---Summary
+---Support
```

If one is running multiple scenarios, **it is recommended that the analyst set up an electronic spreadsheet to keep track of metadata associated with each model run**. The metadata of importance will vary from study to study, but might contain items such as:

- Run number/ID (a unique sequence number to quickly name a model run)

---

4. Mechanics of the model application process                                                         39

00037182

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*

- Parent run number/ID (indicates the run number of the run that formed the basis for the current run). Useful in figuring which run was derived from which other runs.
- Subdirectory name (i.e., the name of the root folder/subdirectory)
- Key modeling assumption parameters, such as the network year, land use year, land use round (e.g., Round 9.1), WMATA tariff number, etc.
- Key modeling output parameters, such as model run time, regional VMT, total transit, etc.

00037183

**Table 9 Input files needed to run the Version 2.3 Travel Model, stored in the CONTROLS, INPUTS, and SUPPORT folders**

| No. | Folder | Filename | Description | File Type | Category | Modeling step where file is used | Transit/Non-Transit Mode(s) |
|---|---|---|---|---|---|---|---|
| 1 | controls | HBO_NL_MC.ctl | HBO nested-logit mode choice model control file | Text | Model | Mode choice (MC_Purp.bat & AEMS.EXE) | |
| 2 | controls | HBS_NL_MC.ctl | HBS nested-logit mode choice model control file | Text | Model | Mode choice (MC_Purp.bat & AEMS.EXE) | |
| 3 | controls | HBW_NL_MC.ctl | HBW nested-logit mode choice model control file | Text | Model | Mode choice (MC_Purp.bat & AEMS.EXE) | |
| 4 | controls | lineSum_MR_access.ctl | Summary of Metrorail riders by access mode | Text | Summary | LineSum.exe | |
| 5 | controls | lineSum_MR_line.ctl | Summary of Metrorail boardings, alightings, and ridership | Text | Summary | LineSum.exe | |
| 6 | controls | LineSum_Volume.ctl | Consolidate peak & off-peak vols from transit assignment | Text | Summary | LineSum.exe | |
| 7 | controls | NHO_NL_MC.ctl | NHO nested-logit mode choice mode control file | Text | Model | Mode choice (MC_Purp.bat & AEMS.EXE) | |
| 8 | controls | NHW_NL_MC.ctl | NHW nested-logit mode choice model control file | Text | Model | Mode choice (MC_Purp.bat & AEMS.EXE) | |
| 9 | controls | station_names.dbf | Contains rail station names (derived from station.dbf) | DBF | Metadata | Created by set_factors.s; Used by LineSum | |
| 1 | inputs | airpax.adr | Air Passenger Auto Driver Trips | Binary | Assumptions | Miscellaneous time of day | |
| 2 | inputs | AM_Tfac.dbf | AM Toll Factors by Vehicle Type | DBF | Assumptions | Highway skimming and assignment | |
| 3 | inputs | areadef3722.prn | Input TAZ-Mode choice district equivalence | Text | Assumptions | Transit fare development (prefarv23.s) | |
| 4 | inputs | AreaWalk.txt | Optional. This file is now generated/re-generated by model | Text | Transit network | Generated by automated ArcPy process | |
| 5 | inputs | AT_override.TXT | Cases where zones have area-type override values | Text | Assumptions | AreaType_File.s | |
| 6 | inputs | Bus_Factor_File.dbf | Local Bus Time Degradation Factors | DBF | Assumptions | transit_skims_??.s | |
| 7 | inputs | bus_pnrn.tb | Bus PNR lots | Text | Transit network | transit_skims_??.s | 1,2,6-9 |
| 8 | inputs | BUSFARAM.ASC | AM Bus Fare matrix (Bus fares zones '1' to '21') | Text | Assumptions | mfare2.s | |
| 9 | inputs | BUSFAROP.ASC | OP Bus Fare matrix (Bus fares zones '1' to '21') | Text | Assumptions | mfare2.s | |
| 10 | inputs | com_bus.tb | Transfer link (walk) between commuter rail station and bus & LRT stop | Text | Transit network | transit_skims_??.s | 12 |
| 11 | inputs | com_link.tb | Commuter rail links | Text | Transit network | transit_skims_??.s | 4 |
| 12 | inputs | com_node.tb | Commuter rail stations | Text | Transit network | transit_skims_??.s | 4 |
| 13 | inputs | com_pnrn.tb | Commuter rail PNR lots | Text | Transit network | transit_skims_??.s | 4 |
| 14 | inputs | CPI_File.txt | Assumed rate of inflation, based on historical CPI | Text | Assumptions | Set_CPI.s | |
| 15 | inputs | Ext_PsAs.dbf | External Productions and Attractions | DBF | Observed data | trip_generation.s | |
| 16 | inputs | GIS_Variables.dbf | GIS variables used to calculate non-motorized trips | DBF | Observed data | trip_generation.s | |
| 17 | inputs | HBO_NL_MC.MTT | Pre-existing mode choice model output | Binary | Assumptions | pp_auto_drivers.s | |
| 18 | inputs | HBS_NL_MC.MTT | Pre-existing mode choice model output | Binary | Assumptions | pp_auto_drivers.s | |
| 19 | inputs | HBW_NL_MC.MTT | Pre-existing mode choice model output | Binary | Assumptions | pp_auto_drivers.s | |
| 20 | inputs | Jur.dbf | Equiv. between juris and river superdistricts: Disallows river crossings for PNR | DBF | Land use | Autoacc5.s | |
| 21 | inputs | Link.dbf | Highway network links | DBF | Highway network | V2.3_Highway_Build.s | |
| 22 | inputs | lrt_bus.tb | Transfer link (walk) between LRT station and bus stop | Text | Transit network | transit_skims_??.s | 12 |
| 23 | inputs | lrt_link.tb | LRT links | Text | Transit network | transit_skims_??.s | 5 |
| 24 | inputs | lrt_node.tb | LRT stations/stops | Text | Transit network | transit_skims_??.s | 5 |
| 25 | inputs | lrt_pnrn.tb | LRT PNR lots | Text | Transit network | transit_skims_??.s | 5 |
| 26 | inputs | MD_Tfac.dbf | MD Toll Factors by Vehicle Type | DBF | Assumptions | Highway skimming and assignment | |
| 27 | inputs | met_bus.tb | Transfer link (walk) between Metrorail station and bus stop | Text | Transit network | transit_skims_??.s | 12 |
| 28 | inputs | met_link.tb | Metrorail links | Text | Transit network | transit_skims_??.s | 3 |
| 29 | inputs | met_node.tb | Metrorail stations | Text | Transit network | transit_skims_??.s | 3 |
| 30 | inputs | met_pnrn.tb | Metrorail PNR lots | Text | Transit network | transit_skims_??.s | 3 |
| 31 | inputs | metlnkml.tb | Metrorail Links | Text | Transit network | metrorail_skims.s | |
| 32 | inputs | metnodml.tb | Metrorail Nodes | Text | Transit network | metrorail_skims.s | |
| 33 | inputs | mfare1.al | Metrorail Sta XYs scaled to 1/100ths of miles | Text | Transit network | mfare1.s | |
| 34 | inputs | mfare1_Sta_Disc.ASC | Metrorail Sta fare discount array in cents | Text | Assumptions | mfare1.s | |
| 35 | inputs | MODE1AM,… MODE10AM.tb | AM Transit Line Files | Text | Transit network | transit_skims_??.s | |
| 36 | inputs | MODE1OP,… MODE1OOP.tb | OP Transit Line Files | Text | Transit network | transit_skims_??.s | |
| 37 | inputs | new_bus.tb | Transfer link (walk) between BRT/streetcar stop and bus stop | Text | Transit network | transit_skims_??.s | 12 |
| 38 | inputs | new_link.tb | BRT/streetcar links | Text | Transit network | transit_skims_??.s | 10 |
| 39 | inputs | new_node.tb | BRT/streetcar stations/stops | Text | Transit network | transit_skims_??.s | 10 |
| 40 | inputs | new_pnrn.tb | BRT/streetcar PNR lots | Text | Transit network | transit_skims_??.s | 10 |
| 41 | inputs | NHO_NL_MC.MTT | Pre-existing mode choice model output | Binary | Assumptions | pp_auto_drivers.s | |
| 42 | inputs | NHW_NL_MC.MTT | Pre-existing mode choice model output | Binary | Assumptions | pp_auto_drivers.s | |
| 43 | inputs | Node.dbf | XY coordinates of nodes in highway network | DBF | Highway network | AreaType_File.s | |
| 44 | inputs | NT_Tfac.dbf | NT Toll Factors by Vehicle Type | DBF | Assumptions | Highway skimming and assignment | |
| 45 | inputs | Pen.dbf | List of TAZs considered to be in the "slugging" shed of the Pentagon | DBF | Assumptions | Autoacc5.s | |
| 46 | inputs | PM_Tfac.dbf | PM Toll Factors by Vehicle Type | DBF | Assumptions | highway_assignment.s | |
| 47 | inputs | schl.adr | School Auto Driver Trips | Binary | Assumptions | misc_time-of-day.s | |

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*

| No. | Folder | Filename | Description | File Type | Category | Modeling step where file is used | Transit/ Non-Transit Mode(s) |
|-----|--------|----------|-------------|-----------|----------|-----------------------------------|-------------------------------|
| 48 | inputs | StaAcc.dbf | Lookup table:  Maximum drive-access-to-transit distances | DBF | Assumptions | Autoacc5.s | |
| 49 | inputs | station.dbf | Station file:  Metrorail, commuter rail, LRT stations/PNR lots and bus PNR lots | DBF | Transit network | parker.s | |
| 50 | inputs | tariff.txt | WMATA tariff policy | Text | Assumptions | mfare1.s | |
| 51 | inputs | taxi.adr | Taxi Auto Driver Trips | Binary | Assumptions | misc_time-of-day.s | |
| 52 | inputs | tazfrzn.asc | Fare Zone File | Text | Assumptions | prefarv23.s | |
| 53 | inputs | Toll_Esc.dbf | Toll escalation assumptions:  Highway tolls & deflators | DBF | Assumptions | V2.3_Highway_Build.s | |
| 54 | inputs | trnpen.dat | Turn Penalty file to ensure correct Metrorail fares | Text | Assumptions | metrorail_skims.s | |
| 55 | inputs | visi.adr | Visitor Auto Driver Trips | Binary | Assumptions | misc_time-of-day.s | |
| 56 | inputs | xtrawalk.dbf | Extra walk links that the analyst wishes to include | DBF | Transit network | walkacc.s | 13 |
| 57 | inputs | xxaut.vtt | Auto Driver Through Trips | Binary | Assumptions | misc_time-of-day.s | |
| 58 | inputs | XXCVT.vtt | Com/Mtk/Htk through Trips | Binary | Calculated data | misc_time-of-day.s | |
| 59 | inputs | Zone.dbf | Land use/land activity data at zonal level, 3722 TAZ | DBF | Land use | AreaType_File.s | |
| 1 | support | AM_SPD_LKP.txt | Initial lookup speeds used for highway links, AM period | Text | Highway network | V2.3_Highway_Build.s | |
| 2 | support | AttrRates.dbf | Trip Attractions | DBF | Calculated data | trip_generation.s | |
| 3 | support | cvdelta_3722.trp | Calibration matrix, or "delta table" for commercial vehicles | Binary | Assumptions | misc_time-of-day.s | |
| 4 | support | equiv_toll_min_by_inc.s | Equivalent minutes (min/'07$) by period & income level | Text | Assumptions | trip_distribution.s | |
| 5 | support | HBincRat.dbf | HB Income Shares | DBF | Calculated data | trip_generation.s | |
| 6 | support | hwy_assign_capSpeedLookup.s | FT x AT Speed & Capacity lookup | Text | Highway network | highway_assignment.s | |
| 7 | support | hwy_assign_Conical_VDF.s | Volume Delay Functions file | Text | Highway network | highway_assignment.s | |
| 8 | support | MD_SPD_LKP.txt | Initial lookup speeds used for highway links, midday | Text | Highway network | V2.3_Highway_Build.s | |
| 9 | support | NMArates.dbf | Non-motorized Trip Attractions | DBF | Calculated data | trip_generation.s | |
| 10 | support | NMPrates.dbf | Non-motorized Trip Productions | DBF | Calculated data | trip_generation.s | |
| 11 | support | TAZ3722_to_7Mrkts.txt | Equivalency between TAZs and mode choice superdistricts | Text | Assumptions | PP_Auto_Drivers.s | |
| 12 | support | tkdelta_3722.trp | Calibration matrix, or "delta table" for med and hvy truck | Binary | Assumptions | misc_time-of-day.s | |
| 13 | support | todcomp_2008HTS.dbf | Time of day model/factors | Binary | Assumptions | time-of-day.s | |
| 14 | support | toll_minutes.txt | Toll minutes equivalence file by Vehicle Type | Text | Assumptions | Highway_skims.s | |
| 15 | support | TPBMod_Jur_Boundary.shp | Jurisdictional boundaries | SHP | Network | Network editing with Cube Base | |
| 16 | support | Truck_Com_Trip_Rates.dbf | Truck and Commercial Vehicle Trip Rates | DBF | Calculated data | truck_com_trip_generation.s | |
| 17 | support | True_Shape_2040_Nov20.shp | Used to display highway network with True Shape | SHP | Highway network | Network editing with Cube Base | |
| 18 | support | Ver23_f_factors.dbf | F-factors for trip distribution | DBF | Calculated data | trip_distribution.s | |
| 19 | support | weighted_trip_rates.dbf | Trip Productions | DBF | Calculated data | trip_generation.s | |

\* This file is created automatically by set_factors.s from the station.dbf file.

Ref: v2.3.75_inputs_v1.xlsx

00037185

Pre-established "parent" and "child" batch files for executing the model reside in the root subdirectory. Typically, "parent" batch files are edited to correspond to each modeled scenario, while "child" batch files remain unaltered. The parent batch files can be named as the user likes. <u>The two main parent batch files are the "wrapper" batch file and the "run model steps" batch file</u> (the latter file used to be called the "run all" batch file). Details about these two files can be found in section 6.2 ("Parent batch files") on page 57. The child batch files are the ones that actually execute individual modeling steps, such as the trip generation step (e.g., Trip_Generation.bat) or the traffic assignment step (e.g., Highway_Assignment_Parallel.bat). Child batch files generally call the Cube Voyager scripts and/or Fortran programs. The child batch files also assign names to report files that result from each model step. Listing files are typically assigned file extensions of RPT or TAB. The former refers to Cube Voyager report or listing files, while the latter refers to a subset tabulation of the report file containing only trip table totals or jurisdictional summaries. Parent batch files are used to string child batch files together so that the entire model execution can be initiated with a single command or batch file. The parent batch files also establish Windows environment variables that are used in the child batch files and Cube Voyager scripts, such as the iteration number, the model year, and the model description.

As stated earlier, all the input files located in the "inputs," "controls," and "support" folders are listed in Table 9. It is the user's responsibility to make sure that the generically named files are appropriate for the modeled scenario and are in the prescribed format (described later). Additionally, almost all the files shown in Table 9 must exist for the model run to complete successfully, with the exception of some files such as the shapefiles used for displaying a highway network in True Shape mode (True_Shape_2040_Nov20.shp). The advantage of using generic filenames is that the input and output filenames referenced in each Cube Voyager script and control file do not need to be tailored to match the different scenarios that are run. The disadvantage of using generic filenames is that, when moving or sharing files, two files with the same name could be quite different (e.g., zone.dbf for the year 2019 has the same name as zone.dbf for the year 2045). Thus, the metadata that describes the scenario name is stored in the name of the output subdirectory (e.g., "2019_Final"), not in the filenames themselves.

The SOFTWARE folder contains two Fortran executable programs (AEMS.exe and extrtab.exe), one C++ executable program (LineSum.exe),[50] and several dynamic-link library (DLL) files, as shown in Table 10.

---

[50] In the future, if we replace AEMS with TRANSIMS ModeChoice, this folder will also include the C++ mode choice application program ModeChoice.exe.

00037186

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*

**Table 10 Fortran and C++ executable files and dynamic-link library files required for running the Version 2.3 travel model**

| Executable Name | Ver | Date | Size (bytes) | Program Function | Requires a control file? |
|---|---|---|---|---|---|
| AEMS.exe | | 2/13/2012 | 195,900 | Mode choice application program (Fortran, 32-bit) | yes |
| cw3240.dll | | 2/13/2012 | 827,392 | Dynamic-link library file associated w/ AEMS.exe | no |
| DFORMD.dll | | 2/13/2012 | 425,984 | Dynamic-link library file associated w/ AEMS.exe | no |
| extrtab.exe | | 2/13/2012 | 464,559 | Extracts sections from Cube Voyager report files (Fortran, 32-bit) | no |
| Linesum.exe | 6.0.2 | 3/26/2014 | 697,344 | Creates reports summarizing transit loaded link files (C++, 32-bit) | yes |

Note: There are two Cube DLL files needed for running AEMS.exe: Tppdlibx.dll and Tputlibc.dll.[51] These two files come with Cube. **These are not stored in the software folder**, but when AEMS runs, it needs to "see" these two files. This can be accomplished by either 1) placing a copy of these two files in the folder where AEMS runs (the SOFTWARE folder under the root folder of the model run); OR 2) **setting the Windows PATH environment variable to point to the location where these DLL files exist. It has been found that the second option is generally the best one**. One complicating factor is the fact that Cube Base is 32-bit and Cube Voyager is 64-bit, and each comes with a version of these two files (see Table 11). **AEMS needs the 32-bit version** (which is stored here: C:\Program Files (x86)\Citilabs\CubeVoyager). For more information about setting the Windows PATH environment variable, see section 5.1 ("Software installation").

**Table 11 Location for Cube DLL files**

| Cube DLL File | Location for 32-bit version | Location for 64-bit version |
|---|---|---|
| TPPDLIBX.DLL | C:\Program Files (x86)\Citilabs\Cube\ C:\Program Files (x86)\Citilabs\CubeVoyager\ | none C:\Program Files\Citilabs\CubeVoyager\ |
| TPUTLIBC.DLL | C:\Program Files (x86)\Citilabs\Cube\ C:\Program Files (x86)\Citilabs\CubeVoyager\ | none C:\Program Files\Citilabs\CubeVoyager\ |

A listing of child batch files is provided in Table 12. The table also indicates the programs and/or Cube Voyager scripts that are invoked and the purpose of each batch file. Given the iterative application process of the model, most of the batch files are called multiple times during a model run. The sequence of batch file applications, by iteration, is shown in Table 13. The table indicates that there are 48 batch file steps called during a standard application of the model. Some of the batch files are called once, while others (e.g., *Trip_Generation.bat*) are called during the pump-prime and all four standard iterations.   A parent batch file ("*run_ModelSteps*.bat*") is used to string each of the child batch files together during a typical model execution. The parent batch files, like child batch files, reside in the root subdirectory. Two parent batch files are typically prepared for each individual model run. The process for executing a model is addressed in the next section. The remaining chapters address the specific details of each modeling step.

---

[51] In earlier versions of Cube, the filename of the second file omitted the letter "c": Tputlib.dll

---

00037187

**Table 12 Child batch files used to run the Version 2.3 Travel Model**

| Batch File | Scripts/Programs | Purpose |
|---|---|---|
| set_up_model_run_folders.bat | None | Not used in the running of the mode, but can be used to set up folders for a new model run. |
| ArcPy_Walkshed_Process.bat | MWCOG_Prepare_Inputs_to_Walkshed_Process_PT.s<br>MWCOG_Prepare_Inputs_to_Walkshed_Process_TRNBUILD.s | Run the automated/integrated ArcPy/Python transit walkshed process |
| Set_CPI.bat | Set_CPI.s<br>Set_Factors.s | Create highway and transit cost deflators.<br>Create K factors and time penalties.<br>Create station_names.dbf file from station.dbf file. |
| PP_Highway_Build.bat | AreaType_File.s<br>V2.3_higway_build.s | Build highway networks. |
| PP_Highway_Skims.bat<br>(see also Highway_Skims.bat) | Highway_skims_am.s<br>Highway_skims_md.s<br>Modnet.s<br>CheckStationAccess.s<br>Highway_skims_mod_am.s<br>Highway_skims_mod_md.s<br>Joinskims.s<br>Remove_PP_Speed.s | Create AM/off-peak highway skims.<br>Check whether stations are accessible |
| Transit_Skim_All_Modes_Parallel.bat | parker.s<br>walkacc.s<br>autoacc5.s<br>transit_Accessibility.s<br>Transit_Skim_LineHaul_Parallel.bat<br>Transit_Skims_AB.s<br>Transit_Skims_BM.s<br>Transit_Skims_CR.s<br>Transit_Skims_MR.s | Create the transit network:<br>• Create transit access links<br>• Create transit network<br>• Skim the four transit submodes<br>Also runs the transit accessibility process. |
| Transit_Fare.bat | prefarV23.s<br>Metrorail_skims.s<br>MFARE1.s<br>MFARE2.s<br>Assemble_Skims_MR.s<br>Assemble_Skims_BM.s<br>Assemble_Skims_AB.s<br>Assemble_Skims_CR.s | Create transit fares for the current speed feedback iteration. |
| Trip_Generation.bat | Demo_Models.s<br>Trip_Generation.s<br>Trip_Generation_Summary.s<br>Truck_Com_Trip_Generation.s | Execute daily trip generation. |
| Trip_Distribution.bat | Prepare_Ext_Auto_Ends.s<br>Prepare_Ext_ComTruck_Ends.s<br>Trip_Distribution_External.s<br>Prepare_Internal_Ends.s<br>Trip_Distribution_Internal.s | Execute daily trip distribution. |
| Mode_Choice_Parallel.bat | MC_purp.bat => AEMS.EXE<br>mc_NL_summary.s | Execute the daily mode choice model (in P/A format). |

00037188

| Batch File | Scripts/Programs | Purpose |
|---|---|---|
| copyBaseMC_to_final_inputs.bat | None | Not currently called as part of a model run. Could potentially be used by modeler to copy pre-existing NL mode choice model output into the input folder for new run. |
| Auto_Driver.bat | mc_Auto_Drivers.s | Generate initial auto driver trips after mode choice. |
| PP_Auto_Drivers.bat | PP_Auto_Drivers.s | Generate initial auto driver trips without the use of the mode choice model. |
| Time-of-Day.bat | Time-of-Day.s<br>Misc_Time-of-Day.s<br>Prepare_Trip_Tables_for_Assignment.s | Convert daily modeled trips to AM, PM, midday, and night. Convert trip tables from P/A format to O/D format. |
| Highway_Assignment_Parallel.bat | Highway_Assignment_Parallel.s | Execute user equilibrium highway assignment for four time-of-day periods |
| Average_Link_Speeds.bat | Average_Link_Speeds.s | Compute average link speeds. Run for only speed feedback iterations 2-4 |
| Highway_Skims.bat | Highway_Skims_am.s<br>Highway_Skims_md.s<br>modnet.s<br>Highway_Skims_mod_am.s<br>Highway_Skims_mod_md.s<br>joinskims.s | Build zone-to-zone paths on the highway network and skim the times and costs on each path. Store the skimmed times and paths in matrix files. |
| Transit_Assignment_Parallel.bat | Combine_Tables_For_TrAssign_Parallel.s<br>Transit_Assignment_LineHaul_Parallel.bat<br>Transit_Assignment_AB.s<br>Transit_Assignment_BM.s<br>Transit_Assignment_CR.s<br>Transit_Assignment_MR.s | Execute the transit assignment (P/A format) for peak and off-peak periods |
| TranSum.bat | LineSum_*.ctl (such as LineSum_Volume.ctl, or lineSum_MR_access.ctl) | Summarize the transit assignment |
| dateName.bat | None (used by searchForErrs.bat) | |
| searchForErrs.bat | None | Searches through log and print files for possible error codes |
| move_temp_files_v6.bat | None | Moves temporary files to a location where they can be later deleted manual by the modeler. |
| updating_tpp_dll_files.bat | None | Not used for a model run. In the past, this batch file could be used to put the TP+ DLL files in the correct location, but this file is no longer used. |

00037189

**Table 13 Sequence of the batch files used to run the Version 2.3 Travel Model**

| Batch File | Scripts/Programs | PP | Speed Feedback Iteration | | | |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| ArcPy_Walkshed_Process.bat | MWCOG_Prepare_Inputs_to_Walkshed_Process_PT.s<br>MWCOG_Prepare_Inputs_to_Walkshed_Process_TRNBUILD.s | 1 | | | | |
| Set_CPI.bat | Set_CPI.s<br>Set_Factors.s | 2 | | | | |
| PP_Highway_Build.bat | AreaType_File.s<br>V2.3_higway_build.s | 3 | | | | |
| PP_Highway_Skims.bat<br>(see also Highway_Skims.bat) | Highway_skims_am.s<br>Highway_skims_md.s<br>Modnet.s<br>CheckStationAccess.s<br>Highway_skims_mod_am.s<br>Highway_skims_mod_md.s<br>Joinskims.s<br>Remove_PP_Speed.s | 3 | | | | |
| Transit_Skim_All_Modes_Parallel.bat | parker.s<br>walkacc.s<br>autoacc5.s<br>transit_Accessibility.s<br>Transit_Skim_LineHaul_Parallel.bat<br>Transit_Skims_AB.s<br>Transit_Skims_BM.s<br>Transit_Skims_CR.s<br>Transit_Skims_MR.s | 5 | 12 | 21 | 30 | 39 |
| Transit_Fare.bat | prefarV23.s<br>Metrorail_skims.s<br>MFARE1.s<br>MFARE2.s<br>Assemble_Skims_MR.s<br>Assemble_Skims_BM.s<br>Assemble_Skims_AB.s<br>Assemble_Skims_CR.s | | 13 | 22 | 31 | 39 |
| Trip_Generation.bat | Demo_Models.s<br>Trip_Generation.s<br>Trip_Generation_Summary.s<br>Truck_Com_Trip_Generation.s | 6 | 14 | 23 | 32 | 41 |
| Trip_Distribution.bat | Prepare_Ext_Auto_Ends.s<br>Prepare_Ext_ComTruck_Ends.s<br>Trip_Distribution_External.s<br>Prepare_Internal_Ends.s<br>Trip_Distribution_Internal.s | 7 | 15 | 24 | 33 | 42 |
| Mode_Choice_Parallel.bat | MC_purp.bat => AEMS.EXE<br>mc_NL_summary.s | | 16 | 25 | 34 | 43 |
| Auto_Driver.bat | mc_Auto_Drivers.s | | 17 | 26 | 35 | 44 |
| PP_Auto_Drivers.bat | PP_Auto_Drivers.s | 8 | | | | |
| Time-of-Day.bat | Time-of-Day.s<br>Misc_Time-of-Day.s<br>Prepare_Trip_Tables_for_Assignment.s | 9 | 18 | 27 | 36 | 45 |
| Highway_Assignment_Parallel.bat | Highway_Assignment_Parallel.s | 10 | 19 | 28 | 37 | 46 |

00037190

| | | Speed Feedback Iteration | | | | |
|---|---|---|---|---|---|---|
| **Batch File** | **Scripts/Programs** | **PP** | **1** | **2** | **3** | **4** |
| Highway_Skims.bat | Highway_Skims_am.s<br>Highway_Skims_md.s<br>modnet.s<br>Highway_Skims_mod_am.s<br>Highway_Skims_mod_md.s<br>joinskims.s | 11 | 20 | 29 | 38 | 47 |
| Transit_Assignment_Parallel.bat | Combine_Tables_For_TrAssign_Parallel.s<br>Transit_Assignment_LineHaul_Parallel.bat<br>Transit_Assignment_AB.s<br>Transit_Assignment_BM.s<br>Transit_Assignment_CR.s<br>Transit_Assignment_MR.s | | | | | 48 |
| TranSum.bat | LineSum_*.ctl (such as<br>LineSum_Volume.ctl, or<br>lineSum_MR_access.ctl) | | | | | 49 |

# 5   Preparing to run the model

Before the travel model can be run, one must install the necessary software, as described in the next section.

## 5.1   Software installation and setting the Windows PATH environment variable

**Step 1:** Make sure you are logged on to your computer with administrator privileges, so you can install software (or ask your IT department to perform the installation).

At COG, you will need to be a member of these two groups: "Administrators" and "SophosAdministrator" (the second group is associated with antivirus software). In other agencies, there may be other requirements. Additionally, based on testing done at COG, the mode choice application program (AEMS.EXE) may not work if you are not part of the Administrators group.

**Step 2:** Verify that your computer is running a 64-bit version of Windows, since this is needed to install the 64-bit version of Cube Voyager (Cube Base is still 32-bit software).

<Windows key><Pause/Break> will bring up the System Properties window. The "System Type" should be listed as "64-bit Operating System." Alternatively, if you prefer using the command prompt, you can run the command "systeminfo | more":

- If you are running a 32-bit version of Windows, you will see "System Type: X86-based PC". This will not allow you to install the 64-bit version of Cube Voyager, so you will not be able to run the Ver. 2.3.75 model.
- If you are running a 64-bit version of Windows, you will see "System Type: x64-based PC".

On 64-bit versions of Windows

- 64-bit software, such as Cube Voyager, is stored here:    "C:\Program Files".

00037191

- 32-bit software, such as Cube Base, is stored here:        "C:\Program Files (x86)".

**Step 3:** Determine the number of cores on your computer.

Again, <Windows key><Pause/Break> will bring up the System Properties window. Here you can see the CPU type (e.g., "Intel Core i5-4590"). You can perform an internet search with this information to find the number of cores that are contained in your processor.

Also, if you open up the Task Manager (keyboard combination <CTRL><SHIFT><ESC>) and select the Performance tab, you can see the number of cores that the Windows operating system sees, as well as the number of logical processors (see Figure 12).



**Figure 12 Number of cores and logical processors**

In this example, Windows sees 20 cores and 40 logical processors. If the number of logical processors is double the number of cores, this means that Intel's Hyper-Threading Technology is turned on. Intel's

00037192

Hyper-Threading Technology allows each core to handle two threads, so the operating system (OS) will see twice as logical processors as the actual number of physical cores.

**Step 4:** Install Citilabs Cube Base and Cube Voyager software, according to the vendor's instructions. If you have purchased the license for Cube Cluster, this will also be installed at this point.

Once you have installed Cube Base, you can open it and click on help ("  ") and "About…", which should bring up a window like the following:



Figure 13 Citilabs Cube 6.4, "About" message window

From this window, we can see that we have installed Cube Base, version 6.4.1. The maintenance license expires in Feb. 2019. Cube sees 10 processors, even though this is on a computer with 20 cores and 40 logical processors.

If you are running the Ver. 2.3 Travel Model on a computer with fewer than 8 logical processors, you will need to follow the instructions in Table 19 (p. 84) before running the Ver. 2.3 Travel Model.

**Determining if you have Cube Cluster**: If you wish to determine whether a given computer includes a Cube Cluster license, open Cube Voyager and click the "About Voyager" button. If your computer has a Cube Cluster license, you should see "with Cluster License" (as shown in Figure 14).

00037193



Figure 14 "About Voyager": Presence of Cube Cluster license

According to Citilabs, the "Test Speed" button is no longer active. This window also shows 10 processors, even though this computer has 20 cores and 40 logical processors.

**Step 5:** Make sure that the version of PowerShell is 3.0 or higher. One may check their PowerShell version by using $PSVersionTable command in Windows PowerShell.



Figure 15 Windows PowerShell version

Most computers will likely be running Windows PowerShell 3.0 (or more recent), which comes preinstalled with Windows operating systems. If the version of PowerShell is 1.0 or 2.0, which may come with older versions of Windows, such as Windows XP or Windows Server 2008 SP1, the framework needs an upgrade to a more recent version. The steps to install a more recent Windows PowerShell version can be found in the Microsoft webpage "https://docs.microsoft.com/en-us/powershell/scripting/setup/installing-windows-powershell?view=powershell-6".

00037194

**Step 6:** If you do not already have one, install the text editor of your choice, such as Notepad++ or PSPad. Notepad++ is free and open source. PSPad is free but is not open source. Each of these text editors has it pluses and minuses, in terms of syntax highlighting, code folding, and other features, such as diffing two text files. Some non-open source text editors may include bloat-ware, which you may not want, so, when performing the installation, you need to be vigilant and de-select any options you do not want.

**Step 7:** (Optional) Install Cygwin (http://www.cygwin.com/). **Like Ver. 2.3.70, the Ver. 2.3.75 model does not need this software**. Nonetheless, some users may still choose to install this software, due to its ability to offer various Unix-like utility commands. This is a free, open source software package that provides a Linux-like environment for Windows. It provides a series of Unix-like command-line tools, such as head, tail, and which. Cygwin comes in two versions: a 32-bit version (setup-x86.exe) and a 64-bit version (setup-x86_64.exe). Normally, we would advise you to install the version that is appropriate for your computer. However, in the past, we have found that, in the 64-bit version of Cygwin, the head and tail commands did not seem to work correctly. **Consequently, if you choose to install Cygwin, we recommend that you install the 32-bit version of the software**.

1. Download the 32-bit version of Cygwin:  setup-x86.exe.
2. Double click the setup file to run. It will install a default set of packages. You can always add more in the future by rerunning the setup file.

Do not forget where this file is, since you might need to run it in the future to add or remove components from Cygwin. The recommended location is to place the file is in a folder in your "downloads" folder (e.g., C:\Users\<username>\downloads\cygwin). Once you have done this, you should create a shortcut to the setup file on the Windows Desktop so that you can find this file easily in the future. As an alternative, you can also store the setup file directly on the Windows Desktop. The disadvantage with this second location is that, during the installation procedure, Cygwin will place a folder of downloaded files on the Desktop, and this folder may have an odd name, such as "ftp%3a%2f%2fftp.gtlib.gatech.edu%2fpub%2fcygwin%2f".

**Step 8:** Set the Windows PATH environment variable.

Among other files, the 32-bit software folder (C:\Program Files (x86)\Citilabs\CubeVoyager) contains the following files:

```
10/01/2015  07:11 AM         3,416,528 CLUSTER.EXE
10/01/2015  07:44 AM           111,056 RUNTPP.EXE
10/01/2015  07:44 AM           415,744 TPPDLIBX.DLL
10/01/2015  07:44 AM           152,576 TPUTLIBC.DLL
```

By contrast, the 64-bit software folder (C:\Program Files\Citilabs\CubeVoyager) contains the following files:

```
10/01/2015  07:11 AM         4,206,544 CLUSTER.EXE
10/01/2015  07:45 AM           150,480 RUNTPP.EXE
10/01/2015  07:45 AM           373,712 VOYAGER.EXE
```

00037195

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*

```
10/01/2015  07:44 AM         511,488 TPPDLIBX.DLL
10/01/2015  07:44 AM         178,688 TPUTLIBC.DLL
```

AEMS.EXE requires the use of the two TP DLL files in the 32-bit folder (C:\Program Files (x86)\Citilabs\CubeVoyager), so the Windows PATH variable should point to that folder. However, the 32-bit folder contains the wrong version of Cluster and does not contain Voyager.exe at all. Luckily, when Voyager.exe is called using the "start /w" command, Windows knows how to find the correct version of Voyager (in this case, the only version of Voyager). Thus, as a minimum, you will want to add the following two paths to your Windows PATH environment variable:

| 64-bit version of Windows | Reason |
| --- | --- |
| C:\cygwin\bin | Needed to run Cygwin from the command line |
| C:\Program Files (x86)\Citilabs\CubeVoyager | Needed so that AEMS can find the two TP DLL files (Tppdlibx.dll and Tputlibc.dll) |

Additionally, the following paths might also be useful additions to your Windows PATH environment variable:

| 64-bit version of Windows | Reason |
| --- | --- |
| C:\Program Files (x86)\PSPad editor | To be able to open the PSPad text editor from the command line |
| C:\Program Files (x86)\WinMerge | To be able to open WinMerge from the command line |

Here are instructions for updating the Windows PATH environment variable:

Hold down these two keys simultaneously to bring up the Windows System Properties window:

<Windows key><Pause/Break key>

00037196

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*



Click "Advanced system settings."  Click the "Advanced" tab.



Click the "Environment Variables" button.

The lower half of this window contains "system variables."

00037197



Find the "Path" environment variable in the lower half of this window.



Click "Edit."

Add the Windows paths that you want. Add these to the end of the Path variable, using a semicolon (";") as the separator.

00037198

For example, this path:

`%SystemRoot%\system32;%SystemRoot%;%SystemRoot%\System32\Wbem;%SYSTEMROOT%\System32\WindowsPow erShell\v1.0\`

Would become this path:

`%SystemRoot%\system32;%SystemRoot%;%SystemRoot%\System32\Wbem;%SYSTEMROOT%\System32\WindowsPow erShell\v1.0\;C:\Program Files (x86)\Citilabs\CubeVoyager;C:\cygwin\bin`



Click "OK" three times.

To test whether Cygwin is working correctly, open a command window and type a Cygwin command, such as

`which ls`

Or

`tail --help`

To test Cube Voyager, type:

`start /w voyager`

Or

`cluster`

**Step 9:** Useful, but not essential: Install Winmerge and update the PATH environment variable to include:

C:\Program Files\WinMerge

**Step 10:** You may want to associate *.net files with Cube.exe. This will allow the file i4_assign_output.net to be opened in Cube automatically at the completion of a model run. You may also want to associate *.txt and *.rpt files with your preferred text editor. At the completion of a model run, the "run model" batch file tries to open several of these files (such as i4_Highway_Assignment.rpt). By setting up the desired file association, these files will be opened at the end of the model run using the desired text editor (versus the default Windows text editor, which is Notepad).

00037199

## 5.2   Preparing input files and calculating zonal percent-walk-to-transit values

After a person has requested the COG/TPB travel model from COG/TPB staff
(https://www.mwcog.org/transportation/data-and-tools/modeling/data-requests/), he or she will be
sent a transmittal memo and the actual travel model, including its inputs. If the user wants to simply run
the travel model for the years/scenarios that have been supplied by COG/TPB staff, then there is no
need to make any changes to the model inputs (This also pre-supposes that the user has required
hardware and software, as specified in this user's guide).

In the Ver. 2.3.66 travel model and earlier versions, one of the first steps in the run_modelSteps batch
file was to run the automated transit walkshed process: "call *ArcPy_Walkshed_Process.bat* %1". Due to
instabilities with ArcGIS and the ArcGIS runtime engine that is packaged with Cube, the automated
transit walkshed process is one of the model steps that is most likely to fail (premature stop or crash).
This is especially true with the ArcGIS runtime engine that comes with Cube 6.4.2. For this reason, when
we transmit the model to end users, the automated transit walkshed process is turned off (commented
out in the run_modelsteps batch file). This is not a problem for most users, since we provide in the
inputs folder the primary output file (areawalk) from the automated transit walkshed process. If,
however, a user wishes to make changes to the transit network, then we recommend uncommenting
this step to allow the automated transit walkshed process to run. The new transit walkshed process is
discussed in section 11 ("Building transit walksheds and calculating zonal walk percent") of this report,
beginning on p. 95.

# 6   Running the model

As noted in the "Hardware and software " section, the Version 2.3 Travel Model is implemented using
Citilabs Cube software. Cube Base is the graphical user interface (GUI) for the Cube suite of software.
Cube base can be used for editing Cube Voyage scripts, editing transportation networks, viewing matrix
files, managing network scenarios (Scenario Manager), and running travel models (Application
Manager). However, the Version 2.3 Travel Model is not launched using Cube Base's Application
Manager. Instead, the Version 2.3 Travel Model is implemented using a command-line interface (CLI)
that is initiated from a Windows command window (also called a DOS command window by some,
although DOS no longer exists).

## 6.1   Updating the Windows PATH environment variable

**It is important to update the Windows PATH environment variable,** as described in section 5.1
("Software installation and setting the Windows PATH environment variable").

The next section describes a simple example of how to run the travel model. Following that are two
sections that describe the wrapper batch file and the "run model steps" batch file in more detail.

## 6.2   Parent batch files

To run the Version 2.3 Travel Model (including Ver. 2.3.75), the user must edit two batch files and then
run one of the batch files, which, in turn, will call the other file. These two batch files are known as the
parent batch files, since they call a series of other batch files (known as the child batch files). The first

00037200

parent batch file is called the "wrapper" batch file or the "run model" batch file (an example can be seen in Figure 16). The second parent batch file is called the "run model steps" (formerly "run all") batch file (an example can be seen in Figure 17). In computer programming, the term "wrapper function" is used for a function whose main purpose is to call a second function and set up a computing environment for that second function. We are using this term in a similar vein, since the main purpose of our wrapper batch file is to call a second batch file (the "run model <u>steps</u>" batch file) and set up the running environment for the model run. Once the user has edited the two parent batch files with a text editor, the user launches the model run by launching the wrapper batch file either directly or within a command prompt window that is pointing to the root directory. For example, if the root directory is "C:\modelRuns\fy18\Ver2.3. 75_aqc_Vis2045", then **the user would open a command prompt window at this location and type the name of the "run model"/wrapper batch file and press Enter to execute it.** This process is described in more detail below, along with some preliminary information needed to make the model run correctly.

There is typically a "run model" batch file and a "run model steps" batch file for each scenario/year that is modeled, e.g.,:

```
run_Model_2019_Final.bat
run_ModelSteps_2019_Final.bat

run_Model_2021_Final.bat
run_ModelSteps_2021_Final.bat

run_Model_2025_Final.bat
run_ModelSteps_2025_Final.bat

run_Model_2030_Final.bat
run_ModelSteps_2030_Final.bat

run_Model_2040_Final.bat
run_ModelSteps_2040_Final.bat

run_Model_2045_Final.bat
run_ModelSteps_2045_Final.bat
```

**To launch a model run**, one needs to open a Windows command window that points to the location where you have placed the parent batch files (the so-called "root" folder). One way to do this is to open Windows Explorer (File Explore in some versions of Windows) and navigate to the root folder, and then select the root folder by clicking it once. In earlier versions of Windows, one would select the folder in the left pane, and then, with nothing selected in the right pane, one would use the mouse to **shift-right-click** in the right pane, selecting "Open Command Window Here." However, in newer versions of Windows, this action results in the option to "Open PowerShell window here." Since the model is currently not run under Windows PowerShell, one should not select this option. Instead, one can do one of the following:

00037201

- <u>Either</u>, open a command window using the Windows Start button, and change the directory to the desired directory by using the change directory (CD) command. One can copy the desired path from the address bar of the file explorer:



- <u>Or</u>, one can put the cursor in the address bar and type "cmd". This will open a command window whose current path is the path that had been in the address bar of the Windows file explorer:



The main drawback to using the second approach is that after one types cmd in the address box, the address box seems to no longer contain the original path, even though the Windows File Explorer still seems to show this location and the files stored in this location. Thus, after one types "cmd" in the address box, when one clicks in the box a second time, one will see this:



**Figure 16 "Run model" batch file for 2019_Final**

```
1    :: File location
2    :: Version 2.3.75
3    :: 2018-09-11 Tue 10:40 AM
4
5    set root=.
6    set scenar=2019_Final
7    set runbat=run_ModelSteps_2019_Final.bat
8    :: Environment variables for (multistep) distributed processing:
9    :: Environment variables for (intrastep) distributed processing:
10   ::      use MDP = t/f (for true or false)
11   ::      use IDP = t/f (for true or false)
12   ::      Number of subnodes:  1-3 => 3 subnodes and one main node = 4 nodes in total
13   set useIdp=t
14   set useMdp=t
15   :: AMsubnode & MDsubnode are used in highway_assignment_parallel.bat/s
16   set AMsubnode=1-4
17   set MDsubnode=2-4
18   :: subnode used in transit fare and transit assignment
19   :: We no longer use IDP in transit skimming, since it would require 16 cores
20   set subnode=1-3
```

00037202

```
21
22      :: This command will
23      ::  1) time the model run (using timethis.exe and the double quotes)
24      ::  2) redirect standard output and standard error to a file
25      ::  3) Use the tee command so that stderr & stdout are sent both to the file and the screen
26
27      timethis "%runbat%  %scenar%" 2>&1 | tee %root%\%scenar%\%scenar%_fulloutput.txt
28
29      :: Open up the file containing the stderr and stdout
30      if exist %root%\%scenar%\%scenar%_fulloutput.txt        start %root%\%scenar%\%scenar%_fulloutput.txt
31
32      :: Look four errors in the reports and output files
33      call searchForErrs.bat  %scenar%
34      :: Open up the file containing any errors found
35      if exist %root%\%scenar%\%scenar%_searchForErrs.txt  start %root%\%scenar%\%scenar%_searchForErrs.txt
36
37      :: Open up other report files
38      if exist %root%\%scenar%\i4_Highway_Assignment.rpt    start %root%\%scenar%\i4_Highway_Assignment.rpt
39      if exist %root%\%scenar%\i4_mc_NL_summary.txt          start %root%\%scenar%\i4_mc_NL_summary.txt
40      if exist %root%\%scenar%\i4_Assign_Output.net          start %root%\%scenar%\i4_Assign_Output.net
41      cd %scenar%
42      start powershell.exe -noexit -Command get-content i4_ue*AM_nonHov*txt -tail 1; get-content i4_ue*AM_hov*txt -tail 1;
43      get-content i4_ue*PM_nonHov*txt -tail 1; get-content i4_ue*PM_hov*txt -tail 1; get-content i4_ue*MD*txt -tail 1;
44      get-content i4_ue*NT*txt -tail 1
45      cd ..
46      move_temp_files_v6.bat %scenar%
47
48      :: Cleanup
49      set root=
50      set scenar=
51      set runbat=
52      set useIdp=
53      set useMdp=
54      set AMsubnode=
55      set MDsubnode=
56      set subnode=
```

**Figure 17 "Run model steps" batch file for 2019_Final**

```
1       :: Version 2.3.75
2       :: 2018-09-11
3       :: Version 2.3 TPB Travel Model on 3722 TAZ System
4
5       set _year_=2019
6       set _alt_=Ver2.3.75_2019_Final
7       :: Maximum number of user equilibrium iterations used in traffic assignment
8       :: User should not need to change this.  Instead, change _relGap_ (below)
9       set _maxUeIter_=1000
10
11      :: Not set transit constraint path and files
12      :: Current year no longer used to set the constraint
13
14      set _tcpath_=
15
16
17
18      :: UE relative gap threshold: Progressive (10^-2 for pp-i2, 10^-3 for i3, & 10^-4 for i4)
19      :: Set the value below
20
21      rem ====== Pump Prime Iteration =========================================
22
23      set _iter_=pp
24      set _prev_=pp
25      set _relGap_=0.01
26
27 REM call ArcPy_Walkshed_Process.bat %1
28      call Set_CPI.bat               %1
```

00037203

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*

```
29    call PP_Highway_Build.bat          %1
30    call PP_Highway_Skims.bat          %1
31    call Transit_Skim_All_Modes_Parallel.bat %1
32    call Trip_Generation.bat           %1
33    call Trip_Distribution.bat         %1
34    call PP_Auto_Drivers.bat           %1
35    call Time-of-Day.bat               %1
36    call Highway_Assignment_Parallel.bat     %1
37    call Highway_Skims.bat             %1
38
39    :: rem ====== Iteration 1 ======================================================
40
41    set _iter_=i1
42    set _prev_=pp
43
44    call Transit_Skim_All_Modes_Parallel.bat %1
45    call Transit_Fare.bat              %1
46    call Trip_Generation.bat           %1
47    call Trip_Distribution.bat         %1
48    call Mode_Choice_Parallel.bat        %1
49    call Auto_Driver.bat               %1
50    call Time-of-Day.bat               %1
51    call Highway_Assignment_Parallel.bat     %1
52    call Highway_Skims.bat             %1
53
54    :: rem ====== Iteration 2 ======================================================
55
56    set _iter_=i2
57    set _prev_=i1
58
59    call Transit_Skim_All_Modes_Parallel.bat %1
60    call Transit_Fare.bat              %1
61    call Trip_Generation.bat           %1
62    call Trip_Distribution.bat         %1
63    call Mode_Choice_Parallel.bat        %1
64    call Auto_Driver.bat               %1
65    call Time-of-Day.bat               %1
66    call Highway_Assignment_Parallel.bat     %1
67    call Average_Link_Speeds.bat       %1
68    call Highway_Skims.bat             %1
69
70    :: rem ====== Iteration 3 ======================================================
71
72    set _iter_=i3
73    set _prev_=i2
74    set _relGap_=0.001
75
76    call Transit_Skim_All_Modes_Parallel.bat %1
77    call Transit_Fare.bat              %1
78    call Trip_Generation.bat           %1
79    call Trip_Distribution.bat         %1
80    call Mode_Choice_Parallel.bat        %1
81    call Auto_Driver.bat               %1
82    call Time-of-Day.bat               %1
83    call Highway_Assignment_Parallel.bat     %1
84    call Average_Link_Speeds.bat       %1
85    call Highway_Skims.bat             %1
86
87    :: rem ====== Iteration 4 ======================================================
88
89    set _iter_=i4
90    set _prev_=i3
91    set _relGap_=0.0001
92
93    call Transit_Skim_All_Modes_Parallel.bat %1
94    call Transit_Fare.bat              %1
95    call Trip_Generation.bat           %1
96    call Trip_Distribution.bat         %1
```

00037204

```
97    call Mode_Choice_Parallel.bat      %1
98    call Auto_Driver.bat               %1
99    call Time-of-Day.bat               %1
100   call Highway_Assignment_Parallel.bat      %1
101   call Average_Link_Speeds.bat       %1
102   call Highway_Skims.bat             %1
103
104   :: rem ====== Transit assignment ============================================
105   @echo Starting Transit Assignment Step
106   @date /t & time/t
107
108   call Transit_Assignment_Parallel.bat %1
109   call TranSum.bat %1
110
111   @echo End of batch file
112   @date /t & time/t
113   :: rem ====== End of batch file =============================================
114
115   REM cd %1
116   REM copy *.txt MDP_%useMDP%\*.txt
117   REM copy *.rpt MDP_%useMDP%\*.rpt
118   REM copy *.log MDP_%useMDP%\*.log
119   REM CD..
120
121   set _year_=
122   set _alt_=
123   set _iter_=
124   set _prev_=
125   set _maxUeIter_=
126   set _relGap_=
```

127

### 6.2.1   Description of the "run model"/wrapper batch file

The first three lines of the "run model" batch file shown in Figure 16 are simply comments. Comments in batch files can be indicated using either a double colon ("::") or the word REM at the start of the line.[52] In line #5, we define a Windows environment variable called "root" and set its value to ".", which simply means the current directory location (i.e., the current directory where one has opened a command prompt). In line #6, we define an environment variable called "scenar" (scenario) and set its value to the model scenario/year we want to run (in this case, 2019_Final, but any string may be used, such as "2030_lowGrowth"). In line #7, we define an environment variable named "runbat" which is used to store the name of the "run model steps" batch file that we will use for the year-2019 model run. Lines 13-20 is where one sets the environment variables that control distributed processing. Distributed processing is covered in more detail later in this report.

**Line 27 is the actual line that runs the model**. The "timethis" command is used to time how long the command takes to run. In this case, the command being timed is the entire model run. The "2>&1" and "tee" sections of line 27 are explained next. When a program is run in a command-line interface, such as the Windows command window, there are two streams of output information: standard output and standard error. Standard output is information that the program supplies to a user while the program is running, such as messages about finishing a step, or the current TAZ number that is being processed. Standard error is information about errors that occur while running a program, for example, "file not

---

[52] A single colon (":") before a word indicates a label, which is often the target of a GOTO statement.

00037205

found." Normally, both the standard output stream and the standard error stream are sent to the screen (in this case, the Windows command window). However, since model run last many hours, it is not practical for a model user to watch the screen to see what messages occur during the model run. One solution is to redirect these two information streams to a file, instead of the screen, which allows one to review the contents of the file after the model run is completed. The "2>&1" keyword redirects both standard error and standard output to one file (in this case, the file ending with "_fulloutput.txt"). However, the drawback to this approach is that the model user will not see any real-time information on the screen, since all the information is being sent to a file. An alternate approach is to combine the use of "2>&1" with the "tee" command, which splits any stream of information into two streams of identical information. The result of using these two keywords together is that the standard output and standard error streams are sent both to the screen and to a file at the same time. Line 30 simply opens, at the conclusion of the model run, the file containing the standard output and standard error information. The Tee.exe utility program is part of the Windows 2000 Resource Kit.

Line 33 calls a batch file that searches reports and output files for certain errors. Line 35 simply opens this file containing the listing of errors. It should be noted that this file was mainly used for model development, **so it contains little useful information for the average model user. For the average model users, the key file to review is the one that combines the standard output and error information ("_fulloutput.txt")**.

Lines 38 through 40 contain commands which opens other report files, after the model run has completed**. Line 42** (which is so long that it stretches over three lines in Figure 16) contains a PowerShell command that opens a window showing some summary convergence metrics for traffic assignment. **Lastly, line 46 runs the cleanup process**, which divides model output files into two sets: files to keep and temporary files that can be deleted. At the completion of a model run, there are about 26 GB of output files, many of which are temporary or non-final versions of files. The move_temp_files_v6.bat batch file creates the folder "temp_files" and moves about 16 GB of the 26 GB of files to the temp_files folder. **To save disk space, the user can then either delete the temp_files folder or the contents of the temp_files folder** (such as using Windows File Explorer). The advantage of deleting the *contents* of the temp_files folder, but not the folder itself, is that, in multi-user environments, it will be apparent to other model users that the cleanup process has already been run.

### 6.2.2    Description of the "run model steps" batch files

As stated earlier, there is a "run model steps" batch file for each model run scenario/year. In previous versions of the travel model, such as Ver 2.3.70, these "run model steps" batch files were structured to implement three special modeling procedures:

1. Metrorail constraint to and through the regional core.
2. HOT3+: HOT lanes with free access for HOV3+ (e.g., I-495 and I-95 Express Lanes).
3. HOT2+: HOT lanes with free access for HOV2+ (e.g., I-66 inside the Beltway for 2017-2020).

However, as explained in sections 1.3 and 2.4, starting with the Ver. 2.3.75 model, COG/TPB staff has eliminated the use of the Metrorail constraint to and through the regional core and also the HOV3+ skim

00037206

substitution technique for modeling HOT lanes. These changes simplify the development of the "run model steps" batch files, since we now use the same batch file structure for all scenarios of Ver 2.3.75. The setup now excludes HOV2 and HOV3+ skim replacement and the Metrorail constraint procedures (in the past, the Metrorail constraint procedure required extra attention for modeled years after 2020, which had been the constraint year in the past).

Table 14 shows the key changes in three scenario representatives of Ver. 2.3.70 and Ver 2.3.75. For example, the HOV3+ skim replacement procedure, which was invoked in Ver 2.3.70 in the model run representing year-2019 conditions (since HOT lanes existed in that scenario), is not called in Ver 2.3.75. Similarly, the Metrorail constraint and the HOV3+ skim replacement components are not invoked in the year-2040 model run from Ver 2.3.75. **Thus, a "base" scenario is not needed; only a "final" scenario is now needed to run any modeled year**. The final scenario can be called "2019_final" or simply "2019". In Ver 2.3.75, the environment variable "_tcpath_" (transit constraint path) is set to blank/null for all scenarios since the Metrorail constraint path is not needed. Also, the HOV3+ skim substitution/replacement technique is not used in the "run model steps" batch files of all scenarios, this means that the "_HOV3PATH_" environment variable is removed (see Figure 17). Although 2020 is not a conformity year in Visualize 2045, Table 14 still shows the differences between 2020_final scenario model-step batch files of these two versions.

00037207

**Table 14 Summary of differences to the "run model steps" batch files for the years 2019, 2020, and 2045 in Ver 2.3.70 and Ver 2.3.75**

| | Year / Scenario model runs | | Metrorail constraint through regional core? | | HOV2+ skim substitution technique for modeling HOT lanes? | | HOV3+ skim substitution technique for modeling HOT lanes? | |
|---|---|---|---|---|---|---|---|---|
| | V2.3.70 | V2.3.75 | V2.3.70 | V2.3.75 | V2.3.70 | V2.3.75 | V2.3.70 | V2.3.75 |
| **2019** | 2019_base | N/A | Not used (2020 is constraining year) i.e., "set _tcpath_=" | N/A | N/A | N/A | No (Base HOV3+ skims are estimated) i.e., "set _HOV3PATH_=" | N/A |
| | 2019_final | 2019_final | Not used (2020 is constraining year) i.e., "set _tcpath_=" | Not used "set _tcpath_=" | N/A | N/A | Yes (Base HOV3+ skims are used from the "base" run) i.e., "set _HOV3PATH_=..\2019_base" | Removed |
| **2020** | 2020_base | N/A | 2020 is the year used to set the constraint, but no change is made to batch file i.e., "set _tcpath_=" | N/A | No (Base HOV2&3+ skims are estimated) i.e., "set _HOV3PATH_=" | N/A | No (Base HOV3+ skims are estimated) i.e., "set _HOV3PATH_=" | N/A |
| | 2020_final | 2020_final | 2020 is the year used to set the constraint, but no change is made to batch file i.e., "set _tcpath_=" | Not used "set _tcpath_=" | Yes (Base HOV2&3+ skims are used from the "base" run) i.e., "set _HOV3PATH_=..\2020_base" | Removed | Yes (Base HOV3+ skims are used from the "base" run) i.e., "set _HOV3PATH_=..\2020_base" | Removed |
| **2040** | 2040_base | N/A | Yes e.g., "set _tcpath_=..\2020_final" | N/A | N/A | N/A | No (Base HOV3+ skims are estimated) i.e., "set _HOV3PATH_=" | N/A |
| | 2040_final | 2045_final | Yes e.g., "set _tcpath_=..\2020_final" | Removed "set _tcpath_=" | N/A | N/A | Yes (Base HOV3+ skims are used from the "base" run) i.e., "set _HOV3PATH_=..\2040_base" | Removed |

Regarding the 2040_final scenario, whose "run model steps" batch file is shown in Figure 18, Table 14 shows that Ver. 2.3.75 is not using the Metrorail constraint process anymore. Thus, there are four changes to the batch file shown in Figure 18. These changes are ==highlighted in yellow==. First, the "_tcpath_" environment variable is no longer set to the location containing the Metrorail trips for the constraint year, 2020 (see line 16 in Figure 18). Although we could have removed this command entirely from the batch file, we have chosen to leave it there, but with a blank argument, in case, in the future, there would be a need to re-apply the Metrorail constraint. Second, line 32 of Figure 18 is highlighted to indicate that *PP_Highway_Skims.bat* has been modified to adding a check to ensure that no rail stations are disconnected from the road network. Third, the lines that call the Metrorail constraint mode choice process ("call *Mode_Choice_TC_V23_Parallel.bat*") have been changed to apply the mode choice process without constraint ("call *Mode_Choice_Parallel.bat*"). These changes have been highlighted in lines 50, 65, 82, and 99 in Figure 18. Fourth, regarding the modeling of HOT lanes, Table 14 shows us that, a "final" scenario is no longer needed to apply the HOV3+ skim substitution/replacement technique, so we no longer need to designate the location of the HOV3+ baseline skims. Thus, the "_HOV3PATH_" environment variable is removed and the *Highway_Skims.bat* is used instead of *HSR_Highway_Skims.bat* (see lines 39, 54, 70, 87, and 104 in Figure 18).

**Figure 18 "Run model steps" batch file for 2040_final**

```
1   :: File location
2   :: Version 2.3.75
3   :: 2018-09-10 Mon 03:40 PM
4
5   :: Version 2.3 TPB Travel Model on 3722 TAZ System
6
7   set _year_=2040
8   set _alt_=Ver2.3.75_2040_Final
9   :: Maximum number of user equilibrium iterations used in traffic assignment
10  :: User should not need to change this.  Instead, change _relGap_ (below)
11  set _maxUeIter_=1000
12
13  :: Not set transit constraint path and files
14  :: Current year no longer used to set the constraint
15
16  set _tcpath_=
17
18
19
20  :: UE relative gap threshold: Progressive (10^-2 for pp-i2, 10^-3 for i3, & 10^-4 for i4)
21  :: Set the value below
22
23  rem ====== Pump Prime Iteration =========================================
24
25  set _iter_=pp
26  set _prev_=pp
27  set _relGap_=0.01
28
29  REM call ArcPy_Walkshed_Process.bat %1
30  call Set_CPI.bat              %1
31  call PP_Highway_Build.bat     %1
32  call PP_Highway_Skims.bat     %1
33  call Transit_Skim_All_Modes_Parallel.bat %1
34  call Trip_Generation.bat      %1
35  call Trip_Distribution.bat    %1
36  call PP_Auto_Drivers.bat      %1
37  call Time-of-Day.bat          %1
38  call Highway_Assignment_Parallel.bat    %1
```

00037209

```
39    call Highway_Skims.bat           %1
40
41    :: rem ====== Iteration 1 ================================================
42
43    set _iter_=i1
44    set _prev_=pp
45
46    call Transit_Skim_All_Modes_Parallel.bat %1
47    call Transit_Fare.bat            %1
48    call Trip_Generation.bat         %1
49    call Trip_Distribution.bat       %1
50    call Mode_Choice_Parallel.bat        %1
51    call Auto_Driver.bat             %1
52    call Time-of-Day.bat             %1
53    call Highway_Assignment_Parallel.bat     %1
54    call Highway_Skims.bat           %1
55
56    :: rem ====== Iteration 2 ================================================
57
58    set _iter_=i2
59    set _prev_=i1
60
61    call Transit_Skim_All_Modes_Parallel.bat %1
62    call Transit_Fare.bat            %1
63    call Trip_Generation.bat         %1
64    call Trip_Distribution.bat       %1
65    call Mode_Choice_Parallel.bat        %1
66    call Auto_Driver.bat             %1
67    call Time-of-Day.bat             %1
68    call Highway_Assignment_Parallel.bat     %1
69    call Average_Link_Speeds.bat     %1
70    call Highway_Skims.bat           %1
71
72    :: rem ====== Iteration 3 ================================================
73
74    set _iter_=i3
75    set _prev_=i2
76    set _relGap_=0.001
77
78    call Transit_Skim_All_Modes_Parallel.bat %1
79    call Transit_Fare.bat            %1
80    call Trip_Generation.bat         %1
81    call Trip_Distribution.bat       %1
82    call Mode_Choice_Parallel.bat        %1
83    call Auto_Driver.bat             %1
84    call Time-of-Day.bat             %1
85    call Highway_Assignment_Parallel.bat     %1
86    call Average_Link_Speeds.bat     %1
87    call Highway_Skims.bat           %1
88
89    :: rem ====== Iteration 4 ================================================
90
91    set _iter_=i4
92    set _prev_=i3
93    set _relGap_=0.0001
94
95    call Transit_Skim_All_Modes_Parallel.bat %1
96    call Transit_Fare.bat            %1
97    call Trip_Generation.bat         %1
98    call Trip_Distribution.bat       %1
99    call Mode_Choice_Parallel.bat        %1
100   call Auto_Driver.bat             %1
101   call Time-of-Day.bat             %1
102   call Highway_Assignment_Parallel.bat     %1
103   call Average_Link_Speeds.bat     %1
104   call Highway_Skims.bat           %1
105
106   :: rem ====== Transit assignment ========================================
```

00037210

```
107    @echo Starting Transit Assignment Step
108    @date /t & time/t
109
110    call Transit_Assignment_Parallel.bat %1
111    call TranSum.bat %1
112
113
114
115    @echo End of batch file
116    @date /t & time/t
117    :: rem ====== End of batch file =========================================
118
119    REM cd %1
120    REM copy *.txt MDP_%useMDP%\*.txt
121    REM copy *.rpt MDP_%useMDP%\*.rpt
122    REM copy *.log MDP_%useMDP%\*.log
123    REM CD..
124
125    set _year_=
126    set _alt_=
127    set _iter_=
128    set _prev_=
129    set _maxUeIter_=
130    set _relGap_=
```

All two of the "run model steps" batch files (Figure 17 and Figure 18) apply the progressive relative gap procedure by using the "_relGap_" environment variable. For example, the relGap variable starts at a value of 0.01 (10^-2) on line 27 in Figure 18, and then changes to 0.001 (10^-3) on lines 76, before attaining the final value of 0.0001 (10^-4) on line 93 in speed-feedback iteration 4. This is covered in more detail in the text surrounding both Table 6 and Table 86.

## 6.3   Running the model:  An example

This section provides an example of how to run the travel model for the year 2019 (named "2019_final") using the travel model package that is typically transmitted to external users. It is assumed that the user has copied the transmitted model into the folder where it will be run and did not modify any input files or folder names. The top-level folder is referred to as the "root" folder and typically has a name referring to the travel model version and the specific modeling project (e.g. "Ver2.3. 75_aqc_Vis2045"). The root folder contains all the batch files and modeling folders (shown in Figure 11). The folder/subdirectory called "2019_final" is referred to as the "outputs" folder or the "scenario-specific" folder. It should also be noted that, to follow the steps below, one should have followed all the steps in Chapter 5 ("Preparing to run the model"). It is also assumed that you are not making any changes to the default parallel processing setup in the model, which requires a computer with eight cores. Otherwise, see instructions found in Table 19 on p. 84.

1. Ensure that the root folder has the two parent batch files:
   a. *run_Model_2019_final.bat*, which is known as the wrapper batch file or the "run model" batch file.
   b. *run_ModelSteps_2019_final.bat*, which is known as the "run model steps" batch file.
2. These two batch files are ready to go and should not need any editing for a normal model run. However, the general practice would be to open the wrapper file in a text editor (do not double click it, since this will launch the model run) and check the following:

00037211

a. The "root" environment variable should be set equal to "." (which means the current working directory, i.e., the current folder in your command window)

b. The "scenar" environment variable should be set equal to "2019_final"

c. The "runbat" environment variable should be set equal to "*run_ModelSteps_2019_final.bat*" (which is the relevant "run model steps" batch file)

d. Other environment variables, such as those used for distributed processing, are explained in the chapter on parallel processing.

3. Open a command window and navigate to the root folder OR

   Use Windows Explorer/File Explorer to navigate to the root folder using the method described in section 6.2 ("Parent batch files"), which begins on page 57).

4. Type "*run_Model_2019_final.bat*" (without the quotes) and hit Enter.

The model run should begin, and the user should see numerous commands scrolling in the command window.

00037212

00037213

# 7  Summarizing model output and other utilities

## 7.1  Summary Scripts

In addition to the model, the user is provided with a number of summary scripts, which may be helpful in analyzing the model output. These are listed in Table 15.

**Table 15 Travel Model Summary Scripts**

| Summary script | Description | Folder |
|---|---|---|
| COMPARE_NL_MC.S | Compares **estimated** mode choice results between two different model runs. | summary |
| COMPARE_NL_MC_Cube61vsCube64.S | Compares **estimated** mode choice results between two different model runs. | summary |
| COMPARE_NL_MC_Expanded_Alt_V23_52_minus_Base_V23_39.S | Compares alternative developed with V2.3.52 and base developed with V.2.3.39. Such a script is needed because naming conventions for output files changed between Build 39 and Build 52. | summary |
| Compare_Trip_Distribution.s | Compares **estimated** trip distribution to **observed** trip distribution from HTS | summary |
| Diff_Plots_Rev2.s | Plots volume differences between two input networks | summary |
| Retrieve_Pros_SubAreas.s | Summarize estimated productions and attractions by purpose and mode. | summary |
| Screen_Analysis.s | Performs analysis of traffic assignment volumes by screenline | summary |
| Summarize_2007_2040_Screenlines.s | Compares estimated screenlines volumes in 2007 and 2040 | summary |
| Summarize_Est_Obs_Volume_Daily.s | Compares **estimated** daily traffic volumes on select links to **observed** counts. Also compares estimated and **observed** daily screenline volumes. | summary |
| Summarize_Est_Obs_Volume_Period.s | Compares **estimated** AM, MD, PM, and NT volumes on select links to **observed** counts. | summary |
| view_from_space_v2.3.75.s | Creates global summary of demographic info, trips, and VMT. | summary |
| RMSE_Calc.s | Creates summaries of link counts and percent root mean squared error between estimated link volumes and observed counts. | assignment_summary |
| ScreenLine_Summary.s | Merges counts on to a network. | assignment_summary |
| TVOLDIF_Plot.s | Plots volume differences between two input networks | assignment_summary |

00037214

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*

Additionally, the program LineSum.exe is used for summarizing the transit assignment (see Chapter 24 ("Transit Assignment, Including Summary Process (LineSum)").

## 7.2 Utilities

The Version 2.3 Travel Model requires many input files in various file formats. One of the file formats is dBase or DBF. Compared to space-delimited text files, DBF files have several advantages (e.g., fields do not mistakenly run together when values become large), but DBF files can also have some drawbacks, e.g., they can be difficult to create, and it can be difficult to compare two DBF files. On this second issue, there are several utilities for comparing or "diffing" text files (such as the Unix/Linux `diff` command, WinDiff, WinMerge, PSPad, and Notepad++), but it is more difficult to find programs that allow one to compare DBF files. To facilitate such comparison, a member of the TPB staff, Feng Xie, has developed a utility, known as the DBF Converter (DBF_Converter_v3.2.xls) that enables the user to convert DBF files to text files in comma-separated variable (CSV) format. This conversion can also be done within Cube (using File > Export). Once the files are converted to CSV format, it is easier to compare or "diff" them using other existing utilities. TPB staff is making this DBF converter available to users of the regional travel model to aid in checking/comparing input files.

Using the DBF converter, the user has the option of converting all DBF files in a directory or a select subset of the files. This utility requires Microsoft Office Excel software.

To begin the process, the user double clicks on the converter file/icon (DBF_Converter_v3.2.xls), which will open an Excel spreadsheet. In the center of the spreadsheet, there is a "Start" button. Before clicking on this button, the user has to enable the button by clicking on the "Options…" button:



When prompted, the user will have to click "Enable this content" and "OK":



---

7. Summarizing model output and other utilities                                          72

Now, the user can click on the "Start" button:



This will result in the following pop-up window prompting the user to enter the input folder, output folder, and the file name filter string(s):



The input folder must contain the DBF files that the user wishes to convert. The output folder is the folder where the newly created CSV files will be placed. The Input/Output folders can be specified by either by clicking the "Browse" button or by typing/pasting in the text boxes. Once the user has selected the input and output folders, he or she may wish to specify a file name filter string. The filter string textbox allows multiple filter strings, separated by spaces. If the user would like to convert all DBF files in the input folder, then the "File Name Filter String(s)" field should be left blank.[53] However, if the user wishes to convert only one DBF file or only a subset of DBF files in the input folder, he or she should specify either a full or partial file name. When the fields are filled, the user needs to press the "Convert" button. Once the conversion process is complete, the user will see a pop-up window stating that the DBF file(s) were converted successfully.

---

[53] Note, however, that this can take several minutes, since there are over 100 files.

00037216

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*



Once the converter has run, the user can find the newly created CSV file(s) in the specified output folder.

00037217

# 8   Use of parallel processing to reduce model run times

## 8.1   Model run times

In the period from 2008 to 2011, when COG/TPB staff had first transitioned from the Version 2.2 Travel Model to the Version 2.3 Travel Model, we noticed that the Version 2.3 model required much longer run times. For example, using a server bought in 2009 (such as COG's travel model server 3, or tms3), a run of the Ver. 2.2 Travel Model took 15-20 hours, whereas a run of the Version 2.3 Travel Model required about 80-90 hours initially (a factor of 4.5 times or 350%), which was later reduced to about 30 hours in 2012 by using Cube Cluster, Citilabs' implementation of distributed processing. On a newer travel model server, such as tms8 or tms7, the model run time is about 13 - 17 hours.

There are several reasons why the Version 2.3 Travel Model, when it was first developed, had such long run times, compared to its predecessor, the Version 2.2 Travel Model. First, the number of transportation analysis zones (TAZs) increased from 2,191 to 3,722. This represents a 70% increase in the number of TAZs and a 189% increase in matrix sizes used to store trip tables and travel time skims ($3,722^2/2,191^2$). The other factors causing longer run times are associated mainly with refinements to the Version 2.2 traffic assignment process:

- The number of time-of-day periods went from three (AM, PM, and off peak) to four (AM, midday, PM, night/early morning)
- The number of user classes went from five to six (an explicit commercial-vehicle user class has been added);
- The number of traffic assignments has increased. The Version 2.2 Travel Model had originally used three traffic assignments, one for each time-of-day period (AM, PM, and off peak). Later versions of the Version 2.2 Travel Model split the peak assignments into two groups (HOV3+ and non-HOV3+, the so called "two step traffic assignment"), resulting in the five assignments shown in the left-hand column of Table 16. In the Version 2.3 Travel Model, the off-peak period has been further split into two parts: midday and night/early morning. So, the number of traffic assignments has increased from five in Version 2.2 to six in Version 2.3.
- Higher convergence thresholds
  - In the Version 2.2 model, all five traffic assignments were run with 60 user equilibrium (UE) iterations. This resulted in a range of relative gaps values, from a low value of 1.10 x $10^{-4}$ (0.0001) for the AM HOV3+ assignment to a high of 1.19 x $10^{-2}$ (0.0119) for the AM non-HOV3+ assignment.[54][55]
  - In the Version 2.3 model, prior to Build 52, all six traffic assignments were run to either a relative gap of 0.001 (1 x $10^{-3}$) or 300 user equilibrium iterations, whichever came first.

---

[54] From a model run representing year-2002 conditions from the air quality conformity determination of the 2009 CLRP/FY 2010-2015 TIP.
[55] The modeler can check the relative gap by consulting the highway assignment report file for the final speed feedback iteration (i.e., i4_Highway_Assignment.rpt). The variable is called RELGAP.

00037218

For travel model versions 2.3.52 through 2.3.75, we use a **progressively tightening relative gap** procedure, which is described in more detail later in this chapter.

**Table 16 Five traffic assignments in the Version 2.2 travel model became six in the Version 2.3 travel model**

| Version 2.2 model: Five assignments | Version 2.3 model: Six assignments |
|---|---|
| AM Non-HOV3+ | AM Non-HOV3+ |
| AM HOV3+ | AM HOV3+ |
| PM Non-HOV3+ | PM Non-HOV3+ |
| PM HOV3+ | PM HOV3+ |
| Off peak | Midday |
| | Night and early morning |

## 8.2   Use of parallel processing to reduce model run times

One way to reduce model run times is to buy quicker hardware. However, there are limits to this approach, given the recent trend of chip makers, such as Intel, to focus less on increasing clock speeds and focus more on increasing the number of cores (i.e., the capacity) of computer processors. As evidence of this trend, one of COG's travel model servers, tms6, has a processor whose clock speed is 16% *slower* than that of its predecessor (travel model server #5, or tms5). By contrast, the number of cores has gone from 12 physical cores (24 virtual cores with Hyper-Threading) in tms5 to 16 physical cores (32 virtual cores with Hyper-Threading) in tms6. Consequently, we have focused on achieving run time reductions via the software side of the equation. COG's newest travel model server, tms8, has a clock speed of 3.2 GHz, has two processors, each with 12 physical cores, which, with Hyper-Threading turnd on, appears to the operating system as 48 logical processors (virtual cores), as noted in Table 7.

We use the term "parallelization" to mean running two or more processes or threads in parallel. By running two or more steps in parallel, one can reduce model run time. A common way to achieve this parallelization is by using distributed processing, which essentially distributes the computing load across multiple computer processors or cores. These computer processors/cores could be in separate computers (linked by a local area network or LAN) or could be on one computer that has multiple cores. Citilabs has its own implementation of distributed processing called Cube Cluster, which is an add-on component of Cube Voyager. There are two forms of distributed processing available in Cube Cluster:

- "Intrastep distributed processing (IDP): This type of distributed processing works by breaking up zone based processing in a single step into zone groups that can be processed concurrently on multiple computing nodes. Currently only the Matrix and the Highway programs are available for IDP."[56]
- "Multistep distributed processing (MDP): This type of distributed processing works by breaking up blocks of one or more modeling steps and distributes them to multiple computing nodes to process. This can be used for any program in Cube Voyager as well as user-written programs

---

[56] Citilabs, Inc., "Cube Voyager Reference Guide, Version 6.4.1" (Citilabs, Inc., September 30, 2015), 1124–25.

00037219

with the caveat that the distributed blocks and the mainline process must be logically independent of each other."[57]

The Version 2.3. Travel Model uses both IDP and MDP, and uses a third method of parallelization that is already part of the Windows operating system: Running programs in parallel using multiple concurrent command windows.

### 8.2.1   Background and terminology

A computer contains a central processing unit (CPU), which is also known as a chip or processor. Modern CPUs are often divided into two to ten. A core functions as a separate processor, so, to an operating system, a computer with two CPUs is the same as a computer with one CPU divided into two cores. The two biggest chip manufacturers for computers running the Microsoft Windows operating system are Intel and AMD. COG/TPB staff has run the Version 2.3 Travel Model on only computers with Intel chips, but the model should run on computers with any Intel-like chip, such as AMD. Some Intel chips feature a technology known as Hyper-Threading. When Hyper-Threading technology is enabled on the chip, the operating system sees double the number of cores. So, if your computer has four cores and Hyper-Threading is enabled, the operating system will see eight virtual cores (or "logical processors"), thus doubling your CPU capacity. **Thus, a computer with one CPU that contains four cores and has Hyper-Threading enabled, should be able to run the Version 2.3 Travel Model "out of the box" without making changes to the "run model"/wrapper batch file, since such a computer has eight virtual cores.**[58] When a computer executes a task, it uses a process or "thread." In general, one process or thread runs on one processor or core. The operating system (Microsoft Windows) chooses the actual physical core to use when running a process. If one opens the Resource Manager within Windows Task Manager, one can see that the operating system appears to randomly move the task from one core to the next until the process completes, but the user need not focus on this detail. Cube Base documentation does briefly discuss Hyper-Threading.[59]

In Cube Cluster parlance, a set of processors that can be used for a computing task, whether they exist in one computer or a network of computers is called a "cluster." Any individual processor or core is called a "computing node" or simply a "node." Cube Cluster, which is a part of Cube Voyager, allows the nodes in the cluster to communicate, so that they can work together, essentially running in parallel, to accomplish a computing task. Citilabs originally wrote Cube Cluster with the idea that users would want to harness the power of multiple, run-of-the-mill PCs that were networked together using a local area network (LAN). However, COG/TPB staff has not used Cube Cluster in that way. Instead, COG/TPB staff has harnessed the power of Cube Cluster by running on one computer (server) at a time, by virtue of the

---

[57] Citilabs, Inc., 1125.

[58] According to one external user who had a computer with only four cores (though it was not clear whether these were physical cores or virtual cores), the user found that the model crashed at the mode choice step. This was likely due to the fact that the default configuration of the model is designed to run five concurrent mode choice runs. However, this user was able to follow the procedures listed in Table 19 to get the model to run on the four-core computer.

[59] Citilabs, Inc., "Cube Base Reference Guide, Version 6.4.1" (Citilabs, Inc., September 30, 2015), 10–11.

00037220

fact that the computer contained multiple cores. If you are running Cube Cluster across multiple computers, you would have a main computer, known as the "main node," and one or more helper computers, known as "sub-nodes" (or "subnodes"). When running Cube Cluster in a single computer with multiple cores, the "main node" and "sub-nodes" would then exist within the same CPU. So, continuing with the single-computer scenario, the user can think of a model run as occurring on a "main node" (which is simply one of the cores on the CPU), and the main node can then call upon one or more sub-nodes (other cores on the CPU) to make use of IDP or MDP.

### 8.2.2    Effect of Cube Cluster on modeled results

It should be noted that **using Cube Cluster can result in numerical rounding which can affect model results**. For instance, COG/TPB staff found that the use of IDP resulted in a very small change in the estimated VMT coming out of the travel model.[60]  As part of a series of test conducted in 2011, COG/TPB staff conducted two model runs:  1) a year-2007 traffic assignment with IDP using 4 cores; and 2) a year-2007 traffic assignment without IDP (i.e., one core). COG/TPB staff then calculated the VMT difference between the two runs at the regional level, the jurisdiction level, and the link level. At the regional level, the use of IDP had almost no effect on modeled results – it resulted in only a 1/100th to 3/100ths of a percent drop in estimated VMT (slide 25). At the jurisdiction level, the use of IDP also resulted in almost no difference in estimated VMT – the difference was as large as 9/100ths of a percent for some jurisdictions (slide 27). At the link level, however, the use of IDP resulted in several cases where the VMT difference was above 20% (slide 29). Fortunately, the links with the largest volume differences were the lower-class facilities (e.g., not freeways). Both runs were done as part of the full travel model and both were done using Cube Voyager/Cluster version 5.1.2. Newer versions of Cube Voyager/Cluster are now available (e.g., COG is now using 6.4.1), but COG/TPB staff have not re-tried the sensitivity test with the newer versions of Cube Voyager. COG/TPB staff shared these results with Citilabs and, in 2012, Citilabs updated its documentation to note this rounding phenomenon. For example, in the Cube 6.4.1 Cube Voyager Reference Guide from 2015: "Use of Cluster can have a very small effect on volumes generated by the HIGHWAY program. During the ADJUST phase, when iteration volumes are combined, the final assigned volumes might vary slightly over different numbers of cluster nodes."[61]

### 8.2.3    History of adding parallelization to the Version 2.3 Travel Model

In Build 16 of the Version 2.3 Travel Model (Ver. 2.3.16), COG/TPB staff added IDP to the highway assignment script. Staff set the travel model up to use four cores, and, based on the findings of various tests, staff recommended that users who wanted to replicate COG results also use four cores. In Builds 20 through 24 of the Version 2.3 Travel Model, COG/TPB staff added IDP to other modeling steps, such as *MFARE2.s*, *Time-of-Day.s*, and the transit skimming scripts. In 2012, COG asked for AECOM's assistance to further reduce model run times. AECOM suggested model changes that introduced MDP to

---

[60] See slides 25-32 of Ronald Milone and Mark S. Moran, "TPB Version 2.3 Travel Model on the 3,722-TAZ Area System:  Status Report" (May 20, 2011).
[61] Citilabs, Inc., "Cube Voyager Reference Guide, Version 6.4.1," 1129.

00037221

the travel model.[62]  Now, in addition to using four cores for IDP traffic assignment, the use of MDP allowed two traffic assignments to run in parallel (thus, 8 cores would be in use, but only 4 in each of the two IDP sessions). COG/TPB staff incorporated these AECOM recommendations into Build 40 of the Version 2.3 Travel Model (Ver. 2.3.40), and these same parallelization enhancements, such as the use of both IDP and MDP, also exist in the Version 2.3.52 Travel Model and later models.

### 8.2.4    Implementation of parallelization in the Version 2.3.52 through 2.3.75 travel models

The Version 2.3.52 Travel Model (and later models, including Ver. 2.3.75) has three types of parallelization to help minimize run times:

- Cube Cluster intra-step distributed processing (IDP)
- Cube Cluster multi-step distributed processing (MDP)
- Windows operating system:  Running programs in parallel using multiple concurrent command windows

IDP is used in three modeling steps:

- Highway assignment (*Highway_Assignment_Parallel.s*)
- Transit fare development (*MFARE2.S*)
- Transit assignment (*Combine_Tables_For_TrAssign_Parallel.s*)

By contrast, MDP is used for only one step:  Highway assignment (*Highway_Assignment_Parallel.s*). In other words, **highway assignment uses both IDP and MDP**. The model is set up to use four cores in IDP, and, using MDP, there are two concurrent IDP sessions: A main node, which uses four cores via IDP, and a sub-node, which also uses four cores via IDP. **This combination of IDP and MDP means that highway assignment uses 8 cores concurrently for processing**.

Lastly, running programs in parallel by using multiple concurrent command windows is used for three modeling steps:

- Transit skimming (command windows invoked by *Transit_Skim_All_Modes_Parallel.bat*)
- Mode choice (command windows invoked by *Mode_Choice_Parallel.bat*)
- Transit assignment (command windows invoked by *Transit_Assignment_Parallel.bat*)

**IDP**, which works only for the MATRIX or HIGHWAY modules of Cube Voyager, is implemented in a Cube Voyager script using **a single line of code**, such as this from the *Highway_Assignment_Parallel.s* script:

```
distributeIntrastep processId='AM', ProcessList=%AMsubnode%
```

---

[62] For more details, see AECOM and Stump/Hausman Partnership, "FY 2012 Draft Final Report, COG Contract 12-006: Assistance with Development and Application of the National Capital Region Transportation Planning Board Travel Demand Model" (National Capital Region Transportation Planning Board, Metropolitan Washington Council of Governments, July 13, 2012), chap. 5, http://www.mwcog.org/uploads/committee-documents/aV1dWVhb20120720132722.pdf.

00037222

By contrast, **MDP** is implemented in a Cube Voyager script using **an MDP block of code**. The code block begins and ends with code such as the following (from the *Highway_Assignment_Parallel.s* script):

```
DistributeMULTISTEP ProcessID='AM', ProcessNum=1
        (various lines of code)
ENDDistributeMULTISTEP
```

The IDP statement above can be used on its own or within an MDP block. Examples of both of these cases can be found in the *Highway_Assignment_Parallel.s* script.

Table 17 shows the five modeling steps where parallelization is used, noting the method of parallelization (e.g., IDP, MDP, or batch file); the names of the batch files that call each step; the names of the tokens (variables) used to store the number of processing nodes/subnodes to use for IDP/MDP; and the maximum number of simultaneous threads/cores used by the step. For example, in the case of transit skimming, parallelization is achieved by calling multiple simultaneous batch files. The batch file that actually initiates the multiple Windows command windows is *Transit_Skim_All_Modes_Parallel.bat*, and, since this step uses neither IDP nor MDP, there are no associated IDP or MDP tokens. The transit skimming process uses 4 cores. In the highway assignment step, both MDP and IDP are used. The tokens used for IDP are AMsubnode and MDsubnode (more on this later in this chapter). Although MDP is used, no tokens are used for MDP. Instead, the subnode for MDP is labeled using a fixed name, "AM1". The highway assignment step can use up to 8 simultaneous nodes/cores, since IDP is implemented with four cores and there are two concurrent IDP sessions, run using MDP. As can be seen in Table 17, modeling steps with parallelization use 4, 5, or 8 cores. Modeling steps without parallelization use only one core at a time.

### 8.2.4.1  Parallel processing in the "Run model"/wrapper batch file

This section of the report describes how the code in the "run model"/wrapper batch files affects parallel processing implemented in the Version 2.3.52 Travel Model (and used in subsequent versions of the model, such as Ver. 2.3.75). This section uses the 2019_final "run model" batch file (Figure 16 on page 59) as an example. It also describes changes that can be made to the "run model"/wrapper batch files in order run the model on a computer with fewer than the standard 8 cores. The next section of the report, 8.2.4.3 on page 85, describes how parallel processing (specifically IDP and MDP) has been implemented in one script: *Highway_Assignment_Parallel.s*. As noted in Table 17 (p. 81), the number of cores used in each of the parallelized modeling steps varies from 4 to 8 cores. Those steps that do not contain parallelization use only one core at a time. **Thus, to run the Version 2.3.52 Travel Model "out of the box," without making any changes, one needs a computer with eight or more cores,** as was explained in the section 3.1 of the report.

00037223

Table 17 Modeling steps where parallelization is used, including the maximum number of threads/cores used

| Modeling Step | First-Level "Child" Batch File | Second-Level "Child" Batch File | Method of Parallelization (batch file or script which calls parallel process) | Tokens Used for IDP** | Max. No. of Cores |
|---|---|---|---|---|---|
| Transit skimming | Transit_Skim_All_Modes_Parallel.bat | TransitSkim_LineHaul_Parallel.bat | Batch file (Transit_Skim_All_Modes_Parallel.bat) | | 4 |
| Highway assignment | Highway_Assignment_Parallel.bat | None | MDP & IDP (Highway_Assignment_Parallel.s) | AMsubnode MDsubnode | 8 |
| Transit fare development | Transit_Fare.bat | None | IDP (MFARE2.s) | subnode | 4 |
| Mode choice | Mode_Choice_Parallel.bat | MC_purp.bat | Batch file (Mode_Choice_Parallel.bat) | | 5 |
| Transit assignment | Transit_Assignment_Parallel.bat | TransitAssignment_LineHaul_Parallel.bat | Batch file (Transit_Assignment_Parallel.bat) IDP (Combine_Tables_For_TrAssign_Parallel.s) | subnode | 4 |

** MDP as implemented in *Highway_Assignment_Parallel.s* does not use a token. Instead, the subnode name designation is done using a hard-coded value in the script, i.e., "AM1", as is explained later in this chapter.

The "run model"/wrapper batch file makes use of several of user-defined Windows environment variables. Those environment variables that do not deal with distributed processing were discussed in section 6.2.1 ("Description of the "run model"/wrapper batch file") on page 62. By contrast, those environment variables that do deal with distributed processing are discussed in this chapter (Chapter 8).

It is possible to have IDP-related or MDP-related statements in a script, but not use them. Consequently, one of the first Cube Cluster statements in any script that uses Cube Cluster will be a statement that indicates whether Cube Cluster should be used or not. An example of such a statement is shown below:

```
distribute intrastep=t multistep=f
```

The above statement indicates that IDP will be used (since its flag has been set to a value of TRUE or T) and MDP will not be used (since its flag has been set to a value of FALSE or F). In this example, even if there is code for MDP in the Cube Voyager script, the MDP processing will not be executed, since it has been set to FALSE. In our scripts and batch files, we generally use user-defined, Windows environment variables to set these two values. Thus, the statement above appears like this, using two "tokens" or variables to hold the true/false flags:

```
distribute intrastep=%useIdp% multistep=%useMdp%
```

In lines 13 and 14 of the "run model"/wrapper batch file (shown in Figure 16), these two "set" statements simply set the IDP and MDP usage flags to a value of TRUE:

```
set useIdp=t
set useMdp=t
```

The statement "distribute intrastep=%useIdp% multistep=%useMdp%" is used in both *Combine_Tables_For_TrAssign_Parallel.s* and *Highway_Assignment_Parallel.s*.[63] By contrast, in MFARE2.s, which uses IDP, but not MDP, the MDP flag has been hard-coded to FALSE, instead of using the token value set in the wrapper batch file: "distribute intrastep=%useIdp% multistep=f".

The "useidp" environment variable is used in the three steps shown in Table 17 that make use of IDP. As one would expect, the "usemdp" environment variable is used in the highway assignment step, since this step makes used of MDP. However, the "usemdp" environment variable **is also used in** ***Mode_Choice_Parallel.bat***. Specifically, if the "usemdp" flag is set to TRUE, then parallel processing is used in the mode choice step (via concurrent batch files, not MDP), which means that the five mode choice models (HBW, HBS, HBO, NHW, and NHO) are run in parallel command windows. If the "usemdp" flag is set to FALSE, then the mode choice process assumes that there is only one core available and runs the five mode choice models in sequence.

---

[63] This same statement is also currently found in the four transit skimming scripts (Transit_Skims_AB|BM|CR|MR.s), but it is no longer being used, so it should eventually be removed. At one point, we had used IDP in transit skimming, but, for the Ver. 2.3.40 model, when parallelization via concurrent batch files was added, the parallelization via IDP was dropped, so that the model would not use more than 8 concurrent cores.

00037225

The next two environment variables dealing with distributed processing can be found on in lines 16 and 17 of the "run model"/wrapper batch file (Figure 16):

```
set AMsubnode=1-4
set MDsubnode=2-4
```

As shown in Table 17, the AMsubnode and MDsubnode are used for IDP in traffic assignment. The names AMsubnode and MDsubnode would seem to indicate a subnode for processing the AM peak period and one for processing the midday period. Originally, when AECOM first proposed adding MDP to various steps of the model, it was added to both highway skimming and highway assignment. In highway skimming, there is a peak period skim, represented by the AM peak period, and an off-peak period skim, represented by the midday (MD) period. So, for skimming, the processing of the AM skims was sent off to a subnode, using MDP, and the AMsubnode variable/token was used to define the number of subnodes to use in IDP for the processing of the AM skims. And for the processing of the midday (MD) skims, this work was retained on the main processing node, with the MDsubnode variable/token used to define the number of subnodes to use in IDP for the processing of the MD skims.[64] For reasons of expediency, the same variable names (AMsubnode and MDsubnode) were used for the MDP in the highway assignment step. This meant that the AM peak period highway assignment was transferred, via MDP, to a subnode called "AM1." But, in the case of the PM traffic assignment, it was processed on the main node, but it used the "MD" token for naming its IDP subnodes.[65] What's more, the MD period was processed on branch/sub-node delineated "AM" (from the AMsubnode, not "MD") and the NT period was processed by the main node, but was delineated "MD" (from MDsubnode, not "NT"). When COG/TPB staff chose which of the AECOM suggested parallelization enhancements to implement, it chose not to implement MDP in the highway skimming, just in highway assignment.[66] The end result was that the naming convention used in the highway assignment step is somewhat confusing, even though, strictly speaking, the code functions normally. This is explained in more detail in the next section of the report. Consequently, given the way that MDP is used in only the highway assignment step, one could come up with better names for the two variables that are currently called AMsubnode and MDsubnode, as shown in Table 18.

**Table 18 Current and alternate names for the two Windows environment variables that store information about the number of subnodes to use in IDP in the highway assignment**

| Current name of environment variable | Usage | Alternate name for environment variable |
|---|---|---|
| AMsubnode | Number of IDP subnodes used within an MDP block | idp_for_mdp_branch |
| MDsubnode | Number of IDP subnodes used w/in main processing branch | idp_for_main_branch |

---

[64] See, for example, AECOM and Stump/Hausman Partnership, "FY 2012 Report," figs. 5–2.

[65] See, for example, AECOM and Stump/Hausman Partnership, figs. 5–6.

[66] See Mary Martchouk and Mark S. Moran to Ronald Milone, "Reducing Model Run Times: Results from the TPB Staff Tests of AECOM's Proposed Parallelization Enhancements to the Travel Model," Memorandum, September 17, 2012, 6.

---

00037226

Given that we generally have decided upon using four cores for IDP processing in the model (to maintain consistency), one might expect that AMsubnode = MDsubnode = 1-4. In other words, one might expect that we would provide Cube Cluster with a list of four nodes (1-4) for both the main branch of IDP processing and the MDP branch of IDP. According to AECOM, the reason for delineating only three subnodes (i.e., "MDsubnode=2-4") and not four, is that "only three slave threads [sub-nodes] are launched since the master uses itself as one of the threads to process the PM highway assignment."[67] Thus, despite the appearance of 3 nodes for MD and 4 nodes for AM, both IDP sessions use 4 nodes. To further clarify this issue, the IDP and MDP processes running in *Highway_Assignment_Parallel.s* have been diagrammed in Figure 19 and Figure 20 in section 8.2.4.3.

### 8.2.4.2    Changing the "run model"/wrapper batch file for computers with fewer than 8 cores

The Version 2.3 Travel Model (Ver. 2.3.52 and later) is designed to run on a computer that has 8 or more cores.  Table 19 shows the changes that a user should make in order to run the Version 2.3 model on computers with fewer than 8 cores. See section 8.2.2 ("Effect of Cube Cluster on modeled results") on p. 78 for a discussion about how modeled results can change slightly with the number of cores used.

Table 19 Running the Version 2.3 Travel Model on computers with fewer than 8 cores: Changes that need to be made to the "run model"/wrapper batch file

| Number of cores in your computer | Changes needed in the "run model"/wrapper batch file | Result |
|---|---|---|
| 8 or more | • No changes need be made | The model will run using between 1 and 8 cores, depending on the modeling step. Eight cores are used in highway assignment, due to the use of both IDP and MDP. |
| 4 | • Change "useMdp=t" to "useMdp=f" | This change will mean that highway assignment no longer uses MDP, only four cores with IDP. Also, in the mode choice model, sequential processing will be done (i.e., the five models will no longer run in parallel). |
| 2 | • Change "useMdp=t" to "useMdp=f"<br>• Change "set AMsubnode=1-4" to "set AMsubnode=1-2"<br>• Change "set MDsubnode=2-4" to "set MDsubnode=2" | This should result in only 2 cores being used in IDP. |
| 1 | • Change "useMdp=t" to "useMdp=f"<br>• Change "useIdp=t" to "useIdp=f" | This will disable IDP and MDP and will also result in disabling the parallel processing in the mode choice step. |

Note that the information in Table 19 is based on testing done by COG/TPB staff using a virtual computer with Cube 6.0.2 installed.

---

[67] AECOM and Stump/Hausman Partnership, "FY 2012 Report," 5–9 to 5–10.

00037227

### 8.2.4.3    Parallel processing in the highway assignment script

The previous section of the report, section 8.2.4.1, described how the code in the "run model"/wrapper batch files affects parallel processing implemented in the Version 2.3 Travel Model (Ver. 2.3.52 and later). This section of the report describes how parallel processing (specifically IDP and MDP) have been implemented in one script: *Highway_Assignment_Parallel.s*. Figure 19 shows a schematic of how IDP and MDP have been implemented in the highway assignment script. This figure shows the sub-node naming conventions that are used in the Version 2.3 Travel Model, keeping in mind some of the issues related to the naming of sub-nodes in section 8.2.4.1. Figure 20 is a revision of Figure 19, which shows a schematic of how IDP and MDP have been implanted in the highway assignment script, but with a proposal for more logical naming conventions (the changed sub-node names are indicated by using red font).

The actual highway assignment script relating to Figure 19 can be found in Appendix C (Volume 2). Since the script has over 2,000 lines of code, we have created an excerpt of the Highway_Assignment_Parallel.s script (about 150 lines), shown in Figure 21, that focuses on the lines that are most relevant to IDP and MDP. Locations where code has been removed are indicated in Figure 21 by a triple ampersand ("&&&"). On line 4 of Figure 21, the statement "distribute intrastep=%useIdp% multistep=%useMdp%" either turns IDP and MDP on or off, based on the value of the two tokens. The code in Figure 21 contains two MDP blocks. Each MDP block begins with the keyword "DistributeMULTISTEP" and ends with the keyword "ENDDistributeMULTISTEP."  The beginning and ending of each of the two MDP blocks has been highlighted in green. IDP does not require a block of statements – it simply uses a single statement begun with the keyword "distributeIntrastep." Lines containing this keyword have been highlighted in yellow. For example, the first MDP block includes two IDP statements, but the next two IDP statements occur outside of an MDP block (in other words, they are run from the main node, not a sub-node). As shown in Figure 19, since we have two parallel streams of processes (e.g., one for the AM period and one for the PM period), we need to use a "Wait4Files" keyword, which ensures that the main line of processing stops until the MDP branch completes it work. The Wait4Files keywords have been highlighted in blue in Figure 21. So, as indicated in Figure 19, when the AM period processing is finished a file called AM1.script.end is generated. The Wait4Files tells the main line of processing to stop until it detects that the AM1.script.end file has been generated.

00037228

**Figure 19 Schematic of IDP and MDP in the highway assignment process of the Ver. 2.3 Travel Model (*Highway_Assignment_Parallel.s*): Existing naming convention for nodes**



Ref: ver2.3.52_hwy_assign_mdp_idp.vsd

00037229

**Figure 20 Schematic of IDP and MDP in the highway assignment process of the Ver. 2.3 Travel Model (*Highway_Assignment_Parallel.s*): Proposed new naming convention for nodes (changes shown in red)**



Ref: ver2.3.52_hwy_assign_mdp_idp.vsd

00037230

**Figure 21 Excerpts from the *Highway_Assignment_Parallel.s* script (triple ampersand => code removed)**

```
1    &&&
2    /*  **** Set up tokens in Voyager Pilot step ***** */
3    ;  useIdp = t (true) or f (false);  this is set in the wrapper batch file
4    distribute intrastep=%useIdp% multistep=%useMdp%
5    &&&
6    ;;;*****************************************************************************
7    ;;; Step 1: Execute peak-period traffic assignments (AM & PM)
8    ;;;         AM nonHOV, HOV and PM nonHOV and HOV Assignemnts
9    ;;;*****************************************************************************
10
11   itr = '%_iter_%'   ;;
12   &&&
13   INPNET = 'ZONEHWY.NET'
14
15   DistributeMULTISTEP ProcessID='AM', ProcessNum=1
16
17   PRD    = 'AM'       ;
18   PCTADT =   41.7     ; %_AMPF_%  AM PHF (% of traffic in pk hr of period)
19   CAPFAC=1/(PCTADT/100)   ; Capacity Factor = 1/(PCTADT/100)
20   &&&
21   in_capSpd = '..\support\hwy_assign_capSpeedLookup.s'        ;;    FT x AT Speed & Capacity lookup
22   VDF_File  = '..\support\hwy_assign_Conical_VDF.s'           ;;    Volume Delay Functions file
23
24   ;;;*****************************************************************************
25   ;;; Step 1.1: Assign AM NonHOV3+ trip tables only
26   ;;;         (SOV, HOV2, CV, TRUCK & AIRPORT PASSENGER TRIPS)
27   ;;;*****************************************************************************
28
29     RUN PGM=HIGHWAY  ; NonHOV3+ traffic assignment
30   distributeIntrastep processId='AM', ProcessList=%AMsubnode%
31     FILEI NETI    = @INPNET@                     ; TP+ Network
32   &&&
33   ENDRUN
34   ;;;*****************************************************************************
35   ;;; Step 1.2: Assign AM HOV3+ only
36   ;;;*****************************************************************************
37
38     RUN PGM=HIGHWAY  ; HOV3+   traffic assignment
39   distributeIntrastep processId='AM', ProcessList=%AMsubnode%
40     FILEI NETI    = TEMP1_@PRD@.NET              ; TP+ Network
41   &&&
42   ENDRUN
43   ENDDistributeMULTISTEP
44
45   PRD    = 'PM'       ;
46   PCTADT =   29.4     ; %_AMPF_%  AM PHF (% of traffic in pk hr of period)
47
48   &&&
49   ;;;*****************************************************************************
50   ;;; Step 1.3: Assign PM NonHOV3+ trip tables only
51   ;;;         (SOV, HOV2, CV, TRUCK & AIRPORT PASSENGER TRIPS)
52   ;;;*****************************************************************************
53
54     RUN PGM=HIGHWAY  ; NonHOV3+ traffic assignment
55   distributeIntrastep processId='PM', ProcessList=%PMsubnode%
56     FILEI NETI    = @INPNET@                     ; TP+ Network
57   &&&
58   ENDRUN
59   ;;;*****************************************************************************
60   ;;; Step 1.4: Assign PM HOV3+ only
61   ;;;*****************************************************************************
62
63     RUN PGM=HIGHWAY  ; HOV3+   traffic assignment
```

00037231

```
64   distributeIntrastep processId='MD', ProcessList=%MDsubnode%
65     FILEI NETI      = TEMP1_@PRD@.NET                    ; TP+ Network
66   &&&
67   ENDRUN
68
69   Wait4Files Files=AM1.script.end, CheckReturnCode=T, PrintFiles=Merge, DelDistribFiles=T
70
71   ;;;****************************************************************************
72   ;;; Step 2: Execute off-peak-period traffic assignments (midday/MD & night/NT)
73   ;;;         All 6 trip tables are assigned together.
74   ;;;****************************************************************************
75
76   DistributeMULTISTEP ProcessID='AM', ProcessNum=1
77                    ; Off-Peak Period
78   PRD    =  'MD'          ;
79   PCTADT =   17.7        ; %_MDPF_% Midday PHF (% of traffic in pk hr of period)
80   CAPFAC=1/(PCTADT/100)                  ; Capacity Factor = 1/(PCTADT/100)
81   ; Turnpen  = 'inputs\turnpen.pen'       ; Turn penalty
82
83     RUN PGM=HIGHWAY  ; Off-peak (midday & evening) traffic assignment
84   distributeIntrastep processId='AM', ProcessList=%AMsubnode%
85   FILEI NETI      = @INPNET@                    ; TP+ Network
86   &&&
87   ENDRUN
88
89   ENDDistributeMULTISTEP
90
91   PRD    =  'NT'          ;
92   PCTADT =   15.0        ; %_NTPF_% NT PHF (% of traffic in pk hr of period)
93   CAPFAC=1/(PCTADT/100)                  ; Capacity Factor = 1/(PCTADT/100)
94
95     RUN PGM=HIGHWAY  ; Off-peak (midday & evening) traffic assignment
96   distributeIntrastep processId='MD', ProcessList=%MDsubnode%
97   FILEI NETI      = @INPNET@                    ; TP+ Network
98   &&&
99   ENDRUN
100
101  Wait4Files Files=AM1.script.end, CheckReturnCode=T, PrintFiles=Merge, DelDistribFiles=T
102
103  ; END OF MIDDAY and OFF PEAK ASSIGNMENT
104
105  ;;;****************************************************************************
106  ;;; Step 3: Calculate restrained final Volumes, speeds, V/Cs (No MSA)
107  ;;;****************************************************************************
108  ;;; Step 3.1: Loop thru 1 (AM) and 2 (PM)
109  ;;;****************************************************************************
110
111  LOOP PERIOD = 1,2  ; Loop thru 1 (AM) and 2 (PM); Each pk per. includes NonHOV3+ and HOV3+
112
113  IF (PERIOD==1)
114            PRD    =  'AM'          ;
115            PCTADT =   41.7        ;
116  ELSE
117            PRD    =  'PM'          ;
118            PCTADT =   29.4        ;
119  ENDIF
120  CAPFAC=1/(PCTADT/100)        ; Capacity Factor = 1/(PCTADT/100)
121
122    RUN PGM=HWYNET                      ; Calculate restrained speed/perform MSA volume averaging
123  &&&
124  ENDRUN
125  ENDLOOP              ; Loop thru 1 (AM) and 2 (PM);  Each pk per. includes NonHOV3+ and HOV3+
126
127  ;;;****************************************************************************
128  ;;; Step 3.2: Loop thru 3 (MD) and 4 (OP)
129  ;;;****************************************************************************
130
131  LOOP PERIOD = 3,4  ; Loop thru 1 (midday, MD) and 2 (evening/off-peak, OP)
```

00037232

```
132   IF (PERIOD==3)
133               PRD    =  'MD'       ;
134               PCTADT =  17.7
135   ELSE
136               PRD    =  'NT'       ;
137               PCTADT =  15.0
138   ENDIF
139   CAPFAC=1/(PCTADT/100)      ; Capacity Factor = 1/(PCTADT/100)
140
141     RUN PGM=HWYNET   ; Calculate restrained speed/perform MSA volume averaging
142   &&&
143   ENDRUN
144   ENDLOOP              ; Loop thru 1 (midday, MD) and 2 (evening/off-peak, OP)
145
146   ;;;*************************************************************************
147   ;;; Step 4: Summarize 24-hour VMT of current AM, PM, MD & NT assignments
148   ;;;*************************************************************************
149
150   RUN PGM=HWYNET     ; Summarize 24-hour VMT of current AM, PM, MD & OP assignments
151   &&&
152   ENDRUN
```

Ref: Highway_Assignment_Parallel_excerpt2.s

To conclude the discussion of Figure 21, we note here some cases where process sub-nodes have somewhat misleading names. The four periods being processed are AM, PM, MD, and NT, and these are indicated in Figure 21 by pink/purple highlighting. For the AM assignment, there are no issues with misleading names for the sub-nodes. For example, we can see that on line 17, the AM processing starts, and the four IDP sub-nodes for the non-HOV3+ assignment are named AM1, AM2, AM3, and AM4 (line 30 of Figure 21), since %AMsubnode% equals "1-4". After the non-HOV3+ assignment is complete, then HOV3+ assignment occurs, and the four IDP sub-nodes for the HOV assignment are also named AM1, AM2, AM3, and AM4 (line 39 of Figure 21). The mislabeled naming of sub-nodes begins with the PM period assignment, which begins on line 45. For example, for the PM non-HOV3+ assignment, the sub-nodes are named MD2, MD3, and MD4 (line 55 of Figure 21), since %MDsubnode% equals "2-4". It would be less confusing if these sub-nodes had been named PM2, PM3, and PM4. The same misleading naming convention is used for the sub-node names in the PM HOV3+ assignment: MD2, MD3, and MD4 -- instead of PM2, PM3, and PM4 (line 64 of Figure 21). A similar issue occurs for the midday assignment (beginning on line 78 of Figure 21) and the nighttime assignment (beginning on line 91 of Figure 21). **At any rate, it should be noted that the code works correctly, despite the misleadingly named sub-nodes.** In a future version of the model, it is possible that we will clean up the sub-node naming.

00037233

# 9  Debugging cases where the model run stops prematurely or crashes

If a model run stops prematurely or crashes, one can use the "full output" text file to determine:

- The speed feedback iteration (e.g., pump prime, iteration 1, …, iteration 4) that was underway when the model stopped
- The modeling step, within a given speed feedback iteration, that was underway when the model stopped (e.g., network building, trip distribution, mode choice, traffic assignment).
- Possible error messages returned by any programs that crash.

An excerpt from one of the "full output" text files can be seen in Figure 22. Additionally, when debugging a model run crash, one should find the latest print file (*.prn) to see any relevant error or warning messages. One can search this file using regular expressions to find any warnings or errors.[68]

In some cases, it is sufficient to review the "full output" text file and the latest print file to determine why a model run stops. As an additional tool, however, one can also scan the "search for errors" text file (e.g. 2019_Final_searchForErrs.txt), which is created by the *searchForErrs.bat* batch file. An example of the "search for errors" text file can be found in Figure 23.

One of the most common causes for a model run crash is a sharing violation, which typically occurs when one launches two or more concurrent model runs in the same root directory at about the same time. **One way to protect against this happening is to ensure there is a time delay (ca. 1 hour) between the start of two model runs that share the same root directory**. Additionally, there is now a second reason to offset model runs by about an hour: As described in Chapter 11 ("Building transit walksheds and calculating zonal walk percent"), with the new process for generating transit walksheds and calculating the percent of each zone within walking distance to transit, it is imperative to use a 45- to 60-minute gap in the start times of two or more model runs on the same computer.

---

[68] For example, using the text editor PSPad, one can use this regular expression (regex) to find warnings or errors: F\([0-9]*\):|W\([0-9]*\):

00037234

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*

**Figure 22 An excerpt from an example of the "full output" text file that is created during a model run**

```
1    F:\ModelRuns\fy19\CGV2_3_75_Visualize2045_CLRP_Xmittal>set _year_=2019
2
3    F:\ModelRuns\fy19\CGV2_3_75_Visualize2045_CLRP_Xmittal>set _alt_=Ver2.3.75_2019_Final
4
5    F:\ModelRuns\fy19\CGV2_3_75_Visualize2045_CLRP_Xmittal>set _maxUeIter_=1000
6
7    F:\ModelRuns\fy19\CGV2_3_75_Visualize2045_CLRP_Xmittal>set _tcpath_=
8
9    F:\ModelRuns\fy19\CGV2_3_75_Visualize2045_CLRP_Xmittal>rem ====== Pump Prime Iteration
10   ==========================================
11
12   F:\ModelRuns\fy19\CGV2_3_75_Visualize2045_CLRP_Xmittal>set _iter_=pp
13
14   F:\ModelRuns\fy19\CGV2_3_75_Visualize2045_CLRP_Xmittal>set _prev_=pp
15
16   F:\ModelRuns\fy19\CGV2_3_75_Visualize2045_CLRP_Xmittal>set _relGap_=0.01
17
18   F:\ModelRuns\fy19\CGV2_3_75_Visualize2045_CLRP_Xmittal>call ArcPy_Walkshed_Process.bat 2019_Final
19       Searching for Python in Path C:\Python27\ArcGIS10.5
20       Searching for Python in Path C:\Python27\ArcGIS10.4
21       Searching for Python in Path C:\Python27\ArcGIS10.3
22       Found Python in Path C:\Python27\ArcGIS10.3
23
24    Using Python from Directory = C:\Python27\ArcGIS10.3
25
26
27
28   1) Creating Subdirectories ...
29
30
31   2) Preparing Inputs ...
32
33       using TRNBUILD line files
34
35   3) Launching ArcPy-based Walkshed Process ...
```

Ref: Z:\ModelRuns\fy19\CGV2_3_75_Visualize2045_CLRP_Xmittal\2019_Final\2019_Final_fulloutput.txt

**Figure 23 An excerpt from the "search for errors" file that is created during a model run**

```
1    ********* Searching for errors and anomalies after a travel model run **********
2    Program name: searchForErrs.bat
3
4    ***** Searching *fulloutput.txt
5
6      *** Searching for cases where a file could not be found
7
8
9    ***** Searching report files (*.rpt)
10     *** Searching for evidence that TP+ (TPMAIN) is running, instead of Voyager (PILOT)
11     *** Searching for evidence of LINKO nodes that do not have XY values
12   2019_Final\i1_TRANSIT_SKIMS_AB.RPT:W(693): The following LINKO nodes do not have XY values:
13   2019_Final\i1_TRANSIT_SKIMS_AB.RPT:W(693): The following LINKO nodes do not have XY values:
14   2019_Final\i1_TRANSIT_SKIMS_AB.RPT:W(693): The following LINKO nodes do not have XY values:
15   2019_Final\i1_TRANSIT_SKIMS_AB.RPT:W(693): The following LINKO nodes do not have XY values:
16   2019_Final\i1_TRANSIT_SKIMS_AB.RPT:W(693): The following LINKO nodes do not have XY values:
```

Ref: Z:\ModelRuns\fy19\CGV2_3_75_Visualize2045_CLRP_Xmittal\2019_Final\2019_Final_searchForErrs.txt

---

9. Debugging cases where the model run stops prematurely or crashes                    92

00037235

# 10 Known issues related to running the model

## 10.1 Cube Cluster differences

When using Cube Cluster, the estimated VMT coming from the model can change slightly, depending on how many cores/nodes are used. See section 8.2.2 ("Effect of Cube Cluster on modeled results") on page 78 for more details.

## 10.2 Model run stops before finishing

We have experienced some cases where a model run will prematurely stop (this is sometimes also referred to as a "crash") for no apparent reason. Sometimes the exact same model run will complete successfully if run on a different computer. While we are still trying to determine the cause of these stoppages, we do, however, have a pragmatic way for dealing with these events. Determine where the model run crashed. Re-launch the model run but comment out all the steps in the "run model steps" that have completed successfully, so that the model runs only the step that crashed and the steps that follow it. This procedure will typically result in a normal model run, even though it requires the analyst to intervene midstream. Please see Chapter 9 ("Debugging cases where the model run stops prematurely or crashes") on page 91.

## 10.3 Issues with traffic assignment convergence

In the past, we have identified some cases where the gap (but not relative gap) for a given user equilibrium iteration in traffic assignment is equal to exactly zero, as opposed to a small, but non-zero value. We have reported this issue to Citilabs, which began an investigation into the matter. However, since the Version 2.3.75 model (like its predecessors, e.g., 2.3.57 - 2.3.70) uses the *relative* gap and the number of user equilibrium iterations as stopping criteria, this issue should not affect the running of the model. Nonetheless, a model user could experience convergence issues if they change the model to use a tight stopping criterion. For example, in one test conducted by TPB staff, a stopping criterion of $10^{-6}$ was used, but the traffic assignment continued, going past $10^{-7}$, even though $10^{-6}$ was specified. This happened for a for a future-year scenario that had variably-priced facilities. At this point, we do not have any definitive answers, but we contacted Citilabs, whose staff thought that the difficulty reaching convergence was due to large toll values that dominate the link-cost function. Again, this should not be an issue for standard runs of the travel model, which use progressively tightening relative gap tolerances of $10^{-2}$, $10^{-3}$, and $10^{-4}$.

## 10.4 Running multiple concurrent model runs on one computer/server

A user may wish to run two or more travel model runs on one computer or server at the same time. To compute the <u>maximum</u> number of concurrent model runs that may be run on a given computer, divide the number of cores (real or virtual, whichever is greater) by the number of cores needed per model run (currently 8, in the traffic assignment step). For example, on a computer like COG's travel model server #6 (tms6), which has 16 physical cores or 32 virtual cores due to Intel's Hyper-Threading Technology, the calculation would be:

(32 virtual cores)/(8 cores needed per model run) = 4 concurrent model runs (maximum)

00037236

However, based on our experience at COG, the <u>actual</u> number of concurrent model runs that you can run on a given computer may be less than the maximum number, depending on factors such as the following:

- The number of users launching the model runs: **This no longer appears to be an issue**. In the past, using Cube 6.1 SP1, we had found that, if two or more users tried to launch concurrent model runs, even if it was only two users, each with one model run, one of the two model runs would often stop prematurely or crash. However, **under Cube 6.4.1, we found that two or three users can submit concurrent model runs**.[69]
- Whether one runs the automated ArcPy walkshed process: This is now turned off by default in the model transmittal package, but it can also be uncommented (turned on) by the user if the user is making changes to the transit network and wants to recompute the transit walksheds and their resultant walk percentages.
- Whether one introduces a time delay (lag time) between model runs: For example, **two model runs can be launched at the same time**, or the **modeler can choose to offset the two launch times by a certain amount of time**. Thus, "**concurrent**" can mean that all the runs were started at the same time or that there was some offset between the start times of the model runs.

Finally, as noted in Section 3.3, based on recent communications with Citilabs (personal communication, 2/6/17), it is better not to overload the processor, so, although a 32-core computer should be able to run 4 concurrent model runs (4 x 8 = 32), it would be better to limit this computer to 3 concurrent model runs. Citilabs alludes to this issue in recent documentation: "However, when comparing two processors from the same family, assuming the processors are otherwise identical, an 8-core processor without Hyper-Threading will outperform a 4-core processor with Hyper-Threading, even though both processors are making 8 threads available to the operating system."[70]

---

[69] Ngo to Moran et al., "Testing the COG/TPB Travel Model Servers: 1) Need for Admin Privileges; 2) Ability to Run Two or More Concurrent Model Runs by Two or More Users; 3) Experience with Malware," 5.
[70] Citilabs, Inc., "Cube Base Reference Guide, Version 6.4.1," 10–11.

00037237

# 11 Building transit walksheds and calculating zonal walk percentages

## 11.1 Overview

One of the inputs to the travel demand model is the percentage of each zone that is within walking distance to transit. Conceptually, one develops a series of transit walksheds, which are then combined geographically with zone boundaries to calculate the percentage of each zone that is within walking distance to transit. This procedure creates point buffers around transit stop nodes and then overlays these point buffers with TAZ boundaries. The process is made more complicated by the fact that two walking distances are differentiated: a short walk (0.5 miles) and a long walk (1.0 miles). See Section 21.4.3 ("Market segmentation by access to transit") beginning on p. 167 for more details.

The model assumes that the area of each TAZ that is within a short-walk or a long-walk to transit is stored in a text file (areawalk.txt). This file is used by the walk access script (*walkacc.s*) to calculate the zonal walk *percentages*, which are then stored in a second text file (NLWalkPCT.txt).[71] This second file is then an input to both the transit fare process (*prefarv23.s*) and the mode choice process.

Note: **For the associated Ver. 2.3.75 model transmittal package, the automated transit walkshed process has been turned off** (commented out in the run_modelSteps batch files). This is because:

1. If the user is not changing the transit network, there is no need to rerun this process, since we supply the needed areawalk.txt file with each network scenario;
2. Based on experience, this step is one of the most likely modeling steps to cause a premature stop or a crash, so for most users, it is better simply not to run it automatically. The reasons why the automated transit walkshed process causes a premature stop or a crash are varied, from incompatibilities between Cube Base and ArcGIS (see Table 20 on p. 98), to issues related to the way that the current ArcGIS engine runtime deals with slivers in the buffering process.

## 11.2 Application Details

The Ver. 2.3.57 travel model continues using an automated/integrated transit walkshed process, which was developed by AECOM. The process is automated in the sense that it is run using a Python/ArcPy script, so it does not require manual intervention from the user. The process is integrated in the sense that it is built into the travel model run: It is now the first step in the "run model steps" batch file ("call *ArcPy_Walkshed_Process.bat* %1"). The new process was developed by AECOM in FY 2014, and is discussed both in AECOM's FY 2014 report.[72] Although this process is turned off, by default, in the version of the model distributed with the model transmittal package, for users who would like to run the

---

[71] See the modeling flowchart in Appendix A.
[72] AECOM, "FY 2014 Final Report, COG Contract 12-006: Assistance with Development and Application of the National Capital Region Transportation Planning Board Travel Demand Model" (National Capital Region Transportation Planning Board, Metropolitan Washington Council of Governments, August 18, 2014), chap. 3, http://www.mwcog.org/uploads/committee-documents/Y11YWFZd20140922110646.pdf.

00037238

process (perhaps because they have made a change to a transit network), the user can simply uncomment (remove the "REM") the following line in the run_modelSteps batch file:

```
call ArcPy_Walkshed_Process.bat %1
```

As noted by AECOM, "ArcPy was chosen as the basis for development because it provides convenient and powerful access to the GIS functionalities in a (Python) programming environment that is transparent and relatively easy to modify."[73] Another advantage of the new process is that it does not require one to have/purchase ArcGIS. One needs only to have purchased Cube, which comes with the ArcGIS engine runtime and which is already a requirement to run the model. To run the new integrated walkshed process, one must have the following:

- One of the following two ArcGIS software packages:
  - ArcGIS, version 10.1: Available for purchase from Esri. Some modelers may already have this software; some may not.
  - ArcGIS engine runtime, version 10.3: Available for free, if you have purchased Cube. All modelers will have purchased Cube, since it is needed to run the model. Cube version 6.4.1 comes with ArcGIS engine runtime 10.3.4959. If you do not have a full installation of ArcGIS 10.1, you will want to install Cube, including the ArcGIS engine runtime.
- Python: This is free, open-source software. One way to get it automatically is to install Cube "with ArcGIS engine runtime." It may also be included when one installs the full version of ArcGIS.

Notes:

1. As of Ver. 2.3.66, the areawalk.txt file created in the new automated walkshed process is sorted by TAZ.
2. In testing, if two model runs that incorporate the new transit walkshed process were started at the same time, one of the two runs will likely stop prematurely in the walkshed process. This is likely due to a license restriction with the ArcGIS runtime engine. Consequently, it is recommended that multiple model runs with enabled walkshed process on the same computer not be launched at the same time. Instead, **it is recommended that the start times be staggered/offset by 45 to 60 minutes**.[74]  Based on a series of recent "stress tests" to see how many concurrent model runs could be completed on one server, it was also found that the 45-60-minute time offset is useful for minimizing the chance of a model run crash (irrespective of whether the new walkshed process is run, since a sharing violation can occur with other modeling steps).

---

[73] AECOM, 3–2.
[74] AECOM, 3–8.

00037239

The new walkshed process appears to give identical results to the previous walkshed process, providing the inputs, such as the transit line files, are identical and correctly coded.[75]

In the model transmittal package, this line has been turned off (commented out), by placing "REM" at the beginning of the line (for the reasons explained earlier in this section).

If this automated transit walkshed process is run, this step occurs at the start of the pump-prime (PP) speed feedback loop. Once the walkshed process has been run, a new folder will be created in the "inputs" folder, named "Transit_Walkshed_GIS," as shown in Figure 24. Within this folder, one can find an ArcGIS map document file (MWCOG_ArcPy_Walksheds_*.mxd) which can be used to visualize the walkshed buffers, as shown in Figure 25.

**Figure 24 Folder structure for the automated ArcPy walkshed process**



Note that the Transit_Walkshed_GIS folder includes two subfolders, "input" and "output", which should not be confused with the "inputs" folder that is stored within the scenario-specific folder (which, in this case is called 2019_Final). The ArcPy walkshed process creates two files:  areawalk.txt and PercentWalk.txt, but only the first file is used by the travel model. If a copy of areawalk.txt already exists in the "inputs" folder, the old copy will be renamed as AreaWalk_Old.txt, before the new areawalk.txt file is created.[76]

## 11.3 Known issues

Although the new automated transit walkshed generation process has been a benefit to most users of the regional travel model, it has also been the source of many technical assistance calls to the COG/TPB staff when the process crashes for one reason or another. To minimize the likelihood that the automated ArcPy transit walkshed process will crash, we recommend you use versions of Cube and ArcGIS that are compatible. Table 20 shows which versions of Cube Base are **compatible** with ArcGIS, **in terms of the ability to run the automated transit walkshed process**. We have tested four different versions of ArcGIS with Cube Base ver. 6.4.1. Two of these worked (ArcGIS Engine Runtime 10.3 and ArcGIS 10.1) and two of these did not (ArcGIS 10.3.1 and ArcGIS 10.4.1). According to recent Citilabs documentation covering Cube 6.4.2 and 6.4.1, "Cube 6.4.1 includes support for ArcGIS versions 9.3 to

---

[75] See page 2-3 of Mark S. Moran and Dzung Ngo to David Roden and Krishna Patnam, "Comments on Your Cube/ArcPy-Based Transit Walkshed Process and Its Associated Memo Dated March 25, 2013," Memorandum, May 15, 2014.

[76] AECOM, "FY 2014 Final Report, COG Contract 12-006: Assistance with Development and Application of the National Capital Region Transportation Planning Board Travel Demand Model," 9–2.

00037240

10.3.1."[77] However, in our test #3, we found that the "support" was not such that it would allow the automated ArcPy transit walkshed process to run to completion, which is why we have noted that Cube Base 6.4.1 and ArcGIS 10.3.1 are not compatible for running the ArcPy automated walkshed process.

The table also shows two other cases, both for Cube 6.4.2. In test #5, an external user tried using Cube 6.4.2 and ArcGIS 10.4, but the two software packages were incompatible. In test #6, COG/TPB staff tested Cube 6.4.2 with ArcGIS engine runtime 10.4. In this case, the two software packages seemed to be compatible but, as noted in a footnote to the table below, Cube Voyager ver. 6.4.2 appears to be less stable than Cube 6.4.1 when running the automated ArcPy transit walkshed process. TPB staff experienced several crashes in the ArcPy walkshed process under Cube 6.4.2. When staff upgraded Cube 6.4.1 to Cube 6.4.2 but did not upgrade ArcGIS Engine Runtime from 10.3.4959 to 10.4.1636776 (test #7), the model runs did not crash. The success of test #7 indicates the instability of ArcGIS Engine Runtime 10.4.1636776 coming with Cube 6.4.2 when running the automated transit walkshed process.

**Staff recommend using Cube 6.4.1 and its ArcGIS Engine Runtime, Version 10.3.4959**, as is shown in **bold** in Table 20.

Table 20 Compatibility between Cube Base and ArcGIS, in terms of the ability to run the automated transit walkshed process

| Version of Cube Base | Version of ArcGIS | Compatible?* | Test Conducted by | Test No. |
|---|---|---|---|---|
| **6.4.1** | **10.3.4959 (ArcGIS Engine Runtime**)** | **Yes** | **COG/TPB** | **1** |
| | 10.1 (full version) | Yes | COG/TPB | 2 |
| | 10.3.1 (full version) | No | COG/TPB | 3 |
| | 10.4.1 (full version) | No | COG/TPB | 4 |
| 6.4.2*** | 10.4 (full version) | No | No. Va. Transportation Commission | 5 |
| | 10.4.1636776 (ArcGIS Engine Runtime**) | Unstable | COG/TPB | 6 |
| | 10.3.4959 (ArcGIS Engine Runtime****) | Yes | COG/TPB | 7 |

* "Compatible" means that the tester was able to run the automated ArcPy transit walkshed process using the noted version of Cube and ArcGIS.
** ArcGIS Engine Runtime comes with Cube.
*** Compared to Cube Voyager ver. 6.4.1, Cube Voyager ver. 6.4.2 appears to be less stable when running the automated ArcPy transit walkshed process (TPB staff experienced several crashes in the ArcPy walkshed process under Cube 6.4.2).
**** ArcGIS Engine Runtime coming with Cube 6.4.1 is kept when updating to Cube 6.4.2.

---

[77] Citilabs, Inc., "Cube Base Release Summary, Version 6.4.2" (Tallahassee, Florida: Citilabs, Inc., September 22, 2016), 4, http://citilabs-website-resources.s3.amazonaws.com/resources/RS_CubeBase.pdf.

00037241

**Figure 25 Walkshed buffers for a typical base-year scenario**



00037243

# 12 Set-Up Programs and Highway Network Building

## 12.1 Overview

Following the generation of transit walksheds, the initial modeling steps of the Version 2.3 model are executed to establish basic modeling parameters to construct a binary (or "built") highway network. The steps are executed using two batch files:

- *Set_CPI.bat*: The batch file calls two Cube Voyager scripts, *Set_CPI.s* and *Set_Factors.s*
- *PP_Highway_Build.bat*: The batch file calls two Cube Voyager scripts, *AreaType_File.s* and *V2.3_Highway_Build.s*

The modeling steps included in these two batch files are shown on pages A-2 and A-3 of the flowchart in *Appendix A. Set_CPI.s* is used to establish deflation factors that are used in subsequent toll-related and transit fare-related steps. *Set_Factors.s* is used to establish K-Factors used in trip distribution and is also used to create the file *station_names.dbf* (used for the transit assignment summary process), which is developed using information pulled from station.dbf. The *Area_Type.s* step establishes zonal area type codes based on land activity densities (see Table 31). The resulting area type file is subsequently used in the highway building step, *V2.3_Highway_Build.s*. These steps are not implemented within the speed feedback loop of the travel model; they are executed only once, in the "pump prime" stage of the travel model. The principal inputs to above modeling steps are listed in Table 21 and detailed in Table 22 through Table 26. The principal outputs are listed in Table 27, and are detailed in Table 28 and Table 29.

**Table 21 Inputs to the set-up and highway network building process**

| File description | File name and location | Format |
|---|---|---|
| CPI schedule and parameter file | \Inputs\CPI_File.txt | Text |
| Zonal land use file | \Inputs\ZONE.DBF | DBF |
| Node coordinate file | \Inputs\NODE.DBF | DBF |
| Zonal area type override file | \Inputs\AT_override.txt | Text |
| Link file | \Inputs\LINK.DBF | DBF |
| Initial AM and midday hwy. speed lookup files | \Support\AM_SPD_LKP.TXT, \Support\MD_SPD_LKP.TXT | Text |
| Toll parameter file | \Inputs\Toll_Esc.dbf | DBF |

**Table 22  Land Use File Format Description (zone.dbf)**

| Variable name | Description |
|---|---|
| TAZ | TAZ (1-3722) |
| HH | Households |
| HHPOP | Household population |
| GQPOP | Group quarters population |
| TOTPOP | Total population |
| TOTEMP | Total employment |

00037244

| Variable name | Description |
|---|---|
| INDEMP | Industrial employment |
| RETEMP | Retail employment |
| OFFEMP | Office employment |
| OTHEMP | Other employment |
| JURCODE | Jurisdiction Code (0-23)<br>*0/dc, 1/mtg, 2/pg, 3/alr/, 4/alx,5, ffx, 6/ldn, 7/ pw, 8/(unused), 9/ frd, 10/how, 11/aa, 12/chs, 13/(unused), 14/car, 15/cal, 16/stm, 17/ kg, 18/fbg, 19/stf, 20/spts, 21/fau, 22/clk, 23/jef* |
| LANDAREA | Gross land area (square miles) |
| HHINCIDX | Ratio of zonal HH median income to regional median HH income in tenths (i.e., 10 = 1.0) per the 2007 ACS |
| ADISTTOX | Airline distance to the nearest external station (whole miles) |
| TAZXCRD | TAZ X-coordinate (NAD83, whole feet) |
| TAZYCRD | TAZ Y-coordinate (NAD83, whole feet) |

**Table 23  Node Coordinate File Format Description (node.dbf)**

| Variable name | Description |
|---|---|
| N | Highway node number |
| X | X-coordinate (NAD83, whole feet) |
| Y | Y-coordinate (NAD83, whole feet) |

**Table 24  Base Highway Link File Format Description (link.dbf)**

| File Name | Variable Name | Description |
|---|---|---|
| **Link.dbf** | A | A-Node |
| | B | B_Node |
| | DISTANCE | Link distance (in 1/100[th]s of miles) |
| | JUR | Jurisdiction Code (0-23)<br>*0/dc, 1/mtg, 2/pg, 3/alr/, 4/alx,5, ffx, 6/ldn, 7/ pw, 8/(unused), 9/ frd, 10/how, 11/aa, 12/chs, 13/(unused), 14/car, 15/cal, 16/stm, 17/ kg, 18/fbg, 19/stf, 20/spts, 21/fau, 22/clk, 23/jef* |
| | SCREEN | Screenline Code |
| | FTYPE | Link Facility Type Code (0-6)<br>*0/centroids, 1/Freeways, 2/Major Art., 3/Minor Art, 4/Collector, 5/Expressway, 6/Ramp* |
| | TOLL | Toll Value in current year dollars |
| | TOLLGRP | Toll Group Code |
| | AMLANE | AM Peak No. of Lanes |
| | AMLIMIT | AM Peak Limit Code (0-9) |
| | PMLANE | PM Peak No. of Lanes |

00037245

| File Name | Variable Name | Description |
|---|---|---|
| | PMLIMIT | PM Peak Limit Code (0-9) |
| | OPLANE | Off-Peak No. of Lanes |
| | OPLIMIT | Off-Peak Limit Code (0-9) |
| | EDGEID | Geometric network link identifier |
| | LINKID | Logical network link identifier |
| | NETYEAR | Planning year of network link |
| | SHAPE_LENG | Geometric length of network link (in feet) |
| | PROJECTID | Project identifier |
| | TRANTIME | Unused place marker |
| | WKTIME | Unused place marker |
| | MODE | Unused place marker |
| | SPEED | Unused place marker |

Notes:

- The mode choice model requires that all costs be in 2007 dollars, which was the calibration year.
- Link limit codes are shown in Table 25.

**Table 25 Link limit codes**

| Limit Code | Description and Vehicles Allowed |
|---|---|
| 0 | All vehicles allowed |
| 2 | HOV 2+ occupant vehicles allowed |
| 3 | HOV 3+ occupant vehicles allowed |
| 4 | All vehicles allowed, except for trucks |
| 5 | Airport passenger auto driver trips allowed |
| 9 | Closed link or transit only link. |

Example use cases:

a) Transit only: Link closed to all traffic other than transit vehicles. If no transit routes traverse the link, then it is essentially closed to all vehicle traffic.
b) Directional coding of managed-lane facilities, such as HOV and HOT, where some links are effectively closed to vehicles in some directions, during some periods of the day.
c) Change in link directionality through time, e.g., if a road is 2-directional in some network years, but changes to a one-way street in the future, then limit 9 is used on the direction that is closed in the future.
d) Reversible lanes, e.g., Rock Creek Parkway has limit code 9 in the off-peak direction, since it is closed for travel in that direction.
e) Roads that do not exist in early years of the plan but are built in later years. For example, I-270 has future-year improvements in 2030 north of I-370. In the early years, this links are coded as limit code 9, since they do not yet exist.

00037246

**Table 26 Toll Parameter File (Toll_esc.dbf)**

| File Name | Variable Name | Description |
|---|---|---|
| Toll_Esc.dbf | Tollgrp | Toll group code<br>1 = Flat toll (pertains to most existing tolled facilities);<br>2 = Toll that varies by time of day (e.g. ICC),<br>3+= Tolls that change dynamically based on congestion level<br>(e.g., VA HOT lanes/Express Lanes) |
| | Escfac | Deflation factor override. Can be used to group various toll policies. |
| | Dstfac | Distance (per mile) based toll factor in present year cents/dollar (optional) |
| | AM_Tftr | AM period Toll factor |
| | PM_Tftr | PM period toll factor |
| | OP_Tftr | Off-peak period toll factor |
| | AT_MIn | Area Type minimum override (optional) |
| | AT_Max | Area Type maximum override (optional) |
| | TollType | *Toll Type (1=operating in calibration year, 2= operating after calibration year)* |

**Table 27 Outputs of the set-up and highway network building process**

| | | |
|---|---|---|
| Highway, transit deflator files | Trn_Deflator.txt, Hwy_Deflator.txt | Text |
| Summary text file of Fare CPI assumptions used | MFARE2_CPI.txt | Text |
| Zone centroid co-ordinates | TAZ_XYs.dbf | DBF |
| 1-mile floating land use | Floating_LU.dbf | DBF |
| Area type file | AreaType_File.dbf | DBF |
| Unloaded/built highway network file | ZONEHWY.NET | Binary |
| Summary text file of Fare CPI assumptions used | MFARE2_CPI.txt | Text |
| Zonal K-factors | HBW_K.MAT, HBS_K.MAT, HBO_K.MAT, NHW_K.MAT, NHO_K.MAT | Binary |

00037247

**Table 28  Zonal Area Type File (AreaType_File.dbf)**

| Variable Name | Description |
|---|---|
| TAZ | TAZ Number (1-3,722) |
| POP_10 | One-mile "floating" Population density |
| EMP_10 | One-mile "floating" Employment density |
| AREA_10 | One-mile "floating" Area |
| POPDEN | One-mile "floating" Population density |
| EMPDEN | One-mile "floating" Employment density |
| POPCODE | Population density code (1 -7) |
| EMPCODE | Employment density code (1 -7) |
| ATYPE | Area Type (1-6) |

Ref: "I:\ateam\docum\fy19\tpb_tdfm_gen2\ver2.3\travel_model_user_guide\AreaType_File.xlsx"

The one-mile floating density is calculated by using the TAZ centroids and a one-mile point buffer around these centroids.

00037248

**Table 29 Unloaded binary highway network file (Zonehwy.net)**

| File Name | VariableName | Description |
|---|---|---|
| zonehwy.net | A | A Node |
| | B | B Node |
| | DISTANCE | Link Distance in  miles (x.xx) |
| | SPDC | (Not used) |
| | CAPC | (Not used) |
| | JUR | Jurisdiction Code (0-23) |
| | | *0/dc, 1/mtg, 2/pg, 3/alr/, 4/alx,5, ffx, 6/ldn, 7/ pw, 8/(unused), 9/ frd, 10/how, 11/aa, 12/chs, 13/(unused), 14/car, 15/cal, 16/stm, 17/ kg, 18/fbg, 19/stf, 20/spts, 21/fau, 22/clk, 23/jef* |
| | SCREEN | Screenline Code (1-38) |
| | FTYPE | Link Facility Type Code (0-6) |
| | | *0/centroids, 1/Freeways, 2/Major Art., 3/Minor Art, 4/ Collector, 5/  Expressway, 6/ Ramp* |
| | TOLL | Toll value in current year dollars |
| | TOLLGRP | Toll Group Code (1-9999) |
| | <Period>LANE | <Period> No. of Lanes |
| | <Period>LIMIT | <Period> Limit Code (0-9) |
| | EDGEID | Geometry network link identifier |
| | LINKID | Logical network link identifier |
| | NETWORKYEA | Planning year of network link |
| | SHAPE_LENG | Geometry length of network link (in feet) |
| | PROJECTID | Project identifier |
| | TAZ | TAZ  (1-3,722) |
| | ATYPE | Area Type (1-6) |
| | SPDCLASS | Speed Class |
| | CAPCLASS | Capacity Class |
| | DEFLATIONFTR | Deflation factor for converting existing year costs to 2007 costs |
| | <Period>TOLL | <Period>Toll value in current year cents (if applicable) |
| | <Period>TOLL_VP | <Period>Toll of future, variably priced facility only |
| | <Period> HTIME | <Period> Highway Time (min) |
| | | |
| **Key** | | |
| <Period>= | AM | AM Peak Period (6:00-9:00 AM) |
| | MD | Mid Day (9:00 AM - 3:00 PM) |
| | PM | PM Peak Period (3:00 - 7:00 PM) |
| | NT | All remaining hours |

00037249

## 12.2 Application Details

The *Set_CPI.S* script is used to produce deflation factor files (Trn_Deflator.txt and Hwy_Deflator.txt) which are used to convert present-year costs to constant-year (2007) costs. The deflation parameter files are inputs to the *V2.3_Highway_Build.s* and *MFARE2.S* scripts. This procedure has been established to ensure that cost deflation for highway tolls and transit fares are treated consistently.

The *Set_CPI.S* script reads a preexisting look-up table (\INPUTS\CPI_File.txt) containing historical annualized CPI figures published by the U.S. Bureau of Labor Statistics beginning with the model calibration year, 2007. The CPI figures are based on the U.S. city average of all urban consumers (100 = 1982-84). An example listing of the file appears in Figure 26.

**Figure 26 Consumer price index file (CPI_File.txt)**

```
1   ;; - MwCOG V2.3 Travel Model - Cost deflation Table
2   ;; - 1/30/2017 - RN
3   ;; Data from BLS / All Urban Consumers (CPI-U) US City Avg.1982-84=100.0
4   ;; http://www.usinflationcalculator.com/inflation/consumer-price-index-and-annual-percent-changes-from-1913-to-2008
5
6   InflationFTR        = 1.0     ; Inflation Assumption (DEFAULT IS 1.0)
7   Defl_OverRide       = 0.0     ; Deflation Override   (DEFAULT IS 0.0)  If Non-zero it is used as deflator
8                                 ; Used as deflator IF NON-ZERO
9   BaseCPIYear         = 2007    ; Base year of the CPI Table
10  CurrCPIYear         = 2017    ; Current year on  CPI table below (Year for which complete annual CPI data is available)
11  ;
12  ;==============================================================
13  ; Establish historic CPI table and Deflation Factor           =
14  ;==============================================================
15  ;
16       LOOKUP Name=CPI_Table,
17              LOOKUP[1]  = 1,Result = 2,       ;; CPI index (from US BLS)
18              LOOKUP[2]  = 1,Result = 3,       ;; Compounded Growth Rate From Base Year
19              LOOKUP[3]  = 1,Result = 4,       ;; Deflation Factor
20              Interpolate = N, FAIL=0,0,0,list=Y,
21          ;;
22          ;;                    (((YrCPI/BsCPI)^(1/n))-1.0)*100   BsCPI/YrCPI)
23          ;;                         Annual_Avg.                 Historic Deflation
24          ;; YEAR    CPI            Growth_Rate(%)               Factor
25          ;; ----    -----          ----------------            -----------
26        R=' 2007,  207.342,           0.00,                     1.0000 ', ; <--- BaseCPIYear
27         ' 2008,  215.303,           3.84,                     0.9630 ', ;
28         ' 2009,  214.537,           1.72,                     0.9665 ', ;
29         ' 2010,  218.056,           1.69,                     0.9509 ', ;
30         ' 2011,  224.939,           2.06,                     0.9218 ', ;
31         ' 2012,  229.594,           2.06,                     0.9031 ', ;
32         ' 2013,  232.957,           1.96,                     0.8900 ', ;
33         ' 2014,  236.736,           1.91,                     0.8758 ', ;
34         ' 2015,  237.017,           1.69,                     0.8748 ', ;
35         ' 2016,  240.007,           1.64,                     0.8639 ', ;
36         ' 2017,  245.120,           1.69,                     0.8459 '  ; <--- Curr(ent)CPI Year
37  ; --- end of CPI File -----------
38  ; ------------------------------
```

Ref: Z:\ModelRuns\fy19\CGV2_3_75_Visualize2045_CLRP_Xmittal\2019_Final\Inputs\CPI_File.txt

The script computes a cost deflation factor using the CPI table and the parameters *BaseCPIYear*, *CurrCPIYear, InflationFTR* (all specified in the above text file), and **the _Year_ environment variable specified in the "Run_ModelSteps" batch file**. These parameters are defined as:

- **BaseCPIYear** =  the base (or calibration) year of the travel model

00037250

- **CurrCPIYear** =  the most recent year for which historical CPI data exists (as reflected in the CPI table)
- **_Year_** =  the year of the modeled scenario (as defined in the Run_ModelSteps.bat file)
- **InflationFTR** =  Factor reflecting special CPI growth assumptions beyond CurrCPIYear that might be considered in scenario testing. For example, a value of 1.0 indicates future cost escalation is assumed to remain constant with the historical rate of inflation; a value of 2.0 would indicate that the future cost escalation is assumed to be twice the historical rate of inflation; a value of 0.5 would indicate that the future cost escalation is assumed to be one half of the historical rate of inflation, etc. The default value is 1.0.

Under default conditions, if the modeled year (_Year_) is less than or equal to *CurrCPIYear*, the CPI factor will equal $CPI_{2007}$/ $CPI_{\_Year\_}$ from values provided in the CPI table. If the modeled year (_Year_) is greater than *CurrCPIYear*, the CPI factor will equal ($CPI_{2007}$/ $CPI_{CurrCPIYear}$) from values provided in the CPI table. The user may optionally invoke the *InflationFTR* parameter to arrive at a deflation factor that reflects something other than the "historical inflation rate" assumption. In addition to the output deflation factor files mentioned above, the script also writes a text file (Mfare2_CPI.txt) that lists the input and output parameter values used.

The Set_Factors.s script is used to generate a family of K-factors by modeled trip purpose, to be used subsequently by the trip distribution process. The K-factors are jurisdiction-based and have been formulated during the calibration and validation phase of the model development process. Separate K-factor files are produced by purpose as Cube/Voyager binary matrix files (zone-to-zone). These files are currently stored in the Support folder, though there has been some thought of moving these into the inputs folder to prevent sharing violations when multiple model runs are launched concurrently. As of the Ver. 2.3.57a model, *Set_Factors.s* is also used to generate the station names file (station_names.dbf), which is stored in the INPUTS folder, used in the transit assignment summary process, and is derived from information found in the station file (station.dbf, see Table 38).

It is useful to understand the basic elements of the highway and transit networks that are reflected in the highway link input file (link.dbf) to the Version 2.3 model. The highway elements are shown in Table 30.

**Table 30 Elements of the highway network**

| Highway Network Element | What It Represents | Node No. Ranges | Notes |
|---|---|---|---|
| Zone centroid | Center of activity for the TAZ; Start and end point for trips | 1-3722 | 3676-3722 allocated as external stations. 3723-5000 reserved for TAZ expansion. Established ranges for each jurisdiction. Some TAZs are unused |
| Station PNR centroid | Location of the station's park-and-ride lot. Used to develop congested highway times between each TAZ and each PNR lot. | 5001-7999* | 5001-5999 for Metrorail. 6000-6999 for commuter rail. 7000-7999 for LRT, BRT, and streetcar. |
| Highway node | Highway intersections or junctions, including where zone centroids connect to the highway network | 20000-60000 | Established ranges for each jurisdiction. |

00037251

| Highway Network Element | What It Represents | Node No. Ranges | Notes |
|---|---|---|---|
| Zone centroid connectors | Connection from zone centroid to the highway network. One zone centroid connector can represent multiple local roads. | | Facility type (FTYPE) = 0 |
| PNR lot connectors | Connection from PNR lot to the highway network | | Facility type (FTYPE) = 4 |
| Highway links | Road segments | | 0 = centroid connectors; 1 = freeways; 2 = major arterials; 3 = minor arterials; 4 = collectors; 5 = expressways; 6 = ramps on freeways and arterials; 9 = transit only; |

Notes:  * Station PNR centroids (a.k.a. dummy station centroids) are not required for Mode 5 (LRT) or Mode 10 (BRT/streetcar).[78]  For the sake of consistency, the current COG coding practice is to refrain from using station PNR centroids for LRT, BRT, and streetcar. In other words, in the station file, the STAC variable is coded with a value of zero.

The network includes two types of centroids: a zonal centroid, which represents the geographic center of land activity within a TAZ, and a park-and-ride (PNR) lot centroid (also known as a "station centroid," "dummy PNR centroid"), which represents PNR lot locations at Metrorail and commuter rail stations. The PNR centroid represents a kiss-and-ride (KNR) drop-off point if no PNR lot exists at a given station. Within the station file (station.dbf), the PNR centroid/station centroid is denoted with the variable name STAC. Each Metrorail station and commuter rail station should have its own unique STAC. The two centroid types are assigned specific numbering ranges. TAZ centroids are numbered 1-3722 and PNR centroids are numbered 5001-7999. The numbering gap between the TAZ and PNR ranges, 3723-5000, are reserved for future TAZ assignments.[79] The two centroid types are employed so that highway level-of-service (LOS) matrices may be built, not only between TAZs, but also between TAZs and PNR lots.

Highway nodes representing intersections or highway access points from TAZs or PNR lots are assigned a number from the following range: 20000 to 60000. Network links (i.e., centroid connectors and highway links) are assigned facility type ("Ftype") attributes ranging from 0 to 6.

The highway network building process -- i.e., the process for creating a binary highway network file which is used in subsequent modeling steps -- is undertaken with two scripts that are executed in sequence: *AreaType_File.s* and *V2.3_Highway_Build.s* (page A-3).   The *AreaType_File.s* script, which reads a preexisting zonal land activity file (Zone.dbf) and a highway node coordinate file (Node.dbf), computes the area type code associated with each TAZ. Area type codes range from 1 to 6 and are based on population and employment density, as shown in Table 31.

---

[78] Jain to Milone and Moran, "MWCOG Network Coding Guide for Nested Logit Model (First Draft: September 20, 2007; Updated February 2008 and October 2010)," 6 and 10.
[79] The existing Version 2.3 scripts, inputs, and support files would need to be modified if additional TAZs were added to the highway network.

00037252

**Table 31 Area type codes, based on population and employment density**

| One-Mile "Floating" Population Density (Pop/Sq mi) | One- mile "Floating" Employment Density (Emp/Sq mi) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 0-100 | 101-350 | 351-1,500 | 1,501-3,550 | 3,551-13,750 | 13,751-15,000 | 15,001+ |
| 0-750 | 6 | 6 | 5 | 3 | 3 | 3 | 2 |
| 751-1,500 | 6 | 5 | 5 | 3 | 3 | 3 | 2 |
| 1,501-3,500 | 6 | 5 | 5 | 3 | 3 | 2 | 2 |
| 3,501-6,000 | 6 | 4 | 4 | 3 | 2 | 2 | 1 |
| 6,001-10,000 | 4 | 4 | 4 | 2 | 2 | 2 | 1 |
| 10,000-15,000 | 4 | 4 | 4 | 2 | 2 | 2 | 1 |
| 15,001+ | 2 | 2 | 2 | 2 | 2 | 1 | 1 |

The *AreaType_File.s* script produces three files which are used as inputs to the v2.3_highway_build.s script:

- TAZ_Xys.dbf (zonal coordinates),
- Floating_LU.dbf (a zonal file containing the area, population, and employment within one mile),[80]
- Areatype_file.dbf (a zonal file containing the associated area type, in accordance with the land activity file)

The V2.3_Highway_Build.S script reads the zonal area type file, along with a node file, a link attribute file, a zone file, and four parameter files. The parameter files include initial speed and capacity lookup files (AMSpd.lkp, MDSpd.lkp), both arrayed by facility type and area type. The deflation file created by the SET_CPI.s script (Hwy_Deflator.txt) is also read into the highway building script. Finally, a toll parameter/escalation file (Toll_esc.dbf) is also used by the script. The file contains a number of toll-related parameters that are indexed by a tolled facility code (tollgrp) which is included as a link attribute.

The highway building process consists of the following steps:

1) Each highway link is evaluated against all TAZ centroids to determine its nearest zone (i.e., the TAZ centroid nearest to the airline mid-point of the link a-node and b-node). The nearest zone is then saved to a temporary link file containing the A-node, B-node, and nearest TAZ.

---

[80] TAZ-level floating density is calculated by using the TAZ centroids and creating a 1-mile point buffer around each centroid.

00037253

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*

2) The link file, zonal area type file, and link-TAZ (from step 1) are merged to enable the zonal area type of the nearest TAZ to be assigned to each link. The link file contains basic link attributes, including distance, facility code, time-of-day-period-specific (AM, PM, OP) lanes and limit codes, coded tolls, toll group codes, jurisdiction, and screenline codes.

3) Toll parameters are merged to each link on the basis of the tollgrp code.

4) Speed and capacity classes are next defined as a two-digit integer, where the first digit is the facility type and the second digit is the area type.

5) Period-specific tolls (AM, PM, and OP) are computed. The general form of the toll computation is:

$$\text{<prd>Toll} = (\text{Toll} + (\text{DstFac}_t * \text{Distance} * \text{<prd>\_TFtr}_t)) * (\text{EscFac}_t \text{ if} > 0.0; \text{Otherwise: Hdefl})$$

Where:

| | |
|---|---|
| <prd>Toll | = period-specific toll coded on link in constant year dollars (e.g., Amtoll) |
| Toll | = link-coded "Toll" link attribute value |
| $\text{DstFac}_t$ | = distance factor (cents/mi) for toll group "t", as specified in Toll_Esc.dbf |
| Distance | = link-coded distance (miles) |
| $\text{<prd>\_TFtr}_t$ | = period-specific factor for toll group "t" as specified in Toll_Esc.dbf |
| Hdefl | = Default highway deflation factor based on CPI assumptions (Set_CPI.s) |
| $\text{Esc\_Fac}_t$ | = Hwy. deflation factor *override* for toll group "t", as specified in Toll_Esc.dbf |

6) A period-specific toll type code (<prd>Toll_VP) is established to distinguish whether the tolled link existed during the model calibration year or the tolled link is a future, variably priced facility. This information is relevant to subsequent toll skimming.

7) Initial AM and OP speeds are assigned, based on facility and area type codes.

8) Midday (MD) and Night (NT) attributes are set to off-peak (OP)-related attributes defined above

The binary network file resulting from the highway network building process is named Zonehwy.net. Variables that are included in the zonehwy.net file are described in Table 32.

**Table 32 zonehwy.net file Variables description**

| Variable Name | Description |
|---|---|
| A | A-Node |
| B | B-Node |
| DISTANCE | Link Distance in miles (x.xx) |
| SPDC | Not used |
| CAPC | Not used |
| JUR | Jurisdiction Code (0-23) |
| | *0/dc, 1/mtg, 2/pg, 3/alr/, 4/alx,5, ffx, 6/ldn, 7/ pw, 8/(unused), 9/ frd, 10/how, 11/aa, 12/chs, 13/(unused), 14/car, 15/cal, 16/stm, 17/ kg, 18/fbg, 19/stf, 20/spts, 21/fau, 22/clk, 23/jef* |
| SCREEN | Screenline Code (1-38) |
| FTYPE | Link Facility Type Code (0-6) |
| | *0/centroids, 1/Freeways, 2/Major Art., 3/Minor Art, 4/Collector, 5/Expressway, 6/Ramp* |

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*

| Variable Name | Description |
|---|---|
| TOLL | Toll Value in current year dollars |
| TOLLGRP | Toll Group Code (1-9999) |
| <Period>LANE | <Period> No. of Lanes |
| <Period>LIMIT | <Period> Limit Code (0-9) |
| EDGEID | Geometry network link identifier |
| LINKID | Logical network link identifier |
| NETWORKYEA | Planning year of network link |
| SHAPE_LENG | Geometry length of network link (in feet) |
| PROJECTID | Project identifier |
| TAZ | TAZ (1-3722) |
| ATYPE | Area Type (1-6) |
| SPDCLASS | Speed Class |
| CAPCLASS | Capacity Class |
| DEFLATIONFTR | Factor for deflating current year tolls to constant year tolls |
| <Period>TOLL | <Period> Toll Value in current year dollars |
| <Period>TOLL_VP | <Period> Toll Value in current year dollars - Variably priced tolled facilities only |
| <Period> HTIME | <Period> Highway Time - based on initial highway lookup speeds |
| **KEY** | |
| <Period>= AM | AM Peak Period (6:00 AM - 9:00 AM) |
| MD | Midday (9:00 AM - 3:00 PM) |
| PM | PM Peak Period (3:00 PM - 7:00 PM) |
| NT | All remaining hours ("nighttime") |

00037255

# 13 Highway Skim File Development

## 13.1 Overview

Highway skimming begins with path building, the process of building minimum-impedance paths from every TAZ to every other TAZ. After paths have been built, the paths can be "skimmed," i.e., the paths are traversed, and key variables are summed over the paths. The variables that are skimmed include travel times, distances, and tolls. The resultant zone-to-zone sums are saved in one or more skim matrices. The input to the skimming process is usually a loaded network with congested travel speeds, generated from a traffic assignment process. Although traffic assignment is conducted for four time-of-day periods (AM peak period, midday, PM peak period, and nighttime), the travel model is set up to use skims for only two time-of-day periods: a peak period (represented by the AM peak period) and an off-peak period (represented by the midday period). Highway skims in the Version 2.3 model are generated after each traffic assignment step.

Highway skims are generated by time period (AM and Midday), and by highway mode (SOV, HOV 2-occupant, HOV 3+occupant). In addition, truck skims are generated for the midday period only. Mode-specific paths are very important in the Washington, D.C. region, due to special operating restrictions, particularly during the AM peak period.

The TPB's highway skimming is done twice: once to develop zone-to-zone (3722 x 3722) skim matrices and then again to develop zone/PNR lot-to-zone/PNR lot (7999 x 7999) skim matrices. The latter set enables restrained highway speeds and distances to be calculated between zones and PNR lots, thus allowing transit auto-access links to be built. The entire highway skimming process is applied with the scripts named *Highway_Skims_am.s, Highway_Skims_md.s, modnet.s, Highway_Skims_mod_am.s, Highway_Skims_mod_md.s,*[81] *joinskims.s, and Remove_PP_Speed.s*. These are invoked with the *PP_Highway_Skims.bat* file in the initial or pump-prime iteration (see page A-4 of Appendix A) and the *Highway_Skims.bat* file (see page A-11) in the standard iterations. The *Remove_PP_Speed.s* script is executed in the pump-prime iteration only.   The principal inputs and outputs are shown in Table 33 and Table 34 , respectively.

**Table 33 Inputs to the highway skim file development**

| Built highway network file | <ITER>_HWY.NET | Binary |
|---|---|---|
| Toll minutes equivalent | support\toll_minutes.txt | Text |
| AM toll factors by vehicle type | Inputs\AM_Tfac.dbf | DBF |
| MD toll factors by vehicle type | Inputs\MD_Tfac.dbf | DBF |

Note: <ITER> =PP, i1…i4    <Prd>= AM and MD

---

[81] Prior to build 37, there was one script (*Highway_Skims_mod.s*), which had a loop covering the two time periods, AM and midday. However, it was found that this script would crash on some hardware configurations, when running Voyager 5.1.3, resulting in the following errors:  1) Voyager.exe, APPCRASH, TPPDLIBX.DLL; and 2) Voyager, APPCRASH, MSVCR90.DLL. The script was then split into two files (*Highway_Skims_mod_am.s* and *Highway_Skims_mod_md.s*), which eliminated this problem.

00037256

**Table 34 Outputs of the highway skim file development**

| Total highway skims | <ITER>_SKIMTOT.TXT | Text |
|---|---|---|
| Truck skims | <ITER>_MD_TRK.SKM | Binary |
| SOV skims | <ITER>_<Prd>_SOV.SKM | Binary |
| HOV2 skims | <ITER>_<Prd>_HOV2.SKM | Binary |
| HOV3+ skims | <ITER>_<Prd>_HOV3.SKM | Binary |
| SOV skims (used by mode choice model) | <ITER>_<Prd>_SOV_MC.SKM | Binary |
| HOV2 skims (used by mode choice model) | <ITER>_<Prd>_HOV2_MC.SKM | Binary |
| HOV3+ skims (used by mode choice model) | <ITER>_<Prd>_HOV3_MC.SKM | Binary |
| AM highway skims | <ITER>_HWY_AM.SKM | Binary |
| Off peak highway skims | <ITER>_HWY_OP.SKM | Binary |
| Network with added station centroid connectors | <ITER>_HWYMOD.NET | Binary |
| Walk access links | WalkAcc_Links.dbf | DBF |
| | <ITER>_<Prd>_SOV_MOD.SKM | Binary |
| | <ITER>_<Prd>_HOV2_MOD.SKM | Binary |
| | <ITER>_<Prd>_HOV3_MOD.SKM | Binary |
| Highway network with PP speeds removed | ZoneHWY.NET | Binary |

Note: <ITER> =PP,  i1…i4    <Prd>= AM and MD

## 13.2 Application Details

The highway skimming process is used to develop time, cost, and toll values between origin/destination (i/j) pairs of zones on a minimum-impedance path. The skimming process reads a highway network input file with preexisting restrained speeds. The restrained speeds used in the pump prime (PP) iteration initially are table look-up values based on time period (AM, Off-peak), facility type, and area type. After the PP iteration is completed (i.e., after the PP traffic assignment process is completed), the highway skimming is accomplished using traffic assignment-based link speeds. The generalized impedance for which paths are developed for highway skimming is defined as follows:

**Equation 1 Converting tolls into time-equivalent minutes of impedance**

$(\text{Impedance})_v = (\text{Restrained over-the-network time})_v + (\text{Toll-related time})_v$

or

$(\text{Impedance})_v = (\text{Restrained over-the-network time})_v$
$\qquad + ([\text{Toll cost}]_v \times [\text{Time rate}]_v \times [\text{Vehicle factor}]_{vf})$

where

$\qquad (\text{Impedance})_v = \text{Restrained over-the-network time}_v + \text{Toll-related Time}_v$
$\qquad (\text{Restrained over-the-network time})_v$
$\qquad\qquad = \text{Congested/restrained network travel time (min) for vehicle class "V"}$
$\qquad [\text{Toll cost}]_v = \text{Tolls (2007 dollars) paid by vehicle class "V", if a tolled facility was used}$

---

00037257

[Time rate]$_v$ = Time valuation (min/2007 dollar) of toll costs for vehicle class "V"
[Vehicle factor]$_{vf}$ = Vehicle class factor for tolled facility "F"

Note: Vehicle classes are: SOVs, HOV2-occs, HOV3+occs, Commercial Vehicles, Trucks, and airport passenger vehicles.

The assumed time rates are provided by vehicle class and time period in toll_minutes.txt (see below), which is located in the Support folder. The values shown are derived from average household income levels and information from the 2007/08 HTS. The values should not be altered.

```
;
;       ===============================================================
;       = Equivalent Toll Minutes by Time Prd & Vehicle Type          =
;       = in minutes per 2007 dollar - rm 1/7/11                       =
;       ===============================================================
;
;    AM Peak            Midday             PM Peak            Night
;---------------     ---------------    ---------------     ---------------
    SVAMEQM = 2.5     SVMDEQM = 3.0      SVPMEQM = 3.0      SVNTEQM = 3.0 ; <--- SOVs
    H2AMEQM = 1.5     H2MDEQM = 4.0      H2PMEQM = 2.0      H2NTEQM = 4.0 ; <--- HOVs-2 Occ
    H3AMEQM = 1.0     H3MDEQM = 4.0      H3PMEQM = 1.0      H3NTEQM = 4.0 ; <--- HOVs-3+Occ
    CVAMEQM = 2.0     CVMDEQM = 2.0      CVPMEQM = 2.0      CVNTEQM = 2.0 ; <--- Comm Veh
    TKAMEQM = 2.0     TKMDEQM = 2.0      TKPMEQM = 2.0      TKNTEQM = 2.0 ; <--- Trucks
    APAMEQM = 2.0     APMDEQM = 2.0      APPMEQM = 2.0      APNTEQM = 2.0 ; <--- Apaxs
```

The vehicle factors are provided by time period in the inputs files AM_Tfac.dbf and MD_Tfac.dbf. An example of the AM_Tfac.dbf file is shown below. The file is available to allow for the ability to reflect a facility-specific toll policy differential between vehicle classes. The table below specifies the default assumption that tolls do not vary between vehicle classes, except for trucks, which are assumed to pay 2.5 times the toll that an auto would pay.

| TOLLGRP | AMSOVTFTR | AMHV2TFTR | AMHV3TFTR | AMCOMTFTR | AMTRKTFTR | AMAPXTFTR |
|---------|-----------|-----------|-----------|-----------|-----------|-----------|
| 1       | 1.0000    | 1.0000    | 1.0000    | 1.0000    | 2.5000    | 1.0000    |

Information about the "toll setting" process that is used to estimate reasonable toll values can be found in two technical memos.[82]

The standard zone-to-zone highway skims are developed by the scripts *Highway_Skims_am.s* and *Highway_Skims_md.s*. The scripts produce skim files pertaining to two time periods (AM and midday) and to four mode/path types (SOV, HOV2, HOV3+, and truck). The truck skim file contains one table

---

[82] Jinchul Park to Team B Modelers, "Processes Related to Toll Setting in Version 2.3 Model (Draft)," Memorandum, October 12, 2012; Jinchul Park to Files, "HOT Lane Modeling Process of MWCOG/TPB (Draft)," Memorandum, October 12, 2012.

00037258

pertaining to travel time. The SOV and HOV skim files **contain four tables**: 1) time (min), 2) distance in implied tenths of miles, 3) total toll (year-2007 cents), and 4) variably priced tolls (year-2007 cents).

Based on a past analysis of Version 2.2 model forecasts, TPB staff found substantial costs associated with planned variably priced highway facilities (e.g., the Northern Virginia HOT lanes and the ICC) caused counterintuitive mode choice model results. Essentially, the added person trips induced by the HOT lane's accessibility benefit tended to be allocated among non-SOV modes because of the substantial costs for paying SOVs to use the HOT lane costs. The result was not considered reasonable since the objective of the facility was to attract paying SOVs by selling a travel time benefit. Staff speculated that the result may be attributed to the specification of the mode choice model: the "SOV-pay" alternative was not included in the choice set when the model was calibrated (indeed, no such facility had ever operated in the region). It was decided that the potentially extreme costs associated with future-year, variably priced highway facilities should **not** be considered by the mode choice model **as monetary values** in application. **Instead, tolls on variably priced facilities are expressed as equivalent minutes that are added to the highway time**. This approach has been adopted for the Version 2.3 application. Consequently, two sets of SOV and HOV skim files are created, one in which all toll facility costs are skimmed (e.g., <ITER>_AM_SOV.SKM), and another set in which the toll skims reflect base-year toll facilities only **and the time skims reflect highway times and tolls converted to equivalent time** (<ITER>_AM_SOV_MC.SKM). The former is used as an input to the trip distribution model and the latter is used as an input to mode choice.

The *joinskims.s* script is use to merge the six skim files used by the mode choice model into two files, <iter>_HWY_AM.skm and <iter>_HWY_MD.skm, which are read directly into the mode choice model.

*Modnet.s* reads the built highway network file and creates another modified binary network that includes an expanded set of zone centroids, zone centroids (numbered 1 to 3722) and PNR lot centroids (numbered 5001 to 7999). The expanded network is named <iter>_HwyMod.net. *Modnet.s* also generates a list of highway links that are considered as "walk network links" in the development of sidewalk (mode 13) links for the transit network.

The *Highway_Skims_Mod_am.s* and *Highway_Skims_Mod_md.s* scripts read the expanded network and create an expanded set of highway skims dimensioned 7999 by 7999, which includes highway skims between zone centroids as well as between zone and PNR lot pairs. The latter will be used subsequently to create auto access link attributes. As explained in footnote 81, prior to build 37, there was one script (*Highway_Skims_mod.s*), which had a loop covering the two time periods, AM and midday. However, it was found that this script would crash on some hardware configurations, but not on others. The script was then split into two files (*Highway_Skims_mod_am.s* and *Highway_Skims_mod_md.s*), which eliminated this problem.

The *Remove_PP_Speed.s* script is used to remove the "PP" iteration speed attributes from the highway network. This is necessary in the initial (PP) iteration, when table lookup speeds are to be replaced by traffic assignment speeds in the PP iteration.

00037259

# 14 Auto Driver Trip Development

## 14.1 Overview

The "auto drivers" step is used to convert daily auto person trip tables by occupant group (1, 2, and 3+) into auto driver trips by occupant group. This step occurs in between the mode choice model and the time-of-day model steps (see pages A-8 and A-14 of Appendix A).   The auto driver step uses daily auto person trips estimated by the mode choice model and computes auto driver trips by occupant groups using matrix division. Because the mode choice file output includes only internal-to-internal movements, total external auto person trips produced in the trip distribution step are also used as a basis for developing external auto driver trips by occupant groups. External auto person trips produced by the trip distribution process are not stratified by occupant groups. The auto driver step uses modeled occupant disaggregation curves to develop external auto drivers by occupant groups.

The scripts used are *PP_Auto_Drivers.s*, invoked by the *PP_AutoDrivers.bat* file (see page A-8 of Appendix A) and *MC_Auto_Drivers.s*, invoked by the *Auto_Drivers.bat* file (see page A-14 of Appendix A). The inputs to this step are shown in Table 35. The outputs are shown in Table 36. The outputs consist of five purpose-specific auto driver files, each containing three tables (one for each occupant group). The output files contain both internal and external auto driver movements.

Note that the *PP_Auto_Drivers.s* script uses a pre-existing mode choice model output file that resides in the \inputs subdirectory, while the *MC_Auto_Drivers.s* script reads mode choice model output that is generated within the model execution stream. A pre-existing file must be used in the pump prime iteration in order to provide initial zonal mode choice percentages. TPB staff uses a pre-existing file that is as current and as reasonable for the modeled scenario as possible.

**Table 35 Inputs to auto driver trip development**

| Pre-existing final iteration AEMS mode choice model output modal trip tables | ???_NL_MC.MTT | Binary |
|---|---|---|
| Pump Prime iteration person trip tables | <iter>_???.PTT | Binary |
| Current iteration AEMS mode choice model output modal trip tables | ???_NL_MC.MTT | Binary |

Note: ??? = HBW, HBS, HBO, NHW, and NHO  <ITER> =PP, i1…i4

## 14.2 Application Details

**Table 36 Outputs of auto driver trip development**

| Auto drivers trips by trip purpose (t1= 1-occ. auto drivers, t2= 2-occ. auto drivers, t3 =3+ occ. Auto drivers | <ITER>_???_ADR.MAT | Binary |
|---|---|---|

Note:  ??? = HBW, HBS, HBO, NHW, and NHO  <ITER> =PP, i1…i4,

00037260

00037261

# 15 Pre-Transit Network Processing

## 15.1 Overview

Prior to transit network building (shown on page A-5), a series of Cube Voyager scripts is executed to generate special transit-access links that are subsequently folded into the transit network, along with highway links, transit links, and transit lines. The scripts include *Parker.s* (used to generate PNR-lot-to-rail-station links), *walkacc.s* (used to develop zonal walk access links), *Adjust_Runtime.s* (to update the RUNTIME values for local bus service to account for worsening congestion), and *Autoacc5.s* (used to generate TAZ-to-station links, a.k.a., auto access links). The automated approach for generating these links has greatly streamlined the transit network coding process. Three of these programs (*Parker.s*, *walkacc.s*, and *Autoacc5.s*) were originally developed as stand-alone Fortran programs developed by AECOM Consult. TPB staff converted these three Fortran programs to Cube Voyager scripts to facilitate the implementation of future enhancements.

The inputs used by the above programs are list in Table 37. Specific file descriptions are shown in Table 38 through Table 41. The output files are shown in Table 42.

Table 37 Inputs to pre-transit network processing

| Zonal land use file | Zone.dbf | DBF |
|---|---|---|
| Station file | Station.dbf | DBF |
| Highway node file | node.dbf | DBF |
| Supplemental walk link file | xtrawalk.dbf | DBF |
| Sidewalk network links | WalkAcc_Links.dbf | DBF |
| TAZ area that is within walking distance from transit stops | Areawalk.txt** | Text |
| Factors used to determine the amount of speed degradation, due to congestion, for local bus routes | Bus_Factor_File.dbf | DBF |
| Station mode-station type-max access dist. Lookup | StaAcc.dbf | DBF |
| Jurisdiction code- jurisdiction group lookup | Jur.dbf | DBF |
| List of zones connected to the Pentagon Metrorail station for the purpose of creating long-distance kiss-and-ride (KNR) links, which represent "slugging" or informal, ad-hoc carpooling | Pen.dbf | DBF |
| TAZ XY co-ordinates | TAZ_xys.dbf | DBF |
| SOV AM/Off-peak highway time skims file | AM_SOV_MOD.SKM, MD_SOV_MOD.SKM | Binary |

** Areawalk.txt contains information needed to calculate zonal percent-walk-to-transit (PWT) values.

00037262

**Input File Descriptions and Formats**

Table 38 Variables in the transit station file (Station.dbf)

| Name | Type | Field Description |
|------|------|-------------------|
| SEQNO | N | Sequence Number |
| MM | C | Mode Code (M=Metrorail, C=Commuter rail, B=Bus, L=Light rail, N= BRT/streetcar) |
| **NCT** | **N** | **Access distance code (1, 2, 3, 0, 9, 8)** (See Table 39) |
| STAPARK | C | Does the station have a park-and-ride lot? (Y=yes; blank=no) |
| STAUSE | C | Is the station in use for the given year? (Y=yes; blank=no) |
| SNAME | C | Station Name/PNR lot name |
| STAC | N | Station centroid number (5001-7999), also known as a park-and-ride (PNR) lot centroid or a dummy PNR centroid" |
| STAZ | N | For the purposes of path building, the TAZ (1-3722) that represents the location of the station PNR lot. Usually the closest TAZ to the PNR lot. |
| STAT | N | Station Node (8000-8999, 9000-9999, 10000-10999) |
| STAP | N | Station park-and-ride (PNR) node number (11000-13999) |
| STAN1 | N | Station bus node #1 (used to generate a station-to-bus-node connector) |
| STAN2 | N | Station bus node #2 (used to generate a station-to-bus-node connector) |
| STAN3 | N | Station bus node #3 (used to generate a station-to-bus-node connector) |
| STAN4 | N | Station bus node #4 (used to generate a station-to-bus-node connector) |
| **STAPCAP** | **N** | **Parking capacity (number of spaces at the PNR lot)** |
| STAX | N | X coordinate of station/PNR lot (MD State Plane, NAD83, feet) |
| STAY | N | Y coordinate of station/PNR lot (MD State Plane, NAD83, feet) |
| **STAPKCOST** | **N** | **Peak period parking cost (daily cost, cents)** |
| **STAOPCOST** | **N** | **Off-peak parking cost (hourly cost, cents)** |
| **STAPKSHAD** | **N** | **Peak-period shadow price (currently not used)** |
| **STAOPSHAD** | **N** | **Off-peak-period shadow price (currently not used)** |
| FIRSTYR | N | Year of Station/PNR lot Opening (unused by scripts, but used as metadata) |
| STA_CEND | N | Project ID (Metadata) |
| | C | Scenario name, or left blank (Metadata) |
| | C | Comments, if any, regarding the file, since file cannot accept comment lines preceding the data lines |

Notes:  New variables are shown with bold font. The SEQNO variable does not correspond to the station node (STAT), and, unlike the STAT, cannot be assumed to stay the same over time.

Source:  Jain, M. (2010, October). MWCOG network coding guide for Nested Logit Model (First draft: September 20, 2007; Updated February 2008 and October 2010). Memorandum.

The station file (station.dbf) is created by the create-station-file function of COGTools using transit nodes and transfer links. The input files for this procedure[83] are pre-existing transit support files listed at the top of p. A-5. STAN1, STAN2, STAN3, STAN4 represent transit stop nodes, which are used to generate station-to-transit-node connectors. A node could be a bus bay, bus stop, a light rail stop, a light

---

[83] Meseret Seifu to Files, "Create a Station File," Memorandum, July 20, 2011.

00037263

rail station, or a commuter rail station, etc. The information of these nodes is used in four scripts: *Autoacc5.s, Parker.s, Set_Factors.s*, and *Refine_Station_File.s*. One transit station could have STAN1, or STAN1 and STAN2, or STAN1, STAN2, and STAN3. A station with four STANs could have other station connections beyond these four that exist in the network geodatabase, but these are not shown explicitly in the station file.

The "access distance code," known as NCT in the autoacc5.s script, is a newly added variable in the station file that controls the number, extent, and directionality of PNR/KNR access links generated for each parking lot (in the case of PNR) or each station (in the case of KNR). Table 39 describes the meaning of each of the six access distance codes.

Table 39 Interpretation of transit access distance codes (NCT): Metrorail, light rail, and bus PNR access distance codes and their meaning for the

| Acc Dist Code | Interpretation |
|---|---|
| 1 | End-of-the-line station (e.g., Shady Grove Metro) |
| 2 | Intermediate station (e.g., Rockville Metro) |
| 3 | PNR close to a CBD (e.g., Rhode Island Ave. Metro, Fort Totten) |
| 0 | Only KNR-access links generated (e.g., Braddock Road, National Airport, Clarendon) |
| 9 | Metrorail sta. in use, but no PNR/KNR access (e.g., Dupont Circle, Farragut North, Metro Ctr.) |
| 8 | Pentagon Metro Sta., allows for very long KNR links, to represent "slugging" (informal carpool) |

The access distance code, along with the transit mode, determines the maximum link distance for the drive-access-to-transit links generated by autoacc5.s for the TPB nested-logit mode choice model. The maximum link distances for PNR are shown in Table 81. Although not shown in the table, the maximum allowed link distance for KNR links is 3 miles. It is also important to note that the KNR links are generated to Metrorail stations, light rail stations, streetcar stops, and bus stops with parking lots, but not commuter rail stations.

Table 40 HBW zonal parking costs/terminal time file (HBWV2a1.dbf)

| File Name | Variable Name | Description |
|---|---|---|
| HBWV2a1.dbf | TAZ | TAZ (1-3,722) |
| | PCTWKSH | Percent short walk to transit |
| | PCTWKLG | Percent long walk to transit |
| | AREA | in sq. mile |

For more information about short walk and long walk to transit, see section 21.4 ("Market segmentation") on page 164.

00037264

**Table 41 Walk Access Links (WalkAcc_Lnks.dbf)**

| File Name | Variable Name | Description |
|---|---|---|
| WalkAcc_Links.dbf | A | A-Node |
| | B | B_Node |
| | DISTANCE | Link distance (in 1/100[th]s of miles) |
| | FTYPE | Link Facility Type Code (0-6) |
| | | *0/centroids, 1/Freeways, 2/Major Art., 3/Minor Art, 4/ Collector, 5/ Expressway, 6/ Ramp* |
| | TAZ | TAZ (1-3,722) |

**Table 42 Outputs of pre-transit network processing**

| | | |
|---|---|---|
| Transit support files in inputs subdirectory | met_link.tb, com_link.tb, lrt_link.tb, new_link.tb, met_node.tb, com_node.tb, lrt_node.tb, new_node.tb, bus_pnrn.tb, met_pnrn.tb, com_pnrn.tb, lrt_pnrn.tb, new_pnrn.tb, met_bus.tb, com_bus.tb, lrt_bus.tb, new_bus.tb | Text |
| Transit network walk link files | sidewalk.asc walkacc.asc support.asc | Text |
| Percent of TAZ within short/long walk from transit | HBWV2A1.dbf | DBF |
| | NLWalkPCT.txt | Text |
| PNR lot to station transfer links | metampnr.tb, comampnr.tb, busampnr.tb, newampnr.tb, lrtampnr.tb, metoppnr.tb, comoppnr.tb, busoppnr.tb, newoppnr.tb, lrtoppnr.tb | Text |
| Transit access link files | mrpram.asc, mrprop.asc, mrkram.asc, mrkrop.asc, cram.asc, crop.asc, buspram.asc, busprop.asc, buskram.asc, buskrop.asc, lrtam.asc, lrtop.asc, newam.asc, newop.asc, lrtkram.asc, lrtkrop.asc, newkram.asc, newkrop.asc, autoall.asc | Text |

## 15.2 Application Details

It is important to understand the various elements of the Version 2.3 transit network system. The elements are listed in Table 43. The network consists of highway links, transit stops, PNR lots, rail stations, rail links, and transit lines (modes 1-10). The transit network also contains access links relating to zonal access connections including zone-to-transit-stop walking links (mode 16), and zone-to-KNR/PNR auto links (mode 11). The network also includes other walk-related connections such as sidewalk links used in transferring (mode 13), rail station-to-bus stop connections (mode 12), and PNR lot-to-station connections (mode 15). The above scripts are used to develop all of these types of "support" links, with the exception of station-to-bus transfer links which are addressed as part of pre-network development.

---

00037265

The Mode Choice Model chapter of this report addresses the how access links are developed by the *walkacc.s, Parker.s*, and the *Autoacc5.s* programs.

**Table 43 Overview of Version 2.3 Transit Network Elements**

| Transit Network Element | Description | Numbering | Modes/Notes |
|---|---|---|---|
| Bus stop nodes | Highway nodes that reflect bus stops | 20000 - 60000 | boarding/alighting locations |
| PNR lots | Point location representing PNR lot | 11001-13999 | 11001-11999 Metrorail |
| | | | 12001-12999 Commuter rail |
| | | | 13001-13999 LRT/BRT/Streetcar |
| Station | Point location representing rail stop | 8001-10999 | 8001-8999 Metrorail |
| | | | 9001-9999 Commuter rail |
| | | | 10001-10999 LRT/BRT/New |
| Rail links | Fixed guideway segments connecting | - | Mode 3= Metrorail |
| | stations (non-highway transit links) | | Mode 4 = Commuter rail |
| | | | Mode 5 = light rail |
| | | | Mode 10= BRT, Streetcar |
| Walk access links | TAZ -transit stop bike/ pedestrian connections | - | Mode 16= TAZ-to-transit stop node |
| | | | Mode 13= sidewalk links |
| Auto access links | TAZ-PNR lot driving connections | - | Mode 11 |
| PNR lot-to station links | Walk transfer links from PNR lot to Station | - | Mode=15 |
| Station-to-bus transfer link | Walk transfer links between stations & bus stops | | Mode=12 |
| Transit line files | Bus, Rail transit line data | | Modes 1-10 |
| | (line characteristics, node sequence of route) | | |

00037266

00037267

# 16 Transit Skim File Development

## 16.1 Overview

The transit skimming file process involves the development of 22 sets of level-of-service (LOS) skims corresponding to two time-of-day period (peak and off-peak)[84] by four sub-mode groups (Bus only, Metrorail only, Bus-Metrorail combination, and commuter rail) by three access mode (walk, PNR, KNR).[85]  As shown on page A-5 of Appendix A, the transit network building and skimming scripts are named *Transit_Skims_CR.s, Transit_Skims_MR.s, Transit_Skims_AB.s, Transit_Skims_BM.s*. These four scripts are launched using two batch files:

- *Transit_Skim_All_Modes_Parallel.bat*
- *Transit_Skim_LineHaul_Parallel.bat*

Additionally, transit accessibility summaries are needed to support the vehicle ownership model. The *Transit_Accessibility.s* script is used for this purpose. The inputs out outputs to transit skimming are shown in Table 44 and Table 45, respectively.

Table 44 Inputs to transit skim file development

| Local bus future time degradation factors | Bus_Factor_File.dbf | Binary |
|---|---|---|
| Transit line files | MODE1, MODE2AM, ... MODE10AM.TB<br>MODE1, MODE2OP, ... MODE10OP.TB | Text |
| Transit path tracing selection criteria | PATHTRACE.S | Script block |
| Binary highway network | ZONEHWY.NET | Binary |
| Transit support files in inputs subdirectory | met_link.tb, com_link.tb, lrt_link.tb, new_link.tb,<br>met_node.tb, com_node.tb, lrt_node.tb, new_node.tb,<br>bus_pnrn.tb, met_pnrn.tb, com_pnrn.tb, lrt_pnrn.tb, new_pnrn.tb,<br>met_bus.tb, com_bus.tb, lrt_bus.tb, new_bus.tb | Text |
| Transit network walk link files | sidewalk.asc<br>walkacc.asc<br>support.asc | Text |
| PNR lot to station transfer links | metampnr.tb, comampnr.tb, busampnr.tb, newampnr.tb, lrtampnr.tb,<br>metoppnr.tb, comoppnr.tb, busoppnr.tb, newoppnr.tb, lrtoppnr.tb | Text |
| Transit access link files | mrpram.asc, mrprop.asc, mrkram.asc, mrkrop.asc, cram.asc, crop.asc,<br>buspram.asc, busprop.asc, buskram.asc, buskrop.asc, lrtam.asc,<br>lrtop.asc,  newam.asc, newop.asc, lrtkram.asc, lrtkrop.asc,<br>newkram.asc, newkrop.asc, autoall.asc | Text |

---

[84] For the calculation of average headways and run times, the peak period is represented by the AM peak hour and the off-peak period is represented by the five-hour midday period.
[85] This should equal 24 (2x3x4), but KNR access to commuter rail mode is not considered by the mode choice model, and so the total number of required path sets equals 22.

---

00037268

**Table 45 Outputs of transit skim file development**

| Commuter rail skim files | SUPL_<Prd>_<AA>_CR.ASC | Text |
|---|---|---|
| | SUPN_<Prd>_<AA>_CR.DBF | DBF |
| | TRNL_<Prd>_<AA>_CR.DBF | DBF |
| | <ITER>_*<Prd>*_*<AA>*_CR.STA | Binary |
| | <ITER>_*<Prd>*_*<AA>*_CR.SKM | Binary |
| | <ITER>_*<Prd>*_*<AA>*_CR.TTT | Binary |
| Metrorail support skim files | SUPL_<Prd>_<AA>_MR.ASC | Text |
| | SUPN_<Prd>_<AA>_MR.DBF | DBF |
| | TRNL_<Prd>_<AA>_MR.DBF | DBF |
| | <ITER>_*<Prd>*_*<AA>*_MR.STA | Binary |
| | <ITER>_*<Prd>*_*<AA>*_MR.SKM | Binary |
| | <ITER>_*<Prd>*_*<AA>*_MR.TTT | Binary |
| All Bus support skim files | SUPL_<Prd>_<AA>_AB.ASC | Text |
| | SUPN_<Prd>_<AA>_AB.DBF | DBF |
| | TRNL_<Prd>_<AA>_AB.DBF | DBF |
| | <ITER>_*<Prd>*_*<AA>*_AB.STA | Binary |
| | <ITER>_*<Prd>*_*<AA>*_AB.SKM | Binary |
| | <ITER>_*<Prd>*_*<AA>*_AB.TTT | Binary |
| Bus/Metrorail support skim files | SUPL_<Prd>_<AA>_BM.ASC | Text |
| | SUPN_<Prd>_<AA>_BM.DBF | DBF |
| | TRNL_<Prd>_<AA>_BM.DBF | DBF |
| | <ITER>_*<Prd>*_*<AA>*_BM.STA | Binary |
| | <ITER>_*<Prd>*_*<AA>*_BM.SKM | Binary |
| | <ITER>_*<Prd>*_*<AA>*_BM.TTT | Binary |
| Job accessibility by transit | <ITER>_<Prd>_<AA>_[BM\|MR]_JobAcc.dbf | DBF |

Note:  <Prd>= AM and OP   <AA>= WK, DR, KR   <ITER> =PP,  i1...i4

## 16.2 Application Details

### 16.2.1  Skim file names and list of transit skim tables in the skim files

The skim files developed by the transit skimming process in the Ver. 2.3 travel demand model are shown in Table 46. Each filename is preceded by the speed feedback iteration: pp (pump prime), i1, i2, i3, i4. Each skim file contains 16 tables of information, as shown in Table 47.

00037269

**Table 46 Skim files developed by the transit skimming process**

| Submode | Time Period | |
| --- | --- | --- |
| | **AM Peak Skim Files** | **Off-Peak Skim Files** |
| Commuter Rail | <iter>_AM_WK_CR.SKM <br> <iter>_AM_DR_CR.SKM <br> (no CR KNR file is created) | <iter>_OP_WK_CR.SKM <br> <iter>_OP_DR_CR.SKM <br> (no CR KNR file is created) |
| Metrorail Only | <iter>_AM_WK_MR.SKM <br> <iter>_AM_DR_MR.SKM <br> <iter>_AM_KR_MR.SKM | <iter>_OP_WK_MR.SKM <br> <iter>_OP_DR_MR.SKM <br> <iter>_OP_KR_MR.SKM |
| Bus Only | <iter>_AM_WK_AB.SKM <br> <iter>_AM_DR_AB.SKM <br> <iter>_AM_KR_AB.SKM | <iter>_OP_WK_AB.SKM <br> <iter>_OP_DR_AB.SKM <br> <iter>_OP_KR_AB.SKM |
| Metrorail and Bus | <iter>_AM_WK_BM.SKM <br> <iter>_AM_DR_BM.SKM <br> <iter>_AM_KR_BM.SKM | <iter>_OP_WK_BM.SKM <br> <iter>_OP_DR_BM.SKM <br> <iter>_OP_KR_BM.SKM |

**Table 47 Skim tables contained in each transit skim file**

| Table No. | Table Description |
| --- | --- |
| 1 | In-Vehicle Time-Local Bus (0.01 min) |
| 2 | In-Vehicle Time-Express Bus (0.01 min) |
| 3 | In-Vehicle Time-Metrorail (0.01 min) |
| 4 | In-Vehicle Time-commuter rail (0.01 min) |
| 5 | In-Vehicle Time-new rail mode (0.01 min) |
| 6 | In-Vehicle Time-new bus mode (0.01 min) |
| 7 | Initial wait time (0.01 min) |
| 8 | Transfer wait time (0.01 min) |
| 9 | Walk access time (0.01 min) |
| 10 | Other walk time (0.01 min) |
| 11 | Added Transfer time (0.01 min) |
| 12 | No. of transfers (0 to N) |
| 13 | Drive-access time (0.01 min) |
| 14 | Drive-access distance (0.01 mile) |
| 15 | PNR-to-Station time (0.01 min) |
| 16 | PNR Cost (2007 cents) |

Ref: Transit_Skim_Specs_2.xlsx

00037270

### 16.2.2  Description of local bus, future time degradation factors

Transit service is represented in the transit network using a series of transit routes, which are stored in transit "line" or "mode" files. There is one set of transit routes for the peak period (represented by AM peak period service) and one set of transit routes for the off-peak period (represented by the midday period). For each of the two time-of-day periods, each transit route has the following:

- Name (such as "WM04AI," or WMATA bus 4A, inbound),
- Flag indicating whether the route is one-way or two-way,
- Mode code (e.g., 1 = local bus),
- Average headway (FREQ[1]= 30, which means the bus comes every 30 minutes), and
- Average run time (i.e., the number of minutes from the start of the route to the end of the route, e.g., RUNTIME= 42 min.).

When developing the transit networks for a base year (i.e., a year close to the current year, such as 2016), the average headways and average run times come directly from the published schedules from the transit providers. These schedules can be in paper format or electronic format, such as GTFS. For a future-year transit network (such as 2040), however, the average headway and run time are unknown, so we use information from the latest published schedule (e.g., 2016). However, simply using the published schedules would likely result in bus speeds that are too fast, since they don't account for the added roadway congestion that is likely to occur in the future, i.e., it is likely that worsening road congestion over time would result in slower bus speeds. In particular, **local** bus service, which travels on local roads, might be slowed more than express bus service, which makes use of freeways and expressways for all or part of its routes. Thus, it would be good to have a relationship that relates future-year, congested road/link speeds to bus speeds. Before 2004, the COG/TPB travel model had no such relationship. In 2004, AECOM recommended that COG develop a relationship between link speeds and bus speeds, but cautioned against developing overly sensitive relationships.[86] For example, if one develops a direct relationship between the link speed and the bus travel times over that link, and if one road link becomes hyper congested, due, say, to excessive traffic or a network coding error, then the bus speed will drop to near zero. Consequently, COG/TPB staff developed a proposed solution that followed what was proposed in the Bruggeman/Woodford memo. The solution was what is known as the local bus, future time degradation factors, which are used to represent the fact that, as the highway network becomes more congested, there will be a slight degradation in **local** bus speeds over time. This technique was first used in the Version 2.1/D Travel Model,[87] and has been retained in the Version 2.2 and 2.3 travel models. In 2015, the local bus speed degradation factors were re-estimated,[88] and those re-estimated factors were part of the Ver. 2.3.57a travel demand model.

---

[86] Jeff Bruggeman and Bill Woodford to Ronald Milone, "Comments on MWCOG Modeling Procedures," Memorandum, June 30, 2004.
[87] Ronald Milone to Files, "Methodology for Linking Future Bus Speeds to Highway Congestion in the Version 2.1/D Model," Memorandum, July 14, 2004.
[88] Meseret Seifu and Ronald Milone, "Update of Local Bus Speed Degradation Model," Memorandum, March 19, 2015.

00037271

For the Ver. 2.3.66 model, the process was significantly updated, as was described in section 1.3.4 of the Ver. 2.3.66 user's guide[89] and a technical memo.[90] The major changes are as follows:

1. The text file Lbus_TimFTRS.asc has been replaced with the dBase file Bus_Factor_File.dbf.
2. A new script has been added (Adjust_Runtime.s). This script reads in the transit line files associated with the local bus routes (mode codes 1, 6, and 8), adjusts the RUNTIME values by the factors contained in Bus_Factor_File.dbf, and writes out revised mode 1, 6, and 8 files with the revised RUNTIME values. The script Adjust_Runtime.s is called from Transit_Skim_All_Modes_Parallel.bat.

An example of a local bus route **before** the adjustment of its RUNTIME variable is shown in Figure 27. An example of a local bus route **after** the adjustment of its RUNTIME variable is shown in Figure 28.

```
LINE NAME="ART43N",
OWNER="ART Bus;Crystal City Bay A, S Bell St, SB @ S Hayes St S;Crystal City Bay A, S Bell St, SB @ S Hayes St S;2014;base",
ONEWAY= Y,MODE= 01,FREQ[1]= 20,RUNTIME= 40,
        N=  30247  30666  30279 -30246 -30280 -30243 -30244 -30207  30206,
            30204 -30286 -30316 -30315 -30211  30115  30120 -30115  30116,
            30520  30117 -30122  30123
```

**Figure 27 A local bus route before its RUNTIME value is updated**

```
LINE NAME="ART43N",
OWNER="ART Bus;Crystal City Bay A, S Bell St, SB @ S Hayes St S;Crystal City Bay A, S Bell St, SB @ S Hayes St S;2014;base",
ONEWAY= Y,MODE= 01,FREQ[1]= 20,RUNTIME=43.9,              ; Base RUNTIME=    40.00 Time Factor: 1.098 Year: 2040
        N=  30247  30666  30279 -30246 -30280 -30243 -30244 -30207  30206,
            30204 -30286 -30316 -30315 -30211  30115  30120 -30115  30116,
            30520  30117 -30122  30123
```

**Figure 28 A local bus route after its RUNTIME value is updated to reflect road congestion predicted to occur in future years**

Transit accessibility outputs are listed on Table 48.

---

[89] Ronald Milone, Mark Moran, and Meseret Seifu, "User's Guide for the COG/TPB Travel Demand Forecasting Model, Version 2.3.66: Volume 1 of 2: Main Report and Appendix A (Flowcharts)" (Washington, D.C.: Metropolitan Washington Council of Governments, National Capital Region Transportation Planning Board, February 13, 2017), 7, https://www.mwcog.org/transportation/data-and-tools/modeling/model-documentation/.
[90] Ronald Milone to Feng Xie et al., "Update to the V2.3.57a Model's Treatment of Bus Speed Factors," Memorandum, March 17, 2016.

00037272

**Table 48 Job accessibility by transit file format description (<ITER>_<Prd>_<AA>_[BM|MR]_JobAcc.dbf)**

| Variable Name | Description |
|---|---|
| TAZ | TAZ (1-3722) |
| EMP35 | Number of jobs accessible, from a given zone, within 35 minutes' travel time |
| EMP40 | Number of jobs accessible, from a given zone, within 40 minutes' travel time |
| EMP45** | Number of jobs accessible, from a given zone, within 45 minutes' travel time |
| EMP50 | Number of jobs accessible, from a given zone, within 50 minutes' travel time |
| EMPTOT | Total number of jobs accessible, from a given zone |

** Only EMP45 is used from this file.

00037273

# 17 Transit Fare Development

## 17.1 Overview

Zone-to-zone transit fares are developed for the 22 paths sets described in the transit skimming section (section 16). As shown on page A-12 of Appendix A, the fares are developed using the scripts named *Prefarv23.s, Metrorail_Skims.S, Mfare1.s*, and *Mfare2.s*. The inputs to the fare process are shown in Table 49 and the outputs are shown in Table 50. After the fare process is executed, four scripts are used to combine transit skims and fares into consolidated submode files: *Assemble_Skims_CR.s, Assemble_Skims_MR.s, Assemble_Skims_AB.s*, and *Assemble_Skims_BM.s*.

**Table 49 Inputs to transit fare development**

| | | |
|---|---|---|
| Zonal transit walk percent | Inputs\NLwalkPct.txt | Text |
| Zonal TAZ-to-bus fare zone equivalence | Inputs\TAZFRZN.ASC | Text |
| Zonal Area Type file | AreaType_File.dbf | DBF |
| Zonal land use file | zone.dbf | DBF |
| Zonal TAZ-Mode choice district equivalency | areadef3722.prn | Text |
| Metro Station Link File | METLNKM1.TB** | Text |
| Metro Station XY File | METNODM1.TB** | Text |
| Metrorail turn penalty file | Inputs\trnpen.dat | Text |
| MFARE1 A1 (Coordinate) File | MFARE1.A1 | Text |
| Metrorail station discount file | Inputs\MFARE1_STA_DISC.ASC | Text |
| WMATA tariff parameters | Inputs\tarriff.txt | Text |
| Transit fare deflation factor file | Trn_deflator.txt | Text |
| | \<ITER>_\<Prd>_\<AA>_CR.STA | Binary |
| | \<ITER>_\<Prd>_\<AA>_CR.SKM | |
| | \<ITER>_\<Prd>_\<AA>_MR.STA | |
| | \<ITER>_\<Prd>_\<AA>_MR.SKM | |
| | \<ITER>_\<Prd>_\<AA>_AB.STA | |
| | \<ITER>_\<Prd>_\<AA>_AB.SKM | |
| | \<ITER>_\<Prd>_\<AA>_BM.STA | |
| | \<ITER>_\<Prd>_\<AA>_BM.SKM | |
| | \<ITER>_\<Prd>_\<AA>_CR.FAR | |
| | \<ITER>_\<Prd>_\<AA>_MR.FAR | |
| | \<ITER>_\<Prd>_\<AA>_AB.FAR | |
| | \<ITER>_\<Prd>_\<AA>_BM.FAR | |
| Peak / Off-Peak MFARE2 Bus Fare Matrix | Inputs\busfaram.asc | Text |
| | Inputs\busfarop.asc | |
| Peak /Off-Peak MFARE2 A2 File | FARE_A2.ASC | Text |

Notes: \<Prd>= AM and OP  \<AA>= WK, DR, KR  \<ITER> =PP, i1...i4
** These two files are originally in the Inputs folder, and then are copied to the Output folder in Transit_Skim_All_Modes_Parallel.bat

**Table 50 Outputs of transit fare development**

00037274

| Summary of walkshed area and walkshed percentage | Prepare_MC_Zfile.txt | Text |
|---|---|---|
| Output Zone file for the NL mode choice model | ZONEV2.A2F | Text |
| A "complete" A2 file for the MFARE2.S | Fare_a2.asc | |
| Metrorail distance skims | RLDIST.SKM | Binary |
| Metrorail station to station fares | AM_Metrorail_Fares.TXT<br>OP_Metrorail_Fares.TXT | Text |
| Zonal fares | <ITER>_<*Prd*>_<*AA*>_CR.FAR<br><ITER>_<*Prd*>_<*AA*>_CR.FR5<br><ITER>_<*Prd*>_<*AA*>_CR.TXT<br><ITER>_<*Prd*>_<*AA*>_MR.FAR<br><ITER>_<*Prd*>_<*AA*>_MR.FR5<br><ITER>_<*Prd*>_<*AA*>_MR.TXT<br><ITER>_<*Prd*>_<*AA*>_AB.FAR<br><ITER>_<*Prd*>_<*AA*>_AB.FR5<br><ITER>_<*Prd*>_<*AA*>_AB.TXT<br><ITER>_<*Prd*>_<*AA*>_BM.FAR<br><ITER>_<*Prd*>_<*AA*>_BM.FR5<br><ITER>_<*Prd*>_<*AA*>_BM.TXT | |
| Combined time and fare commuter rail skims | <ITER>_TRNAM_CR.SKM<br><ITER>_TRNOP_CR.SKM | Binary |
| Combined time and fare Metrorail skims | <ITER>_TRNAM_MR.SKM<br><ITER>_TRNOP_MR.SKM | Binary |
| Combined time and fare all bus skims | <ITER>_TRNAM_AB.SKM<br><ITER>_TRNOP_AB.SKM | Binary |
| Combined time and fare bus/Metrorail skims | <ITER>_TRNAM_BM.SKM<br><ITER>_TRNOP_BM.SKM | Binary |

**Table 51 TAZ/Bus Fare Zone Equivalency File Format Description (TAZFRZN.ASC)**

00037275

| Columns | Format | Field Description |
|---|---|---|
| **Zonal data (All lines in the file)** | | |
| 1-8 | I4 | TAZ Number (1-3,675) |
| 9-16 | I4 | 1st Bus fare zone 1 (currently numbered 1 to 21) |
| 17-24 | I4 | 2nd Bus fare zone 2 (currently numbered 1 to 21) |
| 57-64 | I8 | Jurisdiction code |
| 65-72 | I8 | P discount |
| 73-80 | I8 | A discount |
| **Station data (first 150 lines of the file only)** | | |
| 1-8 | I4 | Metrorail Station No. (1-150) |
| 41-48 | I4 | 1st Bus Fare Zone associated with Metro Station (currently numbered 1 to 21) |
| 49-56 | I4 | 2nd Bus Fare Zone associated with Metro Station (currently numbered 1 to 21) |

As shown in Table 51 above, the TAZ/Bus Fare Zone Equivalency File (TAZFRZN.ASC) essentially contains two look-up tables: the zonal data table includes all lines in the file, while the station data table includes only the first 150 lines of the file. Both look-up tables use Columns 1-8 as the index column, which represents TAZ Number (1-3675) for the zonal data and represents Station Number (1-150) for the station data. Station information contained in Columns 41-48 and 49-56 are populated in only the first 150 lines of the file (zeros are used as placeholders for Lines 151-3675).

## 17.2 Application Details

The purpose of transit fare process is to develop a zonal matrix containing total transit costs as expressed in 2007 cents. The core components of the transit fare process are two scripts: *MFARE1.S* which develops Metrorail station-to-station fares and *MFARE2.S* which develops zone-to-zone transit fares using the *MFARE1.S* output.   Twenty-two fare matrices are developed sub-mode, time period, and access type, specifically:

- Four sub-modes (Bus Only Metrorail only, Metrorail/ Bus, and Commuter Rail) by;
- Two time periods (AM, off-peak), by;
- Three access types (Walk, PNR, and KNR)

Since commuter rail access is distinguished by walk and auto access only, 22 matrices are developed (instead of 24 which is implied above).

The fare process is executed with a batch file named *Transit_Fare.bat*. The batch file calls four scripts that are used to formulate the zone-to-zone transit fares for each market:

- *PrefarV23.s*:  This script reads a zonal transit walk area file (NLWalkPct.txt) which includes walk areas pertaining to Metrorail stations only. It also reads an equivalency file (TAZFRZN.ASC) that

00037276

equates TAZs to bus fare zones and Metrorail station numbers to bus fare zones. The program essentially merges the Metrorail walk percent information into the zonal equivalency file.   The resulting file is named fare_a2.asc. This file is called by the MFARE2.S script and is needed for the zonal transit fare calculation. This script is also used to develop the zonal parking costs that are input into the mode choice model.

- *Metrorail_skims.s*:  This script reads a Metrorail link and node file, and then develops Metrorail station-to-station distance skims. The file is need for the Metrorail station-to-station fare calculation.

- *MFARE1.S*: This script calculates the Metrorail station-to-station fares for AM and off-peak periods. The script reads in a fare parameter file that is consistent with WMATA's Metrorail fare policy (tariff.txt), station coordinates (MFARE1.A1), and a station discount file (MFARE1_STA_DISC.ASC). The script writes two text files containing Metrorail fares: AM_Metrorail_Fares.txt and OP_Metrorail_Fares.txt.

- *MFARE2.S*: This script calculates the total transit fare between TAZs for AM and off-peak periods.   The script reads in several files:
    - The Metrorail station-to-station fares developed by MFARE1.s,
    - tarrif.txt (transit fare policy parameters contain rail-to-bus discounts)
    - TRN_Deflator.txt (the transit deflation factor)
    - Fare_a2.asc (file containing zonal walk percentages to Metrorail stations
    - BUSFAREAM/OP.ASC:  AM and off-peak bus and commuter rail fares between bus fare policy zones. TPB currently uses 21 bus fare zones for the region. While most TAZs fall into a single bus policy zone, the fare calculation also accounts for the possibility that a single TAZ may be straddle 2 bus policy zones
    - Zonal skim files containing Metrorail on/off stations (*.STA) and in-vehicle travel times by transit mode (*.SKM). A set of transit skims must exist for each of the 22 transit paths.

The transit fare files are written to 22 binary file (*.FAR) each containing one table (total transit fare in 2007 cents). The batch file calls four additional scripts (*Assemble_Skims_??.S*) which are used to consolidate the 22 binary fare files into four files associated with each sub-mode.   The consolidated files are subsequently used as inputs to the mode choice model.

The fare construction process between zonal pairs essentially consists of blending the Metrorail station-to-station fares with the bus-zone-to-bus-zone fares. The consideration of Metrorail fares is dependent upon individual path characteristics, i.e., whether or not the Metrorail in-vehicle time is greater than zero. If the path is not Metrorail-related, then the fare is developed from the bus fare matrix input. If the path is Metrorail-related, then the transit fare is based on the Metrorail station-to-station fare (from MFARE1), bus access and/or egress fares developed from the bus fare matrix, zonal Metrorail walk potential, and the Rail-to-Bus policy discount.  The MFARE2 computation may be explained as a series of four discrete conditions.

**Condition 1:  Non-Metrorail related path / Single bus fare zone origin to Single bus fare destination zone**

Transit fare = Bus Fare(bi1/bj1)

00037277

**Condition 2:  Non-Metrorail related path / Single bus fare zone origin to Double bus fare destination zone**

Transit fare =  [(Bus Fare( bi1/bj1) + Bus Fare( bi1/bj2)] / 2.0

**Condition 3:  Non-Metrorail related path / Double bus fare zone origin to Double bus fare destination zone**

Transit fare =  [(Bus Fare( bi1/bj1) + Bus Fare(b i1/bj2) + (Bus Fare(b i2/bj1) + Bus Fare(b i2/bj2)] / 4.0

**Condition 4: Metrorail related paths**

Transit Fare =    (Bus Access fare * (1.0-Origin Metrorail walk Pct.)) + Metrorail fare(si/sj) +
                  (Bus Egress  fare * (1.0-Destin. Metrorail walk Pct.))

Bus Access Fare **Single** bus fare zone to **Single** Metrorail bus fare zone =

Bus Fare(bi1/mi1) − 0.5 Rail-Bus Discount

Bus Access Fare **Single** bus fare zone to **Double** Metrorail bus fare zone =

Min[Bus Fare(bi1/mi1) , Bus Fare(bi1/mi2) ] − 0.5 Rail-Bus Discount

Bus Access Fare **Double** bus fare zone to **Single** Metrorail bus fare zone =

[Bus Fare(bi1/mi1) + Bus Fare(bi2/mi1) ]/2.0 − 0.5 Rail-Bus Discount

Bus Access Fare **Double** bus fare zone to **Double** Metrorail bus fare zone =

[Min[Bus Fare(bi1/mi1) , Bus Fare(bi1/mi2) ] + Min[Bus Fare(bi2/mi1) , Bus Fare(bi2/mi2) ] ]/2.0 − 0.5 Rail-Bus Discount

Bus egress fares are calculated in the same way that bus access fares are calculated. A fare discount is applied to the fare calculation before it is written out to the binary output.

00037279

# 18 Demographic Submodels

Demographic submodels are applied within the *Trip_Generation.bat* batch file using the *Demo_Models.s* Cube Voyager script (see page A-6 of Appendix A). This script applies the three demographic submodels that are run prior to trip generation:  household size, household income, and vehicle availability (see Chapter 3 of the calibration report for more details). The inputs to the model are zonal land use data (zone.dbf), data about area types (areaType_File.dbf), and information about the accessibility to jobs via transit. The zone.dbf file contains zonal households, population, jurisdiction code, and income index, as well as the household size and household income submodels (in the form of lookup tables). The households in each TAZ are then allocated to a household size group (1, 2, 3, or 4+) and an income group (<50K, 50K-100K, 100K-150K, or 150+K).

Next, the *Demo_Models.s* reads in the number of jobs accessible by AM Metrorail and Bus/Metrorail service within 45 minutes for each TAZ (see Table 48). This information along with household size, household income, area type, and the DC dummy variable are used to allocate households to the four vehicle ownership categories (0, 1, 2, or 3+).

Then, a file is produced, for each of the four income levels, which contains the number of households by household size and vehicle availability. These files are later used in trip generation. Lastly, the script accumulates the households by area type and prints out the following summaries located in the <ITER>_Demo_Models.txt:

- Regional Households by Size and Income Summary
- Jurisdictional Households by Size
- Jurisdictional Households by Income
- Regional Households by Vehicles Available and Size Summary
- Regional Households by Vehicles Available and Income Summary
- Jurisdictional Households by Vehicles Available
- Estimated Households by Size Level by Area Type
- Estimated Households by Income Level by Area Type
- Estimated Households by Vehicle Availability Level by Area Type

 Process inputs and outputs are shown in Table 52 and Table 53.

**Table 52 Inputs to the Demographic Models**

| Zonal Land Use File | Inputs\zone.dbf | DBF |
|---|---|---|
| Zonal Area Type File | AreaType_File.dbf | DBF |
| Transit Accessibility File (Metrorail only and Bus & Metrorail service) | <ITER>_AM_WK_MR_JOBACC.dbf<br><ITER>_AM_DR_MR_JOBACC.dbf<br><ITER>_AM_WK_BM_JOBACC.dbf<br><ITER>_AM_DR_BM_JOBACC.dbf | DBF |

Note: <ITER> =PP,  i1...i4

00037280

**Table 53 Outputs of the Demographic Models**

| | | |
|---|---|---|
| Zonal HHs of Income Level 1, Stratified by Size and Vehicle Avail. | HHI1_SV.txt | Text |
| Zonal HHs of Income Level 2, Stratified by Size and Vehicle Avail. | HHI2_SV.txt | Text |
| Zonal HHs of Income Level 3, Stratified by Size and Vehicle Avail. | HHI3_SV.txt | Text |
| Zonal HHs of Income Level 4, Stratified by Size and Vehicle Avail. | HHI4_SV.txt | Text |
| Interim Output: Zonal Households stratified by Income Level, household Size, and vehicle available (64 cross-classes) | <iter> _Demo_Models_HHbyISV.dbf | DBF |

00037281

# 19 Trip Generation

## 19.1 Control/Support File(s):

*Trip_Generation.s, Trip_Generation_Summary.s, Truck_Com_Trip_Generation.s*

## 19.2 Application Details:

Trip generation is executed within the Trip_Generation.bat batch file using three Cube Voyager scripts: *Trip_Generation.s*, *Trip_Generation_Summary.s*, and *Truck_Com_Trip_Generation.s* (as shown on page A-6 of Appendix A). The inputs to the Trip_Generation.bat batch file are shown in Table 54.

Table 54 Inputs to trip generation

| Zonal land use file | zone.dbf | DBF |
|---|---|---|
| Zonal Area Type File | AreaType_File.dbf | DBF |
| Zonal HHs stratified by income level, HH size, & vehs available | <iter>_Demo_Models_HHbyISV.dbf | DBF |
| Zonal GIS variable file | GIS_variables.dbf | DBF |
| Trip production rates | weighted_trip_rates.dbf | DBF |
| External Production and Attraction File | Ext_PsAs.dbf | DBF |
| Non-motorized trip production share model coefficients | NMPrates.dbf | DBF |
| Non-motorized trips Attraction share model coefficients | NMArates.dbf | DBF |
| Trip attraction rates | AttrRates.dbf | DBF |
| HB income shares | HBINCRAT.dbf | DBF |
| Consolidated zonal land use file | TripGen_LUFile.dbf | DBF |
| Truck and commercial vehicles trip rates | support\truck_com_trip_rates.dbf | DBF |
| Zonal access verification file | Skimtot<ITER>.txt | Text |
| | JurCore.dbf | DBF |

The *Trip_Generation.s* script calculates zonal trip productions and attractions. The *Trip_Generation_Summary.s* summarizes the demographic information and the trip ends by jurisdiction. *The Truck_Com_Trip_Generation.s* produces trip ends for commercial vehicles and trucks.

The *Trip_Generation.s* script is very long (almost 1,500 lines). Figure 29 presents an outline or pseudo code of the steps in the trip generation script. The script has three phases, as indicated in the figure. There are a few points to note: **First**, the program is applied to compute zonal initial trip productions and (unscaled) zonal trip attractions.  Attraction scaling is performed later, in the "*Prepare_Internal_Ends.s*" script. **Second**, the program makes sparing use of two sets of adjustments: jurisdiction level adjustments (end of phase 1) and area-type level adjustments (phases 1 and 2). The model does not make use of any "special generators" (other than the truck trip generation phase, where special generator TAZs are identified) and the model does not make use of zone-level adjustments,

00037282

*User's Guide for the COG/TPB Travel Forecasting Model, Version 2.3.75*

which are used in some models and are usually referred to production modification factors ("p-mods") and attraction modification factors ("a-mods").[91]

---

[91] See, for example, William W. Mann, "TRIMS - Four Steps:  One Execution," *ITE Journal* 52, no. 12 (December 1982): 16.

**Phase 1: Read in input data and trip rates and establish parameters**

1. Read input files into arrays.  The inputs include:  zonal land activity, external Ps/As, zonal area types, zonal HHs stratified by Inc./Size/ VA., zonal GIS variables, trip production rates, trip attraction rates, and income attraction shares by HB purpose area type
2. Establish output files:
    a. Report file (%_iter_%_Trip_Generation.txt')
    b. Computed Zonal trip productions ('%_iter_%_Trip_Gen_Productions_Comp.dbf')
    c. Computed Zonal trip Attractions ( '%_iter_%_Trip_Gen_Attractions_Comp.dbf')
3. Establish Area-Type trip end (motorized, non-motorized) factors by purpose and area type
4. Establish External trip parameters (Share of ext. NHB travel that is NHW and NHO, auto occupancies of external autos, by purpose)
5. Establish Jurisdictional trip end factors by purpose

**Phase 2: Compute Initial Trip Productions and Attractions**

1. Loop through each **internal** zone
    a. Apply trip production rates to stratified HHs by income, size, vehav. To arrive at total Ps
    b. Computed non-motorized production shares by purpose and area type
    c. Apply non-motorized shares and adjustment parameters to total Ps to arrive at final motorized & non-motorized Ps
    d. Summarize and write out internal computed trip Ps stratified by income
    e. Apply trip attraction rates to land activity
    f. Computed non-motorized attraction shares by purpose and area type
    g. Apply non-motorized shares and adjustment parameters to total As to arrive at final motorized & non-motorized As
    h. Disaggregate total final attractions to income strata, by purpose and area type

    End **internal** zone loop

2. Loop through each internal zone: Summarize and write out internal computed attractions by income
3. Loop through each **external** zone
    a. Read external auto driver trip Ps and As
    b. Convert external vehicle Ps and As to auto person trips based on car occ. parameters
    c. Disaggregate total external NHB auto persons among NHW and NHO based on parameters
    d. Write out external Ps and As

    End **external** zone loop

**Phase 3: Print out regional totals of computed trip productions/attractions**

Figure 29 Outline/pseudo code for *trip_generation.s*

*Trip_generation.s* begins, in phase 1, by reading the zonal land use (Zone.dbf); the area type file (AreaType_File.dbf); external trip productions and attractions (EXT_PsAs.dbf, described in Table 55); zonal households stratified by income, size, and vehicles available (<iter>_Demo_Models_HHbyISV.dbf);

00037284

zonal walkability factors (GIS_variables.dbf); trip production rates (weighted_trip_rates.dbf); non-motorized production model coefficients (NMPrates.dbf); non-motorized attraction model coefficients (NMArates.dbf); trip attraction model coefficients (AttrRates.dbf); and income shares for home-based trips (HBINCRAT.dbf).

The zonal GIS variable file (GIS_variables.dbf) contains a number of built-environment variables that describe the walkability of an area, such as the number of 3-legged intersections per TAZ, the number of cul-de-sacs per TAZ, the number of street blocks per TAZ, and the number of Census blocks per TAZ. Although the GIS file contains a number of variables, the trip generation process uses only one: **the number of street blocks per TAZ ("BLOCKS")**.[92] Since these built-environment variables are intended to deal with issues of walkability, it is best to use a detailed street network when calculating these metrics (as opposed to simply using the highway network itself, which is quite coarse). In our case, we used NAVTEQ's NAVSTREETS Street Data[93] (for which COG pays a license fee) and the work was performed in 2010 by COG/TPB staff.[94] Note that NAVTEQ is now known as HERE. A block is defined as a 2-dimensional area (polygon) that is completely enclosed by a series of NAVTEQ street segments. Prior to forming blocks, the following segments were removed from the NAVTEQ street network:

- Street segments with no name (ST_NAME=blank), since these are not actually street segments;
- "Major highways" (NAVTEQ functional class [FUNC_CLASS] equal to 1 or 2).[95]
- Ramps (RAMP = Y)

Figure 30 shows an example of the seven blocks that are contained within TAZ 283 (Union Station), as defined by NAVTEQ street segments (omitting major highways and ramps, as discussed above).

---

[92] It has been found that areas with a higher density of street blocks are more walkable.
[93] NAVTEQ, "NAVTEQ's NAVSTREETS Street Data, Reference Manual v3.2," Proprietary and Confidential (Chicago, Illinois: NAVTEQ, April 1, 2009).
[94] Mary Martchouk to Mark S. Moran, "Developing GIS Walkability Measures," Memorandum, June 2, 2010, 6–7.
[95] NAVTEQ, "NAVTEQ's NAVSTREETS Street Data, Reference Manual v3.2", p. 4-5.

00037285



**Figure 30 Example of seven NAVTEQ street blocks within TAZ 283 (Union Station)**

In the trip generation script (*Trip_Generation.s*), the number of blocks per TAZ is then converted to a density measure, specifically the floating 0.5-mile block density for each TAZ (BLOCKS05, lines 180-215 of Trip_Generation.s). In the travel model, it is assumed that the block density has an effect on non-motorized trip productions and attractions **only for area types 1 and 2** (See, for example, Tables 27-29 of the calibration report for non-motorized productions and Tables 30-32 for non-motorized attractions, where the floating 0.5-mile block density is called BLKDEN05).[96]

It is assumed that the model user will rarely change the value of BLOCKS (or its derivative, BLKDEN05) when running the model (i.e., the modeler will freeze the base-year levels of block density). This is analogous to the way that household income distributions are generally frozen in the model. The exception to this rule is if the modeler believes that the street network in an area will become denser or sparser, then the modeler can make appropriate manual adjustments to the zonal BLOCK variable.

The trip generation process also reads external trip ends from a file (Ext_PsAs.dbf) that is developed exogenously. The data items are shown in Table 55. The *Trip_Generation.s* script writes out an intermediate dBase file containing land activity, one-mile "floating" land use density, one-half mile "floating" block density, and jurisdictional and area type codes. The file is a consolidation of input data from various zone files and derived variables.[97] The specific data elements are shown on Table 56. Note that, in the file Ext_PsAs.dbf (Table 55), the last two variables are medium truck external-internal (X-I) trip ends (MTK_XI) and heavy truck external-internal (X-I) trip ends (HTK_XI), but there are no

---

[96] Milone et al., "Calibration Report for the TPB Travel Forecasting Model, Version 2.3," 4–17 to 4–20.
[97] Floating densities are calculated using the centroids of the TAZs and street blocks, with a point buffer around the centroid with the given radius (0.5 mile or 1.0 mile).

00037286

corresponding variables for the internal-external movements (e.g., MTK_IX and HTK_IX). This is because it is assumed that the two movements (XI and IX) are the same.

**Table 55 External Production and Attraction File (Ext_PsAs.dbf)**

| Variable | Description |
| --- | --- |
| TAZ | External station no. (3676-3722) |
| FACILITY | Facility route no./name |
| AAWT_CTL | Average annual weekday traffic count (observed or forecasted) |
| CNTFTR | (unused) |
| AUTO_XI | Auto driver external-internal (X-I) trip ends |
| AUTO_IX | Auto driver internal-external (I-X) trip ends |
| AUTO_XX | Auto driver through (X-X) trip ends |
| CV_XX | Commercial vehicle through (X-X) trip ends |
| HBW_XI | HBW external-internal (X-I) trip ends |
| HBS_XI | HBS external-internal (X-I) trip ends |
| HBO_XI | HBO external-internal (X-I) trip ends |
| NHB_XI | NHB external-internal (X-I) trip ends |
| CV_XI | Commercial vehicle external-internal (X-I) trip ends |
| HBW_IX | HBW internal-external (I-X) trip ends |
| HBS_IX | HBS internal-external (I-X) trip ends |
| HBO_IX | HBO internal-external (I-X) trip ends |
| NHB_IX | NHB internal-external (I-X) trip ends |
| CV_IX | Commercial vehicle internal-external (I-X) trip ends |
| TRCK_XX | Truck through (X-X) tip ends (medium and heavy truck) |
| TRCK_XI | Truck external-internal (X-I) trip ends (medium and heavy truck) |
| TRCK_IX | Truck internal-external (I-X) trip ends (medium and heavy truck) |
| MTK_XI | Medium truck external-internal (X-I) trip ends |
| HTK_XI | Heavy truck external-internal (X-I) trip ends |

Source: Milone, R. (2011, July 1). Version 2.3 Exogenous Trip Files. Memorandum.

The one-mile floating density is then calculated for population and employment and a half-mile floating density is calculated for street blocks. These are saved in an intermediate file named TripGen_LUFile.dbf (Table 56). Then, the script calculates zonal trip productions based on demographic data and applies the non-motorized production model to the results. Motorized internal trips productions are then obtained by subtracting the estimated non-motorized trips. The output production file data items are shown on Table 57.

00037287

**Table 56 Consolidated Zonal Land Use File**

| File Name | Variable Name | Description |
|---|---|---|
| TripGen_LUFile.dbf | TAZ | TAZ Number (1-3,722) |
| | HH | Number of house holds |
| | TOTPOP | Total Population |
| | TOTEMP | Total employment |
| | RETEMP | Retail employment |
| | NRETEMP | Non-retail employment |
| | OFFEMP | Office employment |
| | OTHEMP | Other employment |
| | INDEMP | Industrial employment |
| | HHPOP | House hold population |
| | GQPOP | Group quarter population |
| | LANDAREA | Land area (sq. mi.) |
| | POP_10 | Number of population within one "floating" mile |
| | EMP_10 | Number of employment within one "floating" mile |
| | AREA_10 | Zonal Area within one "floating" mile |
| | POPDEN10 | Population density within one "floating" mile |
| | EMPDEN10 | Employment density within one "floating" mile |
| | ADISTTOX | Distance to the nearest external station |
| | BLOCKS05 | Blocks within 0.5 mile "floating" blocks |
| | AREA05 | Area within 0.5 mile "floating" blocks |
| | BLOCKDEN05 | Block density within 0.5 mile "floating" blocks |
| | JURCODE | Jurisdiction code (0-23) |
| | ATYPE | Area Type (1-6) |

**Table 57 Computed zonal trip productions file (<iter>_Trip_Gen_Productions_Comp.dbf)**

| Variable Name | Description |
|---|---|
| TAZ | TAZ Number (1-3,722) |
| HBW_MTR_PS | Home-Based-Work motorized person trip productions |
| HBW_NMT_PS | Home-Based-Work non-motorized person trip productions |
| HBW_ALL_PS | Home-Based-Work motorized and non-motorized person trip productions |
| HBWMTRP_I1 | Home-Based-Work Motorized person trip productions, Income level 1 |
| HBWMTRP_I2 | Home-Based-Work Motorized person trip productions, Income level 2 |
| HBWMTRP_I3 | Home-Based-Work Motorized person trip productions, Income level 3 |
| HBWMTRP_I4 | Home-Based-Work Motorized person trip productions, Income level 4 |
| HBS_MTR_PS | Home-Based-Shop motorized person trip productions |
| HBS_NMT_PS | Home-Based-Shop non-motorized person trip productions |
| HBS_ALL_PS | Home-Based-Shop motorized and non-motorized person trip productions |
| HBSMTRP_I1 | Home-Based-Shop Motorized person trip productions, Income level 1 |
| HBSMTRP_I2 | Home-Based-Shop Motorized person trip productions, Income level 2 |
| HBSMTRP_I3 | Home-Based-Shop Motorized person trip productions, Income level 3 |
| HBSMTRP_I4 | Home-Based-Shop Motorized person trip productions, Income level 4 |
| HBO_MTR_PS | Home-Based-Other motorized person trip productions |
| HBO_NMT_PS | Home-Based-Other non-motorized person trip productions |

00037288

| | |
|---|---|
| HBO_ALL_PS | Home-Based-Other motorized and non-motorized person trip productions |
| HBOMTRP_I1 | Home-Based-Other Motorized person trip productions, Income level 1 |
| HBOMTRP_I2 | Home-Based-Other Motorized person trip productions, Income level 2 |
| HBOMTRP_I3 | Home-Based-Other Motorized person trip productions, Income level 3 |
| HBOMTRP_I4 | Home-Based-Other Motorized person trip productions, Income level 4 |
| NHW_MTR_PS | Non-Home-Based Work-Related motorized person trip productions |
| NHW_NMT_PS | Non-Home-Based Work-Related non-motorized person trip productions |
| NHW_ALL_PS | Non-Home-Based Work-Related motorized & non-motorized person trip productions |
| NHO_MTR_PS | Non-Home-Based Non-Work-Related motorized person trip productions |
| NHO_NMT_PS | Non-Home-Based Non-Work-Related non-motorized person trip productions |
| NHO_ALL_PS | Non-Home-Based Non-Work-Related motorized & non-motorized person trip productions |

Next, the zonal trip attractions are calculated by applying the attraction trip models to the land use file. Non-motorized trip attractions are then determined and subtracted from the total trip attractions. Similar to productions, attractions are multiplied by an adjustment factor (Appendix A of the Calibration Report) and disaggregated by income level. The computed trip attractions are then written out to <ITER>_Trip_Gen_Attractions_Comp.dbf file. The final trip attractions are saved in the <ITER>_Trip_Gen_Attractions_Final.dbf described in Table 58.

**Table 58 Computed zone trip attractions file (<iter>_Trip_Gen_Attractions_Comp.dbf)**

| Variable Name | Description |
|---|---|
| TAZ | TAZ Number (1-3,722) |
| HBW_MTR_AS | Home-Based-Work motorized person trip Attractions |
| HBW_NMT_AS | Home-Based-Work non-motorized person trip Attractions |
| HBW_ALL_AS | Home-Based-Work motorized and non-motorized person trip Attractions |
| HBWMTRA_I1 | Home-Based-Work motorized person trip Attractions, Income level 1 |
| HBWMTRA_I2 | Home-Based-Work motorized person trip Attractions, Income level 2 |
| HBWMTRA_I3 | Home-Based-Work motorized person trip Attractions, Income level 3 |
| HBWMTRA_I4 | Home-Based-Work motorized person trip Attractions, Income level 4 |
| HBS_MTR_AS | Home-Based-Shop motorized person trip Attractions |
| HBS_NMT_AS | Home-Based-Shop non-motorized person trip Attractions |
| HBS_ALL_AS | Home-Based-Shop motorized and non-motorized person trip Attractions |
| HBSMTRA_I1 | Home-Based-Shop motorized person trip Attractions, Income level 1 |
| HBSMTRA_I2 | Home-Based-Shop motorized person trip Attractions, Income level 2 |
| HBSMTRA_I3 | Home-Based-Shop motorized person trip Attractions, Income level 3 |
| HBSMTRA_I4 | Home-Based-Shop motorized person trip Attractions, Income level 4 |
| HBO_MTR_AS | Home-Based-Other motorized person trip Attractions |
| HBO_NMT_AS | Home-Based-Other non-motorized person trip Attractions |
| HBO_ALL_AS | Home-Based-Other motorized and non-motorized person trip Attractions |

00037289