# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND CHAPTER OF THE SIERRA CLUB, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL HIGHWAY ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Civil Action No. DKC 22-2597 |
| NORTHERN VIRGINIA CITIZENS' ASSOCIATION, <br><br> *Plaintiff*, <br><br> v. <br><br> FEDERAL HIGHWAY ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Civil Action No. DKC 22-3336 |

**JOINT APPENDIX VOLUME 10**