

# APPENDIX E
# COMMUNITY EFFECTS ASSESSMENT AND ENVIRONMENTAL JUSTICE ANALYSIS
## May 2020



U.S. Department
of Transportation

**Federal Highway Administration**



MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

00038330

00038331

COMMUNITY EFFECTS ASSESSMENT AND ENVIRONMENTAL JUSTICE ANALYSIS



## TABLE OF CONTENTS

1    **INTRODUCTION** .................................................................................................................**1**

    1.1    Overview ...................................................................................................................1

    1.2    Study Corridors .......................................................................................................1

    1.3    Study Purpose and Need..........................................................................................3

    1.4    Alternatives Evaluated ............................................................................................4

2    **METHODOLOGY**.................................................................................................................**9**

    2.1    CEA Analysis Area....................................................................................................9

    2.2    Data Collection......................................................................................................10

    2.3    Analysis of Environmental Consequences ...............................................................15

3    **EXISTING CONDITIONS AND ENVIRONMENTAL CONSEQUENCES** ...............................................**16**

    3.1    Land Use and Zoning, Planning, and Development ...................................................16

        3.1.1    Existing Conditions.................................................................................16

        3.1.2    Environmental Consequences.................................................................29

    3.2    Population and Demographics.................................................................................31

        3.2.1    Existing Conditions.................................................................................31

        3.2.2    Environmental Consequences.................................................................37

    3.3    Economic, Employment, and Commuting Characteristics..........................................38

        3.3.1    Existing Conditions.................................................................................38

        3.3.2    Environmental Consequences.................................................................48

    3.4    Housing ................................................................................................................50

        3.4.1    Existing Conditions.................................................................................50

        3.4.2    Environmental Consequences.................................................................52

    3.5    Community Facilities and Services...........................................................................53

        3.5.1    Existing Conditions.................................................................................53

        3.5.2    Environmental Consequences.................................................................60

    3.6    Property Acquisitions and Relocations ....................................................................65

        3.6.1    Existing Conditions.................................................................................65

        3.6.2    Environmental Consequences.................................................................65

4    **ENVIRONMENTAL JUSTICE ANALYSIS**...................................................................................**68**

    4.1    Environmental Justice Analysis Regulatory Context .................................................68

    4.2    Environmental Justice Analysis Methodology ..........................................................69

00038332



4.2.1    Identification of Minority Race and Ethnicity Populations ................................................. 70

4.2.2    Identification of Low-Income Populations ......................................................................... 71

4.3    Existing Conditions of Environmental Justice Populations ......................................................... 72

4.3.1    Existing Minority Race and Ethnicity Populations ............................................................. 72

4.3.2    Existing Low-Income Populations ...................................................................................... 81

4.3.3    Supplemental Community Data ......................................................................................... 86

4.3.4    Summary of the Existing Conditions of Environmental Justice Populations ...................... 91

4.4    Public Outreach with Environmental Justice Populations ......................................................... 93

4.4.1    Study Corridor-Wide Public Involvement Efforts .............................................................. 93

4.4.2    Coordinated Local Outreach and Demonstrated Engagement of Traditionally Underrepresented Populations ........................................................................................................ 98

4.4.3    Public Comments with Socioeconomic Themes .............................................................. 102

4.5    Identification of Beneficial and Adverse Effects to Environmental Justice Populations .......... 102

4.5.1    No Build Alternative ........................................................................................................ 102

4.5.2    The Screened Alternatives .............................................................................................. 103

4.5.3    The Potential for Adverse Effects to Environmental Justice Populations ......................... 108

5    COMMUNITY PROFILES AND EFFECTS .................................................................................. 111

6    REFERENCES ........................................................................................................................ 113

### LIST OF TABLES

Table 2-1: CEA Analysis Area Communities and Included Census Block Groups ........................................ 13

Table 2-2: Approximate Right-of-Way Widths in Feet of the Screened Alternatives ................................. 15

Table 3-1: Comprehensive, Master, and Sector Plans ............................................................................... 21

Table 3-2: Land Use Converted to Transportation Right-of-Way ............................................................... 30

Table 3-3: Historic and Projected Regional Population in the CEA Analysis Area ...................................... 32

Table 3-4: Major Montgomery County and Prince George's County Employers in CEA Analysis Area ...... 40

Table 3-5: Means of Transportation to Work ........................................................................................... 43

Table 3-6: Top 30 Employment Destinations for Workers Who Live in the CEA Analysis Area ................. 45

Table 3-7: Top 30 Home Destinations for Workers Employed in the CEA Analysis Area ........................... 47

Table 3-8: Local Property Tax Rates and Revenue .................................................................................... 48

Table 3-9: Overview of Potential Impacts by CEA Analysis Area Community ............................................ 61

Table 3-10: Summary of Impacted Community Facility Properties Within the CEA Analysis Area ............. 63

Table 3-11: Right-of-Way Needs of the Screened Alternatives ................................................................. 66

Table 4-1: HUD 2016 Low-Income Limit for the Washington-Arlington-Alexandria, ................................ 72

Table 4-2: EJ Analysis Area Race and Ethnicity Characteristics ................................................................ 74

Table 4-3: EJ Analysis Area Household/Low-Income Characteristics and EJ Populations .......................... 81

Table 4-4: Voluntary Demographic Survey Results ................................................................................... 90

00038333



Table 4-5: Public Involvement Efforts in or near EJ Populations ................................................................. 93
Table 4-6: Right-of-Way Requirements in EJ Populations ....................................................................... 103
Table 4-7: Potential for Adverse Effects to Environmental Resources within EJ Populations.................. 109

## LIST OF FIGURES

Figure 1-1: Study Corridors ......................................................................................................................... 2
Figure 1-2: Typical Sections of Alternatives Considered.............................................................................. 7
Figure 2-1: CEA Analysis Area and Communities....................................................................................... 12
Figure 3-1: CEA Analysis Area Land Use Distribution................................................................................. 18
Figure 3-2: Land Use within the CEA Analysis Area ................................................................................... 19
Figure 3-3: Smart Growth Priority Funding Areas...................................................................................... 28
Figure 3-4: Population Density within the CEA Analysis Area .................................................................... 33
Figure 3-5: Age Distribution by Sex........................................................................................................... 34
Figure 3-6: Household Income.................................................................................................................... 35
Figure 3-7: Race and Ethnicity Characteristics of the CEA Analysis Area.................................................. 36
Figure 3-8 : Occupations of Employed CEA Analysis Area Residents......................................................... 39
Figure 3-9: CEA Analysis Area Residents' Top 100 Employment Destinations .......................................... 44
Figure 3-10: CEA Analysis Area Workers' Top 100 Home Destinations..................................................... 46
Figure 3-11: CEA Analysis Area Housing Unit Build Year .......................................................................... 50
Figure 3-12: CEA Analysis Area Housing Type by Tenure .......................................................................... 51
Figure 3-13: MARC and Metrorail Transit within the CEA Analysis Area................................................... 58
Figure 4-1: EJ Populations in the EJ Analysis Area .................................................................................... 92

## LIST OF APPENDICES

Appendix A    CEA Analysis Area Detailed Mapping
Appendix B    Relocation Assistance Program
Appendix C    CEA Analysis Area Community Profiles and Effects

00038334

00038335



<div style="text-align: right; font-size: 3em;">1</div>

# 1    INTRODUCTION

## 1.1    Overview

The Federal Highway Administration (FHWA), as the Lead Federal Agency, and the Maryland Department of Transportation State Highway Administration (MDOT SHA), as the Local Project Sponsor, are preparing an Environmental Impact Statement (EIS) in accordance with the National Environmental Policy Act (NEPA) for the I-495 & I-270 Managed Lanes Study (Study).   The Study is evaluating potential transportation improvements to portions of the I-495 and I-270 corridors in Montgomery and Prince George's Counties, Maryland, and Fairfax County, Virginia.

This EIS is being prepared in accordance with FHWA and Council on Environmental Quality (CEQ) regulations implementing NEPA and provisions of the Fixing America's Surface Transportation (FAST) Act. The content of the EIS also conforms to CEQ guidelines, which provide direction regarding implementation of the procedural provisions of NEPA, and the FHWA's Guidance for *Preparing and Processing Environmental and Section 4(f) Documents* (Technical Advisory T6640.8A, October 1987).

The purpose of the Community Effects Assessment and Environmental Justice Analysis is to present the existing conditions and an assessment of potential direct impacts of the Screened Alternatives to economic, social and community resources. It is being prepared to support and inform the EIS.  The report begins with a description of the study corridors, followed by a summary of the Purpose and Need, and a description of the alternatives evaluated. **Chapter 2 and Chapter 3** comprise the Community Effects Assessment. **Chapter 4** features the Environmental Justice Analysis, which references geographies and data presented in Chapters 2 and 3. **Chapter 5/Appendix C** provides a profile for each community described in this report.

## 1.2    Study Corridors

I-495 and I-270 in Maryland are the two most heavily traveled freeways in the National Capital Region, each with Average Annual Daily Traffic (AADT) volume up to 260,000 vehicles per day in 2018 (MDOT SHA, 2019).   I-495 is the only circumferential route in the region that provides interregional connections to many radial routes in the region, such as I-270, US 29 (Colesville Road), I-95, the Baltimore-Washington Parkway, US 50 (John Hanson Highway), and MD 5 (Branch Avenue).   I-270 is the only freeway link between I-495 and the fast-growing northwest suburbs in northern Montgomery County and the suburban areas in Frederick County.   In addition to heavy commuter traffic demand, I-495 provides

00038336



connectivity along the East Coast, as it merges with I-95 in Maryland for 25 miles around the east side of Washington DC. (**Figure 1-1**).

## Figure 1-1: Study Corridors



00038337



## 1.3   Study Purpose and Need

The purpose of the Study is to develop a travel demand management solution(s) that addresses congestion and improves trip reliability on I-495 and I-270 within the Study limits, and enhances existing and planned multimodal mobility and connectivity.  The Study will address the following needs:

- **Accommodate Existing Traffic and Long-Term Traffic Growth** - High travel demand from commuter, business, and recreational trips results in severe congestion from 7 to 10 hours per day on the Study corridors, which is expected to deteriorate further by the planning horizon year of 2040.  Additional roadway capacity is needed to address existing and future travel demand and congestion, reduce travel times, and allow travelers to use the facilities efficiently.

- **Enhance Trip Reliability** - Congestion on I-495 and I-270 results in unpredictable travel times.  Travelers and freight commodities place a high value on reaching their destinations in a timely and safe manner, and in recent years, the study corridors have become so unreliable that uncertain travel times are experienced daily.  More dependable travel times are needed to ensure trip reliability.

- **Provide Additional Roadway Travel Choices** - Travelers on I-495 and I-270 do not have enough roadway options for efficient travel during extensive periods of congestion.  Additional roadway management options are needed to improve travel choices, while retaining the general-purpose lanes.

- **Accommodate Homeland Security** - The National Capital Region is considered the main hub of government, military, and community installations related to homeland security.  These agencies and installations rely on quick, unobstructed roadway access during a homeland security threat.  Additional capacity would assist in accommodating a population evacuation and improving emergency response access should an event related to homeland security occur.

- **Improve Movement of Goods and Services** - I-495 and I-270 are major regional transportation networks that support the movement of passenger and freight travel within the National Capital Region.  Existing congestion along both corridors increases the cost of doing business due to longer travel times and unreliable trips.  The effects of this congestion on the movement of goods and services is a detriment to the health of the local, regional, and national economy.  Efficient and reliable highway movement is necessary to accommodate passenger and freight travel, moving goods and services through the region.

Additional roadway capacity and improvements to enhance reliability must be financially viable.  MDOT's traditional funding sources would be unable to effectively finance, construct, operate, and maintain improvements of this magnitude.  Revenue sources that provide adequate funding, such as pricing options, are needed to achieve congestion relief and address existing high travel demand.

Given the highly constrained area surrounding the interstates in the Study corridors, MDOT SHA recognizes the need to plan and design this project in an environmentally responsible manner.  MDOT SHA will strive to avoid and minimize community, natural, cultural, and other environmental impacts, and mitigate for any unavoidable impacts at an equal or greater value.  MDOT SHA will work with our Federal,

00038338



State, and Local resource agency partners in a streamlined, collaborative, and cooperative way to meet all regulatory requirements to ensure the protection of t environmental resources to the maximum extent practicable. Any build alternatives will offset unavoidable impacts while prioritizing and coordinating comprehensive mitigation measures in or near the study area, which are meaningful to the environment and the community.

## 1.4    Alternatives Evaluated

Seven alternatives are being evaluated and compared in the technical reports supporting the EIS. These Screened Alternatives include Alternatives 1, 5, 8, 9, 10, 13B, and 13C and are illustrated in the typical sections shown in **Figure 1-2**.

The following terms are used in the description of the alternatives.

- **General Purpose (GP) Lanes** are lanes on a freeway or expressway that are open to all motor vehicles.[1]
- **Managed Lanes** are highway facilities, or a set of lanes, where operational strategies are proactively implemented and managed in response to changing conditions.[2]
- **High-Occupancy Toll (HOT) Lanes** are High-Occupancy Vehicle (HOV) facilities that allow lower-occupancy vehicles, such as solo drivers, to use the facilities in return for toll payments, which could vary by time of day and level of congestion.[1]
- **Express Toll Lanes (ETL)** are dedicated managed lanes within highway rights-of-way that motorists may use by paying a variably priced toll.[3]
- **High-Occupancy Vehicle** (HOV) Lanes are any preferential lane designated for exclusive use by vehicles with two or more occupants for all or part of a day, including a designated lane on a freeway, other highway or a street, or independent roadway on a separate right-of-way.[4]
- **Reversible Lanes** are facilities in which the direction of traffic flow can be changed at different times of the day to match peak direction of travel, typically inbound in the morning and outbound in the afternoon.[1]

### A.    Alternative 1: No Build

The No Build Alternative, often called the base case, includes all projects in the 2040 financially Constrained Long-Range Plan (CLRP) for the National Capital Region adopted by the Metropolitan Washington Council of Governments (MWCOG) - Transportation Planning Board (TPB). This includes other projects impacting the facilities that are subject to this Study. Specifically, the CLRP reflects the Purple Line which is currently under construction (Spring 2019), and the extension of the I-495 Express Lanes in Virginia from north of the Dulles Toll Road interchange to the American Legion Bridge (Virginia's 495 Express Lanes Northern Extension [NEXT] Project). Alternative 1 also includes the I-270 Innovative Congestion Management (ICM) Contracts, which are providing a series of construction projects to improve

---

[1]*National Cooperative Highway Research Program, Research Report 835, Guidelines for Implementing Managed Lanes*. Transportation Research Board. 2016
[2] https://ops.fhwa.dot.gov/publications/managelanes_primer/index.htm
[3] https://www.fhwa.dot.gov/ipd/tolling_and_pricing/defined/demand_mgmt_tool.aspx
[4] https://ops.fhwa.dot.gov/freewaymgmt/hovguidance/glossary.htm

00038339



mobility and safety at key points along I-270 targeted to reduce congestion at key bottlenecks along the corridor. All improvements are being implemented within the existing roadway right-of-way and are anticipated to be completed in 2021. While these improvements will improve mobility and safety, they will not address the long-term roadway capacity needs for the I-270 corridor. Routine maintenance and safety improvements along I-495 and I-270 are included in the No Build Alternative, but it does not include new capacity improvements to I-495 and I-270. Consistent with NEPA requirements, Alternative 1 will be carried forward for further evaluation to serve as a base case for comparing the other alternatives.

**B.    Alternative 5: 1-Lane, High-Occupancy Toll Managed Lanes Network**

This alternative consists of adding one HOT managed lane in each direction on I-495 and converting the one existing HOV lane in each direction to a HOT managed lane on I-270. Buses would be permitted to use the managed lanes. Alternative 8: 2-Lane, Express Toll Lane Managed Lanes Network on I-495 and 1-Lane Express Toll Lane and 1-Lane HOV Managed Lanes Network on I-270 Buses would be permitted to use the managed lanes.

**C.    Alternative 8: 2-Lane, Express Toll Lane Managed Lanes Network on I-495 and 1-Lane Express Toll Lane and 1-Lane HOV Managed Lane Network on I-270**

This alternative consists of adding two ETL managed lanes in each direction on I-495, retaining one existing HOV lane in each direction on I-270, and adding one ETL managed lane in each direction on I-270. Buses would be permitted to use the managed lanes.

**D.    Alternative 9: 2-Lane, High-Occupancy Toll Managed Lanes Network**

This alternative consists of adding two HOT managed lanes in each direction on I-495, converting the one existing HOV lane in each direction on I-270 to a HOT managed lane, and adding one HOT managed lane in each direction on I-270, resulting in a two-lane, managed lane network on both highways. Buses would be permitted to use the managed lanes.

**E.    Alternative 10: 2-Lane, Express Toll Lane Managed Lanes Network and 1-Lane HOV Managed Lane Network on I-270 Only**

This alternative consists of adding two ETL managed lanes in each direction on I-495, retaining one existing HOV lane per direction on I-270, and adding two ETL managed lanes in each direction on I-270. Buses would be permitted to use the managed lanes.

**F.    Alternative 13B: 2-Lane, High-Occupancy Toll Managed Lanes Network on I-495 and HOT Managed Reversible Lanes Network on I-270**

This alternative consists of adding two HOT managed lanes in each direction on I-495 and converting the existing HOV lanes in both directions to two HOT managed, reversible lanes on I-270. Buses would be permitted to use the managed lanes.

**G.    Alternative 13C: 2-Lane, ETL Managed Lanes Network on I-495 and ETL Managed, Reversible Lanes Network and 1-Lane HOV Managed Lane Network on I-270**

This alternative consists of adding two ETL managed lanes in each direction on I-495 and retaining the existing HOV lanes in both directions and adding two ETL managed, reversible lanes on I-270. Alternative 13C would maintain the existing roadway network on I-270 with HOV lanes to allow for HOV travel while adding two managed, reversible lanes. Buses would be permitted to use the managed lanes.

00038340

**COMMUNITY EFFECTS ASSESSMENT AND ENVIRONMENTAL JUSTICE ANALYSIS**



### H.    Consideration of Alternative 9M

The analysis for the Screened Alternatives summarized above was completed in Spring of 2019 and reflects information available to MDOT SHA at that time. As the Study progressed through the NEPA process, the project team obtained comments as a result of cooperating agency coordination. As a result of this continued effort, MDOT SHA and FHWA have evaluated an additional alternative for the Study known as Alternative 9M.  Alternative 9M is considered a blend of two Screened Alternatives, Alternative 5 (one-lane HOT) and Alternative 9 (two-lane HOT).

Alternative 9M has the same LOD as Alternative 9 along I-495 from south of the George Washington Memorial Parkway in Virginia to the I-270 West Spur and from the I-95 interchange to west of MD 5 as well as along I-270 from I-495 to I-370. Alternative 9M has the same LOD as Alternative 5 along I-495 from I-270 West Spur to the I-95 interchange. Alternative 9M includes the same build elements as the other Screened Alternatives including direct access locations and interchange improvements.

Because Alternative 9M is a blend of Alternatives 9 and 5, the environmental impacts associated with Alternative 9M are covered in this Technical Report. Specific impacts associated with Alternative 9M have been quantified and are shown in the DEIS for comparison with the other Build Alternatives. Any differences in the quantity or intensity of impacts between Alternative 9M and other alternatives are noted either in tables or text in the DEIS.

00038341



**Figure 1-2: Typical Sections of Alternatives Considered**



00038343





00038345

# 2

## 2    METHODOLOGY

### 2.1    CEA Analysis Area

This *Community Effects Assessment and Environmental Justice Analysis Technical Report* defines and describes various existing community and socioeconomic conditions within the **CEA Analysis Area** surrounding the study corridors (**Figure 2-1**). The CEA Analysis Area was delineated to include all 2010 Census block groups[5] that are located within 0.25-mile to either side of the study corridors in portions of Fairfax County, Virginia and Montgomery and Prince George's Counties in Maryland.[6] These Census block groups were then matched with the municipality or Census Designated Place (CDP) in which they were primarily located to define individual CEA Analysis Area Communities. As identified in Table 2-1: CEA Analysis Area Communities and Included Census Block Groups**Table 2-1**, the CEA Analysis Area is composed of 199 block groups sorted into 36 CEA Analysis Area Communities. **Figure 2-1** highlights each of the 36 CEA Analysis Area Communities and **Appendix A** depicts the CEA Analysis Area across multiple figures to show the location of each block group. (Note that CEA Analysis Area Community boundaries do not specifically follow municipality or CDP boundaries because the CEA Analysis Area Community boundaries are drawn along block group boundaries.)

Also note that, in **Table 2-1,** the Hillandale CEA Analysis Area Community is grouped with Montgomery County, although a portion of this CEA Analysis Area Community and its composite block groups overlap with Prince George's County.

Within this *Community Effects Assessment and Environmental Justice Analysis Technical Report*, **Chapter 3** details existing conditions by resource for the entire CEA Analysis Area. The description of each resource's existing conditions is followed immediately by the presentation of environmental

---

[5] Block groups are statistical divisions of Census Tracts and are generally defined to contain between 600 and 3,000 people. A block group usually covers a contiguous area. Each Census Tract contains at least one block group, and block groups are uniquely numbered within the Census Tract.  Block groups never cross state, county, or Census Tract boundaries but may cross the boundaries of any other geographic entity (e.g. municipality, or Census-Designated Place). (https://www.census.gov/geo/reference/gtc/gtc_bg.html).

[6] Based on preliminary evaluation, 0.25-mile to either side of the study corridors was established as a resource inventory boundary that would reasonably include areas that would potentially be subject to direct impacts from the Screened Alternatives. Expanding the CEA Analysis Area to include all Census block groups intersecting the 0.25-mile delineation provides a conservative spatial approximation of the neighborhoods surrounding the study corridors; additionally, necessary data is available at the Census block group-level.

00038346



consequences of the Screened Alternatives to these resources within the context of the entire CEA Analysis Area.

To enhance public accessibility to this Technical Report's data, a community profile for each of the 36 CEA Analysis Area Communities is provided in **Chapter 5/Appendix C**. Each profile includes an overview of:

- The community location;
- Planning and development;
- Community facilities; and
- Minority race/ethnicity populations and low-income populations, if present.

The profiles also include community-specific mapping and figures presenting the population's distribution of racial and ethnicity characteristics, zoning and land use, and housing characteristics. The profile for each CEA Analysis Area Community is immediately followed by a description of the long-term impacts of the Screened Alternatives to resources within each community. Impacts, including changes to land use and development, right-of-way acquisitions and potential relocations of businesses and residences, and impacted community facility properties and services are quantified for each of the CEA Analysis Area Communities. Qualitative impacts, including potential changes to community aesthetics and character, as well as development patterns, are also described for each CEA Analysis Area Community. Presenting impacts in this manner will help community members better understand how the alternatives may impact and benefit specific communities.

## 2.2    Data Collection

Preparation of this *Community Effects Assessment and Environmental Justice Analysis Technical Report* includes a review of resource data for the CEA Analysis Area. Resources reviewed included:

- Land use and zoning, planning, and development;
- Population and demographic characteristics;
- Economic, employment, and commuting characteristics;
- Housing stock, age, and tenure;
- Community facilities and services; and
- Environmental Justice (EJ) populations.

This information is sourced from the following:

- Geographic Information Systems (GIS) data from Fairfax, Montgomery, and Prince George's Counties;
- Comprehensive, master, sector, transportation and related planning publications, as well as zoning ordinances for Fairfax, Montgomery, and Prince George's Counties;
- Pipeline of Approved Development Projects from Fairfax, Montgomery, and Prince George's Counties;
- Maryland Department of Commerce;

00038347



- US Census 2010 and 2012-2016 American Community Survey (ACS) Five-Year Estimates[7];
- US Census Longitudinal Employer-Household Dynamics data (2015);
- Google Earth and Google Maps- Street View; and
- Field reconnaissance where data gaps are identified.

---

[7] 2012-2016 American Community Survey (ACS) Five-Year Estimates represents the most current data when this Technical Report was drafted. ACS updates have been made available; however, significant changes in populations trends have not occurred based on a cursory review. Future analysis will consider updated US Census and American Community Survey Estimates.

00038348



## Figure 2-1: CEA Analysis Area and Communities

00038349



### Table 2-1: CEA Analysis Area Communities and Included Census Block Groups

| CEA Analysis Area Community[8] | CEA Analysis Area Census Block Groups[9] | | |
|---|---|---|---|
| **Fairfax County, Virginia** | | | |
| **McLean** | • 4701.00 – 1<br>• 4701.00 – 2 | • 4705.00 – 1<br>• 4801.00 – 4 | • 4802.01 – 1 |
| **Montgomery County, Maryland** | | | |
| **Potomac** | • 7012.06 – 1<br>• 7012.06 – 2<br>• 7060.08 – 1<br>• 7060.08 – 2 | • 7060.09 – 2<br>• 7060.09 – 3<br>• 7060.12 – 1<br>• 7060.12 – 2 | • 7060.12 – 3<br>• 7060.13 – 1<br>• 7060.13 – 2 |
| **Cabin John** | • 7058.00 – 2 | • 7058.00 – 3 | |
| **Bethesda** | • 7044.03 – 1<br>• 7044.04 – 1<br>• 7044.04 – 2<br>• 7044.04 – 3 | • 7044.04 – 4<br>• 7045.02 – 1<br>• 7045.02 – 2<br>• 7045.03 – 1 | • 7045.03 – 2<br>• 7050.00 – 4<br>• 7059.01 – 3<br>• 7059.02 – 3 |
| **North Bethesda** | • 7012.05 – 1<br>• 7012.05 – 2<br>• 7012.05 – 3<br>• 7012.05 – 4<br>• 7012.13 – 1<br>• 7012.13 – 2<br>• 7012.13 – 3 | • 7012.14 – 1<br>• 7012.14 – 2<br>• 7012.15 – 1<br>• 7012.15 – 2<br>• 7012.15 – 3<br>• 7012.15 – 4 | • 7044.01 – 1<br>• 7044.01 – 2<br>• 7045.01 – 1<br>• 7045.01 – 2<br>• 7045.01 – 3<br>• 7045.01 – 4 |
| **South Kensington** | • 7041.00 – 1<br>• 7041.00 – 2 | • 7041.00 – 3<br>• 7043.00 – 2 | • 7043.00 – 4 |
| **Chevy Chase** | • 7050.00 – 1 | • 7051.00 – 1 | • 7051.00 – 2 |
| **Forest Glen** | • 7039.01 – 1<br>• 7039.01 – 2 | • 7039.01 – 3<br>• 7040.00 – 3 | • 7040.00 – 4 |
| **Silver Spring** | • 7016.01 – 1<br>• 7016.02 – 1<br>• 7016.02 – 3<br>• 7016.02 – 4<br>• 7021.01 – 2 | • 7021.01 – 3<br>• 7022.00 – 1<br>• 7022.00 – 2<br>• 7022.00 – 3<br>• 7023.02 – 2 | • 7027.00 – 4<br>• 7028.00 – 3<br>• 7028.00 – 4<br>• 7029.00 – 1<br>• 7029.00 – 2 |
| **Kemp Mill** | • 7030.00 – 2 | | |
| **Four Corners** | • 7021.02 – 1 | • 7021.02 – 3 | • 7031.00 – 3 |

[8] As used here, community refers to either a municipality or a Census-Designated Place (CDP), as delineated by the State of Maryland and the US Census Bureau, respectively. Many CEA Analysis Area block groups intersect and/or overlap with more than one community. For the purposes of this Technical Report, each of the CEA Analysis Area block groups has been assigned to the respective community in which most of their land area is located.

[9] Refer to Appendix A, Maps 1–4 for the location of these block groups in relation to the corridors.

00038350



| CEA Analysis Area Community[8] | CEA Analysis Area Census Block Groups[9] | | |
| --- | --- | --- | --- |
| | • 7021.02 – 2 | • 7030.00 – 1 | • 7031.00 – 4 |
| Hillandale | • 7015.05 – 3 | • 7015.09 – 1 | • 8073.04 – 1 |
| Gaithersburg | • 7007.06 – 1<br>• 7007.17 – 1<br>• 7007.17 – 2<br>• 7007.17 – 3<br>• 7007.17 – 4 | • 7007.24 – 1<br>• 7008.16 – 1<br>• 7008.16 – 2<br>• 7008.16 – 4 | • 7008.17 – 1<br>• 7008.17 – 2<br>• 7008.17 – 3<br>• 7008.29 – 1 |
| Rockville | • 7007.18 – 1<br>• 7007.18 – 2<br>• 7010.01 – 2<br>• 7010.01 – 3<br>• 7010.02 – 1<br>• 7010.02 – 2 | • 7010.02 – 3<br>• 7010.04 – 2<br>• 7010.04 – 4<br>• 7010.05 – 1<br>• 7010.05 – 2<br>• 7010.06 – 1 | • 7010.06 – 2<br>• 7010.07 – 1<br>• 7010.07 – 2<br>• 7012.10 – 1<br>• 7012.11 – 3 |
| Prince George's County, Maryland | | | |
| Adelphi | • 8073.05 – 1 | • 8073.05 – 2 | |
| Beltsville | • 8074.04 – 2<br>• 8074.05 – 1 | • 8074.05 – 3<br>• 8074.09 – 1 | • 8074.09 – 2 |
| College Park | • 8069.00 – 1<br>• 8069.00 – 2 | • 8069.00 – 3<br>• 8070.00 – 2 | • 8073.01 – 1<br>• 8073.01 – 2 |
| Greenbelt | • 8067.06 – 1<br>• 8067.06 – 2<br>• 8067.06 – 3<br>• 8067.08 – 1<br>• 8067.08 – 2<br>• 8067.08 – 3 | • 8067.10 – 2<br>• 8067.10 – 3<br>• 8067.12 – 2<br>• 8067.13 – 1<br>• 8067.13 – 2 | • 8067.14 – 1<br>• 8067.14 – 2<br>• 8074.08 – 1<br>• 8074.08 – 2<br>• 8067.12 – 1 |
| Seabrook | • 8036.06 – 2 | • 8036.06 – 3 | • 8036.06 – 4 |
| New Carrollton | • 8036.05 – 1<br>• 8036.05 – 4 | • 8036.10 – 1<br>• 8036.12 – 1 | • 8036.12 – 2 |
| Landover Hills | • 8037.00 – 1 | | |
| Lanham | • 8036.08 – 2<br>• 8036.08 – 3 | • 8036.08 – 4 | • 8036.08 – 1 |
| Springdale | • 8036.01 – 1 | | |
| Glenarden | • 8035.21 – 1 | • 8036.01 – 2 | • 8036.02 – 2 |
| Mitchellville | • 8035.16 – 1 | • 8035.20 – 3 | |
| Summerfield | • 8035.08 – 1 | • 8035.19 – 3 | • 8035.25 – 1 |
| Landover | • 8034.02 – 3 | • 8035.08 – 3 | • 8035.09 – 1 |
| Lake Arbor | • 8035.14 – 1 | | |
| Largo | • 8035.12 – 1 | • 8035.12 – 3 | • 8035.13 – 2 |
| Forestville | • 8019.06 – 1 | • 8021.04 – 2 | • 8022.03 – 3 |

00038351



| CEA Analysis Area Community[8] | CEA Analysis Area Census Block Groups[9] | | |
|---|---|---|---|
| | • 8021.03 – 2 <br> • 8021.04 – 1 | • 8022.03 – 2 | • 8022.04 – 4 |
| Westphalia | • 8007.01 – 2 | • 8022.01 – 1 | • 8022.01 – 2 |
| Morningside | • 8019.06 – 2 | | |
| Joint Base Andrews | • 8011.04 – 1 | • 8011.04 – 3 | |
| Camp Springs | • 8019.01 – 2 <br> • 8019.04 – 1 | • 8019.04 – 2 <br> • 8019.05 – 1 | • 8019.05 – 2 |
| Marlow Heights | • 8017.08 – 1 | • 8019.07 – 1 | |
| Temple Hills | • 8017.01 – 1 <br> • 8017.01 – 2 | • 8017.02 – 1 | • 8019.01 – 1 |

## 2.3    Analysis of Environmental Consequences

23 USC 109(h) requires that US DOT "assure that possible adverse economic, social, and environmental effects relating to any proposed project on any Federal-aid system have been fully considered in developing such project, and that the final decisions on the project are made in the best overall public interest, taking into consideration the need for fast, safe and efficient transportation, public services, and the costs of eliminating or minimizing such adverse effects and the following:

- Air, noise, and water pollution;
- Destruction or disruption of man-made and natural resources, aesthetic values, community cohesion and the availability of public facilities and services;
- Adverse employment effects, and tax and property value losses;
- Injurious displacement of people, businesses and farms; and
- Disruption of desirable community and regional growth."

The environmental consequences of the Screened Alternatives, including Alternatives 1, 5, 8, 9, 10, 13B, and 13C, as described in **Chapter 1,** are presented immediately following the description of the existing conditions for each of the resource types in **Chapter 3**. As shown in **Table 2-2** and in **Figure 1-2**, the approximate right-of-way width of Alternatives 5, 8, 9, 10, 13B and 13C, herein referred to as the Screened Alternatives, varies a proportionally small amount across the Screened Alternatives. Therefore, the discussion of consequences focuses on the general impacts of the Screened Alternatives with specific impact differences depicted in an impact summary table. Environmental consequences are further summarized for each of the CEA Analysis Area Communities in **Chapter 5 and Appendix C**.

### Table 2-2: Approximate Right-of-Way Widths in Feet of the Screened Alternatives

| Corridor Section | Alternative 5 (feet) | Alternatives 8 and 9 (feet) | Alternative 10 (feet) | Alternative 13B (feet) | Alternative 13C (feet) |
|---|---|---|---|---|---|
| I-495 | 170-174 | 194-198 | 194-198 | 194-198 | 194-198 |
| I-270 between Y-Split and Montrose Road | 242-246 | 266-270 | 290-294 | 238-242 | 262-266 |
| I-270 between Montrose Road and I-370 | 194-198 | 218-220 | 242-246 | 202-206 | 226-230 |

00038352

00038353

3

# 3    EXISTING CONDITIONS AND ENVIRONMENTAL CONSEQUENCES

## 3.1    Land Use and Zoning, Planning, and Development

### 3.1.1    Existing Conditions

#### A.    Land Use and Zoning

Land use patterns and development goals are identified in long-term comprehensive plans that are implemented through zoning codes and maps adopted by local governments. Zoning codes regulate the type and density of development within delineated land areas to ensure compliance with the long-term comprehensive plans' land use and development goals. The CEA Analysis Area encompasses 78,722 acres of land; 4,485 acres of which are located just south of the American Legion Memorial Bridge in Virginia and the remaining 74,237 acres are in Maryland.

Land use conditions within the CEA Analysis Area were identified through the review of zoning designations. Zoning designations were used primarily because this data is consistently updated by municipalities, while the land use data provided by the Maryland Department of Planning dates from 2010. Fairfax County maintains current land use data (Fairfax, 2018). For the purposes of this Technical Report, existing conditions are generally referred to by their "land use." The land use types, described below, were summarized based on the primary land uses allowed under the counties' zoning codes. Some overlap in allowed land uses may occur. The distribution of each land use within the CEA Analysis Area is quantified in **Figure 3-1** and supporting mapping depicting land use within the CEA Analysis Area is provided as **Figure 3-2**.

- **Commercial/Employment:** includes, but is not limited to: retail, service, convenience, and lodging establishments; professional and medical offices; civic, cultural, and institutional establishments; public and private education and childcare facilities; public uses; places of worship; indoor entertainment.
- **Industrial:** includes but is not limited to: office and research parks; employment uses requiring larger tracts of land; production, manufacturing, assembly, and processing establishments; hospitals; retail and wholesale; automobile services; laundry services, warehouse, storage, and distribution.
- **Mixed-Use:** includes a mix of commercial/employment and residential uses.

00038354



- **Park/Open Space:** includes local, state, regional, and federal parks and recreational areas, including, but not limited to: stream valley parks, railroad trails, community centers, parkways, and National Historic Parks; smaller tracts of public and private undeveloped open space interspersed among developed areas; and agricultural lands.

- **Planned Unit/Planned Community:** includes land reserved for future development, primarily for residential communities.

- **Residential:** includes detached single-family dwelling units and duplex dwelling units, attached single-family row housing; garden apartments; high-rise apartments/condominiums; mobile homes; and trailer parks; plus, yards and associated areas.

- **Transportation:** includes right-of-way reserved for road, rail, bicycle, pedestrian, and transit facilities, as well as supporting transportation infrastructure, such as park-and-ride facilities, maintenance areas, distribution warehouses, and open/forested areas adjacent to roadways.

Existing data reflect a highly-developed system of land use in the CEA Analysis Area. Most of the study area has been planned and built out based in large part on the presence of the existing I-495 and I-270 corridors. Sixty-five percent of the CEA Analysis Area has been built out for either residential, industrial, mixed, commercial/employment, or planned community uses. Much of the area reflects dense land use patterns with little potential for additional development based on the lack of available space or on existing land use restrictions. The relative composition of land use in the CEA Analysis Area is shown in **Figure 3-1**.

At 36,194 acres, residential zones account for 46 percent, or the majority, of the CEA Analysis Area. The second-most common land use is park/open space, which accounts for 16,103 acres, or 20 percent of the CEA Analysis Area. This is followed by transportation, which accounts for 11,726 acres, or 15 percent of the CEA Analysis Area. Industrial (7,149 acres), commercial/employment (2,041 acres), mixed-use (4,294 acres), and planned unit/planned community (1,215 acres) account for the remaining 19 percent of CEA Analysis Area land. Additional detail on land use for individual CEA Analysis Area Communities is provided in **Chapter 5 and Appendix C**.

00038355



**COMMUNITY EFFECTS ASSESSMENT AND ENVIRONMENTAL JUSTICE ANALYSIS**

### Figure 3-1: CEA Analysis Area Land Use Distribution



*Source: City of Gaithersburg GIS web map (https://maps.gaithersburgmd.gov/gallery/); City of Rockville GIS Open Data (http://data-rockvillemd.opendata.arcgis.com/); Montgomery County/MNCPPC MCATLAS (http://www.mcatlas.org/viewer/); Prince George's County Open Data Portal (http://gisdata.pgplanning.org/metadata/); Fairfax County Open Geospatial Data (https://www.fairfaxcounty.gov/maps/open-geospatial-data).*

00038356

COMMUNITY EFFECTS ASSESSMENT AND ENVIRONMENTAL JUSTICE ANALYSIS 

**Figure 3-2: Land Use within the CEA Analysis Area**



00038357



### B.    Farmland and Protected Lands

The *Farmland Protection Policy Act of 1981* (FPPA) strives to minimize the extent to which Federal programs contribute to the conversion of important farmlands to non-agricultural uses; lessen the adverse effects of federal actions on farmland; and assure that federal programs are operated in a manner that, to the extent practicable, will be compatible with state, local government, and private programs that protect farmland. According to federal regulations implementing the FPPA, *farmland* does not include land already in or committed to urban development, including lands identified as urbanized area on the 2010 Census urban area-based reference map[10].

The CEA Analysis Area is within the boundary of the Census Bureau Map urbanized area except for two areas where the urbanized area boundary abuts the study corridors right-of-way: 1) west of I-495 in the McLean CEA Analysis Area Community; and 2) north of I-495 between the Greenbelt Metro Station and Cherrywood Lane, including portions of US Department of Agriculture Beltsville Agricultural Research Center (BARC) in the Greenbelt CEA Analysis Area Community (Census, 2010).

The CEA Analysis Area was reviewed for lands not covered by the FPPA, but protected under:

- Virginia state preservation programs;
- the Maryland Agricultural Land Preservation Foundation (MALPF);
- the Maryland Agricultural Easement Program;
- the Maryland Environmental Trust; and
- the Maryland Rural Legacy Program, including county Rural Legacy Programs (MCATLAS, 2018; PGATLAS, 2018; Montgomery County Rustic Roads Advisory Committee, 2015).

The McLean CEA Analysis Area Community contains a preserved property encompassing approximately 86 acres, located approximately one mile west of I-495, along the bank of the Potomac River. This property is protected from development under the Fairfax County Agricultural and Forestal District Program (Fairfax County GIS, 2018). In the Beltsville CEA Analysis Area Community, the BARC facility is designated as both a Prince George's County Priority Preservation Area and a Special Conservation Area. Additionally, in the Greenbelt CEA Analysis Area Community, Greenbelt Park is designated by Prince George's County as a Special Conservation Area.

The CEA Analysis Area overlaps with a small portion of the Maryland Department of Natural Resources (DNR) designated Piney Branch Special Protection Area (SPA) in the Gaithersburg CEA Analysis Area Community, north of Darnestown Road and south of Medical Center Way. Existing land uses at this

---

[10] *The Farmland Protection Policy Act* (7 CFR 658.2) states, "Farmland means prime or unique farmlands as defined in section 1540(c)(1) of the Act or farmland that is determined by the appropriate state or unit of local government agency or agencies with concurrence of the Secretary to be farmland of statewide or local importance.  "Farmland" does not include land already in or committed to urban development or water storage, Farmland "already in" urban development or water storage includes all such land with a density of 30 structures per 40-acre area. Farmland already in urban development also includes lands identified as "urbanized area" (UA) on the 2010 Census urban area-based reference map (https://www.census.gov/geographies/reference-maps/2010/geo/2010-census-urban-areas.html), or as urban area with a "tint overprint" on the USGS topographical maps, or as "urban-built-up" on the USDA Important Farmlands Maps."

00038358



location include roadways and adjacent strips of undeveloped land as well as development complexes and parking facilities associated with Shady Grove Adventist Hospital.

## C.    Review of Approved Comprehensive, Master, and Sector Plans

The *Maryland Economic Growth, Resource Protection and Planning Act* (1992), as amended, articulates the State's growth policy through visions centered on concentrating development in suitable areas, protecting sensitive areas, and establishing funding mechanisms to achieve the visions. The Act also requires local jurisdictions to address these same visions in their comprehensive plans. Under the Act, local governments are required to review, and if necessary, update their plans once every six years.

Maryland's *Smart and Sustainable Growth Act of 2009* clarifies the link between local comprehensive plans and local land use ordinances. The bill defines the current requirement of "consistency". Actions that are "consistent with" or have "consistency with" a comprehensive plan are actions that further, and are not contrary to, the following items in the plan: policies; timing of implementation of the plan; timing of development; timing of rezoning; development patterns; land uses; and densities or intensities.

Planning and development goals within CEA Analysis Area Communities are guided by a variety of comprehensive, master, and sector plans. Relevant plans that overlap portions of the CEA Analysis Area are listed in **Table 3-1.** These plans generally set goals that include enhancing transportation efficiency by promoting the use of major highways and arterials networks to limit traffic impacts on local and neighborhood streets. Recommendations with specific reference to the study corridors have been italicized.

### Table 3-1: Comprehensive, Master, and Sector Plans

| Planning Document | Recommendations Related to the Study Corridors |
|---|---|
| **Fairfax County, Virginia** | |
| Fairfax County Comprehensive Plan, 2017 Edition (Area II McLean Planning District (Amended February 20, 2018) | • *Identifies I-495 as a proposed high-occupancy toll lane facility from Old Dominion Drive north to Maryland* <br> • *I-495 south of Old Dominion Drive is an existing high-occupancy toll lane facility* |
| **Montgomery County, Maryland** | |
| Capitol View and Vicinity Sector Plan (SP) (1982) | • No recommendations specific to the study corridors |
| Kensington-Wheaton Communities Master Plan (MP) (1989) | • *Maximum eight-lane divided roadway for I-495* <br> • *Variable minimum right-of-way width* |
| Comprehensive Amendment to the Bethesda/Chevy Chase MP (1990) | • *Maximum six to eight-lane divided roadway system for I-495, from the Potomac River to Rock Creek Park* <br> • *Variable minimum right-of-way width for I-495* |
| North Bethesda Garrett Park MP (1992) | • *Maximum six-lane divided roadway for I-495* <br> • *Minimum 300-foot right-of-way width* |
| Eastern Montgomery County Master Plan Areas- Four Corners, White Oak, Cloverly, Fairland Environmental Resources (1996) | • No recommendations specific to the study corridors |
| Four Corners MP (1996) | • *Maximum eight-lane divided roadway for I-495* |

00038359

| Planning Document | Recommendations Related to the Study Corridors |
|---|---|
| | • *Variable minimum right-of-way width* |
| Gaithersburg Vicinity MP (1996) | • *No recommendations specific to the study corridors* |
| White Oak MP (1997) | • *Maximum ten-lane divided roadway for I-495*<br>• *Minimum 300-foot right-of-way width* |
| East Silver Spring MP (2000) | • *Maximum ten-lane divided roadway for I-495* |
| North & West Silver Spring MP (2000) | • *Maximum eight-lane divided roadway for I-495* |
| Silver Spring CBD SP (2000) | • *No recommendations specific to the study corridors* |
| Takoma Park MP (2000) | • *No recommendations specific to the study corridors* |
| Kemp Mill MP (2001) | • *No recommendations specific to the study corridors* |
| Potomac Subregion MP (2002) | • *Maximum eight-lane divided roadway system for I-495, 12-lane divided roadway for I-270 from the Rockville City line to the I-270 Spur, and six-lane divided highway for the I-270 spur from I-270 to I-495*<br>• *Minimum 300-foot right-of-way width for I-495 and I-270* |
| Capital Beltway HOV Lane Project and Interchange at the Intersection of Randolph Road and Veirs Mill Road (Amendment to the MP of Highways within Montgomery County) (2004) | • *Revised the Potomac Subregion Master Plan (2002) recommending:*<br>  ○ *Maximum eight-lane, plus two-High-Occupancy Vehicle (HOV) lanes, divided roadway system for I-495 from the American Legion Bridge to I-270 West Spur*<br>  ○ *Minimum 300-foot right-of-way width for I-495*<br>• *Revised the Bethesda-Chevy Chase MP (1990) to recommend HOV lanes*<br>• *HOV, or High-Occupancy Toll (HOT), lanes on I-495 between the American Legion Bridge and the I-270 West Spur*<br>• *Managed lanes that do not give preference to high-occupancy vehicles were not considered* |
| Shady Grove SP (2006) | • *No recommendations specific to the study corridors* |
| Guiding the Future of the MD 355/I–270 Corridor (2008) | • *Use value pricing for express lanes on I-270, the Inter-County Connector, and I-495 to enhance mobility and improve access.* |
| City of Gaithersburg MP (2009) (currently being updated) | • *Express Toll Lane (ETL) direct access ramps for I-270 at the Metropolitan Grove Road extended site* |
| Gaithersburg West MP Transportation Appendix (Draft March 2009) | • *No recommendations specific to the study corridors* |
| Great Seneca Science Corridor MP (2010) | • *Maximum 12-lane divided roadway system for I-270 between Great Seneca Creek (proximal to Game Preserve Road) and Shady Grove Road*<br>• *Minimum 300-foot right-of-way width for I-270*<br>• *Provide off-ramp right-of-way for the proposed new interchange at I-270 and Watkins Mill Road and grade-separated interchanges at I-270 at Watkins Mill Road extended and I-270 at Gude Drive* |

00038360

| Planning Document | Recommendations Related to the Study Corridors |
|---|---|
| | • *Construction of improvements at the Watkins Mill interchange by MDOT SHA are underway. Completion is expected Summer 2020.*<br>• *There are no current MDOT SHA plans to add an interchange at Gude Drive* |
| White Flint SP (North Bethesda's Urban Center) (2010) | • No recommendations specific to the study corridors |
| Takoma/Langley Crossroads SP (2012) | • No recommendations specific to the study corridors |
| Town of Kensington and Vicinity SP Update (2012) | • No recommendations specific to the study corridors |
| Wheaton Central Business District and Vicinity SP (2012) | • No recommendations specific to the study corridors |
| Chevy Chase Lake SP (2013) | • No recommendations specific to the study corridors |
| Long Branch SP (2013) | • No recommendations specific to the study corridors |
| White Oak Science Gateway MP (2014) | • No recommendations specific to the study corridors |
| Rockville 2040 Comprehensive MP Transportation Report (2016) | • No recommendations specific to the study corridors |
| Greater Lyttonsville SP (2017) | • No recommendations specific to the study corridors |
| Grosvenor-Strathmore Minor Area MP (2017) | • No recommendations specific to the study corridors |
| Rock Spring MP (2017) | • No recommendations specific to the study corridors |
| White Flint 2 SP (2018) | • No recommendations specific to the study corridors |
| Technical Update to the MP of Highways and Transitways (2018) | • *Minimum 300-foot right-of-way width for I-270 except between West Gude Drive and the I-270 Spur*<br>• *Designates I-270 between I-495 and I-370 as a "Freeway with Existing HOV Lanes"*<br>• *Designates I-495 between the I-270 West Spur and the Maryland--Virginia line as a "Freeway with Planned HOV Lanes."* |
| Rockville 2040: Comprehensive Plan Update (DRAFT 2019) | • No recommendations specific to the corridor typical section<br>• *Advocates study of an interchange at I-270 and West Gude Drive*<br>• *Advocates potential improvements of the I-270 and MD 189 interchange* |
| Prince George's County, Maryland | |
| Suitland-District Heights and Vicinity Master Plan (1985) and Sectional Map Amendment (SMA) (1986) | • *Address the congestion and safety concerns associated with increased travel demand and decreased level of service on I-495* |
| Langley Park-College Park-Greenbelt and Vicinity MP and SMA (1989/1990) | • *Maximum ten to 12-lane divided roadway for I-495* |

00038361

COMMUNITY EFFECTS ASSESSMENT AND ENVIRONMENTAL JUSTICE ANALYSIS

| Planning Document | Recommendations Related to the Study Corridors |
|---|---|
| Largo-Lottsford MP and SMA (1990) | • Widen I-95/I-495 to ten lanes with modified interchanges at MD 202 and MD 214<br>• New interchange at Campus Way North and removal of the proposed interchange at Arena Drive and I-495 was suggested<br>• In the late 1990s, MDOT SHA added lanes to I-495 between MD 202 and MD 214, including a striped collector-distributor road in both directions between MD 202 and Arena Drive.<br>• Interchange modifications have not been implemented. |
| Bladensburg-New Carrollton and Vicinity Technical Bulletin: Transportation (1994) | • Maximum eight to ten lanes for I-495 to allow for high occupancy lanes |
| Melwood-Westphalia Approved MP and SMA (1994) | • Add roadway capacity in the form of HOV or other lanes to I-495 |
| The Heights and Vicinity MP and SMA (2000) | • Maximum of 12 lanes on I-495 between Suitland Parkway and the Woodrow Wilson Bridge<br>• I-495 is identified as operating "significantly over capacity."<br>• Congestion improvements including fixed guideways or HOV lanes |
| Greenbelt Metro Area SP and SMA (DDOZ) (2001) | • No recommendations specific to the study corridors |
| Sector Plan for the Morgan Boulevard and Largo Town Center Metro Areas (2004) | • No recommendations specific to the study corridors |
| East Glenn Dale Area SP and SMA (2006) | • No recommendations specific to the study corridors |
| Henson Creek-South Potomac MP and SMA (2006) | • Target restoration and mitigation within primary stream corridors including Henson Creek.<br>• Facilities improvements to the main line of I-495 consistent with the results of MDOT SHA's Capital Beltway study. |
| Suitland M-U-TC Zone Development Plan (2006) | • No recommendations specific to the study corridors |
| Westphalia SP and SMA (2007) | • Upgrade the I-95/I-495 interchange at Ritchie Marlboro Road to a full cloverleaf design.<br>• No modifications to this interchange have been made since the 2007 SP and SMA |
| Marlboro Pike SP (2009) | • No recommendations specific to the study corridors |
| Countywide MP of Transportation for Prince George's County (2009) | • Maximum eight to 12-lane divided roadway system for I-495 from the Montgomery County line to the Woodrow Wilson Bridge<br>• Minimum 300-foot right-of-way width for I-495<br>• Completion of the I-95/495 interchange at the Greenbelt Metrorail station |
| Joint Base Andrews Naval Air Facility Washington Joint Land Use Study (2009) | • No recommendations specific to the study corridors |

00038362

COMMUNITY EFFECTS ASSESSMENT AND ENVIRONMENTAL JUSTICE ANALYSIS

| Planning Document | Recommendations Related to the Study Corridors |
|---|---|
| Landover Gateway SP and SMA (2009) | • Widen I-495 to ten lanes as proposed in the MDOT SHA Capital Beltway Corridor Study |
| Takoma-Langley Crossroads SP (2009) | • No recommendations specific to the study corridors |
| Approved MP and SMA for Subregion 1 (2010) | • No recommendations specific to the study corridors |
| Central US 1 Corridor SP (2010) | • No recommendations specific to the study corridors |
| Glenn Dale, Seabrook, Lanham and Vicinity MP and SMA (2010) | • Widen I-495 from eight to ten lanes between US 50 and Good Luck Road<br>• Minimum 300-foot right-of-way that could accommodate possible HOV lanes or transit applications<br>• Investigate reconfiguration or improvements to I-495 and MD 450/MD 564 interchange<br>• A feasibility study for a pedestrian bridge across the I-495 that could provide nonmotorized access to the New Carrollton Metro Station |
| New Carrollton Transit District Development Plan (2010) | • No recommendations specific to the study corridors |
| Subregion 4 MP (2010) | • No recommendations specific to the study corridors |
| Central Branch Avenue Corridor Revitalization SP (2013) | • No recommendations specific to the study corridors |
| Greenbelt Metro Area and MD 193 Corridor SP and SMA (DDOZ) (2013) | • Full interchange movements from Greenbelt Metro Station to and from I-95/495<br>• The relocation of FBI Headquarters is currently being reevaluated by the US General Services Administration; therefore, the design of these roadway improvements is currently on hold |
| Largo TC SP and SMA (DDOZ) (2013) | • Preservation for stormwater management the wooded area west of The Boulevard at the Capital Centre and east of I-95/I-495 |
| Preliminary Southern Green Line Station Area SP and SMA (2013) | • No recommendations specific to the study corridors |
| Subregion 6 MP (2013) | • No recommendations specific to the study corridors |
| Landover Metro Area and MD 202 Corridor SP and SMA (2014) | • No recommendations specific to the study corridors |
| College Park-Riverdale Park Transit District Development Plan (TDDP) and Transit District Overlay Zone (TDOZ) (2015) | • No recommendations specific to the study corridors |
| Plan 2035: Prince George's Approved General Plan (2015) | • No recommendations specific to the study corridors |
| Melwood-Old Marlboro Pike Revitalization Study (Underway) | • No recommendations specific to the study corridors |

00038363

| Planning Document | Recommendations Related to the Study Corridors |
|---|---|
| **Regional** | |
| Metropolitan Washington Council of Governments Constrained Long-Range Plan Amendment Report (2016) | • *Major Highway Projects within the study corridors include:*<br>○ *I-95/I-495 - interchange at Greenbelt Metro Station, 2020 ($220M)*<br>○ *I-95/I-495 - Branch Avenue Metro access improvements, construct eight lanes, 2017 ($128M)*<br>○ *I-270 - interchange at Watkins Mill Rd Ext, 2018 ($129M)* |
| Metropolitan Washington Council of Governments FY2019-2024 Transportation Improvement Program (2018) | • *Major Highway Projects within the study corridors include:*<br>○ *I-495 and I-270 Traffic Relief Plan – TIP ID 6432, Total $7.6 Billion, FY 2019-2024 Program $129 Million, Complete 2025* |
| National Capital Region Transportation Planning Board Vision2045 (2018) | • *I-95/I-495 component of Traffic Relief Plan in Montgomery and Prince George's Counties to include two managed lanes in each direction, between Baltimore Washington Parkway and Virginia Stateline/Potomac River (Woodrow Wilson Bridge) (CLRP 1182)*<br>• *I-270 component of Traffic Relief Plan in Montgomery County to include two managed lanes in each direction, between I-495 and I-70/US 40 (CLRP 1186)* |

Various residential, mixed-use, commercial, and retail development projects are proposed within the Montgomery and Prince George's County portions of the CEA Analysis Area. Development projects that have been approved by their respective County Planning Board but not yet constructed are considered "in the Pipeline" and are summarized below.

The most readily available GIS data from Montgomery County indicates that, as of January 2019, 73 Pipeline development projects are located in the Montgomery County portion of the CEA Analysis Area (M-NCPPC, 2019). The projects include 13 mixed-use developments, 33 residential developments, one school development, and 26 commercial, retail, and industrial developments. Combined, these Pipeline development projects would result in 5,722 new residential units and 18,634 new office, retail, and industrial jobs.

Maryland-National Capital Parks and Planning Commission (M-NCPPC) Prince George's County Planning Department maintains a monthly report of development activity cases approved within the previous five years via the Development Activity Monitoring System (DAMS). To determine recent and proposed development within Prince George's County, Detailed Site Plans (DSP) and Specific Design Plans (SDP) located within the CEA Analysis Area were identified using the online mapping program PGAtlas and verified via the DAMS report. Per the *Citizens Handbook: Planning, Zoning, and Development Review in Prince George's County* (M-NCPPC Prince George's County Planning Department, 2014) DSP and SDP "show the exact location and design of all buildings and structures, streets, parking lots, open spaces, landscaping, grading, and other physical features" for a project or a project phase; note that one project, or phases of a project, may have multiple DSP or SDP for various project elements, such as signage and landscaping. Once DSP and SDP are approved, a building permit can be issued. Most approved DSP in Prince George's County are valid for three years, while SDP are valid for six years. For these reasons, DSP and SDP are used in this analysis as the types of Prince George's County development activities that best

00038364



represent recent and "pipeline" development. Since February 2014, 201 DSP and SDP have been approved for 106 commercial, heavy and light industrial, mixed-use, planned industrial/employment park, and residential projects in the CEA Analysis Area; this includes 3,500 single-family units and 4,266 multifamily units.

Taken together, existing conditions along with the "pipeline" and approved development projects in Montgomery and Prince George's Counties as prescribed in approved Comprehensive, Master, and Sector Plans, will further increase travel demand by the planning horizon year of 2040.

Maryland's *Smart Growth Priority Funding Areas Act of 1997* (Smart Growth Act) directs Maryland state infrastructure funds to areas within or connecting with county-designated and state-certified Priority Funding Areas (PFAs). Growth-related projects include most State programs that encourage growth and development such as highways, sewer and water construction, economic development assistance, and State leases or construction of new office facilities. The Smart Growth Act legislatively designated certain areas as PFAs and established criteria for locally designated PFAs. Through Smart Growth, Maryland is committed to limiting sprawl development by directing funds where they can help to revitalize older neighborhoods, and redirect growth to already developed areas, saving the state's farmland, open spaces, and natural resources. Smart growth makes efficient use of land, water, and air; creates a sense of community and place; expands transportation, employment, and housing choices; distributes the costs and benefits of development in an equitable manner; and promotes the public health (MD Department of Planning).

As shown in **Figure 3-3**, the vast majority of the CEA Analysis Area is within a Maryland Department of Planning-designated PFA. Small portions of the CEA Analysis Area in Potomac and Westphalia, plus the Beltsville Agricultural Research Center campus in Beltsville, fall outside of a PFA. However, as the I-495 and I-270 Managed Lanes Study proposed improvements would expand existing major regional corridors around which PFAs are designated, improvements within the CEA Analysis Area would be consistent with the Smart Growth Act.

00038365

## Figure 3-3: Smart Growth Priority Funding Areas



*Source: Maryland Department of Planning, http://mdpgis.mdp.state.md.us/pfa/*

00038366


### 3.1.2    Environmental Consequences

Potential long-term impacts from the alternatives are described, herein, along with a description of the alternatives' consistency with Community Master Plans and other documents that guide land use, zoning, and development within the CEA Analysis Area. Any impacts to pending or approved developments are also identified. Descriptions of existing land use conversion to transportation right-of-way refers to physical changes in land use and should not be interpreted as a change in the official Zoning Code designation, which is subject to county and municipal regulations and not an element of the I-495 & I-270 Managed Lanes Study. For indirect and cumulative impacts from the Screened Alternatives on land use and development in the region, see the ***Indirect and Cumulative Effects Technical Report*** **(DEIS Appendix O)**.

#### A.    The No Build Alternative

The No Build Alternative requires no right-of-way acquisition.

Because the No Build Alternative would not provide HOV or toll facilities on I-495 or I-270, it would not be consistent with the following Comprehensive, Master or Sector Plans that call for HOV or toll facilities on I-495 or I-270:

- Fairfax County Comprehensive Plan, 2017 Edition;
- Capital Beltway HOV Lane Project and Interchange at the Intersection of Randolph Road and Veirs Mill Road (Amendment to the MP of Highways in Montgomery County) (2004);
- Guiding the Future of the MD 355/I-270 Corridor (2008);
- Bladensburg-New Carrollton and Vicinity Technical Bulletin: Transportation (1994);
- Melwood-Westphalia Approved MP and SMA (1994);
- The Heights and Vicinity MP and SMA (2000);
- Henson Creek-South Potomac MP and SMA (2006); and the
- Glen Dale, Seabrook, Lanham and Vicinity MP and SMA (2010);
- Metropolitan Washington Council of Governments FY 2019-2024 Transportation Program (2018); and
- National Capital Region Transportation Planning Board Vision2045 (2018).

#### B.    The Screened Alternatives

The Screened Alternatives would result in the conversion of existing land uses to right-of-way for transportation use across each of the seven land use types, including the alteration of transportation right-of-way from non-highway facilities (e.g. railway, county right-of-way, etc.) outside of the I-495 & I-270 highway footprint (**Table 3-2**).  The conversion of land from its present use would be the result of construction of the Screened Alternatives, expanding the existing transportation right-of-way to adjacent properties to accommodate Screened Alternative improvements.

00038367



**Table 3-2: Land Use Converted to Transportation Right-of-Way**

| Land Use | TOTAL LAND USE IN THE CEA ANALYSIS AREA | Alternative 5 | Alternatives 8 and 9 | Alternative 10 | Alternative 13B | Alternative 13C |
|---|---|---|---|---|---|---|
| Transportation* (acres) | 11,726 | 49.2 | 53.5 | 54.3 | 52.7 | 53.4 |
| (% of land use type) | -- | 0.4 % | 0.5 % | 0.5 % | 0.4 % | 0.5 % |
| Residential (acres) | 36,194 | 136.1 | 157.8 | 164.7 | 156.2 | 160.9 |
| (% of land use type) | -- | 0.4 % | 0.4 % | 0.5 % | 0.4 % | 0.4 % |
| Planned Unit/ Planned Community (acres) | 1,215 | 11.3 | 11.9 | 12.6 | 11.5 | 12.1 |
| (% of land use type) | -- | 0.9 % | 1.0 % | 1.0 % | 0.9 % | 1.0 % |
| Park/Open Space (acres) | 16,103 | 53.9 | 59.0 | 60.8 | 57.7 | 58.7 |
| (% of land use type) | -- | 0.3 % | 0.4 % | 0.4 % | 0.4 % | 0.4 % |
| Mixed-Use (acres) | 4,294 | 38.2 | 43.2 | 47.2 | 41.9 | 45.7 |
| (% of land use type) | -- | 0.9 % | 1.0 % | 1.1 % | 1.0 % | 1.1 % |
| Industrial (acres) | 7,149 | 27.0 | 31.6 | 31.6 | 31.6 | 31.6 |
| (% of land use type) | -- | 0.4 % | 0.4 % | 0.4 % | 0.4 % | 0.4 % |
| Commercial/ Employment (acres) | 2,041 | 14.8 | 16.9 | 17.3 | 16.7 | 17.0 |
| (% of land use type) | -- | 0.7 % | 0.8 % | 0.8 % | 0.8 % | 0.8 % |
| TOTAL CHANGE IN LAND USE (ACRES) | 0 | 330.5 | 373.9 | 388.5 | 368.3 | 379.4 |

*Note: *Transportation Land Use totals refer to transportation right-of-way outside of the existing I-495 & I-270 highway footprint.*

The impacts to land use differ slightly under each Screened Alternative, with Alternative 5 being the least impactive to land use and Alternative 10 having the greatest impact on land use. Land use impacts for the Screened Alternatives are summarized below.

The most common land use conversion between the Screened Alternatives would be from residential land use to transportation right-of-way, which would impact between 136.1 and 164.7 acres, or 0.4 to 0.5 percent of the total residential lands within the CEA Analysis Area. The second most common land use conversion would be from park and open space land use to transportation right-of-way, which would be between 53.9 and 60.8 acres, or 0.3 to 0.4 percent of the total park and open space within the CEA Analysis Area.

With the exception of 29 to 38 full property acquisitions (depending on the Screened Alternative), the land use conversions under the Screened Alternatives would primarily consist of partial property acquisitions, which are mostly strips of land from undeveloped areas or areas of landscaping and trees along the existing I-495 and I-270 transportation corridors. The Screened Alternatives would not substantially affect the overall land use within the CEA Analysis Area. As demonstrated in **Table 3-2**, one percent or less of each land use type would be impacted by the Screened Alternatives. The extent, pace, and location of development within the CEA Analysis Area would be influenced and controlled by the respective county land development policies and plans. The proposed improvements would accommodate future planned growth within the CEA Analysis Area; however, future growth is not dependent on these improvements.

00038368


The land use conversion would impact a small portion of undeveloped riparian buffer, located immediately outside of the Census Bureau designated urbanized area.  This riparian buffer for Indian Creek is not active farm area, nor does it provide farm-oriented services.  As with other areas, impacts would be limited acquisitions of right-of-way along the existing I-495 roadway.  Additional consultation with US Department of Agricultural Natural Resource Conservation Service (NRCS) is required to determine if a Farmland Conversion Impact Rating for Corridor Type Projects, Form NRCS-CPA-106 is obligatory for this project; however, it is not anticipated that the site would meet USDA-NRCS's criteria requiring further consideration for protection under the FPPA.  Other than parklands discussed in the *Draft Section 4(f) Evaluation* (DEIS Appendix F) and in **Chapter 3, Section 5.1**, areas subject to conservation or protection under state and local land use and zoning designations would not be impacted by the Screened Alternatives.

The Screened Alternative improvements would be compatible with planned and approved future development in Montgomery and Prince George's Counties, including those identified in **Chapter 3, Section 1.1**, by providing additional roadway capacity to accommodate existing traffic and long-term traffic growth as well as travel choices for enhanced trip reliability and the improved movement of goods and services, consistent with the Study's Purpose and Need.  Improvements would continue to make the area desirable for business and residential development.  The assumed right-of-way for each of the Screened Alternatives would be adjacent to the existing I-495 and I-270 alignments and within the 300-foot right-of-way of I-495 and I-270 as recommended in multiple planning documents (**Table 3-1**).

Further, the Screened Alternatives would be consistent with Comprehensive, Master or Sector Plans that call for HOV or toll facilities on I-495, referenced in **Chapter 3, Section 1.1.**

It is assumed that any locally approved pipeline developments and land uses would continue, as planned; however, the Screened Alternatives would, to varying degrees, support proposed and approved developments by meeting the Study's Purpose and Need as described in **Chapter 1, Section 3**.

## 3.2    Population and Demographics

### 3.2.1    Existing Conditions

The CEA Analysis Area population presented is based on data from the US Census, ACS Five-Year Estimates, 2012-2016. Population data is presented per CEA Analysis Area block group within their representative community for comparison alongside state and county data. The CEA Analysis Area population is further described by demographic data to include: age, sex, households with disabilities, race, ethnicity, national origin, and household income distribution using data from the US Census, ACS Five-Year Estimates, 2012-2016. Like the population overview, demographic data is presented for comparison with state and county existing conditions. Where appropriate, maps are provided that illustrate relevant patterns and/or concentrations of demographic characteristics within the CEA Analysis Area. The text discussion references relevant patterns and/or concentrations by community, noting specific block groups with outlier data where appropriate. Demographic data is also presented for individual CEA Analysis Area Communities in **Chapter 5/Appendix C**.

00038369



## A.    Population

**Table 3-3** shows historic trends and projections for the population of Fairfax, Montgomery, and Prince George's Counties, as well as the State of Maryland. Over the twenty-year period between 1990 and 2010, Fairfax County saw the greatest increase in population growth, with its population increasing by 32 percent. During the same period, Montgomery County's population grew by 28 percent, Prince George's County's population grew by 19 percent, and Maryland's population grew by 21 percent. Through 2040 population growth in Fairfax County is projected to grow by 25 percent compared to projected growth in Montgomery County at 23 percent, Prince George's County at 14 percent, and Maryland at 18 percent.

**Table 3-3: Historic and Projected Regional Population in the CEA Analysis Area**

| Geography | 1990 | 2000 | 2010 | 2040 | Percent Change 1990–2010 | Percent Change 2010–2040 |
|---|---|---|---|---|---|---|
| Fairfax County | 818,600 | 969,700 | 1,081,700 | 1,351,400 | +32% | +25% |
| Montgomery County | 757,027 | 873,341 | 971,777 | 1,197,150 | +28% | +23% |
| Prince George's County | 728,553 | 801,515 | 863,420 | 982,400 | +19% | +14% |
| Maryland | 4,780,753 | 5,296,486 | 5,773,552 | 6,834,500 | +21% | +18% |

*Source: Maryland Department of Planning, "Historical and Projected Total Population for Maryland's Jurisdictions," August 2017 and County of Fairfax, Virginia, "Demographic Reports 2017."*

The CEA Analysis Area is in the Washington-Arlington-Alexandria, DC-VA-MD-WV Metropolitan Statistical Area. The total population of the CEA Analysis Area is 320,162 people. Of this total, approximately 54 percent reside in Montgomery County, 44 percent in Prince George's County, and two percent in Fairfax County. At nine percent each, the Gaithersburg and North Bethesda CEA Analysis Area Communities contain the largest shares of the CEA Analysis Area total residents, followed by the Rockville and Greenbelt CEA Analysis Area Communities, each at eight percent of the total CEA Analysis Area total. The Kemp Mill, Landover Hills, and Morningside CEA Analysis Area Communities contain the smallest shares of the CEA Analysis Area total residents, with each at less than one percent. Population density within the CEA Analysis Area (**Figure 3-4**) mirrors the density of residential development.

00038370



**Figure 3-4: Population Density within the CEA Analysis Area**



00038371



## B.    Age and Sex Characteristics

Section 162 (a) of the *Federal-Aid Highway Act of 1973* (23 USC 324) provides protection against gender-based discrimination while *The Age Discrimination Act of 1975* prohibits discrimination on the basis of age. The distribution of male and female individuals across age cohorts for the CEA Analysis Area is shown in **Figure 3-5**. The distribution of male and female individuals is similar across all ages, except for the 20 to 29 cohort, which skews male by six percentage points. At 15 percent of the population, the 20 to 29 cohort is the largest age group in the CEA Analysis Area, followed by the 30 to 39 cohort, which comprises 14 percent of the CEA Analysis Area population. Individuals aged 80 and over make up nine percent, or the smallest portion of the CEA Analysis Area.

### Figure 3-5: Age Distribution by Sex



*Note: Age distribution is shown as a percentage*
*Source: 2012–2016 American Community Survey 5–Year Estimates*

## C.    Disability Characteristics

Section 504 of the Rehabilitation Act of 1973/Americans With Disabilities Act of 1990 provides disabled individuals equal opportunities to participate in and have access to federal programs, benefits and services. Eighteen percent of the 116,259 households in the CEA Analysis Area include one or more persons with a disability. This proportion is like those for Montgomery County (17 percent) and Prince George's County (20 percent); it is slightly less than that of Maryland (22 percent) and slightly more than that of Fairfax County (15 percent). The number of households with one or more persons with a disability ranges from zero to 426 among the CEA Analysis Area block groups.

00038372


### D.    Household Income

The ACS Five-Year Estimates calculated the number of households in a geography that fall within an annual income range. **Figure 3-6** shows the number of households within the annual income range for the CEA Analysis Area, Montgomery County, Prince George's County, and Fairfax County. Note that the income ranges provided by the ACS were not evenly divided for each range.

**Figure 3-6: Household Income**



*Source: 2012–2016 American Community Survey Five-Year Estimates*

Seventeen percent of CEA Analysis Area households—the majority—earned $200,000 or more in annual income, followed by 13 percent of households earning $75,000 to $99,999 in annual income. The smallest proportion of the CEA Analysis Area households, seven percent, earned $19,999 or less in annual income. Additional information on low-income households as they relate to the identification of potential Environmental Justice populations is provided in **Table 4-3.**

### E.    Race and Ethnicity Characteristics

The breakdown of race and ethnicity characteristics for the CEA Analysis Area population are shown in **Figure 3-7**. The detailed race and ethnicity characteristics for the counties of Fairfax, Montgomery, and Prince George's as well as each block group within the CEA Analysis Area are provided in **Table 4-2**. Montgomery County, with a total minority race and ethnicity population[11] of 54 percent, and Prince George's County, with a total minority race and ethnicity population of 86 percent, represent diverse populations compared to Maryland as a whole, which has a minority race and ethnicity population of 48

---

[11] Total Minority Race and/or Ethnicity Population is the sum of persons self-identifying as Black or African American Alone, Hispanic or Latino (regardless of race), Asian American Alone, American Indian and Alaskan Native Alone, Native Hawaiian or other Pacific Islander Alone, Some Other Race Alone, and two or more races.

00038373



percent. This diversity is reflected in the CEA Analysis Area demographics, where 63 percent of the population identifies as a minority race or ethnicity.

One-third (34 percent) of the CEA Analysis Area population identified as Black or African American alone, and slightly more than one-third (37 percent) identified as White alone. Sixteen percent of the population identified as Hispanic or Latino of any race, while ten percent identified as Asian alone. Three percent of the population identified as either some other race alone or more than one race. Less than one percent of the CEA Analysis Area population identified as American Indian and Alaska Native alone (597 persons) or Native Hawaiian and other Pacific Islander alone (29 persons).

**Figure 3-7: Race and Ethnicity Characteristics of the CEA Analysis Area**



*Source: 2012–2016 American Community Survey Five-Year Estimates*

Fairfax County, Virginia and the State of Maryland have similar population percentages that identify as white alone, 52 and 53 percent, respectively. The total percentage of individuals identifying as of minority race and/or ethnicity in each of these geographies is 48 percent. This is almost twice as high as the percentage of the Fairfax County portion of the CEA Analysis Area who identify as of minority race and/or ethnicity (28 percent). In Montgomery County 46 percent of the population identifies as white alone, while 54 percent of the total population identifies as of minority race and/or ethnicity; this is higher than the composition within the Montgomery County portion of the CEA Analysis Area, where 45 percent of the population identifies as of minority race and/or ethnicity. Prince George's County exhibits the greatest population of individuals identifying as of minority race and/or ethnicity at 86 percent of the population, while 14 percent of the population identifies as white alone; this is the same composition as within the Prince George's County portion of the CEA Analysis Area, where 86 percent of the population also identifies as of minority race and/or ethnicity.

00038374

Throughout the entire CEA Analysis Area, 37 percent of the population identifies as white alone and 63 percent of the populations identifies as of minority race and/or ethnicity; this includes 33 percent of population that identifies as Black or African American and 16 percent of the population that identifies as Hispanic or Latino, regardless of race. Of the 199 CEA Analysis Area block groups, 107 block groups contain minority race and/or ethnicity percentages greater than 50 percent: none of these were identified in the Fairfax County, Virginia portion of the CEA Analysis Area; 31 were identified within the Montgomery County, Maryland portion of the CEA Analysis Area; and 76 were identified in the Prince George's County, Maryland portion of the CEA Analysis Area. The portion of the CEA Analysis Area Additional detail on race and ethnicity characteristics as they relate to the identification of potential Environmental Justice populations is found in **Chapter 4, Section 2.1**.

### 3.2.2    Environmental Consequences

Impacts to the CEA Analysis Area population and demographics were assessed in terms of potential impact to the overall composition of these resources throughout the CEA Analysis Area. Potential impacts include relocations, as well as increased or decreased development within the CEA Analysis Area that may result in change to population or demographic composition. The potential for impacts to population and demographics within specific communities are presented for No Build and Screened Alternatives by CEA Analysis Area Community provided in **Chapter 5/Appendix C**. For indirect and cumulative impacts from the Screened Alternatives on the regional population, see the ***Indirect and Cumulative Effects Technical Report*** **(DEIS Appendix O)**.

#### A.    The No Build Alternative

The No Build Alternative would have no impact on population or demographics within the CEA Analysis Area. However, regardless of improvements within the study corridors the regional population is projected to experience significant growth over the 30-year period between 2010 and 2040. The total population of Fairfax County is expected to increase by 25 percent; the total population of Montgomery County is expected to increase by 23 percent; and the total population of Prince George's County is expected to increase by 14 percent (**Table 3-3**). The resultant increased congestion and a lack of mobility options may contribute to a reduction in the planned growth for the CEA Analysis Area.

#### B.    The Screened Alternatives

It is anticipated that the alternatives would have negligible impact on the general population or demographics within the CEA Analysis Area. The potential residential relocations that would occur because of the Screened Alternatives would be relocated in accordance with federal and/or state requirements. The potential residential relocations and number of residents that would be relocated resulting from implementation of any of the Screened Alternatives would be a small proportion of the overall CEA Analysis Area population and, therefore, impacts to population or demographics would be minimal. Information on potential residential relocations under the Screened Alternatives is provided in **Chapter 3, Section 6.2**.

By providing additional roadway capacity through managed lanes, the Screened Alternatives, to varying degrees, would accommodate increased traffic attributed to the projected regional population growth over the 30-year period between 2010 and 2040 (**Table 3-3**). Increased capacity and mobility would help in-turn support economic growth by maintaining the ability for residents and through travelers to access and patronize local businesses, consistent with planned and approved development. The maintained

00038375



function of I-495 and I-270 and access to travel choices and enhanced trip reliability would maintain the areas desirability for future development, in accordance with planned growth and area master plans. While the Screened Alternatives would have minor changes to population due to between 25 to 34 residential relocations in the Forest Glen, Four Corners, Glenarden, Silver Spring, and South Kensington CEA Analysis Area Communities (depending on the Screened Alternative), the effect on the CEA Analysis Area total population demographics would be negligible.  The Screened Alternatives would support continued growth within the area, consistent with approved master plans and population growth projections.

## 3.3    Economic, Employment, and Commuting Characteristics

### 3.3.1    Existing Conditions

#### A.    Employment and Economic Characteristics

The CEA Analysis Area is home to 166,428 persons over 16 years of age who are employed in the civilian sector, plus 1,799 persons employed in the Armed Forces (US Census Bureau, 2018).  Consistent with US Census data *workers,* as presented here, refers to the CEA Analysis Area population employed in the civilian sector only, unless otherwise specified.  Workers can be characterized by *occupation*, which refers to "the kind of work a person does to earn a living" (US Census Bureau, 2018).  **Figure 3-8** reveals that 21 percent of CEA Analysis Area residents are employed in management, business and financial occupations. Sales and office occupations, as well as administrative support occupations, employ 19 percent of CEA Analysis Area residents.  The remaining occupations each employ less than ten percent of CEA Analysis Area residents.

00038376

**Figure 3-8 : Occupations of Employed CEA Analysis Area Residents**



Source: American Community Survey Five-Year Estimates (2012-2016)

In addition to employment characteristics of CEA Analysis Area residents, the CEA Analysis Area can be described by its contributions to the regional economy. No major employers were identified within the Fairfax County portion of the CEA Analysis Area. The employers in **Table 3-4** were identified by the Montgomery County Department of Economic Development, the Prince George's County Economic Development Corporation, and the Maryland Department of Commerce as the top 30 largest ("major") institutions and companies in the respective counties. Generally, "major" refers to those institutions and companies with approximately 700-plus employees as identified by the Prince George's County Economic Development Corporation, Montgomery County Department of Economic Development, and Maryland Department of Commerce (2015); excluding state and local governments and post offices. *Guiding the Future of the MD 355/I–270 Corridor* (2008), describes the I-270 corridor in Montgomery County as an

00038377



internationally recognized biotechnology industry cluster. These industry clusters have key institutions in the CEA Analysis Area, including the employers listed in **Table 3-4**. The plan *Economic Drivers and Catalysts: A Targeted Economic Development Strategy for Prince George's County* (Prince George's County Council, 2013)*,* identifies industry clusters that have a strong, interconnected presence in the county such as federal government and business services.

**Table 3-4: Major Montgomery County and Prince George's County Employers in CEA Analysis Area**

| Company | Number of Location(s) in CEA Analysis Area Communities | Total Number Employed at Company Throughout Montgomery and Prince George's County |
|---|---|---|
| Adelphi Laboratory Center (US Army Research Laboratory) * | 1 location in Hillandale | 1,200 |
| Adventist HealthCare | 7 locations in Gaithersburg (5 located at one campus) 1 location in North Bethesda 1 location in Rockville | 4,290 |
| Capital One | 1 location in Beltsville 2 locations in Greenbelt 1 location in Rockville | 999 |
| Financial Industry Regulatory Authority (FINRA) | 1 location in Gaithersburg | 1,370 |
| Government Employees Insurance (GEICO) | 1 location in Rockville | 2,270 |
| Giant Food | 1 location in Chevy Chase 1 location in Gaithersburg 1 location in Glenarden 1 location in Greenbelt 1 location in North Bethesda 1 location in Potomac | 3,000 |
| Holy Cross Hospital | 1 location in Forest Glen | 3,900 |
| Home Depot | 1 location in College Park 1 location in Forestville 1 location in Mitchellville | 1,184 |
| Hughes Network Systems | 1 location in Rockville | 1,300 |
| IBM | 1 location in North Bethesda | 1,500 |
| Joint Base Andrews* | 1 location in Joint Base Andrews | 17,500 |
| Kaiser Foundation Health Plan | 1 location in North Bethesda | 2,640 |
| Lockheed Martin | 1 location in North Bethesda | 4,690 |
| Lowe's | 1 location in New Carrollton | 925 |
| Marriott International | 1 location in Bethesda 3 locations in Gaithersburg 1 location in Greenbelt 2 locations in North Bethesda | 5,500 |

00038378

| Company | Number of Location(s) in CEA Analysis Area Communities | Total Number Employed at Company Throughout Montgomery and Prince George's County |
|---|---|---|
| McDonald's | 1 location in Beltsville<br>1 location in Camp Springs<br>2 locations in Forestville<br>1 location in Lake Arbor<br>1 location in Lanham<br>1 location in Marlow Heights | 999 |
| MedImmune | 1 location in Gaithersburg | 2,290 |
| Montgomery College | 1 location in Gaithersburg | 2,850 |
| National Aeronautics and Space Administration (NASA): Goddard Space Flight Center* | 1 location in Greenbelt | 3,397 |
| National Institute of Standards and Technology (NIST)* | 1 location in Gaithersburg | 2,730 |
| National Institutes of Health (NIH)* | 1 location in Bethesda | 17,300 |
| Naval Support Activity Bethesda* | 1 location in Bethesda | 11,690 |
| Naval Surface Warfare Center* | 1 location in Potomac | 1,580 |
| Safeway | 1 location Four Corners<br>1 location in Greenbelt<br>1 location in Hillandale<br>2 locations in Rockville | 1,450 |
| Shoppers Food Warehouse | 1 location College Park<br>1 location in Forestville<br>1 location in Lake Arbor<br>1 location in Mitchellville<br>1 location in New Carrollton | 1,975 |
| Target | 1 location in Forestville<br>1 location in Gaithersburg<br>1 location in Greenbelt<br>1 location in Mitchellville | 1,460 |
| The Henry M. Jackson Foundation for the Advancement of Military Medicine | 1 location in North Bethesda | 1,780 |
| US Internal Revenue Service (IRS)* | 1 location in Glenarden | 5,539 |
| United Parcel Service (UPS) | 1 location in Beltsville<br>2 locations in Glenarden | 4,220 |

00038379



| Company | Number of Location(s) in CEA Analysis Area Communities | Total Number Employed at Company Throughout Montgomery and Prince George's County |
|---|---|---|
| University System of Maryland | 2 locations in College Park<br>1 location in Lake Arbor | 18,726 |
| US Department of Agriculture (USDA)* | 2 locations in Beltsville | 1,850 |
| US Food and Drug Administration (FDA) * | 1 location in Greenbelt<br>1 location in Hillandale | 13,130 |
| Verizon | 1 location in Beltsville<br>2 locations in Forestville<br>1 location in Gaithersburg<br>1 location in Lanham<br>1 location in North Bethesda<br>1 location in Potomac<br>1 location in Rockville | 2,870 |
| Westat | 1 location in Rockville | 2,280 |

*Note: Excludes post offices, state and local governments.*
*\*Employee counts for federal and military facilities exclude contractors to the extent possible; embedded contractors may be included.*
*Sources: Montgomery County Department of Economic Development and Maryland Department of Commerce, October 2015; Prince George's County Economic Development Corporation and Maryland Department of Commerce, October 2015.*

Of the major employers in both Montgomery County and Prince George's County, 34 employers have 88 company locations in the CEA Analysis Area. The federal government industry cluster is represented in the CEA Analysis Area by several key institutions, such as the Adelphi Laboratory Center (US Army Research Laboratory); Joint Base Andrews; National Aeronautics and Space Administration (NASA) Goddard Space Flight Center; National Institute of Standards and Technology (NIST); National Institutes of Health (NIH); Naval Support Activity Bethesda; Naval Surface Warfare Center; US Internal Revenue Service (IRS); US Department of Agriculture (USDA); and the US Food and Drug Administration (FDA). MedImmune, Shady Grove Adventist Hospital (part of Adventist HealthCare), plus non-major employers Human Genome Sciences and Otsuka America Pharmaceutical all contribute to the biotechnology cluster in the CEA Analysis Area (MCDOT, 2013). Several of the remaining major employers in **Table 3-4**, including Capital One; GEICO; IBM; Kaiser Foundation Health Plan; and Westat support the business services industry cluster.

### B.    Commuting Characteristics

American Community Survey (ACS) Five-Year Estimates (2012–2016) were reviewed to obtain information on the means of transportation to work. This data for the CEA Analysis Area is summarized in **Table 3-5**. Of the geographies displayed in **Table 3-5**, Maryland represents the largest proportion of commuters who drive alone (74 percent) to and from work, while the CEA Analysis Area represents the smallest proportion of commuters who drive alone to and from work (65 percent). Sixty-six (66) percent of both Montgomery County commuters and Prince George's County commuters drive alone to and from work.

00038380



### Table 3-5: Means of Transportation to Work

| Geographic Unit | Car, Truck, Van, or Motorcycle: Drove Alone | Car, Truck, Van: Carpooled | Public Transportation* | Bicycle, Walked, or Other Means | Worked at Home |
|---|---|---|---|---|---|
| Fairfax County, Virginia | 71% | 10% | 10% | 3% | 6% |
| Montgomery County, Maryland | 66% | 10% | 16% | 3% | 6% |
| Prince George's County, Maryland | 66% | 12% | 17% | 3% | 3% |
| Maryland | 74% | 9% | 9% | 3% | 4% |
| **CEA Analysis Area** | **65%** | **10%** | **16%** | **3%** | **5%** |

*Includes bus, trolley bus, streetcar, trolley car, subway, railroad, ferryboat, and taxicab.*
*Source: American Community Survey Five-Year Estimates (2012-2016)*

Longitudinal Employer-Household Dynamics (LEHD) data from the US Census Bureau was collected to describe where CEA Analysis Area commuters traveled to and from for work. LEHD data is used to characterize workforce dynamics for specific geographic locations. One of these data products, LEHD Origin-Destination Employment Statistics (LODES), provides details on home and employment destinations for residents and workers at the block group-level (US Census Bureau Center for Economic Studies, 2018). LODES data from 2015, the most recent year available, was used to identify the home and employment destinations to which residents and workers in the CEA Analysis Area commute. The top 100 employment destinations for workers living in the CEA Analysis Area is shown in **Figure 3-9** and the associated top 30 employment destinations for workers living in the CEA Analysis Area are listed in **Table 3-6**. The top 100 home destinations for workers employed in the CEA Analysis Area is shown in **Figure 3-10** and the associated top 30 home destinations for workers employed in the CEA Analysis Area are listed in **Table 3-7**.

00038381


**Figure 3-9: CEA Analysis Area Residents' Top 100 Employment Destinations**



*Source: US Census Bureau, Center for Economic Studies, OnTheMap (https://onthemap.ces.census.gov)*

00038382



## Table 3-6: Top 30 Employment Destinations for Workers Who Live in the CEA Analysis Area

| Employment Destination | Number of Worker-Jobs | Share | Employment Destination | Number of Worker-Jobs | Share |
|---|---|---|---|---|---|
| Washington, DC | 38,085 | 26.0% | Germantown CDP, MD | 1,346 | 0.9% |
| Bethesda CDP, MD | 8,857 | 6.0% | City of Bowie, MD | 1,014 | 0.7% |
| City of Rockville, MD | 7,365 | 5.0% | Calverton CDP, MD | 994 | 0.7% |
| North Bethesda CDP, MD | 5,369 | 3.7% | Wheaton CDP, MD | 937 | 0.6% |
| City of Gaithersburg, MD | 3,535 | 2.4% | Reston CDP, VA | 831 | 0.6% |
| Arlington CDP, VA | 3,523 | 2.4% | City of Hyattsville, MD | 814 | 0.6% |
| Potomac CDP, MD | 3,286 | 2.2% | City of Laurel, MD | 772 | 0.5% |
| City of College Park, MD | 3,279 | 2.2% | Melwood CDP, MD | 747 | 0.5% |
| Silver Spring CDP, MD | 3,207 | 2.2% | Konterra CDP, MD | 744 | 0.5% |
| City of Baltimore, MD | 2,991 | 2.0% | Landover CDP, MD | 677 | 0.5% |
| Columbia CDP, MD | 1,941 | 1.3% | Forest Glen CDP, MD | 652 | 0.4% |
| Tysons Corner CDP, VA | 1,932 | 1.3% | Lake Arbor CDP, MD | 637 | 0.4% |
| Beltsville CDP, MD | 1,761 | 1.2% | Parole CDP, MD | 612 | 0.4% |
| City of Alexandria, VA | 1,665 | 1.1% | Seabrook CDP, MD | 592 | 0.4% |
| City of Greenbelt, MD | 1,551 | 1.1% | Clinton CDP, MD | 573 | 0.4% |

*Source: US Census Bureau, Center for Economic Studies, OnTheMap (https://onthemap.ces.census.gov)*

As shown in **Figure 3-9** and summarized in **Table 3-6**, the primary employment destinations for workers living in the CEA Analysis Area are densely clustered around I-495 and I-270. Of the 146,642 employed residents living in the CEA Analysis Area[12], the largest share (26 percent) commute to work in Washington, DC. The second largest share (six percent) and third largest share (five percent) commute to work in Bethesda CDP and the City of Rockville, respectively. The size of the shares associated with the employment destinations indicate that the dense urban core of Washington, DC and the communities immediately surrounding DC are the central location of employment opportunities for those living in the CEA Analysis Area and the Washington-Arlington-Alexandria, DC-VA-MD-WV Metropolitan Statistical Area. The CEA Analysis Area CDPs and municipalities account for 13 of the top 30 employment destinations.

---

[12] The number of employed residents in the CEA Analysis Area based on LEHD Origin-Destination Employment Statistics (LODES) data is different from the number of persons over 16 years-of-age who are employed in the civilian sector based on American Community Survey Five-Year Estimates (2012-2016) data. Numbers from both ACS and LODES are derived from separate US Census Bureau programs and are valid in the various contexts of this Technical Report.

00038383


**Figure 3-10: CEA Analysis Area Workers' Top 100 Home Destinations**



Source: US Census Bureau, Center for Economic Studies, OnTheMap (https://onthemap.ces.census.gov)

00038384

Table 3-7: Top 30 Home Destinations for Workers Employed in the CEA Analysis Area

| Home Destination | Number of Worker-Jobs | Share | Home Destination | Number of Worker-Jobs | Share |
|---|---|---|---|---|---|
| Washington, DC | 14,151 | 5.7% | North Potomac CDP, MD | 3,046 | 1.2% |
| Germantown CDP, MD | 9,333 | 3.7% | Arlington CDP, VA | 2,963 | 1.2% |
| City of Gaithersburg, MD | 6,570 | 2.6% | City of Frederick, MD | 2,715 | 1.1% |
| City of Rockville, MD | 6,447 | 2.6% | Waldorf CDP, MD | 2,399 | 1.0% |
| Silver Spring CDP, MD | 5,224 | 2.1% | Ellicott City CDP, MD | 2,121 | 0.8% |
| North Bethesda CDP, MD | 4,814 | 1.9% | Fairland CDP, MD | 2,008 | 0.8% |
| City of Baltimore, MD | 4,641 | 1.9% | City of Greenbelt, MD | 1,943 | 0.8% |
| Bethesda CDP, MD | 4,356 | 1.7% | South Laurel CDP, MD | 1,850 | 0.7% |
| Aspen Hill CDP, MD | 4,275 | 1.7% | Clinton CDP, MD | 1,791 | 0.7% |
| Potomac CDP, MD | 3,961 | 1.6% | Clarksburg CDP, MD | 1,767 | 0.7% |
| Columbia CDP, MD | 3,863 | 1.5% | City of Laurel, MD | 1,759 | 0.7% |
| Wheaton CDP, MD | 3,593 | 1.4% | Chillum CDP, MD | 1,601 | 0.6% |
| Olney CDP, MD | 3,558 | 1.4% | Redland CDP, MD | 1,576 | 0.6% |
| City of Bowie, MD | 3,455 | 1.4% | Seabrook CDP, MD | 1,518 | 0.6% |
| Montgomery Village CDP, MD | 3,115 | 1.2% | Beltsville CDP, MD | 1,443 | 0.6% |

Source: US Census Bureau, Center for Economic Studies, OnTheMap (onthemap.ces.census.gov)

As shown in **Figure 3-10** and summarized in **Table 3-7**, the primary home destinations for workers employed in the CEA Analysis Area are also clustered around I-495 and I-270, although less densely than the employment destinations. Each of these top destinations is located within or adjacent to the study corridors and are likely accessed using I-495 and I-270. Of the 250,397 workers employed in the CEA Analysis Area,[13] the largest share (six percent) commute home to Washington, DC, while the second largest share (four percent) and third largest share (three percent) commute home to Germantown CDP and the City of Gaithersburg, respectively. The smaller shares associated with each home destination indicate that, in general, workers live in more decentralized locations throughout the Washington-Arlington-Alexandria, DC-VA-MD-WV Metropolitan Statistical Area. The CEA Analysis Area CDPs and municipalities account for nine of the top 30 home destinations.

## C.    Tax Base

Real and Personal Property Tax is the largest single source of revenue for county governments within the CEA Analysis Area. The tax rates for Fairfax, Montgomery, and Prince George's Counties are summarized below (**Table 3-8**). Fairfax County acquires 79.5 percent of its revenue through property tax, Montgomery County acquires 49.0 percent of its revenue through property tax, and Prince George's County acquires 51.6 percent of its revenue through property tax.

---

[13] See footnote #6, above.

00038385



**Table 3-8: Local Property Tax Rates and Revenue**

| CEA Analysis Area Locality | FY 2018 Real Property Tax Rates (per $100 assessed value) | FY 2018 County Property (Real and Personal) Tax Revenues ($ Million) |
|---|---|---|
| Fairfax County | $1.1300 | $598.0 |
| Montgomery County | $1.0013 | $1,769.6 |
| Prince George's County | $1.0000 | $847.0 |

Source: Fairfax County, VA FY 2018 Adopted Budget Plan, Overview. (fairfaxcounty.gov/budget/fy-2018-adopted-budget-overview) and Maryland Association of Counties – Budget, Tax Rates, & Selected Statistics, FY 2018. (mdcounties.org/DocumentCenter/View/1931/FY-2018-Budget-and-Tax-Rates-Survey).

### 3.3.2    Environmental Consequences

Potential economic, employment, and commuting characteristic impacts from the No Build and Screened Alternatives would include impacts to the local and regional economy and tax revenue impacts.  Potential impacts from the No Build and Screened Alternatives to the CEA Analysis Area are described quantitatively and qualitatively. For indirect and cumulative impacts from the Screened Alternatives on employment and other socioeconomic resources, see the ***Indirect and Cumulative Effects Technical Report*** **(DEIS Appendix O)**.

### A.    The No Build Alternative

Routine roadway maintenance activities related to the No Build Alternative would not directly result in right-of-way acquisitions or relocations to businesses or employment centers or access to area businesses or employment.

However, the No Build Alternative would not address existing or future congestion issues.  Future traffic projections identify increased congestion within the CEA Analysis Area. Increased traffic congestion would lead to longer commuting times for individuals who use the I-495 and I-270 corridors, as documented in the ***Traffic Technical Report*** **(DEIS Appendix C)**.  Travel demand will continue to increase, exceeding the current capacity of the roadways.  This would result in longer peak travel periods and/or additional volume on nearby roads as drivers attempt to avoid congestion.  Increased traffic congestion may also result in a slight increase in the number of people who choose alternative means to commute to work other than driving alone.

The ability to move freight, services and commuting employees through the study corridors will increasingly depend on the performance of the existing travel lanes on I-495 and I-270.  According to MDOT SHA estimates, the total congestion cost to users in the National Capital Region has exceeded all other regions in the state of Maryland.  The No Build Alternative would have a negative effect on the regional economy. Increased traffic congestion would inhibit inter-community travel, including access to local businesses. It could also delay the delivery of goods to and from these businesses.  Decreased mobility within the regional network would not support the planned economic growth in the region; as a result, a decrease in the rate of new business development would be expected.  This would also affect existing businesses, as increased traffic and congestion would inconvenience potential customers, limiting the geographic base of individual businesses.  Congestion expected under the No Build Alternative would also make product and supply delivery less predictable.  While the No Build Alternative would have no direct effect on the existing tax base over the short-term because there would be no right-of-way

00038386



acquisitions or relocations, the negative effect on commuting and the regional economy could result in a diminished tax base if such businesses relocated to areas outside of the CEA Analysis Area.

## B.    The Screened Alternatives

For the purpose of this analysis, it is assumed that the Screened Alternatives would result in right-of-way acquisitions throughout the study corridor, including property relocations as described in **Chapter 3, Section 6.2**. Except where right-of-way acquisitions would result in a property relocation, the Screened Alternatives would not impact access to area businesses or employment centers. Businesses impacted by relocation would include: one medical office property located in the South Kensington CEA Analysis Area Community; one warehouse/office property and a small business property located in the Four Corners CEA Analysis Area Community; and one warehouse/office property in the Glenarden CEA Analysis Area Community. Sufficient similar services exist within the impacted communities, as described in **Chapter 5 and Appendix C**. Further, office space or similar facilities are available for the relocation of these services if business owners would want to relocate. There would be no impact to the distribution of worker occupation, or major employers within the CEA Analysis Area as a result of the Screened Alternatives.

The improvements proposed under the Screened Alternatives would help address increasing congestion, thereby maintaining mobility throughout the region. By providing additional roadway capacity through managed lanes, I-495 and I-270 would accommodate increases in traffic that are expected to occur in the region. This added capacity would mitigate longer peak travel periods that would be expected under the No Build Alternative. The added mobility would help support economic growth by maintaining the ability for residents and through travelers to access and patronize local businesses. The maintained function of I-495 and I-270, option of travel choice, and enhanced trip reliability would support the planned economic growth in the region. Managed lanes would maintain congestion-free conditions, thereby increasing one- or two-lane traffic flow predictability. Reliable travel times create advantages for all users, including long-range fleets and commercial "just in time" freight delivery services.

The Screened Alternatives would not remove or relocate of any access points to I-495 or I-270; therefore, commercial trip patterns would likely not be affected. However, by maintaining regional mobility, the Screened Alternatives would support planned residential, commercial, and industrial development in the CEA Analysis Area.

The drivers that use I-495 and I-270 within the study corridors are important to the tax base for the CEA Analysis Area. Revenue is generated through sales and use tax, commercial property tax, and income tax on residents. There are areas available for development and redevelopment throughout the CEA Analysis Area. It is anticipated that increased capacity, enhanced trip reliability, additional roadway choices, and the improved movement of goods and services would foster infill development in designated growth areas, consistent with the master plans of the affected communities.

For the purpose of this analysis it is assumed that the Screened Alternatives would impact between 284.9 and 337.3 acres of right-of-way from properties adjacent to the existing I-495 and I-270 roadway alignments, resulting in the relocation of between 25 and 34 residences and 4 businesses (**Table 3-11**). The right-of-way acquisitions and relocations would reduce the tax base through the conversion of residential and/or commercial land to transportation uses. The tax revenues lost due to the Screened Alternatives would be negligible when compared to the total property tax revenues generated by Fairfax,

00038387

Montgomery, and Prince George's Counties. Additionally, it is expected that future tax revenue generated from the projected development and redevelopment growth in the CEA Analysis Area would outweigh the minimal reduction in tax base by the assumed project-related relocations.

Additionally, a separate initiative under MDOT's I-495 & I-270 Public-Private Partnership (P3) Program, Opportunity MDOT[14] has developed a strategy for workforce development to ensure that P3 Program strengthens economic development and opportunities for small businesses and individuals.

## 3.4    Housing

### 3.4.1    Existing Conditions

The CEA Analysis Area contains 116,259 occupied housing units, plus an additional 8,137 unoccupied housing units (US Census, ACS Five-Year Estimates, 2012-2016). As shown in **Figure 3-11**, most of the housing stock in the CEA Analysis Area was between three to seven decades old.  Of the total 124,396 housing units, 34 percent were built from 1950 to 1969, and 30 percent were built from 1970 to 1989. One-quarter of the housing units were built after 1990, and eleven percent of the housing units were built in 1949 or earlier. The proliferation of housing in the CEA Analysis Area built between 1950 and 1989 reflects the suburbanization of metropolitan areas that was occurring throughout the United States during this time.

**Figure 3-11: CEA Analysis Area Housing Unit Build Year**



---

[14] See https://495-270-p3.com/opportunity-mdot/.

00038388



*Source: 2012–2016 American Community Survey 5–Year Estimates*

The CEA Analysis Area contains various types of housing structures, the composition and tenure of which is shown in **Figure 3-12**. Occupied housing units in the CEA Analysis Area were 63 percent owner-occupied and 37 percent renter-occupied.

### Figure 3-12: CEA Analysis Area Housing Type by Tenure



*Source: 2012–2016 American Community Survey 5–Year Estimates*

Detached single-family houses make up 49 percent, the largest portion, of the housing structure types in the CEA Analysis Area. Small and medium-sized apartment and condominium complexes with between five and 19 housing units collectively make up 19 percent of the CEA Analysis Area housing structure types. Single-family attached housing structures, such as rowhouses or townhouses, and large apartment and condominium complexes, with 20 to more than 50 individual housing units each comprise 15 percent. Houses subdivided into two, three, and four individual housing units make up two percent of the CEA Analysis Area housing structure types. While not shown in **Figure 3-12**, there are also 342 owned and 91 rented mobile home, boat, RV, or van housing units in the CEA Analysis Area; these comprise less than one percent of the housing structures.

The HUD Multifamily Assistance & Section 8 Database, Montgomery County Housing Opportunities Commission, Prince George's County Housing Authority, and Fairfax County Department of Housing and Community Development were consulted to locate housing complexes with subsidized units generally referred to as *low-income subsidized housing* within the CEA Analysis Area. With funding from federal, state, and local resources, 32 housing complexes in the CEA Analysis Area rent units at below-market rates for qualifying households. Low-income subsidized housing complexes include multifamily apartment complexes and single-family attached houses. Additionally, Fairfax, Montgomery, and Prince George's

00038389



Counties administer rental housing vouchers for low-income households through various federal, state, and local affordable housing subsidy programs, including the federal Housing Choice Voucher (HCV) Program. Low-income households with housing vouchers live in market-rate and below-market-rate housing units throughout the CEA Analysis Area. Low-income subsidized housing complexes identified with the CEA Analysis Area are examined in **Chapter 4, Section 2.3**, additional detail regarding low-income subsidized housing complexes within CEA Analysis Area Communities is included in **Chapter 5 and Appendix C**.

### 3.4.2   Environmental Consequences

Impacts to housing were assessed in terms of potential impact to accessibility within the region and within individual communities. The potential for impacts to housing to affect community character, sense of place, cohesion, and isolation on the 36 CEA Analysis Area Communities are evaluated in **Chapter 5 and Appendix C**. For indirect and cumulative impacts from the Screened Alternatives on housing patterns, see the ***Indirect and Cumulative Effects Technical Report* (DEIS Appendix O)**.

#### A.   The No Build Alternative

The No Build Alternative would not require residential relocations or right-of-way acquisition and would not affect the quantity, age, type, or tenure of CEA Analysis Area housing stock. Routine roadway maintenance activities could result in minor effects.

#### B.   The Screened Alternatives

A summary of the right-of-way impacts to residential properties for each of the Screened Alternatives is provided in **Chapter 3, Section 6.2, Table 3-11**. Alternative 5 would result in the fewest right-of-way impacts to residential properties (926). These properties are distributed throughout the I-495 and I-270 highway corridor. The majority of these properties would experience partial acquisition where the properties are adjacent to the existing I-495 and I-270 roadways and interchanges. Alternatives 8 and 9 would acquire right-of-way from 1,127 residential properties, Alternative 10 would acquire right-of-way from 1,164 residential properties, Alternative 13B would acquire right-of-way from 1,105 residential properties, and Alternative 13C would acquire right-of-way from 1,127 residential properties. As with Alternative 5, residential properties that would experience partial acquisition are distributed throughout the I-495 and I-270 highway corridor.

Of the impacted properties, it is assumed that 25 residential relocations would be required under Alternative 5 and 34 residential relocations would be required under Alternatives 8, 9, 10, 13B, and 13C. Each of the assumed relocations are in Montgomery County within the Forest Glen and Silver Spring CEA Analysis Area Communities. None of them are in subsidized housing complexes. The potential impact to residential properties within areas of minority and low-income populations is detailed in **Chapter 4, Section 5.2**. All the assumed property relocations are located adjacent to existing roadway right-of-way at the periphery of any established community. The assumed property acquisition for right-of-way would not bisect residential areas or create new impediments to travel through residential communities. In general, the relocation of residential properties under the Screened Alternatives would have a negligible effect on the total housing stock in the CEA Analysis Area. The Screened Alternatives would have no effect on the overall distribution of age, type, or tenure of housing stock.

00038390



Based on data from the US Census, ACS Five-Year Estimates, 2012-2016, the total number of housing units within the CEA Analysis Area is 124,396; of which 8,137 (6.5 percent) are vacant. Currently, there appears to be adequate available housing (8,137 vacant units within the CEA Analysis Area) to accommodate the 25 to 34 assumed residential relocations.

As described in **Chapter 3, Section 6.2**, all property owners from whom total or partial acquisition would be obtained would be compensated and paid fair value for the affected property according to the Uniform Act and the Relocation Assistance Program of MDOT SHA. Property owners affected by relocation would receive relocation assistance in accordance with federal and/or state requirements. The *Federal Uniform Relocation and Real Estate Acquisition Policies Act of 1970*, as amended by the *Surface Transportation and Uniform Relocation Assistance Act of 1987* (The Uniform Act), requires that the project not proceed into any phase that will cause the relocation of any persons or proceed with any construction project, until it has furnished assurances that all relocated persons will be satisfactorily relocated to comparable decent, safe, and sanitary housing within their financial means, or that such housing is in place and has been made available to the relocated person. Payments for the cost of moving are also provided. The Uniform Act further required that relocation resources are available to relocated persons without discrimination. The Uniform Act would be executed in a timely and humane fashion. A summary of the Relocation Assistance Program of MDOT SHA is provided as **Appendix B**.

## 3.5    Community Facilities and Services

### 3.5.1    Existing Conditions

Public and private community facilities within the CEA Analysis Area provide services to residents and businesses in the surrounding communities. Community facilities documented here fall into eight categories:

- Educational Facilities
- Religious Facilities
- Health Care Facilities
- Publicly-Owned Parks and Community Recreation Centers
- Emergency Facilities
- Transportation
- Public Utilities
- Other, including libraries and post offices

Community facilities within the CEA Analysis Area are briefly described below. The locations of community facilities are shown on mapping for each CEA Analysis Area Community, included in **Chapter 5 and Appendix C**.

### A.    Educational Facilities

Within the CEA Analysis Area, 136 pre-kindergarten, primary, and secondary educational facilities were identified. Educational facilities are distributed across the CEA Analysis Area counties, with four schools in Fairfax County, 89 schools in Montgomery County, and 43 schools in Prince George's County. Educational facilities included 16 alternative and special education schools, two public charter schools, 57 private/parochial schools, 54 public elementary and middle schools, and seven public high schools.

00038391



Higher education facilities located within the CEA Analysis Area include:

- The Johns Hopkins University, Montgomery County Campus located in the Gaithersburg CEA Analysis Area Community;
- The Uniformed Services University of Health Sciences located in the Bethesda CEA Analysis Area Community; and
- Fortis College located in the Glen Arden CEA Analysis Area Community;
- University of Maryland University College, Academic Center located in the Lake Arbor CEA Analysis Area Community.

Additionally, higher education extension centers are located within the CEA Analysis Area, such as Montgomery College Workforce Development and Continuing Education Center; Prince George's Community College Westphalia Training Center; Prince George's Community College at Joint Base Andrews; University of Maryland University College at Joint Base Andrews; and University of Maryland University College at Walter Reed National Military Medical Center. The main campuses for Montgomery College, Prince George's Community College, and University of Maryland College Park are located outside of the CEA Analysis Area.

## B.    Places of Worship, Religious Facilities and Cemeteries

Within the CEA Analysis Area, 207 places of worship were identified, including: five places of worship within Fairfax County, 77 in Montgomery County, and 125 in Prince George's County.

Additional religious facilities of note within the CEA Analysis Area include a series of eruvim, comprised of community-maintained boundary markers that encompass a designated area where Orthodox Jews can perform small tasks out-of-doors on the Sabbath without violating religious law. These boundary markers are often located adjacent or connected to utility poles, telephone lines, fences and other similar structures within the community. Eruvim are located adjacent to the study corridors along: portions of the I-495 outer loop between Georgia Avenue (MD 97) and New Hampshire Avenue (MD 650); portions of the I-495 inner loop between Seminary Road and University Boulevard (MD 193); southbound portions of I-270 between Falls Road (MD 189) and Westlake Drive; and eastbound portions of I-270 and the I-495 outer loop between Montrose Road and Rockville Pike (MD 355) (Rotenstein, 2010).

Fifteen (15) cemeteries were identified within the CEA Analysis Area, including seven cemeteries in Montgomery County and eight cemeteries in Prince George's County. No cemeteries were identified within the Fairfax County portion of the CEA Analysis Area. Six of the cemeteries that were identified are either immediately adjacent to or have churches associated with their addresses. Preliminary archeological research has identified two potentially historic cemeteries whose sites are located within the Screened Alternatives' LOD and may be cultural significant: the Moses Hall Cemetery (Cabin John CEA Analysis Area Community) and the Montgomery County Poor Farm Cemetery (Rockville CEA Analysis Area Community). Further archaeological investigations will be included in development of the Programmatic Agreement; additional information is provided in the *Volume 4 of the Cultural Resources Technical Report*, (**DEIS Appendix G**). MDOT SHA will work to avoid and minimize impacts. MDOT SHA will continue to coordinate with affected communities and the Friends of Moses Hall, which includes some descendant

00038392



families of those buried in the cemetery, on treatment of human remains should avoidance not be possible.

## C.    Health Care

Available health care facilities data included long-term care facilities such as acute general special hospitals, assisted living facilities, dialysis, hospice, and long-term care, psychiatric and rehabilitation hospitals. One-hundred and twenty-two (122) long-term care facilities and were identified within the CEA Analysis Area. Of these, 62 were in Montgomery County and 60 were in Prince George's County, none were in Fairfax County. Additionally, several hospitals/medical centers were identified within the CEA Analysis Area. These include: the Adventist Healthcare Shady Grove Medical Center, Walter Reed National Military Medical Center, and Holy Cross Hospital. The National Institutes of Health (NIH) main campus is also located within the CEA Analysis Area.

## D.    Publicly-Owned Parks and Community Recreation Centers

Two-hundred and thirty-seven (237) publicly-owned parks, in addition to 18 community recreation centers, comprise more than 16,000 acres within the CEA Analysis Area (see **Chapter 3, Section 1.1** for additional land use detail). Many of the publicly-owned parks within the CEA Analysis Area include stream valley parks, as well as neighborhood and local parks. The largest parks within the CEA Analysis Area include: George Washington Memorial Parkway/Clara Barton Parkway, Cabin John Stream Valley and Regional Park, Rock Creek Stream Valley Park, Greenbelt Park, Henson Creek Stream Valley Park, Suitland Parkway, and Southwest Branch Stream Valley Park. Additionally, four community pools were identified in the Fairfax County portion of the CEA Analysis Area.

Supplemental to identifying publicly-owned parks, non-public recreation centers were identified within a 1/8-mile buffer of the study corridors. These include Congressional Country Club, Burning Tree Club, The Chevy Chase Recreation Association, and the Silver Spring YMCA.

Detailed information regarding impacts to individual publicly-owned parks is provided in the ***Draft Section 4(f) Evaluation* (DEIS Appendix F)**.

## E.    Emergency Services and Law Enforcement

Within the CEA Analysis Area 17 fire stations and nine police stations were identified that serve the State of Maryland, Montgomery and Prince George's Counties, M-NCPPC, and various municipality departments serving:

- Cabin John Park;
- Bethesda
- Chevy Chase
- Silver Spring
- Hillandale
- Beltsville

- Greenbelt;
- West Lanham Hills
- Ritchie
- Forestville
- Morningside

- City of Gaithersburg;
- City of Greenbelt
- City of New Carrollton
- Glenarden
- Morningside

Unincorporated areas and smaller incorporated municipalities in the CEA Analysis Area are served by Montgomery County Police Department's First, Second, Third, and Sixth Districts, as well as Prince George's County's First, Second, Third, Fourth, Fifth, and Sixth Districts. Larger incorporated areas, such as the City of Gaithersburg, the City of Rockville, and the City of New Carrollton, are served by their own municipal fire and police departments, several of which are physically located within the CEA Analysis

00038393



Area (as identified above). Additionally, the Montgomery County Detention Center is located within the CEA Analysis Area at 1307 Seven Locks Road in Rockville. All fire and police stations within Fairfax County are located outside of the CEA Analysis Area.

## F.    Transportation/Transit Facilities

The CEA Analysis Area is served regionally by a network of freeways and major highways, primarily under the jurisdiction of MDOT SHA and VDOT. A network of arterial and residential routes accommodates the movement of residents, goods, and services. Most of these routes are under the jurisdiction of county offices of transportation, including Fairfax County Department of Transportation (DOT), Montgomery County DOT, and Prince George's County Department of Public Works and Transportation. Additionally, some of the incorporated areas have jurisdiction over municipal routes within the CEA Analysis Area. In addition to roadway facilities, MDOT SHA Park & Rides provide free parking to commuters and accommodate carpools and vanpools. No permits are required, and generally lots are open at all times. Four Park & Ride facilities were identified within CEA Analysis Area:

- Greenbelt Park & Ride (MD 193 at B/W Parkway Armory, Prince George's County, MD)
- College Park & Ride (I-95 at I-495, Prince George's County, MD)
- Gaithersburg Park & Ride (I-270 at MD 117, Montgomery County, MD)
- Gaithersburg Park & Ride (I-270 at MD 124, Montgomery County, MD)

Regional and local public transportation and transit services, including railways and buses serve the CEA Analysis Area. Regional transit service is provided by the Maryland Area Regional Commuter (MARC) and the Washington Metropolitan Area Transit Authority (WMATA) (**Figure 3-13**). MARC train service is an integral component of Maryland's transportation system, with nearly 190 miles of rail across three lines: Penn, Camden, and Brunswick. Each of these lines intersect the CEA Analysis Area. WMATA operates rapid transit Metrorail service in DC, northern Virginia, and Montgomery and Prince George's Counties in Maryland. The CEA Analysis Area is intersected by five (Silver, Red, Green, Orange, and Blue) of the six total Metrorail lines. MARC and Metrorail Stations within the CEA Analysis Area include: Grosvenor-Strathmore; Medical Center; Forest Glen; Greenbelt; Landover; New Carrollton; Largo Town Center; and Branch Avenue. Additionally, Montgomery County has begun construction on FLASH, a new bus-based rapid transit system. Service on US 29 between Burtonsville and downtown Silver Spring will begin in 2020.

Local transportation is also provided by way of a network of interconnected bike lanes, paved and natural surface trails, and sharrows, and on-road routes. Local bus service within the CEA Analysis Area is provided by WMATA fixed-route bus service (Metrobus) and paratransit service (MetroAccess); Montgomery County's Ride On service; and Prince George's County's *TheBus*. Currently no local bus service is provided within the Fairfax County portion of the CEA Analysis Area. While many of these services have routes that cross either I-495 or I-270, only Ride On routes use either of these corridors. Ride On routes 70, J7, and J9 use I-270 between I-370 and the I-495 (at the I-270 eastern leg); Ride On Route J5 uses I-495 between Rockville Pike (MD 355) and Georgia Avenue. The Maryland Transit Administration (MTA) operates 21 Commuter Bus Lines within the CEA Analysis Area.

One airport (Joint Base Andrews) and two Heliports (Metroplex Landover, MD) and Adventist Healthcare Shady Grove Medical Center (Rockville, MD) were identified in the CEA Analysis Area. Additionally, seven rail lines owned by CSX Transportation and six rail lines owned by Amtrak serve the Metropolitan and Mid-

00038394



Atlantic operation corridors and run through the CEA Analysis Area. These traverse the CEA Analysis Area Communities of McLean in Fairfax County; Forest Glen, Gaithersburg, Silver Spring, and South Kensington in Montgomery County; and Glenarden, Landover, Lanham, and New Carrollton in Prince George's County.

00038395



**Figure 3-13: MARC and Metrorail Transit within the CEA Analysis Area**





### G.    Public Utilities

Public water and sewer services in the Virginia portion of the CEA Analysis Area are supplied by the Fairfax County Water Authority.  The Occoquan Reservoir and the Potomac River are the two major sources for all water processed by the Fairfax County Water Authority for the Virginia portion of the CEA Analysis Area, which is in the Blue Plains Treatment Area.

Within the Maryland portion of the CEA Analysis Area public water and sewer services are supplied by the Washington Suburban Sanitary Commission (WSSC).  The Patuxent River and the Potomac River are the sources for all processed water supplied by the WSSC to Montgomery and Prince George's Counties.  Water from the Patuxent River is held in two reservoirs, Tridelphia and Rocky Gorge, and is pumped to the Patuxent Water Filtration Plant (WFP) located in Laurel where it is treated.  The Potomac WFP is in Potomac and extracts water from the Potomac River.  No filtration plants are located within the CEA Analysis Area.

Two wastewater treatment plants serve the CEA Analysis Area.  The Piscataway Plant, located in Accokeek, MD is operated by the WSSC.  The Blue Plains Plant located in southwest DC is managed by the DC Water and Sewer Authority.  Neither plant is located within the CEA Analysis Area.

Electricity service and natural gas services in the Virginia portion of the CEA Analysis Area are provided primarily by Dominion Virginia Power and Washington Gas, respectively.  Phone and cable services are provided primarily by Comcast, Cox of Northern Virginia, and Verizon.  In the Maryland portion of the CEA Analysis Area, electricity and natural gas services are provided primarily by Baltimore Gas & Electric (BGE), Potomac Electric Power Company (PEPCO), Washington Gas, and FirstEnergy/Potomac Edison. Phone and cable services are provided primarily by Comcast, Verizon, and RCN.

### H.    Public Libraries, Post Offices, Courthouses

Additional community facilities were identified within the CEA Analysis Area, including public libraries, post offices, and courthouses.  Public libraries provide community access to programming, community spaces, technologies, and collections of books and other educational and recreational resources in a variety of formats.  Fairfax, Montgomery, and Prince George's Counties operate separate public library systems with individual branch locations providing service and accessibility to communities throughout the CEA Analysis Area.  Branches within the CEA Analysis Area include two branches of the Montgomery County public library system, the David and Chevy Chase branches; as well as five branches of the Prince George's County public library system: the Beltsville, Greenbelt, New Carrollton, Glen Arden, and Largo Kettering branches.  No branch locations for the Fairfax County Public Library system were identified within the CEA Analysis Area.

The US Postal Service operates 19 post office locations within the CEA Analysis Area, including seven in Montgomery County and 12 in Prince George's County.  No post offices were identified within the Fairfax County portion of the CEA Analysis Area.

Within the CEA Analysis Area, the Montgomery County Judicial Center, including the County Circuit Court is located at 50 Maryland Avenue in Rockville, the Montgomery County District Court (06-01) is located at 191 East Jefferson Street in Rockville, the Montgomery County District Court (06-02) is located at 8552 2nd

00038397

Avenue in Silver Spring.  No courts were identified within the Fairfax County or Prince George's County portions of the CEA Analysis Area.

## 3.5.2   Environmental Consequences

Impacts to community facilities and services were assessed in terms of potential impact to the properties of individual facilities throughout the CEA Analysis Area.  Potential impacts include relocations, partial property acquisitions for right-of-way, changes in access to the facilities, changes to viewsheds and visual impacts, and increased noise.  Potential impacts also include changes in traffic volumes and patterns that could affect ease of access, the service provided by the facility, or response times.  The potential for impacts to facilities and services to affect community character, sense of place, cohesion, and isolation under the No Build and Screened Alternatives are highlighted by CEA Analysis Area Community in **Chapter 5 and Appendix C**.

### A.   The No Build Alternative

The No Build Alternative would not result in any study-related construction and would therefore not directly impact communities or community facilities within the CEA Analysis Area. However, under the No Build condition traffic congestion is anticipated to increase within the CEA Analysis Area, which would result in increased travel times along the study corridors. The No Build Alternative would result in increased response times for emergency services and travel times to other community facilities, especially during peak travel periods. Additionally, the No Build Alternative would not draw traffic off the local network and would not result in reduced delay on the surrounding local roadways.

### B.   The Screened Alternatives

#### a.   CEA Analysis Area Communities

Generally, properties that would be impacted by the Screened Alternatives are dispersed throughout the 36 CEA Analysis Area Communities within the CEA Analysis Area. Right-of-way acquisitions under the Screened Alternatives would generally occur to properties adjacent to the existing I-495 and I-270 roadway alignments, acquiring strips of land from undeveloped areas or areas of trees and landscaping directly adjacent to I-495 or I-270. The construction of a Screened Alternative would include: managed lanes, shoulders, traffic barrier, direct access at-grade auxiliary lanes or ramps, cut and fill slopes, SWM facilities, retaining walls, and noise walls along the existing highway corridor. Construction of a Screened Alternative would also require relocation of signage, guardrails, communications towers, and light poles due to the widening of the roadway. Similarly, where noise barriers already exist, they would be replaced; additional noise barriers may be constructed as detailed in **Chapter 5, Appendix C** and in the *Noise Technical Report* **(DEIS Appendix J)**.

The community profiles featured in **Appendix C** of this technical report identify the potential impacts from the Screened Alternatives specific to each CEA Analysis Area Community, including: the number of potential property relocations, the number and type of community facilities impacted, changes to land use, potential noise abatement, viewshed alterations, and changes to community cohesion. **Table 3-9** highlights the presence of physical impacts in each CEA Analysis Area Community and directs the reader to where additional information can be found in **Appendix C** of this technical report**.**

Note that noise abatement for areas along the study corridor in Virginia is being evaluated in coordination with the Virginia Department of Transportation (VDOT) and in compliance with the VDOT Highway Traffic

00038398

COMMUNITY EFFECTS ASSESSMENT AND ENVIRONMENTAL JUSTICE ANALYSIS



Noise Impact Analysis Guidance Manual.  The results of this evaluation will be included in the Final Environmental Impact Statement.

**Table 3-9: Overview of Potential Impacts by CEA Analysis Area Community as Summarized from the Community Profiles**

| CEA Analysis Area Community | Acreage Range of Property Acquisitions* | Number of Full Property Acquisitions (Relocations)* | Is Noise Abatement Considered Feasible & Reasonable?** | Location in *Appendix C* of the of the CEA & EJ *Technical Report* (DEIS Appendix E) |
|---|---|---|---|---|
| McLean | 14.3 - 14.4 | 0 | N/A | pgs. 1 - 2 |
| Potomac | 25.7 - 31.5 | 0 | Yes | pgs. 3 - 4 |
| Cabin John | 14.4 - 15.7 | 0 | Yes | pgs. 5 - 6 |
| Bethesda | 13.1 - 17.7 | 0 | Yes | pgs. 7 - 8 |
| North Bethesda | 33.2 - 42.3 | 0 | Yes | pgs. 9 - 10 |
| South Kensington | 4.8 | 1 | Yes | pgs. 11 - 12 |
| Chevy Chase | 0.2 - 0.3 | 0 | Yes | pgs. 13 - 14 |
| Forest Glen | 5.7 - 6.9 | 15 or 20 | Yes | pgs. 15 - 16 |
| Silver Spring | 20.6 - 24.0 | 10 or 14 | Yes | pgs. 17 - 18 |
| Kemp Mill | 0.6 - 1.0 | 0 | Yes | pgs. 19 - 20 |
| Four Corners | 3.5 - 4.4 | 2 | Yes | pgs. 21 - 22 |
| Hillandale | 3.3 - 4.0 | 0 | Yes | pgs. 23 - 24 |
| Adelphi | 7.4 - 7.6 | 0 | Yes | pgs. 25 - 26 |
| Beltsville | 5.8 - 6.4 | 0 | Yes | pgs. 27 - 28 |
| College Park | 16.1 - 16.4 | 0 | Yes | pgs. 29 - 30 |
| Greenbelt | 28.2 - 31.5 | 0 | Yes | pgs. 31 - 32 |
| Seabrook | 3.6 - 4.6 | 0 | Yes | pgs. 33 - 34 |
| New Carrollton | 4.3 - 5.3 | 0 | Yes | pgs. 35 - 36 |
| Landover Hills | 0.0 | 0 | No | pgs. 37 - 38 |
| Lanham | 1.9 - 2.2 | 0 | Yes | pgs. 39 - 40 |
| Springdale | 3.7 - 4.0 | 0 | Yes | pgs. 41 - 42 |
| Glenarden | 15.3 - 16.4 | 1 | Yes | pgs. 43 - 44 |
| Mitchellville | 0.0 | 0 | No | pgs. 45 - 46 |
| Summerfield | 9.0 - 10.8 | 0 | Yes | pgs. 47 - 48 |
| Landover | 0.0 | 0 | No | pgs. 49 - 50 |
| Lake Arbor | 4.2 - 4.6 | 0 | No | pgs. 51 - 52 |
| Largo | 2.5 - 3.4 | 0 | Yes | pgs. 53 - 54 |
| Forestville | 17.8 - 21.5 | 0 | Yes | pgs. 55 - 56 |
| Westphalia | 14.4 - 16.2 | 0 | No | pgs. 57 - 58 |
| Morningside | 0.0 | 0 | No | pgs. 59 - 60 |
| Joint Base Andrews | 0.0 | 0 | No | pgs. 61 - 62 |
| Camp Springs | 17.5 - 19.1 | 0 | Yes | pgs. 63 - 64 |
| Marlow Heights | 1.3 | 0 | No | pgs. 65 - 66 |
| Temple Hills | 1.2 - 1.6 | 0 | Other*** | pgs. 67 - 68 |

00038399



| CEA Analysis Area Community | Acreage Range of Property Acquisitions* | Number of Full Property Acquisitions (Relocations)* | Is Noise Abatement Considered Feasible & Reasonable?** | Location in *Appendix C of the of the CEA & EJ Technical Report* (DEIS Appendix E) |
|---|---|---|---|---|
| Gaithersburg | 4.5 - 5.9 | 0 | Other*** | pgs. 69 - 70 |
| Rockville | 32.6 - 42.4 | 0 | Yes | pgs. 71 - 72 |

*Identifies the potential impacts under Alternative 5, Alternatives 8 and 9, Alternative 10, Alternative 13B, Alternative 13C.
** Where noise abatement was warranted for consideration, additional criteria were examined to determine if the abatement is feasible and reasonable. The assessment of noise abatement feasibility, in general, focuses on whether it is physically possible to build an abatement measure (i.e., noise barrier) that achieves a minimally acceptable level of noise reduction. Detail is provided in the **DEIS Chapter 4, Section 10** and the **Noise Technical Report in DEIS Appendix J**.
***CEA Analysis Area Community contains existing barrier system(s) that would be considered effective in its existing condition.

Throughout the CEA Analysis Area as a whole, construction would require the removal of vegetation to varying degrees from strips of land adjacent to the study corridors. As a result of the vegetation removal, the wider interstates, added direct access at-grade auxiliary lanes or ramps, retaining walls, and noise barriers would become more visible and prominent. The views from adjacent properties, including residential properties, commercial enterprises, parkland/open space properties, and a number of community resources would experience an impact; however, impacts would generally be consistent with existing views of the study corridors as the surrounding area is adjacent to the existing interstate facilities and the surrounding area is urban in nature.

Additionally, the Screened Alternatives would require modification at existing interchanges to accommodate the mainline widening and direct access ramps. This may require the reconstruction of structures spanning the study corridor to lengthen or raise the elevation of these structures. Construction would not introduce new elements incompatible with the existing visual character or qualities along the study corridors as the Screened Alternatives are expanding existing interstates. Where new direct access at-grade auxiliary lanes or ramps would be constructed, visual impacts would be readily apparent, but would not contribute to a change in the character of the existing viewsheds. These impacts would include widened roadways, increased amounts of pavement, and new ramps and elevated structures adjacent to the existing study corridors. However, views outside of the study corridors and to the periphery would not be affected. The design of all highway elements would follow aesthetic and landscaping guidelines and would be visually consistent with the existing highway setting. The aesthetic and landscaping guidelines would be developed in consultation with the design team, local jurisdictions, private interest groups (private developers or companies), local community or business associations, as well as local, state, and federal agencies. Further detail on visual impacts under the Screened Alternatives is provided in the **DEIS, Chapter 4, Section 6**.

The Screened Alternatives are projected to relieve traffic congestion which would result in increased response times for emergency services and travel times to other community facilities, especially during peak travel periods. The Screened Alternatives would also reduce traffic on local roads by three to seven percent.

00038400

### b.    Community Facilities

Community facility properties impacted under the Screened Alternatives are summarized in **Table 3-10**. CEA Analysis Area Community-specific discussions of the Screened Alternative impacts is provided in **Chapter 5 and Appendix C**.

Table 3-10: Summary of Impacted Community Facility Properties Within the CEA Analysis Area

| Type of Community Facility Property* | Alternative 5 | Alternatives 8 and 9 | Alternative 10 | Alternative 13B | Alternative 13C |
|---|---|---|---|---|---|
| Schools (#) | 5 | 5 | 5 | 5 | 5 |
| Higher Education (#) | 1 | 1 | 1 | 1 | 1 |
| Places of Worship (#) | 12 | 14 | 14 | 14 | 14 |
| Hospitals (#) | 3 | 3 | 3 | 3 | 3 |
| Recreation Centers (#) | 4 | 4 | 4 | 4 | 4 |
| Publicly-Owned Parks (#) | 44 | 45 | 45 | 45 | 45 |
| Police Stations and Correctional Facilities (#) | 2 | 2 | 2 | 2 | 2 |
| Public Libraries, Post Offices, etc. (#) | 1 | 1 | 2 | 1 | 1 |
| **Total Community Facility Properties Impacted (#)** | **72** | **75** | **76** | **75** | **75** |

*All community facility property impacts are partial acquisitions. No community facilities would be relocated under any Screened Alternative.

Impacts to community facility properties would be nearly the same under all the Screened Alternatives, except for minor differences in the amount of right-of-way required based on the footprint of the specific Screened Alternative.  A description of the dispersion of impacts to community facility properties is provided, herein, while **Chapter 5 and Appendix C** documents impacts to community facility properties for each of the CEA Analysis Area Communities. Impacted properties under the Screened Alternatives are shown on the *Environmental Resource Mapping* **(DEIS Appendix D).**

Within the CEA Analysis Area, 136 pre-kindergarten, primary, and secondary educational facilities were identified; of which five, each in Montgomery County, would be impacted by partial property acquisition. Additionally, the Screened Alternatives would require partial property acquisition of one higher education facility in Prince George's County. None of the impacted educational facilities were identified as potential relocated properties.

Alternative 5 would impact, by partial property acquisition, 12 of the 207 places of worship that were identified within the CEA Analysis Area, where the remaining five alternatives would impact 14 places of worship. Four of the impacted places of worship are in Montgomery County, while ten are in Prince George's County. None of the impacted places of worship were identified as potential relocated properties.

Eruvim located adjacent to the study corridors, as discussed in **Chapter 3, Section 5.1.**, would also be impacted by each of the Screened Alternatives. Coordination with the local Orthodox Jewish community would be required prior to construction to ensure that any impacts to these facilities would be minimized or mitigated.

00038401



The Adventist Healthcare Shady Grove Medical Center, Walter Reed National Military Medical Center, and Holy Cross Hospital would each be impacted by the Screened Alternatives, by partial property acquisition; however, impacts to any individual facility would not alter access to or use of the hospital facilities. None of the impacted hospitals were identified as potential relocated properties. However, one medical office complex was identified as a business property for potential relocation.

The Screened Alternatives would impact the properties of four community recreation centers. Two of the impacted recreation centers are in Montgomery County and two are in Prince George's County. Three of the recreation centers would be impacted by partial property acquisition of undeveloped portions of the properties. However, impacts at one recreational facility located adjacent to I-495 in the Silver Spring CEA Analysis Area Community would include the outdoor and indoor pools. Based on initial review and coordination with the property owner, these facilities could be reconstructed on an undeveloped portion of the property with minimal disruption to its recreational use. MDOT SHA would continue to coordinate with the property owner to further minimize impacts to the property and develop a mitigation strategy to ensure the recreation facility continues to serve the community.

Alternative 5 would impact, by partial property acquisition, 44 of the 237 publicly-owned parks that were identified within the CEA Analysis Area, where the remaining five alternatives would impact 45 publicly-owned parks. One of the impacted parks is in Fairfax County, 28 are in Montgomery County, and 17 are in Prince George's County. Impacts to publicly-owned parks are fully evaluated in the ***Draft Section 4(f) Evaluation* (DEIS Appendix F)**.

No fire stations would be impacted by the Screened Alternatives; however, a correctional facility and a police station within the CEA Analysis Area would be impacted by partial property acquisition. The correctional facility is in Montgomery County; the police station is in Prince George's County. No impact would occur that should adversely affect emergency response times during construction. Improved travel times are anticipated with each of the Screened Alternatives; which would in turn lead to improved emergency response times.

Coordination with transit and rail agencies would be required to identify the scope of impacts to Metrorail operations during construction and impacts resulting from the relocation of the CSX track that would occur under each of the Screened Alternatives, to varying degrees. Transit bus systems that utilize I-495 and I-270 would be permitted to use managed lanes implemented under the Screened Alternatives; as a result of use, transit services would benefit from reduced travel times and enhanced reliability. Minor utility relocations may occur; however, these would be coordinated with the appropriate service providers during construction to ensure there is minimal disruption to utility customers. Each of the Screened Alternatives, to a varying degree, would impact one postal facility.

As design advances, specific avoidance measures, in addition to those already developed, would be explored in coordination with property owners to further avoid or minimize impacts. Any impacts resulting from right-of-way acquisition would be fairly compensated under federal and state regulations.

00038402



## 3.6    Property Acquisitions and Relocations

### 3.6.1    Existing Conditions

Within the highly developed CEA Analysis Area well-established communities, parklands and open space, commercial, and industrial areas are traversed by state and local transportation rights-of-way. The existing I-495 right-of-way within the study corridor ranges in width between 150 and 300 feet, to accommodate a six- to eight-lane freeway (three to four lanes in each direction) plus auxiliary lanes in some locations. The I-495 median width varies from closed to approximately 36 feet wide with shoulders up to 12 feet in width along most of the roadway. The existing I-270 right-of-way from the I-495 split, north to I-370 varies between 250 and 300 feet. Where the I-270 east and west spurs intersect with I-495, I-270 carries a total of six lanes with the left lane of both directions used as a HOV lane during peak periods. North of the spurs, I-270 is a twelve-lane freeway with one HOV lane and five GP lanes in each direction. The median of I-270 is barrier-separated with full-width shoulders. Existing conditions are depicted as the No Build Alternative in **Figure 1-2.**

MDOT SHA's existing right-of-way includes features such as: existing roadway GP lanes, auxiliary lanes, interchange ramps and structures, shoulders, traffic barrier, cut and fill slopes, stormwater management facilities, retaining walls, and noise walls.

### 3.6.2    Environmental Consequences

Property acquisitions for right-of-way in the Study include either partial or full acquisitions.  A partial acquisition is considered one that does not cause a business or residential relocation.  For the purposes of this CEA analysis, a full property acquisition resulting in a relocation has been assumed where a principle building of a residence, business, or community facility is located within 20 feet of a Screened Alternative's limits of disturbance[15].  Also, for the purposes of this analysis, a partial acquisition (no relocation) has been assumed where a principle building is located more than 20 feet from a Screened Alternative's limits of disturbance.

#### A.    The No Build Alternative

The No Build Alternative would include only routine maintenance and safety improvements along I-495 and I-270.  It would not entail improvements to either route and would result in no property acquisition for right-of-way.

#### B.    The Screened Alternatives

As shown in **Table 3-11** the Screened Alternatives would impact between 284.9 and 337.3 acres of right-of-way from properties adjacent to the existing I-495 and I-270 roadway alignments.  Generally, the assumed property acquisition for right-of-way would include acquiring strips of land from undeveloped areas or areas of trees from the edges of properties adjacent to I-495 or I-270.  Acquisition of a few larger areas were also assumed for the accommodation of stormwater management facilities.  The Screened Alternatives would not eliminate existing access or provide new access to impacted properties, as none of these properties are currently accessed directly from I-495 or I-270.  Where property relocations are assumed, the principle building is located very close to the existing roadway.  Roadway widening along I-

---

[15] The limits of disturbance (LOD) is the proposed boundary within which all construction, staging, materials storage, grading, clearing, erosion and sediment control, landscaping, drainage, stormwater management, noise barrier replacement/construction, and related activities would occur.

00038403



495 and the reconfiguration interchanges to accommodate the proposed widening would push the roadway even closer to these properties.

Impacted properties under the Screened Alternatives are shown on the **Environmental Resource Mapping (DEIS Appendix D).**

### Table 3-11: Right-of-Way Needs of the Screened Alternatives

|  | Alternative 5 | Alternatives 8 and 9 | Alternative 10 | Alternative 13B | Alternative 13C |
|---|---|---|---|---|---|
| Residential Properties Impacted (# of properties) | 926 | 1,127 | 1,164 | 1,105 | 1,127 |
| Residential Relocations[1] (# of properties) | 25 | 34 | 34 | 34 | 34 |
| Business/Other Properties Impacted[2] (# of properties) | 314 | 348 | 354 | 342 | 352 |
| Business/Other Relocations (# of properties) | 4 | 4 | 4 | 4 | 4 |
| **TOTAL ROW** (# of properties) | 1,240 | 1,475 | 1,518 | 1,447 | 1,479 |
| **TOTAL ROW (acres)** [3] | 284.9 | 323.5 | 337.3 | 318.9 | 329.3 |

[1] *Property owners affected by relocation would receive relocation assistance in accordance with The Federal Uniform Relocation and Real Estate Acquisition Policies Act of 1970 and amended by the Surface Transportation and Uniform Relocation Assistance Act of 1987 (The Uniform Act).*

[2] *Other Properties Impacted is equal to the sum of impacted properties with non-residential land use designations, including Commercial/Employment, Industrial, Mixed-use, Park/Open Space, Planned Unit/Planned Community, and Transportation. See **Chapter 3, Section 1.1** for a description of these land use designations. These properties may include community facilities identified in **Chapter 3, Section 5.1**.*

[3] *Total right-of-way acreage requirements differs from total land use conversion acreage due to differences in GIS base layer boundaries. Right-of-way acreage requirements are calculated by applying the LOD over precise property line boundaries, while land use conversion acreage is calculated by applying the LOD over generalized land use/zoning boundaries.*

Acquisitions for right-of-way differ under each Screened Alternative, with Alternative 5 requiring the least amount of additional right-of-way and Alternative 10 requiring the most additional right-of-way. Right-of-way impacts for each of the Screened Alternatives are summarized below; additional detail regarding right-of-way impacts within minority and low-income population areas is detailed in **Chapter 4, Section 5.2**.

- **Alternative 5** would result in 25 residential relocations located in the Forest Glen and Silver Spring CEA Analysis Area Communities, in Montgomery County. This would also include four business/other property relocations: one medical office property located in the South Kensington CEA Analysis Area Community; one warehouse/office property and a small business property located in the Four Corners CEA Analysis Area Community; and one warehouse/office property in the Glen Arden CEA Analysis Area Community.

00038404



- **Alternatives 8** and **9** would result in include 34 residential relocations located in the Forest Glen and Silver Spring CEA Analysis Area Communities, in Montgomery County. This would also include the same four business/other relocations impacted under Alternative 5.

- **Alternative 10** would include the same 34 residential relocations and four business relocations impacted under Alternatives 8 and 9.

- **Alternative 13B** would include the same 34 residential relocations and four business relocations impacted under Alternatives 8 and 9.

- **Alternative 13C** would include the same 34 residential relocations and four business relocations impacted under Alternatives 8 and 9.

As design of the Screened Alternatives advances, specific avoidance measures, in addition to those already developed, would be explored in coordination with property owners to avoid or minimize impacts to the extent practicable. The properties that would be impacted by the Screened Alternatives are dispersed throughout the 36 CEA Analysis Area Communities along the study corridors within the CEA Analysis Area. The impacts of the potential right-of-way acquisitions, residential relocations, and business property relocations on individual communities are evaluated in **Chapter 5 and Appendix C**.

All property owners from whom total or partial right-of-way acquisition would be obtained would be compensated and paid fair market value for the affected property. Property owners affected by relocation would receive relocation assistance in accordance with federal and/or state requirements. The Federal *Uniform Relocation and Real Estate Acquisition Policies Act of 1970*, as amended by the *Surface Transportation and Uniform Relocation Assistance Act of 1987* (Uniform Act), requires that the project not proceed into any phase that will cause the relocation of any persons or proceed with any construction project, until it has furnished assurances that all relocated persons will be satisfactorily relocated to comparable decent, safe, and sanitary housing within their financial means, or that such housing is in place and has been made available to the relocated person. Payments for the cost of moving are also provided. The Uniform Act further requires that relocation resources are available to relocated persons without discrimination. The Uniform Act would be executed in a timely and humane fashion. A summary of the Relocation Assistance Program of MDOT SHA is provided in **Appendix B**.

It is the policy of MDOT SHA to ensure compliance with the provisions of *Title VI of the Civil Rights Act of 1964,* and related civil rights laws and regulations which prohibit discrimination on the grounds of race, color, sex, national origin, age, religion, or physical or mental handicap in all MDOT SHA projects funded in whole or in part of FHWA. MDOT SHA will not discriminate in highway planning, highway design, highway construction, right-of-way acquisitions, or provision of relocation advisory assistance. This policy has been incorporated into all levels of the highway planning process to ensure that proper consideration may be given to the social, economic, and environmental effects of all highway projects. Alleged discriminatory actions should be addressed for investigation of the MDOT SHA Office of Equal Opportunity.

00038405

# 4

# 4    ENVIRONMENTAL JUSTICE ANALYSIS

## 4.1    Environmental Justice Analysis Regulatory Context

All federal agencies must comply with Title VI of the 1964 Civil Rights Act and Executive Order 12898: Federal Actions to Address Environmental Justice in Minority Populations and Low-Income Populations. Under Title VI and related statutes, each federal agency is required to ensure that no person is excluded from participation in, denied the benefit of, or subjected to discrimination under any program or activity receiving federal financial assistance on the basis of race, color, national origin,[16] age, sex, disability, or religion. Executive Order 12898 (EJ Order) states that "…each Federal agency shall make achieving Environmental Justice part of its mission by identifying and addressing, as appropriate, disproportionately high and adverse human health or environmental effects of its programs, policies, and activities on minority populations and low-income populations."

Executive Order 12898 directs federal agencies to identify and address the disproportionately high and adverse human health or environmental effects of their actions on minority and low-income populations, to the greatest extent practicable and permitted by law. A disproportionately high and adverse effect on minority and low-income populations is defined by the FHWA Order 6640.23A: *FHWA Actions to Address Environmental Justice in Minority Populations and Low-Income Populations* (2012), as an impact that:

- Would be predominately borne by a minority and/or low-income population, or
- Will be suffered by the minority population and/or low-income population and is appreciably more severe or greater in magnitude than the adverse effect that will be suffered by the nonminority population and/or non-low-income population.

The Executive Order is intended to promote nondiscrimination in federal programs that affect human health and the environment, as well as provide minority and low-income communities access to public information and public participation.

The strategies developed under Executive Order 12898 and subsequent Environmental Justice (EJ)- FHWA guidance set forth the appropriate and necessary steps to identify and address disproportionately high and adverse effects of federal transportation projects on the health or environment of minority and low-

---

[16] Including individuals with Limited English Proficiency.

00038406



income populations to the greatest extent practicable and permitted by law. The guidance also addresses an important aspect of EJ: providing meaningful opportunities for public involvement by members of minority populations and low-income populations during the planning and development of programs, policies, and activities (including the identification of potential effects, alternatives, and mitigation measures). The following policies and guidance documents provide assistance for addressing minority and low-income communities:

- US Department of Transportation (USDOT) Order 5610.2(a) *Actions to Address Environmental Justice in Minority Populations and Low-Income Populations* (2012 revision);

- FHWA Order 6640.23A, *FHWA Actions to Address Environmental Justice in Minority Populations and Low-Income Populations* (2012); and

- FHWA memorandum *Guidance on Environmental Justice and NEPA* (2011).

Executive Order 12898 does not define the terms *minority* or *low-income*, but the terms have been defined in the USDOT and FHWA Orders on EJ. FHWA Order 6640.23A provides the following definitions, which have been used in this analysis:

- *Minority Individual* – A person who identifies as:

    1) Black: a person having origins in any of the black racial groups of Africa;

    2) Hispanic or Latino: a person of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish culture or origin, regardless of race;

    3) Asian American: a person having origins in any of the original peoples of the Far East, Southeast Asia or the Indian subcontinent;

    4) American Indian and Alaskan Native: a person having origins in any of the original people of North America, South America (including Central America), and who maintains cultural identification through tribal affiliation or community recognition; or

    5) Native Hawaiian and Other Pacific Islander: a person having origins in any of the original peoples of Hawaii, Guam, Samoa or other Pacific Islands.

- *Low-Income Individual* – A person whose household income is at or below the US Department of Health and Human Services (HHS) poverty guidelines.

## 4.2    Environmental Justice Analysis Methodology

As stated previously, the strategies developed under Executive Order 12898, USDOT Order 5610.2(a), FHWA Order 6640.23A, and FHWA memorandum *Guidance on Environmental Justice and NEPA* (2011) set forth the appropriate and necessary steps to identify and address disproportionately high and adverse effects of federal transportation projects on minority and low-income populations. Based on these strategies, the following steps are documented in this Environmental Justice Analysis in support of the DEIS:

00038407



1) The identification of minority race and ethnicity populations and low-income populations (EJ populations) along the study corridor (**Section 4.2.1 and Chapter 4.2.2**);

2) The review of demographic data to determine the existing environmental and community conditions of the EJ populations (**Section 4.3**);

3) The documentation of public outreach as planned, conducted and refined throughout the study duration in consideration of the demographic and community data to ensure meaningful involvement in EJ populations (**Section 4.4**); and

4) The identification of beneficial and adverse effects to EJ populations under the No Build and Screened Alternatives (**Chapter 4, Section 5**).

The following steps will be documented in the FEIS:

5) The consideration of mitigation and enhancement measures if unavoidable adverse effects are expected to occur under the Preferred Alternative.

6) A comparison of adverse effects from the Preferred Alternative within EJ populations to adverse effects within a non-EJ population reference community;

7) A determination of whether disproportionately high and adverse effects would occur under the Preferred Alternative to EJ populations; and

8) A final conclusion of whether disproportionately high and adverse effects would occur, based on unmitigated adverse effects and whether public feedback has been addressed.

### 4.2.1    Identification of Minority Race and Ethnicity Populations

MDOT SHA, in coordination with FHWA, identified the methodology for the Environmental Justice Analysis for the Study. Using the methodology, the following definition applies to this Study:

- *Minority Populations* - Any readily identifiable groups of minority persons who live in geographic proximity, and if circumstances warrant, geographically dispersed/transient persons (such as migrant workers or Native Americans) who would be similarly affected by a proposed FHWA program, policy or activity. See USDOT Order 5610.2 and FHWA Order 6640.23A.

Per the Council on Environmental Quality (CEQ) *Environmental Guidance Under NEPA* (1997), a minority population is present when: (A) the minority race/ethnicity population of the affected area exceeds 50 percent or (B) the minority population percentage of the affected area is meaningfully greater than the minority population percentage in the general population or other appropriate unit of geographic analysis.

For the purposes of this EJ Analysis, the appropriate unit of geographic analysis utilized was the block group, with boundaries defined by the US Census Bureau in 2010.[17] Collectively, 199 block groups are

---

[17] Block groups were selected as the appropriate unit of geographic analysis for this EJ Analysis because they provide demographic detail for small selections of the study corridor population and because they were also determined to be the appropriate unit of geographic analysis for the demographic data collection in the Community Effects Assessment (CEA) in **Chapters 2 and 3**.

00038408



within the EJ Analysis Area (**Figure 4-1, pg. 91**) surrounding the I-495 and I-270 study corridors.[18] Of the 199 block groups within the EJ Analysis Area, 107 had minority populations equal to or above 50 percent while 108 had minority populations equal to or above 48 percent. For the EJ Analysis, a block group was considered an EJ population where the percent of minority race and/or ethnicity persons was equal to or greater than 50 percent of the total block group population, consistent with the CEQ guidance.

### 4.2.2    Identification of Low-Income Populations

As stated previously, MDOT SHA, in coordination with FHWA, identified the methodology for the EJ Analysis for the Study. Using the methodology, the following definition applies to this Study:

- *Low-Income Population* – Any readily identifiable group of low-income persons who live in geographic proximity, and, if circumstances warrant, geographically dispersed/transient persons (such as migrant workers or Native Americans) who would be similarly affected by a proposed USDOT program, policy, or activity. See USDOT Order 5610.2 and FHWA Order 6640.23A.

The ACS Five-Year Estimates (2012-2016) were also used to collect the median household income and average household size data for each of the 199 EJ Analysis Area block groups. The average household size within the block groups was three persons. The HHS Poverty Guidelines provide a threshold median household income for low-income household identification by size of household. Using the HHS 2016 Poverty Guidelines income threshold for a three-person household, an EJ Analysis Area block group would have a median income of $20,160 or less to be considered a low-income population. However, no EJ Analysis Area block groups had a median household income at or below $20,160. Under the HHS 2016 Poverty Guidelines methodology, no low-income populations would be in the EJ Analysis Area.

Additional guidance provided in the EJ Federal Interagency Working Group (IWG) report, *Promising Practices for EJ Methodologies in NEPA Reviews* (2016) was used to evaluate low-income populations for the EJ Analysis Area. Guidelines for identifying low-income populations explain that it may be appropriate for agencies to select a threshold for identifying low-income populations that exceed the poverty level as defined by the HHS Poverty Guidelines (IWG EJ 2016). While HHS Poverty Guidelines are calculated based on a national average, the EJ Analysis Area is in a high-income area compared to the rest of the 48 contiguous states. Because the cost of living in the EJ Analysis Area was determined to be greater than the national average and comparison with the HHS 2016 Poverty Guidelines did not yield any low-income populations, a more conservative methodology for determining low-income populations was adopted using the Department of Housing and Urban Development (HUD) 2016 Income Limits Survey.  The HUD Income Limits Survey calculates the threshold for a low-income family/household designation at the Metropolitan Fair Market Rent (FMR)/Income Limits Area-level. The calculations are based on the number of persons in a family.

The HUD 2016 FMR/Income Limits, shown in **Table 4-1** provided a more appropriate comparison for determining low-income populations in the EJ Analysis Area.  HUD defines *low-income* as a family earning 80 percent or less of an area's median family income.  The EJ Analysis Area is in the Washington-Arlington-Alexandria, DC-VA-MD FMR Area.  As previously stated, the average household size within the EJ Analysis

---

[18] Block group delineation for the EJ Analysis Area is the same as the delineation for the CEA Analysis Area in the CEA in **Chapters 2 and 3**. Delineation information is provided in **Chapter 2, Section 1**.

00038409



Area block groups was three persons. Therefore, for this EJ Analysis, a block group was considered an EJ population if its median household income was at or below $63,150, the HUD 2016 Low-Income Limit for a family of three in the Washington-Arlington-Alexandria, DC-VA-MD FMR Area.

#### Table 4-1: HUD 2016 Low-Income Limit for the Washington-Arlington-Alexandria, DC-VA-MD FMR Area

| Persons in Family/Household | Guideline |
|:---:|:---:|
| 1 | $49,150 |
| 2 | $56,150 |
| 3 | $63,150 |
| 4 | $70,150 |
| 5 | $75,800 |
| 6 | $81,400 |
| 7 | $87,000 |
| 8 | $92,600 |

Source: Department of Housing and Urban Development, FY 2016 Income Limits Survey
(www.huduser.gov/portal/datasets/il/il2016/2016summary.odn)

## 4.3    Existing Conditions of Environmental Justice Populations

The existing conditions of minority race and ethnicity populations and low-income populations are identified for each EJ Analysis Area block group. Of a total 199 EJ Analysis Area block groups along the study corridors, 111 are considered EJ populations. Note that EJ Analysis Area block groups are sometimes described as belonging to an *EJ Analysis Area Community* for the purpose of local context. The 199 EJ Analysis Area block groups have been sorted into 36 EJ Analysis Area Communities using the same methodology as done for *CEA Analysis Area Communities* in the Community Effects Assessment in **Chapters 2 and 3**.[19]

### 4.3.1    Existing Minority Race and Ethnicity Populations

Race and ethnicity data for the EJ Analysis Area block groups is displayed in **Table 4-2**. As described in **Section 4.2.1**, above, a block group was identified as minority population if 50 percent or more of the block group population identified as a minority. Each of these block groups are highlighted in blue and identified as "yes" in the *Minority Population* column.

The percent minority population within the EJ Analysis Area (63 percent) exceeds that of the state of Maryland (48 percent) by 15 percent. In the Montgomery County portion of the EJ Analysis Area, 45 percent of the population identifies as of minority race and/or ethnicity, which is less than that of Montgomery County as a whole (54 percent). In the Prince George's County portion of the EJ Analysis Area, 86 percent of the population identifies as of minority race and/or ethnicity, which is equal to that of Prince George's County. In the Fairfax County portion of the EJ Analysis Area, 28 percent of the

---

[19] As such, the terms "EJ Analysis Area Community" and "CEA Analysis Area Community" are interchangeable. For instance, the Silver Spring EJ Analysis Area Community has the same block groups and boundaries as the Silver Spring CEA Analysis Area Community. See **Chapter 2, Section 1** for delineation detail.

00038410



population identifies as of minority race and/or ethnicity, which is nearly half that of Fairfax County as a whole.

Within the EJ Analysis Area as a whole, the population composition is highly diverse (see **Figure 3-7, pg. 36**). Of the 199 EJ Analysis Area block groups, 107 had minority populations equal to or above 50 percent. Minority populations were present to varying degrees in all EJ Analysis Area Communities except for the McLean; Cabin John; North Bethesda; Bethesda; South Kensington; Chevy Chase; and Joint Base Andrews EJ Analysis Area Communities.  Within Montgomery County, 31 of the 112 EJ Analysis Area block groups (nearly 28 percent) were identified as minority populations; 76 of the 82 EJ Analysis Area block groups (nearly 93 percent) in Prince George's County were identified as minority populations.

00038411

COMMUNITY EFFECTS ASSESSMENT AND ENVIRONMENTAL JUSTICE ANALYSIS



### Table 4-2: EJ Analysis Area Race and Ethnicity Characteristics

| EJ Analysis Area Community | Geographic Area/EJ Analysis Area Block Group | Total Population | American Indian and Alaska Native Alone | | Asian Alone | | Black or African American Alone | | Native Hawaiian and Other Pacific Islander Alone | | White Alone | | Some Other Race Alone and Two or More Races | | Hispanic or Latino, Regardless of Race | | Total Minority Population[20] | | Minority Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | |
| | Fairfax County | 113,2887 | 1,345 | <1% | 209,007 | 18% | 103,934 | 9% | 567 | <1% | 592,735 | 52% | 43,359 | 4% | 181,940 | 16% | 540,152 | 48% | n/a |
| | Montgomery County | 1,026,371 | 1,514 | <1% | 148,778 | 15% | 177,896 | 17% | 4,27 | <1% | 471,476 | 46% | 35,730 | 3% | 190,550 | 19% | 554,895 | 54% | n/a |
| | Prince George's County | 897,693 | 2,039 | <1% | 37,801 | 4% | 562,034 | 63% | 241 | <1% | 122,505 | 14% | 22,805 | 3% | 150,268 | 17% | 775,188 | 86% | n/a |
| | Maryland | 5,959,902 | 11,695 | <1% | 359,997 | 6% | 1,738,618 | 29% | 2,416 | <1% | 3,128,390 | 53% | 168,640 | 3% | 550,146 | 9% | 2,831,512 | 48% | n/a |
| | All EJ Analysis Area Block Groups | 319,335 | 566 | <1% | 32,184 | 10% | 106,221 | 33% | 29 | <1% | 119,428 | 37% | 9,881 | 3% | 51,297 | 16% | 200,178 | 63% | n/a |
| | **Fairfax County** | | | | | | | | | | | | | | | | | | |
| McLean | 4701.00 - 1 | 851 | 0 | 0% | 38 | 4% | 40 | 5% | 0 | 0% | 664 | 78% | 41 | 5% | 68 | 8% | 187 | 22% | no |
| | 4701.00 - 2 | 1,885 | 0 | 0% | 332 | 18% | 37 | 2% | 0 | 0% | 1,399 | 74% | 44 | 2% | 80 | 4% | 493 | 26% | no |
| | 4705.00 - 1 | 1,051 | 0 | 0% | 371 | 35% | 66 | 6% | 0 | 0% | 594 | 57% | 0 | 0% | 20 | 2% | 457 | 43% | no |
| | 4801.00 - 4 | 561 | 0 | 0% | 29 | 5% | 24 | 4% | 0 | 0% | 439 | 78% | 60 | 11% | 9 | 2% | 122 | 22% | no |
| | 4802.01 - 1 | 1,305 | 0 | 0% | 291 | 22% | 0 | 0% | 0 | 0% | 967 | 74% | 20 | 2% | 27 | 2% | 338 | 26% | no |
| | **Montgomery County** | | | | | | | | | | | | | | | | | | |
| Potomac | 7012.06 - 1 | 1,565 | 0 | 0% | 134 | 9% | 17 | 1% | 0 | 0% | 1,126 | 72% | 37 | 2% | 251 | 16% | 439 | 28% | no |
| | 7012.06 - 2 | 1,900 | 0 | 0% | 165 | 9% | 0 | 0% | 0 | 0% | 1,251 | 66% | 0 | 0% | 484 | 25% | 649 | 34% | no |
| | 7060.08 - 1 | 1,810 | 0 | 0% | 386 | 21% | 2 | 0% | 0 | 0% | 1,382 | 76% | 28 | 2% | 12 | 1% | 428 | 24% | no |
| | 7060.08 - 2 | 939 | 0 | 0% | 118 | 13% | 60 | 6% | 0 | 0% | 624 | 66% | 23 | 2% | 114 | 12% | 315 | 34% | no |
| | 7060.09  2 | 1,536 | 0 | 0% | 198 | 13% | 0 | 0% | 0 | 0% | 1,284 | 84% | 54 | 4% | 0 | 0% | 252 | 16% | no |
| | 7060.09 - 3 | 1,515 | 0 | 0% | 109 | 7% | 28 | 2% | 0 | 0% | 1,126 | 74% | 18 | 1% | 234 | 15% | 389 | 26% | no |
| | 7060.12 - 1 | 1,201 | 0 | 0% | 225 | 19% | 216 | 18% | 0 | 0% | 593 | 49% | 21 | 2% | 146 | 12% | 608 | 51% | yes |
| | 7060.12 - 2 | 1,108 | 0 | 0% | 182 | 16% | 212 | 19% | 0 | 0% | 507 | 46% | 22 | 2% | 185 | 17% | 601 | 54% | yes |
| | 7060.12 - 3 | 961 | 0 | 0% | 233 | 24% | 11 | 1% | 0 | 0% | 521 | 54% | 36 | 4% | 160 | 17% | 440 | 46% | no |
| | 7060.13 - 1 | 1,648 | 0 | 0% | 251 | 15% | 24 | 1% | 0 | 0% | 1,018 | 62% | 63 | 4% | 292 | 18% | 630 | 38% | no |
| | 7060.13 - 2 | 1,470 | 0 | 0% | 221 | 15% | 11 | 1% | 0 | 0% | 1,004 | 68% | 11 | 1% | 223 | 15% | 466 | 32% | no |
| Cabin John | 7058.00 - 2 | 1,958 | 0 | 0% | 206 | 11% | 0 | 0% | 19 | 1% | 1,507 | 77% | 143 | 7% | 83 | 4% | 451 | 23% | no |
| | 7058 .00 - 3 | 1,104 | 0 | 0% | 52 | 5% | 31 | 3% | 0 | 0% | 955 | 87% | 34 | 3% | 32 | 3% | 149 | 13% | no |
| North Bethesda | 7012.05 - 1 | 2,609 | 0 | 0% | 165 | 6% | 265 | 10% | 0 | 0% | 2,025 | 78% | 93 | 4% | 61 | 2% | 584 | 22% | no |
| | 7012.05 - 2 | 2,792 | 0 | 0% | 263 | 9% | 150 | 5% | 0 | 0% | 1,918 | 69% | 250 | 9% | 211 | 8% | 874 | 31% | no |

[20] Total Minority Population is the sum of persons self-identifying as Black or African American Alone, Hispanic or Latino (regardless of race), Asian American Alone, American Indian and Alaskan Native Alone, Native Hawaiian or other Pacific Islander Alone, Some Other Race Alone, and two or more races.

00038412

COMMUNITY EFFECTS ASSESSMENT AND ENVIRONMENTAL JUSTICE ANALYSIS



| EJ Analysis Area Community | Geographic Area/EJ Analysis Area Block Group | Total Population | American Indian and Alaska Native Alone | | Asian Alone | | Black or African American Alone | | Native Hawaiian and Other Pacific Islander Alone | | White Alone | | Some Other Race Alone and Two or More Races | | Hispanic or Latino, Regardless of Race | | Total Minority Population[20] | | Minority Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | |
| | 7012.05 - 3 | 595 | 20 | 3% | 114 | 19% | 96 | 16% | 0 | 0% | 314 | 53% | 0 | 0% | 51 | 9% | 281 | 47% | no |
| | 7012.05 - 4 | 806 | 0 | 0% | 86 | 11% | 52 | 6% | 0 | 0% | 625 | 78% | 12 | 1% | 31 | 4% | 181 | 22% | no |
| | 7012.13 - 1 | 1,402 | 0 | 0% | 211 | 15% | 0 | 0% | 0 | 0% | 1,171 | 84% | 0 | 0% | 20 | 1% | 231 | 16% | no |
| | 7012.13 - 2 | 2,318 | 0 | 0% | 274 | 12% | 121 | 5% | 0 | 0% | 1,610 | 69% | 191 | 8% | 122 | 5% | 708 | 31% | no |
| | 7012.13 - 3 | 1,141 | 0 | 0% | 255 | 22% | 131 | 11% | 0 | 0% | 627 | 55% | 18 | 2% | 110 | 10% | 514 | 45% | no |
| | 7012.14 - 1 | 2,434 | 8 | 0% | 251 | 10% | 337 | 14% | 0 | 0% | 1,453 | 60% | 107 | 4% | 278 | 11% | 981 | 40% | no |
| | 7012.14 - 2 | 1,334 | 0 | 0% | 172 | 13% | 54 | 4% | 0 | 0% | 918 | 69% | 18 | 1% | 172 | 13% | 416 | 31% | no |
| | 7012.15 - 1 | 780 | 0 | 0% | 132 | 17% | 55 | 7% | 0 | 0% | 454 | 58% | 51 | 7% | 88 | 11% | 326 | 42% | no |
| | 7012.15 - 2 | 1,140 | 0 | 0% | 93 | 8% | 84 | 7% | 0 | 0% | 864 | 76% | 39 | 3% | 60 | 5% | 276 | 24% | no |
| | 7012.15 - 3 | 1,959 | 0 | 0% | 297 | 15% | 230 | 12% | 0 | 0% | 1,150 | 59% | 44 | 2% | 238 | 12% | 809 | 41% | no |
| | 7012.15 - 4 | 939 | 0 | 0% | 90 | 10% | 43 | 5% | 0 | 0% | 616 | 66% | 64 | 7% | 126 | 13% | 323 | 34% | no |
| | 7044.01 - 1 | 1,699 | 0 | 0% | 149 | 9% | 131 | 8% | 0 | 0% | 1,174 | 69% | 40 | 2% | 205 | 12% | 525 | 31% | no |
| | 7044.01 - 2 | 1,782 | 0 | 0% | 272 | 15% | 130 | 7% | 0 | 0% | 978 | 55% | 71 | 4% | 331 | 19% | 804 | 45% | no |
| | 7045.01 - 1 | 590 | 0 | 0% | 80 | 14% | 14 | 2% | 0 | 0% | 404 | 68% | 0 | 0% | 92 | 16% | 186 | 32% | no |
| | 7045.01 - 2 | 1,218 | 0 | 0% | 46 | 4% | 134 | 11% | 0 | 0% | 786 | 65% | 90 | 7% | 162 | 13% | 432 | 35% | no |
| | 7045.01 - 3 | 897 | 0 | 0% | 169 | 19% | 2 | 0% | 0 | 0% | 558 | 62% | 62 | 7% | 106 | 12% | 339 | 38% | no |
| | 7045.01 - 4 | 883 | 0 | 0% | 115 | 13% | 0 | 0% | 0 | 0% | 677 | 77% | 0 | 0% | 91 | 10% | 206 | 23% | no |
| Bethesda | 7044.03 - 1 | 1,618 | 0 | 0% | 206 | 13% | 110 | 7% | 0 | 0% | 1,063 | 66% | 70 | 4% | 169 | 10% | 555 | 34% | no |
| | 7044.04 - 1 | 1,423 | 0 | 0% | 101 | 7% | 93 | 7% | 0 | 0% | 1,118 | 79% | 0 | 0% | 111 | 8% | 305 | 21% | no |
| | 7044.04 - 2 | 1,191 | 0 | 0% | 182 | 15% | 0 | 0% | 0 | 0% | 968 | 81% | 21 | 2% | 20 | 2% | 223 | 19% | no |
| | 7044.04 - 3 | 1,163 | 0 | 0% | 204 | 18% | 97 | 8% | 0 | 0% | 699 | 60% | 24 | 2% | 139 | 12% | 464 | 40% | no |
| | 7044.04 - 4 | 1,462 | 0 | 0% | 201 | 14% | 175 | 12% | 0 | 0% | 901 | 62% | 67 | 5% | 118 | 8% | 561 | 38% | no |
| | 7045.02, - 1 | 744 | 0 | 0% | 36 | 5% | 0 | 0% | 0 | 0% | 668 | 90% | 24 | 3% | 16 | 2% | 76 | 10% | no |
| | 7045.02 - 2 | 1,748 | 0 | 0% | 285 | 16% | 0 | 0% | 0 | 0% | 1,284 | 73% | 56 | 3% | 123 | 7% | 464 | 27% | no |
| | 7045.03 - 1 | 1,345 | 0 | 0% | 118 | 9% | 30 | 2% | 0 | 0% | 1,133 | 84% | 14 | 1% | 50 | 4% | 212 | 16% | no |
| | 7045.03 - 2 | 2,939 | 0 | 0% | 206 | 7% | 85 | 3% | 0 | 0% | 2,170 | 74% | 136 | 5% | 342 | 12% | 769 | 26% | no |
| | 7050.00 - 4 | 1,438 | 0 | 0% | 71 | 5% | 78 | 5% | 10 | 1% | 1,035 | 72% | 49 | 3% | 195 | 14% | 403 | 28% | no |
| | 7059.01 - 3 | 1,445 | 0 | 0% | 139 | 10% | 49 | 3% | 0 | 0% | 1,160 | 80% | 43 | 3% | 54 | 4% | 285 | 20% | no |
| | 7059.02 - 3 | 1,388 | 0 | 0% | 409 | 29% | 24 | 2% | 0 | 0% | 851 | 61% | 0 | 0% | 104 | 7% | 537 | 39% | no |
| South Kensington | 7041.00 - 1 | 1,221 | 0 | 0% | 92 | 8% | 81 | 7% | 0 | 0% | 945 | 77% | 8 | 1% | 95 | 8% | 276 | 23% | no |
| | 7041.00 - 2 | 1,160 | 0 | 0% | 21 | 2% | 116 | 10% | 0 | 0% | 922 | 79% | 50 | 4% | 51 | 4% | 238 | 21% | no |
| | 7041.00 - 3 | 1,355 | 0 | 0% | 9 | 1% | 0 | 0% | 0 | 0% | 1,110 | 82% | 51 | 4% | 185 | 14% | 245 | 18% | no |
| | 7043.00 - 2 | 1,324 | 0 | 0% | 56 | 4% | 9 | 1% | 0 | 0% | 1,138 | 86% | 23 | 2% | 98 | 7% | 186 | 14% | no |
| | 7043.00 - 4 | 672 | 0 | 0% | 22 | 3% | 0 | 0% | 0 | 0% | 576 | 86% | 27 | 4% | 47 | 7% | 96 | 14% | no |

00038413

COMMUNITY EFFECTS ASSESSMENT AND ENVIRONMENTAL JUSTICE ANALYSIS



| EJ Analysis Area Community | Geographic Area/EJ Analysis Area Block Group | Total Population | American Indian and Alaska Native Alone | | Asian Alone | | Black or African American Alone | | Native Hawaiian and Other Pacific Islander Alone | | White Alone | | Some Other Race Alone and Two or More Races | | Hispanic or Latino, Regardless of Race | | Total Minority Population[20] | | Minority Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | |
| Chevy Chase | 7050.00 - 1 | 1,524 | 0 | 0% | 52 | 3% | 20 | 1% | 0 | 0% | 1,308 | 86% | 55 | 4% | 89 | 6% | 216 | 14% | no |
| | 7051.00 - 1 | 1,561 | 4 | 0% | 53 | 3% | 195 | 12% | 0 | 0% | 1,165 | 75% | 39 | 2% | 105 | 7% | 396 | 25% | no |
| | 7051.00 - 2 | 2,151 | 0 | 0% | 202 | 9% | 186 | 9% | 0 | 0% | 1,510 | 70% | 70 | 3% | 183 | 9% | 641 | 30% | no |
| Forest Glen | 7039.01 - 1 | 1,319 | 31 | 2% | 49 | 4% | 201 | 15% | 0 | 0% | 631 | 48% | 145 | 11% | 262 | 20% | 688 | 52% | yes |
| | 7039.01 - 2 | 940 | 26 | 3% | 25 | 3% | 127 | 14% | 0 | 0% | 661 | 70% | 12 | 1% | 89 | 9% | 279 | 30% | no |
| | 7039.01 - 3 | 920 | 0 | 0% | 78 | 8% | 90 | 10% | 0 | 0% | 639 | 69% | 41 | 4% | 72 | 8% | 281 | 31% | no |
| | 7040.00 - 3 | 2,607 | 0 | 0% | 108 | 4% | 789 | 30% | 0 | 0% | 535 | 21% | 17 | 1% | 1,158 | 44% | 2,072 | 79% | yes |
| | 7040.00 - 4 | 1,950 | 0 | 0% | 78 | 4% | 362 | 19% | 0 | 0% | 1,269 | 65% | 43 | 2% | 198 | 10% | 681 | 35% | no |
| Silver Spring | 7016.01 - 1 | 2,343 | 0 | 0% | 238 | 10% | 1,000 | 43% | 0 | 0% | 98 | 4% | 47 | 2% | 960 | 41% | 2,245 | 96% | yes |
| | 7016.02 - 1 | 3,144 | 0 | 0% | 282 | 9% | 213 | 7% | 0 | 0% | 57 | 2% | 38 | 1% | 2,554 | 81% | 3,087 | 98% | yes |
| | 7016.02 - 3 | 799 | 0 | 0% | 297 | 37% | 170 | 21% | 0 | 0% | 237 | 30% | 54 | 7% | 41 | 5% | 562 | 70% | yes |
| | 7016.02 - 4 | 1,396 | 0 | 0% | 358 | 26% | 364 | 26% | 0 | 0% | 178 | 13% | 9 | 1% | 487 | 35% | 1,218 | 87% | yes |
| | 7021.01 - 2 | 792 | 0 | 0% | 86 | 11% | 365 | 46% | 0 | 0% | 186 | 23% | 8 | 1% | 147 | 19% | 606 | 77% | yes |
| | 7021.01 - 3 | 1,569 | 0 | 0% | 515 | 33% | 442 | 28% | 0 | 0% | 292 | 19% | 38 | 2% | 282 | 18% | 1,277 | 81% | yes |
| | 7022.00 - 1 | 2,441 | 0 | 0% | 9 | 0% | 507 | 21% | 0 | 0% | 688 | 28% | 92 | 4% | 1,145 | 47% | 1,753 | 72% | yes |
| | 7022.00 - 2 | 770 | 0 | 0% | 24 | 3% | 8 | 1% | 0 | 0% | 712 | 92% | 16 | 2% | 10 | 1% | 58 | 8% | no |
| | 7022.00 - 3 | 1,151 | 0 | 0% | 207 | 18% | 55 | 5% | 0 | 0% | 751 | 65% | 61 | 5% | 77 | 7% | 400 | 35% | no |
| | 7023.02 - 2 | 836 | 0 | 0% | 30 | 4% | 87 | 10% | 0 | 0% | 691 | 83% | 21 | 3% | 7 | 1% | 145 | 17% | no |
| | 7027.00 - 4 | 2,277 | 0 | 0% | 180 | 8% | 945 | 42% | 0 | 0% | 649 | 29% | 0 | 0% | 503 | 22% | 1,628 | 71% | yes |
| | 7028.00 - 3 | 1,025 | 0 | 0% | 69 | 7% | 7 | 1% | 0 | 0% | 839 | 82% | 0 | 0% | 110 | 11% | 186 | 18% | no |
| | 7028.00 - 4 | 1,265 | 57 | 5% | 10 | 1% | 407 | 32% | 0 | 0% | 613 | 48% | 67 | 5% | 111 | 9% | 652 | 52% | yes |
| | 7029.00 - 1 | 848 | 0 | 0% | 0 | 0% | 79 | 9% | 0 | 0% | 697 | 82% | 60 | 7% | 12 | 1% | 151 | 18% | no |
| | 7029.00 - 2 | 1,384 | 19 | 1% | 112 | 8% | 232 | 17% | 0 | 0% | 698 | 50% | 47 | 3% | 276 | 20% | 686 | 50% | yes |
| Kemp Mill | 7030.00 - 2 | 1,164 | 0 | 0% | 43 | 4% | 183 | 16% | 0 | 0% | 538 | 46% | 118 | 10% | 282 | 24% | 626 | 54% | yes |
| Four Corners | 7021.02 - 1 | 1,173 | 0 | 0% | 50 | 4% | 68 | 6% | 0 | 0% | 968 | 83% | 49 | 4% | 38 | 3% | 205 | 17% | no |
| | 7021.02 - 2 | 1,002 | 0 | 0% | 54 | 5% | 41 | 4% | 0 | 0% | 907 | 91% | 0 | 0% | 0 | 0% | 95 | 9% | no |
| | 7021.02 - 3 | 1,020 | 0 | 0% | 44 | 4% | 80 | 8% | 0 | 0% | 883 | 87% | 0 | 0% | 13 | 1% | 137 | 13% | no |
| | 7030.00 - 1 | 803 | 6 | 1% | 30 | 4% | 85 | 11% | 0 | 0% | 491 | 61% | 78 | 10% | 113 | 14% | 312 | 39% | no |
| | 7031.00 - 3 | 1,498 | 0 | 0% | 60 | 4% | 95 | 6% | 0 | 0% | 865 | 58% | 59 | 4% | 419 | 28% | 633 | 42% | no |
| | 7031.00 - 4 | 833 | 0 | 0% | 110 | 13% | 111 | 13% | 0 | 0% | 386 | 46% | 14 | 2% | 212 | 25% | 447 | 54% | yes |
| Hillandale | 7015.05 - 3 | 3,138 | 0 | 0% | 371 | 12% | 970 | 31% | 0 | 0% | 1,117 | 36% | 204 | 7% | 476 | 15% | 20,21 | 64% | yes |
| | 7015.09 - 1 | 1,368 | 0 | 0% | 121 | 9% | 96 | 7% | 0 | 0% | 851 | 62% | 22 | 2% | 278 | 20% | 517 | 38% | no |
| | 8073.04 - 1 | 2,003 | 4 | <1% | 149 | 7% | 542 | 27% | 0 | 0% | 419 | 21% | 54 | 3% | 835 | 42% | 1,584 | 79% | yes |

00038414

COMMUNITY EFFECTS ASSESSMENT AND ENVIRONMENTAL JUSTICE ANALYSIS



| EJ Analysis Area Community | Geographic Area/EJ Analysis Area Block Group | Total Population | American Indian and Alaska Native Alone | | Asian Alone | | Black or African American Alone | | Native Hawaiian and Other Pacific Islander Alone | | White Alone | | Some Other Race Alone and Two or More Races | | Hispanic or Latino, Regardless of Race | | Total Minority Population[20] | | Minority Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | |
| **Prince George's County** | | | | | | | | | | | | | | | | | | | |
| Adelphi | 8073.05 - 1 | 1,795 | 0 | 0% | 190 | 11% | 626 | 35% | 0 | 0% | 217 | 12% | 29 | 2% | 733 | 41% | 1,578 | 88% | yes |
| | 8073.05 - 2 | 1,669 | 0 | 0% | 125 | 7% | 743 | 45% | 0 | 0% | 158 | 9% | 26 | 2% | 617 | 37% | 1,511 | 91% | yes |
| Beltsville | 8074.04 - 2 | 2,356 | 0 | 0% | 225 | 10% | 598 | 25% | 0 | 0% | 568 | 24% | 127 | 5% | 838 | 36% | 1,788 | 76% | yes |
| | 8074.05 - 1 | 1,845 | 0 | 0% | 233 | 13% | 387 | 21% | 0 | 0% | 572 | 31% | 92 | 5% | 561 | 30% | 1,273 | 69% | yes |
| | 8074.05 - 3 | 2,300 | 0 | 0% | 360 | 16% | 917 | 40% | 0 | 0% | 602 | 26% | 67 | 3% | 354 | 15% | 1,698 | 74% | yes |
| | 8074.09 - 1 | 3,329 | 0 | 0% | 277 | 8% | 1,368 | 41% | 0 | 0% | 179 | 5% | 230 | 7% | 1,275 | 38% | 3,150 | 95% | yes |
| | 8074.09 - 2 | 885 | 0 | 0% | 81 | 9% | 315 | 36% | 0 | 0% | 219 | 25% | 79 | 9% | 191 | 22% | 666 | 75% | yes |
| College Park | 8069.00 - 1 | 1,846 | 0 | 0% | 48 | 3% | 218 | 12% | 0 | 0% | 505 | 27% | 45 | 2% | 1,030 | 56% | 1,341 | 73% | yes |
| | 8069.00 - 2 | 1,739 | 0 | 0% | 147 | 8% | 287 | 17% | 0 | 0% | 469 | 27% | 243 | 14% | 593 | 34% | 1,270 | 73% | yes |
| | 8069.00 - 3 | 1,451 | 0 | 0% | 298 | 21% | 193 | 13% | 0 | 0% | 954 | 66% | 0 | 0% | 6 | 0% | 497 | 34% | no |
| | 8070.00 - 2 | 1,851 | 0 | 0% | 334 | 18% | 497 | 27% | 0 | 0% | 900 | 49% | 24 | 1% | 96 | 5% | 951 | 51% | yes |
| | 8073.01 - 1 | 1,731 | 0 | 0% | 669 | 39% | 339 | 20% | 0 | 0% | 381 | 22% | 11 | 1% | 331 | 19% | 1,350 | 78% | yes |
| | 8073.01 - 2 | 1,927 | 0 | 0% | 236 | 12% | 635 | 33% | 0 | 0% | 790 | 41% | 33 | 2% | 233 | 12% | 1,137 | 59% | yes |
| Greenbelt | 8067.06 - 1 | 1,119 | 0 | 0% | 295 | 26% | 183 | 16% | 0 | 0% | 598 | 53% | 0 | 0% | 43 | 4% | 521 | 47% | no |
| | 8067.06 - 2 | 599 | 0 | 0% | 34 | 6% | 469 | 78% | 0 | 0% | 52 | 9% | 44 | 7% | 0 | 0% | 547 | 91% | yes |
| | 8067.06 - 3 | 1,593 | 0 | 0% | 21 | 1% | 866 | 54% | 0 | 0% | 95 | 6% | 16 | 1% | 595 | 37% | 1,498 | 94% | yes |
| | 8067.08 - 1 | 699 | 0 | 0% | 41 | 6% | 179 | 26% | 0 | 0% | 461 | 66% | 9 | 1% | 9 | 1% | 238 | 34% | no |
| | 8067.08 - 2 | 1,749 | 0 | 0% | 326 | 19% | 634 | 36% | 0 | 0% | 738 | 42% | 10 | 1% | 41 | 2% | 1,011 | 58% | yes |
| | 8067.08 - 3 | 1,531 | 0 | 0% | 296 | 19% | 362 | 24% | 0 | 0% | 738 | 48% | 36 | 2% | 99 | 6% | 793 | 52% | yes |
| | 8067.10 - 2 | 2,379 | 0 | 0% | 290 | 12% | 1,488 | 63% | 0 | 0% | 281 | 12% | 101 | 4% | 219 | 9% | 2,098 | 88% | yes |
| | 8067.10 - 3 | 2,382 | 0 | 0% | 320 | 13% | 1,541 | 65% | 0 | 0% | 483 | 20% | 38 | 2% | 0 | 0% | 1,899 | 80% | yes |
| | 8067.12 - 1 | 2,046 | 0 | 0% | 98 | 5% | 1,622 | 79% | 0 | 0% | 81 | 4% | 114 | 6% | 131 | 6% | 1,965 | 96% | yes |
| | 8067.12 - 2 | 1,471 | 0 | 0% | 61 | 4% | 1,201 | 82% | 0 | 0% | 125 | 8% | 20 | 1% | 64 | 4% | 1346 | 92% | yes |
| | 8067.13 - 1 | 2,694 | 0 | 0% | 173 | 6% | 1,720 | 64% | 0 | 0% | 29 | 1% | 0 | 0% | 772 | 29% | 2,665 | 99% | yes |
| | 8067.13 - 2 | 1,028 | 0 | 0% | 66 | 6% | 575 | 56% | 0 | 0% | 71 | 7% | 66 | 6% | 250 | 24% | 957 | 93% | yes |
| | 8067.14 - 1 | 2,357 | 0 | 0% | 16 | 1% | 1,127 | 48% | 0 | 0% | 215 | 9% | 123 | 5% | 876 | 37% | 2,142 | 91% | yes |
| | 8067.14 - 2 | 1,538 | 0 | 0% | 90 | 6% | 532 | 35% | 0 | 0% | 124 | 8% | 16 | 1% | 776 | 50% | 1,414 | 92% | yes |
| | 8074.08 - 1 | 1,477 | 66 | 4% | 290 | 20% | 371 | 25% | 0 | 0% | 673 | 46% | 77 | 5% | 0 | 0% | 804 | 54% | yes |
| | 8074.08 - 2 | 1,902 | 17 | 1% | 60 | 3% | 165 | 9% | 0 | 0% | 1,406 | 74% | 80 | 4% | 174 | 9% | 496 | 26% | no |
| Seabrook | 8036.06 - 2 | 1,389 | 0 | 0% | 37 | 3% | 972 | 70% | 0 | 0% | 263 | 19% | 17 | 1% | 100 | 7% | 1,126 | 81% | yes |
| | 8036.06 - 3 | 1,416 | 9 | 1% | 81 | 6% | 712 | 50% | 0 | 0% | 140 | 10% | 72 | 5% | 402 | 28% | 1,276 | 90% | yes |
| | 8036.06 - 4 | 1,216 | 0 | 0% | 188 | 15% | 530 | 44% | 0 | 0% | 164 | 13% | 29 | 2% | 305 | 25% | 1,052 | 87% | yes |

00038415



| EJ Analysis Area Community | Geographic Area/EJ Analysis Area Block Group | Total Population | American Indian and Alaska Native Alone | | Asian Alone | | Black or African American Alone | | Native Hawaiian and Other Pacific Islander Alone | | White Alone | | Some Other Race Alone and Two or More Races | | Hispanic or Latino, Regardless of Race | | Total Minority Population[20] | | Minority Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | |
| New Carrollton | 8036.05 - 1 | 1,591 | 0 | 0% | 40 | 3% | 773 | 49% | 0 | 0% | 126 | 8% | 132 | 8% | 520 | 33% | 1,465 | 92% | yes |
| | 8036.05 - 4 | 2,559 | 0 | 0% | 58 | 2% | 1,338 | 52% | 0 | 0% | 353 | 14% | 153 | 6% | 657 | 26% | 2,206 | 86% | yes |
| | 8036.10 - 1 | 1,653 | 0 | 0% | 94 | 6% | 1,092 | 66% | 0 | 0% | 141 | 9% | 68 | 4% | 258 | 16% | 1,512 | 91% | yes |
| | 8036.12 - 1 | 1,543 | 0 | 0% | 12 | 1% | 536 | 35% | 0 | 0% | 174 | 11% | 23 | 1% | 798 | 52% | 1,369 | 89% | yes |
| | 8036.12 - 2 | 1,804 | 0 | 0% | 25 | 1% | 1,525 | 85% | 0 | 0% | 33 | 2% | 43 | 2% | 178 | 10% | 1,771 | 98% | yes |
| Lanham | 8036.08 - 1 | 894 | 0 | 0% | 0 | 0% | 560 | 63% | 0 | 0% | 136 | 15% | 0 | 0% | 198 | 22% | 758 | 85% | yes |
| | 8036.08 - 2 | 1,468 | 0 | 0% | 46 | 3% | 928 | 63% | 0 | 0% | 115 | 8% | 22 | 1% | 357 | 24% | 1,353 | 92% | yes |
| | 8036.08 - 3 | 1,704 | 0 | 0% | 80 | 5% | 554 | 33% | 0 | 0% | 100 | 6% | 38 | 2% | 932 | 55% | 1,604 | 94% | yes |
| | 8036.08 - 4 | 1,886 | 0 | 0% | 78 | 4% | 1,387 | 74% | 0 | 0% | 65 | 3% | 71 | 4% | 285 | 15% | 1,821 | 97% | yes |
| Springdale | 8036.01 - 1 | 2,302 | 0 | 0% | 36 | 2% | 2,215 | 96% | 0 | 0% | 3 | 0% | 48 | 2% | 0 | 0% | 2,299 | 100% | yes |
| Glenarden | 8035.21 - 1 | 5,890 | 0 | 0% | 220 | 4% | 4,951 | 84% | 0 | 0% | 389 | 7% | 175 | 3% | 155 | 3% | 5,501 | 93% | yes |
| | 8036.01 - 2 | 1,359 | 0 | 0% | 249 | 18% | 1,019 | 75% | 0 | 0% | 47 | 3% | 44 | 3% | 0 | 0% | 1,312 | 97% | yes |
| | 8036.02 - 2 | 1058 | 0 | 0% | 1 | 0% | 954 | 90% | 0 | 0% | 24 | 2% | 17 | 2% | 62 | 6% | 1,034 | 98% | yes |
| Mitchellville | 8035.16 - 1 | 4,321 | 0 | 0% | 207 | 5% | 3,487 | 81% | 0 | 0% | 273 | 6% | 244 | 6% | 110 | 3% | 4,048 | 94% | yes |
| | 8035.20 - 3 | 1,935 | 0 | 0% | 21 | 1% | 1,527 | 79% | 0 | 0% | 148 | 8% | 54 | 3% | 185 | 10% | 1,787 | 92% | yes |
| Summerfield | 8035.08 - 1 | 1,238 | 0 | 0% | 0 | 0% | 1,196 | 97% | 0 | 0% | 0 | 0% | 8 | 1% | 34 | 3% | 1,238 | 100% | yes |
| | 8035.19 - 3 | 1,223 | 0 | 0% | 13 | 1% | 910 | 74% | 0 | 0% | 21 | 2% | 0 | 0% | 279 | 23% | 1,202 | 98% | yes |
| | 8035.25 - 1 | 748 | 0 | 0% | 0 | 0% | 736 | 98% | 0 | 0% | 0 | 0% | 12 | 2% | 0 | 0% | 748 | 100% | yes |
| Landover | 8034.02 - 3 | 998 | 0 | 0% | 0 | 0% | 788 | 79% | 0 | 0% | 0 | 0% | 43 | 4% | 167 | 17% | 998 | 100% | yes |
| | 8035.08 - 3 | 1,223 | 0 | 0% | 13 | 1% | 910 | 74% | 0 | 0% | 21 | 2% | 0 | 0% | 279 | 23% | 1,202 | 98% | yes |
| | 8035.09 - 1 | 2,109 | 30 | 1% | 24 | 1% | 1,413 | 67% | 0 | 0% | 24 | 1% | 25 | 1% | 593 | 28% | 2,085 | 99% | yes |
| Landover Hills | 8037.00 - 1 | 1,267 | 0 | 0% | 0 | 0% | 571 | 45% | 0 | 0% | 119 | 9% | 62 | 5% | 515 | 41% | 1,148 | 91% | yes |
| Lake Arbor | 8035.14 - 1 | 2,090 | 0 | 0% | 0 | 0% | 2,008 | 96% | 0 | 0% | 31 | 1% | 51 | 2% | 0 | 0% | 2,059 | 99% | yes |
| Largo | 8035.12 - 1 | 2,336 | 0 | 0% | 135 | 6% | 2,069 | 89% | 0 | 0% | 40 | 2% | 0 | 0% | 92 | 4% | 2,296 | 98% | yes |
| | 8035.12 - 3 | 1,932 | 0 | 0% | 45 | 2% | 1,615 | 84% | 0 | 0% | 47 | 2% | 0 | 0% | 225 | 12% | 1,885 | 98% | yes |
| | 8035.13 - 2 | 1,104 | 0 | 0% | 45 | 4% | 1,027 | 93% | 0 | 0% | 18 | 2% | 14 | 1% | 0 | 0% | 1,086 | 98% | yes |
| Forestville | 8019.06 - 1 | 579 | 0 | 0% | 7 | 1% | 486 | 84% | 0 | 0% | 36 | 6% | 14 | 2% | 36 | 6% | 543 | 94% | yes |
| | 8021.03 - 2 | 1,816 | 0 | 0% | 51 | 3% | 1,600 | 88% | 0 | 0% | 69 | 4% | 76 | 4% | 20 | 1% | 1,747 | 96% | yes |
| | 8021.04 - 1 | 837 | 0 | 0% | 0 | 0% | 727 | 87% | 0 | 0% | 20 | 2% | 11 | 1% | 79 | 9% | 817 | 98% | yes |
| | 8021.04 - 2 | 953 | 0 | 0% | 5 | 1% | 835 | 88% | 0 | 0% | 38 | 4% | 13 | 1% | 62 | 7% | 915 | 96% | yes |
| | 8022.03 - 2 | 1,481 | 0 | 0% | 29 | 2% | 895 | 60% | 0 | 0% | 38 | 3% | 24 | 2% | 495 | 33% | 1,443 | 97% | yes |
| | 8022.03 - 3 | 1,342 | 22 | 2% | 4 | 0% | 1,058 | 79% | 0 | 0% | 71 | 5% | 10 | 1% | 177 | 13% | 1,271 | 95% | yes |
| | 8022.04 - 4 | 1,464 | 0 | 0% | 0 | 0% | 1,419 | 97% | 0 | 0% | 45 | 3% | 0 | 0% | 0 | 0% | 1,419 | 97% | yes |

00038416

COMMUNITY EFFECTS ASSESSMENT AND ENVIRONMENTAL JUSTICE ANALYSIS



| EJ Analysis Area Community | Geographic Area/EJ Analysis Area Block Group | Total Population | American Indian and Alaska Native Alone | | Asian Alone | | Black or African American Alone | | Native Hawaiian and Other Pacific Islander Alone | | White Alone | | Some Other Race Alone and Two or More Races | | Hispanic or Latino, Regardless of Race | | Total Minority Population[20] | | Minority Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | |
| Westphalia | 8007.01 - 2 | 1,772 | 0 | 0% | 23 | 1% | 1,636 | 92% | 0 | 0% | 92 | 5% | 21 | 1% | 0 | 0% | 1,680 | 95% | yes |
| | 8022.01 - 1 | 765 | 0 | 0% | 13 | 2% | 472 | 62% | 0 | 0% | 170 | 22% | 75 | 10% | 35 | 5% | 595 | 78% | yes |
| | 8022.01 - 2 | 1,082 | 0 | 0% | 25 | 2% | 1,042 | 96% | 0 | 0% | 15 | 1% | 0 | 0% | 0 | 0% | 1,067 | 99% | yes |
| Morningside | 8019.06 - 2 | 1,171 | 0 | 0% | 3 | 0% | 567 | 48% | 0 | 0% | 294 | 25% | 63 | 5% | 244 | 21% | 877 | 75% | yes |
| Joint Base Andrews | 8011.04 - 1 | 0 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | no |
| | 8011.04 - 3 | 3,336 | 133 | 4% | 77 | 2% | 596 | 18% | 0 | 0% | 1,925 | 58% | 172 | 5% | 433 | 13% | 1,411 | 42% | yes |
| Camp Springs | 8019.01 - 2 | 1,612 | 0 | 0% | 0 | 0% | 1,286 | 80% | 0 | 0% | 149 | 9% | 9 | 1% | 168 | 10% | 1,463 | 91% | yes |
| | 8019.04 - 1 | 1,767 | 0 | 0% | 0 | 0% | 1,374 | 78% | 0 | 0% | 94 | 5% | 51 | 3% | 248 | 14% | 1,673 | 95% | yes |
| | 8019.04 - 2 | 1,325 | 40 | 3% | 11 | 1% | 987 | 74% | 0 | 0% | 225 | 17% | 11 | 1% | 51 | 4% | 1,100 | 83% | yes |
| | 8019.05 - 1 | 1,834 | 0 | 0% | 130 | 7% | 1,610 | 88% | 0 | 0% | 32 | 2% | 46 | 3% | 16 | 1% | 1,802 | 98% | yes |
| | 8019.05 - 2 | 3,428 | 0 | 0% | 184 | 5% | 2,611 | 76% | 0 | 0% | 530 | 15% | 84 | 2% | 19 | 1% | 2,898 | 85% | yes |
| Marlow Heights | 8017.08 - 1 | 1,648 | 0 | 0% | 32 | 2% | 1,260 | 76% | 0 | 0% | 51 | 3% | 165 | 10% | 140 | 8% | 1,597 | 97% | yes |
| | 8019.07 - 1 | 2,023 | 0 | 0% | 91 | 4% | 1,807 | 89% | 0 | 0% | 72 | 4% | 10 | 0% | 43 | 2% | 1,951 | 96% | yes |
| Temple Hills | 8017.01 -1 | 2,654 | 54 | 2% | 33 | 1% | 2,246 | 85% | 0 | 0% | 161 | 6% | 19 | 1% | 141 | 5% | 2,493 | 94% | yes |
| | 8017.01 - 2 | 1,675 | 0 | 0% | 14 | 1% | 1,578 | 94% | 0 | 0% | 63 | 4% | 11 | 1% | 9 | 1% | 1,612 | 96% | yes |
| | 8017.02 - 1 | 797 | 0 | 0% | 0 | 0% | 645 | 81% | 0 | 0% | 64 | 8% | 0 | 0% | 88 | 11% | 733 | 92% | yes |
| | 8019.01 - 1 | 969 | 0 | 0% | 8 | 1% | 681 | 70% | 0 | 0% | 56 | 6% | 10 | 1% | 214 | 22% | 913 | 94% | yes |
| Gaithersburg | 7007.06 - 1 | 3,030 | 0 | 0% | 689 | 23% | 580 | 19% | 0 | 0% | 845 | 28% | 63 | 2% | 853 | 28% | 2,185 | 72% | yes |
| | 7007.17 - 1 | 2,122 | 0 | 0% | 216 | 10% | 870 | 41% | 0 | 0% | 345 | 16% | 88 | 4% | 603 | 28% | 1,777 | 84% | yes |
| | 7007.17 - 2 | 1,292 | 0 | 0% | 152 | 12% | 188 | 15% | 0 | 0% | 273 | 21% | 19 | 1% | 660 | 51% | 1,019 | 79% | yes |
| | 7007.17 - 3 | 2,736 | 0 | 0% | 132 | 5% | 634 | 23% | 0 | 0% | 357 | 13% | 18 | 1% | 1,595 | 58% | 2,379 | 87% | yes |
| | 7007.17 - 4 | 725 | 0 | 0% | 157 | 22% | 15 | 2% | 0 | 0% | 501 | 69% | 32 | 4% | 20 | 3% | 224 | 31% | no |
| | 7007.24 - 1 | 3,781 | 0 | 0% | 493 | 13% | 815 | 22% | 0 | 0% | 326 | 9% | 65 | 2% | 2,082 | 55% | 3,455 | 91% | yes |
| | 7008.16 - 1 | 2,838 | 0 | 0% | 1,103 | 39% | 432 | 15% | 0 | 0% | 164 | 6% | 28 | 1% | 1,111 | 39% | 2674 | 94% | yes |
| | 7008.16 - 2 | 2,357 | 0 | 0% | 511 | 22% | 602 | 26% | 0 | 0% | 977 | 41% | 60 | 3% | 207 | 9% | 1,380 | 59% | yes |
| | 7008.16 -4 | 1,828 | 0 | 0% | 286 | 16% | 212 | 12% | 0 | 0% | 226 | 12% | 28 | 2% | 1,076 | 59% | 1,602 | 88% | yes |
| | 7008.17 - 1 | 1,347 | 0 | 0% | 537 | 40% | 183 | 14% | 0 | 0% | 332 | 25% | 45 | 3% | 250 | 19% | 1,015 | 75% | yes |
| | 7008.17 - 2 | 1,856 | 0 | 0% | 339 | 18% | 350 | 19% | 0 | 0% | 706 | 38% | 172 | 9% | 289 | 16% | 1,150 | 62% | yes |
| | 7008.17 - 3 | 2,590 | 0 | 0% | 430 | 17% | 480 | 19% | 0 | 0% | 1,369 | 53% | 101 | 4% | 210 | 8% | 1,221 | 47% | no |
| | 7008.29 - 1 | 1,597 | 0 | 0% | 459 | 29% | 89 | 6% | 0 | 0% | 793 | 50% | 160 | 10% | 96 | 6% | 804 | 50% | Yes |
| Rockville | 7007.18 - 1 | 4,185 | 0 | 0% | 817 | 20% | 555 | 13% | 0 | 0% | 2,174 | 52% | 187 | 4% | 452 | 11% | 2,011 | 48% | no |
| | 7007.18 - 2 | 952 | 10 | 1% | 163 | 17% | 214 | 22% | 0 | 0% | 506 | 53% | 44 | 5% | 15 | 2% | 446 | 47% | no |
| | 7010.01 - 2 | 2,059 | 0 | 0% | 237 | 12% | 25 | 1% | 0 | 0% | 1,459 | 71% | 80 | 4% | 258 | 13% | 600 | 29% | no |
| | 7010.01 - 3 | 780 | 0 | 0% | 66 | 8% | 36 | 5% | 0 | 0% | 628 | 81% | 50 | 6% | 0 | 0% | 152 | 19% | no |
| | 7010.02 - 1 | 745 | 0 | 0% | 168 | 23% | 50 | 7% | 0 | 0% | 495 | 66% | 5 | 1% | 27 | 4% | 250 | 34% | no |

00038417

**COMMUNITY EFFECTS ASSESSMENT AND ENVIRONMENTAL JUSTICE ANALYSIS**



| EJ Analysis Area Community | Geographic Area/EJ Analysis Area Block Group | Total Population | American Indian and Alaska Native Alone | | Asian Alone | | Black or African American Alone | | Native Hawaiian and Other Pacific Islander Alone | | White Alone | | Some Other Race Alone and Two or More Races | | Hispanic or Latino, Regardless of Race | | Total Minority Population[20] | | Minority Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | |
| | 7010.02 - 2 | 2,043 | 0 | 0% | 252 | 12% | 8 | 0% | 0 | 0% | 1,471 | 72% | 120 | 6% | 192 | 9% | 572 | 28% | no |
| | 7010.02 - 3 | 874 | 0 | 0% | 225 | 26% | 12 | 1% | 0 | 0% | 586 | 67% | 6 | 1% | 45 | 5% | 288 | 33% | no |
| | 7010.04 - 2 | 1,580 | 0 | 0% | 125 | 8% | 65 | 4% | 0 | 0% | 1,351 | 86% | 6 | 0% | 33 | 2% | 229 | 14% | no |
| | 7010.04 - 4 | 1,245 | 0 | 0% | 212 | 17% | 6 | 0% | 0 | 0% | 729 | 59% | 191 | 15% | 107 | 9% | 516 | 41% | no |
| | 7010.05 - 1 | 2,907 | 0 | 0% | 664 | 23% | 323 | 11% | 0 | 0% | 1,423 | 49% | 38 | 1% | 459 | 16% | 1,484 | 51% | yes |
| | 7010.05 - 2 | 1,001 | 0 | 0% | 212 | 21% | 44 | 4% | 0 | 0% | 705 | 70% | 13 | 1% | 27 | 3% | 296 | 30% | no |
| | 7010.06 - 1 | 1,370 | 0 | 0% | 431 | 31% | 26 | 2% | 0 | 0% | 873 | 64% | 21 | 2% | 19 | 1% | 497 | 36% | no |
| | 7010.06 - 2 | 2,460 | 0 | 0% | 468 | 19% | 43 | 2% | 0 | 0% | 1,518 | 62% | 147 | 6% | 284 | 12% | 942 | 38% | no |
| | 7010.07 - 1 | 2,558 | 0 | 0% | 637 | 25% | 445 | 17% | 0 | 0% | 1,331 | 52% | 103 | 4% | 42 | 2% | 1,227 | 48% | no |
| | 7010.07 - 2 | 557 | 10 | 2% | 79 | 14% | 61 | 11% | 0 | 0% | 381 | 68% | 26 | 5% | 0 | 0% | 176 | 32% | no |
| | 7012.10 - 1 | 1,198 | 0 | 0% | 429 | 36% | 102 | 9% | 0 | 0% | 590 | 49% | 22 | 2% | 55 | 5% | 608 | 51% | yes |
| | 7012.11 - 3 | 512 | 0 | 0% | 80 | 16% | 0 | 0% | 0 | 0% | 432 | 84% | 0 | 0% | 0 | 0% | 80 | 16% | no |

00038418

00038419

### 4.3.2    Existing Low-Income Populations

Median household income data for the EJ Analysis Area is provided in **Table 4-3**. As described in Section 4.2.2, above, a block group was identified as low-income population if its median household income was at or below $63,150. EJ Analysis Area block groups that qualified as low-income populations are highlighted in yellow and noted with a "yes" in the right-most column of the table. Of the 199 EJ Analysis Area block groups, 30 had a median household income below $63,150. The highest density of low-income populations was in the Landover and Landover Hills EJ Analysis Area Communities, where all the block groups had median household income below $63,150. Slightly less than half of the Greenbelt EJ Analysis Area Community block groups (seven of the 16) had a median household income below $63,150. The remaining low-income populations were individual block groups located in the Potomac, Silver Spring, Beltsville, College Park, New Carrollton, Lanham, Summerfield, Forestville, Joint Base Andrews, Camp Springs, Gaithersburg, and Temple Hills EJ Analysis Area Communities.

**Table 4-3: EJ Analysis Area Household/Low-Income Characteristics and EJ Populations**

| EJ Analysis Area Community | Geography/ CEA Analysis Area Block Group | Median Household Income | Low-Income Population/ EJ Population |
|---|---|---|---|
| | Maryland | $76,067 | n/a |
| | Virginia | $66,149 | n/a |
| | Montgomery County | $100,352 | n/a |
| | Prince George's County | $75,925 | n/a |
| | Fairfax County | $114,329 | n/a |
| McLean | 4701.00 - 1 | $214,821 | no |
| | 4701.00 - 2 | $250,000 | no |
| | 4705.00 - 1 | $197,083 | no |
| | 4801.00 - 4 | $250,000 | no |
| | 4802.01 - 1 | $227,500 | no |
| Potomac | 7012.06 - 1 | $136,375 | no |
| | 7012.06 - 2 | $169,453 | no |
| | 7060.08 - 1 | $199,762 | no |
| | 7060.08 - 2 | $239,000 | no |
| | 7060.09 - 2 | $214,500 | no |
| | 7060.09 - 3 | $230,278 | no |
| | 7060.12 - 1 | $69,142 | no |
| | 7060.12 - 2 | $72,750 | no |
| | 7060.12 - 3 | $33,977 | yes |
| | 7060.13 - 1 | $221,250 | no |
| | 7060.13 - 2 | $213,500 | no |
| Cabin John | 7058.00 - 2 | $163,029 | no |
| | 7058.00 - 3 | $152,540 | no |
| North Bethesda | 7012.05 - 1 | $209,219 | no |
| | 7012.05 - 2 | $216,324 | no |
| | 7012.05 - 3 | $81,471 | no |

00038420

| EJ Analysis Area Community | Geography/ CEA Analysis Area Block Group | Median Household Income | Low-Income Population/ EJ Population |
|---|---|---|---|
| | 7012.05 - 4 | * | no |
| | 7012.13 - 1 | $161,786 | no |
| | 7012.13 - 2 | $117,783 | no |
| | 7012.13 - 3 | $104,792 | no |
| | 7012.14 - 1 | $126,169 | no |
| | 7012.14 - 2 | $86,806 | no |
| | 7012.15 - 1 | $84,018 | no |
| | 7012.15 - 2 | $110,944 | no |
| | 7012.15 - 3 | $118,209 | no |
| | 7012.15 - 4 | $83,029 | no |
| | 7044.01 - 1 | $173,542 | no |
| | 7044.01 - 2 | $239,167 | no |
| | 7045.01 - 1 | $124,531 | no |
| | 7045.01 - 2 | $137,228 | no |
| | 7045.01 - 3 | $121,058 | no |
| | 7045.01 - 4 | $169,519 | no |
| Bethesda | 7044.03 - 1 | $77,721 | no |
| | 7044.04 - 1 | $198,125 | no |
| | 7044.04 - 2 | $146,295 | no |
| | 7044.04 - 3 | $115,234 | no |
| | 7044.04 - 4 | $102,031 | no |
| | 7045.02 - 1 | $250,000 | no |
| | 7045.02 - 2 | $192,321 | no |
| | 7045.03 - 1 | $162,097 | no |
| | 7045.03 - 2 | $200,192 | no |
| | 7050.00 - 4 | $152,857 | no |
| | 7059.01 - 3 | $250,000 | no |
| | 7059.02 - 3 | $250,000 | no |
| South Kensington | 7041.00 - 1 | $135,156 | no |
| | 7041.00 - 2 | $184,118 | no |
| | 7041.00 - 3 | $146,250 | no |
| | 7043.00 - 2 | $144,063 | no |
| | 7043.00 - 4 | $165,625 | no |
| Chevy Chase | 7050.00 - 1 | $102,875 | no |
| | 7051.00 - 1 | $191,652 | no |
| | 7051.00 - 2 | $141,250 | no |
| Forest Glen | 7039.01 - 1 | $106,932 | no |
| | 7039.01 - 2 | $120,938 | no |
| | 7039.01 - 3 | $167,792 | no |
| | 7040.00 - 3 | $80,833 | no |

00038421

COMMUNITY EFFECTS ASSESSMENT AND ENVIRONMENTAL JUSTICE ANALYSIS

| EJ Analysis Area Community | Geography/ CEA Analysis Area Block Group | Median Household Income | Low-Income Population/ EJ Population |
|---|---|---|---|
| | 7040.00 - 4 | $79,808 | no |
| Silver Spring | 7016.01 - 1 | $57,324 | yes |
| | 7016.02 - 1 | $65,595 | no |
| | 7016.02 - 3 | $91,136 | no |
| | 7016.02 - 4 | $107,159 | no |
| | 7021.01 - 2 | $111,818 | no |
| | 7021.01 - 3 | $95,114 | no |
| | 7022.00 - 1 | $108,950 | no |
| | 7022.00 - 2 | $141,500 | no |
| | 7022.00 - 3 | $167,500 | no |
| | 7023.02 - 2 | $138,824 | no |
| | 7027.00 - 4 | $43,438 | yes |
| | 7028.00 - 3 | $122,946 | no |
| | 7028.00 - 4 | $158,531 | no |
| | 7029.00 - 1 | $224,453 | no |
| | 7029.00 - 2 | $136,099 | no |
| Kemp Mill | 7030.00 - 2 | $124,712 | no |
| Four Corners | 7021.02 - 1 | $143,125 | no |
| | 7021.02 - 2 | $133,182 | no |
| | 7021.02 - 3 | $178,802 | no |
| | 7030.00 - 1 | $143,304 | no |
| | 7031.00 - 3 | $112,000 | no |
| | 7031.00 - 4 | * | no |
| Hillandale | 7015.05 - 3 | $82,989 | no |
| | 7015.09 - 1 | $115,588 | no |
| | 8073.04 - 1 | $86,346 | no |
| Adelphi | 8073.05 - 1 | $93,707 | no |
| | 8073.05 - 2 | $86,146 | no |
| Beltsville | 8074.04 - 2 | $83,071 | no |
| | 8074.05 - 1 | $100,432 | no |
| | 8074.05 - 3 | $70,110 | no |
| | 8074.09 - 1 | $61,774 | yes |
| | 8074.09 - 2 | $93,043 | no |
| College Park | 8069.00 - 1 | $92,663 | no |
| | 8069.00 - 2 | $100,958 | no |
| | 8069.00 - 3 | $74,821 | no |
| | 8070.00 - 2 | $28,654 | yes |
| | 8073.01 - 1 | $45,272 | yes |
| | 8073.01 - 2 | $107,831 | no |
| Greenbelt | 8067.06 - 1 | $51,378 | yes |

00038422

COMMUNITY EFFECTS ASSESSMENT AND ENVIRONMENTAL JUSTICE ANALYSIS



| EJ Analysis Area Community | Geography/ CEA Analysis Area Block Group | Median Household Income | Low-Income Population/ EJ Population |
|---|---|---|---|
| | 8067.06 - 2 | $94,750 | no |
| | 8067.06 - 3 | $87,896 | no |
| | 8067.08 - 1 | $41,892 | yes |
| | 8067.08 - 2 | $46,500 | yes |
| | 8067.08 - 3 | $78,255 | no |
| | 8067.10 - 2 | $69,620 | no |
| | 8067.10 - 3 | $104,931 | no |
| | 8067.12 - 1 | * | no |
| | 8067.12 - 2 | $102,759 | no |
| | 8067.13 - 1 | $51,750 | yes |
| | 8067.13 - 2 | $56,654 | yes |
| | 8067.14 - 1 | $60,579 | yes |
| | 8067.14 - 2 | $51,406 | yes |
| | 8074.08 - 1 | $77,109 | no |
| | 8074.08 - 2 | $95,735 | no |
| Seabrook | 8036.06 - 2 | $78,594 | no |
| | 8036.06 - 3 | $84,013 | no |
| | 8036.06 - 4 | $64,575 | no |
| New Carrollton | 8036.05 - 1 | $74,044 | no |
| | 8036.05 - 4 | $93,375 | no |
| | 8036.10 - 1 | $64,167 | no |
| | 8036.12 - 1 | $60,625 | yes |
| | 8036.12 - 2 | $46,985 | yes |
| Lanham | 8036.08 - 1 | $92,105 | no |
| | 8036.08 - 2 | $63,679 | no |
| | 8036.08 - 3 | $55,799 | yes |
| | 8036.08 - 4 | $84,417 | no |
| Springdale | 8036.01 - 1 | $87,083 | no |
| Glenarden | 8035.21 - 1 | $104,525 | no |
| | 8036.01 - 2 | $117,857 | no |
| | 8036.02 - 2 | $72,115 | no |
| Mitchellville | 8035.16 - 1 | $118,750 | no |
| | 8035.20 - 3 | $134,063 | no |
| Summerfield | 8035.08 - 1 | $96,219 | no |
| | 8035.19 - 3 | $70,094 | no |
| | 8035.25 - 1 | $45,571 | yes |
| Landover | 8034.02 – 3 | $53,897 | yes |
| | 8035.08 – 3 | $55,789 | yes |
| | 8035.09 - 1 | $43,225 | yes |
| Landover Hills | 8037.00 - 1 | $62,857 | yes |

00038423

COMMUNITY EFFECTS ASSESSMENT AND ENVIRONMENTAL JUSTICE ANALYSIS



| EJ Analysis Area Community | Geography/ CEA Analysis Area Block Group | Median Household Income | Low-Income Population/ EJ Population |
|---|---|---|---|
| Lake Arbor | 8035.14 - 1 | $66,433 | no |
| Largo | 8035.12 - 1 | $76,905 | no |
| | 8035.12 - 3 | $107,045 | no |
| | 8035.13 - 2 | $65,278 | no |
| Forestville | 8019.06 - 1 | $55,469 | yes |
| | 8021.03 - 2 | $72,101 | no |
| | 8021.04 - 1 | $57,557 | yes |
| | 8021.04 - 2 | $65,417 | no |
| | 8022.03 - 2 | $87,188 | no |
| | 8022.03 - 3 | $77,845 | no |
| | 8022.04 - 4 | $98,173 | no |
| Westphalia | 8007.01 - 2 | $120,833 | no |
| | 8022.01 - 1 | $63,523 | no |
| | 8022.01 - 2 | $70,950 | no |
| Morningside | 8019.06 - 2 | $64,688 | no |
| Joint Base Andrews | 8011.04 - 1 | * | no |
| | 8011.04 - 3 | $55,000 | yes |
| Camp Springs | 8019.01 - 2 | $90,556 | no |
| | 8019.04 - 1 | $38,795 | yes |
| | 8019.04 - 2 | $80,481 | no |
| | 8019.05 - 1 | $94,896 | no |
| | 8019.05 - 2 | $90,000 | no |
| Marlow Heights | 8017.08 - 1 | $69,545 | no |
| | 8019.07 - 1 | $63,400 | no |
| Temple Hills | 8017.01 -1 | $58,322 | yes |
| | 8017.01 - 2 | $80,959 | no |
| | 8017.02 - 1 | $69,444 | no |
| | 8019.01 - 1 | $88,250 | no |
| Gaithersburg | 7007.06 - 1 | $77,330 | no |
| | 7007.17 - 1 | $60,971 | yes |
| | 7007.17 - 2 | $79,167 | no |
| | 7007.17 - 3 | $52,037 | yes |
| | 7007.17 - 4 | $60,625 | yes |
| | 7007.24 - 1 | $47,913 | yes |
| | 7008.16 - 1 | $85,335 | no |
| | 7008.16, - 2 | $80,500 | no |
| | 7008.16 - 4 | $66,364 | no |
| | 7008.17 - 1 | $95,357 | no |
| | 7008.17 - 3 | $79,194 | no |
| | 7008.17 - 2 | $95,461 | no |

00038424

COMMUNITY EFFECTS ASSESSMENT AND ENVIRONMENTAL JUSTICE ANALYSIS



| EJ Analysis Area Community | Geography/ CEA Analysis Area Block Group | Median Household Income | Low-Income Population/ EJ Population |
|---|---|---|---|
| | 7008.29 - 1 | $157,679 | no |
| Rockville | 7007.18 - 1 | $115,469 | no |
| | 7007.18 - 2 | $104,861 | no |
| | 7010.01 - 2 | $97,125 | no |
| | 7010.01 - 3 | $250,000 | no |
| | 7010.02 - 1 | $187,266 | no |
| | 7010.02 - 2 | $228,452 | no |
| | 7010.02 - 3 | $157,679 | no |
| | 7010.04 - 2 | $133,864 | no |
| | 7010.04 - 4 | $158,571 | no |
| | 7010.05 - 1 | $131,944 | no |
| | 7010.05 - 2 | $112,159 | no |
| | 7010.06 - 1 | $141,563 | no |
| | 7010.06 - 2 | $167,250 | no |
| | 7010.07 - 1 | $119,932 | no |
| | 7010.07 - 2 | $94,265 | no |
| | 7012.10 - 1 | $214,815 | no |
| | 7012.11 - 3 | $158,750 | no |

*ACS data not available for this geography.*

### 4.3.3   Supplemental Community Data

Supplemental data reviewed to further identify EJ populations is summarized below, including: households' English-speaking status, the locations of low-income subsidized housing, the distribution of Food Stamps/Supplemental Nutrition Assistance Program (SNAP) benefits, the proportion of students receiving free and reduced-price lunch programs, and Equity Emphasis Areas[21].

#### A.   Limited English-Speaking Households

Executive Order 13166 *Improving Access to Services for Persons with Limited English Proficiency* (2000) requires Federal agencies to examine the services they provide, identify any need for services to those with limited English proficiency (LEP), and develop and implement a system to provide those services so LEP persons can have meaningful access to them.  A person who does not speak English as their primary language and who has a limited ability to read, speak, write or understand English may be LEP.  In accordance with MDOT SHA's *Title VI Program Implementation Plan* (2015), "MDOT SHA will provide translation services to individuals that have limited ability to read, write, speak or understand English. SHA will seek to communicate with LEP populations and provide LEP individuals meaningful access to SHA programs and activities." Interpretation services are available by request at each Public Workshop and

---

[21] The National Capital Region Transportation Planning Board (TPB) *Methodology for Equity Emphasis Areas,* referenced tract-level Census data to identify communities that have significant concentrations of low-income and/ or minority populations. Data from the American Community Survey for each of the following four population groups is used: Low-Income, African American, Asian, and Hispanic or Latino.

00038425



outreach event. Spanish and American Sign Language (ASL) interpreters have been requested and utilized at several Public Workshops.

ACS Five-Year Estimates (2012-2016) data on limited English-Speaking households was evaluated to identify potential LEP populations within the EJ Analysis Area where specific LEP supporting outreach would be targeted.  The ACS allows respondents to identify one's household as English-speaking only, Spanish-speaking, other Indo-European language-speaking, Asian and Pacific Island language-speaking, or other language-speaking. Respondents who identify as part of a non- English-speaking only household further classify as either a "limited English-speaking household" or, "not a limited English-speaking household."

Using ACS Five-Year Estimates (2012-2016) data, LEP populations were identified in nearly every block group within the EJ Analysis Area.  Half of the EJ Analysis Area block groups had a population of limited English-speaking households that is three percent (rounded down from 3.03 percent) or less, and half of EJ Analysis Area block groups have a population of limited English-speaking households greater than three percent (rounded down from 3.03 percent).

### B.    Free and Reduced-Price Lunch Programs

The Virginia Department of Education (VDOE 2016) and Maryland State Department of Education (MSDE 2017) provide annual data on public school student enrollment in the free and reduced-price lunch program.  Among the public schools in the EJ Analysis Area, an average of 45 percent of students use free and reduced-price lunch programs per school.  Within the EJ Analysis Area, 36 schools (all located in the Maryland portion of the EJ Analysis Area) have a student population that receives free or reduced-price lunches, which is greater than the 45 percent, the EJ Analysis Area average.  All of the schools with an above-average population of students receiving a free and reduced-price lunch are in block groups already identified as minority or low-income populations.  Public schools with an average of 45 percent or more students using free and reduced-price lunch programs include:

- Annapolis Road Academy Alternative High
- Ardmore Elementary School
- Arrowhead Elementary School
- Barnaby Manor Elementary School
- Buck Lodge Middle School
- Carrollton Elementary School
- Cherokee Lane Elementary School
- Cresthaven Elementary School
- Eastern Middle School
- Frances Fuchs Early Childhood Center
- Francis Scott Key Middle School
- Glenarden Woods Elementary School
- Greenbelt Middle School
- H. Winship Wheatley Early Childhood Center
- High Point High School
- Hollywood Elementary School
- James E. Duckworth Regional School

- James McHenry Elementary School
- Joann Leleck Elementary School at Broad Acres
- Longfields Elementary School
- Margaret Brent Regional Center
- North Forestville Elementary School
- Oak View Elementary School
- Pine Crest Elementary School
- Princeton Elementary School
- Robert Frost Elementary School
- Roscoe R. Nix Elementary School
- Rosemont Elementary School
- Saint Francis International School
- Samuel Chase Elementary School
- Springhill Lake Elementary School
- The Foundation School
- Thomas Johnson Middle School
- Turning Point Academy

00038426



### C.    Places of Worship[22]

Additionally, to support and facilitate outreach efforts places of worship located within EJ Analysis Area Communities that contain minority or low-income populations were identified.  These include:

- Adelphi Presbyterian Church
- Ascension Lutheran Church
- Berwyn Baptist Church
- Beth Sholom Congregation and Talmud Torah Synagogue
- Bethel Baptist Church
- Bonner Wardell Church
- Burnt Mills Seventh Day Adventist Church
- Calvary Apostolic Church
- Calvary Lutheran Church
- Chinese Bible Church
- Christ Apostolic Church
- Christ Congregational Church
- Christ Destiny International Church
- Christadelphian Chapel
- Chua Quan Am Pho Chieu Ni Vien
- Church of God of Silver Spring
- Church of Our Savior
- City of David Tabernacle
- College Park Church of The Nazarene
- College Park United Methodist Church
- College Park Wesleyan Church
- Congressional Heights Baptist Church
- Covenant of Faith Church
- Crossover Christian Church
- D.C. Center of Self Realization Fellowship
- Deliverance Tabernacle Church
- Eglise Baptiste Du Calvaire
- Emmanuel Lutheran Church
- Episcopal Church of The Ascension
- Epworth United Methodist Church
- Faith Ministries
- First Assembly of God Church
- First Baptist Church of Glenarden
- First Baptist Church of Rockville
- Gaithersburg Mennonite Church
- Gaithersburg Presbyterian Church

- Iglesia De Dios Septimo Dia
- Iglesia Pentecostes Sinai
- Jehovah's Witness Kingdom Hall
- Jabbok International Ministries
- Knox Orthodox Presbyterian Church
- Lanham Church of God
- Lanham United Methodist Church
- Latvian Lutheran Church
- Lighthouse Ministries International
- Lutheran Church of The Abiding Presence
- Lutheran Church of The Cross
- Memorial United Methodist Church
- Mishkan Torah Synagogue
- Montgomery Hills Baptist Church
- Mount Calvary Baptist Church
- Mount Calvary Baptist Church
- Mowatt Memorial United Methodist Church
- Murugan Temple Of North America
- New Beginnings Church of God of Prophecy
- New Carrollton Bible Church
- New Creations Christian Church
- Our Lady Queen of Poland Church
- Point of Grace Community Church
- Prince George's Muslim Association
- Reaching the Nations Ministries International
- Rock Salvation Ministries
- Rockville Christian Church
- Rockville Church of Christ
- Rockville Presbyterian Church
- Rockville Seventh Day Adventist Church
- Saint Andrew Lutheran Church
- Saint Christopher's Episcopal Church
- Saint Cosmas Of Aitolia Orthodox Church
- Saint Hugh Catholic Church
- Saint James Episcopal Church
- Saint John the Evangelist Church
- Saint John's Episcopal Church

---

[22] Geographic Information Systems (GIS) data sourced from Maryland iMap (data.imap.maryland.gov/datasets/maryland-land-use-land-cover-land-use-land-cover-2010); Prince George's County Open Data Portal (gisdata.pgplanning.org/metadata/); Montgomery County Planning Department Open Data Portal (Montgomery County Planning Department. Open Data Portal). Corresponding mailing addresses gathered using Google Search.

00038427

COMMUNITY EFFECTS ASSESSMENT AND ENVIRONMENTAL JUSTICE ANALYSIS



- Geneva United Presbyterian Church
- Good Shepherd Lutheran Church
- Good Shepherd United Methodist Church
- Good Tidings Tabernacle
- Grace Church
- Grace Presbyterian Church
- Greek Orthodox Church of Saint George
- Greenbelt Baptist Church
- Greenbelt Community Church
- Healing Temple Church of The Nazarene
- Heart of God Baptist Church
- Hermon Church
- Hillandale Baptist Church
- Holy Apostle Orthodox Church
- Holy Cross Lutheran Church
- Holy Family Seminary Church
- Holy Redeemer Metropolitan Community Church
- Horeb Haitian Adventist Church

- Saint Luke's Church
- Saint Martin's Catholic Church
- Saint Matthias Catholic Church
- Saint Raphael's Catholic Church
- Silver Spring Christian Church of Christ
- Silver Spring United Presbyterian Church
- Silver Spring Zendo
- Sitka Church
- Sligo Baptist Church
- Southeast Hebrew Congregation
- Temple Israel
- The Hindu Temple of Metropolitan Washington
- Trinity Assembly of God
- Tumaini Baptist Church
- Unitarian Of Rockville Church
- Unitarian Universalist Church of Silver Spring
- Washington DC Temple of The Church of Jesus Christ of Latter-Day Saints

### D.    Low-Income Subsidized Housing Complexes

The HUD Multifamily Assistance & Section 8 Database, Montgomery County Housing Opportunities Commission, Prince George's County Housing Authority, and Fairfax County Redevelopment and Housing Authority were consulted to locate housing complexes with subsidized units within the EJ Analysis Area. Housing complexes are identified in their respective Community Profile in **Chapter 5 and Appendix C**. In the EJ Analysis Area, a total of 32 housing complexes rent units at affordable, below-market rates for qualifying households. These include:

- Burnt Mills Crossing
- Chelsea Towers
- Council House
- Diamond Square
- Friendly Gardens Apartments
- Green Ridge House Apartments
- Guide Nashville Homes
- Guide Trexler House
- Lakeview House Apartments
- Londonderry Towers
- Magruder's Discovery Apartments
- Montgomery Club VI
- Montgomery Housing, Inc.
- Paddington Square Apartments
- Pooks Hill Tower & Court
- Second Step II

- St. Luke's Homes, Inc.
- The Crossings at Washingtonian Center
- The Willows
- Thomas Street Housing
- Timberlawn Crescent
- Trinity Terrace
- University Gardens
- University Gardens II
- Vesta 2000
- Vesta Enteka
- Vesta Housing, Inc.
- Vesta Riverdale
- Vesta Thirteen
- Victory Forest
- Victory Oaks at Saint Camillus
- VOA Lanham

00038428

COMMUNITY EFFECTS ASSESSMENT AND ENVIRONMENTAL JUSTICE ANALYSIS



Four of the 32 subsidized housing complexes (Timberlawn Crescent, Victory Forest Senior Apartments, St. Luke's Homes, Inc., and Pooks Hill Tower and Court Apartments) are located outside of minority or low-income populations; in the North Bethesda, Bethesda, and Forest Glen EJ Analysis Area Communities. The remaining 28 housing complexes with subsidized units are in minority or low-income populations within the EJ Analysis Area.

### E.    Food Stamps/SNAP Benefits

American Community Survey Five-Year Estimates (2012-2016) were used to collect data on households utilizing Food Stamps/SNAP benefits. The average percent of households receiving Food Stamps/SNAP benefits for the Maryland EJ Analysis Area block groups is seven percent. Of the 199 EJ Analysis Area block groups, 74 block groups have a proportion of households that receive Food Stamps/SNAP benefits above the seven percent EJ Analysis Area average. Seventy-one (71) of these block groups were identified as minority or low-income populations. The three block groups that were not identified as minority or low-income populations are located within EJ Analysis Area Communities that contain multiple minority or low-income populations.

### F.    Equity Emphasis Areas

The National Capital Region Transportation Planning Board (TPB) identified Equity Emphasis Areas as census tracts with higher than average concentrations of minority, low-income populations, or both. The TPB methodology used census tract data, which encompassed a larger geographic area than the census block groups referenced to identify minority or low-income populations. As a result, there are a few areas where TPB identified an entire census tract as an Equity Emphasis Area; however, individual census block groups within the EJ Analysis Area did not contain higher than average concentrations of minority populations or low-income populations. Similarly, there were census tracts that TPB did not identified as Equity Emphasis Areas; however, block groups within the EJ Analysis Area were identified as minority or low-income populations for this analysis.

### G.    MDOT SHA Voluntary Demographic Survey

It is MDOT SHA policy to offer a demographic survey to voluntarily complete for attendees of MDOT SHA public meetings. Attendees at the April 11, 23, 24, 2019 and November 13 and 21, 2019 Public Workshops completed the survey and provided the demographic information shown in **Table 4-4**. Note that, due to the voluntary nature of the survey and the small sample size, the results of the survey may not accurately represent the demographics of all the Public Workshop attendees.

#### Table 4-4: Voluntary Demographic Survey Results

| Demographic Information* | Number of Attendees |
|---|---|
| **Race** | |
| Asian | 1 |
| Black or African American | 3 |
| Hispanic or Latino | 3 |
| White | 48 |
| **Sex** | |
| Female | 21 |
| Male | 23 |
| Not Answered | 12 |

00038429

**COMMUNITY EFFECTS ASSESSMENT AND ENVIRONMENTAL JUSTICE ANALYSIS**



| Age Bracket | |
|---|---|
| 65+ | 24 |
| 41-65 | 27 |
| 18-40 | 4 |
| Not Answered | |
| **Disability with Reasonable Accommodation** | |
| N/A | 37 |
| Not Answered | 10 |
| Yes | 3 |
| Conditional Yes | 1 |
| No | 7 |
| **Other Language Spoken** | |
| ASL | 2 |
| Not Answered | 24 |
| No | 14 |
| Spanish | 1 |
| French | 1 |
| Lithuanian | 1 |
| N/A | 2 |

*Categories listed here reflect categories checked by the attendees and do not necessarily include all survey question options. Associated comments, where provided on the surveys, are not included here.*

### 4.3.4    Summary of the Existing Conditions of Environmental Justice Populations

As detailed above, additional community data was reviewed to understand if there were any EJ populations not previously identified through the Census data as minority or low-income populations. This review confirmed minority and low-income populations previously identified correspond with the locations of limited English-Speaking households, low-income subsidized housing, households receiving Food Stamps/SNAP benefits, and students receiving free and reduced-price lunches.  Further, block groups identified as minority and low-income populations are located within census tracts that were identified as Equity Emphasis Areas.

EJ populations are highlighted and identified with "yes" in the *Minority Population* column of **Table 4-2** and "yes" in the *Low-Income Population* column of **Table 4-3**, as well as depicted in **Figure 4-1**. In total, 111 EJ Analysis Area block groups were identified as EJ populations.  Block groups identified as EJ populations that have a minority population exceeding 50 percent of the total block group population are highlighted in blue, those with a median income less than $63,150 are highlighted in red, and those that were identified as both minority and low-income populations are highlighted in purple in **Figure 4-1**; the identification methodology for EJ populations is described in **Section 4.2**.  Thirty-two (32) out of 112 total block groups in Montgomery County were identified as EJ populations.  These are in Potomac, Forest Glen, Silver Spring, Four Corners, Gaithersburg, and Rockville CEA Communities.  Nearly all (79 out of 82) block groups in Prince George's County were identified as EJ populations.

00038430



## Figure 4-1: EJ Populations in the EJ Analysis Area



00038431



## 4.4    Public Outreach with Environmental Justice Populations

Providing full and fair access to meaningful involvement by low-income and minority populations in project planning and development is an important aspect of EJ. Meaningful involvement means the lead agencies invite participation from populations typically underrepresented, throughout all the project stages. It is important to engage and advise EJ populations of the project development steps and consider their feedback.  Residents are an important source for local history, special sites, and unusual traffic, pedestrian or employment patterns relevant to the project.  This information is used in the design and evaluation of alternatives, to avoid negative impacts to valued sites, and to support the development of safe, practical, and attractive transportation options that are responsive to the EJ population's needs.  Due to the highly diverse demographics composing the population adjacent to and using the study corridors, much of the corridor-wide public involvement efforts conducted for the Study were aimed at reaching this socioeconomically diverse audience.   This section summarizes the public involvement efforts conducted in EJ populations, as well as additional efforts to notify traditionally underserved populations. Additional detail on the public involvement efforts presented here is provided in the ***Public Involvement and Agency Coordination Technical Report*** **(DEIS Appendix P)**.

### 4.4.1    Study Corridor-Wide Public Involvement Efforts

Beginning with the initiation of the Study in March 2018, public involvement efforts have included comprehensive outreach through Public Open Houses/Workshops, Community Association meetings, stakeholder meetings, legislators/elected officials briefings, community pop-up events, updates via website and email, and solicitation of public comments.  Outreach events were held or attended in EJ Analysis Area Communities that contain one or more EJ populations, in locations adjacent to EJ populations, or at events generally serving EJ populations in the EJ Analysis Area. These public involvement efforts are shown in **Table 4-5**.

**Table 4-5: Public Involvement Efforts in or near EJ Populations**

| EJ Analysis Area Community*/ General EJ Population | Date | Outreach Type | Event/ Organization/ Location | Number of Attendees |
|---|---|---|---|---|
| **Summerfield, Lake Arbor, Glenarden, and Landover EJ Analysis Area Communities** | April 23, 2018 | Community Association Meeting during Scoping | Greater 202 Coalition<br><br>St. Margaret's Catholic Church<br>410 Addison Road South, Capitol Heights, MD 20743 | approx. 50 |
| **General EJ Population throughout EJ Analysis Area** | August 5, 2018 | Pop-Up Informational Booth | 9th Annual Salvadoran American Festival/7th Annual Latino Health Fair<br><br>Montgomery College Rockville Campus, Rockville, MD 20850 | 120 |

00038432