# Hillandale CEA Analysis Area Community Impacts

| Alternative | Potential Relocations (#) | Potential Community Facilities Impacted (#) | Existing Land Use Conversion to Study Related Transportation Right-of-Way (ROW) |
|---|---|---|---|
| Alternative 1 (No Build) | None | None | None |
| Alternative 5 | None | Partial right-of-way acquisition from: 1 Place of Worship | **Mixed-Use:** 0.4 acres<br>**Park/Open Space:** 1.7 acres<br>**Residential:** 1.1 acres<br>**Total Land Required:** 3.2 acres |
| Alternatives 8 and 9 | None | Partial right-of-way acquisition from: 1 Place of Worship | **Mixed-Use:** 0.5 acres<br>**Park/Open Space:** 1.7 acres<br>**Residential:** 1.7 acres<br>**Total Land Required:** 3.9 acres |
| Alternative 10 | None | Partial right-of-way acquisition from: 1 Place of Worship | **Mixed-Use:** 0.5 acres<br>**Park/Open Space:** 1.7 acres<br>**Residential:** 1.7 acres<br>**Total Land Required:** 3.9 acres |
| Alternative 13B | None | Partial right-of-way acquisition from: 1 Place of Worship | **Mixed-Use:** 0.5 acres<br>**Park/Open Space:** 1.7 acres<br>**Residential:** 1.7 acres<br>**Total Land Required:** 3.9 acres |
| Alternative 13C | None | Partial right-of-way acquisition from: 1 Place of Worship | **Mixed-Use:** 0.5 acres<br>**Park/Open Space:** 1.7 acres<br>**Residential:** 1.7 acres<br>**Total Land Required:** 3.9 acres |

## Summary of Impacts from the Screened Alternatives

The Build Alternatives would require no relocations. The Build Alternatives would require partial acquisition from multiple properties, including one place of worship. The assumed impacts would accommodate mainline widening, new direct access ramps, and storm-water management facilities. Generally, the Build Alternatives would require acquisition of strips of land from undeveloped areas or areas of trees from properties adjacent to I-495. Acquisition of a few larger areas were also assumed for the accommodation of stormwater management facilities.

The Build Alternatives would maintain the existing separation between highway operations and local traffic, bicyclists, and pedestrians through access limits and physical barriers in accordance with state and federal regulations. Where direct access ramps would be constructed, alterations to traffic patterns and roadway/sidewalk networks would be mitigated by the inclusion of signage, high-visibility crosswalk markings, pedestrian countdown signals, and the implementation of a temporary detour network. Emergency services would experience an incremental reduction in response times due reduced congestion on study corridors that is anticipated under the Build Alternatives. Additional capacity would assist in accommodating a population evacuation and improving emergency response access should an event related to homeland security occur. The proposed Build Alternatives would not eliminate access or provide new access to properties, nor would they impede access between residences and community facilities and business, as no properties are accessed directly from I-495 or I-270. However, an incremental enhancement to access may occur due to reduced congestion on study corridors.

Changes to land use and development would be incremental and limited to those properties directly affected by property acquisition. It is anticipated that the Build Alternatives would have negligible impact on the overall population or demographic patterns within the CEA Analysis Area. Further, Build Alternatives would not change the sense of cohesion or interactions between persons or groups within the community as no relocations would occur. Isolation of properties, persons, or groups would not occur due to the parallel nature of the proposed improvements along the existing highway.

Properties immediately adjacent to the improved highway may experience an increase in noise impacts as noise generators (travel lanes) are moved closer to receptors; however, the increased noise experienced by properties set back from the highway would be negligible. Based on current analysis, this community contains one noise sensitive land use/activity area (NSA) where existing noise barriers would remain in place as currently constructed; and three NSAs where existing noise barriers would be displaced by construction and replaced by reconstructed barriers. Additional noise abatement information, including mapping, is available in the Noise Technical Report (DEIS, Appendix J).

Properties immediately adjacent to the improved highway may experience a change in viewshed where the roadway features including direct managed lanes access ramps, new interchange ramps, and other structures may be introduced; however, the Build Alternatives would not result in changes to viewsheds or visual impacts incompatible with the existing visual character or qualities of the larger community. Additional information on visual impacts is provided in Chapter 3, Section 5.2.

Information on the potential beneficial and adverse effects to EJ populations is provided in the EJ Analysis in Chapter 4. Effects to the following resources within EJ populations are considered: human health and safety, air quality, noise, water quality, hazardous materials sites, natural resources, visual landscape and aesthetic values, economy and employment, access and mobility, community cohesion/isolation and quality of life, and tolling.

00038527

# Adelphi CEA Analysis Area Community



**Location**: The Adelphi CEA Analysis Area Community includes two Census block groups and covers 764 acres, overlapping the northern portion of the Adelphi Census-Designated Place along I-495 (**Map 1**). The CEA Analysis Area Community is bordered roughly by: I-95/I-495 to the north; the PEPCO power transmission line to the east; Metzerott and Adelphi Roads to the south; and the Montgomery/Prince George's County line to the west.

**Planning & Development**:  Planning and development within this CEA Analysis Area Community is guided by the *Langley Park-College Park-Greenbelt and Vicinity Master Plan and Sectional Map Amendment* (1989/1990). Development patterns generally include single-family houses as well as pockets of forested lands and parks located along local and arterial roadways.

**Community Facilities**: Located within the CEA Analysis Area Community are: 2 schools (Cherokee Lane Elementary School, Buck Lodge Middle School); 4 places of worship (Adelphi Presbyterian Church, Christadelphian Chapel, Covenant of Faith Church, Lighthouse Ministries International); and 2 parks and recreation centers (Buck Lodge Park, Adelphi Neighborhood Park/Recreation Center) (**Map 2**). No affordable housing developments were identified in this community.

**Environmental Justice populations**: Both Adelphi CEA Analysis Area block groups (8073.05 – 1 and 8073.05 - 2) are identified as EJ populations. The EJ Analysis, including EJ principles and the methodology for identifying EJ populations, is provided in **Chapter 4**.



Adelphi Map 1

LEGEND
- Municipality/Census Designated Place
- Census Block Groups
- Corridor Study Boundary



Adelphi Map 2

LEGEND
- Corridor Study Boundary
- CEA Analysis Area Community
- ☆ K thru 12 Education
- ☐ Place of Worship
- △ Cemetery
- Park Property
- ● Recreation Center



## Race & Ethnicity

- Asian Alone
- Black or African American Alone
- White Alone
- Some Other Race Alone & Two or More Races
- Hispanic or Latino of Any Race

9%
39%
39%
2%
11%



## Land Use

■ Acres

| Land Use | Acres |
|---|---|
| Commercial/Employment | 0 |
| Industrial | 0 |
| Mixed-Use | 0 |
| Park/Open Space | 63 |
| Planned Unit/Planned Community | 0 |
| Residential | 517 |
| Transportation | 184 |



## Housing Characteristics

■ Owned ■ Rented

| | Single-Family, Detached | Single-Family, Attached | 2& 3-4 Units in Structure | 5-9 & 10-19 Units in Structure | 20-49 & 50+ Units in Structure | Mobile Home, Boat, RV, Van, Etc. |
|---|---|---|---|---|---|---|
| Owned | 638 | 0 | 0 | 0 | 0 | 12 |
| Rented | 103 | 15 | 11 | 264 | 0 | 0 |

| Total Population | 3,464 |
|---|---|
| *as percent of CEA Analysis Area* | 1% |
| Median Age | 37 |
| Households with One + Persons with a Disability | 183 |
| Range of Median Household Income (Block Groups) | $86,146 - $93,707 |
| Low-Income Populations Identified? | No |
| Population Driving Car/Truck/Van to Work | 1,656 |

*Sources: ACS 5-Year Estimates (2012-2016); City of Gaithersburg GIS; City of Rockville GIS Open Data; Montgomery County/M-NCPPC MCATLAS; Prince George's County Open Data Portal; Fairfax County Open Geospatial Data*

00038528

# Adelphi CEA Analysis Area Community Impacts

| Alternative | Potential Relocations (#) | Potential Community Facilities Impacted (#) | Existing Land Use Conversion to Study Related Transportation Right-of-Way (ROW) |
|---|---|---|---|
| Alternative 1 (No Build) | None | None | None |
| Alternative 5 | None | Partial right-of-way acquisition from: 1 Park | **Residential**: 1.6 acres<br>**Transportation**: 5.8 acres<br>**Total Land Required**: 7.4 acres |
| Alternatives 8 and 9 | None | Partial right-of-way acquisition from: 1 Park | **Parks/Open Space**: 0.1 acre<br>**Residential**: 1.8 acres<br>**Transportation**: 5.7 acres<br>**Total Land Required**: 7.6 acres |
| Alternative 10 | None | Partial right-of-way acquisition from: 1 Park | **Parks/Open Space**: 0.1 acre<br>**Residential**: 1.8 acres<br>**Transportation**: 5.7 acres<br>**Total Land Required**: 7.6 acres |
| Alternative 13B | None | Partial right-of-way acquisition from: 1 Park | **Parks/Open Space**: 0.1 acre<br>**Residential**: 1.8 acres<br>**Transportation**: 5.7 acres<br>**Total Land Required**: 7.6 acres |
| Alternative 13C | None | Partial right-of-way acquisition from: 1 Park | **Parks/Open Space**: 0.1 acre<br>**Residential**: 1.8 acres<br>**Transportation**: 5.7 acres<br>**Total Land Required**: 7.6 acres |

## Summary of Impacts from the Screened Alternatives

The Build Alternatives would require no relocations. The Build Alternatives would require partial acquisition from multiple properties, including one park property. The assumed impacts would accommodate mainline widening, new direct access ramps, and stormwater management facilities. Generally, the Build Alternatives would require acquisition of strips of land from undeveloped areas or areas of trees from properties adjacent to I-495. Acquisition of a few larger areas were also assumed for the accommodation of stormwater management facilities.

The Build Alternatives would maintain the existing separation between highway operations and local traffic, bicyclists, and pedestrians through access limits and physical barriers in accordance with state and federal regulations. Where direct access ramps would be constructed, alterations to traffic patterns and roadway/sidewalk networks would be mitigated by the inclusion of signage, high-visibility crosswalk markings, pedestrian countdown signals, and the implementation of a temporary detour network. Emergency services would experience an incremental reduction in response times due reduced congestion on study corridors that is anticipated under the Build Alternatives. Additional capacity would assist in accommodating a population evacuation and improving emergency response access should an event related to homeland security occur. The proposed Build Alternatives would not eliminate access or provide new access to properties, nor would they impede access between residences and community facilities and business, as no properties are accessed directly from I-495 or I-270. However, an incremental enhancement to access may occur due to reduced congestion on study corridors.

Changes to land use and development would be incremental and limited to those properties directly affected by property acquisition. It is anticipated that the Build Alternatives would have negligible impact on the overall population or demographic patterns within the CEA Analysis Area. Further, Build Alternatives would not change the sense of cohesion or interactions between persons or groups within the community as no relocations would occur. Isolation of properties, persons, or groups would not occur due to the parallel nature of the proposed improvements along the existing highway.

Properties immediately adjacent to the improved highway may experience an increase in noise impacts as noise generators (travel lanes) are moved closer to receptors; however, the increased noise experienced by properties set back from the highway would be negligible. Based on current analysis, this community contains one noise sensitive land use/activity area (NSA) where existing noise barriers would be displaced by construction and replaced by reconstructed barriers; and one NSA where there are no existing noise barriers, but new barriers would be constructed. Additional noise abatement information, including mapping, is available in the Noise Technical Report (DEIS, Appendix J).

Properties immediately adjacent to the improved highway may experience a change in viewshed where the roadway features including direct managed lanes access ramps, new interchange ramps, and other structures may be introduced; however, the Build Alternatives would not result in changes to viewsheds or visual impacts incompatible with the existing visual character or qualities of the larger community. Additional information on visual impacts is provided in Chapter 3, Section 5.2.

Information on the potential beneficial and adverse effects to EJ populations is provided in the EJ Analysis in Chapter 4. Effects to the following resources within EJ populations are considered: human health and safety, air quality, noise, water quality, hazardous materials sites, natural resources, visual landscape and aesthetic values, economy and employment, access and mobility, community cohesion/isolation and quality of life, and tolling.

00038529

# Beltsville CEA Analysis Area Community



**Location**: The Beltsville CEA Analysis Area Community includes five Census block groups and covers 2,998 acres, overlapping most of the Beltsville Census-Designated Place along I-495 (**Map 1**). The CEA Analysis Area Community is bordered roughly by: Powder Mill Road (Route 212), Montgomery Road, and Baltimore Avenue (Route 1) to the north; Edmonston Road (Route 201) to the east; I-95/I-495 to the south; and the Montgomery/Prince George's County Line, and Coffman Road to the west.

**Planning & Development**: Planning and development within this CEA Analysis Area Community is guided by the *2010 Subregion 1 Approved Master Plan and Sectional Map Amendment* and, in part, the *Approved Central US 1 Corridor Sector Plan and Sectional Map Amendment* (2010). Development patterns consist primarily of single-family detached houses and medium-size apartment complexes. Beltsville development patterns and density are typical of an older suburb, with shopping centers and light industrial uses clustered around arterial roadways and connected to gridded, tree-lined residential developments and pockets of forested lands and parks via smaller local roadways. The 6,700-acre Beltsville Agricultural Research Center, part of the United States Department of Agriculture, adds rural character to the otherwise inner suburban locality.

**Community Facilities**: Located within the CEA Analysis Area Community are: 4 schools (High Point High School, Silver Oaks Cooperative School, Frances R. Fuchs Early Childhood Center, James E. Duckworth Regional School); 14 places of worship (Bethel Baptist Church, Christ Destiny International Church, City of David Tabernacle, Crossover Christian Church, Deliverance Tabernacle Church, Good Tidings Tabernacle, Healing Temple Church of the Nazarene, Holy Apostle Orthodox Church, Horeb Haitian Adventist Church, Lutheran Church of the Abiding Presence, Point of Grace Community Church, Reaching the Nations Ministries International, Rock Salvation Ministries, Saint John's Episcopal Church); 7 parks (Sunnyside Park, Paint Branch Stream Valley Park III, Beltsville Community Center, Little Paint Branch Stream Valley Park, Cherryvale Park, Beltsville West Park, Chestnut Hills Park); 4 police and fire/rescue stations (Maryland State Police Barrack Q - College Park, Prince George's County Police Department District 6, Beltsville Volunteer Fire Department Station 31 and Station 41); 1 post office; and 1 library (Beltsville Branch Library) (**Map 2**). No affordable housing developments were identified in this community.

**Environmental Justice populations**: No EJ populations are identified in the Beltsville CEA Analysis Area Community. The EJ Analysis, including EJ principles and the methodology for identifying EJ populations, is provided in **Chapter 4**.



**Beltsville Map 1**

LEGEND
Municipality/Census Designated Place
Census Block Groups
Corridor Study Boundary



## Race & Ethnicity

- Asian Alone — 11%
- Black or African American Alone — 33%
- White Alone — 20%
- Some Other Race Alone & Two or More Races — 6%
- Hispanic or Latino of Any Race — 30%

## Land Use

| | Acres |
|---|---|
| Commercial/Employment | 110 |
| Industrial | 370 |
| Mixed-Use | 62 |
| Park/Open Space | 1,227 |
| Planned Unit/Planned Community | 0 |
| Residential | 743 |
| Transportation | 486 |

## Housing Characteristics

| | Owned | Rented |
|---|---|---|
| Single-Family, Detached | 1,344 | 92 |
| Single-Family, Attached | 220 | 92 |
| 2 & 3-4 Units in Structure | 0 | 57 |
| 5-9 & 10-19 Units in Structure | 64 | 972 |
| 20-49 & 50+ Units in Structure | 11 | 668 |
| Mobile Home, Boat, RV, Van, Etc. | 0 | 0 |

| Total Population | 10,715 |
|---|---|
| *as percent of CEA Analysis Area* | 3% |
| Median Age | 40 |
| Households with One + Persons with a Disability | 758 |
| Range of Median Household Income (Block Groups) | $61,774 – $100,432 |
| Low-Income Populations Identified? | No |
| Population Driving Car/Truck/Van to Work | 5,011 |

*Sources: ACS 5-Year Estimates (2012-2016); City of Gaithersburg GIS; City of Rockville GIS Open Data; Montgomery County/M-NCPPC MCATLAS; Prince George's County Open Data Portal; Fairfax County Open Geospatial Data*



**Beltsville Map 2**

LEGEND
Corridor Study Boundary
CEA Analysis Area Community
K thru 12 Education
Place of Worship
Cemetery
Park Property
Fire Station
Police Station
Library
Post Office

**MANAGED LANES STUDY** 495 270

00038530

# Beltsville CEA Analysis Area Community Impacts

| Alternative | Potential Relocations (#) | Potential Community Facilities Impacted (#) | Existing Land Use Conversion to Study Related Transportation Right-of-Way (ROW) |
|---|---|---|---|
| Alternative 1 (No Build) | None | None | None |
| Alternative 5 | None | Partial right-of-way acquisition from: 1 Park 1 Police Station | **Mixed-Use:** 0.4 acre **Park/Open Space:** 3.2 acres **Residential:** 1.5 acres **Transportation:** 0.8 acre **Total Land Required:** 5.9 acres |
| Alternatives 8 and 9 | None | Partial right-of-way acquisition from: 1 Park 1 Police Station | **Mixed-Use:** 0.4 acre **Park/Open Space:** 3.2 acres **Residential:** 1.8 acres **Transportation:** 0.9 acres **Total Land Required:** 6.3 acres |
| Alternative 10 | None | Partial right-of-way acquisition from: 1 Park 1 Police Station | **Mixed-Use:** 0.4 acre **Park/Open Space:** 3.2 acres **Residential:** 1.8 acres **Transportation:** 0.9 acres **Total Land Required:** 6.3 acres |
| Alternative 13B | None | Partial right-of-way acquisition from: 1 Park 1 Police Station | **Mixed-Use:** 0.4 acre **Park/Open Space:** 3.2 acres **Residential:** 1.8 acres **Transportation:** 0.9 acres **Total Land Required:** 6.3 acres |
| Alternative 13C | None | Partial right-of-way acquisition from: 1 Park 1 Police Station | **Mixed-Use:** 0.4 acre **Park/Open Space:** 3.2 acres **Residential:** 1.8 acres **Transportation:** 0.9 acres **Total Land Required:** 6.3 acres |

## Summary of Impacts from the Screened Alternatives

The Build Alternatives would require no relocations. The Build Alternatives would require partial acquisition from multiple properties, including one park and one police station. The assumed impacts would accommodate mainline widening, new direct access ramps, and stormwater management facilities. Generally, the Build Alternatives would require acquisition of strips of land from undeveloped areas or areas of trees from properties adjacent to I-495. Acquisition of a few larger areas were also assumed for the accommodation of stormwater management facilities.

The Build Alternatives would maintain the existing separation between highway operations and local traffic, bicyclists, and pedestrians through access limits and physical barriers in accordance with state and federal regulations. Where direct access ramps would be constructed, alterations to traffic patterns and roadway/sidewalk networks would be mitigated by the inclusion of signage, high-visibility crosswalk markings, pedestrian countdown signals, and the implementation of a temporary detour network. Emergency services would experience an incremental reduction in response times due reduced congestion on study corridors that is anticipated under the Build Alternatives. Additional capacity would assist in accommodating a population evacuation and improving emergency response access should an event related to homeland security occur. The proposed Build Alternatives would not eliminate access or provide new access to properties, nor would they impede access between residences and community facilities and business, as no properties are accessed directly from I-495 or I-270. However, an incremental enhancement to access may occur due to reduced congestion on study corridors.

Changes to land use and development would be incremental and limited to those properties directly affected by property acquisition. It is anticipated that the Build Alternatives would have negligible impact on the overall population or demographic patterns within the CEA Analysis Area. Further, Build Alternatives would not change the sense of cohesion or interactions between persons or groups within the community as no relocations would occur. Isolation of properties, persons, or groups would not occur due to the parallel nature of the proposed improvements along the existing highway.

Properties immediately adjacent to the improved highway may experience an increase in noise impacts as noise generators (travel lanes) are moved closer to receptors; however, the increased noise experienced by properties set back from the highway would be negligible. Based on current analysis, this community contains one noise sensitive land use/activity area (NSA) where existing noise barriers would be displaced by construction and replaced by reconstructed barriers; NSA where there are no existing noise barriers, but new barriers would be constructed; and two NSAs that do not meet the feasible and reasonable criteria for noise abatement. Additional noise abatement information, including mapping, is available in the Noise Technical Report (DEIS, Appendix J).

Properties immediately adjacent to the improved highway may experience a change in viewshed where the roadway features including direct managed lanes access ramps, new interchange ramps, and other structures may be introduced; however, the Build Alternatives would not result in changes to viewsheds or visual impacts incompatible with the existing visual character or qualities of the larger community. Additional information on visual impacts is provided in Chapter 3, Section 5.2.

00038531

# College Park CEA Analysis Area Community



**Location**: The College Park CEA Analysis Area Community includes six Census block groups and covers 1,658 acres, overlapping the northern portion of the City of College Park along I-495 (**Map 1**). The CEA Analysis Area Community is bordered roughly by: I-95/I-495 to the north; the Greenbelt Metro Station, Lackawanna Street, and Rhode Island Avenue and the Metro to the east; University Boulevard and Metzerott Road to the south; and the PEPCO power transmission line to the west.

**Planning & Development**: Planning and development within this CEA Analysis Area Community is guided by the *College Park-Riverdale Transit District Development Plan* (2015), the *Greenbelt Metro Area and MD 193 Corridor Sector Plan and Sectional Map Amendment* (DDOZ) (2013), and the *Approved Central US 1 Corridor Sector Plan and Sectional Map Amendment* (2010). Development patterns and density are typical of an older, inner suburb, with shopping centers and light industrial uses clustered around arterial roadways such as Baltimore Avenue. Tree-lined residential developments of single-family houses and large apartment buildings as well as pockets of forested lands and parks are located along local and arterial roadways.

**Community Facilities**: Located within the CEA Analysis Area Community are: 2 schools (Hollywood Elementary School, Al Huda School); 7 places of worship (Berwyn Baptist Church, Chinese Bible Church, College Park Church of the Nazarene, College Park United Methodist Church, College Park Wesleyan Church, D.C. Center of Self Realization Fellowship, Holy Redeemer Metropolitan Community Church); 7 parks (Cherry Hill Road Park, Hollywood Park, Cherry Hill Park, College Park Woods Park, Paint Branch Stream Valley Park Units 1 and 2, Acredale Park); and 1 post office (**Map 2**). No affordable housing developments were identified in this community.

**Environmental Justice populations**: Five of the 6 College Park CEA Analysis Area Community block groups (8069.00 – 1, 8069.00 – 2, 8070.00 – 2, 8073.01 – 1, and 8073.01 - 2) are identified as EJ populations. The EJ Analysis, including EJ principles and the methodology for identifying EJ populations, is provided in **Chapter 4**.









| Total Population | 10,545 |
|---|---|
| *as percent of CEA Analysis Area* | 3% |
| Median Age | 33 |
| Households with One + Persons with a Disability | 595 |
| Range of Median Household Income (Block Groups) | $28,654- $107,831 |
| Low-Income Populations Identified? | Yes |
| Population Driving Car/Truck/Van to Work | 4,587 |

*Sources: ACS 5-Year Estimates (2012-2016); City of Gaithersburg GIS; City of Rockville GIS Open Data; Montgomery County/M-NCPPC MCATLAS; Prince George's County Open Data Portal; Fairfax County Open Geospatial Data*

# College Park CEA Analysis Area Community Impacts

| Alternative | Potential Relocations (#) | Potential Community Facilities Impacted (#) | Existing Land Use Conversion to Study Related Transportation Right-of-Way (ROW) |
|---|---|---|---|
| Alternative 1 (No Build) | None | None | None |
| Alternative 5 | None | Partial right-of-way acquisition from: 2 Parks | **Commercial/Employment**: 0.1 acre<br>**Mixed-Use**: 0.2 acre<br>**Park/Open Space**: 1.6 acres<br>**Residential**: 12.9 acres<br>**Transportation**: 1.4 acres<br>**Total Land Required**: 16.2 acres |
| Alternatives 8 and 9 | None | Partial right-of-way acquisition from: 2 Parks | **Commercial/Employment**: 0.1 acre<br>**Mixed-Use**: 0.2 acre<br>**Park/Open Space**: 1.8 acres<br>**Residential**: 12.9 acres<br>**Transportation**: 1.4 acres<br>**Total Land Required**: 16.4 acres |
| Alternative 10 | None | Partial right-of-way acquisition from: 2 Parks | **Commercial/Employment**: 0.1 acre<br>**Mixed-Use**: 0.2 acre<br>**Park/Open Space**: 1.8 acres<br>**Residential**: 12.9 acres<br>**Transportation**: 1.4 acres<br>**Total Land Required**: 16.4 acres |
| Alternative 13B | None | Partial right-of-way acquisition from: 2 Parks | **Commercial/Employment**: 0.1 acre<br>**Mixed-Use**: 0.2 acre<br>**Park/Open Space**: 1.8 acres<br>**Residential**: 12.9 acres<br>**Transportation**: 1.4 acres<br>**Total Land Required**: 16.4 acres |
| Alternative 13C | None | Partial right-of-way acquisition from: 2 Parks | **Commercial/Employment**: 0.1 acre<br>**Mixed-Use**: 0.2 acre<br>**Park/Open Space**: 1.8 acres<br>**Residential**: 12.9 acres<br>**Transportation**: 1.4 acres<br>**Total Land Required**: 16.4 acres |

## Summary of Impacts from the Screened Alternatives

The Build Alternatives would require no relocations. They would require partial acquisitions from multiple properties, including two park properties. The assumed impacts would accommodate mainline widening, new direct access ramps, and stormwater management facilities. Generally, the Build Alternatives would require acquisition of strips of land from undeveloped areas or areas of trees from properties adjacent to I-495. Acquisition of a few larger areas were also assumed for the accommodation of stormwater management facilities.

The Build Alternatives would maintain the existing separation between highway operations and local traffic, bicyclists, and pedestrians through access limits and physical barriers in accordance with state and federal regulations. Where direct access ramps would be constructed, alterations to traffic patterns and roadway/sidewalk networks would be mitigated by the inclusion of signage, high-visibility crosswalk markings, pedestrian countdown signals, and the implementation of a temporary detour network. Emergency services would experience an incremental reduction in response times due reduced congestion on study corridors that is anticipated under the Build Alternatives. Additional capacity would assist in accommodating a population evacuation and improving emergency response access should an event related to homeland security occur. The proposed Build Alternatives would not eliminate access or provide new access to properties, nor would they impede access between residences and community facilities and business, as no properties are accessed directly from I-495 or I-270. However, an incremental enhancement to access may occur due to reduced congestion on study corridors.

Changes to land use and development would be incremental and limited to those properties directly affected by property acquisition. It is anticipated that the Build Alternatives would have negligible impact on the overall population or demographic patterns within the CEA Analysis Area. Further, Build Alternatives would not change the sense of cohesion or interactions between persons or groups within the community as no relocations would occur. Isolation of properties, persons, or groups would not occur due to the parallel nature of the proposed improvements along the existing highway.

Properties immediately adjacent to the improved highway may experience an increase in noise impacts as noise generators (travel lanes) are moved closer to receptors; however, the increased noise experienced by properties set back from the highway would be negligible. Based on current analysis, this community contains three noise sensitive land use/activity areas (NSAs) where existing noise barriers would be displaced by construction and replaced by reconstructed barriers. Additional noise abatement information, including mapping, is available in the Noise Technical Report (DEIS, Appendix J).

Properties immediately adjacent to the improved highway may experience a change in viewshed where the roadway features including direct managed lanes access ramps, new interchange ramps, and other structures may be introduced; however, the Build Alternatives would not result in changes to viewsheds or visual impacts incompatible with the existing visual character or qualities of the larger community. Additional information on visual impacts is provided in Chapter 3, Section 5.2.

Information on the potential beneficial and adverse effects to EJ populations is provided in the EJ Analysis in Chapter 4. Effects to the following resources within EJ populations are considered: human health and safety, air quality, noise, water quality, hazardous materials sites, natural resources, visual landscape and aesthetic values, economy and employment, access and mobility, community cohesion/isolation and quality of life, and tolling.

00038533

# Greenbelt CEA Analysis Area Community



**Location:** The Greenbelt CEA Analysis Area Community includes 16 Census block groups and covers 9,072 acres, including the City of Greenbelt and surrounding areas along I-495 (**Map 1**). The community is bordered roughly by: Odell, Muirkirk, and Springfield Roads to the north; I-295, Beaver Dam Road, Soil Conservation/Hubbel Road, and Greenbelt Road to the east; Good Luck Road to the south; and Kenilworth Avenue, the Greenbelt Metro Station and Edmonton Road to the west.

**Planning & Development:** Planning and development within this CEA Analysis Area Community is guided by the *Approved Greenbelt Metro Area and MD 193 Corridor Sector Plan and Sectional Map Amendment* (2013) and the *Greenbelt Metro Area Approved Sector Plan and Sectional Map Amendment* (2001). Development patterns are typical of an older suburb, with light industrial uses clustered around arterial roadways and tree-lined residential developments featuring a variety of housing including single-family detached homes, single-family attached homes, and medium-size apartment complexes. Forest lands and parks are located along local and arterial roadways, which are laid out in both gridded and curvilinear patterns.

**Community Facilities:** Located within the CEA Analysis Area Community are: 7 schools (Greenbelt Elementary School, Springhill Lake Elementary School, Turning Point Academy Public Charter School, Dora Kennedy French Immersion School, Eleanor Roosevelt High School, Greenbelt Middle School, Goddard Child Development Center); 9 places of worship (Faith Ministries, Greenbelt Baptist Church, Greenbelt Community Church, Holy Cross Lutheran Church, Mishkan Torah Synagogue, Mowatt Memorial United Methodist Church, New Carrollton Bible Church, Saint Hugh Catholic Church, Trinity Assembly of God); 1 cemetery, 10 parks/parkways and recreation centers (Good Luck Estates Park, Buddy Attick Lake Park, Youth Memorial Sports Park, McDonald Field, Greenbelt Park, Springfield Road Park, Bedford Park, Greenbelt Dog Park, Baltimore-Washington Parkway, Lanham Boys and Girls Club Field); 2 police and fire/rescue stations (Greenbelt Police Department, Greenbelt Volunteer Fire Department Station 35); 1 library (Greenbelt Branch Library); and 2 post offices (**Map 2**). There are 4 affordable housing developments (Guide Nashville Homes, Guide Trexler House, Vesta Thirteen, Green Ridge House).

**Environmental Justice populations:** Fifteen of the 16 Greenbelt CEA Analysis Area Community block groups (8067.06 – 1, 8067.06 – 2, 8067.06 – 3, 8067.08 – 1, 8067.08 – 2, 8067.08 – 3, 8067.10 – 2, 8067.10 – 3, 8067.12 – 1, 8067.12 – 2, 8067.13 – 1, 8067.13 – 2, 8067.14 – 1, 8067.14 – 2, 8074.08 – 1, and 8074.08 - 2) are identified as EJ populations. The EJ Analysis, including EJ principles and the methodology for identifying EJ populations, is provided in **Chapter 4**.











| Total Population | 26,564 |
|---|---|
| *as percent of CEA Analysis Area* | 8% |
| Median Age | 37 |
| Households with One + Persons with a Disability | 1,789 |
| Range of Median Household Income (Block Groups) | $41,892- $104,931 |
| Low-Income Populations Identified? | Yes |
| Population Driving Car/Truck/Van to Work | 11,286 |

*Sources: ACS 5-Year Estimates (2012-2016); City of Gaithersburg GIS; City of Rockville GIS Open Data; Montgomery County/M-NCPPC MCATLAS; Prince George's County Open Data Portal; Fairfax County Open Geospatial Data*



# Greenbelt CEA Analysis Area Community Impacts

| Alternative | Potential Relocations (#) | Potential Community Facilities Impacted (#) | Existing Land Use Conversion to Study Related Transportation Right-of-Way (ROW) |
|---|---|---|---|
| Alternative 1 (No Build) | None | None | None |
| Alternative 5 | None | Partial right-of-way acquisition from: 2 Places of Worship 1 Recreation Center 3 Parks | **Commercial/Employment**: 2.8 acres **Mixed-Use**: 10.2 acres **Park/Open Space**: 4.6 acres **Residential**: 8.5 acres **Transportation**: 2.2 acres **Total Land Required**: 28.3 acres |
| Alternatives 8 and 9 | None | Partial right-of-way acquisition from: 2 Places of Worship 1 Recreation Center 3 Parks | **Commercial/Employment**: 3.9 acres **Mixed-Use**: 10.6 acres **Park/Open Space**: 4.8 acres **Residential**: 9.7 acres **Transportation**: 2.5 acres **Total Land Required**: 31.5 acres |
| Alternative 10 | None | Partial right-of-way acquisition from: 2 Places of Worship 1 Recreation Center 3 Parks | **Commercial/Employment**: 3.9 acres **Mixed-Use**: 10.6 acres **Park/Open Space**: 4.8 acres **Residential**: 9.7 acres **Transportation**: 2.5 acres **Total Land Required**: 31.5 acres |
| Alternative 13B | None | Partial right-of-way acquisition from: 2 Places of Worship 1 Recreation Center 3 Parks | **Commercial/Employment**: 3.9 acres **Mixed-Use**: 10.6 acres **Park/Open Space**: 4.8 acres **Residential**: 9.7 acres **Transportation**: 2.5 acres **Total Land Required**: 31.5 acres |
| Alternative 13C | None | Partial right-of-way acquisition from: 2 Places of Worship 1 Recreation Center 3 Parks | **Commercial/Employment**: 3.9 acres **Mixed-Use**: 10.6 acres **Park/Open Space**: 4.8 acres **Residential**: 9.7 acres **Transportation**: 2.5 acres **Total Land Required**: 31.5 acres |

## Summary of Impacts from the Screened Alternatives

The Build Alternatives would require no relocations. The Build Alternatives would require partial acquisitions from multiple properties, including two places of worship, one recreation center, and two park properties. The assumed impacts would require acquisition of mainline widening, new direct access ramps, and stormwater management facilities. Generally, the Build Alternatives would require acquisition of strips of land from undeveloped areas or areas of trees from properties adjacent to I-495. Acquisition of a few larger areas were also assumed for the accommodation of stormwater management facilities.

The Build Alternatives would maintain the existing separation between highway operations and local traffic, bicyclists, and pedestrians through access limits and physical barriers in accordance with state and federal regulations. Where direct access ramps would be constructed, alterations to traffic patterns and roadway/sidewalk networks would be mitigated by the inclusion of signage, high-visibility crosswalk markings, pedestrian countdown signals, and the implementation of a temporary detour network. Emergency services would experience an incremental reduction in response times due reduced congestion on study corridors that is anticipated under the Build Alternatives. Additional capacity would assist in accommodating a population evacuation and improving emergency response access should an event related to homeland security occur. The proposed Build Alternatives would not eliminate access or provide new access to properties, nor would they impede access between residences and community facilities and business, as no properties are accessed directly from I-495 or I-270. However, an incremental enhancement to access may occur due to reduced congestion on study corridors.

Changes to land use and development would be incremental and limited to those properties directly affected by property acquisition. It is anticipated that the Build Alternatives would have negligible impact on the overall population or demographic patterns within the CEA Analysis Area. Further, Build Alternatives would not change the sense of cohesion or interactions between persons or groups within the community as no relocations would occur. Isolation of properties, persons, or groups would not occur due to the parallel nature of the proposed improvements along the existing highway.

Properties immediately adjacent to the improved highway may experience an increase in noise impacts as noise generators (travel lanes) are moved closer to receptors; however, the increased noise experienced by properties set back from the highway would be negligible. Based on current analysis, this community contains one noise sensitive land use/activity area (NSA) where existing noise barriers would be displaced by construction and replaced by reconstructed barriers; four NSAs where there are no existing noise barriers, but new barriers would be constructed; and two NSAs that does not meet the feasible and reasonable criteria for noise abatement. Additional noise abatement information, including mapping, is available in the Noise Technical Report (DEIS, Appendix J).

Properties immediately adjacent to the improved highway may experience a change in viewshed where the roadway features including direct managed lanes access ramps, new interchange ramps, and other structures may be introduced; however, the Build Alternatives would not result in changes to viewsheds or visual impacts incompatible with the existing visual character or qualities of the larger community. Additional information on visual impacts is provided in Chapter 3, Section 5.2.

Information on the potential beneficial and adverse effects to EJ populations is provided in the EJ Analysis in Chapter 4. Effects to the following resources within EJ populations are considered: human health and safety, air quality, noise, water quality, hazardous materials sites, natural resources, visual landscape and aesthetic values, economy and employment, access and mobility, community cohesion/isolation and quality of life, and tolling.

# Seabrook CEA Analysis Area Community



**Location**: The Seabrook CEA Analysis Area Community includes three Census block groups and covers 600 acres, overlapping with the southwest corner of the Seabrook Census-Designated Place along I-495 (**Map 1**). The community is bordered roughly by: Good Luck Road to the north; Bald Hill Branch to the east; the Metro (Green Line) to the south; and I-495/I-95 to the west.

**Planning & Development**: Planning is guided by the *Glenn Dale-Seabrook-Lanham and Vicinity Approved Sector Plan and Sectional Map Amendment* (2010). Development patterns and density are typical of a suburb, with a predominance of single-family houses oriented around curvilinear and gridded local roadways.

**Community Facilities**: Located within the CEA Analysis Area Community are: 9 places of worship (Capital Bible Seminary, Christ Apostolic Church, Grace Presbyterian Church, Jehovah's Witness Kingdom Hall, Lanham Church of God, Murugan Temple of North America, New Beginnings Church of God of Prophecy, Prince George's Muslim Association, Saint Cosmas of Aitolia Orthodox Church); 3 parks (Dresden Green Park, Hynesboro Park, Cipriano Park); 2 police and fire/rescue stations (New Carrollton Police Department, West Lanham Hills Volunteer Fire Department Station 48). Additionally, 2 affordable housing developments (VOA Lanham, Vesta Housing, Inc.) are located in this community (**Map 2**). No schools are located in this community.

**Environmental Justice populations**: All 3 of the Seabrook CEA Analysis Area Community block groups (8036.06 – 2, 8036.06 – 3, and 8036.06 - 4) are identified as EJ populations. The EJ Analysis, including EJ principles and the methodology for identifying EJ populations, is provided in **Chapter 4**.







| Total Population | 4,021 |
|---|---|
| *as percent of CEA Analysis Area* | 1% |
| Median Age | 40 |
| Households with One + Persons with a Disability | 387 |
| Range of Median Household Income (Block Groups) | $64,575- $84,013 |
| Low-Income Populations Identified? | No |
| Population Driving Car/Truck/Van to Work | 1,531 |

Sources: ACS 5-Year Estimates (2012-2016); City of Gaithersburg GIS; City of Rockville GIS Open Data; Montgomery County/M-NCPPC MCATLAS; Prince George's County Open Data Portal; Fairfax County Open Geospatial Data



00038536

# Seabrook CEA Analysis Area Community Impacts

| Alternative | Potential Relocations (#) | Potential Community Facilities Impacted (#) | Existing Land Use Conversion to Study Related Transportation Right-of-Way (ROW) | Summary of Impacts from the Screened Alternatives |
|---|---|---|---|---|
| Alternative 1 (No Build) | None | None | None | The Build Alternatives would require no relocations. The Build Alternatives would require partial acquisition from multiple properties, including two places of worship. The assumed impacts would accommodate mainline widening, new direct access ramps, and stormwater management facilities. Generally, the Build Alternatives would require acquisition of strips of land from undeveloped areas or areas of trees from properties adjacent to I-495. Acquisition of a few larger areas were also assumed for the accommodation of stormwater management facilities.

The Build Alternatives would maintain the existing separation between highway operations and local traffic, bicyclists, and pedestrians through access limits and physical barriers in accordance with state and federal regulations. Where direct access ramps would be constructed, alterations to traffic patterns and roadway/sidewalk networks would be mitigated by the inclusion of signage, high-visibility crosswalk markings, pedestrian countdown signals, and the implementation of a temporary detour network. Emergency services would experience an incremental reduction in response times due reduced congestion on study corridors that is anticipated under the Build Alternatives. Additional capacity would assist in accommodating a population evacuation and improving emergency response access should an event related to homeland security occur. The proposed Build Alternatives would not eliminate access or provide new access to properties, nor would they impede access between residences and community facilities and business, as no properties are accessed directly from I-495 or I-270. However, an incremental enhancement to access may occur due to reduced congestion on study corridors. |
| Alternative 5 | None | Partial right-of-way acquisition from: 2 Places of Worship | **Commercial/Employment**: 0.2 acre<br>**Residential**: 3.0 acres<br>**Transportation**: 0.5 acre<br>**Total Land Required**: 3.7 acres | |
| Alternatives 8 and 9 | None | Partial right-of-way acquisition from: 2 Places of Worship | **Commercial/Employment**: 0.2 acre<br>**Residential**: 3.9 acres<br>**Transportation**: 0.5 acre<br>**Total Land Required**: 4.6 acres | Changes to land use and development would be incremental and limited to those properties directly affected by property acquisition. It is anticipated that the Build Alternatives would have negligible impact on the overall population or demographic patterns within the CEA Analysis Area. Further, Build Alternatives would not change the sense of cohesion or interactions between persons or groups within the community as no relocations would occur. Isolation of properties, persons, or groups would not occur due to the parallel nature of the proposed improvements along the existing highway.

Properties immediately adjacent to the improved highway may experience an increase in noise impacts as noise generators (travel lanes) are moved closer to receptors; however, the increased noise experienced by properties set back from the highway would be negligible. Based on current analysis, this community contains one noise sensitive land use/activity area (NSA) where existing noise barriers would be displaced by construction and replaced by reconstructed barriers; and two NSAs where existing noise barriers would be reconstructed and extended. Additional noise abatement information, including mapping, is available in the Noise Technical Report (DEIS, Appendix J).

Properties immediately adjacent to the improved highway may experience a change in viewshed where the roadway features including direct managed lanes access ramps, new interchange ramps, and other structures may be introduced; however, the Build Alternatives would not result in changes to viewsheds or visual impacts incompatible with the existing visual character or qualities of the larger community. Additional information on visual impacts is provided in Chapter 3, Section 5.2.

Information on the potential beneficial and adverse impacts to EJ populations is provided in the EJ Analysis in Chapter 4. Effects to the following resources within EJ populations are considered: human health and safety, air quality, noise, water quality, hazardous materials sites, natural resources, visual landscape and aesthetic values, economy and employment, access and mobility, community cohesion/isolation and quality of life, and tolling. |
| Alternative 10 | None | Partial right-of-way acquisition from: 2 Places of Worship | **Commercial/Employment**: 0.2 acre<br>**Residential**: 3.9 acres<br>**Transportation**: 0.5 acre<br>**Total Land Required**: 4.6 acres | |
| Alternative 13B | None | Partial right-of-way acquisition from: 2 Places of Worship | **Commercial/Employment**: 0.2 acre<br>**Residential**: 3.9 acres<br>**Transportation**: 0.5 acre<br>**Total Land Required**: 4.6 acres | |
| Alternative 13C | None | Partial right-of-way acquisition from: 2 Places of Worship | **Commercial/Employment**: 0.2 acre<br>**Residential**: 3.9 acres<br>**Transportation**: 0.5 acre<br>**Total Land Required**: 4.6 acres | |

00038537

# New Carrollton CEA Analysis Area Community



**Location:** The New Carrollton CEA Analysis Area Community includes five Census block groups and covers 957 acres, overlapping the City of New Carrollton plus area outside of the municipal boundary (**Map 1**). This community is bordered roughly by: Good Luck Road and Lamont Drive to the north; I-95/I-495 and the WMATA Metro Green line to the east and south; and Ardwick Ardmore Road, Annapolis Road (MD 450), Riverdale Road and Martina Terrace to the west.

**Planning & Development:** Planning is guided by the *New Carrollton Transit District Development Plan and Transit District Overlay Land Use Map Amendment* (May 2010) and the *Master Plan and Sectional Map Amendment for Bladensburg-New Carrollton and Vicinity (Planning Area 69)* (1994). Development patterns and density are typical of a suburb, with a predominance of single-family houses and medium-size apartment buildings oriented around curvilinear local roadways and shopping centers and community facilities oriented around arterial roadways such as Annapolis Road.

**Community Facilities:** Located within the CEA Analysis Area Community are: 3 schools (Carrollton Elementary School, Robert Frost Elementary School, Margaret Brent Regional School); 4 places of worship (Ascension Lutheran Church, Chua Quan Am Pho Chieu Ni Vien, Heart of God Baptist Church, Saint Christopher's Episcopal Church); 6 parks and recreation centers (Robert Frost Park, Beckett Field, West Lanham Hills Neighborhood Park and Recreation Center, Vera Cope Weinbach Neighborhood Park and Recreation Center, New Carrollton Recreation Center); 1 fire/rescue station (Volunteer Fire Department and Rescue Squad of West Lanham Hills); 1 library (New Carrollton Branch Library); and 1 post office (**Map 2**). No affordable housing developments were identified in this community.

**Environmental Justice populations:** All 5 of the New Carrollton CEA Analysis Area Community block groups (8036.05 – 1, 8036.05 – 4, 8036.10 – 1, 8036.12 – 1, and 8036.12 - 2) are identified as EJ populations. The EJ Analysis, including EJ principles and the methodology for identifying EJ populations, is provided in **Chapter 4**.



## Race & Ethnicity

- Asian Alone
- Black or African American Alone
- White Alone
- Some Other Race Alone & Two or More Races
- Hispanic or Latino of Any Race

2%, 26%, 5%, 9%, 58%



## Land Use

■ Acres

| Land Use | Acres |
|---|---|
| Commercial/Employment | 49 |
| Industrial | 1 |
| Mixed-Use | 143 |
| Park/Open Space | 33 |
| Planned Unit/Planned Community | 0 |
| Residential | 468 |
| Transportation | 263 |



## Housing Characteristics

■ Owned  ■ Rented

| | Single-Family, Detached | Single-Family, Attached | 2& 3-4 Units in Structure | 5-9 & 10-19 Units in Structure | 20-49 & 50+ Units in Structure | Mobile Home, Boat, RV, Van, Etc. |
|---|---|---|---|---|---|---|
| Owned | 1,876 | 53 | 34 | 38 | 28 | 7 |
| Rented | 139 | 5 | 0 | 634 | 45 | 0 |

| Total Population | 9,150 |
|---|---|
| *as percent of CEA Analysis Area* | 3% |
| Median Age | 34 |
| Households with One + Persons with a Disability | 604 |
| Range of Median Household Income (Block Groups) | $46,985- $93,375 |
| Low-Income Populations Identified? | Yes |
| Population Driving Car/Truck/Van to Work | 3,180 |

*Sources: ACS 5-Year Estimates (2012-2016); City of Gaithersburg GIS; City of Rockville GIS Open Data; Montgomery County/M-NCPPC MCATLAS; Prince George's County Open Data Portal; Fairfax County Open Geospatial Data*



**New Carrollton Map 1**

8036.05 -1
8036.05 -4
8036.10 -1
8036.12 -2
8036.12 -1

LEGEND
Municipality/Census Designated Place
Census Block Groups
Corridor Study Boundary

**New Carrollton Map 2**

LEGEND
■ Corridor Study Boundary
□ CEA Analysis Area Community
☆ K thru 12 Education
□ Place of Worship
■ Park Property
● Recreation Center
● Fire Station
▲ Post Office
□ Library

MANAGED LANES STUDY  495 270

00038538

# New Carrollton CEA Analysis Area Community Impacts

| Alternative | Potential Relocations (#) | Potential Community Facilities Impacted (#) | Existing Land Use Conversion to Study Related Transportation Right-of-Way (ROW) | Summary of Impacts from the Screened Alternatives |
|---|---|---|---|---|
| Alternative 1 (No Build) | None | None | None | **Summary of Impacts from the Screened Alternatives**<br><br>The Build Alternatives would require no relocations. The Build Alternatives would require partial acquisition from multiple properties, including one park/recreation center. The assumed impacts would accommodate mainline widening, new direct access ramps, and stormwater management facilities. Generally, the Build Alternatives would require acquisition of strips of land from undeveloped areas or areas of trees from properties adjacent to I-495. Acquisition of a few larger areas were also assumed for the accommodation of stormwater management facilities.<br><br>The Build Alternatives would maintain the existing separation between highway operations and local traffic, bicyclists, and pedestrians through access limits and physical barriers in accordance with state and federal regulations. Where direct access ramps would be constructed, alterations to traffic patterns and roadway/sidewalk networks would be mitigated by the inclusion of signage, high-visibility crosswalk markings, pedestrian countdown signals, and the implementation of a temporary detour network. Emergency services would experience an incremental reduction in response times due reduced congestion on study corridors that is anticipated under the Build Alternatives. Additional capacity would assist in accommodating a population evacuation and improving emergency response access should an event related to homeland security occur. The proposed Build Alternatives would not eliminate access or provide new access to properties, nor would they impede access between residences and community facilities and business, as no properties are accessed directly from I-495 or I-270. However, an incremental enhancement to access may occur due to reduced congestion on study corridors. |
| Alternative 5 | None | Partial right-of-way acquisition from: 1 Park/Recreation Center | **Residential**: 3.7 acres<br>**Transportation**: 0.6 acre<br>**Total Land Required**: 4.3 acres | |
| Alternatives 8 and 9 | None | Partial right-of-way acquisition from: 1 Park/Recreation Center | **Residential**: 4.4 acres<br>**Transportation**: 0.9 acre<br>**Total Land Required**: 5.3 acres | Changes to land use and development would be incremental and limited to those properties directly affected by property acquisition. It is anticipated that the Build Alternatives would have negligible impact on the overall population or demographic patterns within the CEA Analysis Area. Further, Build Alternatives would not change the sense of cohesion or interactions between persons or groups within the community as no relocations would occur. Isolation of properties, persons, or groups would not occur due to the parallel nature of the proposed improvements along the existing highway.<br><br>Properties immediately adjacent to the improved highway may experience an increase in noise impacts as noise generators (travel lanes) are moved closer to receptors; however, the increased noise experienced by properties set back from the highway would be negligible. Based on current analysis, this community contains one noise sensitive land use/activity area (NSA) where existing noise barriers would be displaced by construction and replaced by reconstructed barriers. Additional noise abatement information, including mapping, is available in the Noise Technical Report (DEIS, Appendix J). |
| Alternative 10 | None | Partial right-of-way acquisition from: 1 Park/Recreation Center | **Residential**: 4.4 acres<br>**Transportation**: 0.9 acre<br>**Total Land Required**: 5.3 acres | Properties immediately adjacent to the improved highway may experience a change in viewshed where the roadway features including direct managed lanes access ramps, new interchange ramps, and other structures may be introduced; however, the Build Alternatives would not result in changes to viewsheds or visual impacts incompatible with the existing visual character or qualities of the larger community. Additional information on visual impacts is provided in Chapter 3, Section 5.2. |
| Alternative 13B | None | Partial right-of-way acquisition from: 1 Park/Recreation Center | **Residential**: 4.4 acres<br>**Transportation**: 0.9 acre<br>**Total Land Required**: 5.3 acres | Information on the potential beneficial and adverse effects to EJ populations is provided in the EJ Analysis in Chapter 4. Effects to the following resources within EJ populations are considered: human health and safety, air quality, noise, water quality, hazardous materials sites, natural resources, visual landscape and aesthetic values, economy and employment, access and mobility, community cohesion/isolation and quality of life, and tolling. |
| Alternative 13C | None | Partial right-of-way acquisition from: 1 Park/Recreation Center | **Residential**: 4.4 acres<br>**Transportation**: 0.9 acres<br>**Total Land Required**: 5.3 acres | |

00038539

# Landover Hills CEA Analysis Area Community

**Location**: The Landover Hills CEA Analysis Area Community includes one Census block group and covers 141 acres, overlapping a small portion of east Landover Hills Census-Designated Place along I-495 (**Map 1**). The CEA Analysis Area Community is bordered roughly by: Annapolis Road (Route 450) and Ardwick Ardmore Road to the north; the interchange of Veterans Parkway (MD 410) and US 50 to the east; US 50 to the south; and 72nd Avenue to the west.

**Planning & Development**: Planning and development within this CEA Analysis Area Community is guided by the *Approved Subregion 4 Master Plan and Sectional Map Amendment* (June 2010). Development consists of primarily single-family houses within tree-lined residential developments located along local and arterial roadways.

**Community Facilities**: Located within the CEA Analysis Area Community are: 1 school (Saint Mary's Catholic School); 2 places of worship (Landover Hills Baptist Church, Saint Mary's Catholic Church); and 1 park (Bellemead Park) (**Map 2**). No schools or affordable housing developments were identified in this community.

**Environmental Justice populations**: The single block group comprising the Landover Hills CEA Analysis Area Community (8037.00 - 1) is identified as an EJ population. The EJ Analysis, including EJ principles and the methodology for identifying EJ populations, is provided in **Chapter 4**.





Landover Hills Map 1

LEGEND
- Municipality/Census Designated Place
- Census Block Groups
- Corridor Study Boundary



Landover Hills Map 2

LEGEND
- Corridor Study Boundary
- CEA Analysis Area Community
- ☆ K thru 12 Education
- Place of Worship
- Park Property



**Race & Ethnicity**

- Black or African American Alone — 45%
- White Alone — 5%
- Some Other Race Alone & Two or More Races — 9%
- Hispanic or Latino of Any Race — 41%

**Land Use** — ▪ Acres

| Land Use | Acres |
|---|---|
| Commercial/Employment | 0 |
| Industrial | 0 |
| Mixed-Use | 0 |
| Park/Open Space | 1 |
| Planned Unit/Planned Community | 0 |
| Residential | 93 |
| Transportation | 47 |



**Housing Characteristics** — ▪ Owned ▪ Rented

| | Single-Family, Detached | Single-Family, Attached | 2& 3-4 Units in Structure | 5-9 & 10-19 Units in Structure | 20-49 & 50+ Units in Structure | Mobile Home, Boat, RV, Van, Etc. |
|---|---|---|---|---|---|---|
| Owned | 284 | 4 | 0 | 0 | 0 | 0 |
| Rented | 64 | 0 | 0 | 16 | 0 | 0 |

| | |
|---|---|
| **Total Population** | **1,267** |
| *as percent of CEA Analysis Area* | <1% |
| Median Age | 34 |
| Households with One + Persons with a Disability | 72 |
| Range of Median Household Income (Block Groups) | $62,857 |
| Low-Income Populations Identified? | Yes |
| Population Driving Car/Truck/Van to Work | 464 |

*Sources: ACS 5-Year Estimates (2012-2016); City of Gaithersburg GIS; City of Rockville GIS Open Data; Montgomery County/M-NCPPC MCATLAS; Prince George's County Open Data Portal; Fairfax County Open Geospatial Data*

495
270
MANAGED LANES STUDY

# Landover Hills CEA Analysis Area Community Impacts

| Alternative | Potential Relocations (#) | Potential Community Facilities Impacted (#) | Existing Land Use Conversion to Study Related Transportation Right-of-Way (ROW) |
|---|---|---|---|
| Alternative 1 (No Build) | None | None | None |
| Alternative 5 | None | None | None |
| Alternatives 8 and 9 | None | None | None |
| Alternative 10 | None | None | None |
| Alternative 13B | None | None | None |
| Alternative 13C | None | None | None |

## Summary of Impacts from the Screened Alternatives

The Build Alternatives would not impact right-of-way or land use within the Landover Hills CEA Analysis Area Community.  This community is set back from the area of the proposed improvements

The Build Alternatives would maintain the existing separation between highway operations and local traffic, bicyclists, and pedestrians through access limits and physical barriers in accordance with state and federal regulations. Emergency services would experience an incremental reduction in response times due reduced congestion on study corridors that is anticipated under the Build Alternatives. Additional capacity would assist in accommodating a population evacuation and improving emergency response access should an event related to homeland security occur. The proposed Build Alternatives would not eliminate access or provide new access to properties, nor would they impede access between residences and community facilities and business, as no properties are accessed directly from I-495 or I-270. However, an incremental enhancement to access may occur due to reduced congestion on study corridors.

The Build Alternatives would result in no changes to land use and development. It is anticipated that the Build Alternatives would have negligible impact on the overall population or demographic patterns within the CEA Analysis Area. Further, Build Alternatives would not change the sense of cohesion or interactions between persons or groups within the community. Isolation of properties, persons, or groups would not occur due to the proposed improvements along the existing highway.

Based on current analysis, this community does not contain any noise sensitive land use/activity areas (NSAs). Noise abatement information for NSAs along the study corridor, including mapping, is available in the Noise Technical Report (DEIS, Appendix J).
Similarly, the Build Alternatives would not result in changes to viewsheds or visual impacts incompatible with the existing visual character or qualities of the community.  Additional information on visual impacts is provided in Chapter 3, Section 5.2.

Information on the potential beneficial and adverse effects to EJ populations is provided in the EJ Analysis in Chapter 4. Effects to the following resources within EJ populations are considered: human health and safety, air quality, noise, water quality, hazardous materials sites, natural resources, visual landscape and aesthetic values, economy and employment, access and mobility, community cohesion/isolation and quality of life, and tolling.

00038541

# Lanham CEA Analysis Area Community



**Location**: The Lanham CEA Analysis Area Community includes four Census block groups and covers 1,294 acres, overlapping the southern portion of the Lanham Census-Designated Place along I-495 (**Map 1**). The CEA Analysis Area Community is bordered roughly by: Annapolis Road to the north; Martin Luther King, Jr. Highway and US 50 to the south; and I-495 to the west.

**Planning & Development**: Planning and development within this CEA Analysis Area Community is guided by the *Glenn Dale-Seabrook-Lanham and Vicinity Approved Sector Plan and Sectional Map Amendment* (2010). Development patterns and density are typical of an older suburb, with shopping centers and light industrial uses clustered around arterial roadways such as Annapolis Road and Martin Luther King, Jr. Highway. Tree-lined residential developments of single-family houses and large apartment buildings as well as pockets of forested lands and parks are located along local and arterial roadways.

**Community Facilities**: Located within the CEA Analysis Area Community are: 5 schools (James McHenry Elementary School, Thomas Johnson Middle School, High Road Academy, The Forbush School, High Road Upper School); 7 places of worship (Iglesia de Dios Septimo Dia, Iglesia Pentecostes Sinai, Lanham United Methodist Church, Mount Calvary Baptist Church, New Creations Christian Church, Saint Matthias Catholic Church, Tumaini Baptist Church); 4 parks (Whitfield Chapel Park, Bald Hill Stream Valley Park, Lanham Forest Park, Tabbs Park) (**Map 2**). Additionally, 1 affordable housing development (Vesta Enteka) is located in this community.

**Environmental Justice populations**: All 4 of the Lanham CEA Analysis Area Community block groups (8036.08 – 1, 8036.08 – 2, 8036.08 – 3, and 8036.08 - 4) are identified as EJ populations. The EJ Analysis, including EJ principles and the methodology for identifying EJ populations, is provided in **Chapter 4**.



Lanham Map 1

LEGEND
- Municipality/Census Designated Place
- Census Block Groups
- Corridor Study Boundary



Lanham Map 2

LEGEND
- Corridor Study Boundary
- CEA Analysis Area Community
- ☆ K thru 12 Education
- ■ Place of Worship
- △ Cemetery
- ■ Park Property



### Race & Ethnicity

- Asian Alone — 3%
- Black or African American Alone — 58%
- White Alone — 7%
- Some Other Race Alone & Two or More Races — 2%
- Hispanic or Latino of Any Race — 30%
- (2%)

### Land Use

■ Acres

| Land Use | Acres |
|---|---|
| Commercial/Employment | 43 |
| Industrial | 314 |
| Mixed-Use | 29 |
| Park/Open Space | 105 |
| Planned Unit/Planned Community | 0 |
| Residential | 541 |
| Transportation | 262 |



### Housing Characteristics

■ Owned  ■ Rented

| | Owned | Rented |
|---|---|---|
| Single-Family, Detached | 1,247 | 139 |
| Single-Family, Attached | 0 | 21 |
| 2& 3-4 Units in Structure | 0 | 0 |
| 5-9 & 10-19 Units in Structure | 0 | 276 |
| 20-49 & 50+ Units in Structure | 0 | 0 |
| Mobile Home, Boat, RV, Van, Etc. | 0 | 0 |

| Total Population | 5,952 |
|---|---|
| *as percent of CEA Analysis Area* | 2% |
| Median Age | 35 |
| Households with One + Persons with a Disability | 367 |
| Range of Median Household Income (Block Groups) | $55,799- $92,105 |
| Low-Income Populations Identified? | Yes |
| Population Driving Car/Truck/Van to Work | 2,491 |

*Sources: ACS 5-Year Estimates (2012-2016); City of Gaithersburg GIS; City of Rockville GIS Open Data; Montgomery County/M-NCPPC MCATLAS; Prince George's County Open Data Portal; Fairfax County Open Geospatial Data*

MANAGED LANES STUDY 495 270

00038542

# Lanham CEA Analysis Area Community Impacts

| Alternative | Potential Relocations (#) | Potential Community Facilities Impacted (#) | Existing Land Use Conversion to Study Related Transportation Right-of-Way (ROW) |
|---|---|---|---|
| Alternative 1 (No Build) | None | None | None |
| Alternative 5 | None | None | **Residential:** 1.5 acres<br>**Transportation:** 0.4 acre<br>**Total Land Required:** 1.9 acres |
| Alternatives 8 and 9 | None | None | **Residential:** 1.8 acres<br>**Transportation:** 0.5 acre<br>**Total Land Required:** 2.3 acres |
| Alternative 10 | None | None | **Residential:** 1.8 acres<br>**Transportation:** 0.5 acre<br>**Total Land Required:** 2.3 acres |
| Alternative 13B | None | None | **Residential:** 1.8 acres<br>**Transportation:** 0.5 acre<br>**Total Land Required:** 2.3 acres |
| Alternative 13C | None | None | **Residential:** 1.8 acres<br>**Transportation:** 0.5 acres<br>**Total Land Required:** 2.3 acres |

## Summary of Impacts from the Screened Alternatives

The Build Alternatives would require no relocations, nor would they impact community facilities. They would require partial acquisition from multiple properties. The assumed impacts would accommodate mainline widening, new direct access ramps, and stormwater management facilities. Generally, the Build Alternatives would require acquisition of strips of land from undeveloped areas or areas of trees from properties adjacent to I-495. Acquisition of a few larger areas were also assumed for the accommodation of stormwater management facilities.

The Build Alternatives would maintain the existing separation between highway operations and local traffic, bicyclists, and pedestrians through access limits and physical barriers in accordance with state and federal regulations. Where direct access ramps would be constructed, alterations to traffic patterns and roadway/sidewalk networks would be mitigated by the inclusion of signage, high-visibility crosswalk markings, pedestrian countdown signals, and the implementation of a temporary detour network. Emergency services would experience an incremental reduction in response times due reduced congestion on study corridors that is anticipated under the Build Alternatives. Additional capacity would assist in accommodating a population evacuation and improving emergency response should an event related to homeland security occur. The proposed Build Alternatives would not eliminate access or provide new access to properties, nor would they impede access between residences and community facilities and business, as no properties are accessed directly from I-495 or I-270. However, an incremental enhancement to access may occur due to reduced congestion on study corridors.

Changes to land use and development would be incremental and limited to those properties directly affected by property acquisition. It is anticipated that the Build Alternatives would have negligible impact on the overall population or demographic patterns within the CEA Analysis Area. Further, Build Alternatives would not change the sense of cohesion or interactions between persons or groups within the community as no relocations would occur. Isolation of properties, persons, or groups would not occur due to the parallel nature of the proposed improvements along the existing highway.

Properties immediately adjacent to the improved highway may experience an increase in noise impacts as noise generators (travel lanes) are moved closer to receptors; however, the increased noise experienced by properties set back from the highway would be negligible. Based on current analysis, this community contains one noise sensitive land use/activity area (NSA) where existing noise barriers would be displaced by construction and replaced by reconstructed barriers; and two NSAs where existing noise barriers would be reconstructed and extended. Additional noise abatement information, including mapping, is available in the Noise Technical Report (DEIS, Appendix J).

Properties immediately adjacent to the improved highway may experience a change in viewshed where the roadway features including direct managed lanes access ramps, new interchange ramps, and other structures may be introduced; however, the Build Alternatives would not result in changes to viewsheds or visual impacts incompatible with the existing visual character or qualities of the larger community. Additional information on visual impacts is provided in Chapter 3, Section 5.2.

Information on the potential beneficial and adverse effects to EJ populations is provided in the EJ Analysis in Chapter 4. Effects to the following resources within EJ populations are considered: human health and safety, air quality, noise, water quality, hazardous materials sites, natural resources, visual landscape and aesthetic values, economy and employment, access and mobility, community cohesion/isolation and quality of life, and tolling.

00038543

# Springdale CEA Analysis Area Community

**Location**: The Springdale CEA Analysis Area Community includes one Census block group and covers 466 acres, overlapping most of the Springdale Census-Designated Place along I-495 (**Map 1**). The CEA Analysis Area Community is bordered roughly by: US 50 to the north; Bald Hill Branch to the east; a tributary to Bald Hill Branch and Ardwick Ardmore Road to the south; and I-495/I-95 to the west.

**Planning & Development**: While no community specific planning documents were identified, planning is generally guided by *Plan 2035: Prince George's Approved General Plan* (2015). The development patterns and density are typical of a suburb, with a predominance of single-family residences oriented around curvilinear roadways.

**Community Facilities**: Located within the CEA Analysis Area Community are: 1 place of worship (Ebenezer United Methodist Church); 4 parks and recreation centers (Bald Hill Stream Valley Park, Ardmore Neighborhood Park and Recreation Center, Carsondale Park) (**Map 2**). No affordable housing developments were identified in this community.

**Environmental Justice populations:** The single block group comprising the Springdale CEA Analysis Area Community (8036.01 - 1) is identified as an EJ population. The EJ Analysis, including EJ principles and the methodology for identifying EJ populations, is provided in **Chapter 4**.



**Springdale Map 1**

LEGEND
- Municipality/Census Designated Place
- Census Block Groups
- Corridor Study Boundary

8036.01-1



**Springdale Map 2**

LEGEND
- Corridor Study Boundary
- CEA Analysis Area Community
- Place of Worship
- Park Property
- Recreation Center



**Race & Ethnicity**

- Asian Alone
- Black or African American Alone
- Some Other Race Alone & Two or More Races

2% 2%
96%



**Land Use**

■ Acres

| Land Use | Acres |
|---|---|
| Commercial/Employment | 8 |
| Industrial | 0 |
| Mixed-Use | 0 |
| Park/Open Space | 84 |
| Planned Unit/Planned Community | 0 |
| Residential | 237 |
| Transportation | 137 |

| | |
|---|---|
| **Total Population** | **2,302** |
| *as percent of CEA Analysis Area* | 1% |
| Median Age | 42 |
| Households with One + Persons with a Disability | 191 |
| Range of Median Household Income (Block Groups) | $87,083 |
| Low-Income Populations Identified? | No |
| Population Driving Car/Truck/Van to Work | 1,656 |



**Housing Characteristics**

■ Owned ■ Rented

| Type | |
|---|---|
| Single-Family, Detached | 652 / 109 |
| Single-Family, Attached | 8 / 0 |
| 2& 3-4 Units in Structure | 0 / 0 |
| 5-9 & 10-19 Units in Structure | 33 / 0 |
| 20-49 & 50+ Units in Structure | 0 / 0 |
| Mobile Home, Boat, RV, Van, Etc. | 0 / 0 |

*Sources: ACS 5-Year Estimates (2012-2016); City of Gaithersburg GIS; City of Rockville GIS Open Data; Montgomery County/M-NCPPC MCATLAS; Prince George's County Open Data Portal; Fairfax County Open Geospatial Data*

495 270 MANAGED LANES STUDY

# Springdale CEA Analysis Area Community Impacts

| Alternative | Potential Relocations (#) | Potential Community Facilities Impacted (#) | Existing Land Use Conversion to Study Related Transportation Right-of-Way (ROW) |
|---|---|---|---|
| Alternative 1 (No Build) | None | None | None |
| Alternative 5 | None | Partial right-of-way acquisition from: 1 Place of Worship | **Commercial/Employment**: 2.2 acres **Residential**: 1.2 acres **Transportation**: 0.3 acre **Total Land Required**: 3.7 acres |
| Alternatives 8 and 9 | None | Partial right-of-way acquisition from: 1 Place of Worship | **Commercial/Employment**: 2.4 acre **Residential**: 1.3 acres **Transportation**: 0.3 acre **Total Land Required**: 4.0 acres |
| Alternative 10 | None | Partial right-of-way acquisition from: 1 Place of Worship | **Commercial/Employment**: 2.4 acre **Residential**: 1.3 acres **Transportation**: 0.3 acre **Total Land Required**: 4.0 acres |
| Alternative 13B | None | Partial right-of-way acquisition from: 1 Place of Worship | **Commercial/Employment**: 2.4 acre **Residential**: 1.3 acres **Transportation**: 0.3 acre **Total Land Required**: 4.0 acres |
| Alternative 13C | None | Partial right-of-way acquisition from: 1 Place of Worship | **Commercial/Employment**: 2.4 acre **Residential**: 1.3 acres **Transportation**: 0.3 acre **Total Land Required**: 4.0 acres |

## Summary of Impacts from the Screened Alternatives

The Build Alternatives would require no relocations. The Build Alternatives would require partial acquisition from multiple properties, including a place of worship. The assumed impacts would accommodate mainline widening, new direct access ramps, and stormwater management facilities. Generally, the Build Alternatives would require acquisition of strips of land from undeveloped areas or areas of trees from properties adjacent to I-495. Acquisition of a few larger areas were also assumed for the accommodation of stormwater management facilities.

The Build Alternatives would maintain the existing separation between highway operations and local traffic, bicyclists, and pedestrians through access limits and physical barriers in accordance with state and federal regulations. Where direct access ramps would be constructed, alterations to traffic patterns and roadway/sidewalk networks would be mitigated by the inclusion of signage, high-visibility crosswalk markings, pedestrian countdown signals, and the implementation of a temporary detour network. Emergency services would experience an incremental reduction in response times due reduced congestion on study corridors that is anticipated under the Build Alternatives. Additional capacity would assist in accommodating a population evacuation and improving emergency response access should an event related to homeland security occur. The proposed Build Alternatives would not eliminate access or provide new access to properties, nor would they impede access between residences and community facilities and business, as no properties are accessed directly from I-495 or I-270. However, an incremental enhancement to access may occur due to reduced congestion on study corridors.

Changes to land use and development would be incremental and limited to those properties directly affected by property acquisition. It is anticipated that the Build Alternatives would have negligible impact on the overall population or demographic patterns within the CEA Analysis Area. Further, Build Alternatives would not change the sense of cohesion or interactions between persons or groups within the community as no relocations would occur. Isolation of properties, persons, or groups would not occur due to the parallel nature of the proposed improvements along the existing highway.

Properties immediately adjacent to the improved highway may experience an increase in noise impacts as noise generators (travel lanes) are moved closer to receptors; however, the increased noise experienced by properties set back from the highway would be negligible. Based on current analysis, this community contains three noise sensitive land use/activity areas (NSAs) where existing noise barriers would be displaced by construction and replaced by reconstructed barriers. Additional noise abatement information, including mapping, is available in the Noise Technical Report (DEIS, Appendix J).

Properties immediately adjacent to the improved highway may experience a change in viewshed where the roadway features including direct managed lanes access ramps, new interchange ramps, and other structures may be introduced; however, the Build Alternatives would not result in changes to viewsheds or visual impacts incompatible with the existing visual character or qualities of the larger community. Additional information on visual impacts is provided in Chapter 3, Section 5.2.

Information on the potential beneficial and adverse effects to EJ populations is provided in the EJ Analysis in Chapter 4. Effects to the following resources within EJ populations are considered: human health and safety, air quality, noise, water quality, hazardous materials sites, natural resources, visual landscape and aesthetic values, economy and employment, access and mobility, community cohesion/isolation and quality of life, and tolling.

00038545

# Glenarden CEA Analysis Area Community



**Location**: The Glenarden CEA Analysis Area Community includes 3 Census block groups and covers 1,658 acres, overlapping primarily the eastern portion of the Glenarden Census-Designated Place along I-495 (**Map 1**). The CEA Analysis Area Community extends roughly from the New Carrollton Metro Station, south along I-95/I-495 to Ardwick Ardmore Road in the north; along Lottsford Vista Road to the east; Lottsford and Landover Roads to the south; and along I-95/I-495 north to Amador Drive where the boundary extends west along East Glenreed Court, and Johnson Avenue to meet the Metro/Amtrak rail corridor.

**Planning & Development**: Planning and development within this CEA Analysis Area Community is guided in part by *Largo Town Center Sector Plan and Sectional Map Amendment* (DDOZ) (2013), the *Approved New Carrollton Transit District Development Plan and Transit District Overlay Zoning Map Amendment* (2010), the *Approved Landover Gateway Sector Plan and Proposed Sectional Map Amendment* (2009), the *Approved Subregion 4 Master Plan and Sectional Map Amendment* (June 2010), and the *Largo-Lottsford Master Plan and Sectional Map Amendment* (1990). Development patterns and density are typical of a suburb, with shopping centers and light industrial uses clustered around arterial roadways such as Martin Luther King Jr Highway or mixed-use development such as the Woodmore Towne Centre. Tree-lined residential developments consisting primarily of single-family houses, as well as pockets of forested lands and parks, are located along local and arterial roadways.

**Community Facilities**: Located within the CEA Analysis Area Community are: 4 schools and higher education institutions (SHABACH! Christian Academy, Ardmore Elementary School, Charles Herbert Flowers High School, Fortis College); 5 places of worship (Cherubim & Seraphim, First Baptist Church of Glenarden, Saint Joseph's Catholic Church, Shiloh Baptist Church, Springdale Community Church); 7 parks (Regent Forest Park, Dodge Park, Woodmore Towne Centre Park, Enterprise Park, Bald Hill Stream Valley Park, Western Branch Stream Valley Park Unit 1, M-NCPPC Polk Street Northern Area Maintenance Facility); and 1 police station (M-NCPPC Park Police- Prince George's County Division) (**Map 2**). No affordable housing developments were identified in this community.

**Environmental Justice populations**: All 3 of the Glenarden CEA Analysis Area Community block groups (8035.21 – 1, 8036.01 – 2, and 8036.02 - 2) are identified as EJ populations. The EJ Analysis, including EJ principles and the methodology for identifying EJ populations, is provided in **Chapter 4.**



**Glenarden Map 1**

LEGEND
- Municipality/Census Designated Place
- Census Block Groups
- Corridor Study Boundary



**Race & Ethnicity**

- 3%
- 3%
- 5%
- 6%
- 83%

- Asian Alone
- Black or African American Alone
- White Alone
- Some Other Race Alone & Two or More Races
- Hispanic or Latino of Any Race



**Land Use** — Acres

| Land Use | Acres |
|---|---|
| Commercial/Employment | 73 |
| Industrial | 341 |
| Mixed-Use | 497 |
| Park/Open Space | 77 |
| Planned Unit/Planned Community | 0 |
| Residential | 771 |
| Transportation | 419 |

**Housing Characteristics** — Owned / Rented

| | Owned | Rented |
|---|---|---|
| Single-Family, Detached | 1,815 | 21 |
| Single-Family, Attached | 330 | 105 |
| 2& 3-4 Units in Structure | 12 | 10 |
| 5-9 & 10-19 Units in Structure | 86 | 180 |
| 20-49 & 50+ Units in Structure | 29 | 93 |
| Mobile Home, Boat, RV, Van, Etc. | 0 | 0 |

| Total Population | 8,307 |
|---|---|
| *as percent of CEA Analysis Area* | 3% |
| Median Age | 44 |
| Households with One + Persons with a Disability | 696 |
| Range of Median Household Income (Block Groups) | $72,115- $117,857 |
| Low-Income Populations Identified? | No |
| Population Driving Car/Truck/Van to Work | 3,200 |

Sources: ACS 5-Year Estimates (2012-2016); City of Gaithersburg GIS; City of Rockville GIS Open Data; Montgomery County/M-NCPPC MCATLAS; Prince George's County Open Data Portal; Fairfax County Open Geospatial Data



**Glenarden Map 2**

LEGEND
- Corridor Study Boundary
- CEA Analysis Area Community
- ☆ K thru 12 Education
- ★ Higher Education
- Place of Worship
- Park Property
- ▲ Police Station



MANAGED LANES STUDY
495
270

00038546

# Glenarden CEA Analysis Area Community Impacts

| Alternative | Potential Relocations (#) | Potential Community Facilities Impacted (#) | Existing Land Use Conversion to Study Related Transportation Right-of-Way (ROW) |
|---|---|---|---|
| Alternative 1 (No Build) | None | None | None |
| Alternative 5 | 1 business relocation | None | **Commercial/Employment**: 0.7 acres<br>**Industrial**: 4.8 acres<br>**Mixed-Use**: 4.4 acres<br>**Park/Open Space**: 0.4 acre<br>**Residential**: 4.8 acres<br>**Transportation**: 0.2 acres<br>**Total Land Required**: 15.3 acres |
| Alternatives 8 and 9 | 1 business relocation | None | **Commercial/Employment**: 0.8 acres<br>**Industrial**: 5.0 acres<br>**Mixed-Use**: 4.9 acres<br>**Park/Open Space**: 0.4 acre<br>**Residential**: 5.2 acres<br>**Transportation**: 0.2 acres<br>**Total Land Required**: 16.5 acres |
| Alternative 10 | 1 business relocation | None | **Commercial/Employment**: 0.8 acres<br>**Industrial**: 5.0 acres<br>**Mixed-Use**: 4.9 acres<br>**Park/Open Space**: 0.4 acre<br>**Residential**: 5.2 acres<br>**Transportation**: 0.2 acres<br>**Total Land Required**: 16.5 acres |
| Alternative 13B | 1 business relocation | None | **Commercial/Employment**: 0.8 acres<br>**Industrial**: 5.0 acres<br>**Mixed-Use**: 4.9 acres<br>**Park/Open Space**: 0.4 acre<br>**Residential**: 5.2 acres<br>**Transportation**: 0.2 acres<br>**Total Land Required**: 16.5 acres |
| Alternative 13C | 1 business relocation | None | **Commercial/Employment**: 0.8 acres<br>**Industrial**: 5.0 acres<br>**Mixed-Use**: 4.9 acres<br>**Park/Open Space**: 0.4 acre<br>**Residential**: 5.2 acres<br>**Transportation**: 0.2 acres<br>**Total Land Required**: 16.5 acres |

## Summary of Impacts from the Screened Alternatives

The Build Alternatives would require the relocation of one property, a warehouse/office. Sufficient similar services exist within the community, further there is space for the relocation of this service if required. Additionally, the Build Alternatives would require partial acquisition from multiple properties. The assumed impacts would accommodate mainline widening, new direct access ramps, and stormwater management facilities. Generally, the Build Alternatives would require acquisition of strips of land from undeveloped areas or areas of trees from properties adjacent to I-495. Acquisition of a few larger areas were also assumed for the accommodation of stormwater management facilities.

The Build Alternatives would maintain the existing separation between highway operations and local traffic, bicyclists, and pedestrians through access limits and physical barriers in accordance with state and federal regulations. Where direct access ramps would be constructed, alterations to traffic patterns and roadway/sidewalk networks would be mitigated by the inclusion of signage, high-visibility crosswalk markings, pedestrian countdown signals, and the implementation of a temporary detour network. Emergency services would experience an incremental reduction in response times due reduced congestion on study corridors that is anticipated under the Build Alternatives. Additional capacity would assist in accommodating a population evacuation and improving emergency response access should an event related to homeland security occur. The proposed Build Alternatives would not eliminate access or provide new access to properties, nor would they impede access between residences and community facilities and business, as no properties are accessed directly from I-495 or I-270. However, an incremental enhancement to access may occur due to reduced congestion on study corridors.

Changes to land use and development would be incremental and limited to those properties directly affected by property acquisition. It is anticipated that the Build Alternatives would have negligible impact on the overall population or demographic patterns within the CEA Analysis Area. The Build Alternatives may result in a minor change to the sense of cohesion or interactions between persons or groups within the community as one business relocation would occur. Isolation of properties, persons, or groups would not occur due to the parallel nature of the proposed improvements along the existing highway.

Properties immediately adjacent to the improved highway may experience an increase in noise impacts as noise generators (travel lanes) are moved closer to receptors; however, the increased noise experienced by properties set back from the highway would be negligible. Based on current analysis, this community contains two noise sensitive land use/activity areas (NSAs) where existing noise barriers would be displaced by construction and replaced by reconstructed barriers. Additional noise abatement information, including mapping, is available in the Noise Technical Report (DEIS, Appendix J).

Properties immediately adjacent to the improved highway may experience a change in viewshed where the roadway features including direct managed lanes access ramps, new interchange ramps, and other structures may be introduced; however, the Build Alternatives would not result in changes to viewsheds or visual impacts incompatible with the existing visual character or qualities of the larger community. Additional information on visual impacts is provided in Chapter 3, Section 5.2.

Information on the potential beneficial and adverse effects to EJ populations is provided in the EJ Analysis in Chapter 4. Effects to the following resources within EJ populations are considered: human health and safety, air quality, noise, water quality, hazardous materials sites, natural resources, visual landscape and aesthetic values, economy and employment, access and mobility, community cohesion/isolation and quality of life, and tolling.

# Mitchellville CEA Analysis Area Community



**Location**: The Mitchellville CEA Analysis Area Community includes two Census block groups and covers 1,180 acres, overlapping with the northeast corner of the Mitchellville Census-Designated Place along I-495 (**Map 1**). The CEA Analysis Area Community is bordered roughly by: Martin Luther King Jr. Highway (MD 704 and MD 450) to the north; Enterprise Road, US 50, and Lottsford Vista Road to the east; Baldhill Branch, Yellowwood Lane, and Ardwick Ardmore Road to the south; and Baldhill Branch to the west.

**Planning & Development**: Planning is guided by the *Glenn Dale-Seabrook-Lanham and Vicinity Approved Sector Plan and Sectional Map Amendment* (2010). Development patterns and density are typical of a suburb, with a predominance of single-family houses and townhouses oriented around curvilinear local roadways and shopping centers and community facilities oriented around arterial roadways such as Martin Luther King, Jr. Highway.

**Community Facilities**: Located within the CEA Analysis Area Community are: 2 places of worship (Abundant Life Christian Ministries, Winners Chapel International Maryland); 7 parks (Willow Wood Park, Enterprise Park, Willow Grove Park, Glenn Dale Estates Park, Bald Hill Stream Valley Park, Lottsford Branch Stream Valley Park, Folly Branch Stream Valley Park) (**Map 2**). No schools or affordable housing developments were identified in this community.

**Environmental Justice populations**: Both of the Mitchellville CEA Analysis Area Community block groups (8035.16 – 1 and 8035.20 - 3) are identified as EJ populations. The EJ Analysis, including EJ principles and the methodology for identifying EJ populations, is provided in **Chapter 4**.









| Total Population | 6,256 |
|---|---|
| *as percent of CEA Analysis Area* | 2% |
| Median Age | 45 |
| Households with One + Persons with a Disability | 404 |
| Range of Median Household Income (Block Groups) | $118,750- $134,063 |
| Low-Income Populations Identified? | No |
| Population Driving Car/Truck/Van to Work | 2,935 |

*Sources: ACS 5-Year Estimates (2012-2016); City of Gaithersburg GIS; City of Rockville GIS Open Data; Montgomery County/M-NCPPC MCATLAS; Prince George's County Open Data Portal; Fairfax County Open Geospatial Data*

# Mitchellville CEA Analysis Area Community Impacts

| Alternative | Potential Relocations (#) | Potential Community Facilities Impacted (#) | Existing Land Use Conversion to Study Related Transportation Right-of-Way (ROW) |
|---|---|---|---|
| Alternative 1 (No Build) | None | None | None |
| Alternative 5 | None | None | None |
| Alternatives 8 and 9 | None | None | None |
| Alternative 10 | None | None | None |
| Alternative 13B | None | None | None |
| Alternative 13C | None | None | None |

**Summary of Impacts from the Screened Alternatives**

The Build Alternatives would not impact right-of-way or land use within the Mitchellville CEA Analysis Area Community.

The Build Alternatives would maintain the existing separation between highway operations and local traffic, bicyclists, and pedestrians through access limits and physical barriers in accordance with state and federal regulations. Emergency services would experience an incremental reduction in response times due reduced congestion on study corridors that is anticipated under the Build Alternatives. Additional capacity would assist in accommodating a population evacuation and improving emergency response access should an event related to homeland security occur. The proposed Build Alternatives would not eliminate access or provide new access to properties, nor would they impede access between residences and community facilities and business, as no properties are accessed directly from I-495 or I-270. However, an incremental enhancement to access may occur due to reduced congestion on study corridors.

The Build Alternatives would result in no changes to land use and development. It is anticipated that the Build Alternatives would have negligible impact on the overall population or demographic patterns within the CEA Analysis Area. Further, Build Alternatives would not change the sense of cohesion or interactions between persons or groups within the community as no relocations would occur. Isolation of properties, persons, or groups would not occur due to the parallel nature of the proposed improvements along the existing highway.

Based on current analysis, this community does not contain any noise sensitive land use/activity areas (NSAs). Noise abatement information for NSAs along the study corridor, including mapping, is available in the Noise Technical Report (DEIS, Appendix J). Similarly, the Build Alternatives would not result in changes to viewsheds or visual impacts incompatible with the existing visual character or qualities of the community. Additional information on visual impacts is provided in Chapter 3, Section 5.2.

Information on the potential beneficial and adverse effects to EJ populations is provided in the EJ Analysis in Chapter 4. Effects to the following resources within EJ populations are considered: human health and safety, air quality, noise, water quality, hazardous materials sites, natural resources, visual landscape and aesthetic values, economy and employment, access and mobility, community cohesion/isolation and quality of life, and tolling.

00038549

# Summerfield CEA Analysis Area Community

**Location**: The Summerfield CEA Analysis Area Community includes three Census block groups and covers 1,034 acres, overlapping the eastern portion of the Summerfield Census-Designated Place along I-495 (**Map 1**). The CEA Analysis Area Community is bordered roughly by: a tributary to Cattail Branch to the north; I-495/I-95 to the east; Central Avenue (MD 214) to the south; and Gannet A. Morgan Boulevard, FedEx Field, and Redskins and Brightseat Roads to the west.

**Planning & Development**: Planning is guided by the *Approved Subregion 4 Master Plan and Sectional Map Amendment* (June 2010); small portions of the CEA Analysis Area Community are also within the boundaries of the *Approved Landover Gateway Sector Plan and Proposed Sectional Map Amendment* (2009) area, and the *Approved Sector Plan and Sectional Map Amendment for the Morgan Boulevard and Largo Town Center Metro Areas* (2004). Development patterns include a mix of single-family houses, townhouses, and medium-to- large apartment buildings, along with mixed-use centers and industrial areas.

**Community Facilities**: Located within the CEA Analysis Area Community are: 1 school (Thomas G. Pullen Creative and Performing Arts Academy); 6 places of worship (Christ Mission Church, City of Praise Family Ministries, Empowered Ministries, Holy People for Christ Church, Jericho Baptist Church, Redeemed Christian Church of God Restoration & Life); 1 cemetery; 2 parks (Henry P. Johnson Park, Summerfield Park); 1 police station (Glenarden Police Department); 1 hospital/urgent care facility (Progressive Life Center); and 1 library (Glenarden Branch Library) (**Map 2**). No affordable housing developments were identified in this community.

**Environmental Justice populations:** All 3 of the Summerfield CEA Analysis Area Community block groups (8035.08 – 1, 8035.19 – 3, and 8035.25 - 1) are identified as EJ populations. The EJ Analysis, including EJ principles and the methodology for identifying EJ populations, is provided in **Chapter 4**.





**Summerfield Map 1**

LEGEND
- Municipality/Census Designated Place
- Census Block Groups
- Corridor Study Boundary



## Race & Ethnicity

- 1%  American Indian and Alaska Native Alone
- 1%  Black or African American Alone
- 2%  White Alone
- < 1%  Some Other Race Alone & Two or More Races
- 96%  Hispanic or Latino of Any Race

## Land Use

■ Acres

| Land Use | Acres |
|---|---|
| Commercial/Employment | 14 |
| Industrial | 199 |
| Mixed-Use | 197 |
| Park/Open Space | 43 |
| Planned Unit/Planned Community | 0 |
| Residential | 411 |
| Transportation | 170 |

## Housing Characteristics

■ Owned ■ Rented

| | Owned | Rented |
|---|---|---|
| Single-Family, Detached | 455 | 16 |
| Single-Family, Attached | 273 | 205 |
| 2& 3-4 Units in Structure | 8 | 0 |
| 5-9 & 10-19 Units in Structure | 11 | 426 |
| 20-49 & 50+ Units in Structure | 0 | 359 |
| Mobile Home, Boat, RV, Van, Etc. | 11 | 0 |

| Total Population | 4,036 |
|---|---|
| *as percent of CEA Analysis Area* | 1% |
| Median Age | 40 |
| Households with One + Persons with a Disability | 445 |
| Range of Median Household Income (Block Groups) | $45,571- $96,219 |
| Low-Income Populations Identified? | Yes |
| Population Driving Car/Truck/Van to Work | 1,487 |

Sources: ACS 5-Year Estimates (2012-2016); City of Gaithersburg GIS; City of Rockville GIS Open Data; Montgomery County/M-NCPPC MCATLAS; Prince George's County Open Data Portal; Fairfax County Open Geospatial Data

**Summerfield Map 2**



LEGEND
- Corridor Study Boundary
- CEA Analysis Area Community
- ☆ K thru 12 Education
- Place of Worship
- △ Cemetery
- H Hospital
- Park Property
- Library

**MANAGED LANES STUDY** 495 270

# Summerfield CEA Analysis Area Community Impacts

| Alternative | Potential Relocations (#) | Potential Community Facilities Impacted (#) | Existing Land Use Conversion to Study Related Transportation Right-of-Way (ROW) |
|---|---|---|---|
| Alternative 1 (No Build) | None | None | None |
| Alternative 5 | None | Partial right-of-way acquisition from: 1 Park | **Industrial**: 1.5 acres<br>**Mixed-Use**: 6.2 acres<br>**Residential**: 0.5 acre<br>**Transportation**: 0.8 acre<br>**Total Land Required**: 9.0 acres |
| Alternatives 8 and 9 | None | Partial right-of-way acquisition from: 1 Park | **Industrial**: 2.2 acres<br>**Mixed-Use**: 6.5 acres<br>**Residential**: 0.9 acre<br>**Transportation**: 1.2 acres<br>**Total Land Required**: 10.8 acres |
| Alternative 10 | None | Partial right-of-way acquisition from: 1 Park | **Industrial**: 2.2 acres<br>**Mixed-Use**: 6.5 acres<br>**Residential**: 0.9 acre<br>**Transportation**: 1.2 acres<br>**Total Land Required**: 10.8 acres |
| Alternative 13B | None | Partial right-of-way acquisition from: 1 Park | **Industrial**: 2.2 acres<br>**Mixed-Use**: 6.5 acres<br>**Residential**: 0.9 acre<br>**Transportation**: 1.2 acres<br>**Total Land Required**: 10.8 acres |
| Alternative 13C | None | Partial right-of-way acquisition from: 1 Park | **IndIndustrial**: 2.2 acres<br>**Mixed-Use**: 6.5 acres<br>**Residential**: 0.9 acre<br>**Transportation**: 1.2 acres<br>**Total Land Required**: 10.8 acres |

## Summary of Impacts from the Screened Alternatives

The Build Alternatives would require no relocations. The Build Alternatives would require partial acquisition from multiple properties, including one park property. The assumed impacts would accommodate mainline widening, new direct access ramps, and stormwater management facilities. Generally, the Build Alternatives would require acquisition of strips of land from undeveloped areas or areas of trees from properties adjacent to I-495. Acquisition of a few larger areas were also assumed for the accommodation of stormwater management facilities.

The Build Alternatives would maintain the existing separation between highway operations and local traffic, bicyclists, and pedestrians through access limits and physical barriers in accordance with state and federal regulations. Where direct access ramps would be constructed, alterations to traffic patterns and roadway/sidewalk networks would be mitigated by the inclusion of signage, high-visibility crosswalk markings, pedestrian countdown signals, and the implementation of a temporary detour network. Emergency services would experience an incremental reduction in response times due reduced congestion on study corridors that is anticipated under the Build Alternatives. Additional capacity would assist in accommodating a population evacuation and improving emergency response access should an event related to homeland security occur. The proposed Build Alternatives would not eliminate access or provide new access to properties, nor would they impede access between residences and community facilities and business, as no properties are accessed directly from I-495 or I-270. However, an incremental enhancement to access may occur due to reduced congestion on study corridors.

Changes to land use and development would be incremental and limited to those properties directly affected by property acquisition. It is anticipated that the Build Alternatives would have negligible impact on the overall population or demographic patterns within the CEA Analysis Area. Further, Build Alternatives would not change the sense of cohesion or interactions between persons or groups within the community as no relocations would occur. Isolation of properties, persons, or groups would not occur due to the parallel nature of the proposed improvements along the existing highway.

Properties immediately adjacent to the improved highway may experience an increase in noise impacts as noise generators (travel lanes) are moved closer to receptors; however, the increased noise experienced by properties set back from the highway would be negligible. Based on current analysis, this community contains two noise sensitive land use/activity areas (NSAs) where existing noise barriers would be displaced by construction and replaced by reconstructed barriers. Additional noise abatement information, including mapping, is available in the Noise Technical Report (DEIS, Appendix J).

Properties immediately adjacent to the improved highway may experience a change in viewshed where the roadway features including direct managed lanes access ramps, new interchange ramps, and other structures may be introduced; however, the Build Alternatives would not result in changes to viewsheds or visual impacts incompatible with the existing visual character or qualities of the larger community. Additional information on visual impacts is provided in Chapter 3, Section 5.2.

Information on the potential beneficial and adverse effects to EJ populations is provided in the EJ Analysis in Chapter 4. Effects to the following resources within EJ populations are considered: human health and safety, air quality, noise, water quality, hazardous materials sites, natural resources, visual landscape and aesthetic values, economy and employment, access and mobility, community cohesion/isolation and quality of life, and tolling.

00038551

# Landover CEA Analysis Area Community



**Location**: The Landover CEA Analysis Area Community includes three Census block groups and covers 537 acres, overlapping with noncontiguous portions of the Landover Census-Designated Place along I-495 (**Map 1**). The CEA Analysis Area Community consists of noncontiguous census block groups due to the areas location in the southwest quadrant of the US 50 and I-95/I-495 interchange and the I-95/I-495 mainline. The community extends roughly along US 50 from Landover Road to Veterans Highway (MD 410) in the north; along Pennsy Drive and Hubbard Drive to the east; south to Dodge Park and Landover Road.  It also includes the area from Hamlin Street to Brightseat Road, south to Sheriff Road then extending west to a tributary to Cattail Branch, which the analysis area community follows to its confluence with Cattail Branch. Cattail Branch forms the western boundary of this portion of the community.

**Planning & Development**: Planning within this CEA Analysis Area Community is guided by the *Approved Subregion 4 Master Plan and Sectional Map Amendment* (June 2010). A small portion of the analysis area community is within the *Approved Landover Gateway Sector Plan and Proposed Sectional Map Amendment* (2009) area.  The Landover CEA Analysis Area Community development patterns and density include single-family and multi-family homes located along tree-lined local roadways in gridded and curvilinear patterns. Additionally, commercial and industrial uses are situated within the northern portion of the Landover CEA Analysis Area Community.

**Community Facilities**: Located within the CEA Analysis Area Community are: 1 place of worship (Integrity Church International); 2 parks (Barlowe Road Park, Palmer Park Community Center); and 1 post office (**Map 2**). No affordable housing developments were identified in this community.

**Environmental Justice populations**: All 3 of the Landover CEA Analysis Area Community block groups (8034.02 – 3, 8035.08 – 3, and 8035.09 - 1) are identified as EJ populations. The EJ Analysis, including EJ principles and the methodology for identifying EJ populations, is provided in **Chapter 4**.



Landover Map 1

LEGEND
- Municipality/Census Designated Place
- Census Block Groups
- Corridor Study Boundary



**Race & Ethnicity**

- American Indian and Alaska Native Alone — 1%
- Asian Alone — 1%
- Black or African American Alone — 72%
- White Alone — 1%
- Some Other Race Alone & Two or More Races — 1%
- Hispanic or Latino of Any Race — 24%



**Land Use** ■ Acres

| Land Use | Acres |
|---|---|
| Commercial/Employment | 17 |
| Industrial | 169 |
| Mixed-Use | 104 |
| Park/Open Space | 19 |
| Planned Unit/Planned Community | 0 |
| Residential | 93 |
| Transportation | 109 |



Landover Map 2

LEGEND
- Corridor Study Boundary
- CEA Analysis Area Community
- Place of Worship
- Park Property
- Post Office



**Housing Characteristics** ■ Owned ■ Rented

| | Owned | Rented |
|---|---|---|
| Single-Family, Detached | 43 | 0 |
| Single-Family, Attached | 196 | 113 |
| 2& 3-4 Units in Structure | 0 | 21 |
| 5-9 & 10-19 Units in Structure | 0 | 852 |
| 20-49 & 50+ Units in Structure | 4 | 101 |
| Mobile Home, Boat, RV, Van, Etc. | 0 | 11 |

| Total Population | 4,330 |
|---|---|
| *as percent of CEA Analysis Area* | 1% |
| Median Age | 30 |
| Households with One + Persons with a Disability | 237 |
| Range of Median Household Income (Block Groups) | $43,225- $55,789 |
| Low-Income Populations Identified? | Yes |
| Population Driving Car/Truck/Van to Work | 1,517 |



Sources: ACS 5-Year Estimates (2012-2016); City of Gaithersburg GIS; City of Rockville GIS Open Data; Montgomery County/M-NCPPC MCATLAS; Prince George's County Open Data Portal; Fairfax County Open Geospatial Data

## Landover CEA Analysis Area Community Impacts

| Alternative | Potential Relocations (#) | Potential Community Facilities Impacted (#) | Existing Land Use Conversion to Study Related Transportation Right-of-Way (ROW) |
|---|---|---|---|
| Alternative 1 (No Build) | None | None | None |
| Alternative 5 | None | None | None |
| Alternatives 8 and 9 | None | None | None |
| Alternative 10 | None | None | None |
| Alternative 13B | None | None | None |
| Alternative 13C | None | None | None |

**Summary of Impacts from the Screened Alternatives**

The Build Alternatives would not impact right-of-way or land use within the Landover CEA Analysis Area Community.

The Build Alternatives would maintain the existing separation between highway operations and local traffic, bicyclists, and pedestrians through access limits and physical barriers in accordance with state and federal regulations. Emergency services would experience an incremental reduction in response times due reduced congestion on study corridors that is anticipated under the Build Alternatives. Additional capacity would assist in accommodating a population evacuation and improving emergency response access should an event related to homeland security occur. The proposed Build Alternatives would not eliminate access or provide new access to properties, nor would they impede access between residences and community facilities and business, as no properties are accessed directly from I-495 or I-270. However, an incremental enhancement to access may occur due to reduced congestion on study corridors.

The Build Alternatives would result in no changes to land use and development. It is anticipated that the Build Alternatives would have negligible impact on the overall population or demographic patterns within the CEA Analysis Area. Further, Build Alternatives would not change the sense of cohesion or interactions between persons or groups within the community. Isolation of properties, persons, or groups would not occur due to the proposed improvements along the existing highway.

Based on current analysis, this community does not contain any noise sensitive land use/activity areas (NSAs). Noise abatement information for NSAs along the study corridor, including mapping, is available in the Noise Technical Report (DEIS, Appendix J). Similarly, the Build Alternatives would not result in changes to viewsheds or visual impacts incompatible with the existing visual character or qualities of the community. Additional information on visual impacts is provided in Chapter 3, Section 5.2.

Information on the potential beneficial and adverse effects to EJ populations is provided in the EJ Analysis in Chapter 4. Effects to the following resources within EJ populations are considered: human health and safety, air quality, noise, water quality, hazardous materials sites, natural resources, visual landscape and aesthetic values, economy and employment, access and mobility, community cohesion/isolation and quality of life, and tolling.

00038553

# Lake Arbor CEA Analysis Area Community



**Location:** The Lake Arbor CEA Analysis Area Community includes one Census block group and covers 773 acres, overlapping with the western portion of the Lake Arbor Census-Designated Place along I-495 (**Map 1**). The CEA Analysis Area Community extends roughly from the I-495 and Landover Road (Route 202) interchange south along Landover Road to the intersection with Central Avenue and along Central Avenue west to the interchange with I-495.

**Planning & Development:** Planning and development within this CEA Analysis Area Community is guided by the *Largo Town Center Sector Plan and Sectional Map Amendment* (DDOZ) (2013), the *Approved Sector Plan and Sectional Map Amendment for the Morgan Boulevard and Largo Town Center Metro Areas* (2004), and the *Largo-Lottsford Master Plan and Sectional Map Amendment* (1990) to implement transit-oriented development (TOD) at the Largo Town Center Metro Station. Development patterns and density nearest I-495 are typical of transit-oriented development centers, with mixed-use and light-industrial areas intermingled with high- and medium-density residential areas and shopping centers clustered around arterial roadways. Tree-lined residential developments of single-family houses and large apartment buildings, as well as pockets of forested lands and parks, are located along local and arterial roadways east of Landover Road (MD 202).

**Community Facilities:** Located within the CEA Analysis Area Community are: 1 school (Foundation School); 1 higher education institution (University of Maryland University College); 1 place of worship (Edified Christian Ministries International); 1 park (Largo Town Center Park); 1 fire/rescue facility (Prince George's County Fire Department Administrative Services Command); and 1 post office (**Map 2**). No affordable housing developments were identified in this community.

**Environmental Justice populations:** The single block group comprising the Lake Arbor CEA Analysis Area Community (8035.14 - 1) is identified as an EJ population. The EJ Analysis, including EJ principles and the methodology for identifying EJ populations, is provided in **Chapter 4**.



Lake Arbor Map 1



Lake Arbor Map 2



Race & Ethnicity

Land Use

Housing Characteristics

| Total Population | 2,090 |
|---|---|
| *as percent of CEA Analysis Area* | 1% |
| Median Age | 38 |
| Households with One + Persons with a Disability | 219 |
| Range of Median Household Income (Block Groups) | $66,433 |
| Low-Income Populations Identified? | No |
| Population Driving Car/Truck/Van to Work | 583 |

Sources: ACS 5-Year Estimates (2012-2016); City of Gaithersburg GIS; City of Rockville GIS Open Data; Montgomery County/M-NCPPC MCATLAS; Prince George's County Open Data Portal; Fairfax County Open Geospatial Data

00038554

# Lake Arbor CEA Analysis Area Community Impacts

| Alternative | Potential Relocations (#) | Potential Community Facilities Impacted (#) | Existing Land Use Conversion to Study Related Transportation Right-of-Way (ROW) |
|---|---|---|---|
| Alternative 1 (No Build) | None | None | None |
| Alternative 5 | None | Partial right-of-way acquisition from: 1 Higher Education Facility | **Commercial/Employment:** 0.1 acre **Mixed-Use:** 2.6 acres **Transportation:** 1.5 acres **Total Land Required:** 4.2 acres |
| Alternatives 8 and 9 | None | Partial right-of-way acquisition from: 1 Higher Education Facility | **Commercial/Employment:** 0.1 acre **Mixed-Use:** 3.0 acres **Transportation:** 1.5 acres **Total Land Required:** 4.6 acres |
| Alternative 10 | None | Partial right-of-way acquisition from: 1 Higher Education Facility | **Commercial/Employment:** 0.1 acre **Mixed-Use:** 3.0 acres **Transportation:** 1.5 acres **Total Land Required:** 4.6 acres |
| Alternative 13B | None | Partial right-of-way acquisition from: 1 Higher Education Facility | **Commercial/Employment:** 0.1 acre **Mixed-Use:** 3.0 acres **Transportation:** 1.5 acres **Total Land Required:** 4.6 acres |
| Alternative 13C | None | Partial right-of-way acquisition from: 1 Higher Education Facility | **Commercial/Employment:** 0.1 acre **Mixed-Use:** 3.0 acres **Transportation:** 1.5 acres **Total Land Required:** 4.6 acres |

## Summary of Impacts from the Screened Alternatives

The Build Alternatives would require no relocations. The Build Alternatives would require partial acquisition from multiple properties, including a higher education facility. The assumed impacts would accommodate mainline widening, new direct access ramps, and stormwater management facilities. Generally, the Build Alternatives would require acquisition of strips of land from undeveloped areas or areas of trees from properties adjacent to I-495. Acquisition of a few larger areas were also assumed for the accommodation of stormwater management facilities.

The Build Alternatives would maintain the existing separation between highway operations and local traffic, bicyclists, and pedestrians through access limits and physical barriers in accordance with state and federal regulations. Where direct access ramps would be constructed, alterations to traffic patterns and roadway/sidewalk networks would be mitigated by the inclusion of signage, high-visibility crosswalk markings, pedestrian countdown signals, and the implementation of a temporary detour network. Emergency services would experience an incremental reduction in response times due reduced congestion on study corridors that is anticipated under the Build Alternatives. Additional capacity would assist in accommodating a population evacuation and improving emergency response access should an event related to homeland security occur. The proposed Build Alternatives would not eliminate access or provide new access to properties, nor would they impede access between residences and community facilities and business, as no properties are accessed directly from I-495 or I-270. However, an incremental enhancement to access may occur due to reduced congestion on study corridors.

Changes to land use and development would be incremental and limited to those properties directly affected by property acquisition. It is anticipated that the Build Alternatives would have negligible impact on the overall population or demographic patterns within the CEA Analysis Area. Further, Build Alternatives would not change the sense of cohesion or interactions between persons or groups within the community as no relocations would occur. Isolation of properties, persons, or groups would not occur due to the parallel nature of the proposed improvements along the existing highway.

Based on current analysis, this community does not contain any noise sensitive land use/activity areas (NSAs). Noise abatement information for NSAs along the study corridor, including mapping, is available in the Noise Technical Report (DEIS, Appendix J).

Properties immediately adjacent to the improved highway may experience a change in viewshed where the roadway features including direct managed lanes access ramps, new interchange ramps, and other structures may be introduced; however, the Build Alternatives would not result in changes to viewsheds or visual impacts incompatible with the existing visual character or qualities of the larger community. Additional information on visual impacts is provided in Chapter 3, Section 5.2.

Information on the potential beneficial and adverse effects to EJ populations is provided in the EJ Analysis in Chapter 4. Effects to the following resources within EJ populations are considered: human health and safety, air quality, noise, water quality, hazardous materials sites, natural resources, visual landscape and aesthetic values, economy and employment, access and mobility, community cohesion/isolation and quality of life, and tolling.

# Largo CEA Analysis Area Community



**Location**: The Largo CEA Analysis Area Community includes three Census block groups and covers 974 acres, overlapping the western portion of the Largo Census-Designated Place along I-495 (**Map 1**). The CEA Analysis Area Community is bordered roughly by: Central Avenue (MD 214) to the north; Largo Road (MD 202) and Harry S. Truman Drive to the east; Ritchie Marlboro/White House Road to the south; and I-495 to the west.

**Planning & Development**: Planning and development of the northern fringe of the Largo CEA Analysis Area Community is guided by the *Approved Sector Plan and Sectional Map Amendment for the Morgan Boulevard and Largo Town Center Metro Areas* (2004). Planning and development throughout the remainder of the Analysis Area Community is guided by the *Largo-Lottsford Master Plan and Sectional Map Amendment* (1990). Development patterns and density are typical of an older suburb, with a predominance of single-family houses and medium-size apartment buildings oriented around curvilinear local roadways, and shopping centers and community facilities oriented around arterial roadways such as Harry S. Truman Drive and Ritchie-Marlboro Road.

**Community Facilities**: Located within the CEA Analysis Area Community are: 1 school (Phyllis E. Williams Elementary School); 1 place of worship (Greater Morning Star Apostolic Ministries); 4 parks (Southwest Branch Stream Valley Park, Heritage Glen Park/McCarthy Park, New Orchard Park, Rambling Hills Park); and 1 library (Largo-Kettering Branch Library) (**Map 2**). No affordable housing developments were identified in this community.

**Environmental Justice populations**: All 3 of the Largo CEA Analysis Area Community block groups (8035.12 – 1, 8035.12 – 3, and 8035.13 - 2) are identified as EJ populations. The EJ Analysis, including EJ principles and the methodology for identifying EJ populations, is provided in **Chapter 4**.



Largo Map 1



Largo Map 2



Race & Ethnicity

- Asian Alone 2%
- Black or African American Alone 88%
- White Alone 4%
- Hispanic or Latino of Any Race 6%

Land Use — Acres

| Land Use | Acres |
|---|---|
| Commercial/Employment | 46 |
| Industrial | 48 |
| Mixed-Use | 0 |
| Park/Open Space | 195 |
| Planned Unit/Planned Community | 0 |
| Residential | 475 |
| Transportation | 210 |

| Total Population | 5,372 |
|---|---|
| as percent of CEA Analysis Area | 2% |
| Median Age | 37 |
| Households with One + Persons with a Disability | 263 |
| Range of Median Household Income (Block Groups) | $65,278- $107,045 |
| Low-Income Populations Identified? | No |
| Population Driving Car/Truck/Van to Work | 2,297 |

Housing Characteristics — Owned / Rented

| | Owned | Rented |
|---|---|---|
| Single-Family, Detached | 836 | 99 |
| Single-Family, Attached | 216 | 125 |
| 2& 3-4 Units in Structure | 10 | 17 |
| 5-9 & 10-19 Units in Structure | 95 | 547 |
| 20-49 & 50+ Units in Structure | 0 | 155 |
| Mobile Home, Boat, RV, Van, Etc. | 0 | 0 |

*Sources: ACS 5-Year Estimates (2012-2016); City of Gaithersburg GIS; City of Rockville GIS Open Data; Montgomery County/M-NCPPC MCATLAS; Prince George's County Open Data Portal; Fairfax County Open Geospatial Data*

LEGEND (Map 1): Municipality/Census Designated Place; Census Block Groups; Corridor Study Boundary

LEGEND (Map 2): Corridor Study Boundary; CEA Analysis Area Community; ☆ K thru 12 Education; Place of Worship; Park Property; Library



00038556

# Largo CEA Analysis Area Community Impacts

| Alternative | Potential Relocations (#) | Potential Community Facilities Impacted (#) | Existing Land Use Conversion to Study Related Transportation Right-of-Way (ROW) |
|---|---|---|---|
| Alternative 1 (No Build) | None | None | None |
| Alternative 5 | None | Partial right-of-way acquisition from: 2 Parks | **Park/Open Space:** 0.8 acre<br>**Residential:** 1.3 acres<br>**Transportation:** 0.4 acre<br>**Total Land Required:** 2.5 acres |
| Alternatives 8 and 9 | None | Partial right-of-way acquisition from: 2 Parks | **Park/Open Space:** 0.8 acre<br>**Residential:** 2.1 acres<br>**Transportation:** 0.4 acre<br>**Total Land Required:** 3.3 acres |
| Alternative 10 | None | Partial right-of-way acquisition from: 2 Parks | **Park/Open Space:** 0.8 acre<br>**Residential:** 2.1 acres<br>**Transportation:** 0.4 acre<br>**Total Land Required:** 3.3 acres |
| Alternative 13B | None | Partial right-of-way acquisition from: 2 Parks | **Park/Open Space:** 0.8 acre<br>**Residential:** 2.1 acres<br>**Transportation:** 0.4 acre<br>**Total Land Required:** 3.3 acres |
| Alternative 13C | None | Partial right-of-way acquisition from: 2 Parks | **Park/Open Space:** 0.8 acre<br>**Residential:** 2.1 acres<br>**Transportation:** 0.4 acre<br>**Total Land Required:** 3.3 acres |

## Summary of Impacts from the Screened Alternatives

The Build Alternatives would require no relocations, nor would they impact any community facilities. However, the Build Alternatives would require partial acquisition from multiple properties. The assumed impacts would accommodate mainline widening, new direct access ramps, and stormwater management facilities. Generally, the Build Alternatives would require acquisition of strips of land from undeveloped areas or areas of trees from properties adjacent to I-495. Acquisition of a few larger areas were also assumed for the accommodation of stormwater management facilities.

The Build Alternatives would maintain the existing separation between highway operations and local traffic, bicyclists, and pedestrians through access limits and physical barriers in accordance with state and federal regulations. Where direct access ramps would be constructed, alterations to traffic patterns and roadway/sidewalk networks would be mitigated by the inclusion of signage, high-visibility crosswalk markings, pedestrian countdown signals, and the implementation of a temporary detour network. Emergency services would experience an incremental reduction in response times due reduced congestion on study corridors that is anticipated under the Build Alternatives. Additional capacity would assist in accommodating a population evacuation and improving emergency response access should an event related to homeland security occur. The proposed Build Alternatives would not eliminate access or provide new access to properties, nor would they impede access between residences and community facilities and business, as no properties are accessed directly from I-495 or I-270. However, an incremental enhancement to access may occur due to reduced congestion on study corridors.

Changes to land use and development would be incremental and limited to those properties directly affected by property acquisition. It is anticipated that the Build Alternatives would have negligible impact on the overall population or demographic patterns within the CEA Analysis Area. Further, Build Alternatives would not change the sense of cohesion or interactions between persons or groups within the community as no relocations would occur. Isolation of properties, persons, or groups would not occur due to the parallel nature of the proposed improvements along the existing highway.

Properties immediately adjacent to the improved highway may experience an increase in noise impacts as noise generators (travel lanes) are moved closer to receptors; however, the increased noise experienced by properties set back from the highway would be negligible. Based on current analysis, this community contains one noise sensitive land use/activity area (NSA) where there are no existing noise barriers, but new barriers would be constructed. Additional noise abatement information, including mapping, is available in the Noise Technical Report (DEIS, Appendix J).

Properties immediately adjacent to the improved highway may experience a change in viewshed where the roadway features including direct managed lanes access ramps, new interchange ramps, and other structures may be introduced; however, the Build Alternatives would not result in changes to viewsheds or visual impacts incompatible with the existing visual character or qualities of the larger community. Additional information on visual impacts is provided in Chapter 3, Section 5.2.

Information on the potential beneficial and adverse effects to EJ populations is provided in the EJ Analysis in Chapter 4. Effects to the following resources within EJ populations are considered: human health and safety, air quality, noise, water quality, hazardous materials sites, natural resources, visual landscape and aesthetic values, economy and employment, access and mobility, community cohesion/isolation and quality of life, and tolling.

# Forestville CEA Analysis Area Community

**Location**: The Forestville CEA Analysis Area Community includes seven Census block groups and covers 2,831 acres, overlapping with most of the Forestville Census-Designated Place along I-495 (**Map 1**). The CEA Analysis Area Community is bordered roughly by: Central Avenue (Route 214) to the north; I-95/I-495 to the east; Suitland Parkway and Suitland Road to the south; and Donnell Drive, Walters Lane, Newglen Avenue, Kipling Parkway, and Ritchie Road to the west.



**Planning & Development**: Planning and development is guided by the *Subregion 4 Master Plan and Sectional Map Amendment* (2010). Portions of the community are within the boundary of the *Approved Marlboro Pike Sector Plan and Sectional Map Amendment* (2009) and the *Approved Sector Plan and Sectional Map Amendment for the Morgan Boulevard and Largo Town Center Metro Areas* (2004). Development patterns and density are typical of an older suburb with shopping centers and light industrial uses clustered around arterial roadways, including Pennsylvania Avenue, Suitland Parkway, and Ritchie Road/Forestville Road.

**Community Facilities**: Located within the CEA Analysis Area Community are: 6 schools (H. Winship Wheatley Early Childhood Center, Village Academy of Maryland, Longfields Elementary School, North Forestville Elementary School, Benjamin Foulois Creative and Performing Arts Academy, Imagine Foundations at Morningside Public Charter School); 17 places of worship (Amazing Grace Baptist Church, Epiphany Episcopal Church, Faith Baptist Church, Forest Memorial United Methodist Church, Forestville Baptist Church, Glendale Baptist Church, House of Prayer Church of God, Iglesia Evangelica Manantial de Vida Eterna, Kingdom Hall of Jehovah's Witnesses, New Ephesians Church of God, New Hope Baptist Church, New Revelations In Christ CGC, Overcomers Now Church, Pillars of Faith Holy Church, The Sanctuary at Kingdom Square, The Worship Place Apostolic Center, Whole Life Ministries International); 7 parks/parkways and recreation centers (Douglass E. Patterson Park, Suitland Parkway, South Forestville Park, Hartman-Berkshire Park, Keystone Forest Park, Forestville-Ritchie Park, Ritchie Run Park, North Forestville Community Center, Ridgeley Rosenwald School Museum); and 3 police and fire/rescue stations (Morningside Police Department, Maryland State Police Barrack L - Forestville, Ritchie Volunteer Fire Department); and 3 post office properties (**Map 2**). No affordable housing developments were identified .

**Environmental Justice populations**: All 7 of the Forestville CEA Analysis Area Community block groups (8019.06 – 1, 8021.03 – 2, 8021.04 – 1, 8021.04 – 2, 8022.03 – 2, 8022.03 – 3, and 8022.04 - 4) are identified as EJ populations. The EJ Analysis, including EJ principles and the methodology for identifying EJ populations, is provided in **Chapter 4**.



**Forestville Map 1**

LEGEND
- Municipality/Census Designated Place
- Census Block Groups
- Corridor Study Boundary



### Race & Ethnicity

- Asian Alone — 1%
- Black or African American Alone — 83%
- White Alone — 4%
- Some Other Race Alone & Two or More Races — 2%
- Hispanic or Latino of Any Race — 10%



### Land Use

■ Acres

| Land Use | Acres |
|---|---|
| Commercial/Employment | 263 |
| Industrial | 1,155 |
| Mixed-Use | 42 |
| Park/Open Space | 100 |
| Planned Unit/Planned Community | 0 |
| Residential | 780 |
| Transportation | 491 |



### Housing Characteristics

■ Owned  ■ Rented

| | Owned | Rented |
|---|---|---|
| Single-Family, Detached | 1,258 | 171 |
| Single-Family, Attached | 601 | 103 |
| 2& 3-4 Units in Structure | 13 | 23 |
| 5-9 & 10-19 Units in Structure | 190 | 454 |
| 20-49 & 50+ Units in Structure | 44 | 38 |
| Mobile Home, Boat, RV, Van, Etc. | 22 | 0 |



**Forestville Map 2**

LEGEND
- Corridor Study Boundary
- CEA Analysis Area Community
- ☆ K thru 12 Education
- ▢ Place of Worship
- △ Cemetery
- ▢ Park Property
- ● Fire Station
- ▲ Police Station
- ▲ Post Office

| Total Population | 8,472 |
|---|---|
| *as percent of CEA Analysis Area* | 3% |
| Median Age | 40 |
| Households with One + Persons with a Disability | 721 |
| Range of Median Household Income (Block Groups) | $55,469- $98,173 |
| Low-Income Populations Identified? | Yes |
| Population Driving Car/Truck/Van to Work | 3,474 |

*Sources: ACS 5-Year Estimates (2012-2016); City of Gaithersburg GIS; City of Rockville GIS Open Data; Montgomery County/M-NCPPC MCATLAS; Prince George's County Open Data Portal; Fairfax County Open Geospatial Data*



MANAGED LANES STUDY

# Forestville CEA Analysis Area Community Impacts

| Alternative | Potential Relocations (#) | Potential Community Facilities Impacted (#) | Existing Land Use Conversion to Study Related Transportation Right-of-Way (ROW) |
|---|---|---|---|
| Alternative 1 (No Build) | None | None | None |
| Alternative 5 | None | Partial right-of-way acquisition from: 1 Place of Worship 1 Park 1 Postal Property | **Commercial/Employment:** 2.6 acres **Industrial:** 13.8 acres **Mixed-Use:** 0.2 acre **Park/Open Space:** 0.7 acre **Transportation:** 0.6 acre **Total Land Required:** 17.9 acres |
| Alternatives 8 and 9 | None | Partial right-of-way acquisition from: 1 Place of Worship 1 Park 1 Postal Property | **Commercial/Employment:** 3.2 acres **Industrial:** 16.6 acres **Mixed-Use:** 0.2 acre **Park/Open Space:** 0.7 acre **Transportation:** 0.8 acres **Total Land Required:** 21.5 acres |
| Alternative 10 | None | Partial right-of-way acquisition from: 1 Place of Worship 1 Park 1 Postal Property | **Commercial/Employment:** 3.2 acres **Industrial:** 16.6 acres **Mixed-Use:** 0.2 acre **Park/Open Space:** 0.7 acre **Transportation:** 0.8 acres **Total Land Required:** 21.5 acres |
| Alternative 13B | None | Partial right-of-way acquisition from: 1 Place of Worship 1 Park 1 Postal Property | **Commercial/Employment:** 3.2 acres **Industrial:** 16.6 acres **Mixed-Use:** 0.2 acre **Park/Open Space:** 0.7 acre **Transportation:** 0.8 acres **Total Land Required:** 21.5 acres |
| Alternative 13C | None | Partial right-of-way acquisition from: 1 Place of Worship 1 Park 1 Postal Property | **Commercial/Employment:** 3.2 acres **Industrial:** 16.6 acres **Mixed-Use:** 0.2 acre **Park/Open Space:** 0.7 acre **Transportation:** 0.8 acres **Total Land Required:** 21.5 acres |

## Summary of Impacts from the Screened Alternatives

The Build Alternatives would require no relocations. The Build Alternatives would require partial acquisition from multiple properties, including one place of worship, one park, and a postal property. The assumed impacts would accommodate mainline widening, new direct access ramps, and stormwater management facilities. Generally, the Build Alternatives would require acquisition of strips of land from undeveloped areas or areas of trees from properties adjacent to I-495. Acquisition of a few larger areas were also assumed for the accommodation of stormwater management facilities.

The Build Alternatives would maintain the existing separation between highway operations and local traffic, bicyclists, and pedestrians through access limits and physical barriers in accordance with state and federal regulations. Where direct access ramps would be constructed, alterations to traffic patterns and roadway/sidewalk networks would be mitigated by the inclusion of signage, high-visibility crosswalk markings, pedestrian countdown signals, and the implementation of a temporary detour network. Emergency services would experience an incremental reduction in response times due reduced congestion on study corridors that is anticipated under the Build Alternatives. Additional capacity would assist in accommodating a population evacuation and improving emergency response access should an event related to homeland security occur. The proposed Build Alternatives would not eliminate access or provide new access to properties, nor would they impede access between residences and community facilities and business, as no properties are accessed directly from I-495 or I-270. However, an incremental enhancement to access may occur due to reduced congestion on study corridors.

Changes to land use and development would be incremental and limited to those properties directly affected by property acquisition. It is anticipated that the Build Alternatives would have negligible impact on the overall population or demographic patterns within the CEA Analysis Area. Further, Build Alternatives would not change the sense of cohesion or interactions between persons or groups within the community as no relocations would occur. Isolation of properties, persons, or groups would not occur due to the parallel nature of the proposed improvements along the existing highway.

Properties immediately adjacent to the improved highway may experience an increase in noise impacts as noise generators (travel lanes) are moved closer to receptors; however, the increased noise experienced by properties set back from the highway would be negligible. Based on current analysis, this community contains one noise sensitive land use/activity area (NSA) where there are no existing noise barriers, but new barriers would be constructed. Additional noise abatement information, including mapping, is available in the Noise Technical Report (DEIS, Appendix J).

Properties immediately adjacent to the improved highway may experience a change in viewshed where the roadway features including direct managed lanes access ramps, new interchange ramps, and other structures may be introduced; however, the Build Alternatives would not result in changes to viewsheds or visual impacts incompatible with the existing visual character or qualities of the larger community. Additional information on visual impacts is provided in Chapter 3, Section 5.2.

Information on the potential beneficial and adverse effects to EJ populations is provided in the EJ Analysis in Chapter 4. Effects to the following resources within EJ populations are considered: human health and safety, air quality, noise, water quality, hazardous materials sites, natural resources, visual landscape and aesthetic values, economy and employment, access and mobility, community cohesion/isolation and quality of life, and tolling.

# Westphalia CEA Analysis Area Community

**Location**: The Westphalia CEA Analysis Area Community includes three Census block groups and covers 4,891 acres, overlapping the northern half of the Westphalia Census-Designated Place along I-495 (**Map 1**). The CEA Analysis Area Community is bordered roughly by: Ritchie Marlboro/White House Road to the north; Brown Station Road to the east; Cabin Branch and Presidential Parkway (MD 337) to the south; and I-495/I-95 to the west.

**Planning & Development**: Planning is guided by the *Approved Westphalia Sector Plan and Sectional Map Amendment* (2007) and the *Melwood-Westphalia Approved Master Plan and Sectional Map Amendment* (1994). Residential development patterns include single-family houses and townhomes, plus mobile homes along curvilinear, tree-lined roadways. Forested areas and open space are interspersed throughout the CEA Analysis Area Community. According to, the *Approved Westphalia Sector Plan and Sectional Map Amendment* (2007), Westphalia is currently undergoing redevelopment with concept plans calling for high-density, transit and pedestrian-oriented urban town center surround by village centers and multiple residential unit types.

**Community Facilities**: Located within the CEA Analysis Area Community are: 1 school (Arrowhead Elementary School), 6 places of worship (Kingdom Worship Center, Ridgely Church of God, Ritchie Baptist Church, River of Life Christian Center, Unity & Praise Fellowship, Westphalia United Methodist Church); 7 parks/parkways (Suitland Parkway, Chesapeake Beach Railroad Trail, Turkey Branch Park, Westphalia Central Park, Westphalia Park, Little Washington Park, Cabin Branch West Stream Valley Park); and 1 fire/rescue station (Forestville Volunteer Fire Department Station 23) (**Map 2**). No affordable housing developments were identified in this community.

**Environmental Justice populations:** All 3 of the Westphalia CEA Analysis Area Community block groups (8007.01 – 2, 8022.01 – 1, and 8022.01 - 2) are identified as EJ populations. The EJ Analysis, including EJ principles and the methodology for identifying EJ populations, is provided in **Chapter 4**.





**Westphalia Map 1**

LEGEND
- Municipality/Census Designated Place
- Census Block Groups
- Corridor Study Boundary



**Westphalia Map 2**

LEGEND
- Corridor Study Boundary
- CEA Analysis Area Community
- ☆ K thru 12 Education
- Place of Worship
- Park Property
- Fire Station



### Race & Ethnicity

- 87%
- 8%
- 2%
- 1%
- 2%

Legend:
- Asian Alone
- Black or African American Alone
- White Alone
- Some Other Race Alone & Two or More Races
- Hispanic or Latino of Any Race

### Land Use

■ Acres

| | |
|---|---|
| Commercial/Employment | 7 |
| Industrial | 417 |
| Mixed-Use | 224 |
| Park/Open Space | 432 |
| Planned Unit/Planned Community | 40 |
| Residential | 3,334 |
| Transportation | 437 |

### Housing Characteristics

■ Owned  ■ Rented

| Single-Family, Detached | Single-Family, Attached | 2& 3-4 Units in Structure | 5-9 & 10-19 Units in Structure | 20-49 & 50+ Units in Structure | Mobile Home, Boat, RV, Van, Etc. |
|---|---|---|---|---|---|
| 716 / 25 | 355 / 66 | 32 / 0 | 0 / 9 | 0 / 0 | 182 / 53 |

| | |
|---|---|
| **Total Population** | **3,619** |
| *as percent of CEA Analysis Area* | 1% |
| Median Age | 43 |
| Households with One + Persons with a Disability | 299 |
| Range of Median Household Income (Block Groups) | $63,523- $120,833 |
| Low-Income Populations Identified? | No |
| Population Driving Car/Truck/Van to Work | 1,668 |

Sources: ACS 5-Year Estimates (2012-2016); City of Gaithersburg GIS; City of Rockville GIS Open Data; Montgomery County/M-NCPPC MCATLAS; Prince George's County Open Data Portal; Fairfax County Open Geospatial Data



MANAGED LANES STUDY

# Westphalia CEA Analysis Area Community Impacts

| Alternative | Potential Relocations (#) | Potential Community Facilities Impacted (#) | Existing Land Use Conversion to Study Related Transportation Right-of-Way (ROW) | Summary of Impacts from the Screened Alternatives |
|---|---|---|---|---|
| Alternative 1 (No Build) | None | None | None | The Build Alternatives would require no relocations, nor would they impact any community facilities. However, the Build Alternatives would require partial acquisition from multiple properties. The assumed impacts would accommodate mainline widening, new direct access ramps, and stormwater management facilities. Generally, the Build Alternatives would require acquisition of strips of land from undeveloped areas or areas of trees from properties adjacent to I-495. Acquisition of a few larger areas were also assumed for the accommodation of stormwater management facilities.

The Build Alternatives would maintain the existing separation between highway operations and local traffic, bicyclists, and pedestrians through access limits and physical barriers in accordance with state and federal regulations. Where direct access ramps would be constructed, alterations to traffic patterns and roadway/sidewalk networks would be mitigated by the inclusion of signage, high-visibility crosswalk markings, pedestrian countdown signals, and the implementation of a temporary detour network. Emergency services would experience an incremental reduction in response times due reduced congestion on study corridors that is anticipated under the Build Alternatives. Additional capacity would assist in accommodating a population evacuation and improving emergency response access should an event related to homeland security occur. The proposed Build Alternatives would not eliminate access or provide new access to properties, nor would they impede access between residences and community facilities and business, as no properties are accessed directly from I-495 or I-270. However, an incremental enhancement to access may occur due to reduced congestion on study corridors. |
| Alternative 5 | None | None | **Industrial**: 3.0 acres<br>**Residential**: 9.5 acres<br>**Transportation**: 1.9 acres<br>**Total Land Required**: 14.4 acres | |
| Alternatives 8 and 9 | None | None | **Industrial**: 3.7 acres<br>**Residential**: 10.3 acres<br>**Transportation**: 2.2 acres<br>**Total Land Required**: 16.2 acres | Changes to land use and development would be incremental and limited to those properties directly affected by property acquisition. It is anticipated that the Build Alternatives would have negligible impact on the overall population or demographic patterns within the CEA Analysis Area. Further, Build Alternatives would not change the sense of cohesion or interactions between persons or groups within the community as no relocations would occur. Isolation of properties, persons, or groups would not occur due to the parallel nature of the proposed improvements along the existing highway.

Properties immediately adjacent to the improved highway may experience an increase in noise impacts as noise generators (travel lanes) are moved closer to receptors; however, the increased noise experienced by properties set back from the highway would be negligible. Based on current analysis, this community contains one noise sensitive land use/activity area (NSA) that does not meet the feasible and reasonable criteria for noise abatement. Additional noise abatement information, including mapping, is available in the Noise Technical Report (DEIS, Appendix J). |
| Alternative 10 | None | None | **Industrial**: 3.7 acres<br>**Residential**: 10.3 acres<br>**Transportation**: 2.2 acres<br>**Total Land Required**: 16.2 acres | Properties immediately adjacent to the improved highway may experience a change in viewshed where the roadway features including direct managed lanes access ramps, new interchange ramps, and other structures may be introduced; however, the Build Alternatives would not result in changes to viewsheds or visual impacts incompatible with the existing visual character or qualities of the larger community. Additional information on visual impacts is provided in Chapter 3, Section 5.2. |
| Alternative 13B | None | None | **Industrial**: 3.7 acres<br>**Residential**: 10.3 acres<br>**Transportation**: 2.2 acres<br>**Total Land Required**: 16.2 acres | Information on the potential beneficial and adverse effects to EJ populations is provided in the EJ Analysis in Chapter 4. Effects to the following resources within EJ populations are considered: human health and safety, air quality, noise, water quality, hazardous materials sites, natural resources, visual landscape and aesthetic values, economy and employment, access and mobility, community cohesion/isolation and quality of life, and tolling. |
| Alternative 13C | None | None | **Industrial**: 3.7 acres<br>**Residential**: 10.3 acres<br>**Transportation**: 2.2 acres<br>**Total Land Required**: 16.2 acres | |

00038561

# Morningside CEA Analysis Area Community



**Location**: The Morningside CEA Analysis Area Community includes one Census block group and covers 133 acres, overlapping the northern portion of incorporated Town of Morningside along I-495 (**Map 1**). The CEA Analysis Area Community is bordered roughly by: Woodland Road to the north; Woodland and Morgan Roads and Pickett Drive to the east; and Suitland Road (Route 218) to the south and west.

**Planning & Development**: Planning and development are guided by *The Heights and Vicinity Approved Master Plan and Sectional Map Amendment* (2000). Development patterns and density are typical of a suburb, with a predominance of single-family houses oriented around curvilinear and gridded local roadways. Suitland Road provides convenient access between the residences of the Morningside CEA Analysis Area Community and Joint Base Andrews, located immediately southeast of the community, across I-495.

**Community Facilities**: Located within the CEA Analysis Area Community is 1 place of worship (Suitland Road Baptist Church) (**Map 2**). No affordable housing developments were identified in this community.

**Environmental Justice populations**: The single block group comprising the Morningside CEA Analysis Area Community (8019.06 – 2) is identified as an EJ population. The EJ Analysis, including EJ principles and the methodology for identifying EJ populations, is provided in **Chapter 4**.



Morningside Map 1

LEGEND
- ▨ Municipality/Census Designated Place
- ☐ Census Block Groups
- ☐ Corridor Study Boundary



### Race & Ethnicity

- 49% ■ Black or African American Alone
- 25% ■ White Alone
- 5% ■ Some Other Race Alone & Two or More Races
- 21% ■ Hispanic or Latino of Any Race



### Land Use

■ Acres

| Category | Acres |
|---|---|
| Commercial/Employment | 1 |
| Industrial | 0 |
| Mixed-Use | 0 |
| Park/Open Space | 0 |
| Planned Unit/Planned Community | 0 |
| Residential | 108 |
| Transportation | 24 |

| Total Population | 1,171 |
|---|---|
| *as percent of CEA Analysis Area* | <1% |
| Median Age | 40 |
| Households with One + Persons with a Disability | 122 |
| Range of Median Household Income (Block Groups) | $64,688 |
| Low-Income Populations Identified? | No |
| Population Driving Car/Truck/Van to Work | 480 |



### Housing Characteristics

■ Owned  ■ Rented

| | Single-Family, Detached | Single-Family, Attached | 2& 3-4 Units in Structure | 5-9 & 10-19 Units in Structure | 20-49 & 50+ Units in Structure | Mobile Home, Boat, RV, Van, Etc. |
|---|---|---|---|---|---|---|
| Owned | 287 | 3 | 0 | 0 | 10 | 0 |
| Rented | 76 | 0 | 0 | 0 | 0 | 0 |

*Sources: ACS 5-Year Estimates (2012-2016); City of Gaithersburg GIS; City of Rockville GIS Open Data; Montgomery County/M-NCPPC MCATLAS; Prince George's County Open Data Portal; Fairfax County Open Geospatial Data*



Morningside Map 2

LEGEND
- ☐ Corridor Study Boundary
- ☐ CEA Analysis Area Community
- ▪ Place of Worship



00038562

# Morningside CEA Analysis Area Community Impacts

| Alternative | Potential Relocations (#) | Potential Community Facilities Impacted (#) | Existing Land Use Conversion to Study Related Transportation Right-of-Way (ROW) |
|---|---|---|---|
| Alternative 1 (No Build) | None | None | None |
| Alternative 5 | None | None | None |
| Alternatives 8 and 9 | None | None | None |
| Alternative 10 | None | None | None |
| Alternative 13B | None | None | None |
| Alternative 13C | None | None | None |

## Summary of Impacts from the Screened Alternatives

The Build Alternatives would not impact right-of-way or land use within the Morningside CEA Analysis Area Community.

The Build Alternatives would maintain the existing separation between highway operations and local traffic, bicyclists, and pedestrians through access limits and physical barriers in accordance with state and federal regulations. Emergency services would experience an incremental reduction in response times due reduced congestion on study corridors that is anticipated under the Build Alternatives. Additional capacity would assist in accommodating a population evacuation and improving emergency response access should an event related to homeland security occur. The proposed Build Alternatives would not eliminate access or provide new access to properties, nor would they impede access between residences and community facilities and business, as no properties are accessed directly from I-495 or I-270. However, an incremental enhancement to access may occur due to reduced congestion on study corridors.

The Build Alternatives would result in no changes to land use and development. It is anticipated that the Build Alternatives would have negligible impact on the overall population or demographic patterns within the CEA Analysis Area. Further, Build Alternatives would not change the sense of cohesion or interactions between persons or groups within the community as no relocations would occur. Isolation of properties, persons, or groups would not occur due to the parallel nature of the proposed improvements along the existing highway.

Based on current analysis, this community does not contain any noise sensitive land use/activity areas (NSAs). Noise abatement information for NSAs along the study corridor, including mapping, is available in the Noise Technical Report (DEIS, Appendix J). Similarly, the Build Alternatives would not result in changes to viewsheds or visual impacts incompatible with the existing visual character or qualities of the community. Additional information on visual impacts is provided in Chapter 3, Section 5.2.

Information on the potential beneficial and adverse effects to EJ populations is provided in the EJ Analysis in Chapter 4. Effects to the following resources within EJ populations are considered: human health and safety, air quality, noise, water quality, hazardous materials sites, natural resources, visual landscape and aesthetic values, economy and employment, access and mobility, community cohesion/isolation and quality of life, and tolling.

00038563

# Joint Base Andrews CEA Analysis Area Community



**Location:** The Joint Base Andrews (JBA) CEA Analysis Area Community includes two Census Block Groups and covers 3,195 acres, overlapping most of the gated U.S. military installation and Census-Designated Place JBA along I-495. The CEA Analysis Area Community is bordered roughly by: I-95/I-495 and Suitland Parkway/Allentown Road (Route 337) to the north; Patrick Avenue and East Perimeter Road to the east; Wisconsin Road, San Antonio Boulevard, and West Perimeter Road to the south; and Branch Avenue (Route 5) and Allentown Road to the west.

**Planning & Development:** The JBA CEA Analysis Area Community features commands from the U.S. Department of Defense, the Maryland National Guard, the Maryland State Police, and the District National Guard. JBA features an airfield; housing units; maintenance, service, and light industrial facilities; undeveloped, forested land for military training exercises; three individual golf courses; and commercial and administrative buildings. A draft master plan for JBA was submitted for National Capital Planning Commission review and comment in January 2018. Land Use for this community is largely characterized as industrial and all the residences are on-base housing classified as rental properties, per ACS 5-Years Estimates (2012—2016).

**Community Facilities:** Located within the CEA Analysis Area Community are: 2 schools and higher education institutions/extensions (Imagine Andrews Public Charter School, University of Maryland University College at Joint Base Andrews); 1 parkway (Suitland Parkway); and 1 post office (**Map 2**). No affordable housing developments were identified in this community.

**Environmental Justice populations:** One of the 2 JBA CEA Analysis Area Community block groups (8011.04 – 3) is identified as an EJ population. The EJ Analysis, including EJ principles and the methodology for identifying EJ populations, is provided in **Chapter 4**.



**Joint Base Andrews Map 1**

LEGEND
- — Municipality/Census Designated Place
- ▢ Census Block Groups
- ▢ Corridor Study Boundary



**Race & Ethnicity**

- American Indian and Alaska Native Alone
- Asian Alone
- Black or African American Alone
- White Alone
- Some Other Race Alone & Two or More Races
- Hispanic or Latino of Any Race

13%, 4%, 2%, 5%, 18%, 58%



**Land Use**  ■ Acres

| Land Use | Acres |
|---|---|
| Commercial/Employment | 0 |
| Industrial | 3,155 |
| Mixed-Use | 0 |
| Park/Open Space | 0 |
| Planned Unit/Planned Community | 0 |
| Residential | 1 |
| Transportation | 40 |



**Joint Base Andrews Map 2**

LEGEND
- ▢ Corridor Study Boundary
- ▢ CEA Analysis Area Community
- ☆ K thru 12 Education
- ★ Higher Education
- ▲ Post Office

| Total Population | 3,336 |
|---|---|
| *as percent of CEA Analysis Area* | 1% |
| Median Age | 23 |
| Households with One + Persons with a Disability | 36 |
| Range of Median Household Income (Block Groups) | $55,000 |
| Low-Income Populations Identified? | Yes |
| Population Driving Car/Truck/Van to Work | 1,120 |

**Housing Characteristics**  ■ Owned  ■ Rented

| Single-Family, Detached | Single-Family, Attached | 2& 3-4 Units in Structure | 5-9 & 10-19 Units in Structure | 20-49 & 50+ Units in Structure | Mobile Home, Boat, RV, Van, Etc. |
|---|---|---|---|---|---|
| 0, 47 | 0, 694 | 0, 103 | 0, 38 | 0, 20 | 0, 0 |

Sources: ACS 5-Year Estimates (2012-2016); City of Gaithersburg GIS; City of Rockville GIS Open Data; Montgomery County/M-NCPPC MCATLAS; Prince George's County Open Data Portal; Fairfax County Open Geospatial Data

MANAGED LANES STUDY 495 270

# Joint Base Andrews CEA Analysis Area Community Impacts

| Alternative | Potential Relocations (#) | Potential Community Facilities Impacted (#) | Existing Land Use Conversion to Study Related Transportation Right-of-Way (ROW) | Summary of Impacts from the Screened Alternatives |
|---|---|---|---|---|
| Alternative 1 (No Build) | None | None | None | The Build Alternatives would not impact right-of-way or land use within the Joint Base Andrews CEA Analysis Area Community.<br><br>The Build Alternatives would maintain the existing separation between highway operations and local traffic, bicyclists, and pedestrians through access limits and physical barriers in accordance with state and federal regulations. Emergency services would experience an incremental reduction in response times due reduced congestion on study corridors that is anticipated under the Build Alternatives. Additional capacity would assist in accommodating a population evacuation and improving emergency response access should an event related to homeland security occur. The proposed Build Alternatives would not eliminate access or provide new access to properties, nor would they impede access between residences and community facilities and business, as no properties are accessed directly from I-495 or I-270. However, an incremental enhancement to access may occur due to reduced congestion on study corridors. |
| Alternative 5 | None | None | None | The Build Alternatives would result in no changes to land use and development. It is anticipated that the Build Alternatives would have negligible impact on the overall population or demographic patterns within the CEA Analysis Area. Further, Build Alternatives would not change the sense of cohesion or interactions between persons or groups within the community as no relocations would occur. Isolation of properties, persons, or groups would not occur due to the parallel nature of the proposed improvements along the existing highway. |
| Alternative 8 | None | None | None | Based on current analysis, this community does not contain any noise sensitive land use/activity areas (NSAs). Noise abatement information for NSAs along the study corridor, including mapping, is available in the Noise Technical Report (DEIS, Appendix J). Similarly, the Build Alternatives would not result in changes to viewsheds or visual impacts incompatible with the existing visual character or qualities of the community. Additional information on visual impacts is provided in Chapter 3, Section 5.2.<br><br>Information on the potential beneficial and adverse effects to EJ populations is provided in the EJ Analysis in Chapter 4. Effects to the following resources within EJ populations are considered: human health and safety, air quality, noise, water quality, hazardous materials sites, natural resources, visual landscape and aesthetic values, economy and employment, access and mobility, community cohesion/isolation and quality of life, and tolling. |
| Alternative 10 | None | None | None | |
| Alternative 13B | None | None | None | |
| Alternative 13C | None | None | None | |

00038565

# Camp Springs CEA Analysis Area Community

**Location:** The Camp Springs CEA Analysis Area Community includes five Census block groups and covers 2,449 acres, overlapping approximately half of the Camp Springs Census-Designated Place (CDP) along I-495 (**Map 1**). The CEA Analysis Area Community is bordered roughly by: Suitland Parkway and Suitland Road to the north; Allentown Road to the east; Brinkley Road, Middletown Lane, and Weldon Drive to the south; and Henderson Road to the west. Developed around the crossroads of Branch Avenue (Route 5) and Allentown Road, the community is divided by I-495/I-95 and bordered by Joint Base Andrews CDP to the east.

**Planning & Development:** Planning and development within this CEA Analysis Area Community is guided by *The Preliminary Southern Green Line Station Area Sector Plan and Sectional Map Amendment* (2013), the *Approved Branch Avenue Corridor Sector Plan and Sectional Map Amendment* (2008), the *Approved Henson Creek-South Potomac Master Plan and Sectional Map Amendment* (2006) and the *Approved Master Plan and Sectional Map Amendment for the Heights and Vicinity* (2000). Development patterns and density are typical of an older, inner suburb, with primarily single-family detached homes in tree-lined neighborhoods, curvilinear local roadways largely separated from shopping centers, and light industrial uses along larger arterial roadways.

**Community Facilities:** Located within the CEA Analysis Area Community are: 2 schools (New Chapel Christian Academy, Princeton Elementary School); 12 places of worship (Beltway Church of Christ, Central Baptist Church of Camp Springs, Church of Jesus Christ Of Latter Day Saints, Evangel Assembly, From the Heart Ministries, Healing Hearts Ministries, Kirkland Memorial Second Church, Nativity Episcopal Church, New Chapel Baptist Church, People's Church, Saint Philip's Church, The Peoples Christian Corp); 7 parks/parkways (Manchester Estates Park, Andrews Manor Park, Suitland Parkway, Middleton Valley Park, Auth Village Park, Henson Creek Stream Valley Park, Michael J. Polley Park); 1 fire/rescue station (Morningside Volunteer Fire Department Station 27) (**Map 2**). One affordable housing development (Vesta Riverdale) was identified in this community.

**Environmental Justice populations:** All 5 of the Camp Springs CEA Analysis Area Community block groups (8019.01 – 2, 8019.04 – 1, 8019.04 – 2, 8019.05 – 1, and 8019.05 - 2) are identified as EJ populations. The EJ Analysis, including EJ principles and the methodology for identifying EJ populations, is provided in **Chapter 4**.



Camp Springs Map 1

LEGEND
— Municipality/Census Designated Place
Census Block Groups
Corridor Study Boundary



Camp Springs Map 2

LEGEND
— Corridor Study Boundary
— CEA Analysis Area Community
☆ K thru 12 Education
▪ Place of Worship
▪ Park Property
● Fire Station



**Race & Ethnicity**

- Asian Alone
- Black or African American Alone
- White Alone
- Some Other Race Alone & Two or More Races
- Hispanic or Latino of Any Race

79%, 10%, 2%, 5%, 3%



**Land Use** — Acres

| | Acres |
|---|---|
| Commercial/Employment | 264 |
| Industrial | 133 |
| Mixed-Use | 166 |
| Park/Open Space | 81 |
| Planned Unit/Planned Community | 0 |
| Residential | 1,300 |
| Transportation | 505 |



**Housing Characteristics** — Owned ▪ Rented

| | Single-Family, Detached | Single-Family, Attached | 2& 3-4 Units in Structure | 5-9 & 10-19 Units in Structure | 20-49 & 50+ Units in Structure | Mobile Home, Boat, RV, Van, Etc. |
|---|---|---|---|---|---|---|
| Owned | 2,094 | 256 | 0 | 0 | 69 | 0 |
| Rented | 97 | 107 | 305 | 257 | 603 | 0 |

| | |
|---|---|
| **Total Population** | **9,966** |
| *as percent of CEA Analysis Area* | 3% |
| Median Age | 39 |
| Households with One + Persons with a Disability | 842 |
| Range of Median Household Income (Block Groups) | $38,795- $94,896 |
| Low-Income Populations Identified? | Yes |
| Population Driving Car/Truck/Van to Work | 3,751 |

*Sources: ACS 5-Year Estimates (2012-2016); City of Gaithersburg GIS; City of Rockville GIS Open Data; Montgomery County/M-NCPPC MCATLAS; Prince George's County Open Data Portal; Fairfax County Open Geospatial Data*

# Camp Springs CEA Analysis Area Community Impacts

| Alternative | Potential Relocations (#) | Potential Community Facilities Impacted (#) | Existing Land Use Conversion to Study Related Transportation Right-of-Way (ROW) |
|---|---|---|---|
| **Alternative 1 (No Build)** | None | None | None |
| **Alternative 5** | None | Partial right-of-way acquisition from: 2 Places of Worship 2 Parks | **Commercial/Employment**: 1.5 acre **Industrial**: 0.3 acre **Park/Open Space**: 3.0 acres **Residential**: 11.8 acres **Transportation**: 0.9 acres **Total Land Required**: 17.5 acres |
| **Alternatives 8 and 9** | None | Partial right-of-way acquisition from: 2 Places of Worship 2 Parks | **Commercial/Employment**: 1.5 acre **Industrial**: 0.4 acre **Park/Open Space**: 3.1 acres **Residential**: 12.9 acres **Transportation**: 1.1 acres **Total Land Required**: 19.0 acres |
| **Alternative 10** | None | Partial right-of-way acquisition from: 2 Places of Worship 2 Parks | **Commercial/Employment**: 1.5 acre **Industrial**: 0.4 acre **Park/Open Space**: 3.1 acres **Residential**: 12.9 acres **Transportation**: 1.1 acres **Total Land Required**: 19.0 acres |
| **Alternative 13B** | None | Partial right-of-way acquisition from: 2 Places of Worship 2 Parks | **Commercial/Employment**: 1.5 acre **Industrial**: 0.4 acre **Park/Open Space**: 3.1 acres **Residential**: 12.9 acres **Transportation**: 1.1 acres **Total Land Required**: 19.0 acres |
| **Alternative 13C** | None | Partial right-of-way acquisition from: 2 Places of Worship 2 Parks | **Commercial/Employment**: 1.5 acre **Industrial**: 0.4 acre **Park/Open Space**: 3.1 acres **Residential**: 12.9 acres **Transportation**: 1.1 acres **Total Land Required**: 19.0 acres |

## Summary of Impacts from the Screened Alternatives

The Build Alternatives would require partial acquisition from multiple properties, including three places of worship and two park properties. The assumed impacts would accommodate mainline widening, new direct access ramps, and stormwater management facilities. Generally, the Build Alternatives would require acquisition of strips of land from undeveloped areas or areas of trees from properties adjacent to I-495. Acquisition of a few larger areas were also assumed for the accommodation of stormwater management facilities.

The Build Alternatives would maintain the existing separation between highway operations and local traffic, bicyclists, and pedestrians through access limits and physical barriers in accordance with state and federal regulations. Where direct access ramps would be constructed, alterations to traffic patterns and roadway/sidewalk networks would be mitigated by the inclusion of signage, high-visibility crosswalk markings, pedestrian countdown signals, and the implementation of a temporary detour network. Emergency services would experience an incremental reduction in response times due reduced congestion on study corridors that is anticipated under the Build Alternatives. Additional capacity would assist in accommodating a population evacuation and improving emergency response access should an event related to homeland security occur. The proposed Build Alternatives would not eliminate access or provide new access to properties, nor would they impede access between residences and community facilities and business, as no properties are accessed directly from I-495 or I-270. However, an incremental enhancement to access may occur due to reduced congestion on study corridors.

Changes to land use and development would be incremental and limited to those properties directly affected by property acquisition. It is anticipated that the Build Alternatives would have negligible impact on the overall population or demographic patterns within the CEA Analysis Area. Further, Build Alternatives would not change the sense of cohesion between persons or groups within the community as no relocations would occur. Isolation of properties, persons, or groups would not occur due to the parallel nature of the proposed improvements along the existing highway.

Properties immediately adjacent to the improved highway may experience an increase in noise impacts as noise generators (travel lanes) are moved closer to receptors; however, the increased noise experienced by properties set back from the highway would be negligible. Based on current analysis, this community contains one noise sensitive land use/activity area (NSA) that would remain in-place as currently constructed; two NSAs where existing noise barriers would be displaced by construction and replaced by reconstructed barriers; two NSAs where existing noise barriers would be reconstructed and extended; and one NSA that does not meet the feasible and reasonable criteria for noise abatement. Additional noise abatement information, including mapping, is available in the Noise Technical Report (DEIS, Appendix J).

Properties immediately adjacent to the improved highway may experience a change in viewshed where the roadway features including direct managed lanes access ramps, new interchange ramps, and other structures may be introduced; however, the Build Alternatives would not result in changes to viewsheds or visual impacts incompatible with the existing visual character or qualities of the larger community. Additional information on visual impacts is provided in Chapter 3, Section 5.2.

Information on the potential beneficial and adverse effects to EJ populations is provided in the EJ Analysis in Chapter 4. Effects to the following resources within EJ populations are considered: human health and safety, air quality, noise, water quality, hazardous materials sites, natural resources, visual landscape and aesthetic values, economy and employment, access and mobility, community cohesion/isolation and quality of life, and tolling.

00038567

# Marlow Heights CEA Analysis Area Community

**Location**: The Marlow Heights CEA Analysis Area Community includes two Census block groups and covers 1,141 acres, overlapping and extending beyond the boundaries of the Marlow Heights Census-Designated Place along I-495 (**Map 1**). The CEA Analysis Area Community is bordered roughly by: St. Barnabas Road (MD 414), Branch Avenue (Route 5), Wilkinson Drive and Belnor Lane to the north; a tributary to Henson Creek and the western portion of Henson Creek State Park to the east; I-95/I-495 to the south; and the residential neighborhoods bordering Owens Road to the west.

**Planning & Development**: Within the Marlow Heights CEA analysis area community development and planning are guided by *The Heights and Vicinity Approved Master Plan and Sectional Map Amendment* (2000). Development patterns and density are typically suburban, blending older single-family houses and townhouses oriented around local roadways with shopping centers and community facilities oriented around arterial roadways such as Owens and St. Barnabas Roads.

**Community Facilities**: Located within the CEA Analysis Area Community are: 1 school (Barnaby Manor Elementary School); 8 places of worship (Christ Cornerstone Church, Cornerstone New Life Ministries, Iglesia Ni Cristo, Kdst Slassie Eritrean Orthodox, Mount Calvary Baptist Church, Spread the News Church of God, Temple Hills Church of God, Victory Christian Ministries); 1 cemetery; 4 parks (Henson Creek Stream Valley Park, Azalea Acres Park, Temple Hills Park, Birchwood City Park); and 1 post office (**Map 2**). Additionally, 1 affordable housing development (Council House Apartments) is located in this community.

**Environmental Justice populations:** Both Marlow Heights CEA Analysis Area Community block groups (8017.08 – 1 and 8019.07 - 1) are identified as EJ populations. The EJ Analysis, including EJ principles and the methodology for identifying EJ populations, is provided in **Chapter 4**.



**Marlow Heights Map 1**

LEGEND
- Municipality/Census Designated Place
- Census Block Groups
- Corridor Study Boundary

8019.07-1
8017.08-1



**Marlow Heights Map 2**

LEGEND
- Corridor Study Boundary
- CEA Analysis Area Community
- ☆ K thru 12 Education
- ▢ Place of Worship
- △ Cemetery
- ▮ Park Property
- ▲ Post Office

BRINKLEY RD



**Race & Ethnicity**

- Asian Alone — 3%
- Black or African American Alone — 84%
- White Alone — 5%
- Some Other Race Alone & Two or More Races — 3%
- Hispanic or Latino of Any Race — 5%

(3%)



**Land Use** — ■ Acres

| Land Use | Acres |
|---|---|
| Commercial/Employment | 130 |
| Industrial | 210 |
| Mixed-Use | 10 |
| Park/Open Space | 93 |
| Planned Unit/Planned Community | 0 |
| Residential | 506 |
| Transportation | 192 |



**Housing Characteristics** — ■ Owned ■ Rented

| | Owned | Rented |
|---|---|---|
| Single-Family, Detached | 570 | 174 |
| Single-Family, Attached | 363 | 96 |
| 2& 3-4 Units in Structure | 0 | 8 |
| 5-9 & 10-19 Units in Structure | 154 | 75 |
| 20-49 & 50+ Units in Structure | 0 | 188 |
| Mobile Home, Boat, RV, Van, Etc. | 0 | 0 |

| Total Population | 3,671 |
|---|---|
| *as percent of CEA Analysis Area* | 1% |
| Median Age | 46 |
| Households with One + Persons with a Disability | 462 |
| Range of Median Household Income (Block Groups) | $63,400- $69,545 |
| Low-Income Populations Identified? | No |
| Population Driving Car/Truck/Van to Work | 1,409 |

*Sources: ACS 5-Year Estimates (2012-2016); City of Gaithersburg GIS; City of Rockville GIS Open Data; Montgomery County/M-NCPPC MCATLAS; Prince George's County Open Data Portal; Fairfax County Open Geospatial Data*

MANAGED LANES STUDY 495 270

May 2020

# Marlow Heights CEA Analysis Area Community Impacts

| Alternative | Potential Relocations (#) | Potential Community Facilities Impacted (#) | Existing Land Use Conversion to Study Related Transportation Right-of-Way (ROW) | **Summary of Impacts from the Screened Alternatives** |
|---|---|---|---|---|
| **Alternative 1 (No Build)** | None | None | None | The Build Alternatives would require no relocations. They would require partial acquisition from multiple properties, including 1 park property. The assumed impacts would accommodate mainline widening, new direct access ramps, and stormwater management facilities. Generally, the Build Alternatives would require acquisition of strips of land from undeveloped areas or areas of trees from properties adjacent to I-495. Acquisition of a few larger areas were also assumed for the accommodation of stormwater management facilities. |
| **Alternative 5** | None | Partial right-of-way acquisition from: 1 Park | **Industrial**: 0.8 acre<br>**Park/Open Space**: 0.1 acre<br>**Residential**: 0.4 acre<br>**Total Land Required**: 1.3 acre | The Build Alternatives would maintain the existing separation between highway operations and local traffic, bicyclists, and pedestrians through access limits and physical barriers in accordance with state and federal regulations. Where direct access ramps would be constructed, alterations to traffic patterns and roadway/sidewalk networks would be mitigated by the inclusion of signage, high-visibility crosswalk markings, pedestrian countdown signals, and the implementation of a temporary detour network. Emergency services would experience an incremental reduction in response times due reduced congestion on study corridors that is anticipated under the Build Alternatives. Additional capacity would assist in accommodating a population evacuation and improving emergency response access should an event related to homeland security occur. The proposed Build Alternatives would not eliminate access or provide new access to properties, nor would they impede access between residences and community facilities and business, as no properties are accessed directly from I-495 or I-270. However, an incremental enhancement to access may occur due to reduced congestion on study corridors. |
| **Alternatives 8 and 9** | None | Partial right-of-way acquisition from: 1 Park | **Industrial**: 0.8 acre<br>**Park/Open Space**: 0.1 acre<br>**Residential**: 0.4 acre<br>**Total Land Required**: 1.3 acre | Changes to land use and development would be incremental and limited to those properties directly affected by property acquisition. It is anticipated that the Build Alternatives would have negligible impact on the overall population or demographic patterns within the CEA Analysis Area. Further, Build Alternatives would not change the sense of cohesion or interactions between persons or groups within the community as no relocations would occur. Isolation of properties, persons, or groups would not occur due to the parallel nature of the proposed improvements along the existing highway.<br><br>Based on current analysis, this community does not contain any noise sensitive land use/activity areas (NSAs). Noise abatement information for NSAs along the study corridor, including mapping, is available in the Noise Technical Report (DEIS, Appendix J). |
| **Alternative 10** | None | Partial right-of-way acquisition from: 1 Park | **Industrial**: 0.8 acre<br>**Park/Open Space**: 0.1 acre<br>**Residential**: 0.4 acre<br>**Total Land Required**: 1.3 acre | Properties immediately adjacent to the improved highway may experience a change in viewshed where the roadway features including direct managed lanes access ramps, new interchange ramps, and other structures may be introduced; however, the Build Alternatives would not result in changes to viewsheds or visual impacts incompatible with the existing visual character or qualities of the larger community. Additional information on visual impacts is provided in Chapter 3, Section 5.2. |
| **Alternative 13B** | None | Partial right-of-way acquisition from: 1 Park | **Industrial**: 0.8 acre<br>**Park/Open Space**: 0.1 acre<br>**Residential**: 0.4 acre<br>**Total Land Required**: 1.3 acre | Information on the potential beneficial and adverse effects to EJ populations is provided in the EJ Analysis in Chapter 4. Effects to the following resources within EJ populations are considered: human health and safety, air quality, noise, water quality, hazardous materials sites, natural resources, visual landscape and aesthetic values, economy and employment, access and mobility, community cohesion/isolation and quality of life, and tolling. |
| **Alternative 13C** | None | Partial right-of-way acquisition from: 1 Park | **Industrial**: 0.8 acre<br>**Park/Open Space**: 0.1 acre<br>**Residential**: 0.4 acre<br>**Total Land Required**: 1.3 acre | |

00038569

# Temple Hills CEA Analysis Area Community

**Location**: The Temple Hills CEA Analysis Area Community includes four Census block groups and covers 980 acres, overlapping most of and extending beyond the boundaries of the Temple Hills Census-Designated Place along I-495 (**Map 1**). The CEA Analysis Area Community is bordered roughly by: I-495/I-95 to the north; Branch Avenue (MD 5), Henderson Road, and Henson Creek to the east; Temple Hill and Brinkley Roads to the south; and a tributary to Henson Creek to the west.

**Planning & Development**: Planning is guided by the *Approved Henson Creek-South Potomac Master Plan and Sectional Map Amendment* (2006). Development patterns include single-family houses and medium-size apartment buildings oriented around curvilinear roadways, with parks and open space interspersed throughout.

**Community Facilities**: Located within the CEA Analysis Area Community are: 1 school (Samuel Chase Elementary School), 7 places of worship (Church of Faith Love Center, Corkran Memorial Methodist Church, Elim Baptist Church, Maryland Shiloh, Apostolic Church, New Image Baptist Church, Saint George's Anglican Catholic Church, Saint Stephen Baptist Church); and 4 parks (Henson Creek Stream Valley Park, Henson Creek Park, Joe Lane Park, Temple Hills South Park) (**Map 2**). Additionally, 2 affordable housing developments (Vesta 2000, Trinity Terrace) are located in this community.

**Environmental Justice populations**: All 4 of the Temple Hills CEA Analysis Area Community block groups (8017.01 – 1, 8017.01 – 2, 8017.02 – 1, and 8019.01 - 1) are identified as EJ populations. The EJ Analysis, including EJ principles and the methodology for identifying EJ populations, is provided in **Chapter 4**.



Temple Hills Map 1

LEGEND
- Municipality/Census Designated Place
- Census Block Groups
- Corridor Study Boundary



## Race & Ethnicity

- American Indian and Alaska Native Alone
- Asian Alone
- Black or African American Alone
- White Alone
- Some Other Race Alone & Two or More Races
- Hispanic or Latino of Any Race

84% / 7% / 6% / 1% / 1% / 1%



## Land Use

■ Acres

| Land Use | Acres |
|---|---|
| Commercial/Employment | 1 |
| Industrial | 0 |
| Mixed-Use | 0 |
| Park/Open Space | 154 |
| Planned Unit/Planned Community | 0 |
| Residential | 644 |
| Transportation | 181 |



## Housing Characteristics

■ Owned  ■ Rented

| | Owned | Rented |
|---|---|---|
| Single-Family, Detached | 930 | 112 |
| Single-Family, Attached | 136 | 66 |
| 2& 3-4 Units in Structure | 0 | 32 |
| 5-9 & 10-19 Units in Structure | 15 | 790 |
| 20-49 & 50+ Units in Structure | 0 | 53 |
| Mobile Home, Boat, RV, Van, Etc. | 0 | 0 |

| Total Population | 6,095 |
|---|---|
| *as percent of CEA Analysis Area* | 2% |
| Median Age | 36 |
| Households with One + Persons with a Disability | 478 |
| Range of Median Household Income (Block Groups) | $58,322- $88,250 |
| Low-Income Populations Identified? | Yes |
| Population Driving Car/Truck/Van to Work | 2,030 |

*Sources: ACS 5-Year Estimates (2012-2016); City of Gaithersburg GIS; City of Rockville GIS Open Data; Montgomery County/M-NCPPC MCATLAS; Prince George's County Open Data Portal; Fairfax County Open Geospatial Data*

495 270 MANAGED LANES STUDY



Temple Hills Map 2

LEGEND
- Corridor Study Boundary
- CEA Analysis Area Community
- ☆ K thru 12 Education
- ■ Place of Worship
- ■ Park Property

# Temple Hills CEA Analysis Area Community Impacts

| Alternative | Potential Relocations (#) | Potential Community Facilities Impacted (#) | Existing Land Use Conversion to Study Related Transportation Right-of-Way (ROW) |
|---|---|---|---|
| Alternative 1 (No Build) | None | None | None |
| Alternative 5 | None | None | **Residential:** 0.9 acre<br>**Transportation:** 0.3 acre<br>**Total Land Required:** 1.2 acres |
| Alternatives 8 and 9 | None | None | **Residential:** 1.2 acres<br>**Transportation:** 0.4 acre<br>**Total Land Required:** 1.6 acres |
| Alternative 10 | None | None | **Residential:** 1.2 acres<br>**Transportation:** 0.4 acre<br>**Total Land Required:** 1.6 acres |
| Alternative 13B | None | None | **Residential:** 1.2 acres<br>**Transportation:** 0.4 acre<br>**Total Land Required:** 1.6 acres |
| Alternative 13C | None | None | **Residential:** 1.2 acres<br>**Transportation:** 0.4 acre<br>**Total Land Required:** 1.6 acres |

## Summary of Impacts from the Screened Alternatives

The Build Alternatives would require no relocations, nor would they impact any community facilities. The Build Alternatives would require partial acquisition from multiple properties. The assumed impacts would accommodate mainline widening, new direct access ramps, and stormwater management facilities. Generally, the Build Alternatives would require acquisition of strips of land from unde-veloped areas or areas of trees from properties adjacent to I-495. Acquisition of a few larger areas were also assumed for the accom-modation of stormwater management facilities.

The Build Alternatives would maintain the existing separation between highway operations and local traffic, bicyclists, and pedestri-ans through access limits and physical barriers in accordance with state and federal regulations. Where direct access ramps would be constructed, alterations to traffic patterns and roadway/sidewalk networks would be mitigated by the inclusion of signage, high-visibility crosswalk markings, pedestrian countdown signals, and the implementation of a temporary detour network. Emergency ser-vices would experience an incremental reduction in response times due reduced congestion on study corridors that is anticipated un-der the Build Alternatives. Additional capacity would assist in accommodating a population evacuation and improving emergency re-sponse access should an event related to homeland security occur. The proposed Build Alternatives would not eliminate access or provide new access to properties, nor would they impede access between residences and community facilities and business, as no properties are accessed directly from I-495 or I-270. However, an incremental enhancement to access may occur due to reduced con-gestion on study corridors.

Changes to land use and development would be incremental and limited to those properties directly affected by property acquisition. It is anticipated that the Build Alternatives would have negligible impact on the overall population or demographic patterns within the CEA Analysis Area. Further, Build Alternatives would not change the sense of cohesion or interactions between persons or groups within the community as no relocations would occur. Isolation of properties, persons, or groups would not occur due to the parallel nature of the proposed improvements along the existing highway.

Properties immediately adjacent to the improved highway may experience an increase in noise impacts as noise generators (travel lanes) are moved closer to receptors; however, the increased noise experienced by properties set back from the highway would be negligible. Based on current analysis, this community contains one noise sensitive land use/activity area (NSA) that would remain in-place as currently constructed. Additional noise abatement information, including mapping, is available in the Noise Technical Report (DEIS, Appendix J).

Properties immediately adjacent to the improved highway may experience a change in viewshed where the roadway features includ-ing direct managed lanes access ramps, new interchange ramps, and other structures may be introduced; however, the Build Alterna-tives would not result in changes to viewsheds or visual impacts incompatible with the existing visual character or qualities of the larger community. Additional information on visual impacts is provided in Chapter 3, Section 5.2.

Information on the potential beneficial and adverse effects to EJ populations is provided in the EJ Analysis in Chapter 4. Effects to the following resources within EJ populations are considered: human health and safety, air quality, noise, water quality, hazardous mate-rials sites, natural resources, visual landscape and aesthetic values, economy and employment, access and mobility, community cohe-sion/isolation and quality of life, and tolling.

00038571

# Gaithersburg CEA Analysis Area Community



**Location**: The Gaithersburg CEA Analysis Area Community includes 13 Census block groups over 3,667 acres, including portions of the City of Gaithersburg and the National Institute of Standards and Technology (NIST) (**Map 1**). It is bordered roughly by: I-270 and the WMATA Metrorail Red Line to the north; North Frederick Avenue (MD 355) to I-370 at the east; Shady Grove Road and Great Seneca Highway (Route 119) to the south; and NIST to the west. The Gaithersburg CEA is the northwesternmost community in the CEA Analysis Area.

**Planning & Development**: Planning is guided by the Great *Seneca Science Corridor Master Plan* (2010), *City of Gaithersburg Master Plan* (2009) (currently being updated), *Gaithersburg West Master Plan Transportation Appendix* (Draft March 2009), *Shady Grove Sector Plan* (2006), *Gaithersburg Vicinity Master Plan* (1996), *Gaithersburg & Vicinity Master Plan* (1985, Amended 1988 and 1990). Development patterns blend older suburban design with new transit-oriented development including medium and high-density residential developments, tree-lined single-family developments, forested lands and parks, shopping centers, and light industrial uses.

**Community Facilities**: Within the community are 14 schools and higher education facilities (Fields Road Elementary School, Rosemont Elementary School, Summit Hall Elementary School, Gaithersburg High School, Gaithersburg Presbyterian Preschool and Kindergarten, Epworth Preschool and Kindergarten, NIST Child Care Center, John L. Gildner Regional Institute for Children and Adolescents School, The Katherine Thomas School, The Ridge School, Saint Martin of Tours Catholic School, The Avalon School, Good Shepherd Lutheran Preschool, Johns Hopkins University Montgomery County Campus); 9 places of worship (Calvary Apostolic Church, Episcopal Church of the Ascension, Epworth United Methodist Church, First Assembly of God Church, First Baptist Church, Gaithersburg Mennonite Church, Gaithersburg Presbyterian Church, Good Shepherd Lutheran Church, Saint Martin's Catholic Church); 16 parks and recreation centers (Morris, Malcolm King, Seneca Creek State, Rosemont Stream Valley, Walder Park, Christman, Bohrer at Summit Hall Farm and Activity Center, International Latitude Observatory, Crown Woods, Brown Station, Muddy Branch, Gunner's Village Neighborhood Conservation Area, Casey Community Center, Gaithersburg Miniature Golf Course, Gaithersburg Skate Park); 1 police station (Gaithersburg Police Department); 3 hospital/urgent care facilities (Adventist Healthcare's Behavioral Health and Wellness Services, Shady Grove Medical Center, and Rehabilitation Hospital of Maryland) (**Map 2**). There are 6 affordable housing developments (Diamond Square, Londonderry Towers, Montgomery Club VI, The Willows, Montgomery Housing, Inc., The Crossing at Washingtonian Center).

**Environmental Justice populations**: Twelve of the 13 Gaithersburg CEA Analysis Area Community block groups (7007.06-1, 7007.17-1, 7007.17-2, 7007.17-3, 7007.17-4, 7007.24-1, 7008.16-1, 7008.16-2, 7008.16-4, 7008.17-1, 7008.17-2, and 7008.29-1) are identified as EJ populations. The EJ Analysis, including EJ principles and the methodology for identifying EJ populations, is provided in **Chapter 4**.



Gaithersburg Map 1



Gaithersburg Map 2



Race & Ethnicity

- Asian Alone
- Black or African American Alone
- White Alone
- Some Other Race Alone & Two or More Races
- Hispanic or Latino of Any Race

| Total Population | 28,099 |
|---|---|
| *as percent of CEA Analysis Area* | 9% |
| Median Age | 32.8 |
| Households with One + Persons with a Disability | 1,297 |
| Range of Median Household Income (Block Groups) | $47,913–$157,679 |
| Low-Income Populations Identified? | Yes |
| Population Driving Car/Truck/Van to Work | 12,044 |



Land Use ■ Acres

| | Acres |
|---|---|
| Commercial/Employment | 269 |
| Industrial | 250 |
| Mixed-Use | 737 |
| Park/Open Space | 327 |
| Planned Unit/Planned Community | 74 |
| Residential | 1,309 |
| Transportation | 701 |



Housing Characteristics ■ Owned ■ Rented

| | Owned | Rented |
|---|---|---|
| Single-Family, Detached | 1,043 | 98 |
| Single-Family, Attached | 2,179 | 663 |
| 2 & 3-4 Units in Structure | 63 | 138 |
| 5-9 & 10-19 Units in Structure | 301 | 4,260 |
| 20-49 & 50+ Units in Structure | 139 | 1,424 |
| Mobile Home, Boat, RV, Van, Etc. | 5 | 0 |

*Sources: ACS 5-Year Estimates (2012-2016); City of Gaithersburg GIS; City of Rockville GIS Open Data; Montgomery County/M-NCPPC MCATLAS; Prince George's County Open Data Portal; Fairfax County Open Geospatial Data*

May 2020

00038572

# Gaithersburg CEA Analysis Area Community Impacts

| Alternative | Potential Relocations (#) | Potential Community Facilities Impacted (#) | Existing Land Use Conversion to Study Related Transportation Right-of-Way (ROW) |
|---|---|---|---|
| Alternative 1 (No Build) | None | None | None |
| Alternative 5 | None | Partial right-of-way acquisition from: 2 Parks | **Mixed-Use**: 0.8 acre<br>**Park/Open Space**: 0.2 acre<br>**Residential**: 1.1 acres<br>**Transportation**: 2.5 acres<br>**Total Land Required**: 4.6 acres |
| Alternatives 8 and 9 | None | Partial right-of-way acquisition from: 2 Parks | **Mixed-Use**: 1.2 acres<br>**Park/Open Space**: 0.2 acre<br>**Residential**: 1.1 acres<br>**Transportation**: 2.5 acres<br>**Total Land Required**: 5.0 acres |
| Alternative 10 | None | Partial right-of-way acquisition from: 2 Parks | **Mixed-Use**: 1.7 acres<br>**Park/Open Space**: 0.2 acre<br>**Residential**: 1.4 acres<br>**Transportation**: 2.6 acres<br>**Total Land Required**: 5.9 acres |
| Alternative 13B | None | Partial right-of-way acquisition from: 2 Parks | **Mixed-Use**: 0.8 acre<br>**Park/Open Space**: 0.2 acre<br>**Residential**: 1.1 acres<br>**Transportation**: 2.5 acre<br>**Total Land Required**: 4.6 acres |
| Alternative 13C | None | Partial right-of-way acquisition from: 2 Parks | **Mixed-Use**: 1.2 acres<br>**Park/Open Space**: 0.2 acre<br>**Residential**: 1.4 acres<br>**Transportation**: 2.5 acres<br>**Total Land Required**: 5.3 acres |

## Summary of Impacts from the Screened Alternatives

The Build Alternatives would require no relocations. They would require partial acquisition from multiple properties, including two park properties. The assumed impacts would accommodate mainline widening, new direct access ramps, and stormwater management facilities. Generally, the Build Alternatives would require acquisition of strips of land from undeveloped areas or areas of trees from properties adjacent to I-495. Acquisition of a few larger areas were also assumed for the accommodation of stormwater management facilities.

The Build Alternatives would maintain the existing separation between highway operations and local traffic, bicyclists, and pedestrians through access limits and physical barriers in accordance with state and federal regulations. Where direct access ramps would be constructed, alterations to traffic patterns and roadway/sidewalk networks would be mitigated by the inclusion of signage, high-visibility crosswalk markings, pedestrian countdown signals, and the implementation of a temporary detour network. Emergency services would experience an incremental reduction in response times due reduced congestion on study corridors that is anticipated under the Build Alternatives. Additional capacity would assist in accommodating a population evacuation and improving emergency response access should an event related to homeland security occur. The proposed Build Alternatives would not eliminate access to or provide new access to properties, nor would they impede access between residences and community facilities and business, as no properties are accessed directly from I-495 or I-270. However, an incremental enhancement to access may occur due to reduced congestion on study corridors.

Changes to land use and development would be incremental and limited to those properties directly affected by property acquisition. It is anticipated that the Build Alternatives would have negligible impact on the overall population or demographic patterns within the CEA Analysis Area. Further, Build Alternatives would not change the sense of cohesion or interactions between persons or groups within the community as no relocations would occur. Isolation of properties, persons, or groups would not occur due to the parallel nature of the proposed improvements along the existing highway.

Properties immediately adjacent to the improved highway may experience an increase in noise impacts as noise generators (travel lanes) are moved closer to receptors; however, the increased noise experienced by properties set back from the highway would be negligible. Based on current analysis, this community contains two noise sensitive land use/activity areas (NSAs) with existing noise barriers that would remain in-place as currently constructed; and two NSAs that do not meet the feasible and reasonable criteria for noise abatement. Additional noise abatement information, including mapping, is available in the Noise Technical Report (DEIS, Appendix J).

Properties immediately adjacent to the improved highway may experience a change in viewshed where the roadway features including direct managed lanes access ramps, new interchange ramps, and other structures may be introduced; however, the Build Alternatives would not result in changes to viewsheds or visual impacts incompatible with the existing visual character or qualities of the larger community. Additional information on visual impacts is provided in Chapter 3, Section 5.2.

Information on the potential beneficial and adverse effects to EJ populations is provided in the EJ Analysis in Chapter 4. Effects to the following resources within EJ populations are considered: human health and safety, air quality, noise, water quality, hazardous materials sites, natural resources, visual landscape and aesthetic values, economy and employment, access and mobility, community cohesion/isolation and quality of life, and tolling.

00038573

# Rockville CEA Analysis Area Community



**Rockville Map 1**



**Location:** The Rockville CEA Analysis Area Community includes 17 Census block groups and covers 4,779 acres, including portions of the City of Rockville (**Map 1**). The community is bounded roughly by: I-370 and North Frederick Road (MD 355) to the north; local roadways between I-270 and MD 355 to the east; the I-270 interchange with Montrose Road to the south; and the municipal boundary of the City of Rockville to the west.

**Planning & Development:** Planning within this CEA Analysis Area Community is guided by *Rockville 2040 Comprehensive Master Plan Transportation Report* (2016), and *City of Rockville Comprehensive Master Plan* (2002). Development patterns are typical of an older suburb with shopping centers and light industrial uses clustered around arterial roadways such as University Boulevard. Tree-lined residential developments of single-family houses, larger apartments, and pockets of forested lands, open space, and parks are located along local and arterial roadways.

**Community Facilities:** Located within the CEA Analysis Area Community are: 10 schools (Beall Elementary School, Fallsmead Elementary School, Ritchie Park Elementary School, Julius West Middle School, The Alim Academy, Georgetown Hill Early School, Marcia D. Smith School, Children of the Cross Preschool, First Baptist Church WEE Center, Saint Raphael School; Rockville Nursery and Kindergarten); 11 places of worship (First Baptist Church, First Baptist Church of Rockville, Kingdom Hall of Jehovah's Witnesses, Latvian Lutheran Church, Lutheran Church of the Cross, Rockville Christian Church, Rockville Church of Christ, Rockville Presbyterian Church, Rockville Seventh Day Adventist Church, Saint Raphael's Catholic Church, Unitarian of Rockville Church); 34 parks and recreation centers (Beall-Dawson House and Park, Bullards Park and Rose Hill Stream Valley Park, Cabin John Stream Valley Park, Chestnut Lodge Park, Dogwood Park, Falls Road Local Park, Fallsgrove Stream Valley Park, Friends Park, Glenora Park, Horizon Hill Park, Jacquilin Trells Williams Park, Karn Park, King Farm Homestead Park, King Farm Stream Valley Park, Mattie J.T. Stepanek Park, Millennium Garden Park, Monument Park, North Farm Park, Orchard Ridge Park, Peg Santee Park, Potomac Woods Park, Rockmead Park, Rockville Dog Park, Rockville Senior Center and Park, Rose Hill Tot Lot, Thirty Oaks Park, Upper Watts Branch Forest Preserve, Thomas Farm Community Center; Village Green Park, Welsh Park, Woodley Gardens Park, Woottons Mill Park); one police station (Maryland State Police Barrack N - Rockville); one correctional facility; 2 hospital/urgent care facilities (Kaiser Permanente Shady Grove Medical Center, Family Medicine Shady Grove) (**Map 2**); and the potentially historic site of Montgomery County Poor Farm Cemetery. There is 1 affordable housing development (Thomas Street Housing) in the community.

**Environmental Justice populations:** Two of the 17 Rockville CEA Analysis Area Community block groups (7010.05-1 and 7012.10-1) are identified as EJ populations. The EJ Analysis, including EJ principles and the methodology for identifying EJ populations, is provided in **Chapter 4**.

**LEGEND**
- Municipality/Census Designated Place
- Census Block Groups
- Corridor Study Boundary

**Rockville Map 2**



**LEGEND**
- Corridor Study Boundary
- CEA Analysis Area Community
- ☆ K thru 12 Education
- ⬜ Place of Worship
- △ Cemetery
- H Hospital
- Park Property
- Recreation Center
- ▲ Police Station
- ● Correctional Facility



## Race & Ethnicity

- American Indian and Alaska Native Alone  < 1%
- Asian Alone  20%
- Black or African American Alone  7%
- White Alone  62%
- Some Other Race Alone & Two or More Races  4%
- Hispanic or Latino of Any Race  7%

| Total Population | 27,026 |
|---|---|
| *as percent of CEA Analysis Area* | 8% |
| Median Age | 44.8 |
| Households with One + Persons with a Disability | 1,582 |
| Range of Median Household Income (Block Groups) | $94,265-$250,000 |
| Low-Income Populations Identified? | No |
| Population Driving Car/Truck/Van to Work | 10,769 |



## Land Use

■ Acres

| | |
|---|---|
| Commercial/Employment | 32 |
| Industrial | 125 |
| Mixed-Use | 624 |
| Park/Open Space | 445 |
| Planned Unit/Planned Community | 910 |
| Residential | 1,613 |
| Transportation | 1,030 |



## Housing Characteristics

■ Owned  ■ Rented

| | Owned | Rented |
|---|---|---|
| Single-Family, Detached | 4,761 | 269 |
| Single-Family, Attached | 1,866 | 618 |
| 2 & 3-4 Units in Structure | 50 | 79 |
| 5-9 & 10-19 Units in Structure | 388 | 637 |
| 20-49 & 50+ Units in Structure | 422 | 1,075 |
| Mobile Home, Boat, RV, Van, Etc. | 0 | 11 |

*Sources: ACS 5-Year Estimates (2012-2016); City of Gaithersburg GIS; City of Rockville GIS Open Data; Montgomery County/M-NCPPC MCATLAS; Prince George's County Open Data Portal; Fairfax County Open Geospatial Data*

495 270 MANAGED LANES STUDY

# Rockville CEA Analysis Area Community Impacts

| Alternative | Potential Relocations (#) | Potential Community Facilities Impacted (#) | Existing Land Use Conversion to Study Related Transportation Right-of-Way (ROW) |
|---|---|---|---|
| Alternative 1 (No Build) | None | None | None |
| Alternative 5 | None | Partial right-of-way acquisition from: 1 School 2 Places of Worship 1 Hospital 6 Parks/Recreation Center 1 Police Station/Detention Center | **Commercial/Employment**: 0.3 acre **Industrial**: 2.6 acres **Mixed-Use**: 9.5 acres **Park/Open Space**: 1.6 acres **Planned Unit/Planned Community**: 10.7 acres **Residential**: 2.8 acres **Transportation**: 5.0 acres **Total Land Required**: 32.5 acres |
| Alternatives 8 and 9 | None | Partial right-of-way acquisition from: 1 School 2 Places of Worship 1 Hospital 6 Parks/Recreation Center 1 Police Station/Detention Center | **Commercial/Employment**: 0.3 acre **Industrial**: 2.6 acres **Mixed-Use**: 12.1 acres **Park/Open Space**: 1.6 acres **Planned Unit/Planned Community**: 11.2 acres **Residential**: 3.7 acres **Transportation**: 5.3 acres **Total Land Required**: 36.8 acres |
| Alternative 10 | None | Partial right-of-way acquisition from: 1 School 2 Places of Worship 1 Hospital 6 Parks/Recreation Center 1 Police Station/Detention Center | **Commercial/Employment**: 0.4 acre **Industrial**: 2.6 acres **Mixed-Use**: 15.3 acres **Park/Open Space**: 1.9 acres **Planned Unit/Planned Community**: 11.8 acres **Residential**: 4.9 acres **Transportation**: 5.5 acres **Total Land Required**: 42.4 acres |
| Alternative 13B | None | Partial right-of-way acquisition from: 1 School 2 Places of Worship 1 Hospital 6 Parks/Recreation Center 1 Police Station/Detention Center | **Commercial/Employment**: 0.3 acre **Industrial**: 2.6 acres **Mixed-Use**: 11.6 acres **Park/Open Space**: 1.6 acres **Planned Unit/Planned Community**: 10.8 acres **Residential**: 3.1 acres **Transportation**: 5.2 acres **Total Land Required**: 35.2 acres |
| Alternative 13C | None | Partial right-of-way acquisition from: 1 School 2 Places of Worship 1 Hospital 6 Parks/Recreation Center 1 Police Station/Detention Center | **Commercial/Employment**: 0.4 acre **Industrial**: 2.6 acres **Mixed-Use**: 14.7 acres **Park/Open Space**: 1.8 acres **Planned Unit/Planned Community**: 11.4 acres **Residential**: 4.2 acres **Transportation**: 5.4 acres **Total Land Required**: 40.5 acres |

## Summary of Impacts from the Screened Alternatives

The Build Alternatives would require no relocations. hey would require partial acquisition from multiple properties, including one school, two places of worship, one hospital, six park properties/recreation centers, and one police station/detention center. The assumed impacts would accommodate mainline widening, new direct access ramps, and stormwater management facilities. Generally, the Build Alternatives would require acquisition of strips of land from undeveloped areas or areas of trees from properties adjacent to I-495. Acquisition of a few larger areas were also assumed for the accommodation of stormwater management facilities.

The Build Alternatives would maintain the existing separation between highway operations and local traffic, bicyclists, and pedestrians through access limits and physical barriers in accordance with state and federal regulations. Where direct access ramps would be constructed, alterations to traffic patterns and roadway/sidewalk networks would be mitigated by the inclusion of signage, high-visibility crosswalk markings, pedestrian countdown signals, and the implementation of a temporary detour network. Emergency services would experience an incremental reduction in response times due reduced congestion on study corridors that is anticipated under the Build Alternatives. Additional capacity would assist in accommodating a population evacuation and improving emergency response access should an event related to homeland security occur. The proposed Build Alternatives would not eliminate access or provide new access to properties, nor would they impede access between residences and community facilities and business, as no properties are accessed directly from I-495 or I-270. However, an incremental enhancement to access may occur due to reduced congestion on study corridors.

Changes to land use and development would be incremental and limited to those properties directly affected by property acquisition. It is anticipated that the Build Alternatives would have negligible impact on the overall population or demographic patterns within the CEA Analysis Area. Further, Build Alternatives would not change the sense of cohesion or interactions between persons or groups within the community as no relocations would occur. Isolation of properties, persons, or groups would not occur due to the parallel nature of the proposed improvements along the existing highway.

Properties immediately adjacent to the improved highway may experience an increase in noise impacts as noise generators (travel lanes) are moved closer to receptors; however, the increased noise experienced by properties set back from the highway would be negligible. Based on current analysis, this community contains one noise sensitive land use/activity area (NSA) that would remain in-place as currently constructed; four NSAs where existing noise barriers would be displaced by construction and replaced by reconstructed barriers; two NSAs where there are no existing noise barriers, but new barriers would be constructed; and seven NSAs that do not meet the feasible and reasonable criteria for noise abatement. Additional noise abatement information, including mapping, is available in the Noise Technical Report (DEIS, Appendix J).

Properties immediately adjacent to the improved highway may experience a change in viewshed where the roadway features including direct managed lanes access ramps, new interchange ramps, and other structures may be introduced; however, the Build Alternatives would not result in changes to viewsheds or visual impacts incompatible with the existing visual character or qualities of the larger community. Additional information on visual impacts is provided in Chapter 3, Section 5.2.

Information on the potential beneficial and adverse effects to EJ populations is provided in the EJ Analysis in Chapter 4. Effects to the following resources within EJ populations are considered: human health and safety, air quality, noise, water quality, hazardous materials sites, natural resources, visual landscape and aesthetic values, economy and employment, access and mobility, community cohesion/isolation and quality of life, and tolling. Further archaeological investigation of the potentially historic site of the Montgomery County Poor Farm Cemetery will be included in development of a Programmatic Agreement; additional information is provided in *Volume 4 of the Cultural Resources Technical Report* (**DEIS, Appendix G**). MDOT SHA will work to avoid and minimize impacts and will coordinate with affected communities on treatment of human remains should avoidance not be possible.

00038575