2016_Existing_MSAT_495270MLS_ALT9

```
pollutantname="Non-Methane Hydrocarbons" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="122"
pollutantname="Non-carbon Organic Matter (NCOM)" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="53"
pollutantname="Potassium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="15" processname="Crankcase Running Exhaust"/>
```

00046095

```
                    2016_Existing_MSAT_495270MLS_ALT9
                <pollutantprocessassociation pollutantkey="57"
pollutantname="Silicon" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="52"
pollutantname="Sodium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="56"
pollutantname="Titanium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="91" pollutantname="Total
Energy Consumption" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="15" processname="Crankcase
Running Exhaust"/>
        </pollutantprocessassociations>
        <databaseselections>
        </databaseselections>
        <internalcontrolstrategies>
<internalcontrolstrategy
classname="gov.epa.otaq.moves.master.implementation.ghg.internalcontrolstrategies.ra
teofprogress.RateOfProgressStrategy"><![CDATA[
useParameters    No

]]></internalcontrolstrategy>
        </internalcontrolstrategies>
        <inputdatabase servername="" databasename="" description=""/>
        <uncertaintyparameters uncertaintymodeenabled="false"
numberofrunspersimulation="0" numberofsimulations="0"/>
        <geographicoutputdetail description="COUNTY"/>
                            Page 9
```

**Page 31 of 329**

00046096

```
                    2016_Existing_MSAT_495270MLS_ALT9
        <outputemissionsbreakdownselection>
                <modelyear selected="false"/>
                <fueltype selected="true"/>
                <fuelsubtype selected="false"/>
                <emissionprocess selected="false"/>
                <onroadoffroad selected="true"/>
                <roadtype selected="true"/>
                <sourceusetype selected="false"/>
                <movesvehicletype selected="false"/>
                <onroadscc selected="false"/>
                <estimateuncertainty selected="false" numberOfIterations="2"
keepSampledData="false" keepIterations="false"/>
                <sector selected="false"/>
                <engtechid selected="false"/>
                <hpclass selected="false"/>
                <regclassid selected="false"/>
        </outputemissionsbreakdownselection>
        <outputdatabase servername=""
databasename="2016_495270mls_existing_alt9_msat_out" description=""/>
        <outputtimestep value="24-Hour Day"/>
        <outputvmtdata value="true"/>
        <outputsho value="false"/>
        <outputsh value="false"/>
        <outputshp value="false"/>
        <outputshidling value="false"/>
        <outputstarts value="false"/>
        <outputpopulation value="false"/>
        <scaleinputdatabase servername="localhost"
databasename="2016_495270mls_existing_alt9_msat_in" description=""/>
        <pmsize value="0"/>
        <outputfactors>
                <timefactors selected="true" units="Days"/>
                <distancefactors selected="true" units="Miles"/>
                <massfactors selected="true" units="Grams" energyunits="Joules"/>
        </outputfactors>
        <savedata>

        </savedata>

        <donotexecute>

        </donotexecute>

        <generatordatabase shouldsave="false" servername="" databasename=""
description=""/>
                <donotperformfinalaggregation selected="false"/>
        <lookuptableflags scenarioid="" truncateoutput="true"
truncateactivity="true" truncatebaserates="true"/>
```

Page 10

**Page 32 of 329**

00046097

2016_Existing_MSAT_495270MLS_ALT9

```
</runspec>
```

00046098

```
                    2016_Existing_MSAT_495270MLS_ALT10
<runspec version="MOVES2014b-20180726">
        <description><![CDATA[I-495 & I-270 MLS: 2016 MSAT Analysis

Alternative 10: EXISTING

Year: 2016

County: Montgomery]]></description>
        <models>
                <model value="ONROAD"/>
        </models>
        <modelscale value="Inv"/>
        <modeldomain value="SINGLE"/>
        <geographicselections>
                <geographicselection type="COUNTY" key="24031" description="MARYLAND
- Montgomery County"/>
        </geographicselections>
        <timespan>
                <year key="2016"/>
                <month id="1"/>
                <month id="4"/>
                <month id="7"/>
                <month id="10"/>
                <day id="5"/>
                <beginhour id="1"/>
                <endhour id="24"/>
                <aggregateBy key="Hour"/>
        </timespan>
        <onroadvehicleselections>
                <onroadvehicleselection fueltypeid="3" fueltypedesc="Compressed
Natural Gas (CNG)" sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="62" sourcetypename="Combination Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="41" sourcetypename="Intercity Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
```

00046099

```
                    2016_Existing_MSAT_495270MLS_ALT10
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="11" sourcetypename="Motorcycle"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="42" sourcetypename="Transit Bus"/>
        </onroadvehicleselections>
        <offroadvehicleselections>
        </offroadvehicleselections>
        <offroadvehiclesccs>
        </offroadvehiclesccs>
        <roadtypes separateramps="false">
                <roadtype roadtypeid="4" roadtypename="Urban Restricted Access"
modelCombination="M1"/>
                <roadtype roadtypeid="5" roadtypename="Urban Unrestricted Access"
modelCombination="M1"/>
        </roadtypes>
        <pollutantprocessassociations>
                <pollutantprocessassociation pollutantkey="24"
```

**Page 35 of 329**

00046100

2016_Existing_MSAT_495270MLS_ALT10
pollutantname="1,3-Butadiene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="58"
pollutantname="Aluminum" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="36"
pollutantname="Ammonium (NH4)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="15" processname="Crankcase Running

Page 3

**Page 36 of 329**

2016_Existing_MSAT_495270MLS_ALT10

```
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="90"
pollutantname="Atmospheric CO2" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="11" processname="Evap Permeation"/>
                    <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                    <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="1" processname="Running
Exhaust"/>
```

00046102

```
                    2016_Existing_MSAT_495270MLS_ALT10
                <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="121"
pollutantname="CMAQ5.0 Unspeciated (PMOTHR)" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="98" pollutantname="CO2
Equivalent" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="55"
pollutantname="Calcium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="51"
pollutantname="Chloride" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="1" processname="Running
Exhaust"/>
```

**Page 38 of 329**

00046103

2016_Existing_MSAT_495270MLS_ALT10
                                                                          

<pollutantprocessassociation pollutantkey="168" pollutantname="Dibenzo(a,h)anthracene gas" processkey="15" processname="Crankcase Running Exhaust"/>
<pollutantprocessassociation pollutantkey="68" pollutantname="Dibenzo(a,h)anthracene particle" processkey="1" processname="Running Exhaust"/>
<pollutantprocessassociation pollutantkey="68" pollutantname="Dibenzo(a,h)anthracene particle" processkey="15" processname="Crankcase Running Exhaust"/>
<pollutantprocessassociation pollutantkey="112" pollutantname="Elemental Carbon" processkey="1" processname="Running Exhaust"/>
<pollutantprocessassociation pollutantkey="112" pollutantname="Elemental Carbon" processkey="15" processname="Crankcase Running Exhaust"/>
<pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl Benzene" processkey="1" processname="Running Exhaust"/>
<pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl Benzene" processkey="11" processname="Evap Permeation"/>
<pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl Benzene" processkey="13" processname="Evap Fuel Leaks"/>
<pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
<pollutantprocessassociation pollutantkey="169" pollutantname="Fluoranthene gas" processkey="1" processname="Running Exhaust"/>
<pollutantprocessassociation pollutantkey="169" pollutantname="Fluoranthene gas" processkey="15" processname="Crankcase Running Exhaust"/>
<pollutantprocessassociation pollutantkey="69" pollutantname="Fluoranthene particle" processkey="1" processname="Running Exhaust"/>
<pollutantprocessassociation pollutantkey="69" pollutantname="Fluoranthene particle" processkey="15" processname="Crankcase Running Exhaust"/>
<pollutantprocessassociation pollutantkey="181" pollutantname="Fluorene gas" processkey="1" processname="Running Exhaust"/>
<pollutantprocessassociation pollutantkey="181" pollutantname="Fluorene gas" processkey="15" processname="Crankcase Running Exhaust"/>
<pollutantprocessassociation pollutantkey="81" pollutantname="Fluorene particle" processkey="1" processname="Running Exhaust"/>
<pollutantprocessassociation pollutantkey="81" pollutantname="Fluorene particle" processkey="15" processname="Crankcase Running Exhaust"/>
<pollutantprocessassociation pollutantkey="25" pollutantname="Formaldehyde" processkey="1" processname="Running Exhaust"/>
<pollutantprocessassociation pollutantkey="25" pollutantname="Formaldehyde" processkey="15" processname="Crankcase Running Exhaust"/>
<pollutantprocessassociation pollutantkey="119" pollutantname="H2O

00046104

                    2016_Existing_MSAT_495270MLS_ALT10
(aerosol)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="59" pollutantname="Iron"
processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="54"
pollutantname="Magnesium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="35"
pollutantname="Nitrate (NO3)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"

00046105

2016_Existing_MSAT_495270MLS_ALT10

pollutantname="Non-Methane Hydrocarbons" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="122"
pollutantname="Non-carbon Organic Matter (NCOM)" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="53"
pollutantname="Potassium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="15" processname="Crankcase Running Exhaust"/>

00046106

```
                    2016_Existing_MSAT_495270MLS_ALT10
                <pollutantprocessassociation pollutantkey="57"
pollutantname="Silicon" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="52"
pollutantname="Sodium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="56"
pollutantname="Titanium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="91" pollutantname="Total
Energy Consumption" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="15" processname="Crankcase
Running Exhaust"/>
        </pollutantprocessassociations>
        <databaseselections>
        </databaseselections>
        <internalcontrolstrategies>
<internalcontrolstrategy
classname="gov.epa.otaq.moves.master.implementation.ghg.internalcontrolstrategies.ra
teofprogress.RateOfProgressStrategy"><![CDATA[
useParameters    No

]]></internalcontrolstrategy>
        </internalcontrolstrategies>
        <inputdatabase servername="" databasename="" description=""/>
        <uncertaintyparameters uncertaintymodeenabled="false"
numberofrunspersimulation="0" numberofsimulations="0"/>
        <geographicoutputdetail description="COUNTY"/>
```

**Page 42 of 329**

00046107

```
                    2016_Existing_MSAT_495270MLS_ALT10
        <outputemissionsbreakdownselection>
                <modelyear selected="false"/>
                <fueltype selected="true"/>
                <fuelsubtype selected="false"/>
                <emissionprocess selected="false"/>
                <onroadoffroad selected="true"/>
                <roadtype selected="true"/>
                <sourceusetype selected="false"/>
                <movesvehicletype selected="false"/>
                <onroadscc selected="false"/>
                <estimateuncertainty selected="false" numberOfIterations="2"
keepSampledData="false" keepIterations="false"/>
                <sector selected="false"/>
                <engtechid selected="false"/>
                <hpclass selected="false"/>
                <regclassid selected="false"/>
        </outputemissionsbreakdownselection>
        <outputdatabase servername=""
databasename="2016_495270mls_existing_alt10_msat_out" description=""/>
        <outputtimestep value="24-Hour Day"/>
        <outputvmtdata value="true"/>
        <outputsho value="false"/>
        <outputsh value="false"/>
        <outputshp value="false"/>
        <outputshidling value="false"/>
        <outputstarts value="false"/>
        <outputpopulation value="false"/>
        <scaleinputdatabase servername="localhost"
databasename="2016_495270mls_existing_alt10_msat_in" description=""/>
        <pmsize value="0"/>
        <outputfactors>
                <timefactors selected="true" units="Days"/>
                <distancefactors selected="true" units="Miles"/>
                <massfactors selected="true" units="Grams" energyunits="Joules"/>
        </outputfactors>
        <savedata>

        </savedata>

        <donotexecute>

        </donotexecute>

        <generatordatabase shouldsave="false" servername="" databasename=""
description=""/>
                <donotperformfinalaggregation selected="false"/>
        <lookuptableflags scenarioid="" truncateoutput="true"
truncateactivity="true" truncatebaserates="true"/>
```

**Page 43 of 329**

00046108

```
                    2016_Existing_MSAT_495270MLS_ALT10
</runspec>
```

00046109

```
                        2016_Existing_MSAT_495270MLS_ALT13B
<runspec version="MOVES2014b-20180726">
        <description><![CDATA[I-495 & I-270 MLS: 2016 MSAT Analysis

Alternative 13B: EXISTING

Year: 2016

County: Montgomery]]></description>
        <models>
                <model value="ONROAD"/>
        </models>
        <modelscale value="Inv"/>
        <modeldomain value="SINGLE"/>
        <geographicselections>
                <geographicselection type="COUNTY" key="24031" description="MARYLAND
- Montgomery County"/>
        </geographicselections>
        <timespan>
                <year key="2016"/>
                <month id="1"/>
                <month id="4"/>
                <month id="7"/>
                <month id="10"/>
                <day id="5"/>
                <beginhour id="1"/>
                <endhour id="24"/>
                <aggregateBy key="Hour"/>
        </timespan>
        <onroadvehicleselections>
                <onroadvehicleselection fueltypeid="3" fueltypedesc="Compressed
Natural Gas (CNG)" sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="62" sourcetypename="Combination Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="41" sourcetypename="Intercity Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
```

00046110

```
                   2016_Existing_MSAT_495270MLS_ALT13B
sourcetypeid="43" sourcetypename="School Bus"/>
                 <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                 <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                 <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="42" sourcetypename="Transit Bus"/>
                 <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                 <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                 <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                 <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                 <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                 <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="54" sourcetypename="Motor Home"/>
                 <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="11" sourcetypename="Motorcycle"/>
                 <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                 <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                 <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                 <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="43" sourcetypename="School Bus"/>
                 <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                 <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                 <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="42" sourcetypename="Transit Bus"/>
        </onroadvehicleselections>
        <offroadvehicleselections>
        </offroadvehicleselections>
        <offroadvehiclesccs>
        </offroadvehiclesccs>
        <roadtypes separateramps="false">
                <roadtype roadtypeid="4" roadtypename="Urban Restricted Access"
modelCombination="M1"/>
                <roadtype roadtypeid="5" roadtypename="Urban Unrestricted Access"
modelCombination="M1"/>
        </roadtypes>
        <pollutantprocessassociations>
                <pollutantprocessassociation pollutantkey="24"
```

**Page 46 of 329**

00046111

2016_Existing_MSAT_495270MLS_ALT13B
pollutantname="1,3-Butadiene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="58"
pollutantname="Aluminum" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="36"
pollutantname="Ammonium (NH4)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="15" processname="Crankcase Running

00046112

                    2016_Existing_MSAT_495270MLS_ALT13B
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="90"
pollutantname="Atmospheric CO2" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="11" processname="Evap Permeation"/>
                    <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                    <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="1" processname="Running
Exhaust"/>

00046113

```
2016_Existing_MSAT_495270MLS_ALT13B
                <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="121"
pollutantname="CMAQ5.0 Unspeciated (PMOTHR)" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="98" pollutantname="CO2
Equivalent" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="55"
pollutantname="Calcium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="51"
pollutantname="Chloride" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="1" processname="Running
Exhaust"/>
```

**Page 49 of 329**

00046114

2016_Existing_MSAT_495270MLS_ALT13B
```
                <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
```
Page 6

**Page 50 of 329**

2016_Existing_MSAT_495270MLS_ALT13B
(aerosol)" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="59" pollutantname="Iron"
processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="54"
pollutantname="Magnesium" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="11" processname="Evap Permeation"/>
                    <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="13" processname="Evap Fuel Leaks"/>
                    <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="35"
pollutantname="Nitrate (NO3)" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="79"

Page 7

**Page 51 of 329**

2016_Existing_MSAT_495270MLS_ALT13B

```
pollutantname="Non-Methane Hydrocarbons" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="122"
pollutantname="Non-carbon Organic Matter (NCOM)" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="53"
pollutantname="Potassium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="15" processname="Crankcase Running Exhaust"/>
```

**Page 52 of 329**

00046117

```
                    2016_Existing_MSAT_495270MLS_ALT13B
                <pollutantprocessassociation pollutantkey="57"
pollutantname="Silicon" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="52"
pollutantname="Sodium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="56"
pollutantname="Titanium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="91" pollutantname="Total
Energy Consumption" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="15" processname="Crankcase
Running Exhaust"/>
        </pollutantprocessassociations>
        <databaseselections>
        </databaseselections>
        <internalcontrolstrategies>
<internalcontrolstrategy
classname="gov.epa.otaq.moves.master.implementation.ghg.internalcontrolstrategies.ra
teofprogress.RateOfProgressStrategy"><![CDATA[
useParameters    No

]]></internalcontrolstrategy>
        </internalcontrolstrategies>
        <inputdatabase servername="" databasename="" description=""/>
        <uncertaintyparameters uncertaintymodeenabled="false"
numberofrunspersimulation="0" numberofsimulations="0"/>
        <geographicoutputdetail description="COUNTY"/>
                            Page 9
```

**Page 53 of 329**

00046118

```
                    2016_Existing_MSAT_495270MLS_ALT13B
        <outputemissionsbreakdownselection>
                <modelyear selected="false"/>
                <fueltype selected="true"/>
                <fuelsubtype selected="false"/>
                <emissionprocess selected="false"/>
                <onroadoffroad selected="true"/>
                <roadtype selected="true"/>
                <sourceusetype selected="false"/>
                <movesvehicletype selected="false"/>
                <onroadscc selected="false"/>
                <estimateuncertainty selected="false" numberOfIterations="2"
keepSampledData="false" keepIterations="false"/>
                <sector selected="false"/>
                <engtechid selected="false"/>
                <hpclass selected="false"/>
                <regclassid selected="false"/>
        </outputemissionsbreakdownselection>
        <outputdatabase servername=""
databasename="2016_495270mls_existing_alt13b_msat_out" description=""/>
        <outputtimestep value="24-Hour Day"/>
        <outputvmtdata value="true"/>
        <outputsho value="false"/>
        <outputsh value="false"/>
        <outputshp value="false"/>
        <outputshidling value="false"/>
        <outputstarts value="false"/>
        <outputpopulation value="false"/>
        <scaleinputdatabase servername="localhost"
databasename="2016_495270mls_existing_alt13b_msat_in" description=""/>
        <pmsize value="0"/>
        <outputfactors>
                <timefactors selected="true" units="Days"/>
                <distancefactors selected="true" units="Miles"/>
                <massfactors selected="true" units="Grams" energyunits="Joules"/>
        </outputfactors>
        <savedata>

        </savedata>

        <donotexecute>

        </donotexecute>

        <generatordatabase shouldsave="false" servername="" databasename=""
description=""/>
                <donotperformfinalaggregation selected="false"/>
        <lookuptableflags scenarioid="" truncateoutput="true"
truncateactivity="true" truncatebaserates="true"/>
                        Page 10
```

**Page 54 of 329**

00046119

```
                    2016_Existing_MSAT_495270MLS_ALT13B
</runspec>
```

00046120

```
                    2016_Existing_MSAT_495270MLS_ALT13C
<runspec version="MOVES2014b-20180726">
        <description><![CDATA[I-495 & I-270 MLS: 2016 MSAT Analysis

Alternative 13C: EXISTING

Year: 2016

County: Montgomery]]></description>
        <models>
                <model value="ONROAD"/>
        </models>
        <modelscale value="Inv"/>
        <modeldomain value="SINGLE"/>
        <geographicselections>
                <geographicselection type="COUNTY" key="24031" description="MARYLAND
- Montgomery County"/>
        </geographicselections>
        <timespan>
                <year key="2016"/>
                <month id="1"/>
                <month id="4"/>
                <month id="7"/>
                <month id="10"/>
                <day id="5"/>
                <beginhour id="1"/>
                <endhour id="24"/>
                <aggregateBy key="Hour"/>
        </timespan>
        <onroadvehicleselections>
                <onroadvehicleselection fueltypeid="3" fueltypedesc="Compressed
Natural Gas (CNG)" sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="62" sourcetypename="Combination Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="41" sourcetypename="Intercity Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
```

00046121

```
                      2016_Existing_MSAT_495270MLS_ALT13C
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="11" sourcetypename="Motorcycle"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="42" sourcetypename="Transit Bus"/>
        </onroadvehicleselections>
        <offroadvehicleselections>
        </offroadvehicleselections>
        <offroadvehiclesccs>
        </offroadvehiclesccs>
        <roadtypes separateramps="false">
                <roadtype roadtypeid="4" roadtypename="Urban Restricted Access"
modelCombination="M1"/>
                <roadtype roadtypeid="5" roadtypename="Urban Unrestricted Access"
modelCombination="M1"/>
        </roadtypes>
        <pollutantprocessassociations>
                <pollutantprocessassociation pollutantkey="24"
```

Page 2

**Page 57 of 329**

00046122

```
                        2016_Existing_MSAT_495270MLS_ALT13C
pollutantname="1,3-Butadiene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="58"
pollutantname="Aluminum" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="36"
pollutantname="Ammonium (NH4)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="15" processname="Crankcase Running
```

00046123

2016_Existing_MSAT_495270MLS_ALT13C

Exhaust"/>
                    <pollutantprocessassociation pollutantkey="90"
pollutantname="Atmospheric CO2" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="11" processname="Evap Permeation"/>
                    <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                    <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="1" processname="Running
Exhaust"/>

00046124

2016_Existing_MSAT_495270MLS_ALT13C
                <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="121"
pollutantname="CMAQ5.0 Unspeciated (PMOTHR)" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="98" pollutantname="CO2
Equivalent" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="55"
pollutantname="Calcium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="51"
pollutantname="Chloride" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="1" processname="Running
Exhaust"/>

00046125

2016_Existing_MSAT_495270MLS_ALT13C
                <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O

Page 6

**Page 61 of 329**

00046126

```
                       2016_Existing_MSAT_495270MLS_ALT13C
(aerosol)" processkey="1" processname="Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="15" processname="Crankcase Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="1" processname="Running
Exhaust"/>
                 <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                 <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="59" pollutantname="Iron"
processkey="15" processname="Crankcase Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="54"
pollutantname="Magnesium" processkey="15" processname="Crankcase Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="1" processname="Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="15" processname="Crankcase Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="1" processname="Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="11" processname="Evap Permeation"/>
                 <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="13" processname="Evap Fuel Leaks"/>
                 <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                 <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="1" processname="Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                 <pollutantprocessassociation pollutantkey="35"
pollutantname="Nitrate (NO3)" processkey="15" processname="Crankcase Running
Exhaust"/>
                 <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="1" processname="Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="15" processname="Crankcase Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="1" processname="Running
Exhaust"/>
                 <pollutantprocessassociation pollutantkey="79"
```

**Page 62 of 329**

00046127

2016_Existing_MSAT_495270MLS_ALT13C
pollutantname="Non-Methane Hydrocarbons" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="122"
pollutantname="Non-carbon Organic Matter (NCOM)" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="53"
pollutantname="Potassium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="15" processname="Crankcase Running Exhaust"/>

00046128

```
                    2016_Existing_MSAT_495270MLS_ALT13C
                <pollutantprocessassociation pollutantkey="57"
pollutantname="Silicon" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="52"
pollutantname="Sodium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="56"
pollutantname="Titanium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="91" pollutantname="Total
Energy Consumption" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="15" processname="Crankcase
Running Exhaust"/>
        </pollutantprocessassociations>
        <databaseselections>
        </databaseselections>
        <internalcontrolstrategies>
<internalcontrolstrategy
classname="gov.epa.otaq.moves.master.implementation.ghg.internalcontrolstrategies.ra
teofprogress.RateOfProgressStrategy"><![CDATA[
useParameters    No

]]></internalcontrolstrategy>
        </internalcontrolstrategies>
        <inputdatabase servername="" databasename="" description=""/>
        <uncertaintyparameters uncertaintymodeenabled="false"
numberofrunspersimulation="0" numberofsimulations="0"/>
        <geographicoutputdetail description="COUNTY"/>
```

00046129

```
                    2016_Existing_MSAT_495270MLS_ALT13C
        <outputemissionsbreakdownselection>
                <modelyear selected="false"/>
                <fueltype selected="true"/>
                <fuelsubtype selected="false"/>
                <emissionprocess selected="false"/>
                <onroadoffroad selected="true"/>
                <roadtype selected="true"/>
                <sourceusetype selected="false"/>
                <movesvehicletype selected="false"/>
                <onroadscc selected="false"/>
                <estimateuncertainty selected="false" numberOfIterations="2"
keepSampledData="false" keepIterations="false"/>
                <sector selected="false"/>
                <engtechid selected="false"/>
                <hpclass selected="false"/>
                <regclassid selected="false"/>
        </outputemissionsbreakdownselection>
        <outputdatabase servername=""
databasename="2016_495270mls_existing_alt13c_msat_out" description=""/>
        <outputtimestep value="24-Hour Day"/>
        <outputvmtdata value="true"/>
        <outputsho value="false"/>
        <outputsh value="false"/>
        <outputshp value="false"/>
        <outputshidling value="false"/>
        <outputstarts value="false"/>
        <outputpopulation value="false"/>
        <scaleinputdatabase servername="localhost"
databasename="2016_495270mls_existing_alt13c_msat_in" description=""/>
        <pmsize value="0"/>
        <outputfactors>
                <timefactors selected="true" units="Days"/>
                <distancefactors selected="true" units="Miles"/>
                <massfactors selected="true" units="Grams" energyunits="Joules"/>
        </outputfactors>
        <savedata>

        </savedata>

        <donotexecute>

        </donotexecute>

        <generatordatabase shouldsave="false" servername="" databasename=""
description=""/>
                <donotperformfinalaggregation selected="false"/>
        <lookuptableflags scenarioid="" truncateoutput="true"
truncateactivity="true" truncatebaserates="true"/>
                    Page 10
```

**Page 65 of 329**

00046130

```
                    2016_Existing_MSAT_495270MLS_ALT13C
</runspec>
```

00046131

```
                        2025_Build_MSAT_495270MLS_ALT5_2ETL
<runspec version="MOVES2014b-20180726">
        <description><![CDATA[I-495 & I-270 MLS: 2025 Build MSAT Analysis

Alternative 5:8 GPLs + 1 ETL in each direction

Year: 2025

County: Montgomery]]></description>
        <models>
                <model value="ONROAD"/>
        </models>
        <modelscale value="Inv"/>
        <modeldomain value="SINGLE"/>
        <geographicselections>
                <geographicselection type="COUNTY" key="24031" description="MARYLAND
- Montgomery County"/>
        </geographicselections>
        <timespan>
                <year key="2025"/>
                <month id="1"/>
                <month id="4"/>
                <month id="7"/>
                <month id="10"/>
                <day id="5"/>
                <beginhour id="1"/>
                <endhour id="24"/>
                <aggregateBy key="Hour"/>
        </timespan>
        <onroadvehicleselections>
                <onroadvehicleselection fueltypeid="3" fueltypedesc="Compressed
Natural Gas (CNG)" sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="62" sourcetypename="Combination Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="41" sourcetypename="Intercity Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
```

**Page 67 of 329**

00046132

```
                    2025_Build_MSAT_495270MLS_ALT5_2ETL
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="11" sourcetypename="Motorcycle"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="42" sourcetypename="Transit Bus"/>
        </onroadvehicleselections>
        <offroadvehicleselections>
        </offroadvehicleselections>
        <offroadvehiclesccs>
        </offroadvehiclesccs>
        <roadtypes separateramps="false">
                <roadtype roadtypeid="4" roadtypename="Urban Restricted Access"
modelCombination="M1"/>
                <roadtype roadtypeid="5" roadtypename="Urban Unrestricted Access"
modelCombination="M1"/>
        </roadtypes>
        <pollutantprocessassociations>
                <pollutantprocessassociation pollutantkey="24"
```

00046133

```
                    2025_Build_MSAT_495270MLS_ALT5_2ETL
pollutantname="1,3-Butadiene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="70" processname="Running Exhaust"/>
pollutantname="Acenaphthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="58"
pollutantname="Aluminum" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="36"
pollutantname="Ammonium (NH4)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="15" processname="Crankcase Running
```

00046134

```
                    2025_Build_MSAT_495270MLS_ALT5_2ETL
Exhaust"/>
                  <pollutantprocessassociation pollutantkey="90"
pollutantname="Atmospheric CO2" processkey="1" processname="Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="1" processname="Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                  <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                  <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="1" processname="Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="11" processname="Evap Permeation"/>
                  <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                  <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="1" processname="Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                  <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                  <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                  <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                  <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="1" processname="Running
Exhaust"/>
```

00046135

```
                    2025_Build_MSAT_495270MLS_ALT5_2ETL
                <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="121"
pollutantname="CMAQ5.0 Unspeciated (PMOTHR)" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="98" pollutantname="CO2
Equivalent" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="55"
pollutantname="Calcium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="51"
pollutantname="Chloride" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="1" processname="Running
Exhaust"/>
```

**Page 71 of 329**

00046136

2025_Build_MSAT_495270MLS_ALT5_2ETL

                   &lt;pollutantprocessassociation pollutantkey="168" pollutantname="Dibenzo(a,h)anthracene gas" processkey="15" processname="Crankcase Running Exhaust"/&gt;

                   &lt;pollutantprocessassociation pollutantkey="68" pollutantname="Dibenzo(a,h)anthracene particle" processkey="1" processname="Running Exhaust"/&gt;

                   &lt;pollutantprocessassociation pollutantkey="68" pollutantname="Dibenzo(a,h)anthracene particle" processkey="15" processname="Crankcase Running Exhaust"/&gt;

                   &lt;pollutantprocessassociation pollutantkey="112" pollutantname="Elemental Carbon" processkey="1" processname="Running Exhaust"/&gt;

                   &lt;pollutantprocessassociation pollutantkey="112" pollutantname="Elemental Carbon" processkey="15" processname="Crankcase Running Exhaust"/&gt;

                   &lt;pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl Benzene" processkey="1" processname="Running Exhaust"/&gt;

                   &lt;pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl Benzene" processkey="11" processname="Evap Permeation"/&gt;

                   &lt;pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl Benzene" processkey="13" processname="Evap Fuel Leaks"/&gt;

                   &lt;pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl Benzene" processkey="15" processname="Crankcase Running Exhaust"/&gt;

                   &lt;pollutantprocessassociation pollutantkey="169" pollutantname="Fluoranthene gas" processkey="1" processname="Running Exhaust"/&gt;

                   &lt;pollutantprocessassociation pollutantkey="169" pollutantname="Fluoranthene gas" processkey="15" processname="Crankcase Running Exhaust"/&gt;

                   &lt;pollutantprocessassociation pollutantkey="69" pollutantname="Fluoranthene particle" processkey="1" processname="Running Exhaust"/&gt;

                   &lt;pollutantprocessassociation pollutantkey="69" pollutantname="Fluoranthene particle" processkey="15" processname="Crankcase Running Exhaust"/&gt;

                   &lt;pollutantprocessassociation pollutantkey="181" pollutantname="Fluorene gas" processkey="1" processname="Running Exhaust"/&gt;

                   &lt;pollutantprocessassociation pollutantkey="181" pollutantname="Fluorene gas" processkey="15" processname="Crankcase Running Exhaust"/&gt;

                   &lt;pollutantprocessassociation pollutantkey="81" pollutantname="Fluorene particle" processkey="1" processname="Running Exhaust"/&gt;

                   &lt;pollutantprocessassociation pollutantkey="81" pollutantname="Fluorene particle" processkey="15" processname="Crankcase Running Exhaust"/&gt;

                   &lt;pollutantprocessassociation pollutantkey="25" pollutantname="Formaldehyde" processkey="1" processname="Running Exhaust"/&gt;

                   &lt;pollutantprocessassociation pollutantkey="25" pollutantname="Formaldehyde" processkey="15" processname="Crankcase Running Exhaust"/&gt;

                   &lt;pollutantprocessassociation pollutantkey="119" pollutantname="H2O

00046137

2025_Build_MSAT_495270MLS_ALT5_2ETL
(aerosol)" processkey="1" processname="Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="15" processname="Crankcase Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="1" processname="Running
Exhaust"/>
                 <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                 <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="59" pollutantname="Iron"
processkey="15" processname="Crankcase Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="54"
pollutantname="Magnesium" processkey="15" processname="Crankcase Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="1" processname="Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="15" processname="Crankcase Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="1" processname="Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="11" processname="Evap Permeation"/>
                 <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="13" processname="Evap Fuel Leaks"/>
                 <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                 <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="1" processname="Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                 <pollutantprocessassociation pollutantkey="35"
pollutantname="Nitrate (NO3)" processkey="15" processname="Crankcase Running
Exhaust"/>
                 <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="1" processname="Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="15" processname="Crankcase Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="1" processname="Running
Exhaust"/>
                 <pollutantprocessassociation pollutantkey="79"

**Page 73 of 329**

00046138

2025_Build_MSAT_495270MLS_ALT5_2ETL
pollutantname="Non-Methane Hydrocarbons" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="122"
pollutantname="Non-carbon Organic Matter (NCOM)" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="53"
pollutantname="Potassium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="15" processname="Crankcase Running Exhaust"/>

00046139

```
                        2025_Build_MSAT_495270MLS_ALT5_2ETL
                <pollutantprocessassociation pollutantkey="57"
pollutantname="Silicon" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="52"
pollutantname="Sodium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="56"
pollutantname="Titanium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="91" pollutantname="Total
Energy Consumption" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="15" processname="Crankcase
Running Exhaust"/>
        </pollutantprocessassociations>
        <databaseselections>
        </databaseselections>
        <internalcontrolstrategies>
<internalcontrolstrategy
classname="gov.epa.otaq.moves.master.implementation.ghg.internalcontrolstrategies.ra
teofprogress.RateOfProgressStrategy"><![CDATA[
useParameters      No

]]></internalcontrolstrategy>
        </internalcontrolstrategies>
        <inputdatabase servername="" databasename="" description=""/>
        <uncertaintyparameters uncertaintymodeenabled="false"
numberofrunspersimulation="0" numberofsimulations="0"/>
        <geographicoutputdetail description="COUNTY"/>
```

**Page 75 of 329**

00046140

```
                      2025_Build_MSAT_495270MLS_ALT5_2ETL
        <outputemissionsbreakdownselection>
                <modelyear selected="false"/>
                <fueltype selected="true"/>
                <fuelsubtype selected="false"/>
                <emissionprocess selected="false"/>
                <onroadoffroad selected="true"/>
                <roadtype selected="true"/>
                <sourceusetype selected="false"/>
                <movesvehicletype selected="false"/>
                <onroadscc selected="false"/>
                <estimateuncertainty selected="false" numberOfIterations="2"
keepSampledData="false" keepIterations="false"/>
                <sector selected="false"/>
                <engtechid selected="false"/>
                <hpclass selected="false"/>
                <regclassid selected="false"/>
        </outputemissionsbreakdownselection>
        <outputdatabase servername=""
databasename="2025_BUILD_495270mls_alt5_2etl_msat_out" description=""/>
        <outputtimestep value="24-Hour Day"/>
        <outputvmtdata value="true"/>
        <outputsho value="false"/>
        <outputsh value="false"/>
        <outputshp value="false"/>
        <outputshidling value="false"/>
        <outputstarts value="false"/>
        <outputpopulation value="false"/>
        <scaleinputdatabase servername="localhost"
databasename="2025_build_495270mls_alt5_2etl_msat_in" description=""/>
        <pmsize value="0"/>
        <outputfactors>
                <timefactors selected="true" units="Days"/>
                <distancefactors selected="true" units="Miles"/>
                <massfactors selected="true" units="Grams" energyunits="Joules"/>
        </outputfactors>
        <savedata>

        </savedata>

        <donotexecute>

        </donotexecute>

        <generatordatabase shouldsave="false" servername="" databasename=""
description=""/>
                <donotperformfinalaggregation selected="false"/>
        <lookuptableflags scenarioid="" truncateoutput="true"
truncateactivity="true" truncatebaserates="true"/>
                              Page 10
```

**Page 76 of 329**

00046141

```
                    2025_Build_MSAT_495270MLS_ALT5_2ETL
</runspec>
```

00046142

```
                    2025_Build_MSAT_495270MLS_ALT8
<runspec version="MOVES2014b-20180726">
        <description><![CDATA[I-495 & I-270 MLS: 2025 Build MSAT Analysis

Alternative 8:
I-495: 8 GPLs + 2 ETLs in each direction
I-270: 10PGPLs + 1ETL in each direction, maintain reversible HOV lanes

Year: 2025

County: Montgomery]]></description>
        <models>
                <model value="ONROAD"/>
        </models>
        <modelscale value="Inv"/>
        <modeldomain value="SINGLE"/>
        <geographicselections>
                <geographicselection type="COUNTY" key="24031" description="MARYLAND
- Montgomery County"/>
        </geographicselections>
        <timespan>
                <year key="2025"/>
                <month id="1"/>
                <month id="4"/>
                <month id="7"/>
                <month id="10"/>
                <day id="5"/>
                <beginhour id="1"/>
                <endhour id="24"/>
                <aggregateBy key="Hour"/>
        </timespan>
        <onroadvehicleselections>
                <onroadvehicleselection fueltypeid="3" fueltypedesc="Compressed
Natural Gas (CNG)" sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="62" sourcetypename="Combination Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="41" sourcetypename="Intercity Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
```

00046143

```
                      2025_Build_MSAT_495270MLS_ALT8
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="11" sourcetypename="Motorcycle"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="42" sourcetypename="Transit Bus"/>
        </onroadvehicleselections>
        <offroadvehicleselections>
        </offroadvehicleselections>
        <offroadvehiclesccs>
        </offroadvehiclesccs>
        <roadtypes separateramps="false">
                <roadtype roadtypeid="4" roadtypename="Urban Restricted Access"
modelCombination="M1"/>
                <roadtype roadtypeid="5" roadtypename="Urban Unrestricted Access"
modelCombination="M1"/>
        </roadtypes>
```

**Page 79 of 329**

00046144

```
                    2025_Build_MSAT_495270MLS_ALT8
        <pollutantprocessassociations>
                <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="58"
pollutantname="Aluminum" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="36"
pollutantname="Ammonium (NH4)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="1" processname="Running Exhaust"/>
```

Page 3

**Page 80 of 329**

00046145

2025_Build_MSAT_495270MLS_ALT8

```
<pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
        <pollutantprocessassociation pollutantkey="90"
pollutantname="Atmospheric CO2" processkey="1" processname="Running Exhaust"/>
        <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="1" processname="Running Exhaust"/>
        <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
        <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="1" processname="Running
Exhaust"/>
        <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
        <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="1" processname="Running Exhaust"/>
        <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="11" processname="Evap Permeation"/>
        <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="13" processname="Evap Fuel Leaks"/>
        <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
        <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="1" processname="Running Exhaust"/>
        <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
        <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="1" processname="Running
Exhaust"/>
        <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
        <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
        <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
        <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
        <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
        <pollutantprocessassociation pollutantkey="176"
```

**Page 81 of 329**

00046146

2025_Build_MSAT_495270MLS_ALT8
pollutantname="Benzo(g,h,i)perylene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="121"
pollutantname="CMAQ5.0 Unspeciated (PMOTHR)" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="98" pollutantname="CO2
Equivalent" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="55"
pollutantname="Calcium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="51"
pollutantname="Chloride" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="168"

00046147

2025_Build_MSAT_495270MLS_ALT8
pollutantname="Dibenzo(a,h)anthracene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="15" processname="Crankcase Running

00046148

2025_Build_MSAT_495270MLS_ALT8
Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="59" pollutantname="Iron"
processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="54"
pollutantname="Magnesium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="35"
pollutantname="Nitrate (NO3)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="1" processname="Running

Page 7

**Page 84 of 329**

00046149

2025_Build_MSAT_495270MLS_ALT8
Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="122"
pollutantname="Non-carbon Organic Matter (NCOM)" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="53"
pollutantname="Potassium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="1" processname="Running Exhaust"/>

**Page 85 of 329**

00046150

2025_Build_MSAT_495270MLS_ALT8

```
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="57"
pollutantname="Silicon" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="52"
pollutantname="Sodium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="56"
pollutantname="Titanium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="91" pollutantname="Total
Energy Consumption" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="15" processname="Crankcase
Running Exhaust"/>
        </pollutantprocessassociations>
        <databaseselections>
        </databaseselections>
        <internalcontrolstrategies>
<internalcontrolstrategy
classname="gov.epa.otaq.moves.master.implementation.ghg.internalcontrolstrategies.ra
teofprogress.RateOfProgressStrategy"><![CDATA[
useParameters    No

]]></internalcontrolstrategy>
        </internalcontrolstrategies>
        <inputdatabase servername="" databasename="" description=""/>
        <uncertaintyparameters uncertaintymodeenabled="false"
```

Page 9

**Page 86 of 329**

00046151

```
                            2025_Build_MSAT_495270MLS_ALT8
numberofrunspersimulation="0" numberofsimulations="0"/>
        <geographicoutputdetail description="COUNTY"/>
        <outputemissionsbreakdownselection>
                <modelyear selected="false"/>
                <fueltype selected="true"/>
                <fuelsubtype selected="false"/>
                <emissionprocess selected="false"/>
                <onroadoffroad selected="true"/>
                <roadtype selected="true"/>
                <sourceusetype selected="false"/>
                <movesvehicletype selected="false"/>
                <onroadscc selected="false"/>
                <estimateuncertainty selected="false" numberOfIterations="2"
keepSampledData="false" keepIterations="false"/>
                <sector selected="false"/>
                <engtechid selected="false"/>
                <hpclass selected="false"/>
                <regclassid selected="false"/>
        </outputemissionsbreakdownselection>
        <outputdatabase servername=""
databasename="2025_495270mls_build_alt8_msat_out" description=""/>
        <outputtimestep value="24-Hour Day"/>
        <outputvmtdata value="true"/>
        <outputsho value="false"/>
        <outputsh value="false"/>
        <outputshp value="false"/>
        <outputshidling value="false"/>
        <outputstarts value="false"/>
        <outputpopulation value="false"/>
        <scaleinputdatabase servername="localhost"
databasename="2025_495270mls_build_alt8_msat_in" description=""/>
        <pmsize value="0"/>
        <outputfactors>
                <timefactors selected="true" units="Days"/>
                <distancefactors selected="true" units="Miles"/>
                <massfactors selected="true" units="Grams" energyunits="Joules"/>
        </outputfactors>
        <savedata>

        </savedata>

        <donotexecute>

        </donotexecute>

        <generatordatabase shouldsave="false" servername="" databasename=""
description=""/>
                <donotperformfinalaggregation selected="false"/>
                            Page 10
```

**Page 87 of 329**

00046152

```
                         2025_Build_MSAT_495270MLS_ALT8
        <lookuptableflags scenarioid="" truncateoutput="true"
truncateactivity="true" truncatebaserates="true"/>
</runspec>
```

00046153

```
                        2025_Build_MSAT_495270MLS_ALT9_4ETL
<runspec version="MOVES2014b-20180726">
        <description><![CDATA[I-495 & I-270 MLS: 2025 Build MSAT Analysis

Alternative 9: 8 GPLS + 2 ETLs in each direction

Year: 2025

County: Montgomery]]></description>
        <models>
                <model value="ONROAD"/>
        </models>
        <modelscale value="Inv"/>
        <modeldomain value="SINGLE"/>
        <geographicselections>
                <geographicselection type="COUNTY" key="24031" description="MARYLAND
- Montgomery County"/>
        </geographicselections>
        <timespan>
                <year key="2025"/>
                <month id="1"/>
                <month id="4"/>
                <month id="7"/>
                <month id="10"/>
                <day id="5"/>
                <beginhour id="1"/>
                <endhour id="24"/>
                <aggregateBy key="Hour"/>
        </timespan>
        <onroadvehicleselections>
                <onroadvehicleselection fueltypeid="3" fueltypedesc="Compressed
Natural Gas (CNG)" sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="62" sourcetypename="Combination Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="41" sourcetypename="Intercity Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
```

00046154

```
                      2025_Build_MSAT_495270MLS_ALT9_4ETL
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="11" sourcetypename="Motorcycle"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="42" sourcetypename="Transit Bus"/>
        </onroadvehicleselections>
        <offroadvehicleselections>
        </offroadvehicleselections>
        <offroadvehiclesccs>
        </offroadvehiclesccs>
        <roadtypes separateramps="false">
                <roadtype roadtypeid="4" roadtypename="Urban Restricted Access"
modelCombination="M1"/>
                <roadtype roadtypeid="5" roadtypename="Urban Unrestricted Access"
modelCombination="M1"/>
        </roadtypes>
        <pollutantprocessassociations>
                <pollutantprocessassociation pollutantkey="24"
```

Page 2

**Page 90 of 329**

00046155

2025_Build_MSAT_495270MLS_ALT9_4ETL
pollutantname="1,3-Butadiene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="70" processname="Running Exhaust"/>
pollutantname="Acenaphthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="58"
pollutantname="Aluminum" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="36"
pollutantname="Ammonium (NH4)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="15" processname="Crankcase Running

Page 3

00046156

                    2025_Build_MSAT_495270MLS_ALT9_4ETL
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="90"
pollutantname="Atmospheric CO2" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="11" processname="Evap Permeation"/>
                    <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                    <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="1" processname="Running
Exhaust"/>

00046157

```
                    2025_Build_MSAT_495270MLS_ALT9_4ETL
            <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="121"
pollutantname="CMAQ5.0 Unspeciated (PMOTHR)" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="98" pollutantname="CO2
Equivalent" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="55"
pollutantname="Calcium" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="51"
pollutantname="Chloride" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="1" processname="Running
Exhaust"/>
```

Page 5

**Page 93 of 329**

00046158

2025_Build_MSAT_495270MLS_ALT9_4ETL
                <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O

**Page 94 of 329**

00046159

2025_Build_MSAT_495270MLS_ALT9_4ETL
(aerosol)" processkey="1" processname="Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="15" processname="Crankcase Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="1" processname="Running
Exhaust"/>
                 <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                 <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="59" pollutantname="Iron"
processkey="15" processname="Crankcase Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="54"
pollutantname="Magnesium" processkey="15" processname="Crankcase Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="1" processname="Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="15" processname="Crankcase Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="1" processname="Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="11" processname="Evap Permeation"/>
                 <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="13" processname="Evap Fuel Leaks"/>
                 <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                 <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="1" processname="Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                 <pollutantprocessassociation pollutantkey="35"
pollutantname="Nitrate (NO3)" processkey="15" processname="Crankcase Running
Exhaust"/>
                 <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="1" processname="Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="15" processname="Crankcase Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="1" processname="Running
Exhaust"/>
                 <pollutantprocessassociation pollutantkey="79"

00046160

```
                   2025_Build_MSAT_495270MLS_ALT9_4ETL
pollutantname="Non-Methane Hydrocarbons" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="122"
pollutantname="Non-carbon Organic Matter (NCOM)" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="53"
pollutantname="Potassium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="15" processname="Crankcase Running Exhaust"/>
```

00046161

```
                    2025_Build_MSAT_495270MLS_ALT9_4ETL
                <pollutantprocessassociation pollutantkey="57"
pollutantname="Silicon" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="52"
pollutantname="Sodium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="56"
pollutantname="Titanium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="91" pollutantname="Total
Energy Consumption" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="15" processname="Crankcase
Running Exhaust"/>
        </pollutantprocessassociations>
        <databaseselections>
        </databaseselections>
        <internalcontrolstrategies>
<internalcontrolstrategy
classname="gov.epa.otaq.moves.master.implementation.ghg.internalcontrolstrategies.ra
teofprogress.RateOfProgressStrategy"><![CDATA[
useParameters    No

]]></internalcontrolstrategy>
        </internalcontrolstrategies>
        <inputdatabase servername="" databasename="" description=""/>
        <uncertaintyparameters uncertaintymodeenabled="false"
numberofrunspersimulation="0" numberofsimulations="0"/>
        <geographicoutputdetail description="COUNTY"/>
                                    Page 9
```

**Page 97 of 329**

00046162

```
                    2025_Build_MSAT_495270MLS_ALT9_4ETL
        <outputemissionsbreakdownselection>
                <modelyear selected="false"/>
                <fueltype selected="true"/>
                <fuelsubtype selected="false"/>
                <emissionprocess selected="false"/>
                <onroadoffroad selected="true"/>
                <roadtype selected="true"/>
                <sourceusetype selected="false"/>
                <movesvehicletype selected="false"/>
                <onroadscc selected="false"/>
                <estimateuncertainty selected="false" numberOfIterations="2"
keepSampledData="false" keepIterations="false"/>
                <sector selected="false"/>
                <engtechid selected="false"/>
                <hpclass selected="false"/>
                <regclassid selected="false"/>
        </outputemissionsbreakdownselection>
        <outputdatabase servername=""
databasename="2025_495270mls_build_alt9_4etl_msat_out" description=""/>
        <outputtimestep value="24-Hour Day"/>
        <outputvmtdata value="true"/>
        <outputsho value="false"/>
        <outputsh value="false"/>
        <outputshp value="false"/>
        <outputshidling value="false"/>
        <outputstarts value="false"/>
        <outputpopulation value="false"/>
        <scaleinputdatabase servername="localhost"
databasename="2025_495270mls_build_alt9_4etl_msat_in" description=""/>
        <pmsize value="0"/>
        <outputfactors>
                <timefactors selected="true" units="Days"/>
                <distancefactors selected="true" units="Miles"/>
                <massfactors selected="true" units="Grams" energyunits="Joules"/>
        </outputfactors>
        <savedata>

        </savedata>

        <donotexecute>

        </donotexecute>

        <generatordatabase shouldsave="false" servername="" databasename=""
description=""/>
                <donotperformfinalaggregation selected="false"/>
        <lookuptableflags scenarioid="" truncateoutput="true"
truncateactivity="true" truncatebaserates="true"/>
```

**Page 98 of 329**

00046163

2025_Build_MSAT_495270MLS_ALT9_4ETL

```
</runspec>
```

00046164

```
                    2025_Build_MSAT_495270MLS_ALT10
<runspec version="MOVES2014b-20180726">
        <description><![CDATA[I-495 & I-270 MLS: 2025 Build MSAT Analysis

Alternative 10:
I-495: 8 GPLs + 2 ETLs in each direction
I-270: 10PGPLs + 2ETLs in each direction, maintain reversible HOV lanes

Year: 2025

County: Montgomery]]></description>
        <models>
                <model value="ONROAD"/>
        </models>
        <modelscale value="Inv"/>
        <modeldomain value="SINGLE"/>
        <geographicselections>
                <geographicselection type="COUNTY" key="24031" description="MARYLAND
- Montgomery County"/>
        </geographicselections>
        <timespan>
                <year key="2025"/>
                <month id="1"/>
                <month id="4"/>
                <month id="7"/>
                <month id="10"/>
                <day id="5"/>
                <beginhour id="1"/>
                <endhour id="24"/>
                <aggregateBy key="Hour"/>
        </timespan>
        <onroadvehicleselections>
                <onroadvehicleselection fueltypeid="3" fueltypedesc="Compressed
Natural Gas (CNG)" sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="62" sourcetypename="Combination Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="41" sourcetypename="Intercity Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
```

Page 1

**Page 100 of 329**

```
                    2025_Build_MSAT_495270MLS_ALT10
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="11" sourcetypename="Motorcycle"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="42" sourcetypename="Transit Bus"/>
        </onroadvehicleselections>
        <offroadvehicleselections>
        </offroadvehicleselections>
        <offroadvehiclesccs>
        </offroadvehiclesccs>
        <roadtypes separateramps="false">
                <roadtype roadtypeid="4" roadtypename="Urban Restricted Access"
modelCombination="M1"/>
                <roadtype roadtypeid="5" roadtypename="Urban Unrestricted Access"
modelCombination="M1"/>
        </roadtypes>
```

**Page 101 of 329**

```
                    2025_Build_MSAT_495270MLS_ALT10
        <pollutantprocessassociations>
                <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="58"
pollutantname="Aluminum" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="36"
pollutantname="Ammonium (NH4)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="1" processname="Running Exhaust"/>
```

Page 3

**Page 102 of 329**

00046167

2025_Build_MSAT_495270MLS_ALT10

```
<pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="90"
pollutantname="Atmospheric CO2" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="11" processname="Evap Permeation"/>
            <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="13" processname="Evap Fuel Leaks"/>
            <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="176"
```

**Page 103 of 329**

00046168

2025_Build_MSAT_495270MLS_ALT10

pollutantname="Benzo(g,h,i)perylene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="121"
pollutantname="CMAQ5.0 Unspeciated (PMOTHR)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="98" pollutantname="CO2 Equivalent" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="55"
pollutantname="Calcium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="51"
pollutantname="Chloride" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="168"

**Page 104 of 329**

00046169

2025_Build_MSAT_495270MLS_ALT10

pollutantname="Dibenzo(a,h)anthracene gas" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="168" pollutantname="Dibenzo(a,h)anthracene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="68" pollutantname="Dibenzo(a,h)anthracene particle" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="68" pollutantname="Dibenzo(a,h)anthracene particle" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="112" pollutantname="Elemental Carbon" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="112" pollutantname="Elemental Carbon" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl Benzene" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl Benzene" processkey="11" processname="Evap Permeation"/>
                    <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                    <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="169" pollutantname="Fluoranthene gas" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="169" pollutantname="Fluoranthene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="69" pollutantname="Fluoranthene particle" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="69" pollutantname="Fluoranthene particle" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="181" pollutantname="Fluorene gas" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="181" pollutantname="Fluorene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="81" pollutantname="Fluorene particle" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="81" pollutantname="Fluorene particle" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="25" pollutantname="Formaldehyde" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="25" pollutantname="Formaldehyde" processkey="15" processname="Crankcase Running

00046170

2025_Build_MSAT_495270MLS_ALT10

Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="59" pollutantname="Iron"
processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="54"
pollutantname="Magnesium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="35"
pollutantname="Nitrate (NO3)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="1" processname="Running

00046171

2025_Build_MSAT_495270MLS_ALT10

```
Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="122"
pollutantname="Non-carbon Organic Matter (NCOM)" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="53"
pollutantname="Potassium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="1" processname="Running Exhaust"/>
```

**Page 107 of 329**

00046172

```
2025_Build_MSAT_495270MLS_ALT10
            <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="57"
pollutantname="Silicon" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="52"
pollutantname="Sodium" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="56"
pollutantname="Titanium" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="91" pollutantname="Total
Energy Consumption" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="11" processname="Evap Permeation"/>
            <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="13" processname="Evap Fuel Leaks"/>
            <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="11" processname="Evap
Permeation"/>
            <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="13" processname="Evap Fuel
Leaks"/>
            <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="15" processname="Crankcase
Running Exhaust"/>
        </pollutantprocessassociations>
        <databaseselections>
        </databaseselections>
        <internalcontrolstrategies>
<internalcontrolstrategy
classname="gov.epa.otaq.moves.master.implementation.ghg.internalcontrolstrategies.ra
teofprogress.RateOfProgressStrategy"><![CDATA[
useParameters    No

]]></internalcontrolstrategy>
        </internalcontrolstrategies>
        <inputdatabase servername="" databasename="" description=""/>
        <uncertaintyparameters uncertaintymodeenabled="false"
```

**Page 108 of 329**

00046173

```
                    2025_Build_MSAT_495270MLS_ALT10
numberofrunspersimulation="0" numberofsimulations="0"/>
        <geographicoutputdetail description="COUNTY"/>
        <outputemissionsbreakdownselection>
                <modelyear selected="false"/>
                <fueltype selected="true"/>
                <fuelsubtype selected="false"/>
                <emissionprocess selected="false"/>
                <onroadoffroad selected="true"/>
                <roadtype selected="true"/>
                <sourceusetype selected="false"/>
                <movesvehicletype selected="false"/>
                <onroadscc selected="false"/>
                <estimateuncertainty selected="false" numberOfIterations="2"
keepSampledData="false" keepIterations="false"/>
                <sector selected="false"/>
                <engtechid selected="false"/>
                <hpclass selected="false"/>
                <regclassid selected="false"/>
        </outputemissionsbreakdownselection>
        <outputdatabase servername=""
databasename="2025_495270mls_build_alt10_msat_out" description=""/>
        <outputtimestep value="24-Hour Day"/>
        <outputvmtdata value="true"/>
        <outputsho value="false"/>
        <outputsh value="false"/>
        <outputshp value="false"/>
        <outputshidling value="false"/>
        <outputstarts value="false"/>
        <outputpopulation value="false"/>
        <scaleinputdatabase servername="localhost"
databasename="2025_495270mls_build_alt10_msat_in" description=""/>
        <pmsize value="0"/>
        <outputfactors>
                <timefactors selected="true" units="Days"/>
                <distancefactors selected="true" units="Miles"/>
                <massfactors selected="true" units="Grams" energyunits="Joules"/>
        </outputfactors>
        <savedata>

        </savedata>

        <donotexecute>

        </donotexecute>

        <generatordatabase shouldsave="false" servername="" databasename=""
description=""/>
                <donotperformfinalaggregation selected="false"/>
                            Page 10
```

**Page 109 of 329**

00046174

```
                    2025_Build_MSAT_495270MLS_ALT10
        <lookuptableflags scenarioid="" truncateoutput="true"
truncateactivity="true" truncatebaserates="true"/>
</runspec>
```

**Page 110 of 329**

00046175

```
                    2025_Build_MSAT_495270MLS_ALT13B
<runspec version="MOVES2014b-20180726">
        <description><![CDATA[I-495 & I-270 MLS: 2025 Build MSAT Analysis

Alternative 13B:
I-495: 8 GPLs + 2 ETLs in each direction
I-270: Reversible only

Year: 2025

County: Montgomery]]></description>
        <models>
                <model value="ONROAD"/>
        </models>
        <modelscale value="Inv"/>
        <modeldomain value="SINGLE"/>
        <geographicselections>
                <geographicselection type="COUNTY" key="24031" description="MARYLAND
- Montgomery County"/>
        </geographicselections>
        <timespan>
                <year key="2025"/>
                <month id="1"/>
                <month id="4"/>
                <month id="7"/>
                <month id="10"/>
                <day id="5"/>
                <beginhour id="1"/>
                <endhour id="24"/>
                <aggregateBy key="Hour"/>
        </timespan>
        <onroadvehicleselections>
                <onroadvehicleselection fueltypeid="3" fueltypedesc="Compressed
Natural Gas (CNG)" sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="62" sourcetypename="Combination Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="41" sourcetypename="Intercity Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
```

00046176

```
                    2025_Build_MSAT_495270MLS_ALT13B
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="11" sourcetypename="Motorcycle"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="42" sourcetypename="Transit Bus"/>
        </onroadvehicleselections>
        <offroadvehicleselections>
        </offroadvehicleselections>
        <offroadvehiclesccs>
        </offroadvehiclesccs>
        <roadtypes separateramps="false">
                <roadtype roadtypeid="4" roadtypename="Urban Restricted Access"
modelCombination="M1"/>
                <roadtype roadtypeid="5" roadtypename="Urban Unrestricted Access"
modelCombination="M1"/>
        </roadtypes>
```

00046177

```
                        2025_Build_MSAT_495270MLS_ALT13B
        <pollutantprocessassociations>
                    <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="58"
pollutantname="Aluminum" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="36"
pollutantname="Ammonium (NH4)" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="1" processname="Running Exhaust"/>
```

Page 3

**Page 113 of 329**

00046178

2025_Build_MSAT_495270MLS_ALT13B
```
<pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="90"
pollutantname="Atmospheric CO2" processkey="1" processname="Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="1" processname="Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="1" processname="Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="1" processname="Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="11" processname="Evap Permeation"/>
              <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="13" processname="Evap Fuel Leaks"/>
              <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="1" processname="Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="1" processname="Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="176"
```

Page 4

**Page 114 of 329**

00046179

2025_Build_MSAT_495270MLS_ALT13B

pollutantname="Benzo(g,h,i)perylene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="121"
pollutantname="CMAQ5.0 Unspeciated (PMOTHR)" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="98" pollutantname="CO2
Equivalent" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="55"
pollutantname="Calcium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="51"
pollutantname="Chloride" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="168"

00046180

2025_Build_MSAT_495270MLS_ALT13B

pollutantname="Dibenzo(a,h)anthracene gas" processkey="1" processname="Running
Exhaust"/>
                 <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                 <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="1" processname="Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                 <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="1" processname="Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="11" processname="Evap Permeation"/>
                 <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                 <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="1" processname="Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                 <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="1" processname="Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                 <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="1" processname="Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                 <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="1" processname="Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                 <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="1" processname="Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="15" processname="Crankcase Running

00046181

2025_Build_MSAT_495270MLS_ALT13B

```
Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="59" pollutantname="Iron"
processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="54"
pollutantname="Magnesium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="35"
pollutantname="Nitrate (NO3)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="1" processname="Running
```

00046182

2025_Build_MSAT_495270MLS_ALT13B
Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="122"
pollutantname="Non-carbon Organic Matter (NCOM)" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="53"
pollutantname="Potassium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="1" processname="Running Exhaust"/>
Page 8

**Page 118 of 329**

00046183

2025_Build_MSAT_495270MLS_ALT13B

```
            <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="57"
pollutantname="Silicon" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="52"
pollutantname="Sodium" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="56"
pollutantname="Titanium" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="91" pollutantname="Total
Energy Consumption" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="11" processname="Evap Permeation"/>
            <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="13" processname="Evap Fuel Leaks"/>
            <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="11" processname="Evap
Permeation"/>
            <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="13" processname="Evap Fuel
Leaks"/>
            <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="15" processname="Crankcase
Running Exhaust"/>
        </pollutantprocessassociations>
        <databaseselections>
        </databaseselections>
        <internalcontrolstrategies>
<internalcontrolstrategy
classname="gov.epa.otaq.moves.master.implementation.ghg.internalcontrolstrategies.ra
teofprogress.RateOfProgressStrategy"><![CDATA[
useParameters     No

]]></internalcontrolstrategy>
        </internalcontrolstrategies>
        <inputdatabase servername="" databasename="" description=""/>
        <uncertaintyparameters uncertaintymodeenabled="false"
```

Page 9

00046184

```
                    2025_Build_MSAT_495270MLS_ALT13B
numberofrunspersimulation="0" numberofsimulations="0"/>
        <geographicoutputdetail description="COUNTY"/>
        <outputemissionsbreakdownselection>
                <modelyear selected="false"/>
                <fueltype selected="true"/>
                <fuelsubtype selected="false"/>
                <emissionprocess selected="false"/>
                <onroadoffroad selected="true"/>
                <roadtype selected="true"/>
                <sourceusetype selected="false"/>
                <movesvehicletype selected="false"/>
                <onroadscc selected="false"/>
                <estimateuncertainty selected="false" numberOfIterations="2"
keepSampledData="false" keepIterations="false"/>
                <sector selected="false"/>
                <engtechid selected="false"/>
                <hpclass selected="false"/>
                <regclassid selected="false"/>
        </outputemissionsbreakdownselection>
        <outputdatabase servername=""
databasename="2025_495270mls_build_alt13b_msat_out" description=""/>
        <outputtimestep value="24-Hour Day"/>
        <outputvmtdata value="true"/>
        <outputsho value="false"/>
        <outputsh value="false"/>
        <outputshp value="false"/>
        <outputshidling value="false"/>
        <outputstarts value="false"/>
        <outputpopulation value="false"/>
        <scaleinputdatabase servername="localhost"
databasename="2025_495270mls_build_alt13b_msat_in" description=""/>
        <pmsize value="0"/>
        <outputfactors>
                <timefactors selected="true" units="Days"/>
                <distancefactors selected="true" units="Miles"/>
                <massfactors selected="true" units="Grams" energyunits="Joules"/>
        </outputfactors>
        <savedata>

        </savedata>

        <donotexecute>

        </donotexecute>

        <generatordatabase shouldsave="false" servername="" databasename=""
description=""/>
                <donotperformfinalaggregation selected="false"/>
```

Page 10

**Page 120 of 329**

00046185

```
                    2025_Build_MSAT_495270MLS_ALT13B
        <lookuptableflags scenarioid="" truncateoutput="true"
truncateactivity="true" truncatebaserates="true"/>
</runspec>
```

00046186

```
                    2025_Build_MSAT_495270MLS_ALT13C
<runspec version="MOVES2014b-20180726">
        <description><![CDATA[I-495 & I-270 MLS: 2025 Build MSAT Analysis

Alternative 13C:
I-495: 8 GPLs + 2 ETLs in each direction
I-270: 10 GPLs + 2 REVERSIBLE ETLs in each direction and maintain reversible HOV
lanes

Year: 2025

County: Montgomery]]></description>
        <models>
                <model value="ONROAD"/>
        </models>
        <modelscale value="Inv"/>
        <modeldomain value="SINGLE"/>
        <geographicselections>
                <geographicselection type="COUNTY" key="24031" description="MARYLAND
- Montgomery County"/>
        </geographicselections>
        <timespan>
                <year key="2025"/>
                <month id="1"/>
                <month id="4"/>
                <month id="7"/>
                <month id="10"/>
                <day id="5"/>
                <beginhour id="1"/>
                <endhour id="24"/>
                <aggregateBy key="Hour"/>
        </timespan>
        <onroadvehicleselections>
                <onroadvehicleselection fueltypeid="3" fueltypedesc="Compressed
Natural Gas (CNG)" sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="62" sourcetypename="Combination Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="41" sourcetypename="Intercity Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
```

00046187

```
                    2025_Build_MSAT_495270MLS_ALT13C
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="11" sourcetypename="Motorcycle"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="42" sourcetypename="Transit Bus"/>
        </onroadvehicleselections>
        <offroadvehicleselections>
        </offroadvehicleselections>
        <offroadvehiclesccs>
        </offroadvehiclesccs>
        <roadtypes separateramps="false">
                <roadtype roadtypeid="4" roadtypename="Urban Restricted Access"
modelCombination="M1"/>
                <roadtype roadtypeid="5" roadtypename="Urban Unrestricted Access"
modelCombination="M1"/>
```

**Page 123 of 329**

00046188

2025_Build_MSAT_495270MLS_ALT13C

```
        </roadtypes>
        <pollutantprocessassociations>
                <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="58"
pollutantname="Aluminum" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="36"
pollutantname="Ammonium (NH4)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
```

Page 3

00046189

2025_Build_MSAT_495270MLS_ALT13C
pollutantname="Anthracene particle" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="90"
pollutantname="Atmospheric CO2" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="11" processname="Evap Permeation"/>
            <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="13" processname="Evap Fuel Leaks"/>
            <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>

00046190

```
                      2025_Build_MSAT_495270MLS_ALT13C
            <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="121"
pollutantname="CMAQ5.0 Unspeciated (PMOTHR)" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="98" pollutantname="CO2
Equivalent" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="55"
pollutantname="Calcium" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="51"
pollutantname="Chloride" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="15" processname="Crankcase Running
Exhaust"/>
```

2025_Build_MSAT_495270MLS_ALT13C
                <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="25"

**Page 127 of 329**

00046192

2025_Build_MSAT_495270MLS_ALT13C
pollutantname="Formaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="59" pollutantname="Iron"
processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="54"
pollutantname="Magnesium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="35"
pollutantname="Nitrate (NO3)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"

**Page 128 of 329**

00046193

2025_Build_MSAT_495270MLS_ALT13C

pollutantname="Non-Methane Hydrocarbons" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="11" processname="Evap
Permeation"/>
                    <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="13" processname="Evap Fuel
Leaks"/>
                    <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="122"
pollutantname="Non-carbon Organic Matter (NCOM)" processkey="15"
processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="53"
pollutantname="Potassium" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene

**Page 129 of 329**

00046194

2025_Build_MSAT_495270MLS_ALT13C

particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="57"
pollutantname="Silicon" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="52"
pollutantname="Sodium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="56"
pollutantname="Titanium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="91" pollutantname="Total
Energy Consumption" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="15" processname="Crankcase
Running Exhaust"/>
        </pollutantprocessassociations>
        <internalcontrolstrategies>
<internalcontrolstrategy
classname="gov.epa.otaq.moves.master.implementation.ghg.internalcontrolstrategies.ra
teofprogress.RateOfProgressStrategy"><![CDATA[
useParameters    No

]]></internalcontrolstrategy>
        </internalcontrolstrategies>
        <inputdatabase servername="" databasename="" description=""/>

00046195

```
                    2025_Build_MSAT_495270MLS_ALT13C
        <uncertaintyparameters uncertaintymodeenabled="false"
numberofrunspersimulation="0" numberofsimulations="0"/>
        <geographicoutputdetail description="COUNTY"/>
        <outputemissionsbreakdownselection>
                <modelyear selected="false"/>
                <fueltype selected="true"/>
                <fuelsubtype selected="false"/>
                <emissionprocess selected="false"/>
                <onroadoffroad selected="true"/>
                <roadtype selected="true"/>
                <sourceusetype selected="false"/>
                <movesvehicletype selected="false"/>
                <onroadscc selected="false"/>
                <estimateuncertainty selected="false" numberOfIterations="2"
keepSampledData="false" keepIterations="false"/>
                <sector selected="false"/>
                <engtechid selected="false"/>
                <hpclass selected="false"/>
                <regclassid selected="false"/>
        </outputemissionsbreakdownselection>
        <outputdatabase servername=""
databasename="2025_495270mls_build_alt13c_msat_out" description=""/>
        <outputtimestep value="24-Hour Day"/>
        <outputvmtdata value="true"/>
        <outputsho value="false"/>
        <outputsh value="false"/>
        <outputshp value="false"/>
        <outputshidling value="false"/>
        <outputstarts value="false"/>
        <outputpopulation value="false"/>
        <scaleinputdatabase servername="localhost"
databasename="2025_495270mls_build_alt13c_msat_in" description=""/>
        <pmsize value="0"/>
        <outputfactors>
                <timefactors selected="true" units="Days"/>
                <distancefactors selected="true" units="Miles"/>
                <massfactors selected="true" units="Grams" energyunits="Joules"/>
        </outputfactors>
        <savedata>

        </savedata>

        <donotexecute>

        </donotexecute>

        <generatordatabase shouldsave="false" servername="" databasename=""
description=""/>
                            Page 10
```

**Page 131 of 329**

00046196

```
                    2025_Build_MSAT_495270MLS_ALT13C
              <donotperformfinalaggregation selected="false"/>
        <lookuptableflags scenarioid="" truncateoutput="true"
truncateactivity="true" truncatebaserates="true"/>
</runspec>
```

00046197

```
                        2025_MSAT_495270MLS_NOBUILD_ALT5
<runspec version="MOVES2014b-20180726">
        <description><![CDATA[I-495 & I-270 MLS: 2025 No Build MSAT Analysis

Alternative 5: No Build

Year: 2025

County: Montgomery]]></description>
        <models>
                <model value="ONROAD"/>
        </models>
        <modelscale value="Inv"/>
        <modeldomain value="SINGLE"/>
        <geographicselections>
                <geographicselection type="COUNTY" key="24031" description="MARYLAND
- Montgomery County"/>
        </geographicselections>
        <timespan>
                <year key="2025"/>
                <month id="1"/>
                <month id="4"/>
                <month id="7"/>
                <month id="10"/>
                <day id="5"/>
                <beginhour id="1"/>
                <endhour id="24"/>
                <aggregateBy key="Hour"/>
        </timespan>
        <onroadvehicleselections>
                <onroadvehicleselection fueltypeid="3" fueltypedesc="Compressed
Natural Gas (CNG)" sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="62" sourcetypename="Combination Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="41" sourcetypename="Intercity Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
```

00046198

```
                     2025_MSAT_495270MLS_NOBUILD_ALT5
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="11" sourcetypename="Motorcycle"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="42" sourcetypename="Transit Bus"/>
        </onroadvehicleselections>
        <offroadvehicleselections>
        </offroadvehicleselections>
        <offroadvehiclesccs>
        </offroadvehiclesccs>
        <roadtypes separateramps="false">
                <roadtype roadtypeid="4" roadtypename="Urban Restricted Access"
modelCombination="M1"/>
                <roadtype roadtypeid="5" roadtypename="Urban Unrestricted Access"
modelCombination="M1"/>
        </roadtypes>
        <pollutantprocessassociations>
                <pollutantprocessassociation pollutantkey="24"
```

**Page 134 of 329**

00046199

2025_MSAT_495270MLS_NOBUILD_ALT5

pollutantname="1,3-Butadiene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="58"
pollutantname="Aluminum" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="36"
pollutantname="Ammonium (NH4)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="15" processname="Crankcase Running

00046200

2025_MSAT_495270MLS_NOBUILD_ALT5

```
Exhaust"/>
                <pollutantprocessassociation pollutantkey="90"
pollutantname="Atmospheric CO2" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="1" processname="Running
Exhaust"/>
```

00046201

2025_MSAT_495270MLS_NOBUILD_ALT5

```
                <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="121"
pollutantname="CMAQ5.0 Unspeciated (PMOTHR)" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="98" pollutantname="CO2
Equivalent" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="55"
pollutantname="Calcium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="51"
pollutantname="Chloride" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="1" processname="Running
Exhaust"/>
```

Page 5

**Page 137 of 329**

2025_MSAT_495270MLS_NOBUILD_ALT5

```
                <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
```

**Page 138 of 329**

00046203

2025_MSAT_495270MLS_NOBUILD_ALT5
(aerosol)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="59" pollutantname="Iron"
processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="54"
pollutantname="Magnesium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="35"
pollutantname="Nitrate (NO3)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"

**Page 139 of 329**

00046204

2025_MSAT_495270MLS_NOBUILD_ALT5

pollutantname="Non-Methane Hydrocarbons" processkey="11" processname="Evap Permeation"/>
                &lt;pollutantprocessassociation pollutantkey="79" pollutantname="Non-Methane Hydrocarbons" processkey="13" processname="Evap Fuel Leaks"/&gt;
                &lt;pollutantprocessassociation pollutantkey="79" pollutantname="Non-Methane Hydrocarbons" processkey="15" processname="Crankcase Running Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="122" pollutantname="Non-carbon Organic Matter (NCOM)" processkey="15" processname="Crankcase Running Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="111" pollutantname="Organic Carbon" processkey="1" processname="Running Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="111" pollutantname="Organic Carbon" processkey="15" processname="Crankcase Running Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="183" pollutantname="Phenanthrene gas" processkey="1" processname="Running Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="183" pollutantname="Phenanthrene gas" processkey="15" processname="Crankcase Running Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="83" pollutantname="Phenanthrene particle" processkey="1" processname="Running Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="83" pollutantname="Phenanthrene particle" processkey="15" processname="Crankcase Running Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="53" pollutantname="Potassium" processkey="15" processname="Crankcase Running Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="100" pollutantname="Primary Exhaust PM10  - Total" processkey="1" processname="Running Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="100" pollutantname="Primary Exhaust PM10  - Total" processkey="15" processname="Crankcase Running Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="110" pollutantname="Primary Exhaust PM2.5 - Total" processkey="1" processname="Running Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="110" pollutantname="Primary Exhaust PM2.5 - Total" processkey="15" processname="Crankcase Running Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="184" pollutantname="Pyrene gas" processkey="1" processname="Running Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="184" pollutantname="Pyrene gas" processkey="15" processname="Crankcase Running Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene particle" processkey="1" processname="Running Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene particle" processkey="15" processname="Crankcase Running Exhaust"/&gt;

00046205

2025_MSAT_495270MLS_NOBUILD_ALT5

```
                <pollutantprocessassociation pollutantkey="57"
pollutantname="Silicon" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="52"
pollutantname="Sodium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="56"
pollutantname="Titanium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="91" pollutantname="Total
Energy Consumption" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="15" processname="Crankcase
Running Exhaust"/>
        </pollutantprocessassociations>
        <databaseselections>
        </databaseselections>
        <internalcontrolstrategies>
<internalcontrolstrategy
classname="gov.epa.otaq.moves.master.implementation.ghg.internalcontrolstrategies.ra
teofprogress.RateOfProgressStrategy"><![CDATA[
useParameters    No

]]></internalcontrolstrategy>
        </internalcontrolstrategies>
        <inputdatabase servername="" databasename="" description=""/>
        <uncertaintyparameters uncertaintymodeenabled="false"
numberofrunspersimulation="0" numberofsimulations="0"/>
        <geographicoutputdetail description="COUNTY"/>
```

**Page 141 of 329**

00046206

```
                      2025_MSAT_495270MLS_NOBUILD_ALT5
        <outputemissionsbreakdownselection>
                <modelyear selected="false"/>
                <fueltype selected="true"/>
                <fuelsubtype selected="false"/>
                <emissionprocess selected="false"/>
                <onroadoffroad selected="true"/>
                <roadtype selected="true"/>
                <sourceusetype selected="false"/>
                <movesvehicletype selected="false"/>
                <onroadscc selected="false"/>
                <estimateuncertainty selected="false" numberOfIterations="2"
keepSampledData="false" keepIterations="false"/>
                <sector selected="false"/>
                <engtechid selected="false"/>
                <hpclass selected="false"/>
                <regclassid selected="false"/>
        </outputemissionsbreakdownselection>
        <outputdatabase servername=""
databasename="2025_495270mls_nobuild_alt5_msat_out" description=""/>
        <outputtimestep value="24-Hour Day"/>
        <outputvmtdata value="true"/>
        <outputsho value="false"/>
        <outputsh value="false"/>
        <outputshp value="false"/>
        <outputshidling value="false"/>
        <outputstarts value="false"/>
        <outputpopulation value="false"/>
        <scaleinputdatabase servername="localhost"
databasename="2025_495270mls_nobuild_alt5_msat_in" description=""/>
        <pmsize value="0"/>
        <outputfactors>
                <timefactors selected="true" units="Days"/>
                <distancefactors selected="true" units="Miles"/>
                <massfactors selected="true" units="Grams" energyunits="Joules"/>
        </outputfactors>
        <savedata>

        </savedata>

        <donotexecute>

        </donotexecute>

        <generatordatabase shouldsave="false" servername="" databasename=""
description=""/>
                <donotperformfinalaggregation selected="false"/>
        <lookuptableflags scenarioid="" truncateoutput="true"
truncateactivity="true" truncatebaserates="true"/>
```

**Page 142 of 329**

00046207

2025_MSAT_495270MLS_NOBUILD_ALT5

```
</runspec>
```

00046208

```
                        2025_MSAT_495270MLS_NOBUILD_ALT8
<runspec version="MOVES2014b-20180726">
        <description><![CDATA[I-495 & I-270 MLS: 2025 No Build MSAT Analysis

Alternative 8: No Build

Year: 2025

County: Montgomery]]></description>
        <models>
                <model value="ONROAD"/>
        </models>
        <modelscale value="Inv"/>
        <modeldomain value="SINGLE"/>
        <geographicselections>
                <geographicselection type="COUNTY" key="24031" description="MARYLAND
- Montgomery County"/>
        </geographicselections>
        <timespan>
                <year key="2025"/>
                <month id="1"/>
                <month id="4"/>
                <month id="7"/>
                <month id="10"/>
                <day id="5"/>
                <beginhour id="1"/>
                <endhour id="24"/>
                <aggregateBy key="Hour"/>
        </timespan>
        <onroadvehicleselections>
                <onroadvehicleselection fueltypeid="3" fueltypedesc="Compressed
Natural Gas (CNG)" sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="62" sourcetypename="Combination Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="41" sourcetypename="Intercity Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
```

00046209

```
                    2025_MSAT_495270MLS_NOBUILD_ALT8
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="11" sourcetypename="Motorcycle"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="42" sourcetypename="Transit Bus"/>
        </onroadvehicleselections>
        <roadtypes separateramps="false">
                <roadtype roadtypeid="4" roadtypename="Urban Restricted Access"
modelCombination="M1"/>
                <roadtype roadtypeid="5" roadtypename="Urban Unrestricted Access"
modelCombination="M1"/>
        </roadtypes>
        <pollutantprocessassociations>
                <pollutantprocessassociation pollutantkey="24"
```

**Page 145 of 329**

00046210

2025_MSAT_495270MLS_NOBUILD_ALT8
pollutantname="1,3-Butadiene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="58"
pollutantname="Aluminum" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="36"
pollutantname="Ammonium (NH4)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="15" processname="Crankcase Running

Page 3

**Page 146 of 329**

00046211

2025_MSAT_495270MLS_NOBUILD_ALT8

```
Exhaust"/>
                <pollutantprocessassociation pollutantkey="90"
pollutantname="Atmospheric CO2" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="1" processname="Running
Exhaust"/>
```

**Page 147 of 329**

00046212

2025_MSAT_495270MLS_NOBUILD_ALT8
            <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="121"
pollutantname="CMAQ5.0 Unspeciated (PMOTHR)" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="98" pollutantname="CO2
Equivalent" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="55"
pollutantname="Calcium" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="51"
pollutantname="Chloride" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="1" processname="Running
Exhaust"/>

**Page 148 of 329**

00046213

2025_MSAT_495270MLS_NOBUILD_ALT8

                &lt;pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="15" processname="Crankcase
Running Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="1" processname="Running
Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="15"
processname="Crankcase Running Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="1" processname="Running Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="15" processname="Crankcase Running
Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="1" processname="Running Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="11" processname="Evap Permeation"/&gt;
                &lt;pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="13" processname="Evap Fuel Leaks"/&gt;
                &lt;pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="15" processname="Crankcase Running Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="1" processname="Running Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="15" processname="Crankcase Running
Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="1" processname="Running Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="15" processname="Crankcase Running
Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="1" processname="Running Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="15" processname="Crankcase Running
Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="1" processname="Running Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="15" processname="Crankcase Running
Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="1" processname="Running Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/&gt;
                &lt;pollutantprocessassociation pollutantkey="119" pollutantname="H2O

**Page 149 of 329**

00046214

2025_MSAT_495270MLS_NOBUILD_ALT8
(aerosol)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="59" pollutantname="Iron"
processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="54"
pollutantname="Magnesium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="35"
pollutantname="Nitrate (NO3)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"

**Page 150 of 329**

00046215

2025_MSAT_495270MLS_NOBUILD_ALT8

```
pollutantname="Non-Methane Hydrocarbons" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="122"
pollutantname="Non-carbon Organic Matter (NCOM)" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="53"
pollutantname="Potassium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="15" processname="Crankcase Running Exhaust"/>
```

00046216

```
                    2025_MSAT_495270MLS_NOBUILD_ALT8
                <pollutantprocessassociation pollutantkey="57"
pollutantname="Silicon" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="52"
pollutantname="Sodium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="56"
pollutantname="Titanium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="91" pollutantname="Total
Energy Consumption" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="15" processname="Crankcase
Running Exhaust"/>
        </pollutantprocessassociations>
        <databaseselections>
        </databaseselections>
        <internalcontrolstrategies>
<internalcontrolstrategy
classname="gov.epa.otaq.moves.master.implementation.ghg.internalcontrolstrategies.ra
teofprogress.RateOfProgressStrategy"><![CDATA[
useParameters    No

]]></internalcontrolstrategy>
        </internalcontrolstrategies>
        <inputdatabase servername="" databasename="" description=""/>
        <uncertaintyparameters uncertaintymodeenabled="false"
numberofrunspersimulation="0" numberofsimulations="0"/>
        <geographicoutputdetail description="COUNTY"/>
                            Page 9
```

**Page 152 of 329**

00046217

```
                    2025_MSAT_495270MLS_NOBUILD_ALT8
        <outputemissionsbreakdownselection>
                <modelyear selected="false"/>
                <fueltype selected="true"/>
                <fuelsubtype selected="false"/>
                <emissionprocess selected="false"/>
                <onroadoffroad selected="true"/>
                <roadtype selected="true"/>
                <sourceusetype selected="false"/>
                <movesvehicletype selected="false"/>
                <onroadscc selected="false"/>
                <estimateuncertainty selected="false" numberOfIterations="2"
keepSampledData="false" keepIterations="false"/>
                <sector selected="false"/>
                <engtechid selected="false"/>
                <hpclass selected="false"/>
                <regclassid selected="false"/>
        </outputemissionsbreakdownselection>
        <outputdatabase servername=""
databasename="2025_495270mls_nobuild_alt8_msat_out" description=""/>
        <outputtimestep value="24-Hour Day"/>
        <outputvmtdata value="true"/>
        <outputsho value="false"/>
        <outputsh value="false"/>
        <outputshp value="false"/>
        <outputshidling value="false"/>
        <outputstarts value="false"/>
        <outputpopulation value="false"/>
        <scaleinputdatabase servername="localhost"
databasename="2025_495270mls_nobuild_alt8_msat_in" description=""/>
        <pmsize value="0"/>
        <outputfactors>
                <timefactors selected="true" units="Days"/>
                <distancefactors selected="true" units="Miles"/>
                <massfactors selected="true" units="Grams" energyunits="Joules"/>
        </outputfactors>
        <savedata>

        </savedata>

        <donotexecute>

        </donotexecute>

        <generatordatabase shouldsave="false" servername="" databasename=""
description=""/>
                <donotperformfinalaggregation selected="false"/>
        <lookuptableflags scenarioid="" truncateoutput="true"
truncateactivity="true" truncatebaserates="true"/>
```

Page 10

**Page 153 of 329**

```
                    2025_MSAT_495270MLS_NOBUILD_ALT8
</runspec>
```

00046219

```
                        2025_MSAT_495270MLS_NOBUILD_ALT9
<runspec version="MOVES2014b-20180726">
        <description><![CDATA[I-495 & I-270 MLS: 2025 No Build MSAT Analysis

Alternative 9: NO BUILD

Year: 2025

County: Montgomery]]></description>
        <models>
                <model value="ONROAD"/>
        </models>
        <modelscale value="Inv"/>
        <modeldomain value="SINGLE"/>
        <geographicselections>
                <geographicselection type="COUNTY" key="24031" description="MARYLAND
- Montgomery County"/>
        </geographicselections>
        <timespan>
                <year key="2025"/>
                <month id="1"/>
                <month id="4"/>
                <month id="7"/>
                <month id="10"/>
                <day id="5"/>
                <beginhour id="1"/>
                <endhour id="24"/>
                <aggregateBy key="Hour"/>
        </timespan>
        <onroadvehicleselections>
                <onroadvehicleselection fueltypeid="3" fueltypedesc="Compressed
Natural Gas (CNG)" sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="62" sourcetypename="Combination Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="41" sourcetypename="Intercity Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
```

00046220

```
                     2025_MSAT_495270MLS_NOBUILD_ALT9
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="11" sourcetypename="Motorcycle"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="42" sourcetypename="Transit Bus"/>
        </onroadvehicleselections>
        <offroadvehicleselections>
        </offroadvehicleselections>
        <offroadvehiclesccs>
        </offroadvehiclesccs>
        <roadtypes separateramps="false">
                <roadtype roadtypeid="4" roadtypename="Urban Restricted Access"
modelCombination="M1"/>
                <roadtype roadtypeid="5" roadtypename="Urban Unrestricted Access"
modelCombination="M1"/>
        </roadtypes>
        <pollutantprocessassociations>
                <pollutantprocessassociation pollutantkey="24"
```

**Page 156 of 329**

00046221

2025_MSAT_495270MLS_NOBUILD_ALT9
pollutantname="1,3-Butadiene" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="70" processname="Running Exhaust"/>
pollutantname="Acenaphthene particle" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="58"
pollutantname="Aluminum" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="36"
pollutantname="Ammonium (NH4)" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="15" processname="Crankcase Running

00046222

2025_MSAT_495270MLS_NOBUILD_ALT9

```
Exhaust"/>
                <pollutantprocessassociation pollutantkey="90"
pollutantname="Atmospheric CO2" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="1" processname="Running
Exhaust"/>
```

00046223

2025_MSAT_495270MLS_NOBUILD_ALT9

```
                <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="121"
pollutantname="CMAQ5.0 Unspeciated (PMOTHR)" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="98" pollutantname="CO2
Equivalent" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="55"
pollutantname="Calcium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="51"
pollutantname="Chloride" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="1" processname="Running
Exhaust"/>
```

00046224

2025_MSAT_495270MLS_NOBUILD_ALT9

                                                                                                                                                                                                                                                                                                          

```
<pollutantprocessassociation pollutantkey="168" pollutantname="Dibenzo(a,h)anthracene gas" processkey="15" processname="Crankcase Running Exhaust"/>
<pollutantprocessassociation pollutantkey="68" pollutantname="Dibenzo(a,h)anthracene particle" processkey="1" processname="Running Exhaust"/>
<pollutantprocessassociation pollutantkey="68" pollutantname="Dibenzo(a,h)anthracene particle" processkey="15" processname="Crankcase Running Exhaust"/>
<pollutantprocessassociation pollutantkey="112" pollutantname="Elemental Carbon" processkey="1" processname="Running Exhaust"/>
<pollutantprocessassociation pollutantkey="112" pollutantname="Elemental Carbon" processkey="15" processname="Crankcase Running Exhaust"/>
<pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl Benzene" processkey="1" processname="Running Exhaust"/>
<pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl Benzene" processkey="11" processname="Evap Permeation"/>
<pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl Benzene" processkey="13" processname="Evap Fuel Leaks"/>
<pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
<pollutantprocessassociation pollutantkey="169" pollutantname="Fluoranthene gas" processkey="1" processname="Running Exhaust"/>
<pollutantprocessassociation pollutantkey="169" pollutantname="Fluoranthene gas" processkey="15" processname="Crankcase Running Exhaust"/>
<pollutantprocessassociation pollutantkey="69" pollutantname="Fluoranthene particle" processkey="1" processname="Running Exhaust"/>
<pollutantprocessassociation pollutantkey="69" pollutantname="Fluoranthene particle" processkey="15" processname="Crankcase Running Exhaust"/>
<pollutantprocessassociation pollutantkey="181" pollutantname="Fluorene gas" processkey="1" processname="Running Exhaust"/>
<pollutantprocessassociation pollutantkey="181" pollutantname="Fluorene gas" processkey="15" processname="Crankcase Running Exhaust"/>
<pollutantprocessassociation pollutantkey="81" pollutantname="Fluorene particle" processkey="1" processname="Running Exhaust"/>
<pollutantprocessassociation pollutantkey="81" pollutantname="Fluorene particle" processkey="15" processname="Crankcase Running Exhaust"/>
<pollutantprocessassociation pollutantkey="25" pollutantname="Formaldehyde" processkey="1" processname="Running Exhaust"/>
<pollutantprocessassociation pollutantkey="25" pollutantname="Formaldehyde" processkey="15" processname="Crankcase Running Exhaust"/>
<pollutantprocessassociation pollutantkey="119" pollutantname="H2O
```

**Page 160 of 329**

00046225

2025_MSAT_495270MLS_NOBUILD_ALT9
(aerosol)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="59" pollutantname="Iron"
processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="54"
pollutantname="Magnesium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="35"
pollutantname="Nitrate (NO3)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"

**Page 161 of 329**

00046226

2025_MSAT_495270MLS_NOBUILD_ALT9

pollutantname="Non-Methane Hydrocarbons" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="122"
pollutantname="Non-carbon Organic Matter (NCOM)" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="53"
pollutantname="Potassium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="15" processname="Crankcase Running Exhaust"/>

00046227

2025_MSAT_495270MLS_NOBUILD_ALT9

```
                <pollutantprocessassociation pollutantkey="57"
pollutantname="Silicon" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="52"
pollutantname="Sodium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="56"
pollutantname="Titanium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="91" pollutantname="Total
Energy Consumption" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="15" processname="Crankcase
Running Exhaust"/>
        </pollutantprocessassociations>
        <databaseselections>
        </databaseselections>
        <internalcontrolstrategies>
<internalcontrolstrategy
classname="gov.epa.otaq.moves.master.implementation.ghg.internalcontrolstrategies.ra
teofprogress.RateOfProgressStrategy"><![CDATA[
useParameters    No

]]></internalcontrolstrategy>
        </internalcontrolstrategies>
        <inputdatabase servername="" databasename="" description=""/>
        <uncertaintyparameters uncertaintymodeenabled="false"
numberofrunspersimulation="0" numberofsimulations="0"/>
        <geographicoutputdetail description="COUNTY"/>
```

**Page 163 of 329**

00046228

```
                        2025_MSAT_495270MLS_NOBUILD_ALT9
        <outputemissionsbreakdownselection>
                <modelyear selected="false"/>
                <fueltype selected="true"/>
                <fuelsubtype selected="false"/>
                <emissionprocess selected="false"/>
                <onroadoffroad selected="true"/>
                <roadtype selected="true"/>
                <sourceusetype selected="false"/>
                <movesvehicletype selected="false"/>
                <onroadscc selected="false"/>
                <estimateuncertainty selected="false" numberOfIterations="2"
keepSampledData="false" keepIterations="false"/>
                <sector selected="false"/>
                <engtechid selected="false"/>
                <hpclass selected="false"/>
                <regclassid selected="false"/>
        </outputemissionsbreakdownselection>
        <outputdatabase servername=""
databasename="2025_495270mls_nobuild_alt9_msat_out" description=""/>
        <outputtimestep value="24-Hour Day"/>
        <outputvmtdata value="true"/>
        <outputsho value="false"/>
        <outputsh value="false"/>
        <outputshp value="false"/>
        <outputshidling value="false"/>
        <outputstarts value="false"/>
        <outputpopulation value="false"/>
        <scaleinputdatabase servername="localhost"
databasename="2025_495270mls_nobuild_alt9_msat_in" description=""/>
        <pmsize value="0"/>
        <outputfactors>
                <timefactors selected="true" units="Days"/>
                <distancefactors selected="true" units="Miles"/>
                <massfactors selected="true" units="Grams" energyunits="Joules"/>
        </outputfactors>
        <savedata>

        </savedata>

        <donotexecute>

        </donotexecute>

        <generatordatabase shouldsave="false" servername="" databasename=""
description=""/>
                <donotperformfinalaggregation selected="false"/>
        <lookuptableflags scenarioid="" truncateoutput="true"
truncateactivity="true" truncatebaserates="true"/>
                        Page 10
```

**Page 164 of 329**

00046229

2025_MSAT_495270MLS_NOBUILD_ALT9

```
</runspec>
```

00046230

```
                        2025_MSAT_495270MLS_NOBUILD_ALT10
<runspec version="MOVES2014b-20180726">
        <description><![CDATA[I-495 & I-270 MLS: 2025 No Build MSAT Analysis

Alternative 10: No Build

Year: 2025

County: Montgomery]]></description>
        <models>
                <model value="ONROAD"/>
        </models>
        <modelscale value="Inv"/>
        <modeldomain value="SINGLE"/>
        <geographicselections>
                <geographicselection type="COUNTY" key="24031" description="MARYLAND
- Montgomery County"/>
        </geographicselections>
        <timespan>
                <year key="2025"/>
                <month id="1"/>
                <month id="4"/>
                <month id="7"/>
                <month id="10"/>
                <day id="5"/>
                <beginhour id="1"/>
                <endhour id="24"/>
                <aggregateBy key="Hour"/>
        </timespan>
        <onroadvehicleselections>
                <onroadvehicleselection fueltypeid="3" fueltypedesc="Compressed
Natural Gas (CNG)" sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="62" sourcetypename="Combination Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="41" sourcetypename="Intercity Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
```

00046231

```
                      2025_MSAT_495270MLS_NOBUILD_ALT10
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="11" sourcetypename="Motorcycle"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="42" sourcetypename="Transit Bus"/>
        </onroadvehicleselections>
        <offroadvehicleselections>
        </offroadvehicleselections>
        <offroadvehiclesccs>
        </offroadvehiclesccs>
        <roadtypes separateramps="false">
                <roadtype roadtypeid="4" roadtypename="Urban Restricted Access"
modelCombination="M1"/>
                <roadtype roadtypeid="5" roadtypename="Urban Unrestricted Access"
modelCombination="M1"/>
        </roadtypes>
        <pollutantprocessassociations>
                <pollutantprocessassociation pollutantkey="24"
```

Page 2

**Page 167 of 329**

00046232

2025_MSAT_495270MLS_NOBUILD_ALT10

pollutantname="1,3-Butadiene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="58"
pollutantname="Aluminum" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="36"
pollutantname="Ammonium (NH4)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="15" processname="Crankcase Running

00046233

2025_MSAT_495270MLS_NOBUILD_ALT10

```
Exhaust"/>
                <pollutantprocessassociation pollutantkey="90"
pollutantname="Atmospheric CO2" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="1" processname="Running
Exhaust"/>
```

00046234

2025_MSAT_495270MLS_NOBUILD_ALT10
```
            <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="121"
pollutantname="CMAQ5.0 Unspeciated (PMOTHR)" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="98" pollutantname="CO2
Equivalent" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="55"
pollutantname="Calcium" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="51"
pollutantname="Chloride" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="1" processname="Running
Exhaust"/>
```

**Page 170 of 329**

00046235

2025_MSAT_495270MLS_NOBUILD_ALT10

&lt;pollutantprocessassociation pollutantkey="168" pollutantname="Dibenzo(a,h)anthracene gas" processkey="15" processname="Crankcase Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="68" pollutantname="Dibenzo(a,h)anthracene particle" processkey="1" processname="Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="68" pollutantname="Dibenzo(a,h)anthracene particle" processkey="15" processname="Crankcase Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="112" pollutantname="Elemental Carbon" processkey="1" processname="Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="112" pollutantname="Elemental Carbon" processkey="15" processname="Crankcase Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl Benzene" processkey="1" processname="Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl Benzene" processkey="11" processname="Evap Permeation"/&gt;
&lt;pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl Benzene" processkey="13" processname="Evap Fuel Leaks"/&gt;
&lt;pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl Benzene" processkey="15" processname="Crankcase Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="169" pollutantname="Fluoranthene gas" processkey="1" processname="Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="169" pollutantname="Fluoranthene gas" processkey="15" processname="Crankcase Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="69" pollutantname="Fluoranthene particle" processkey="1" processname="Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="69" pollutantname="Fluoranthene particle" processkey="15" processname="Crankcase Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="181" pollutantname="Fluorene gas" processkey="1" processname="Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="181" pollutantname="Fluorene gas" processkey="15" processname="Crankcase Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="81" pollutantname="Fluorene particle" processkey="1" processname="Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="81" pollutantname="Fluorene particle" processkey="15" processname="Crankcase Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="25" pollutantname="Formaldehyde" processkey="1" processname="Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="25" pollutantname="Formaldehyde" processkey="15" processname="Crankcase Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="119" pollutantname="H2O

**Page 171 of 329**

00046236

2025_MSAT_495270MLS_NOBUILD_ALT10
(aerosol)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="59" pollutantname="Iron"
processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="54"
pollutantname="Magnesium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="35"
pollutantname="Nitrate (NO3)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"

**Page 172 of 329**

00046237

2025_MSAT_495270MLS_NOBUILD_ALT10

```
pollutantname="Non-Methane Hydrocarbons" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="122"
pollutantname="Non-carbon Organic Matter (NCOM)" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="53"
pollutantname="Potassium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="15" processname="Crankcase Running Exhaust"/>
```

00046238

```
                    2025_MSAT_495270MLS_NOBUILD_ALT10
                <pollutantprocessassociation pollutantkey="57"
pollutantname="Silicon" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="52"
pollutantname="Sodium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="56"
pollutantname="Titanium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="91" pollutantname="Total
Energy Consumption" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="15" processname="Crankcase
Running Exhaust"/>
        </pollutantprocessassociations>
        <databaseselections>
        </databaseselections>
        <internalcontrolstrategies>
<internalcontrolstrategy
classname="gov.epa.otaq.moves.master.implementation.ghg.internalcontrolstrategies.ra
teofprogress.RateOfProgressStrategy"><![CDATA[
useParameters    No

]]></internalcontrolstrategy>
        </internalcontrolstrategies>
        <inputdatabase servername="" databasename="" description=""/>
        <uncertaintyparameters uncertaintymodeenabled="false"
numberofrunspersimulation="0" numberofsimulations="0"/>
        <geographicoutputdetail description="COUNTY"/>
```

**Page 174 of 329**

00046239

```
                    2025_MSAT_495270MLS_NOBUILD_ALT10
     <outputemissionsbreakdownselection>
             <modelyear selected="false"/>
             <fueltype selected="true"/>
             <fuelsubtype selected="false"/>
             <emissionprocess selected="false"/>
             <onroadoffroad selected="true"/>
             <roadtype selected="true"/>
             <sourceusetype selected="false"/>
             <movesvehicletype selected="false"/>
             <onroadscc selected="false"/>
             <estimateuncertainty selected="false" numberOfIterations="2"
keepSampledData="false" keepIterations="false"/>
             <sector selected="false"/>
             <engtechid selected="false"/>
             <hpclass selected="false"/>
             <regclassid selected="false"/>
     </outputemissionsbreakdownselection>
     <outputdatabase servername=""
databasename="2025_495270mls_nobuild_alt10_msat_out" description=""/>
     <outputtimestep value="24-Hour Day"/>
     <outputvmtdata value="true"/>
     <outputsho value="false"/>
     <outputsh value="false"/>
     <outputshp value="false"/>
     <outputshidling value="false"/>
     <outputstarts value="false"/>
     <outputpopulation value="false"/>
     <scaleinputdatabase servername="localhost"
databasename="2025_495270mls_nobuild_alt10_msat_in" description=""/>
     <pmsize value="0"/>
     <outputfactors>
             <timefactors selected="true" units="Days"/>
             <distancefactors selected="true" units="Miles"/>
             <massfactors selected="true" units="Grams" energyunits="Joules"/>
     </outputfactors>
     <savedata>

     </savedata>

     <donotexecute>

     </donotexecute>

     <generatordatabase shouldsave="false" servername="" databasename=""
description=""/>
             <donotperformfinalaggregation selected="false"/>
     <lookuptableflags scenarioid="" truncateoutput="true"
truncateactivity="true" truncatebaserates="true"/>
```

**Page 175 of 329**

00046240

2025_MSAT_495270MLS_NOBUILD_ALT10

```
</runspec>
```

00046241

```
                        2025_MSAT_495270MLS_NOBUILD_ALT13B
<runspec version="MOVES2014b-20180726">
        <description><![CDATA[I-495 & I-270 MLS: 2025 No Build MSAT Analysis

Alternative 13B: No Build

Year: 2025

County: Montgomery]]></description>
        <models>
                <model value="ONROAD"/>
        </models>
        <modelscale value="Inv"/>
        <modeldomain value="SINGLE"/>
        <geographicselections>
                <geographicselection type="COUNTY" key="24031" description="MARYLAND
- Montgomery County"/>
        </geographicselections>
        <timespan>
                <year key="2025"/>
                <month id="1"/>
                <month id="4"/>
                <month id="7"/>
                <month id="10"/>
                <day id="5"/>
                <beginhour id="1"/>
                <endhour id="24"/>
                <aggregateBy key="Hour"/>
        </timespan>
        <onroadvehicleselections>
                <onroadvehicleselection fueltypeid="3" fueltypedesc="Compressed
Natural Gas (CNG)" sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="62" sourcetypename="Combination Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="41" sourcetypename="Intercity Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
```

00046242

```
                    2025_MSAT_495270MLS_NOBUILD_ALT13B
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="11" sourcetypename="Motorcycle"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="42" sourcetypename="Transit Bus"/>
        </onroadvehicleselections>
        <offroadvehicleselections>
        </offroadvehicleselections>
        <offroadvehiclesccs>
        </offroadvehiclesccs>
        <roadtypes separateramps="false">
                <roadtype roadtypeid="4" roadtypename="Urban Restricted Access"
modelCombination="M1"/>
                <roadtype roadtypeid="5" roadtypename="Urban Unrestricted Access"
modelCombination="M1"/>
        </roadtypes>
        <pollutantprocessassociations>
                <pollutantprocessassociation pollutantkey="24"
                              Page 2
```

**Page 178 of 329**

00046243

2025_MSAT_495270MLS_NOBUILD_ALT13B
pollutantname="1,3-Butadiene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="58"
pollutantname="Aluminum" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="36"
pollutantname="Ammonium (NH4)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="15" processname="Crankcase Running

**Page 179 of 329**

00046244

2025_MSAT_495270MLS_NOBUILD_ALT13B
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="90"
pollutantname="Atmospheric CO2" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="11" processname="Evap Permeation"/>
                    <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                    <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="1" processname="Running
Exhaust"/>

00046245

2025_MSAT_495270MLS_NOBUILD_ALT13B

```
                <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="121"
pollutantname="CMAQ5.0 Unspeciated (PMOTHR)" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="98" pollutantname="CO2
Equivalent" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="55"
pollutantname="Calcium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="51"
pollutantname="Chloride" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="1" processname="Running
Exhaust"/>
```

**Page 181 of 329**

00046246

2025_MSAT_495270MLS_NOBUILD_ALT13B
                    <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="11" processname="Evap Permeation"/>
                    <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                    <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="119" pollutantname="H2O

00046247

2025_MSAT_495270MLS_NOBUILD_ALT13B
(aerosol)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="59" pollutantname="Iron"
processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="54"
pollutantname="Magnesium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="35"
pollutantname="Nitrate (NO3)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"

**Page 183 of 329**

00046248

2025_MSAT_495270MLS_NOBUILD_ALT13B

```
pollutantname="Non-Methane Hydrocarbons" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="122"
pollutantname="Non-carbon Organic Matter (NCOM)" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="53"
pollutantname="Potassium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="15" processname="Crankcase Running Exhaust"/>
```

**Page 184 of 329**

00046249

```
                2025_MSAT_495270MLS_NOBUILD_ALT13B
                <pollutantprocessassociation pollutantkey="57"
pollutantname="Silicon" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="52"
pollutantname="Sodium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="56"
pollutantname="Titanium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="91" pollutantname="Total
Energy Consumption" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="15" processname="Crankcase
Running Exhaust"/>
        </pollutantprocessassociations>
        <databaseselections>
        </databaseselections>
        <internalcontrolstrategies>
<internalcontrolstrategy
classname="gov.epa.otaq.moves.master.implementation.ghg.internalcontrolstrategies.ra
teofprogress.RateOfProgressStrategy"><![CDATA[
useParameters    No

]]></internalcontrolstrategy>
        </internalcontrolstrategies>
        <inputdatabase servername="" databasename="" description=""/>
        <uncertaintyparameters uncertaintymodeenabled="false"
numberofrunspersimulation="0" numberofsimulations="0"/>
        <geographicoutputdetail description="COUNTY"/>
```

**Page 185 of 329**

00046250

```
                    2025_MSAT_495270MLS_NOBUILD_ALT13B
        <outputemissionsbreakdownselection>
                <modelyear selected="false"/>
                <fueltype selected="true"/>
                <fuelsubtype selected="false"/>
                <emissionprocess selected="false"/>
                <onroadoffroad selected="true"/>
                <roadtype selected="true"/>
                <sourceusetype selected="false"/>
                <movesvehicletype selected="false"/>
                <onroadscc selected="false"/>
                <estimateuncertainty selected="false" numberOfIterations="2"
keepSampledData="false" keepIterations="false"/>
                <sector selected="false"/>
                <engtechid selected="false"/>
                <hpclass selected="false"/>
                <regclassid selected="false"/>
        </outputemissionsbreakdownselection>
        <outputdatabase servername=""
databasename="2025_495270mls_nobuild_alt13b_msat_out" description=""/>
        <outputtimestep value="24-Hour Day"/>
        <outputvmtdata value="true"/>
        <outputsho value="false"/>
        <outputsh value="false"/>
        <outputshp value="false"/>
        <outputshidling value="false"/>
        <outputstarts value="false"/>
        <outputpopulation value="false"/>
        <scaleinputdatabase servername="localhost"
databasename="2025_495270mls_nobuild_alt13b_msat_in" description=""/>
        <pmsize value="0"/>
        <outputfactors>
                <timefactors selected="true" units="Days"/>
                <distancefactors selected="true" units="Miles"/>
                <massfactors selected="true" units="Grams" energyunits="Joules"/>
        </outputfactors>
        <savedata>

        </savedata>

        <donotexecute>

        </donotexecute>

        <generatordatabase shouldsave="false" servername="" databasename=""
description=""/>
                <donotperformfinalaggregation selected="false"/>
        <lookuptableflags scenarioid="" truncateoutput="true"
truncateactivity="true" truncatebaserates="true"/>
```

00046251

2025_MSAT_495270MLS_NOBUILD_ALT13B

```
</runspec>
```

00046252

```
                        2025_MSAT_495270MLS_NOBUILD_ALT13C
<runspec version="MOVES2014b-20180726">
        <description><![CDATA[I-495 & I-270 MLS: 2025 No Build MSAT Analysis

Alternative 13C: No Build

Year: 2025

County: Montgomery]]></description>
        <models>
                <model value="ONROAD"/>
        </models>
        <modelscale value="Inv"/>
        <modeldomain value="SINGLE"/>
        <geographicselections>
                <geographicselection type="COUNTY" key="24031" description="MARYLAND
- Montgomery County"/>
        </geographicselections>
        <timespan>
                <year key="2025"/>
                <month id="1"/>
                <month id="4"/>
                <month id="7"/>
                <month id="10"/>
                <day id="5"/>
                <beginhour id="1"/>
                <endhour id="24"/>
                <aggregateBy key="Hour"/>
        </timespan>
        <onroadvehicleselections>
                <onroadvehicleselection fueltypeid="3" fueltypedesc="Compressed
Natural Gas (CNG)" sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="62" sourcetypename="Combination Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="41" sourcetypename="Intercity Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
```

00046253

```
                    2025_MSAT_495270MLS_NOBUILD_ALT13C
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="11" sourcetypename="Motorcycle"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="42" sourcetypename="Transit Bus"/>
        </onroadvehicleselections>
        <offroadvehicleselections>
        </offroadvehicleselections>
        <offroadvehiclesccs>
        </offroadvehiclesccs>
        <roadtypes separateramps="false">
                <roadtype roadtypeid="4" roadtypename="Urban Restricted Access"
modelCombination="M1"/>
                <roadtype roadtypeid="5" roadtypename="Urban Unrestricted Access"
modelCombination="M1"/>
        </roadtypes>
        <pollutantprocessassociations>
                <pollutantprocessassociation pollutantkey="24"
```

Page 2

**Page 189 of 329**

00046254

2025_MSAT_495270MLS_NOBUILD_ALT13C
pollutantname="1,3-Butadiene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="58"
pollutantname="Aluminum" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="36"
pollutantname="Ammonium (NH4)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="15" processname="Crankcase Running

00046255

2025_MSAT_495270MLS_NOBUILD_ALT13C

Exhaust"/>
                    <pollutantprocessassociation pollutantkey="90"
pollutantname="Atmospheric CO2" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="11" processname="Evap Permeation"/>
                    <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                    <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="1" processname="Running
Exhaust"/>

00046256

2025_MSAT_495270MLS_NOBUILD_ALT13C

```
            <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="121"
pollutantname="CMAQ5.0 Unspeciated (PMOTHR)" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="98" pollutantname="CO2
Equivalent" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="55"
pollutantname="Calcium" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="51"
pollutantname="Chloride" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="1" processname="Running
Exhaust"/>
```

Page 5

**Page 192 of 329**

00046257

2025_MSAT_495270MLS_NOBUILD_ALT13C

```
                <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
```

**Page 193 of 329**

00046258

2025_MSAT_495270MLS_NOBUILD_ALT13C
(aerosol)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="59" pollutantname="Iron"
processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="54"
pollutantname="Magnesium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="35"
pollutantname="Nitrate (NO3)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"

Page 7

**Page 194 of 329**

2025_MSAT_495270MLS_NOBUILD_ALT13C
pollutantname="Non-Methane Hydrocarbons" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="122"
pollutantname="Non-carbon Organic Matter (NCOM)" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="53"
pollutantname="Potassium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="15" processname="Crankcase Running Exhaust"/>

00046260

```
                    2025_MSAT_495270MLS_NOBUILD_ALT13C
                <pollutantprocessassociation pollutantkey="57"
pollutantname="Silicon" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="52"
pollutantname="Sodium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="56"
pollutantname="Titanium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="91" pollutantname="Total
Energy Consumption" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="15" processname="Crankcase
Running Exhaust"/>
        </pollutantprocessassociations>
        <databaseselections>
        </databaseselections>
        <internalcontrolstrategies>
<internalcontrolstrategy
classname="gov.epa.otaq.moves.master.implementation.ghg.internalcontrolstrategies.ra
teofprogress.RateOfProgressStrategy"><![CDATA[
useParameters    No

]]></internalcontrolstrategy>
        </internalcontrolstrategies>
        <inputdatabase servername="" databasename="" description=""/>
        <uncertaintyparameters uncertaintymodeenabled="false"
numberofrunspersimulation="0" numberofsimulations="0"/>
        <geographicoutputdetail description="COUNTY"/>
                                Page 9
```

00046261

```
                    2025_MSAT_495270MLS_NOBUILD_ALT13C
        <outputemissionsbreakdownselection>
                <modelyear selected="false"/>
                <fueltype selected="true"/>
                <fuelsubtype selected="false"/>
                <emissionprocess selected="false"/>
                <onroadoffroad selected="true"/>
                <roadtype selected="true"/>
                <sourceusetype selected="false"/>
                <movesvehicletype selected="false"/>
                <onroadscc selected="false"/>
                <estimateuncertainty selected="false" numberOfIterations="2"
keepSampledData="false" keepIterations="false"/>
                <sector selected="false"/>
                <engtechid selected="false"/>
                <hpclass selected="false"/>
                <regclassid selected="false"/>
        </outputemissionsbreakdownselection>
        <outputdatabase servername=""
databasename="2025_495270mls_nobuild_alt13c_msat_out" description=""/>
        <outputtimestep value="24-Hour Day"/>
        <outputvmtdata value="true"/>
        <outputsho value="false"/>
        <outputsh value="false"/>
        <outputshp value="false"/>
        <outputshidling value="false"/>
        <outputstarts value="false"/>
        <outputpopulation value="false"/>
        <scaleinputdatabase servername="localhost"
databasename="2025_495270mls_nobuild_alt13c_msat_in" description=""/>
        <pmsize value="0"/>
        <outputfactors>
                <timefactors selected="true" units="Days"/>
                <distancefactors selected="true" units="Miles"/>
                <massfactors selected="true" units="Grams" energyunits="Joules"/>
        </outputfactors>
        <savedata>

        </savedata>

        <donotexecute>

        </donotexecute>

        <generatordatabase shouldsave="false" servername="" databasename=""
description=""/>
                <donotperformfinalaggregation selected="false"/>
        <lookuptableflags scenarioid="" truncateoutput="true"
truncateactivity="true" truncatebaserates="true"/>
                        Page 10
```

**Page 197 of 329**

00046262

2025_MSAT_495270MLS_NOBUILD_ALT13C

```
</runspec>
```

00046263

```
                    2040_Build_MSAT_495270MLS_ALT5_2ETL
<runspec version="MOVES2014b-20180726">
        <description><![CDATA[I-495 & I-270 MLS: 2040 Build MSAT Analysis

Alternative 5: 8 GPLs + 1 ETL in each direction
Year: 2040

County: Montgomery]]></description>
        <models>
                <model value="ONROAD"/>
        </models>
        <modelscale value="Inv"/>
        <modeldomain value="SINGLE"/>
        <geographicselections>
                <geographicselection type="COUNTY" key="24031" description="MARYLAND
- Montgomery County"/>
        </geographicselections>
        <timespan>
                <year key="2040"/>
                <month id="1"/>
                <month id="4"/>
                <month id="7"/>
                <month id="10"/>
                <day id="5"/>
                <beginhour id="1"/>
                <endhour id="24"/>
                <aggregateBy key="Hour"/>
        </timespan>
        <onroadvehicleselections>
                <onroadvehicleselection fueltypeid="3" fueltypedesc="Compressed
Natural Gas (CNG)" sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="62" sourcetypename="Combination Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="41" sourcetypename="Intercity Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="43" sourcetypename="School Bus"/>
```

**Page 199 of 329**

00046264

```
2040_Build_MSAT_495270MLS_ALT5_2ETL
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="11" sourcetypename="Motorcycle"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="42" sourcetypename="Transit Bus"/>
        </onroadvehicleselections>
        <offroadvehicleselections>
        </offroadvehicleselections>
        <offroadvehiclesccs>
        </offroadvehiclesccs>
        <roadtypes separateramps="false">
                <roadtype roadtypeid="4" roadtypename="Urban Restricted Access"
modelCombination="M1"/>
                <roadtype roadtypeid="5" roadtypename="Urban Unrestricted Access"
modelCombination="M1"/>
        </roadtypes>
        <pollutantprocessassociations>
                <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="1" processname="Running Exhaust"/>
```

00046265

2040_Build_MSAT_495270MLS_ALT5_2ETL
```
                <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="15" processname="Crankcase Running
Exhaust"/>

                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>

                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>

                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>

                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="58"
pollutantname="Aluminum" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="36"
pollutantname="Ammonium (NH4)" processkey="15" processname="Crankcase Running
Exhaust"/>

                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
```

Page 3

**Page 201 of 329**

00046266

```
              2040_Build_MSAT_495270MLS_ALT5_2ETL
              <pollutantprocessassociation pollutantkey="90"
pollutantname="Atmospheric CO2" processkey="1" processname="Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="1" processname="Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="1" processname="Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="1" processname="Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="11" processname="Evap Permeation"/>
              <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="13" processname="Evap Fuel Leaks"/>
              <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="1" processname="Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="1" processname="Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="1" processname="Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="176"
```

**Page 202 of 329**

00046267

```
                  2040_Build_MSAT_495270MLS_ALT5_2ETL
pollutantname="Benzo(g,h,i)perylene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="121"
pollutantname="CMAQ5.0 Unspeciated (PMOTHR)" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="98" pollutantname="CO2
Equivalent" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="55"
pollutantname="Calcium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="51"
pollutantname="Chloride" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="168"
```

**Page 203 of 329**

00046268

2040_Build_MSAT_495270MLS_ALT5_2ETL
pollutantname="Dibenzo(a,h)anthracene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="1" processname="Running Exhaust"/>

00046269

2040_Build_MSAT_495270MLS_ALT5_2ETL
            <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="59" pollutantname="Iron"
processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="54"
pollutantname="Magnesium" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="11" processname="Evap Permeation"/>
            <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="13" processname="Evap Fuel Leaks"/>
            <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="35"
pollutantname="Nitrate (NO3)" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="11" processname="Evap

00046270

                    2040_Build_MSAT_495270MLS_ALT5_2ETL
Permeation"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="122"
pollutantname="Non-carbon Organic Matter (NCOM)" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="53"
pollutantname="Potassium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="57"

Page 8

**Page 206 of 329**

```
                    2040_Build_MSAT_495270MLS_ALT5_2ETL
pollutantname="Silicon" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="52"
pollutantname="Sodium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="56"
pollutantname="Titanium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="91" pollutantname="Total
Energy Consumption" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="15" processname="Crankcase
Running Exhaust"/>
        </pollutantprocessassociations>
        <databaseselections>
        </databaseselections>
        <internalcontrolstrategies>
<internalcontrolstrategy
classname="gov.epa.otaq.moves.master.implementation.ghg.internalcontrolstrategies.ra
teofprogress.RateOfProgressStrategy"><![CDATA[
useParameters   No

]]></internalcontrolstrategy>
        </internalcontrolstrategies>
        <inputdatabase servername="" databasename="" description=""/>
        <uncertaintyparameters uncertaintymodeenabled="false"
numberofrunspersimulation="0" numberofsimulations="0"/>
        <geographicoutputdetail description="COUNTY"/>
        <outputemissionsbreakdownselection>
                              Page 9
```

00046272

```
                  2040_Build_MSAT_495270MLS_ALT5_2ETL
             <modelyear selected="false"/>
             <fueltype selected="true"/>
             <fuelsubtype selected="false"/>
             <emissionprocess selected="false"/>
             <onroadoffroad selected="true"/>
             <roadtype selected="true"/>
             <sourceusetype selected="false"/>
             <movesvehicletype selected="false"/>
             <onroadscc selected="false"/>
             <estimateuncertainty selected="false" numberOfIterations="2"
keepSampledData="false" keepIterations="false"/>
             <sector selected="false"/>
             <engtechid selected="false"/>
             <hpclass selected="false"/>
             <regclassid selected="false"/>
        </outputemissionsbreakdownselection>
        <outputdatabase servername=""
databasename="2040_build_495270mls__alt5_msat_out" description=""/>
        <outputtimestep value="24-Hour Day"/>
        <outputvmtdata value="true"/>
        <outputsho value="false"/>
        <outputsh value="false"/>
        <outputshp value="false"/>
        <outputshidling value="false"/>
        <outputstarts value="false"/>
        <outputpopulation value="false"/>
        <scaleinputdatabase servername="localhost"
databasename="2040_build_495270mls__alt5_msat_in" description=""/>
        <pmsize value="0"/>
        <outputfactors>
                <timefactors selected="true" units="Days"/>
                <distancefactors selected="true" units="Miles"/>
                <massfactors selected="true" units="Grams" energyunits="Joules"/>
        </outputfactors>
        <savedata>

        </savedata>

        <donotexecute>

        </donotexecute>

        <generatordatabase shouldsave="false" servername="" databasename=""
description=""/>
                <donotperformfinalaggregation selected="false"/>
        <lookuptableflags scenarioid="" truncateoutput="true"
truncateactivity="true" truncatebaserates="true"/>
</runspec>
```

**Page 208 of 329**

00046273

```
                        2040_Build_MSAT_495270MLS_ALT8
<runspec version="MOVES2014b-20180726">
        <description><![CDATA[I-495 & I-270 MLS: 2040 Build MSAT Analysis

Alternative 8:
I-495: 8 GPLs + 2 ETLs in each direction
I-270: 10PGPLs + 1ETL in each direction, maintain reversible HOV lanes

Year: 2040

County: Montgomery]]></description>
        <models>
                <model value="ONROAD"/>
        </models>
        <modelscale value="Inv"/>
        <modeldomain value="SINGLE"/>
        <geographicselections>
                <geographicselection type="COUNTY" key="24031" description="MARYLAND
- Montgomery County"/>
        </geographicselections>
        <timespan>
                <year key="2040"/>
                <month id="1"/>
                <month id="4"/>
                <month id="7"/>
                <month id="10"/>
                <day id="5"/>
                <beginhour id="1"/>
                <endhour id="24"/>
                <aggregateBy key="Hour"/>
        </timespan>
        <onroadvehicleselections>
                <onroadvehicleselection fueltypeid="3" fueltypedesc="Compressed
Natural Gas (CNG)" sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="62" sourcetypename="Combination Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="41" sourcetypename="Intercity Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
```

00046274

```
                    2040_Build_MSAT_495270MLS_ALT8
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="11" sourcetypename="Motorcycle"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="42" sourcetypename="Transit Bus"/>
        </onroadvehicleselections>
        <offroadvehicleselections>
        </offroadvehicleselections>
        <offroadvehiclesccs>
        </offroadvehiclesccs>
        <roadtypes separateramps="false">
                <roadtype roadtypeid="4" roadtypename="Urban Restricted Access"
modelCombination="M1"/>
                <roadtype roadtypeid="5" roadtypename="Urban Unrestricted Access"
modelCombination="M1"/>
        </roadtypes>
```

Page 2

**Page 210 of 329**

00046275

```
                2040_Build_MSAT_495270MLS_ALT8
      <pollutantprocessassociations>
              <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="1" processname="Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="15" processname="Crankcase Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="1" processname="Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="1" processname="Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="1" processname="Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="1" processname="Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="1" processname="Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="1" processname="Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="15" processname="Crankcase Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="58"
pollutantname="Aluminum" processkey="15" processname="Crankcase Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="36"
pollutantname="Ammonium (NH4)" processkey="15" processname="Crankcase Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="1" processname="Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="1" processname="Running Exhaust"/>
```

**Page 211 of 329**

00046276

```
                    2040_Build_MSAT_495270MLS_ALT8
              <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="90"
pollutantname="Atmospheric CO2" processkey="1" processname="Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="1" processname="Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="1" processname="Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="1" processname="Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="11" processname="Evap Permeation"/>
              <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="13" processname="Evap Fuel Leaks"/>
              <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="1" processname="Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="1" processname="Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="176"
```

00046277

2040_Build_MSAT_495270MLS_ALT8

```
pollutantname="Benzo(g,h,i)perylene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="121"
pollutantname="CMAQ5.0 Unspeciated (PMOTHR)" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="98" pollutantname="CO2
Equivalent" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="55"
pollutantname="Calcium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="51"
pollutantname="Chloride" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="168"
```

**Page 213 of 329**

2040_Build_MSAT_495270MLS_ALT8
pollutantname="Dibenzo(a,h)anthracene gas" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="11" processname="Evap Permeation"/>
                    <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                    <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="15" processname="Crankcase Running

00046279

2040_Build_MSAT_495270MLS_ALT8
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="59" pollutantname="Iron"
processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="54"
pollutantname="Magnesium" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="11" processname="Evap Permeation"/>
                    <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="13" processname="Evap Fuel Leaks"/>
                    <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="35"
pollutantname="Nitrate (NO3)" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="1" processname="Running

00046280

2040_Build_MSAT_495270MLS_ALT8
Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="122"
pollutantname="Non-carbon Organic Matter (NCOM)" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="53"
pollutantname="Potassium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="1" processname="Running Exhaust"/>

**Page 216 of 329**

00046281

2040_Build_MSAT_495270MLS_ALT8
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="57"
pollutantname="Silicon" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="52"
pollutantname="Sodium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="56"
pollutantname="Titanium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="91" pollutantname="Total
Energy Consumption" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="15" processname="Crankcase
Running Exhaust"/>
        </pollutantprocessassociations>
        <internalcontrolstrategies>
<internalcontrolstrategy
classname="gov.epa.otaq.moves.master.implementation.ghg.internalcontrolstrategies.ra
teofprogress.RateOfProgressStrategy"><![CDATA[
useParameters    No

]]></internalcontrolstrategy>
        </internalcontrolstrategies>
        <inputdatabase servername="" databasename="" description=""/>
        <uncertaintyparameters uncertaintymodeenabled="false"
                                    Page 9

**Page 217 of 329**

00046282

```
                        2040_Build_MSAT_495270MLS_ALT8
numberofrunspersimulation="0" numberofsimulations="0"/>
        <geographicoutputdetail description="COUNTY"/>
        <outputemissionsbreakdownselection>
                <modelyear selected="false"/>
                <fueltype selected="true"/>
                <fuelsubtype selected="false"/>
                <emissionprocess selected="false"/>
                <onroadoffroad selected="true"/>
                <roadtype selected="true"/>
                <sourceusetype selected="false"/>
                <movesvehicletype selected="false"/>
                <onroadscc selected="false"/>
                <estimateuncertainty selected="false" numberOfIterations="2"
keepSampledData="false" keepIterations="false"/>
                <sector selected="false"/>
                <engtechid selected="false"/>
                <hpclass selected="false"/>
                <regclassid selected="false"/>
        </outputemissionsbreakdownselection>
        <outputdatabase servername=""
databasename="2040_495270mls_build_alt8_msat_out" description=""/>
        <outputtimestep value="24-Hour Day"/>
        <outputvmtdata value="true"/>
        <outputsho value="false"/>
        <outputsh value="false"/>
        <outputshp value="false"/>
        <outputshidling value="false"/>
        <outputstarts value="false"/>
        <outputpopulation value="false"/>
        <scaleinputdatabase servername="localhost"
databasename="2040_495270mls_build_alt8_msat_in" description=""/>
        <pmsize value="0"/>
        <outputfactors>
                <timefactors selected="true" units="Days"/>
                <distancefactors selected="true" units="Miles"/>
                <massfactors selected="true" units="Grams" energyunits="Joules"/>
        </outputfactors>
        <savedata>

        </savedata>

        <donotexecute>

        </donotexecute>

        <generatordatabase shouldsave="false" servername="" databasename=""
description=""/>
                <donotperformfinalaggregation selected="false"/>
```

Page 10

**Page 218 of 329**

00046283

```
                    2040_Build_MSAT_495270MLS_ALT8
        <lookuptableflags scenarioid="" truncateoutput="true"
truncateactivity="true" truncatebaserates="true"/>
</runspec>
```

00046284

```
                    2040_Build_MSAT_495270MLS_ALT9_4ETL
<runspec version="MOVES2014b-20180726">
        <description><![CDATA[I-495 & I-270 MLS: 2040 Build MSAT Analysis

Alternative 9: 4 EXPRESS TOLL LANES

Year: 2040

County: Montgomery]]></description>
        <models>
                <model value="ONROAD"/>
        </models>
        <modelscale value="Inv"/>
        <modeldomain value="SINGLE"/>
        <geographicselections>
                <geographicselection type="COUNTY" key="24031" description="MARYLAND
- Montgomery County"/>
        </geographicselections>
        <timespan>
                <year key="2040"/>
                <month id="1"/>
                <month id="4"/>
                <month id="7"/>
                <month id="10"/>
                <day id="5"/>
                <beginhour id="1"/>
                <endhour id="24"/>
                <aggregateBy key="Hour"/>
        </timespan>
        <onroadvehicleselections>
                <onroadvehicleselection fueltypeid="3" fueltypedesc="Compressed
Natural Gas (CNG)" sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="62" sourcetypename="Combination Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="41" sourcetypename="Intercity Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
```

Page 1

**Page 220 of 329**

00046285

```
                    2040_Build_MSAT_495270MLS_ALT9_4ETL
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="11" sourcetypename="Motorcycle"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="42" sourcetypename="Transit Bus"/>
        </onroadvehicleselections>
        <offroadvehicleselections>
        </offroadvehicleselections>
        <offroadvehiclesccs>
        </offroadvehiclesccs>
        <roadtypes separateramps="false">
                <roadtype roadtypeid="4" roadtypename="Urban Restricted Access"
modelCombination="M1"/>
                <roadtype roadtypeid="5" roadtypename="Urban Unrestricted Access"
modelCombination="M1"/>
        </roadtypes>
        <pollutantprocessassociations>
                <pollutantprocessassociation pollutantkey="24"
```

Page 2

**Page 221 of 329**

00046286

```
                    2040_Build_MSAT_495270MLS_ALT9_4ETL
pollutantname="1,3-Butadiene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="58"
pollutantname="Aluminum" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="36"
pollutantname="Ammonium (NH4)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="15" processname="Crankcase Running
```

Page 3

00046287

```
                    2040_Build_MSAT_495270MLS_ALT9_4ETL
Exhaust"/>
                <pollutantprocessassociation pollutantkey="90"
pollutantname="Atmospheric CO2" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="1" processname="Running
Exhaust"/>
```

00046288

```
2040_Build_MSAT_495270MLS_ALT9_4ETL
            <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="121"
pollutantname="CMAQ5.0 Unspeciated (PMOTHR)" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="98" pollutantname="CO2
Equivalent" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="55"
pollutantname="Calcium" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="2" pollutantname="Carbon
Monoxide (CO)" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="2" pollutantname="Carbon
Monoxide (CO)" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="51"
pollutantname="Chloride" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="15" processname="Crankcase Running
```

**Page 224 of 329**

00046289

```
                    2040_Build_MSAT_495270MLS_ALT9_4ETL
Exhaust"/>
                <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="1" processname="Running Exhaust"/>
```

**Page 225 of 329**

00046290

2040_Build_MSAT_495270MLS_ALT9_4ETL
            <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="59" pollutantname="Iron"
processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="54"
pollutantname="Magnesium" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="11" processname="Evap Permeation"/>
            <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="13" processname="Evap Fuel Leaks"/>
            <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="35"
pollutantname="Nitrate (NO3)" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="1" processname="Running

Page 7

**Page 226 of 329**

00046291

```
                    2040_Build_MSAT_495270MLS_ALT9_4ETL
Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="122"
pollutantname="Non-carbon Organic Matter (NCOM)" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="53"
pollutantname="Potassium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="1" processname="Running Exhaust"/>
```

**Page 227 of 329**

00046292

```
                2040_Build_MSAT_495270MLS_ALT9_4ETL
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="57"
pollutantname="Silicon" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="52"
pollutantname="Sodium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="56"
pollutantname="Titanium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="91" pollutantname="Total
Energy Consumption" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="15" processname="Crankcase
Running Exhaust"/>
        </pollutantprocessassociations>
        <databaseselections>
        </databaseselections>
        <internalcontrolstrategies>
<internalcontrolstrategy
classname="gov.epa.otaq.moves.master.implementation.ghg.internalcontrolstrategies.ra
teofprogress.RateOfProgressStrategy"><![CDATA[
useParameters    No

]]></internalcontrolstrategy>
        </internalcontrolstrategies>
        <inputdatabase servername="" databasename="" description=""/>
        <uncertaintyparameters uncertaintymodeenabled="false"
```

**Page 228 of 329**

00046293

```
                        2040_Build_MSAT_495270MLS_ALT9_4ETL
numberofrunspersimulation="0" numberofsimulations="0"/>
        <geographicoutputdetail description="COUNTY"/>
        <outputemissionsbreakdownselection>
                <modelyear selected="false"/>
                <fueltype selected="true"/>
                <fuelsubtype selected="false"/>
                <emissionprocess selected="false"/>
                <onroadoffroad selected="true"/>
                <roadtype selected="true"/>
                <sourceusetype selected="false"/>
                <movesvehicletype selected="false"/>
                <onroadscc selected="false"/>
                <estimateuncertainty selected="false" numberOfIterations="2"
keepSampledData="false" keepIterations="false"/>
                <sector selected="false"/>
                <engtechid selected="false"/>
                <hpclass selected="false"/>
                <regclassid selected="false"/>
        </outputemissionsbreakdownselection>
        <outputdatabase servername=""
databasename="2040_495270mls_build_alt9_4etl_msat_out" description=""/>
        <outputtimestep value="24-Hour Day"/>
        <outputvmtdata value="true"/>
        <outputsho value="false"/>
        <outputsh value="false"/>
        <outputshp value="false"/>
        <outputshidling value="false"/>
        <outputstarts value="false"/>
        <outputpopulation value="false"/>
        <scaleinputdatabase servername="localhost"
databasename="2040_495270mls_build_alt9_4etl_msat_in" description=""/>
        <pmsize value="0"/>
        <outputfactors>
                <timefactors selected="true" units="Days"/>
                <distancefactors selected="true" units="Miles"/>
                <massfactors selected="true" units="Grams" energyunits="Joules"/>
        </outputfactors>
        <savedata>

        </savedata>

        <donotexecute>

        </donotexecute>

        <generatordatabase shouldsave="false" servername="" databasename=""
description=""/>
                <donotperformfinalaggregation selected="false"/>
```

**Page 229 of 329**

00046294

```
                    2040_Build_MSAT_495270MLS_ALT9_4ETL
        <lookuptableflags scenarioid="" truncateoutput="true"
truncateactivity="true" truncatebaserates="true"/>
</runspec>
```

00046295

```
                        2040_Build_MSAT_495270MLS_ALT10
<runspec version="MOVES2014b-20180726">
        <description><![CDATA[I-495 & I-270 MLS: 2040 Build MSAT Analysis

Alternative 10:
I-495: 8 GPLs + 2 ETLs in each direction
I-270: 10PGPLs + 2ETL in each direction, maintain reversible HOV lanes

Year: 2040

County: Montgomery]]></description>
        <models>
                <model value="ONROAD"/>
        </models>
        <modelscale value="Inv"/>
        <modeldomain value="SINGLE"/>
        <geographicselections>
                <geographicselection type="COUNTY" key="24031" description="MARYLAND
- Montgomery County"/>
        </geographicselections>
        <timespan>
                <year key="2040"/>
                <month id="1"/>
                <month id="4"/>
                <month id="7"/>
                <month id="10"/>
                <day id="5"/>
                <beginhour id="1"/>
                <endhour id="24"/>
                <aggregateBy key="Hour"/>
        </timespan>
        <onroadvehicleselections>
                <onroadvehicleselection fueltypeid="3" fueltypedesc="Compressed
Natural Gas (CNG)" sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="62" sourcetypename="Combination Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="41" sourcetypename="Intercity Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
```

Page 1

**Page 231 of 329**

00046296

```
                          2040_Build_MSAT_495270MLS_ALT10
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="11" sourcetypename="Motorcycle"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="42" sourcetypename="Transit Bus"/>
        </onroadvehicleselections>
        <offroadvehicleselections>
        </offroadvehicleselections>
        <offroadvehiclesccs>
        </offroadvehiclesccs>
        <roadtypes separateramps="false">
                <roadtype roadtypeid="4" roadtypename="Urban Restricted Access"
modelCombination="M1"/>
                <roadtype roadtypeid="5" roadtypename="Urban Unrestricted Access"
modelCombination="M1"/>
        </roadtypes>
```

Page 2

**Page 232 of 329**

00046297

```
                       2040_Build_MSAT_495270MLS_ALT10
        <pollutantprocessassociations>
                  <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="1" processname="Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="15" processname="Crankcase Running
Exhaust"/>
                  <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="1" processname="Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                  <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="1" processname="Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                  <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="1" processname="Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                  <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="1" processname="Running
Exhaust"/>
                  <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="1" processname="Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                  <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="1" processname="Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="15" processname="Crankcase Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="58"
pollutantname="Aluminum" processkey="15" processname="Crankcase Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="36"
pollutantname="Ammonium (NH4)" processkey="15" processname="Crankcase Running
Exhaust"/>
                  <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="1" processname="Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                  <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="1" processname="Running Exhaust"/>
```

**Page 233 of 329**

00046298

2040_Build_MSAT_495270MLS_ALT10

```
            <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="90"
pollutantname="Atmospheric CO2" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="11" processname="Evap Permeation"/>
            <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="13" processname="Evap Fuel Leaks"/>
            <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="176"
```

Page 4

00046299

2040_Build_MSAT_495270MLS_ALT10
pollutantname="Benzo(g,h,i)perylene gas" processkey="1" processname="Running
Exhaust"/>
                  <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="1" processname="Running
Exhaust"/>
                  <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                  <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                  <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="121"
pollutantname="CMAQ5.0 Unspeciated (PMOTHR)" processkey="15" processname="Crankcase
Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="98" pollutantname="CO2
Equivalent" processkey="1" processname="Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="55"
pollutantname="Calcium" processkey="15" processname="Crankcase Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="51"
pollutantname="Chloride" processkey="15" processname="Crankcase Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="1" processname="Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                  <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="1" processname="Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                  <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="1" processname="Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="15" processname="Crankcase Running
Exhaust"/>
                  <pollutantprocessassociation pollutantkey="168"

**Page 235 of 329**

00046300

2040_Build_MSAT_495270MLS_ALT10
pollutantname="Dibenzo(a,h)anthracene gas" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="11" processname="Evap Permeation"/>
                    <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                    <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                    <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="15" processname="Crankcase Running

Page 6

**Page 236 of 329**

00046301

2040_Build_MSAT_495270MLS_ALT10

```
Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="59" pollutantname="Iron"
processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="54"
pollutantname="Magnesium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="35"
pollutantname="Nitrate (NO3)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="1" processname="Running
```

Page 7

**Page 237 of 329**

00046302

2040_Build_MSAT_495270MLS_ALT10

```
Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="122"
pollutantname="Non-carbon Organic Matter (NCOM)" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="53"
pollutantname="Potassium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="1" processname="Running Exhaust"/>
```

00046303

2040_Build_MSAT_495270MLS_ALT10
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="57"
pollutantname="Silicon" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="52"
pollutantname="Sodium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="56"
pollutantname="Titanium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="91" pollutantname="Total
Energy Consumption" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="15" processname="Crankcase
Running Exhaust"/>
        </pollutantprocessassociations>
        <internalcontrolstrategies>
<internalcontrolstrategy
classname="gov.epa.otaq.moves.master.implementation.ghg.internalcontrolstrategies.ra
teofprogress.RateOfProgressStrategy"><![CDATA[
useParameters    No

]]></internalcontrolstrategy>
        </internalcontrolstrategies>
        <inputdatabase servername="" databasename="" description=""/>
        <uncertaintyparameters uncertaintymodeenabled="false"
                                Page 9

**Page 239 of 329**

00046304

```
                        2040_Build_MSAT_495270MLS_ALT10
numberofrunspersimulation="0" numberofsimulations="0"/>
        <geographicoutputdetail description="COUNTY"/>
        <outputemissionsbreakdownselection>
                <modelyear selected="false"/>
                <fueltype selected="true"/>
                <fuelsubtype selected="false"/>
                <emissionprocess selected="false"/>
                <onroadoffroad selected="true"/>
                <roadtype selected="true"/>
                <sourceusetype selected="false"/>
                <movesvehicletype selected="false"/>
                <onroadscc selected="false"/>
                <estimateuncertainty selected="false" numberOfIterations="2"
keepSampledData="false" keepIterations="false"/>
                <sector selected="false"/>
                <engtechid selected="false"/>
                <hpclass selected="false"/>
                <regclassid selected="false"/>
        </outputemissionsbreakdownselection>
        <outputdatabase servername=""
databasename="2040_495270mls_build_alt10_msat_out" description=""/>
        <outputtimestep value="24-Hour Day"/>
        <outputvmtdata value="true"/>
        <outputsho value="false"/>
        <outputsh value="false"/>
        <outputshp value="false"/>
        <outputshidling value="false"/>
        <outputstarts value="false"/>
        <outputpopulation value="false"/>
        <scaleinputdatabase servername="localhost"
databasename="2040_495270mls_build_alt10_msat_in" description=""/>
        <pmsize value="0"/>
        <outputfactors>
                <timefactors selected="true" units="Days"/>
                <distancefactors selected="true" units="Miles"/>
                <massfactors selected="true" units="Grams" energyunits="Joules"/>
        </outputfactors>
        <savedata>

        </savedata>

        <donotexecute>

        </donotexecute>

        <generatordatabase shouldsave="false" servername="" databasename=""
description=""/>
                <donotperformfinalaggregation selected="false"/>
                        Page 10
```

**Page 240 of 329**

00046305

```
                    2040_Build_MSAT_495270MLS_ALT10
        <lookuptableflags scenarioid="" truncateoutput="true"
truncateactivity="true" truncatebaserates="true"/>
</runspec>
```

00046306

```
                        2040_Build_MSAT_495270MLS_ALT13B
<runspec version="MOVES2014b-20180726">
        <description><![CDATA[I-495 & I-270 MLS: 2040 Build MSAT Analysis

Alternative 13B:
I-495: 8 GPLs + 2 ETLs in each direction
I-270: Reversible only

Year: 2040

County: Montgomery]]></description>
        <models>
                <model value="ONROAD"/>
        </models>
        <modelscale value="Inv"/>
        <modeldomain value="SINGLE"/>
        <geographicselections>
                <geographicselection type="COUNTY" key="24031" description="MARYLAND
- Montgomery County"/>
        </geographicselections>
        <timespan>
                <year key="2040"/>
                <month id="1"/>
                <month id="4"/>
                <month id="7"/>
                <month id="10"/>
                <day id="5"/>
                <beginhour id="1"/>
                <endhour id="24"/>
                <aggregateBy key="Hour"/>
        </timespan>
        <onroadvehicleselections>
                <onroadvehicleselection fueltypeid="3" fueltypedesc="Compressed
Natural Gas (CNG)" sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="62" sourcetypename="Combination Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="41" sourcetypename="Intercity Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
```

Page 1

00046307

```
                    2040_Build_MSAT_495270MLS_ALT13B
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="11" sourcetypename="Motorcycle"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="42" sourcetypename="Transit Bus"/>
        </onroadvehicleselections>
        <offroadvehicleselections>
        </offroadvehicleselections>
        <offroadvehiclesccs>
        </offroadvehiclesccs>
        <roadtypes separateramps="false">
                <roadtype roadtypeid="4" roadtypename="Urban Restricted Access"
modelCombination="M1"/>
                <roadtype roadtypeid="5" roadtypename="Urban Unrestricted Access"
modelCombination="M1"/>
        </roadtypes>
```

**Page 243 of 329**

00046308

```
                    2040_Build_MSAT_495270MLS_ALT13B
        <pollutantprocessassociations>
                <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="58"
pollutantname="Aluminum" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="36"
pollutantname="Ammonium (NH4)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="1" processname="Running Exhaust"/>
```

Page 3

**Page 244 of 329**

00046309

2040_Build_MSAT_495270MLS_ALT13B
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="90"
pollutantname="Atmospheric CO2" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="176"

Page 4

**Page 245 of 329**

00046310

```
                    2040_Build_MSAT_495270MLS_ALT13B
pollutantname="Benzo(g,h,i)perylene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="121"
pollutantname="CMAQ5.0 Unspeciated (PMOTHR)" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="98" pollutantname="CO2
Equivalent" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="55"
pollutantname="Calcium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="51"
pollutantname="Chloride" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="168"
```

00046311

```
                    2040_Build_MSAT_495270MLS_ALT13B
pollutantname="Dibenzo(a,h)anthracene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="15" processname="Crankcase Running
```

**Page 247 of 329**

00046312

2040_Build_MSAT_495270MLS_ALT13B

```
Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="59" pollutantname="Iron"
processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="54"
pollutantname="Magnesium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="35"
pollutantname="Nitrate (NO3)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="1" processname="Running
```

Page 7

**Page 248 of 329**

00046313

2040_Build_MSAT_495270MLS_ALT13B
Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="122"
pollutantname="Non-carbon Organic Matter (NCOM)" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="53"
pollutantname="Potassium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="1" processname="Running Exhaust"/>

Page 8

**Page 249 of 329**

2040_Build_MSAT_495270MLS_ALT13B

```
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="57"
pollutantname="Silicon" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="52"
pollutantname="Sodium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="56"
pollutantname="Titanium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="91" pollutantname="Total
Energy Consumption" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="15" processname="Crankcase
Running Exhaust"/>
        </pollutantprocessassociations>
        <databaseselections>
        </databaseselections>
        <internalcontrolstrategies>
<internalcontrolstrategy
classname="gov.epa.otaq.moves.master.implementation.ghg.internalcontrolstrategies.ra
teofprogress.RateOfProgressStrategy"><![CDATA[
useParameters    No

]]></internalcontrolstrategy>
        </internalcontrolstrategies>
        <inputdatabase servername="" databasename="" description=""/>
        <uncertaintyparameters uncertaintymodeenabled="false"
```

Page 9

**Page 250 of 329**

00046315

```
                            2040_Build_MSAT_495270MLS_ALT13B
numberofrunspersimulation="0" numberofsimulations="0"/>
        <geographicoutputdetail description="COUNTY"/>
        <outputemissionsbreakdownselection>
                <modelyear selected="false"/>
                <fueltype selected="true"/>
                <fuelsubtype selected="false"/>
                <emissionprocess selected="false"/>
                <onroadoffroad selected="true"/>
                <roadtype selected="true"/>
                <sourceusetype selected="false"/>
                <movesvehicletype selected="false"/>
                <onroadscc selected="false"/>
                <estimateuncertainty selected="false" numberOfIterations="2"
keepSampledData="false" keepIterations="false"/>
                <sector selected="false"/>
                <engtechid selected="false"/>
                <hpclass selected="false"/>
                <regclassid selected="false"/>
        </outputemissionsbreakdownselection>
        <outputdatabase servername=""
databasename="2040_495270mls_build_alt13b_msat_out" description=""/>
        <outputtimestep value="24-Hour Day"/>
        <outputvmtdata value="true"/>
        <outputsho value="false"/>
        <outputsh value="false"/>
        <outputshp value="false"/>
        <outputshidling value="false"/>
        <outputstarts value="false"/>
        <outputpopulation value="false"/>
        <scaleinputdatabase servername="localhost"
databasename="2040_495270mls_build_alt13b_msat_in" description=""/>
        <pmsize value="0"/>
        <outputfactors>
                <timefactors selected="true" units="Days"/>
                <distancefactors selected="true" units="Miles"/>
                <massfactors selected="true" units="Grams" energyunits="Joules"/>
        </outputfactors>
        <savedata>

        </savedata>

        <donotexecute>

        </donotexecute>

        <generatordatabase shouldsave="false" servername="" databasename=""
description=""/>
                <donotperformfinalaggregation selected="false"/>
                            Page 10
```

**Page 251 of 329**

00046316

```
                    2040_Build_MSAT_495270MLS_ALT13B
        <lookuptableflags scenarioid="" truncateoutput="true"
truncateactivity="true" truncatebaserates="true"/>
</runspec>
```

00046317

```
                    2040_Build_MSAT_495270MLS_ALT13C
<runspec version="MOVES2014b-20180726">
        <description><![CDATA[I-495 & I-270 MLS: 2040 Build MSAT Analysis

Alternative 13C:
I-495: 8 GPLs + 2 ETLs in each direction
I-270: 10 GPLs + 2 REVERSIBLE ETLs in each direction and maintain reversible HOV
lanes

Year: 2040

County: Montgomery]]></description>
        <models>
                <model value="ONROAD"/>
        </models>
        <modelscale value="Inv"/>
        <modeldomain value="SINGLE"/>
        <geographicselections>
                <geographicselection type="COUNTY" key="24031" description="MARYLAND
- Montgomery County"/>
        </geographicselections>
        <timespan>
                <year key="2040"/>
                <month id="1"/>
                <month id="4"/>
                <month id="7"/>
                <month id="10"/>
                <day id="5"/>
                <beginhour id="1"/>
                <endhour id="24"/>
                <aggregateBy key="Hour"/>
        </timespan>
        <onroadvehicleselections>
                <onroadvehicleselection fueltypeid="3" fueltypedesc="Compressed
Natural Gas (CNG)" sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="62" sourcetypename="Combination Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="41" sourcetypename="Intercity Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
```

00046318

```
2040_Build_MSAT_495270MLS_ALT13C
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="11" sourcetypename="Motorcycle"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="42" sourcetypename="Transit Bus"/>
        </onroadvehicleselections>
        <offroadvehicleselections>
        </offroadvehicleselections>
        <offroadvehiclesccs>
        </offroadvehiclesccs>
        <roadtypes separateramps="false">
                <roadtype roadtypeid="4" roadtypename="Urban Restricted Access"
modelCombination="M1"/>
                <roadtype roadtypeid="5" roadtypename="Urban Unrestricted Access"
modelCombination="M1"/>
```

Page 2

**Page 254 of 329**

2040_Build_MSAT_495270MLS_ALT13C

```
        </roadtypes>
        <pollutantprocessassociations>
                <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="58"
pollutantname="Aluminum" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="36"
pollutantname="Ammonium (NH4)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
```

00046320

2040_Build_MSAT_495270MLS_ALT13C

pollutantname="Anthracene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="90"
pollutantname="Atmospheric CO2" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>

00046321

2040_Build_MSAT_495270MLS_ALT13C

                <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="121"
pollutantname="CMAQ5.0 Unspeciated (PMOTHR)" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="98" pollutantname="CO2
Equivalent" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="55"
pollutantname="Calcium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="51"
pollutantname="Chloride" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="15" processname="Crankcase Running
Exhaust"/>

**Page 257 of 329**

00046322

2040_Build_MSAT_495270MLS_ALT13C

```
                <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="25"
```

**Page 258 of 329**

00046323

2040_Build_MSAT_495270MLS_ALT13C
```
pollutantname="Formaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="59" pollutantname="Iron"
processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="54"
pollutantname="Magnesium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="35"
pollutantname="Nitrate (NO3)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"
```
Page 7

**Page 259 of 329**

00046324

2040_Build_MSAT_495270MLS_ALT13C

pollutantname="Non-Methane Hydrocarbons" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="79" pollutantname="Non-Methane Hydrocarbons" processkey="11" processname="Evap Permeation"/>
                    <pollutantprocessassociation pollutantkey="79" pollutantname="Non-Methane Hydrocarbons" processkey="13" processname="Evap Fuel Leaks"/>
                    <pollutantprocessassociation pollutantkey="79" pollutantname="Non-Methane Hydrocarbons" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="122" pollutantname="Non-carbon Organic Matter (NCOM)" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="111" pollutantname="Organic Carbon" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="111" pollutantname="Organic Carbon" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="183" pollutantname="Phenanthrene gas" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="183" pollutantname="Phenanthrene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="83" pollutantname="Phenanthrene particle" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="83" pollutantname="Phenanthrene particle" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="53" pollutantname="Potassium" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="100" pollutantname="Primary Exhaust PM10  - Total" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="100" pollutantname="Primary Exhaust PM10  - Total" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="110" pollutantname="Primary Exhaust PM2.5 - Total" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="110" pollutantname="Primary Exhaust PM2.5 - Total" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="184" pollutantname="Pyrene gas" processkey="1" processname="Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="184" pollutantname="Pyrene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                    <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene

00046325

```
                    2040_Build_MSAT_495270MLS_ALT13C
particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="57"
pollutantname="Silicon" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="52"
pollutantname="Sodium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="56"
pollutantname="Titanium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="91" pollutantname="Total
Energy Consumption" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="15" processname="Crankcase
Running Exhaust"/>
        </pollutantprocessassociations>
        <databaseselections>
        </databaseselections>
        <internalcontrolstrategies>
<internalcontrolstrategy
classname="gov.epa.otaq.moves.master.implementation.ghg.internalcontrolstrategies.ra
teofprogress.RateOfProgressStrategy"><![CDATA[
useParameters    No

]]></internalcontrolstrategy>
        </internalcontrolstrategies>
        <inputdatabase servername="" databasename="" description=""/>
                          Page 9
```

**Page 261 of 329**

00046326

```
                    2040_Build_MSAT_495270MLS_ALT13C
        <uncertaintyparameters uncertaintymodeenabled="false"
numberofrunspersimulation="0" numberofsimulations="0"/>
        <geographicoutputdetail description="COUNTY"/>
        <outputemissionsbreakdownselection>
                <modelyear selected="false"/>
                <fueltype selected="true"/>
                <fuelsubtype selected="false"/>
                <emissionprocess selected="false"/>
                <onroadoffroad selected="true"/>
                <roadtype selected="true"/>
                <sourceusetype selected="false"/>
                <movesvehicletype selected="false"/>
                <onroadscc selected="false"/>
                <estimateuncertainty selected="false" numberOfIterations="2"
keepSampledData="false" keepIterations="false"/>
                <sector selected="false"/>
                <engtechid selected="false"/>
                <hpclass selected="false"/>
                <regclassid selected="false"/>
        </outputemissionsbreakdownselection>
        <outputdatabase servername=""
databasename="2040_495270mls_build_alt13c_msat_out" description=""/>
        <outputtimestep value="24-Hour Day"/>
        <outputvmtdata value="true"/>
        <outputsho value="false"/>
        <outputsh value="false"/>
        <outputshp value="false"/>
        <outputshidling value="false"/>
        <outputstarts value="false"/>
        <outputpopulation value="false"/>
        <scaleinputdatabase servername="localhost"
databasename="2040_495270mls_build_alt13c_msat_in" description=""/>
        <pmsize value="0"/>
        <outputfactors>
                <timefactors selected="true" units="Days"/>
                <distancefactors selected="true" units="Miles"/>
                <massfactors selected="true" units="Grams" energyunits="Joules"/>
        </outputfactors>
        <savedata>

        </savedata>

        <donotexecute>

        </donotexecute>

        <generatordatabase shouldsave="false" servername="" databasename=""
description=""/>
```

00046327

```
                      2040_Build_MSAT_495270MLS_ALT13C
            <donotperformfinalaggregation selected="false"/>
      <lookuptableflags scenarioid="" truncateoutput="true"
truncateactivity="true" truncatebaserates="true"/>
</runspec>
```

00046328

```
                        2040_MSAT_495270MLS_NOBUILD_ALT5
<runspec version="MOVES2014b-20180726">
        <description><![CDATA[I-495 & I-270 MLS: 2040 No Build MSAT Analysis

Alternative 5: No Build

Year: 2040

County: Montgomery]]></description>
        <models>
                <model value="ONROAD"/>
        </models>
        <modelscale value="Inv"/>
        <modeldomain value="SINGLE"/>
        <geographicselections>
                <geographicselection type="COUNTY" key="24031" description="MARYLAND
- Montgomery County"/>
        </geographicselections>
        <timespan>
                <year key="2040"/>
                <month id="1"/>
                <month id="4"/>
                <month id="7"/>
                <month id="10"/>
                <day id="5"/>
                <beginhour id="1"/>
                <endhour id="24"/>
                <aggregateBy key="Hour"/>
        </timespan>
        <onroadvehicleselections>
                <onroadvehicleselection fueltypeid="3" fueltypedesc="Compressed
Natural Gas (CNG)" sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="62" sourcetypename="Combination Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="41" sourcetypename="Intercity Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
```

00046329

```
                    2040_MSAT_495270MLS_NOBUILD_ALT5
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="11" sourcetypename="Motorcycle"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="42" sourcetypename="Transit Bus"/>
        </onroadvehicleselections>
        <offroadvehicleselections>
        </offroadvehicleselections>
        <offroadvehiclesccs>
        </offroadvehiclesccs>
        <roadtypes separateramps="false">
                <roadtype roadtypeid="4" roadtypename="Urban Restricted Access"
modelCombination="M1"/>
                <roadtype roadtypeid="5" roadtypename="Urban Unrestricted Access"
modelCombination="M1"/>
        </roadtypes>
        <pollutantprocessassociations>
                <pollutantprocessassociation pollutantkey="24"
```
                                Page 2

**Page 265 of 329**

00046330

2040_MSAT_495270MLS_NOBUILD_ALT5
pollutantname="1,3-Butadiene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="58"
pollutantname="Aluminum" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="36"
pollutantname="Ammonium (NH4)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="15" processname="Crankcase Running

00046331

2040_MSAT_495270MLS_NOBUILD_ALT5
```
Exhaust"/>
                <pollutantprocessassociation pollutantkey="90"
pollutantname="Atmospheric CO2" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="1" processname="Running
Exhaust"/>
```

Page 4

**Page 267 of 329**

00046332

```
                    2040_MSAT_495270MLS_NOBUILD_ALT5
              <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="1" processname="Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="121"
pollutantname="CMAQ5.0 Unspeciated (PMOTHR)" processkey="15" processname="Crankcase
Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="98" pollutantname="CO2
Equivalent" processkey="1" processname="Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="55"
pollutantname="Calcium" processkey="15" processname="Crankcase Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="51"
pollutantname="Chloride" processkey="15" processname="Crankcase Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="1" processname="Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="1" processname="Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="1" processname="Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="15" processname="Crankcase Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="1" processname="Running
Exhaust"/>
```

00046333

2040_MSAT_495270MLS_NOBUILD_ALT5

```
<pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
```

**Page 269 of 329**

00046334

2040_MSAT_495270MLS_NOBUILD_ALT5
(aerosol)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="59" pollutantname="Iron"
processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="54"
pollutantname="Magnesium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="35"
pollutantname="Nitrate (NO3)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"

00046335

2040_MSAT_495270MLS_NOBUILD_ALT5
pollutantname="Non-Methane Hydrocarbons" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="122"
pollutantname="Non-carbon Organic Matter (NCOM)" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="53"
pollutantname="Potassium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="15" processname="Crankcase Running Exhaust"/>

**Page 271 of 329**

00046336

```
                        2040_MSAT_495270MLS_NOBUILD_ALT5
                <pollutantprocessassociation pollutantkey="57"
pollutantname="Silicon" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="52"
pollutantname="Sodium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="56"
pollutantname="Titanium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="91" pollutantname="Total
Energy Consumption" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="15" processname="Crankcase
Running Exhaust"/>
        </pollutantprocessassociations>
        <databaseselections>
        </databaseselections>
        <internalcontrolstrategies>
<internalcontrolstrategy
classname="gov.epa.otaq.moves.master.implementation.ghg.internalcontrolstrategies.ra
teofprogress.RateOfProgressStrategy"><![CDATA[
useParameters    No

]]></internalcontrolstrategy>
        </internalcontrolstrategies>
        <inputdatabase servername="" databasename="" description=""/>
        <uncertaintyparameters uncertaintymodeenabled="false"
numberofrunspersimulation="0" numberofsimulations="0"/>
        <geographicoutputdetail description="COUNTY"/>
```

**Page 272 of 329**

00046337

```
                    2040_MSAT_495270MLS_NOBUILD_ALT5
        <outputemissionsbreakdownselection>
                <modelyear selected="false"/>
                <fueltype selected="true"/>
                <fuelsubtype selected="false"/>
                <emissionprocess selected="false"/>
                <onroadoffroad selected="true"/>
                <roadtype selected="true"/>
                <sourceusetype selected="false"/>
                <movesvehicletype selected="false"/>
                <onroadscc selected="false"/>
                <estimateuncertainty selected="false" numberOfIterations="2"
keepSampledData="false" keepIterations="false"/>
                <sector selected="false"/>
                <engtechid selected="false"/>
                <hpclass selected="false"/>
                <regclassid selected="false"/>
        </outputemissionsbreakdownselection>
        <outputdatabase servername=""
databasename="2040_495270mls_nobuild_alt5_msat_out" description=""/>
        <outputtimestep value="24-Hour Day"/>
        <outputvmtdata value="true"/>
        <outputsho value="false"/>
        <outputsh value="false"/>
        <outputshp value="false"/>
        <outputshidling value="false"/>
        <outputstarts value="false"/>
        <outputpopulation value="false"/>
        <scaleinputdatabase servername="localhost"
databasename="2040_495270mls_nobuild_alt5_msat_in" description=""/>
        <pmsize value="0"/>
        <outputfactors>
                <timefactors selected="true" units="Days"/>
                <distancefactors selected="true" units="Miles"/>
                <massfactors selected="true" units="Grams" energyunits="Joules"/>
        </outputfactors>
        <savedata>

        </savedata>

        <donotexecute>

        </donotexecute>

        <generatordatabase shouldsave="false" servername="" databasename=""
description=""/>
                <donotperformfinalaggregation selected="false"/>
        <lookuptableflags scenarioid="" truncateoutput="true"
truncateactivity="true" truncatebaserates="true"/>
```

**Page 273 of 329**

00046338

2040_MSAT_495270MLS_NOBUILD_ALT5

```
</runspec>
```

00046339

```
                        2040_MSAT_495270MLS_NOBUILD_ALT8
<runspec version="MOVES2014b-20180726">
        <description><![CDATA[I-495 & I-270 MLS: 2040 No Build MSAT Analysis

Alternative 8: No Build

Year: 2040

County: Montgomery]]></description>
        <models>
                <model value="ONROAD"/>
        </models>
        <modelscale value="Inv"/>
        <modeldomain value="SINGLE"/>
        <geographicselections>
                <geographicselection type="COUNTY" key="24031" description="MARYLAND
- Montgomery County"/>
        </geographicselections>
        <timespan>
                <year key="2040"/>
                <month id="1"/>
                <month id="4"/>
                <month id="7"/>
                <month id="10"/>
                <day id="5"/>
                <beginhour id="1"/>
                <endhour id="24"/>
                <aggregateBy key="Hour"/>
        </timespan>
        <onroadvehicleselections>
                <onroadvehicleselection fueltypeid="3" fueltypedesc="Compressed
Natural Gas (CNG)" sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="62" sourcetypename="Combination Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="41" sourcetypename="Intercity Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
```

00046340

```
                    2040_MSAT_495270MLS_NOBUILD_ALT8
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="11" sourcetypename="Motorcycle"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="42" sourcetypename="Transit Bus"/>
        </onroadvehicleselections>
        <offroadvehicleselections>
        </offroadvehicleselections>
        <offroadvehiclesccs>
        </offroadvehiclesccs>
        <roadtypes separateramps="false">
                <roadtype roadtypeid="4" roadtypename="Urban Restricted Access"
modelCombination="M1"/>
                <roadtype roadtypeid="5" roadtypename="Urban Unrestricted Access"
modelCombination="M1"/>
        </roadtypes>
        <pollutantprocessassociations>
                <pollutantprocessassociation pollutantkey="24"
```

00046341

2040_MSAT_495270MLS_NOBUILD_ALT8
pollutantname="1,3-Butadiene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="58"
pollutantname="Aluminum" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="36"
pollutantname="Ammonium (NH4)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="15" processname="Crankcase Running

Page 3

**Page 277 of 329**

00046342

2040_MSAT_495270MLS_NOBUILD_ALT8

```
Exhaust"/>
                <pollutantprocessassociation pollutantkey="90"
pollutantname="Atmospheric CO2" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="1" processname="Running
Exhaust"/>
```

**Page 278 of 329**

2040_MSAT_495270MLS_NOBUILD_ALT8
                <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="121"
pollutantname="CMAQ5.0 Unspeciated (PMOTHR)" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="98" pollutantname="CO2
Equivalent" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="55"
pollutantname="Calcium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="51"
pollutantname="Chloride" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="1" processname="Running
Exhaust"/>

**Page 279 of 329**

00046344

2040_MSAT_495270MLS_NOBUILD_ALT8

```
                <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
```

**Page 280 of 329**

00046345

2040_MSAT_495270MLS_NOBUILD_ALT8

(aerosol)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="59" pollutantname="Iron"
processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="54"
pollutantname="Magnesium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="35"
pollutantname="Nitrate (NO3)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"

00046346

2040_MSAT_495270MLS_NOBUILD_ALT8

```
pollutantname="Non-Methane Hydrocarbons" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="122"
pollutantname="Non-carbon Organic Matter (NCOM)" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="53"
pollutantname="Potassium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="15" processname="Crankcase Running Exhaust"/>
```

00046347

```
                2040_MSAT_495270MLS_NOBUILD_ALT8
                <pollutantprocessassociation pollutantkey="57"
pollutantname="Silicon" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="52"
pollutantname="Sodium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="56"
pollutantname="Titanium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="91" pollutantname="Total
Energy Consumption" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="15" processname="Crankcase
Running Exhaust"/>
        </pollutantprocessassociations>
        <databaseselections>
        </databaseselections>
        <internalcontrolstrategies>
<internalcontrolstrategy
classname="gov.epa.otaq.moves.master.implementation.ghg.internalcontrolstrategies.ra
teofprogress.RateOfProgressStrategy"><![CDATA[
useParameters    No

]]></internalcontrolstrategy>
        </internalcontrolstrategies>
        <inputdatabase servername="" databasename="" description=""/>
        <uncertaintyparameters uncertaintymodeenabled="false"
numberofrunspersimulation="0" numberofsimulations="0"/>
        <geographicoutputdetail description="COUNTY"/>
```

Page 9

**Page 283 of 329**

00046348

```
                    2040_MSAT_495270MLS_NOBUILD_ALT8
        <outputemissionsbreakdownselection>
                <modelyear selected="false"/>
                <fueltype selected="true"/>
                <fuelsubtype selected="false"/>
                <emissionprocess selected="false"/>
                <onroadoffroad selected="true"/>
                <roadtype selected="true"/>
                <sourceusetype selected="false"/>
                <movesvehicletype selected="false"/>
                <onroadscc selected="false"/>
                <estimateuncertainty selected="false" numberOfIterations="2"
keepSampledData="false" keepIterations="false"/>
                <sector selected="false"/>
                <engtechid selected="false"/>
                <hpclass selected="false"/>
                <regclassid selected="false"/>
        </outputemissionsbreakdownselection>
        <outputdatabase servername=""
databasename="2040_495270mls_nobuild_alt8_msat_out" description=""/>
        <outputtimestep value="24-Hour Day"/>
        <outputvmtdata value="true"/>
        <outputsho value="false"/>
        <outputsh value="false"/>
        <outputshp value="false"/>
        <outputshidling value="false"/>
        <outputstarts value="false"/>
        <outputpopulation value="false"/>
        <scaleinputdatabase servername="localhost"
databasename="2040_495270mls_nobuild_alt8_msat_in" description=""/>
        <pmsize value="0"/>
        <outputfactors>
                <timefactors selected="true" units="Days"/>
                <distancefactors selected="true" units="Miles"/>
                <massfactors selected="true" units="Grams" energyunits="Joules"/>
        </outputfactors>
        <savedata>

        </savedata>

        <donotexecute>

        </donotexecute>

        <generatordatabase shouldsave="false" servername="" databasename=""
description=""/>
                <donotperformfinalaggregation selected="false"/>
        <lookuptableflags scenarioid="" truncateoutput="true"
truncateactivity="true" truncatebaserates="true"/>
```

**Page 284 of 329**

00046349

2040_MSAT_495270MLS_NOBUILD_ALT8

```
</runspec>
```

00046350

```
                    2040_MSAT_495270MLS_NOBUILD_ALT9
<runspec version="MOVES2014b-20180726">
        <description><![CDATA[I-495 & I-270 MLS: 2040 No Build MSAT Analysis

Alternative 9: NO BUILD

Year: 2040

County: Montgomery]]></description>
        <models>
                <model value="ONROAD"/>
        </models>
        <modelscale value="Inv"/>
        <modeldomain value="SINGLE"/>
        <geographicselections>
                <geographicselection type="COUNTY" key="24031" description="MARYLAND
- Montgomery County"/>
        </geographicselections>
        <timespan>
                <year key="2040"/>
                <month id="1"/>
                <month id="4"/>
                <month id="7"/>
                <month id="10"/>
                <day id="5"/>
                <beginhour id="1"/>
                <endhour id="24"/>
                <aggregateBy key="Hour"/>
        </timespan>
        <onroadvehicleselections>
                <onroadvehicleselection fueltypeid="3" fueltypedesc="Compressed
Natural Gas (CNG)" sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="62" sourcetypename="Combination Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="41" sourcetypename="Intercity Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
```

00046351

```
                      2040_MSAT_495270MLS_NOBUILD_ALT9
sourcetypeid="43" sourcetypename="School Bus"/>
                  <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                  <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                  <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="42" sourcetypename="Transit Bus"/>
                  <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                  <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                  <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                  <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                  <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                  <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="54" sourcetypename="Motor Home"/>
                  <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="11" sourcetypename="Motorcycle"/>
                  <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                  <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                  <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                  <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="43" sourcetypename="School Bus"/>
                  <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                  <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                  <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="42" sourcetypename="Transit Bus"/>
          </onroadvehicleselections>
          <offroadvehicleselections>
          </offroadvehicleselections>
          <offroadvehiclesccs>
          </offroadvehiclesccs>
          <roadtypes separateramps="false">
                  <roadtype roadtypeid="4" roadtypename="Urban Restricted Access"
modelCombination="M1"/>
                  <roadtype roadtypeid="5" roadtypename="Urban Unrestricted Access"
modelCombination="M1"/>
          </roadtypes>
          <pollutantprocessassociations>
                  <pollutantprocessassociation pollutantkey="24"
```

00046352

```
                2040_MSAT_495270MLS_NOBUILD_ALT9
pollutantname="1,3-Butadiene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="58"
pollutantname="Aluminum" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="36"
pollutantname="Ammonium (NH4)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="15" processname="Crankcase Running
```

Page 3

**Page 288 of 329**

00046353

2040_MSAT_495270MLS_NOBUILD_ALT9

```
Exhaust"/>
                <pollutantprocessassociation pollutantkey="90"
pollutantname="Atmospheric CO2" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="1" processname="Running
Exhaust"/>
```

**Page 289 of 329**

00046354

```
                    2040_MSAT_495270MLS_NOBUILD_ALT9
              <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="1" processname="Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="121"
pollutantname="CMAQ5.0 Unspeciated (PMOTHR)" processkey="15" processname="Crankcase
Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="98" pollutantname="CO2
Equivalent" processkey="1" processname="Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="55"
pollutantname="Calcium" processkey="15" processname="Crankcase Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="51"
pollutantname="Chloride" processkey="15" processname="Crankcase Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="1" processname="Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="1" processname="Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="1" processname="Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="15" processname="Crankcase Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="1" processname="Running
Exhaust"/>
```

Page 5

**Page 290 of 329**

00046355

2040_MSAT_495270MLS_NOBUILD_ALT9

&lt;pollutantprocessassociation pollutantkey="168" pollutantname="Dibenzo(a,h)anthracene gas" processkey="15" processname="Crankcase Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="68" pollutantname="Dibenzo(a,h)anthracene particle" processkey="1" processname="Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="68" pollutantname="Dibenzo(a,h)anthracene particle" processkey="15" processname="Crankcase Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="112" pollutantname="Elemental Carbon" processkey="1" processname="Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="112" pollutantname="Elemental Carbon" processkey="15" processname="Crankcase Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl Benzene" processkey="1" processname="Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl Benzene" processkey="11" processname="Evap Permeation"/&gt;
&lt;pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl Benzene" processkey="13" processname="Evap Fuel Leaks"/&gt;
&lt;pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl Benzene" processkey="15" processname="Crankcase Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="169" pollutantname="Fluoranthene gas" processkey="1" processname="Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="169" pollutantname="Fluoranthene gas" processkey="15" processname="Crankcase Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="69" pollutantname="Fluoranthene particle" processkey="1" processname="Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="69" pollutantname="Fluoranthene particle" processkey="15" processname="Crankcase Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="181" pollutantname="Fluorene gas" processkey="1" processname="Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="181" pollutantname="Fluorene gas" processkey="15" processname="Crankcase Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="81" pollutantname="Fluorene particle" processkey="1" processname="Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="81" pollutantname="Fluorene particle" processkey="15" processname="Crankcase Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="25" pollutantname="Formaldehyde" processkey="1" processname="Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="25" pollutantname="Formaldehyde" processkey="15" processname="Crankcase Running Exhaust"/&gt;
&lt;pollutantprocessassociation pollutantkey="119" pollutantname="H2O

**Page 291 of 329**

00046356

2040_MSAT_495270MLS_NOBUILD_ALT9
(aerosol)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="59" pollutantname="Iron"
processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="54"
pollutantname="Magnesium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="35"
pollutantname="Nitrate (NO3)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"

Page 7

**Page 292 of 329**

2040_MSAT_495270MLS_NOBUILD_ALT9
pollutantname="Non-Methane Hydrocarbons" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="122"
pollutantname="Non-carbon Organic Matter (NCOM)" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="53"
pollutantname="Potassium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="15" processname="Crankcase Running Exhaust"/>

00046358

```
2040_MSAT_495270MLS_NOBUILD_ALT9
            <pollutantprocessassociation pollutantkey="57"
pollutantname="Silicon" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="52"
pollutantname="Sodium" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="56"
pollutantname="Titanium" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="91" pollutantname="Total
Energy Consumption" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="11" processname="Evap Permeation"/>
            <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="13" processname="Evap Fuel Leaks"/>
            <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="11" processname="Evap
Permeation"/>
            <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="13" processname="Evap Fuel
Leaks"/>
            <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="15" processname="Crankcase
Running Exhaust"/>
        </pollutantprocessassociations>
        <databaseselections>
        </databaseselections>
        <internalcontrolstrategies>
<internalcontrolstrategy
classname="gov.epa.otaq.moves.master.implementation.ghg.internalcontrolstrategies.ra
teofprogress.RateOfProgressStrategy"><![CDATA[
useParameters    No

]]></internalcontrolstrategy>
        </internalcontrolstrategies>
        <inputdatabase servername="" databasename="" description=""/>
        <uncertaintyparameters uncertaintymodeenabled="false"
numberofrunspersimulation="0" numberofsimulations="0"/>
        <geographicoutputdetail description="COUNTY"/>
```

Page 9

**Page 294 of 329**

00046359

```
                    2040_MSAT_495270MLS_NOBUILD_ALT9
        <outputemissionsbreakdownselection>
                <modelyear selected="false"/>
                <fueltype selected="true"/>
                <fuelsubtype selected="false"/>
                <emissionprocess selected="false"/>
                <onroadoffroad selected="true"/>
                <roadtype selected="true"/>
                <sourceusetype selected="false"/>
                <movesvehicletype selected="false"/>
                <onroadscc selected="false"/>
                <estimateuncertainty selected="false" numberOfIterations="2"
keepSampledData="false" keepIterations="false"/>
                <sector selected="false"/>
                <engtechid selected="false"/>
                <hpclass selected="false"/>
                <regclassid selected="false"/>
        </outputemissionsbreakdownselection>
        <outputdatabase servername=""
databasename="2040_495270mls_nobuild_alt9_msat_out" description=""/>
        <outputtimestep value="24-Hour Day"/>
        <outputvmtdata value="true"/>
        <outputsho value="false"/>
        <outputsh value="false"/>
        <outputshp value="false"/>
        <outputshidling value="false"/>
        <outputstarts value="false"/>
        <outputpopulation value="false"/>
        <scaleinputdatabase servername="localhost"
databasename="2040_495270mls_nobuild_alt9_msat_in" description=""/>
        <pmsize value="0"/>
        <outputfactors>
                <timefactors selected="true" units="Days"/>
                <distancefactors selected="true" units="Miles"/>
                <massfactors selected="true" units="Grams" energyunits="Joules"/>
        </outputfactors>
        <savedata>

        </savedata>

        <donotexecute>

        </donotexecute>

        <generatordatabase shouldsave="false" servername="" databasename=""
description=""/>
                <donotperformfinalaggregation selected="false"/>
        <lookuptableflags scenarioid="" truncateoutput="true"
truncateactivity="true" truncatebaserates="true"/>
```

**Page 295 of 329**

00046360

2040_MSAT_495270MLS_NOBUILD_ALT9

```
</runspec>
```

00046361

```
                    2040_MSAT_495270MLS_NOBUILD_ALT10
<runspec version="MOVES2014b-20180726">
        <description><![CDATA[I-495 & I-270 MLS: 2040 No Build MSAT Analysis

Alternative 10: No Build

Year: 2040

County: Montgomery]]></description>
        <models>
                <model value="ONROAD"/>
        </models>
        <modelscale value="Inv"/>
        <modeldomain value="SINGLE"/>
        <geographicselections>
                <geographicselection type="COUNTY" key="24031" description="MARYLAND
- Montgomery County"/>
        </geographicselections>
        <timespan>
                <year key="2040"/>
                <month id="1"/>
                <month id="4"/>
                <month id="7"/>
                <month id="10"/>
                <day id="5"/>
                <beginhour id="1"/>
                <endhour id="24"/>
                <aggregateBy key="Hour"/>
        </timespan>
        <onroadvehicleselections>
                <onroadvehicleselection fueltypeid="3" fueltypedesc="Compressed
Natural Gas (CNG)" sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="62" sourcetypename="Combination Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="41" sourcetypename="Intercity Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
```

00046362

```
                  2040_MSAT_495270MLS_NOBUILD_ALT10
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="11" sourcetypename="Motorcycle"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="42" sourcetypename="Transit Bus"/>
        </onroadvehicleselections>
        <offroadvehicleselections>
        </offroadvehicleselections>
        <offroadvehiclesccs>
        </offroadvehiclesccs>
        <roadtypes separateramps="false">
                <roadtype roadtypeid="4" roadtypename="Urban Restricted Access"
modelCombination="M1"/>
                <roadtype roadtypeid="5" roadtypename="Urban Unrestricted Access"
modelCombination="M1"/>
        </roadtypes>
        <pollutantprocessassociations>
                <pollutantprocessassociation pollutantkey="24"
```

Page 2

**Page 298 of 329**

2040_MSAT_495270MLS_NOBUILD_ALT10

pollutantname="1,3-Butadiene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="58"
pollutantname="Aluminum" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="36"
pollutantname="Ammonium (NH4)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="15" processname="Crankcase Running

00046364

2040_MSAT_495270MLS_NOBUILD_ALT10

```
Exhaust"/>
                <pollutantprocessassociation pollutantkey="90"
pollutantname="Atmospheric CO2" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="1" processname="Running
Exhaust"/>
```

00046365

```
2040_MSAT_495270MLS_NOBUILD_ALT10
              <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="1" processname="Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="121"
pollutantname="CMAQ5.0 Unspeciated (PMOTHR)" processkey="15" processname="Crankcase
Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="98" pollutantname="CO2
Equivalent" processkey="1" processname="Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="55"
pollutantname="Calcium" processkey="15" processname="Crankcase Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="51"
pollutantname="Chloride" processkey="15" processname="Crankcase Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="1" processname="Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="1" processname="Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="1" processname="Running Exhaust"/>
              <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="15" processname="Crankcase Running
Exhaust"/>
              <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="1" processname="Running
Exhaust"/>
```

**Page 301 of 329**

00046366

2040_MSAT_495270MLS_NOBUILD_ALT10
                <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="68"
pollutantname="Dibenzo(a,h)anthracene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="112"
pollutantname="Elemental Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl
Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="169"
pollutantname="Fluoranthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="69"
pollutantname="Fluoranthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="181"
pollutantname="Fluorene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="81"
pollutantname="Fluorene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="25"
pollutantname="Formaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O

**Page 302 of 329**

00046367

2040_MSAT_495270MLS_NOBUILD_ALT10
(aerosol)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="59" pollutantname="Iron"
processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="54"
pollutantname="Magnesium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="35"
pollutantname="Nitrate (NO3)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"

**Page 303 of 329**

00046368

2040_MSAT_495270MLS_NOBUILD_ALT10
pollutantname="Non-Methane Hydrocarbons" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="122"
pollutantname="Non-carbon Organic Matter (NCOM)" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="53"
pollutantname="Potassium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="15" processname="Crankcase Running Exhaust"/>

00046369

```
                    2040_MSAT_495270MLS_NOBUILD_ALT10
                <pollutantprocessassociation pollutantkey="57"
pollutantname="Silicon" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="52"
pollutantname="Sodium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="56"
pollutantname="Titanium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="91" pollutantname="Total
Energy Consumption" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="15" processname="Crankcase
Running Exhaust"/>
        </pollutantprocessassociations>
        <databaseselections>
        </databaseselections>
        <internalcontrolstrategies>
<internalcontrolstrategy
classname="gov.epa.otaq.moves.master.implementation.ghg.internalcontrolstrategies.ra
teofprogress.RateOfProgressStrategy"><![CDATA[
useParameters    No

]]></internalcontrolstrategy>
        </internalcontrolstrategies>
        <inputdatabase servername="" databasename="" description=""/>
        <uncertaintyparameters uncertaintymodeenabled="false"
numberofrunspersimulation="0" numberofsimulations="0"/>
        <geographicoutputdetail description="COUNTY"/>
```

Page 9

**Page 305 of 329**

00046370

```
                     2040_MSAT_495270MLS_NOBUILD_ALT10
        <outputemissionsbreakdownselection>
                <modelyear selected="false"/>
                <fueltype selected="true"/>
                <fuelsubtype selected="false"/>
                <emissionprocess selected="false"/>
                <onroadoffroad selected="true"/>
                <roadtype selected="true"/>
                <sourceusetype selected="false"/>
                <movesvehicletype selected="false"/>
                <onroadscc selected="false"/>
                <estimateuncertainty selected="false" numberOfIterations="2"
keepSampledData="false" keepIterations="false"/>
                <sector selected="false"/>
                <engtechid selected="false"/>
                <hpclass selected="false"/>
                <regclassid selected="false"/>
        </outputemissionsbreakdownselection>
        <outputdatabase servername=""
databasename="2040_495270mls_nobuild_alt10_msat_out" description=""/>
        <outputtimestep value="24-Hour Day"/>
        <outputvmtdata value="true"/>
        <outputsho value="false"/>
        <outputsh value="false"/>
        <outputshp value="false"/>
        <outputshidling value="false"/>
        <outputstarts value="false"/>
        <outputpopulation value="false"/>
        <scaleinputdatabase servername="localhost"
databasename="2040_495270mls_alt10_nobuild_msat_in" description=""/>
        <pmsize value="0"/>
        <outputfactors>
                <timefactors selected="true" units="Days"/>
                <distancefactors selected="true" units="Miles"/>
                <massfactors selected="true" units="Grams" energyunits="Joules"/>
        </outputfactors>
        <savedata>

        </savedata>

        <donotexecute>

        </donotexecute>

        <generatordatabase shouldsave="false" servername="" databasename=""
description=""/>
                <donotperformfinalaggregation selected="false"/>
        <lookuptableflags scenarioid="" truncateoutput="true"
truncateactivity="true" truncatebaserates="true"/>
                          Page 10
```

**Page 306 of 329**

```
                    2040_MSAT_495270MLS_NOBUILD_ALT10
</runspec>
```

00046372

```
                       2040_MSAT_495270MLS_NOBUILD_ALT13B
<runspec version="MOVES2014b-20180726">
        <description><![CDATA[I-495 & I-270 MLS: 2040 No Build MSAT Analysis

Alternative 13B: No Build

Year: 2040

County: Montgomery]]></description>
        <models>
                <model value="ONROAD"/>
        </models>
        <modelscale value="Inv"/>
        <modeldomain value="SINGLE"/>
        <geographicselections>
                <geographicselection type="COUNTY" key="24031" description="MARYLAND
- Montgomery County"/>
        </geographicselections>
        <timespan>
                <year key="2040"/>
                <month id="1"/>
                <month id="4"/>
                <month id="7"/>
                <month id="10"/>
                <day id="5"/>
                <beginhour id="1"/>
                <endhour id="24"/>
                <aggregateBy key="Hour"/>
        </timespan>
        <onroadvehicleselections>
                <onroadvehicleselection fueltypeid="3" fueltypedesc="Compressed
Natural Gas (CNG)" sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="62" sourcetypename="Combination Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="41" sourcetypename="Intercity Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
```

00046373

```
                  2040_MSAT_495270MLS_NOBUILD_ALT13B
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="11" sourcetypename="Motorcycle"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="42" sourcetypename="Transit Bus"/>
        </onroadvehicleselections>
        <offroadvehicleselections>
        </offroadvehicleselections>
        <offroadvehiclesccs>
        </offroadvehiclesccs>
        <roadtypes separateramps="false">
                <roadtype roadtypeid="4" roadtypename="Urban Restricted Access"
modelCombination="M1"/>
                <roadtype roadtypeid="5" roadtypename="Urban Unrestricted Access"
modelCombination="M1"/>
        </roadtypes>
        <pollutantprocessassociations>
                <pollutantprocessassociation pollutantkey="24"
```

00046374

2040_MSAT_495270MLS_NOBUILD_ALT13B

pollutantname="1,3-Butadiene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="58"
pollutantname="Aluminum" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="36"
pollutantname="Ammonium (NH4)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="15" processname="Crankcase Running

00046375

2040_MSAT_495270MLS_NOBUILD_ALT13B

```
Exhaust"/>
                <pollutantprocessassociation pollutantkey="90"
pollutantname="Atmospheric CO2" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="1" processname="Running
Exhaust"/>
```

00046376

```
                    2040_MSAT_495270MLS_NOBUILD_ALT13B
                 <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="1" processname="Running
Exhaust"/>
                 <pollutantprocessassociation pollutantkey="76"
pollutantname="Benzo(g,h,i)perylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                 <pollutantprocessassociation pollutantkey="177"
pollutantname="Benzo(k)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                 <pollutantprocessassociation pollutantkey="77"
pollutantname="Benzo(k)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="121"
pollutantname="CMAQ5.0 Unspeciated (PMOTHR)" processkey="15" processname="Crankcase
Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="98" pollutantname="CO2
Equivalent" processkey="1" processname="Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="55"
pollutantname="Calcium" processkey="15" processname="Crankcase Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="51"
pollutantname="Chloride" processkey="15" processname="Crankcase Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="1" processname="Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="178"
pollutantname="Chrysene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                 <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="1" processname="Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="78"
pollutantname="Chrysene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                 <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="1" processname="Running Exhaust"/>
                 <pollutantprocessassociation pollutantkey="118"
pollutantname="Composite - NonECPM" processkey="15" processname="Crankcase Running
Exhaust"/>
                 <pollutantprocessassociation pollutantkey="168"
pollutantname="Dibenzo(a,h)anthracene gas" processkey="1" processname="Running
Exhaust"/>
```

Page 5

**Page 312 of 329**

00046377

2040_MSAT_495270MLS_NOBUILD_ALT13B

&lt;pollutantprocessassociation pollutantkey="168" pollutantname="Dibenzo(a,h)anthracene gas" processkey="15" processname="Crankcase Running Exhaust"/&gt;

&lt;pollutantprocessassociation pollutantkey="68" pollutantname="Dibenzo(a,h)anthracene particle" processkey="1" processname="Running Exhaust"/&gt;

&lt;pollutantprocessassociation pollutantkey="68" pollutantname="Dibenzo(a,h)anthracene particle" processkey="15" processname="Crankcase Running Exhaust"/&gt;

&lt;pollutantprocessassociation pollutantkey="112" pollutantname="Elemental Carbon" processkey="1" processname="Running Exhaust"/&gt;

&lt;pollutantprocessassociation pollutantkey="112" pollutantname="Elemental Carbon" processkey="15" processname="Crankcase Running Exhaust"/&gt;

&lt;pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl Benzene" processkey="1" processname="Running Exhaust"/&gt;

&lt;pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl Benzene" processkey="11" processname="Evap Permeation"/&gt;

&lt;pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl Benzene" processkey="13" processname="Evap Fuel Leaks"/&gt;

&lt;pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl Benzene" processkey="15" processname="Crankcase Running Exhaust"/&gt;

&lt;pollutantprocessassociation pollutantkey="169" pollutantname="Fluoranthene gas" processkey="1" processname="Running Exhaust"/&gt;

&lt;pollutantprocessassociation pollutantkey="169" pollutantname="Fluoranthene gas" processkey="15" processname="Crankcase Running Exhaust"/&gt;

&lt;pollutantprocessassociation pollutantkey="69" pollutantname="Fluoranthene particle" processkey="1" processname="Running Exhaust"/&gt;

&lt;pollutantprocessassociation pollutantkey="69" pollutantname="Fluoranthene particle" processkey="15" processname="Crankcase Running Exhaust"/&gt;

&lt;pollutantprocessassociation pollutantkey="181" pollutantname="Fluorene gas" processkey="1" processname="Running Exhaust"/&gt;

&lt;pollutantprocessassociation pollutantkey="181" pollutantname="Fluorene gas" processkey="15" processname="Crankcase Running Exhaust"/&gt;

&lt;pollutantprocessassociation pollutantkey="81" pollutantname="Fluorene particle" processkey="1" processname="Running Exhaust"/&gt;

&lt;pollutantprocessassociation pollutantkey="81" pollutantname="Fluorene particle" processkey="15" processname="Crankcase Running Exhaust"/&gt;

&lt;pollutantprocessassociation pollutantkey="25" pollutantname="Formaldehyde" processkey="1" processname="Running Exhaust"/&gt;

&lt;pollutantprocessassociation pollutantkey="25" pollutantname="Formaldehyde" processkey="15" processname="Crankcase Running Exhaust"/&gt;

&lt;pollutantprocessassociation pollutantkey="119" pollutantname="H2O

00046378

2040_MSAT_495270MLS_NOBUILD_ALT13B
(aerosol)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="59" pollutantname="Iron"
processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="54"
pollutantname="Magnesium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="35"
pollutantname="Nitrate (NO3)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"

**Page 314 of 329**

00046379

2040_MSAT_495270MLS_NOBUILD_ALT13B

```
pollutantname="Non-Methane Hydrocarbons" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="122"
pollutantname="Non-carbon Organic Matter (NCOM)" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111"
pollutantname="Organic Carbon" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="183"
pollutantname="Phenanthrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="83"
pollutantname="Phenanthrene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="53"
pollutantname="Potassium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="100"
pollutantname="Primary Exhaust PM10  - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="110"
pollutantname="Primary Exhaust PM2.5 - Total" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184"
pollutantname="Pyrene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene
particle" processkey="15" processname="Crankcase Running Exhaust"/>
```

**Page 315 of 329**

00046380

```
2040_MSAT_495270MLS_NOBUILD_ALT13B
            <pollutantprocessassociation pollutantkey="57"
pollutantname="Silicon" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="52"
pollutantname="Sodium" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="15" processname="Crankcase Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="56"
pollutantname="Titanium" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="91" pollutantname="Total
Energy Consumption" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="1" processname="Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="11" processname="Evap Permeation"/>
            <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="13" processname="Evap Fuel Leaks"/>
            <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="15" processname="Crankcase Running Exhaust"/>
            <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="1" processname="Running
Exhaust"/>
            <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="11" processname="Evap
Permeation"/>
            <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="13" processname="Evap Fuel
Leaks"/>
            <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="15" processname="Crankcase
Running Exhaust"/>
        </pollutantprocessassociations>
        <databaseselections>
        </databaseselections>
        <internalcontrolstrategies>
<internalcontrolstrategy
classname="gov.epa.otaq.moves.master.implementation.ghg.internalcontrolstrategies.ra
teofprogress.RateOfProgressStrategy"><![CDATA[
useParameters    No

]]></internalcontrolstrategy>
        </internalcontrolstrategies>
        <inputdatabase servername="" databasename="" description=""/>
        <uncertaintyparameters uncertaintymodeenabled="false"
numberofrunspersimulation="0" numberofsimulations="0"/>
        <geographicoutputdetail description="COUNTY"/>
                        Page 9
```

**Page 316 of 329**

00046381

```
                    2040_MSAT_495270MLS_NOBUILD_ALT13B
        <outputemissionsbreakdownselection>
                <modelyear selected="false"/>
                <fueltype selected="true"/>
                <fuelsubtype selected="false"/>
                <emissionprocess selected="false"/>
                <onroadoffroad selected="true"/>
                <roadtype selected="true"/>
                <sourceusetype selected="false"/>
                <movesvehicletype selected="false"/>
                <onroadscc selected="false"/>
                <estimateuncertainty selected="false" numberOfIterations="2"
keepSampledData="false" keepIterations="false"/>
                <sector selected="false"/>
                <engtechid selected="false"/>
                <hpclass selected="false"/>
                <regclassid selected="false"/>
        </outputemissionsbreakdownselection>
        <outputdatabase servername=""
databasename="2040_495270mls_nobuild_alt13b_msat_out" description=""/>
        <outputtimestep value="24-Hour Day"/>
        <outputvmtdata value="true"/>
        <outputsho value="false"/>
        <outputsh value="false"/>
        <outputshp value="false"/>
        <outputshidling value="false"/>
        <outputstarts value="false"/>
        <outputpopulation value="false"/>
        <scaleinputdatabase servername="localhost"
databasename="2040_495270mls_alt13b_nobuild_msat_in" description=""/>
        <pmsize value="0"/>
        <outputfactors>
                <timefactors selected="true" units="Days"/>
                <distancefactors selected="true" units="Miles"/>
                <massfactors selected="true" units="Grams" energyunits="Joules"/>
        </outputfactors>
        <savedata>

        </savedata>

        <donotexecute>

        </donotexecute>

        <generatordatabase shouldsave="false" servername="" databasename=""
description=""/>
                <donotperformfinalaggregation selected="false"/>
        <lookuptableflags scenarioid="" truncateoutput="true"
truncateactivity="true" truncatebaserates="true"/>
```

Page 10

**Page 317 of 329**

00046382

2040_MSAT_495270MLS_NOBUILD_ALT13B

```
</runspec>
```

00046383

```
                        2040_MSAT_495270MLS_NOBUILD_ALT13C
<runspec version="MOVES2014b-20180726">
        <description><![CDATA[I-495 & I-270 MLS: 2040 No Build MSAT Analysis

Alternative 13C: No Build

Year: 2040

County: Montgomery]]></description>
        <models>
                <model value="ONROAD"/>
        </models>
        <modelscale value="Inv"/>
        <modeldomain value="SINGLE"/>
        <geographicselections>
                <geographicselection type="COUNTY" key="24031" description="MARYLAND
- Montgomery County"/>
        </geographicselections>
        <timespan>
                <year key="2040"/>
                <month id="1"/>
                <month id="4"/>
                <month id="7"/>
                <month id="10"/>
                <day id="5"/>
                <beginhour id="1"/>
                <endhour id="24"/>
                <aggregateBy key="Hour"/>
        </timespan>
        <onroadvehicleselections>
                <onroadvehicleselection fueltypeid="3" fueltypedesc="Compressed
Natural Gas (CNG)" sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="62" sourcetypename="Combination Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="41" sourcetypename="Intercity Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
```

Page 1

**Page 319 of 329**

00046384

```
                    2040_MSAT_495270MLS_NOBUILD_ALT13C
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="2" fueltypedesc="Diesel Fuel"
sourcetypeid="42" sourcetypename="Transit Bus"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="5" fueltypedesc="Ethanol (E-85)"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="61" sourcetypename="Combination Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="32" sourcetypename="Light Commercial Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="54" sourcetypename="Motor Home"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="11" sourcetypename="Motorcycle"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="21" sourcetypename="Passenger Car"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="31" sourcetypename="Passenger Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="51" sourcetypename="Refuse Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="43" sourcetypename="School Bus"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="53" sourcetypename="Single Unit Long-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="52" sourcetypename="Single Unit Short-haul Truck"/>
                <onroadvehicleselection fueltypeid="1" fueltypedesc="Gasoline"
sourcetypeid="42" sourcetypename="Transit Bus"/>
        </onroadvehicleselections>
        <offroadvehicleselections>
        </offroadvehicleselections>
        <offroadvehiclesccs>
        </offroadvehiclesccs>
        <roadtypes separateramps="false">
                <roadtype roadtypeid="4" roadtypename="Urban Restricted Access"
modelCombination="M1"/>
                <roadtype roadtypeid="5" roadtypename="Urban Unrestricted Access"
modelCombination="M1"/>
        </roadtypes>
        <pollutantprocessassociations>
                <pollutantprocessassociation pollutantkey="24"
```

Page 2

**Page 320 of 329**

00046385

2040_MSAT_495270MLS_NOBUILD_ALT13C
pollutantname="1,3-Butadiene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="24"
pollutantname="1,3-Butadiene" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="170"
pollutantname="Acenaphthene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="70"
pollutantname="Acenaphthene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="171"
pollutantname="Acenaphthylene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="71"
pollutantname="Acenaphthylene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="26"
pollutantname="Acetaldehyde" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="27"
pollutantname="Acrolein" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="58"
pollutantname="Aluminum" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="36"
pollutantname="Ammonium (NH4)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="172"
pollutantname="Anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="72"
pollutantname="Anthracene particle" processkey="15" processname="Crankcase Running

00046386

2040_MSAT_495270MLS_NOBUILD_ALT13C
Exhaust"/>
                  <pollutantprocessassociation pollutantkey="90"
pollutantname="Atmospheric CO2" processkey="1" processname="Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="1" processname="Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="173"
pollutantname="Benz(a)anthracene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                  <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="1" processname="Running
Exhaust"/>
                  <pollutantprocessassociation pollutantkey="73"
pollutantname="Benz(a)anthracene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="1" processname="Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="11" processname="Evap Permeation"/>
                  <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                  <pollutantprocessassociation pollutantkey="20"
pollutantname="Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="1" processname="Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="174"
pollutantname="Benzo(a)pyrene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                  <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                  <pollutantprocessassociation pollutantkey="74"
pollutantname="Benzo(a)pyrene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="1" processname="Running
Exhaust"/>
                  <pollutantprocessassociation pollutantkey="175"
pollutantname="Benzo(b)fluoranthene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="1" processname="Running
Exhaust"/>
                  <pollutantprocessassociation pollutantkey="75"
pollutantname="Benzo(b)fluoranthene particle" processkey="15" processname="Crankcase
Running Exhaust"/>
                  <pollutantprocessassociation pollutantkey="176"
pollutantname="Benzo(g,h,i)perylene gas" processkey="1" processname="Running
Exhaust"/>

00046387

2040_MSAT_495270MLS_NOBUILD_ALT13C

        `<pollutantprocessassociation pollutantkey="176"`
`pollutantname="Benzo(g,h,i)perylene gas" processkey="15" processname="Crankcase`
`Running Exhaust"/>`
        `<pollutantprocessassociation pollutantkey="76"`
`pollutantname="Benzo(g,h,i)perylene particle" processkey="1" processname="Running`
`Exhaust"/>`
        `<pollutantprocessassociation pollutantkey="76"`
`pollutantname="Benzo(g,h,i)perylene particle" processkey="15" processname="Crankcase`
`Running Exhaust"/>`
        `<pollutantprocessassociation pollutantkey="177"`
`pollutantname="Benzo(k)fluoranthene gas" processkey="1" processname="Running`
`Exhaust"/>`
        `<pollutantprocessassociation pollutantkey="177"`
`pollutantname="Benzo(k)fluoranthene gas" processkey="15" processname="Crankcase`
`Running Exhaust"/>`
        `<pollutantprocessassociation pollutantkey="77"`
`pollutantname="Benzo(k)fluoranthene particle" processkey="1" processname="Running`
`Exhaust"/>`
        `<pollutantprocessassociation pollutantkey="77"`
`pollutantname="Benzo(k)fluoranthene particle" processkey="15" processname="Crankcase`
`Running Exhaust"/>`
        `<pollutantprocessassociation pollutantkey="121"`
`pollutantname="CMAQ5.0 Unspeciated (PMOTHR)" processkey="15" processname="Crankcase`
`Running Exhaust"/>`
        `<pollutantprocessassociation pollutantkey="98" pollutantname="CO2`
`Equivalent" processkey="1" processname="Running Exhaust"/>`
        `<pollutantprocessassociation pollutantkey="55"`
`pollutantname="Calcium" processkey="15" processname="Crankcase Running Exhaust"/>`
        `<pollutantprocessassociation pollutantkey="51"`
`pollutantname="Chloride" processkey="15" processname="Crankcase Running Exhaust"/>`
        `<pollutantprocessassociation pollutantkey="178"`
`pollutantname="Chrysene gas" processkey="1" processname="Running Exhaust"/>`
        `<pollutantprocessassociation pollutantkey="178"`
`pollutantname="Chrysene gas" processkey="15" processname="Crankcase Running`
`Exhaust"/>`
        `<pollutantprocessassociation pollutantkey="78"`
`pollutantname="Chrysene particle" processkey="1" processname="Running Exhaust"/>`
        `<pollutantprocessassociation pollutantkey="78"`
`pollutantname="Chrysene particle" processkey="15" processname="Crankcase Running`
`Exhaust"/>`
        `<pollutantprocessassociation pollutantkey="118"`
`pollutantname="Composite - NonECPM" processkey="1" processname="Running Exhaust"/>`
        `<pollutantprocessassociation pollutantkey="118"`
`pollutantname="Composite - NonECPM" processkey="15" processname="Crankcase Running`
`Exhaust"/>`
        `<pollutantprocessassociation pollutantkey="168"`
`pollutantname="Dibenzo(a,h)anthracene gas" processkey="1" processname="Running`
`Exhaust"/>`

**Page 323 of 329**

00046388

2040_MSAT_495270MLS_NOBUILD_ALT13C
                                                   <pollutantprocessassociation pollutantkey="168" pollutantname="Dibenzo(a,h)anthracene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="68" pollutantname="Dibenzo(a,h)anthracene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="68" pollutantname="Dibenzo(a,h)anthracene particle" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="112" pollutantname="Elemental Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="112" pollutantname="Elemental Carbon" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl Benzene" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl Benzene" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl Benzene" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="41" pollutantname="Ethyl Benzene" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="169" pollutantname="Fluoranthene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="169" pollutantname="Fluoranthene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="69" pollutantname="Fluoranthene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="69" pollutantname="Fluoranthene particle" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="181" pollutantname="Fluorene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="181" pollutantname="Fluorene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="81" pollutantname="Fluorene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="81" pollutantname="Fluorene particle" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="25" pollutantname="Formaldehyde" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="25" pollutantname="Formaldehyde" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O

**Page 324 of 329**

00046389

2040_MSAT_495270MLS_NOBUILD_ALT13C

(aerosol)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="119" pollutantname="H2O
(aerosol)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="182"
pollutantname="Indeno(1,2,3,c,d)pyrene gas" processkey="15" processname="Crankcase
Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="82"
pollutantname="Indeno(1,2,3,c,d)pyrene particle" processkey="15"
processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="59" pollutantname="Iron"
processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="54"
pollutantname="Magnesium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="5" pollutantname="Methane
(CH4)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="185"
pollutantname="Naphthalene gas" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="23"
pollutantname="Naphthalene particle" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="35"
pollutantname="Nitrate (NO3)" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="6" pollutantname="Nitrous
Oxide (N2O)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"
pollutantname="Non-Methane Hydrocarbons" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="79"

00046390

2040_MSAT_495270MLS_NOBUILD_ALT13C

pollutantname="Non-Methane Hydrocarbons" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="79" pollutantname="Non-Methane Hydrocarbons" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="79" pollutantname="Non-Methane Hydrocarbons" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="122" pollutantname="Non-carbon Organic Matter (NCOM)" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111" pollutantname="Organic Carbon" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="111" pollutantname="Organic Carbon" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="183" pollutantname="Phenanthrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="183" pollutantname="Phenanthrene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="83" pollutantname="Phenanthrene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="83" pollutantname="Phenanthrene particle" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="53" pollutantname="Potassium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="100" pollutantname="Primary Exhaust PM10  - Total" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="100" pollutantname="Primary Exhaust PM10  - Total" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="110" pollutantname="Primary Exhaust PM2.5 - Total" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="110" pollutantname="Primary Exhaust PM2.5 - Total" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184" pollutantname="Pyrene gas" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="184" pollutantname="Pyrene gas" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene particle" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="84" pollutantname="Pyrene particle" processkey="15" processname="Crankcase Running Exhaust"/>

00046391

```
2040_MSAT_495270MLS_NOBUILD_ALT13C
                <pollutantprocessassociation pollutantkey="57"
pollutantname="Silicon" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="52"
pollutantname="Sodium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="115"
pollutantname="Sulfate Particulate" processkey="15" processname="Crankcase Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="56"
pollutantname="Titanium" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="91" pollutantname="Total
Energy Consumption" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="1" processname="Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="11" processname="Evap Permeation"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="13" processname="Evap Fuel Leaks"/>
                <pollutantprocessassociation pollutantkey="1" pollutantname="Total
Gaseous Hydrocarbons" processkey="15" processname="Crankcase Running Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="1" processname="Running
Exhaust"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="11" processname="Evap
Permeation"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="13" processname="Evap Fuel
Leaks"/>
                <pollutantprocessassociation pollutantkey="87"
pollutantname="Volatile Organic Compounds" processkey="15" processname="Crankcase
Running Exhaust"/>
        </pollutantprocessassociations>
        <databaseselections>
        </databaseselections>
        <internalcontrolstrategies>
<internalcontrolstrategy
classname="gov.epa.otaq.moves.master.implementation.ghg.internalcontrolstrategies.ra
teofprogress.RateOfProgressStrategy"><![CDATA[
useParameters    No

]]></internalcontrolstrategy>
        </internalcontrolstrategies>
        <inputdatabase servername="" databasename="" description=""/>
        <uncertaintyparameters uncertaintymodeenabled="false"
numberofrunspersimulation="0" numberofsimulations="0"/>
        <geographicoutputdetail description="COUNTY"/>
```

00046392

```
                    2040_MSAT_495270MLS_NOBUILD_ALT13C
        <outputemissionsbreakdownselection>
                <modelyear selected="false"/>
                <fueltype selected="true"/>
                <fuelsubtype selected="false"/>
                <emissionprocess selected="false"/>
                <onroadoffroad selected="true"/>
                <roadtype selected="true"/>
                <sourceusetype selected="false"/>
                <movesvehicletype selected="false"/>
                <onroadscc selected="false"/>
                <estimateuncertainty selected="false" numberOfIterations="2"
keepSampledData="false" keepIterations="false"/>
                <sector selected="false"/>
                <engtechid selected="false"/>
                <hpclass selected="false"/>
                <regclassid selected="false"/>
        </outputemissionsbreakdownselection>
        <outputdatabase servername=""
databasename="2040_495270mls_nobuild_alt13c_msat_out" description=""/>
        <outputtimestep value="24-Hour Day"/>
        <outputvmtdata value="true"/>
        <outputsho value="false"/>
        <outputsh value="false"/>
        <outputshp value="false"/>
        <outputshidling value="false"/>
        <outputstarts value="false"/>
        <outputpopulation value="false"/>
        <scaleinputdatabase servername="localhost"
databasename="2040_495270mls_alt13c_nobuild_msat_in" description=""/>
        <pmsize value="0"/>
        <outputfactors>
                <timefactors selected="true" units="Days"/>
                <distancefactors selected="true" units="Miles"/>
                <massfactors selected="true" units="Grams" energyunits="Joules"/>
        </outputfactors>
        <savedata>

        </savedata>

        <donotexecute>

        </donotexecute>

        <generatordatabase shouldsave="false" servername="" databasename=""
description=""/>
                <donotperformfinalaggregation selected="false"/>
        <lookuptableflags scenarioid="" truncateoutput="true"
truncateactivity="true" truncatebaserates="true"/>
```

**Page 328 of 329**

00046393

2040_MSAT_495270MLS_NOBUILD_ALT13C

```
</runspec>
```

00046394

00046395



# MSAT Timeline and Air Quality Analysis Process

10/18
MWCOG & TPB Adopt 2.3.70

6/1/2018
MWCOG/TPB shares

| 2017 – Q4 | 2018 – Q1 | 2018 – Q2 | 2018 – Q3 | 2018 – Q4 | 2019 – Q1 | 2019 – Q2 |

10/1/2017    1/1/2018    4/1/2018    7/1/2018    10/1/2018    1/1/2019    4/1/2019    7/1/2019

2/23/2018
MWCOG/TPB 2.3.7.1 Validation Complete

MDOT SHA shares 2025 and 2040 Build Model Alternatives with Air Quality Analysis Team
Use FHWA Guidance to Identify Affected Networks

7/1/2018    10/1/2018    1/1/2019
6/10/2018                                        3/31/2019

## Air Quality Analysis Process to Identify Affected Networks

**MDOT SHA Provides Alternative**

**Identify Facility Types**

**Flag Congested and Uncongested Highway Links based on FHWA Criteria**

**Export to Shapefile**

**MSAT Affected Network**

**Convert Time Period to Hourly Volume**

**Calculate Travel Times**

**Flag Travel Time Highway Links based on FHWA Criteria**

**Calculate Vehicles per lane per Hour**

**Identify Group Type For MOVES & HPMS**

- Changes of ± 5% or more in AADT on congested highway links of LOS D or worse;
- Changes of ± 10% or more in AADT on uncongested highway links of LOS C or better;
- Changes of ± 10% or more in travel time; and
- Changes of ± 10% or more in intersection delay.

00046396

00046397

## Segments Expecting Meaningful Changes in Emissions

### 2040 Alternative 5: One HOT Managed Lane Network

Criteria and Document Legend

1. Congested % Difference: Changes of ± 5% or more in AADT on congested highway links of LOS D or worse
2. Free Flow % Difference: Changes of ± 10% or more in AADT on uncongested highway links of LOS C or better;
3. Travel Time AM/PM: Changes of ± 10% or more in travel time; and
d. Not Presented: Changes of ± 10% or more in intersection delay.

Highlighted locations meet the criteria[1]

1. https://www.fhwa.dot.gov/environment/air_quality/air_toxics/policy_and_guidance/moves_msat_faq.cfm

| Roadway \| State \| LinkID | Congested % Difference | Free Flow % Difference | Travel Time % Difference (AM) | Travel Time % Difference (PM) |
|---|---|---|---|---|
| **District of Columbia** | | | | |
| **10th St SW** | | | | |
| 61369 | 0% | 22% | 0% | 0% |
| **13th St NW** | | | | |
| 7478 | 0% | 0% | 3% | 13% |
| 16064 | 1% | 0% | 12% | -3% |
| 52075 | 12% | 0% | 2% | 3% |
| 77912 | 1% | 0% | 3% | 13% |
| 77913 | 0% | 0% | 2% | 14% |
| 77945 | 1% | 0% | 2% | 14% |
| 78708 | 0% | 13% | 0% | 4% |
| **14th St NW** | | | | |
| 8416 | 2% | 0% | 3% | 16% |
| 44643 | 5% | 0% | 3% | 1% |
| 69332 | 0% | 15% | 0% | 0% |
| 74148 | 0% | 22% | 0% | 0% |
| **16th St NW** | | | | |
| 17033 | 13% | 0% | 3% | 1% |
| 60423 | 6% | 0% | 6% | 1% |
| **17th St NW** | | | | |
| 15543 | 6% | 0% | 4% | 1% |
| 58731 | 6% | 0% | 0% | 1% |
| 60147 | 6% | 0% | 0% | 1% |
| **18th St NW** | | | | |
| 37607 | 6% | 0% | 3% | 2% |
| 78923 | 0% | 12% | 1% | 0% |
| **19th St NE** | | | | |
| 79156 | 0% | 41% | 1% | 0% |
| **24th St NW** | | | | |
| 298 | 5% | 0% | 0% | 4% |
| **34th St NW** | | | | |
| 78762 | 0% | 10% | 0% | 0% |
| **40th St NE** | | | | |
| 60683 | 0% | 13% | 0% | 3% |
| 60684 | 0% | 17% | 1% | 0% |
| **42nd St NW** | | | | |
| 78789 | 0% | 12% | 0% | 1% |

00046398

| Roadway \| State \| LinkID | Congested % Difference | Free Flow % Difference | Travel Time % Difference (AM) | Travel Time % Difference (PM) |
|---|---|---|---|---|
| **44th St NW** | | | | |
| 8163 | 6% | 0% | 0% | 2% |
| 78877 | 0% | 18% | -1% | 0% |
| 78878 | 0% | 12% | -2% | 0% |
| 78879 | 0% | 30% | -2% | 0% |
| **4th St NW** | | | | |
| 78059 | 0% | 11% | 0% | 0% |
| **53rd St SE** | | | | |
| 79066 | 0% | 16% | 0% | 1% |
| **5th St NW** | | | | |
| 77893 | 5% | 0% | 1% | 2% |
| **7th St NW** | | | | |
| 74151 | 1% | 0% | 5% | 12% |
| **8th St NE** | | | | |
| 60136 | 3% | 0% | 8% | 11% |
| **8th St SE** | | | | |
| 16275 | 0% | 181% | 0% | 0% |
| **9th St NE** | | | | |
| 58437 | 3% | 0% | 7% | 11% |
| **9th St NW** | | | | |
| 58978 | 0% | 25% | 0% | 0% |
| **Alabama Ave SE** | | | | |
| 58087 | 1% | 0% | 12% | 4% |
| **Alaska Ave NW** | | | | |
| 78736 | 0% | 10% | 0% | 0% |
| **Arizona Ave NW** | | | | |
| 41435 | 4% | 0% | 20% | 14% |
| **Arlington Memorial Brg** | | | | |
| 30416 | 0% | 12% | 0% | 0% |
| **Canal Rd NW** | | | | |
| 15550 | 0% | 14% | 0% | 0% |
| 23511 | 0% | 14% | 0% | 0% |
| **Capital Beltway** | | | | |
| 19588 | 2% | 0% | -5% | -13% |
| **Central Ave SE** | | | | |
| 79050 | 0% | 12% | 0% | -1% |
| **Chestnut St NW** | | | | |
| 23583 | 0% | 200% | 0% | 0% |
| **Clara Barton Pkwy NW** | | | | |
| 15395 | 3% | 0% | 15% | 11% |
| **Columbia Rd NW** | | | | |
| 10134 | 2% | 0% | 11% | 3% |
| 12475 | 2% | 0% | 10% | 3% |
| **Connecticut Ave NW** | | | | |
| 46317 | 0% | 12% | 0% | 0% |
| 66347 | 1% | 0% | 13% | 3% |
| **DC Hwy 295** | | | | |
| 4313 | 1% | 0% | 4% | 14% |
| **Division Ave NE** | | | | |
| 61621 | 0% | 10% | 2% | 6% |

00046399

| Roadway \| State \| LinkID | Congested % Difference | Free Flow % Difference | Travel Time % Difference (AM) | Travel Time % Difference (PM) |
|---|---|---|---|---|
| **Drake Pl SE** | | | | |
| 79063 | 0% | 16% | 0% | 1% |
| **Dupont Cir NW** | | | | |
| 59589 | 1% | 0% | 10% | 0% |
| **E Capitol St SE** | | | | |
| 18946 | 0% | 11% | 0% | 3% |
| 73984 | 0% | 17% | 2% | 0% |
| **E St NW** | | | | |
| 18644 | 1% | 0% | 1% | 15% |
| **Eastern Ave NE** | | | | |
| 1951 | 1% | 0% | 11% | 7% |
| 9580 | 2% | 0% | 14% | 6% |
| 15994 | 2% | 0% | 10% | 15% |
| 40365 | 1% | 0% | 12% | 10% |
| 63642 | 2% | 0% | 12% | 9% |
| **F St SE** | | | | |
| 79062 | 0% | 16% | 0% | 1% |
| **Florida Ave NE** | | | | |
| 29426 | 2% | 0% | 2% | 10% |
| **Florida Ave NW** | | | | |
| 13037 | 3% | 0% | 0% | 11% |
| **Foxhall Rd NW** | | | | |
| 57734 | 1% | 0% | 13% | 0% |
| 73797 | 2% | 0% | 12% | 0% |
| 78862 | 1% | 0% | 13% | 0% |
| **George Washington Memorial Pkwy** | | | | |
| 33685 | 0% | 0% | 0% | 17% |
| **Georgia Ave NW** | | | | |
| 40245 | 1% | 0% | 13% | 3% |
| **Girard St NW** | | | | |
| 62441 | 1% | 0% | 2% | 15% |
| **Glenbrook Rd NW** | | | | |
| 3261 | 0% | 117% | 0% | 0% |
| 3262 | 0% | 62% | 0% | 0% |
| **I- 495** | | | | |
| 19589 | 1% | 0% | -12% | -3% |
| 25781 | 1% | 0% | -14% | 0% |
| **Independence Ave SE** | | | | |
| 29097 | 0% | 199% | 0% | 0% |
| **Indiana Ave NW** | | | | |
| 78177 | 5% | 0% | 1% | 3% |
| **Kenilworth Ave NE** | | | | |
| 17843 | 1% | 0% | 13% | 9% |
| 31339 | 6% | 0% | 6% | 3% |
| 63890 | 1% | 0% | 13% | 9% |
| 70336 | 0% | 43% | 0% | 0% |
| **Klingle Rd NW** | | | | |
| 9933 | 6% | 0% | 0% | 5% |
| 18189 | 6% | 0% | 4% | 0% |
| **Livingston Rd SE** | | | | |

00046400

| Roadway \| State \| LinkID | Congested % Difference | Free Flow % Difference | Travel Time % Difference (AM) | Travel Time % Difference (PM) |
|---|---|---|---|---|
| 78539 | 0% | 12% | 0% | 2% |
| **M St NE** | | | | |
| 79160 | 0% | 41% | 2% | 0% |
| 79161 | 0% | 41% | 2% | 0% |
| **Macarthur Blvd NW** | | | | |
| 25539 | 3% | 0% | 12% | 6% |
| 31684 | 10% | 0% | 9% | 5% |
| 40367 | 7% | 0% | 1% | 0% |
| 40866 | 7% | 0% | 1% | 1% |
| 50146 | 8% | 0% | 1% | 4% |
| 58985 | 10% | 0% | 8% | 5% |
| **Massachusetts Ave NW** | | | | |
| 78058 | 0% | 11% | 0% | 1% |
| 78469 | 0% | 11% | 0% | -1% |
| **Massachusetts Ave SE** | | | | |
| 9841 | 1% | 0% | 12% | 4% |
| 34801 | 7% | 0% | 4% | 1% |
| 69513 | 7% | 0% | 4% | 1% |
| **Mississippi Ave SE** | | | | |
| 14565 | 0% | 12% | 1% | 3% |
| **Missouri Ave NW** | | | | |
| 28512 | 6% | 0% | 8% | 4% |
| **Montana Ave NE** | | | | |
| 43276 | 1% | 0% | 2% | 12% |
| **N Capitol St NE** | | | | |
| 3253 | 7% | 0% | 0% | 3% |
| **N Capitol St NW** | | | | |
| 78074 | 1% | 0% | 3% | 10% |
| 78075 | 1% | 0% | 3% | 11% |
| **Naylor Rd SE** | | | | |
| 2844 | 1% | 0% | 0% | 11% |
| 16283 | 2% | 0% | 4% | 12% |
| 22008 | 1% | 0% | 7% | 11% |
| 32998 | 0% | 0% | 12% | -1% |
| 51786 | 1% | 0% | 4% | 15% |
| **New York Ave NW** | | | | |
| 9216 | 1% | 0% | 2% | 11% |
| 69611 | 0% | 14% | 0% | 0% |
| 74145 | 0% | 16% | 0% | 0% |
| **O St NE** | | | | |
| 2756 | 1% | 0% | 2% | 10% |
| **O St NW** | | | | |
| 78475 | 5% | 0% | 1% | 2% |
| **Ohio Dr SW** | | | | |
| 49093 | 0% | 14% | 0% | 0% |
| **P St NW** | | | | |
| 3199 | 6% | 0% | 1% | 0% |
| **Q St NW** | | | | |
| 59287 | 0% | 0% | 0% | -18% |
| **Reno Rd NW** | | | | |

| Roadway \| State \| LinkID | Congested % Difference | Free Flow % Difference | Travel Time % Difference (AM) | Travel Time % Difference (PM) |
|---|---|---|---|---|
| 31070 | 7% | 0% | 0% | 1% |
| 40369 | 7% | 0% | 0% | 1% |
| **Reservoir Rd NW** | | | | |
| 8162 | 6% | 0% | 0% | 0% |
| 25246 | 6% | 0% | 0% | 0% |
| 60728 | 6% | 0% | 0% | 2% |
| **Rhode Island Ave NE** | | | | |
| 30679 | 2% | 0% | 4% | 12% |
| **Rhode Island Ave NW** | | | | |
| 1656 | 1% | 0% | 12% | 3% |
| 18417 | 1% | 0% | 3% | 10% |
| 74696 | 1% | 0% | 2% | 11% |
| 75121 | 1% | 0% | 2% | 11% |
| **Rock Creek Church Rd NW** | | | | |
| 30092 | 5% | 0% | 4% | 2% |
| **Rock Creek Pkwy NW** | | | | |
| 23728 | 5% | 0% | 0% | 4% |
| **Rock Crk and Potomac Pkwy NW** | | | | |
| 59890 | 6% | 0% | 1% | 0% |
| **S Arlington Blvd** | | | | |
| 43859 | 0% | 0% | 0% | 17% |
| **Sargent Rd NE** | | | | |
| 30241 | 1% | 0% | 2% | 10% |
| **Southern Ave SE** | | | | |
| 5934 | 2% | 0% | 1% | 15% |
| **Spring Rd NW** | | | | |
| 46181 | 12% | 0% | 2% | 2% |
| 78720 | 0% | 15% | 0% | 0% |
| 78721 | 0% | 13% | 0% | 0% |
| **Stanton Rd SE** | | | | |
| 70707 | 3% | 0% | 0% | 10% |
| **T St NW** | | | | |
| 7046 | 0% | 0% | 2% | 11% |
| 14871 | 5% | 0% | 5% | 0% |
| **Texas Ave SE** | | | | |
| 62578 | 0% | 11% | 1% | 3% |
| **University Pl NW** | | | | |
| 77979 | 5% | 0% | 2% | 2% |
| **US Hwy 1 Alt** | | | | |
| 29212 | 1% | 0% | 3% | 12% |
| **US Hwy 50** | | | | |
| 23516 | 2% | 0% | 11% | 1% |
| 36930 | 1% | 0% | 3% | 13% |
| **Virginia Ave SE** | | | | |
| 78258 | 0% | 1% | -14% | 0% |
| **Warder St NW** | | | | |
| 78701 | 0% | 20% | 0% | 0% |
| **Washington Blvd** | | | | |
| 16446 | 0% | 1% | 3% | 11% |
| **Wisconsin Ave NW** | | | | |

00046402

| Roadway \| State \| LinkID | Congested % Difference | Free Flow % Difference | Travel Time % Difference (AM) | Travel Time % Difference (PM) |
|---|---|---|---|---|
| 8588 | 1% | 0% | 15% | 4% |
| 12826 | 5% | 0% | 0% | 1% |
| 13193 | 5% | 0% | 0% | 0% |
| 38275 | 8% | 0% | 1% | 0% |
| 53757 | 1% | 0% | 14% | 4% |
| 60178 | 2% | 0% | 10% | 1% |
| 78413 | 1% | 0% | 15% | 4% |
| **Wise Rd NW** | | | | |
| 1555 | 2% | 0% | 16% | 5% |
| **Maryland** | | | | |
| **23rd Ave** | | | | |
| 59623 | 6% | 0% | 8% | 9% |
| **39th Ave** | | | | |
| 80336 | 0% | 27% | 0% | 1% |
| 80338 | 0% | 12% | 1% | 0% |
| 80356 | 0% | 12% | 2% | 3% |
| **42nd Ave** | | | | |
| 80278 | 5% | 0% | 8% | 3% |
| 80295 | 0% | 16% | 2% | 0% |
| 80296 | 0% | 15% | 0% | 1% |
| 80300 | 0% | 11% | 5% | 3% |
| 80307 | 6% | 0% | 1% | 6% |
| 80309 | 7% | 0% | 9% | 2% |
| **55th Ave** | | | | |
| 80429 | 0% | 15% | 2% | 0% |
| 80431 | 0% | 21% | 0% | 1% |
| 80432 | 0% | 10% | 0% | 2% |
| **75th Ave** | | | | |
| 12052 | 6% | 0% | 1% | 12% |
| 34932 | 7% | 0% | 5% | 1% |
| 79988 | 6% | 0% | 2% | 8% |
| 79990 | 0% | 10% | 4% | 4% |
| **94th Ave** | | | | |
| 64133 | 0% | 16% | 3% | 2% |
| **96th Ave** | | | | |
| 80560 | 0% | 10% | 1% | 1% |
| **Addison Rd S** | | | | |
| 32810 | 0% | 13% | 1% | 1% |
| 49007 | 0% | 17% | 3% | 0% |
| **Adelphi Rd** | | | | |
| 51496 | 2% | 0% | 8% | 12% |
| **Alcona St** | | | | |
| 24801 | 0% | 14% | 1% | 2% |
| 79594 | 0% | 200% | 0% | 0% |
| 79596 | 0% | 60% | 0% | 0% |
| **Aldershot Dr** | | | | |
| 16714 | 4% | 0% | 0% | 11% |
| 55065 | 6% | 0% | 9% | 1% |
| **Allentown Rd** | | | | |
| 4873 | 0% | 11% | 0% | 2% |

00046403

| Roadway \| State \| LinkID | Congested % Difference | Free Flow % Difference | Travel Time % Difference (AM) | Travel Time % Difference (PM) |
|---|---|---|---|---|
| 5824 | 3% | 0% | 11% | 5% |
| 12586 | 3% | 0% | 6% | 29% |
| 25504 | 3% | 0% | 9% | 11% |
| 41879 | 1% | 0% | 18% | 9% |
| 61211 | 0% | 10% | -5% | -1% |
| **Ammendale Rd** | | | | |
| 11126 | 0% | 13% | -3% | -2% |
| 11127 | 0% | 12% | 0% | -4% |
| 11129 | 0% | 13% | -3% | -2% |
| 11130 | 0% | 12% | -5% | -2% |
| 11131 | 0% | 13% | 0% | -4% |
| 62971 | 0% | 13% | 0% | -5% |
| **Arbor St** | | | | |
| 79995 | 0% | 12% | 2% | 3% |
| 79996 | 0% | 15% | 2% | 2% |
| **Aris T Allen Blvd** | | | | |
| 13573 | 0% | 0% | 2% | 12% |
| **Baltimore Rd** | | | | |
| 36592 | 0% | 11% | 3% | 2% |
| **Baltimore Washington Pkwy** | | | | |
| 21293 | 0% | 96% | 0% | 0% |
| 40912 | 0% | 200% | 0% | 0% |
| **Barker Pl** | | | | |
| 79595 | 0% | 200% | 0% | 0% |
| 79597 | 0% | 93% | -2% | 0% |
| **Beach Dr** | | | | |
| 18878 | 5% | 0% | 1% | 10% |
| **Beaver Dam Rd** | | | | |
| 16009 | 10% | 0% | 5% | 4% |
| 24504 | 10% | 0% | 6% | 5% |
| **Bel Pre Rd** | | | | |
| 73081 | 2% | 0% | 13% | 1% |
| **Belle Grove Rd** | | | | |
| 5013 | 1% | 0% | -12% | 0% |
| 29522 | 1% | 0% | -11% | 0% |
| **Bradley Blvd** | | | | |
| 624 | 7% | 0% | 5% | 3% |
| 19054 | 7% | 0% | 2% | 16% |
| 37196 | 0% | 0% | 14% | -3% |
| 49712 | 1% | 0% | 7% | 19% |
| 53152 | 1% | 0% | 6% | 10% |
| 53163 | 2% | 0% | 15% | 1% |
| 79255 | 6% | 0% | 0% | 1% |
| **Brae Brooke Dr** | | | | |
| 16307 | 0% | 14% | 8% | 8% |
| **Briggs Chaney Rd** | | | | |
| 37537 | 5% | 0% | 11% | 2% |
| 51634 | 0% | 14% | 0% | 0% |
| 56332 | 0% | 11% | 6% | 1% |
| **Brightseat Rd** | | | | |

| Roadway \| State \| LinkID | Congested % Difference | Free Flow % Difference | Travel Time % Difference (AM) | Travel Time % Difference (PM) |
|---|---|---|---|---|
| 10558 | 0% | 15% | 0% | 1% |
| 14700 | 5% | 0% | 20% | 5% |
| 21548 | 0% | 20% | 1% | 2% |
| 22780 | 0% | 15% | 0% | 2% |
| 22781 | 0% | 36% | 5% | 3% |
| 22792 | 0% | 12% | 2% | 3% |
| 24279 | 0% | 17% | 0% | 1% |
| 25648 | 5% | 0% | 3% | 20% |
| 28213 | 0% | 46% | 3% | 2% |
| 34593 | 0% | 21% | 2% | 0% |
| 59051 | 0% | 36% | 4% | 2% |
| 68771 | 0% | 47% | 4% | 3% |
| 77234 | 0% | 14% | 1% | 3% |
| **Broad Run Rd** | | | | |
| 17147 | 0% | 10% | 0% | 0% |
| **Brown Rd** | | | | |
| 48996 | 0% | 28% | 1% | 5% |
| **Brown Station Rd** | | | | |
| 20742 | 0% | 35% | 5% | 7% |
| 20743 | 0% | 41% | 5% | 7% |
| 20744 | 0% | 18% | 3% | 3% |
| 20745 | 0% | 20% | 3% | 3% |
| 20764 | 0% | 10% | 0% | 1% |
| 65178 | 0% | 20% | 0% | 1% |
| **Brunett Ave** | | | | |
| 25776 | 6% | 0% | 1% | 2% |
| **Burdette Rd** | | | | |
| 6495 | 5% | 0% | 18% | 1% |
| 26063 | 11% | 0% | 3% | 24% |
| 51768 | 7% | 0% | 17% | 1% |
| 65132 | 11% | 0% | 2% | 22% |
| **Calverton Blvd** | | | | |
| 42957 | 1% | 0% | 12% | 0% |
| **Campus Dr** | | | | |
| 9761 | 1% | 0% | 14% | 5% |
| **Campus Way N** | | | | |
| 77235 | 7% | 0% | -1% | 3% |
| 77236 | 7% | 0% | 1% | 7% |
| **Campus Way S** | | | | |
| 23127 | 0% | 13% | 3% | 1% |
| 49020 | 0% | 18% | 1% | 5% |
| **Capital Beltway** | | | | |
| 2624 | 11% | 0% | 71% | 96% |
| 2625 | 1% | 0% | 16% | 15% |
| 6219 | 0% | 238% | 5% | 1% |
| 6524 | 11% | 0% | 100% | 83% |
| 6819 | 0% | 3% | 2% | 11% |
| 6820 | 1% | 0% | 26% | 16% |
| 6821 | 3% | 0% | -1% | 26% |
| 6822 | 0% | 3% | 4% | 13% |

00046405

| Roadway \| State \| LinkID | Congested % Difference | Free Flow % Difference | Travel Time % Difference (AM) | Travel Time % Difference (PM) |
|---|---|---|---|---|
| 6824 | 2% | 0% | 5% | 18% |
| 6827 | 1% | 0% | 20% | 8% |
| 6830 | 2% | 0% | 17% | 17% |
| 6831 | 0% | 9% | -21% | -24% |
| 6832 | 11% | 0% | -30% | -48% |
| 7119 | 2% | 0% | 17% | 17% |
| 7120 | 0% | 0% | 13% | 15% |
| 7123 | 2% | 0% | 17% | 5% |
| 7773 | 8% | 0% | 53% | 49% |
| 8715 | 8% | 0% | 69% | 60% |
| 8718 | 0% | 4% | 31% | 4% |
| 8719 | 17% | 0% | -30% | -13% |
| 10252 | 3% | 0% | -2% | -18% |
| 10254 | 0% | 200% | 0% | 0% |
| 10257 | 0% | 680% | -3% | -1% |
| 10513 | 1% | 0% | 13% | 25% |
| 11033 | 0% | 1% | 14% | 25% |
| 14058 | 5% | 0% | 3% | 29% |
| 16672 | 0% | 600% | -5% | -5% |
| 17226 | 1% | 0% | 15% | 13% |
| 19276 | 0% | 15% | 0% | 0% |
| 19277 | 1% | 0% | -22% | 16% |
| 25418 | 1% | 0% | 10% | 5% |
| 25419 | 0% | 0% | 21% | 13% |
| 25426 | 0% | 14% | 0% | 0% |
| 34319 | 9% | 0% | 66% | 86% |
| 35426 | 9% | 0% | -43% | -39% |
| 37141 | 2% | 0% | 18% | 35% |
| 37544 | 3% | 0% | 4% | 34% |
| 41598 | 0% | 18% | 0% | 0% |
| 43010 | 9% | 0% | 32% | 57% |
| 43317 | 1% | 0% | -12% | -3% |
| 43763 | 2% | 0% | 18% | 35% |
| 45001 | 0% | 12% | 1% | 26% |
| 46648 | 0% | 3% | -5% | -23% |
| 52567 | 8% | 0% | 52% | 80% |
| 52945 | 0% | 0% | 4% | -32% |
| 53312 | 0% | 11% | -14% | -33% |
| 55255 | 2% | 0% | 33% | 0% |
| 55619 | 1% | 0% | 22% | 17% |
| 55626 | 0% | 213% | -1% | -4% |
| 58650 | 0% | 0% | -3% | -11% |
| 59353 | 0% | 47% | 0% | 1% |
| 59354 | 9% | 0% | 32% | 57% |
| 59356 | 0% | 407% | 49% | 0% |
| 59366 | 4% | 0% | 2% | 30% |
| 59644 | 1% | 0% | -3% | 17% |
| 59654 | 18% | 0% | -17% | -40% |
| 68592 | 0% | 200% | -12% | -22% |
| 68593 | 0% | 29600% | -6% | -5% |

| Roadway \| State \| LinkID | Congested % Difference | Free Flow % Difference | Travel Time % Difference (AM) | Travel Time % Difference (PM) |
|---|---|---|---|---|
| 69021 | 8% | 0% | 53% | 49% |
| 70513 | 1% | 0% | -22% | 16% |
| **Cedar Ln** | | | | |
| 26478 | 2% | 0% | 1% | 13% |
| 52561 | 2% | 0% | 1% | 13% |
| **Cherry Hill Rd** | | | | |
| 6299 | 4% | 0% | -5% | -10% |
| 33802 | 4% | 0% | -5% | -11% |
| 50719 | 3% | 0% | -2% | -11% |
| 53692 | 3% | 0% | -2% | -11% |
| 62078 | 3% | 0% | -1% | -11% |
| **Cherry Ln** | | | | |
| 1326 | 0% | 46% | -2% | 0% |
| **Cherry Tree Crossing Rd** | | | | |
| 49515 | 0% | 10% | -1% | 0% |
| **Cheverly Ave** | | | | |
| 59776 | 0% | 12% | 3% | 3% |
| **Church Rd** | | | | |
| 15956 | 0% | 13% | 3% | 1% |
| 16238 | 0% | 13% | 3% | 1% |
| 16239 | 0% | 10% | 3% | 1% |
| 16638 | 0% | 15% | 3% | 5% |
| 17739 | 0% | 23% | 7% | 5% |
| 20756 | 0% | 19% | 1% | 3% |
| 27106 | 0% | 23% | 3% | 2% |
| 33229 | 0% | 19% | 1% | 3% |
| 45305 | 0% | 20% | 7% | 5% |
| 53702 | 0% | 17% | 2% | 5% |
| 55147 | 0% | 13% | 6% | 11% |
| 55148 | 0% | 13% | 5% | 11% |
| 58009 | 0% | 13% | 5% | 11% |
| 59320 | 0% | 13% | 5% | 11% |
| 64150 | 0% | 16% | 1% | 3% |
| 65171 | 0% | 16% | 2% | 4% |
| 67960 | 0% | 17% | 1% | 2% |
| **Cindy Ln** | | | | |
| 79811 | 0% | 20% | 3% | 1% |
| **Claggett Landing Rd** | | | | |
| 73254 | 1% | 0% | 11% | 3% |
| **Clara Barton Pkwy** | | | | |
| 52785 | 6% | 0% | 1% | -3% |
| 59355 | 1% | 0% | -25% | 14% |
| 60086 | 0% | 0% | -15% | 0% |
| **College Pkwy** | | | | |
| 75594 | 0% | 20% | -2% | 0% |
| **Columbia Park Rd** | | | | |
| 25355 | 4% | 0% | 10% | 11% |
| **Contee Rd** | | | | |
| 1043 | 0% | 29% | -3% | 0% |
| **County Rd** | | | | |

| Roadway \| State \| LinkID | Congested % Difference | Free Flow % Difference | Travel Time % Difference (AM) | Travel Time % Difference (PM) |
|---|---|---|---|---|
| 54074 | 3% | 0% | 14% | 11% |
| 67060 | 2% | 0% | 8% | 16% |
| **Crain Hwy** | | | | |
| 14759 | 1% | 0% | 15% | 4% |
| 14760 | 2% | 0% | 12% | 7% |
| 17046 | 4% | 0% | 6% | 10% |
| 19078 | 3% | 0% | 10% | 5% |
| 20364 | 2% | 0% | 11% | 4% |
| 25221 | 2% | 0% | 7% | 13% |
| 33216 | 2% | 0% | 9% | 15% |
| 54461 | 1% | 0% | 7% | 13% |
| 59046 | 3% | 0% | 15% | 9% |
| 61638 | 2% | 0% | 11% | 5% |
| 63879 | 2% | 0% | 4% | 11% |
| 71337 | 2% | 0% | 10% | 17% |
| **Crescent Rd** | | | | |
| 22463 | 1% | 0% | 3% | 13% |
| 28807 | 3% | 0% | 17% | 9% |
| **Crest Ave** | | | | |
| 80033 | 0% | 57% | 0% | 1% |
| **Dale Dr** | | | | |
| 54293 | 0% | 11% | 2% | 3% |
| **Darcy Rd** | | | | |
| 32636 | 0% | 15% | 10% | 4% |
| 33832 | 0% | 11% | 0% | 4% |
| 45686 | 0% | 13% | 4% | 3% |
| **Darnestown Rd** | | | | |
| 57378 | 5% | 0% | 2% | 1% |
| **Dateleaf Ave** | | | | |
| 79881 | 0% | 34% | -1% | 0% |
| 79882 | 0% | 69% | -1% | 0% |
| **Decatur St** | | | | |
| 80271 | 0% | 21% | 3% | 8% |
| 80272 | 0% | 30% | 10% | 3% |
| **Democracy Blvd** | | | | |
| 5967 | 10% | 0% | 12% | 0% |
| 6218 | 8% | 0% | -1% | 28% |
| 18071 | 0% | 50% | 0% | 1% |
| 19271 | 0% | 2% | 0% | -20% |
| 25424 | 20% | 0% | 0% | 15% |
| 26665 | 5% | 0% | 1% | 13% |
| 28454 | 0% | 15% | -1% | 2% |
| 63217 | 2% | 0% | 34% | -3% |
| 72716 | 10% | 0% | -19% | -3% |
| **Devon Rd** | | | | |
| 53910 | 0% | 11% | 2% | 3% |
| **Dwight D Eisenhower Hwy** | | | | |
| 37282 | 0% | 11% | 0% | 0% |
| 47337 | 17% | 0% | -30% | -13% |
| 66784 | 0% | 73% | 3% | 71% |

00046408

| Roadway \| State \| LinkID | Congested % Difference | Free Flow % Difference | Travel Time % Difference (AM) | Travel Time % Difference (PM) |
|---|---|---|---|---|
| 67073 | 0% | 57% | 4% | 73% |
| 67077 | 0% | 57% | 4% | 73% |
| 67083 | 0% | 57% | 4% | 73% |
| 69882 | 17% | 0% | -30% | -13% |
| **E Jefferson St** | | | | |
| 33917 | 0% | 12% | -1% | -4% |
| **E Patrick St** | | | | |
| 75635 | 0% | 100% | 0% | 0% |
| **E Randolph Rd** | | | | |
| 8397 | 0% | 0% | 12% | -3% |
| **E West Hwy** | | | | |
| 8494 | 3% | 0% | 9% | 24% |
| 14732 | 2% | 0% | 12% | 8% |
| 21767 | 6% | 0% | 4% | 10% |
| 32171 | 2% | 0% | 3% | 12% |
| 57826 | 2% | 0% | 10% | 11% |
| 59622 | 4% | 0% | 4% | 11% |
| **Earnshaw Dr** | | | | |
| 57764 | 0% | 14% | 0% | 1% |
| 57765 | 0% | 26% | 0% | 1% |
| **Edwards Ferry Rd** | | | | |
| 79478 | 0% | 15% | 0% | 1% |
| **Enterprise Rd** | | | | |
| 19227 | 6% | 0% | 10% | 8% |
| 36043 | 6% | 0% | 14% | 15% |
| 56261 | 5% | 0% | 11% | 3% |
| 71017 | 7% | 0% | 10% | 11% |
| 74057 | 5% | 0% | 0% | 23% |
| **Fairland Rd** | | | | |
| 8089 | 3% | 0% | -1% | -11% |
| 50730 | 3% | 0% | 14% | 1% |
| **Falls Rd** | | | | |
| 5991 | 2% | 0% | -1% | 19% |
| 32244 | 5% | 0% | 6% | 9% |
| **Fernwood Rd** | | | | |
| 83 | 0% | 22% | 8% | 2% |
| 6474 | 0% | 16% | 4% | 8% |
| 26094 | 5% | 0% | 1% | -9% |
| 62004 | 6% | 0% | -4% | 4% |
| 64820 | 5% | 0% | 1% | -9% |
| 64821 | 7% | 0% | 2% | -40% |
| 65124 | 6% | 0% | -4% | 4% |
| **Fish Hatchery Rd** | | | | |
| 25264 | 0% | 11% | 0% | 0% |
| **Fletchertown Rd** | | | | |
| 80583 | 0% | 12% | 0% | -2% |
| **Forest Rd** | | | | |
| 19286 | 0% | 14% | 2% | 3% |
| 60055 | 0% | 10% | 1% | 1% |
| 80002 | 0% | 27% | 0% | 1% |

| Roadway \| State \| LinkID | Congested % Difference | Free Flow % Difference | Travel Time % Difference (AM) | Travel Time % Difference (PM) |
|---|---|---|---|---|
| 80005 | 0% | 21% | 0% | 1% |
| 80034 | 0% | 57% | 0% | 1% |
| **Forestville Rd** | | | | |
| 37749 | 4% | 0% | 1% | 24% |
| 65000 | 5% | 0% | 11% | 11% |
| 65833 | 6% | 0% | 24% | 7% |
| 69065 | 3% | 0% | 1% | 16% |
| 75577 | 2% | 0% | 10% | 3% |
| 75578 | 2% | 0% | 10% | -38% |
| 75584 | 0% | 9% | 11% | 3% |
| **Fort Washington Rd** | | | | |
| 24340 | 0% | 12% | 0% | 0% |
| **Frederick Rd** | | | | |
| 15553 | 0% | 0% | -10% | 2% |
| **Frolich Ln** | | | | |
| 55295 | 0% | 15% | 2% | 2% |
| **Gallant Green Rd** | | | | |
| 52022 | 6% | 0% | -3% | 0% |
| 65570 | 5% | 0% | -3% | 0% |
| **Garrett A Morgan Blvd** | | | | |
| 24277 | 0% | 13% | 1% | 2% |
| 28205 | 0% | 17% | 1% | 2% |
| 28212 | 0% | 14% | 1% | 2% |
| 37554 | 0% | 13% | 1% | 2% |
| **Georgia Ave** | | | | |
| 32047 | 0% | 0% | 13% | 2% |
| 72348 | 2% | 0% | 11% | -5% |
| **Gladys Noon Spellman Pkwy** | | | | |
| 8630 | 2% | 0% | 10% | 17% |
| 11444 | 0% | 70% | 0% | 0% |
| 13882 | 2% | 0% | -13% | -3% |
| 14135 | 1% | 0% | 7% | 12% |
| 16988 | 0% | 11% | 0% | -4% |
| 18384 | 2% | 0% | 13% | 14% |
| 43798 | 0% | 10% | 0% | 0% |
| 44068 | 2% | 0% | 9% | 16% |
| 48270 | 2% | 0% | 8% | 13% |
| 48534 | 3% | 0% | 6% | 10% |
| 48609 | 0% | 200% | 0% | 0% |
| 53705 | 2% | 0% | 8% | 13% |
| 54848 | 0% | 27% | 0% | -1% |
| 55216 | 3% | 0% | 11% | 9% |
| 58941 | 1% | 0% | 8% | 10% |
| 58944 | 2% | 0% | 10% | 7% |
| 58945 | 3% | 0% | 11% | 9% |
| 68234 | 0% | 12% | 4% | 10% |
| **Glenarden Pkwy** | | | | |
| 13489 | 10% | 0% | 6% | 17% |
| **Glenn Dale Blvd** | | | | |
| 48891 | 3% | 0% | 2% | 13% |

| Roadway \| State \| LinkID | Congested % Difference | Free Flow % Difference | Travel Time % Difference (AM) | Travel Time % Difference (PM) |
|---|---|---|---|---|
| **Good Luck Rd** | | | | |
| 14137 | 2% | 0% | 8% | 13% |
| 14371 | 3% | 0% | 11% | 9% |
| 21669 | 0% | 21% | 5% | 6% |
| **Greenbelt Rd** | | | | |
| 12058 | 0% | 22% | 1% | 0% |
| 16934 | 0% | 4% | -62% | -19% |
| 30148 | 4% | 0% | 11% | 2% |
| 55223 | 0% | 20% | -1% | 0% |
| 80545 | 0% | 10% | 1% | 4% |
| **Greencastle Rd** | | | | |
| 1540 | 0% | 20% | -2% | 0% |
| 72436 | 0% | 29% | 0% | -4% |
| **Greentree Rd** | | | | |
| 5873 | 8% | 0% | 12% | 0% |
| 9868 | 0% | 14% | 8% | 5% |
| 34982 | 7% | 0% | -1% | 16% |
| 53653 | 9% | 0% | 5% | 13% |
| 66216 | 0% | 15% | 8% | 11% |
| 72625 | 3% | 0% | 11% | -1% |
| **Hanover Pkwy** | | | | |
| 19304 | 0% | 11% | 2% | 1% |
| 30531 | 0% | 18% | 0% | 3% |
| 30532 | 0% | 11% | 2% | 1% |
| 39976 | 0% | 18% | 0% | 3% |
| **Harbour Way** | | | | |
| 75519 | 2% | 0% | 3% | 16% |
| 75520 | 2% | 0% | 14% | 4% |
| **Harry S Truman Dr** | | | | |
| 21527 | 0% | 10% | 2% | 1% |
| 21528 | 0% | 12% | 1% | 3% |
| 23690 | 0% | 13% | 1% | 3% |
| 23971 | 0% | 14% | 1% | 3% |
| 49267 | 4% | 0% | 1% | 10% |
| 67883 | 4% | 0% | 1% | 10% |
| **Harry S Truman Dr N** | | | | |
| 33912 | 6% | 0% | 10% | 10% |
| 71898 | 5% | 0% | 1% | 21% |
| **Hastings Dr** | | | | |
| 24268 | 0% | 15% | 2% | 0% |
| 26629 | 0% | 15% | 2% | 0% |
| **Hessong Bridge Rd** | | | | |
| 48698 | 0% | 11% | 0% | 0% |
| **Holly Springs Dr W** | | | | |
| 58367 | 0% | 10% | 1% | 1% |
| 67056 | 0% | 12% | 1% | 1% |
| **Holter Rd** | | | | |
| 18789 | 0% | 15% | 0% | 0% |
| 46547 | 0% | 37% | 0% | 0% |
| **I- 270** | | | | |

00046411

| Roadway \| State \| LinkID | Congested % Difference | Free Flow % Difference | Travel Time % Difference (AM) | Travel Time % Difference (PM) |
|---|---|---|---|---|
| 2990 | 0% | 2% | -7% | -10% |
| 5926 | 8% | 0% | 6% | 0% |
| 5927 | 9% | 0% | 8% | 1% |
| 11285 | 2% | 0% | -11% | -13% |
| 19193 | 0% | 90% | -2% | 2% |
| 19669 | 0% | 1% | 30% | 0% |
| 22834 | 7% | 0% | -8% | 0% |
| 25127 | 6% | 0% | 0% | 9% |
| 26790 | 0% | 200% | 0% | 1% |
| 27942 | 6% | 0% | -83% | 10% |
| 28056 | 0% | 94% | 121% | -9% |
| 28057 | 0% | 55% | 5% | 27% |
| 28061 | 0% | 65% | 104% | 14% |
| 29074 | 0% | 77% | 85% | 3% |
| 29076 | 0% | 36% | 15% | 91% |
| 29077 | 0% | 199% | 0% | 0% |
| 37540 | 7% | 0% | 5% | -4% |
| 38287 | 0% | 55% | 14% | 70% |
| 41597 | 0% | 13% | 1% | 4% |
| 43474 | 9% | 0% | 3% | 0% |
| 43771 | 0% | 28% | 7% | 2% |
| 46645 | 0% | 11% | 7% | 1% |
| 58033 | 0% | 92% | -20% | 2% |
| 58037 | 0% | 71% | 47% | 14% |
| 58038 | 0% | 186% | 0% | 0% |
| 63899 | 8% | 0% | 16% | 0% |
| 65625 | 0% | 92% | 31% | 11% |
| 65629 | 4% | 0% | -16% | -7% |
| 66587 | 0% | 230% | 16% | 17% |
| 66773 | 0% | 30% | 8% | 8% |
| 67374 | 0% | 40% | 5% | 101% |
| 67375 | 0% | 108% | 27% | -9% |
| 67668 | 0% | 55% | 14% | 70% |
| 67671 | 0% | 92% | 31% | 11% |
| 67677 | 0% | 59% | 14% | 42% |
| 67679 | 0% | 83% | 91% | 11% |
| 67967 | 0% | 65% | 104% | 14% |
| 67968 | 0% | 31% | 15% | 117% |
| 67970 | 0% | 65% | 104% | 14% |
| 67972 | 0% | 46% | 15% | 33% |
| 67977 | 0% | 46% | 15% | 33% |
| 67978 | 0% | 68% | 80% | 14% |
| 67979 | 0% | 46% | 15% | 33% |
| 67981 | 0% | 68% | 80% | 14% |
| 68265 | 0% | 35% | 15% | 99% |
| 68266 | 0% | 68% | 80% | 14% |
| 68272 | 0% | 51% | 15% | 14% |
| 68274 | 0% | 57% | 138% | 14% |
| 68277 | 0% | 44% | 15% | 25% |
| 68559 | 0% | 42% | 15% | 29% |

00046412

| Roadway \| State \| LinkID | Congested % Difference | Free Flow % Difference | Travel Time % Difference (AM) | Travel Time % Difference (PM) |
|---|---|---|---|---|
| 68560 | 0% | 318% | 0% | -7% |
| 68562 | 0% | 60% | 54% | 15% |
| 68566 | 0% | 2% | 0% | -12% |
| 68573 | 0% | 2% | 0% | -12% |
| 68721 | 0% | 51% | 14% | 94% |
| 68725 | 0% | 74% | 44% | 14% |
| 68857 | 0% | 2% | 0% | -12% |
| 70365 | 8% | 0% | 7% | 0% |
| 70367 | 6% | 0% | -1% | 7% |
| 70368 | 7% | 0% | -1% | 25% |
| 70369 | 8% | 0% | 11% | 0% |
| 70751 | 8% | 0% | 7% | 0% |
| **I- 370** | | | | |
| 9353 | 0% | 0% | 15% | -19% |
| 9355 | 0% | 41% | 0% | 0% |
| 41595 | 0% | 56% | 3% | 5% |
| 52380 | 5% | 0% | 12% | 1% |
| **I- 495** | | | | |
| 1190 | 4% | 0% | 8% | 17% |
| 11587 | 4% | 0% | 18% | 46% |
| 11592 | 2% | 0% | 20% | 21% |
| 12346 | 1% | 0% | -20% | -2% |
| 12347 | 1% | 0% | -20% | -2% |
| 14126 | 3% | 0% | 3% | 29% |
| 14676 | 3% | 0% | 12% | 22% |
| 14677 | 0% | 200% | 0% | 0% |
| 14681 | 3% | 0% | 21% | 33% |
| 16745 | 0% | 16% | 1% | 3% |
| 16990 | 2% | 0% | 14% | 27% |
| 16991 | 2% | 0% | 14% | 27% |
| 17216 | 0% | 5% | -47% | -30% |
| 17685 | 5% | 0% | 23% | 39% |
| 17687 | 3% | 0% | 41% | -1% |
| 17688 | 4% | 0% | 16% | 0% |
| 19074 | 4% | 0% | 22% | 44% |
| 19594 | 1% | 0% | -10% | -2% |
| 20076 | 4% | 0% | 26% | 25% |
| 20450 | 1% | 0% | 2% | 16% |
| 20850 | 5% | 0% | 74% | 57% |
| 27933 | 0% | 9% | 6% | 32% |
| 28574 | 0% | 2% | 9% | -11% |
| 28802 | 0% | 4% | 0% | 11% |
| 29807 | 4% | 0% | 51% | 1% |
| 43514 | 3% | 0% | 30% | 24% |
| 47339 | 0% | 3% | 9% | 12% |
| 55221 | 2% | 0% | 34% | 29% |
| 56253 | 2% | 0% | 43% | 19% |
| 56564 | 0% | 11% | -1% | 0% |
| **I- 595** | | | | |
| 12094 | 3% | 0% | -25% | -7% |

00046413

| Roadway \| State \| LinkID | Congested % Difference | Free Flow % Difference | Travel Time % Difference (AM) | Travel Time % Difference (PM) |
|---|---|---|---|---|
| 59578 | 3% | 0% | -21% | -45% |
| **I- 95** | | | | |
| 3357 | 2% | 0% | 11% | 21% |
| 3358 | 0% | 5% | 9% | 15% |
| 3375 | 3% | 0% | 17% | 11% |
| 3376 | 0% | 400% | 0% | 0% |
| 12344 | 2% | 0% | 29% | 36% |
| 12349 | 3% | 0% | -21% | -14% |
| 12603 | 4% | 0% | 39% | 58% |
| 13349 | 3% | 0% | -26% | -49% |
| 13351 | 2% | 0% | 23% | 28% |
| 13352 | 3% | 0% | -13% | -12% |
| 14124 | 2% | 0% | 19% | 31% |
| 14125 | 2% | 0% | 18% | 23% |
| 14679 | 2% | 0% | 20% | 36% |
| 14682 | 0% | 200% | 0% | 0% |
| 14974 | 0% | 43% | 0% | 0% |
| 16744 | 0% | 3% | -39% | -24% |
| 17213 | 3% | 0% | 20% | 47% |
| 17219 | 0% | 6% | 9% | 15% |
| 17686 | 0% | 5% | 2% | 26% |
| 19330 | 0% | 18% | 0% | 0% |
| 20071 | 0% | 25% | -1% | -11% |
| 20077 | 0% | 6% | 9% | 15% |
| 21772 | 4% | 0% | -44% | -26% |
| 21773 | 0% | 29% | 3% | 9% |
| 28577 | 0% | 6% | 9% | 15% |
| 30064 | 0% | 17% | 5% | 1% |
| 30065 | 0% | 1402% | 30% | 2% |
| 40691 | 2% | 0% | 10% | 22% |
| 43515 | 4% | 0% | 8% | 25% |
| 44948 | 0% | 36% | 0% | 0% |
| 48348 | 0% | 1800% | 0% | 0% |
| 49018 | 0% | 28% | 4% | 4% |
| 51638 | 0% | 83% | 0% | 0% |
| 54078 | 2% | 0% | 4% | 12% |
| 54493 | 1% | 0% | 23% | 25% |
| 56263 | 5% | 0% | 31% | 41% |
| 58947 | 3% | 0% | 14% | 24% |
| 67392 | 2% | 0% | -11% | -20% |
| 70129 | 2% | 0% | -5% | -25% |
| **Jadeleaf Ave** | | | | |
| 79858 | 0% | 17% | 1% | 1% |
| 79877 | 0% | 34% | -1% | 0% |
| **Jefferson Pike** | | | | |
| 3165 | 0% | 12% | 0% | 0% |
| 14909 | 0% | 37% | 0% | 0% |
| 45075 | 0% | 33% | 0% | 0% |
| 46875 | 0% | 21% | 0% | 0% |
| 69334 | 0% | 15% | 0% | 0% |

00046414

| Roadway \| State \| LinkID | Congested % Difference | Free Flow % Difference | Travel Time % Difference (AM) | Travel Time % Difference (PM) |
|---|---|---|---|---|
| 73829 | 0% | 21% | 0% | 0% |
| 74634 | 0% | 12% | 0% | 0% |
| **Jefferson St** | | | | |
| 80303 | 0% | 10% | 3% | 3% |
| **John Hanson Hwy** | | | | |
| 13343 | 1% | 0% | 8% | 11% |
| 13344 | 1% | 0% | 18% | 3% |
| 13348 | 1% | 0% | 13% | 1% |
| 16984 | 1% | 0% | 8% | 11% |
| 48619 | 1% | 0% | 7% | -10% |
| **Kenilworth Ave** | | | | |
| 15030 | 2% | 0% | 12% | 8% |
| 15623 | 5% | 0% | 10% | 19% |
| 15702 | 3% | 0% | 8% | 24% |
| 15891 | 5% | 0% | 10% | 1% |
| 25727 | 4% | 0% | 5% | 20% |
| 40694 | 2% | 0% | 10% | 15% |
| 56371 | 3% | 0% | 19% | 17% |
| 63572 | 3% | 0% | 8% | 10% |
| **Kettering Dr** | | | | |
| 15332 | 0% | 20% | 6% | 12% |
| 15333 | 16% | 0% | 8% | 17% |
| 24931 | 3% | 0% | 1% | 13% |
| 64714 | 5% | 0% | 7% | 3% |
| **Kipling Pkwy** | | | | |
| 34157 | 0% | 13% | 2% | 13% |
| 72730 | 12% | 0% | 11% | 11% |
| **Knowles Ave** | | | | |
| 69216 | 4% | 0% | 4% | 15% |
| 69217 | 3% | 0% | 1% | 15% |
| 69218 | 2% | 0% | -4% | 13% |
| **Konterra Dr** | | | | |
| 51884 | 6% | 0% | -1% | -3% |
| 60508 | 0% | 11% | -2% | -1% |
| 67062 | 8% | 0% | -5% | -1% |
| 71510 | 0% | 39% | 0% | 0% |
| **Lancelot Rd** | | | | |
| 1529 | 0% | 21% | 0% | 0% |
| **Landover Rd** | | | | |
| 10556 | 2% | 0% | -1% | -12% |
| 11871 | 0% | 0% | -10% | 1% |
| 14118 | 0% | 4% | -17% | -7% |
| 32643 | 2% | 0% | 11% | 2% |
| **Lanham Severn Rd** | | | | |
| 11295 | 2% | 0% | 2% | 11% |
| **Larchmont Ave** | | | | |
| 29634 | 0% | 12% | 1% | 0% |
| 49174 | 0% | 18% | 0% | 0% |
| **Largo Rd** | | | | |
| 15331 | 0% | 17% | 7% | 12% |

00046415

| Roadway \| State \| LinkID | Congested % Difference | Free Flow % Difference | Travel Time % Difference (AM) | Travel Time % Difference (PM) |
|---|---|---|---|---|
| 21532 | 7% | 0% | 6% | 3% |
| 21613 | 2% | 0% | 5% | 17% |
| 24933 | 6% | 0% | 1% | 20% |
| 33558 | 4% | 0% | 12% | 2% |
| **Layhill Rd** | | | | |
| 10337 | 3% | 0% | 1% | 11% |
| 32604 | 2% | 0% | -1% | 11% |
| 44263 | 2% | 0% | 18% | 1% |
| 51628 | 3% | 0% | -1% | -14% |
| 51629 | 0% | 12% | 0% | 3% |
| **Leeland Rd** | | | | |
| 33217 | 0% | 12% | 1% | 1% |
| 48446 | 0% | 11% | 1% | 1% |
| **Lime Plant Rd** | | | | |
| 44640 | 0% | 15% | 0% | 0% |
| **Longfellow St** | | | | |
| 80345 | 0% | 10% | 4% | 2% |
| 80366 | 0% | 10% | 4% | 2% |
| **Lottsford Rd** | | | | |
| 49051 | 7% | 0% | 10% | 11% |
| 63266 | 5% | 0% | 6% | 12% |
| 71896 | 8% | 0% | 1% | 9% |
| **Lottsford Vista Rd** | | | | |
| 25103 | 0% | 11% | 3% | 10% |
| 52270 | 0% | 11% | 5% | 8% |
| 61445 | 0% | 12% | 12% | 8% |
| 63861 | 0% | 13% | 5% | 11% |
| **Loughran Rd** | | | | |
| 2118 | 0% | 21% | 0% | 0% |
| **Lusbys Ln** | | | | |
| 80173 | 0% | 15% | 0% | 1% |
| 80174 | 0% | 14% | 0% | 1% |
| **Macarthur Blvd** | | | | |
| 26361 | 7% | 0% | 3% | 8% |
| 30010 | 8% | 0% | 1% | 0% |
| 34973 | 2% | 0% | 0% | -13% |
| 55050 | 8% | 0% | 7% | 2% |
| 65346 | 1% | 0% | -8% | -11% |
| 71007 | 1% | 0% | -1% | 13% |
| 71008 | 8% | 0% | 1% | -3% |
| **Madaket Rd** | | | | |
| 40475 | 8% | 0% | 1% | 0% |
| **Marlboro Pike** | | | | |
| 25806 | 0% | 15% | 2% | 0% |
| 31043 | 0% | 22% | 0% | 2% |
| **Martin Luther King Jr Hwy** | | | | |
| 14140 | 2% | 0% | -15% | -21% |
| 14517 | 2% | 0% | 4% | 12% |
| 23071 | 2% | 0% | 11% | 8% |
| 23230 | 4% | 0% | 4% | 16% |

00046416

| Roadway \| State \| LinkID | Congested % Difference | Free Flow % Difference | Travel Time % Difference (AM) | Travel Time % Difference (PM) |
|---|---|---|---|---|
| 23231 | 3% | 0% | 14% | 4% |
| 25098 | 4% | 0% | -1% | -12% |
| 25641 | 3% | 0% | 8% | 11% |
| 49277 | 4% | 0% | 4% | 15% |
| 49841 | 2% | 0% | 2% | 11% |
| 54372 | 0% | 11% | 2% | 3% |
| 59032 | 3% | 0% | 4% | 12% |
| 63782 | 2% | 0% | 8% | 14% |
| 66764 | 6% | 0% | 5% | 9% |
| 70831 | 4% | 0% | 21% | 16% |
| 72168 | 3% | 0% | 12% | 3% |
| **Maryland Ave** | | | | |
| 54037 | 5% | 0% | 11% | 7% |
| **Massachusetts Ave** | | | | |
| 57821 | 5% | 0% | -1% | 0% |
| 64542 | 5% | 0% | 0% | -1% |
| **Meadowridge Ln** | | | | |
| 4742 | 0% | 13% | 3% | 4% |
| 58595 | 0% | 16% | 2% | 5% |
| **Merrimac Dr** | | | | |
| 18831 | 0% | 17% | 0% | 1% |
| 33808 | 0% | 14% | 1% | 0% |
| **Missouri Ave** | | | | |
| 60696 | 0% | 13% | 0% | 1% |
| **Mitchellville Rd** | | | | |
| 55136 | 7% | 0% | 4% | 4% |
| **Montgomery Rd** | | | | |
| 80218 | 5% | 0% | -2% | -1% |
| **Montrose Rd** | | | | |
| 2989 | 0% | 34% | 1% | 13% |
| 8728 | 1% | 0% | -2% | -12% |
| **Moorland Ln** | | | | |
| 65354 | 1% | 0% | 13% | -3% |
| 65356 | 1% | 0% | -9% | 12% |
| **Mount Oak Rd** | | | | |
| 48714 | 5% | 0% | 2% | 1% |
| **Muirkirk Rd** | | | | |
| 10820 | 7% | 0% | -1% | -13% |
| 44548 | 8% | 0% | -8% | -7% |
| 45692 | 6% | 0% | 0% | -9% |
| 64334 | 9% | 0% | -2% | -6% |
| **N Englewood Dr** | | | | |
| 79973 | 0% | 37% | 0% | 0% |
| 79974 | 0% | 14% | 0% | 0% |
| 79975 | 0% | 26% | 1% | 0% |
| 79976 | 0% | 14% | 1% | 0% |
| **N Stonestreet Ave** | | | | |
| 1299 | 4% | 0% | 1% | 11% |
| **Needleleaf Ln** | | | | |
| 14813 | 12% | 0% | 11% | 5% |

| Roadway \| State \| LinkID | Congested % Difference | Free Flow % Difference | Travel Time % Difference (AM) | Travel Time % Difference (PM) |
|---|---|---|---|---|
| 53625 | 0% | 21% | 1% | 4% |
| 54387 | 0% | 18% | 1% | 3% |
| 58880 | 14% | 0% | 1% | 19% |
| **Nelson St** | | | | |
| 79402 | 0% | 14% | 0% | 0% |
| 79403 | 0% | 20% | -2% | 0% |
| 79418 | 0% | 12% | 0% | 1% |
| 79424 | 0% | 14% | 0% | 0% |
| 79425 | 0% | 12% | 0% | 1% |
| **New Hampshire Ave** | | | | |
| 3377 | 2% | 0% | 5% | 14% |
| 14392 | 3% | 0% | 9% | 29% |
| 14394 | 3% | 0% | 12% | 20% |
| 17448 | 2% | 0% | 16% | 11% |
| **Nicholson St** | | | | |
| 80322 | 3% | 0% | 1% | 11% |
| 80325 | 0% | 12% | 6% | 2% |
| 80326 | 0% | 10% | 0% | 6% |
| 80375 | 0% | 10% | 0% | 2% |
| 80376 | 0% | 13% | 0% | 2% |
| 80377 | 0% | 10% | 2% | 1% |
| 80378 | 0% | 13% | 2% | 1% |
| **Northern Ave** | | | | |
| 80546 | 0% | 23% | 1% | 3% |
| 80548 | 0% | 25% | 2% | 1% |
| **Northview Dr** | | | | |
| 53612 | 0% | 10% | 2% | 1% |
| 67879 | 0% | 12% | 2% | 1% |
| 79568 | 0% | 27% | 0% | 0% |
| **Nottingham Rd** | | | | |
| 40680 | 0% | 23% | 0% | 0% |
| **Oglethorpe St** | | | | |
| 80308 | 6% | 0% | 1% | 6% |
| 80310 | 9% | 0% | 9% | 2% |
| **Old Alexandria Ferry Rd** | | | | |
| 68084 | 3% | 0% | 4% | 16% |
| 68085 | 2% | 0% | 8% | 10% |
| **Old Baltimore Pike** | | | | |
| 44259 | 6% | 0% | -3% | -3% |
| **Old Baltimore Rd** | | | | |
| 173 | 5% | 0% | 0% | 2% |
| **Old Branch Ave** | | | | |
| 2691 | 2% | 0% | 11% | -3% |
| **Old Central Ave** | | | | |
| 50632 | 1% | 0% | 12% | 3% |
| **Old Columbia Pike** | | | | |
| 29714 | 1% | 0% | 11% | 0% |
| 52942 | 1% | 0% | -1% | 10% |
| **Old Crain Hwy** | | | | |
| 42839 | 7% | 0% | 7% | 25% |

| Roadway \| State \| LinkID | Congested % Difference | Free Flow % Difference | Travel Time % Difference (AM) | Travel Time % Difference (PM) |
|---|---|---|---|---|
| 51991 | 5% | 0% | 14% | 8% |
| 66892 | 8% | 0% | 2% | 26% |
| 66893 | 9% | 0% | 20% | 3% |
| 66894 | 9% | 0% | 19% | 5% |
| 71335 | 1% | 0% | -3% | 17% |
| 79545 | 0% | 11% | 2% | 2% |
| 79546 | 0% | 11% | 0% | 0% |
| **Old Georgetown Rd** | | | | |
| 6494 | 13% | 0% | -20% | -13% |
| 6864 | 9% | 0% | 0% | -47% |
| 10255 | 0% | 274% | -1% | -4% |
| 10256 | 0% | 219% | 0% | 0% |
| 11282 | 7% | 0% | 10% | -15% |
| 11283 | 0% | 14% | 14% | 1% |
| 25423 | 0% | 0% | 1% | 11% |
| 37549 | 11% | 0% | -36% | -10% |
| 38235 | 11% | 0% | -1% | -33% |
| 40139 | 6% | 0% | -15% | 2% |
| 45349 | 9% | 0% | 16% | 5% |
| 52032 | 13% | 0% | -20% | -16% |
| 61752 | 0% | 0% | -12% | -1% |
| 63833 | 5% | 0% | 2% | 24% |
| 69461 | 12% | 0% | -3% | -51% |
| 69462 | 12% | 0% | -1% | -38% |
| 69463 | 12% | 0% | -33% | -13% |
| 79315 | 0% | 19% | 1% | 2% |
| **Old Gunpowder Rd** | | | | |
| 1032 | 7% | 0% | -1% | -3% |
| 1629 | 6% | 0% | -2% | -5% |
| 14972 | 5% | 0% | -9% | -8% |
| 16342 | 4% | 0% | -6% | -16% |
| 47280 | 5% | 0% | -2% | -4% |
| 72759 | 6% | 0% | -2% | -4% |
| **Old Marlboro Pike** | | | | |
| 19543 | 0% | 17% | 0% | 1% |
| 19544 | 0% | 16% | 0% | 1% |
| 19554 | 0% | 17% | 0% | 1% |
| 19555 | 0% | 12% | 1% | 0% |
| 20762 | 0% | 24% | 0% | 1% |
| 23678 | 0% | 24% | 0% | 1% |
| 26332 | 0% | 12% | 0% | 1% |
| 64160 | 0% | 12% | 1% | 0% |
| 66045 | 0% | 12% | 2% | 0% |
| 74631 | 5% | 0% | 0% | 21% |
| **Olson St** | | | | |
| 79780 | 0% | 43% | 0% | 0% |
| 79782 | 0% | 26% | 0% | 0% |
| **Owens Rd** | | | | |
| 30863 | 0% | 12% | 0% | 0% |
| **Oxon Run Dr** | | | | |

00046419

| Roadway \| State \| LinkID | Congested % Difference | Free Flow % Difference | Travel Time % Difference (AM) | Travel Time % Difference (PM) |
|---|---|---|---|---|
| 81360 | 0% | 12% | 4% | 1% |
| Parklawn Dr | | | | |
| 25124 | 5% | 0% | 0% | 1% |
| 74420 | 0% | 13% | -1% | -1% |
| Pennsylvania Ave | | | | |
| 58364 | 2% | 0% | 0% | 19% |
| 66994 | 0% | 0% | 10% | 0% |
| 76987 | 0% | 18% | 0% | 0% |
| Persimmon Tree Ln | | | | |
| 1236 | 4% | 0% | 0% | 13% |
| 63546 | 0% | 23% | 0% | 5% |
| Philadelphia Ave | | | | |
| 53909 | 2% | 0% | 1% | 10% |
| Pleasant Colony Dr | | | | |
| 33231 | 1% | 0% | 11% | 3% |
| Plymouth Ct | | | | |
| 75913 | 0% | 13% | 1% | 1% |
| 75914 | 0% | 19% | 0% | 3% |
| 79560 | 0% | 19% | 0% | 3% |
| 79561 | 0% | 13% | 1% | 1% |
| Pointer Ridge Dr | | | | |
| 75911 | 0% | 13% | 1% | 1% |
| 75912 | 0% | 19% | 0% | 3% |
| Polk St | | | | |
| 80534 | 0% | 13% | 0% | 1% |
| Powder Mill Rd | | | | |
| 6307 | 2% | 0% | 22% | 1% |
| 49722 | 7% | 0% | 7% | 15% |
| 60495 | 3% | 0% | 6% | 13% |
| 67296 | 8% | 0% | 28% | 24% |
| 80221 | 5% | 0% | -3% | -2% |
| Princess Garden Pkwy | | | | |
| 25713 | 4% | 0% | 2% | 11% |
| Quarry Ave | | | | |
| 32806 | 0% | 11% | 3% | 0% |
| 65403 | 0% | 11% | 3% | 0% |
| Queens Chapel Rd | | | | |
| 14078 | 0% | 14% | 1% | 0% |
| Raljon Rd | | | | |
| 21549 | 0% | 12% | 1% | 2% |
| 32118 | 0% | 14% | 3% | 2% |
| 46657 | 7% | 0% | 8% | 32% |
| 47006 | 11% | 0% | 3% | 28% |
| 51278 | 12% | 0% | 23% | 10% |
| 51279 | 0% | 10% | 9% | 11% |
| Redskins Rd | | | | |
| 65823 | 0% | 12% | 3% | 2% |
| Reece Rd | | | | |
| 77876 | 0% | 96% | 0% | 0% |
| Rhode Island Ave | | | | |

| Roadway \| State \| LinkID | Congested % Difference | Free Flow % Difference | Travel Time % Difference (AM) | Travel Time % Difference (PM) |
|---|---|---|---|---|
| 4366 | 0% | 16% | 0% | 1% |
| 11584 | 0% | 11% | 3% | 5% |
| 63299 | 0% | 38% | 3% | 1% |
| **Riggs Rd** | | | | |
| 22854 | 1% | 0% | 5% | 10% |
| **Ritchie Marlboro Rd** | | | | |
| 3546 | 0% | 20% | 1% | 0% |
| 14684 | 0% | 400% | 0% | 0% |
| 14685 | 7% | 0% | -4% | -24% |
| 15879 | 0% | 27% | 1% | 1% |
| 20338 | 0% | 18% | 1% | 5% |
| 33900 | 0% | 7% | -14% | -1% |
| **Ritchie Rd** | | | | |
| 11875 | 0% | 20% | 6% | 6% |
| 12126 | 19% | 0% | 19% | 6% |
| 12127 | 0% | 17% | 2% | 8% |
| 21191 | 0% | 25% | 5% | 5% |
| 21906 | 5% | 0% | 16% | 17% |
| 25226 | 8% | 0% | 5% | 36% |
| 26015 | 14% | 0% | 2% | 13% |
| 27108 | 0% | 26% | 2% | 4% |
| 32128 | 9% | 0% | 4% | 17% |
| 32948 | 0% | 19% | 1% | 11% |
| 34151 | 11% | 0% | 2% | 23% |
| 34152 | 15% | 0% | 12% | 12% |
| 34158 | 16% | 0% | 10% | 10% |
| 34574 | 0% | 15% | 2% | 12% |
| 48262 | 0% | 20% | 2% | 5% |
| 58368 | 0% | 11% | 1% | 10% |
| 58370 | 16% | 0% | 13% | 5% |
| 72729 | 12% | 0% | 18% | 19% |
| **Ritz Way** | | | | |
| 3541 | 12% | 0% | -1% | -17% |
| 64400 | 14% | 0% | -10% | -7% |
| **River Rd** | | | | |
| 325 | 11% | 0% | 3% | 24% |
| 337 | 5% | 0% | 2% | -2% |
| 1235 | 6% | 0% | 0% | 16% |
| 6523 | 0% | 28% | -2% | -1% |
| 12876 | 1% | 0% | 10% | -3% |
| 19049 | 9% | 0% | -1% | 0% |
| 24380 | 5% | 0% | 18% | 1% |
| 34977 | 6% | 0% | 5% | -6% |
| 34978 | 5% | 0% | 2% | -2% |
| 37137 | 0% | 253% | 0% | 3% |
| 37546 | 7% | 0% | 10% | -4% |
| 40422 | 3% | 0% | 14% | 2% |
| 40426 | 3% | 0% | 16% | -2% |
| 41599 | 5% | 0% | -1% | -2% |
| 46908 | 6% | 0% | 3% | -9% |

| Roadway \| State \| LinkID | Congested % Difference | Free Flow % Difference | Travel Time % Difference (AM) | Travel Time % Difference (PM) |
|---|---|---|---|---|
| 53732 | 7% | 0% | 2% | -1% |
| 57944 | 0% | 0% | -14% | -11% |
| 60084 | 0% | 0% | -11% | -4% |
| 72359 | 2% | 0% | -7% | 15% |
| **Rock Spring Dr** | | | | |
| 82 | 0% | 22% | 8% | 2% |
| 84 | 0% | 16% | 4% | 8% |
| 20043 | 0% | 28% | 0% | 0% |
| 59057 | 0% | 37% | 0% | 1% |
| **Rockville Pike** | | | | |
| 89 | 5% | 0% | 2% | 3% |
| 2632 | 0% | 11% | 0% | -1% |
| 6857 | 4% | 0% | -14% | -1% |
| 21971 | 0% | 0% | 1% | 13% |
| 43764 | 5% | 0% | -10% | -1% |
| 59060 | 4% | 0% | 15% | 7% |
| 59061 | 2% | 0% | 1% | 13% |
| 69584 | 6% | 0% | 3% | 1% |
| 72153 | 5% | 0% | -9% | -5% |
| **Rollins Ave** | | | | |
| 24569 | 0% | 14% | 1% | 1% |
| 34570 | 0% | 11% | 0% | 1% |
| **S Frederick Ave** | | | | |
| 59948 | 0% | 1% | 12% | 7% |
| **S Keysville Rd** | | | | |
| 55814 | 0% | 17% | 0% | 0% |
| **S Osborne Rd** | | | | |
| 62594 | 1% | 0% | -10% | 0% |
| **Sands Rd** | | | | |
| 39919 | 0% | 25% | 0% | 0% |
| **Sansbury Rd** | | | | |
| 20737 | 0% | 13% | 4% | 3% |
| 20738 | 0% | 8% | 11% | 7% |
| **Seat Pleasant Dr** | | | | |
| 49542 | 0% | 10% | 2% | 2% |
| **Seminary Rd** | | | | |
| 11025 | 0% | 0% | 0% | 12% |
| **Serpentine Way** | | | | |
| 19665 | 2% | 0% | 11% | 0% |
| **Seven Locks Rd** | | | | |
| 11106 | 1% | 0% | 11% | 4% |
| 21958 | 2% | 0% | 11% | 3% |
| 34821 | 11% | 0% | -6% | -1% |
| 53733 | 6% | 0% | 0% | 16% |
| 57932 | 3% | 0% | 14% | 3% |
| 59358 | 5% | 0% | -2% | 11% |
| 59364 | 5% | 0% | -2% | 11% |
| **Shady Grove Rd** | | | | |
| 6775 | 3% | 0% | 6% | 20% |
| **Sheriff Rd** | | | | |