MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

# George Washington Memorial Parkway

1



Pre-decisional & Deliberative

00189231

MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

# Interchange Design: DEIS Layout



2

Pre-decisional & Deliberative
00189232



MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

# Design Advancement

- **Coordinating the MDOT MLS with Project NEXT requires the ability to enter and exit the managed lane system**
  - **Inner Loop Exchange anticipated at River Road**
  - **Outer Loop Exchange will be at George Washington Memorial Parkway**
- **Design updates have placed an emphasis on operations, safety, and avoidance of additional impacts to NPS units**
- **A Shared-Use Path has been added to the design along the Inner Loop**

3

Pre-decisional & Deliberative

00189233

# Interchange Design: Current Proposed Revisions



Pre-decisional & Deliberative
00189234

MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

# Signage

5



Pre-decisional & Deliberative

MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

TRAFFIC RELIEF PLAN

## Shared Use Path – Virginia (with Retaining Wall)



WORK IN PROGRESS

6

Pre-decisional & Deliberative
00189236

# Shared Use Path – Virginia (with Grading)



7

Pre-decisional & Deliberative
00189237

MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

# Shared Use Path – Maryland (All Connections)



Pre-decisional & Deliberative

00189238

# Shared Use Path – Maryland (to MacArthur Blvd Only)



9

00189239

## Shared Use Path – Maryland (to Towpath Only)



10

MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

# Renderings

11



Pre-decisional & Deliberative
00189241

MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

# George Washington Memorial Parkway



1

Pre-decisional & Deliberative

00189242

MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

# Background

- Major interchange with existing operational and safety challenges

- Located at junction of VDOT NEXT and MDOT MLS projects

- Proximity to American Legion Bridge

2



Pre-decisional & Deliberative

00189243

MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

# Evaluation History

- Original MLS concept included two flyover ramps for direct access to / from Maryland

- NPS requested that MDOT SHA consider other options



3

MDOT MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

# Evaluation History

- June 2019 study showed that eliminating direct access would cause operational issues:

  - Slip ramps would result in LOS F across ALB

  - Increased travel times on I-495 due to congestion in GP lanes if no slip ramps

  - Queues on westbound GWMP due to over capacity ramps

- MDOT SHA also examined partial access (outbound only) and reconfigured ramps to reduce NPS impacts

4

Pre-decisional & Deliberative

00189245

MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

# Evaluation History

- **Option 2** – Nested loop ramps included in DEIS

  - Acceptable traffic operations

  - Meets project purpose and need

  - Reduced impacts compared to original concept (Option 1)

  - Compatible with VDOT NEXT



5

Pre-decisional & Deliberative

00189246



MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

# Evaluation Updates

- Further coordination with VDOT to refine Option 2

  - Collaborative interchange design

  - Incorporate shared-use path

- Evaluation / minimization of signing impacts

- Safety evaluation

6



Pre-decisional & Deliberative

00189247





# I-495 EXPRESS LANES
# NORTHERN EXTENSION (495 NEXT)

Virginia Department of Transportation

## PUBLIC INFORMATION MEETING

September 29, 2021

00189303

# Meeting Agenda



PM Peak Period Speeds

- **VDOT 495 NEXT Project**
  - Project Overview and Timeline
  - Design Refinements

- **MDOT New American Legion Bridge I-270 to I-70 Traffic Relief Plan**
  - Project Overview
  - Phase 1 Predevelopment
  - Project Elements in Virginia

- **Coordination between Maryland and Virginia Departments of Transportation**

- **Transit Components and Benefits**

- **Next Steps**



 

00189304

# 495 NEXT Project Overview

*Slide for PIM Only –*
*Delete for FCBOS Briefing*

**Three-mile northern extension of 495 Express Lanes from south of Old Dominion Drive to the American Legion Bridge.**



| PROJECT GOALS | Reduce congestion | Provide additional travel choices | Improve travel reliability | Enhance safety | Move more people |
|---|---|---|---|---|---|



Virginia Department of Transportation

3



00189305

# **495 NEXT Project Overview**

*Slide for PIM Only –
Delete for FCBOS Briefing*

## Project Elements: Express Lanes

- Two dynamically tolled lanes in each direction on I-495
- Currently, trucks with 3 or more axles not permitted
- Free use for HOV 3+ vehicles and transit vehicles



**EXISTING**



**PROPOSED**



 

00189306

# 495 NEXT Project Overview
## Proposed Express Lanes Access

*Slide for PIM Only – Delete for FCBOS Briefing*





 General Purpose and Express Lanes Access    ▬▬ Existing I-495 Express Lanes    ▬▬ Proposed Extension    ▬▬ Under Study by Maryland

 Existing Access     Proposed Access

    Virginia Department of Transportation    **5**    

00189307

# Other 495 NEXT Project Elements

*Slide for PIM Only –
Delete for FCBOS Briefing*



**Improve interchanges and replace existing bridges**



**Add bike and pedestrian trails**



**Replace existing noise walls and construct new walls where needed**



**Provide stormwater management facilities**



**Provide stream restoration and stabilization**

 

00189308

# Environmental and Agency Approvals

## Federal Highway Administration

- Environmental Assessment / Feb. 24, 2020
- Revised Environmental Assessment Published May 2021*
- Interchange Justification Report June 14, 2021*
- Finding of No Significant Impact June 29, 2021*

## National Park Service

- Section 106 No Adverse Effect Concurrence April 29, 2020
- Section 4(f) Temporary Occupancy and *De Minimis* Impact Determination Concurrence May 6, 2021*

## Fairfax County Park Authority

- Section 4(f) Temporary Occupancy and *De Minimis* Impact Determination Concurrence May 6, 2021*

## Commonwealth Transportation Board

- HOT Lanes Designation / April 20, 2021*

## Virginia Department of Environmental Quality

- Approval for Virginia Stormwater Management Program regulations Jan. 28, 2019

* Approvals have occurred since the October 2020 Public Hearing





00189309

# Project Timeline



 Virginia Department of Transportation



00189310

# Stormwater Management and Stream Restoration Commitments



- Quality and quantity of water leaving the 495 NEXT project area will be improved as compared to conditions today

- Plunge pools at 4 outfalls along Scotts Run will be improved to reduce downstream erosion

- Transurban to provide $1.387M to Fairfax County for stream restoration of Scotts Run

- Stream banks at two locations along Scotts Run will be stabilized to improve conditions degraded by upstream development



*Michelle Holland to confirm dollar amount and language is consistent with what was approved.*



495 ExpressLanes NORTHERN EXTENSION

00189311

# Design Refinements
## Georgetown Pike Interchange

### Revised Georgetown Pike interchange ramps configuration

1. Added channelized free-flow right-turn from westbound Georgetown Pike to northbound I-495

2. Additional acceleration and merge lane with increased merge distance on northbound I-495 on-ramp

### Revised Georgetown Pike overpass typical section

3. Widened bridge by 6.5 feet (105.5 feet total) to add a 6-foot-wide sidewalk on north side of bridge

4. Added trail connection to Scotts Run Nature Preserve



 | Virginia Department of Transportation

**10**



# Design Refinements
## Lewinsville Road Bridge and Timberly South Area

- Added a Rectangular Rapid Flashing Beacon and High-Visibility Crosswalk across Lewinsville Road at Timberly Lane intersection

- Revised trail terminus alignment and added improvements to sidewalk on the Lewisville Road Bridge and along Lewinsville Road between Snow Meadow Lane and I-495






# Design Refinements
## George Washington Parkway Interchange Area

Relocated northbound Express Lanes to eastbound GW Parkway ramp flyover





 

00189314



MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

## New American Legion Bridge I-270 to I-70 Traffic Relief Plan

- **Phase 1 South** is I-495 from George Washington Parkway to I-270 and then I-270 from I-495 to I-370

- **Phase 1 North** is I-270 from I-370 to I-70 and is a separate study that is in Pre-NEPA



13

00189315



MDOT MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

# Challenges Phase 1 Will Solve



- Need for a new American Legion Bridge
  - Replacing bridge deck/structural repairs or full bridge replacement is needed in the next decade
  - Construction/traffic impacts will be similar for replacing the deck or full bridge replacement
- Need for new travel options on the most congested and unreliable freeways in Maryland - Wider bridge alone does not relive congestion or provide options for carpools
- Lack of Transit Opportunities and Connections - No opportunities for reliable suburban transit services due to congested interstates
- Barriers to Bicycle and Pedestrian Connections
  - No connection across American Legion Bridge linking trails in Virginia and Maryland
  - Barriers created by interstates – missing important connections across the highways

   

14

00189316

MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

# Benefits of HOT Lanes

- All Travelers on the Highway and Local Road Network Benefit from HOT Lanes
  - HOT lanes improve highway operations and provide the driving public, as well as transit riders and carpoolers, with reduced congestion, trip reliability and improved safety.

- Transit Users will receive Benefits of increased Reliability and Congestion Free Trips.
  - HOT lanes can significantly improve transit travel times and transit system reliability that have limited regional express-bus services utilizing the congested general-purpose lanes.

- Carpoolers of three of more can also use HOT lanes for free (HOV 3+)
  - Others with fewer occupants in the vehicle that choose to use HOT lanes will pay a dynamic toll to use HOT lanes for reliable trips with reduced travel time.

- The General-Purpose Lanes will Remain Free
  - Only those who choose to pay a toll for a speedier trip in the HOT lanes will pay the toll.

15

00189317



MDOT. MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

# Preferred Alternative (PA)

- Announced in January 2021, ***Alternative 9 was identified as the PA*** based on results of traffic, engineering, financial and environmental analyses and public comment

- After several months of further coordination with and listening to our agencies and stakeholders on Alternative 9 as the PA, MDOT is ***now aligning the MLS to be consistent with the phased delivery and permitting approach***

- MDOT and FHWA have identified a ***new PA***, **Alternative 9 – Phase 1 South** to include the same two new HOT managed lanes in each direction as described in Alternative 9 included within the Phase 1 South limits only

- No action at this time on I-495, east of the I-270 east spur

16

Pre-decisional & Deliberative

00189318



# Managed Lane Study Preferred Alternative

## Alternative 9 – Phase 1 South

**Two HOT Lanes:** I-495 from George Washington Memorial Parkway (GWMP) to MD 187 and then I-270 from I-495 to I-370 including I-270 east spur from MD 187 to I-270

**No Action:** On I-495 From MD 187 to West of MD 5



17

00189319



# Preferred Alternative



**American Legion Bridge**

Exit and entrance lanes provide access to the High-Occupancy Toll Lanes from the George Washington Memorial Parkway

High-Occupancy Toll Lanes with free transit and carpools of three or more

Possible location for ped/bike trail on American Legion Bridge
Shared-use path location to be determined

*View of ALB from Virginia looking north towards Maryland*

**Convert existing HOV lane to HOT managed lane and add one HOT managed lane in each direction on I-270 between I-495 and I-370 and the I-270 East Spur from MD 187 to I-270**



Approx. 218' - 222'

18

MDOT. MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

# Supplemental Draft Environmental Impact Statement (SDEIS)

- A SDEIS is being completed based on new information relative to the PA, Alternative 9 – Phase 1 South.

- SDEIS will supplement the existing DEIS and will be of *limited scope* to focus on new information while referencing the DEIS for information that remains valid.

- The analyses in the DEIS remain valid.

- The SDEIS will allow for public review and comment on the PA with a ***45-day comment period*** and ***one virtual hearing.***



| SDEIS Public Review | SDEIS Public Hearing | Close of SDEIS Comment Period |
|---|---|---|
| Oct. 1, 2021 | Nov. 1, 2021 | Nov. 15, 2021 |

19

Pre-decisional & Deliberative

00189321



MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

# Commitments and Enhancement

- These commitments are **additional enhancements that are above mitigation** for direct impacts:

**Bicycle and Pedestrian Connections**
Consistent with county master plans:

- New Pedestrian/bicycle path across ALB
- New side paths across River Road
- Upgraded side-path along Seven Locks Road
- Upgraded Bethesda Trolley Trail crossings



**Environmental Enhancements**
Address water quality concerns on parkland:

- Stabilize stream banks/beds, create natural channels, remove concrete lined channels revegetate areas to improve water quality & reduce flooding and pollutant loads in identified priority M-NCPPC Parks.



**Regional Transit Improvements**
Enhance existing and planned transit and support new opportunities:

- Bus capacity expansion at WMATA Shady Grove Metrorail Station
- Park and Ride expansion at Westfield Montgomery Mall Transit Center



20

MDOT MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

# Progressive P3 Approach

| Phase 1 Solicitation | Predevelopment Work | Committed Section Proposals | Section Development |
|---|---|---|---|
| Select Phase Developer for Phase 1: New American Legion Bridge I-270 to I-70 Traffic Relief Plan | Having received BPW approval, Phase Developer begins collaborative Predevelopment Work to advance the MDOT Recommended Preferred Alternative for the MLS within Phase 1 South | At conclusion of the Predevelopment Work and NEPA process, the Phase Developer will offer a committed price and schedule for delivery of the first section | BPW will be asked to consider and approve the committed section proposal to deliver the first section |

21

00189323

# Phase 1 Solicitation: Selected Developer

**Accelerate Maryland Partners, LLC**

- Strong understanding of the project and well-thought-out approaches to manage and mitigate project risks including solutions to further reduce property impacts, reduce potential utility conflicts, and provide environmental stewardship

- Delivery of Phase 1 South (GWMP to I-370) with No Maryland Funding

- Proposed Commitments: Transit Improvements, Community Grant program, Vision Zero Investments, No-Interest Loan Program for Local Fleet Conversions, and Water Quality enhancements*

- Offered: $145m Development Rights Payment; Estimated $5m for Vision Zero during Phase 1 South and estimated at least $300m in transit services for Phase 1 South, $50m in community grants, and $25m for emerging technologies over the operating term*

- Comprehensive Approach to Local Workforce Development including Small, Disadvantaged, and Veteran Owned Businesses; Union and Local Contractor involvement; Engagement with Local Community Organizations and Educational Institutions

*The exact investments would be determined as part of the Section P3 Agreement along with other components to advance final design, construction, financing, operations, and maintenance for 50 years.*

22

00189324



MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

TRAFFIC RELIEF PLAN

# Proposed Access Points
# Phase 1 South

23



 MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

# Proposed Access Points
# Phase 1 South (cont.)



24



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

**WORK IN PROGRESS**

This schematic reflects a conceptual design that is still under review and study. MDOT, VDOT, and other stakeholders continue to coordinate on the final design configuration of I-495 and the George Washington Memorial Parkway interchange.

**Draft, Deliberative, and Pre-Decisional**

| Legend | | |
|---|---|---|
| ☐ Project Limit of Disturbance | ☐ VDOT Next - Bridge | ☐ Current Design - Bridge | Noise Barrier Feasible and Reasonable |
| ☐ Right-of-Way | ☐ VDOT Next - General Purpose Lanes | Current Design - General Purpose Lanes | Existing Noise Barrier to be Relocated |
| ☐ Parks | ☐ VDOT Next - Managed Lanes | Current Design - Managed Lanes | VDOT Proposed Noise Barrier |
| ☐ Proposed SWM Facility | ☐ VDOT Next - Shared Use Path | Proposed Shared Use Path | |

1 in = 200 feet
0  50  100      200 feet

| Phase 1 South Alternative 9 | Phase 1 South: American Legion Bridge I-270 to I-370 |
|---|---|
| Map 2 | DATE: 8/18/2021 |

00189327



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

**WORK IN PROGRESS**

This schematic reflects a conceptual design that is still under review and study. MDOT, VDOT, and other stakeholders continue to coordinate on the final design configuration of I-495 and the George Washington Memorial Parkway interchange.

**Draft, Deliberative, and Pre-Decisional**

| Legend | | |
|---|---|---|
| Project Limit of Disturbance | VDOT Next - Bridge | Current Design - Bridge |
| Right-of-Way | VDOT Next - General Purpose Lanes | Current Design - General Purpose Lanes |
| Parks | VDOT Next - Managed Lanes | Current Design - Managed Lanes |
| Proposed SWM Facility | VDOT Next - Shared Use Path | Proposed Shared Use Path |

Noise Barrier Feasible and Reasonable
Existing Noise Barrier to be Relocated

1 in = 200 feet

**Phase 1 South Alternative 9**

Map 4

**Phase 1 South: American Legion Bridge I-270 to I-370**

DATE: 8/18/2021

00189328



The information shown is for the purpose of determining preliminary cost estimates and environmental impacts and is subject to change during final design. Any reliance on these plans is made with the full understanding of their draft status. The proposed managed lane access points are based on preliminary traffic and revenue analyses and may change as more detailed analyses are completed.

**WORK IN PROGRESS**

**Draft, Deliberative, and Pre-Decisional**

| Legend | |
|---|---|
| ☐ Project Limit of Disturbance | ☐ VDOT Next - Bridge |
| ☐ Right-of-Way | ☐ VDOT Next - General Purpose Lanes |
| ☐ Parks | ☐ VDOT Next - Managed Lanes |
| ☐ Proposed SWM Facility | ☐ VDOT Next - Shared Use Path |

Current Design - Bridge
Current Design - General Purpose Lanes
Current Design - Managed Lanes
Proposed Shared Use Path
Noise Barrier Feasible and Reasonable
Existing Noise Barrier to be Relocated

N
1 in = 200 feet
0  50  100      200 feet

**Phase 1 South
Alternative 9**

Map 5

**Phase 1 South:
American Legion Bridge
I-270 to I-370**

DATE: 8/18/2021

00189329

# Maryland and Virginia Coordination

*Verify text isn't duplicated
based on MD slides*



Capital Beltway Accord agreement between Governor Northam of Virginia and Governor Hogan of Maryland in 2019 to create a new unified Beltway, replace the American Legion Bridge, and relieve congestion.



Virginia working closely with Maryland to identify best solutions for traveling public and ensure projects are compatible.



  MARYLAND DEPARTMENT OF TRANSPORTATION STATE HIGHWAY ADMINISTRATION

00189330

# Transit Components and Benefits

The 495 NEXT and New American Legion Bridge I-270 to I-70 Traffic Relief Plan projects:

*Slide for PIM Only – Delete for FCBOS Briefing*

 Support shared vision for multimodal transportation solutions.

 Create new opportunities and greater incentives for buses, carpools, and other transit use through express lanes.

 Incorporate transit recommendations from joint I-495 American Legion Bridge Transit/TDM Study supporting bus service between Fairfax and Montgomery Counties.



 |   29



MARYLAND DEPARTMENT OF TRANSPORTATION
STATE HIGHWAY ADMINISTRATION

# HOT Lanes Opportunities
# For New and Expanded Transit

**Potential Enhanced Transit Network**

- Integrated service network with existing Commuter Bus and Montgomery County Ride On services

- Combination of peak hour commuter bus routes with new all-day routes

- Begin with new service across American Legion Bridge to Virginia

**Potential Capital Improvements – Phase 1**

- Phase 1 South – ALB to I-370
  - Westfield Montgomery Mall Park and Ride
  - Shady Grove Metrorail Station bus capacity expansion

- Phase 1 North – I-370 to Frederick
  - Metropolitan Grove MARC Transit Center
  - Germantown Transit Center
  - Park and Ride Expansion – Metropolitan Grove, Germantown, Dorsey Mill Road, Clarksburg, Hyattstown, Urbana, and Monocacy

30



# Baseline Package
## Transit Service

| | Markets | Bethesda, Tysons, Gaithersburg |
|---|---|---|
| | Trips (peak hour) | 6 trips per hour |
| | Total Forecasted Daily Riders over ALB | 1,000 riders |
| | Off-Peak/ Mid-Day Service | None |



*Slide for PIM Only – Delete for FCBOS Briefing*

 

**31**

\* Maintenance facility or expansion may be needed to advance potential recommendations regardless of operator.
\* The Bethesda - Tysons Transit Route could be advanced as part of the Near-Term timeframe

00189333

# Virginia's I-495 Corridor Transit Service

- VDOT committed to providing project funding for transit in the I-495 corridor
- Implement the Tyson's / Montgomery County routes proposed in joint I-495 American Legion Bridge Transit/TDM Study:
  - $2.2 million per year for bus service operations
  - $5.2 million for initial purchases of buses
- Working with transit providers and jurisdictions to identify what the options are for providing services across the two counties and for timing of implementation

 | Virginia Department of Transportation

32



00189334

# Joint Virginia and Maryland Timelines



 

# Next Steps

## Virginia 495 NEXT

- Continue coordination with Maryland
- Refine design
- Financial close with concessionaire
- Right-of-way acquisition and construction of 495 NEXT to begin in 2022

## Maryland New American Legion Bridge I-270 to I-70 Traffic Relief Plan

- MDOT SHA publishing the Supplemental Draft Environmental Impact Statement in October 2021  (45-day Comment Period Closes 11/15/2021)
- Public Hearing in November 2021
- MDOT SHA publishing the Final Environmental Impact Statement and Record of Decision in Spring 2022

 | 

34

00189336



**MARYLAND DEPARTMENT
OF TRANSPORTATION**

**STATE HIGHWAY
ADMINISTRATION**

Larry Hogan
Governor

Boyd K. Rutherford
Lt. Governor

James F. Ports, Jr.
Secretary

Tim Smith, P.E.
Administrator

October 13, 2022

Mr. Craig L. Simoneau
City of Rockville
111 Maryland Avenue
Rockville MD  20850

Dear Mr. Simoneau:

The Maryland Department of Transportation State Highway Administration (MDOT SHA) is in receipt of
your request (841690) pursuant to the Maryland Public Information Act, General Provisions Article
(GP), § 4-101 *et seq.*, Annotated Code of Maryland.  Specifically, you requested:

> "Request all traffic modeling data used to develop traffic projections and all assumptions used to
> run traffic simulation model VISSIM and any other models, which have resulted in determining
> the projected operational performance for the I-495 and I-270 MLS. Request includes all input
> data. Rockville would like the State's outcomes either be validated by competent third party(ies)
> and that modeling outcomes be corrected, if legitimate flaws are found.
>
> Fee Waiver Request. On behalf of the Mayor and Council of the City of Rockville, I request a
> waiver of all fees associated with this request as the information requested is of a public purpose,
> rather than a narrow personal or commercial interest. The City has no commercial interest in the
> data or the underlying project. The City believes disclosure of the data will likely shed light
> on what the City believes is a public controversy about the reliability of the underlying traffic
> modeling data and assumptions. This data clearly had an effect on the actions taken by MDOT
> SHA throughout the NEPA process, concluding with the Final Environmental Impact Statement
> (FEIS) and Record of Decision (ROD), and other I-495 and I-270 Managed Lanes Study (MLS)
> decisions.
>
> Further, disclosure of the records will likely aid the public's understanding of how MDOT SHA
> came to its conclusions and recommendations for the project. The City believes disclosure of the
> requested data will contribute significantly to public understanding of the NEPA and other MLS
> project conclusions and decisions. Since the City of Rockville is an affected public body of the
> project, it is clear that this fee wavier will primarily benefit the public. There have been quite a
> few comments made by various members of the public, neighborhood groups/associations,
> governmental agencies, and other interested groups in the public record and in various
> newspapers and blogs questioning the conclusions that rely on the traffic modeling data and
> results.
>
> Additionally, the Mayor and Council of Rockville have heard many residents express genuine
> concern about the conclusions made from the traffic modeling and data related to the project. If
> this fee waiver is not granted in whole, I am requesting a partial waiver of fees. Should MDOT
> SHA deny both a full or partial waiver of fees, I request an explanation for the denial and an
> estimate of the cost to produce the requested information under the MPIA, prior to beginning
> efforts to produce the information in this request."

00189584

Mr. Craig L. Simoneau
Page Two

Your request is approved.  The MDOT SHA staff has collected those records in its custody that is
responsive to your request and uploaded them to a secure server maintained by the MDOT.  You may
access the secure server until October 21, 2022, using the following credentials:

        Website: https://sftp1.mdot.state.md.us
        Username: SHAPIAthree
        Password: Simoneau10212022

GP § 4-206 authorizes MDOT to charge for time incurred to prepare, search, and review documents after
the first two hours of work.  This letter acknowledges receiving the payment of $11,847.58, to fulfill your
request.  The actual production cost was $9,077.71.  You will receive a refund of $2,769.87 under
separate cover once it is processed through the Office of Finance.

The MDOT SHA now considers this request closed.

Pursuant to GP § 4-362, you are entitled to seek judicial review of this decision.  Alternatively, you may
file a request for mediation with the Public Access Ombudsman and, if the Ombudsman is unable to
resolve the matter, may subsequently seek a resolution from the Public Information Act Compliance
Board for those matters within the Compliance Board's jurisdiction.  See GP §§ 4-1A-01 *et seq.* and
4-1B-01 *et seq.*

For efficiency reasons and to keep operational costs as low as possible, we encourage all requesters to
submit their PIA requests through the MDOT online form, which can be found at
www.mdot.maryland.gov.  Click on the About tab at the top and then Public Information Act.  You will
find all PIA Representative contact information and other helpful information.

If you have any questions, you may contact Ms. Jean Anne Hosker, MDOT PIA Representative, at 410-
545-0429 or jhosker@mdot.maryland.gov.  Ms. Hosker will be happy to assist you.

Sincerely,

*Chris Lokey*

Christopher Lokey
MDOT SHA PIA Representative

cc: Ms. Jean Anne Hosker, PIA Representative, Office of Policy and Research, MDOT SHA

Larry Hogan
Governor

Boyd K. Rutherford
Lt. Governor

James F. Ports, Jr.
Secretary

Tim Smith, P.E.
Administrator

MARYLAND DEPARTMENT
OF TRANSPORTATION

**STATE HIGHWAY
ADMINISTRATION**

July 14, 2022

Ms. Christina McClintock
Sierra Club, Maryland Chapter
1319 F Street NW, Suite 300
Washington DC  20004

Dear Ms. McClintock:

The Maryland Department of Transportation State Highway Administration (MDOT SHA) is in receipt of
your request (839412) pursuant to the Maryland Public Information Act, General Provisions Article (GP),
§ 4-101 *et seq.,* Annotated Code of Maryland.  Specifically, you requested:

"We request that MDOT provide the requested traffic spreadsheets and model files underlying its
conclusions in the FEIS, no later than July 7, 2022. To do a full review of the traffic modeling in
the FEIS, including understanding changes between the FEIS modeling and the SDEIS modeling,
we require the following traffic modeling files and documentation:

1) VISSIM output files corresponding to the information presented in FEIS Appendix A
(01 _MLS_FEIS_AppA Traffic-Tech-Report June-2022p.pdf), Appendix H: Existing and Future
Level of Service (p. 75 6-800)
2) All  VISSIM input files required to recreate the outputs described in #1
3) VISSIM output files corresponding to the information presented in SDEIS Appendix A
(SDEISAppATraffic-Evaluation-Memoweb.pdf), Attachment F: Link Evaluation (p. 145-177)
4) All VISSIM input files required to recreate the outputs described in #3
5) All reports, memorandum, letters and/or emails that describe VISSIM model development (in
addition to the information provided in FEIS Appendix A). This should include documentation of
the VISSIM model parameter changes and any other changes that were made between the
publication of the DEIS in July 2020 and the publication of the FEIS in June 2022. This also
should include documentation of how the VISSIM model develop process followed the Maryland
Department of Transportation State Highway Department Vissim Modeling Guidance document.
6) MWCOG output files that correspond to the 2045 AM Peak Travel Demand and PM Peak
Travel Demand tables for both the No Build and Preferred Alternative scenarios presented in
FEIS Appendix A, p. 737-73 8.
7) All MWCOG model files (except for proprietary Cube software) required to recreate the
outputs described in #6.
8) MWCOG output files that correspond to the 2045 AM Peak Travel Demand and PM Peak
Travel Demand tables for both the No Build and Alt 9 Phase 1 Alternative scenarios presented in
SDEIS Appendix A, p. 118-121.
9) All MWCOG model files (except for proprietary Cube software) required to recreate the
outputs described in #8.
10) All reports, memorandum, letters and/or emails that describe the development of the 2045
travel demand numbers listed in #6 and #8 (in addition to the information provided in FEIS

00189586

Ms. Christina McClintock
Page Two

Appendix A). This should include documentation explaining why the numbers changed between the publication of the SDEIS in October 2021 and the publication of the FEIS in June 2022.
11) All reports, memorandum, letters and/or emails that describe the VISUM model base year and future year model development (in addition to the information provided in FEIS Appendix A).
12) VISUM base year, 2045 No Build and 2045 Preferred Alternative networks.
13) All reports, memorandum, letters, and/or emails that describe adjustments to the VISUM trip tables and assigned volumes (in addition to the information provided in FEIS Appendix A) that provides detail concerning the adjustments described in FEIS, p. 84 including: "adjustments required for base year calibration", "modified ratio adjustment method", "additional reviews to ensure individual O-D pair growth was reasonable" "extensive coordination and post-processing efforts, "reflected key trends from the regional travel demand model", and "aligning with previous and concurrent forecasting efforts for various locations within the project study area."
14) VISUM traffic assignment files for each analyzed hour for the base year, 2045 No Build and 2045 Preferred Alternative alternatives that link to the network files (#12).
15) All VISUM "peak hour correction matrices" described in FEIS Appendix A p. 84.

If you have any technical questions about this request, please contact our consultant:

Norm Marshall, President
Smart Mobility Inc.
nmarshallsmartmobility.com
802-356-2969

We request an expedited response for the following reasons. First, the underlying data requested is required to be disclosed publicly with the FEIS. 40 C.F.R. § 1500.1(b) (2019) ("NEPA procedures must ensure that environmental information is available to public officials and citizens before decisions are made and before actions are taken. The information must be of high quality. Accurate scientific analysis, expert agency comments, and public scrutiny are essential to implementing NEPA"); Id. § 1502.21 (2019) (underlying data may be incorporated by reference only if "it is reasonably available for inspection by potentially interested persons within the time allowed for comment"); Wi/dEarth Guardians v. Mont. Snowmobile Ass 'ii, 790 F.3d 920, 925 (9th Cir. 2015) ("To fulfill NEPA's public disclosure requirements, the agency must provide to the public 'the underlying environmental data' from which the [agency] develops its opinions and arrives at its decisions."). MDOT and FHWA's failure to provide this data before releasing the FEIS violates NEPA.

Second, this is not a request under Maryland's Public Information Act (PTA); rather, this is a request for data files that were required to be disclosed under NEPA. It is not subject to Maryland's PIA procedures.

In the past, MDOT has suggested that traffic modeling data is sufficiently disclosed when it is presented in tables of a PDF. As we have noted in prior correspondence with MDOT, final numbers presented in tables of a PDF cannot be substituted for the actual underlying spreadsheets and model files used to create those tables, which include formulas, calculations, and numbers that are not rounded. To reach their conclusions in the FEIS, the Agencies were not limited merely to numbers in tables of a PDF, and they cannot limit the public to that either.

Ms. Christina McClintock
Page Three

Fourth, we request that fees be waived. This is not a request under Maryland's PIA but rather a request for documents that should have been disclosed in the first instance—thus no fee waiver request is necessary. We nonetheless note that a waiver would be appropriate under Md. Code Ann., GP § 4-206(e) and Md. Code Regs. 11.01.13.13(A)(7); the non-profit organizations' ability to pay fees is constrained and the requested records are in the public interest and will enable the public to meaningfully comment on the FEIS's traffic conclusions. The public cannot evaluate the report fully without these documents, and furthermore these documents were required to be disclosed in the first instance. Providing the requested files simply requires copying and pasting computer folders to a Dropbox or other cloud-based folder and emailing the link. In fact, Smart Mobility has requested this same type of data many times for other highway EISs and has always been promptly provided it without charge. A non-exhaustive list includes:

1. Florida Department of Transportation District I — Collier County MPO RTP Update
2. Colorado Department of Transportation — 1-70 East EIS
3. Berkeley Charleston Dorchester Council of Governments (South Carolina) — RTP Update and I-526 Extension
4. New York Department of Transportation — Hunts Point Interstate Access Improvement Project DEIS
5. Southern California Association of Governments — High Dessert Corridor DEIR
6. Arkansas Department of Transportation — 1-30 Planning and Linkages Study
7. Utah Department of Transportation — West Davis Corridor DEIS
8. Texas Department of Transportation — RTP Update and South Mopac modeling
9. Charlottesville/Albemarle Metropolitan Planning Organization (Virginia) — Charlottesville Bypass

The requested files should be organized and readily available from the person or entity that undertook the traffic analysis.

By not disclosing these documents, MDOT is preventing the public from meaningfully reviewing and commenting on the traffic analysis in the FEIS. We request that MDOT immediately provide the requested traffic spreadsheets and model files underlying its decisions in the FEIS, no later than July 7, 2022. Because the Agencies have unlawfully hindered a proper review by not disclosing this in the first place, and as we have requested several times in the past, we request that the FEIS comment period be extended, consistent with letters submitted to the U.S. Department of Transportation, FHWA and MDOT, so that the public has a reasonable opportunity to review and comment on the FEIS's traffic analysis and conclusions."

As stated in our email dated July 1, 2022, given your tight time frame, we notified you of the following information:  As this is a request for records, this falls under the Maryland Public Information Act (PIA) and is being handled accordingly.  We did not anticipate providing these records to you within the first 10 business days.  Potential records will need to be retrieved, reviewed, and potentially redacted in accordance with all State and federal laws and regulations. If it is determined there is a cost associated with your request, the 10-day letter will include the estimate cost and instructions on where to send payment.

Additionally, the MDOT SHA provided you with publicly available documents that may assist you with your research. Those documents can be found at: https://oplanesmd.com/

Ms. Christina McClintock
Page Four

On July 8, 2022, and July 12, 2022, we discussed narrowing the scope of your request to reduce costs and staff time. You stated you would contact your client in an attempt to narrow the scope of the request. To date, we have not received a narrowed scope of the request from you.

GP § 4-206 authorizes MDOT to charge for time incurred to prepare, search, and review documents after the first two hours of work. We estimate that this request would require approximately 238 staff hours with an estimated cost of $21,795.81. This estimate includes preliminary email searches for numbers 5, 10, 11, and 13 of your request that yielded approximately 2,739 potentially responsive emails. As discussed, we are happy to work with you to further narrow the scope of the request in an effort to reduce the cost. As you can imagine, this is a massive request that, as currently stated, may be cost prohibitive and may not provide you with the records you are ultimately seeking. If you identify and authorize a more targeted search, we would be happy to provide you with a revised fee estimate. Should you wish to continue with the current requested scope, please forward a check made payable to the Maryland Department of Transportation to:

    Ms. Jean Anne Hosker
    PIA Representative
    MDOT State Highway Administration
    707 North Calvert Street
    Baltimore MD  21202-3601

Please be advised that we will not begin working on your request until and unless we receive payment. If, after we have completed the work, the actual cost differs from this estimate, you will either be required to pay the balance prior to receiving the records or you will be issued a refund. If we do not receive payment from you by July 29, 2022, we will consider the matter closed. Of course, you may reinitiate a new request at any time.

Payment does not guarantee the full release of the records you seek. It is possible that records or information within the records requested may be redacted or exempt from disclosure under State and/or federal laws and/or regulations.

We have considered your organization's request for a waiver of fees. The Maryland Department of Transportation (MDOT) PIA policy provides a waiver process whereby each request is considered on a request-by-request basis, which we have done in this case. We are committed to transparency and will provide records in accordance with all laws and regulations. We also have a State fiduciary constitutional responsibility to the citizens of Maryland to recover the public dollars expended to fulfill these requests. While fees recovered can never fully reimburse the State for all the costs involved in researching and processing a PIA request, MDOT policy seeks to recover as many costs as permissible to ensure the integrity of the Transportation Trust Fund. We have carefully considered your request for a fee waiver in the public interest and your status as a noncommercial nonprofit organization. The PIA statute does not provide for waived fees due to a nonprofit status. MDOT SHA is ready to provide the responsive documents to your request, but MDOT SHA will not waive the associated fees for this request.

Ms. Christina McClintock
Page Five

Pursuant to GP § 4-362, your client is entitled to seek judicial review of this decision. Alternatively, your client may file a request for mediation with the Public Access Ombudsman and, if the Ombudsman is unable to resolve the matter, may subsequently seek a resolution from the Public Information Act Compliance Board for those matters within the Compliance Board's jurisdiction. See GP §§ 4-1A-01 *et seq.* and 4-1B-01 *et seq.*

For efficiency reasons and to keep operational costs as low as possible, we encourage all requesters to submit their PIA requests through the MDOT online form, which can be found at www.mdot.maryland.gov. Click on the About tab at the top and then Public Information Act. You will find all PIA Representative contact information and other helpful information.

If you have any questions, you may contact me at 410-545-0429 or jhosker@mdot.maryland.gov. I will be happy to assist you.

Sincerely,

*Jean Anne Hosker*

Jean Anne Hosker
MDOT SHA PIA Representative