| Comment No. | Commenting Agency | Page and Section | Comment |
|---|---|---|---|
| 1 | FHWA | Page 1 Section 4 Environmental Resources | The SDEIS provides links to both the [ HYPERLINK "https://495-270-p3.com/wp-content/uploads/2020/11/2020-06-02_DEIS_04_Environmental.pdf" ] and the [ HYPERLINK "https://495-270-p3.com/wp-content/uploads/2020/07/DEIS_Appl_Air-Quality_web.pdf" ] (page 77 - 108) appear to be the old analysis.  It is not clear where the new MSAT information can be accessed. |
| 2 | FHWA | Page 4-35 Section 4.8.1 | Suggest deleting "per FHWA guidance" and the citation. Referencing the 1987 TA doesn't make sense since there weren't any PM2.5 NAAQS at that time. |
| 3 | FHWA | Page 4-34 Section 4.8.1 | Nothing in this section discusses ozone nonattainment and conformity.  Please add language. It is unclear why certain NAAQS and AQ status (nonattainment/maintenance) are included in the introduction and others are discussed under the affected environment |
| 4 | FHWA | Page 4-34 Section 4.8.1, 4.8.3 | It is not possible to ascertain if the updated air quality analysis are going to be completed appropriately because they are not included in the SDEIS documentation. |
| 5 | FHWA | Page 4-37 Section 4.8.3 | Transportation conformity must undergo public review and comment. If the FEIS/ROD is not available for a review and comment opportunity than the SDEIS must include the determination of conformity. There should be language addressing how the project meets project-level conformity requirements. |
| 6 | | Page Section | |
| 7 | | Page Section | |
| 8 | | Page Section | |
| 9 | | Page Section | |
| 10 | | Page Section | |
| 11 | | Page Section | |
| 12 | | Page Section | |
| 13 | | Page Section | |
| 14 | | Page Section | |

| 15 | | Page | |
| | | Section | |
| 16 | | Page | |
| | | Section | |
| 17 | | Page | |
| | | Section | |
| 18 | | Page | |
| | | Section | |
| 19 | | Page | |
| | | Section | |
| 20 | | Page | |
| | | Section | |
| 21 | | Page | |
| | | Section | |
| 22 | | Page | |
| | | Section | |
| 23 | | Page | |
| | | Section | |
| 24 | | Page | |
| | | Section | |
| 25 | | Page | |
| | | Section | |
| 26 | | Page | |
| | | Section | |
| 27 | | Page | |
| | | Section | |
| 28 | | Page | |
| | | Section | |
| 29 | | Page | |
| | | Section | |
| 30 | | Page | |
| | | Section | |

| | |
|---|---|
| **From:** | Perritt, Karen (FHWA) |
| **To:** | Jensen, Gary (FHWA) |
| **Subject:** | FW: Update on air quality modeling for I495/I270 MLS project |
| **Date:** | Wednesday, July 7, 2021 10:03:00 AM |

**From:** Perritt, Karen (FHWA)
**Sent:** Tuesday, July 6, 2021 3:19 PM
**To:** Hansen, Christopher (FHWA) <christopher.hansen@dot.gov>; Ho, Cecilia (FHWA)
<Cecilia.Ho@dot.gov>
**Cc:** Gavin, James (FHWA) <james.gavin@dot.gov>; Cogburn, Megan (FHWA)
<megan.cogburn@dot.gov>; Parikh, Jitesh (FHWA) <Jitesh.Parikh@dot.gov>; Mar, Jeanette (FHWA)
<Jeanette.Mar@dot.gov>
**Subject:** RE: Update on air quality modeling for I495/I270 MLS project

Hi Chris,

Thank you for sharing this update. Much appreciated! I am assuming that during this process that
the air quality modeling (and Plan/TIP) will reflect the project as described in the documentation to
support the ROD (for the current 14-mile NEPA study). The important component isn't so much that
the projects are delineated by line-item as it is that the modeling and planning documents reflect
the project as described in the ROD.

Thanks,

Karen

**From:** Hansen, Christopher (FHWA) <christopher.hansen@dot.gov>
**Sent:** Tuesday, July 6, 2021 3:12 PM
**To:** Ho, Cecilia (FHWA) <Cecilia.Ho@dot.gov>; Perritt, Karen (FHWA) <Karen.Perritt@dot.gov>
**Cc:** Gavin, James (FHWA) <james.gavin@dot.gov>; Cogburn, Megan (FHWA)
<megan.cogburn@dot.gov>; Parikh, Jitesh (FHWA) <Jitesh.Parikh@dot.gov>; Mar, Jeanette (FHWA)
<Jeanette.Mar@dot.gov>
**Subject:** Update on air quality modeling for I495/I270 MLS project

Hi Cecilia and Karen,

I wanted to briefly update you on this project. Since the TPB removed the I495/I270 project from the
air quality model inputs that will inform the future long-range plan for release next year, MDOT has
been working with the TPB members to attempt to add the project back in at the meeting scheduled
later this month. Jitesh, Jeanette, and I spoke with MDOT earlier today and asked that if the project
is successfully added back in to the air quality modeling, to separate out the Phase 1 south project
(that is, the current 14-mile NEPA study) from the north project (separate project still in pre-NEPA).
By line-iteming the current I495/I270 project, this should hopefully make the project-level
conformity determination a clean and straight-forward process once the new long-range plan is
released and the ROD is ready for signature. MDOT indicated they will attempt to separate the two
projects as just described.

If this email raises any questions or concerns, let me know and I can set up a meeting.

Jitesh or Jeanette, please provide any corrections to my above summary if needed.

Thanks,

Chris



**Friends of Moses Hall**
**7550 Seven Locks Road**
**Cabin John, Maryland 20818**
morningstarmosescj@gmail.com
www.friendsofmoseshall.org

July 15, 2022

Mr. Jeffrey T. Folden, P.E., DBIA
Maryland Department of Transportation
State Highway Administration, I-495 & I-270 P3 Office
707 North Calvert Street, Mail Stop P-601
Baltimore, MD 21202

Mr. Jitesh Parikh
Federal Highway Administration
George H. Fallon Building
31 Hopkins Plaza, Suite 1520
Baltimore, MD 21201

Re: Final Environmental Impact Statement and
    Final Section 4(f) Evaluation for the I-495 & I-270 Managed Lanes Study
    Morningstar Moses No. 88 Cemetery and Hall Site, Cabin John, Montgomery County, Maryland

Dear Messrs. Folden and Parikh:

Friends of Moses Hall has reviewed the I-495 & I-270 Managed Lanes Study Final Environmental Impact
Statement (FEIS) and Final Section 4(f) Evaluation that was released June 17, 2022. We understand that there is
no formal public comment period following release of the FEIS; however, during our June 13 consulting party
meeting with the Federal Highway Administration (FHWA) and Maryland Department of Transportation State
Highway Administration (MDOT SHA), we were told that comments on the FEIS would be accepted and
considered. This letter is to share our ongoing concerns that the FEIS fails to meet the requirements of the
National Environmental Policy Act (NEPA).

As emphasized in our previous letters to Secretary Buttigieg and to the Advisory Council on Historic Preservation
(provided as attachments), MDOT SHA's failure to look for burials in the project's Limits of Disturbance (LOD)
before issuing the FEIS and the upcoming Record of Decision (ROD) is an egregious and potentially very harmful
violation of the agency's Section 106 and 4(f) obligations.

We state for the record that we are not in agreement with MDOT SHA's or the Maryland Historical Trust's
deferral of the determination of effects to Morningstar Moses Cemetery and Hall site. We also state our non-
concurrence with the Final Programmatic Agreement (PA), a governing document that greatly impacts the
descendants of those buried at the Morningstar Moses Cemetery and other community stakeholders. Further,
we have no idea at this point whether our comments and proposed revisions to the Cemetery Treatment Plan, a
document required by the PA and of utmost importance to Morningstar Moses' descendant family members,
will be adequately addressed.

The principal legal flaw in the FEIS as it relates to our concerns is the treatment of cumulative impacts in a way that is contrary to regulation or reason. Moreover, the behavior of MDOT SHA in relation to mitigation at the Morningstar Moses site belies an arbitrary and capricious approach to engaging with the policy issues that we present.

MDOT SHA and FHWA's stated intention is to maintain its unprecedented argument that the consideration of cumulative impacts does not include adverse impacts prior to 1970 or 1966, regardless of whether those earlier adverse impacts were caused by the same agency and the same infrastructure.[1] As we have previously indicated, NEPA requires consideration of cumulative impacts where repeated actions, over time, have accreted to impacts for resources. MDOT SHA's lack of familiarity with the fact that there is no pre-1970 cut-off and that cumulative impacts relate to both past and present action indicates a severely flawed analysis.

The record on the issue of cumulative impacts is clear. MDOT SHA's predecessor agency, in a time of racial discrimination and mass eviction for the benefit of urban renewal and highway construction, improperly incorporated a Black burial site into its highway project. In 1992, it widened the highway without appropriate consideration of the impacts to this site, which NEPA would have required.

We note that the potential for impacts to burials from the Preferred Alternative has not been ruled out due to insufficient ground penetrating radar (GPR) survey thus far conducted. We submitted comments to MDOT SHA's proposed Cemetery Treatment Plan on May 2, 2022. Since we have not yet received a response to these comments, we wish to share for the record our Cemetery Treatment Plan comment letter attached hereto.

We once again emphasize that the area of the current MDOT SHA right-of-way where graves are indicated has already been subjected to significant ground disturbance from construction and earth-moving when I-495 was original constructed and again when the highway was widened in the 1990s. Additionally, decades of stormwater runoff, as well as highway use and maintenance, have further impacted burials. The new potential impact to burials is a very serious additional cumulative impact, which is on top of the other cumulative impacts including visual effects, noise, air pollution, stormwater runoff, and the environmental injustice of the original Beltway construction through this community resulting in decades of subsequent harm.

MDOT SHA and FHWA have formally acknowledged in the FEIS that the original construction of I-495 negatively impacted the historic African American community of Gibson Grove in Cabin John; however, our stakeholder community takes issue with the agencies' lack of transparency and inadequate community engagement as to equitable mitigation of cumulative effects. The mitigation commitments to the First Agape AME Zion Church appear to have been made before either Morningstar Moses descendants or the Cabin John community was included in Section 106 stakeholder discussions, and we are confused by the agencies' last-minute attempt in the FEIS to put duct tape on cumulative effects considerations and environmental justice by suggesting, in their responses to Draft Environmental Impact Statement (DEIS) and Supplemental Draft Environmental Impact Statement (SDEIS) comments, that the Section 106 mitigation commitments to the First Agape AME Zion Church property adequately address cumulative impacts to the Morningstar Moses site or the historic Gibson Grove community. This is the first time that Friends of Moses Hall or the community of Cabin John is hearing that mitigation of direct impacts to the church property is how MDOT SHA intends to mitigate cumulative impacts to the Morningstar Moses Cemetery site and is inappropriate given that these are two separate resources that are not co-located. And none of the proposed commitments address the Moses Hall site itself, but only features around it.

MDOT SHA and FHWA's arbitrary and capricious approach to impacts has been a common theme through this process. As we have previously noted, MDOT SHA has taken a different public and private face in relation to appropriate mitigations. On September 9, 2021, *The Washington Post* ran a story covering MDOT SHA's efforts

---

[1] MDOT SHA expressed this position in a January 4, 2022 presentation on Section 106 effects and in the May 2022 Draft #3 Section 106 comment responses.

to avoid impacts/effects to the Morningstar site.[2] In that story, Julie M. Schablitsky, chief archaeologist for the Maryland Department of Transportation, stated, "'We own the faults of the Maryland Roads Commission impacting the community 60 years ago…It's our responsibility now to repair the damage and come in and do the right thing.'" Yet on January 4, 2022, MDOT SHA concluded that it did not have to consider cumulative effects to the site because "impacts to the Gibson Grove community occurred with original I-495 construction, prior to the passage of NEPA and NHPA (Section 106)."[3] We note our strong contention that a press event was developed, without Friends of Moses Hall's (FMH) involvement, that may have misled stakeholders about the true level of commitment of MDOT SHA to address potential impacts to the site.

We also note that two additional issues raised by FMH were not appropriately resolved through the NEPA process. In both the DEIS and the SDEIS, MDOT SHA and FHWA failed to appropriately evaluate environmental justice and visual impact issues. Regarding environmental justice, MDOT SHA did not complete a disproportionate impact analysis in either draft document. The disproportionate impact analysis is the fundamental heart of an Environmental Justice analysis. To not provide it is to not adequately evaluate Environmental Justice under EO 12898. Providing this analysis only in the FEIS is to have deprived the public of the ability to evaluate the Environmental Justice impacts of the project and is therefore contrary to NEPA. Similarly, the visual impact analysis was deferred to the FEIS. The visual impact analysis is fundamental to an understanding of actual visual impacts. To only provide in the FEIS is again to deprive the public of the ability to evaluate one form of impacts of the project. Again, doing so was also contrary to NEPA.

We also take issue with unequivocal statements in the FEIS that "all direct and indirect impacts to Moses Hall Cemetery completely [*sic*] avoided" while simultaneously deferring an effects determination. We take offense to MDOT SHA's statement that the agency is "*gifting* [emphasis ours] land owned by MDOT SHA with potential graves back to Trustees of Moses Hall Cemetery." We maintain that the land where there are currently identified "probable" – not just "potential" – graves should never have been taken for the I-495 highway right-of-way in the first place. Returning them to their descendants is not a "gift" but an obligation.

The approach to the Morningstar site through the NEPA/Section 106 process is contrary to NEPA and its implementing regulations and has deprived the site from receiving appropriate and reasonable mitigation that it deserves after decades of mistreatment from Maryland's highway agencies. We remind FHWA of Secretary Buttigieg's insightful remark – that "there is racism physically built into some of our highways." That is certainly true of I-495. The FEIS (Chapter 5, page 5-136) acknowledges this explicitly: I-495 through the former Gibson Grove community in Cabin John was "routed through low-income, majority-minority neighborhoods, disproportionately displacing black and African American residents in particular, further concentrating poverty and exposing remaining residents to the environmental and public health effects associated with traffic proximity."[4] We lament that FHWA has not followed the Secretary's direction to address such past wrongs more affirmatively and that has resulted in an environmental process that is procedurally, and morally, flawed.

**The undersigned descendants and their families feel strongly that this process has not taken into consideration the humanistic, emotional damage and heartache suffered by the African American descendant community as a direct result of past and future highway impacts to this site. Morningstar Tabernacle No. 88 Moses Cemetery and Hall is hallowed and sacred ground and requires the utmost respect by all individuals.**

We appreciate your consideration of these comments.

---

[2] Katherine Shaver, "African American gravesites detected near Capital Beltway will be spared in road-widening plans." *The Washington Post* September 9, 2021.

[3] MDOT. "Morningstar/Moses Hall Cemetery Update." January 4, 2022.

[4] FEIS Chapter 5 on pages 5-135 to 5-136: "Today's racially and economically segregated conditions in urban and metropolitan areas can be traced directly to decades of neighborhood destruction and residential displacements caused by highway projects plus housing policy and other racially marginalizing actions undertaken by local, state, and the federal government throughout the 20th century…Highways, such as the Southeast-Southwest Freeway (I-695) in D.C. and I-495 through the former Gibson Grove community in Cabin John, were frequently routed through low-income, majority-minority neighborhoods, disproportionately displacing black and African American residents in particular, further concentrating poverty and exposing remaining residents to the environmental and public health effects associated with traffic proximity."

Sincerely,

**The Board of Trustees of Morningstar Tabernacle Number 88, Incorporated and Friends of Moses Hall**

**Diane E. Baxter**
President, The Board of Trustees of Morningstar Tabernacle Number 88, Incorporated
Descendant

**Dr. Charles W. Harris**
Vice President, The Board of Trustees of Morningstar Tabernacle Number 88, Incorporated
Descendant

**Eileen McGuckian**
Secretary, The Board of Trustees of Morningstar Tabernacle Number 88, Incorporated
Historian and President, Montgomery Preservation, Inc.

**Montgomery Crawford**
Treasurer, The Board of Trustees of Morningstar Tabernacle Number 88, Incorporated
Descendant

**Alexandra Jones, PhD, RPA**
Trustee, The Board of Trustees of Morningstar Tabernacle Number 88, Incorporated
Executive Director and Founder, Archaeology in the Community

**Austin E. White**
Trustee, The Board of Trustees of Morningstar Tabernacle Number 88, Incorporated
Descendant

**Charlotte Troup Leighton**
Chair, Friends of Moses Hall Committee
Trustee, The Board of Trustees of Morningstar Tabernacle Number 88, Incorporated
Vice President of Advocacy, Cabin John Citizens Association

**L. Paige Whitley**
Trustee and Chair, Research Committee, The Board of Trustees of Morningstar Tabernacle Number 88, Incorporated
Independent Researcher

**Sondra Raspberry**
Descendant

**Shannon S. Steward**
Descendant

**Christopher Waynes**
Descendant

**Austin White II**
Descendant

**Nathan White II**
Descendant

**Pandora White**
Descendant

cc:    Governor Lawrence J. Hogan – governor.mail@maryland.gov
Comptroller Peter V.R. Franchot – pfranchot@comp.state.md.us
Treasurer Derek E. Davis – treasurer@treasurer.state.md.us
Kendra Parzen, National Trust for Historic Preservation - KParzen@savingplaces.org
Elizabeth S. Merritt, National Trust for Historic Preservation - emerritt@savingplaces.org
Elizabeth Hughes, Maryland Historical Trust – elizabeth.hughes@maryland.gov
Julie Langan, Virginia DHR - julie.langan@dhr.virginia.gov
Steve Archer, MDOT SHA – sarcher@mdot.maryland.gov
Julie Schablitsky, MDOT SHA – jschablitsky@mdot.maryland.gov
Richard Ervin, MDOT SHA – rervin@mdot.maryland.gov
David Clarke, USDOT - david.clarke@dot.gov
April Marchese, USDOT – april.marchese@dot.gov
Colleen Vaughn, USDOT – colleen.vaughn@dot.gov
Brenda Mallory, Chair, White House Council on Environmental Quality – brenda_mallory@ceq.eop.gov
Vivian Lee, National Capital Planning Commission – vivian.lee@ncpc.gov
Samantha Beers, US EPA - beers.samantha@epa.gov
Emily Biondi, Federal Highway Administration – emily.biondi@dot.gov
James Gavin, Federal Highway Administration – james.gavin@dot.gov
Jeanette Mar, FHWA Maryland Division - jeanette.mar@dot.gov
Reid Nelson, ACHP – rnelson@achp.gov
Mandy Ranslow, ACHP - mranslow@achp.gov
Jaime Loichinger, ACHP - jloichinger@achp.gov
Beth Cole, Maryland Historical Trust - beth.cole@maryland.gov
Tim Tamburrino, Maryland Historical Trust - tim.tamburrino@maryland.gov
Marc Holma, Virginia DHR - marc.holma@dhr.virginia.gov
John Simkins, FHWA Virginia Division - john.simkins@dot.gov
Rebeccah Ballo, Montgomery County Planning Department – rebecccah.ballo@montgomeryplanning.org
Debra Borden, M-NCPPC – debra.borden@mncppc.org
Brian Crane, Montgomery County Planning Department – brian.crane@montgomeryplanning.org
Susan Shipp, Cabin John Citizens Association - jsjshipp3@verizon.net
Heidi and Scott Lewis, Cabin John Citizens Association - cjcapresidents@gmail.com
Jack Orrick, Carderock Springs Citizens Association – jack.orrick@offitkurman.com
Eddie Bankhead, First Agape AME Zion Church - esbj@pobox.com
Rev. Edgar Bankhead, First Agape AME Zion Church - ebankjs@verizon.net
Susan Lee, Maryland State Senator – susan.lee@senate.state.md.us
Marc Korman, Maryland State Delegate – marc.korman@house.state.md.us
Sara Love, Maryland State Delegate – sara.love@house.state.md.us
Ariana Kelly, Maryland State Delegate – ariana.kelly@house.state.md.us
Casey Anderson, Chair, Montgomery County Planning Board - MCP-Chair@mncppc-mc.org
Carol Rubin, Commissioner, Montgomery County Planning Board - MCP-Chair@mncppc-mc.org
Partap Verma, Commissioner, Montgomery County Planning Board - MCP-Chair@mncppc-mc.org
Tina Patterson, Commissioner, Montgomery County Planning Board - MCP-Chair@mncppc-mc.org
Gerald Cichy, Commissioner, Montgomery County Planning Board -MCP-Chair@mncppc-mc.org
Marc Elrich, Montgomery County Executive - marc.elrich@montgomerycountymd.gov
Gabe Albornoz, Montgomery County Councilmember- councilmember.albornoz@montgomerycountymd.gov
Andrew Friedson, Montgomery County Councilmember- councilmember.friedson@montgomerycountymd.gov
Evan Glass, Montgomery County Councilmember - councilmember.glass@montgomerycountymd.gov
Tom Hucker, Montgomery County Councilmember - councilmember.hucker@montgomerycountymd.gov
Will Jawando, Montgomery County Councilmember - councilmember.jawando@montgomerycountymd.gov
Sidney Katz, Montgomery County Councilmember - councilmember.katz@montgomerycountymd.gov
Nancy Navarro, Montgomery County Councilmember - councilmember.navarro@montgomerycountymd.gov
Craig Rice, Montgomery County Councilmember - councilmember.rice@montgomerycountymd.gov
Hans Riemer, Montgomery County Councilmember - councilmember.riemer@montgomerycountymd.gov



**FRIENDS OF MOSES HALL**
**MORNINGSTAR TABERNACLE NUMBER 88**
**ANCIENT UNITED ORDER OF SONS AND DAUGHTERS, BROTHERS AND SISTERS OF MOSES**
**7550 Seven Locks Road**
**Cabin John, MD 20818**
**morningstarmoscj@gmail.com**
**https://www.friendsofmoseshall.org/**

May 2, 2022

By Email to: sarcher@mdot.maryland.gov

Mr. Steve Archer
Cultural Resources Team Leader
Maryland Department of Transportation
State Highway Administration
Environmental Planning Division
707 North Calvert Street
Baltimore, MD 21202

Re: I-495 and I-270 MLS Section 106 Materials, PA Third Draft - Archaeological Treatment Plan (Attachment 5) and Cultural Resources Treatment Plan (Attachment 4)

Dear Mr. Archer:

Thank you for the opportunity to review the additional Section 106 materials released on March 31, 2022. Our comments below are intended to supplement our comments that we submitted on April 14, 2022, but will specifically focus on the Cultural Resources Treatment Plan ("Cemetery Treatment Plan" - Attachment 4) and the Archaeological Treatment Plan (Attachment 5). Our comments to these documents are limited to their pertinence to Morningstar Tabernacle No. 88 Moses Hall and Cemetery (M: 35-212 - hereafter "Morningstar Moses").

To put our comments and concerns into visual perspective, we have included a graphic map (*See Attachment 1*) based on the Report of Geophysical Survey (GPR) conducted July, 2021 by esteemed archaeologist Dr. Tim Horsley. As previously stated, Dr. Horsley's GPR survey covered only a portion of the Morningstar Moses property and a limited area of the state's I-495 Right-of-Way. Dr. Horsley's Report Summary stated that the total of 377 probable and possible burials "is likely lower than the actual total number of graves present." Dr. Horsley went on to state:

> "Importantly, these results reveal that subsurface anomalies interpreted as graves continue into the Maryland Department of Transportation State Highway Administration Right-of-Way (MDOT SHA ROW) to the north of the enclosed cemetery. While the exact number is difficult to define from these data, some 14 probable unmarked burials are indicated in this area. As many as 34 burials are suggested in total; however, most of the anomalies suggesting these likely have alternative, natural explanations."

The area of the MDOT SHA ROW where graves are indicated has already been subjected to significant ground

00189921

disturbance from construction and earth-moving when I-495 was originally constructed and again when the highway was widened in the 1990s. Additionally, decades of stormwater runoff, as well as highway use and maintenance, have further impacted burials.

It is therefore reasonable to conclude that human remains have been disturbed and dislocated, and that it is likely that human remains **will** be discovered within the LOD area adjacent to Morningstar Moses. Any treatment plan and mitigation commitment must require the reinterment of human remains on the Morningstar Moses site. Prior to any such reinterment, a thorough archaeological survey of the Morningstar Moses property would be required to identify locations for reinterment. We emphasize that Order of Moses Tabernacle No. 88 members paid to bury their family members at Morningstar Moses and it is vital that this community of dead remain together.

We restate our rejection of SHA's convenient definition of the boundary of the cemetery. SHA is, in fact, now basing the cemetery boundary on a 1957 aerial map that was shared in consulting party meetings. The 1957 aerial was used as a graphic underlay during a Consulting Party meeting with SHA on January 4, 2022, for the depiction of grave shafts revealed in the limited area where GPR was conducted. We reject SHA's assumptions and interpretation of the 1957 aerial as sufficient to evaluate the extent of the boundaries of the Morningstar Moses Cemetery. Historical research and the absence of burial records for most of the 377 GPR-indicated probable and possible graves in the limited survey areas point to the distinct possibility that the cemetery is older and larger than originally thought. The historical evidence suggests that this could be a Reconstruction-era cemetery. Most graves were marked by stones and not inscribed markers, and it is likely that landowners and descendants present in 1957 would not have been able to identify the specific boundaries of the cemetery.

## Archaeological and Cultural Monitoring

We reiterate our previous requirement that the monitoring of ground-disturbing and archaeological activities at the Morningstar Moses site, including areas of the adjacent LOD, must be carried out by an appropriate, qualified professional. Morningstar Moses' cultural and historic importance requires that a professional supervising ground-disturbing and archaeological investigations at the site have extensive experience in African American cemetery archaeology. The Archaeological and Cemetery Treatment Plans should include the following provision:

> The archaeological studies of Morningstar Moses cemetery required under the terms of the PA shall be carried out by a cultural resources management (CRM) firm with extensive experience in African American archaeology, community archaeology, and oral history selected by The Board of Trustees of Morningstar Tabernacle Number 88, Incorporated (MT88) and Friends of Moses Hall (FMH), and under the direct supervision of a qualified professional approved by MT88 and FMH. The cultural monitor approved by MT88 and FMH is required to be on site at the Morningstar Moses project location at all times to monitor archaeological project activity. MDOT SHA shall cover the cost of the archaeologist and cultural monitor.

<u>Archaeological Treatment Plan</u>

The Morningstar Moses site is NRHP eligible under Criteria A and C, but the Maryland Historical Trust (MHT) has recommended that this site also be considered eligible under Criterion D. As previously stated, we concur with MHT that this site be deemed eligible under Criteria A, C and D. Accordingly, the Archaeological Treatment Plan should be updated to include the Morningstar Moses site.

The Cemetery Treatment Plan limits archaeological investigations to the presence of human remains and funerary objects, and does not consider that there is a potential for significant archaeological remains at the edge of the LOD and the northern cemetery boundary, including areas of the cemetery within the existing I-495 Right-of-Way, and along the access footpath that have not been subject to archaeological investigations.

00189922

Additionally, the Morningstar Moses site holds the only remaining extant foundation of a once thriving Order of Moses Hall building in Montgomery County. The close proximity of the Hall to the LOD and the history of significant past disturbance of the Morningstar Moses site from the original I-495 construction and subsequent widening — and highway traffic impacts in general — further supports that the site should be included in the Archaeological Treatment Plan.

Turning our attention to the Archaeological Treatment Plan document, we have the following preliminary comments, but reserve the right to review and comment further on this document once the Morningstar Moses site is included.

### Human Remains Protocols During Archaeological Investigations (Appendix 1)

We take issue with the following language:

> "Within Maryland, pursuant to State of Maryland Criminal Code § 10-402, the State's Attorney must authorize movement or removal of any remains until determined to be archaeological."

It is our understanding of the statute that unless the removal is temporary, the authorization of the State's Attorney is required for the removal of any remains for any reason, regardless of whether they are considered archaeological or for any other consideration. The section also requires publication of "a notice of the proposed relocation in a newspaper of general circulation in the county where the burial site is located." There is no exception to this requirement for archaeology. The statute does allow for remains to be reinterred in the presence of "a trained anthropologist or archaeologist" rather than a "a mortician, professional cemeterian, or other individual qualified in the interment of human remains" or "a minister, priest, or other religious leader." This language should be corrected to accurately reflect State of Maryland Criminal Code § 10-402.

<u>Cemetery Treatment Plan</u>

### Site Treatment Plan Research Methods - Previously Conducted Research

MDOT SHA appears to have carefully crafted its language in this section to support its assumptions and/or downplay findings — in some cases deceptively so. For example, we point to the mischaracterization of Dr. Tim Horsley's GPR survey findings at the top of Page 5:

> "The study identified 14 subsurface anomalies interpreted as possible graves within the MDOT SHA ROW to the north of the enclosed cemetery; an additional 20 anomalies in this area were thought more likely to be related to natural soil variations (Falchetta et al. 2021). Although the GPR reflections in this area are weaker than other parts of the survey area, as a result of this study, the area of possible burials features within the MDOT SHA ROW has been included within the NRHP eligible boundary of the property."
>
> **We repeat for emphasis the precise language from Dr. Tim Horsley's Report Summary:**
>
> "Importantly, these results reveal that subsurface anomalies **interpreted as graves** continue into the Maryland Department of Transportation State Highway Administration Right-of-Way (MDOT SHA ROW) to the north of the enclosed cemetery. While the exact number is difficult to define from these data, **some 14 probable unmarked burials are indicated in this area**. As many as 34 burials are suggested in total; however, most of the anomalies suggesting these likely have alternative, natural explanations."

MDOT SHA's characterizations in this document and elsewhere appear aimed to convince consulting parties and the public to trust its version of a "revised cemetery boundary" and that "MDOT SHA developed an alternative design and LOD configuration that eliminates all Project impacts within the revised property boundary and avoids associated potential burial features within the MDOT SHA ROW adjacent to the cemetery boundary". We reject and take offense to MDOT SHA's characterizations and attempts to downplay

impacts to the Morningstar Moses site.

With reference to Page 5, Paragraph 2, we have twice submitted corrections to the MHT Determination of Eligibility (DOE) form submitted by MDOT SHA and again state that errors and omissions still exist. We also reemphasize that this site should be deemed eligible under Criteria A, C and D.

**Site Treatment Plan Research Methods - Defining Areas that Require Archaeological Investigation**

We believe that MDOT SHA again mischaracterizes Dr. Tim Horsley's GPR Report in stating that "Given the weak nature of feature signals identified on the nearby high ground, it may be impossible to confidently identify potential graves in this area." We also object to MDOT SHA's use of the word "potential graves" as misleading in certain places in the document. We look to Dr. Tim Horsley's GPR report for his interpretations of "probable" and "possible" burials as follows:

> "For ease of interpretation, burials are divided into *"probable burials"* and *"possible burials"* depending on the confidence that such an interpretation can be made. This distinction is based on several characteristics of the geophysical anomaly (i.e., strength, dimensions, depth, and orientation), as well as its associated grave marker or other similar anomalies. In the case of possible burials, other explanations are possible and cannot be ruled out, although it is more likely that the anomaly is burial related."

We again point to Dr. Horsley's GPR report for his findings related to burials within the MDOT SHA ROW and, more specifically, to the cause of "weak signals" in this area:

> "**While the absolute number of burials within the ROW is impossible to determine with confidence, there is strong evidence that graves continue into this area.** 14 probable burials are identified in Figure 21, with an additional 13 possible burials highlighted. A further 7 other features/ disturbance are shown, either fully or partially within this area. Together, this suggests as many as 27-34 unmarked graves with the ROW; however, this may be an over-estimate. In general, the GPR reflections in this area are weaker than other parts of the survey area; given the sensitivity of the ROW, great care has been taken to identify all potentially significant anomalies. It is quite possible that many of the possible burials are caused by other subsurface disturbances or natural soil variations, as well as the other feature/disturbance anomalies; however, it is impossible to rule out the presence of an unmarked burial in each case.
>
> The difficulty in confidently identifying burials in this area might in part be related to a change in soil type. As described in Section and 1.5 and Figure 2, Brinklow-Blocktown channery silt loams are present in this corner of the cemetery (although it should be cautioned that the soil maps may not be accurate at the scale shown). Channery soils produce increased noise levels due to the greater concentration of stony material; however, the GPR data from this area are not discernibly noisier than the rest of the cemetery. The weaker reflections here indicate a lower physical contrast (primarily conductivity) between the causative features and the surrounding soil. Several factors could cause such a reduction in contrast, including (i) a change in soil type; (ii) variations in soil moisture (that can be related to soil type and/or topography); (iii) the nature of the burial (i.e., casket vs. shroud); and (iv) the state of preservation of the inhumation. While identifying which factors are the most significant is not usually possible solely based on the geophysical data in this instance it is likely a combination of at least (i), (ii) and (iv). **As Falchetta et al. note, the top of the hill may have been the site of the earliest burials, and consequently their associated anomalies would be expected to be weaker due to more advanced decomposition.**
>
> The GPR reflections suggesting probable and possible burials in this area begin at a depth of around 1' (0.3m) and extend to at least 4-5' (1.2-1.5m). While the remains of any inhumations are likely below at least 3', distinct soil variations associated with the grave shafts can be expected at a depth of 1' (0.3m)."

00189924

**Environmental Context - Land Use History and Current Conditions**

We wish to clarify the following sentence: "The central portion of the path runs along a gully and was constructed on top of fill piles; railroad tie steps placed along that portion of the path by Boy Scouts working on an Eagle Scout project in 2008 were still in place." The source of the "fill piles" (shown as "Artificial Berm" on the map in *Attachment 1*) is undetermined, but the presence of large chunks of thick concrete indicate that this fill may have been associated with highway construction. We wish to clarify that the Boy Scouts did not create the fill piles, but simply created steps in the artificial berm to allow pedestrian access to the cemetery. It should be noted that MDOT SHA's perpetual stormwater easement is also located in this area and the fill piles could have been associated with construction of the stormwater drain. MDOT SHA's lack of maintenance of their stormwater easement on the property has contributed to soil erosion and physical degradation of the site.

**Treatment Goals - Additional Remote Sensing Survey/Archaeological Fieldwork**

The document states that "No further ground disturbing investigations will be conducted within the identified cemetery boundary at this time. A series of further steps, including additional GPR and examination of the LOD to identify burials outside the understood boundary of the cemetery will be conducted to evaluate avoidance of impacts to the Morningstar Cemetery as a result of MLS Project activities."

We point out that only non-invasive field investigations have been conducted at the site so far. GPR was conducted on a portion of the Morningstar Moses cemetery property and a portion of the MDOT SHA ROW. The areas where the GPR survey was conducted are shown on *Attachment 1*. In the likely event that human remains are present in the LOD, they must be reinterred within the Morningstar Moses cemetery. Prior to any such reinterment, a proper archaeological survey of the Morningstar Moses property, at the sole cost and expense of MDOT SHA, would be required to identify locations for reinterment.

MDOT SHA further states that, "The primary goal of the archaeological investigations in the MDOT SHA right-of-way is to confirm that no interments are located within the MLS Project LOD that would be impacted by the proposed construction in this area."

MDOT SHA's proposed areas within the LOD for additional GPR study seem to presume the end results of the investigations before they are carried out and do not demonstrate to us that the MDOT SHA is proactively seeking to avoid impacting all Morningstar Moses burials. MDOT SHA seems committed to their arbitrary definition of the boundary of the cemetery and does not consider that graves and artifacts could be present along the entire length of the LOD adjacent to the Morningstar Moses site.

**Machine and Hand Stripping of the LOD (P-10)**

This paragraph should be revised to read:

> Following the GPR effort, LOD will have been reduced to the maximum extent feasible while still accomplishing the purpose and need of the Project if the GPR has indicated a potential for additional burials within the LOD. At this time, substantial remaining vegetation will have been removed from the LOD in the vicinity of the Morningstar Cemetery as depicted in Figure 2.3 with an **appropriate, qualified** archaeologist **and cultural monitor present** for all ground disturbance. The area to be cleared encompasses the area between the roadway and the staked LOD. The mechanical removal of the topsoil in these areas will be accomplished with a Gradall, trackhoe, or similar vehicle with a bucket fitted with a smooth (not toothed) blade, and the soil removal will proceed, directed by the archaeologist **and cultural monitor, in a slow and careful manner removing only a few inches at a time** — as noted in the GPR study, "distinct soil variations associated with the grave shafts can be expected at a depth of 1 ft." The topsoil **will be sampled by screening for artifacts** and will be removed under the direction of the archaeologist **and cultural monitor,** and the interface between

00189925

the topsoil and subsoil will be cleaned by shovel, trowel, or a combination thereof to evaluate any features or artifacts indicative of interments **and/or archaeological remains.**

**Summary of Expected Steps of Coordination and Fieldwork**

As the document states, "The community has expressed a preference for re-interment of remains within Morningstar Cemetery, and the MDOT SHA will accommodate this to the extent practicable and permissible by law." We repeat that any treatment plan and mitigation commitment must require the reinterment of human remains on the Morningstar Moses site, in order to keep the community together. We restate that prior to any such reinterment, a thorough archaeological survey of the Morningstar Moses property, at the sole cost and expense of MDOT SHA, would be required to identify locations available within the Morningstar Moses site for reinterment.

**Respectful Treatment of Human Remains**

The following paragraph should be revised to read:

> The MDOT SHA archaeologists and archaeological consultants will treat any human remains encountered during the Project in a manner guided by the relevant federal and state laws and guidelines. In addition, human remains will be treated with the utmost dignity and respect at all times. Human remains and/or associated artifacts (including grave markers, casket/coffin materials, or funerary objects) will be left in place where possible and not disturbed unless necessary, and no personal or media photographs **or filming** will be allowed of human remains other than what is needed for technical documentation, and consultant Project and MDOT SHA personnel will be restricted from posting or disclosing information, **videos,** or photographs on social media or other venues. The MDOT SHA and FHWA will be the only authorized sources to disseminate information to consulting parties or media. **However, in no event shall photographs or video of skeletal remains or funerary objects be released to the media or press without the express written consent of The Board of Trustees of Morningstar Tabernacle Number 88, Incorporated.** No skeletal remains or materials associated with the remains be collected or removed until appropriate consultation has taken place. All personnel involved with the discovery will maintain confidentiality concerning the remains, and any press contacts will be referred to the MDOT SHA.

We appreciate your consideration of these comments.

Sincerely,

**Friends of Moses Hall and**
**The Board of Trustees of Morningstar Tabernacle Number 88, Incorporated**

**Diane E. Baxter**
President, Morningstar Tabernacle Number 88, Incorporated
Descendant

**Dr. Charles W. Harris**
Vice President, Morningstar Tabernacle Number 88, Incorporated
Descendant

**Eileen McGuckian**
Secretary, Morningstar Tabernacle Number 88, Incorporated
Historian and President, Montgomery Preservation. Inc.

**Montgomery Crawford**
Treasurer, Morningstar Tabernacle Number 88, Incorporated
Descendant

**Alexandra Jones, PhD, RPA**
Trustee, Morningstar Tabernacle Number 88, Incorporated
Executive Director and Founder, Archaeology in the Community

**Austin E. White**
Trustee, Morningstar Tabernacle Number 88, Incorporated
Descendant

**Charlotte Troup Leighton**
Trustee and Chair, Friends of Moses Hall Committee,
Morningstar Tabernacle Number 88, Incorporated
Vice President of Advocacy, Cabin John Citizens Association

**L. Paige Whitley**
Chair, Research Committee, Morningstar Tabernacle Number 88, Incorporated
Independent Researcher

**Sondra Raspberry**
Descendant

**Shannon S. Steward**
Descendant

**Christopher Waynes**
Descendant

**Austin White II**
Descendant

**Nathan White II**
Descendant

**Pandora White**
Descendant

## ATTACHMENT 1
## Morningstar Tabernacle No. 88 Moses Hall and Cemetery
## Cabin John, Montgomery County, Maryland



cc:      Governor Lawrence J. Hogan – governor.mail@maryland.gov
Comptroller Peter V.R. Franchot – pfranchot@comp.state.md.us
Treasurer Derek E. Davis – treasurer@treasurer.state.md.us
Jeffrey T. Folden, MDOT SHA – mls-nepa-P3@mdot.maryland.gov
Kendra Parzen, National Trust for Historic Preservation - KParzen@savingplaces.org
Elizabeth S. Merritt, National Trust for Historic Preservation - emerritt@savingplaces.org
Elizabeth Hughes, Maryland Historical Trust – elizabeth.hughes@maryland.gov
Julie Langan, Virginia DHR - julie.langan@dhr.virginia.gov
Steve Archer, MDOT SHA – sarcher@mdot.maryland.gov
Julie Schablitsky, MDOT SHA – jschablitsky@mdot.maryland.gov
Richard Ervin, MDOT SHA – rervin@mdot.maryland.gov
David Clarke, USDOT - david.clarke@dot.gov
April Marchese, USDOT – april.marchese@dot.gov
Colleen Vaughn, USDOT – colleen.vaughn@dot.gov
Brenda Mallory, Chair, White House Council on Environmental Quality – brenda_mallory@ceq.eop.gov
Vivian Lee, National Capital Planning Commission – vivian.lee@ncpc.gov
Samantha Beers, US EPA - beers.samantha@epa.gov
Emily Biondi, Federal Highway Administration – emily.biondi@dot.gov
James Gavin, Federal Highway Administration – james.gavin@dot.gov
Jitesh Parikh, Federal Highway Administration – jitesh.parikh@dot.gov
Jeanette Mar, FHWA Maryland Division - jeanette.mar@dot.gov
Reid Nelson, ACHP – rnelson@achp.gov
Mandy Ranslow, ACHP - mranslow@achp.gov
Jaime Loichinger, ACHP - jloichinger@achp.gov
Beth Cole, Maryland Historical Trust - beth.cole@maryland.gov
Tim Tamburrino, Maryland Historical Trust - tim.tamburrino@maryland.gov
Marc Holma, Virginia DHR - marc.holma@dhr.virginia.gov
John Simkins, FHWA Virginia Division - john.simkins@dot.gov
Rebeccah Ballo, Montgomery County Planning Department – rebecccah.ballo@montgomeryplanning.org
Debra Borden, M-NCPPC – debra.borden@mncppc.org
Brian Crane, Montgomery County Planning Department – brian.crane@montgomeryplanning.org
Susan Shipp, Cabin John Citizens Association - jsjshipp3@verizon.net
Jack Orrick, Carderock Springs Citizens Association – jack.orrick@offitkurman.com
Eddie Bankhead, First Agape AME Zion Church - esbj@pobox.com
Rev. Edgar Bankhead, First Agape AME Zion Church - ebankjs@verizon.net
Susan Lee, Maryland State Senator – susan.lee@senate.state.md.us
Marc Korman, Maryland State Delegate – marc.korman@house.state.md.us
Sara Love, Maryland State Delegate – sara.love@house.state.md.us
Ariana Kelly, Maryland State Delegate – ariana.kelly@house.state.md.us
Casey Anderson, Chair, Montgomery County Planning Board - MCP-Chair@mncppc-mc.org
Carol Rubin, Commissioner, Montgomery County Planning Board - MCP-Chair@mncppc-mc.org
Partap Verma, Commissioner, Montgomery County Planning Board - MCP-Chair@mncppc-mc.org
Tina Patterson, Commissioner, Montgomery County Planning Board - MCP-Chair@mncppc-mc.org
Gerald Cichy, Commissioner, Montgomery County Planning Board -MCP-Chair@mncppc-mc.org
Marc Elrich, Montgomery County Executive - marc.elrich@montgomerycountymd.gov
Gabe Albornoz, Montgomery County Councilmember-councilmember.albornoz@montgomerycountymd.gov
Andrew Friedson, Montgomery County Councilmember- councilmember.friedson@montgomerycountymd.gov
Evan Glass, Montgomery County Councilmember - councilmember.glass@montgomerycountymd.gov
Tom Hucker, Montgomery County Councilmember - councilmember.hucker@montgomerycountymd.gov
Will Jawando, Montgomery County Councilmember - councilmember.jawando@montgomerycountymd.gov
Sidney Katz, Montgomery County Councilmember - councilmember.katz@montgomerycountymd.gov
Nancy Navarro, Montgomery County Councilmember - councilmember.navarro@montgomerycountymd.gov
Craig Rice, Montgomery County Councilmember - councilmember.rice@montgomerycountymd.gov
Hans Riemer, Montgomery County Councilmember - councilmember.riemer@montgomerycountymd.gov

00189929



**Friends of Moses Hall**
**7550 Seven Locks Road**
**Cabin John, Maryland 20818**
morningstarmosescj@gmail.com
www.friendsofmoseshall.org

June 15, 2022

Ms. Jaime Loichinger
Assistant Director
Advisory Council on Historic Preservation
400 F Street, NW, Suite 308
Washington, DC 20001

By email to: jloichinger@achp.gov

Re: **Maryland I-495/I-270 Managed Lanes Study – Request for Pre-Decisional Referral to CEQ**
    Morningstar Tabernacle No. 88 Moses Hall and Cemetery (MIHP: 35-212)

Dear Ms. Loichinger:

Thank you for participating in Monday's consulting party meeting led by the Federal Highway Administration (FHWA) in response to our June 8 letter to Transportation Secretary Buttigieg (attached for reference). We especially appreciated your acknowledgement that federal agencies have an obligation to consider cumulative impacts and environmental justice.

During the meeting you indicated that the Programmatic Agreement (PA) was already in your office for execution. We learned yesterday that the ACHP has since executed the PA. This is unfortunate in our view, because it undermines FHWA's repeated assurances on Monday that there would still be a comment opportunity on both the PA and the Final Environmental Impact Statement (FEIS).

We continue to have great concerns that the I-495/I-270 Managed Lanes Study FEIS will soon be released by the FHWA and Maryland Department of Transportation (MDOT SHA) as a deeply flawed environmental review document that fails to meet the requirements of the National Environmental Policy Act. Further, as emphasized in our letter to Secretary Buttigieg, MDOT SHA's failure to look for burials in the LOD before the FEIS is an egregious and potentially very harmful violation of the agency's Section 106 and 4(f) obligations.

One of the primary legal flaws in the FEIS is an issue that has significant implications for the Section 106 regulations as well – the FHWA's stated intention to maintain its unprecedented argument that the consideration of cumulative impacts does not include adverse impacts prior to 1970 or 1966, regardless of whether those earlier adverse impacts were caused by the same agency and the same infrastructure. **The purpose of this letter is to urge the Advisory Council on Historic Preservation (ACHP) to initiate a**

OST-S10-220824-024

00189930

pre-decisional referral to the Council on Environmental Quality (CEQ), pursuant to 40 C.F.R. Part 1504, to address the FHWA's attempt to revise the definition of cumulative effects in a manner inconsistent with prior precedent. Since the Section 106 regulations themselves rely on the consideration of cumulative effects, 36 C.F.R. § 800.5(a)(1), this issue has enormous importance for the ACHP. Unless the FHWA changes its position, this issue is expected to be one of the central challenges raised in litigation opposing the project. We urge the federal agencies to involve CEQ in reviewing this issue *before* it goes to the courts.

The ACHP's execution of the PA (although disappointing, and inconsistent with FHWA's assurances) does not preclude the ACHP from initiating this pre-decisional referral. The PA essentially kicks the can down the road, and *defers* any determination regarding adverse effects -- cumulative or otherwise. Therefore, resolving the inconsistent definitions of cumulative effects will be helpful, if not essential, to successful implementation of the PA.

In our view, the transportation agencies' refusal to consider the cumulative impacts of building the highway back in the 1960s is one of the most egregious compliance deficiencies and has dangerous implications for both Section 106 and NEPA as a matter of precedent. **Therefore, we urge the ACHP to refer the matter to CEQ. The window for submitting a CEQ referral is a mere 25 days after the FEIS has been issued. If the FEIS is released as scheduled on June 17, the deadline for CEQ referral would be July 12. It is critical for the FEIS (or a Supplemental EIS) to reopen the consideration of cumulative impacts, so that a meaningful evaluation and resolution of those impacts can be achieved, without the artificial wall being imposed by the FHWA.**

Thank you for considering our comments and our plea for your support and intervention.

Sincerely,
**Friends of Moses Hall**
and **The Board of Trustees of Morningstar Tabernacle Number 88, Incorporated**

**Diane E. Baxter**
President, Morningstar Tabernacle Number 88, Incorporated
Descendant

**Dr. Charles W. Harris**
Vice President, Morningstar Tabernacle Number 88, Incorporated
Descendant

**Eileen McGuckian**
Secretary, Morningstar Tabernacle Number 88, Incorporated
Historian and President, Montgomery Preservation, Inc.

**Montgomery Crawford**
Treasurer, Morningstar Tabernacle Number 88, Incorporated
Descendant

**Alexandra Jones, PhD, RPA**
Trustee, Morningstar Tabernacle Number 88, Incorporated
Executive Director and Founder, Archaeology in the Community

OST-S10-220824-024

00189931

**Austin E. White**
Trustee, Morningstar Tabernacle Number 88, Incorporated
Descendant

**Charlotte Troup Leighton**
Trustee and Chair, Friends of Moses Hall Committee,
Morningstar Tabernacle Number 88, Incorporated
Vice President of Advocacy, Cabin John Citizens Association

**L. Paige Whitley**
Chair, Research Committee, Morningstar Tabernacle Number 88, Incorporated
Independent Researcher

**Sondra Raspberry**
Descendant

**Shannon S. Steward**
Descendant

**Christopher Waynes**
Descendant

**Austin White II**
Descendant

**Nathan White II**
Descendant

**Pandora White**
Descendant

Enclosure :
Friends of Moses Hall letter to Secretary Buttigieg, June 8, 2022

cc:     David Clarke, Federal Preservation Officer, FHWA
        Reid Nelson, Mandy Ranslow, Javier Marques, and Kelly Fanizzo, ACHP
        Elizabeth S. Merritt, Deputy General Counsel, National Trust for Historic Preservation
        Brenda Mallory, Chair, White House Council on Environmental Quality
        Stephan Nevshehirlian, NEPA Program Manager, Region 3, US-EPA
        Samantha Beers, Director, NEPA-Region 3, Office of Communities, Tribes, and Environmental
        Assessment, US-EPA

OST-S10-220824-024

00189932



**Friends of Moses Hall**
**7550 Seven Locks Road**
**Cabin John, Maryland 20818**
morningstarmosescj@gmail.com
www.friendsofmoseshall.org

June 8, 2022

The Honorable Pete Buttigieg
Secretary of Transportation
U.S. Department of Transportation
1200 New Jersey Ave. SE
Washington, DC 20590

Re:  Maryland I-495/I-270 Managed Lanes Study
     Morningstar Tabernacle No. 88 Moses Hall and Cemetery (MIHP: 35-212)

Dear Mr. Secretary:

We write to you with great concern that the I-495/I-270 Managed Lanes Study Final Environmental
Impact Statement (FEIS) will soon be released by the Maryland Department of Transportation (MDOT
SHA) as a deeply flawed environmental review document that fails to meet the requirements of the
National Environmental Policy Act, and most notably, the policies and priorities placed by the Biden
administration on protecting and remediating historic wrongs to disadvantaged communities.

<u>Failure to Assess Cumulative Effects or to Substantively Address Racial Equity and Environmental Justice</u>

Friends of Moses Hall (FMH) has copied your office on our detailed comment letters related to this
project and we encourage you to consider these communications carefully. Most pressingly, we believe
that MDOT SHA and the Federal Highway Administration (FHWA) have erred in concluding that there are
no clear cumulative effects at the historic Morningstar Moses site. The history of this site shows that
MDOT SHA (formerly the Maryland State Roads Commission) has repeatedly engaged in activities that
have both cumulatively and negatively affected conditions at this historic African American cemetery.

The FHWA and MDOT SHA have taken a position in this case that is absolutely unprecedented: When
evaluating the cumulative impacts of the beltway widening project on this historic African American
community, they argue that they do not have to consider the cumulative impacts of originally bulldozing
the beltway through this site in the first place, because the Beltway was built prior to the enactment of
the National Environmental Policy Act (NEPA) and the National Historic Preservation Act (NHPA). There
is absolutely no legal basis for excluding the original construction of I-495 from the analysis of
cumulative impacts to this site — especially since the original highway construction was funded and
carried out by the same agencies as those proposing the current project.

OST-S10-220824-024

00189933

In addition, there has been a dramatic contradiction between the unlawfully restricted scope of the agencies' environmental review and some of the agencies' public statements. For example, on September 9, 2021, *The Washington Post* ran a story covering SHA's efforts to avoid impacts to the Morningstar site.[1] In that story, Julie M. Schablitsky, chief archaeologist for the Maryland Department of Transportation, stated, "We own the faults of the Maryland Roads Commission impacting the community 60 years ago… It's our responsibility now to repair the damage and come in and do the right thing." Of course, we were encouraged to hear this important statement. By contrast, however, on January 4, 2022, SHA concluded that it did not have to consider cumulative effects to the site because "Impacts to the Gibson Grove community occurred with original I-495 construction, prior to the passage of NEPA and NHPA (Section 106)."[2]

FMH stresses that the original I-495 construction had significant and lasting economic, physical, and social impacts on this historic community through land takings and the splitting of this once vibrant African American community in Cabin John. Evidencing the cumulative effects of racial inequity inherent in the original land takings, FMH drafted a report of findings following our examination of Maryland State Roads Commission (MD SRC) records pertaining to the construction of I-495 from the late 1950s through the early 1960s. This document can be found on our website: https://www.friendsofmoseshall.org/press-releases.

Additionally, MDOT has admitted, based on an incomplete site investigation, that there may be burials in the project's Limits of Disturbance (LOD). Evidence of up to 34 burials has been found by ground penetrating radar (GPR) in the current I-495 right-of-way and it should be noted that only a small portion of the adjacent state right-of-way was surveyed prior to the FEIS. While MDOT has committed to additional GPR investigation of the project's adjacent LOD, the agency has refused to conduct these investigations prior to the FEIS and has instead elected to do so just prior to construction, when design changes may not be possible. MDOT has disregarded our reasonable concern regarding the location of the project's LOD in relation to the known burial sites, which raises substantial questions about physical avoidance. The updated LOD still appears to be immediately adjacent to graves.

FMH greatly appreciates the Biden administration's promise —and your personal commitment — to usher in a new era of racial equity in transportation projects. While FMH has not taken a position on the viability of the I-495/I-270 Managed Lanes project as a whole, we are committed to advocating for this historic African American resource, which was named one of *America's 11 Most Endangered Historic Places* in 2021 by the National Trust for Historic Preservation.

This site is important to descendants and others who consider it a sacred place and one whose role matters in an accurate history of the area. FMH hopes that someday the site will not only be a place of interment and reflection honoring those who passed on but will also be a site used to educate students and citizens of the role African American benevolent societies placed during a period of legal and social segregation in Maryland.

---

[1] Katherine Shaver, "African American gravesites detected near Capital Beltway will be spared in road-widening plans." *The Washington Post* September 9, 2021.

[2] MDOT. "Morningstar/Moses Hall Cemetery Update." January 4, 2022. (Addressed to Maryland SHPO and Virginia SHPO). Link to full document: https://drive.google.com/file/d/14StbqDBrn3mKs_A9jUFPniGNA2f6K1lL/view?usp=sharing

OST-S10-220824-024

00189934

We note that the federal permitting dashboard calls for the Final EIS for this project to be issued on June 17, 2022, and for the Record of Decision to be issued seven weeks later on August 5. We assume you know that a number of environmental and conservation advocacy groups are deeply troubled by FHWA and MDOT's inadequate review of the project's significant harms. In our view, the agencies' refusal to consider the cumulative impacts of building the highway back in the 1960s is one of the most egregious compliance deficiencies and leaves the project highly vulnerable to potential legal challenge. **Therefore, we urge you to suspend the timeline for issuing a final decision to allow time for MDOT to fully investigate the LOD adjacent to the site to determine if burials would be disturbed, and to reopen the consideration of cumulative impacts, under both NEPA and Section 106 of the NHPA, so that a meaningful evaluation and resolution of those impacts can be achieved.**

Thank you for considering our comments and our plea for your support and intervention.

Sincerely,
**Friends of Moses Hall**
and **The Board of Trustees of Morningstar Tabernacle Number 88, Incorporated**

**Diane E. Baxter**
President, Morningstar Tabernacle Number 88, Incorporated
Descendant

**Dr. Charles W. Harris**
Vice President, Morningstar Tabernacle Number 88, Incorporated
Descendant

**Eileen McGuckian**
Secretary, Morningstar Tabernacle Number 88, Incorporated
Historian and President, Montgomery Preservation, Inc.

**Montgomery Crawford**
Treasurer, Morningstar Tabernacle Number 88, Incorporated
Descendant

**Alexandra Jones, PhD, RPA**
Trustee, Morningstar Tabernacle Number 88, Incorporated
Executive Director and Founder, Archaeology in the Community

**Austin E. White**
Trustee, Morningstar Tabernacle Number 88, Incorporated
Descendant

**Charlotte Troup Leighton**
Trustee and Chair, Friends of Moses Hall Committee,
Morningstar Tabernacle Number 88, Incorporated
Vice President of Advocacy, Cabin John Citizens Association

OST-S10-220824-024

00189935

**L. Paige Whitley**
Chair, Research Committee, Morningstar Tabernacle Number 88, Incorporated
Independent Researcher

**Sondra Raspberry**
Descendant

**Shannon S. Steward**
Descendant

**Christopher Waynes**
Descendant

**Austin White II**
Descendant

**Nathan White II**
Descendant

**Pandora White**
Descendant

cc:     Stephanie Pollack, FHWA Administrator
        Colleen Vaughn, Federal Preservation Officer, US-DOT
        David Clarke, Federal Preservation Officer, FHWA
        Mandy Ranslow, Jaime Loichinger, Javier Marques, and Kelly Fanizzo, ACHP
        Elizabeth S. Merritt, Deputy General Counsel, National Trust for Historic Preservation

OST-S10-220824-024

00189936

Environmental Research 166 (2018) 677–689

Contents lists available at ScienceDirect

# Environmental Research

journal homepage: www.elsevier.com/locate/envres



# The concentration-response between long-term PM$_{2.5}$ exposure and mortality; A meta-regression approach



Alina Vodonos*, Yara Abu Awad, Joel Schwartz

*Department of Environmental Health, Harvard T.H. Chan School of Public Heath, Boston, MA 02115, USA*

ARTICLE INFO

*Keywords:*
Air pollution
Mortality
Particulate matter
Concentration -response

ABSTRACT

*Background:* Long-term exposure to ambient fine particulate matter ($\leq$ 2.5 µg/m³ in aerodynamic diameter; PM$_{2.5}$) is significantly associated with increased risk of premature mortality. Our goal was to provide an updated meta-analysis of all-cause and cause-specific mortality associated with exposure to PM$_{2.5}$ and to better estimate the risk of death as a function of air pollution levels.

*Methods:* We systematically searched all published cohort studies examining the association between long term exposure to PM$_{2.5}$ and mortality. We applied multivariate linear random effects meta-analysis with random effects for cohort, and study within cohort. Meta-regression techniques were used to test whether study population or analytic characteristics modify the PM$_{2.5}$ .mortality association and to estimate the shape of the concentration-response curve.

*Results:* A total of 53 studies that provided 135 estimates of the quantitative association between the risk of mortality and exposure to PM$_{2.5}$ were included in the meta-analysis. There were 39 studies from North America, 8 from Europe, and 6 from Asia. Since 2015, 17 studies of long-term air pollution exposure have been published, covering, wider geographic areas with a wider range of mean exposures (e.g. < 12 or > 20 µg/m³). A penalized spline showed the slope decreased at higher concentrations but appeared to level off. We found that the inverse transform of average PM$_{2.5}$ well approximated that spline and provided a parametric estimate that fit better than a linear or logarithmic term for average PM$_{2.5}$. In addition, we found that studies using space time exposure models or fixed monitors at Zip-code scale (as compared to land use regression method), or additionally controlling for area level socio-economic status, or with mean exposure less than 10 µg/m³ were associated with higher mortality effect estimates.

*Conclusions:* This meta-analysis provides strong evidence for the adverse effect of PM$_{2.5}$ on mortality, that studies with poorer exposure have lower effect size estimates, that more control for SES increases effect size estimates, and that significant effects are seen below 10 µg/m³. The concentration -response function produced here can be further applied in the global health risk assessment of air particulate matter.

## 1. Introduction

Long-term exposure to ambient fine particulate matter ($\leq$ 2.5 µg/m³ in aerodynamic diameter; PM$_{2.5}$) is significantly associated with increased risk of premature mortality. Epidemiological cohort studies, conducted largely in United States (the Harvard Six cities (HSC) cohort (Lepeule et al., 2012; Dockery et al., 1993), the American Cancer Society (ACS) cohort (Turner et al., 2016; Pope et al., 2002), the US Medicare Cohort (Di et al., 2017; Zeger et al., 2008), the Women's Health Initiative cohort (Miller et al., 2007), the Nurses' Health Study (NHS) cohort (Hart et al., 2015; Puett et al., 2009) and Europe (Beelen et al., 2014a, 2014b), reported this association at low to moderate annual ambient average concentrations (from approximately 5 to 30 µg/m³). Recently evidence from Asia, where the levels of PM$_{2.5}$ exceed the World Health Organization (WHO) annual limit (10 µg/m³) (World Health Organization, 2005) also showed an association between long-term PM$_{2.5}$ exposure and all-cause, lung cancer and cardiovascular mortality (Tseng et al., 2015; Katanoda et al., 2011; Ueda et al., 2012; Wong et al., 2016).

Given quantitative evidence of long-term exposure to PM$_{2.5}$ impact on mortality, researchers have conducted systematic reviews (Hoek et al., 2013; Chen et al., 2015; Hamra et al., 2014; Pelucchi et al., 2009) that integrate existing information and provide concentration-response for health impact assessments. In this meta-analysis, we extend those reviews in several ways. First, we incorporate additional studies; (Di et al., 2017; Crouse et al., 2015; Ostro et al., 2015; Pinault et al., 2017;

* Corresponding author.
 *E-mail address:* avodonos@hsph.harvard.edu (A. Vodonos).

https://doi.org/10.1016/j.envres.2018.06.021
Received 12 December 2017; Received in revised form 10 May 2018; Accepted 11 June 2018
Available online 01 August 2018
0013-9351/ © 2018 Elsevier Inc. All rights reserved.

*A. Vodonos et al.*                                                                                                          *Environmental Research 166 (2018) 677–689*

Wang et al., 2017; Shi et al., 2016; Weichenthal et al., 2014; Pinault et al., 2016; Weichenthal et al., 2016; Villeneuve et al., 2015; Hao et al., 2015; Hart et al., 2015; Dehbi et al., 2017; Dimakopoulou et al., 2014; Yin et al., 2017; Wong et al., 2015) that have been published since 2015. Importantly, some of those studies provide vital evidence of the shape of the association at both the low end of the exposure distribution and at the high end. Specifically, 14 studies were conducted on cohorts with mean exposure less than $10 \, \mu g/m^3$, and 8 were conducted on cohorts with mean exposure above $20 \, \mu g/m^3$. Second, earlier reviews primarily examined studies of all-cause mortality, excluding ones that only looked at mortality at age above 65, or at cardiovascular deaths. Some reviews have examined those outcomes separately. However, 70–80% (Kochanek et al., 2016) of all deaths in the developed world occurs at ages above 65, so it is unreasonable to assume that studies of deaths of people above age 65 are not informative about the risk of deaths at all-ages and vice versa. Moreover, in 2012, WHO estimated that about 80% of outdoor air pollution-related premature deaths were due to ischemic heart disease and strokes (World Health Organization, 2016), suggesting again, that studies reporting associations with cardiovascular deaths are informative about the risk of all-cause deaths, and vice versa. The Global Burden of Disease (GBD) compare tool estimates that worldwide 58% of early deaths due to particulate air pollution are cardiovascular deaths and 19% are from chronic respiratory disease. Since most of the cohort studies examining the impact of air pollution on mortality were performed in developed countries, the proportions of deaths due to air pollution exposure that are cardiovascular was even higher in the studies contributing to the meta-regression. Thus, combined analyses with studies using all types of mortality as outcome should have an advantage for estimating effect sizes for all of these outcomes, particularly in estimating the shape of the concentration-response, where additional studies at concentrations that were less represented in outcome specific meta-analyses can be very useful.

Further, estimates of pollution-related excess mortality depend on biases due to exposure error, which may differ from study to study by exposure assessment method. The most common exposure assessment methods in epidemiological studies include; hybrid space time model (which use combinations of satellite remote sensing, meteorology and land use as predictors) (Kloog et al., 2014; Di et al., 2016), chemical transport models (which use bottom up physics and chemistry models, weather data and emissions data to simulate the atmospheric formation and transport of particles) (Geng et al., 2015), land use regression models (which use land use and meteorology as predictors) (Hoek et al., 2008) and fixed monitors data. The first three sets of models are calibrated at monitoring sites. The exposure-response may also differ by particle composition or population characteristics.

Previous quantitative summaries of effect size estimates of $PM_{2.5}$ and mortality have been meta-analyses, which estimate a common effect size across studies. Meta-regressions, in contrast, have independent variables that predict differences in effect size estimates (the dependent variable in the meta-regression) across studies based on study characteristics, which can include the average concentration in the study, or the other potential effect modifiers described above. This analysis applies such an approach to investigate whether heterogeneity between the studies may be explained by differences in characteristics of the studies (e.g. exposure assessment method) or study populations characteristics (age, gender and socio-economic status) or exposure level. This next step in integrative methodology can help us better understand concentration-response, and which study-level factors drive the measures of effect.

In this manuscript, we provide an updated meta-analysis, specifically using meta-regression to assess the dependence of the effect size on mean $PM_{2.5}$ concentration, on exposure assessment method, on cause of death, on source of particles and on population characteristics.

## 2. Methods

### 2.1. Literature search

We systematically searched all published cohort studies that examined the association between long term exposure to $PM_{2.5}$ and mortality. This systematic review and meta-analysis is reported in accordance with the Preferred Reporting Items for Systematic Reviews and Meta-Analyses (PRISMA) statement (Moher et al., 2009). We identified studies through a search in Pubmed (Medline Ovid), Embase, EBSCO, Web of Science and Global Health on CAB databases (last accessed on April 20, 2017). The following keywords were used: 'mortality ', 'air pollution', 'particulate matter', 'PM2.5'. Hand searching of selected journals and checking of bibliographies in relevant published reviews or articles were also performed to supplement the electronic searches. The complete search strategy used for the databases is shown in Table 1 in supplemental material.

### 2.2. Inclusion and exclusion criteria

Studies were included in the current meta-analysis based on the following criteria; (1) studies of long-term association of outdoor $PM_{2.5}$ with mortality, including all-cause-all-age, respiratory, cardiovascular, cardiopulmonary or lung cancer mortality; and all-cause, age 65 + (2) information on study period, locations and population was explicit (3) effect estimates such as beta coefficient ($\beta$) with standard error (SE) or relative risk (RR) with 95% confidence interval have been provided. The description of the method for assigning exposure also had to be present. Experimental studies, case reports, studies on short-term associations between $PM_{2.5}$ and mortality, publications with no or incomplete results and studies provided data on only specific subpopulations were excluded. Articles not written in English were not considered for inclusion. For each study, the data were independently extracted by two investigators (AV and YA), and if their evaluations differed, the discrepancy was resolved by discussion and adjudicated by a third investigator (JS). Based on the above criteria, the selected mortality outcomes associated with particle exposure used in this analysis were as follows; all-cause mortality, elderly all-cause mortality, cardiovascular mortality, elderly cardiovascular mortality, lung cancer mortality, cardiopulmonary mortality, and respiratory mortality. Studies were included regardless of significance of results.

### 2.3. Statistical analysis

For the selected studies, the title, authors, region, publication year, study period and specific mortality risk estimates were extracted and entered into a Microsoft Excel database (Version2010 Microsoft, Redmond, WA, USA). All risk estimates were expressed as beta coefficient and their standard errors (SE). Variables that might modify the effects of $PM_{2.5}$ on mortality such as percent of study population that was female, age distribution, mean $PM_{2.5}$ concentration, percent of smoking and different exposure assessment methods were collected.

### 2.4. Meta-analysis

To estimate the overall mortality effect size, we applied multivariate linear random effects meta-analysis and meta-regression models. Some of the large cohorts (Medicare, Harvard Six Cities, ESCAPE, ACS etc.,) were represented by more than one study. This could be because different studies examined different outcomes, used different exposure methods, or had different follow-up periods. Rather than only use the latest study, we used all of them, because that can help inform our understanding of what is associated with differences in coefficients. To address the correlation among multiple analyses of the same cohort, we incorporated random nested random effects of study within cohort. We ran these analyses using the function 'rma.mv' within the {metafor}

00191875

A. Vodonos et al. Environmental Research 166 (2018) 677–689

package (Viechtbauer, 2010) under the R platform (version 3.1.3; R Core Team 2015) (CORE TEAM, 2015).

The model assumes:

$$\beta_{ijk} = b_0 + f(averagePM_{2.5}) + c_k I_k + b_1 Elderly + b_2 Female + \gamma modifiers + u_i + v_{ij}$$

where $\beta_{ij}$ is the coefficient extracted from study j in cohort i, $I_k$ are indicator variables for categories of death (CVD, lung cancer, etc) $c_k$ *are the coefficients capturing the difference in effect size estimate for* $PM_{2.5}$ *between each category and the reference category (all cause),* elderly is a variable indicating whether the coefficient was extracted from an elderly population study, and female is an indicator variable for a coefficient extracted from a study comprising only females. Modifiers is the matrix of covariates (e.g. percent smoking, exposure assessment), and $\gamma$ is the vector of coefficients for those modifiers. Each coefficient entered the analysis once. We used a random effects meta-analysis with a two-level random intercept where $u_i$ was a random intercept for cohort i, and $v_{ij}$ was a random intercept for study j within cohort i. That is, we assumed that even conditional on the modifiers, there were some unexplained differences in effect sizes across studies, with a variance component that needed to be estimated. That variance in the effect size was assumed to be across cohorts, and if more than one study was found from a cohort, across studies nested within the underlying cohort. The variance across outcomes is captured by the fixed effect indicators $I_k$.

We defined $averagePM_{2.5}$ as the mean $PM_{2.5}$ in each study from each cohort and used it as an effect modifier to examine how the shape of the concentration-response curve changed with mean exposure level. To choose the most appropriate form of $f$ ($averagePM_{2.5}$) our meta-regression as a generalized additive mixed model, using the 'mgcv' package with a penalized spline for $averagePM_{2.5}$ using our baseline model, which controlled for outcome (e.g. whether the study was restricted to all age cardiovascular deaths, all cause deaths over 65, etc). This took advantage of meta-analyses being a form of a mixed model. Since nonparametric concentration-response curves make it more difficult to use the results to estimate the number of premature deaths given the range of the air pollution concentrations and the baseline mortality rates in each region, we fit a parametric dose-response curve that is very similar to the non-parametric one, but with the advantage that we can provide a single parameter, which, with transformation of the $PM_{2.5}$ values, allows estimation of the slope at any concentration in the range that we examined. We considered a linear, a logarithmic transform, an inverse transform, and an inverse square root transform and chose the best fitting one, defined by AIC. We then compared that graphically with the penalized spline model.

### 2.5. Meta-regression

WE considered other factors that may modify the PM₂.₅ mortality association. These were; study population characteristics that may convey susceptibility (percent of female, age distribution, percent of smoking, percent low educational level, percent low income) and analytic characteristics (whether area level socio socioeconomic status (SES) was controlled for, type of exposure assessment) by including them separately as covariates in the meta-regression models. In addition, since toxicity of $PM_{2.5}$ mass may vary by its composition and source, we examined whether the source of $PM_{2.5}$ (expressed as percent source from natural sources (dust and sea salt), traffic, industry, biomass burning and other sources) modifies the effect of $PM_{2.5}$ and estimates of the mortality. We added to each study information regarding the distribution of $PM_{2.5}$ source based on available information from a detailed systematic review of local source contributions at global level (Karagulian et al., 2015) (Table 2 in supplemental material).

Exposure assessment was classified by categories we felt were representative of different amounts and types of exposure error. Land use regression was used as the reference as it was the most common recent approach. Some studies used fixed site monitors, either close to participants' homes, or with more regional matching which would include more exposure error, and others employed air dispersion or hybrid-space-time models. These additional factors were first examined by being individually added to the baseline model. Variables that were significant predictors of difference in effect size from those analyses were considered in a final model and kept if marginally significant (p-value < 0.10). In addition, because of the substantial number of results in studies with mean exposures below 10 μg/m³, we also conducted a meta-analysis restricted to those studies to directly assess the evidence below the WHO guideline.

### 3. Results

A flow diagram of the study selection process is presented in Supplemental Figure 1. Estimates from one cohort study from Norway (Næss et al., 2006) could not be converted to units of 1-μg/m³, and thus, this study did not contribute to the meta-estimates. Five studies that provided data on only specific subpopulations; a tuberculosis cohort (Peng et al., 2017), myocardial infarction survivors (Tonne et al., 2016; Tonne and Wilkinson, 2013; Chen et al., 2016) and U.S. veterans who were diagnosed as hypertensive (Lipfert et al., 2006), were excluded from the meta-analysis. Finally, total of 53 studies from 29 cohorts that provided 135 estimates of the quantitative association between the risk of mortality and exposure to $PM_{2.5}$ were included in the meta-analysis. There were 39 studies (18 cohorts) from North America, 8 studies (6 cohorts) from Europe, and 6 studies (5 cohorts) from Asia. The studies in the meta-analysis primarily used Cox proportional hazards models, other studies used (Wang et al., 2017; Hao et al., 2015; Kloog et al., 2013; Zeger et al., 2008) relative incidence analysis.

Table 1 summarizes the effect estimates, study population characteristics and PM₂.₅ measurements for the studies included in the meta-analysis. Most of the studies reported positive significant associations between PM₂.₅, while a few studies reported negative association with PM₂.₅ (Ueda et al., 2012; Crouse et al., 2015). The highest association was reported in a study of women residing in 36 U.S. metropolitan areas (Miller et al., 2007).

Reported average PM₂.₅ exposure levels were higher in studies from Asia and varied from 25.8 μg/m³ to 43.7 μg/m³, compared to the studies in North America and Europe, with ranges of 4.1–23.4 μg/m³ and 9.8–28.3, μg/m³ respectively. The mean PM₂.₅ level across all studies was 15.7 ± 7.9. In addition, exposure assessment techniques differed across studies. Some studies used fixed site monitors, either close to participants' homes (zip-code level =7), or with more regional matching (city level = 6, area level =7), and others employed modeling techniques, such as land use regression (n = 13), air dispersion (n = 6) or hybrid-space-time models (n = 14). Supplemental table 2 summarizes the regional averages of sources of ambient PM₂.₅ with matched studies in the current meta-analysis based on their geographical area. Based on the available information, in USA 24% of urban ambient air pollution from PM₂.₅ is contributed by traffic, compared to 22.6% in Europe and 23.5% in China. Percent of PM₂.₅ originating from industry was higher in the Asia countries with 34% in Japan and 17.1% in China, compared to 5.2% in USA and 10.3% in Europe.

Table 2 present the results of the baseline meta-analyses estimating the overall and specific cause mortality. In our basic model, we found that the inverse transform of average PM₂.₅ fit best among the parametric models, as judged by AIC (Fig. 1). That is, the PM₂.₅ coefficient decreased inversely proportional to the mean concentration. This was also consistent with our penalized spline model (Fig. 2). Using this PM₂.₅ term, and the indicators for cause of death, we found that for all-cause all-age mortality, a 1 μg/m³ increase in PM₂.₅ was associated with a 1.29% increase in all-age all-cause mortality (95%CI 1.09-1.50) at a mean exposure of 10 μg/m³, which decreased to 1.03% (95%CI 0.97-1.11) at a mean exposure of 15.7 μg/m³ (the mean level across all studies), and to 0.82% (95%CI-0.52-1.12) at 30 μg/m³. The percent

00191876

Environmental Research 166 (2018) 677–689

**Table 1**

Summary of the effect estimates (beta coefficient and standard error) from cohort studies on $PM_{2.5}$ and the mortality from all-causes, cardiovascular, respiratory diseases and lung cancer.

| Reference | Publish Year | Cohort | Mortality | B | SE | % Low education | % Married | % Female | % Smoking | % Low income | Mean age | $PM_{2.5}$ exposure environmental assessment | Mean $PM_{2.5}$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **NorthAmerica** | | | | | | | | | | | | | |
| Di et al. (Di et al., 2017) | 2017 | Medicare | All-cause, elderly | 0.007 | 0.0001 | 31.7 | 56.2 | 56.0 | 45.8 | 11.5 | 71.0 | Hybrid Space Time model | 12.4 |
| | | | All-cause, elderly, female | 0.006 | 0.0001 | | | | | | | | |
| Wang, Y., et al. (Wang et al., 2017) | 2017 | Medicare | All-cause, elderly | 0.021 | 0.002 | | 58.0 | | | 15.0 | | Hybrid Space Time model | 10.7 |
| Shi, Liuhua, et al. (Shi et al., 2016) | 2016 | Medicare | All-cause, elderly | 0.007 | 0.003 | | | | | | | Hybrid Space Time model | 8.1 |
| Zeger, Scott L., et al. (Zeger et al., 2008) | 2008 | Medicare | All-cause, elderly | 0.007 | 0.001 | | | | | | | Fixed-cite monitor (Zip-code) | 13.2 |
| Pope, C. Arden, et al. (Pope et al., 2014) | 2014 | ACS | Cardiovascular | 0.012 | 0.001 | 12.5 | 83.7 | 56.4 | 21.6 | | 56.6 | Land-use regression | 12.6 |
| | | | All-cause | 0.007 | 0.001 | | | | | | | | |
| | | | Respiratory | -0.001 | 0.003 | | | | | | | | |
| Jerrett, M., et al. (Jerrett et al., 2013) | 2013 | ACS | All-cause | 0.006 | 0.003 | 8.7 | 56.2 | 56.2 | 19.4 | | 57.4 | Land-use regression | 14.1 |
| | | | Cardiovascular | 0.011 | 0.004 | | | | | | | | |
| | | | Respiratory | 0.008 | 0.009 | | | | | | | | |
| | | | Lung cancer | 0.011 | 0.010 | | | | | | | | |
| Turner, Michelle C., et al. (Turner et al., 2016) | 2016 | ACS | Cardiovascular | 0.007 | 0.001 | 11.7 | 84.3 | 56.2 | 19.4 | | | Land-use regression | 12.6 |
| | | | All-cause | 0.007 | 0.001 | | | | | | | | |
| | | | Lung cancer | 0.009 | 0.003 | | | | | | | | |
| | | | Respiratory | 0.016 | 0.003 | | | | | | | | |
| Turner, Michelle C., et al. (Turner et al., 2011) | 2011 | ACS | Lung cancer | 0.019 | 0.013 | 11.2 | 81.1 | 71.4 | 0.0 | | 65.0 | Fixed-cite monitor (Zip-code) | 17.6 |
| Krewski, Daniel., et al. (Krewski et al., 2009) | 2009 | ACS | All-cause | 0.003 | 0.001 | | | | | | | Fixed-cite monitor (Zip-code) | 14.0 |
| | | | Lung cancer | 0.010 | 0.003 | | | | | | | | |
| | | | Cardiopulmonary | 0.014 | 0.002 | | | | | | | | |
| Jerrett, M., et al. (Jerrett et al., 2009) | 2009 | ACS | All-cause | 0.005 | 0.001 | 12.1 | 83.5 | 56.6 | 22.4 | | 56.6 | Fixed-cite monitor (Area) | 13.8 |
| | | | Cardiopulmonary | 0.012 | 0.002 | | | | | | | | |
| | | | Cardiovascular | 0.003 | 0.004 | | | | | | | | |
| | | | Cardiovascular, elderly | 0.014 | 0.001 | | | | | | | | |
| Jerrett, M., et al. (Jerrett et al., 2005) | 2005 | ACS | All-cause | 0.016 | 0.005 | 8.2 | 80.9 | 43.0 | 21.3 | | 57.0 | Dispersion models | 12.6 |
| | | | Lung cancer | 0.036 | 0.020 | | | | | | | | |
| | | | Cardiopulmonary | 0.012 | 0.007 | | | | | | | | |
| Pope, C. Arden, et al. (Pope et al., 2004) | 2004 | ACS | Cardiovascular | 0.012 | 0.002 | 12.5 | 83.7 | 56.4 | 21.6 | | 56.6 | Fixed-cite monitor (Area) | 17.1 |
| | | | Respiratory | -0.008 | 0.003 | | | | | | | | |
| Pope III, C. Arden, et al. (Pope III et al., 2002) | 2002 | ACS | All-cause | 0.006 | 0.002 | 12.5 | 83.7 | 56.4 | 21.6 | | 56.6 | Fixed-cite monitor (Area) | 17.7 |
| | | | Cardiopulmonary | 0.009 | 0.003 | | | | | | | | |
| | | | Lung cancer | 0.013 | 0.004 | | | | | | | | |
| Weichenthal, Scott, et al. (Weichenthal et al., 2014) | 2014 | AHS | All-cause | 0.005 | 0.022 | 8.2 | 89.0 | 38.0 | 14.0 | | 46.0 | Hybrid Space Time model | 9.5 |
| | | | All-cause, female | -0.005 | 0.012 | | | | | | | | |
| | | | Cardiovascular | 0.014 | 0.021 | | | | | | | | |
| | | | Cardiovascular, female | -0.050 | 0.023 | | | | | | | | |
| Gan, Wen Qi, et al. (Gan et al., 2013) | 2013 | Canada British Colombia | Respiratory | 0.013 | 0.025 | 36.9 | | 53.0 | | 18.3 | 60.0 | Land-use regression | 4.1 |
| Gan, Wenqi, et al. (Gan et al., 2011) | 2011 | Canada British Colombia | Cardiovascular | 0.006 | 0.011 | 35.0 | | 54.1 | | | 58.9 | Land-use regression | 4.1 |
| Crouse, Dan L., et al. (Crouse et al., 2012) | 2012 | Canadian census mortality | All-cause | 0.014 | 0.001 | 23.9 | 73.0 | 51.0 | | | 45.3 | Fixed-cite monitor (Area) | 8.7 |
| | | | Cardiovascular | 0.015 | 0.001 | | | | | | | | |
| Pinault, Lauren, et al. (Pinault et al., 2016) | 2016 | Canadian Community Health Survey | All-cause | 0.023 | 0.003 | | 61.3 | 54.0 | 25.3 | 6.5 | | Hybrid Space Time model | 6.3 |
| | | | Cardiovascular | 0.017 | 0.005 | | | | | | | | |
| | | | Lung cancer | 0.015 | 0.009 | | | | | | | | |
| | | | Respiratory | 0.042 | 0.010 | | | | | | | | |

(continued on next page)

00191877

Environmental Research 166 (2018) 677–689

Table 1 (continued)

| Reference | Publish Year | Cohort | Mortality | B | SE | % Low education | % Married | % Female | % Smoking | % Low income | Mean age | PM$_{2.5}$ exposure environmental assessment | Mean PM$_{2.5}$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pinault, Lauren, et al. (Pinault et al., 2017) | 2017 | CanCHEC | All-cause | 0.016 | 0.001 | 28.7 | | | | 15.3 | 48.4 | Hybrid Space Time model | 7.4 |
| | | | Cardiovascular | 0.021 | 0.002 | | | | | | | | |
| | | | Respiratory | 0.019 | 0.004 | | | | | | | | |
| | | | Lung cancer | 0.015 | 0.004 | | | | | | | | |
| Crouse, Dan L., et al. (Crouse et al., 2016) | 2016 | CanCHEC | All-cause | 0.080 | 0.012 | 34.5 | 74.8 | | | 15.6 | | Hybrid Space Time model | 8.3 |
| Weichenthal, Scott, et al. (Weichenthal et al., 2016) | 2016 | CanCHEC | All-cause | 0.012 | 0.003 | 32.6 | 64.9 | 50.2 | | 14.9 | 45.3 | Fixed-cite monitor (Zip-code) | 9.8 |
| | | | Cardiovascular | 0.007 | 0.005 | | | | | | | | |
| | | | Lung cancer | 0.022 | 0.011 | | | | | | | | |
| | | | Respiratory | 0.015 | 0.011 | | | | | | | | |
| Crouse, Dan L., et al. (Crouse et al., 2015) | 2015 | CanCHEC | All-cause | 0.007 | 0.001 | 35.0 | 73.0 | 51.5 | | | 45.3 | Hybrid Space Time model | 8.9 |
| | | | Cardiovascular | 0.006 | 0.001 | | | | | | | | |
| | | | Lung cancer | 0.006 | 0.002 | | | | | | | | |
| | | | Respiratory | -0.005 | 0.002 | | | | | | | | |
| Villeneuve, Paul J., et al. (Villeneuve et al., 2015) | 2015 | CNBSS | All-cause, female | 0.011 | 0.003 | 26.1 | 79.8 | 100.0 | | | 48.5 | Hybrid Space Time model | 9.1 |
| | | | Cardiovascular, female | 0.027 | 0.007 | | | | | | | | |
| | | | Lung cancer, female | -0.003 | 0.009 | | | | | | | | |
| Ostro, Bart, et al. (Ostro et al., 2015) | 2015 | CTS | Cardiovascular, female | 0.017 | 0.005 | | 46.6 | 100.0 | 4.7 | | 57.3 | Dispersion models | 17.9 |
| Ostro, Bart, et al. (Ostro et al., 2010) | 2010 | CTS | All-cause, female | 0.065 | 0.013 | | 45.1 | 100.0 | 5.2 | | 53.4 | Fixed-cite monitor (Zip-code) | 17.0 |
| | | | Cardiopulmonary, female | 0.074 | 0.017 | | | | | | | | |
| Lipsett, Michael J., et al. (Lipsett et al., 2011) | 2011 | CTS | All-cause, female | 0.001 | 0.004 | | | 100.0 | 5.0 | | | Dispersion models | 15.6 |
| | | | Cardiovascular, female | 0.007 | 0.006 | | | | | | | | |
| | | | Lung cancer, female | -0.005 | 0.015 | | | | | | | | |
| | | | Respiratory, female | 0.019 | 0.013 | | | | | | | | |
| Lepeule, Johanna, et al. (Lepeule et al., 2012) | 2012 | Harvard Six Cities | All-cause | 0.013 | 0.003 | | | 54.7 | 35.8 | | 49.6 | Fixed-cite monitor (City) | 15.9 |
| | | | Cardiovascular | 0.023 | 0.005 | | | | | | | | |
| | | | Lung cancer | 0.031 | 0.013 | | | | | | | | |
| Laden, Francine, et al. (Laden et al., 2006) | 2006 | Harvard Six Cities | All-cause | 0.015 | 0.004 | | | 55.0 | 36.5 | | 50.0 | Fixed-cite monitor (City) | 16.4 |
| | | | Cardiovascular | 0.025 | 0.006 | | | | | | | | |
| | | | Lung cancer | 0.024 | 0.014 | | | | | | | | |
| | | | Respiratory | 0.008 | 0.016 | | | | | | | | |
| Krewski, Daniel, et al. (Krewski et al., 2000) | 2000 | Harvard Six Cities | All-cause | 0.013 | 0.004 | | | | | | | Fixed-cite monitor (City) | 17.9 |
| | | | Cardiovascular | 0.017 | 0.006 | | | | | | | | |
| | | | Cardiopulmonary | 0.015 | 0.006 | | | | | | | | |
| | | | Respiratory | -0.007 | 0.017 | | | | | | | | |
| | | | Lung cancer | 0.013 | 0.014 | | | | | | | | |
| Dockery, Douglas W., et al. (Dockery et al., 1993) | 1993 | Harvard Six Cities | All-cause | 0.012 | 0.004 | 28.0 | | 54.8 | 36.0 | | 49.6 | Fixed-cite monitor (City) | 17.9 |
| | | | Lung cancer | 0.017 | 0.014 | | | | | | | | |
| | | | Cardiopulmonary | 0.017 | 0.006 | | | | | | | | |
| Puett, Robin C., et al. (Puett et al., 2011) | 2011 | Health Professionals | All-cause, male | -0.015 | 0.010 | | | 0.0 | 9.5 | | 57.4 | Land-use regression | 17.8 |
| Kloog, Itai, et al. (Kloog et al., 2013) | 2013 | Massachusetts census | Respiratory and Cardiovascular | 0.047 | 0.005 | | | 54.0 | | | | Hybrid Space Time model | 9.9 |
| Hao, Yongping, et al. (Hao et al., 2015) | 2015 | NCHS | Respiratory | 0.014 | 0.007 | | | | | | | Fixed-cite monitor (Area) | 10.7 |
| Wang, Y., et al. (Wang et al., 2016) | 2016 | New Jersey US | All-cause | 0.015 | 0.007 | | | | | | | Hybrid Space Time model | 11.3 |
| | | | All-cause, elderly | 0.017 | 0.008 | | | | | | | | |

(continued on next page)

00191878

A. Vodonos et al.    Environmental Research 166 (2018) 677–689

Table 1 (continued)

| Reference | Publish Year | Cohort | Mortality | % Low education | SE | B | % Married | % Female | % Smoking | % Low income | Mean age | PM$_{2.5}$ exposure environmental assessment | Mean PM$_{2.5}$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Thurston, George D., et al. (Thurston et al., 2016) | 2016 | NIH-AARP | All-cause | 5.9 | 0.001 | 0.003 | 68.1 | 41.3 | 13.4 | | 65.7 | Land-use regression | 12.6 |
| | | | Cardiovascular, elderly | | 0.002 | 0.010 | | | | | | | |
| | | | All-cause, elderly | | 0.002 | 0.002 | | | | | | | |
| | | | Cardiovascular | | 0.002 | 0.010 | | | | | | | |
| | | | Respiratory | | 0.004 | 0.005 | | | | | | | |
| | | | All-cause, elderly, female | | 0.002 | 0.002 | | | | | | | |
| | | | Cardiovascular, female | | 0.004 | 0.009 | | | | | | | |
| | | | Cardiovascular, elderly, female | | 0.004 | 0.009 | | | | | | | |
| | | | Respiratory, elderly | | 0.004 | 0.006 | | | | | | | |
| | | | Respiratory, female | | 0.006 | 0.009 | | | | | | | |
| | | | Respiratory, elderly, female | | 0.006 | 0.011 | | | | | | | |
| Hart, Jaime E., et al. (Hart et al., 2015) | 2015 | Nurses Health Study | All-cause, female | 4.0 | 0.007 | 0.017 | 64.0 | 100.0 | 10.0 | | 69.0 | Hybrid Space Time model | 12.0 |
| Puett, Robin C., et al. (Puett et al., 2009) | 2009 | Nurses Health Study | All-cause, female | | 0.011 | 0.023 | | 100.0 | 13.5 | | 62.4 | Land-use regression | 13.9 |
| Hart, Jaime E., et al. (Hart et al., 2011) | 2011 | US trucking companies | All-cause, male | | 0.004 | 0.010 | | 0.0 | | | 42.1 | Fixed-site monitor (Zip-code) | 14.1 |
| Miller, Kristin A., et al. (Miller et al., 2007) | 2007 | WHI | Cardiovascular, female | 4.7 | 0.017 | 0.057 | 63.0 | 100.0 | 6.1 | | 63.2 | Fixed-site monitor (Zip-code) | 13.5 |
| **Europe** | | | | | | | | | | | | | |
| Debbi, Hakim-Moulay, et al. (Debbi et al., 2017) | 2016 | NSHD &SABRE | Cardiovascular | | 0.061 | 0.026 | | 34.4 | 26.2 | | 48.5 | Land-use regression | 9.8 |
| Bentayeb, Malek, et al. (Bentayeb et al., 2015) | 2015 | French electricity gas company | All-cause | 6.8 | 0.012 | 0.013 | 90.2 | 27.2 | 27.6 | 18.4 | 43.7 | Dispersion models | 17.2 |
| | | | Respiratory | | 0.028 | -0.010 | | | | | | | |
| | | | Cardiovascular | | 0.034 | 0.013 | | | | | | | |
| Beelen, Rob, et al. (Beelen et al., 2014a) | 2014 | ESCAPE | All-cause | 29.0 | 0.005 | 0.014 | | 62.9 | 52.6 | | 50.5 | Land-use regression | 13.7 |
| Beelen, Rob, et al. (Beelen et al., 2014b) | 2014 | ESCAPE | Cardiovascular | 27.6 | 0.009 | -0.002 | 75.0 | 63.0 | 53.0 | | 50.5 | Land-use regression | 13.7 |
| Dimakopoulou, Konstantina, et al. (Dimakopoulou et al., 2014) | 2014 | ESCAPE | Respiratory | | 0.027 | -0.023 | 65.2 | 66.1 | | | 52.3 | Land-use regression | 13.6 |
| Carey, Iain M., et al. (Carey et al., 2013) | 2013 | National English Cohort | All-cause | 14.5 | 0.005 | 0.021 | | 51.6 | 19.3 | 12.5 | | Dispersion models | 12.9 |
| | | | Cardiovascular | | 0.007 | 0.010 | | | | | | | |
| | | | Respiratory | | 0.010 | 0.060 | | | | | | | |
| | | | Lung cancer | | 0.013 | 0.021 | | | | | | | |
| Cesaroni, Giulia, et al. (Cesaroni et al., 2013) | 2013 | RoLS | All-cause | | 0.001 | 0.004 | | | | | | Dispersion models | 23.0 |
| | | | Cardiovascular | | 0.001 | 0.006 | | | | | | | |
| | | | Lung cancer | | 0.002 | 0.005 | | | | | | | |
| | | | Respiratory | | 0.003 | 0.003 | | | | | | | |
| Beelen, Rob, et al. (Beelen et al., 2008) | 2008 | NLCS-AIR | All-cause | | 0.005 | 0.006 | | 51.7 | 26.0 | | 61.4 | Land-use regression | 28.3 |
| | | | Cardiovascular | | 0.008 | 0.004 | | | | | | | |
| | | | Lung cancer | | 0.018 | 0.006 | | | | | | | |
| | | | Respiratory | | 0.013 | 0.007 | | | | | | | |
| **Asia** | | | | | | | | | | | | | |
| Yin, Peng, et al. (Yin et al., 2017) | 2017 | China | All-cause | 72.3 | 0.000 | 0.009 | 91.0 | 0.0 | 68.2 | | 54.8 | Hybrid Space Time model | 43.7 |
| | | | Cardiovascular | | 0.000 | 0.009 | | | | | | | |
| | | | Lung cancer | | 0.002 | 0.011 | | | | | | | |

(continued on next page)

682

00191879

Case 8:22-cv-02597-DKC   Document 68-2   Filed 10/30/23   Page 31 of 80

A. Vodonos et al.                                                                                                     Environmental Research 166 (2018) 677–689

**Table 1** (*continued*)

| Reference | Publish Year | Cohort | Mortality | B | SE | % Low education | % Married | % Female | % Smoking | % Low income | Mean age | PM$_{2.5}$ exposure environmental assessment | Mean PM$_{2.5}$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wong, Chit Ming, et al. (Wong et al., 2016) | 2016 | Hong Kong | All-cause, elderly | 0.012 | 0.002 | 3.5 | | 66.6 | 9.5 | 9.5 | | Fixed-cite monitor (Area) | 33.7 |
| | | | Lung cancer, elderly | 0.013 | 0.009 | | | | | | | | |
| | | | Lung cancer, elderly, female | -0.001 | 0.013 | | | | | | | | |
| Tseng, Eva, et al. (Tseng et al., 2015) | 2015 | Taipei | All-cause | -0.008 | 0.012 | 2.1 | 40.6 | 43.0 | 43.2 | 9.5 | 41.3 | Fixed-cite monitor (Area) | 29.7 |
| | | | Cardiovascular | -0.022 | 0.032 | | | | | | | | |
| Wong, Chit Ming, et al. (Wong et al., 2015) | 2015 | Hong Kong | All-cause, elderly | 0.013 | 0.003 | 45.5 | | 65.8 | 9.6 | 14.7 | 71.9 | Hybrid Space Time model | 34.6 |
| | | | Cardiovascular, elderly | 0.020 | 0.006 | | | | | | | | |
| Ueda, Kayo, et al. (Ueda et al., 2012) | 2012 | NIPPON, Jappan | All-cause | -0.002 | 0.003 | | | 56.7 | 33.6 | | 48.9 | Fixed-cite monitor (City) | 30.2 |
| | | | Cardiovascular | -0.011 | 0.005 | | | | | | | | |
| Katanoda, Kota, et al. (Katanoda et al., 2011) | 2011 | Japan | Lung cancer | 0.021 | 0.006 | | | 57.0 | 45.7 | | 57.0 | Fixed-cite monitor (City) | 27.6 |
| | | | Respiratory | 0.015 | 0.006 | | | | | | | | |

Abbreviations: **CanCHEC**; Canadian Census Health and Environment Cohort, **CNBSS**; Canadian National Breast Screening Study (CNBSS), **EFFECT**; Enhanced Feedback For Effective Cardiac Treatment, **WHI**; Women's Health Initiative, **NIH-AARP**; National Institutes of Health AARP Diet &Health, **ACS**; American Cancer Society, **AHS**; agricultural health study, **CA CPS I**; The California Cancer Prevention Study I, **ESCAPE**; European Study of Cohorts for Air Pollution Effects, **NSHD**; National Survey of Health and Development, **SABRE**; Southall And Brent Revisited, **MINAP**; Myocardial Ischemia National Audit Project, **NIPPON**; National Integrated Project for prospective Observation of Non-communicable diseases, **CTS**; California Teachers Study, **NLCS**; Netherlands Cohort Study on Diet and Cancer, **RoLS**; Rome Longitudinal Study.

[a]Non-accidental mortality reported if all-cause mortality was not available.

00191880

*A. Vodonos et al.* *Environmental Research 166 (2018) 677–689*

**Table 2**

Estimates from meta-regression for the association between long term $PM_{2.5}$ exposure on Overall and Specific Mortality risk.

| Mortality | Coefficient | SE | p-value | Percent increase in $PM_{2.5}=10$, (%) |
|---|---|---|---|---|
| Inverse transform of average $PM_{2.5}$ $= \frac{1}{PM_{2.5}}$ | 0.071 | 0.038 | 0.060 | – |
| Intercept (All-cause mortality)[a] | 0.006 | 0.003 | 0.033 | 1.29(1.09–1.50) |
| *Cause specific mortality* | | | | |
| Cardiovascular mortality | 0.002 | 0.001 | < 0.001 | 1.46 (1.25–1.67) |
| Lung cancer mortality | 0.002 | 0.001 | 0.008 | 1.22 (0.87–1.39) |
| Respiratory mortality | − 0.002 | 0.001 | 0.139 | 1.13 (0.85–1.41) |
| Cardiopulmonary mortality | 0.006 | 0.001 | < 0.001 | 1.92 (1.59–2.25) |
| Elderly studies only (yes/no) | 0.003 | 0.001 | < 0.001 | 1.61 (1.35–1.85) |
| Female studies only (yes/no) | 0.0002 | 0.001 | 0.892 | 1.31 (1.01–1.62) |

[a] All-cause, all-ages mortality represents the reference group to indicators for cause specific mortality.



**Fig. 1.** Meta-regression analysis of long-term $PM_{2.5}$ exposure and percent change in mortality.



**Fig. 2.** Penalized spline model plot of long-term $PM_{2.5}$ exposure and percent change in mortality.

increase was larger for cardiopulmonary, cardiovascular and elderly mortality with 1.92% (95%CI1.59–2.25),1.46% (95%CI 1.25–1.67) and 1.61% (95%CI 1.35–1.85), respectively at a mean exposure of $10 \mu g/m^3$, but smaller for respiratory and lung cancer deaths with 1.13% (95%CI 0.85–1.41) and 1.22% (95%CI 0.87–1.39), respectively.

We further examined the effect modifiers described above. Since some of the studies did not report on study population characteristics, studies with missing information were excluded from the analysis. We found several additional modifiers of effect size. Table 3 shows the meta-regression results of $PM_{2.5}$–mortality estimates on selected modifiers, and the number of the studies excluded due to the missing information. $PM_{2.5}$ exposure assessment with a hybrid space time model (i.e. using combinations of satellite remote sensing, chemical transport models, land use and meteorological variables) and fixed monitors at Zip-code scale (as compared to land use regression method as our reference) were significantly associated with higher $PM_{2.5}$ effect size estimates. The percent increase in mortality rates per $1 \mu g/m^3$ at a mean exposure of $10 \mu g/m^3$ was estimated to be 1.61% (95%CI 1.18–2.04) and 1.67% (95%CI 0.85–2.49), respectively when those exposure assessments were used. In addition, we found that controlling for area SES

(additionally to the individual level SES) was significantly associated with higher effect size estimates with 1.43% (95%CI 1.20–1.66) at mean exposure of $10 \mu g/m^3$. Moreover, geographical locations with higher percent of $PM_{2.5}$ sourced from traffic was significantly associated with higher estimates with a 2.05% increase in mortality rate (95%CI 1.89–2.81) per $\mu g/m^3$. Other variables in the meta-regression (percent of female, percent low income and percent low education or age distribution) were not significantly associated with the mortality estimates. We then fit a combined model with all the significant variables from the separate analysis (Area level SES and fixed monitors at Zip-code scale, hybrid space time model and particles from traffic source). Only Area level SES variable remained significant in our final model, however the effect estimates for the other modifiers did not changed in the combined model, suggesting this is a power issue rather than confounding by other modifiers. Assuming that the space time models have higher effect estimates because of smaller exposure error, the best estimated all-cause mortality effect size at $10 \mu g/m^3$ would be 1.61% (95%CI1.18–2.04). In addition, our meta-regression restricted to studies with mean concentrations below $10 \mu g/m^3$ was significant with a 2.4% increase per $1 \mu g/m^3$, 95% (95%CI 0.8–4.0).

## 4. Discussion

This comprehensive meta-analysis assessed the associations between exposure to chronic fine particulate matter pollution and all-cause mortality. It advances on previous ones (Hoek et al., 2013; Chen et al., 2015; Hamra et al., 2014; Pelucchi et al., 2009) in several ways. First, by including the association between e.g. the coefficients of all-cause mortality and the coefficients of mortality among persons aged 65 or more in a meta-regression framework, we are able to incorporate many more studies than previous meta-analyses, which dealt with outcomes individually. This, in turn gives us more power to examine effect modification by both exposure concentration as well as other potential modifiers. For example, the most recent meta-analysis by Hoek et al. (2013) used 11 coefficients of all-cause all-age mortality and 10 coefficients of cardiovascular mortality whereas we were able to use 135 coefficients from 53 cohort studies. Second, by taking advantage of newer studies at higher and lower exposure concentrations we were able to estimate how the effect size estimate changes across the range of exposure concentrations, showing both evidence of effects below the WHO guideline of $10 \mu g/m^3$ and providing, for the first time, estimates at

00191881

A. Vodonos et al.

Environmental Research 166 (2018) 677–689

**Table 3**
Meta-regression results of $PM_{2.5}$-mortality estimates on selected modifiers.

| Baseline model | | Percent increase in mortality at $PM_{2.5} = 10$, (%) | Percent increase in mortality at $PM_{2.5} = 10$, (%) at the 25th percentile of the modifier[a] | Percent increase at $PM_{2.5} = 10$, (%) at the 75th percentile of the modifier[a] | p-value for modifier |
|---|---|---|---|---|---|
| Baseline model | | 1.29% (1.09–1.50) | | | |
| Population characteristics | Baseline model + Percent Female[b] | | 1.12 (1.09–1.23) | 1.48 (1.22–1.75) | 0.826 |
| | Baseline model + Percent Smoking[b] | | 1.34 (0.87–1.81) | 1.14 (0.67–1.60) | 0.467 |
| | Baseline model + Age Distribution[b] | | 0.93 (0.69–1.17) | 1.06 (0.71–1.41) | 0.475 |
| | Baseline model + Percent low income[b] | | 1.41 (0.76–2.06) | 2.11 (0.72–3.48) | 0.291 |
| | Baseline model + Percent low education[b] | | 1.17 (0.82–1.53) | 1.39 (1.23–1.55) | 0.419 |
| Different sources of ambient $PM_{2.5}$ | Baseline model + %Natural sources (dust and sea salt) | | 1.32 (1.06–1.57) | 1.35 (1.16–1.54) | 0.788 |
| | Baseline model + %Traffic particles | | 1.04 (0.72–1.36) | 1.33 (1.22–1.53) | 0.043 |
| | Baseline model + % Industry | | 1.26 (0.92–1.56) | 1.26 (1.04–1.45) | 0.833 |
| | Baseline model + % Biomass burning | | 1.32 (0.83–1.81) | 1.32 (0.99–1.64) | 0.854 |
| Categorical variable for exposure assessment method (Reference LUR: Land Use Regression) | Baseline model + local Monitors (Zip-code) | 1.67 (0.85–2.49) | | | 0.060 |
| | Baseline model + city level Monitors | 1.45 (0.56–2.34) | | | 0.144 |
| | Baseline model + Area level Monitors | 0.90 (0.18–1.62) | | | 0.606 |
| | Baseline model + Dispersion models | 1.10 (0.19–2.01) | | | 0.421 |
| | Baseline model + Hybrid Space Time models | 1.61 (1.18–2.04) | | | 0.024 |
| Area level SES Controlled (yes/no) | | 1.43 (1.20–1.66) | | | < 0.001 |

All the adjusted terms were entered in to the model separately.

[a] Percent increase in mortality at $PM_{2.5} = 10 \mu g/m^3$, calculated based on the, 25th and 75th percentile levels of the continuous variables; percent female = 41.7,56.4, percent smoking = 13.5,33.6, age distribution = 13.5,33.6, age distribution = ,48.4,61.4; percent low income= 11.9,15.3, percent low education = 7.2,28.7, percent natural sources = 6.5,10.0, percent traffic = 19.3,26.5, percent industry = 5.0,13.0, percent biomass burning = 6.2,21.7.

[b] The number (%) of the studies excluded due to the missing information are the following: percent female; 8 (15.1%), percent smoking; 17 (32.1%), age distribution; 16 (30.2%), percent low income; 42 (79.2%), percent low education; 23 (46.4%).

A. Vodonos et al.                                                                                                                    Environmental Research 166 (2018) 677–689

higher concentrations that do not rely on extrapolation from other exposures (e.g. secondhand smoke). Third, this is the first meta-analysis to examine how the nature of the exposure assessment in published studies impacts effect size estimates. We found that less error prone exposure assessments tended to produce higher effect estimates, suggesting that meta-analyses that ignore exposure error will likely underestimate effect sizes, since the studies with more exposure error are producing downwardly biased effect size estimates. Importantly, we show that more control for SES is associated with larger effect size estimates, indicating that confounding by SES is unlikely to be a source of upward bias in $PM_{2.5}$ effect estimates. Finally, we identified traffic particles as likely to be more toxic than average, on a unit mass basis.

Our baseline analysis found a percent increase in all-cause mortality per 1 $\mu g/m^3$ in $PM_{2.5}$ of 1.03% (95%CI 0.97-1.11) at a mean exposure of 15.7 $\mu g/m^3$ as compared to 0.6% (95% 0.4–0.8) in the previous Hoek meta-analysis. This likely reflects our ability to account for the smaller effect size estimates at higher exposures by including mean $PM_{2.5}$ concentration as a modifier. Those smaller number pull down the average effect size estimate in a meta-analysis, while a meta-regression that accounts for that variation will avoid a downward bias in the effect at lower exposures. However, we confirm the results of the meta-analysis by Hoek et al. (2013), which found a higher effect size for $PM_{2.5}$ for deaths from cardiovascular disease than from respiratory diseases.

The findings from the current meta-analysis indicated that the effect size decreased with increasing $PM_{2.5}$ concentrations across the studies, providing evidence of a nonlinear concentration response association. This has been noted previously. To estimate the concentration-response association at the higher ambient exposures, Geng et al. (2015), Burnett et al. (2014), fitted an integrated exposure–response (IER) model when active smoking and secondhand exposures were converted to estimated annual $PM_{2.5}$ exposure equivalents using inhaled doses of particle mass. This function was updated and utilized in several recent assessments of global mortality from $PM_{2.5}$ (Apte et al., 2015; Song et al., 2017; Cohen et al., 2017). There are three main differences between the approach in IER function and the approach in the current meta-analysis; (1) rather than trying to convert cigarette smoke exposure to $PM_{2.5}$ our analysis was able to rely on actual studies of ambient $PM_{2.5}$; (2)whereas the IER model specified an a priori functional form that required predicted estimates to flatten out in high exposures, the current analysis first used an agnostic fit based on penalized splines and then chose a functional form that was very close to the spline and minimized AIC; (3) in the IER function, RR estimates were weighted by the inverse of the variance estimate, assuming no heterogeneity between the studies. In our analysis we consider a random effect for each study and cohort. By using newer $PM_{2.5}$ studies at high (and low) concentrations we were able to provide insight into the shape of the concentration–response using only ambient $PM_{2.5}$ exposure studies which should provide a more reliable estimate of what the impact is at those concentrations. As is clear from Fig. 2, our empirical concentration-response curve flattens out at higher concentrations, as does the IER curve. However, this flattening is not as steep as the IER, as Asian studies at high concentration report larger effect size estimates than would be expected from the IER. Hence estimates of the global attributable fraction of deaths due to air pollution using the current study would be higher than the estimates using the IER function. Importantly for the developed world, we also find a larger effect at concentrations below 10 $\mu g/m^3$ as well.

In addition, our meta-regression analysis showed that exposure assessment with hybrid space time model, or nearby fixed monitors (as compared to land use regression method) resulted in higher estimates. This suggests that the lack of time resolution in many of the land use regression exposure estimates may result in exposure error, such as different spatial patterns in years not sampled in the exposure model, and consequently downwardly bias the effect size. Moreover, our results show a clear pattern of effect estimates decreasing as the exposure measurement error increases; i.e the lowest effect estimate was found using the monitor information within area scale as compared to the

land use regression method, then dispersion models, monitors within city scale, monitors within zip-code scale and finally the highest effect estimate observed using the hybrid space time model. Thus, since the exposure assessment measurement method matters, the latter should be considered while estimating the effect of health outcomes associated with air pollution. In particular, the effect size estimates from using area level monitors produce estimates 30% lower than those from land use regression, and 44–46% lower than those using the most accurate exposure models. Hence future systematic reviews may wish to discard such studies as too subject to bias due to exposure error, or, as we have done, provide a means to correct the estimate to what would have been seen had all studies used better exposure estimates. Previous meta-analyses did not assess the impact of different exposure assessment methods but rather estimated the mean of $PM_{2.5}$-mortality estimates from all the methods.

An important finding is that studies that controlled for area level SES were associated with higher mortality effect estimates. This provides assurance that the lack of such variables in some studies did not result in upward bias in effect sizes, but likely in a downward bias. This is an important finding as some air pollution studies have been criticized for not including enough SES control. Higher percentage of $PM_{2.5}$ sourced from traffic was associated with higher estimates of mortality in our current meta-analysis. This supports the evidence from recent studies showing that toxicity of $PM_{2.5}$ mass vary from place to place, depending on their respective source mixtures (Ostro et al., 2015; Thurston et al., 2016; Laden et al., 2000). However, the composition data from the individual cohorts was not available in the publications, thus our ability to identify $PM_{2.5}$ composition was limited by data availability (Karagulian et al., 2015), and variations within countries and over years in particle composition that we were unable to capture added considerable error to our classification of relative sources. Further work is clearly warranted.

We also took advantage of the relationship between meta-regression and mixed models to nonparametrically estimate the concentration-response relationship, which confirmed a shape of lower slopes at higher exposures, but also a leveling off of that decline to an asymptote. That is, at some point the slope ceased falling. This pattern, in addition to the higher AIC, justifies the use of an inverse relationship in our parametric model. Our results of the nonlinear $PM_{2.5}$-mortality concentration- response association support the evidence for the association found between $PM_{2.5}$ and cardiovascular mortality, where the concentration-response function increased more rapidly at lower concentrations and the marginal increase in the excess relative risk decreases at higher exposures (Pope et al., 2002, 2011).

Our meta-analysis also takes advantage of new studies at lower concentrations to learn more about the effect size at levels below current standards or guidelines. With 14 studies conducted on populations with mean exposure below 10 $\mu g/m^3$, we had ample power to demonstrate effects below the WHO standard. A further analysis of the Harvard Six City Study used smooth functions to explore the concentration–response relation between $PM_{2.5}$ and daily deaths in lower exposures (Schwartz et al., 2002) and found the estimated concentration-response relation was near linear with no evidence of a threshold. In a reanalysis of the data derived from the American Cancer Society (ACS), the adjusted effect of fine particles on mortality showed a stronger relationship in the lower (up to about 16 $\mu g/m^3$) than in the higher range of their values. The recent analysis from Canadian Census Health and Environment Cohort, showed that the shape of the concentration response curve for various causes of death were supra-linear, with greatest increase in the lower ranges of $PM_{2.5}$ exposure (Pinault et al., 2017). Notably, the average exposure in that cohort was only 8 $\mu g/m^3$, and the lowest measured level was 1 $\mu g/m^3$. Our meta-analysis was able to take advantage of these more recent studies to estimate the slope at lower concentrations and find significant and higher estimates. Consistent with this, even low levels of exposure from ambient air pollution have been associated with pulmonary and systemic

00191883

A. Vodonos et al. Environmental Research 166 (2018) 677–689

oxidative stress, inflammatory vascular dysfunction, increased platelet activation and blood viscosity, atherosclerosis, IHD, and altered cardiac autonomic function (Brook et al., 2010; Pope et al., 2004).

There are a number of limitations that must be acknowledged. We have assumed that the estimated coefficients from the studies were normally distributed, and that the random intercepts for cohort and study within cohort were also normally distributed. These are standard assumptions in all meta-analyses. The large sample sizes of the cohorts suggest that the first assumption is likely to have been met, and the large number of cohorts and studies used in this analysis suggests that the central limit theorem makes the second likely. The assessment of particle composition as a fraction of total was crude and may have limited our ability to detect different toxicity. While we were able to include Asian cohorts with higher exposures there are still cities whose exposure remains outside of the range of our study, and extrapolation is required to do a Health Impact Assessment there. That our evidence indicates the fall of the slope with higher concentrations seems to asymptote provides support for that extrapolation, but it remains an important uncertainty. Further, the locations of the cohort studies are not representative of the world. Hence the application of the does-response curve to populations with substantially different characteristics, or with exposure to different mixes of particle types creates additional uncertainty. This is also true for all previous attempts to generate a universal concentration-response to apply globally. We have tried to address this limitation using meta-regression methods, looking at population and particle characteristics as predictors of differences in the effect size for particles. Finally, the examination of the effect modification by study population characteristics was limited because all studies did not include all characteristics; thus caution should be applied in applying these results. In addition, percent low income was characterized differently across studies from different areas. However, we believe that while different methods were used to define percent low income they do reflects the socio-economic status in the specific locations of the study and provide information about relative, but not absolute, socio-economic position.

## 5. Conclusion

In conclusion, this meta-analysis provides a strong evidence for the adverse effect of long-term exposure to air pollution and mortality. There are a significant number of new studies on long-term air pollution exposure, covering wider geographic areas, and both studies where exposures were predominantly at concentrations < $10 \, \mu g/m^3$ and predominantly at concentrations > $20 \, \mu g/m^3$. The empirical findings of this analysis have important public health implications, including that the marginal benefits of $PM_{2.5}$ reduction increase as the concentrations fall, and that more SES control does not decrease effect size. Our analyses contribute to the empirical evidence on the overall mortality estimate and suggest an alternative function for further applied to global health risk assessment of air particulate matter.

## Acknowledgments

This study was supported by the Wallace Global Fund and the Environmental Health Fund (EHF) Israel.

## Appendix A. Supplementary material

Supplementary data associated with this article can be found in the online version at doi:10.1016/j.envres.2018.06.021.

## References

Apte, J.S., Marshall, J.D., Cohen, A.J., Brauer, M., 2015. Addressing global mortality from ambient PM2. 5. Environ. Sci. Technol. 49, 8057–8066.
Beelen, R., Hoek, G., van Den Brandt, P.A., Goldbohm, R.A., Fischer, P., Schouten, L.J.,
Jerrett, M., Hughes, E., Armstrong, B., Brunekreef, B., 2008. Long-term effects of traffic-related air pollution on mortality in a Dutch cohort (NLCS-AIR study). Environ. Health Perspect. 116, pp. 196.
Beelen, R., Raaschou-Nielsen, O., Stafoggia, M., Andersen, Z.J., Weinmayr, G., Hoffmann, B., Wolf, K., Samoli, E., Fischer, P., Nieuwenhuijsen, M., 2014a. Effects of long-term exposure to air pollution on natural-cause mortality: an analysis of 22 European cohorts within the multicentre ESCAPE project. The Lancet 383, 785–795.
Beelen, R., Stafoggia, M., Raaschou-Nielsen, O., Andersen, Z.J., Xun, W.W., Katsouyanni, K., Dimakopoulou, K., Brunekreef, B., Weinmayr, G., Hoffmann, B., 2014b. Long-term exposure to air pollution and cardiovascular mortality: an analysis of 22 European cohorts. Epidemiology 25, 368–378.
Bentayeb, M., Wagner, V., Stempfelet, M., Zins, M., Goldberg, M., Pascal, M., Larrieu, S., Beaudeau, P., Cassadou, S., Eilstein, D., 2015. Association between long-term exposure to air pollution and mortality in France: A 25-year follow-up study. Environ. Int. 85, 5–14.
Brook, R.D., Rajagopalan, S., Pope, C.A., Brook, J.R., Bhatnagar, A., Diez-Roux, A.V., Holguin, F., Hong, Y., Luepker, R.V., Mittleman, M.A., 2010. Particulate matter air pollution and cardiovascular disease: an update to the scientific statement from the American Heart Association. Circulation 121, 2331–2378.
Burnett, R.T., Pope III, C.A., Ezzati, M., Olives, C., Lim, S.S., Mehta, S., Shin, H.H., Singh, G., Hubbell, B., Brauer, M., 2014. An integrated risk function for estimating the global burden of disease attributable to ambient fine particulate matter exposure. Environ. Health Perspect. 122, 397.
Carey, I.M., Atkinson, R.W., Kent, A.J., Van Staa, T., Cook, D.G., Anderson, H.R., 2013. Mortality associations with long-term exposure to outdoor air pollution in a national English cohort. Am. J. Respir. Crit. Care Med. 187, 1226–1233.
Cesaroni, G., Badaloni, C., Gariazzo, C., Stafoggia, M., Sozzi, R., Davoli, M., Forastiere, F., 2013. Long-term exposure to urban air pollution and mortality in a cohort of more than a million adults in Rome. Environ. Health Perspect. 121, 324.
Chen, G., Wan, X., Yang, G., Zou, X., 2015. Traffic-related air pollution and lung cancer: A meta-analysis. Thorac. Cancer 6, 307–318.
Chen, H., Burnett, R.T., Copes, R., Kwong, J.C., Villeneuve, P.J., Goldberg, M.S., Brook, R.D., van Donkelaar, A., Jerrett, M., Martin, R.V., 2016. Ambient fine particulate matter and mortality among survivors of myocardial infarction: population-based cohort study. Environ. Health Perspect. 124, 1421.
Cohen, A.J., Brauer, M., Burnett, R., Anderson, H.R., Frostad, J., Estep, K., Balakrishnan, K., Brunekreef, B., Dandona, L., Dandona, R., 2017. Estimates and 25-year trends of the global burden of disease attributable to ambient air pollution: an analysis of data from the Global Burden of Diseases Study 2015. The Lancet 389, 1907–1918.
Crouse, D.L., Peters, P.A., Hystad, P., Brook, J.R., van Donkelaar, A., Martin, R.V., Villeneuve, P.J., Jerrett, M., Goldberg, M.S., Pope III, C.A., 2015. Ambient PM2. 5, O3, and NO2 exposures and associations with mortality over 16 years of follow-up in the Canadian Census Health and Environment Cohort (CanCHEC). Environ. Health Perspect. 123, 1180.
Crouse, D.L., Peters, P.A., van Donkelaar, A., Goldberg, M.S., Villeneuve, P.J., Brion, O., Khan, S., Atari, D.O., Jerrett, M., Pope III, C.A., 2012. Risk of nonaccidental and cardiovascular mortality in relation to long-term exposure to low concentrations of fine particulate matter: a Canadian national-level cohort study. Environ. Health Perspect. 120, 708.
Crouse, D.L., Philip, S., van Donkelaar, A., Martin, R.V., Jessiman, B., Peters, P.A., Weichenthal, S., Brook, J.R., Hubbell, B., Burnett, R.T., 2016. A new method to jointly estimate the mortality risk of long-term exposure to fine particulate matter and its components. Sci. Rep. 6, 18916.
Dehbi, H.-M., Blangiardo, M., Gulliver, J., Fecht, D., de Hoogh, K., Al-Kanaani, Z., Tillin, T., Hardy, R., Chaturvedi, N., Hansell, A.L., 2017. Air pollution and cardiovascular mortality with over 25 years follow-up: A combined analysis of two British cohorts. Int. J. Cardiol. 99, 275–281.
Di, Q., Kloog, I., Koutrakis, P., Lyapustin, A., Wang, Y., Schwartz, J., 2016. Assessing PM2. 5 exposure with high spatiotemporal resolution across the continental United States. Environ. Sci. Technol. 50, 4712–4721.
Di, Q., Wang, Yan, Zanobetti, A., Wang, Yun, Koutrakis, P., Choirat, C., Dominici, F., Schwartz, J.D., 2017. Air pollution and mortality in the Medicare population. N. Engl. J. Med. 376, 2513–2522.
Dimakopoulou, K., Samoli, E., Beelen, R., Stafoggia, M., Andersen, Z.J., Hoffmann, B., Fischer, P., Nieuwenhuijsen, M., Vineis, P., Xun, W., 2014. Air pollution and non-malignant respiratory mortality in 16 cohorts within the ESCAPE project. Am. J. Respir. Crit. Care Med. 189, 684–696.
Dockery, D.W., Pope, C.A., Xu, X., Spengler, J.D., Ware, J.H., Fay, M.E., Ferris Jr, B.G., Speizer, F.E., 1993. An association between air pollution and mortality in six US cities. N. Engl. J. Med. 329, 1753–1759.
Gan, W.Q., FitzGerald, J.M., Carlsten, C., Sadatsafavi, M., Brauer, M., 2013. Associations of ambient air pollution with chronic obstructive pulmonary disease hospitalization and mortality. Am. J. Respir. Crit. Care Med. 187, 721–727.
Gan, W.Q., Koehoorn, M., Davies, H.W., Demers, P.A., Tamburic, L., Brauer, M., 2011. Long-term exposure to traffic-related air pollution and the risk of coronary heart disease hospitalization and mortality. Environ. Health Perspect. 119, 501.
Geng, G., Zhang, Q., Martin, R.V., van Donkelaar, A., Huo, H., Che, H., Lin, J., He, K., 2015. Estimating long-term PM 2.5 concentrations in China using satellite-based aerosol optical depth and a chemical transport model. Remote Sens. Environ. 166, 262–270.
Hamra, G.B., Guha, N., Cohen, A., Laden, F., Raaschou-Nielsen, O., Samet, J.M., Vineis, P., Forastiere, F., Saldiva, P., Yorifuji, T., 2014. Outdoor particulate matter exposure and lung cancer: a systematic review and meta-analysis. Environ. Health Perspect. 122, 906.
Hao, Y., Balluz, L., Strosnider, H., Wen, X.J., Li, C., Qualters, J.R., 2015. Ozone, fine particulate matter, and chronic lower respiratory disease mortality in the United

00191884

A. Vodonos et al.                                                                                                                                                                                   Environmental Research 166 (2018) 677–689

States. Am. J. Respir. Crit. Care Med. 192, 337–341.

Hart, J.E., Garshick, E., Dockery, D.W., Smith, T.J., Ryan, L., Laden, F., 2011. Long-term ambient multipollutant exposures and mortality. Am. J. Respir. Crit. Care Med. 183, 73–78.

Hart, J.E., Liao, X., Hong, B., Puett, R.C., Yanosky, J.D., Suh, H., Kioumourtzoglou, M.-A., Spiegelman, D., Laden, F., 2015. The association of long-term exposure to PM 2.5 on all-cause mortality in the Nurses' Health Study and the impact of measurement-error correction. Environ. Health 14, 38.

Hoek, G., Beelen, R., De Hoogh, K., Vienneau, D., Gulliver, J., Fischer, P., Briggs, D., 2008. A review of land-use regression models to assess spatial variation of outdoor air pollution. Atmos. Environ. 42, 7561–7578.

Hoek, G., Krishnan, R.M., Beelen, R., Peters, A., Ostro, B., Brunekreef, B., Kaufman, J.D., 2013. Long-term air pollution exposure and cardio-respiratory mortality: a review. Environ. Health 12, 43.

Institute for Health Metrics and Evaluation. GBD compare, 2015. Available at: https://vizhub.healthdata.org/gbd-compare/ (Accessed 17 April 2017).

Jerrett, M., Burnett, R.T., Beckerman, B.S., Turner, M.C., Krewski, D., Thurston, G., Martin, R.V., van Donkelaar, A., Hughes, E., Shi, Y., 2013. Spatial analysis of air pollution and mortality in California. Am. J. Respir. Crit. Care Med. 188, 593–599.

Jerrett, M., Burnett, R.T., Ma, R., Pope III, C.A., Krewski, D., Newbold, K.B., Thurston, G., Shi, Y., Finkelstein, N., Calle, E.E., 2005. Spatial analysis of air pollution and mortality in Los Angeles. Epidemiology 16, 727–736.

Jerrett, M., Burnett, R.T., Pope III, C.A., Ito, K., Thurston, G., Krewski, D., Shi, Y., Calle, E., Thun, M., 2009. Long-term ozone exposure and mortality. N. Engl. J. Med. 360, 1085–1095.

Karagulian, F., Belis, C.A., Dora, C.F.C., Prüss-Ustün, A.M., Bonjour, S., Adair-Rohani, H., Amann, M., 2015. Contributions to cities' ambient particulate matter (PM): A systematic review of local source contributions at global level. Atmos. Environ. 120, 475–483.

Katanoda, K., Sobue, T., Satoh, H., Tajima, K., Suzuki, T., Nakatsuka, H., Takezaki, T., Nakayama, T., Nitta, H., Tanabe, K., 2011. An association between long-term exposure to ambient air pollution and mortality from lung cancer and respiratory diseases in Japan. J. Epidemiol. 21, 132–143.

Kloog, I., Chudnovsky, A.A., Just, A.C., Nordio, F., Koutrakis, P., Coull, B.A., Lyapustin, A., Wang, Y., Schwartz, J., 2014. A new hybrid spatio-temporal model for estimating daily multi-year PM2. 5 concentrations across northeastern USA using high resolution aerosol optical depth data. Atmos. Environ. 95, 581–590.

Kloog, I., Ridgway, B., Koutrakis, P., Coull, B.A., Schwartz, J.D., 2013. Long-and short-term exposure to PM2. 5 and mortality: using novel exposure models. Epidemiol. Camb. Mass 24, 555.

Kochanek, K.D., Murphy, S.L., Xu, J., Tejada-Vera, B., 2016. Deaths: final data for 2014. Natl. Vital Stat. Rep. Cent. Dis. Control Prev. Natl. Cent. Health Stat. Natl. Vital Stat. Syst 65, 1–122.

Krewski, D., Burnett, R. T., Goldberg, M. S., Hoover, K., & Siemiatycki, J. (2000). Special report reanalysis of the Harvard six cities study and the American Cancer Society Study of particulate air pollution and mortality part ii: sensitivity analyses appendix c. Flexible modeling of the effects of fine particles. Boston: Health Effects Institute.

Krewski, D., Burnett, M., Burnett, R.T., Ma, R., Hughes, R., Shi, Y., Turner, M.C., Pope III, C.A., Thurston, G., Calle, E.E., 2009. Extended follow-up and spatial analysis of the American Cancer Society study linking particulate air pollution and mortality. Health Effects Institute Boston, MA.

Laden, F., Neas, L.M., Dockery, D.W., Schwartz, J., 2000. Association of fine particulate matter from different sources with daily mortality in six US cities. Environ. Health Perspect. 108, 941.

Laden, F., Schwartz, J., Speizer, F.E., Dockery, D.W., 2006. Reduction in fine particulate air pollution and mortality: extended follow-up of the Harvard Six Cities study. Am. J. Respir. Crit. Care Med. 173, 667–672.

Lepeule, J., Laden, F., Dockery, D., Schwartz, J., 2012. Chronic exposure to fine particles and mortality: an extended follow-up of the Harvard Six Cities study from 1974 to 2009. Environ. Health Perspect. 120, 965.

Lipfert, F.W., Baty, J.D., Miller, J.P., Wyzga, R.E., 2006. PM2. 5 constituents and related air quality variables as predictors of survival in a cohort of US military veterans. Inhal. Toxicol. 18, 645–657.

Lipsett, M.J., Ostro, B.D., Reynolds, P., Goldberg, D., Hertz, A., Jerrett, M., Smith, D.F., García, C., Chang, E.T., Bernstein, L., 2011. Long-term exposure to air pollution and cardiorespiratory disease in the California teachers study cohort. Am. J. Respir. Crit. Care Med. 184, 828–835.

Miller, K.A., Siscovick, D.S., Sheppard, L., Shepherd, K., Sullivan, J.H., Anderson, G.L., Kaufman, J.D., 2007. Long-term exposure to air pollution and incidence of cardiovascular events in women. N. Engl. J. Med. 356, 447–458.

Moher, D., Liberati, A., Tetzlaff, J., Altman, D.G., Group, P., 2009. Preferred reporting items for systematic reviews and meta-analyses: the PRISMA statement. PLoS Med. 6, e1000097.

Næss, Ø., Nafstad, P., Aamodt, G., Claussen, B., Rosland, P., 2006. Relation between concentration of air pollution and cause-specific mortality: four-year exposures to nitrogen dioxide and particulate matter pollutants in 470 neighborhoods in Oslo, Norway. Am. J. Epidemiol. 165, 435–443.

World Health Organization. (2016). Ambient air pollution: A global assessment of exposure and burden of disease.

World Health Organization, & UNAIDS. (2006). Air quality guidelines: global update 2005. World Health Organization.

Ostro, B., Hu, J., Goldberg, D., Reynolds, P., Hertz, A., Bernstein, L., Kleeman, M.J., 2015. Associations of mortality with long-term exposures to fine and ultrafine particles, species and sources: results from the California Teachers Study Cohort. Environ. Health Perspect. 123, 549.

Ostro, B., Lipsett, M., Reynolds, P., Goldberg, D., Hertz, A., Garcia, C., Henderson, K.D.,

Bernstein, L., 2010. Long-term exposure to constituents of fine particulate air pollution and mortality: results from the California Teachers Study. Environ. Health Perspect. 118, 363.

Pelucchi, C., Negri, E., Gallus, S., Boffetta, P., Tramacere, I., La Vecchia, C., 2009. Long-term particulate matter exposure and mortality: a review of European epidemiological studies. BMC Public Health 9, 453.

Peng, Z., Liu, C., Xu, B., Kan, H., Wang, W., 2017. Long-term exposure to ambient air pollution and mortality in a Chinese tuberculosis cohort. Sci. Total Environ. 580, 1483–1488.

Pinault, L., Tjepkema, M., Crouse, D.L., Weichenthal, S., van Donkelaar, A., Martin, R.V., Brauer, M., Chen, H., Burnett, R.T., 2016. Risk estimates of mortality attributed to low concentrations of ambient fine particulate matter in the Canadian community health survey cohort. Environ. Health 15, 18.

Pinault, L.L., Weichenthal, S., Crouse, D.L., Brauer, M., Erickson, A., van Donkelaar, A., Martin, R.V., Hystad, P., Chen, H., Finès, P., 2017. Associations between fine particulate matter and mortality in the 2001 Canadian Census Health and Environment Cohort. Environ. Res. 159, 406–415.

Pope, C.A., Burnett, R.T., Thurston, G.D., Thun, M.J., Calle, E.E., Krewski, D., Godleski, J.J., 2004. Cardiovascular mortality and long-term exposure to particulate air pollution: epidemiological evidence of general pathophysiological pathways of disease. Circulation 109, 71–77.

Pope, C.A., Turner, M.C., Burnett, R., Jerrett, M., Gapstur, S.M., Diver, W.R., Krewski, D., Brook, R.D., 2014. Relationships between fine particulate air pollution, cardiometabolic disorders and cardiovascular mortality. Circ. Res. CIRCRESAHA 114, 305060.

Pope III, C.A., Burnett, R.T., Thun, M.J., Calle, E.E., Krewski, D., Ito, K., Thurston, G.D., 2002. Lung cancer, cardiopulmonary mortality, and long-term exposure to fine particulate air pollution. Jama 287, 1132–1141.

Pope III, C.A., Burnett, R.T., Turner, M.C., Cohen, A., Krewski, D., Jerrett, M., Gapstur, S.M., Thun, M.J., 2011. Lung cancer and cardiovascular disease mortality associated with ambient air pollution and cigarette smoke: shape of the exposure–response relationships. Environ. Health Perspect. 119, 1616.

Puett, R.C., Hart, J.E., Suh, H., Mittleman, M., Laden, F., 2011. Particulate matter exposures, mortality, and cardiovascular disease in the health professionals follow-up study. Environ. Health Perspect. 119, 1130.

Puett, R.C., Hart, J.E., Yanosky, J.D., Paciorek, C., Schwartz, J., Suh, H., Speizer, F.E., Laden, F., 2009. Chronic fine and coarse particulate exposure, mortality, and coronary heart disease in the Nurses' Health Study. Environ. Health Perspect. 117, 1697.

Team, R. C. (2015). R: A language and Environment for Statistical Computing. Vienna, Austria: R Foundation for Statistical Computing. Available: http://www.R-project.org.

Schwartz, J., Laden, F., Zanobetti, A., 2002. The concentration-response relation between PM (2.5) and daily deaths. Environ. Health Perspect. 110, 1025.

Shi, L., Zanobetti, A., Kloog, I., Coull, B.A., Koutrakis, P., Melly, S.J., Schwartz, J.D., 2016. Low-concentration PM2. 5 and mortality: estimating acute and chronic effects in a population-based study. Environ. Health Perspect. 124, 46.

Song, C., He, J., Wu, L., Jin, T., Chen, X., Li, R., Ren, P., Zhang, L., Mao, H., 2017. Health burden attributable to ambient PM2. 5 in China. Environ. Pollut. 223, 575–586.

Thurston, G.D., Burnett, R.T., Turner, M.C., Shi, Y., Krewski, D., Lall, R., Ito, K., Jerrett, M., Gapstur, S.M., Diver, W.R., 2016. Ischemic heart disease mortality and long-term exposure to source-related components of US fine particle air pollution. Environ. Health Perspect. 124, 785.

Tonne, C., Halonen, J.I., Beevers, S.D., Dajnak, D., Gulliver, J., Kelly, F.J., Wilkinson, P., Anderson, H.R., 2016. Long-term traffic air and noise pollution in relation to mortality and hospital readmission among myocardial infarction survivors. Int. J. Hyg. Environ. Health 219, 72–78.

Tonne, C., Wilkinson, P., 2013. Long-term exposure to air pollution is associated with survival following acute coronary syndrome. Eur. Heart J. 34, 1306–1311.

Tseng, E., Ho, W.-C., Lin, M.-H., Cheng, T.-J., Chen, P.-C., Lin, H.-H., 2015. Chronic exposure to particulate matter and risk of cardiovascular mortality: cohort study from Taiwan. BMC Public Health 15, 936.

Turner, M.C., Jerrett, M., Pope III, C.A., Krewski, D., Gapstur, S.M., Diver, W.R., Beckerman, B.S., Marshall, J.D., Su, J., Crouse, D.L., 2016. Long-term ozone exposure and mortality in a large prospective study. Am. J. Respir. Crit. Care Med. 193, 1134–1142.

Turner, M.C., Krewski, D., Pope III, C.A., Chen, Y., Gapstur, S.M., Thun, M.J., 2011. Long-term ambient fine particulate matter air pollution and lung cancer in a large cohort of never-smokers. Am. J. Respir. Crit. Care Med. 184, 1374–1381.

Ueda, K., Nagasawa, S., Nitta, H., Miura, K., Ueshima, H., 2012. Exposure to particulate matter and long-term risk of cardiovascular mortality in Japan: NIPPON DATA80. J. Atheroscler. Thromb. 19, 246–254.

Viechtbauer, W., 2010. Conducting meta-analyses in R with the metafor package. J. Stat. Softw. 36, 1–48.

Villeneuve, P.J., Weichenthal, S.A., Crouse, D., Miller, A.B., Martin, Y., van Donkelaar, R.V., Wall, A., Burnett, R.T., C., 2015. Long-term exposure to fine particulate matter air pollution and mortality among Canadian women. Epidemiology 26, 536–545.

Wang, Y., Kloog, I., Coull, B.A., Kosheleva, A., Zanobetti, A., Schwartz, J.D., 2016. Estimating causal effects of long-term PM2. 5 exposure on mortality in New Jersey. Environ. Health Perspect. 124, 1182.

Wang, Y., Shi, L., Lee, M., Liu, P., Di, Q., Zanobetti, A., Schwartz, J.D., 2017. Long-term exposure to PM2. 5 and mortality among older adults in the southeastern US. Epidemiology 28, 207–214.

Weichenthal, S., Crouse, D.L., Pinault, L., Godri-Pollitt, K., Lavigne, E., Evans, G., van Donkelaar, A., Martin, R.V., Burnett, R.T., 2016. Oxidative burden of fine particulate air pollution and risk of cause-specific mortality in the Canadian Census Health and Environment Cohort (CanCHEC). Environ. Res. 146, 92–99.

Weichenthal, S., Villeneuve, P.J., Burnett, R.T., van Donkelaar, A., Martin, R.V., Jones,

00191885

*A. Vodonos et al.*                                                                                    *Environmental Research 166 (2018) 677–689*

R.R., DellaValle, C.T., Sandler, D.P., Ward, M.H., Hoppin, J.A., 2014. Long-term exposure to fine particulate matter: association with nonaccidental and cardiovascular mortality in the agricultural health study cohort. Environ. Health Perspect. 122, 609.

Wong, C.M., Lai, H.K., Tsang, H., Thach, T.Q., Thomas, G.N., Lam, K.B.H., Chan, K.P., Yang, L., Lau, A.K., Ayres, J.G., 2015. Satellite-based estimates of long-term exposure to fine particles and association with mortality in elderly Hong Kong residents. Environ. Health Perspect. 123, 1167.

Wong, C.M., Tsang, H., Lai, H.K., Thomas, G.N., Lam, K.B., Chan, K.P., Zheng, Q., Ayres, J.G., Lee, S.Y., Lam, T.H., 2016. Cancer mortality risks from long-term exposure to ambient fine particle. Cancer Epidemiol. Prev. Biomark. 25, 839–845.

Yin, P., Brauer, M., Cohen, A., Burnett, R.T., Liu, J., Liu, Y., Liang, R., Wang, W., Qi, J., Wang, L., 2017. Long-term Fine Particulate Matter Exposure and Nonaccidental and Cause-specific Mortality in a Large National Cohort of Chinese Men. Environ. Health Perspect 125, 117002.

Zeger, S.L., Dominici, F., McDermott, A., Samet, J.M., 2008. Mortality in the Medicare population and chronic exposure to fine particulate air pollution in urban centers (2000–2005). Environ. Health Perspect. 116, 1614.

00191886



*Research Article*

# Induced Vehicle Travel in the Environmental Review Process

Transportation Research Record
0(0) 1–12
© National Academy of Sciences:
Transportation Research Board 2020
Article reuse guidelines:
sagepub.com/journals-permissions
DOI: 10.1177/0361198120923365
journals.sagepub.com/home/trr
⑤SAGE

## Jamey M. B. Volker[1], Amy E. Lee[1], and Susan Handy[1]

## Abstract
If we expand roadway capacity, more drivers will come, or so economic theory suggests and a substantial body of empirical research now shows. Despite strong evidence, the "induced travel" effect is often ignored, underestimated, or misestimated in the planning process, particularly in the assessment of the environmental impacts of roadway capacity expansions. Underestimating induced travel will generally lead to overestimation of the traffic congestion relief benefits a highway expansion project might generate, along with underestimation of its environmental impacts. A major reason that induced travel tends to be underplayed in environmental analyses is that travel demand models do not typically include all of the feedback loops necessary to accurately predict the induced travel effect. We developed an online tool, based on elasticities reported in the literature, to facilitate the estimation of the induced vehicle travel impacts of roadway capacity expansion projects in California, with potential future expansion to other geographies. We describe the tool, apply it to five case study highway capacity expansion projects, and then compare the results with the induced travel estimates reported in the environmental impact analyses for those projects. Our results suggest that environmental analyses frequently fail to fully capture the induced vehicle travel effects of highway capacity expansion projects.

Roadway capacity expansion is frequently proposed as a solution to traffic congestion, and even as a way to reduce greenhouse gas emissions. The logic is that increasing roadway capacity increases average vehicle speeds, which improves vehicle fuel efficiency and reduces per-mile emissions of greenhouse gases and local air pollutants. For example, a recent legislative proposal in California would have allocated money from the state's Greenhouse Gas Reduction Fund to build two additional lanes northbound and southbound on Interstate 5 and State Route 99—two of California's primary north–south highways—for the "purposes of reducing the emissions of greenhouse gases" by reducing traffic congestion and increasing vehicle speeds (1). The bill was subsequently amended to remove the capacity expansion provision. But the original proposal exemplifies the continued pervasiveness of the flawed logic that expanding highway capacity can reduce traffic congestion and its associated impacts.

The logic is flawed because it does not account for the induced vehicle travel effect. Constructing new highway lanes generally increases the average speed of highway traffic and thereby reduces the effective cost of driving on the highway. That, in turn, induces more vehicle travel on the highway—more vehicle miles traveled (VMT). Despite ample support in the literature (2–5), the induced travel phenomenon is often not fully accounted for in the planning process or in assessing the environmental impacts of highway capacity expansions under the National Environmental Policy Act (NEPA) or, in states like California, statewide environmental laws such as the California Environmental Quality Act (CEQA) (6,7). As a result, agencies often *overestimate* the traffic congestion-reducing benefits of capacity expansion projects and *underestimate* the projects' environmental impacts (6,7), resulting in a potential "overallocation of public money on road construction" (6, p. 291).

[1]Institute of Transportation Studies, University of California at Davis, Davis, CA

**Corresponding Author:**
Jamey M. B. Volker, jvolker@ucdavis.edu

With these problems in mind, we developed an online calculator to operationalize the induced vehicle travel research for practical use in California with potential future expansion to other geographies. The Induced Travel Calculator allows users to estimate the annual VMT induced by adding lanes to major roadways managed by the California Department of Transportation (known as Caltrans) in any of the state's urbanized counties. After explaining the induced vehicle travel phenomenon and the need for improved methods for estimating it, this paper describes the Induced Travel Calculator and then applies it to five recent highway expansion projects in California. The paper compares the estimates from the Calculator with the induced travel analysis completed as a part of the environmental impact assessments for the five projects. The results suggest a need for increased attention to and improved analysis of the induced travel effect in the assessment of the environmental impacts of highway capacity expansion projects.

## Background on Induced Travel

The induced vehicle travel effect has been theorized for at least 60 years (8), and has been supported by a substantial body of empirical research dating back at least 50 years (2,3,9–13). The effect can be explained by basic economic principles of supply and demand. Adding roadway capacity reduces the time cost of vehicle travel, for example by initially reducing traffic congestion or by providing access to previously less accessible areas. When the cost of driving decreases, the volume of driving increases, as is true for most economic goods. In the language of economics, the capacity expansion equates to a shift in the supply curve, leading to a new equilibrium at a lower travel cost and a higher volume of driving. The new capacity induces additional travel and is properly called "induced travel" rather than "induced demand," though it does allow "latent demand" for travel (travel that individuals would do if the cost of travel were lower) to be fulfilled.

The reduction in the time cost of vehicle travel induces driving by inducing shifts in travel behavior that increase VMT on the road network and can ultimately return congestion to pre-expansion levels. Those behavioral responses can include shifts from non-auto travel modes to driving, shifts in destinations, and shifts in driving routes, as well as entirely new trips. These responses can cause increases in both personal and commercial driving (3,6). In the longer term, adding capacity to highways or other major roadways can lead to changes in residential and employment location decisions that increase travel distances and may eventually spur commercial or residential growth in the region (3,6). The latter effect, an increase in population and jobs,



**Figure 1.** Traditional roadway capacity expansion logic.



**Figure 2.** Induced travel effect of roadway capacity expansions. *Note:* VMT = vehicle miles traveled.

represents a shift in the demand curve, increasing VMT even further, and is sometimes referred to as "induced demand."

Figure 1 shows the traditional logic behind expanding roadways to reduce traffic congestion. Figure 2 shows how the induced travel effect occurs. Instead of the intended effect of steady-state VMT and congestion relief, the initially reduced congestion and resulting decrease in time cost of driving induce yet more driving. The increasing VMT then worsens congestion and can start the whole process over again in a vicious cycle.

The magnitude of the induced travel effect is typically measured as an elasticity. An elasticity is the percentage increase in one variable (like VMT) that results from a 1% increase in another variable (like lane miles). Equation 1 shows the elasticity of VMT with respect to lane miles:

$$\text{Elasticity} = \frac{\% \text{ Change in VMT}}{\% \text{ Change in Lane Miles}} \quad (1)$$

The greater the elasticity of VMT with respect to lane miles, the greater the increase in VMT for a given increase in lane miles. An elasticity of 1.0 indicates that VMT will increase commensurately with lane miles. For example, a 1% increase in lane miles in a roadway network will increase VMT by 1%, thereby negating any initial congestion relief. In this case the roadway is accommodating more VMT, which might be the goal of the project. But traffic congestion has not declined, contrary to what is almost always a major goal of capacity expansion.

Most long-term elasticity estimates from area-wide (i.e., not facility-specific) studies range from 0.6 to 1.0 by about 10 years after completion of the capacity

expansion (*4,14*). Handy and Boarnet reviewed the induced vehicle travel research published between 1997 and 2011 and concluded that the best estimate of the long-run impact of highway capacity expansion on VMT is an elasticity "close to 1.0" (4, p. 4). More recent studies support their conclusion, across a range of geographies and using a range of methods (*2,9,10,12*). Hymel, for example, used two-stage least squares regression with instrumental variables to estimate the elasticity of VMT with respect to lane miles on freeways and other limited-access roads in Census-defined urban areas in the United States (2). Hymel estimated an intermediate (5-year) induced travel elasticity of 0.892–1.063.

One challenge in estimating the elasticity of VMT with respect to lane miles is that lane miles are an endogenous variable. Roadway supply induces VMT, but increasing VMT can also spur roadway expansion (*11*). That can cause a simultaneity bias in the elasticity estimates. But all of the studies reviewed by Handy and Boarnet, as well as the more recent studies cited above, address the simultaneity bias with their modeling techniques, most using two-stage least squares regression with instrumental variables (*14*). The studies also generally control for other factors that can affect VMT, including population growth.

One remaining question is where the induced VMT attributable to roadway capacity expansion comes from—what share comes from the various travel behavior and land use shifts discussed above. Most of the induced travel studies do not attempt to answer this difficult question. One exception is Duranton and Turner's 2011 study. They considered four sources potentially contributing to induced VMT—changes in household driving behavior (measured as changes in household VMT), changes in commercial driving behavior (measured as changes in truck VMT for the studied roads), diversion of traffic from other routes, and migration (increased population) attributable to the capacity expansion (*3*). Table 1 shows their estimates.

Particularly noteworthy is Duranton and Turner's conclusion that "diversion of traffic from other road networks does not appear to play a large role" (3, p. 2646). They cautioned that they could not "rule out the absence of a substitution effect" (3, p. 2644). But their finding indicates that most of the induced VMT from capacity expansion projects is *new* VMT added to road network, rather than *diverted* VMT redistributed within the network.

## Motivation for the Induced Travel Calculator

If the induced vehicle travel effect of a proposed highway expansion project is ignored or underestimated, it can

**Table 1.** Duranton and Turner's Estimate of Induced VMT Provenance (3)

| Source | Percentage of induced VMT accounted for |
| --- | --- |
| Increased household VMT | 9–39% |
| Increased commercial truck VMT | 19–29% |
| Diversion of traffic from other routes | 0–10% |
| Migration (population increase) | 5–21% |

*Note:* VMT = vehicle miles traveled.

cause agencies to *overestimate* the congestion-reducing benefits of the project and *underestimate* the project's environmental impacts (*6,7*). But "transportation planning practitioners have often challenged the [induced travel] concept and have not recognized the limitations of current travel forecasting models to fully account for these effects" (6, p. 12), according to one review of current practices. As a result, induced vehicle travel is often not fully accounted for in the planning process or in the assessment of the environmental impacts of highway capacity expansions (*6,7*).

Current travel demand models do not fully account for induced vehicle travel, as detailed by Milam et al. (6) and Litman (*15*). The issue is that most models do not include all of the feedback loops necessary to represent the secondary effects of capacity expansion. These models were designed to estimate the effect of capacity expansion on travel times for a given population and employment level for the region. Many models now feed the estimated travel times back into the mode split stage of the model, thereby accounting for potential shifts away from transit and active modes resulting from improved travel times. Few models feed the estimated travel times back into the trip distribution or trip generation stages of the model, thereby ignoring the possibility that improved travel times will increase the number of trips that residents choose to make or the possibility that they will choose more distant destinations for their trips. Few models feed estimated travel times back into assumptions about the distribution and growth of population and employment that also influence the frequency and length of trips. In short, the models may do an adequate job of accounting for changes in route and shifts in mode, but they underestimate increases in VMT attributable to increases in trip frequencies and lengths that the capacity expansion will induce.

The upshot is that agencies and their consultants are not able, in most cases, to fully analyze the induced vehicle travel effects of proposed capacity expansions using the regional travel demand model alone. This is problematic because it can lead to "overallocation" of public funds to projects that fail to produce long-term

congestion relief (6,7, p. 291). It is also problematic because it makes it difficult for the agencies to produce accurate project-level environmental assessments as required by laws like NEPA and CEQA. Both NEPA and CEQA require the analysis of air quality impacts for subject roadway capacity expansion projects (16,17). CEQA and NEPA (at least as enforced by the federal courts) also require an assessment of greenhouse gas emissions and climate change impacts (16,18,19). The inadequacy of either one of these analyses can both preclude informed public involvement and spur litigation.

Failing to account for induced vehicle travel is now an even more glaring omission for projects in California. The state recently replaced automobile level of service, a measure of traffic congestion, with VMT as the primary measure of transportation impacts under CEQA (20). The state carved out an exception for "roadway capacity projects," giving agencies discretion to use VMT, congestion, or some other metric of transportation impacts (18). But with VMT so clearly identified by the state as an environmental impact indicator and with the state's ambitious goals for reducing greenhouse gas emissions from transportation, agencies would be remiss—and open themselves up to litigation—in not analyzing the full VMT impacts of capacity expansion projects. Recognizing this, Caltrans is in the process of developing guidance on analyzing the VMT effects of roadway projects on the state highway system (21,22).

What can agencies like Caltrans do to better estimate the induced VMT caused by proposed roadway capacity expansion projects in the absence of travel demand models that incorporate the feedback mechanisms discussed above? Milam et al. recommend that "[a]t a minimum, induced vehicle travel effects should be acknowledged and discussed" (6, p. 16). The discussion should at least "disclose any limitations related to the forecasting that may have not been sensitive to induced travel effects and how those effects could influence the analysis results" (6, p. 16). But they also recommend quantifying induced travel, for example by using "elasticity-based estimates of VMT levels derived from the project's lane mile changes" and the elasticity values reported in the literature (6, p. 16). We developed the online Induced Travel Calculator to facilitate elasticity-based estimation of the induced vehicle travel impacts of roadway capacity expansion projects in California, and to provide a template for doing so elsewhere. We describe the Calculator in the next section.

## Induced Travel Calculator

The Induced Travel Calculator (23) is publicly available online at the URL listed in the References section below. The Calculator allows users to estimate the VMT induced annually 5–10 years after adding mixed-flow (general-purpose) or high-occupancy-vehicle (HOV) lane miles to interstate highways (Federal Highway Administration [FHWA] function class 1 facilities), other freeways and expressways (FHWA class 2), or other principal arterials (FHWA class 3) in any of California's urbanized counties (counties with a metropolitan statistical area [MSA]). The Calculator's geographic and road type limitations, as well as information on how to ascertain roadway classifications, are discussed in more detail below, as well as on the Calculator website (23).

To estimate induced VMT, the Calculator uses the following equation (Equation 2) based on the capacity expansion project geography and lane mile length:

$$\% \ \Delta \ Lane \ Miles \ * \ Existing \ VMT \ * \ Elasticity = \mathrm{Project-Induced} \ VMT \tag{2}$$

Table 2 shows the data sources and specifications for the lane mile and VMT inputs. The percent change in lane miles is calculated by dividing the number of project-added lane miles (input by the user) by the total existing lane miles of the same facility type in the same geography.

The Calculator uses a 1.0 elasticity for lane additions to class 1 facilities (interstates), and a 0.75 elasticity for lane additions to class 2 or 3 facilities (other freeways or express ways and major arterials). The rationale for these values is as follows.

### Elasticity for Class 1 Facilities

We derived the 1.0 elasticity for class 1 facilities from Duranton and Turner's 2011 study (3), which at the time we developed the Calculator was the most recent major study we could find that used data across broad areas of the United States to estimate elasticities of VMT with respect to lane miles on class 1 facilities. Their study used data from 1983, 1993, and 2003 for all MSAs in the U.S. that had nonzero class 1 lane mileage in all three years, a total of 228 MSAs. Among other modeling, the study used a two-stage least squares regression with three instrumental variables (including the 1947 U.S. interstate highway system plan) to estimate the elasticity of vehicle kilometers traveled (VKT) on class 1 facilities in the studied MSAs with respect to class 1 facility lane kilometers in those 228 MSAs. The authors concluded that their estimation method better controlled for the simultaneity bias than the methods used in previous studies. The authors' "preferred" elasticity—estimated with their preferred method—was a long-run (10-year) elasticity of 1.03. Although the authors concluded that most of the induced VKT was new VKT, they cautioned that some—

00193011

**Table 2.** Data Sources and Specifications for Lane Mile and VMT Inputs

| Input | Source | Date | Geography |
|---|---|---|---|
| Project-added lane miles | Input by user using the Calculator interface | na | |
| Total existing lane miles | Caltrans' Highway Performance Monitoring System (HPMS) database[a] | 2016[b] | MSA—for FHWA class 1 facilities[c] County—for FHWA class 2 or 3 facilities[c] |
| Existing VMT | Caltrans' HPMS database[a] | 2016[b] | MSA—for FHWA class 1 facilities[c] County—for FHWA class 2 or 3 facilities[c] |

*Note:* VMT = vehicle miles traveled; FHWA = Federal Highway Administration; na = not applicable.

[a]The raw data is available for download here: https://blinktag.com/induced-travel-calculator/downloads/Induced-Travel-Calculator-Data.xlsx.

[b]The data will be updated periodically as new data become available.

[c]We explain our choice of geographies in discussing our choice of elasticities below.

an estimated 0–10%—of the total induced VKT came from "diversion of traffic from other classes of roads" (3, p. 2644).

Since Duranton and Turner's 2011 study, a few additional studies have estimated long-run induced VMT elasticities across a range of geographies, roadway types, and statistical modeling techniques, all with elasticity results close to one. Melo et al.'s 2012 study estimated an induced vehicle travel elasticity of 0.989 for arterials in 100 urbanized areas in the U.S. using a generalized method of moments estimator (12). With similar data from 101 urbanized areas in the U.S., Graham et al.'s 2014 study estimated an induced travel vehicle elasticity of 0.772 for arterials and class 1 facilities (combined) using a propensity score estimator (9). Outside the U.S., Hsu and Zhang's 2014 study estimated an induced travel elasticity between 1.24 and 1.34 for Japan's national expressways (10). They employed a similar approach to Duranton and Turner's 2011 study by using Japan's 1987 national expressway network plan as an instrumental variable.

Hymel's 2019 study was the most recent we found and also the most similar to Duranton and Turner's study in geographic scope and roadway types (2), and its results are consistent with those of Duranton and Turner's study. Hymel used two-stage least squares regression with instrumental variables (albeit different instruments than Duranton and Turner used) to estimate the elasticity of VMT with respect to lane miles on freeways and other limited-access roads in Census-defined urban areas. Hymel estimated an intermediate (5-year) induced travel elasticity of 0.892–1.063, a range which spans Duranton and Turner's preferred elasticity estimate of 1.03.

Like Duranton and Turner's 2011 study, the Calculator uses MSAs as the unit of analysis for capacity expansions on class 1 facilities. The Calculator also uses a similar VMT elasticity (1.0), albeit rounded down (in part to account for the small potential route diversion effect). That accords with Handy and Boarnet's best

estimate of the long-run elasticity ("close to 1.0"), as well as most recent research (2,4,9,10,12,14).

## Elasticity for Class 2 and 3 Facilities

We derived the 0.75 elasticity for class 2 and 3 facilities from Duranton and Turner's 2011 study and Cervero and Hansen's 2002 study (3,11). Duranton and Turner could not use their preferred method to estimate elasticities for state highways and other "major roads" besides interstates, but their elasticity estimates using ordinary least squares regression all fall between 0.67 and 0.89 (3). Cervero and Hansen used three-stage least squares regression to similarly estimate an intermediate (5-year) VMT elasticity of 0.79 for lane mile additions to class 1, 2, and 3 roadways in California's urbanized counties (then totaling 34, and now 37) (11). Those elasticities are similar to the longer-term elasticities calculated in other studies for combined major road types (not just class 1 facilities) in California and across the United States (2,4,9,12,13).

The Calculator uses urbanized counties (those within MSAs) as its unit of analysis for class 2 and 3 facilities, the same unit of analysis Cervero and Hansen used in their 2002 study of class 1, 2, and 3 facilities (11). The Calculator also uses a VMT elasticity for those facilities (0.75) that is almost identical to the elasticity that Cervero and Hanson estimated for class 1, 2, and 3 roadways in the California state highway system (0.79) and within the range that Duranton and Turner estimated for non-interstate "major roads" in the urbanized areas of MSAs (0.67–0.89). The Calculator's elasticity is rounded down from Cervero and Hansen's 0.79 estimate to 0.75 in part to account for the small potential route diversion effect discussed in Duranton and Turner's 2011 study (3).

## Geographic, Road Type, and Other Caveats

The Calculator is designed to estimate the long-run induced VMT from adding general-purpose or HOV lane miles (through lane additions, roadway lengthening,

00193012

and new facility construction) on FHWA class 1, 2, or 3 roadways in California's 37 urbanized counties, as detailed on the Calculator website (*23*). We chose these constraints for two reasons. First, we only had lane mile and VMT data for California. Second, the Calculator's geographic and road type specifications hew to the geographies and road types used in the principal studies on which we base the 1.0 and 0.75 elasticities, as discussed above.

That said, the same induced VMT estimation method could be adapted for use outside of California or on other road types if the necessary lane mile and VMT data are available and an appropriate evidence-backed elasticity can be identified for the chosen geography and road types. For example, the state transportation departments for the other 49 states should have similar lane mile and VMT data in their respective highway performance monitoring system (HPMS) databases. And an elasticity close to 1.0 could similarly be appropriate for estimating induced VMT from additions to interstates or other limited-access roads in MSAs and Census-defined urban areas outside of California, based on empirical research like Duranton and Turner's 2011 study and Hymel's 2019 study (*2,3*).

Regardless of geography, it bears emphasis that the foregoing approach to estimating induced VMT does not use facility-specific elasticities. It employs elasticities calculated from "macroscopic" studies that "capture the central tendency" of the induced travel across many expansion projects on roadways of a similar type (2,13, p. 206). Those studies attempt to control for many of the demographic and other covariates that could cause induced VMT elasticities to differ from project to project or area to area, like population, income per capita, unemployment, gas prices, geography, and even traffic congestion levels (e.g., 9) and other factors. That does not mean the elasticity for a specific facility will always equal the average—the effect can still differ from project to project. But using the average elasticity provides a useful order-of-magnitude starting point for estimating the induced VMT effect for a specific project (6). For that reason, some agencies are beginning to recommend or require an elasticity-based approach to estimating project-level VMT effects, like the California Governor's Office of Planning and Research and the City of Los Angeles Department of Transportation, respectively (both using a 1.0 elasticity based on Duranton and Turner's 2011 study) (*24,25*).

## Induced Travel in CEQA and Comparison to Calculator

We ran the Induced Travel Calculator for five case study projects that expanded highway capacity on class 1, 2, or 3 facilities in California. We aimed to select case study projects spanning a range of metropolitan regions and diverse urban contexts. We focused on projects that had gone through environmental review in the last 12 years and whose environmental documents were available online. We did not review environmental documents before selecting the projects and did not have prior knowledge of the nature of the analysis of the induced travel effect included therein. The five projects we selected, listed in Table 3, are thus likely to be indicative of the range of practice within California, though the sample is too small to fully characterize the state of the practice.

For all projects on the state highway system in California, Caltrans is the lead agency for the CEQA process and FHWA is the lead agency for the NEPA process. For two of the projects, a combined Environmental Impact Report/Environmental Impact Statement (EIR/EIS), satisfying CEQA and NEPA requirements, respectively, was prepared and adopted. For two of the projects, the final environment document was an EIR/Environmental Assessment (EA) with a Finding of No Significance (FONSI), meaning that a full Environmental Impact Statement was not required under NEPA. For the State Route 210 project in San Bernardino, an Initial Study with a Mitigated Negative Declaration was prepared to comply with just CEQA; it appears NEPA review was not required because the project was funded solely with local San Bernardino County sales tax revenue.

We ran the Induced Travel Calculator for each project using the inputs specified in Table 3. We then evaluated the discussion and analysis of induced travel in each project's environmental documents based on three primary criteria: did the lead agency (1) discuss, (2) analyze, and (3) report induced travel? For projects for which induced travel was estimated and reported, we converted daily estimates to annual increases in VMT by multiplying the daily measure by 360 (a common annualization factor). We then compared these annualized estimates with the estimates from the Induced Travel Calculator. We summarize the results of this analysis in Table 4 and discuss them in depth below.

### Induced Travel in Environmental Analyses

The environmental documents for these five highway capacity projects differ widely in their discussion, analysis, and reporting of induced travel. The documents range from not mentioning induced travel by name nor by concept, to addressing induced travel in response to public comments, to citing the induced travel literature and explaining why it does not apply to this project. In other cases, the documents present results from travel demand models that show increases in VMT after

00193013

*Volker et al.*                                                                                           7

**Table 3.** Case Study Projects, Induced Travel Calculator Inputs and Outputs

| Project | Facility type | MSA or county | Elasticity (selected by tool) | Additional lane miles | Additional VMT/year |
|---|---|---|---|---|---|
| Interstate 405 HOV Widening Sepulveda Pass | Interstate (Class 1) | Los Angeles-Long Beach-Anaheim | 1.0 | 10.2 | 87.8 million |
| US Highway 101 HOV Widening Marin-Sonoma Narrows | Class 2 or 3 | Marin County | 0.75 | 32.2 | 129.1 million |
| State Route 1 Corridor Analysis of HOV Lanes Santa Cruz | Class 2 or 3 | Santa Cruz County | 0.75 | 17.8 | 57.4 million |
| State Route 210 Mixed-Flow Lane Addition San Bernardino | Class 2 or 3 | San Bernardino County | 0.75 | 16.4 | 34.3 million |
| State Route 99 Six-Lane Project South Stockton | Class 2 or 3 | San Joaquin County | 0.75 | 7.2 | 14.4 million |

*Note:* VMT = vehicle miles traveled; HOV = high-occupancy vehicle lane (carpool lane); MSA = metropolitan statistical area.

construction of the project but do not attribute the increases to the induced travel effect.

*State Route 210 Mixed-Flow Lane Addition.* This project would widen State Route 210 in San Bernardino in both directions for a distance of 8.2 mi, resulting in an increase of 16.4 lane miles. The environmental document for this project, an Initial Study with a Mitigated Negative Declaration, states that the purpose of the project is "to reduce congestion by eliminating an existing bottleneck" (p. 1–2). The document presents travel demand modeling results conducted to estimate air quality impacts that indicate an increase in VMT of 69,907 daily VMT in the "Build" scenario compared with the "No Build" scenario in 2040. This value equates to 25.2 million VMT per year, based on our calculations. The document attributes the increases in VMT to "ambient traffic growth" (p. 2–11). It does not discuss the possibility of induced travel.

*State Route 99 South Stockton Six-Lane Project.* The project on State Route 99 in South Stockton would add two lanes to the median of the freeway, widening it from four to six lanes and resulting in an increase of 7.2 lane miles. The EIR/EA with FONSI for this project states that one of its purposes is to "increase capacity to reduce delay (congestion)" (p. i). The document notes that the level of service for this stretch of the route is expected to improve at the build-out year, suggesting that travel demand modeling was conducted, but details of this analysis are not presented. The document states that "the project would result in a reduction in the vehicle hours traveled despite what may be an increase in vehicle miles traveled" that would occur "based on the proposed

improvements" (p. 149). It does not explain what might lead to an increase in VMT, nor does it present estimates of future VMT. The document does not discuss the possibility of induced travel.

*Interstate 405 HOV Widening.* The addition of HOV lanes to a 10.2 mi stretch of Interstate 405 through Sepulveda Pass in Los Angeles was completed in 2015. The purpose of the project, according to the environment document, was to "reduce existing and forecast traffic congestion" (p. 2). The Draft EIR/EIS did not discuss or analyze induced travel. Rather, the public raised the issue through comments on the draft, and the Final EIR/EIS includes a discussion of induced travel in the response to public comments, referring to but not presenting analysis from a travel demand model. In the response to comments, the document states that "[i]t should be understood that latent demand served by adding capacity to the I-405 corridor is not new demand, but rather existing demand desiring to travel within the corridor but is discourage [sic] from doing so by the lack of capacity on I-405" (p. 467). The discussion does not acknowledge that providing new capacity to serve this latent demand could generate additional vehicle travel, that is, induced VMT. The response goes on to state that "the trips that are most facilitated by the proposed project are HOV and transit trips, both of which are added at a high level of persons per vehicle, which is a beneficial outcome" (p. 467). This statement does not recognize the possibility that the new HOV lanes could draw some vehicles out of the regular lanes, thereby freeing up capacity and potentially inducing additional travel in single-occupant vehicles.

00193014

**Table 4.** Induced Travel in Environmental Documents

| Project | Environmental document and year | In environmental document, induced travel is: | | | Reported change in VMT | Reported induced travel, converted to VMT/year | Reported elasticity or percent change in VMT |
| | | Discussed | Analyzed | Reported | | | |
|---|---|---|---|---|---|---|---|
| Interstate 405 HOV Widening Sepulveda Pass | EIR/EIS, 2008 | Yes, per response to comment | Yes, per response to comment | No | NA | NA | None |
| US Highway 101 HOV Widening Marin-Sonoma Narrows | EIR/EIS, 2009 | Yes | Yes | Yes | AM peak: +11,000 VMT PM peak: +21,000 VMT (Marin & Sonoma Counties) | +11.5 million (peak hour) | Percent Increase: 0.07 (AM), 0.10 (PM) |
| State Route 1 Corridor Analysis of HOV Lanes Santa Cruz | EIR/Environmental Assessment with FONSI, 2018 | Yes | Yes, per response to comment | Yes, per response to comment | In draft EIR: "less than 0.8 percent increase" In response to comments: +21,900 daily VMT | +7,884,000 | Elasticity: 0.39 |
| State Route 210 Mixed-Flow Lane Addition San Bernardino | Initial Study with MND, 2016 | No | Yes | Yes | +69,907 daily VMT (2040 build versus 2020 no build) | +25,166,520 | None |
| State Route 99 Six-Lane Project South Stockton | EIR/Environmental Assessment with FONSI, 2008 | No | No | No | NA | NA | None |

Note: VMT = vehicle miles traveled; MND = Mitigated Negative Declaration (per CEQA); EIR = Environmental Impact Report (per CEQA); EIS = Environmental Impact Statement (per NEPA); FONSI = Finding of No Significant Impact (per NEPA); CEQA = California Environmental Quality Act; NEPA = National Environmental Policy Act; HOV = high-occupancy vehicle lane (carpool lane); NA = not available.

00193015

A third point made in the response to comments is that "[w]hile it could be argued that the northbound HOV lanes will satisfy a latent demand that exists during the PM peak period, a rational analysis will show that this is not a valid argument. Since the majority of the PM peak period traffic is comprised of commuters returning home from trips that they made in the AM peak period, there will be no latent demand for commuters in the PM peak period. The only latent demand that would be attracted to the I-405 travel corridor is for trips that do not originate during the AM peak period, such as shopping and recreational trips" (p. 465). This assessment assumes that all potential car commuters are already car commuters, ignoring the possibility that the additional capacity will lead to shifts in mode or route, or longer-term shifts in residential or job locations. It appropriately recognizes that latent demand for non-commute trips might lead to an increase in vehicle travel for these purposes in response to the expanded capacity.

*US Highway 101 HOV Widening.* The Marin-Sonoma Narrows HOV Widening projects, completed in 2019, added HOV lanes in both directions to a 16.1 mi stretch of US Highway 101 straddling the border of Marin and Sonoma Counties. The EIR/EIS for the project cites relieving existing and future congestion as a rationale for the project. The document oscillates in its discussion of induced travel. Early on, the document states that the additional HOV capacity "reduces vehicle miles traveled" and "would accommodate projected growth in traffic, not induce it" (p. S-34). But the Traffic and Transportation analysis paints a somewhat different picture of the project's effects on VMT. This analysis quantifies the change in VMT, forecasting an increase of 32,000 daily VMT during the morning and evening peaks, or an additional 11.5 million peak VMT per year by our estimates. The analysis states that "there is a nominal increase in VMT between the No Build and the Build Alternatives, which suggests that the reduced congestion on US 101 would attract additional travelers" (p. 3.1-86) though the "increase in VMT" is not described as induced travel per se.

*State Route 1 Corridor Analysis.* The corridor analysis for State Route 1 in Santa Cruz focuses on an 8.9 mi stretch of the highway. The purpose of the project, comprising HOV and auxiliary lanes, is to "reduce congestion" but also to "promote the use of alternative transportation modes as means to increase transportation system capacity" (p. S-iii). The EIR/EA with FONSI for this project included the most robust discussion and analysis of induced travel of the five case studies. The document explicitly discussed induced travel in the Traffic and Transportation section of the Draft EIR, though it did

not actually estimate the project's induced travel effects for the stated reason that "[o]ne recent study in California, which examined the question of induced travel by comparing improved and unimproved highway segments, found no statistical difference and thus 'no evidence of induced demand'" citing a 2002 study by Mokhtarian et al. (*26*) and a purported 2003 study by Handy (p. 2.1.5-23). But the citation to Handy's purported study turned out to be mistaken, and Mokhtarian et al.'s 2002 study looked at induced *trips*, not induced *VMT*.

Public comments pointing to the mistaken Handy study citation and other issues prompted further discussion and analysis of induced travel in the Final EIR (FEIR), including "simple elasticity calculations" in a similar vein as the Induced VMT Calculator (p. 2.1.5-31). These calculations used concepts from a 2003 path analysis by Cervero (*27*) that estimated a long-term induced VMT elasticity of 0.39, based on data from 24 freeway expansion projects in small-to-medium-sized suburban municipalities in California (but none in Santa Cruz County). The FEIR reasons that Cervero's elasticity estimate was "determined to be most applicable to this project" because the study used "data obtained for 24 California freeway projects across 15 years" (p. 2.1.5–31). Yet the FEIR does not cite or compare the induced VMT elasticity estimates from any other study, including studies like Cervero and Hansen's 2002 study and Hansen and Huang's earlier study that both estimate greater long-run elasticities using data over a longer time period from 30+ counties in California, including Santa Cruz County (*11,13*).

The FEIR reports that applying the 0.39 elasticity to the project results in an "induced demand associated with the proposed project [of] about 0.8 percent" (p. 2.1.5–32). The document provides the caveat that the "0.8 percent vehicle miles traveled increase calculated for the [project] includes the portion of the induced traffic associated with mode shift," but that "trips associated with mode shift were already included in the traffic forecasts from the 2004 AMBAG Regional Travel Demand Model. Therefore, discounting the mode shift trips from these calculations, the effective increase in vehicle miles traveled associated with induced demand is expected to be less than 0.8 percent" (p. 2.1.5–32). This logic depends on the assumption that the regional travel demand model includes the feedback loops necessary to accurately estimate induced travel for the project (*6*) and essentially represents a custom application of induced travel elasticities based on the analyst's professional judgment.

## Comparison of Induced Travel Estimates

Our comparison of the results from the Induced Travel Calculator to the analyses presented in the

**Table 5.** Comparison of Environmental Documents and Induced Travel Calculator

| Project | Environmental document (VMT/year) | Induced travel calculator (VMT/year) | Difference (VMT/year) |
|---|---|---|---|
| Interstate 405 HOV Widening Sepulveda Pass | NA | 87.8 million | na |
| US Highway 101 HOV Widening Marin-Sonoma Narrows | +11.5 million (peak hours only) | 129.1 million | 117.6 million |
| State Route 1 Corridor Analysis of HOV Lanes Santa Cruz | +7.88 million | 57.4 million | 49.5 million |
| State Route 210 Mixed-Flow Lane Addition San Bernardino | +25.17 million | 34.3 million | 9.13 million |
| State Route 99 Six-Lane Project South Stockton | NA | 14.4 million | na |

*Note:* VMT = vehicle miles traveled; HOV = high-occupancy vehicle lane (carpool lane); NA = not available (not reported); na = not applicable.

environmental reviews shows that the Calculator produces higher estimates of induced VMT than is reported in the environmental analyses for the three cases for which induced VMT is reported. Table 5 shows the extent to which analyses based on travel demand models have underestimated induced travel in environmental analyses, consistent with findings discussed by Milam et al. (6) and Naess et al. (7). The estimate of induced VMT for the State Route 210 project had the same order of magnitude as the estimate from the Induced Travel Calculator, though it was still lower by 9 million VMT per year; the estimate for the US Highway 101 project was comparatively short by nearly 120 million VMT per year.

## Discussion and Conclusion

Our analysis of the environmental documents for these five roadway expansion projects points to three primary conclusions. First, the environmental analyses did not address induced travel in much detail except in response to public comments on the issue. In two cases the documents included no discussion at all, and the only two environmental documents to discuss induced travel in detail (the FEIRs for the I-405 HOV widening and State Route 1 projects) only did so in response to public comments. Second, when the written responses to public comments included some discussion of induced travel, those responses were inconsistent both within and across the documents, and they were inconsistent with the induced travel literature. Statements in the documents suggest an incomplete understanding of the induced travel phenomenon as well as an incomplete understanding of the limitations of travel demand models. And third, in the three cases where the documents included estimates of induced travel, the estimates were all lower than estimates we calculated with the Induced Travel Calculator; in two of the three cases, the estimates were orders of magnitude lower.

To meet the need for more accurate estimates of the induced vehicle travel effect of roadway expansion projects in California, we developed the Induced Travel Calculator based on estimated elasticities from the best of the empirical studies on this phenomenon. Despite differences in methods and data sources, the available studies have produced remarkably consistent estimates of the percentage change in VMT that can be expected to result over a period of time from a given percentage change in highway capacity. The Calculator—though it cannot account for the specific aspects of each project that could lead to a higher or lower induced travel effect—provides an estimate of what can be expected on average for such projects. In contrast to estimates based on travel demand models, it accounts for all behavioral changes that occur in response to roadway capacity expansion. This tool can help remedy the problem that most travel demand models are structured so as to underestimate induced travel effects. At the very least, the Calculator can provide a consistent check on the order of magnitude of induced travel from the travel demand model. Beyond that, it provides a simple and consistent method to evaluate highway capacity projects as policy draws highway capacity projects into greater focus. With sufficient data and an appropriate evidence-based elasticity, the Calculator's induced VMT estimation method could also be adapted for use outside of California.

00193017

The analysis presented in this paper points to the need for additional research, particularly given the confluence of the vast sums of funding that continue to flow toward roadway expansion projects and the urgency of reducing VMT as a way to combat climate change and alleviate many other environmental, economic, and social impacts of driving and highway infrastructure. Additional study of induced travel elasticities in geographies beyond California is an essential first step in operationalizing this analysis elsewhere (at least beyond interstate facilities). Future research should estimate elasticities with the most current data and for an array of roadway types, such as auxiliary, high-occupancy, and express lanes. With sufficient data, researchers might be able to estimate elasticities that are sensitive to key aspects of projects and surrounding conditions (e.g., traffic congestion), enabling more tailored estimates of induced VMT. At the same time, agencies and consultants should step up their efforts to improve travel demand models so that they incorporate all feedbacks needed to fully account for the effect of roadway expansion on induced travel. Current practice must evolve, with the help of rigorous research, if the goal is to make informed decisions about roadway expansion.

## Acknowledgments

The development of the Induced Travel Calculator discussed in this paper was supported by the National Center for Sustainable Transportation. The authors also thank Brendan Nee, who programmed the online version of the Calculator.

## Author Contributions

The authors confirm paper contributions as follows: study conception and design: Volker, Lee, Handy; data collection: Lee, Volker; analysis of results: Lee, Volker, Handy; manuscript preparation: Volker, Lee, Handy; development of Induced Travel Calculator: Volker, Handy, Lee. All authors reviewed and approved the final version of the manuscript.

## Declaration of Conflicting Interests

The author(s) declared no potential conflicts of interest with respect to the research, authorship, and/or publication of this article.

## Funding

The author(s) received no financial support for the research, authorship, and/or publication of this article.

## Data Accessibility

The data underlying the Induced Travel Calculator are available for download on the Calculator website: https://blinktag.com/induced-travel-calculator/about.html. The environmental documents analyzed in this article are on file with the authors and are also available on the web.

## References

1. Moorlach, J. M. W. *Senate Bill 319- The High-Speed Road.* California State Senate, Regular Session.
2. Hymel, K. M. If You Build It, They Will Drive: Measuring Induced Demand for Vehicle Travel in Urban Areas. *Transport Policy*, Vol. 76, 2019, pp. 57–66.
3. Duranton, G., and M. A. Turner. The Fundamental Law of Road Congestion: Evidence from US Cities. *American Economic Review*, Vol. 101, No. October, 2011, pp. 2616–2652. https://doi.org/10.1257/aer.101.6.2616.
4. Handy, S., and M. G. Boarnet. *Impact of Highway Capacity and Induced Travel on Passenger Vehicle Use and Greenhouse Gas Emissions: Policy Brief.* California Environmental Protection Agency, Air Resources Board, 2014.
5. Krol, R. *Does Expanding Highway Capacity Solve Urban Congestion Problems?* The Center for Growth and Opportunity, Utah State University, 2019.
6. Milam, R. T., M. Birnbaum, C. Ganson, S. Handy, and J. Walters. Closing the Induced Vehicle Travel Gap Between Research and Practice. *Transportation Research Record: Journal of the Transportation Research Board*, 2017. 2653: 10–16.
7. Naess, P., M. S. Nicolaisen, and A. Strand. Traffic Forecasts Ignoring Induced Demand: A Shaky Fundament for Cost-Benefit Analyses. *European Journal of Transport and Infrastructure Research*, Vol. 12, No. 3, 2012, pp. 291–309.
8. Downs, A. The Law of Peak-Hour Expressway Congestion. *Traffic Quarterly*, Vol. 16, No. 3, 1962, pp. 393–409.
9. Graham, D. J., E. J. Mccoy, D. A. Stephens, D. J. Graham, E. J. Mccoy, and D. A. S. Quantifying. Quantifying Causal Effects of Road Network Capacity Expansions on Traffic Volume and Density via a Mixed Model Propensity Score Estimator. *Journal of the American Statistical Association*, Vol. 109, No. 508, 2014, pp. 1440–1449. https://doi.org/10.1080/01621459.2014.956871.
10. Hsu, W., and H. Zhang. The Fundamental Law of Highway Congestion Revisited: Evidence from National Expressways in Japan. *Journal of Urban Economics*, Vol. 81, 2014, pp. 65–76. https://doi.org/http://doi.org/10.1016/j.jue.2014.02.002.
11. Cervero, R., and M. Hansen. Induced Travel Demand and Induced Road Investment: A Simultaneous Equation Analysis. *Journal of Transport Economics and Policy*, Vol. 36, No. 3, 2002, pp. 469–490.
12. Melo, P. C., D. J. Graham, and S. Canavan. Effects of Road Investments on Economic Output and Induced Travel Demand: Evidence for Urbanized Areas in the United States. *Transportation Research Record: Journal of the Transportation Research Board*, 2012. 2297: 163–171. https://doi.org/10.3141/2297-20.
13. Hansen, M., and Y. Huang. Road Supply and Traffic in California Urban Areas. *Transportation Research Part A: Policy and Practice*, Vol. 31, No. 3, 1997, pp. 205–218.
14. Handy, S., and M. G. Boarnet. *Impact of Highway Capacity and Induced Travel on Passenger Vehicle Use*

00193018

and *Greenhouse Gas Emissions: Technical Background Document*. California Environmental Protection Agency, Air Resources Board, 2014.

15. Litman, T. *Generated Traffic and Induced Travel: Implications for Transport Planning*. Victoria Transport Policy Institute, 2019.

16. California Natural Resources Agency. *CEQA Guidelines, Appendix G*. https://resources.ca.gov/CNRALegacyFiles/ceqa/docs/ab52/final-approved-appendix-G.pdf.

17. Code of Federal Regulations. *Title 23, Chapter 1, Subchapter H, Part 771*. https://www.ecfr.gov/cgi-bin/retrieveECFR?gp=&SID=3f0e8ae65ee76fc13c0bc7a240e9fc59&mc=true&r=PART&n=pt23.1.771#se23.1.771_1123.

18. California Natural Resources Agency. *2018 Amendments and Additions to the State CEQA Guidelines*. http://resources.ca.gov/ceqa/.

19. 538 F.3d 1172. Center for Biological Diversity v. National Highway Traffic Safety Administration. 2008.

20. Volker, J. M. B., A. E. Lee, and D. T. Fitch. Streamlining the Development Approval Process in a Post–Level of Service Los Angeles. *Journal of the American Planning Association*, Vol. 85, No. 2, 2019, pp. 114–132. https://doi.org/10.1080/01944363.2019.1601587.

21. *Guidance for Preparers of Growth-Related, Indirect Impact Analyses*. California Department of Transportation, 2016.

22. California Department of Transportation. *SB 743 Implementation*. https://dot.ca.gov/programs/transportation-planning/office-of-smart-mobility-climate-change/sb-743.

23. National Center for Sustainable Transportation. *Induced Travel Calculator*. https://blinktag.com/induced-travel-calculator/index.html.

24. *Transportation Assessment Guidelines*. Los Angeles City Department of Transportation, 2019.

25. Office of Planning and Research. *Technical Advisory on Evaluating Transportation Impacts in CEQA*. http://opr.ca.gov/docs/20190122-743_Technical_Advisory.pdf.

26. Mokhtarian, P. L., F. J. Samaniego, R. H. Shumway, and N. H. Willits. Revisiting the Notion of Induced Traffic through a Matched-Pairs Study. *Transportation*, Vol. 29, No. 2, 2002, pp. 193–220. https://doi.org/10.1023/A:1014221024304.

27. Cervero, R. Road Expansion, Urban Growth, and Induced Travel: A Path Analysis. *Journal of the American Planning Association*, Vol. 69, No. 2, 2003, pp. 145–163. https://doi.org/10.1080/01944360308976303.

Contents lists available at ScienceDirect

# Transportation Research Part D

journal homepage: www.elsevier.com/locate/trd



# Influence of roadway emissions on near-road PM$_{2.5}$: Monitoring data analysis and implications



Anondo Mukherjee[a], Michael C. McCarthy[a], Steven G. Brown[a,*], ShihMing Huang[a], Karin Landsberg[b], Douglas S. Eisinger[a]

[a] Sonoma Technology Inc., 1450 N. McDowell Blvd., Suite 200, Petaluma, CA 94954, USA
[b] Washington State Department of Transportation (WSDOT), Environmental Services Office, 310 Maple Park Avenue SE, PO Box 47318, 360.705. 7491, Olympia, WA 98504 7318, USA

A R T I C L E   I N F O

Keywords:
Near-road
PM$_{2.5}$
Air pollution
Roadway emissions

A B S T R A C T

Transportation projects must undergo a transportation conformity hot-spot analysis if they are designated as projects of local air quality concern (POAQC). We examined particulate matter 2.5 μm in aerodynamic diameter or smaller (PM$_{2.5}$) concentrations measured in 2017 from 48 near-road monitoring sites across the U.S. Annual average PM$_{2.5}$ increments, the difference between near-road and background PM$_{2.5}$, were between $0.1 \pm 0.2$ μg/m$^3$ and $2.0 \pm 0.2$ μg/m$^3$ for sites without noted confounding factor(s). The highest PM$_{2.5}$ increment from monitors 10 or more meters from the roadway was $1.4 \pm 0.2$ μg/m$^3$. Using modeled national average exhaust emissions, and associated near-road contribution to PM$_{2.5}$, the upper bound of $2.0 \pm 0.2$ μg/m$^3$ is projected to decrease 30% from 2017 to 2040, for the types of highways assessed here, assuming a roadway with 8% heavy-duty vehicles and constant traffic volumes. These results can help inform transportation conformity POAQC designations.

## 1. Introduction

Motor vehicle emissions contribute to particulate matter in the United States through the direct emission of particulate matter 2.5 μm in aerodynamic diameter or smaller (PM$_{2.5}$) and the emission of precursor gases that form PM$_{2.5}$ through gas-to-particle conversion (McCarthy et al., 2006; Abu-Allaban et al., 2007; Brown et al., 2012; Jimenez et al., 2009; May et al., 2014; Saha et al., 2018a; Stroud et al., 2014; Massoli et al., 2012; Kittelson et al., 2006). For roadways with significant traffic, a concern is the potential for elevated localized PM$_{2.5}$ levels, i.e., hot spots (Yanosky et al., 2018; U.S. Environmental Protection Agency, 2015a). A number of factors impact the traffic contribution to PM$_{2.5}$, including the traffic mix and volume, the age of vehicles, vehicle speed, meteorological conditions, local topography, and the built environment, including roadway geometry and the presence of barriers or sound walls (Zhu et al., 2002; Baldauf et al., 2008; 2016; Yanosky et al., 2018).

Diesel emissions from heavy-duty diesel vehicles (HDDVs) are an important component of total roadway PM$_{2.5}$ emissions (Gertler, 2005; California Air Resources Board, 2015). The vehicle fleet of the U.S. is dominated by gasoline conventional cars, light trucks, commercial trucks (including HDDVs), with a smaller fraction (~1.6%) of hybrid and electric vehicles that is forecast to increase in the coming decades (U.S. Energy Information Administration, 2020). In addition to exhaust emissions, traffic-related PM$_{2.5}$ emissions

* Corresponding author.
  E-mail addresses: amukherjee@sonomatech.com (A. Mukherjee), mmccarthy@sonomatech.com (M.C. McCarthy), sbrown@sonomatech.com (S.G. Brown), shuang@sonomatech.com (S. Huang), landsbk@wsdot.wa.gov (K. Landsberg), doug@sonomatech.com (D.S. Eisinger).

https://doi.org/10.1016/j.trd.2020.102442

Available online 02 July 2020

1361-9209/© 2020 The Authors. Published by Elsevier Ltd. This is an open access article under the CC BY-NC-ND license (http://creativecommons.org/licenses/BY-NC-ND/4.0/).

A. Mukherjee, et al.    Transportation Research Part D 86 (2020) 102442

also include brake wear, tire wear, and re-suspended road dust (Gertler et al., 2000; Clayton et al., 2003; Dabek-Zlotorzynska et al., 2019). Beginning in 2014, the U.S. Environmental Protection Agency (EPA) mandated the deployment of air quality monitors alongside selected major roadways in the United States; these have been used to examine the impact of traffic-related pollution (Watkins, 2016; Seagram et al., 2019; DeWinter et al., 2018). Measurements at the near-road sites focus on $PM_{2.5}$, carbon monoxide (CO) and nitrogen dioxide ($NO_2$), and typically do not include $PM_{10}$ measurements.

Given that approximately 20% of the U.S. population lives near major roadways, studies have examined the associations between exposure to traffic-related pollutants (TRAPs) and health outcomes (Rowangould, 2013; Urman et al., 2014; Brandt et al., 2014; Starling et al., 2020; Hegseth et al., 2019). Studies have found negative health impacts, such as reduced lung function, low birth weights, and increased asthma and risk of heart failure, for individuals living within 300 m of major roadways (Ghosh et al., 2016; Urman et al., 2014; Brandt et al., 2014; Health Effects Institute, 2010). Even modest exposure to TRAPs can lead to respiratory symptoms (Hegseth et al., 2019).

Quantifying the contribution of major roadways to near-road $PM_{2.5}$ is an ongoing field of study. A study of three urban sites in Canada found that traffic-related emissions contributed between 15 and 35% of $PM_{2.5}$, primarily through exhaust emissions (diesel and gasoline), re-suspended road dust and break wear (Dabek-Zlotorzynska et al., 2019). Prior studies examined incremental $PM_{2.5}$ impacts from major roads, using U.S. near-road monitor data from 2015 and 2016 (Seagram et al., 2019; DeWinter et al., 2018; Brown et al., 2019; Rattigan et al., 2020). A study of two-year average incremental $PM_{2.5}$ from 2017 to 2018 found an average increment value of 0.5 $\mu g/m^3$ ($0.17 - 0.84$ $\mu g/m^3$, 95% confidence interval) based on 72 U.S. near-road monitors and nearby sites, with higher incremental impacts seen for rural sites (Lal et al., 2020). This corresponded to an average traffic contribution of 5% of total $PM_{2.5}$ at near road sites. The study herein provides novel results by examining the annual average $PM_{2.5}$ increments in 2017 while accounting for confounding factors, and by presenting increments calculated using two different methods.

Clean Air Act (CAA) section 176(c) (42 U.S.C. 7506(c)) mandates that transportation projects that are federally funded must not cause or worsen air quality violations or delay attainment of the National Ambient Air Quality Standards (NAAQS) and must conform to the purpose of the State Implementation Plan (SIP) for air quality (i.e., "transportation conformity"). CAA transportation conformity requirements are promulgated by the EPA to ensure that federally funded transportation projects do not impede the SIP. In 2006, EPA issued a final rule (40 CFR 93.123(b)(1)) entitled "$PM_{2.5}$ and $PM_{10}$ Hot-Spot Analysis in Project-Level Transportation Determinations for the New $PM_{2.5}$ and Existing $PM_{10}$ National Ambient Air Quality Standards" (PM hot-spot rule), and in 2015 EPA issued updated guidance for quantitative PM hot-spot analyses (U.S. Environmental Protection Agency, 2015a). Accordingly, transportation projects are required to undergo quantitative PM hot-spot analysis if they are identified, through interagency consultation among federal, state, and local air quality and transportation agencies, as a project of local air quality concern (POAQC).

The transportation conformity regulation (40 CFR 93.123(b)) defines conditions to determine whether a project is a POAQC; these conditions include significant levels of diesel vehicle traffic or identification in a PM SIP as a POAQC. The preamble to the 2006 final rule gives this example: "A project on a new highway or expressway... with annual average daily traffic (AADT) greater than 125,000 where 8% or more of such AADT is diesel truck traffic." In practice, the final decision of whether a project is a POAQC is discussed and decided through interagency consultation. If a project is determined to be POAQC, the subsequent $PM_{2.5}$ hot-spot analysis must follow a detailed procedure accounting for base-year and future-year traffic activity related to the proposed project, and modeling associated emissions and air quality. Contributions of $PM_{2.5}$ that are modeled to result from the project are summed with the estimated background concentration and compared to the NAAQS. Required transportation conformity analyses can vary depending on the area—for example, modeling road dust is not required for every analysis. Given the complexity of quantitative $PM_{2.5}$ hot-spot analyses, information that clarifies which projects are unlikely to be a POAQC is valuable. The work presented here improves understanding of incremental $PM_{2.5}$ impacts of major U.S. roadways and can directly inform POAQC determinations.

The objectives of this near-road particulate matter study were to: (1) assess the annual average increment of $PM_{2.5}$ representing the impact of roadway emissions on $PM_{2.5}$ at near-road monitoring sites in 2017, (2) quantify the relationship between the increments and site-specific factors such as traffic volumes and the monitor's distance to the roadway, (3) use modeled exhaust emissions to forecast changes in traffic-related $PM_{2.5}$ between 2017 and 2040, and (4) draw insights relevant to the conformity requirements for transportation project $PM_{2.5}$ hot-spot analysis, including implications for which transportation projects can be reasonably excluded from consideration as a POAQC. This study provides novel results including an examination of which near-road sites had high incremental $PM_{2.5}$, what factors are associated with high incremental $PM_{2.5}$, and how traffic-related $PM_{2.5}$ is forecast to change in the coming decades as the vehicle fleet changes and exhaust emissions decrease.

## 2. Methods

This study examined the contribution of roadway emissions to annual average $PM_{2.5}$ concentrations at U.S. near-road monitors in 2017. To complete $PM_{2.5}$ increment analyses, we refined the data to remove various confounding factors that might skew understanding of roadway impacts. First, we examined $PM_{2.5}$ measurements from 48 near-road sites that had at least one ambient site within 40 km where $PM_{2.5}$ measurements met EPA data completeness thresholds during 2017. Total near-road $PM_{2.5}$ concentrations from these sites were compared to the NAAQS to establish a national-scale understanding of near-road $PM_{2.5}$. Next, we narrowed our sample to 40 near-road sites where the near-road and the ambient site measured $PM_{2.5}$ using identical monitoring instruments, and we estimated $PM_{2.5}$ increments for those sites. Each of the 40 near-road sites was then evaluated for potential confounding factors, including characteristics of the near-road environment (such as site elevation or the presence of nearby barriers, commonality of land use between near-road and background monitors, and potential sea breeze effects) that could skew findings. Removing sites with a noted confounding factor resulted in a sample of 20 near-road monitoring sites. The locations of the near-road sites used at each stage

00193103

*A. Mukherjee, et al.*                                                                 *Transportation Research Part D 86 (2020) 102442*



**Fig. 1.** Locations of the 48 near-road PM$_{2.5}$ monitoring sites operating in 2017. Eight sites had no matching instrument at the near-road and nearby ambient sites, incremental PM$_{2.5}$ is calculated for the remaining 40 sites. Of those 40 sites, 20 sites had a noted confounding factor, the focused case is the remaining 20 sites.

of analysis are shown in Fig. 1. In summary, we narrowed our data sample to remove confounding factors and improve increment evaluation in the following progression:

1. 48 sites: all of the near-road sites with an ambient monitor available for background
2. 40 sites: near-road sites paired with ambient sites using identical monitoring instruments
3. 20 sites: our "focused case" sample after addressing confounding factors

The statistical relationships between the annual average PM$_{2.5}$ increment and traffic volumes, distance from roadway, and meteorological variables were assessed for the 20 site cases using pairwise correlation of determination ($R^2$), regression models, and a general additive model (GAM). Finally, we used the near-road increments calculated with 2017 data and emissions forecasts to estimate the traffic impact on PM$_{2.5}$ from 2018 to 2040. The forecast analysis employed estimates of the fraction of traffic-related PM$_{2.5}$ emissions originating from exhaust, as well as estimated changes in exhaust emissions, predicted by the EPA Motor Vehicle Emissions Simulator (MOVES) and the Emission FACtors (EMFAC) models. We then evaluated the implications of these results for the POAQC designation of proposed highway projects.

### 2.1. Data sources

This section details the sources of data used in this study, completeness thresholds, initial data processing steps, and methods used to calculate variables.

#### 2.1.1. Air quality data and near-road site characteristics

A list of near-road monitoring sites and site information is available from the EPA at https://www3.epa.gov/ttnamti1/nearroad. html. Sites in this study are identified by their EPA Air Quality System (AQS) site ID codes. Some cities have multiple near-road sites (e.g., Denver-0027 and Denver-0028), and some sites have collocated measurements of PM$_{2.5}$, identified by their parameter occurrence code (POC) (e.g., Milwaukee-0056-1 and Milwaukee-0056-3). EPA also provides the geographic coordinates of the monitor and the distance of the near-road monitor from the road, defined as the distance to the edge of the roadway. EPA metadata include AADT and fleet-equivalent AADT (FE-AADT) information for the target road from the year of site installation. EPA developed the FE-AADT calculation to represent an emissions-weighted traffic volume, taking into account both AADT and fleet mix (U.S. Environmental Protection Agency, 2012). FE-AADT is calculated as:

$$(AADT - HD_c) + (HD_m \times HD_c)$$

where $HD_c$ is the volume of heavy-duty vehicles on the target roadway, and $HD_m$ is a scaling factor that represents the ratio of heavy-

00193104

Transportation Research Part D 86 (2020) 102442

**Table 1**

Near-road site characteristics and 2017 increments from IDW and nearest-monitor methods, for the focused case of 20 near-road sites where all sites with a noted confounding factor have been removed. The nonparametric Mann-Whitney U (MWU) test p-value shows whether the near-road and background $PM_{2.5}$ values are statistically different populations, p-values less than 0.01 indicate statistically different populations with 99% or greater confidence.

| Site Name | AQS ID | Annual Average $PM_{2.5}$ (2017) | IDW $PM_{2.5}$ Increment | IDW MWU p-value | Nearest Monitor $PM_{2.5}$ Increment | Nearest Monitor MWU p-value | Average Wind Speed (m/s) | Percent Downwind | Percent Upwind | Percent Parallel | Distance to Road (meters) | FE-AADT | AADT | Number of Trucks | Method Type | Number of background stations (IDW) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Birmingham-2059 | 01-073-2059 | 10.33 | 0.5 ± 0.2 | $6.4 \times 10^{06}$ | 0.3 ± 0.2 | 0.006 | 0.2 | 36 | 38 | 27 | 23 | 215,527 | 141,190 | 8,260 | FRM | 4 |
| Charlotte-7119 | 37-119-0045 | 8.65 | 0.5 ± 0.2 | $2.4 \times 10^{08}$ | 0.4 ± 0.2 | $3.2 \times 10^{05}$ | 1.0 | 13 | 41 | 45 | 30 | 260,830 | 153,000 | 11,981 | FRM | 2 |
| Cheektowaga-0023 | 36-029-0023 | 7.39 | 0.5 ± 0.1 | $1.9 \times 10^{09}$ | 0.2 ± 0.2 | 0.0039 | 2.5 | 47 | 33 | 20 | 20 | 220,543 | 131,019 | 9,947 | FRM | 2 |
| Columbus-0038 | 39-049-0038 | 8.72 | 0.5 ± 0.2 | $4.2 \times 10^{07}$ | 0.5 ± 0.2 | $9.8 \times 10^{08}$ | 1.0 | 37 | 35 | 28 | 32 | 286,050 | 142,361 | 15,965 | FRM | 3 |
| Denver-0027 | 08-031-0027 | 7.93 | 1.7 ± 0.4 | $4.5 \times 10^{11}$ | 1.8 ± 0.4 | $7.9 \times 10^{11}$ | 1.0 | 24 | 25 | 52 | 9 | 263,118 | 249,000 | 1,569 | FRM | 6 |
| Denver-0028 | 08-031-0028 | 8.92 | 1.3 ± 0.2 | $3.4 \times 10^{39}$ | 1.4 ± 0.2 | $4.3 \times 10^{41}$ | 1.1 | 33 | 25 | 42 | 6 | 210,835 | 192,000 | 2,093 | FEM | 3 |
| Indianapolis-0087 | 18-097-0087 | 10.55 | 0.5 ± 0.2 | $1.8 \times 10^{10}$ | 0.6 ± 0.2 | $2.2 \times 10^{09}$ | 1.9 | 28 | 36 | 36 | 25 | 362,110 | 189,760 | 19,150 | FRM | 5 |
| Laurel-0006 | 24-027-0006 | 8.49 | 1.0 ± 0.2 | $3.9 \times 10^{19}$ | 1.1 ± 0.2 | $8.2 \times 10^{22}$ | 1.0 | 25 | 31 | 44 | 16 | 452,309 | 186,750 | 29,507 | FEM | 4 |
| Long Beach-4008 | 06-037-4008 | 14.9 | 2.0 ± 0.3 | $1.5 \times 10^{48}$ | 2.0 ± 0.3 | $2.6 \times 10^{49}$ | 1.1 | 52 | 23 | 25 | 9 | 619,008 | 192,000 | 47,445 | FRM | 2 |
| Louisville-0075 | 21-111-0075 | 8.86 | 0.8 ± 0.2 | $8.0 \times 10^{16}$ | 0.9 ± 0.2 | $5.9 \times 10^{15}$ | 1.9 | 30 | 32 | 38 | 32 | 247,600 | 163,000 | 9,400 | FRM | 2 |
| Memphis-0100 | 47-157-0100 | 8.14 | 0.3 ± 0.2 | $7.3 \times 10^{05}$ | 0.3 ± 0.2 | $2.4 \times 10^{05}$ | 2.1 | 23 | 44 | 33 | 24 | 292,968 | 140,850 | 16,902 | FRM | 2 |
| Milwaukee-0056 | 55-079-0056 | 7.52 | 0.3 ± 0.3 | $4.7 \times 10^{06}$ | 0.4 ± 0.2 | $1.0 \times 10^{05}$ | 2.3 | 47 | 18 | 35 | 14 | 133,000 | 133,000 | 0 | FRM | 3 |
| Minneapolis-0962 | 27-053-0962 | 7.72 | 0.1 ± 0.2 | 0.16 | 0.1 ± 0.2 | 0.18 | 1.7 | 30 | 34 | 36 | 33 | 387,250 | 277,000 | 12,250 | FEM | 6 |
| New Orleans-0021 | 22-071-0021 | 8.07 | 0.4 ± 0.2 | $6.6 \times 10^{04}$ | 0.5 ± 0.2 | $5.1 \times 10^{06}$ | 3.2 | 41 | 33 | 25 | 29 | 129,229 | 68,015 | 6,802 | FRM | 2 |
| Providence-0030 | 44-007-0030 | 8.31 | 2.0 ± 0.2 | $1.3 \times 10^{53}$ | 2.0 ± 0.2 | $2.7 \times 10^{52}$ | 2.2 | 44 | 17 | 39 | 5 | 416,790 | 186,300 | 25,610 | FEM | 5 |
| Rochester-0015 | 36-055-0015 | 6.69 | 0.2 ± 0.2 | 0.002 | 0.2 ± 0.2 | 0.002 | 3.5 | 40 | 19 | 41 | 20 | 144,717 | 110,990 | 3,747 | FRM | 1 |
| Sacramento-0015 | 06-067-0015 | 9.46 | 0.5 ± 0.2 | $1.7 \times 10^{10}$ | 0.6 ± 0.2 | $7.7 \times 10^{11}$ | 1.5 | 29 | 27 | 44 | 20 | 475,000 | 186,000 | 32,111 | FRM | 3 |
| San Jose-0006 | 06-085-0006 | 10.81 | 1.4 ± 0.2 | $6.9 \times 10^{36}$ | 1.2 ± 0.2 | $1.1 \times 10^{29}$ | 2.2 | 33 | 13 | 53 | 32 | 294,140 | 191,000 | 11,460 | FRM | 4 |
| Tempe-4019 | 04-013-4019 | 8.14 | 0.5 ± 0.1 | $6.9 \times 10^{15}$ | 1.0 ± 0.1 | $4.6 \times 10^{30}$ | 0.7 | 45 | 40 | 15 | 12 | 624,315 | 320,138 | 33,797 | FEM | 7 |
| Washington DC-0051 | 11-001-0051 | 10.23 | 0.7 ± 0.4 | 0.00017 | 0.2 ± 0.4 | 0.41 | 1.6 | 27 | 47 | 26 | 15 | 172,747 | 115,480 | 6,363 | FEM | 3 |

00193105

A. Mukherjee, et al.                                                                                    Transportation Research Part D 86 (2020) 102442

duty to light-duty emissions of oxides of nitrogen ($NO_x$). The number of HDDVs was estimated from FE-AADT and AADT, using the EPA's recommended national default scaling value of $HD_m = 10$. Because the provided FE-AADT is based on $NO_x$ emissions, we use it as a proxy for HDDV scaled traffic, and also examine the relationship between number of HDDVs and incremental $PM_{2.5}$ directly.

Daily and hourly $PM_{2.5}$ measurements from all ambient monitors within 40 km of a near-road site were acquired from EPA's AQS. The network of ambient monitors was designed to monitor regional compliance with federal and state health standards, so ambient monitors are not typically sited in areas known to be near major emission sources. AQS measurements have been quality-controlled by the submitting agency. Data with specific qualifier flags to indicate quality assurance errors or exceptional events were excluded from this analysis. Only near-road and ambient measurement sets with over 75% completeness in at least 3 out of 4 quarters (Jan-Mar, Apr-Jun, Jul-Sep, Oct-Dec) were used in this study. Measurements from 48 near-road sites, and their nearby ambient monitors were used in the study.

Near-road sites with sufficient data completeness are presented in **Supplementary Table S1**, along with site characteristics. Land use indicators of population density, land surface imperviousness, and urban percentage show the near-road sites span a range of environments. Near-road monitors are stationed within 50 m of major roadways; the monitor's distance to road and the roadway's AADT and FE-AADT values are presented in Table 1 for the 20-site case.

### 2.1.2. Meteorological data

For all near-road sites, collocated measurements were used when they met the completeness threshold of 75%. If no collocated measurements were available, then the nearest meteorological site with complete data for the year was used. For 27 of the 48 near-road sites, collocated hourly meteorological measurements of wind speed and wind direction were available for over 75% of the year. For 14 of the 48 sites, hourly meteorological measurements of wind speed and wind direction, with over 75% completeness, were available from a nearby AQS monitor within 30 km. For the remaining seven sites, hourly wind speed and direction data from the MesoWest database (University of Utah, 2020) were used.

For the 48 sites, hourly wind direction data were used to characterize when the near-road monitor was upwind or downwind of the road, or when winds were parallel with the road. First, the angle from the near-road monitor to the center of the nearby road was deduced from the coordinates using the program ArcMap. Next, the wind direction was classified as upwind, downwind, or parallel, using 120 degree bins for each category. The percentage of time for each day in each wind category was calculated from hourly data. Daily average wind speed and direction were calculated by taking vector averages of the hourly wind speeds and using the resulting magnitude as daily average wind speed. Annual average values were calculated from these variables.

### 2.1.3. Land use

The following resources were used to examine land use characteristics of the domains around the near-road sites. NASA's Socioeconomic Data and Applications Center provides a data product, Gridded Population of the World (GPW) at spatial resolution of 30 arc seconds (approximately 1 km). Population Density version 4.10 for the year 2015 was used, assuming negligible changes between 2015 and 2017. The GPW record of numbers of persons per square kilometer represents residents and is consistent with national census records (Doxsey-Whitfield et al., 2015). The gridded data products of imperviousness and land cover were obtained from the National Land Cover Database (NLCD) 2011 at 30-meter resolution, developed by the USGS. Imperviousness is defined between 0 and 100%, with 100% representing impervious concrete, and 0% representing natural environments such as soil. The land use product contains 96 different categories. These categories were classified into three bins: urban, 50% urban, and non-urban.

Gridded land use datasets were then processed alongside spatial AQS metadata of site location using the ArcGIS program, ArcMap. Domains were created with a radius of 1, 5, and 10 km, centered around the near-road monitors and nearby ambient monitors. Average population density, imperviousness, and percentage of urban land use (derived from land cover) were calculated for these domains, with missing data (typically representing rivers or other natural features) classified as a value of zero for all three land use variables. We binned near-road and ambient sites into one of four land uses: rural, suburban, urban, or dense urban. If no ambient monitor in the same land use bin was within 20 km of the near-road site, we identified land use as a confounding factor. Based on these criteria, and on a visual examination identifying the densest urban regions, the commonality of land use between near-road and nearby ambient site was determined.

### 2.2. Increment calculation

For sites with hourly data, a daily average $PM_{2.5}$ was calculated, using a 75% completeness threshold for each day. Background $PM_{2.5}$ at near-road sites using ambient monitors within a 40 km radius was estimated in two ways: (1) using the nearest ambient monitor to represent background concentrations, and (2) using an inverse distance squared weighting (IDW) average of multiple monitors. For the IDW method, ambient sites are given a relative weighting factor that is proportional to the inverse length of the distance from the near-road monitor squared, so that sites closer to the near-road monitor play a stronger role in representing the background. This method follows EPA guidance (see section 8 in U.S EPA (2015a)) and is consistent with prior published near-road analyses (Seagram et al., 2019). Daily $PM_{2.5}$ increments representing the contribution from traffic were calculated as the difference between the near-road value and the background value for both the IDW and nearest-monitor methods. Daily $PM_{2.5}$ increments were then averaged to calculate the annual average $PM_{2.5}$ increment. The uncertainty for each annual average increment is calculated as the 95% confidence interval on the mean, defined as $1.96 \times$ standard deviation (increment)/(N-1)^0.5, where N represents the number of days of valid data. The non-parametric Mann–Whitney paired $U$ test was used to determine whether the daily average $PM_{2.5}$ values were statistically significantly higher at near-road sites than the background estimate.

00193106

A. Mukherjee, et al.                                                                                    Transportation Research Part D 86 (2020) 102442



**Fig. 2.** (a) daily average PM$_{2.5}$ distributions at Milwaukee-0056 and a nearby ambient monitoring site for FRM and BAM (FEM), and (b) four increment distributions derived from near-road and ambient measurements.

### 2.3. Data analysis methods: Confounding factors

We evaluated four confounding factors that could impact the calculated increment at each near-road site: (1) the commonality of instrument method at near-road and ambient sites, (2) characteristics of the near-road site environment, (3) commonality of land use between near-road and nearby ambient sites, and (4) the sea breeze effect.

Monitoring instruments that meet specific quality control and operational standards are designated by the EPA as Federal Reference or Equivalent Methods (FRM or FEM) (U.S. Environmental Protection Agency, 2016). While these instruments have met rigorous standards, there still remain differences in instrumental precision and performance, depending on the chemical composition of the PM sampled, the instrument method, and environmental conditions. A national 3-year assessment from 2014 to 2016 found that biases unique to each instrument were less than 10% for FRM instruments, and up to 22% for some FEM instruments (U.S. Environmental Protection Agency, 2015b).

A case study of the Milwaukee-0056 site was used to illustrate the impact of choosing differing or identical instrument methods at the near-road and ambient sites. Milwaukee-0056 and a nearby ambient site (55–079-0058) are 282 m apart, meaning the background concentrations at the two sites were likely quite similar. Both sites had two sets of instrumentation available, the FRM gravimetric R & P Model 2025 and the FEM Met One BAM-1020. The distributions of the four sets of measurements and the four sets of resulting increments for 2017 are shown in Fig. 2. Only times when measurements from all four instruments were available were used for this case study. For the case of a near-road BAM and a nearby FRM, the resulting average increment was $-0.2$ µg/m$^3$. For the case of a near-road FRM and a nearby BAM, the resulting average increment was 1.1 µg/m$^3$. There is lower uncertainty when identical instruments are used to calculate the increment than when mixed method comparisons are used. The resulting distributions when using FRMs at both sites (average increment of 0.4 µg/m$^3$) and using BAMs at both sites (average increment of 0.5 µg/m$^3$) are similar. Because EPA's assessments of instrument bias and the Milwaukee case study show that different instrument comparisons can be a confounding factor, increments were restricted to identical instrument comparisons, which results in a set of 40 near-road sites. The FRM identical instrument comparison was chosen for Milwaukee-0056 and other sites when possible, because FRM identical instrument comparisons result in the lowest uncertainty given the lower bias of FRM instruments.

Next, the immediate environment of the near-road sites was examined to see whether local topography or other environmental characteristics were a confounding factor in measuring near-road PM$_{2.5}$ for any sites. The immediate area of the near-road sites was examined using Google Earth and Google Maps Street View. Google Earth was used to quantify the elevation difference between the near-road monitor and the centroid of the target road. Street View was used to determine the presence or absence of any barriers such as sound walls, trees, or bushes near the monitor or between the monitor and the roadway. Many sites had complex local topography and/or a complex built environment, including nearby interchanges, depressed roadways, or nearby walls that could influence the PM$_{2.5}$ measurements. Four sites were identified as having near-road site environmental factors that could confound the resulting increments: Livonia-0095, Tacoma-0024, Nashville-0040, and Ontario–0027.

The availability of ambient monitors that can provide an accurate representation of the background PM$_{2.5}$ was examined using land use data. PM$_{2.5}$ can vary substantially within a metropolitan domain; for example, variations in annual average PM$_{2.5}$ of about 25–30% were observed in Jefferson County in the years 2000–2009 (Superczynski and Christopher, 2011). Jefferson County includes the Birmingham-2059 near-road site and is roughly equivalent to our 40 km radius zone. The study of Jefferson County found substantially higher PM$_{2.5}$ near the urban center of Birmingham, driven by emissions from manufacturing, industry, and power generation (Superczynski and Christopher, 2011). A case study of the Cleveland-0073 near-road site was used to illustrate how land

00193107

A. Mukherjee, et al.                                                                 Transportation Research Part D 86 (2020) 102442



**Fig. 3.** Distribution of daily average PM$_{2.5}$ at 48 near-road monitoring sites in 2017, sorted by annual mean. The annual mean (orange circles) and 98th percentile of 24-hr PM$_{2.5}$ concentrations (blue squares) are shown. The orange dashed lined denotes the annual NAAQS threshold (12 μg/m$^3$), and the blue dashed line denotes the daily average NAAQS threshold (35 μg/m$^3$). (For interpretation of the references to colour in this figure legend, the reader is referred to the web version of this article.)

use differences can correlate with PM$_{2.5}$ gradients and confound the calculation of the increment (see Figure Supplementary figure 1).

Another confounding factor that could skew representation of background PM$_{2.5}$ is the "sea breeze effect." The sea breeze effect is the impact of meteorology on the environment of coastal domains and other areas near large bodies of water. Coastal communities often experience a diurnal pattern of winds flowing toward the land during the day and toward the ocean during the night, driven by the pressure gradient resulting from different rates of heating on land and on water. This diurnal wind circulation, and the absence of major emissions from the water, leads to lower air pollutant concentrations alongside coastal regions. The sea breeze effect can lead to a positive or negative bias in calculating the increment. A case study of the Berkeley-0013 near-road site was used to illustrate how the sea breeze effect can impact the increment (see Figure Supplementary figure 2). After considering all of these confounding factors, we developed a final set of 20 near-road sites for use in our analysis.

## 3. Results

### 3.1. PM$_{2.5}$ NAAQS comparison for 48 near-road sites

The distributions of daily average near-road PM$_{2.5}$ from the 48 near-road sites in 2017 are presented in Fig. 3. The PM$_{2.5}$ NAAQS (annual and 98th percentile daily average) are also shown. Fig. 3 compares measured concentrations to the NAAQS for research purposes only; the analysis represents only one year of data and does not represent a calculation to determine attainment status. Sites with multiple instruments (POCs) are plotted separately; different distributions are due to the differences in instrument method and

00193108

A. Mukherjee, et al.                                                                    Transportation Research Part D 86 (2020) 102442



**Fig. 4.** Distributions of annual average PM$_{2.5}$ increments using identical instrument methods from 40 near-road sites, computed using inverse distance squared weighting (IDW) and the nearest-monitor method (Nearest). A focused case of 20 sites where all sites with a noted confounding factor have been removed is shown at the top. The 10 sites with a confounding factor and positive increments are shown at the middle, and the 10 sites with a confounding factor and negative increments are shown at the bottom. Sites are rank-ordered by IDW increment. FRM vs FEM represents instrument measurement type. The x-axis scale differs among the plots.

in the sampling intervals. Two sites, Long Beach-4008 (POC 1 and POC 3) and Ontario-0027, exceeded the annual average PM$_{2.5}$ NAAQS value of 12 µg/m$^3$. Five sites exceeded the daily 98th percentile PM$_{2.5}$ value of 35 µg/m$^3$: Long Beach-4008 (POC 1 and POC 3), Ontario-0027, Oakland-0012, San Jose-0006, and Seattle-0030.

00193109

A. Mukherjee, et al.                                                                                                    Transportation Research Part D 86 (2020) 102442

### 3.2. PM$_{2.5}$ increments at Near-Road sites

The range of calculated annual average PM$_{2.5}$ increment values is shown in Fig. 4. Only the 40 sites with identical instrument comparisons are shown. Among all 40 sites, a negative increment was observed at 10 sites, increments from 0 μg/m$^3$ to 0.6 μg/m$^3$ at 15 sites, increments from 0.7 μg/m$^3$ to 1.5 μg/m$^3$ at 11 sites, and increments from 1.7 μg/m$^3$ to 2.1 μg/m$^3$ at four sites. When the PM$_{2.5}$ value from the background estimate is higher than the value from the near-road site, a negative increment results.

The distribution of IDW and nearest-monitor increments are very similar. Denver-0027, Long Beach-4008, Providence-0030, and Cincinnati-0048 are the four sites with the highest increments; their monitors were sited less than 10 m from their roadways (8.7, 9, 5 and 8 m, respectively). This is consistent with literature indicating a modest PM$_{2.5}$ concentration gradient from the roadway (Karner et al., 2010; Baldauf et al., 2008; Saha et al., 2018b). In contrast, the other 36 sites had a wide range of distances to road, with most monitors (with the exception of three sites) more than 10 m from the roadway. Thus, while not all sites in close proximity to the roadway had a high increment, all sites with increments greater than 1.4 ± 0.2 μg/m$^3$ were within 10 m of the road. In addition to distance from the road, other variables including traffic volume, fleet mix, and meteorology contributed to the variability of the increments seen in Fig. 4.

Thirty sites had a positive increment. The increment values at the 30 sites ranged from 0.1 μg/m$^3$ at Minneapolis-0962 to 2.1 μg/m$^3$ at Cincinnati-0048. The upper bound of increments from the IDW or the nearest-monitor method of estimating the background is identical. While some differences exist between the nearest-monitor and IDW methods of calculating the increment, they are less than 0.5 μg/m$^3$ for 87% of sites, and less than 0.2 μg/m$^3$ for 69% of sites. At three sites, the IDW and nearest-monitor derived increments are the same because only one monitor with an identical instrument method was available at those sites. The uncertainty on each annual average increment and the instrument method type, FEM or FRM, is shown in Fig. 4. Increments greater than 1.5 μg/m$^3$ were found from both FEM instrument sites (Cincinnati-0048 and Providence-0030) and FRM instrument sites (Long Beach-4008 and Denver-0027).

Rattigan et al. (2020) found annual near-road increments of 0.27 μg/m$^3$ and 0.92 μg/m$^3$ for the Rochester-0015 and Queens-0125 sites respectively, using the nearest site as urban background. We find a similar value of 0.2 μg/m$^3$ for Rochester-0015 and a smaller value of 0.4 μg/m$^3$ (nearest-monitor method) for the Queens-0125 site. Lal et al. (2020) examined two-year average incremental PM$_{2.5}$ from 2017 to 2018 and found that for 28 of 72 (~38%) near-road sites, the PM$_{2.5}$ values were lower at the near-road site than at the nearby background site. This is very similar to the results shown in Fig. 4, where for 10 out of 40 (25%) near-road sites, the PM$_{2.5}$ values were lower at the near-road site than the background estimate, leading to negative increments. Lal et al. (2020) found that these cases were due to cleaner vehicle fleets, formation of secondary PM from on-road emissions occurring downwind, the impact of other local sources at the non-road sites, and dispersion relating to the local meteorology environments. These factors explain the same result shown in Fig. 4, for the 10 out of 40 cases with a negative increment.

Next, we examined a focused case of increments from 20 near-road sites where sites with one or more of the previously discussed confounding factors have been removed. The procedure for removing sites with a confounding factor is detailed in Section 2.3, and examples are provided in Fig. 2 and the Supplementary Figures. Increments from these 20 sites are presented in the top panel of Fig. 4. The upper bound of PM$_{2.5}$ increments is 2.0 ± 0.2 μg/m$^3$ for this focused case. Only three sites have an increment greater than 1.5 μg/m$^3$, and all of these have monitors sited less than 10 m from the roadway. The average increments with 95% confidence intervals for these 20 sites are 0.8 ± 0.3 μg/m$^3$ for both the IDW and nearest-monitor methods. These values are comparable to the two-year 2017–2018 average increment value of 0.50 ± 0.33 μg/m$^3$ based on 72 sites found by Lal et al. (2020). Differences for any given near-road site increment are due to the unique methodology used to calculate the increment in this study.

Table 1 lists the 20 sites included in the focused case. Increments from the IDW and nearest-monitor methods are presented only where identical method comparisons are available. The meteorological parameters of average wind speed and percent vs. down-wind conditions for the near-road sites are shown. The Mann–Whitney paired $U$ test shows that the near-road PM$_{2.5}$ values were statistically significantly higher than the background estimates at above 99% confidence (p-value less than 0.01) for all 20 sites except Minneapolis-0962 (increment values of 0.1 μg/m$^3$ for both nearest monitor and IDW methods) and Washington DC-0051 (only for nearest monitor background increment 0.2 μg/m$^3$). This means that increments from the other 18 sites, and all increments higher than 0.2 μg/m$^3$ are statistically significant at above 99% confidence from the 20 site case. These two sites are retained in order to represent low increment cases, where as expected near-road and background populations may not have a statistically significant difference.

### 3.3. Comparison to Meteorology, Traffic, and site characteristic variables

The focused case of 20 increments was used to assess the relationship of near-road increments to variables representing meteorology, traffic, and site characteristics. The coefficient of determination (R$^2$ value) is presented for both the IDW and nearest-monitor calculations of the increment (Table 2). Increments were compared with annual average wind speed; percent of time the near-road site was downwind, parallel, or upwind of the adjacent roadway; distance to road; FE-AADT; AADT; and estimated number of HDDVs. A positive correlation with the increment was seen for FE-AADT, AADT, and the percent of time the near-road site was parallel or downwind of the road. A negative correlation was seen between the increment and percent of time upwind of the road, distance to road, and wind speed. For the IDW method, the largest correlation was for distance to road (R$^2$ = 0.34), followed by percent upwind (R$^2$ = 0.25) and FE-AADT (R$^2$ = 0.12). Weaker correlations were observed for the number of HDDVs, percent of time parallel to the road, AADT, and average wind speed. Almost no correlation was seen for percent of time downwind of the road. FE-AADT and number of HDDVs show a higher correlation to the increment than AADT, likely indicating the importance of HDDVs in

00193110

A. Mukherjee, et al.    Transportation Research Part D 86 (2020) 102442

**Table 2**
Coefficient of Determination ($R^2$ value) for IDW and Nearest Monitor increments for the focused case of 20 sites. Variables are rank-ordered by IDW Method $R^2$ values.

| Variable | IDW Method | Nearest Monitor |
|---|---|---|
| Distance to Road | 0.34 | 0.37 |
| Percent Upwind | 0.25 | 0.28 |
| FE-AADT | 0.12 | 0.22 |
| Number of HDDVs | 0.10 | 0.16 |
| Percent Parallel | 0.09 | 0.08 |
| AADT | 0.07 | 0.17 |
| Average Wind Speed | 0.06 | 0.07 |
| Percent Downwind | 0.03 | 0.04 |

contributing to PM$_{2.5}$ emissions for these roadways. Increments calculated through the IDW method and the nearest-monitor method showed very similar statistical relationships to the meteorology and traffic variables.

Regressions for the IDW-calculated increment and three other variables, distance to road, percent of time the monitor was upwind, and FE-AADT are shown in Fig. 5. A linear regression ($y = a \cdot x + b$) was used for FE-AADT, and an inverse relationship ($y = a /x + b$) was used for distance to road and percent of time the monitor was upwind. The coefficients and p values of these regressions are shown in Table 3. The p values show that these modeled relationships are statistically significant for distance to road above 99% confidence. The modeled increment falls from approximately 2 µg/m$^3$ at 5 m from the roadway to approximately 0.5 µg/m$^3$ at 30 m from the roadway (99.9% confidence that the relationship exists). The increment falls from 1.5 µg/m$^3$ when the receptor is upwind of the road 15% of the time, to 0.75 µg/m$^3$ when the receptor is upwind of the road 30% of the time (97% confidence). The linear regression for FE-AADT predicts a relationship of 0.14 µg/m$^3$ higher PM$_{2.5}$ values for every increase of 100,000 in FE–AADT (87% confidence).

In order to represent multiple explanatory variables at once, a GAM was used to predict the near-road IDW increment using distance to road, percent of time a site was upwind, and FE–AADT (the top three factors from Table 2). The model was run to optimize the restricted maximum likelihood estimation (REML), and each of the three predictor variables was given three degrees of freedom. The p value, and relative variable importance of these three variables are presented in Table 4. The model had an overall adjusted R$^2$



**Fig. 5.** The relationship between the IDW PM$_{2.5}$ increment in comparison to FE–AADT (a), percent of time upwind (b), and distance to road (c). Regressions are shown in black, with the range of the standard error of the regression line shown in dark grey.

00193111

A. Mukherjee, et al.                                                                 Transportation Research Part D 86 (2020) 102442

**Table 3**

The intercepts, slopes, p values, and $R^2$ values for the regressions presented for three cases in Fig. 5. For FE-AADT, a linear regression is used, of the form $y = a \cdot x + b$. For distance to road and percent upwind, an inverse relationship is used, of the form $y = a/x + b$.

| Regression Model | Distance to Road vs IDW Increment | Percent Upwind vs IDW Increment | FE-AADT vs IDW Increment |
|---|---|---|---|
| a | 9.15 | 19.93 | $1.40 \cdot 10^{-6}$ |
| b | 0.17 | 0.05 | 0.35 |
| p value | 0.000185[a] | 0.034 | 0.127 |
| $R^2$ | 0.34 | 0.25 | 0.12 |

[a] Statistically significant relationship at 99% or higher confidence.

**Table 4**

The p value and relative variable importance of the three variables examined using a GAM model to predict the near-road IDW increment.

| Regression Model | Distance to Road | Percent Upwind | FE-AADT |
|---|---|---|---|
| p value | 0.00032[a] | 0.15 | 0.22 |
| relativevariable importance | 1 | 0.23 | 0.19 |

[a] Statistically significant relationship at 99% or higher confidence.

value of 0.63, predicting the majority of the variability in the IDW increment. Distance to road was the variable with the highest relative importance and had the lowest p value, whereas percent of time the monitor was upwind and FE–AADT had a similar relative variable importance, about 20% of the distance to road. Overall, the regression models shown in Fig. 5, the correlations shown in Table 3, and the GAM model show a statistically significant correlation between distance to road and the increment, and also show a modest correlation between FE–AADT and percentage of time a site was upwind with the increment, which was statistically significant in the pairwise comparison case.

## 4. Implications for POAQC screening

Under transportation conformity, interagency consultation partners weigh proposed transportation projects on a case-by-case basis and assess whether a project is a POAQC requiring quantitative $PM_{2.5}$ hot-spot assessment. $PM_{2.5}$ conditions are dynamic in metropolitan areas—the vehicle fleet becomes cleaner each year as older, higher-polluting vehicles are replaced by vehicles meeting more stringent emissions standards, and regional air quality conditions generally improve over time. EPA, for example, documents a 41% decrease in $PM_{2.5}$ concentrations nationally from 2000 to 2017 (U.S. Environmental Protection Agency, 2020). Section 93.123(b)(1)(i) requires $PM_{2.5}$ hot-spot analyses to be completed for "New highway projects that have a significant number of diesel vehicles, and expanded projects that have a significant increase in the number of diesel vehicles." In the context of changing fleet emissions and regional air quality, interagency consultation partners must dynamically assess factors that lead to a POAQC determination, including the significance of diesel vehicle traffic under present and forecast scenarios. This discussion illustrates how quantitative data from this study can be used to inform POAQC determinations.

The upper bound of the 2017 $PM_{2.5}$ increment was $2.0 \pm 0.2 \ \mu g/m^3$ for the focused case of 20 near-road sites, where the sites with possible confounding factors have been removed. The upper bound of the increment for near-road sites with monitors sited 10 m or more from the roadway was $1.4 \pm 0.2 \ \mu g/m^3$. The implications for designating proposed roadway projects as POAQC are shown in Section 4.1, followed by Section 4.2 by the forecasts of the upper bound of traffic-related $PM_{2.5}$ for the coming decades using projected changes in emissions.

### 4.1. The current influence of traffic emissions on annual average $PM_{2.5}$

The near-road sites represent a wide range of highway environments, with substantial variability in traffic volume, fleet mix, meteorology, and other environmental conditions shown in Table 1. For the set of 20 near-road sites, the monitor distance to the road ranged from 5 to 33 m from the roadway. As shown in Table 1, average wind speed ranges from 0.24 m/s to 3.11 m/s, and the percent of hours upwind ranged from 13.5% to 46.5%. AADT ranged from ~68,000 to ~320,000; FE-AADT ranged from ~129,000 to ~ 624,000; and estimated number of HDDVs ranged from 0 to 47,445. Long Beach-4008, the site with the highest estimated number of HDDVs, had an increment of 2.0 ± 0.3, which is equivalent to the upper bound from Providence-0030. About half of the sites (11 out of 20) had more than 10,000 HDDVs. The roadway geometry within 1 km of these sites showed wide variety, with numerous sites stationed at curved roadways and within 500 m of a major interchange. The immediate environment of the near-road sites was also diverse, including dividers, complex lane structures, and other structures of the built environment at many sites. Considering all of these factors, the increments represent traffic-related $PM_{2.5}$ over a wide range of highway project conditions. These findings provide the following insights, which can inform POAQC determinations. These insights are applicable to transportation project situations covered by the data set evaluated here (see Table 1).

• Proposed highway projects for sites where the current (i.e., 2017) ambient air quality (i.e., background concentration) has an

00193112

A. Mukherjee, et al.                                                                                    Transportation Research Part D 86 (2020) 102442

**Table 5**

Ratios of $PM_{2.5}$ traffic emissions by process from modeled studies of Providence-0030 and Indianapolis-0087, and a measurement campaign in Toronto.

| Process | Modeled $PM_{2.5}$ Emissions (%):Providence | Modeled $PM_{2.5}$ Emissions (%):Indianapolis | Measured $PM_{2.5}$ Emissions (%):Toronto |
|---|---|---|---|
| **Running Exhaust** | 49 | 40 | 65 |
| **Re-suspended Road Dust** | 44 | 53 | 13 |
| **Brake and Tire Wear** | 7 | 7 | 22 |
| **Total** | 100 | 100 | 100 |

annual average $PM_{2.5}$ level of at least 2.0 $\pm$ 0.2 $\mu g/m^3$ below the NAAQS value (currently set at 12 $\mu g/m^3$) should not expect to see air quality impacts that result in an average annual $PM_{2.5}$ concentration above the NAAQS.

• Proposed highway projects where the only receptors of concern are beyond 10 m of the roadway, and where the current annual average $PM_{2.5}$ level is at least 1.4 $\pm$ 0.2 $\mu g/m^3$ below the NAAQS value, should not expect to see air quality impacts that result in an average annual $PM_{2.5}$ above the NAAQS.

Given the statistical relationships demonstrated in Tables 2, 3, and 4 it is clear that distance to road, the percent of time the near-road site is upwind of the road, and FE-AADT are key factors influencing the increment. These relationships were shown in Fig. 5. The interagency consultation process can weigh how specific project conditions relate to the variables shown in Fig. 5 and can consider these relationships in the context of POAQC determination. For example, based on the 20 site case, the $PM_{2.5}$ increment is estimated to fall ~ 50% between 10 m and 30 m from the roadway (Fig. 5c).

### 4.2. Projecting the impact of emission changes over time

The results from the near-road monitoring sites, showing the range of traffic-related $PM_{2.5}$ impacts, can be synthesized with our understanding of the projected change of vehicle emissions in the coming decades. First, we examine the relative contribution of exhaust and non-exhaust emissions to traffic-related $PM_{2.5}$. Second, we forecast how the exhaust emissions of $PM_{2.5}$ will change over time with fleet turnover. Third, we use these findings to forecast how the increments identified in Section 3 will change in the coming decades.

#### 4.2.1. The contribution of exhaust emissions to traffic-related $PM_{2.5}$

Traffic-related $PM_{2.5}$ emissions come from three sources: exhaust, re-suspended road dust, and brake and tire wear. Table 5 shows results from three analyses about the relative contributions of $PM_{2.5}$ emissions from these sources. The contribution from surface wear is incorporated into the re-suspended road dust category. Companion work by the study team used the MOVES and AERMOD models to estimate site-specific emissions for two cases Craig et al., 2020. For the case of Providence-0030, a target roadway with 186,300 AADT and 13.7% HDDV, the exhaust was found to contribute to 49% of traffic $PM_{2.5}$ emissions in 2015 and 2016. For the case of Indianapolis-0087, a target roadway with 189,760 AADT and 10.1% HDDV, the exhaust was found to contribute to 40% of traffic $PM_{2.5}$ emissions in 2016. A study by Jeong et al. (2019) examined the traffic emissions of a roadway in Toronto in 2016 with 400,000 AADT, using the chemical composition of $PM_{2.5}$ and source apportionment. They found that exhaust contributed to 65% of traffic-related $PM_{2.5}$ emissions, with a strong dependence on HDDV fraction (approximately 6–13% of the fleet mix). For comparison, a review article examining studies from roadways around the world found that exhaust emissions contributed to the majority of overall traffic $PM_{2.5}$ emissions in most of the published studies reviewed (Pant and Harrison, 2013).

**Table 6**

Projected exhaust-only $PM_{2.5}$ emissions of vehicles for the calendar years 2017–2040 for six cases. For the six columns to the left, emissions are shown in grams per mile per average vehicle, for HDDV, LDV, and a fleet mix with 8% HDDV and 92% LDV. Emissions are shown for a national average modeled using MOVES, and for San Francisco using EMFAC. For the six columns to the right, the same emissions are shown relative to the baseline year of 2017.

| Year | MOVES HDDV | MOVES LDV | MOVES HDDV 8% | EMFAC HDDV | EMFAC LDV | EMFAC HDDV 8% | MOVES HDDV Percent of 2017 | MOVES LDV Percent of 2017 | MOVES HDDV 8% Percent of 2017 | EMFAC HDDV Percent of 2017 | EMFAC LDV Percent of 2017 | EMFAC HDDV 8% Percent of 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | 0.22042 | 0.00807 | 0.02506 | 0.12152 | 0.00216 | 0.01171 | 100 | 100 | 100 | 100 | 100 | 100 |
| 2018 | 0.19095 | 0.00749 | 0.02216 | 0.09684 | 0.00218 | 0.00976 | 87 | 93 | 88 | 80 | 101 | 83 |
| 2019 | 0.16631 | 0.00698 | 0.01973 | 0.07686 | 0.00220 | 0.00818 | 75 | 87 | 79 | 63 | 102 | 70 |
| 2020 | 0.14486 | 0.00656 | 0.01762 | 0.05888 | 0.00217 | 0.00670 | 66 | 81 | 70 | 48 | 100 | 57 |
| 2025 | 0.07571 | 0.00497 | 0.01063 | 0.00902 | 0.00172 | 0.00231 | 34 | 62 | 42 | 7 | 80 | 20 |
| 2030 | 0.04051 | 0.00397 | 0.00690 | 0.00857 | 0.00130 | 0.00188 | 18 | 49 | 28 | 7 | 60 | 16 |
| 2035 | 0.02778 | 0.00341 | 0.00536 | 0.00830 | 0.00100 | 0.00158 | 13 | 42 | 21 | 7 | 46 | 14 |
| 2040 | 0.02579 | 0.00315 | 0.00497 | 0.00814 | 0.00084 | 0.00143 | 12 | 39 | 20 | 7 | 39 | 12 |

00193113

A. Mukherjee, et al.                                                                                                    Transportation Research Part D 86 (2020) 102442

### 4.2.2. Projections of exhaust emissions from 2017 to 2040

The projected exhaust emissions for U.S. vehicle fleets for the calendar years 2017 to 2040 are shown in Table 6. Emissions in grams per mile per average vehicle are shown for HDDVs, light-duty vehicles (LDVs), and an average vehicle in a vehicle fleet composed of 8% HDDVs and 92% LDVs. The 8% HDDV case is a weighted average using 8% HDDV emission rate and 92% LDV emission rate. National average emission estimates are presented using the MOVES 2014 model developed by the EPA, and for San Francisco using the EMFAC2017 model, developed by the California Air Resources Board (CARB). The percent change of the emissions reductions relative to the year 2017 are shown in the last six columns of Table 6. A decrease of exhaust emissions is shown in all cases for both vehicle types, due to fleet turnover. For example, the exhaust emissions of a roadway with 8% HDDV in San Francisco are projected to decrease by 88% by 2040 using EMFAC, assuming constant AADT and a constant HDDV fraction of 8%. The specific change in exhaust emissions for a given roadway will depend on changes in the regional vehicle fleet and traffic activity over time.

### 4.2.3. Projected traffic contribution to $PM_{2.5}$

The upper bound of traffic-related $PM_{2.5}$ represented by the increment for near-road sites in 2017 can be combined with the projected change in exhaust emissions (Table 6) and an assumed fraction of traffic-related $PM_{2.5}$ due to exhaust, to forecast the upper bound of traffic-related $PM_{2.5}$ in the coming decades. In 2017, the upper bound of the observed annual average $PM_{2.5}$ traffic impact was $2.0 \pm 0.2 \, \mu g/m^3$, with an upper bound of $1.4 \pm 0.2 \, \mu g/m^3$, for sites with monitors 10 m or more from the roadway. Using the example based on the modeled Indianapolis-0087 study, which is the most conservative assumption out of the three cases in Table 5, we can take the fraction of 40% to illustrate a lower end estimate of the contribution of exhaust emissions to total traffic-related emissions. The change in the $PM_{2.5}$ traffic impact for a given project can then be calculated using the equation:

$$PM_{2.5} increment \ (future \ year) \ \mu g/m^3 = 1.22 + 0.82 \cdot [Percent \ change \ from \ 2017 \ to \ future \ year]$$

Where $1.22 \, \mu g/m^3$ is the 60% of traffic-driven $PM_{2.5}$ that is attributed to non-exhaust factors and $0.82 \, \mu g/m^3$ is the 40% of traffic-driven $PM_{2.5}$ that is attributed to exhaust, which is forecast to decrease. Likewise, for distances 10 m or more from the roadway, we have the equation:

$$PM_{2.5} increment, \ 10 \ meters \ or \ greater \ from \ roadway \ (future \ year) \ \mu g/m^3$$
$$= 0.86 + 0.58 \cdot [Percent \ change \ from \ 2017 \ to \ future \ year]$$

The projected change of the $PM_{2.5}$ increment is illustrated in the following examples. These examples are based on the formulas above, use the MOVES national average emissions estimate, and assume a project with constant vehicle speeds and an HDDV fraction of 8% for all years. The exhaust emissions are projected to be 42% of 2017 emissions by 2025 and 20% of 2017 emissions by 2040 (see Table 6). Using the equations above, the $PM_{2.5}$ impact of a highway would fall from $2.0 \pm 0.2 \, \mu g/m^3$ in 2017 to $1.6 \pm 0.2 \, \mu g/m^3$ by 2025, and to $1.4 \pm 0.2 \, \mu g/m^3$ by 2040, if AADT, fleet mix, and vehicle speeds remain constant. Following the same method, for the domain greater than or equal to 10 m from the roadway, the $PM_{2.5}$ impact of a highway would fall from $1.4 \pm 0.2 \, \mu g/m^3$ in 2017 to $1.1 \pm 0.2 \, \mu g/m^3$ by 2025 and $1.0 \pm 0.2 \, \mu g/m^3$ by 2040. This procedure only accounts for changing exhaust emissions caused by fleet turnover, and does not account for the full range of factors in forecasting incremental $PM_{2.5}$ impacts that may be considered during interagency consultation. Other factors which may influence incremental $PM_{2.5}$ that are not evaluated in this study include the trend toward heavier vehicles, leading to greater non-exhaust traffic emissions, and the trend toward more hybrid and electric vehicles leading to lower traffic emissions (Timmers and Achten, 2016).

The near-road $PM_{2.5}$ increment will vary year by year for any given site, due to changes in traffic emissions, meteorology, and other site-specific factors such as local-scale non-traffic emissions. Non-traffic emissions are a confounding factor on the true near-road increment. As shown in Section 4.2, national average exhaust emissions are forecast to decrease over 50% by 2025 (see case 3 in Table 6). Fig. 4 shows that only three out of 20 near-road sites in the focused case had $PM_{2.5}$ increments greater than $1.5 \, \mu g/m^3$. Year-to-year meteorological variations will impact the absolute concentrations, but since regional-scale changes in factors such as precipitation and wind speed would be relatively consistent across an urban area, such conditions should similarly affect near-road and nearby monitoring sites. Thus, for transportation project situations covered by the data set evaluated here (see Table 1), the value of $2.0 \pm 0.2 \, \mu g/m3$ is a reasonable representation of an upper bound roadway impact, particularly in light of expected emissions reductions due to fleet turnover in the coming decades.

As discussed earlier, POAQC determinations are considered during interagency consultation on a case-by-case basis for proposed projects. Under the transportation conformity requirements, Section 93.123(b)(1)(i), consultation partners evaluate whether projects involve a significant number or increase in diesel vehicles. The analysis procedures presented here can dynamically link proposed projects to anticipated incremental air quality impacts over time, thus helping to define on a case-by-case basis whether projects involve significant changes in diesel vehicles and merit being identified as a POAQC. The assessment process can reflect site-specific characteristics such as projected changes of fleet-average exhaust emissions, HDDV fraction, AADT, the distance between the roadway edge and sensitive receptor locations, and the persistence of prevailing wind direction.

## 5. Conclusion

Measurements from 48 near-road highway monitoring sites across the U.S. were used to examine the annual average $PM_{2.5}$ impact of traffic in 2017. These sites have diverse meteorological, roadway, and traffic conditions. The impact of roadway emissions was

00193114

A. Mukherjee, et al.                                                                                                          *Transportation Research Part D 86 (2020) 102442*

represented by the PM$_{2.5}$ increment, which is the difference between near-road and background estimates of PM$_{2.5}$. The background estimates were calculated using an IDW method and a nearest-monitor method. Based on published EPA findings of instrument performance, we investigated the influence of differences in instrument method on the increment calculation, using the Milwaukee-0056 near-road site as a case study. Consistent with EPA's findings, we found the potential for variation in outcomes across instrument methods. Because of this confounding factor, only identical instrument methods were used to calculate the increment. Three other confounding factors were assessed: characteristics of the near-road monitoring environment, the commonality of land use between the near-road site and the ambient site, and the sea breeze effect. These factors were assessed for the 48 sites on a case-by-case basis. This methodology can be used by future studies to examine incremental impacts of PM$_{2.5}$ and other traffic-related pollutants, in the U.S. and in other environments.

A focused set of 20 sites was chosen, where all sites with noted confounding factor(s) were removed; increment values for this set ranged from near zero to 2.0 $\pm$ 0.2 μg/m$^3$. The increments for sites located 10 m or more from the roadway were between zero and 1.4 $\pm$ 0.2 μg/m$^3$. Relationships between the increment and meteorological, traffic, and site variables were assessed. The three variables with the greatest explanatory power and highest pairwise correlations with the increment were distance to road, percent of time the monitor was upwind of the road, and FE-AADT. Increments calculated from the IDW method and the nearest-monitor method had an identical upper bound (2.0 $\pm$ 0.2 μg/m$^3$) and similar correlations with meteorological, traffic and site variables. Regressions showed a statistically significant relationship between PM$_{2.5}$ and distance from the roadway, with PM$_{2.5}$ decreasing 50% between 10 and 30 m from the roadway. The data evaluated represent a diversity of environments and conditions, for roadways up to approximately 624,000 FE-AADT.

The increment results were combined with estimates of the exhaust fraction contribution to PM$_{2.5}$ and the projected change of exhaust emissions between 2017 and 2040. Holding traffic volume, travel speeds, and fleet mix constant, traffic-related PM$_{2.5}$ is projected to decrease in the coming decades because of reduced g/mi exhaust emissions from newer vehicles and fleet turnover. Using MOVES national average emissions, and a conservative assumption that only 40% of the 2017 increment was due to exhaust, the upper bound of traffic-related PM$_{2.5}$ is projected to fall from 2.0 $\pm$ 0.2 μg/m$^3$ in 2017 to 1.4 $\pm$ 0.2 μg/m$^3$ in 2040, assuming constant traffic conditions. The forecasting methodology can be used by project analysts seeking to understand the future-year PM$_{2.5}$ impact of a possible roadway project, using site-specific factors.

This work builds on and refines work presented previously. Previous studies estimated PM$_{2.5}$ increments greater than 2.0 μg/m$^3$ at a few near-road monitors in both 2015 and 2016 (DeWinter et al., 2018; Seagram et al., 2019). At each site where increments were previously reported as being greater than 2.0 μg/m$^3$, confounding factors were present that are now addressed in the work presented here. These confounding factors include, for example, different monitoring instruments at the background and near-road sites, and characteristics of the environment surrounding the near-road monitoring site. In addition, as shown in Fig. 5 of Seagram et al. (2019), there is emerging evidence that near-road PM$_{2.5}$ concentrations are generally trending downward, a finding consistent with expectations related to downward-trending fleet-averaged g/mi PM$_{2.5}$ exhaust emission rates. For these reasons, 2017 data are used here to identify 2.0 $\pm$ 0.2 μg/m$^3$ as the upper bound of traffic-related PM$_{2.5}$ increments, in comparison to findings from previous analyses and earlier calendar years.

A key factor for transportation conformity is to weigh whether background concentrations plus an expected project increment will be below the NAAQS. This study examined annual average comparisons of the PM$_{2.5}$ increment and traffic variables; our analysis presents the upper bound of traffic-related annual average near-road PM$_{2.5}$ increments, derived from 2017 concentration data and a diverse set of near-road sites. The results can inform interagency consultation regarding potential project impacts and help consultation participants determine whether a project meets the definition of a POAQC under the transportation conformity requirements. Future work is needed to assess the relative contribution of exhaust and non-exhaust PM$_{2.5}$ emissions, and to refine understanding of non-exhaust emission changes and changing travel activity over time.

## Acknowledgements

This work was funded as part of the Near-Road Air Quality Research Pooled Fund TPF-5(284), under the U.S. Federal Highway Administration Transportation Pooled Fund Program, agreement number Y-11498. The lead agency for TPF-5(284) is the Washington State Department of Transportation. Other participants that funded this work include FHWA and the Arizona, California, Colorado, Ohio, Texas, and Virginia Departments of Transportation. Results shown here reflect the views of the authors and do not necessarily represent the views of the TPF partner organizations. The authors would also like to acknowledge Nealson Watkins of the U.S. Environmental Protection Agency for providing metadata of near-road monitoring sites.

## Appendix A. Supplementary material

Supplementary data to this article can be found online at https://doi.org/10.1016/j.trd.2020.102442.

## References

Abu-Allaban M., Gillies J.A., Gertler A.W., Clayton R., and Proffitt D. (2007) Motor vehicle contributions to ambient PM10 and PM2.5 at selected urban areas in the USA. Environmental Monitoring and Assessment, 132(1), 155-163, doi: 10.1007/s10661-006-9511-3.
Baldauf R., Thoma E., Hays M., Shores R., Kinsey J.S., Gullet B., Kimbrough S., Isakov V., Long T., Snow R., Khlystov A., Weinstein J., Chen F.-L., Seila R., Olson D., Gilmour I., Cho S.-H., Watkins N., Rowley P., and Bang J. (2008) Traffic and meteorological impacts on near-road air quality: summary of methods and trends from

14

00193115

Case 8:22-cv-02597-DKC   Document 68-2   Filed 10/30/23   Page 64 of 80

A. Mukherjee, et al.
Transportation Research Part D 86 (2020) 102442

the Raleigh near-road study. J. Air Waste Manage., 58, 865-878, July.

Baldauf, R.W., Isakov, V., Deshmukh, P., Venkatram, A., Yang, B., Zhang, K.M., 2016. Influence of solid noise barriers on near-road and on-road air quality. Available at. Atmos. Environ. 129, 265–276. https://doi.org/10.1016/j.atmosenv.2016.01.025.

Brandt, S., Perez, L., Künzli, N., Lurmann, F., Wilson, J., Pastor, M., McConnell, R., 2014. Cost of near-roadway and regional air pollution–attributable childhood asthma in Los Angeles County. November Available at. J. Allergy Clinical Immunology 134 (5), 1028–1035. https://doi.org/10.1016/j.jaci.2014.09.029.

Brown, S.G., Lee, T., Norris, G.A., Roberts, P.T., Collett Jr., J.L., Paatero, P., Worsnop, D.R., 2012. Receptor modeling of near-roadway aerosol mass spectrometer data in Las Vegas, Nevada, with EPA PMF. Available at. Atmos. Chem. Phys. 12, 309–325. https://doi.org/10.5194/acp-12-309-2012 (STI-3873).

Brown S.G., Penfold B.M., Mukherjee A., Landsberg K., and Eisinger D. (2019) Conditions leading to elevated PM2.5 at near-road monitoring sites: case studies in Denver and Indianapolis. International Journal of Environmental Research and Public Health, 16(9), 1634, doi: 10.3390/ijerph16091634 (STI-7047), May 10. Available at https://www.mdpi.com/1660-4601/16/9/1634.

California Air Resources Board (2015) DUPLICATE = = USE 14934 = = Sustainable freight: pathways to zero and near-zero emissions. Discussion document, April. Available at https://www.ww3.arb.ca.gov/gmp/sfti/sustainable-freight-pathways-to-zero-and-near-zero-emissions-discussion-document.pdf.

Clayton R., Gertler A.W., Proffitt D., Gillies J.A., and Abu-Allaban M. (2003) Particulate matter (PM2.5 and PM10) apportionment for on-road mobile sources. Final report prepared for the National Cooperative Research Program, Transportation Research Board, National Research Council, Washington, DC, Project HR-25-18, January.

Dabek-Zlotorzynska E., Celo V., Ding L., Herod D., Jeong C.-H., Evans G., and Hilker N. (2019) Characteristics and sources of PM2.5 and reactive gases near roadways in two metropolitan areas in Canada. Atmos. Environ., 218, doi: 10.1016/j.atmosenv.2019.116980, December 1.

Craig, Ken, Baringer, Lynn, Chang, Shih-Ying, McCarthy, Michael, Bai, Song, Ravi, Vikram, Eisinger, Douglas, Landsberg, Karin, 2020. Analysis of modeled near-road particulate matter concentrations in Indianapolis during 2016. Atmos. Environ Submitted for publication.

DeWinter, J.L., Brown, S.G., Seagram, A.F., Landsberg, K., Eisinger, D.S., 2018. A national-scale review of air pollutant concentrations measured in the U.S. near-road monitoring network during 2014 and 2015. Atmos. Environ. 183, 94–105 10.1016/j.atmosenv.2018.04.003 (STI-6777).

Doxsey-Whitfield E., MacManus K., Adamo S.B., Pistolesi L., Squires J., Borkovska O., and Baptista S.R. (2015) Taking advantage of the improved availability of census data: a first look at the gridded population of the world, version 4. Papers in Applied Geography, 1(3), 226-234, July 3. Available at https://doi.org/10.1080/23754931.2015.1014272.

Gertler A.W., Gillies J.A., and Pierson W.R. (2000) An assessment of the mobile source contribution to PM10 and PM2.5 in the United States. Water Air and Soil Pollution, 123(1-4), 203-214, Oct.

Gertler, A.W., 2005. Diesel vs. gasoline emissions: does PM from diesel or gasoline vehicles dominate in the US? Atmos. Environ. 39 (13), 2349–2355. https://doi.org/10.1016/j.atmosenv.2004.05.065.

Ghosh, R., Lurmann, F., Perez, L., Penfold, B., Brandt, S., Wilson, J., Milet, M., Künzli, N., McConnell, R., 2016. Near-roadway air pollution and coronary heart disease: burden of disease and potential impact of greenhouse gas reduction strategy in southern California. February. Available at. Environ. Health Persp. 124 (2), 193–200. https://doi.org/10.1289/ehp.1408865.

Health Effects Institute (2010) Traffic-related air pollution: a critical review of the literature on emissions, exposure, and health effects. Report prepared by the Health Effects Institute, Boston, MA, Special Report 17, January. Available at https://www.healtheffects.org/publication/traffic-related-air-pollution-critical-review-literature-emissions-exposure-and-health.

Hegseth, M.N., Oftedal, B.M., Höper, A.C., Aminoff, A.L., Thomassen, M.R., Svendsen, M.V., Fell, A.K.M., 2019. Self-reported traffic-related air pollution and respiratory symptoms among adults in an area with modest levels of traffic. PLoS ONE 14 (12), e0226221. https://doi.org/10.1371/journal.pone.0226221.

Jeong, C.-H., Wang, J.M., Hilker, N., Debosz, J., Sofowote, U., Su, Y., Noble, M., Healy, R.M., Munoz, T., Dabek-Zlotorzynska, E., Celo, V., White, L., Audette, C., Herod, D., Evans, G.J., 2019. Temporal and spatial variability of traffic-related PM₂.₅ sources: comparison of exhaust and non-exhaust emissions. Available at. Atmos. Environ. 198, 55–69. https://doi.org/10.1016/j.atmosenv.2018.10.038, 2019/02/01/.

Jimenez J.L., Canagaratna M.R., Donahue N.M., Prévôt A.S.H., Zhang Q., Kroll J.H., DeCarlo P.F., Allan J.D., Coe H., Ng N.L., Aiken A.C., Docherty K.S., Ulbrich I.M., Grieshop A.P., Robinson A.L., Duplissy J., Smith J.D., Wilson K.R., Lanz V.A., Hueglin C., Sun Y.L., Tian J., Laaksonen A., Raatikainen T., Rautiainen J., Vaattovaara P., Ehn M., Kulmala M., Tomlinson J.M., Collins D.R., Cubison M.J., Dunlea E.J., Huffman J.A., Onasch T.B., Alfarra M.R., Williams P.I., Bower K., Kondo Y., Schneider J., Drewnick F., Borrmann S., Weimer S., Demerjian K., Salcedo D., Cottrell L., Griffin R., Takami A., Miyoshi T., Hatakeyama S., Shimono A., Sun J.Y., Zhang Y.M., Dzepina K., Kimmel J.R., Sueper D., Jayne J.T., Herndon S.C., Trimborn A.M., Williams L.R., Wood E.C., Middlebrook A.M., Kolb C.E., Baltensperger U., and Worsnop D.R. (2009) Evolution of organic aerosols in the atmosphere. Science, 326, 1525-1529, doi: 10.1126/science.1180353, December 11.

Karner, A., Eisinger, D.S., Niemeier, D., 2010. Near-roadway air quality: synthesizing the findings from real-world data. Available at. Environ. Sci. Technol. 44, 5334–5344. https://doi.org/10.1021/es100008x (STI-3923).

Kittelson D.B., Watts W.F., and Johnson J.P. (2006) On-road and laboratory evaluation of combustion aerosols—part 1: summary of diesel engine results. Journal of Aerosol Science, 37(8), 913-930, doi: 10.1016/j.jaerosci.2005.08.005, August.

Lal R.M., Anu R., and Armistead R. (2020) Assessment of the near-road (monitoring) network including comparison with nearby monitors within U.S. cities. Environmental Research Letters (in press), doi: 10.1088/1748-9326/ab8156. Available at https://iopscience.iop.org/article/10.1088/1748-9326/ab8156.

Massoli, P., Fortner, E.C., Canagaratna, M.R., Williams, L.R., Zhang, Q., Sun, Y., Schwab, J.J., Trimborn, A., Onasch, T.B., Demerjian, K.L., Kolb, C.E., Worsnop, D.R., Jayne, J.T., 2012. Pollution gradients and chemical characterization of particulate matter from vehicular traffic near major roadways: results from the 2009 Queens College Air Quality Study in NYC. Aerosol Sci. Technol. 46 (11), 1201–1218. https://doi.org/10.1080/02786826.2012.701784.

May, A.A., Nguyen, N.T., Presto, A.A., Gordon, T.D., Lipsky, E.M., Karve, M., Gutierrez, A., Robertson, W.H., Zhang, M., Brandow, C., Chang, O., Chen, S., Cicero-Fernandez, P., Dinkins, L., Fuentes, M., Huang, S.-M., Ling, R., Long, J., Maddox, C., Massetti, J., McCauley, E., Miguel, A., Na, K., Ong, R., Pang, Y., Rieger, P., Sax, T., Truong, T., Vo, T., Chattopadhyay, S., Maldonado, H., Maricq, M.M., Robinson, A.L., 2014. Gas- and particle-phase primary emissions from in-use, on-road gasoline and diesel vehicles. Atmospheric Enviornment 88, 247–260. https://doi.org/10.1016/j.atmosenv.2014.01.046. January 28.

McCarthy, M.C., Eisinger, D.S., Hafner, H.R., Chinkin, L.R., Roberts, P.T., Black, K.N., Clark, N.N., McMurry, P.H., Winer, A.M., 2006. Particulate matter: a strategic vision for transportation-related research. September. Available at. Environ. Sci. Technol. 40 (18), 5593–5599. https://doi.org/10.1021/es062767i (STI-904750-2843).

Pant, P., Harrison, R.M., 2013. = =DUPLICATE = = USE 15907 Estimation of the contribution of road traffic emissions to particulate matter concentrations from field measurements: a review. Available at. Atmos. Environ. 77, 78–97. https://doi.org/10.1016/j.atmosenv.2013.04.028.

Rattigan O.V., Carpenter A.C., Civerolo K.L., and Felton H.D. (2020) Pollutant measurements at near road and urban background sites in New York, USA. Atmospheric Pollution Research, doi: 10.1016/j.apr.2020.01.014. Available at http://www.sciencedirect.com/science/article/pii/S1309104220300246.

Rowangould, G.M., 2013. A census of the US near-roadway population: public health and environmental justice considerations. Transportation Research Part D: Transport and Environment 25, 59–67.

Saha, P.K., Khlystov, A., Grieshop, A.P., 2018a. Downwind evolution of the volatility and mixing state of near-road aerosols near a US interstate highway. Available at. Atmos. Chem. Phys. 18 (3), 2139–2154. https://doi.org/10.5194/acp-18-2139-2018.

Saha, P.K., Khlystov, A., Snyder, M.G., Grieshop, A.P., 2018b. Characterization of air pollutant concentrations, fleet emission factors, and dispersion near a North Carolina interstate freeway across two seasons. Available at. Atmos. Environ. 177, 143–153. https://doi.org/10.1016/j.atmosenv.2018.01.019.

Seagram, A.F., Brown, S.G., Huang, S., Landsberg, K., Eisinger, D.S., 2019. National assessment of near-road air quality in 2016: multi-year pollutant trends and estimation of near-road PM₂.₅ increment. Transp. Res. Rec. https://doi.org/10.1177/0361198119825538 (STI-6963).

Starling, A.P., Moore, B.F., Thomas, D.S.K., Peel, J.L., Zhang, W., Adgate, J.L., Magzamen, S., Martenies, S.E., Allshouse, W.B., Dabelea, D., 2020. Prenatal exposure to traffic and ambient air pollution and infant weight and adiposity: the healthy start study. Available at. Environ. Res. 182, 109130. https://doi.org/10.1016/j.envres.2020.109130.

Stroud, C.A., Liggio, J., Zhang, J., Gordon, M., Staebler, R.M., Makar, P.A., Zhang, J., Li, S.-M., Mihele, C., Lu, G., Wang, D.K., Wentzell, J., Brook, J.R., Evans, G.J., 2014. Rapid organic aerosol formation downwind of a highway: Measured and model results from the FEVER study. J. Geophys. Res.: Atmospheres 119 (3),

15

Case 8:22-cv-02597-DKC    Document 68-2    Filed 10/30/23    Page 65 of 80

A. Mukherjee, et al.                                                                                    Transportation Research Part D 86 (2020) 102442

1663–1679. https://doi.org/10.1002/2013jd020223.

Superczynski, S.D., Christopher, S.A., 2011. Exploring land use and land cover effects on air quality in central Alabama using GIS and remote sensing. Remote Sensing 3, 2552–2567. https://doi.org/10.3390/rs3122552.

Timmers, V.R.J.H., Achten, P.A.J., 2016. Non-exhaust PM emissions from electric vehicles. Available at. Atmos. Environ. 134, 10–17. https://doi.org/10.1016/j.atmosenv.2016.03.017.

U.S. Energy Information Administration (2020) Annual energy outlook 2020, Table 45: transportation fleet car and truck stock by type and technology, Reference case. Available at https://www.eia.gov/outlooks/aeo/data/browser/#/?id=55-AEO2020&region=0-0&cases=ref2020&start=2018&end=2050&f=A&linechart=&sourcekey=0%5C.

U.S. Environmental Protection Agency (2012) Near-road NO2 monitoring: technical assistance document. EPA-454/B-12-002, June. Available at http://www.epa.gov/ttn/amtic/nearroad.html.

U.S. Environmental Protection Agency (2015a) Transportation conformity guidance for quantitative hot-spot analyses in PM2.5 and PM10 nonattainment and maintenance areas. Prepared by the EPA Office of Transportation and Air Quality, Transportation and Climate Division, Washington, DC, EPA-420-B-15-084, November. Available at https://nepis.epa.gov/Exe/ZyPDF.cgi?Dockey=P100NMXM.pdf, appendix available at https://nepis.epa.gov/Exe/ZyPdf.cgi?Dockey=P100NN22.pdf.

U.S. Environmental Protection Agency (2015b) 3-year quality assurance report for calendar years 2011, 2012, and 2013: PM2.5 ambient air monitoring program. EPA-454/R-15-002, March. Available at https://www3.epa.gov/ttnamti1/files/ambient/pm25/qa/20112013pm25qareport.pdf.

U.S. Environmental Protection Agency (2016) List of designated reference and equivalent methods. June 17. Available at https://www3.epa.gov/ttn/amtic/criteria.html.

U.S. Environmental Protection Agency (2020) Particulate matter (PM2.5) trends. Available at https://www.epa.gov/air-trends/particulate-matter-pm25-trends.

University of Utah, Department of Atmospheric Sciences (2020) MesoWest. Available at https://mesowest.utah.edu/html/help/main_index.html.

Urman, R., McConnell, R., Islam, T.S., Avol, E.L., Lurmann, F.W., Vora, H., Lin, W.S., Rappaport, E.B., Gilliland, F.D., Gauderman, W.J., 2014. Associations of children's lung function with ambient air pollution: joint effects of regional and near-roadway pollutants. Thorax 69 (6), 540–547. https://doi.org/10.1136/thoraxjnl-2012-203159. June.

Watkins N. (2016) Near-road air quality monitoring network: status and data. Presentation given at the 2016 National Ambient Air Monitoring Conference, St. Louis, MO, August 11, by the U.S. Environmental Protection Agency, Office of Air and Radiation, Washington, DC. Available at https://www.epa.gov/sites/production/files/2016-09/documents/near-road_air_quality_monitoring.pdf.

Yanosky, J.D., Fisher, J., Liao, D., Rim, D., Wal, R.V., Groves, W., Puett, R.C., 2018. Application and validation of a line-source dispersion model to estimate small scale traffic-related particulate matter concentrations across the conterminous US. Air Qual. Atmos. Health 11 (6), 741–754. https://doi.org/10.1007/s11869-018-0580-6.

Zhu, Y., Hinds, W.C., Kim, S., Shen, S., Sioutas, C., 2002. Study of ultrafine particles near a major highway with heavy-duty diesel traffic. Atmos. Environ. 36 (27), 4323–4335. https://doi.org/10.1016/s1352-2310(02)00354-0, September.

00193117

---

## SOUNDING BOARD

# The Need for a Tighter Particulate-Matter Air-Quality Standard

Independent Particulate Matter Review Panel

The Environmental Protection Agency (EPA) proposes to retain the current National Ambient Air Quality Standards (NAAQS) for fine particulate matter (particles with a diameter of ≤2.5 $\mu$m [$PM_{2.5}$]) — that is, levels not exceeding an annual average of 12 $\mu$g per cubic meter and a 24-hour average of 35 $\mu$g per cubic meter.[1] The current NAAQS were set in 2012 on the basis of a scientific review that was largely completed in 2010.[2] At that time, available epidemiologic evidence, supported by toxicologic evidence and a risk assessment conducted by EPA staff, indicated that annual exposure to $PM_{2.5}$ caused premature death at ambient concentrations as low as 11 $\mu$g per cubic meter. However, on the basis of more recent evidence, as described below, exposure to ambient $PM_{2.5}$ at the levels of the current standards is estimated by the EPA to be responsible for tens of thousands of premature deaths in the United States each year.[3]

The Clean Air Act requires air-quality standards that are "requisite to protect the public health" with an "adequate margin of safety." Such standards "shall accurately reflect the latest scientific knowledge" regarding "the kind and extent of all identifiable effects on public health." According to requirements of the Clean Air Act, the EPA administrator "shall appoint an independent scientific review committee," known as the Clean Air Scientific Advisory Committee, to periodically "review" the standards.

We were members of the EPA Clean Air Scientific Advisory Committee Particulate Matter (PM) Review Panel that was formed in 2015. By law, the Clean Air Scientific Advisory Committee, which we augmented, has seven members, including at least one physician. However, seven members are not enough to provide breadth, depth, and diversity of expertise, experience, and perspective in the multiple scientific disciplines necessary for these reviews. That is why, for four decades, the Clean Air Scientific Advisory Committee has been augmented with panels of additional experts for the periodic review of each regulated air pollutant. It has been common to have multiple experts in epidemiology, toxicology, and controlled human exposure studies on these panels, as well as experts in the measurement and modeling of air pollution, exposure and risk assessment, uncertainty analysis, and other areas.

In 2016, we advised the EPA administrator about the Integrated Review Plan for subsequent science and policy assessments. Our PM Review Panel was dismissed by press release on October 10, 2018, just before the draft science assessment was released. Shortly thereafter, we formed the nongovernmental Independent Particulate Matter Review Panel. Our volunteer panel continued to review the science and develop advice for the EPA administrator and the public. We reconvened, with support from the Union of Concerned Scientists and former EPA staff. During a 2-day meeting of our nongovernmental panel, conducted under the ground rules for an official EPA federal advisory committee, we deliberated on the strengths and limitations of available scientific evidence.[4]

In the past two decades, over multiple review cycles, the EPA has used evidence- and risk-based approaches to assess the NAAQS. The evidence-based approach takes into account empirical research on the health hazard posed by an air pollutant, as well as the ambient concentrations at which adverse effects are observed, and is based on a thoughtful and comprehensive synthesis of epidemiologic studies, controlled human exposure studies, and toxicologic studies in animals.[3,4] The risk-based approach uses concentration–response relationships inferred from key epidemiologic studies to estimate the population risk under current and potential alternative standards. Given uncertainties, the risk-based ap-

The New England Journal of Medicine
Downloaded from nejm.org on October 9, 2020. For personal use only. No other uses without permission.
Copyright © 2020 Massachusetts Medical Society. All rights reserved.

00193221

proach used by EPA staff provides useful qualitative insights regarding the magnitude of the risk and risk reduction. Our panel gave more weight to the evidence-based approach, with the risk-based approach providing supporting information.

We delivered our findings in a report submitted to the administrator and the EPA docket on October 22, 2019.[4] We concluded that the current $PM_{2.5}$ standards are insufficient to protect public health, on the basis of a review of the scientific evidence from epidemiologic studies, toxicologic studies in animals, and controlled human exposure studies; this evidence is consistent within each discipline and coherent among the multiple disciplines in supporting a causal, biologically plausible relationship between ambient concentrations well below the current $PM_{2.5}$ standards and adverse health effects, including premature death.[3] The epidemiologic evidence is consistent across studies with diverse designs, populations, pollutant mixtures, locations, and statistical approaches. For example, new epidemiologic studies consider large populations and report effects below the current annual standard, either by restricting the cohort analyzed to persons living in areas with lower levels of ambient exposure or because the average cohort exposures are well below the annual standard.[5-7] The populations in these studies are more than an order of magnitude larger than those in studies available for previous reviews, which has been made possible by scientific developments in quantification of spatial variability in ambient concentrations with the use of new modeling tools. We found no evidence for an ambient concentration threshold for health effects at the lowest observed levels, either for annual or for 24-hour exposure periods.

Populations with preexisting health conditions (e.g., cardiovascular disease, respiratory disease, diabetes, and obesity) or increased exposures (e.g., disadvantaged populations) represent a substantial portion of the U.S. population. These populations are at increased risk for harm from particulate air pollution, owing to their location near emission sources or to demographic or clinical characteristics (e.g., age or disease status) that increase their susceptibility.

The results of the evidence-based review clearly call into question the adequacy of the existing standards. Furthermore, the risk assessment conducted by the EPA shows that, in a sample of people 30 years of age or older living in 47 urban study areas, a large number of premature deaths are attributable to $PM_{2.5}$ exposure under the current standard.[3] The estimated all-cause mortality from long-term exposure to $PM_{2.5}$, calculated on the basis of the 2015 air quality adjusted to just meet the existing standards, ranges from 13,500 to 52,100 deaths annually. The actual air quality in the selected study areas is typically somewhat above the current standards and is adjusted downward, with the use of air-quality models, to enable quantification of what the risk would be if the current standards were met. In addition, the estimated all-cause mortality from short-term exposure to $PM_{2.5}$ ranges from 1200 to 3870 deaths annually. For locations in which ambient $PM_{2.5}$ concentrations would meet the annual standard but not the daily standard, the EPA estimates relative risk reductions of 21 to 27% by changing the standard from 12 $\mu g$ per cubic meter to 9 $\mu g$ per cubic meter. Although there is uncertainty around the estimates, the risk assessment supports the conclusions based on the scientific evidence that at the levels of the current fine-particle standards, the risk of premature death is unacceptably high.

The EPA risk assessment focused on all-cause mortality, mortality due to ischemic heart disease, and mortality due to lung cancer. Exposure to current levels of $PM_{2.5}$ is also causally linked to numerous other adverse health outcomes, including long- and short-term cardiovascular events, respiratory illnesses, death from cancers other than lung cancer, and nervous system diseases (e.g., cognitive decrements and dementia). Additional health concerns, such as adverse pregnancy and birth outcomes, are associated with particulate air pollution, although the evidence of causality is weaker.

We unequivocally and unanimously concluded that the current $PM_{2.5}$ standards do not adequately protect public health. An annual standard between 10 $\mu g$ per cubic meter and 8 $\mu g$ per cubic meter would protect the general public and at-risk groups. However, even at the lower end of the range, risk is not reduced to zero. The margin of safety increases as the level of the standard is lowered within this range. The choice of standard within this range is a policy judgment reserved for the EPA administrator. In the interest of environmental justice, we advised the administrator that disparities in health risk borne

The New England Journal of Medicine
Downloaded from nejm.org on October 9, 2020. For personal use only. No other uses without permission.
Copyright © 2020 Massachusetts Medical Society. All rights reserved.

00193222

by minority communities need to be taken into consideration in choosing a margin of safety.

In contrast to the recommendation of the EPA staff that the 24-hour $PM_{2.5}$ standard also be retained, the current 24-hour standard does not provide an adequate level of public health protection in locations for which the 24-hour standard, and not the annual standard, would be violated. On the basis of the scientific evidence, and with the acknowledgment that there is a continuum of adverse effects that decrease as the level of the standard decreases, the panel recommends that the 24-hour standard be set between 30 $\mu$g per cubic meter and 25 $\mu$g per cubic meter.

Between 2017 and 2018, all Clean Air Scientific Advisory Committee members were replaced. The seven-member committee newly appointed by the EPA largely reached a different conclusion than we did.[8] The lone physician–scientist on the committee found that the weight of evidence, including recent epidemiologic studies, reasonably calls into question the adequacy of the current long-term standard. However, the committee chair, an industry consultant, and some other members of the committee concluded that there is no evidence that calls into question the adequacy of the current standards. Nonetheless, the committee noted the "exceptional nature" of the current review, including the dismissal of our panel, the accelerated timeline, and the production of a policy assessment before the science assessment was completed. Although some committee members acknowledged our report, the Clean Air Scientific Advisory Committee largely disregarded the advice from our panel.

There is no doubt that on promulgating a final rule, the EPA will be sued. Federal courts have in the past given considerable deference to the Clean Air Scientific Advisory Committee regarding its scientific advice. Will the courts defer to a committee that has been arbitrarily and capriciously deprived of a particulate matter–specific expert panel? Or will the courts look elsewhere, such as to public comments from experts and input from the dismissed panel?

The dismissal of our review panel is just one of numerous recent ad hoc changes to scientific review of the NAAQS since 2017 that undermine the quality, credibility, and integrity of the review process and its outcome. Other changes include imposing nonscientific criteria for appointing the Clean Air Scientific Advisory Committee members related to geographic diversity and affiliation with governments, replacing the entire membership of the chartered committee over a period of 1 year, banning nongovernmental recipients of EPA scientific research grants from committee membership while allowing membership for persons affiliated with regulated industries, ignoring statutory requirements for the need for a thorough and accurate scientific review of the NAAQS in setting a review schedule, disregarding key elements of the committee-approved Integrated Review Plan, reducing the number of drafts of a document for committee review irrespective of whether substantial revision of scientific content is needed, commingling science and policy issues, and creating an ad hoc "pool" of consultants that fails to address the deficiencies caused by dismissing the Clean Air Scientific Advisory Committee PM Review Panel. The courts are already grappling with the ban on academic recipients of research grants.

Although our panel did not specifically assess other current EPA initiatives, there are at least two that are closely related to $PM_{2.5}$. One is the so-called Transparency in Regulatory Science proposed rule and supplement. This rule could exclude from regulatory consideration studies for which data are not publicly available, irrespective of their scientific rigor.[9] Such an exclusion could apply to studies based on data from human participants, including epidemiologic studies such as the seminal Harvard Six Cities and American Cancer Society studies, which were important in previous NAAQS reviews. The other initiative is a change to the EPA benefit–cost assessment to exclude "cobenefits." As an example, the Mercury and Air Toxics Standard for power plants reduces mercury emissions but has the cobenefit of also reducing $PM_{2.5}$ emissions.[10] For this and other rules, $PM_{2.5}$ cobenefits can be much larger than the direct benefits of reducing the pollutant specifically targeted by the rule. The multiple EPA initiatives aimed at undermining the appropriate role of scientific and economic assessment of adverse effects from $PM_{2.5}$ directly threaten health.

The 60-day public comment period for the proposed rule, which ends on June 29, 2020, is the last remaining opportunity for experts and stakeholders to provide input on a flawed rulemaking that ignores science and that will lead to avoidable premature deaths.

The New England Journal of Medicine
Downloaded from nejm.org on October 9, 2020. For personal use only. No other uses without permission.
Copyright © 2020 Massachusetts Medical Society. All rights reserved.

00193223

October 2019 meetings of the Independent Particulate Matter Review Panel were hosted by the Union of Concerned Scientists (UCS). Some panelists received travel reimbursement from UCS. Panelists did not accept honoraria or other compensation. This article reflects exclusively the deliberations of the panel.

Disclosure forms provided by the authors are available with the full text of this article at NEJM.org.

The members of the writing committee (H. Christopher Frey, Ph.D., Peter J. Adams, Ph.D., John L. Adgate, Ph.D., M.S.P.H., George A. Allen, B.S., John Balmes, M.D., Kevin Boyle, Ph.D., Judith C. Chow, Sc.D., Douglas W. Dockery, Sc.D., Henry D. Felton, M.S., Terry Gordon, Ph.D., Jack R. Harkema, D.V.M., Ph.D., Patrick Kinney, Sc.D., Michael T. Kleinman, Ph.D., Rob McConnell, M.D., Richard L. Poirot, B.A., Jeremy A. Sarnat, Sc.D., Lianne Sheppard, Ph.D., Barbara Turpin, Ph.D., and Ron Wyzga, Sc.D.) assume responsibility for the overall content and integrity of this article.

The affiliations of the members of the writing committee are as follows: North Carolina State University, Raleigh (H.C.F.), and the University of North Carolina Gillings School of Global Public Health, Chapel Hill (B.T.); Carnegie Mellon University, Pittsburgh (P.J.A.); Colorado School of Public Health, Aurora (J.L.A.); Northeast States for Coordinated Air Use Management (G.A.A.), Harvard University T.H. Chan School of Public Health (D.W.D.), and Boston University (P.K.) — all in Boston; Lung Biology Center, University of California, San Francisco, San Francisco (J.B.), University of California, Irvine, Irvine (M.T.K.), University of Southern California Keck School of Medicine, Los Angeles (R.M.), and retired, Palo Alto (R.W.) — all in California; Virginia Tech, Blacksburg (K.B.); Desert Research Institute, Reno, NV (J.C.C.); New York State Department of Environmental Conservation, Albany (H.D.F.), and New York University Langone Health, New York (T.G.); Michigan State University, East Lansing (J.R.H.); independent consultant, Burlington, VT (R.L.P.); Rollins School of Public Health, Atlanta (J.A.S.); and University of Washington, Seattle (L.S.).

This article was published on June 10, 2020, at NEJM.org.

**1.** Review of the National Ambient Air Quality Standards for particulate matter. Washington, DC: Environmental Protection Agency, April 30, 2020 (https://www.federalregister.gov/documents/2020/04/30/2020-08143/review-of-the-national-ambient-air-quality-standards-for-particulate-matter).
**2.** Samet JM, Clean Air Scientific Advisory Committee. Letter to Hon. Lisa P. Jackson, administrator, Environmental Protection Agency, re: CASAC review of Policy assessment for the review of the PM NAAQS — second external review draft (June 2010): EPA-CASAC-10-015. Washington, DC: September 10, 2010 (https://yosemite.epa.gov/sab/sabproduct.nsf/CCF9F4C0500C500F8525779D0073C593/$File/EPA-CASAC-10-015-unsigned.pdf).
**3.** Policy assessment for the review of the National Ambient Air Quality Standards for particulate matter: EPA-452/R-20-002. Research Triangle Park, NC: Environmental Protection Agency, January 2020.
**4.** Frey HC, Adams P, Adgate JL, et al. Advice from the Independent Particulate Matter Review Panel (formerly EPA CASAC Particulate Matter Review Panel) on EPA's policy assessment for the review of the National Ambient Air Quality Standards for particulate matter (external review draft — September 2019), submitted to Hon. Andrew Wheeler, Administrator, docket ID no. EPA–HQ–OAR–2015–0072, and Clean Air Scientific Advisory Committee, U.S. Environmental Protection Agency. Washington, DC: October 22, 2019 (https://us-documents.s3.amazonaws.com/science-and-democracy/IPMRP-FINAL-LETTER-ON-DRAFT-PA-191022.pdf).
**5.** Di Q, Wang Y, Zanobetti A, et al. Air pollution and mortality in the Medicare population. N Engl J Med 2017;376:2513-22.
**6.** Shi L, Zanobetti A, Kloog I, et al. Low-concentration $PM_{2.5}$ and mortality: estimating acute and chronic effects in a population-based study. Environ Health Perspect 2016;124:46-52.
**7.** Pinault L, Tjepkema M, Crouse DM, et al. Risk estimates of mortality attributed to low concentrations of ambient fine particulate matter in the Canadian Community Health Survey cohort. Environ Health 2016;15:18.
**8.** Cox LA CASAC review of EPA's policy assessment for the review of the National Ambient Air Quality Standards for particulate matter (external review draft — September 2019): EPA-CASAC-20-001. Washington, DC: Clean Air Scientific Advisory Committee, Environmental Protection Agency, December 16, 2019.
**9.** Thorp HH, Skipper M, Kiermer V, Berenbaum M, Sweet D, Horton R. Joint statement on EPA proposed rule and public availability of data (2019). Science 2019;366(6470):eaba3197.
**10.** Aldy J, Kotchen M, Evans M, Fowlie M, Levinson A, Palmer K. Report on the proposed changes to the federal mercury and air toxics standards: report of the External Environmental Economics Advisory Committee. December 2019 (https://scholar.harvard.edu/files/jaldy/files/e-eeac_report_december_2019.pdf).

DOI: 10.1056/NEJMsb2011009
*Copyright © 2020 Massachusetts Medical Society.*

The New England Journal of Medicine
Downloaded from nejm.org on October 9, 2020. For personal use only. No other uses without permission.
Copyright © 2020 Massachusetts Medical Society. All rights reserved.

00193224



**Journal of the Air & Waste Management Association**

ISSN: 1096-2247 (Print) 2162-2906 (Online) Journal homepage: https://www.tandfonline.com/loi/uawm20

# Monitoring study of the near-road PM$_{2.5}$ concentrations in Maryland

Helen Ginzburg, Xiaobo Liu, Michael Baker, Robert Shreeve, R.K.M. Jayanty, David Campbell & Barbara Zielinska

**To cite this article:** Helen Ginzburg, Xiaobo Liu, Michael Baker, Robert Shreeve, R.K.M. Jayanty, David Campbell & Barbara Zielinska (2015) Monitoring study of the near-road PM$_{2.5}$ concentrations in Maryland, Journal of the Air & Waste Management Association, 65:9, 1062-1071, DOI: 10.1080/10962247.2015.1056887

**To link to this article:** https://doi.org/10.1080/10962247.2015.1056887

📅 Published online: 14 Aug 2015.

✎ Submit your article to this journal ↗

📊 Article views: 2401

🔍 View related articles ↗

⬤ View Crossmark data ↗

⬔ Citing articles: 14 View citing articles ↗

Full Terms & Conditions of access and use can be found at
https://www.tandfonline.com/action/journalInformation?journalCode=uawm20

00193536

TECHNICAL PAPER

# Monitoring study of the near-road PM$_{2.5}$ concentrations in Maryland

Helen Ginzburg,[1,*] Xiaobo Liu,[1] Michael Baker,[2] Robert Shreeve,[3] R.K.M. Jayanty,[4] David Campbell,[5] and Barbara Zielinska[5]

[1]WSP-Parsons Brinckerhoff Inc., New York, NY, USA
[2]URS, ICC Construction, Beltsville, MD, USA
[3]Maryland State Highway Administration, Baltimore, MD, USA
[4]RTI International, Research Triangle Park, NC, USA
[5]Desert Research Institute, Reno, NV, USA
*Please address correspondence to: Helen Ginzburg, Parsons Brinckerhoff Inc., New York, NY, USA; e-mail: ginzburg@pbworld.com

The Maryland State Highway Administration (SHA) monitoring program monitored the impact of vehicular emissions on the concentrations of the fine particles smaller than 2.5 microns (PM2.5). PM2.5 concentrations were monitored in close proximity to a highway in order to determine whether traffic conditions on the roadway impact concentrations at this location. The monitoring program attempted to connect monitored concentrations with the roadway traffic exhaust or with the other sources of PM2.5. PM2.5 concentrations were collected near the Capital Beltway (I-495/I-95) in Largo, Maryland. The monitoring program was launched on May 13, 2009 and continued through the end of 2012. Two co-located monitors, one for continuous PM2.5 measurements and the other for speciation measurements, were used in this program. Meteorological and traffic information was also continuously collected at or near the monitoring site. Additionally, data from the two other monitoring locations, one at the Howard University-Beltsville, MD and one at McMillan Reservoir, DC, was used for comparison with the data collected at the SHA monitoring location. The samples collected by the speciation monitor were analyzed at the RTI and DRI Laboratories to determine the composition and the sources of the collected PM2.5 samples. Based on the apportionment analysis, the contribution of roadway sources is about 12 to 17 percent of PM2.5 at the near-road site.

Implications: PM$_{2.5}$ monitoring at 150 m (approximately 500 feet) from a major highway in Maryland near Washington, DC, demonstrated that roadway traffic contributes to the total PM$_{2.5}$ concentration near the roadway, but the contribution at such distance is small, in the order of 12–17% of the total.

## Introduction

Higher emissions from traffic cause higher public exposure to vehicle-related pollution. Emissions from motor vehicles and their impacts on the public exposed to them have been subject of research for several decades. However, as our knowledge of these emissions and their effects and controls accumulates and develops, different pollutants and different areas of concern come into focus. Several studies of near-road pollution were conducted in the recent years as the problem of adverse health effects of lengthy exposure to traffic emissions (especially from diesel-fueled vehicles) came into U.S. Environmental Protection Agency (EPA) and public attention. The strengthening of the U.S. air quality standards connected with traffic emissions (PM$_{2.5}$ [particulate matter with an aerodynamic diameter <2.5 μm] and NO$_2$ [nitrogen dioxide]) in the recent years is another indication of the heightened awareness of this pollution (EPA, 2012).

Almost one-third of the population in the United States either lives or spends significant portion of the day in the close vicinity of busy or congested roadways, one-fifth within

one-third of a mile, and 10% within 300 feet (Rowangould, 2013). Health Effects Institute (HEI) review of traffic-related air pollution (2010) presented a comprehensive review of vehicle emission studies and assessments of vehicular pollution health impacts (HEI Panel, 2010). This review focused on the monitoring and modeling studies of motor-vehicle emissions in the urban environment and in close proximity to busy roadways in the United States and worldwide and the health impact.

Several major roadside EPA and Federal Highway Administration (FHWA) studies were conducted to measure concentrations and estimate public exposure to the vehicular emissions: in Brooklyn, New York (2004), in Raleigh, North Carolina (2008), in Las Vegas, Nevada (2010), and in Detroit, Michigan (2011). Roadside emissions and exposure to them were studied in many other monitoring and wind-tunnel assessments (Yoon, 2003; Baldauf et al., 2009, 2012; Black et al., 2009; Kimbrough et al., 2011; Ginzburg et al., 2012; Schattanek et al., 2012). These studies tried to determine which pollutants are common and most prevalent, which produced the most damaging health impacts, what are the effects of traffic emissions at different distances from roadway (Baldauf et al.,

1062

Journal of the Air & Waste Management Association, 65(9):1062–1071, 2015. Copyright © 2015 A&WMA. ISSN: 1096-2247 print
DOI: 10.1080/10962247.2015.1056887    Submitted January 29, 2015; final version submitted April 17, 2015; accepted May 22, 2015.
Color versions of one or more of the figures in the article can be found online at www.tandfonline.com/uawm.

00193537

*Ginzburg et al. / Journal of the Air & Waste Management Association 65 (2015) 1062–1071*    1063

2008) and answer many other related questions. Pollutants that were studied included carbon monoxide, mobile source air toxics, black carbon and particulate matter, nitrogen oxides, and secondary formations. A few studies looked at the concentrations at various distances from the edge of the roadway (1998 Netherlands monitoring, 2002 Los Angeles study, 2008 Raleigh study, and 2010 Nevada study). In most field observations were limited in time and/or in scope (HEI Panel, 2010). Other research was aimed at connecting collected data with the vehicular exhaust emissions to attribute monitored concentrations to the supposed source.

In the study of ultrafine particles near the major truck route (I-710) in Los Angeles, monitored particulate concentrations dropped sharply with distance from the roadway (Zhu et al., 2002). At a distance little more than 100 m (300 feet) away from the roadway, monitored concentrations were close to background concentrations. The 2012 study near the same roadway also looked at pollutant gradients downwind of a freeway carrying a high volume of diesel traffic (Zhou and Levy, 2007). This recent study confirmed the results of the previous study. The results obtained from this monitoring study suggest that motor-vehicle emissions from the I-710 increase the atmospheric concentration of most combustion-related pollutants above background levels, especially within the first 80 m (262.5 feet) from the edge of the freeway. Roadside concentrations of nitrogen oxides ($NO_x$), carbon monoxide (CO), and volatile organic compounds (VOCs) may be a factor of 2–4 higher than the community average ambient concentrations (Fujita et al., 2011). Heavy-duty diesel vehicles can increase these ratios to as much as a factor of 10 for $NO_x$ and black carbon (Westerdahl, et al., 2005).

The Raleigh study monitored criteria pollutants including $PM_{2.5}$ and included black carbon among other pollutants (Baldauf et al., 2008). Among other results, this study demonstrated that peak-hour levels and daily concentration variation decreased with distance from the roadway. The monitoring project in Nevada studied mobile source air toxics (MSAT) criteria pollutants, including $PM_{2.5}$ and black carbon at 20–300 m (66–984 feet) from the roadway (Black, 2009). This study demonstrated that near-road concentration patterns are influenced by daytime turbulence. Similar results were obtained in the study of roadside concentrations of particulate matter in Chennai, India (Muruganandam and Nagendra, 2011). An analysis that processed data from 41 roadside monitoring studies from 1978 through 2008 normalized measured concentrations of several traffic-generated pollutants to either edge of the road concentration or the background (as reported in the studies) concentration (Karner et al., 2010). The decrease to background level was found from as close as 80–100 m (262.5–328 feet) to 160 m (525 feet). Another analysis of the data extracted from the published studies (Polidori and Fine, 2012) also found that road traffic emissions of particulate matter influence concentrations as far as 100–400 m (328–1312 feet) from the edge of the roadway (Zhou and Levy, 2007).

Current EPA research concentrates on examination of multi-pollutant environment and interference between different mobile source pollutants in the vicinity of busy roadways. The other area of current interest is pollution patterns in the complex terrain near roadways: near depressed roads, near obstacles, etc. The monitoring study presented in this study focused on one pollutant, $PM_{2.5}$, examined its impact at a single point location away from a high-volume interstate highway for a prolonged time period, and tried to apportion collected mass to the traffic emissions from this roadway.

Concentrations of particles smaller than 2.5 microns in diameter ($PM_{2.5}$) were collected at a monitoring site located in close proximity to a heavily traveled roadway for over 3½ yr to determine whether these concentrations can be correlated with local traffic and/or meteorological conditions. The Maryland State Highway Administration (SHA) monitoring program studied the impact of vehicular exhaust from highway traffic on the concentrations of the fine particulates to determine whether or not monitored concentrations came from roadway traffic or from the other sources of $PM_{2.5}$ such as residential or commercial heating and air conditioning, or other background sources. The monitoring program started on May 13, 2009, and continued for 3½ yr through the end of 2012, which allowed collection of sufficient number of valid measurements. The collected data were analyzed to determine whether and to what degree the $PM_{2.5}$ concentrations were affected by the traffic emissions.

## Monitoring Program Setup

$PM_{2.5}$ concentrations were collected at a location 149 m (489 feet) from the edge of the Capital Beltway (I-495/I-95) near the MD 214 interchange in Largo, Maryland. The monitoring site was selected near a major highway (I-95) with high average daily traffic (ADT) volumes. The selected site complies with the EPA neighborhood siting criteria (EPA, 1998) in terms of distances from vehicular roadways and nearby obstacles. The site was located east of the Beltway to take advantage of the prevailing westerly winds (Figure 1).

The monitoring study followed the recommended EPA procedures (EPA, 1999, 2006, 2011; Watson et al., 2011). Two monitors, one for continuous $PM_{2.5}$ measurements and the



**Figure 1.** Monitoring site location.

1064 *Ginzburg et al. / Journal of the Air & Waste Management Association 65 (2015) 1062–1071*

other for speciation measurements, both manufactured by Met One Instruments Inc., were used in this study. The continuous monitor, Beta Attenuation Mass Monitor (E-BAM) (Met One Instruments, Inc., 2014a), collected hourly samples; the speciation monitor, Super SASS (Met One Instruments, Inc., 2014b), operated on a 1-in-6-day schedule, with the collected samples sent to the Research Triangle Park (RTI) International laboratory and the Desert Research Institute (DRI) for chemical speciation and semivolatile organic analysis. Using the speciation data, DRI performed receptor modeling to determine, based on chemical composition, whether sources of the collected particulate matter can be identified. The monitors were located within a 12-foot by 12-foot fenced area secured with a lock. Each monitor was mounted on a secure tripod. Hardwired AC (alternating current) electric power was provided.

The following additional data were collected for use in this study:

(1) Traffic volumes and speeds on the Capital Beltway were collected at approximately 0.50 km (0.31 mile) to the north of the monitoring site. The data collected at this location are representative of the traffic near the monitoring site because there are no exits to or from the Capital Beltway between the sensor location and the monitoring location.

(2) Meteorological data (wind data, ambient temperature, and relative humidity) were collected at the $PM_{2.5}$ monitoring location on a continuous basis.

(3) $PM_{2.5}$ concentrations were collected by the Maryland Department of the Environment (MDE) site at the Howard University (HU)-Beltsville monitor. This monitoring station is located approximately 3 km (1.6 miles) from I-95 (a major highway with an ADT count of 100,000 in 2008) and 500 m (0.3 mile) from US Route 1 (a local route that carries an ADT of 21,000). In addition, the HU-Beltsville monitor is separated from Route 1 by a forested area. There are two $PM_{2.5}$ monitors at this location: one for continuous $PM_{2.5}$ monitoring and one for speciation purposes.

(4) $PM_{2.5}$ concentrations were collected near the McMillan Reservoir as part of the District of Columbia Department of Environment (DDOE) monitoring program. This monitor, which is intended for measuring the effects of vehicular emissions, is located 10.8 km (6.7 miles) from I-95, less than 300 m (0.2 mile) from Rhode Island Avenue, and approximately 800 m (0.5 mile) from Georgia Avenue in Washington, DC. Continuous and speciation $PM_{2.5}$ monitoring is conducted at this location.

The relative locations of all three monitoring sites are presented on Figure 2. All three monitoring locations including the study location are at about the same elevation above the sea level, which is around 170 feet.

## Data Collected

The program collected 29,647 hr (1234 days) of continuous $PM_{2.5}$ concentrations and 204 daily samples of data for speciation analysis. The data recovery rate for the continuous



**Figure 2.** Monitoring site location relative to the comparison monitoring sites.

**Table 1.** Concentrations ($\mu g/m^3$) by year

| Parameter | 2009* | 2010 | 2011 | 2012 |
|---|---|---|---|---|
| Maximum 24-hr concentration | 39.9 | 40.3 | 41.4 | 41.0 |
| 98% concentration | 27.9 | 36.6 | 33.0 | 31.7 |
| Number of days >35 $\mu g/m^3$ | 2 | 7 | 4 | 2 |
| Number of daily observations | 229 | 337 | 364 | 304 |

*Notes:* *Monitoring program started on May 13, 2009.

monitoring was 93%. $PM_{2.5}$ hourly concentrations collected by the E-BAM monitor were processed to determine daily (24-hr) average concentrations. The highest hourly monitored concentration for the entire period was 255 $\mu g/m^3$. Table 1 presents the highest collected daily concentrations and the number of concentrations exceeding 35 $\mu g/m^3$ in each calendar year. On 15 days during the monitored period, the measured concentration exceeded the level of 35 $\mu g/m^3$, the level of the 24-hr National Ambient Air Quality Standard (NAAQS) for $PM_{2.5}$. However, this standard is set in the statistical form with design value comparable to the 3-yr average of the 98th percentile of the yearly 24-hr daily $PM_{2.5}$ concentrations. In the course of the monitoring program, the 98th percentile daily concentrations in each year except 2010 did not exceed 35 $\mu g/m^3$. The 98th percentile average for the three calendar years in the monitoring period was 32.3 $\mu g/m^3$, which is below the 24-hr NAAQS. The estimated annual $PM_{2.5}$ concentration for the three full years was 13.0 $\mu g/m^3$, below the current $PM_{2.5}$ annual NAAQS of 15 $\mu g/m^3$, but above the recently adapted stricter annual $PM_{2.5}$ standard of 12 $\mu g/m^3$, which is planned to come in effect in 2015.

The tendency of the 24-hr total concentrations from the Super SASS monitor corresponded well with the tendency of the continuous monitoring concentrations collected with the E-BAM monitor, as illustrated on Figure 3 for the first quarter of 2012.

00193539

*Ginzburg et al. / Journal of the Air & Waste Management Association 65 (2015) 1062–1071*    1065



**Figure 3.** Daily PM$_{2.5}$ concentrations in the first quarter of 2012 (E-BAM and Super SASS at SHA site and continuous monitors at HU-Beltsville and McMillan sites).

The samples collected by Super SASS were sent to the RTI laboratory for chemical speciation and gravimetric analysis (Homolya and Rice, 1999). In addition, the quartz filter samples were combined by month, extracted, and analyzed for semivolatile organic compounds by the Organic Analysis Laboratory at the DRI. Using the resulting speciation data, the DRI performed source apportionment analyses using the Chemical Mass Balance (CMB-8) program to determine, based on chemical composition, whether sources of the collected particulate matter can be identified.

The speciation analyses for each month were summarized, and the summary for the period (Figure 4) indicated that the

major elements of the collected PM$_{2.5}$ material were organic carbon (36%), sulfates (23%), nitrates (9%), elemental carbon (8%), and ammonium (9%).

The meteorological parameters were observed on an hourly basis, including wind speed and direction, ambient temperature, and relative humidity. A total of 39,376 hr were observed from May 13, 2009, through December 31, 2012, for the ambient temperature and humidity. The wind observations counted 30,444 hr for the same period.

Wind speed and direction are presented on Figure 5. The strongest wind was 13.0 m/sec (29.1 miles per hour). One of reasons for the monitoring site selection was its location east of the Capital Beltway, downwind of the highway during prevailing westerly winds; however, since this region is in the path of low-pressure systems, wind directions change frequently. Prevailing winds from the southwest (that blow towards the monitoring site from I-95) were generally stronger than the winds in the direction away from the monitoring site (from east-northeast).

During the 29,647 monitoring hours, there were 1738 hr with precipitation. Half of the time the precipitation was not significant (with intensity lower than 0.04 inch per hour). No significant deterioration in the monitored PM$_{2.5}$ concentrations during the hours of precipitation was detected mostly because of low intensity of precipitation in bulk of the precipitation hours.

Volumes, speeds, and vehicle classification data were collected for the north- and southbound directions of the I-95 road section adjacent to the monitoring site. These traffic data are composed of information collected by NAVTEQ (Navigation Technology) traffic collection, (NAVTEQ, 2014) from May 13 through December 5, 2009, and by an ATR (Automatic Traffic Recorder; Maryland State Highway Administration, 2014) from December 6, 2009, through the end of the monitoring period. The NAVTEQ data contained only four vehicle classes



**Figure 4.** Speciation results—major monitored elements.



**Figure 5.** Speed and direction observed at the SHA monitoring site (2009–2012).

and from these classes, the 13 classes that the ATR collects were projected using the historic data at this location. A set of correction factors were developed to convert the four classes of NAVTEQ traffic volume data into 13 classes of loop detector traffic volume data for each vehicle class for each day of the week on an hour-by-hour basis. In the last 2 months of 2012, the sensors for axle-based classification failed and were not repaired due to impending road resurfacing. The speeds and volumes by three length-based classes as opposed to 13 FHWA classes were collected for November–December 2012. Classification data were restored based on the length-based classes and historic data collected during the program.

The relevant results of the traffic data collected on I-95 are as follows:

(1) Average annual daily traffic (AADT) volumes were approximately 205,291 vehicles.
(2) Average vehicular speeds were 59–63 mph.
(3) The maximum daily volume was 248,836 vehicles.
(4) The peak hourly traffic volume was 16,454 vehicles.
(5) Night traffic was lighter than the daytime traffic.
(6) Heavy-duty vehicles constituted up to 6% of the daily traffic.

The nighttime total volumes are lower, but the heavy-duty trucks (HDTs) volume and percentage of HDTs in the total traffic volume are higher. Heavy-duty vehicles constituted around 13% of the nighttime traffic, with a maximum of from 22% to 33%.

## Data Analysis

The collected data were analyzed to determine whether and to what degree the $PM_{2.5}$ concentrations were affected by the traffic emissions. The hourly data for the days exceeding 35 $\mu g/m^3$ was plotted (see Figures 6 and 7) against the hourly traffic (total volume and HDTs) to see if there is a connection. The peak hourly concentrations that brought the 24-hr average above the reference level do not correspond to high traffic (or HDT) volumes as shown at Figures 6 and 7. Wind directions during peak hours were away from the monitoring site, otherwise the monitors would have register higher concentration during these hours. However, as shown below, wind directions do not have a high correspondence with the monitored concentrations at the SHA site.



**Figure 6.** Hourly $PM_{2.5}$ concentrations and traffic volumes.



**Figure 7.** Hourly $PM_{2.5}$ concentrations and HDT traffic volumes.

## Comparison of monitored $PM_{2.5}$ concentrations with Maryland Department of the Environment and District of Columbia Department of Environment sites

Hourly $PM_{2.5}$ concentrations at MDE's Howard University–Beltsville and DDOE's McMillan Reservoir monitors measured concurrently with the monitoring period of this study were compared with the data collected at the SHA monitor. Average and maximum 24-hr $PM_{2.5}$ concentrations at each of these monitors are provided in Table 2. The average hourly and daily concentrations at the SHA site were higher than at either the Howard University–Beltsville or McMillan Reservoir monitors. The standard deviation of concentrations monitored at the SHA station was also greater than at the other two locations.

### $PM_{2.5}$ concentrations and meteorological data

The 2009–2012 monitoring period data were roughly divided into two seasons: summer (May–September) and winter (October–December). Average hourly concentrations were plotted against average hourly ambient temperatures for these two seasons (Figures 8 and 9).

As shown, there appears to be an inverse relationship between concentrations and temperatures. The monitored data show that $PM_{2.5}$ concentrations are lower during the daytime (i.e., when traffic volumes are higher) than during the nighttime

**Table 2.** 24-Hour $PM_{2.5}$ concentrations ($\mu g/m^3$) measured at continuous monitors

| Parameter | SHA Monitor | Howard University– Beltsville | McMillan Reservoir |
|---|---|---|---|
| Average | 13.0 | 11.6 | 10.3 |
| Standard deviation | 7.5 | 5.5 | 5.9 |
| Maximum 24-hr concentration | 41.4 | 39.6 | 41.5 |
| Minimum 24-hr concentration | 0.0 | 0.7 | −0.3 |
| Number of hourly observations | 29,647 | 28,445 | 27,748 |

00193541





**Figure 8.** Diurnal variation of the ambient air temperature and monitored PM$_{2.5}$ concentrations during the summer season.



**Figure 9.** Diurnal variation of the ambient air temperature and monitored PM$_{2.5}$ concentrations during the winter season.

(when ambient air temperatures and traffic volumes are lower). Black carbon concentrations were also lower during the day in another study in Raleigh, North Carolina (Baldauf et al., 2008). Concentration variation is also greater in the summer season when temperature variations are also greater.

Atmospheric buoyancy could be a factor affecting pollutant concentrations during daytime and nighttime periods. Daytime turbulence increases mixing and dispersion and decreases PM$_{2.5}$ concentrations. In the nighttime, more stable atmospheric conditions diminish dispersion and cause higher PM$_{2.5}$ concentrations. Wind speeds associated with turbulence and atmospheric stability could be another factor associated with pollutant concentrations under daytime and nighttime periods.

No significant correlation of measured concentrations with wind direction was found, perhaps due to the distance from the roadway traffic to the monitor location. Correlation with wind speed from all directions was tested along with the correlation with only westerly winds (i.e., from the roadway to the monitor). Some correlation with the wind speed was found when only winds blowing directly from the roadway towards the monitor (i.e., 247.5°–292.5°) were considered. Concentrations were found to decrease with the increase in the wind speeds. This was a result of the increase in the atmospheric turbulence. Similar results were obtained in earlier studies.

### PM$_{2.5}$ concentrations and traffic data

Monitored PM$_{2.5}$ concentrations were compared with traffic volumes collected along a section of the Capital Beltway near



**Figure 10.** Average hourly traffic volumes and monitored PM$_{2.5}$ concentrations.

the monitoring site. The local roads around the site have very low AADT, which was not taken into account. Figures 10 and 11 present average hourly concentrations and average hourly traffic volumes. The traffic volumes presented are either total volumes (i.e., in both directions) or HDT volumes (in both directions).

Based on vehicle registration data (both national and for Prince George's County, Maryland), it was assumed that at least two-thirds of the HDT fleet on the Capital Beltway was diesel-fueled, and that emissions from these vehicles would contribute to nearby PM$_{2.5}$ concentrations. However, the data show an inverse variation between HDT traffic volumes and PM$_{2.5}$ concentrations at the SHA monitor—lower concentrations were recorded during periods with higher total truck volumes. This could be the effect of the daytime turbulence: the high HDT volumes are higher during the daytime when turbulence is also high.

To determine if there is a correlation between local traffic-related emissions and PM$_{2.5}$ concentrations at the monitoring site, analyses were conducted using only hours, firstly, when the wind was blowing from the roadway towards the monitor and, secondly, when HDT percentage in the traffic mix was higher (at nighttime hours). Additionally, the analysis examined the sensitivity of the monitored concentrations to the travel speeds. The analyses were conducted separately for each season to explore the impact of the season variation.



**Figure 11.** Average hourly heavy-duty vehicle volumes and monitored PM$_{2.5}$ concentrations.

00193542

*Ginzburg et al. / Journal of the Air & Waste Management Association 65 (2015) 1062–1071*

No significant correlation between the traffic-flow characteristics and monitored concentrations were found. An additional analysis of hourly concentrations for days with recorded $PM_{2.5}$ levels greater than the 35 $\mu g/m^3$ 24-hr NAAQS did not reveal any direct relationship between traffic volumes and monitored concentrations.

## Comparison of speciation results

Comparison of compounds in the collected $PM_{2.5}$ samples reveal that elemental carbon is higher at the SHA site than at the McMillan or HU-Beltsville sites (see Figure 12). Elemental (or black) and organic carbon are products of the incomplete combustion of fossil fuels or biofuels. According to the review of national inventories of elemental and organic carbon emissions, the prevalent source of black carbon is on-road diesel combustion (Chow et al., 2010). The gasoline-fueled engines exhaust elemental carbon (EC) primarily in cold temperatures before the engine has warmed up and generally in small amounts compared with diesel-fueled engines. As there are few (if any) cold engines traveling on the Capital Beltway near the SHA site, the higher levels of EC at the SHA site is therefore an indicator of higher impacts of emissions from diesel traffic, since this is the only continuous major source of EC in the vicinity of the monitor that operates on a continuous basis.

Organic carbon (OC) is generated from various types of combustion (residential heating, cooking, agricultural burning, forest fires, as well as on/off-road fuel combustion). It also results from photochemical reactions with the vehicle exhaust gases ($NO_x$ and VOCs) in the atmosphere and decomposition of biological material (e.g., plant detritus and food wastes). Since the OC levels are similar at the McMillan Reservoir and HU-Beltsville site, the OC concentrations measured at these sites are likely to be of regional origin—generated by traffic in the region, other regional sources, and/or by secondary formation in the atmosphere.

A crustal matter comparison also shows slightly higher levels at the SHA site, which may indicate the presence of a major roadway in the vicinity. Part of this crustal matter could be resuspended road dust.

Nitrate, sulfate, and ammonium are secondary aerosols produced by photochemical reaction of combustion products. The dominant source of ammonium sulfate in the United States is

sulfur dioxide ($SO_2$) from coal-fired power plants, whereas ammonium nitrate results from conversion of nitrogen oxides, which are produced by all combustion sources.

The "other" pollutants on Figure 12 are composed of the compounds that are not connected with nearby roadway traffic emissions.

## Apportionment of the $PM_{2.5}$ mass concentrations at the SHA site

To attribute the compounds found on the sampling filters to emission sources, the samples collected during the monitoring period were analyzed for gravimetric mass, OC and elemental carbon (EC), nitrate, sulfate, several cations such as ammonium, sodium, and potassium, and trace elements by X-ray fluorescence spectroscopy. Additionally, individual quartz filters collected in a month were combined and extracted with a solvent. The solvent extracts were analyzed for over 100 organic compounds, including polycyclic aromatic hydrocarbons, hopanes, steranes, and alkanes, using a gas chromatograph–mass spectrometer. Monthly average ambient concentrations of all analytes were calculated, and 45 of the most chemically stable and consistently detected analytes were selected for use in source apportionment.

Apportionments were estimated using version 8 of the Chemical Mass Balance (CMB-8) receptor model (Fujita et al., 2007, pp. 721–740; EPA, 2004). The CMB-8 program finds the linear sum of products of source profile abundances and source contributions that best match the observed chemical composition of samples collected at a receptor site. The results provide an estimate of the amount of each measured parameter in individual ambient samples that was contributed by each source type represented by a profile, along with calculated uncertainty for the estimates. Since CMB-8 quantifies contributions from chemically distinct source types, rather than emissions from individual sources, emissions with similar chemical composition cannot be distinguished from each other and chemical species that are created or transformed during transport may not be correctly apportioned.

Source profiles were selected to represent major on-road source types: light-duty gasoline powered vehicle exhaust, heavy-duty diesel vehicle exhaust, brake wear, and tire wear. The vehicle exhaust profiles were composites of multiple measurements of cooled and diluted vehicle exhaust collected during the National Renewable Energy Laboratory, Department of Energy (NREL/DOE) Gas/Diesel PM Split project in Riverside, California (Fujita et al., 2007). Several composite profiles were used for both the gasoline and diesel source categories, to represent different fleet mixes and driving patterns. These profiles do not represent current diesel vehicle emissions control technology, which began to be implemented in trucks manufactured after 2006. Although this may contribute some additional uncertainty to the apportionment of EC and nitrate, the EPA's MOVES2014 emission model estimates that in 2010 more than 80% of heavy-duty trucks were pre-2007 model year (EPA, 2014). The composite profiles for brake wear and tire wear were created at University of California Riverside's CE-CERT (College of Engineering



**Figure 12.** Comparison of species distribution between SHA, McMillan, and HU-Beltsville sites.

00193543

**Table 3.** Annual source apportionment of $PM_{2.5}$ mass concentrations

| Year | $PM_{2.5}$ Concentration ($\mu g/m^3$) | Gasoline Exhaust | Diesel Exhaust | Tire and Brake Wear | Ammonium Sulfate | Ammonium Nitrate | Crustal Matter (Unidentified) | Other Unidentified Source (Not Directly from Vehicles) | Total On-Road |
|---|---|---|---|---|---|---|---|---|---|
| 2009 | 10,619 | 0.6 ± 1.3% | 9.5 ± 1.5% | 2.4 ± 0.1% | 33.4 ± 1.1% | 7.9 ± 0.2% | 1.4% | 45% | 12.5% |
| 2010 | 10,613 | 1.3 ± 1.6% | 13.0 ± 2.3% | 2.2 ± 0.1% | 36.9 ± 1.5% | 20.1 ± 0.8% | 2% | 24% | 17% |
| 2011 | 9712 | 1.5 ± 1.0% | 9.0 ± 4.4% | 2.1 ± 0.1% | 31.4 ± 2.3% | 13.3 ± 1.3% | 1% | 41% | 13% |
| 2012 | 9936 | 0.9 ± 0.6% | 9.0 ± 1.0% | 2.2 ± 0.1% | 27.9 ± 0.8% | 14.4 ± 0.4% | 2% | 44.% | 12% |

*Notes*: $PM_{2.5}$ source apportionment results for ICC site for 2009–2012 monitoring years are from DRI.

Center for Environmental Research & Technology) laboratory using specially designed simulators (Fitz et al., 2003). Source profiles for biogenic sources such as forest fires, residential wood burning, vegetative decay, and cooking were not included, since identification of these sources typically relies on polar organic species, which were not part of the ambient data set. Based on prior experience, it is not expected that biogenic sources would be substantial contributors to the average composition of roadside ambient aerosol at this site, which is near a major highway in an area cleared of vegetation and surrounded by residential and light industrial land use (see Figure 1).

The results of the apportionment indicated that, on an annual basis, approximately 12.5–17% of the sampled aerosol mass came from on-road sources (see Table 3 and Figures 13, 14, 15, and 16), which was a combination of gasoline and diesel exhausts and brake and tire wear. The crustal material percentage indicated in the table is based on the measured amounts of major soil elements (Al, Si, Fe, etc.) adjusted to their common oxide forms, since no local soil profile was available. The individual monthly total direct roadway contributions varied from 7% to 20% depending on the season—slightly lower in the summer (7–16%) because of larger contributions from organic aerosols. A portion of the ammonium



**Figure 14.** $PM_{2.5}$ apportionments at SHA site in 2010 by month.



**Figure 15.** $PM_{2.5}$ apportionments at SHA site in 2011 by month.

nitrate and ammonium sulfate compounds found in the sampled $PM_{2.5}$ matter could also be attributed to on-road sources, but are more likely to be of regional origin. These compounds are present in large proportions in the air over the Northeast United States, and since they are secondary aerosol components produced by atmospheric chemical reactions, it is impossible to separate regional impacts from that of local traffic impacts using the CMB receptor model.



**Figure 13.** $PM_{2.5}$ apportionments at SHA site in 2009 by month.



**Figure 16.** PM$_{2.5}$ apportionments at SHA site in 2012 by month.

In addition, an AERMOD modeling study was conducted to compare the modeled and monitored impacts of the roadway traffic emissions. The study utilized an average hourly traffic data collected at the SHA ATR station and the Baltimore-Washington International (BWI) Airport meteorological data. The results of the analysis indicated that the highest contribution of the road emissions at the monitoring site would constitute approximately 12% of the highest measured concentration at the site. This is in agreement with the apportionment results.

## Conclusion

The SHA monitoring program was set to research into the influence of the traffic emissions on the PM$_{2.5}$ concentrations close to the major roadways. The program utilized two PM$_{2.5}$ monitors, the E-BAM and the Super SASS, located about 150 m (500 feet) from the Capital Beltway (I-95/I-495). The first unit was used for continuous monitoring and the second for speciation monitoring. Additional data collected included on-site meteorological observations, traffic information on Capital Beltway about 150 m away from the monitoring site, and continuous and speciation PM$_{2.5}$ data at the HU-Beltsville and McMillan Reservoir sites selected for comparison. A total of 29,647 hr (1234 days) of continuous PM$_{2.5}$ concentrations and 204 daily samples of speciation monitoring were collected during the 3½ yr of observations at the SHA monitoring site.

The analysis of continuous concentrations at the SHA site found no exceedances of the current 24-hr or then current annual PM$_{2.5}$ NAAQS. The 24-hr concentration comparable to the standard is 32.3 μg/m$^3$ and the annual design concentration is 13.0 μg/m$^3$.

Comparison with the PM$_{2.5}$ concentrations collected at HU-Beltsville and McMillan Reservoir sites showed that concentrations at the SHA site were consistently higher. The EC concentrations (a surrogate for diesel particulate matter) were also consistently higher at the SHA site. This difference would point to the singular major emission source near the SHA site —the Capital Beltway traffic. However, no direct correlation with traffic volumes (general or HDT) or speeds was found in

the collected data. This result could indicate that impacts of traffic emissions are not immediately noticeable at the distance of 150 m (500 feet) from the roadway. The apportionment analysis revealed that about 12.5–17% (the average of 14.2%) of particulate material collected at the site could be attributed to the roadway sources. This result is supported by the results of the AERMOD modeling conducted for the site.

## Acknowledgment

The program would not be possible without the vigilance and uninterrupted attention from our field engineers, Megan Berg and Nick Campanella from the URS construction services at the Intercounty Connector Project. The authors express their appreciation to Jeff Nichol, James O'Rourke, and other laboratory staff at RTI International for training and laboratory analyses.

## References

Baldauf, R., D. Heist, V. Isakov, S. Perry, G.S.W. Hagler, S. Kimbrough, R. Shores, K. Black, and L. Brixey. 2012. Air quality variability near a highway in a complex urban environment. *Atmos. Environ.* 64:169–178. doi:10.1016/j.atmosenv.2012.09.054

Baldauf, R., E. Thoma, M. Hays, R. Shores, J. Kinsey, B. Gullett, S. Kimbrough, V. Isakov, T. Long, R. Snow, A. Khlystov, J. Weinstein, F.L. Chen, R. Seilaf, D. Olson, I. Gilmour, S.H. Cho, N. Watkins, P. Rowley, and J. Bang. 2008. Traffic and meteorological impacts on near-road air quality: Summary of methods and trends from the Raleigh near-road study. *J. Air Waste Manage. Assoc.* 58:865–878. doi:10.3155/1047-3289.58.7.865

Baldauf, R., N. Watkins, D. Heist, C. Bailey, P. Rowley, and R. Shores. 2009. Near-road air quality monitoring: Factors affecting network design and interpretation of data. *Air Qual. Atmos. Health* 2:1–9. doi:10.1007/s11869-009-0028-0

Black, K., V. Martinez, M. Gaber, R. Baldauf, E. Thoma, and D.L. Costa. 2009. Study design to evaluate mobile source emissions in the near-road environment. *EM* 2009(January):26–29.

Chow, J., J.G. Watson, D.H. Lowenthal, L.A. Chen, and N. Motallebi. 2010. Black and organic carbon emission inventories: Review and application to California. *J. Air Waste Manage. Assoc.* 60:497–507. doi:10.3155/1047-3289.60.4.497

Fitz, D.R., J.M. Chow, and B. Zielinska. 2003. Development of a Gas and Particulate Matter Organic Speciation Profile Data Base. Final report prepared for San Joaquin Valleywide Air Pollution Study Agency, Sacramento, CA: California Air Resources Board.

Fujita, E.M., D.E. Campbell, W.P. Arnott, J.C. Chow, and B. Zielinska. 2007. Evaluations of the chemical mass balance method for determining contributions of gasoline and diesel exhaust to ambient carbonaceous aerosols. *J. Air Waste Manage. Assoc.* 57:721–740. doi:10.3155/1047-3289.57.6.721

Fujita, E.M., D.E. Campbell, B. Zielinska, W.P. Arnott, and J.C. Chow. 2011. *Concentrations of Air Toxics in Motor Vehicle-Dominated Microenvironments.* Research Report 156. Boston, MA: Health Effects Institute.

Fujita, E.M., B. Zielinska, D.E. Campbell, W.P. Amott, J. Sagebiel, L. Reinhart, J.C. Chow, N. P.A. Gabele, W. Crews, R. Snow, N. Clark, S. Wayne, and D.R. Lawson. 2007. Variations in speciated emissions from spark-ignition and compression ignition motor vehicles in the California's South Coast air basin. *J. Air Waste Manage. Assoc.* 57:705–720. doi:10.3155/1047-3289.57.6.705

Ginzburg, H., G. Schattanek, D. Lowes-Hobson, D. Gill, S. Tarantino, and A. Kasprak. 2012. Nitrogen oxides (NO$_x$) near road monitoring program as part of the operating certification renewal of the central artery/tunnel project in Boston, Massachusetts. Paper presented at the 105th Air and Waste

00193545

Management Association Annual Conference and Exhibition 2012, ACE, San Antonio, Texas, June 19–22, 2012.

Health Effects Institute Panel on the Health Effects of Traffic-Related Air Pollution. 2010. *Traffic-Related Air Pollution: A Critical Review of the Literature on Emissions, Exposure, and Health Effects*. Special Report 17. Boston, MA: Health Effects Institute.

Homolya, J., and J. Rice. 1999. *Particulate Matter (PM$_{2.5}$) Speciation Guidance, Final Draft, Edition 1*. Research Triangle Park, NC: U.S. Environmental Protection Agency.

Karner, A.A., D.S. Eisinger, and D.A. Niemeier. 2010. Near roadway air quality: Synthesizing the findings from real-world data. *Environ. Sci. Technol.* 44:5334–5344. doi:10.1021/es100008x

Kimbrough, S., R.C. Shores, and D.A. Whitaker. 2011. U.S. Environmental Protection Agency/Federal Highway Administration near road collaboration project: National near-road MSAT study. Paper presented at the Transportation Planning, Land Use, and Air Quality Conference, Transportation Research Board, San Antonio, Texas, May 9–11, 2011.

Maryland State Highway Administration. 2014. Internet Traffic Monitoring System (I-TMS). http://shagbhisdadt.mdot.state.md.us/ITMS_Public/default.aspx (accessed 2009–2012).

Met One Instruments, Inc. 2014a. E-BAM, a portable real time beta gauge traceable to USEPA requirements for automated PM$_{2.5}$ and PM$_{10}$ measurement. http://www.metone.com/documents/E-BAM_Datasheet_Rev_Aug09.pdf (accessed November 2008).

Met One Instruments, Inc. 2014b. SASS/Super SASS speciation sampler to USEPA speciation requirements. http://www.metone.com/documents/SASS0301Particulate.pdf (accessed November 2008).

Muruganandam, B.S, and S.M.S. Nagendra. 2011. Characterizing temporal variations of roadside PM$_{10}$ and PM$_{2.5}$ mass concentration. Paper presented at the Transportation Research Board's 2011 Transportation Planning, Land Use and Air Quality Conference, San Antonio, Texas, May 9–11, 2011.

NAVTEQ (Navigation Technology). 2014. Intelligent Transportation Infrastructure program. http://here.com/traffic (formerly www.Traffic.com) (accessed May–December 2009).

Polidori, A., and P.M. Fine. 2012. *Ambient Concentrations of Criteria and Air Toxic Pollutants in Close Proximity to a Freeway with Heavy-Duty Diesel Traffic*. California: South Coast Air Quality Management District.

Rowangould, G.M. 2013. A census of the US near-roadway population: Public health and environmental justice considerations. *Transport. Res. D Transport Environ.* 25:59–67. doi:10.1016/j.trd.2013.08.003

Schattanek, G., H. Ginzburg, and J. Faeth. 2012. Air monitoring study to evaluate pollution effects of subway construction in New York City. In *Proceedings of the 105th Air & Waste Management Association Annual Conference and Exhibition 2012, ACE, San Antonio, Texas, June 19–22, 2012*. San Antonio, TX: Air & Waste Management Association.

Thoma, E., R.C. Shores, V. Isakov, and R.W. Baldauf. 2008. Characterization of near-road pollutant gradients using path-integrated optical remote sensing. *J. Air Waste Manage. Assoc.* 58:879–890. doi:10.3155/1047-3289.58.7.879

U.S. Environmental Protection Agency. 1998. 40 CFR part 58, Appendix E—Probe and Monitoring Path Siting Criteria for Ambient Air Quality Monitoring. http://www.gpo.gov/fdsys/granule/CFR-1998-title40-vol5/CFR-1998-title40-vol5-part58-appE/content-detail.html (accessed 2009).

U.S. Environmental Protection Agency. 1999. 40 CFR part 50, Revisions to Reference Methods for the Determination of Fine Particulate Matter as PM$_{2.5}$ in the Atmosphere. http://www.epa.gov/ttnamti1/files/cfr/met1.pdf (accessed 2009)

U.S. Environmental Protection Agency. 2004. EPA-CMB8.2 Users Manual. EPA-452/R-04-011. http://www.epa.gov/scram001/models/receptor/EPA-CMB82Manual.pdf (accessed 2009).

U.S. Environmental Protection Agency. 2006. 40 CFR parts 53 and 58, Revised Requirements for Designation of Reference and Equivalent Methods for PM$_{2.5}$ and Ambient Surveillance for Particulate Matter; Final Rule. http://www.gpo.gov/fdsys/pkg/FR-2006-10-17/pdf/06-8478.pdf (accessed 2009).

U.S. Environmental Protection Agency. 2011. 40 CFR part 50, Appendix L—Reference Method for the Determination of Fine Particulate Matter as PM$_{2.5}$ in the Atmosphere. http://www.gpo.gov/fdsys/granule/CFR-2011-title40-vol2/CFR-2011-title40-vol2-part50-appL/content-detail.html (accessed 2009).

U.S. Environmental Protection Agency. 2011. 40 CFR part 50, Appendix N—Interpretation of the National Ambient Air Quality Standards for PM$_{2.5}$. http://www.gpo.gov/fdsys/granule/CFR-2011-title40-vol2/CFR-2011-title40-vol2-part50-appN (accessed 2009).

U.S. Environmental Protection Agency. 2012. The National Ambient Air Quality Standards: Overview of the EPA's Revisions to the Air Quality Standards for Particulate Pollution (Particulate Matter). http://www.epa.gov/pm/2012/decfsoverview.pdf (accessed December 2012).

U.S. Environmental Protection Agency. 2014. Tools for MOVES. http://www.epa.gov/otaq/models/moves/tools.htm#fleet-2014 (accessed 2014).

Watson, J.G., J.C. Chow, L.W. Chen, D.H. Lowenthal, E.M. Fujita, H.D. Kuhns, D.A. Sodeman, D.E. Campbell, H. Moosmüller, D. Zhu, and N. Motallebi. 2011. Particulate emission factors for mobile fossil fuel and biomass combustion sources. *Sci. Total Environ.* 409:2384–96. doi:10.1016/j.scitotenv.2011.02.041

Westerdahl, D., S. Fruin, T. Sax, P.M. Fine, and C. Sioutas. 2005. Mobile platform measurements of ultrafine particles and associated pollutant concentrations on freeways and residential streets in Los Angeles. *Atmos. Environ.* 39:3597–3610. doi:10.1016/j.atmosenv.2005.02.034

Yoon, S.J. 2003. Measuring vehicle volumes and monitoring and modeling of PM$_{2.5}$ concentrations in a travel center associated with a major urban interstate and interchange. In *Proceedings of the Air & Waste Management Conference, San Diego, CA; June 22–26, 2003*. San Antonio, TX: Air & Waste Management Association.

Zhou, Y., and J.I. Levy. 2007. Factors influencing the spatial extent of mobile source air pollution impacts: A meta-analysis. *BMC Public Health.* 7:89. doi:10.1186/1471-2458-7-89

Zhu, Y., W.C. Hinds, S. Kim, S. Shen, and C. Sioutas. 2002. Study of ultrafine particles near a major highway with heavy-duty diesel traffic. *Atmos. Environ.* 36:4323–4335. doi:10.1016/S1352-2310(02)00354-0

# About the Authors

**Helen Ginzburg** is an air quality scientist and a principal professional associate and **Xiaobo Liu** is an environmental engineer at Parsons Brinckerhoff in New York.

**Michael Baker** is an environmental construction manager for URS Corporation on the Intercounty Connector Project in Maryland.

**Robert Shreeve** is a deputy director at the Office of Environmental Design and Office of the Intercounty Connector at Maryland State Highway Administration in Baltimore.

**R.K.M. Jayanty** is a distinguished fellow at RTI International, Research Triangle Park, North Carolina.

**David Campbell** is an associate research scientist in the Division of Atmospheric Sciences and **Barbara Zielinska** is a research professor at the Desert Research Institute in Reno, NV.

00193546