

EPA/600/R-19/188 | December 2019 | www.epa.gov/isa

# Integrated Science Assessment for Particulate Matter



Office of Research and Development
Center for Public Health & Environmental Assessment, Research Triangle Park, NC

00196360


United States
Environmental Protection
Agency

EPA/600/R-19/188
December 2019
www.epa.gov/isa

# Integrated Science Assessment
# for
# Particulate Matter

December 2019

Center for Public Health and Environmental Assessment
Office of Research and Development
U.S. Environmental Protection Agency
Research Triangle Park, NC

00196361

# DISCLAIMER

This document has been reviewed in accordance with the U.S. Environmental Protection Agency policy and approved for publication. Mention of trade names or commercial products does not constitute endorsement or recommendation for use.

00196362

# CONTENTS

**INTEGRATED SCIENCE ASSESSMENT TEAM FOR PARTICULATE MATTER** ___ **LXVI**

**AUTHORS, CONTRIBUTORS, AND REVIEWERS** _____ **LXX**

**ACRONYMNS AND ABBREVIATIONS** _____ **LXXVII**

**PREFACE** _____ **P-1**

P.1.  Legislative Requirements for the Review of the National Ambient Air Quality Standards_____ P-1
    P.1.1.  Overview and History of the Reviews of the Primary and Secondary National Ambient
           Air Quality Standard for Particulate Matter_____ P-3
P.2.  Purpose and Overview of the Integrated Science Assessment _____ P-9
P.3.  Process for Developing Integrated Science Assessments _____ P-11
    P.3.1.  Scope of the ISA _____ P-14
    P.3.2.  Evaluation of the Evidence_____ P-17
        P.3.2.1.  Biological Plausibility_____ P-17
        P.3.2.2.  Comparing Epidemiologic Study Results _____ P-19
        P.3.2.3.  Assessing Causality _____ P-20
P.4.  References _____ P-21

**EXECUTIVE SUMMARY**_____ **ES-1**

Purpose and Scope of the Integrated Science Assessment _____ ES-1
Sources and Exposure to PM _____ ES-5
Dosimetry of Inhaled PM _____ ES-7
Health and Welfare Effects of PM Exposure _____ ES-8
Health Effects of $PM_{2.5}$ Exposure _____ ES-12
    Respiratory Effects_____ ES-12
    Cardiovascular Effects _____ ES-13
    Nervous System Effects_____ ES-15
    Cancer _____ ES-15
    Mortality _____ ES-16
Policy-Relevant Considerations for Health Effects Associated with Particulate Matter Exposure ___ ES-17
PM Exposure and Welfare Effects_____ ES-20
Scientific Considerations and Key Findings of the Health and Welfare Effects Evidence _____ ES-21
    Health Effects Evidence: Key Findings _____ ES-22
    Welfare Effects Evidence: Key Findings _____ ES-24
References _____ ES-25

**CHAPTER 1     INTEGRATED SYNTHESIS**_____ **1-1**

1.1  Introduction_____ 1-1
    1.1.1  Purpose _____ 1-1
    1.1.2  Organization of the ISA _____ 1-2
1.2  From Emissions Sources to Exposure to PM _____ 1-3
    1.2.1  Emission Sources and Distribution of Ambient Concentrations _____ 1-4
        1.2.1.1  Sources and Emissions of PM _____ 1-5
        1.2.1.2  Atmospheric Processes and PM Formation _____ 1-7
        1.2.1.3  Monitoring and Modeling of PM _____ 1-8
        1.2.1.4  National PM Concentrations _____ 1-9

00196363

1.2.1.5    Spatial and Temporal Variability in PM Concentrations _____ 1-10
1.2.1.6    Summary _____ 1-12
1.2.2    Assessment of Human Exposure _____ 1-13
1.3    Dosimetry of PM _____ 1-17
1.4    Evaluation of the Health Effects of PM _____ 1-19
1.4.1    Health Effects of PM$_{2.5}$ _____ 1-21
1.4.1.1    Respiratory Effects _____ 1-21
1.4.1.1.1    Respiratory Effects Associated with Short-Term PM$_{2.5}$ Exposure _____ 1-21
1.4.1.1.2    Respiratory Effects Associated with Long-Term PM$_{2.5}$ Exposure _____ 1-22
1.4.1.2    Cardiovascular Effects _____ 1-24
1.4.1.2.1    Cardiovascular Effects Associated with Short-Term PM$_{2.5}$ Exposure _____ 1-24
1.4.1.2.2    Cardiovascular Effects Associated with Long-Term PM$_{2.5}$ Exposure _____ 1-25
1.4.1.3    Nervous System Effects _____ 1-27
1.4.1.3.1    Nervous System Effects Associated with Long-Term PM$_{2.5}$ Exposure _____ 1-27
1.4.1.4    Cancer _____ 1-29
1.4.1.4.1    Cancer Associated with Long-Term PM$_{2.5}$ Exposure _____ 1-29
1.4.1.5    Mortality _____ 1-30
1.4.1.5.1    Mortality Associated with Short-Term PM$_{2.5}$ Exposure _____ 1-30
1.4.1.5.2    Mortality Associated with Long-Term PM$_{2.5}$ Exposure _____ 1-31
1.4.2    Health Effects of PM$_{10-2.5}$ _____ 1-41
1.4.3    Health Effects of UFPs _____ 1-41
1.5    Policy-Relevant Considerations _____ 1-42
1.5.1    Potential Copollutant Confounding _____ 1-43
1.5.1.1    Short-Term PM$_{2.5}$ Exposure _____ 1-43
1.5.1.2    Long-Term PM$_{2.5}$ Exposure _____ 1-45
1.5.2    Timing of Effects _____ 1-46
1.5.2.1    Averaging Time _____ 1-46
1.5.2.2    Lag Structure of Associations _____ 1-47
1.5.3    Concentration-Response Relationship _____ 1-48
1.5.3.1    Short-Term Exposure _____ 1-48
1.5.3.2    Long-Term Exposure _____ 1-49
1.5.4    PM Components and Sources _____ 1-50
1.5.4.1    Respiratory Effects _____ 1-51
1.5.4.2    Cardiovascular Effects _____ 1-51
1.5.4.3    Mortality _____ 1-52
1.5.5    Populations and Lifestages at Potentially Increased Risk of a PM-Related Health
Effect _____ 1-53
1.6    Welfare Effects of PM _____ 1-56
1.6.1    Visibility Impairment _____ 1-56
1.6.2    Climate Effects _____ 1-57
1.6.3    Materials Effects _____ 1-57
1.7    Summary of Causality Determinations for Health and Welfare Effects _____ 1-59
1.7.1    Health Effects Evidence: Key Findings _____ 1-61
1.7.1.1    *Causal* and *Likely to be Causal Relationship* _____ 1-61
1.7.1.1.1    Epidemiologic Evidence _____ 1-61
1.7.1.1.2    Experimental Evidence _____ 1-62
1.7.1.1.3    Policy-Relevant Considerations _____ 1-62
1.7.1.2    *Suggestive of, but not Sufficient to Infer, a Causal Relationship* _____ 1-63
1.7.1.2.1    Epidemiologic Evidence _____ 1-63

iv

|  | 1.7.1.2.2 | Experimental Evidence | 1-64 |
| 1.7.1.3 | | *Inadequate to Infer the Presence or Absence of a Causal Relationship* | 1-64 |
|  | 1.7.1.3.1 | Epidemiologic Evidence | 1-64 |
|  | 1.7.1.3.2 | Experimental Evidence | 1-65 |
| 1.7.2 | Welfare Effects Evidence: Key Findings | | 1-65 |
| 1.7.3 | Comparison of Causality Determinations from 2009 PM ISA and Current PM ISA | | 1-66 |
| 1.8 | References | | 1-70 |

**CHAPTER 2    SOURCES, ATMOSPHERIC CHEMISTRY, AND AMBIENT CONCENTRATIONS** — 2-1

| 2.1 | Summary Overview | | 2-1 |
| 2.2 | Atmospheric Size Distributions | | 2-2 |
| 2.3 | Primary Sources and Atmospheric Formation | | 2-5 |
| 2.3.1 | Primary $PM_{2.5}$ Emissions | | 2-7 |
|  | 2.3.1.1 | National-Scale Emissions | 2-7 |
|  | 2.3.1.2 | Urban-Scale Emissions | 2-9 |
| 2.3.2 | Secondary $PM_{2.5}$ Formation | | 2-12 |
|  | 2.3.2.1 | Precursor Emissions | 2-13 |
|  | 2.3.2.2 | Secondary Inorganic Aerosols | 2-15 |
|  | 2.3.2.3 | Secondary Organic Aerosols | 2-17 |
| 2.3.3 | Primary $PM_{10-2.5}$ Emissions | | 2-19 |
| 2.3.4 | Ultrafine Particles | | 2-20 |
|  | 2.3.4.1 | Primary Sources | 2-24 |
|  | 2.3.4.2 | New Particle Formation | 2-25 |
| 2.4 | Measurement, Monitoring, and Modeling | | 2-26 |
| 2.4.1 | $PM_{2.5}$ and $PM_{10}$ | | 2-26 |
| 2.4.2 | $PM_{10-2.5}$ | | 2-27 |
| 2.4.3 | Ultrafine Particles: Number, Surface Area, Mass | | 2-29 |
|  | 2.4.3.1 | Particle Number and Number Distribution | 2-29 |
|  | 2.4.3.2 | Surface Area | 2-32 |
|  | 2.4.3.3 | Mass | 2-33 |
| 2.4.4 | Chemical Components | | 2-35 |
| 2.4.5 | Satellite Remote Sensing | | 2-35 |
| 2.4.6 | Monitoring Networks | | 2-38 |
| 2.4.7 | Chemical Transport Models | | 2-41 |
| 2.5 | Ambient Concentrations | | 2-44 |
| 2.5.1 | Spatial Distribution | | 2-44 |
|  | 2.5.1.1 | Variability Across the U.S. | 2-44 |
|  | 2.5.1.1.1 | $PM_{2.5}$ | 2-44 |
|  | 2.5.1.1.2 | $PM_{10}$ | 2-48 |
|  | 2.5.1.1.3 | $PM_{10-2.5}$ | 2-51 |
|  | 2.5.1.1.4 | $PM_{2.5}:PM_{10}$ | 2-54 |
|  | 2.5.1.1.5 | Ultrafine Particles | 2-56 |
|  | 2.5.1.1.6 | $PM_{2.5}$ Components | 2-59 |
|  | 2.5.1.1.7 | $PM_{10-2.5}$ Components | 2-62 |
|  | 2.5.1.1.8 | Ultrafine Particle Components | 2-63 |
|  | 2.5.1.1.9 | Reactive Oxygen Species | 2-64 |
|  | 2.5.1.2 | Urban and Neighborhood-Scale Variability | 2-65 |
|  | 2.5.1.2.1 | $PM_{2.5}$ | 2-65 |

00196365

2.5.1.2.2     $PM_{10}$ _____ 2-66

2.5.1.2.3     $PM_{10-2.5}$ _____ 2-66

2.5.1.2.4     Ultrafine Particles _____ 2-67

2.5.1.2.5     Chemical Components _____ 2-68

2.5.2     Temporal Variability _____ 2-69

2.5.2.1     Regional Trends _____ 2-69

2.5.2.1.1     $PM_{2.5}$ _____ 2-69

2.5.2.1.2     $PM_{10}$ _____ 2-72

2.5.2.1.3     $PM_{10-2.5}$ _____ 2-74

2.5.2.1.4     Ultrafine Particles _____ 2-75

2.5.2.1.5     Chemical Components _____ 2-75

2.5.2.2     Seasonal Variations _____ 2-79

2.5.2.2.1     $PM_{2.5}$ _____ 2-79

2.5.2.2.2     $PM_{10-2.5}$ _____ 2-80

2.5.2.2.3     Ultrafine Particles _____ 2-83

2.5.2.2.4     Particulate Matter (PM) Components _____ 2-83

2.5.2.3     Hourly and Weekday-Weekend Variability _____ 2-85

2.5.3     Common Patterns of Particulate Matter Characteristics in the U.S. _____ 2-86

2.5.4     Background Particulate Matter _____ 2-90

2.5.4.1     Natural Background _____ 2-91

2.5.4.2     Intercontinental Transport _____ 2-92

2.6     Summary _____ 2-94

2.7     References _____ 2-97

CHAPTER 3     EXPOSURE TO AMBIENT PARTICULATE MATTER _____ 3-1

3.1     Introduction _____ 3-1

3.2     Conceptual Overview of Human Exposure _____ 3-2

3.2.1     Exposure Terminology _____ 3-2

3.2.2     Conceptual Model of Total Personal Exposure _____ 3-5

3.2.3     Exposure Considerations Specific to Particulate Matter _____ 3-7

3.3     Methodological Considerations for Use of Exposure Data and Models _____ 3-8

3.3.1     Surface Measurement _____ 3-10

3.3.1.1     Ambient Monitoring _____ 3-11

3.3.1.2     Personal Monitoring _____ 3-11

3.3.2     Modeling _____ 3-15

3.3.2.1     Data Averaging _____ 3-17

3.3.2.2     Spatial Interpolation Methods _____ 3-19

3.3.2.3     Land Use Regression and Spatiotemporal Modeling _____ 3-20

3.3.2.3.1     Land Use Regression _____ 3-21

3.3.2.3.2     Spatiotemporal Modeling _____ 3-24

3.3.2.4     Mechanistic Models _____ 3-25

3.3.2.4.1     Chemical Transport Model Applications for Exposure Estimation _____ 3-25

3.3.2.4.2     Dispersion Modeling Applications for Exposure Estimation _____ 3-28

3.3.2.4.3     Hybrid Approaches_____ 3-31

3.3.3     Satellite-Based Methods for Exposure Estimation _____ 3-35

3.3.4     Microenvironmental Exposure Modeling _____ 3-40

3.3.5     Exposure Assignment Methods in Epidemiologic Studies _____ 3-42

00196366

3.4    Exposure Assessment and Interpretation of Epidemiologic Study Results _____ 3-53
    3.4.1    Relationships Influencing Exposure _____ 3-53
        3.4.1.1    Air Exchange Rate and Infiltration _____ 3-53
        3.4.1.2    Indoor-Outdoor Concentration Relationships _____ 3-57
        3.4.1.3    Personal-Ambient Concentration Relationships _____ 3-61
    3.4.2    Factors Contributing to Error in Estimating Exposure to Particulate Matter _____ 3-65
        3.4.2.1    Time-Activity Patterns _____ 3-66
        3.4.2.2    Spatial Variability in Concentrations _____ 3-71
        3.4.2.3    Instrument Accuracy and Precision _____ 3-74
        3.4.2.4    Model Accuracy and Precision _____ 3-75
    3.4.3    Costressor Relationships _____ 3-77
        3.4.3.1    Temporal Relationships among Ambient Particulate Matter and Copollutant Exposures _____ 3-78
        3.4.3.2    Spatial Relationships among Ambient Particulate Matter and Copollutant Exposures _____ 3-88
        3.4.3.3    Personal and Indoor Relationships between Particular Matter and Copollutant Exposures _____ 3-88
        3.4.3.4    Traffic-Related Noise _____ 3-93
    3.4.4    Particulate Matter Composition and Exposure Assessment _____ 3-94
        3.4.4.1    Composition _____ 3-95
        3.4.4.2    Reactive Oxygen Species_____ 3-103
    3.4.5    Influence of Exposure Errors on Results from Epidemiologic Studies of Different Designs _____ 3-106
        3.4.5.1    Short-Term Exposure Studies_____ 3-107
            3.4.5.1.1    Time-Series Studies_____ 3-107
            3.4.5.1.2    Panel Studies_____ 3-111
        3.4.5.2    Long-Term Exposure Cohort Studies _____ 3-112
3.5    Summary _____ 3-118
3.6    References _____ 3-122

CHAPTER 4    DOSIMETRY OF PARTICULATE MATTER _____ 4-1
4.1    Introduction_____ 4-1
    4.1.1    Size Characterization of Inhaled Particles _____ 4-3
    4.1.2    Structure and Function of the Respiratory Tract_____ 4-4
        4.1.2.1    Anatomy _____ 4-4
        4.1.2.2    Breathing Rates _____ 4-6
        4.1.2.3    Epithelial Lining Fluid _____ 4-8
    4.1.3    Route of Breathing _____ 4-10
    4.1.4    Ventilation Distribution _____ 4-12
    4.1.5    Particle Inhalability _____ 4-13
    4.1.6    Thoracic and Respirable Particles _____ 4-14
    4.1.7    Dose and Dose Metrics _____ 4-19
4.2    Particle Deposition _____ 4-21
    4.2.1    Mechanisms of Deposition _____ 4-22
    4.2.2    Deposition Patterns _____ 4-24
        4.2.2.1    Total Respiratory Tract Deposition _____ 4-26
        4.2.2.2    Extrathoracic Region_____ 4-27
        4.2.2.3    Tracheobronchial and Alveolar Region_____ 4-33
        4.2.2.4    Sites of Localized Deposition _____ 4-33
    4.2.3    Interspecies Patterns of Deposition _____ 4-34
    4.2.4    Factors Modulating Deposition _____ 4-36
        4.2.4.1    Physical Activity _____ 4-36

00196367

| 4.2.4.2 | Age | 4-39 |
| 4.2.4.3 | Sex | 4-41 |
| 4.2.4.4 | Body Mass Index | 4-41 |
| 4.2.4.5 | Anatomical Variability | 4-42 |
| 4.2.4.6 | Ventilation Distribution | 4-43 |
| 4.2.4.7 | Respiratory Tract Disease | 4-44 |
| 4.2.4.8 | Particle Hygroscopicity | 4-46 |
| 4.2.5 | Summary | 4-48 |
| 4.3 | Particle Clearance | 4-49 |
| 4.3.1 | Clearance Mechanisms | 4-50 |
| 4.3.1.1 | Extrathoracic Region | 4-50 |
| 4.3.1.2 | Tracheobronchial Region | 4-50 |
| 4.3.1.3 | Alveolar Region | 4-52 |
| 4.3.2 | Interspecies Clearance and Retention | 4-54 |
| 4.3.3 | Particle Translocation | 4-55 |
| 4.3.3.1 | Olfactory Delivery | 4-56 |
| 4.3.3.2 | Pulmonary Delivery | 4-60 |
| 4.3.3.2.1 | Membrane Translocation | 4-60 |
| 4.3.3.2.2 | Extrapulmonary Distribution | 4-61 |
| 4.3.3.3 | Transplacental Barrier Transport | 4-66 |
| 4.3.4 | Factors Modulating Particle Clearance | 4-67 |
| 4.3.4.1 | Age | 4-67 |
| 4.3.4.2 | Sex | 4-68 |
| 4.3.4.3 | Respiratory Tract Disease | 4-68 |
| 4.3.4.4 | Particle Overload | 4-70 |
| 4.3.5 | Summary | 4-70 |
| 4.4 | References | 4-72 |

**CHAPTER 5     RESPIRATORY EFFECTS     5-1**

| 5.1 | Short-Term PM$_{2.5}$ Exposure and Respiratory Effects | 5-1 |
| 5.1.1 | Biological Plausibility | 5-3 |
| 5.1.1.1 | Injury, Inflammation, and Oxidative Stress | 5-4 |
| 5.1.1.2 | Activation of Sensory Nerves | 5-6 |
| 5.1.1.3 | Summary | 5-7 |
| 5.1.2 | Asthma Exacerbation | 5-7 |
| 5.1.2.1 | Hospital Admissions and Emergency Department (ED) Visits | 5-8 |
| 5.1.2.1.1 | Hospital Admissions | 5-19 |
| 5.1.2.1.2 | Emergency Department (ED) Visits | 5-20 |
| 5.1.2.1.3 | Summary of Asthma Hospital Admissions and Emergency Department (ED) Visits | 5-21 |
| 5.1.2.2 | Respiratory Symptoms and Asthma Medication Use in Populations with Asthma | 5-22 |
| 5.1.2.2.1 | Children | 5-22 |
| 5.1.2.2.2 | Adults | 5-27 |
| 5.1.2.3 | Lung Function Changes in Populations with Asthma | 5-28 |
| 5.1.2.3.1 | Children | 5-28 |
| 5.1.2.3.2 | Adults | 5-33 |
| 5.1.2.3.3 | Controlled Human Exposure Studies | 5-34 |
| 5.1.2.3.4 | Animal Toxicological Studies | 5-35 |

00196368

5.1.2.3.5    Summary of Lung Function in Populations with Asthma _____ 5-35
5.1.2.4    Subclinical Effects Underlying Asthma Exacerbation _____ 5-35
5.1.2.4.1    Children _____ 5-35
5.1.2.4.2    Adults _____ 5-42
5.1.2.4.3    Controlled Human Exposure Studies _____ 5-43
5.1.2.4.4    Animal Toxicological Studies _____ 5-43
5.1.2.4.5    Summary of Subclinical Effects Underlying Asthma Exacerbation_____ 5-46
5.1.2.5    Summary of Asthma Exacerbations _____ 5-46
5.1.3    Allergy Exacerbation _____ 5-47
5.1.4    Chronic Obstructive Pulmonary Disease (COPD) Exacerbation _____ 5-48
5.1.4.1    Hospital Admissions and Emergency Department (ED) Visits _____ 5-49
5.1.4.1.1    Hospital Admissions_____ 5-55
5.1.4.1.2    Emergency Department (ED) Visits _____ 5-56
5.1.4.1.3    Summary of Chronic Obstructive Pulmonary Disease (COPD) Hospital Admissions and Emergency Department (ED) Visits _____ 5-56
5.1.4.2    Respiratory Symptoms and Medication Use _____ 5-57
5.1.4.3    Lung Function Changes in Adults with Chronic Obstructive Pulmonary Disease (COPD) _____ 5-61
5.1.4.3.1    Epidemiologic Studies _____ 5-61
5.1.4.3.2    Controlled Human Exposure Studies _____ 5-61
5.1.4.4    Subclinical Effects Underlying Exacerbation of Chronic Obstructive Pulmonary Disease (COPD) _____ 5-61
5.1.4.4.1    Epidemiologic Studies _____ 5-61
5.1.4.4.2    Controlled Human Exposure Studies _____ 5-62
5.1.4.4.3    Animal Toxicological Studies _____ 5-62
5.1.4.5    Summary of Exacerbation of Chronic Obstructive Pulmonary Disease (COPD)__ 5-63
5.1.5    Respiratory Infection _____ 5-63
5.1.5.1    Hospital Admissions and Emergency Department (ED) Visits _____ 5-64
5.1.5.1.1    Hospital Admissions_____ 5-71
5.1.5.1.2    Emergency Department (ED) Visits _____ 5-72
5.1.5.2    Outpatient and Physician Visit Studies _____ 5-73
5.1.5.3    Subclinical Effects Underlying Respiratory Infection_____ 5-73
5.1.5.4    Summary of Respiratory Infection_____ 5-73
5.1.6    Combinations of Respiratory-Related Hospital Admissions and Emergency Department (ED) Visits _____ 5-74
5.1.6.1    Hospital Admissions _____ 5-83
5.1.6.2    Emergency Department (ED) Visits _____ 5-84
5.1.6.3    Summary of Respiratory-Related Hospital Admissions and Emergency Department (ED) Visits _____ 5-85
5.1.7    Respiratory Effects in Healthy Populations _____ 5-86
5.1.7.1    Epidemiologic Studies _____ 5-86
5.1.7.1.1    Respiratory Symptoms_____ 5-87
5.1.7.1.2    Lung Function Changes _____ 5-87
5.1.7.1.3    Subclinical Effects _____ 5-88
5.1.7.2    Controlled Human Exposure Studies _____ 5-93
5.1.7.3    Animal Toxicological Studies _____ 5-94
5.1.7.3.1    Lung Function _____ 5-94
5.1.7.3.2    Respiratory Tract Injury _____ 5-99

00196369

5.1.7.3.3     Respiratory Tract Oxidative Stress _____ 5-99

5.1.7.3.4     Respiratory Tract Inflammation _____ 5-100

5.1.7.3.5     Morphology _____ 5-102

5.1.7.3.6     Allergic Sensitization _____ 5-102

5.1.7.3.7     Pathways Related to Otitis Media _____ 5-103

5.1.7.4     Summary of Respiratory Effects in Healthy Populations _____ 5-103

5.1.8     Respiratory Effects in Populations with Cardiovascular Disease _____ 5-104

5.1.9     Respiratory Mortality _____ 5-106

5.1.10     Policy-Relevant Considerations _____ 5-107

5.1.10.1     Examination of Potential Copollutant Confounding _____ 5-108

5.1.10.1.1     $PM_{2.5}$ within the Multipollutant Mixture _____ 5-113

5.1.10.2     Model Specification _____ 5-116

5.1.10.3     Lag Structure _____ 5-118

5.1.10.4     The Role of Season and Temperature on $PM_{2.5}$ Associations _____ 5-123

5.1.10.4.1     Season _____ 5-123

5.1.10.4.2     Temperature _____ 5-127

5.1.10.5     Averaging Time of $PM_{2.5}$ Concentrations _____ 5-128

5.1.10.6     Concentration-Response Relationship and Threshold Analyses _____ 5-130

5.1.11     Short-term exposure to $PM_{2.5}$ Components and Sources and Respiratory Effects _____ 5-137

5.1.11.1     Elemental and Black Carbon _____ 5-139

5.1.11.2     Organic Carbon _____ 5-142

5.1.11.3     Secondary $PM_{2.5}$—Sulfate, Nitrate, Ammonium _____ 5-143

5.1.11.4     Metals _____ 5-144

5.1.11.5     Other $PM_{2.5}$ components _____ 5-146

5.1.11.6     Sources of $PM_{2.5}$ _____ 5-146

5.1.11.7     Summary _____ 5-148

5.1.12     Summary and Causality Determination _____ 5-148

5.2     Long-Term $PM_{2.5}$ Exposure and Respiratory Effects _____ 5-155

5.2.1     Biological Plausibility _____ 5-156

5.2.2     Lung Function and Development _____ 5-159

5.2.2.1     Lung Development _____ 5-160

5.2.2.1.1     Epidemiologic Studies _____ 5-160

5.2.2.1.2     Animal Toxicological Studies _____ 5-166

5.2.2.2     Lung Function _____ 5-167

5.2.2.2.1     Children _____ 5-167

5.2.2.2.2     Adults _____ 5-174

5.2.2.3     Summary of Lung Function and Development _____ 5-176

5.2.3     Development of Asthma _____ 5-176

5.2.3.1     Asthma in Children _____ 5-177

5.2.3.1.1     Copollutant Confounding _____ 5-182

5.2.3.1.2     Concentration-Response Relationship _____ 5-183

5.2.3.2     Asthma in Adults _____ 5-184

5.2.3.3     Subclinical Effects Underlying Development of Asthma _____ 5-188

5.2.3.3.1     Epidemiologic Studies _____ 5-188

5.2.3.3.2     Animal Toxicological Study _____ 5-188

5.2.4     Development of Allergic Disease _____ 5-189

5.2.5     Development of Chronic Obstructive Pulmonary Disease (COPD) _____ 5-191

5.2.6     Respiratory Infection _____ 5-193

00196370

5.2.7     Severity of Respiratory Disease _____ 5-195
    5.2.7.1     Epidemiologic Studies _____ 5-196
    5.2.7.2     Animal Toxicological Study _____ 5-196
5.2.8     Subclinical Effects in Healthy Populations _____ 5-197
    5.2.8.1     Respiratory Tract Oxidative Stress _____ 5-199
    5.2.8.2     Respiratory Tract Inflammation _____ 5-200
    5.2.8.3     Morphological Effects _____ 5-201
    5.2.8.4     Summary of Subclinical Effects in Healthy Populations _____ 5-201
5.2.9     Subclinical Effects in Populations with Cardiovascular Disease _____ 5-202
5.2.10   Respiratory Mortality _____ 5-204
    5.2.10.1     Potential Copollutant Confounding of the $PM_{2.5}$-Mortality Relationship _____ 5-206
5.2.11   Respiratory Effects and Declining $PM_{2.5}$ Concentrations _____ 5-208
    5.2.11.1     Bronchitis _____ 5-208
    5.2.11.2     Pulmonary Function _____ 5-209
    5.2.11.3     Summary _____ 5-210
5.2.12   Associations between Long-Term Exposure to $PM_{2.5}$ Components and Sources and Respiratory Effects _____ 5-211
    5.2.12.1     Elemental Carbon, Black Carbon, and Organic Carbon _____ 5-213
    5.2.12.2     Metals _____ 5-214
    5.2.12.3     Oxidative Potential _____ 5-214
    5.2.12.4     Summary _____ 5-215
5.2.13   Summary and Causality Determination _____ 5-215
5.3   Short-Term $PM_{10-2.5}$ Exposure and Respiratory Effects _____ 5-220
5.3.1     Biological Plausibility _____ 5-221
    5.3.1.1     Injury, Inflammation, and Oxidative Stress _____ 5-222
    5.3.1.2     Activation of Sensory Nerves _____ 5-223
    5.3.1.3     Summary _____ 5-224
5.3.2     Asthma Exacerbation _____ 5-224
    5.3.2.1     Hospital Admissions and Emergency Department (ED) Visits _____ 5-225
        5.3.2.1.1     Concentration-Response Relationship _____ 5-231
    5.3.2.2     Respiratory Symptoms and Medication Use _____ 5-232
    5.3.2.3     Lung Function _____ 5-233
    5.3.2.4     Subclinical Effects Underlying Asthma Exacerbation _____ 5-234
        5.3.2.4.1     Epidemiologic Studies _____ 5-234
        5.3.2.4.2     Controlled Human Exposure Studies _____ 5-235
        5.3.2.4.3     Animal Toxicological Studies _____ 5-236
    5.3.2.5     Summary of Asthma Exacerbation _____ 5-236
5.3.3     Chronic Obstructive Pulmonary Disease (COPD) Exacerbation _____ 5-237
    5.3.3.1     Hospital Admissions and Emergency Department (ED) Visits _____ 5-242
        5.3.3.1.1     Hospital Admissions _____ 5-242
        5.3.3.1.2     Emergency Department (ED) Visits _____ 5-242
    5.3.3.2     Other Epidemiologic Studies _____ 5-243
    5.3.3.3     Summary of Exacerbation of Chronic Obstructive Pulmonary Disease (COPD)_ 5-243
5.3.4     Respiratory Infection _____ 5-243
    5.3.4.1     Hospital Admissions and Emergency Department (ED) Visits _____ 5-244
    5.3.4.2     Outpatient and Physician Visit Studies _____ 5-248
    5.3.4.3     Summary of Respiratory Infection _____ 5-248
5.3.5     Combinations of Respiratory-Related Hospital Admissions and Emergency Department (ED) Visits _____ 5-249
5.3.6     Respiratory Effects in Healthy Populations _____ 5-257
    5.3.6.1     Epidemiologic Studies_____ 5-258

00196371

        5.3.6.2    Controlled Human Exposure_____ 5-259
        5.3.6.3    Animal Toxicological Studies _____ 5-259
        5.3.6.4    Summary of Respiratory Effects in Healthy Populations_____ 5-260
    5.3.7    Respiratory Mortality _____ 5-261
        5.3.7.1    Characterizing the $PM_{10-2.5}$-Respiratory Mortality Relationship _____ 5-261
            5.3.7.1.1    Copollutant Confounding _____ 5-262
            5.3.7.1.2    Lag Structure of Associations_____ 5-264
            5.3.7.1.3    Effect Modification _____ 5-265
    5.3.8    Summary and Causality Determination _____ 5-266
5.4    Long-Term $PM_{10-2.5}$ Exposure and Respiratory Effects _____ 5-270
    5.4.1    Biological Plausibility _____ 5-270
    5.4.2    Lung Function and Development _____ 5-272
    5.4.3    Development of Asthma _____ 5-273
    5.4.4    Development of Allergic Disease _____ 5-274
    5.4.5    Respiratory Infection _____ 5-274
    5.4.6    Severity of Asthma _____ 5-275
    5.4.7    Subclinical Effects in Healthy Populations _____ 5-275
    5.4.8    Respiratory Mortality _____ 5-276
    5.4.9    Summary and Causality Determination _____ 5-276
5.5    Short-Term UFP Exposure and Respiratory Effects_____ 5-279
    5.5.1    Biological Plausibility _____ 5-279
        5.5.1.1    Injury, Inflammation, and Oxidative Stress _____ 5-281
        5.5.1.2    Activation of Sensory Nerves _____ 5-282
        5.5.1.3    Summary _____ 5-282
    5.5.2    Asthma Exacerbation _____ 5-283
        5.5.2.1    Epidemiologic Studies_____ 5-283
        5.5.2.2    Controlled Human Exposure_____ 5-287
        5.5.2.3    Animal Toxicological Studies _____ 5-287
    5.5.3    Chronic Obstructive Pulmonary Disease (COPD) Exacerbation _____ 5-288
    5.5.4    Respiratory Infection _____ 5-291
    5.5.5    Combinations of Respiratory-Related Hospital Admissions and Emergency
             Department (ED) Visits _____ 5-294
    5.5.6    Respiratory Effects in Healthy Populations _____ 5-297
        5.5.6.1    Lung Function _____ 5-297
            5.5.6.1.1    Epidemiologic Studies _____ 5-297
            5.5.6.1.2    Controlled Human Exposure Studies _____ 5-299
            5.5.6.1.3    Animal Toxicological Studies _____ 5-299
        5.5.6.2    Summary of Respiratory Effects in Healthy Populations_____ 5-301
    5.5.7    Respiratory Effects in Populations with Cardiovascular Disease _____ 5-301
    5.5.8    Respiratory Mortality _____ 5-302
    5.5.9    Summary and Causality Determination _____ 5-302
5.6    Long-Term UFP Exposure and Respiratory Effects _____ 5-305
    5.6.1    Biological Plausibility _____ 5-305
    5.6.2    Development of Asthma _____ 5-308
    5.6.3    Subclinical Effects in Healthy Populations and Populations with Cardiovascular
             Disease _____ 5-309
    5.6.4    Respiratory Mortality _____ 5-311
    5.6.5    Summary and Causality Determination _____ 5-311
5.7    References _____ 5-313

00196372

**CHAPTER 6    CARDIOVASCULAR EFFECTS** _____ 6-1

6.1   Short-Term PM$_{2.5}$ Exposure and Cardiovascular Effects _____ 6-1
    6.1.1   Biological Plausibility _____ 6-3
    6.1.2   Ischemic Heart Disease and Myocardial Infarction _____ 6-7
        6.1.2.1   Emergency Department (ED) Visits and Hospital Admissions _____ 6-7
            6.1.2.1.1   Acute Myocardial Infarction (MI) and Angina Pectoris _____ 6-12
        6.1.2.2   Epidemiologic Studies of ST Segment Depression_____ 6-14
    6.1.3   Heart Failure and Impaired Heart Function _____ 6-16
        6.1.3.1   Emergency Department (ED) Visits and Hospital Admissions _____ 6-16
        6.1.3.2   Controlled Human Exposure Studies of Impaired Heart Function_____ 6-21
        6.1.3.3   Toxicological Studies of Impaired Heart Function_____ 6-21
    6.1.4   Ventricular Depolarization, Repolarization, and Arrhythmia _____ 6-22
        6.1.4.1   Emergency Department (ED) Visits and Hospital Admissions for Arrhythmia
                  and Out-of-Hospital Cardiac Arrest_____ 6-23
            6.1.4.1.1   Arrhythmias _____ 6-23
            6.1.4.1.2   Out-of-Hospital Cardiac Arrest _____ 6-27
        6.1.4.2   Epidemiologic Studies of Arrhythmia and Conduction Abnormalities _____ 6-30
            6.1.4.2.1   Conduction Abnormalities _____ 6-36
        6.1.4.3   Controlled Human Exposure Studies for Arrhythmia and Conduction
                  Abnormalities _____ 6-38
        6.1.4.4   Toxicological Studies for Arrhythmia and Conduction Abnormalities _____ 6-40
    6.1.5   Cerebrovascular Disease and Stroke_____ 6-41
        6.1.5.1   Emergency Department (ED) Visits and Hospital Admissions _____ 6-42
            6.1.5.1.1   Emergency Department (ED) Visits and Hospital Admissions Visits for Stroke
                      Subtypes _____ 6-46
    6.1.6   Blood Pressure and Hypertension _____ 6-47
        6.1.6.1   Emergency Department (ED) Visits and Hospital Admissions _____ 6-48
        6.1.6.2   Epidemiologic Studies of Changes in Blood Pressure (BP) _____ 6-51
        6.1.6.3   Controlled Human Exposure Studies of Changes in Blood Pressure (BP) _____ 6-57
        6.1.6.4   Toxicological Studies of Changes in Blood Pressure (BP) _____ 6-59
            6.1.6.4.1   Renin-Angiotensin System _____ 6-60
    6.1.7   Venous Thromboembolism Disease and Pulmonary Embolism_____ 6-61
        6.1.7.1   Emergency Department (ED) Visits and Hospital Admissions _____ 6-62
    6.1.8   Combinations of Cardiovascular-Related Emergency Department (ED) Visits and
            Hospital Admissions_____ 6-66
    6.1.9   Cardiovascular Mortality _____ 6-72
    6.1.10  Heart Rate (HR) and Heart Rate Variability (HRV)_____ 6-73
        6.1.10.1   Epidemiologic Studies of Heart Rate (HR) and Heart Rate Variability (HRV) ____ 6-74
        6.1.10.2   Controlled Human Exposure Studies of Heart Rate (HR) and Heart Rate
                   Variability (HRV)_____ 6-80
        6.1.10.3   Toxicological Studies of Heart Rate (HR) and Heart Rate Variability (HRV)_____ 6-83
            6.1.10.3.1   Heart Rate Variability (HRV) _____ 6-83
    6.1.11  Systemic Inflammation, Oxidative Stress, and Blood Lipids_____ 6-85
        6.1.11.1   Epidemiologic Studies of Systemic Inflammation and Oxidative Stress _____ 6-85
        6.1.11.2   Controlled Human Exposure Studies of Short-Term PM$_{2.5}$ Exposure and
                   Systemic Inflammation, Oxidative Stress, and Blood Lipids _____ 6-89
            6.1.11.2.1   Systemic Inflammation _____ 6-89
            6.1.11.2.2   Oxidative Stress_____ 6-90
            6.1.11.2.3   Blood Lipids _____ 6-90

00196373

6.1.11.3   Toxicological Studies of Systemic Inflammation, Oxidative Stress, and Blood Lipids _____ 6-92

    6.1.11.3.1   Systemic Inflammation _____ 6-92

    6.1.11.3.1   Oxidative Stress _____ 6-94

    6.1.11.3.2   Blood Lipids _____ 6-94

6.1.12   Coagulation _____ 6-94

   6.1.12.1   Epidemiologic Studies of Coagulation _____ 6-95

   6.1.12.2   Controlled Human Exposure Studies of Coagulation _____ 6-97

   6.1.12.3   Toxicological Studies of Coagulation and Thrombosis _____ 6-99

6.1.13   Endothelial Dysfunction and Arterial Stiffness _____ 6-100

   6.1.13.1   Epidemiologic Studies of Impaired Vascular Function _____ 6-101

    6.1.13.1.1   Digital Vascular Function _____ 6-101

    6.1.13.1.2   Arterial Stiffness _____ 6-102

    6.1.13.1.3   Biomarkers of Endothelial Injury_____ 6-102

   6.1.13.2   Controlled Human Exposure Studies of Short-Term $PM_{2.5}$ Exposure and Impaired Vascular Function _____ 6-106

    6.1.13.2.1   Arterial Stiffness _____ 6-108

   6.1.13.3   Toxicological Studies of Impaired Vascular Function _____ 6-110

6.1.14   Policy-Relevant Considerations _____ 6-111

   6.1.14.1   Examination of Potential Copollutant Confounding_____ 6-111

    6.1.14.1.1   $PM_{2.5}$ within the Multipollutant Mixture _____ 6-117

   6.1.14.2   The Role of Season and Temperature on $PM_{2.5}$ Associations _____ 6-117

   6.1.14.3   Lag Structure _____ 6-119

6.1.15   Associations between $PM_{2.5}$ Components and Sources and Cardiovascular Effects ___ 6-122

   6.1.15.1   Elemental and Black Carbon _____ 6-124

   6.1.15.2   Organic Carbon _____ 6-126

   6.1.15.3   Secondary $PM_{2.5}$—Sulfate, Nitrate, Ammonium _____ 6-127

   6.1.15.4   Metals _____ 6-127

   6.1.15.5   Other $PM_{2.5}$ components_____ 6-128

   6.1.15.6   Sources of $PM_{2.5}$ _____ 6-128

   6.1.15.7   Associations between $PM_{2.5}$ Components and Sources and Effects in People with Diabetes _____ 6-130

   6.1.15.8   Toxicological Studies of Individual Components and Sources as Part of the Particulate Matter (PM) Mixture _____ 6-131

6.1.16   Summary and Causality Determination _____ 6-136

6.2   Long-Term $PM_{2.5}$ Exposure and Cardiovascular Effects _____ 6-140

  6.2.1   Biological Plausibility _____ 6-142

  6.2.2   Ischemic Heart Disease and Myocardial Infarction _____ 6-145

   6.2.2.1   Epidemiologic Studies _____ 6-146

  6.2.3   Cerebrovascular Disease and Stroke_____ 6-152

   6.2.3.1   Epidemiologic Studies_____ 6-152

    6.2.3.1.1   Subclinical Cerebrovascular Disease_____ 6-158

  6.2.4   Atherosclerosis_____ 6-159

   6.2.4.1   Epidemiologic Studies_____ 6-160

   6.2.4.2   Toxicological Studies of Atherosclerosis_____ 6-164

  6.2.5   Heart Failure and Impaired Heart Function _____ 6-166

   6.2.5.1   Epidemiologic Studies_____ 6-166

   6.2.5.2   Toxicological Studies of Impaired Heart Function_____ 6-170

  6.2.6   Ventricular Depolarization, Repolarization, and Arrhythmia _____ 6-172

   6.2.6.1   Epidemiologic Studies_____ 6-172

  6.2.7   Blood Pressure and Hypertension _____ 6-174

00196374

6.2.7.1    Epidemiologic Studies _____ 6-174
  6.2.7.1.1    Blood Pressure _____ 6-174
  6.2.7.1.2    Hypertension _____ 6-180
  6.2.7.1.3    Gestational Hypertension and Pre-eclampsia _____ 6-182
  6.2.7.1.4    Renal Function _____ 6-182
6.2.7.2    Toxicological Studies of Changes in Blood Pressure (BP) _____ 6-182
  6.2.7.2.1    Renin-Angiotensin System _____ 6-183
6.2.8    Venous Thromboembolism Disease and Pulmonary Embolism _____ 6-184
  6.2.8.1    Epidemiologic Studies _____ 6-185
6.2.9    Combinations of Cardiovascular-Related Outcomes _____ 6-187
6.2.10    Long-Term $PM_{2.5}$ Exposure and Cardiovascular Mortality _____ 6-189
6.2.11    Heart Rate (HR) and Heart Rate Variability (HRV) _____ 6-192
  6.2.11.1    Epidemiologic Studies of Heart Rate Variability (HRV) _____ 6-192
  6.2.11.2    Toxicological Studies of Heart Rate (HR) and Heart Rate Variability (HRV) ____ 6-193
6.2.12    Systemic Inflammation, Oxidative Stress, and Blood Lipids _____ 6-194
  6.2.12.1    Epidemiologic Studies _____ 6-194
    6.2.12.1.1    Systemic Inflammation _____ 6-194
    6.2.12.1.2    Blood Lipids _____ 6-195
  6.2.12.2    Toxicological Studies _____ 6-195
    6.2.12.2.1    Systemic Inflammation _____ 6-196
    6.2.12.2.2    Oxidative Stress _____ 6-196
    6.2.12.2.3    Blood Lipids _____ 6-197
6.2.13    Coagulation _____ 6-198
  6.2.13.1    Epidemiologic Studies _____ 6-198
6.2.14    Impaired Vascular Function and Arterial Stiffness _____ 6-199
  6.2.14.1    Epidemiologic Studies _____ 6-199
  6.2.14.2    Toxicological Studies _____ 6-200
6.2.15    Copollutant Confounding _____ 6-201
6.2.16    Concentration-Response Relationship _____ 6-206
6.2.17    Associations between $PM_{2.5}$ Components and Sources and Cardiovascular Effects ___ 6-214
  6.2.17.1    Toxicological Studies of Individual Components and Sources as Part of a Particulate Matter Mixture _____ 6-217
6.2.18    Summary and Causality Determination _____ 6-219
6.3    Short-Term $PM_{10-2.5}$ Exposure and Cardiovascular Effects _____ 6-224
  6.3.1    Biological Plausibility _____ 6-225
  6.3.2    Ischemic Heart Disease and Myocardial Infarction _____ 6-227
    6.3.2.1    Emergency Department (ED) Visits and Hospital Admissions _____ 6-228
  6.3.3    Heart Failure and Impaired Heart Function _____ 6-229
    6.3.3.1    Emergency Department (ED) Visits and Hospital Admissions _____ 6-229
    6.3.3.2    Toxicological Studies of Impaired Heart Function _____ 6-230
  6.3.4    Ventricular Depolarization, Repolarization, and Arrhythmia _____ 6-230
    6.3.4.1    Emergency Department (ED) Visits and Hospital Admissions for Arrhythmia and Out-of-Hospital Cardiac Arrest _____ 6-231
      6.3.4.1.1    Out-of-Hospital Cardiac Arrest _____ 6-231
    6.3.4.2    Epidemiologic Studies for Arrhythmia and Conduction Abnormalities _____ 6-232
  6.3.5    Cerebrovascular Disease and Stroke _____ 6-232
    6.3.5.1    Emergency Department (ED) Visits and Hospital Admissions _____ 6-232
  6.3.6    Blood Pressure and Hypertension _____ 6-233
    6.3.6.1    Epidemiologic Studies of Changes in Blood Pressure (BP) _____ 6-234
    6.3.6.2    Controlled Human Exposure Studies of Changes in Blood Pressure (BP) _____ 6-234

xv

6.3.6.3    Toxicological Studies of Changes in Blood Pressure (BP) _____ 6-235
6.3.7    Combinations of Cardiovascular-Related Emergency Department (ED) Visits and
Hospital Admissions_____ 6-236
6.3.8    Cardiovascular Mortality_____ 6-239
6.3.8.1    Characterizing the $PM_{10-2.5}$ Cardiovascular Mortality Relationship_____ 6-240
6.3.8.2    Copollutant Confounding _____ 6-240
6.3.8.3    Lag Structure of Associations _____ 6-243
6.3.8.4    Effect Modification _____ 6-244
6.3.8.4.1    Season _____ 6-244
6.3.8.4.2    Temperature_____ 6-245
6.3.9    Heart Rate (HR) and Heart Rate Variability (HRV)_____ 6-245
6.3.9.1    Epidemiologic Studies of Heart Rate (HR) and Heart Rate Variability (HRV) ___ 6-245
6.3.9.2    Controlled Human Exposure Studies of Heart Rate (HR) and Heart Rate
Variability (HRV) _____ 6-245
6.3.10    Systemic Inflammation and Oxidative Stress _____ 6-246
6.3.10.1    Epidemiologic Studies of Systemic Inflammation and Oxidative Stress _____ 6-247
6.3.10.2    Controlled Human Exposure Studies of Systemic Inflammation and Oxidative
Stress _____ 6-247
6.3.11    Coagulation _____ 6-249
6.3.11.1    Epidemiologic Studies of Coagulation _____ 6-250
6.3.11.2    Controlled Human Exposure Studies of Coagulation and Thrombosis _____ 6-250
6.3.12    Endothelial Dysfunction and Arterial Stiffness _____ 6-250
6.3.12.1    Controlled Human Exposure Studies of Impaired Vascular Function _____ 6-251
6.3.13    Summary and Causality Determination _____ 6-252
6.4    Long-Term $PM_{10-2.5}$ Exposure and Cardiovascular Effects _____ 6-256
6.4.1    Biological Plausibility _____ 6-256
6.4.2    Ischemic Heart Disease and Myocardial Infarction _____ 6-258
6.4.3    Heart Failure and Impaired Heart Function _____ 6-262
6.4.3.1    Epidemiologic Studies_____ 6-263
6.4.3.2    Toxicological Studies of Impaired Heart Function_____ 6-264
6.4.4    Cerebrovascular Disease and Stroke_____ 6-265
6.4.5    Atherosclerosis_____ 6-269
6.4.6    Blood Pressure and Hypertension _____ 6-271
6.4.6.1    Epidemiologic Studies_____ 6-271
6.4.6.2    Toxicological Studies of Changes in Blood Pressure (BP) _____ 6-271
6.4.7    Peripheral Vascular Disease (PVD), Venous Thromboembolism, Pulmonary
Embolism_____ 6-272
6.4.8    Cardiovascular Mortality_____ 6-273
6.4.9    Systemic Inflammation and Oxidative Stress _____ 6-275
6.4.9.1    Epidemiologic Studies_____ 6-275
6.4.9.2    Toxicological Studies _____ 6-275
6.4.10    Summary and Causality Determination _____ 6-276
6.5    Short-Term UFP Exposure and Cardiovascular Effects _____ 6-278
6.5.1    Biological Plausibility _____ 6-279
6.5.2    Ischemic Heart Disease and Myocardial infarction _____ 6-282
6.5.2.1    Emergency Department (ED) Visits and Hospital Admissions _____ 6-282
6.5.2.2    Epidemiologic Studies of ST Segment Depression_____ 6-283
6.5.3    Heart Failure and Impaired Heart Function _____ 6-283
6.5.3.1    Emergency Department (ED) Visits and Hospital Admissions _____ 6-283
6.5.3.2    Toxicological Studies of Impaired Heart Function_____ 6-283
6.5.4    Ventricular Depolarization, Repolarization, and Arrhythmia _____ 6-284

00196376

| | | |
|---|---|---|
| 6.5.4.1 | Emergency Department (ED) Visits and Hospital Admissions for Arrhythmia and Out-of-Hospital Cardiac Arrest | 6-284 |
| 6.5.4.2 | Epidemiologic Studies for Arrhythmia and Conduction Abnormalities | 6-285 |
| 6.5.4.3 | Controlled Human Exposure Studies for Arrhythmia and Conduction Abnormalities | 6-286 |
| 6.5.4.4 | Toxicological Studies for Arrhythmia and Conduction Abnormalities | 6-286 |
| 6.5.5 | Cerebrovascular Disease and Stroke | 6-287 |
| 6.5.5.1 | Emergency Department (ED) Visits and Hospital Admissions | 6-287 |
| 6.5.6 | Blood Pressure and Hypertension | 6-288 |
| 6.5.6.1 | Emergency Department (ED) Visits and Hospital Admissions | 6-288 |
| 6.5.6.2 | Epidemiologic Studies of Changes in Blood Pressure (BP) | 6-288 |
| 6.5.6.3 | Controlled Human Exposure Toxicology Studies of Changes in Blood Pressure (BP) | 6-289 |
| 6.5.6.4 | Toxicological Studies of Changes in Blood Pressure (BP) | 6-290 |
| 6.5.7 | Combinations of Cardiovascular-Related Emergency Department (ED) Visits and Hospital Admissions | 6-291 |
| 6.5.8 | Cardiovascular Mortality | 6-292 |
| 6.5.9 | Heart Rate (HR) and Heart Rate Variability (HRV) | 6-293 |
| 6.5.9.1 | Epidemiologic Studies of Heart Rate (HR) and Heart Rate Variability (HRV) | 6-293 |
| 6.5.9.2 | Controlled Human Exposure Studies of Heart Rate (HR) and Heart Rate Variability (HRV) | 6-294 |
| 6.5.9.3 | Toxicological Studies of Heart Rate (HR) and Heart Rate Variability (HRV) | 6-295 |
| 6.5.10 | Systemic Inflammation and Oxidative Stress | 6-296 |
| 6.5.10.1 | Epidemiologic Studies of Systemic Inflammation and Oxidative Stress | 6-296 |
| 6.5.10.2 | Controlled Human Exposure Studies Examining Short-Term UFP Exposure and Systemic Inflammation and Oxidative Stress | 6-297 |
| 6.5.10.3 | Toxicological Studies of Short-Term Ultrafine Particle (UFP) Exposure and Systemic Inflammation and Oxidative Stress | 6-298 |
| 6.5.11 | Coagulation | 6-299 |
| 6.5.11.1 | Epidemiologic Studies | 6-299 |
| 6.5.11.2 | Controlled Human Exposure Studies | 6-300 |
| 6.5.12 | Endothelial Dysfunction and Arterial Stiffness | 6-301 |
| 6.5.12.1 | Epidemiologic Studies | 6-301 |
| 6.5.12.2 | Controlled Human Exposure Studies | 6-302 |
| 6.5.13 | Summary and Causality Determination | 6-303 |
| 6.6 | Long-Term UFP Exposure and Cardiovascular Effects | 6-306 |
| 6.6.1 | Biological Plausibility | 6-306 |
| 6.6.2 | Atherosclerosis | 6-306 |
| 6.6.3 | Heart Failure and Impaired Heart Function | 6-307 |
| 6.6.4 | Blood Pressure and Hypertension | 6-308 |
| 6.6.5 | Systemic Inflammation and Oxidative Stress | 6-308 |
| 6.6.5.1 | Epidemiologic Studies | 6-308 |
| 6.6.5.2 | Toxicological Studies | 6-309 |
| 6.6.6 | Summary and Causality Determination | 6-309 |
| 6.7 | References | 6-311 |

**CHAPTER 7    METABOLIC EFFECTS** — **7-1**

| | | |
|---|---|---|
| 7.1 | Short-Term PM$_{2.5}$ Exposure and Metabolic Effects | 7-1 |
| 7.1.1 | Biological Plausibility | 7-2 |
| 7.1.2 | Glucose and Insulin Homeostasis | 7-4 |
| 7.1.2.1 | Epidemiologic Studies | 7-5 |
| 7.1.2.2 | Toxicological Studies | 7-7 |
| 7.1.2.3 | Summary | 7-9 |

xvii

7.1.3    Other Indicators of Metabolic Function _____ 7-9
    7.1.3.1    Inflammation _____ 7-9
    7.1.3.2    Liver Function _____ 7-10
7.1.4    Summary and Causality Determination _____ 7-11
7.2    Long-Term $PM_{2.5}$ Exposure and Metabolic Effects _____ 7-12
  7.2.1    Biological Plausibility _____ 7-13
  7.2.2    Metabolic Syndrome _____ 7-16
  7.2.3    Glucose and Insulin Homeostasis _____ 7-18
    7.2.3.1    Epidemiologic Studies _____ 7-18
    7.2.3.2    Toxicological Studies _____ 7-24
    7.2.3.3    Summary _____ 7-27
  7.2.4    Type 2 Diabetes Mellitus _____ 7-28
    7.2.4.1    Epidemiologic Studies of Type 2 Diabetes Mellitus _____ 7-28
    7.2.4.2    Summary _____ 7-33
  7.2.5    Other Indicators of Metabolic Function _____ 7-34
    7.2.5.1    Inflammation _____ 7-34
    7.2.5.2    Liver Function _____ 7-39
      7.2.5.2.1    Epidemiologic Studies _____ 7-39
      7.2.5.2.2    Toxicological Studies _____ 7-40
    7.2.5.3    Endocrine Hormones _____ 7-41
    7.2.5.4    Adiposity and Weight Gain _____ 7-41
      7.2.5.4.1    Epidemiologic Studies _____ 7-41
      7.2.5.4.2    Toxicological Studies _____ 7-42
    7.2.5.5    Gestational Diabetes _____ 7-43
  7.2.6    Age of Onset of Type 1 Diabetes _____ 7-43
    7.2.6.1    Epidemiologic Studies _____ 7-43
    7.2.6.2    Toxicological Studies _____ 7-44
    7.2.6.3    Summary _____ 7-44
  7.2.7    Associations between $PM_{2.5}$ Components and Sources and Metabolic Effects _____ 7-44
  7.2.8    Copollutant Confounding _____ 7-45
  7.2.9    Metabolic Disease Mortality _____ 7-46
  7.2.10    Summary and Causality Determination _____ 7-48
7.3    Short-Term $PM_{10-2.5}$ Exposure and Metabolic Effects _____ 7-52
7.4    Long-Term $PM_{10-2.5}$ Exposure and Metabolic Effects _____ 7-53
  7.4.1    Biological Plausibility _____ 7-53
  7.4.2    Type 2 Diabetes Mellitus _____ 7-54
  7.4.3    Summary and Causal Determination _____ 7-56
7.5    Short-Term UFP Exposure and Metabolic Effects _____ 7-58
7.6    Long-Term UFP Exposure and Metabolic Effects _____ 7-58
7.7    References _____ 7-60

CHAPTER 8    NERVOUS SYSTEM EFFECTS _____ 8-1
8.1    Short-Term $PM_{2.5}$ Exposure and Nervous System Effects _____ 8-1
  8.1.1    Biological Plausibility _____ 8-2
    8.1.1.1    Activation of Sensory Nerves and Modulation of the Autonomic Nervous
        System (ANS) _____ 8-4
    8.1.1.2    Inflammation _____ 8-5
    8.1.1.3    Summary of Biological Plausibility _____ 8-6
  8.1.2    Activation of the Sympathetic Nervous System and the
      Hypothalamic-Pituitary-Adrenal (HPA) Stress Axis _____ 8-6
    8.1.2.1    Controlled Human Exposure Study _____ 8-6

00196378

8.1.2.2    Animal Toxicological Studies _____ 8-7
8.1.3    Brain Inflammation and Oxidative Stress _____ 8-9
8.1.3.1    Controlled Human Exposure Study_____ 8-9
8.1.3.2    Animal Toxicological Studies _____ 8-10
8.1.4    Diseases of the Nervous System and Depression _____ 8-12
8.1.5    Components and Sources of PM$_{2.5}$ _____ 8-14
8.1.6    Summary and Causality Determination _____ 8-15
8.2    Long-Term PM$_{2.5}$ Exposure and Nervous System Effects _____ 8-17
8.2.1    Biological Plausibility _____ 8-18
8.2.1.1    Upregulation of the Renin-Angiotensin (RAS) and Activation of the Sympathetic Nervous System (SNS) _____ 8-20
8.2.1.2    Inflammation _____ 8-20
8.2.1.3    Summary of Biological Plausibility _____ 8-21
8.2.2    Activation of the Sympathetic Nervous System and the Hypothalamic-Pituitary-Adrenal (HPA) Stress Axis _____ 8-22
8.2.3    Brain Inflammation and Oxidative Stress _____ 8-23
8.2.4    Morphologic Changes in the Brain _____ 8-27
8.2.4.1    Epidemiologic Studies _____ 8-28
8.2.4.2    Animal Toxicological Studies _____ 8-29
8.2.5    Cognitive and Behavioral Effects _____ 8-30
8.2.5.1    Animal Toxicological Studies _____ 8-31
8.2.5.2    Epidemiologic Studies_____ 8-32
8.2.5.2.1    Anxiety and Depression _____ 8-39
8.2.6    Neurodegenerative Diseases _____ 8-41
8.2.7    Neurodevelopmental Effects _____ 8-45
8.2.7.1    Cognitive and Behavioral Effects _____ 8-49
8.2.7.2    Autism_____ 8-49
8.2.7.2.1    Epidemiologic Studies _____ 8-49
8.2.7.2.2    Animal Toxicological Studies _____ 8-53
8.2.8    Components and Sources of PM$_{2.5}$ _____ 8-54
8.2.9    Summary and Causality Determination _____ 8-57
8.3    Short-Term PM$_{10-2.5}$ Exposure and Nervous System Effects _____ 8-61
8.3.1    Biological Plausibility _____ 8-62
8.3.1.1    Summary of Biological Plausibility _____ 8-64
8.3.2    Activation of the Sympathetic Nervous System and the Hypothalamic-Pituitary-Adrenal (HPA) Stress Axis _____ 8-64
8.3.3    Brain Inflammation and Oxidative Stress _____ 8-65
8.3.4    Summary and Causality Determination _____ 8-66
8.4    Long-Term PM$_{10-2.5}$ Exposure and Nervous System Effects _____ 8-67
8.4.1    Biological Plausibility _____ 8-68
8.4.2    Brain Inflammation and Oxidative Stress _____ 8-69
8.4.3    Cognitive and Behavioral Effects in Adults_____ 8-70
8.4.4    Neurodevelopmental Effects _____ 8-73
8.4.5    Summary and Causality Determination _____ 8-73
8.5    Short-Term UFP Exposure and Nervous System Effects_____ 8-75
8.5.1    Biological Plausibility _____ 8-75
8.5.1.1    Activation of Sensory Nerves and Modulation of the Autonomic Nervous System (ANS)_____ 8-77
8.5.1.2    Inflammation _____ 8-78
8.5.1.3    Summary of Biological Plausibility _____ 8-78
8.5.2    Activation of the Sympathetic Nervous System and the Hypothalamic-Pituitary-Adrenal (HPA) Stress Axis _____ 8-79

00196379

|  | 8.5.2.1 | Controlled Human Exposure Study | 8-79 |
|  | 8.5.2.2 | Animal Toxicological Study | 8-80 |
| 8.5.3 | Brain Inflammation and Oxidative Stress | | 8-80 |
| 8.5.4 | Cognitive and Behavioral Effects | | 8-83 |
|  | 8.5.4.1 | Epidemiologic Studies | 8-83 |
|  | 8.5.4.2 | Animal Toxicological Studies | 8-83 |
| 8.5.5 | Summary and Causality Determination | | 8-84 |
| 8.6 | Long-Term UFP Exposure and Nervous System Effects | | 8-86 |
| 8.6.1 | Biological Plausibility | | 8-86 |
|  | 8.6.1.1 | Inflammation | 8-88 |
|  | 8.6.1.2 | Summary of Biological Plausibility | 8-89 |
| 8.6.2 | Activation of the Sympathetic Nervous System and the Hypothalamic-Pituitary-Adrenal (HPA) Stress Axis | | 8-89 |
| 8.6.3 | Brain Inflammation and Oxidative Stress | | 8-90 |
| 8.6.4 | Morphologic Changes | | 8-93 |
| 8.6.5 | Cognitive and Behavioral Effects | | 8-94 |
| 8.6.6 | Neurodevelopmental Effects | | 8-95 |
|  | 8.6.6.1 | Epidemiologic Studies | 8-95 |
|  | 8.6.6.2 | Animal Toxicological Studies | 8-96 |
| 8.6.7 | Summary and Causality Determination | | 8-100 |
| 8.7 | References | | 8-103 |

**CHAPTER 9    REPRODUCTIVE AND DEVELOPMENTAL EFFECTS    9-1**

| 9.1 | PM$_{2.5}$ Exposure and Reproductive and Developmental Effects | | 9-2 |
| 9.1.1 | Male and Female Reproduction and Fertility | | 9-3 |
|  | 9.1.1.1 | Biological Plausibility | 9-3 |
|  | 9.1.1.2 | Male Reproduction | 9-6 |
|  | 9.1.1.2.1 | Epidemiologic Studies | 9-6 |
|  | 9.1.1.2.2 | Animal Toxicological Studies | 9-6 |
|  | 9.1.1.3 | Female Reproduction | 9-8 |
|  | 9.1.1.3.1 | Epidemiologic Studies | 9-8 |
|  | 9.1.1.3.2 | Animal Toxicological Studies | 9-9 |
| 9.1.2 | Pregnancy and Birth Outcomes | | 9-10 |
|  | 9.1.2.1 | Biological Plausibility | 9-10 |
|  | 9.1.2.2 | Maternal Health during Pregnancy | 9-13 |
|  | 9.1.2.2.1 | Epidemiologic Studies | 9-13 |
|  | 9.1.2.2.2 | Animal Toxicological Studies | 9-14 |
|  | 9.1.2.3 | Fetal Growth, Birth Weight, and Body Length at Birth | 9-16 |
|  | 9.1.2.3.1 | Epidemiologic Studies | 9-18 |
|  | 9.1.2.3.2 | Animal Toxicological Studies | 9-22 |
|  | 9.1.2.3.3 | Animal Toxicological Studies for Changes in Anogenital Distance | 9-24 |
|  | 9.1.2.3.4 | Animal Toxicological Studies for Altered Sex Ratio in Litters at Birth | 9-24 |
|  | 9.1.2.4 | Preterm Birth | 9-24 |
|  | 9.1.2.4.1 | Epidemiologic Studies | 9-25 |
|  | 9.1.2.4.2 | Animal Toxicological Studies | 9-32 |
|  | 9.1.2.5 | Birth Defects | 9-32 |
|  | 9.1.2.5.1 | Epidemiologic Studies | 9-33 |
|  | 9.1.2.5.2 | Animal Toxicological Studies | 9-33 |
|  | 9.1.2.6 | Fetal and Infant Mortality | 9-34 |

00196380

9.1.3     Developmental Effects _____ 9-35
    9.1.3.1     Respiratory Developmental Effects _____ 9-36
        9.1.3.1.1     Epidemiologic Studies _____ 9-36
        9.1.3.1.2     Animal Toxicological Studies _____ 9-37
    9.1.3.2     Neurodevelopmental Effects _____ 9-37
        9.1.3.2.1     Epidemiologic Studies _____ 9-37
        9.1.3.2.2     Animal Toxicological Studies _____ 9-38
    9.1.3.3     Cardiovascular Developmental Effects _____ 9-38
        9.1.3.3.1     Animal Toxicological Studies _____ 9-38
    9.1.3.4     Postnatal Growth and Development _____ 9-39
9.1.4     Associations between PM$_{2.5}$ Components and Sources and Reproductive and
          Developmental Effects _____ 9-39
9.1.5     Summary and Causality Determination _____ 9-41
    9.1.5.1     Male and Female Fertility and Reproduction _____ 9-41
    9.1.5.2     Pregnancy and Birth Outcomes _____ 9-43
    9.1.5.3     Developmental Outcomes _____ 9-46
9.2     PM$_{10-2.5}$ Exposure and Reproductive and Developmental Effects _____ 9-46
    9.2.1     Male and Female Reproduction and Fertility _____ 9-46
        9.2.1.1     Biological Plausibility _____ 9-46
        9.2.1.2     Male and Female Reproduction and Fertility _____ 9-47
    9.2.2     Pregnancy and Birth Outcomes _____ 9-47
        9.2.2.1     Biological Plausibility _____ 9-47
        9.2.2.2     Pregnancy and Birth Outcomes _____ 9-47
    9.2.3     Developmental Effects _____ 9-51
    9.2.4     Summary and Causality Determination _____ 9-51
        9.2.4.1     Male and Female Fertility and Reproduction _____ 9-51
        9.2.4.2     Pregnancy and Birth Outcomes _____ 9-54
9.3     UFP Exposure and Reproductive and Developmental Effects _____ 9-56
    9.3.1     Male and Female Reproduction and Fertility _____ 9-56
        9.3.1.1     Biological Plausibility _____ 9-56
        9.3.1.2     Male Reproductive Function _____ 9-58
        9.3.1.3     Female Reproduction and Fertility _____ 9-59
    9.3.2     Pregnancy and Birth Outcomes _____ 9-60
        9.3.2.1     Biological Plausibility _____ 9-60
        9.3.2.2     Pregnancy and Birth Outcomes _____ 9-60
    9.3.3     Developmental Effects _____ 9-61
        9.3.3.1     Neurodevelopmental Effects _____ 9-62
            9.3.3.1.1     Neurobehavioral Effects _____ 9-62
            9.3.3.1.2     Changes in Brain Structure _____ 9-62
    9.3.4     Summary and Causality Determination _____ 9-63
        9.3.4.1     Male and Female Fertility and Reproduction _____ 9-63
        9.3.4.2     Pregnancy and Birth Outcomes _____ 9-65
9.4     References _____ 9-67

CHAPTER 10   CANCER _____ 10-1

10.1 Introduction _____ 10-1
    10.1.1   Evaluation of the Relationship between Long-Term PM Exposure and Cancer _____ 10-1
    10.1.2   Carcinogens and the Development of Cancer _____ 10-2
10.2 PM$_{2.5}$ Exposure and Cancer _____ 10-3
    10.2.1   Biological Plausibility _____ 10-4

00196381

10.2.1.1     Genotoxicity _____ 10-6
10.2.1.2     Epigenetic Effects _____ 10-8
10.2.1.3     Carcinogenic Potential _____ 10-8
10.2.1.4     Characteristics of Carcinogens and Hallmarks of Cancer_____ 10-9
10.2.1.5     Summary of Biological Plausibility _____ 10-9
10.2.2     Genotoxicity _____ 10-9
10.2.2.1     Mutagenicity _____ 10-10
10.2.2.2     DNA Damage _____ 10-14
        10.2.2.2.1     Toxicological Studies _____ 10-14
        10.2.2.2.2     Controlled Human Exposure Studies _____ 10-18
        10.2.2.2.3     Epidemiologic Studies _____ 10-19
        10.2.2.2.4     Summary _____ 10-21
10.2.2.3     Cytogenetic Endpoints _____ 10-21
        10.2.2.3.1     Toxicological Studies _____ 10-21
        10.2.2.3.2     Epidemiologic Studies _____ 10-21
        10.2.2.3.3     Summary _____ 10-24
10.2.2.4     Other Markers _____ 10-24
        10.2.2.4.1     Toxicological Studies _____ 10-24
        10.2.2.4.2     Controlled Human Exposure Studies _____ 10-25
        10.2.2.4.3     Epidemiologic Studies _____ 10-26
        10.2.2.4.4     Summary _____ 10-26
10.2.2.5     Summary of Genotoxicity _____ 10-26
10.2.3     Epigenetic Effects _____ 10-27
10.2.3.1     Methylation of Promoters of Tumor Suppressor Genes _____ 10-28
10.2.3.2     Methylation of Repetitive Line Elements_____ 10-29
        10.2.3.2.1     Toxicological Studies _____ 10-29
        10.2.3.2.2     Epidemiologic Studies _____ 10-31
10.2.3.3     Noncoding Microribonucleic Acids (miRNAs) _____ 10-33
10.2.3.4     Summary of Epigenetic Effects _____ 10-34
10.2.4     Carcinogenic Potential _____ 10-34
10.2.5     Cancer Incidence, Mortality, and Survival _____ 10-36
10.2.5.1     Lung Cancer _____ 10-36
        10.2.5.1.1     Lung Cancer Mortality _____ 10-45
        10.2.5.1.2     Lung Cancer Incidence _____ 10-50
        10.2.5.1.3     Copollutant Models _____ 10-54
        10.2.5.1.4     Concentration-Response Relationship_____ 10-55
        10.2.5.1.5     Summary _____ 10-60
10.2.5.2     Other Cancers _____ 10-61
        10.2.5.2.1     Breast Cancer _____ 10-64
        10.2.5.2.2     Brain Cancer _____ 10-65
        10.2.5.2.3     Liver Cancer _____ 10-65
        10.2.5.2.4     Leukemia _____ 10-66
        10.2.5.2.5     Multiple Cancers _____ 10-66
        10.2.5.2.6     Summary _____ 10-67
10.2.5.3     Cancer Survival _____ 10-67
10.2.6     Associations between $PM_{2.5}$ Sources and Components and Cancer _____ 10-72

00196382

10.2.7    Summary and Causality Determination _____ 10-73
10.3  PM$_{10-2.5}$ Exposure and Cancer _____ 10-77
    10.3.1    Biological Plausibility _____ 10-78
        10.3.1.1    Genotoxicity _____ 10-79
        10.3.1.2    Summary of Biological Plausibility _____ 10-80
    10.3.2    Genotoxicity _____ 10-81
        10.3.2.1    Toxicological Studies _____ 10-81
        10.3.2.2    Controlled Human Exposure Studies _____ 10-83
        10.3.2.3    Epidemiologic Studies_____ 10-83
        10.3.2.4    Summary of Genotoxicity _____ 10-84
    10.3.3    Cancer Incidence and Mortality _____ 10-84
        10.3.3.1    Lung Cancer _____ 10-84
        10.3.3.2    Other Cancers _____ 10-86
        10.3.3.3    Summary _____ 10-86
    10.3.4    Summary and Causality Determination _____ 10-86
10.4  UFP Exposure and Cancer_____ 10-88
    10.4.1    Biological Plausibility _____ 10-89
        10.4.1.1    Genotoxicity _____ 10-90
        10.4.1.2    Summary of Biological Plausibility _____ 10-91
    10.4.2    Genotoxicity _____ 10-92
        10.4.2.1    Toxicological Studies _____ 10-92
        10.4.2.2    Controlled Human Exposure Studies _____ 10-93
        10.4.2.3    Summary of Genotoxicity _____ 10-94
    10.4.3    Cancer Incidence and Mortality _____ 10-94
    10.4.4    Summary and Causality Determination _____ 10-94
10.5  References _____ 10-96

CHAPTER 11    MORTALITY_____ 11-1

11.1  Short-Term PM$_{2.5}$ Exposure and Total Mortality _____ 11-1
    11.1.1    Biological Plausibility for Short-Term PM$_{2.5}$ Exposure and Total (Nonaccidental) Mortality _____ 11-8
    11.1.2    Associations between Short-Term PM$_{2.5}$ Exposure and Total (Nonaccidental) Mortality in All-Year Analyses _____ 11-9
        11.1.2.1    Examination of PM$_{2.5}$-Mortality Relationship through Causal Modeling Methods  11-10
    11.1.3    Associations between Short-Term PM$_{2.5}$ and Cause-Specific Mortality in All-Year Analyses _____ 11-13
    11.1.4    Potential Copollutant Confounding of the PM$_{2.5}$-Mortality Relationship _____ 11-14
    11.1.5    Other Potential Confounders of the PM$_{2.5}$-Mortality Relationship_____ 11-16
        11.1.5.1    Long-Term Temporal Trends and Weather_____ 11-16
        11.1.5.2    Influence of Long-Term PM$_{2.5}$ Concentrations on Short-Term PM$_{2.5}$ Associations _____ 11-19
    11.1.6    Effect Modification of the PM$_{2.5}$-Mortality Relationship_____ 11-19
        11.1.6.1    Season _____ 11-20
        11.1.6.2    Temperature _____ 11-21
        11.1.6.3    City and Regional Characteristics_____ 11-24
            11.1.6.3.1    Composition/Mixtures _____ 11-24
            11.1.6.3.2    Exposure Factors _____ 11-28
    11.1.7    Evaluation of Exposure Assessment Techniques _____ 11-31
        11.1.7.1    Monitor Representativeness _____ 11-31
        11.1.7.2    Urban versus Rural Locations_____ 11-33
    11.1.8    Timing of Effects and Exposure Metrics_____ 11-34
        11.1.8.1    Lag Structure of Associations _____ 11-34

00196383

11.1.8.2    24-Hour Average versus Subdaily (Peak) Exposures _____ 11-36
11.1.9    Alternative PM Size Fractions and Exposure Metrics_____ 11-37
11.1.10   Concentration-Response Relationship and Threshold Analyses _____ 11-37
11.1.11   Associations between $PM_{2.5}$ Sources and Components and Mortality _____ 11-41
11.1.11.1    $PM_{2.5}$ Components _____ 11-42
11.1.11.1.1    Single Component Models _____ 11-46
11.1.11.1.2    Additional $PM_{2.5}$ Component Analyses_____ 11-50
11.1.11.1.3    Summary _____ 11-51
11.1.11.2    Sources_____ 11-51
11.1.12   Summary and Causality Determination _____ 11-53
11.2   Long-Term $PM_{2.5}$ Exposure and Total Mortality _____ 11-58
11.2.1    Biological Plausibility for Long-Term $PM_{2.5}$ Exposure and Total Mortality _____ 11-66
11.2.2    Associations between Long-Term $PM_{2.5}$ Exposure and Mortality_____ 11-66
11.2.2.1    Results of American Cancer Society and Harvard Six Cities Cohort Studies ___ 11-66
11.2.2.1    Results of Other North American Cohort Studies _____ 11-69
11.2.2.2    Cardiovascular Mortality _____ 11-77
11.2.2.3    Respiratory Mortality _____ 11-78
11.2.2.4    Studies with Analyses that Inform Causal Inference_____ 11-78
11.2.2.5    Studies of Temporal Trends and Life Expectancy _____ 11-80
11.2.3    Potential Copollutant Confounding of the $PM_{2.5}$-Mortality Relationship _____ 11-81
11.2.4    Concentration-Response Relationship_____ 11-84
11.2.5    Evaluation of Factors That May Influence $PM_{2.5}$ Associations _____ 11-90
11.2.5.1    Comparison of Exposure Assessment Techniques _____ 11-90
11.2.5.2    Comparison of Statistical Techniques_____ 11-91
11.2.5.3    Effects of Different Long-Term Exposure Windows _____ 11-92
11.2.6    Associations between $PM_{2.5}$ Sources and Components and Mortality _____ 11-93
11.2.7    Summary and Causality Determination _____ 11-96
11.3   Short-Term $PM_{10-2.5}$ Exposure and Total Mortality _____ 11-102
11.3.1    Biological Plausibility for Short-Term $PM_{10-2.5}$ Exposure and Total Mortality _____ 11-105
11.3.2    Associations between Short-Term $PM_{10-2.5}$ Exposure and Total (Nonaccidental)
Mortality in All-Year Analyses _____ 11-106
11.3.3    Associations between Short-Term $PM_{10-2.5}$ Exposure and Cause-Specific Mortality in
All-Year Analyses _____ 11-107
11.3.4    Potential Confounding of the $PM_{10-2.5}$-Mortality Relationship_____ 11-109
11.3.4.1    Copollutants _____ 11-109
11.3.4.2    Long-Term Temporal Trends and Weather_____ 11-111
11.3.5    Effect Modification of the $PM_{10-2.5}$-Mortality Relationship_____ 11-112
11.3.5.1    Season and Temperature _____ 11-113
11.3.5.2    Role of Exposure Assignment and Exposure Misclassification_____ 11-113
11.3.6    Concentration-Response Relationship and Related Issues _____ 11-114
11.3.6.1    Lag Structure of Associations _____ 11-114
11.3.6.2    Concentration-Response Relationship and Threshold Analyses _____ 11-115
11.3.6.2.1    Summary _____ 11-115
11.3.7    Summary and Causality Determination _____ 11-116
11.4   Long-Term $PM_{10-2.5}$ Exposure and Total Mortality _____ 11-120
11.4.1    Biological Plausibility for Long-Term $PM_{10-2.5}$ Exposure and Total Mortality _____ 11-120
11.4.2    Associations between Long-Term $PM_{10-2.5}$ Exposure and Mortality_____ 11-121
11.4.3    Summary and Causality Determination _____ 11-124
11.5   Short-Term UFP Exposure and Total Mortality _____ 11-127
11.5.1    Biological Plausibility for Short-Term UFP Exposure and Total Mortality _____ 11-133
11.5.2    Associations between Short-Term UFP Exposure and Total Mortality in Multicity
Studies_____ 11-133

00196384

11.5.3 Associations between Short-Term UFP Exposure and Total Mortality in Single-City Studies _____ 11-135
11.5.4 Summary and Causality Determination _____ 11-138
11.6 Long-Term UFP Exposure and Total Mortality _____ 11-141
11.6.1 Biological Plausibility for Long-Term UFP Exposure and Total Mortality _____ 11-141
11.6.2 Associations between Long-Term UFP Exposure and Total Mortality _____ 11-142
11.6.3 Summary and Causality Determination _____ 11-142
11.7 References _____ 11-144

## CHAPTER 12    POPULATIONS AND LIFESTAGES POTENTIALLY AT INCREASED RISK OF A PARTICULATE MATTER-RELATED HEALTH EFFECT 12-1

12.1 Introduction _____ 12-1
12.2 Approach to Evaluating and Characterizing the Evidence for Populations or Lifestages Potentially at Increased Risk _____ 12-2
12.3 Pre-existing Diseases/Conditions _____ 12-5
12.3.1 Cardiovascular Disease _____ 12-7
12.3.2 Pre-existing Diabetes and Metabolic Syndrome _____ 12-10
12.3.3 Obesity _____ 12-13
12.3.4 Elevated Cholesterol _____ 12-16
12.3.5 Pre-existing Respiratory Disease _____ 12-18
     12.3.5.1 Asthma _____ 12-18
     12.3.5.2 Chronic Obstructive Pulmonary Disease (COPD) _____ 12-19
12.4 Genetic Factors _____ 12-20
12.5 Sociodemographic Factors _____ 12-22
12.5.1 Lifestage _____ 12-22
     12.5.1.1 Children _____ 12-23
     12.5.1.2 Older Adults _____ 12-25
12.5.2 Sex _____ 12-29
12.5.3 Socioeconomic Status _____ 12-31
12.5.4 Race _____ 12-34
12.5.5 Residential Location _____ 12-39
     12.5.5.1 Urban/Rural Residential Locations _____ 12-39
     12.5.5.2 Residential Proximity to Traffic _____ 12-41
12.6 Behavioral and Other Factors _____ 12-43
12.6.1 Smoking _____ 12-43
12.6.2 Diet _____ 12-44
12.7 Conclusions _____ 12-47
12.8 References _____ 12-52

## CHAPTER 13    WELFARE EFFECTS _____ 13-1

13.1 Introduction _____ 13-1
13.2 Effects on Visibility _____ 13-2
13.2.1 Introduction _____ 13-2
13.2.2 Visibility Impairment _____ 13-4
     13.2.2.1 Visibility Metrics _____ 13-4
     13.2.2.2 Monitoring of Visibility Impairment _____ 13-6
13.2.3 Relationship between Particulate Matter and Visibility Impairment _____ 13-10
     13.2.3.1 Estimated Mass Extinction _____ 13-12
     13.2.3.2 Hygroscopic Growth _____ 13-15
     13.2.3.3 Reconstructing $b_{ext}$ from Particulate Matter Speciation Data _____ 13-16
13.2.4 Seasonal and Spatial Patterns of Visibility Impairment _____ 13-17
     13.2.4.1 Seasonal and Spatial Light Extinction $PM_{2.5}$ Species Contributions _____ 13-20

13.2.4.2    Long-Term Trends _____ 13-37
13.2.4.3    Characteristic Fine Particulate Mass Light Scattering Efficiencies _____ 13-41
13.2.5    Human Perception of Haze and Landscape Features _____ 13-42
13.2.6    Summary and Causality Determination _____ 13-44
13.3  Effects on Climate _____ 13-45
13.3.1    Introduction _____ 13-45
13.3.2    Overview of the Physics of Climate Change and Radiative Forcing _____ 13-46
13.3.2.1    Observed Recent Climate Change: Detection and Attribution _____ 13-47
13.3.2.2    Metrics of Climate Change, Including Radiative Forcing_____ 13-48
13.3.3    Effects of Particulate Matter on Radiative Forcing: Mechanisms _____ 13-52
13.3.3.1    Interactions of Particulate Matter with Radiation_____ 13-52
13.3.3.2    Interactions of Particulate Matter with Clouds_____ 13-53
13.3.3.3    Effects of Absorbing Particulate Matter on Snow and Ice Albedo _____ 13-54
13.3.3.4    Effect of Particle Size on the Interactions of Particulate Matter with Climate ___ 13-54
13.3.4    Estimates of Radiative Forcing from Total Particulate Matter_____ 13-55
13.3.4.1    Forcing Due to Interactions of Particulate Matter with Radiation _____ 13-57
13.3.4.2    Forcing Due to Interactions of Particulate Matter with Clouds _____ 13-60
13.3.4.3    Total Radiative Forcing Due to Interactions of Particulate Matter with Clouds
and Radiation _____ 13-60
13.3.4.4    Forcing Due to the Effects of Absorbing Particulate Matter on Albedo _____ 13-60
13.3.4.5    Recent Trends in Particulate Matter Forcing_____ 13-61
13.3.5    Effects of Particulate Matter on Climate by Species_____ 13-64
13.3.5.1    Sulfate_____ 13-65
13.3.5.2    Nitrate_____ 13-66
13.3.5.3    Organic Carbon, Including Brown Carbon _____ 13-66
13.3.5.4    Black Carbon _____ 13-67
13.3.5.5    Dust _____ 13-68
13.3.6    Climate Response to Changing Particulate Matter, Including Feedbacks _____ 13-68
13.3.7    Effect of Particulate Matter on U.S. Regional Climate _____ 13-70
13.3.8    Uncertainties in Estimates of Particulate Matter Effects on Radiative Forcing and
Climate: Summary _____ 13-74
13.3.9    Summary and Causality Determination _____ 13-76
13.4  Effects on Materials _____ 13-77
13.4.1    Introduction _____ 13-77
13.4.2    Soiling and Corrosion _____ 13-78
13.4.3    Dose-Response Relationships _____ 13-81
13.4.4    Damage Functions_____ 13-85
13.4.5    Summary and Causality Determination _____ 13-87
13.5  References _____ 13-88

APPENDIX        DEVELOPMENT OF THE INTEGRATED SCIENCE ASSESSMENT _ A-1
A.1  Introduction_____ A-1
A.2  Literature Search and Initial Screen _____ A-3
A.2.1    Literature Search Techniques _____ A-3
A.2.2    Initial Screening of Studies from Literature Search _____ A-4
A.2.3    Documentation _____ A-5
A.3  Full Evaluation of Studies _____ A-6
A.3.1    Scope _____ A-6
A.3.2    Individual Study Quality _____ A-9
A.3.2.1    Health Approach _____ A-9
A.3.2.2    Nonecological Welfare Effects Approach _____ A-17
A.3.2.3    Other Approaches_____ A-17

00196386

A.4   Peer Review and Public Participation_____A-18
   A.4.1   Call for Information_____A-18
   A.4.2   Integrated Review Plan _____A-19
   A.4.3   Peer Input_____A-19
   A.4.4   Internal Technical Review _____A-20
   A.4.5   Clean Air Scientific Advisory Committee (CASAC) Peer Review _____A-20
A.5   Quality Assurance _____A-22
A.6   Conclusion _____A-23
A.7   References _____A-24

00196387

# LIST OF TABLES

Table P-1     History of the National Ambient Air Quality Standards (NAAQS) for
              particulate matter, 1971−2012. _____P-4

Table P-2     Weight-of-evidence for causality determinations. _____P-12

Table ES-1    Summary of causality determinations for PM exposure and health effects
              from the 2009 and current Integrated Science Assessment for Particulate
              Matter. _____ES-9

Table ES-2    Summary of causality determinations for relationships between PM
              exposure and welfare effects from the 2009 and current Integrated Science
              Assessment for Particulate Matter. _____ES-21

Table 1-1     *Causal* and *likely to be causal* causality determinations for short- and
              long-term $PM_{2.5}$ exposure. _____1-20

Table 1-2     Key evidence contributing to *causal* and *likely to be causal* causality
              determinations for $PM_{2.5}$ exposure and health effects evaluated in the
              Integrated Science Assessment for Particulate Matter._____1-33

Table 1-3     Key evidence contributing to *causal* causality determinations for PM
              exposure and welfare effects evaluated in the Integrated Science
              Assessment for Particulate Matter. _____1-58

Table 1-4     Health and welfare effects causality determinations from the 2009 and
              current Integrated Science Assessment for Particulate Matter. _____1-66

Table 2-1     Particle transport and removal by size. _____2-5

Table 2-2     Particle formation, composition, and sources. _____2-6

Table 2-3     Modes of atmospheric particle populations. _____2-21

Table 2-4     Summary statistics for $PM_{2.5}$ 2013−2015 (concentrations in $\mu g/m^3$). _____2-47

Table 2-5     Summary statistics for $PM_{10}$ 2013−2015 (concentrations in $\mu g/m^3$)._____2-50

Table 2-6     Summary statistics for $PM_{10–2.5}$ 2013−2015 (concentrations in $\mu g/m^3$). _____2-53

Table 2-7     $PM_{2.5}:PM_{10}$ ratios from National Core network._____2-54

Table 2-8     Comparison between two urban-scale studies of UFP seasonal and spatial
              variability. _____2-68

00196388

Table 3-1      New or innovative methods for personal sampling of PM exposures
               published since the 2009 PM ISA. _____ 3-12

Table 3-2      Comparison of models used for estimating concentration or exposure. _____ 3-16

Table 3-3      Statistical measures used for air quality model performance evaluation. _____ 3-17

Table 3-4      Comparison of dispersion models with data from a tracer study in Idaho
               Falls, ID and a near-road study in Sacramento, CA and an UFP study in
               Somerville, MA and Chinatown in Boston, MA. _____ 3-30

Table 3-5      Summary of exposure estimation methods, their typical use in PM
               epidemiologic studies, and related errors and uncertainties. _____ 3-45

Table 3-6      Total and age-stratified time-activity data from the Consolidated Human
               Activity Database. _____ 3-67

Table 3-7      Total and race/ethnicity-stratified time-activity data from the Consolidated
               Human Activity Database. _____ 3-67

Table 3-8      Total and sex-stratified time-activity data from the Consolidated Human
               Activity Database. _____ 3-68

Table 3-9      Total and education-stratified time-activity data from the Consolidated
               Human Activity Database, among adults 20−64 years. _____ 3-68

Table 3-10     The influence of exposure metrics on error in health effect estimates. _____ 3-109

Table 4-1      Typical respiratory parameters and body weights among animals and
               humans. _____ 4-7

Table 4-2      Breathing patterns with activity level in adult human male. _____ 4-37

Table 5-1      Epidemiologic studies of short-term $PM_{2.5}$ exposure and hospital
               admissions, emergency department visits, physician visits for asthma. _____ 5-12

Table 5-2      Epidemiologic studies of short-term exposure to $PM_{2.5}$ and respiratory
               symptoms and medication use in children with asthma. _____ 5-25

Table 5-3      Epidemiologic studies of short-term exposure to $PM_{2.5}$ and lung function
               in populations with asthma. _____ 5-30

Table 5-4      Study-specific details from a controlled human exposure study of
               short-term $PM_{2.5}$ exposure and lung function in individuals with asthma. ____ 5-34

Table 5-5      Epidemiologic studies of short-term exposure to $PM_{2.5}$ and subclinical
               effects underlying asthma exacerbation. _____ 5-38

00196389

Table 5-6      Study-specific details from a controlled human exposure study of short-term $PM_{2.5}$ exposure and subclinical effects underlying asthma exacerbation. _____ 5-43

Table 5-7      Study-specific details from animal toxicological studies of short-term $PM_{2.5}$ exposure and subclinical effects underlying asthma exacerbation. _____ 5-45

Table 5-8      Epidemiologic studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for chronic obstructive pulmonary disease. _____ 5-51

Table 5-9      Epidemiologic studies of short-term $PM_{2.5}$ exposure and respiratory symptoms, lung function, and pulmonary inflammation in adults with chronic obstructive pulmonary disease. _____ 5-58

Table 5-10     Epidemiologic studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for respiratory infection. _____ 5-66

Table 5-11     Epidemiologic studies of short-term $PM_{2.5}$ exposure and respiratory-related hospital admissions and emergency department visits. _____ 5-77

Table 5-12     Epidemiologic studies of short-term $PM_{2.5}$ exposure and respiratory effects in healthy populations. _____ 5-89

Table 5-13     Study-specific details from controlled human exposure studies of short-term $PM_{2.5}$ exposure and respiratory effects in healthy populations. ____ 5-94

Table 5-14     Study-specific details from animal toxicological studies of short-term $PM_{2.5}$ exposure and respiratory effects in healthy animals. _____ 5-96

Table 5-15     Study-specific details from animal toxicological studies of short-term $PM_{2.5}$ exposure and respiratory effects in models of cardiovascular disease. _____ 5-106

Table 5-16     Combined influence of short-term $PM_{2.5}$ exposure and copollutants on emergency department visits for asthma. _____ 5-115

Table 5-17     Odds ratios for quintile analyses in Gleason et al. (2014) from single-pollutant $PM_{2.5}$ analyses and analyses examining effect modification by high weed pollen days. _____ 5-127

Table 5-18     Summary of evidence for a *likely to be causal relationship* between short-term $PM_{2.5}$ exposure and respiratory effects. _____ 5-150

Table 5-19     Associations of long-term $PM_{2.5}$ exposure with lung development in children from longitudinal studies with repeated measures. _____ 5-163

00196390

Table 5-20    Associations of long-term $PM_{2.5}$ exposure with lung function in children and adults. _____ 5-168

Table 5-21    Longitudinal studies of long-term $PM_{2.5}$ exposure and asthma incidence in children. _____ 5-178

Table 5-22    Long-term $PM_{2.5}$ exposure and asthma and wheeze incidence and prevalence in adults. _____ 5-185

Table 5-23    Study-specific details from an animal toxicological study of long-term $PM_{2.5}$ exposure and subclinical effects underlying development of asthma. _ 5-189

Table 5-24    Study-specific details from an animal toxicological study of long-term $PM_{2.5}$ exposure and severity of an asthma-like phenotype. _____ 5-197

Table 5-25    Study-specific details from animal toxicological studies of long-term $PM_{2.5}$ exposure and subclinical effects. _____ 5-198

Table 5-26    Study-specific details from animal toxicological studies of long-term $PM_{2.5}$ exposure and subclinical effects in populations with cardiovascular disease. _____ 5-203

Table 5-27    Summary of evidence for a *likely to be causal relationship* between long-term $PM_{2.5}$ exposure and respiratory effects. _____ 5-216

Table 5-28    Epidemiologic studies of short-term $PM_{10-2.5}$ exposure and hospital admissions, emergency department visits, and physician visits for asthma. _ 5-227

Table 5-29    Study-specific details from a controlled human exposure study of short-term $PM_{10-2.5}$ exposure and lung function in populations with asthma. _____ 5-234

Table 5-30    Study-specific details from a controlled human exposure study of short-term $PM_{10-2.5}$ exposure and subclinical effects underlying asthma. ____ 5-236

Table 5-31    Epidemiologic studies of short-term $PM_{10-2.5}$ exposure and exacerbation of chronic obstructive pulmonary disease. _____ 5-239

Table 5-32    Epidemiologic studies of short-term $PM_{10-2.5}$ exposure and respiratory infections. _____ 5-246

Table 5-33    Epidemiologic studies of short-term $PM_{10-2.5}$ exposure and respiratory-related hospital admissions and emergency department visits. __ 5-251

Table 5-34    Study-specific details from a controlled human exposure study of short-term $PM_{10-2.5}$ exposure and respiratory effects in a healthy population. _____ 5-259

00196391

Table 5-35    Study-specific details from animal toxicological studies of short-term $PM_{10-2.5}$ exposure and respiratory effects in healthy animals. _____ 5-260

Table 5-36    Summary of evidence that is *suggestive of, but not sufficient to infer, a causal relationship* between short-term $PM_{10-2.5}$ exposure and respiratory effects. _____ 5-267

Table 5-37    Study-specific details from an animal toxicological study of long-term exposure to $PM_{10-2.5}$ and respiratory effects in healthy animals. _____ 5-276

Table 5-38    Summary of evidence that is *inadequate to infer the presence or absence of a causal relationship* between long-term $PM_{10-2.5}$ exposure and respiratory effects. _____ 5-278

Table 5-39    Epidemiologic studies of short-term UFP exposure and asthma hospital admissions, emergency department visits, and physician visits. _____ 5-285

Table 5-40    Study-specific details from an animal toxicological study of short-term UFP exposure and subclinical effects underlying asthma exacerbation in a model of allergic airway disease. _____ 5-288

Table 5-41    Epidemiologic studies of short-term UFP exposure and exacerbation of chronic obstructive pulmonary disease. _____ 5-290

Table 5-42    Epidemiologic studies of short-term UFP exposure and respiratory infection. _____ 5-292

Table 5-43    Epidemiologic studies of short-term UFP exposure and respiratory-related hospital admissions and emergency department visits. _____ 5-295

Table 5-44    Study-specific details from animal toxicological studies of short-term UFP exposure and respiratory effects in healthy animals. _____ 5-300

Table 5-45    Summary of evidence that is *suggestive of, but not sufficient to infer, a causal relationship* between short-term UFP exposure and respiratory effects. _____ 5-303

Table 5-46    Study-specific details from animal toxicological studies of long-term UFP exposure and allergic responses. _____ 5-308

Table 5-47    Study-specific details from animal toxicological studies of long-term UFP exposure and respiratory effects in healthy animals. _____ 5-310

Table 5-48    Summary of evidence that is *inadequate to infer the presence or absence of a causal relationship* between long-term UFP exposure and respiratory effects. _____ 5-312

00196392

Table 6-1    Epidemiologic studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for ischemic heart disease and myocardial infarction. _____ 6-9

Table 6-2    Details from epidemiologic studies of ST segment depression. _____ 6-15

Table 6-3    Epidemiologic studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for congestive heart failure. ___ 6-17

Table 6-4    Study-specific details from a controlled human exposure study of short-term $PM_{2.5}$ exposure and impaired heart function. _____ 6-21

Table 6-5    Study-specific details from toxicological studies of short-term $PM_{2.5}$ exposure and impaired heart function. _____ 6-22

Table 6-6    Epidemiologic studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for cardiac arrhythmia. _____ 6-24

Table 6-7    Epidemiologic studies of short-term $PM_{2.5}$ exposure and out-of-hospital cardiac arrest. _____ 6-27

Table 6-8    Epidemiologic studies of short-term $PM_{2.5}$ exposure and arrhythmia. _____ 6-32

Table 6-9    Epidemiologic studies of short-term $PM_{2.5}$ exposure and conduction abnormalities. _____ 6-37

Table 6-10   Study-specific details from controlled human exposure studies of short-term $PM_{2.5}$ exposure and arrhythmia and conduction abnormalities. ___ 6-39

Table 6-11   Study-specific details from toxicological studies of short-term $PM_{2.5}$ exposure and arrhythmia and conduction abnormalities. _____ 6-41

Table 6-12   Epidemiologic studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for cerebrovascular disease and stroke. _____ 6-42

Table 6-13   Epidemiologic studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for hypertension. _____ 6-48

Table 6-14   Epidemiologic studies of short-term $PM_{2.5}$ exposure and blood pressure. _____ 6-53

Table 6-15   Study-specific details from controlled human exposure studies of short-term $PM_{2.5}$ exposure and blood pressure. _____ 6-58

Table 6-16   Study-specific details from toxicological studies of short-term $PM_{2.5}$ exposure and blood pressure. _____ 6-60

Table 6-17   Study-specific details from animal toxicological studies of the renin-angiotensin system. _____ 6-61

00196393

Table 6-18    Epidemiologic studies of short-term $PM_{2.5}$ concentrations and hospital admission and emergency department visits for peripheral vascular disease. _____ 6-62

Table 6-19    Epidemiologic studies of short-term $PM_{2.5}$ concentrations and combinations of cardiovascular-related hospital admissions and emergency department visits. _____ 6-67

Table 6-20    Epidemiologic studies of short-term $PM_{2.5}$ exposure and heart rate variability. _____ 6-77

Table 6-21    Study-specific details from controlled human exposure studies of short-term $PM_{2.5}$ exposure and heart rate and heart rate variability. _____ 6-82

Table 6-22    Study-specific details from toxicological studies of short-term $PM_{2.5}$ exposure and heart rate and heart rate variability. _____ 6-84

Table 6-23    Epidemiologic studies of short-term $PM_{2.5}$ exposure and systemic inflammation and oxidative stress. _____ 6-87

Table 6-24    Study-specific details from controlled human exposure studies of short-term $PM_{2.5}$ exposure and inflammation, oxidative stress, and blood lipids._____ 6-90

Table 6-25    Study-specific details from toxicological studies of short-term $PM_{2.5}$ exposure and systemic inflammation, oxidative stress, and blood lipids. _____ 6-93

Table 6-26    Epidemiologic studies of short-term $PM_{2.5}$ exposure and coagulation. _____ 6-96

Table 6-27    Study-specific details from controlled human exposure studies of short-term $PM_{2.5}$ exposure and coagulation._____ 6-99

Table 6-28    Study-specific details from toxicological studies of short-term $PM_{2.5}$ exposure and coagulation._____ 6-100

Table 6-29    Epidemiologic studies of short-term $PM_{2.5}$ exposure and endothelial dysfunction._____ 6-103

Table 6-30    Study-specific details from controlled human exposure studies of short-term $PM_{2.5}$ exposure and impaired vascular function._____ 6-108

Table 6-31    Study-specific details from toxicological studies of short-term $PM_{2.5}$ exposure and impaired vascular function. _____ 6-110

Table 6-32    Summary of studies evaluating short-term exposure to $PM_{2.5}$ components and sources in people with diabetes._____ 6-130

00196394

Table 6-33     NPACT study results for identified source categories and occurrence of heart rate and heart rate variability changes. _____ 6-135

Table 6-34     Summary of evidence for a *causal relationship* between short-term PM$_{2.5}$ exposure and cardiovascular effects. _____ 6-139

Table 6-35     Characteristics of epidemiologic studies examining the association between long-term PM$_{2.5}$ exposures and ischemic heart disease._____ 6-146

Table 6-36     Characteristics of epidemiologic studies examining the association between long-term PM$_{2.5}$ exposures and cerebrovascular disease._____ 6-153

Table 6-37     Characteristics of epidemiologic studies examining the association between long-term PM$_{2.5}$ exposures and atherosclerosis._____ 6-161

Table 6-38     Study-specific details from toxicological studies of long-term PM$_{2.5}$ exposure and atherosclerosis. _____ 6-165

Table 6-39     Characteristics of epidemiologic studies examining the association between long-term PM$_{2.5}$ exposures and heart failure. _____ 6-168

Table 6-40     Study-specific details from toxicological studies of long-term PM$_{2.5}$ exposure and impaired heart function. _____ 6-171

Table 6-41     Characteristics of epidemiologic studies examining the association between long-term PM$_{2.5}$ exposures and arrhythmia and ventricular conduction. _____ 6-173

Table 6-42     Characteristics of epidemiologic studies examining the association between long-term PM$_{2.5}$ exposures and blood pressure in adults. _____ 6-176

Table 6-43     Characteristics of epidemiologic studies examining the association between long-term PM$_{2.5}$ exposures and blood pressure in children._____ 6-178

Table 6-44     Characteristics of epidemiologic studies examining the association between long-term PM$_{2.5}$ exposures and hypertension. _____ 6-181

Table 6-45     Study-specific details from toxicological studies of long-term PM$_{2.5}$ exposure and blood pressure. _____ 6-184

Table 6-46     Characteristics of epidemiologic studies examining the association between long-term PM$_{2.5}$ exposures and thromboembolism. _____ 6-186

Table 6-47     Characteristics of epidemiologic studies examining the association between long-term PM$_{2.5}$ exposures and cardiovascular diseases. _____ 6-188

Table 6-48     Study-specific details from toxicological studies of long-term PM$_{2.5}$ exposure and heart rate and heart rate variability. _____ 6-194

00196395

Table 6-49     Study-specific details from toxicological studies of long-term $PM_{2.5}$ exposure and inflammation, oxidative stress, and blood lipids. _____ 6-197

Table 6-50     Study-specific details from toxicological studies of long-term $PM_{2.5}$ exposure and impaired vascular function. _____ 6-201

Table 6-51     Summary of epidemiologic studies examining the concentration-response relationship or conducting threshold analyses for long-term exposure to $PM_{2.5}$ and cardiovascular morbidity. _____ 6-207

Table 6-52     Summary of epidemiologic studies examining the concentration-response relationship or conducting threshold analyses for long-term exposure to $PM_{2.5}$ and cardiovascular mortality. _____ 6-211

Table 6-53     Study results for identified source categories and occurrence of heart rate and heart rate variability changes (Chen et al., 2010). _____ 6-219

Table 6-54     Summary of evidence for a *causal relationship* between long-term $PM_{2.5}$ exposure and cardiovascular effects. _____ 6-222

Table 6-55     Study-specific details from toxicological studies of short-term $PM_{10-2.5}$ exposure and impaired heart function. _____ 6-230

Table 6-56     Study-specific details from controlled human exposure studies of short-term $PM_{10-2.5}$ exposure and blood pressure. _____ 6-235

Table 6-57     Study-specific details from toxicological studies of short-term $PM_{10-2.5}$ exposure and blood pressure. _____ 6-236

Table 6-58     Epidemiologic studies of short-term $PM_{10-2.5}$ exposure and hospital admissions and emergency department visits for cardiovascular disease. ___ 6-237

Table 6-59     Study-specific details from controlled human exposure studies of short-term $PM_{10-2.5}$ exposure and heart rate and heart rate variability. _____ 6-246

Table 6-60     Study-specific details from controlled human exposure studies of short-term $PM_{10-2.5}$ exposure and inflammation and oxidative stress. _____ 6-249

Table 6-61     Study-specific details from controlled human exposure studies of short-term $PM_{10-2.5}$ exposure and impaired vascular function. _____ 6-252

Table 6-62     Summary of evidence that is *suggestive of, but not sufficient to infer, a causal relationship* between short-term $PM_{10-2.5}$ exposure and cardiovascular effects. _____ 6-254

Table 6-63     Characteristics of epidemiologic studies examining the association between long-term $PM_{10-2.5}$ exposures and ischemic heart disease. _____ 6-259

00196396

Table 6-64    Characteristics of epidemiologic studies examining the association between long-term $PM_{10-2.5}$ exposures and heart failure. _____ 6-264

Table 6-65    Study-specific details from a toxicological study of long-term $PM_{10-2.5}$ exposure and impaired heart function impaired heart function. _____ 6-265

Table 6-66    Characteristics of epidemiologic studies examining the association between long-term $PM_{10-2.5}$ exposures and stroke. _____ 6-266

Table 6-67    Characteristics of an epidemiologic study examining the association between long-term $PM_{10-2.5}$ exposures and atherosclerosis. _____ 6-270

Table 6-68    Study-specific details from a toxicological study of long-term $PM_{10-2.5}$ exposure and blood pressure. _____ 6-272

Table 6-69    Characteristics of an epidemiologic study examining the association between long-term $PM_{10-2.5}$ exposures and other cardiovascular outcomes. _ 6-272

Table 6-70    Epidemiologic studies of long-term exposure to $PM_{10-2.5}$ and cardiovascular mortality. _____ 6-274

Table 6-71    Study-specific details from a toxicological study examining long-term $PM_{10-2.5}$ exposure and of systemic inflammation. _____ 6-276

Table 6-72    Summary of evidence indicating that the evidence is *suggestive of, but not sufficient to infer, a causal relationship* between long-term $PM_{10-2.5}$ exposure and cardiovascular effects. _____ 6-277

Table 6-73    Study-specific details from toxicological studies of short-term UFP exposure and impaired heart function. _____ 6-284

Table 6-74    Study-specific details from controlled human exposure studies of short-term UFP exposure and conduction abnormalities. _____ 6-286

Table 6-75    Study-specific details from toxicological studies of short-term UFP exposure and conduction abnormalities. _____ 6-287

Table 6-76    Study-specific details from controlled human exposure studies of short-term UFP exposure and blood pressure. _____ 6-290

Table 6-77    Study-specific details from toxicological studies of short-term UFP exposure and blood pressure. _____ 6-291

Table 6-78    Study-specific details from controlled human exposure studies of short-term UFP exposure and changes in heart rate and heart rate variability. _____ 6-295

00196397

Table 6-79    Study-specific details from a toxicological study examining short-term UFP exposure and heart rate and heart rate variability. _____ 6-295

Table 6-80    Study-specific details from controlled human exposure studies of short-term UFP exposure and systemic inflammation. _____ 6-298

Table 6-81    Study-specific details from a controlled human exposure study of short-term UFP exposure and systemic inflammation. _____ 6-299

Table 6-82    Study-specific details from controlled human exposure studies of short-term UFP exposure and coagulation and thrombosis. _____ 6-301

Table 6-83    Study-specific details from controlled human exposure studies of short-term UFP exposure and impaired vascular function. _____ 6-303

Table 6-84    Summary indicating that evidence is *suggestive of, but not sufficient to infer, a causal relationship* between short-term UFP exposure and cardiovascular effects. _____ 6-304

Table 6-85    Characteristics of an epidemiologic study examining the association of UFP with circulating markers of inflammation and coagulation. _____ 6-307

Table 6-86    Study-specific details from a toxicological study of long-term UFP exposure and impaired heart function. _____ 6-307

Table 6-87    Study-specific details from a toxicological study of long-term UFP exposure and blood pressure. _____ 6-308

Table 6-88    Study-specific details from a toxicological study of long-term UFP exposure and systemic inflammation and oxidative stress. _____ 6-309

Table 6-89    Summary of evidence that is *inadequate to infer the presence or absence of a causal relationship* between long-term UFP exposure and cardiovascular effects. _____ 6-310

Table 7-1    Criteria for clinical diagnosis of metabolic syndrome. _____ 7-3

Table 7-2    Criteria for clinical diagnosis of diabetes. _____ 7-3

Table 7-3    Epidemiologic studies of short-term $PM_{2.5}$ exposure and effects on glucose and insulin homeostasis. _____ 7-6

Table 7-4    Study-specific details from animal toxicological studies of short-term $PM_{2.5}$ exposure and metabolic homeostasis. _____ 7-7

Table 7-5    Summary of evidence that is *suggestive of, but not sufficient to infer, a causal relationship* between short-term $PM_{2.5}$ exposure and metabolic effects. _____ 7-12

00196398

Table 7-6        Epidemiologic studies of long-term $PM_{2.5}$ exposure and glucose and insulin homeostasis. _____ 7-19

Table 7-7        Study-specific details from animal toxicological studies of long-term $PM_{2.5}$ exposure and glucose and insulin homeostasis. _____ 7-26

Table 7-8        Epidemiologic studies of long-term $PM_{2.5}$ exposure and diabetes. _____ 7-29

Table 7-9        Study-specific details from animal toxicological studies of long-term $PM_{2.5}$ exposure and inflammation and other indicators of metabolic function. _____ 7-35

Table 7-10       Epidemiologic studies of long-term $PM_{2.5}$ exposure and indicators of liver function. _____ 7-40

Table 7-11       Epidemiologic studies of long-term $PM_{2.5}$ exposure and overweight or obesity. _____ 7-42

Table 7-12       Epidemiologic studies of long-term $PM_{2.5}$ exposure and age of onset for type 1 diabetes. _____ 7-44

Table 7-13       Summary of evidence that is *suggestive of, but not sufficient to infer*, a *causal relationship* between long-term $PM_{2.5}$ exposure and metabolic effects. _____ 7-49

Table 7-14       Summary of studies examining the relationships for long-term $PM_{10-2.5}$ exposure and diabetes. _____ 7-55

Table 7-15       Summary of evidence that is *suggestive of, but not sufficient to infer*, a *causal relationship* between long-term $PM_{10-2.5}$ exposure and metabolic effects. _____ 7-57

Table 7-16       Study-specific details from a animal toxicological study of long-term UFP exposure and metabolic homeostasis. _____ 7-59

Table 8-1        Study-specific details from a controlled human exposure study of short-term $PM_{2.5}$ exposure and activation of the sympathetic nervous system and hypothalamic-pituitary-adrenal stress axis. _____ 8-7

Table 8-2        Study-specific details from animal toxicological studies of short-term $PM_{2.5}$ exposure and activation of the sympathetic nervous system and hypothalamic-pituitary-adrenal stress axis. _____ 8-8

Table 8-3        Study-specific details from a controlled human exposure study of short-term $PM_{2.5}$ exposure and brain inflammation and oxidative stress. _____ 8-10

Table 8-4        Study-specific details from animal toxicological studies of short-term $PM_{2.5}$ exposure and brain inflammation and oxidative stress. _____ 8-11

xxxix

00196399

Table 8-5     Epidemiologic studies examining the association between short-term PM$_{2.5}$ exposures and nervous system effects. _____ 8-13

Table 8-6     Studies of the association between short-term exposure to PM$_{2.5}$ components and nervous system effects. _____ 8-14

Table 8-7     Summary of evidence that is *suggestive of, but not sufficient to infer, a causal relationship* between short-term PM$_{2.5}$ exposure and nervous system effects._____ 8-16

Table 8-8     Study-specific details from animal toxicological studies of long-term PM$_{2.5}$ exposure and activation of the sympathetic nervous system and hypothalamic-pituitary-adrenal stress axis. _____ 8-23

Table 8-9     Study-specific details from animal toxicological studies of long-term PM$_{2.5}$ exposure and brain inflammation and oxidative stress. _____ 8-24

Table 8-10    Epidemiologic studies examining the association between long-term PM$_{2.5}$ exposure and brain morphology using magnetic resonance imaging. _____ 8-29

Table 8-11    Study-specific details from animal toxicological studies of long-term PM$_{2.5}$ exposure and morphologic effects. _____ 8-30

Table 8-12    Study-specific details from animal toxicological studies of long-term PM$_{2.5}$ exposure and cognitive and behavioral effects. _____ 8-31

Table 8-13    Characteristics of epidemiologic studies examining the association between long-term PM$_{2.5}$ exposures and cognitive function. _____ 8-36

Table 8-14    Characteristics of epidemiologic studies examining the association between long-term PM$_{2.5}$ exposures and indicators of depression or anxiety. _____ 8-40

Table 8-15    Characteristics of epidemiologic studies examining the association between long-term PM$_{2.5}$ exposures and neurodegenerative diseases._____ 8-43

Table 8-16    Characteristics of epidemiologic studies examining the association between short-term PM$_{2.5}$ exposure and cognitive effects in children. _____ 8-47

Table 8-17    Characteristics of epidemiologic studies examining the association of long-term PM$_{2.5}$ exposure and autism spectrum disorders. _____ 8-51

Table 8-18    Study-specific details from an animal toxicological study of long-term PM$_{2.5}$ exposure and neurodevelopmental effects. _____ 8-53

Table 8-19    Characteristics of epidemiologic studies examining the association between long-term exposure to PM$_{2.5}$ sources and components and cognitive function. _____ 8-55

xl

Table 8-20    Summary of evidence for a *likely to be causal relationship* between long-term PM$_{2.5}$ exposure and nervous system effects. _____ 8-57

Table 8-21    Study-specific details from a controlled human exposure study of short-term PM$_{10-2.5}$ exposure and activation of the sympathetic nervous system/hypothalamic-pituitary-adrenal stress axis. _____ 8-65

Table 8-22    Study-specific details from an animal toxicological study of short-term PM$_{10-2.5}$ exposure and brain inflammation and oxidative stress. _____ 8-66

Table 8-23    Summary of evidence that is *inadequate to infer the presence or absence of a causal relationship* between short-term PM$_{10-2.5}$ exposure and nervous system effects. _____ 8-67

Table 8-24    Study-specific details from an animal toxicological study of long-term PM$_{10-2.5}$ exposure and brain inflammation and oxidative stress. _____ 8-70

Table 8-25    Characteristics of epidemiologic studies examining the association of long-term PM$_{10-2.5}$ exposures with cognitive function and behavioral and neurodevelopmental effects. _____ 8-71

Table 8-26    Summary of evidence that is *suggestive of, but not sufficient to infer, a causal relationship* between long-term PM$_{10-2.5}$ exposure and nervous system effects. _____ 8-74

Table 8-27    Study-specific details from a controlled human exposure study of short-term UFP exposure and activation of the sympathetic nervous system and hypothalamic-pituitary-adrenal stress axis. _____ 8-79

Table 8-28    Study-specific details from an animal toxicological study of short-term UFP exposure and activation of the sympathetic nervous system and hypothalamic-pituitary-adrenal stress axis. _____ 8-80

Table 8-29    Study-specific details from animal toxicological studies of short-term UFP exposure and brain inflammation and oxidative stress. _____ 8-82

Table 8-30    Study-specific details from animal toxicological studies of short-term UFP exposure and cognitive and behavioral effects. _____ 8-83

Table 8-31    Summary of evidence for a *suggestive of, but not sufficient to infer, a causal relationship* between short-term UFP exposure and nervous system effects. _____ 8-85

Table 8-32    Study-specific details from an animal toxicological study of long-term UFP exposure and activation of the sympathetic nervous system and hypothalamic-pituitary-adrenal stress axis. _____ 8-90

00196401

Table 8-33    Study-specific details from animal toxicological studies of long-term UFP exposure and brain inflammation and oxidative stress. _____ 8-91

Table 8-34    Study-specific details from animal toxicological studies of long-term UFP exposure and morphologic changes. _____ 8-94

Table 8-35    Study-specific details from an animal toxicological study of long-term UFP exposure and cognitive and behavioral effects. _____ 8-95

Table 8-36    Characteristics of the epidemiologic study examining the association between long-term UFP exposure and neurodevelopmental effects. _____ 8-96

Table 8-37    Study-specific details from animal toxicological studies of long-term UFP exposure and neurodevelopmental effects. _____ 8-97

Table 8-38    Summary of evidence that is *suggestive of, but not sufficient to infer, a causal relationship* between long-term UFP exposure and nervous system effects. _____ 8-101

Table 9-1     Recent animal toxicological study of male reproduction. _____ 9-7

Table 9-2     Recent animal toxicological study of female reproductive function. _____ 9-10

Table 9-3     Key toxicological studies of $PM_{2.5}$ exposure and pregnancy and birth outcomes. _____ 9-16

Table 9-4     Epidemiologic studies of $PM_{2.5}$ exposure and effects on fetal growth and birth weight.[a] _____ 9-19

Table 9-5     Recent animal toxicological studies of $PM_{2.5}$ exposure and effects on fetal growth and birth weight. _____ 9-23

Table 9-6     Epidemiologic studies of $PM_{2.5}$ exposure and preterm birth.[a] _____ 9-27

Table 9-7     Summary of developmental effects. _____ 9-36

Table 9-8     Summary of evidence that is *suggestive of, but not sufficient to infer, a causal relationship* between $PM_{2.5}$ exposure and male and female reproduction and fertility. _____ 9-42

Table 9-9     Summary of evidence that is *suggestive of, but not sufficient to infer, a causal relationship* between $PM_{2.5}$ exposure and pregnancy and birth outcomes. _____ 9-44

Table 9-10    Epidemiologic studies of exposure to $PM_{10–2.5}$ and reproductive effects. _____ 9-48

Table 9-11    Summary of evidence that it is *inadequate to infer the presence or absence of a causal relationship* between $PM_{10–2.5}$ exposure and male and female reproduction and fertility. _____ 9-53

00196402

Table 9-12    Summary of evidence that it is *inadequate to infer the presence or absence of a causal relationship* between $PM_{10-2.5}$ exposure and pregnancy and birth outcomes. _____ 9-55

Table 9-13    Recent animal toxicological studies of UFP exposure and male and female reproduction. _____ 9-59

Table 9-14    Recent animal toxicological study of pregnancy and birth outcomes. _____ 9-61

Table 9-15    Summary of UFP Exposure and Developmental Outcomes. _____ 9-63

Table 9-16    Summary of evidence that is *inadequate to infer the presence or absence of a causal relationship* between UFP exposure and male and female reproduction and fertility. _____ 9-64

Table 9-17    Summary of evidence that is *inadequate to infer the presence or absence of a causal relationship* between UFP exposure and pregnancy and birth outcomes. _____ 9-66

Table 10-1    Study-specific details and $PM_{2.5}$ concentrations from recent epidemiologic studies that examined DNA damage. _____ 10-20

Table 10-2    Study-specific details and $PM_{2.5}$ concentrations from recent epidemiologic studies that examined cytogenetic endpoints. _____ 10-22

Table 10-3    Study-specific details and $PM_{2.5}$ concentrations from recent epidemiologic studies that examined DNA methylation. _____ 10-31

Table 10-4    Study-specific details and $PM_{2.5}$ concentrations from recent epidemiologic studies that examined lung cancer mortality and incidence and those evaluated in the 2009 PM ISA. _____ 10-37

Table 10-5    Summary of results from studies that examined long-term $PM_{2.5}$ exposure and mortality in the American Cancer Society—Cancer Prevention Study II (ACS-CPS II). _____ 10-46

Table 10-6    Study-specific details and $PM_{2.5}$ concentrations from recent epidemiologic studies that examined long-term $PM_{2.5}$ exposure and cancer in other organs or systems. _____ 10-61

Table 10-7    Study-specific details and $PM_{2.5}$ concentrations from recent epidemiologic studies that examined cancer survival. _____ 10-68

Table 10-8    Summary of evidence for a *likely to be causal relationship* between long-term $PM_{2.5}$ exposure and cancer. _____ 10-74

Table 10-9    Study-specific details and $PM_{10-2.5}$ concentrations from recent epidemiologic studies that examined lung cancer incidence. _____ 10-85

00196403

Table 10-10    Summary of evidence that is *suggestive of, but not sufficient to infer, a causal relationship* between long-term $PM_{10-2.5}$ exposure and cancer. _____ 10-88

Table 10-11    Summary of evidence that is *inadequate to infer the presence or absence of a causal relationship* between long-term UFP exposure and cancer. _____ 10-95

Table 11-1    Study-specific details and $PM_{2.5}$ concentrations from multicity studies in the 2004 PM AQCD, the 2009 PM ISA, and recent multicity studies. _____ 11-3

Table 11-2    Methods and results from epidemiologic studies that applied causal modeling methods. _____ 11-12

Table 11-3    Study-specific details of multicity and U.S.-based single-city studies that examine the relationship between short-term exposure to $PM_{2.5}$ components and mortality. _____ 11-43

Table 11-4    Summary of evidence for a *causal relationship* between short-term $PM_{2.5}$ exposure and total mortality. _____ 11-54

Table 11-5    North American epidemiologic studies of long-term $PM_{2.5}$ exposure and mortality. _____ 11-59

Table 11-6    European epidemiologic studies of long-term $PM_{2.5}$ exposure and mortality. _____ 11-75

Table 11-7    Summary of epidemiologic studies examining the concentration-response relationship or conducting threshold analyses for long-term $PM_{2.5}$ exposure and total (nonaccidental) mortality. _____ 11-85

Table 11-8    Summary of evidence for a *causal relationship* between long-term $PM_{2.5}$ exposure and total mortality. _____ 11-98

Table 11-9    Study-specific details and $PM_{10-2.5}$ concentrations from multicity studies in the 2004 PM AQCD, 2009 PM ISA, and recent multicity studies and meta-analyses. _____ 11-103

Table 11-10    Summary of evidence that is *suggestive of, but not sufficient to infer, a causal relationship* between short-term $PM_{10-2.5}$ exposure and total mortality. _____ 11-117

Table 11-11    Epidemiologic studies of long-term $PM_{10-2.5}$ exposure and mortality. _____ 11-122

Table 11-12    Summary of evidence that is *suggestive of, but not sufficient to infer, a causal relationship* between long-term $PM_{10-2.5}$ exposure and total mortality. _____ 11-126

Table 11-13    Study-specific details and UFP concentrations from epidemiologic studies in the 2009 PM ISA and recent studies. _____ 11-128

00196404

Table 11-14   Summary of evidence that is *inadequate to infer the presence or absence of a causal relationship* between short-term UFP exposure and total mortality._____ 11-140

Table 11-15   Summary of evidence that is *inadequate to infer the presence or absence of a causal relationship* between long-term UFP exposure and total mortality._____ 11-143

Table 12-1    Characterization of evidence for factors potentially increasing the risk for particulate matter-related health effects._____ 12-4

Table 12-2    Prevalence of cardiovascular diseases, diabetes, obesity, and respiratory diseases among adults by age and region in the U.S. in 2016._____ 12-6

Table 12-3    Summary of evidence for populations potentially at increased risk of $PM_{2.5}$-related health effects._____ 12-48

Table 13-1    Outline of the types of instruments used to measure scene/landscape characteristics, atmospheric scattering, absorption, and extinction._____ 13-7

Table 13-2    Mass scattering efficiencies for urban, remote, and ocean regions._____ 13-13

Table 13-3    Mass scattering efficiency recommendations._____ 13-14

Table 13-4    Composite PM components._____ 13-19

Table 13-5    Estimates of global mean radiative forcings due to anthropogenic PM.____ 13-55

Table A-1     Scientific considerations for evaluating the strength of inference from studies on the health effects of particulate matter._____ A-10

xlv

00196405

# LIST OF FIGURES

Figure P-1    Illustrative figure for potential biological pathways for health effects following PM exposure. _____ P-19

Figure ES-1    Comparison of PM size fractions. _____ ES-2

Figure ES-2    Long-term trend in national monthly average $PM_{2.5}$ concentrations ($\mu g/m^3$) from 2000−2015. _____ ES-6

Figure 1-1    Summary of causality determinations for health effect categories for the PM ISA. _____ 1-60

Figure 1-2    Summary of causality determinations for nonecological welfare effects for the PM ISA. _____ 1-65

Figure 2-1    Comparison of particle size distribution by particle number, surface area, and mass. _____ 2-3

Figure 2-2    Primary $PM_{2.5}$ emissions at the U.S. national scale. (A) $PM_{2.5}$ emissions from the 2002 U.S. EPA National Emissions Inventory versus the 2014 U.S. EPA National Emissions Inventory. (B) Largest, national-scale sources of $PM_{2.5}$. "Other" includes all remaining source sectors, all of which emit 2% or less of the national $PM_{2.5}$ emissions total. _____ 2-8

Figure 2-3    Primary $PM_{2.5}$ emissions for (A) Queens County, NY; (B) Philadelphia County, PA; (C) Los Angeles County, CA; (D) Sacramento County, CA; (E) Maricopa County, AZ (Phoenix). _____ 2-11

Figure 2-4    Relative $PM_{2.5}$ precursor emissions by U.S. sector: (A) sulfur dioxide, (B) nitrogen oxide, (C) ammonia, (D) volatile organic compounds. _____ 2-14

Figure 2-5    Difference in select $PM_{2.5}$ precursor emissions from the 2002 and 2014 National Emission Inventories. _____ 2-15

Figure 2-6    National emissions of $PM_{10}$. _____ 2-20

Figure 2-7    Examples of the particle number distribution (top) and surface-area distribution (bottom) during clean (blue) and polluted (red) conditions in Nanjing, China, during winter.[a] _____ 2-22

Figure 2-8    Examples of the particle number distribution (top) and surface-area distribution (bottom) during clean (blue) and polluted (red) conditions in Helsinki, Finland, during spring.[a,b] _____ 2-23

Figure 2-9    Size ranges collected by various UFP sampling procedures. _____ 2-31

00196406

Figure 2-10    $PM_{2.5}$ network including near-road monitors. _____ 2-39

Figure 2-11    National Core Multipollutant Monitoring Network. _____ 2-41

Figure 2-12    Seasonal average $PM_{2.5}$ mean bias ($\mu g/m^3$) in Community Multiscale Air
Quality simulations for 2011 at Interagency Monitoring of Protected
Visual Environments (circles), Chemical Speciation Network (triangles),
Air Quality System hourly (squares), and Air Quality System daily
(diamonds) sites for (a) winter, (b) spring, (c) summer, and (d) fall.[a] _____ 2-43

Figure 2-13    Three-year avg $PM_{2.5}$ concentrations 2013−2015. _____ 2-45

Figure 2-14    98th percentile 24-hour $PM_{2.5}$ concentrations 2013−2015. _____ 2-46

Figure 2-15    98th percentile $PM_{10}$ concentrations (2013−2015). _____ 2-49

Figure 2-16    98th percentile concentrations for $PM_{10-2.5}$ between 2013−2015. _____ 2-51

Figure 2-17    Sites in New York state which reported particle number counts to Air
Quality System. _____ 2-58

Figure 2-18    Average hourly particle number concentrations from three locations in
New York state for 2014−2015.[a] _____ 2-58

Figure 2-19    Contributions of sulfate, nitrate, organic carbon, elemental carbon, crustal
material, and sea salt to $PM_{2.5}$. _____ 2-60

Figure 2-20    Increase or decrease in 3-year annual avg $PM_{2.5}$ concentrations between
2003−2005 and 2013−2015. _____ 2-70

Figure 2-21    Average $PM_{2.5}$ concentration trends 2005−2014. _____ 2-71

Figure 2-22    Long-term trend in national monthly and annual average $PM_{2.5}$
concentrations ($\mu g/m^3$) from 2000−2015. _____ 2-72

Figure 2-23    Increase or decrease in 98th percentile 24-hour $PM_{10}$ concentrations
between 2003−2005 and 2013−2015. _____ 2-73

Figure 2-24    $PM_{10}$ second highest concentration trends from 2005−2014. _____ 2-74

Figure 2-25    Contributions of sulfate, nitrate, organic carbon, elemental carbon, crustal
material, and sea salt to $PM_{2.5}$ at selected sites 2003−2005. _____ 2-76

Figure 2-26    Contributions of sulfate, nitrate, organic carbon, elemental carbon, crustal
material, and sea salt to $PM_{2.5}$ at selected sites 2013−2015. _____ 2-77

Figure 2-27    National monthly concentrations ($\mu g/m^3$) of (a) sulfate, (b) nitrate, and
(c) organic carbon from 2000−2015. _____ 2-78

00196407

Figure 2-28    National average $PM_{2.5}$ concentration by month 2000−2015. _____ 2-80

Figure 2-29    Regions used for coarse PM comparison._____ 2-81

Figure 2-30    Average daily $PM_{10-2.5}$ concentrations over the 4-year period 2011−2014 collected by the Interagency Monitoring of Protected Visual Environments network. _____ 2-82

Figure 2-31    Ambient $PM_{2.5}$ seasonal composition 2013−2015._____ 2-84

Figure 2-32    Diurnal variation of $PM_{2.5}$ concentrations in urban areas. _____ 2-86

Figure 2-33    Sulfate as percentage of $PM_{2.5}$ in eastern urban areas 2003−2005 and 2013−2015. _____ 2-88

Figure 3-1     Tiers of exposure models relevant to epidemiology studies and input data types for each exposure model tier. _____ 3-10

Figure 3-2     Indoor-outdoor ratios for UFP, $PM_{2.5}$, and black carbon measured at 90 residences. _____ 3-59

Figure 3-3     Indoor-outdoor ratios for UFP size obtained in a test house on the National Institute for Standards and Technology facility for open and closed window conditions. _____ 3-61

Figure 3-4     Correlations between personal exposure and ambient PM concentration in Baltimore, MD. _____ 3-63

Figure 3-5     Slopes of the relationship between personal exposure and ambient PM concentration in four U.S. cities. _____ 3-65

Figure 3-6     Spatial correlation of $PM_{2.5}$ components for monitor pairs described in the review study. _____ 3-73

Figure 3-7     Correlations between $PM_{2.5}$ and copollutants for all data combined (top left), timescales within 1 hour (top right), short-term timescales within 2 weeks (bottom left), and long-term timescales greater than 2 weeks (bottom right). _____ 3-81

Figure 3-8     Distribution of Pearson correlation coefficients for annual 24-hour avg concentration of $PM_{2.5}$ with collocated copollutants from the Air Quality System during 2013−2015. _____ 3-82

Figure 3-9     Distribution of Pearson correlation coefficients for comparison of seasonal 24-hour avg concentration $PM_{2.5}$ with collocated copollutants from the Air Quality System during 2013−2015. _____ 3-83

00196408

Figure 3-10    Pearson correlations between $PM_{10-2.5}$ and copollutants for short-term exposures. _____ 3-84

Figure 3-11    Distribution of Pearson correlation coefficients for annual 24-hour avg concentration of $PM_{10-2.5}$ with collocated copollutants from the Air Quality System during 2013−2015. _____ 3-85

Figure 3-12    Distribution of Pearson correlation coefficients for comparison of seasonal 24-hour avg concentration of $PM_{10-2.5}$ with collocated copollutants from the Air Quality System during 2013−2015. _____ 3-86

Figure 3-13    Correlations between UFP and copollutants for short-term exposures. _____ 3-87

Figure 3-14    Correlations between personal exposure to $PM_{2.5}$ mass and personal exposure to gases. _____ 3-90

Figure 3-15    Slopes for personal-ambient relationships. Top: Personal exposure to gaseous copollutants related to ambient exposure of $PM_{2.5}$ mass or elemental carbon or sulfate components. _____ 3-91

Figure 3-16    Slopes for personal-personal relationships between $PM_{2.5}$ mass or sulfate component and gaseous copollutants. _____ 3-92

Figure 3-17    Distribution of Pearson correlation coefficients for annual 24-hour avg $PM_{2.5}$ mass concentration with mass concentration of $PM_{2.5}$ components from the Air Quality System during 2013−2015. _____ 3-96

Figure 3-18    Distribution of Pearson correlation coefficients for comparison of seasonal 24-hour avg total $PM_{2.5}$ mass with mass concentration of $PM_{2.5}$ components from the Air Quality System during 2013−2015. _____ 3-96

Figure 3-19    Distribution of Pearson correlation coefficients for annual 24-hour avg total $PM_{2.5}$ mass concentration with mass concentration of $PM_{2.5}$ components from the peer-reviewed literature during 2013−2015. _____ 3-97

Figure 3-20    Maps illustrating national-scale variability of Pearson correlation coefficients for comparison of seasonal 24-hour avg total $PM_{2.5}$ mass concentration with mass concentration of $PM_{2.5}$ components from the Air Quality System during 2013−2015. _____ 3-98

Figure 3-21    Distribution of Pearson correlation coefficients for annual 24-hour avg total mass concentration of $PM_{10-2.5}$ with mass concentration of $PM_{10-2.5}$ components from the Air Quality System during 2013−2015. _____ 3-99

Figure 3-22    Distribution of Pearson correlation coefficients for comparison of seasonal 24-hour avg total $PM_{10-2.5}$ mass concentration with mass concentration of $PM_{10-2.5}$ components from the Air Quality System during 2013−2015. _____ 3-100

00196409

Figure 3-23    Distribution of Pearson correlation coefficients for annual 24-hour avg total $PM_{10-2.5}$ mass concentration with mass concentration of $PM_{10-2.5}$ components from the peer-reviewed literature. _____ 3-101

Figure 3-24    Map illustrating national-scale variability of Pearson correlation coefficients for comparison of seasonal 24-hour avg total $PM_{10-2.5}$ mass concentration with mass concentration of the Si component of $PM_{10-2.5}$ from the Air Quality System during 2013−2015. _____ 3-102

Figure 3-25    Distribution of Pearson correlation coefficients for annual 24-hour avg total $PM_{0.25}$ mass concentration with mass concentration of $PM_{0.25}$ components from the peer-reviewed literature. _____ 3-103

Figure 3-26    Pearson correlations of ambient air measures of oxidative potential with $PM_{2.5}$ mass and $PM_{2.5}$ components. _____ 3-105

Figure 4-1    Diagrammatic representation of human respiratory tract regions. _____ 4-5

Figure 4-2    Sampling conventions for U.S. EPA's $PM_{2.5}$ and $PM_{10}$ and occupational criteria for thoracic and respirable fractions. _____ 4-16

Figure 4-3    Thoracic fraction (i.e., particle penetration through the extrathoracic region) as a function of breathing route in adult male during light exercise ($V_T = 1,250$ mL; $f = 20$ min$^{-1}$). _____ 4-17

Figure 4-4    Multispecies comparison of the thoracic fraction for nasal breathing with consideration for inhalability (i.e., particle penetration through the extrathoracic region). _____ 4-19

Figure 4-5    Predicted total and regional particle deposition adjusted for particle inhalability in select mammalian species. (A) Total deposition, (B) extrathoracic deposition, (C) tracheobronchial deposition, (D) pulmonary deposition. _____ 4-25

Figure 4-6    Experimental and predicted (Multi-Path Particle Dosimetry model) total lung deposition for controlled tidal breathing on a mouthpiece. _____ 4-27

Figure 4-7    Predicted nanoparticle olfactory dose rate (particles/hour) for resting ventilation (human, 7.5 L/min; rat, 0.288 L/min) and a concentration of one particle/cm$^3$ at any given particle size. _____ 4-29

Figure 4-8    Comparison of group mean human nasal deposition data with nasal cast deposition data. _____ 4-31

Figure 4-9    Comparison of individual level data for 2-μm inspiratory nasal deposition efficiency in during light exercise in adults and children with nasal cast model efficiency. _____ 4-32

00196410

Figure 4-10    Experimental regional particle deposition (normalized to total deposition) in select mammalian species. (A) extrathoracic deposition (nasal breathing); (B) tracheobronchial deposition; and (C) pulmonary deposition. _____ 4-35

Figure 4-11    Effect of increasing minute ventilation on total and regional deposition. _____ 4-38

Figure 4-12    Total deposition fraction of hygroscopic sodium chloride and hydrophobic diethylhexyl sebacate oil aerosols in adults during oral breathing at rest as a function of dry particle diameter. _____ 4-48

Figure 5-1    Potential biological pathways for respiratory effects following short-term $PM_{2.5}$ exposure. _____ 5-4

Figure 5-2    Summary of associations between short-term $PM_{2.5}$ exposures and asthma hospital admissions for a 10-$\mu$g/m$^3$ increase in 24-hour avg $PM_{2.5}$ concentrations. _____ 5-10

Figure 5-3    Summary of associations from studies of short-term $PM_{2.5}$ exposures and asthma emergency department visits for a 10-$\mu$g/m$^3$ increase in 24-hour avg $PM_{2.5}$ concentrations. _____ 5-11

Figure 5-4    Summary of associations between short-term $PM_{2.5}$ exposures and respiratory symptoms and medication use in populations with asthma._____ 5-24

Figure 5-5    Summary of associations between short-term $PM_{2.5}$ exposures and exhaled nitric oxide in populations with asthma. _____ 5-37

Figure 5-6    Summary of associations between short-term $PM_{2.5}$ exposures and chronic obstructive pulmonary disease hospital admissions and emergency department visits for a 10-$\mu$g/m$^3$ increase in 24-hour avg $PM_{2.5}$ concentrations. _____ 5-50

Figure 5-7    Summary of associations between short-term $PM_{2.5}$ exposures and respiratory infection hospital admissions and emergency department visits for a 10-$\mu$g/m$^3$ increase in 24-hour avg $PM_{2.5}$ concentrations. _____ 5-65

Figure 5-8    Summary of associations from studies of short-term $PM_{2.5}$ exposure and respiratory-related hospital admission and emergency department visits for a 10-$\mu$g/m$^3$ increase in 24-hour avg $PM_{2.5}$ concentrations._____ 5-75

Figure 5-9    Summary of associations for short-term $PM_{2.5}$ exposure and respiratory-related outcomes from copollutant models with ozone for a 10-$\mu$g/m$^3$ increase in 24-hour avg $PM_{2.5}$ concentrations. _____ 5-109

Figure 5-10    Summary of associations for short-term $PM_{2.5}$ exposure and respiratory-related outcomes from copollutant models with nitrogen dioxide for a 10-$\mu$g/m$^3$ increase in 24-hour avg $PM_{2.5}$ concentrations. _____ 5-110

00196411

Figure 5-11    Summary of associations for short-term $PM_{2.5}$ exposure and respiratory-related outcomes from copollutant models with sulfur dioxide for a 10-$\mu g/m^3$ increase in 24-hour avg $PM_{2.5}$ concentrations. _____ 5-111

Figure 5-12    Summary of associations for short-term $PM_{2.5}$ exposure and respiratory-related outcomes from copollutant models with carbon monoxide for a 10-$\mu g/m^3$ increase in 24-hour avg $PM_{2.5}$ concentrations. ____ 5-112

Figure 5-13    Summary of associations for short-term $PM_{2.5}$ exposure and respiratory-related outcomes from copollutant models with $PM_{10-2.5}$ for a 10-$\mu g/m^3$ increase in 24-hour avg $PM_{2.5}$ concentrations. _____ 5-113

Figure 5-14    Rate ratio and 95% confidence intervals for individual lag days from a constrained cubic polynomial distributed lag model examining associations between short-term $PM_{2.5}$ exposure and pediatric asthma emergency department visits in Atlanta, GA. _____ 5-119

Figure 5-15    Relative risk and 95% confidence intervals for individual lag days from a constrained distributed lag model examining associations between short-term $PM_{2.5}$ exposure and asthma hospital admissions in Denver, CO. _ 5-120

Figure 5-16    Percent increase in respiratory-related hospital admissions for a distributed lag model up to 0−7 days for a 10-$\mu g/m^3$ increase in 24-hour avg $PM_{2.5}$ concentrations across 708 U.S. counties. _____ 5-121

Figure 5-17    Pooled relative risks across 10 Canadian cities by synoptic weather category. _____ 5-126

Figure 5-18    Association between short-term $PM_{2.5}$ exposure and respiratory-related emergency department visits in Atlanta, GA at lag 1 for 24-hour avg and subdaily exposure metrics. _____ 5-129

Figure 5-19    Concentration-response for associations between 3-day avg (lag 0−2) $PM_{2.5}$ concentrations and emergency department visits for pediatric asthma at the 5th to 95th percentile of $PM_{2.5}$ concentrations in the Atlanta, GA area during the warm season. _____ 5-131

Figure 5-20    Concentration-response curve for lag 0−2-day $PM_{2.5}$ concentrations and asthma emergency department visits for children (<9 years old; Panel A) and all ages (Panel B). _____ 5-133

Figure 5-21    Estimated relative risks for short-term $PM_{2.5}$ exposure and asthma hospital admissions at lag 0−1 adjusted for ozone at lag 0−1 allowing for a possible nonlinear relationship in New York, NY. _____ 5-134

Figure 5-22    Concentration-response relationship between 0−2 day mean $PM_{2.5}$ concentrations and chronic obstructive pulmonary disease emergency department visits in Ontario, Canada. _____ 5-135

00196412

Figure 5-23     Cutpoint analysis examining the association between short-term PM$_{2.5}$ exposure and respiratory-related hospital admissions, lag 0−5, relative to 5 µg/m$^3$._____ 5-137

Figure 5-24     Associations for short-term exposure to PM$_{2.5}$ total mass and elemental or black carbon with respiratory effects by outcome group._____ 5-140

Figure 5-25     Distribution of associations for all respiratory effects and short-term PM$_{2.5}$ mass and PM$_{2.5}$ components exposure._____ 5-145

Figure 5-26     Associations for asthma exacerbations with short-term exposure to PM$_{2.5}$ mass and components. _____ 5-147

Figure 5-27     Potential biological pathways for respiratory effects following long-term PM$_{2.5}$ exposure._____ 5-157

Figure 5-28     Longitudinal repeated measure studies of long-term PM$_{2.5}$ exposure and lung development._____ 5-162

Figure 5-29     Long-term exposure to PM$_{2.5}$ and lung function in children. _____ 5-173

Figure 5-30     Long-term exposure to PM$_{2.5}$ and asthma incidence in children. _____ 5-181

Figure 5-31     Concentration-response relationship of prenatal PM$_{2.5}$ with children's repeated wheeze._____ 5-184

Figure 5-32     Asthma and wheeze incidence and prevalence in adults in relation to long-term PM$_{2.5}$ exposure. _____ 5-187

Figure 5-33     Exposure measurements from South Coast Air Basin (Karr et al., 2007), Puget Sound Region, WA (Karr et al., 2007), and Georgia Air Basin, British Columbia (Karr et al., 2009b). _____ 5-194

Figure 5-34     Associations between long-term exposure to PM$_{2.5}$ and respiratory mortality in recent North American cohorts. _____ 5-205

Figure 5-35     Long-term exposure to PM$_{2.5}$ and mortality in single pollutant models and models adjusted for ozone or nitrogen dioxide. _____ 5-207

Figure 5-36     Estimated bronchitic symptom prevalence at age 10 years versus long-term change in mean PM$_{2.5}$ concentrations among Children's Health Study (CHS) participants by asthma status. _____ 5-209

Figure 5-37     Mean 4-year lung-function growth versus the mean levels of PM$_{2.5}$._____ 5-210

Figure 5-38     Heat map of associations observed between long-term exposure PM$_{2.5}$ and PM$_{2.5}$ components and respiratory health. _____ 5-212

00196413

Figure 5-39     Distribution of associations for $PM_{2.5}$ and $PM_{2.5}$ components examined in
                studies detailed in Figure 5-38. _____ 5-213

Figure 5-40     Potential biological pathways for respiratory effects following short-term
                $PM_{10-2.5}$ exposure. _____ 5-222

Figure 5-41     Summary of associations from studies of short-term $PM_{10-2.5}$ exposures
                and asthma hospital admissions and emergency department (ED) visits for
                a 10-$\mu$g/m$^3$ increase in 24-hour avg $PM_{10-2.5}$ concentrations. _____ 5-226

Figure 5-42     Concentration-response relationship between short-term $PM_{10-2.5}$ exposure
                and asthma emergency department visits at lag 2 for a natural spline model
                with three degrees of freedom (df) for Dongguan, China. _____ 5-232

Figure 5-43     Summary of associations between short-term $PM_{10-2.5}$ exposures and
                chronic obstructive pulmonary disease hospital admissions and emergency
                department visits for a 10-$\mu$g/m$^3$ increase in 24-hour avg $PM_{10-2.5}$
                concentrations. _____ 5-238

Figure 5-44     Summary of associations between short-term $PM_{10-2.5}$ exposures and
                respiratory infection hospital admissions and emergency department visits
                for a 10-$\mu$g/m$^3$ increase in 24-hour avg $PM_{10-2.5}$ concentrations._____ 5-244

Figure 5-45     Summary of associations from studies of short-term $PM_{10-2.5}$ exposures
                and respiratory-related hospital admissions and emergency department
                visits for a 10-$\mu$g/m$^3$ increase in 24-hour avg $PM_{2.5}$ concentrations. _____ 5-250

Figure 5-46     Concentration-response relationship between short-term $PM_{10-2.5}$ exposure
                and respiratory-related hospital admissions, lag 0−5, relative to 5 $\mu$g/m$^3$.___ 5-257

Figure 5-47     Percent increase in respiratory mortality for a 10-$\mu$g/m$^3$ increase in
                24-hour avg $PM_{10-2.5}$ concentrations in single- and copollutant models. ____ 5-262

Figure 5-48     Associations between short-term $PM_{10-2.5}$ exposure and respiratory
                mortality as a function of the correlation between $PM_{10-2.5}$ and $PM_{2.5}$
                stratified by strength of the association with $PM_{2.5}$. _____ 5-263

Figure 5-49     Potential biological pathways for respiratory effects following long-term
                $PM_{10-2.5}$ exposure._____ 5-271

Figure 5-50     Potential biological pathways for respiratory effects following short-term
                UFP exposure._____ 5-280

Figure 5-51     Potential biological pathways for respiratory effects following long-term
                UFP exposure._____ 5-307

Figure 6-1      Potential biological pathways for cardiovascular effects following
                short-term exposure to $PM_{2.5}$. _____ 6-4

00196414

Figure 6-2     Results of studies of short-term ambient $PM_{2.5}$ exposure and hospital
admissions and emergency department visits for ischemic heart disease
and myocardial infarction. _____ 6-13

Figure 6-3     Results of studies of short-term ambient $PM_{2.5}$ concentrations and hospital
admissions and emergency department visits for heart failure. _____ 6-20

Figure 6-4     Results of studies of short-term $PM_{2.5}$ exposure and hospital admissions
and emergency department visits for arrhythmia. _____ 6-26

Figure 6-5     Results of studies of short-term $PM_{2.5}$ exposure and hospital admissions
and emergency department visits for cerebrovascular disease. _____ 6-46

Figure 6-6     Results of studies of short-term $PM_{2.5}$ exposure and combinations of
cardiovascular-related hospital admissions and emergency department
visits for a 10-$\mu$g/m$^3$ increase in 24-hour avg $PM_{2.5}$ concentrations. _____ 6-71

Figure 6-7     Percent increase in cause-specific cardiovascular mortality outcomes for a
10-$\mu$g/m$^3$ increase in 24-hour avg $PM_{2.5}$ concentrations observed in
multicity studies and meta-analyses. _____ 6-73

Figure 6-8     Associations between short-term exposure to $PM_{2.5}$ and cardiovascular
effects in single pollutant models and models adjusted for ozone for a
10-$\mu$g/m$^3$ increase in 24-hour avg $PM_{2.5}$ concentrations. _____ 6-112

Figure 6-9     Associations between short-term exposure to $PM_{2.5}$ and cardiovascular
effects in single pollutant models and models adjusted for nitrogen dioxide
for a 10-$\mu$g/m$^3$ increase in 24-hour avg $PM_{2.5}$ concentrations. _____ 6-113

Figure 6-10    Associations between short-term exposure to $PM_{2.5}$ and cardiovascular
effects in single pollutant models and models adjusted for sulfur dioxide
for a 10-$\mu$g/m$^3$ increase in 24-hour avg $PM_{2.5}$ concentrations. _____ 6-114

Figure 6-11    Associations between short-term exposure to $PM_{2.5}$ and cardiovascular
effects in single pollutant models and models adjusted for carbon
monoxide for a 10-$\mu$g/m$^3$ increase in 24-hour avg $PM_{2.5}$ concentrations. ____ 6-115

Figure 6-12    Associations between short-term exposure to $PM_{2.5}$ and cardiovascular
effects in single pollutant models and models adjusted for $PM_{10-2.5}$ for a
10-$\mu$g/m$^3$ increase in 24-hour avg $PM_{2.5}$ concentrations. _____ 6-116

Figure 6-13    Pattern of relative risks for single day lags 0−14 for aggregate
cardiovascular disease hospitalizations (left) and ischemic heart disease
hospitalizations (right) reported by Kim et al. (2012). _____ 6-120

Figure 6-14    Heat map of associations observed between short-term $PM_{2.5}$ and $PM_{2.5}$
component exposure and combinations of cardiovascular-related hospital
admissions and emergency department visits. _____ 6-123

00196415

Figure 6-15    Distribution of associations for combinations of cardiovascular-related
                hospital admissions and emergency department visits and short-term $PM_{2.5}$
                and $PM_{2.5}$ components exposure in studies detailed in Figure 6-14. _____ 6-124

Figure 6-16    Potential biological pathways for cardiovascular effects following
                long-term exposure to $PM_{2.5}$. _____ 6-143

Figure 6-17    Associations between long-term exposure to $PM_{2.5}$ and ischemic heart
                disease or myocardial infarction. Associations are presented per 5-$\mu g/m^3$
                increase in pollutant concentration. _____ 6-150

Figure 6-18    Associations between long-term exposure to $PM_{2.5}$ and the incidence of
                stroke for a 5-$\mu g/m^3$ increase in $PM_{2.5}$ concentrations. _____ 6-157

Figure 6-19    Associations between long-term exposure to $PM_{2.5}$ and cardiovascular
                mortality in recent North American cohorts. _____ 6-191

Figure 6-20    Associations between long-term exposure to $PM_{2.5}$ and cardiovascular
                morbidity in single-pollutant models and models adjusted for copollutants. _ 6-202

Figure 6-21    Associations between long-term exposure to $PM_{2.5}$ and cardiovascular
                mortality in single-pollutant models and models adjusted for ozone. _____ 6-204

Figure 6-22    Long-term exposure to $PM_{2.5}$ and cardiovascular mortality in
                single-pollutant models and models adjusted for other pollutants. _____ 6-205

Figure 6-23    The linear longitudinal association of long-term average $PM_{2.5}$
                concentrations with coronary artery calcification progression (Agatston
                units per year) across the range of concentrations. _____ 6-208

Figure 6-24    Nonlinear association of annual average $PM_{2.5}$ concentration (2003) and
                natural log-transformed coronary artery calcification. _____ 6-209

Figure 6-25    Concentration-response relationship between long-term $PM_{2.5}$ exposure
                and incident hypertension. _____ 6-210

Figure 6-26    Concentration-response relationship between long-term $PM_{2.5}$ exposure
                and cardiovascular mortality in the Harvard Six Cities study using
                penalized splines (1974−2009). _____ 6-213

Figure 6-27    Concentration-response curve for ischemic heart disease mortality in the
                CanCHEC study._____ 6-214

Figure 6-28    Distribution of associations of long-term exposure to $PM_{2.5}$ and $PM_{2.5}$
                component concentrations with cardiovascular outcomes._____ 6-215

Figure 6-29    Results of studies of long-term exposure to $PM_{2.5}$ and $PM_{2.5}$ component
                concentrations and cardiovascular outcomes._____ 6-216

00196416

Figure 6-30    Potential biological pathways for cardiovascular effects following
short-term exposure to $PM_{10-2.5}$. _____ 6-226

Figure 6-31    Percent increase in cardiovascular mortality for a 10-µg/m$^3$ increase in
24-hour avg $PM_{10-2.5}$ concentrations in single- and copollutant models. ____ 6-241

Figure 6-32    Associations between short-term $PM_{10-2.5}$ exposure and cardiovascular
mortality as a function of the correlation between $PM_{10-2.5}$ and $PM_{2.5}$
stratified by strength of the association with $PM_{2.5}$. _____ 6-242

Figure 6-33    Potential biological pathways for cardiovascular effects following
long-term exposure to $PM_{10-2.5}$. _____ 6-257

Figure 6-34    Associations between long-term exposure to $PM_{10-2.5}$ and ischemic heart
disease. _____ 6-262

Figure 6-35    Associations between long-term exposure to $PM_{10-2.5}$ and stroke._____ 6-268

Figure 6-36    Potential biological pathways for cardiovascular effects following
short-term exposure to UFP. _____ 6-280

Figure 7-1     Disorders of glycemia: etiologic types and stages._____ 7-2

Figure 7-2     Potential biological pathways for metabolic effects following short-term
$PM_{2.5}$ exposure. _____ 7-3

Figure 7-3     Potential biological pathways for metabolic effects following long-term
$PM_{2.5}$ exposure. _____ 7-14

Figure 7-4     Locally weighted scatterplot smoothing regression of hazard ratios on
$PM_{2.5}$ concentration for composite diagnosis of metabolic syndrome and
each individual component according to the level of exposure among older
adult males in the Normative Aging Study (NAS). _____ 7-17

Figure 7-5     Concentration-response relationship for $PM_{2.5}$ using restricted cubic spline
with three degrees of freedom (adjusted for age, sex, body mass index,
waist-hip ratio, smoking status, and month of blood draw)._____ 7-22

Figure 7-6     Smoothed associations between insulin resistance and long-term $PM_{2.5}$
exposure assessed using generalized additive models adjusted for sex, age,
and body mass index. _____ 7-23

Figure 7-7     $PM_{2.5}$ effects on insulin resistance and glucose tolerance in mice exposed
to 19.6−139 µg/m$^3$ $PM_{2.5}$ for 30 days to 17 weeks. _____ 7-24

Figure 7-8     Concentration-response relationship between the concentration of $PM_{2.5}$
and incident diabetes among the cohort, depicted using a natural cubic
spline function with two degrees of freedom._____ 7-32

00196417

Figure 7-9     Association (log relative hazard) between 5-year running average level at residence and incident diabetes in the Danish Nurses Study. _____ 7-33

Figure 7-10    Associations between long-term $PM_{2.5}$ exposure and incident diabetes in longitudinal epidemiologic studies. _____ 7-34

Figure 7-11    Copollutant model results for studies of long-term exposure to $PM_{2.5}$ and incident diabetes._____ 7-46

Figure 7-12    Relative risk of diabetes-related mortality in relation to long-term $PM_{2.5}$ exposure. _____ 7-48

Figure 7-13    Potential biological pathways for metabolic effects following long-term $PM_{10-2.5}$ exposure._____ 7-54

Figure 8-1     Potential biological pathways for nervous system effects following short-term $PM_{2.5}$ exposure. _____ 8-3

Figure 8-2     Potential biological pathways for nervous system effects following long-term $PM_{2.5}$ exposure. _____ 8-19

Figure 8-3     Associations between long-term $PM_{2.5}$ exposure and cognitive effects. _____ 8-33

Figure 8-4     Associations between long-term $PM_{2.5}$ exposur and cognitive effects. _____ 8-35

Figure 8-5     Associations between long-term $PM_{2.5}$ exposure and indicators of depression or anxiety. _____ 8-39

Figure 8-6     Associations between long-term $PM_{2.5}$ exposure and neurodegenerative diseases. _____ 8-42

Figure 8-7     Associations between long-term $PM_{2.5}$ exposure and cognitive effects. _____ 8-46

Figure 8-8     Potential biological pathways for nervous system effects following short-term $PM_{10-2.5}$ exposure._____ 8-63

Figure 8-9     Potential biological pathways for nervous system effects following long-term $PM_{10-2.5}$ exposure._____ 8-68

Figure 8-10    Potential biological pathways for nervous system effects following short-term UFP exposure._____ 8-77

Figure 8-11    Potential biological pathways for nervous system effects following long-term UFP exposure. _____ 8-88

Figure 9-1     Potential biological pathways for male and female reproduction and fertility effects following $PM_{2.5}$ exposure. _____ 9-4

00196418

Figure 9-2      Potential biological pathways for pregnancy and birth outcomes following
                PM$_{2.5}$ exposure. _____ 9-11

Figure 9-3      Heat map of associations observed between PM$_{2.5}$ and PM$_{2.5}$ components
                and birth outcomes and effects on pregnancy. _____ 9-40

Figure 9-4      Potential biological pathways for male and female reproduction and
                fertility effects following UFP exposure. _____ 9-57

Figure 10-1     Key steps in the development of cancer. _____ 10-2

Figure 10-2     Potential biological pathways for the development of cancer following
                exposure to PM$_{2.5}$._____ 10-5

Figure 10-3     Summary of associations reported in previous and recent cohort studies
                that examined long-term PM$_{2.5}$ exposure and lung cancer mortality and
                incidence. _____ 10-44

Figure 10-4     PM$_{2.5}$—lung cancer incidence odds ratios for a 10 µg/m$^3$ increase in PM$_{2.5}$
                concentrations from sensitivity analyses using different exposure
                assignment approaches in the Canadian National Enhanced Cancer
                Surveillance System (NECSS) study. _____ 10-52

Figure 10-5     Adjusted relative risk for lung cancer mortality plotted over estimated
                daily dose of PM$_{2.5}$ (milligrams) and increments of cigarette smoking
                (cigarettes per day) compared with never smokers. _____ 10-57

Figure 10-6     Concentration-response relationship between long-term PM$_{2.5}$ exposure
                and lung cancer incidence using a natural cubic spline and 3 degrees of
                freedom in the Canadian National Breast Cancer Screening Survey
                (CNBCSS) cohort. _____ 10-58

Figure 10-7     Fully adjusted hazard ratios (95% confidence intervals) for lung cancer
                mortality in categorical analyses of mean PM$_{2.5}$ (1999−2000)
                concentrations in never smokers in the American Cancer Society—Cancer
                Prevention Study II (ACS-CPS II) cohort. _____ 10-59

Figure 10-8     Potential biological pathways for the development of cancer following
                exposure to PM$_{10-2.5}$._____ 10-79

Figure 10-9     Potential biological pathways for the development of cancer following
                exposure to UFP._____ 10-90

Figure 11-1     Summary of associations between short-term PM$_{2.5}$ exposure and total
                (nonaccidental) mortality in multicity studies for a 10 µg/m$^3$ increase in
                24-hour avg concentrations. _____ 11-11

00196419

Figure 11-2    Summary of associations between short-term $PM_{2.5}$ exposure and cardiovascular and respiratory mortality in multicity studies for a 10 $\mu g/m^3$ increase in 24-hour avg concentrations. _____ 11-14

Figure 11-3    Summary of association between short-term $PM_{2.5}$ exposure and total (nonaccidental) mortality for a 10 $\mu g/m^3$ increase in 24-hour avg concentrations in single- and copollutant models from previous and recent multicity studies. _____ 11-16

Figure 11-4    Percent increase in cardiovascular mortality for a 10 $\mu g/m^3$ increase in 24-hour avg $PM_{2.5}$ concentrations at lag 0−1 in Philadelphia, PA (May 1992−September 1995) across statistical models used in multicity studies. _____ 11-18

Figure 11-5    Relationship between estimated $PM_{2.5}$-mortality association and temperature in 75 U.S. cities. _____ 11-22

Figure 11-6    Bivariate $PM_{2.5}$-temperature response surfaces for total (nonaccidental) mortality using same-day 24-hour mean temperature and lag 0 and lag 1 $PM_{2.5}$ concentrations. _____ 11-23

Figure 11-7    Percent increase in mortality for a 10 $\mu g/m^3$ increase in $PM_{2.5}$ concentrations at lag 0 and lag 0−1 in single-pollutant models and models containing indicator variables representative of days with specific pollution profiles. _____ 11-26

Figure 11-8    Dendrogram showing relationships among the 17 largest and 5 midsize National Morbidity, Mortality, and Air Pollution Study (NMMAPS) cities using $PM_{2.5}$ composition data from Chemical Speciation Network (CSN) for 2005−2007. _____ 11-27

Figure 11-9    Maps of Core-Based Statistical Areas (CBSAs) by cluster based on (A) residential infiltration factors and (B) residential infiltration and commuting factors. _____ 11-30

Figure 11-10   Percent increase in mortality at lag 0−1 for a 10 $\mu g/m^3$ increase in 24-hour avg $PM_{2.5}$ concentrations based on location of residence using modeled and monitored $PM_{2.5}$ concentrations. _____ 11-34

Figure 11-11   Concentration-response relationship between short-term $PM_{2.5}$ concentrations and mortality (lag 0−1) in an analysis restricted to person-time with daily $PM_{2.5}$ concentrations <30 $\mu g/m^3$. _____ 11-39

Figure 11-12   Two-pollutant analysis of the $PM_{2.5}$ concentration-response curve with penalized splines for both $PM_{2.5}$ and ozone to examine the percent increase in daily mortality at lag 0−1 days. _____ 11-40

00196420

Figure 11-13    Heat map of associations observed between short-term $PM_{2.5}$ and $PM_{2.5}$ components exposure and mortality in multi- and single-city studies._____ 11-45

Figure 11-14    Distribution of total (nonaccidental) mortality associations for $PM_{2.5}$ and $PM_{2.5}$ components examined in studies detailed in Figure 11-13. _____ 11-46

Figure 11-15    Percent increase in mortality for $PM_{2.5}$ and $PM_{2.5}$ components for an interquartile range (IQR) increase in concentrations at lag 1 across 72 U.S. cities. _____ 11-48

Figure 11-16    Percent increase in total (nonaccidental) mortality for individual cities within the 64 U.S. cities examined in the National Particle Component Toxicity (NPACT) study for a median interquartile range (IQR) increase in factor scores for the cities combined. _____ 11-53

Figure 11-17    Associations between long-term $PM_{2.5}$ exposure and total (nonaccidental) mortality in the American Cancer Society cohort. _____ 11-68

Figure 11-18    Associations between long-term $PM_{2.5}$ exposure and total (nonaccidental) mortality in recent North American cohorts. _____ 11-70

Figure 11-19    Associations between long-term $PM_{2.5}$ exposure and all cardiovascular disease and all respiratory mortality in recent North American cohorts. ____ 11-71

Figure 11-20    Associations between long-term $PM_{2.5}$ exposure and mortality in single pollutant models and models adjusted for ozone._____ 11-82

Figure 11-21    Long-term $PM_{2.5}$ exposure and mortality in single pollutant models and models adjusted for other pollutants. _____ 11-83

Figure 11-22    Examples of concentration-response relationships between long-term $PM_{2.5}$ exposure and total (nonaccidental) or all-cause mortality in (A) the Harvard Six Cities study using penalized splines (1974−2009); (B) long-term time-series study; (C) the Medicare cohort using thin-plate spines. _____ 11-88

Figure 11-23    Examples of concentration-response relationships between long-term $PM_{2.5}$ exposure and total (nonaccidental) mortality in (A) the CCHS; (B) the CanCHEC; (C) the CNBSS. _____ 11-89

Figure 11-24    Heat map of associations observed between $PM_{2.5}$ and $PM_{2.5}$ components and mortality. _____ 11-95

Figure 11-25    Distribution of mortality associations for $PM_{2.5}$ and $PM_{2.5}$ components examined in studies detailed in Figure 11-24. _____ 11-96

00196421

Figure 11-26     Summary of associations between short-term $PM_{10-2.5}$ exposure and total
(nonaccidental) mortality in multicity studies for a 10 µg/m$^3$ increase in
24-hour avg concentrations. _____ 11-107

Figure 11-27     Summary of associations between short-term $PM_{10-2.5}$ exposure and
cardiovascular and respiratory mortality in multicity studies for a
10 µg/m$^3$ increase in 24-hour avg concentrations. _____ 11-108

Figure 11-28     Summary of associations between short-term $PM_{10-2.5}$ exposure and total
(nonaccidental) mortality for a 10 µg/m$^3$ increase in 24-hour avg
concentrations in single and copollutant models from multicity studies. ___ 11-110

Figure 11-29     Incidence rate ratios as a function of the correlation between short-term
$PM_{10-2.5}$ and $PM_{2.5}$ concentrations stratified by $PM_{2.5}$ associations. _____ 11-111

Figure 11-30     Percent increase in total (nonaccidental), cardiovascular, and respiratory
mortality across eight European cities for a 10,000 number/cm$^3$ increase in
24-hour avg number concentration (NC) across lags 0 to 10 days. _____ 11-135

Figure 11-31     Association between short-term number concentration for particles
300−1,000 nm ($NC_{300-1,000}$) and total number concentration ($NC_{total}$)
exposure in single and copollutant models and respiratory mortality in
Beijing, China. _____ 11-138

Figure 12-1      Differences in $PM_{2.5}$ exposure by socioeconomic status. _____ 12-32

Figure 12-2      Differences in $PM_{2.5}$ exposure by race. _____ 12-36

Figure 13-1      IMPROVE 2011−2014 regional monthly mean $PM_{2.5}$ reconstructed light
extinction coefficients ($b_{ext}$, per Mm) for the eastern U.S. _____ 13-22

Figure 13-2      IMPROVE 2005−2008 regional monthly mean $PM_{2.5}$ reconstructed light
extinction coefficients ($b_{ext}$, per Mm) for the eastern U.S. _____ 13-23

Figure 13-3      IMPROVE 2011−2014 regional monthly mean $PM_{2.5}$ reconstructed light
extinction coefficients ($b_{ext}$, per Mm) for the northwestern U.S. _____ 13-24

Figure 13-4      IMPROVE 2005−2008 regional monthly mean $PM_{2.5}$ reconstructed light
extinction coefficients ($b_{ext}$, per Mm) for the northwestern U.S. _____ 13-25

Figure 13-5      IMPROVE 2011−2014 regional monthly mean $PM_{2.5}$ reconstructed light
extinction coefficients ($b_{ext}$, per Mm) for the northwestern U.S. _____ 13-26

Figure 13-6      IMPROVE 2005−2008 regional monthly mean $PM_{2.5}$ reconstructed light
extinction coefficients ($b_{ext}$, per Mm) for the southwestern U.S. _____ 13-27

00196422

Figure 13-7    Chemical Speciation Network 2011−2014 regional monthly mean PM$_{2.5}$ reconstructed light extinction coefficients ($b_{ext}$, per Mm) for the eastern U.S. _____ 13-28

Figure 13-8    Chemical Speciation Network 2005−2008 regional monthly mean PM$_{2.5}$ reconstructed light extinction coefficients ($b_{ext}$, per Mm) for the eastern U.S. _____ 13-29

Figure 13-9    Chemical Speciation Network 2011−2014 regional monthly mean PM$_{2.5}$ reconstructed light extinction coefficients ($b_{ext}$, per Mm) for the northwestern U.S. _____ 13-30

Figure 13-10    Chemical Speciation Network 2005−2008 regional monthly mean PM$_{2.5}$ reconstructed light extinction coefficients ($b_{ext}$, per Mm) for the northwestern U.S. _____ 13-31

Figure 13-11    Chemical Speciation Network 2011−2014 regional monthly mean PM$_{2.5}$ reconstructed light extinction coefficients ($b_{ext}$, per Mm) for the southwestern U.S. _____ 13-32

Figure 13-12    Chemical Speciation Network 2005−2008 regional monthly mean PM$_{2.5}$ reconstructed light extinction coefficients ($b_{ext}$, per Mm) for the southwestern U.S. _____ 13-33

Figure 13-13    IMPROVE 2005−2008 regional monthly mean PM$_{2.5}$ reconstructed light extinction coefficients ($b_{ext}$, per Mm) for Hawaii, Alaska, and the Virgin Islands. _____ 13-34

Figure 13-14    Chemical Speciation Network 2005−2008 regional monthly mean PM$_{2.5}$ reconstructed light extinction coefficients ($b_{ext}$, per Mm) for Alaska and Hawaii. _____ 13-35

Figure 13-15    IMPROVE 2000−2011 trends (%/yr) in the reconstructed mean 20% haziest (top) and clearest (bottom) ambient light extinction coefficient ($b_{ext}$ at 550 nm). _____ 13-39

Figure 13-16    Simulations of the view at Great Smoky Mountains National Park, TN (top), and Washington, DC (bottom), corresponding to the mean 20% haziest $b_{ext}$ in 1990 (left side of image) and 2012 (right side of image). _____ 13-40

Figure 13-17    The effective PM$_{2.5}$ light extinction efficiency calculated as the ratio of the annual average reconstructed PM$_{2.5}$ $b_{ext}$ and PM$_{2.5}$ concentrations. _____ 13-42

Figure 13-18    Mean deciview values of 50% acceptability in five visibility preference studies (Colorado, Arizona, British Columbia, District of Columbia 2001, District of Columbia 2009). _____ 13-43

00196423

Figure 13-19    Global mean radiative forcing from anthropogenic activities from 1750 to 2011. _____ 13-50

Figure 13-20    Schematic illustrating the effects of PM on climate. _____ 13-51

Figure 13-21    Schematic of mechanisms by which PM affects climate and the terminology used in the Intergovernmental Panel on Climate Change Fifth Assessment Report to categorize PM radiative forcings. _____ 13-53

Figure 13-22    Radiative forcing from PM interactions with radiation from six PM components in the AeroCom ensemble of models, overlain with total radiative forcing from PM interactions with radiation for each model (yellow). _____ 13-58

Figure 13-23    Spatial distributions of radiative forcing due to changing PM from 1850 to 2000 in the Atmospheric Chemistry and Climate Model Intercomparison Project model ensemble. _____ 13-59

Figure 13-24    Time evolution of radiative forcing due to interactions of particulate matter with radiation and the effects of black carbon on snow and ice albedo. _____ 13-62

Figure 13-25    Mean radiative forcings due to interactions of PM with radiation from a subset of the Atmospheric Chemistry and Climate Model Intercomparison Project models for the 1980 to 2000 time period. _____ 13-63

Figure 13-26    Estimated annual mean top-of-the-atmosphere radiative forcings due to interactions of PM with radiation for the 1750−2010 period. _____ 13-64

Figure 13-27    Mean radiative forcings (left columns) and their standard deviations (right columns) from the Atmospheric Chemistry and Climate Model Intercomparison Project ensemble for the 1850−2000 time period. _____ 13-65

Figure 13-28    Top: Observed change in surface air temperatures between 1930 and 1990. Bottom: Effect of U.S. anthropogenic PM sources on surface air temperatures for the 1970−1990 period when U.S. particulate loading was at its peak. _____ 13-72

Figure 13-29    Trends in aerosol optical depth measured by the Multiangle Imaging Spectro Radiometer satellite instrument over the 2001−2013 time period. __ 13-73

Figure 13-30    Increase of haze (H in %) with mass of deposit (M in $\mu g/cm^2$) on glass under (a) sheltered conditions and (b) conditions where glass panes were exposed directly to the weather. _____ 13-80

Figure 13-31    Example of a dose-response curve for effects on materials, showing change in reflectance versus square root of dose for acrylic emulsion house paint. _____ 13-83

00196424

Figure 13-32   Temporal trend in haze values of glass at different locations. _____ 13-84

Figure 13-33   Predictions of materials damage to various materials based on damage functions._____ 13-86

Figure A-1     Overview of the process for development of Integrated Science Assessments. _____ A-2

00196425

# INTEGRATED SCIENCE ASSESSMENT TEAM FOR PARTICULATE MATTER

## Executive Direction

Dr. John Vandenberg (Director)—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Steven J. Dutton (Deputy Director)—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Reeder Sams II (Deputy Director—Acting)—Center for Computational Toxicology and Exposure, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Ms. Debra Walsh (Deputy Director—Retired)—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Jane Ellen Simmons (Branch Chief)—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Christopher Weaver (Branch Chief)—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Tara Greaver (Branch Chief—Acting)—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Andrew Hotchkiss (Branch Chief—Acting)—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Jennifer Nichols (Branch Chief—Acting)—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Jennifer Richmond-Bryant (Branch Chief—Acting)—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Alan Vette (Branch Chief—Acting)—Center for Environmental Measurement and Modeling, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

## Scientific Staff

Mr. Jason Sacks (Assessment Lead, Integrated Science Assessment for Particulate Matter)—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

00196426

Dr. Barbara Buckley (Deputy Assessment Lead, Integrated Science Assessment for Particulate Matter)—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Michelle Angrish—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Renee Beardslee (Separated)—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. James Brown—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Mr. Evan Coffman—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Mr. Allen Davis—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Stephanie Deflorio-Barker—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Brooke L. Hemming—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Erin Hines—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Ellen Kirrane—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Dennis Kotchmar (Retired)—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Meredith Lassiter—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Thomas Long—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Thomas Luben—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

00196427

Dr. Stephen McDow—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Jennifer Nichols—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Molini M. Patel (Separated)—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Joseph P. Pinto (Retired)—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Jennifer Richmond-Bryant (Separated)—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Michael Stewart—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Christopher Weaver—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

**Technical Support Staff**

Ms. Marieka Boyd—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Mr. Kenneth J. Breito (Separated)—Senior Environmental Employment Program, Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Ms. Annamarie Cory—Oak Ridge Associated Universities, Inc., Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Ms. Charlene Finley (Separated)—Oak Ridge Institute for Science and Education, Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Ms. Beth Gatling (Separated)—Oak Ridge Institute for Science and Education, Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Mr. William Griffin (Separated)—Oak Ridge Institute for Science and Education, Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Ms. Hillary Hollinger—Oak Ridge Associated Universities, Inc., Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

00196428

Mr. Saturo Ito (Separated)—Oak Ridge Institute for Science and Education, Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Mr. Ryan Jones—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Mr. Lukas Kerr—Oak Ridge Associated Universities, Inc., Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Ms. Emily Lau (Separated)—Oak Ridge Institute for Science and Education, Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Ms. Mckayla Lein—Oak Ridge Associated Universities, Inc., Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Ms. Connie Meacham (Retired)—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Ms. Danielle Moore—Senior Environmental Employment Program, Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Mr. Francis Polakiewicz—Oak Ridge Associated Universities, Inc., Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Mr. R. Byron Rice—Oak Ridge Associated Universities, Inc., Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Mr. Samuel Thacker—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Ms. Erin Vining—Oak Ridge Associated Universities, Inc., Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Mr. Richard N. Wilson—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

00196429

# AUTHORS, CONTRIBUTORS, AND REVIEWERS

## Authors

Mr. Jason Sacks (Assessment Lead, Integrated Science Assessment for Particulate
Matter)—Center for Public Health and Environmental Assessment, Office of Research
and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Barbara Buckley (Deputy Assessment Lead, Integrated Science Assessment for
Particulate Matter)—Center for Public Health and Environmental Assessment, Office of
Research and Development, U.S. Environmental Protection Agency, Research Triangle
Park, NC

Dr. Neil Alexis†—Center for Environmental Medicine, Asthma and Lung Biology, UNC
School of Medicine, University of North Carolina, Chapel Hill, NC

Dr. Michelle Angrish—Center for Public Health and Environmental Assessment, Office of
Research and Development, U.S. Environmental Protection Agency, Research Triangle
Park, NC

Dr. Renee Beardslee (Separated)—Center for Public Health and Environmental Assessment,
Office of Research and Development, U.S. Environmental Protection Agency, Research
Triangle Park, NC

Mr. Adam Benson (Separated)—Oak Ridge Institute for Science and Education, Center for
Public Health and Environmental Assessment, Office of Research and Development,
U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. James Brown—Center for Public Health and Environmental Assessment, Office of
Research and Development, U.S. Environmental Protection Agency, Research Triangle
Park, NC

Dr. Barbara Buckley—Center for Public Health and Environmental Assessment, Office of
Research and Development, U.S. Environmental Protection Agency, Research Triangle
Park, NC

Dr. Matt Campen†—Health Sciences: Clinical & Translational Science Center, University of
New Mexico, Albuquerque, NM

Dr. Elizabeth Chan*—Oak Ridge Institute for Science and Education, Center for Public
Health and Environmental Assessment, Office of Research and Development,
U.S. Environmental Protection Agency, Research Triangle Park, NC

Mr. Evan Coffman—Center for Public Health and Environmental Assessment, Office of
Research and Development, U.S. Environmental Protection Agency, Research Triangle
Park, NC

Mr. Allen Davis—Center for Public Health and Environmental Assessment, Office of
Research and Development, U.S. Environmental Protection Agency, Research Triangle
Park, NC

Dr. Steven J. Dutton—Center for Public Health and Environmental Assessment, Office of
Research and Development, U.S. Environmental Protection Agency, Research Triangle
Park, NC

Dr. Sorina Eftim†—ICF International, Fairfax, VA

00196430

Dr. Jay Gandy†—Fay W. Boozman College of Public Health, University of Arkansas, Little Rock, AR

Dr. Brooke L. Hemming—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Erin Hines—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Katelyn Holliday†—Postdoctoral Fellow in Epidemiology, University of North Carolina, Chapel Hill, NC

Dr. Veli-Matti Kerminen†—Institute for Atmospheric and Earth System Research, University of Helsinki, Finland

Dr. Marianthi-Anna Kioumourtzoglou†—Mailman School of Public Health, Columbia University, New York, NY

Dr. Ellen Kirrane—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Dennis Kotchmar (Retired)—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Igor Koturbash†—Fay W. Boozman College of Public Health, University of Arkansas, Little Rock, AR

Dr. Markku Kulmala†—Institute for Atmospheric and Earth System Research, University of Helsinki, Finland

Dr. Meredith Lassiter—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Vijay Limaye (Separated)—Region 5, U.S. Environmental Protection Agency, Chicago, IL

Dr. Petter Ljungman†—Institute of Environmental Medicine, Karolinska Institute, Solna, Sweden

Dr. Thomas Long—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Thomas Luben—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. William Malm†—Cooperative Institute for Research in the Atmosphere, Colorado State University, Fort Collins, CO

Mr. Joseph F. McDonald—Center for Environmental Measurement and Modeling, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

00196431

Dr. Stephen McDow—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Loretta Mickley†—John A. Paulson School of Engineering and Applied Sciences, Harvard University, Cambridge, MA

Mr. Ihab Mikati (Separated)—Oak Ridge Institute for Science and Education, Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. James Mulholland†—School of Civil and Environmental Engineering, College of Engineering, Georgia Tech University, Atlanta, GA

Dr. Jennifer Nichols—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Molini M. Patel (Separated)—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Robert Pinder—Office of Air Quality Planning and Standards, Office of Air and Radiation, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Joseph P. Pinto (Retired)—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Kristen Rappazzo—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Jennifer Richmond-Bryant (Separated)—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Maria Rosa†—Postdoctoral Fellow, Environmental Medicine and Public Health, Mount Sinai School of Medicine, New York, NY

Dr. Armistead Russell†—School of Civil and Environmental Engineering, College of Engineering, Georgia Tech University, Atlanta, GA

Dr. Brett Schichtel†—Cooperative Institute for Research in the Atmosphere, Colorado State University, Fort Collins, CO

Dr. Michael Stewart—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Lindsay Wichers Stanek—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Michelle Turner†—Barcelona Institute for Global Health, Barcelona, Spain

Dr. Laura Van Winkle†—Center for Health and the Environment, University of California, Davis, CA

00196432

Dr. James Wagner†—Institute for Integrative Toxicology, Michigan State University, East Lansing, MI

Dr. Christopher Weaver—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Greg Wellenius†—Institute at Brown for Environment & Society, Brown University, Providence, RI

Dr. Eric Whitsel†—Gillings School of Global Public Health, University of North Carolina, Chapel Hill, NC

Dr. Catherine Yeckel†—Yale School of Public Health, Yale University, New Haven, CT

Dr. Antonella Zanobetti†—Harvard T.H. Chan School of Public Health, Harvard University, Cambridge, MA

Dr. Max Zhang†—Sibley School of Mechanical and Aerospace Engineering, Cornell University, Ithaca, NY

†Under subcontract through ICF International
*Current affiliation is Office of Air Quality Planning and Standards, Office of Air and Radiation, U.S. Environmental Protection Agency, Research Triangle Park, NC

## Contributors

Dr. Stephanie Deflorio-Barker—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Allison Elder†—University of Rochester Medical Center, University of Rochester, Rochester, NY

Dr. Brett Gantt—Office of Air Quality Planning and Standards, Office of Air and Radiation, U.S. Environmental Protection Agency, Research Triangle Park, NC

Mr. Tim Hanley—Office of Air Quality Planning and Standards, Office of Air and Radiation, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. James T. Kelly—Office of Air Quality Planning and Standards, Office of Air and Radiation, U.S. Environmental Protection Agency, Research Triangle Park, NC

Ms. Rachel Long—University of North Carolina at Chapel Hill, Chapel Hill, NC

Ms. April Maxwell (Separated)—Oak Ridge Institute for Science and Education, Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Jeanette Reyes*—Oak Ridge Institute for Science and Education, Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

†Under subcontract through ICF International
*Current affiliation is Office of Air Quality Planning and Standards, Office of Air and Radiation, U.S. Environmental Protection Agency, Research Triangle Park, NC

00196433

**Reviewers**

Dr. Sara Adar—School of Public Health, University of Michigan, Ann Arbor, MI

Dr. Ryan Allen—Faculty of Health Sciences. Simon Fraser University, Burnaby, BC, Canada

Ms. Breanna Alman (Separated)—Office of Air Quality Planning and Standards, Office of Air and Radiation, U.S. Environmental Protection Agency, Research Triangle Park, NC

Mr. Chad Bailey—Office of Transportation and Air Quality, Office of Air and Radiation, U.S. Environmental Protection Agency, Ann Arbor, MI

Dr. Lisa Baxter—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Timothy C. Benner—Office of Science Advisor, Policy, and Engagement, U.S. Environmental Protection Agency, Washington, DC

Dr. Janet Burke—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Wayne Cascio—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Elizabeth Chan—Office of Air Quality Planning and Standards, Office of Air and Radiation, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Jana Compton—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Corvallis, OR

Mr. Leland Deck—Office of Air Policy and Program Support, Office of Air and Radiation, U.S. Environmental Protection Agency, Washington, DC

Dr. David M. DeMarini—Center for Computational Toxicology and Exposure, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Mr. Neal Fann—Office of Air Quality Planning and Standards, Office of Air and Radiation, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Aimen K. Farraj—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Arlene Fiore—Department of Earth and Environmental Sciences, Columbia University, Palisades, NY

Dr. Kristen M. Foley—Center for Environmental Measurement and Modeling, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. M. Ian Gilmour—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

00196434

Dr. David Grantz—Department of Botany & Plant Sciences, University of California, Davis, CA

Dr. Nicole Hagan—Office of Air Quality Planning and Standards, Office of Air and Radiation, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Gayle Hagler—Center for Environmental Measurement and Modeling, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Jaime Hart—Harvard T.H. Chan School of Public Health, Harvard University, Cambridge, MA

Dr. Michael Hays—Center for Environmental Measurement and Modeling, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Mehdi Hazari—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Marion Hoyer—Office of Transportation and Air Quality, Office of Air and Radiation, U.S. Environmental Protection Agency, Ann Arbor, MI

Ms. Sheila Igoe—Office of General Counsel, U.S. Environmental Protection Agency, Washington, DC

Dr. Kazuhiko Ito—New York City Department of Health and Mental Hygiene, New York, NY

Dr. Annie Jarabek—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Ilona Jaspers—Gillings School of Global Public Health, University of North Carolina, Chapel Hill, NC

Dr. Scott Jenkins—Office of Air Quality Planning and Standards, Office of Air and Radiation, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Thomas Kirchstetter—Civil and Environmental Engineering, University of California, Berkley, CA

Dr. Mike Kleeman—Department of Civil and Environmental Engineering, University of California, Davis, CA

Dr. Urmila P. Kodavanti—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Morton Lippman—Department of Environmental Medicine, New York University, Tuxedo, NY

Dr. Danelle T. Lobdell—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Mr. Daniel Malashock**—Office of Children's Health Protection, Office of the Administrator, U.S. Environmental Protection Agency, Washington, DC

00196435

Dr. Rohit Mathur—Center for Environmental Measurement and Modeling, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Colette Miller—Oak Ridge Institute for Science and Education, Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Fred Miller—Frederick J. Miller & Associates, Raleigh-Durham, NC

Dr. Lucas Neas—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Zach Pekar—Office of Air Quality Planning and Standards, Office of Air and Radiation, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Kent Pinkerton—College of Biological Sciences, University of California, Davis, CA

Dr. Sanjay Rajagopalan—Department of Medicine, Case Western Reserve University, Cleveland, OH

Dr. Allen Robinson—Engineering and Public Policy, College of Engineering, Carnegie Mellon University, Pittsburgh, PA

Dr. Ivan Rusyn—Veterinary Medicine & Biomedical Sciences, Texas A&M University, College Station, TX

Dr. Stefanie Sarnat—Rollins School of Public Health, Emory University, Atlanta, GA

Ms. Erika Sasser—Office of Air Quality Planning and Standards, Office of Air and Radiation, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Dina Schreinemachers—Center for Public Health and Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

Mr. Matt Small—Region 9, U.S. Environmental Protection Agency, San Francisco, CA

Ms. Susan Stone—Office of Air Quality Planning and Standards, Office of Air and Radiation, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Adam Szpiro—Department of Biostatistics, University of Washington, Seattle, WA

Dr. Karen Wesson—Office of Air Quality Planning and Standards, Office of Air and Radiation, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Yifang Zhu—Jonathan and Karin Fielding School of Public Health, University of California, Los Angeles, CA

**Current affiliation is Office of Radiation and Indoor Air, Office of Air and Radiation, U.S. Environmental Protection Agency, Washington, DC

00196436

# ACRONYMNS AND ABBREVIATIONS

| Acronym/Abbreviation | Meaning |
|---|---|
| 3B-HSD | 3-beta-hydroxysteroid dehydrogenase |
| 5hmC | 5-hydroxymethylcytosine |
| 5mC | 5-methylcytosine |
| 5mdC | 5-methyl-2'-deoxycytidine |
| 8-OHdG | 8-hydroxy-2'-deoxyguanosine |
| 99mTc | technicium-99m |
| AARP | American Association of Retired Persons |
| ABI | ankle-brachial index |
| AC | air conditioning |
| ACCMIP | Atmospheric Chemistry and Climate Model Intercomparison Project |
| ACE | angiotensin-converting enzyme |
| ACGIH | American Conference of Governmental Industrial Hygienists |
| aci | aerosol cloud interactions |
| ACL | Americans Changing Lives |
| ACS | American Cancer Society |
| Acta1 | alpha skeletal actin |
| ADHD | attention deficit, hyperreactive disorder |
| ADI | Autism Diagnostic Interview |
| ADMS | Atmospheric Dispersion Modelling System |
| ADOS | Autism Diagnostic Observation Schedule |
| Adrb2 | adrenergic beta 2 |
| AER | air exchange rate |
| AERMOD | American Meteorological Society/U.S. EPA Regulatory Model |
| AeroCom | Aerosol Comparisons between Observations and Models |
| AERONET | Aerosol Robotic Network |
| AF | atrial fibrillation |
| AGD | anogenital distance |
| AhR | aryl hydrocarbon receptor |

| Acronym/Abbreviation | Meaning |
|---|---|
| AHR | airway hyperresponsiveness |
| AHS | Agricultural Health Study |
| AHSMOG | Adventist Health and Smog |
| AI | augmentation index |
| AIC | Akaike's information criterion |
| ALT | alanine transaminase |
| Ang | angiotensin |
| ANS | autonomic nervous system |
| AOD | aerosol optical depth |
| APC | antigen presenting cell(s) |
| APEX | Air Pollutants Exposure model |
| ApoE | apolipoprotein E |
| AQCD | Air Quality Criteria Document |
| AQHI | Air Quality Health Index |
| AQI | Air Quality Index |
| AQS | Air Quality System |
| AR4 | Fourth Assessment Report from the IPCC |
| AR5 | Fifth Assessment Report from the IPCC |
| ari/ARI | aerosol radiation interactions; acute respiratory infection |
| ARIES | Aerosol Research and Inhalation Epidemiology Study |
| ASD | autism spectrum disorder |
| AST | aspartate aminotransferase |
| At1r | angiotensin 1 receptor |
| ATPase | adenosine triphosphatase |
| ATSDR | Agency for Toxic Substances and Disease Registry |
| avg | average |
| B1r | bradykinin type 1 receptor |
| BACE | beta-site APP-cleaving enzyme |
| BAD | bronchial artery diameter |
| BAL | bronchoalveolar lavage |
| BALB | albino inbred mouse strain |
| BALF | bronchoalveolar lavage fluid |

00196437

| Acronym/Abbreviation | Meaning |
|---|---|
| BAMSE | Children, Allergy, Milieu, Stockholm, Epidemiological Survey |
| bap | absorption by particles coefficient |
| BC | black carbon |
| bext | light extinction coefficient |
| BG | background |
| bhp | brake horsepower |
| BIC | Bayesian information criterion |
| BMC | Boston Medical Center |
| BME | Bayesian maximum entropy |
| BMI | body mass index |
| BNP | B-type natriuretic peptide |
| BP | blood pressure |
| BPDE | benzo[a]pyrene 7,8-diol-9,10-epoxide |
| BrC | brown carbon |
| bsg | scattering by gases coefficient |
| BSID | Bayley Scale of Infant Development |
| bsp | sum of light scattering by (aerosol) particles coefficient |
| BTEX | benzene, toluene, ethylbenzene, xylene |
| BVAIT | B-Vitamin Atherosclerosis Intervention Trial |
| BW | bronchial wash |
| BWGA | birth weight for gestational age |
| BWHS | Black Women's Health Study |
| C57BL | wild type c57 black mouse |
| $C_6H_6$ | benzene |
| CA | California |
| CA SEER | California Surveillance Epidemiology and End Results cancer registry |
| $Ca^{2+}$ | calcium |
| CAA | Clean Air Act |
| CAAA | 1977 Clean Air Act Amendments |
| CAC | coronary artery calcification |
| $CaCO_3$ | calcium carbonate |

| Acronym/Abbreviation | Meaning |
|---|---|
| CAD | coronary artery disease |
| CALINE | California LINE (source dispersion model) |
| CALINE4 | California Line Source Dispersion Model 4 |
| CALIPSO | Cloud Aerosol Lidar and Infrared Pathfinder Satellite Observation |
| CalNex | California Nexus Study |
| CAMx | Comprehensive Air Quality Model with Extensions |
| CanCHEC | Canadian Census Health and Environment Cohort |
| CAPES | China Air Pollution and Health Effects Study |
| CAPPS | Canadian Asthma Primary Preventions Study |
| CAPs | concentrated ambient particles |
| CASAC | Clean Air Scientific Advisory Committee |
| CBSA | core-based statistical area |
| CBVD | cerebrovascular disease |
| CC | corpus callosum |
| CC16 | club cell secretory protein |
| CCHS | Canadian Community Health Survey |
| CCR | California Cancer Registry |
| CDC | Centers for Disease Control and Prevention |
| CEN | European Committee for Standardization |
| CERAD | Consortium to Establish a Registry for Alzheimer's Disease |
| CESD | Center for Epidemiological Studies Depression Scale |
| CESD-R | Center for Epidemiological Studies Depression Scale Revised |
| CF | cystic fibrosis |
| CFD | computational fluid dynamics |
| CFR | Code of Federal Regulations |
| CHAD | Consolidated Human Activity Database |

00196438

| Acronym/Abbreviation | Meaning |
|---|---|
| CHARGE | Childhood Autism Risks from Genetics and the Environment |
| CHD | coronary heart disease |
| CHE | controlled human exposure |
| CHF | congestive heart failure |
| CHIMERE | multiscale chemical transport model for atmospheric composition analysis and forecast |
| CHS | Children's Health Study |
| CI | confidence interval |
| cIMT | carotid intimal-medial thickness |
| cm | centimeter(s) |
| $cm^2$ | square centimeters |
| $cm^3$ | cubic centimeter(s) |
| CMAQ | Community Multiscale Air Quality (model) |
| CNBSS | Canadian National Breast Screening Study |
| CNS | central nervous system |
| CO | carbon monoxide |
| $CO^2$ | carbon dioxide |
| COD | coefficient of divergence |
| COGNAC | Cognition and Air Pollution in Children |
| Col3a1 | collagen type 3 alpha |
| COM | combustion |
| COPD | chronic obstructive pulmonary disease |
| COX | cyclooxygenase |
| COX-1 | cyclooxygenase-1 |
| COX-2 | cyclooxygenase-2 |
| CPC | condensation particle counter |
| CPS | Cancer Prevention Study |
| Cr | Koschmieder relationship |
| C-R | concentration-response (relationship) |
| CRH | corticotropin-releasing hormone |
| CRP | C-reactive protein |
| CSF | cerebrospinal fluid |

| Acronym/Abbreviation | Meaning |
|---|---|
| CSN | Chemical Speciation Network |
| CTM | chemical transport model |
| CTS | California Teachers Study |
| CuZn | copper zinc |
| CV | coefficient of variation; cardiovascular |
| C-V | cross-validation |
| CVD | cardiovascular disease(s) |
| CXCR3 | chemokine receptor 3 |
| DA | diacetate |
| $d_{ae}$ | aerodynamic diameter of a particle |
| DASH | Denver Aerosol Sources and Health |
| DBA | dibenz[a,h]anthracene |
| DBP | diastolic blood pressure |
| DCFH | 2′,7′-dicholorfluorescein |
| DCH | Diet, Cancer, and Health Study |
| DDST | Denver Developmental Screening Test |
| DE | diesel exhaust |
| DEARS | Detroit Exposure and Aerosol Research Study |
| Dec | December |
| DEE | diesel engine exhaust |
| DEP | diesel exhaust particle |
| df | degrees of freedom |
| DF | deposition fraction |
| dg | decigram(s) |
| DG | dentate gyrus |
| dL | deciliter(s) |
| DL | distributed lag |
| DLCO | diffusing capacity of the lung for carbon monoxide |
| DM | diabetes mellitus |
| DMSO | dimethylsulfoxide |
| DNA | deoxyribonucleic acid |
| DNC | Danish Nurse Cohort |
| Dp | physical diameter of a particle |
| DTPA | diethylenetriaminepentaacetate |

00196439

| Acronym/Abbreviation | Meaning |
|---|---|
| DTT | dithiothreitol |
| dv | decivieu(s) |
| DVT | deep vein thromboses |
| EC | elemental carbon |
| ECG | electrocardiogram |
| ECRHS | European Community Respiratory Health Survey |
| ED | emergency department |
| EF | ejection fraction |
| EFAD | early onset familial Alzheimer disease |
| EFFECT | Enhanced Feedback for Effective Cardiac Treatment |
| EGU | electricity-generating unit |
| ELF | epithelial lining fluid |
| ELITE | Early Versus Late Intervention Trial with Estradiol |
| eNO | exhaled nitric oxide |
| ENVIRONAGE | ENVIRonmental influence ON early AGEing |
| EOM | extracted organic material |
| EP | entire pregnancy |
| EPCs | endothelial progenitor cells |
| ER | endoplasmic reticulum |
| ERF | effective radiative forcing |
| ERFaci | effective radiative forcing due to aerosol-cloud interactions |
| ERFari | effective radiative forcing due to aerosol-radiation interactions |
| ERK | extracellular signal-regulated kinase |
| ESCAPE | European Study of Cohorts for Air Pollution Effects |
| ET | extrathoracic |
| ET-1 | endothelin-1 |
| ETA | endothelin A |
| EU | European Union |
| EURAD | European Air Pollution Dispersion |
| $f$ | breathing frequency |
| F344 | Fischer 344 rat strain |
| FA | filtered air; fatty acid |

| Acronym/Abbreviation | Meaning |
|---|---|
| FBG | fasting blood glucose |
| $Fe_2O_3$ | iron (III) oxide |
| $FEF_{25-75}$ | forced expiratory flow between 25 and 75% of forced vital capacity |
| FEM | Federal Equivalent Method |
| FeNO | fractional exhaled nitric oxide |
| FeO | iron (II) oxide |
| $FEV_1$ | forced expiratory volume in 1 second |
| $F_{inf}$ | infiltration factors |
| FINRISK | Finland Risk |
| FMD | flow-mediated dilation |
| fmsYFP | yellow fluorescent protein |
| FO | fish oil |
| FOXp3 | forkhead box P3 |
| FPG | formamidopyrimidine DNA glycosylase |
| FR | *Federal Register* |
| FRC | functional residual capacity |
| FRM | Federal Reference Method |
| FSH | follicle stimulating hormone |
| FSIGT | frequently sampled intravenous glucose tolerance (test) |
| FSIQ | Full Scale Intelligence Quotient |
| FVB | Friend leukemia virus B |
| FVC | forced vital capacity |
| FXII | coagulation factor XII |
| g | gram(s) |
| GABA | gamma-aminobutyric acid |
| GALA | Genes-Environments and Admixture in Latino Americans |
| GAM | generalized additive model |
| GASP | Genetics and Environment: Prospective Study on Infancy in Italy |
| GC | gas chromatograph |
| GCLC | glutamate cysteine ligase catalytic subunit |
| GCLM | glutamate cysteine ligase modifier subunit |

00196440

| Acronym/Abbreviation | Meaning |
|---|---|
| GD | gestation day |
| GDI | gasoline direct injection |
| GDM | gestational diabetes mellitus |
| GE | gasoline exhaust |
| GEE | gasoline engine exhaust |
| GEM | gaseous elemental mercury |
| GEOS | Goddard Earth Observing System |
| GEOS-Chem | Goddard Earth Observing System with global chemical transport model |
| GFAP | glial fibrillary acidic protein |
| GGT | gamma glutamyltransferase |
| GI | gastrointestinal |
| GINI | German Infant Nutrition Intervention |
| GINIplus | German Infant Nutrition Intervention plus environmental and genetic influences |
| GIS | geographic information system |
| GISS | Goddard Institute for Space Studies |
| GLM | generalize linear model |
| GLuA1 | glutamatergic receptor protein subunit A1 |
| GLuA2 | glutamatergic receptor protein subunit A2 |
| GPS | global positioning system |
| GSD | geometric standard deviation |
| GSHPx | glutathione peroxidase |
| GSS | glutathione synthetase gene |
| GST | glutathione S-transferase |
| GSTM1 | glutathione S-transferase mu 1 |
| GSTP1 | glutathion S-transferase pi 1 |
| GTP | global temperature potential |
| GTT | glucose tolerance test |
| GWP | global warming potential |
| GWR | geographically weighted regression |
| h | hour(s) |
| $H^+$ | hydrogen ion |

| Acronym/Abbreviation | Meaning |
|---|---|
| $H_2O_2$ | hydrogen peroxide |
| $H_2SO_4$ | sulfuric acid |
| HA | hospital admission |
| HAED | hospital admission or emergency department |
| HAPEM | Hazardous Air Pollutant Exposure Model |
| HbA1c | glycated hemoglobin |
| HBM | Hierarchical Bayesian Model |
| HD-DE | high-dose diesel exhaust |
| HDL | high-density lipoprotein |
| HEI | Health Effects Institute |
| HEPA | high-efficiency particulate air (filter) |
| HERO | Health and Environmental Research Online database |
| HF | heart failure; high frequency domain of HRV |
| HFD | high fat diet |
| HNE | hydroxynonenal |
| $HNO_3$ | nitric acid |
| HNR | Heinz Nixdorf Recall (study) |
| HO-1 | heme oxidase 1 |
| HOMA | Homeostatic Model Assessment |
| HOMA-IR | Homeostatic Model Assessment of Insulin Resistance |
| HPA | hypothalamic-pituitary-adrenal |
| HPFU | Health Professionals Follow-Up |
| HPLC | high-performance liquid chromatography |
| HPMEC | human pulmonary microvasculature endothelial |
| HR | heart rate; hazard ratio |
| HRS | Health and Retirement Survey |
| HRV | heart rate variability |
| HS | hemorrhagic stroke |
| HSC | Harvard Six Cities (study) |
| hs-CRP | high sensitivity C-reactive protein |

00196441

| Acronym/Abbreviation | Meaning |
|---|---|
| IARC | International Agency for Research on Cancer |
| IBA-1 | ionized calcium binding adaptor molecule |
| IBG | impaired blood glucose |
| ICAM-1 | intercellular adhesion molecule 1 |
| ICD | International Classification of Disease |
| ICD10 | International Classification of Disease version 10 |
| ICD9 | International Classification of Disease version 9 |
| ICR | Institute of Cancer Research |
| ICRP | International Commission on Radiological Protection |
| ICS | inhaled corticosteroid |
| ICU | intensive care unit |
| IDW | inverse-distance weighting |
| IFN | interferon |
| IgE | immunoglobulin E |
| IgG1 | immunoglobulin G1 |
| IGM | impaired glucose metabolism |
| IGT | impaired glucose tolerance |
| IHD | ischemic heart disease |
| IKK | inhibitor of nuclear factor-κB kinase |
| IL | interleukin |
| IL1β | interleukin-1 beta |
| IL-4 | interleukin-4 |
| IL-6 | interleukin-6 |
| IMPROVE | Interagency Monitoring of Protected Visual Environments |
| INMA | *INfancia y Medio Ambiente*—(Environment and Childhood) |
| iNOS | inducible nitric oxide synthase |
| IO | iodine monoxide |
| IOM | institutes of medicine |
| IPCC | Intergovernmental Panel on Climate Change |
| IQ | intelligence quotient |
| IQR | interquartile range |

| Acronym/Abbreviation | Meaning |
|---|---|
| IR | insulin resistance |
| IRP | Integrated Review Plan |
| ISA | Integrated Science Assessment |
| ISO | International Organization for Standardization |
| ITT | insulin tolerance test |
| IUGR | Intra-uterine growth restriction |
| IVF | in vitro fertilization |
| K | potassium |
| KC | keratinocyte-derived chemokine |
| kg | kilogram(s) |
| km | kilometer(s) |
| km$^2$ | square kilometer(s) |
| KORA | *Kooperative Gesundheitsforschung in der Region Augsburg* (Cooperative Health Research in the Region of Augsburg) |
| LAC | light-absorbing carbon |
| LAVI | left atrial volume index |
| LBL | Lawrence Berkeley Laboratory |
| LBW | low birth weight |
| LDH | lactate dehydrogenase |
| LDL | low-density lipoprotein |
| Ldlr$^{-/-}$ | low-density lipoprotein receptor null |
| LDSA | lung deposited surface area |
| LF | low frequency |
| LH | luteinizing hormone |
| LHID2000 | Longitudinal Health Insurance Database for 2000 |
| LINE-1 | long interspersed nucleotide element-1 |
| LISA | Lifestyle Factors on the Development of the Immune System and Asthma |
| LISAplus | Lifestyle Factors on the Development of the Immune System and Asthma plus Air Pollution and Genetics on Allergy Development |

00196442

| Acronym/Abbreviation | Meaning |
|---|---|
| lnSDNN | natural log of the standard deviation of all normal-to-normal intervals |
| LOOCV | leave-one-out cross validation |
| LOX | lysyl oxidase |
| LPR | liver-to-phantom ratio |
| LRI | lower respiratory infection |
| LRTI | lower respiratory tract infection |
| LTE4 | leukotriene E4 |
| LUR | land use regression |
| LUR-BME | land use regression—Bayesian maximum entropy |
| LV | left ventricular |
| LVDP | left ventricular developed pressure |
| LVMI | left ventricular mass index |
| m | meter(s) |
| $m^2$ | square meters |
| $m^3$ | cubic meters |
| MAAS | Manchester Asthma and Allergy Study |
| MAP | mean arterial pressure |
| max | maximum |
| MC | mass concentration |
| MCAPS | Medicare Air Pollution Study |
| MCDI | McArthur Communicative Development Inventory |
| MCI | mild cognitive impairment |
| MCP | monocyte chemoattractant protein |
| MCP-1 | monocyte chemoattractant protein-1 |
| MCT | mucoid connective tissue |
| MDA | malondialdehyde |
| MDL | method detection limit |
| MED-PARTICLES | particles size and composition in Mediterranean countries: geographical variability and short-term health effects |
| MEF | midexpiratory flow |
| MESA | Multi-Ethnic Study of Atherosclerosis |
| mg | milligram(s) |

| Acronym/Abbreviation | Meaning |
|---|---|
| MI | myocardial infarction |
| MIDI | Minnesota Infant Development Inventory |
| min | minute(s) |
| MINAP | Myocardial Ischaemia National Audit Project |
| MIP | macrophage inflammatory protein |
| MISR | Multiangle Imaging Spectroradiometer |
| mL | milliliter(s) |
| MMAD | mass median aerodynamic diameter |
| MMD | mass median diameter |
| MMEF | maximum midexpiratory flow |
| mm Hg | millimeters of mercury |
| MMP | mitochondria membrane potential |
| MMP-9 | matrix metallopeptidase 9 |
| MMT | million metric tons |
| MnSOD | manganese superoxide dismutase |
| mo | month(s) |
| Mo | molybdenum |
| MOBILIZE | Maintenance of Balance, Independent Living, Intellect, and Zest in the Elderly |
| MODIS | MODerate Resolution Imaging Spectroradiometer |
| MOUDI | micro-orifice uniform deposit impactor |
| MPPD | Multi-Path Particle Dosimetry (model) |
| MRI | magnetic resonance imaging |
| mRNA | messenger ribonucleic acid |
| MSA | metropolitan statistical area |
| MSE | mean-squared error |
| Muc5AC | mucin 5AC, oligomeric mucus/gel-forming |
| MV | minute volume |
| MVE | motor vehicle exhaust |
| $Na^+$ | sodium ion |
| $Na_2O$ | sodium oxide |

00196443

| Acronym/Abbreviation | Meaning | Acronym/Abbreviation | Meaning |
|---|---|---|---|
| NAAQS | National Ambient Air Quality Standards | NIST | National Institute of Standards and Technology |
| NADPH | nicotinamide adenine dinucleotide phosphate hydrogen | NLCS | Netherlands Cohort Study on Diet and Cancer |
| NAEPP | National Asthma Education and Prevention Program | nm | nanometer(s) |
| | | NMBF | normalized mean bias factor |
| NAFLD | nonalcoholic fatty liver disease | NME | normalized mean error |
| NALF | nasal airway lavage fluid | NMMAPS | National Morbidity, Mortality, and Air Pollution Study |
| NAPCA | National Air Pollution Control Administration | NMSE | normalized mean squared error |
| NAS | Normative Aging Study | NO | nitric oxide |
| NASA | National Aeronautics and Space Administration | $NO_2$ | nitrogen dioxide |
| | | $NO_3^-$ | nitrate |
| NC | number concentration | $NO_x$ | oxides of nitrogen ($NO + NO_2$) |
| NCLS-Air | Netherlands Cohort Study on Diet and Cancer | $NOX2^{-/-}$ | NADPH oxidase 2 null |
| NCore | National Core (multipollutant monitoring network) | NPACT | National Particle Component Toxicity Initiative |
| | | NPF | new particle formation |
| $NC_{total}$ | total number concentration | NQO1 | NADPH-quinone oxidoreductase 1 |
| ND | not detected | | |
| NECSS | National Enhanced Cancer Surveillance System | NR | not reported |
| NEI | National Emissions Inventory | NR-DE | nanoparticle rich diesel exhaust |
| NFkB | nuclear factor kappa B | Nrf2 | nuclear factor erythroid 2-related factor |
| ng | nanogram(s) | NRPB | National Radiological Protection Board |
| $NH_3$ | ammonia | | |
| $NH_4$ | ammonium | NTP | nitroprusside |
| $NH_4^+$ | ammonium ion | $O_2$ | oxygen gas |
| $NH_4NO_3$ | ammonium nitrate | $O_3$ | ozone |
| NHANES | National Health and Nutrition Examination Survey | OAQPS | Office of Air Quality Planning and Standards |
| NHID | National Health Insurance Database | OC | organic carbon |
| NHIS | National Health Interview Survey | OCM | organic carbon matter |
| | | oGTT | oral glucose tolerance test |
| NHLBI | National Heart, Lung, and Blood Institute | OH | hydroxide |
| | | OHCA | out-of-hospital cardiac arrest |
| NHS | Nurses' Health Study | OM | organic matter |
| NIH | National Institutes of Health | OO | olive oil |
| NIH-AARP | National Institutes of Health—American Association of Retired Persons (diet and health cohort) | OP | oxidative potential |
| | | OR | odds ratio |
| | | OTH | other primary sources |

00196444

| Acronym/Abbreviation | Meaning |
|---|---|
| OVA | ovalbumin |
| oxoG | oxoguanine |
| $p$ | probability value |
| PACF | partial autocorrelation function |
| PAGE | Parkinson's Genes and Environment (study) |
| PAH | polycyclic aromatic hydrocarbon(s) |
| PAI-1 | plasminogen activator inhibitor 1 |
| PAPC | 1-palmitoyl-2-arachidonoyl-sn-phosphatidylcholine |
| PARP1 | poly (ADP-ribose) polymerase-1 |
| Pb | lead |
| PBAP | primary biological aerosol particle |
| PBR | peripheral-type benzodiazepine receptor |
| PD | Parkinson's disease |
| PE | phenylephrine; postexposure; pulmonary embolism |
| PEF | peak expiratory flow |
| PEFR | peak expiratory flow rate |
| Penh | enhanced pause |
| PFI | port fuel injection |
| PI | posterior interval |
| PI3K | phosphoinositide 3-kinases |

| Acronym/Abbreviation | Meaning |
|---|---|
| PIAMA | Prevention and Incidence of Asthma and Mite Allergy |
| PM | particulate matter |
| $PM_{10}$ | particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm.[1] |
| $PM_{10-2.5}$ | particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm.[2] |
| $PM_{2.5}$ | particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.[3] |
| PM25abs | $PM_{2.5}$ light absorption coefficient |
| PMF | positive matrix factorization |
| PMN | polymorphonuclear leukocyte |
| PN | particle number |
| PNC | particle number count |
| PND | postnatal day |
| pNN50 | mean number of times per hour in which change in consecutive normal sinus (NN) intervals exceeds 50 milliseconds |
| POA | primary organic aerosol (PM from fossil fuel and biofuel) |
| POC | primary organic carbon |
| POM | particulate organic matter |
| PP | pulse pressure |

---

[1] A measurement of thoracic particles (i.e., that subset of inhalable particles thought small enough to penetrate beyond the larynx into the thoracic region of the respiratory tract). In regulatory terms, particles with an upper 50% cut-point of $10 \pm 0.5$ μm aerodynamic diameter (the 50% cut point diameter is the diameter at which the sampler collects 50% of the particles and rejects 50% of the particles) and a penetration curve as measured by a reference method based on Appendix J of 40 CFR Part 50 and designated in accordance with 40 CFR Part 53 or by an equivalent method designated in accordance with 40 CFR Part 53.

[2] A measurement of thoracic coarse particulate matter or the coarse fraction of $PM_{10}$. In regulatory terms, particles with an upper 50% cut-point of 10 μm aerodynamic diameter and a lower 50% cut-point of 2.5 μm aerodynamic diameter (the 50% cut point diameter is the diameter at which the sampler collects 50% of the particles and rejects 50% of the particles) as measured by a reference method based on Appendix O of 40 CFR Part 50 and designated in accordance with 40 CFR Part 53 or by an equivalent method designated in accordance with 40 CFR Part 53.

[3] A measurement of fine particles. In regulatory terms, particles with an upper 50% cut-point of 2.5 μm aerodynamic diameter (the 50% cut point diameter is the diameter at which the sampler collects 50% of the particles and rejects 50% of the particles) and a penetration curve as measured by a reference method based on Appendix L of 40 CFR Part 50 and designated in accordance with 40 CFR Part 53, by an equivalent method designated in accordance with 40 CFR Part 53, or by an approved regional method designated in accordance with Appendix C of 40 CFR Part 58.

00196445

| Acronym/Abbreviation | Meaning |
|---|---|
| ppb | parts per billion |
| ppm | parts per million |
| PR | time interval between the beginning of the P wave to the peak of the R wave |
| PROM | premature rupture of membranes |
| PSD | postsynaptic density protein |
| PSD-95 | postsynaptic density protein 95 |
| PTB | preterm birth |
| PU | pulmonary |
| PVD | peripheral vascular disease |
| PWV | pulse wave velocity |
| Q | flow |
| QRS | time interval between the beginning of the Q wave and the peak of the S wave |
| QT | time interval between from beginning of the Q wave to end of the T wave |
| QTc | corrected QT interval |
| *r* | correlation coefficient |
| R² | coefficient of determination |
| RAS | renin-angiotensin system |
| RCT | randomized control trial |
| redox | reduction-oxidation |
| REGARDS | REasons for Geographic and Racial Differences in Stroke |
| REGICOR | *Registre Gironi del Cor* (Girona Heart Registry) |
| REM-Calgrid | Regional Eulerian Model—California Grid Model |
| RESPIRA | Italian acronym for *Rischio ESPosizione Inquinamento aRia Atmosferica* study |
| REVEAL-HBV | Risk Evaluation of Viral Load Elevation and Associated Liver Disease/Cancer-Hepatitis B Virus |
| RF | radiative forcing |
| RFaci | radiative forcing due to aerosol-cloud interactions |
| RFari | radiative forcing due to aerosol-radiation interactions |

| Acronym/Abbreviation | Meaning |
|---|---|
| RH | relative humidity |
| RHI | Reactive Hyperemia Index |
| RIOPA | Relationship among Indoor, Outdoor, and Personal Air |
| RMSE | root-mean-squared error |
| RNA | ribonucleic acid |
| RoLS | Rome Longitudinal Study |
| ROS | reactive oxygen species |
| RR | relative risk; rate ratio; risk ratio |
| RS | remote sensing |
| RSV | respiratory syncytial virus |
| RTp | time interval between the beginning of R wave and peak of the T wave |
| RTP | Research Triangle Park |
| RVM | Right Ventricular Mass |
| s | second(s) |
| SAGE | Study of Asthma, Genes, and the Environment |
| SALIA | Study on the influence of Air pollution on Lung function, Inflammation, and Aging; Study on the Influence of Air Pollution on the Lung |
| SAPALDIA | Swiss study on Air Pollution and Lung Diseases in Adults |
| SBP | systolic blood pressure |
| SC | surface area concentration |
| SCQ | social communication questionnaire |
| SD | standard deviation |
| S-D | Sprague-Dawley |
| SDNN | standard deviation of normal-to-normal intervals |
| SE | standard error |
| SEARCH | Southeastern Aerosol Research and Characterization |
| SEM | standard error of the mean |
| SES | socioeconomic status; sample equilibration system |
| SETIL | population-based CC study of childhood cancer in Italy |
| SGA | small for gestational age |

00196446

| Acronym/Abbreviation | Meaning | Acronym/Abbreviation | Meaning |
|---|---|---|---|
| SH | spontaneously hypertensive | TAG | Traffic, Asthma, and Genetics (study) |
| SHEDS | Stochastic Human Exposure and Dose Simulation (model) | TAPES | Taipei Air Pollution Exposure System for Health Effects |
| SHR | spontaneously hypertensive rats | TB | tracheobronchial |
| SHS | second-hand smoke | TBARS | thiobarbituric acid reactive substances |
| sICAM | soluble intercellular adhesion molecule 1 | TC | total carbon |
| SIDS | sudden infant death syndrome | TCHS | Taiwan Children's Health Study |
| $SiO_2$ | silica | | |
| SIS | six item screener | TEOM | tapered element oscillating microbalance |
| SLAMS | State and Local Air Monitoring Stations | TF | tissue factor |
| SMPS | scanning mobility particle sizer | Tg | teragram(s) |
| SNP | sodium nitroprusside | TG | triglyceride |
| SNPs | single nucleotide polymorphisms | TGF | transforming growth factor |
| SNS | sympathetic nervous system | Th1 | T helper type 1 |
| $SO_2$ | sulfur dioxide | Th17 | T helper type 17 |
| $SO_4$ | sulfate | Th2 | T helper type 2 |
| $SO_4^{2-}$ | sulfate | Ti | titanium |
| SOA | secondary organic aerosol | TIA | transient ischemic attack |
| SOC | secondary organic carbon | TICS | Telephone Interview of Cognitive Status |
| SOD | superoxide dismutase | | |
| SOPHIA | Study of Particles and Health in Atlanta | $TiO_2$ | titanium dioxide |
| $SO_X$ | sulfur oxides | TLR | toll-like receptor |
| SPMSQ | Short Portable Mental Status Questionnaire | TLR4 | toll-like receptor 4 |
| | | TNF | tumor necrosis factor |
| SR-B1 | scavenger receptor-B1 | TOA | top of the atmosphere |
| SRM | standard reference material | tPA | tissue plasminogen activator |
| SRS | Social Responsiveness Scale | TRANSPHORM | European Study of Transport-Related Air Pollution and Health Impacts-Integrated Methodologies for Assessing Particulate Matter |
| StAR | steroidogenic acute regulatory | | |
| STEMI | ST segment elevation myocardial infarction | | |
| sTNF | soluble tumor necrosis factor | TRAP | traffic-related ambient particles |
| sVCAM-1 | soluble vascular cell adhesion molecule-1 | TrIPS | Trucking Industry Particle Study |
| SVE | supraventricular ectopy | TROY | Testing Responses on Youth |
| T1D | type 1 diabetes | TRP | transient receptor potential |
| T2D | type 2 diabetes | TSP | total suspended particulates |
| | | U.K. | United Kingdom |
| | | U.S. | United States of America |

00196447

| Acronym/Abbreviation | Meaning | Acronym/Abbreviation | Meaning |
|---|---|---|---|
| U.S.C. | U.S. Code | WT | wild type |
| U.S. EPA | U.S. Environmental Protection Agency | wt | weight |
| UF | ultrafine | yr | year(s) |
| UFIREG | Ultrafine Particles—An Evidence-Based Contribution to the Development of Regional and European Environmental and Health Policy | | |
| UFP | ultrafine particle | | |
| URI | upper respiratory infection | | |
| V | vanadium | | |
| VACES | Versatile Aerosol Concentration Enrichment System | | |
| VCAM-1 | vascular cell adhesion molecule-1 | | |
| $V_d$ | deposition velocity | | |
| VEGF | vascular endothelial growth factor | | |
| VHM and PP | Vorarlberg Health Monitoring and Promotion Program | | |
| VOC | volatile organic compound | | |
| VPTB | very preterm birth | | |
| $V_T$ | tidal volume | | |
| VTE | venous thromboembolism | | |
| vWF | Von Willebrand factor | | |
| W | west | | |
| WBC | white blood cell | | |
| WCC | white cell count | | |
| WHI | Women's Health Initiative | | |
| WHIMS | Women's Health Initiative Memory Study | | |
| WISC | Wechsler Intelligence Scale for Children | | |
| WISH | Women's Isoflavone Soy Health | | |
| WKY | Wistar Kyoto | | |
| WM | white matter | | |
| $Wm^{-2}$ | watts per square meter | | |
| $w/m^2$ | watts per square meter | | |
| WRF | Weather Research and Forecasting (model) | | |

00196448

# PREFACE

The Preface to the Integrated Science Assessment for Particulate Matter (PM ISA) outlines the legislative requirements of a National Ambient Air Quality Standard (NAAQS) review and the history of the PM NAAQS. This information provides an understanding of the function of the ISA, and in terms of providing a starting point for this PM ISA, presents the basis for the decisions that supported the previous PM NAAQS review. In addition, the Preface details the purpose of the ISA as well as specific issues pertinent to evaluating the scientific evidence within this ISA, including the scope of the ISA and discipline-specific decisions that governed parts of the review.

## P.1.    Legislative Requirements for the Review of the National Ambient Air Quality Standards

Two sections of the Clean Air Act (CAA) govern the establishment, review, and revision of the National Ambient Air Quality Standards (NAAQS). Section 108 [42 U.S. Code (U.S.C.) 7408] directs the Administrator to identify and list certain air pollutants and then to issue air quality criteria for those pollutants. The Administrator is to list those air pollutants that in their "judgment, cause or contribute to air pollution which may reasonably be anticipated to endanger public health or welfare," "the presence of which in the ambient air results from numerous or diverse mobile or stationary sources," and "for which …[the Administrator] plans to issue air quality criteria…" [42 U.S.C. 7408(a)(1) (CAA, 1990a)]. Air quality criteria are intended to "accurately reflect the latest scientific knowledge useful in indicating the kind and extent of all identifiable effects on public health or welfare, which may be expected from the presence of [a] pollutant in the ambient air…" [42 U.S.C. 7408(b)]. Section 109 [42 U.S.C. 7409 (CAA, 1990b)] directs the Administrator to propose and promulgate "primary" and "secondary" NAAQS for pollutants for which air quality criteria are issued. Section 109(b)(1) defines a primary standard as one "the attainment and maintenance of which in the judgment of the Administrator, based on such criteria and allowing an adequate margin of safety, are requisite to protect the public health."[4] A secondary standard, as defined in Section 109(b)(2), must "specify a level of air quality the attainment and maintenance of which, in the judgment of the Administrator, based on such criteria, is requisite to protect

---

[4] The legislative history of Section 109 indicates that a primary standard is to be set at "…the maximum permissible ambient air level…which will protect the health of any [sensitive] group of the population," and that for this purpose "reference should be made to a representative sample of persons comprising the sensitive group rather than to a single person in such a group" S. Rep. No. 91:1196, 91st Cong., 2d Sess. 10 (1970).

00196449

the public welfare from any known or anticipated adverse effects associated with the presence of [the] air pollutant in the ambient air."[5]

The requirement that primary standards provide an adequate margin of safety was intended to address uncertainties associated with inconclusive scientific and technical information available at the time of standard setting. It was also intended to provide a reasonable degree of protection against hazards that research has not yet identified.[6] Both kinds of uncertainty are components of the risk associated with pollution at levels below those at which human health effects can be said to occur with reasonable scientific certainty. Thus, in selecting primary standards that provide an adequate margin of safety, the Administrator is seeking not only to prevent pollution levels that have been demonstrated to be harmful but also to prevent lower pollutant levels that may pose an unacceptable risk of harm, even if the risk is not precisely identified as to nature or degree. The CAA does not require the Administrator to establish a primary NAAQS at a zero-risk level or at background concentration levels, but rather at a level that reduces risk sufficiently so as to protect public health with an adequate margin of safety.[7] In so doing, protection is provided for both the population as a whole and those groups and lifestages potentially at increased risk for health effects from exposure to the air pollutant for which each NAAQS is set.

In addressing the requirement for an adequate margin of safety, the U.S. Environmental Protection Agency (U.S. EPA) considers such factors as the nature and severity of the health effects involved, the size of the sensitive group(s), and the kind and degree of the uncertainties. The selection of any particular approach to providing an adequate margin of safety is a policy choice left specifically to the Administrator's judgment.[8]

In setting standards that are "requisite" to protect public health and welfare as provided in Section 109(b), the U.S. EPA's task is to establish standards that are neither more nor less stringent than necessary for these purposes. In so doing, the U.S. EPA may not consider the costs of implementing the standards.[9] Likewise, "[a]ttainability and technological feasibility are not relevant considerations in the promulgation of national ambient air quality standards."[10]

Section 109(d)(1) requires that "not later than December 31, 1980, and at 5-year intervals thereafter, the Administrator shall complete a thorough review of the criteria published under Section 108

---

[5] Section 302(h) of the Act [42 U.S.C. 7602(h)] provides that all language referring to effects on welfare includes, but is not limited to, "effects on soils, water, crops, vegetation, man-made materials, animals, wildlife, weather, visibility and climate, damage to and deterioration of property, and hazards to transportation, as well as effects on economic values and on personal comfort and well-being…" (CAA, 2005).

[6] See *Lead Industries Association v. EPA*, 647 F.2d 1130, 1154 [District of Columbia Circuit (D.C. Cir.) 1980]; *American Petroleum Institute v. Costle*, 665 F.2d 1176, 1186 (D.C. Cir. 1981); *American Farm Bureau Federation v. EPA*, 559 F. 3d 512, 533 (D.C. Cir. 2009); *Association of Battery Recyclers v. EPA*, 604 F. 3d 613, 617−18 (D.C. Cir. 2010).

[7] See *Lead Industries v. EPA*, 647 F.2d at 1156 n.51; *Mississippi v. EPA*, 744 F. 3d 1334, 1339, 1351, 1353 (D.C. Cir. 2013).

[8] See *Lead Industries Association v. EPA,* 647 F.2d at 1161−62; *Mississippi v. EPA,* 744 F. 3d at 1353.

[9] See generally, *Whitman v. American Trucking Associations*, 531 U.S. 457, 465−472, 475−476 (2001).

[10] See *American Petroleum Institute v. Costle,* 665 F. 2d at 1185.

SECTION P.1: Legislative Requirements for the Review of the National Ambient Air Quality Standards

00196450

and the national ambient air quality standards…and shall make such revisions in such criteria and standards and promulgate such new standards as may be appropriate….” Section 109(d)(2) requires that an independent scientific review committee “shall complete a review of the criteria…and the national primary and secondary ambient air quality standards…and shall recommend to the Administrator any new…standards and revisions of existing criteria and standards as may be appropriate….” Since the early 1980s, this independent review function has been performed by the Clean Air Scientific Advisory Committee (CASAC).[11]

## P.1.1. Overview and History of the Reviews of the Primary and Secondary National Ambient Air Quality Standard for Particulate Matter

NAAQS are defined by four basic elements: indicator, averaging time, level, and form. The indicator defines the pollutant to be measured in the ambient air for the purpose of determining compliance with the standard. The averaging time defines the time period over which air quality measurements are to be obtained and averaged or cumulated, considering evidence of effects associated with various time periods of exposure. The level of a standard defines the air quality concentration used (i.e., an ambient concentration of the indicator pollutant) in determining whether the standard is achieved. The form of the standard defines the air quality statistic that is compared with the level of the standard in determining whether an area attains the standard. For example, the form of the current primary annual fine particulate matter ($PM_{2.5}$) standard is the annual mean averaged over 3 years. The Administrator considers these four elements collectively in evaluating the protection to public health provided by the primary NAAQS.

Particulate matter (PM) is the generic term for a broad class of chemically and physically diverse substances that exist as discrete particles (liquid droplets or solids) over a wide range of sizes. Particles originate from a variety of anthropogenic stationary and mobile sources, as well as from natural sources. Particles may be emitted directly or formed in the atmosphere by transformations of gaseous emissions such as sulfur oxides ($SO_X$), oxides of nitrogen ($NO_X$), ammonia ($NH_3$) and volatile organic compounds (VOCs). Examples of secondary particle formation include: (1) the conversion of $SO_2$ to sulfuric acid ($H_2SO_4$) vapor that nucleates new particles or condenses on existing particles and further reacts with $NH_3$ to form various inorganic salts (e.g., ammonium sulfate, $[NH_4]_2SO_4$, or ammonium bisulfate, $NH_4HSO_4$); (2) the conversion of nitrogen dioxide ($NO_2$) to nitric acid ($HNO_3$) vapor that condenses onto existing particles and reacts further with ammonia to form ammonium nitrate ($NH_4NO_3$); and (3) reactions involving gaseous VOCs yielding organic compounds with low vapor pressures that nucleate or condense on existing particles to form secondary organic particulate matter [SOPM; U.S. EPA (2004)]. The chemical and physical properties of PM vary greatly with time, region, meteorology, and source category,

---

[11] Additional information on CASAC is available at:
https://yosemite.epa.gov/sab/sabpeople.nsf/WebCommittees/CASAC.

00196451

thus complicating the assessment of health and welfare effects. These reviews are briefly described below, and further details are provided in the Integrated Review Plan (U.S. EPA, 2016).

The U.S. EPA first established NAAQS for PM in 1971 (36 FR 8186, April 30, 1971), based on the original criteria document (NAPCA, 1969).[12] The Federal Reference Method (FRM) specified for determining attainment of the original standards was the high-volume sampler, which collects PM up to a nominal size of 25 to 45 micrometers ($\mu$m; referred to as total suspended particulates or TSP). The primary standards were at 260 $\mu$g/m$^3$, 24-hour avg, not to be exceeded more than once per year, and 75 $\mu$g/m$^3$, annual geometric mean. The secondary standards were 150 $\mu$g/m$^3$, 24-hour avg, not to be exceeded more than once per year, and 60 $\mu$g/m$^3$, annual geometric mean. Since then, the Agency has completed multiple reviews of the air quality criteria and standards, as summarized in Table P-1.

**Table P-1    History of the National Ambient Air Quality Standards (NAAQS) for particulate matter, 1971−2012.**

| Final Rule/Decision | Indicator | Averaging Time | Level ($\mu$g/m$^3$) | Form |
|---|---|---|---|---|
| 1971 36 FR 8186 April 30, 1971 | TSP | 24 h | 260 (primary) 150 (secondary) | Not to be exceeded more than once per year |
| | | Annual | 75 (primary) 60 (secondary) | Annual geometric mean |
| 1987 52 FR 24634 July 1, 1987 | PM$_{10}$ | 24 h | 150 | Not to be exceeded more than once per year on average over a 3-yr period |
| | | Annual | 50 | Annual arithmetic mean, averaged over 3 yr |
| 1997 62 FR 38652 July 18, 1997 | PM$_{2.5}$ | 24 h | 65 | 98th percentile, averaged over 3 yr |
| | | Annual | 15 | Annual arithmetic mean, averaged over 3 yr[a] |
| | PM$_{10}$ | 24 h | 150 | Initially promulgated 99th percentile, averaged over 3 yr; when 1997 standards were vacated in 1999, the form of 1987 standards remained in place (not to be exceeded more than once per yr on average over a 3-yr period) |
| | | Annual | 50 | Annual arithmetic mean, averaged over 3 yr |

---

[12] Prior to the review initiated in 2007 (see below), the AQCD provided the scientific basis for the NAAQS.

SECTION P.1: Legislative Requirements for the Review of the National Ambient Air Quality Standards

00196452

**Table P-1 (Continued): History of the National Ambient Air Quality Standards (NAAQS) for particulate matter, 1971–2012.**

| Final Rule/Decision | Indicator | Averaging Time | Level (µg/m³) | Form |
|---|---|---|---|---|
| 2006<br>71 FR 61144<br>October 17, 2006 | $PM_{2.5}$ | 24 h | 35 | 98th percentile, averaged over 3 yr |
| | | Annual | 15 | Annual arithmetic mean, averaged over 3 yr[a] |
| | $PM_{10}$ | 24 h | 150 | Not to be exceeded more than once per year on average over a 3-yr period |
| 2012<br>78 FR 3085<br>January 15, 2013 | $PM_{2.5}$ | 24 h | 35 | 98th percentile, averaged over 3-yr[b] |
| | | Annual | 12 (primary)<br>15 (secondary) | Annual arithmetic mean, averaged over 3-yr[c] |
| | $PM_{10}$[d] | 24 h | 150 | Not to be exceeded more than once per year on average over 3-yr |

FR = *Federal Register*; h = hour; µg/m³ = micrograms per cubic meter; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm; TSP = total suspended particles; yr = year.

Note: When not specified, primary and secondary standards are identical.

[a]The level of the 1997 annual $PM_{2.5}$ standard was to be compared with measurements made at the community-oriented monitoring site recording the highest level, or, if specific constraints were met, measurements from multiple community-oriented monitoring sites could be averaged ("spatial averaging"). This approach was judged to be consistent with the short-term exposure epidemiologic studies on which the annual $PM_{2.5}$ standard was primarily based, in which air quality data were generally averaged across multiple monitors in an area or were taken from a single monitor that was selected to represent community-wide exposures, not localized "hot spots" (62 FR 38672). These criteria and constraints were intended to ensure that spatial averaging would not result in inequities in the level of protection afforded by the $PM_{2.5}$ standards. Community-oriented monitoring sites were specified to be consistent with the intent that a spatially averaged annual standard provide protection for persons living in smaller communities, as well as those in larger population centers.

[b]The level of the 24-h standard is defined as an integer (zero decimal places) as determined by rounding. For example, a 3-yr avg 98th percentile concentration of 35.49 µg/m³ would round to 35 µg/m³ and thus meet the 24-h standard and a 3-yr avg of 35.50 µg/m³ would round to 36 and, hence, violate the 24-h standard (40 Code of Federal Regulations Part 50 Appendix N).

[c]In the revisions to the PM NAAQS finalized in 2006, U.S. EPA tightened the constraints on the spatial averaging criteria by further limiting the conditions under which some areas may average measurements from multiple community-oriented monitors to determine compliance (71 FR 61165-61167, October 17, 2006).

[d]The U.S. EPA revoked the annual $PM_{10}$ NAAQS in 2006.

In October 1979 (44 FR 56730, October 2, 1979), the U.S. EPA announced the first periodic review of the air quality criteria and NAAQS for PM. Revised primary and secondary standards were promulgated in 1987 (52 FR 24634, July 1, 1987). In the 1987 decision, the U.S. EPA changed the indicator for particles from TSP to $PM_{10}$, in order to focus on the subset of inhalable particles small enough to penetrate to the thoracic region of the respiratory tract (including the tracheobronchial and alveolar regions), referred to as thoracic particles.[13] The level of the 24-hour standards (primary and secondary) was set at 150 µg/m³, and the form was one expected exceedance per year, on average over

---

[13] $PM_{10}$ refers to particles with a nominal mean aerodynamic diameter less than or equal to 10 µm. More specifically, 10 µm is the aerodynamic diameter for which the efficiency of particle collection is 50%. Larger particles are not excluded altogether but are collected with substantially decreasing efficiency while smaller particles are collected with increasing efficiency.

SECTION P.1: Legislative Requirements for the Review of the National Ambient Air Quality Standards

00196453

3 years. The level of the annual standards (primary and secondary) was set at 50 μg/m$^3$, and the form was annual arithmetic mean, averaged over 3 years.

In April 1994, the U.S. EPA announced its plans for the second periodic review of the air quality criteria and NAAQS for PM, and in 1997 the U.S. EPA promulgated revisions to the NAAQS (62 FR 38652, July 18, 1997). In the 1997 decision, the U.S. EPA determined that the fine and coarse fractions of PM$_{10}$ should be considered separately. This determination was based on evidence that serious health effects were associated with short- and long-term exposures to fine particles in areas that met the existing PM$_{10}$ standards. The U.S. EPA added new standards, using PM$_{2.5}$ as the indicator for fine particles (with PM$_{2.5}$ referring to particles with a nominal mean aerodynamic diameter less than or equal to 2.5 μm). These new standards were as follows: (1) an annual standard with a level of 15.0 μg/m$^3$, based on the 3-year avg of annual arithmetic mean PM$_{2.5}$ concentrations from single or multiple community-oriented monitors[14] and (2) a 24-hour standard with a level of 65 μg/m$^3$, based on the 3-year avg of the 98th percentile of 24-hour PM$_{2.5}$ concentrations at each monitor within an area. Also, the U.S. EPA established a new reference method for measuring PM$_{2.5}$ in the ambient air and adopted rules for determining attainment of the new standards. To continue to address the coarse fraction of PM$_{10}$ (referred to as thoracic coarse particles or PM$_{10-2.5}$; generally including particles with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm), the U.S. EPA retained the annual PM$_{10}$ standard and revised the form of the 24-hour PM$_{10}$ standard to be based on the 99th percentile of 24-hour PM$_{10}$ concentrations at each monitor in an area. The U.S. EPA revised the secondary standards by setting them equal in all respects to the primary standards.

Following promulgation of the 1997 PM NAAQS, petitions for review were filed by a large number of parties, addressing a broad range of issues. In May 1999, the U.S. Court of Appeals for the District of Columbia Circuit (D.C. Circuit) upheld the U.S. EPA's decision to establish fine particle standards, holding that "the growing empirical evidence demonstrating a relationship between fine particle pollution and adverse health effects amply justifies establishment of new fine particle standards.[15]" The D.C. Circuit also found "ample support" for the U.S. EPA's decision to regulate coarse particle pollution, but vacated the 1997 PM$_{10}$ standards, concluding that the U.S. EPA had not provided a reasonable explanation justifying use of PM$_{10}$ as an indicator for coarse particles. Pursuant to the D.C. Circuit's decision, the U.S. EPA removed the vacated 1997 PM$_{10}$ standards, and the pre-existing 1987 PM$_{10}$ standards remained in place (65 FR 80776, December 22, 2000). The D.C. Circuit also upheld the

---

[14] The level of the 1997 annual PM$_{2.5}$ standard was to be compared with measurements made at the community-oriented monitoring site recording the highest concentration or, if specific constraints were met, measurements from multiple community-oriented monitoring sites could be averaged (i.e., "spatial averaging"). In the last review (completed in 2012) the U.S. EPA replaced the term "community-oriented" monitor with the term "area-wide" monitor. Area-wide monitors are those sited at the neighborhood scale or larger, as well as those monitors sited at micro- or middle scales that are representative of many such locations in the same CBSA (78 FR 3236, January 15, 2013).

[15] *American Trucking Associations v. U.S. EPA*, 175 F. 3d 1027, 1055−56 (D.C. Cir. 1999).

SECTION P.1: Legislative Requirements for the Review of the National Ambient Air Quality Standards

00196454

U.S. EPA's determination not to establish more stringent secondary standards for fine particles to address effects on visibility.

The D.C. Circuit also addressed more general issues related to the NAAQS, including issues related to the consideration of costs in setting NAAQS and the U.S. EPA's approach to establishing the levels of NAAQS. Regarding the cost issue, the court reaffirmed prior rulings holding that in setting NAAQS the U.S. EPA is "not permitted to consider the cost of implementing those standards." Regarding the levels of NAAQS, the court held that the U.S. EPA's approach to establishing the level of the standards in 1997 (i.e., both for PM and for the ozone NAAQS promulgated on the same day) effected "an unconstitutional delegation of legislative authority." Although the court stated that "the factors U.S. EPA uses in determining the degree of public health concern associated with different levels of ozone and PM are reasonable," it remanded the rule to the U.S. EPA, stating that when the U.S. EPA considers these factors for potential non-threshold pollutants "what U.S. EPA lacks is any determinate criterion for drawing lines" to determine where the standards should be set.

The D.C. Circuit's holding on the cost and constitutional issues were appealed to the U.S. Supreme Court. In February 2001, the Supreme Court issued a unanimous decision upholding the U.S. EPA's position on both the cost and constitutional issues.[16] On the constitutional issue, the Court held that the statutory requirement that NAAQS be "requisite" to protect public health with an adequate margin of safety sufficiently guided the U.S. EPA's discretion, affirming the U.S. EPA's approach of setting standards that are neither more nor less stringent than necessary.[17]

In October 1997, the U.S. EPA published its plans for the third periodic review of the air quality criteria and NAAQS for PM (62 FR 55201, October 23, 1997). After the CASAC and public review of several drafts, the U.S. EPA's NCEA finalized the Air Quality Criteria Document (AQCD) in October 2004 (U.S. EPA, 2004). The U.S. EPA's OAQPS finalized a Risk Assessment and Staff Paper in December of 2005 (Abt, 2005; U.S. EPA, 2005).[18] On December 20, 2005, the U.S. EPA announced its proposed decision to revise the NAAQS for PM, and solicited comment on a broad range of options (71 FR 2620, January 17, 2006). On September 21, 2006, the U.S. EPA announced its final decisions to revise the primary and secondary NAAQS for PM to provide increased protection of public health and welfare, respectively (71 FR 61144, October 17, 2006). With regard to the primary and secondary standards for fine particles, the U.S. EPA revised the level of the 24-hour $PM_{2.5}$ standards to 35 $\mu g/m^3$, retained the level of the annual $PM_{2.5}$ standards at 15.0 $\mu g/m^3$, and revised the form of the annual $PM_{2.5}$

---

[16] *Whitman v. American Trucking Associations*, 531 U.S. 457, 464, 475−76.

[17] The Supreme Court remanded the case to the Court of Appeals for resolution of any remaining issues that had not been addressed in that court's earlier rulings. Id. at 475−76. In a March 2002 decision, the Court of Appeals rejected all remaining challenges to the standards, holding that the U.S. EPA's $PM_{2.5}$ standards were reasonably supported by the administrative record and were not "arbitrary and capricious" *American Trucking Associations v. EPA*, 283 F. 3d 355, 369-72 (D.C. Cir. 2002).

[18] Prior to the review initiated in 2007, the Staff Paper, rather than the PA, presented the U.S. EPA staff's considerations and conclusions regarding the adequacy of existing NAAQS and, when appropriate, the potential alternative standards that could be supported by the evidence and information.

SECTION P.1: Legislative Requirements for the Review of the National Ambient Air Quality Standards

00196455

standards by narrowing the constraints on the optional use of spatial averaging. For the primary and secondary standards for $PM_{10}$, the U.S. EPA retained the 24-hour standards, with levels at 150 μg/m$^3$, and revoked the annual standards.[19] The Administrator judged that the available evidence generally did not suggest a link between long-term exposure to existing ambient levels of coarse particles and health or welfare effects. In addition, a new reference method was added for measuring $PM_{10-2.5}$ in the ambient air to provide a basis for approving Federal Equivalent Methods (FEMs) and to promote the gathering of scientific data to support future reviews of the PM NAAQS.

Several parties filed petitions for review following promulgation of the revised PM NAAQS in 2006. These petitions addressed the following issues: (1) selecting the level of the primary annual $PM_{2.5}$ standard; (2) retaining $PM_{10}$ as the indicator of a standard for thoracic coarse particles, retaining the level and form of the 24-hour $PM_{10}$ standard, and revoking the $PM_{10}$ annual standard; and (3) setting the secondary $PM_{2.5}$ standards identical to the primary standards. On February 24, 2009, the U.S. Court of Appeals for the District of Columbia Circuit issued its opinion in the case American Farm Bureau Federation v. U.S. EPA. The court remanded the primary annual $PM_{2.5}$ NAAQS to U.S. EPA because U.S. EPA failed to adequately explain why the standards provided the requisite protection from both short- and long-term exposures to fine particles, including protection for at-risk populations.[20] Regarding the standards for $PM_{10}$, the court upheld U.S. EPA's decisions to retain the 24-hour $PM_{10}$ standard to provide protection from thoracic coarse particle exposures and to revoke the annual $PM_{10}$ standard. For the secondary $PM_{2.5}$ standards, the court remanded the standards to U.S. EPA because the Agency failed to adequately explain why setting the secondary PM standards identical to the primary standards provided the required protection for public welfare, including protection from visibility impairment. The U.S. EPA responded to the court's remands as part of the next review of the PM NAAQS, which was initiated in 2007 (discussed below).

In June 2007, the U.S. EPA initiated the fourth periodic review of the air quality criteria and the PM NAAQS by issuing a call for information in the *Federal Register* (72 FR 35462, June 28, 2007). Based on the NAAQS review process, as revised in 2008 and again in 2009,[21] the U.S. EPA held science/policy issue workshops on the primary and secondary PM NAAQS (72 FR 34003, June 20, 2007; 72 FR 34005, June 20, 2007), and prepared and released the planning and assessment documents that comprise the review process [i.e., IRP (U.S. EPA, 2008), ISA (U.S. EPA, 2009a)], REA planning

---

[19] In the 2006 proposal, the U.S. EPA proposed to revise the 24-hour $PM_{10}$ standard in part by establishing a new $PM_{10-2.5}$ indicator for thoracic coarse particles (i.e., particles generally between 2.5 and 10 μm in diameter). The U.S. EPA proposed to include any ambient mix of $PM_{10-2.5}$ that was dominated by resuspended dust from high-density traffic on paved roads and by PM from industrial sources and construction sources. The U.S. EPA proposed to exclude any ambient mix of $PM_{10-2.5}$ that was dominated by rural windblown dust and soils and by PM generated from agricultural and mining sources. In the final decision, the existing $PM_{10}$ standard was retained, in part due to an "inability…to effectively and precisely identify which ambient mixes are included in the [$PM_{10-2.5}$] indicator and which are not" (71 FR 61197, October 17, 2006).

[20] *American Farm Bureau Federation v. U.S. EPA*, 559 F. 3d 512, 520−27 (D.C. Cir. 2009).

[21] The history of the NAAQS review process, including revisions to the process, is discussed at https://www.epa.gov/naaqs.

SECTION P.1: Legislative Requirements for the Review of the National Ambient Air Quality Standards

00196456

documents for health and welfare (Office of Air and Radiation, 2009; U.S. EPA, 2009b), a quantitative health risk assessment (U.S. EPA, 2010b)[22] and an urban-focused visibility assessment (U.S. EPA, 2010a),[23] and PA (U.S. EPA, 2011)]. In June 2012, the U.S. EPA announced its proposed decision to revise the NAAQS for PM (77 FR 38890, June 29, 2012).

In December 2012, the U.S. EPA announced its final decisions to revise the primary NAAQS for PM to provide increased protection of public health (78 FR 3086, January 15, 2013). Regarding primary standards for $PM_{2.5}$, the U.S. EPA revised the level of the annual $PM_{2.5}$ standard[24] to 12.0 $\mu g/m^3$ and retained the 24-hour $PM_{2.5}$ standard, with its level of 35 $\mu g/m^3$. For the primary $PM_{10}$ standard, the U.S. EPA retained the 24-hour standard, with its level of 150 $\mu g/m^3$, to continue to provide protection against effects associated with short-term exposure to thoracic coarse particles (i.e., $PM_{10-2.5}$). Regarding the secondary PM standards, the U.S. EPA generally retained the 24-hour and annual $PM_{2.5}$ standards[25] and the 24-hour $PM_{10}$ standard to address visibility and nonvisibility welfare effects. On judicial review, the revised standards were upheld in all respects.[26]

## P.2.    Purpose and Overview of the Integrated Science Assessment

The Integrated Science Assessment (ISA) is a comprehensive evaluation and synthesis of the policy-relevant science "useful in indicating the kind and extent of identifiable effects on public health or welfare which may be expected from the presence of [a] pollutant in ambient air," as described in Section 108 of the Clean Air Act (CAA, 1990a). This ISA communicates critical science judgments of the health and welfare criteria for particulate matter (PM), and serves as the scientific foundation for the review of the current primary (health-based) and secondary (welfare-based) National Ambient Air Quality Standards (NAAQS) for PM. For evaluating the welfare-based evidence, the PM ISA focuses specifically on the nonecological effects of PM (i.e., visibility, materials effects, and climate) because the ecological effects are assessed in the ISA for Oxides of Nitrogen, Oxides of Sulfur, and Particulate Matter—Ecological Criteria as a result of these criteria pollutants being interrelated through complex

---

[22] The quantitative assessment of health risks conducted in the last review was presented in the Quantitative Health Risk Assessment for Particulate Matter (U.S. EPA, 2010b). In the current review, quantitative assessments for health-related exposures and risks, if warranted, would be presented in the Health Risk and Exposure Assessment (HREA). For consistency with the documents developed under the current NAAQS process, the Quantitative Health Risk Assessment for Particulate Matter (U.S. EPA, 2010b) from the last review will be referenced in this document as the 2010 HREA.

[23] The quantitative assessment of welfare effects conducted in the last review was presented, in part, in the Urban-Focused Visibility Assessment (U.S. EPA, 2010a). In the current review, quantitative assessments for welfare effects, if warranted, would be presented in the Welfare Risk and Exposure Assessment (WREA). The Urban-Focused Visibility Assessment (U.S. EPA, 2010a) from the last review will be referenced in this document as the 2010 UFVA.

[24] The U.S. EPA also eliminated the option for spatial averaging.

[25] Consistent with the primary standard, the U.S. EPA eliminated the option for spatial averaging with the annual standard.

[26] *NAM v U.S. EPA*, 750 F.3d 921 (D.C. Cir. 2014).

00196457

chemical and physical atmospheric processes and all contributing to nitrogen (N) and sulfur (S) deposition (U.S. EPA, 2016). While the focus of the evaluation of the visibility and climate evidence is on PM, for materials effects, as detailed in the Integrated Review Plan (IRP), the PM ISA summarizes soiling and deterioration of materials attributable to PM and related N and S components because of the difficulty associated with isolating the effects of gaseous and particulate N and S dry and wet deposition and because the ISA for Oxides of Nitrogen, Oxides of Sulfur, and Particulate Matter—Ecological Criteria focuses only on ecological effects (U.S. EPA, 2016).

This ISA evaluates relevant scientific literature published since the 2009 PM ISA (U.S. EPA, 2009a), integrating key information and judgments contained in the 2009 PM ISA and previous assessments of PM, i.e., 2004 AQCD for PM (U.S. EPA, 2004), 1996 AQCD for PM (U.S. EPA, 1996), 1982 AQCD for PM and Sulfur Oxides (U.S. EPA, 1982) and its Addendum (U.S. EPA, 1986), and the 1969 AQCD for PM (NAPCA, 1969). Thus, this ISA updates the state of the science that was available for the 2009 PM ISA, which informed decisions on the primary and secondary PM NAAQS in the review completed in 2012. In 2012, the U.S. EPA lowered the annual $PM_{2.5}$ standard to a mean of 12 $\mu g/m^3$, which is based on the annual mean averaged over 3 years, while retaining the 24-hour $PM_{2.5}$ standard of 35 $\mu g/m^3$, which is based on the 98th percentile averaged over 3 years (78 FR 3086). As part of the primary annual $PM_{2.5}$ standard, the U.S. EPA eliminated the spatial averaging provision to avoid disproportionate impacts on susceptible populations (i.e., populations potentially at increased risk of a PM-related health effect). The $PM_{2.5}$ standards are meant to provide increased protection for children, older adults, and people with pre-existing heart and lung disease as well as other potentially susceptible populations against an array of $PM_{2.5}$-related health effects, including premature mortality, increased hospital admissions and emergency department (ED) visits, and the development of chronic respiratory disease. Additionally, the U.S. EPA retained the current primary 24-hour $PM_{10}$ standard at a level of 150 $\mu g/m^3$, which is not to be exceeded more than once per year over 3 years, to protect against health effects due to short-term exposure to thoracic coarse particles ($PM_{10-2.5}$) including premature mortality and increased hospital admissions and ED visits (78 FR 3086).

For the secondary PM standards, the U.S. EPA retained the annual $PM_{2.5}$ standard at 15 $\mu g/m^3$ as well as the 24-hour $PM_{2.5}$ standard of 35 $\mu g/m^3$ and the 24-hour $PM_{10}$ standard of 150 $\mu g/m^3$ (78 FR 3086). However, the form of the annual secondary $PM_{2.5}$ standard was changed to remove the option of spatial averaging. These secondary standards protect against nonvisibility welfare effects including ecological effects, effects on materials, and climate effects. To protect against PM-related visibility impairment, the U.S. EPA identified a target degree of protection defined as a $PM_{2.5}$ visibility index of 30 deciviews (dv), which is based on the 90th percentile of 24-hour avg $PM_{2.5}$ concentrations over 3 years (78 FR 3086). However, a U.S. EPA analysis determined that the current secondary 24-hour $PM_{2.5}$ standard would provide sufficient protection, and in some cases greater protection, therefore a distinct secondary standard was not needed to provide requisite protection for both visibility and nonvisibility related welfare effects.

SECTION P.2: Purpose and Overview of the Integrated Science Assessment

00196458

This new review of the primary and secondary PM NAAQS is guided by several policy-relevant questions that are identified in The Integrated Review Plan for the National Ambient Air Quality Standards for Particulate Matter (U.S. EPA, 2016). To address these questions and update the scientific judgments in the 2009 PM ISA (U.S. EPA, 2009a), this ISA aims to:

- Assess whether new information (since the last PM NAAQS review) further informs the relationship between exposure to PM and specific health and nonecological welfare effects.

- Inform whether the current indicators (i.e., $PM_{2.5}$ for fine particles and $PM_{10}$ for thoracic coarse particles), averaging times (e.g., 24-hour avg, annual average), and levels of the PM NAAQS are appropriate.

In addressing policy-relevant questions, this ISA aims to characterize the independent health and welfare effects of PM, specifically $PM_{2.5}$ (fine PM; particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm) and $PM_{10-2.5}$ (thoracic coarse or coarse PM; particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm) and whether there is evidence of an independent health effect for other size fractions [e.g., ultrafine particles (UFP), generally considered as particulates with a diameter less than or equal to 0.1 µm (typically based on physical size, thermal diffusivity or electrical mobility); U.S. EPA (2009a)] or specific PM components (e.g., metals). In characterizing whether there is evidence of an independent health and welfare effect due to PM, the ISA considers possible influences of other atmospheric pollutants, including both gaseous (i.e., $O_3$, $NO_2$, $SO_2$, and CO) and other PM size fractions. The information summarized in this ISA will serve as the scientific foundation for reviewing the current primary and secondary PM NAAQS.

## P.3.  Process for Developing Integrated Science Assessments

The U.S. EPA uses a structured and transparent process for evaluating scientific information and determining the causal nature of relationships between air pollution exposures and health effects [details provided in the Preamble to the Integrated Science Assessments (U.S. EPA, 2015)] and the Appendix. The ISA development process describes approaches for literature searches, criteria for selecting and evaluating relevant studies, and a framework for evaluating the weight of evidence and forming causality determinations. Table P-2 provides a description of each of the five causality determinations and the types of scientific evidence that is considered for each category for both health and welfare effects.

00196459

**Table P-2    Weight-of-evidence for causality determinations.**

| | Health Effects | Ecological and Other Welfare Effects |
|---|---|---|
| Causal relationship | Evidence is sufficient to conclude that there is a causal relationship with relevant pollutant exposures (e.g., doses or exposures generally within one to two orders of magnitude of recent concentrations). That is, the pollutant has been shown to result in health effects in studies in which chance, confounding, and other biases could be ruled out with reasonable confidence. For example: (1) controlled human exposure studies that demonstrate consistent effects, or (2) observational studies that cannot be explained by plausible alternatives or that are supported by other lines of evidence (e.g., animal studies or mode-of-action information). Generally, the determination is based on multiple high-quality studies conducted by multiple research groups. | Evidence is sufficient to conclude that there is a causal relationship with relevant pollutant exposures. That is, the pollutant has been shown to result in effects in studies in which chance, confounding, and other biases could be ruled out with reasonable confidence. Controlled exposure studies (laboratory or small- to medium-scale field studies) provide the strongest evidence for causality, but the scope of inference may be limited. Generally, the determination is based on multiple studies conducted by multiple research groups, and evidence that is considered sufficient to infer a causal relationship is usually obtained from the joint consideration of many lines of evidence that reinforce each other. |
| Likely to be causal relationship | Evidence is sufficient to conclude that a causal relationship is likely to exist with relevant pollutant exposures. That is, the pollutant has been shown to result in health effects in studies where results are not explained by chance, confounding, and other biases, but uncertainties remain in the evidence overall. For example: (1) observational studies show an association, but copollutant exposures are difficult to address and/or other lines of evidence (controlled human exposure, animal, or mode of action information) are limited or inconsistent or (2) animal toxicological evidence from multiple studies from different laboratories demonstrate effects but limited or no human data are available. Generally, the determination is based on multiple high-quality studies. | Evidence is sufficient to conclude that there is a likely causal association with relevant pollutant exposures. That is, an association has been observed between the pollutant and the outcome in studies in which chance, confounding, and other biases are minimized but uncertainties remain. For example, field studies show a relationship, but suspected interacting factors cannot be controlled, and other lines of evidence are limited or inconsistent. Generally, the determination is based on multiple studies by multiple research groups. |
| Suggestive of, but not sufficient to infer, a causal relationship | Evidence is suggestive of a causal relationship with relevant pollutant exposures but is limited, and chance, confounding, and other biases cannot be ruled out. For example: (1) when the body of evidence is relatively small, at least one high-quality epidemiology study shows an association with a given health outcome and/or at least one high-quality toxicological study shows effects relevant to humans in animal species or (2) when the body of evidence is relatively large, evidence from studies of varying quality is generally supportive but not entirely consistent, and there may be coherence across lines of evidence (e.g., animal studies or mode of action information) to support the determination. | Evidence is suggestive of a causal relationship with relevant pollutant exposures, but chance, confounding, and other biases cannot be ruled out. For example, at least one high-quality study shows an effect, but the results of other studies are inconsistent. |

00196460

**Table P-2 (Continued): Weight of evidence for causality determinations.**

| | Health Effects | Ecological and Other Welfare Effects |
|---|---|---|
| Inadequate to infer the presence or absence of a causal relationship | Evidence is inadequate to determine that a causal relationship exists with relevant pollutant exposures. The available studies are of insufficient quantity, quality, consistency, or statistical power to permit a conclusion regarding the presence or absence of an effect. | Evidence is inadequate to determine that a causal relationship exists with relevant pollutant exposures. The available studies are of insufficient quality, consistency, or statistical power to permit a conclusion regarding the presence or absence of an effect. |
| Not likely to be a causal relationship | Evidence indicates there is no causal relationship with relevant pollutant exposures. Several adequate studies, covering the full range of levels of exposure that human beings are known to encounter and considering at-risk populations and lifestages, are mutually consistent in not showing an effect at any level of exposure. | Evidence indicates there is no causal relationship with relevant pollutant exposures. Several adequate studies examining relationships with relevant exposures are consistent in failing to show an effect at any level of exposure. |

Source: U.S. EPA (2015).

As part of this process, a draft of the ISA is reviewed by the Clean Air Scientific Advisory Committee (CASAC), which is a formal independent panel of scientific experts, and by the public. As this ISA informs the review of the primary and secondary PM NAAQS, it integrates and synthesizes information characterizing exposure to PM and potential relationships with health and welfare effects. Relevant studies include those examining atmospheric chemistry, spatial and temporal trends, and exposure assessment, as well as U.S. EPA analyses of air quality and emissions data. Relevant health research includes epidemiologic, controlled human exposure, and toxicological studies on health effects, as well as studies on dosimetry and biological plausibility. Additionally, relevant welfare research includes studies examining visibility impairment, effects on materials, and climate impacts.

The U.S. EPA initiated the current review of the primary and secondary PM NAAQS in December 2014 with a call for information from the public (U.S. EPA, 2014). Subject-area experts and the public were also able to recommend studies and reports to consider for the ISA during a science/policy issue "kick-off" workshop held at the U.S. EPA in February 2015. Thereafter, the U.S. EPA routinely conducted literature searches to identify relevant peer-reviewed studies published since the previous ISA (i.e., since May 2009). Multiple search methods were used [Preamble to the ISAs (U.S. EPA, 2015), and further detailed in the Appendix], including searches in the PubMed and Web of Science databases. These searches were meant to broadly capture all potentially relevant PM literature. To ensure the most policy-relevant evaluation of the current state of the science, the scope of this PM ISA reflects not only the evolving PM literature base but also the ability of the studies evaluated to directly inform the policy-relevant questions that form the basis of this review. Using both the scope of this ISA, detailed below, as well as the policy-relevant questions outlined in the PM IRP, studies that were uninformative based on title screening were excluded. Studies that were judged to be potentially relevant based on review of the abstract or full text and "considered" for inclusion in the ISA are documented in the Health and Environmental Research Online (HERO) website. The HERO project page for this ISA

SECTION P.3: Process for Developing Integrated Science Assessments

00196461

(https://hero.epa.gov/hero/particulate-matter) contains the references that are cited in the ISA, the references that were considered for inclusion but not cited, and electronic links to bibliographic information and abstracts.

## P.3.1. Scope of the ISA

As initially detailed in the PM IRP (U.S. EPA, 2016) and further expanded upon here, when evaluating the broad body of literature across scientific disciplines, the U.S. EPA considers whether the studies fall within the scope of the PM ISA (i.e., provide information which can address key policy-relevant questions). Thus, the focus of the PM ISA with respect to the health effects evidence is on studies of short-term (i.e., hours up to 1 month) and long-term (i.e., 1 month to years) exposures conducted at concentrations of PM that are relevant to the range of human exposures across ambient microenvironments (up to 2 mg/m$^3$, which is one to two orders of magnitude above ambient concentrations), and (1) include a composite measure of PM[27] or (2) characterize PM and apply some approach to assess the direct effect of PM when the exposure of interest is a source-based mixture (e.g., diesel exhaust, gasoline exhaust, wood smoke). For epidemiologic studies, the scope is further refined when evaluating the evidence for those health outcomes that the 2009 PM ISA concluded a *causal relationship* (i.e., short- and long-term PM$_{2.5}$ exposure and mortality and cardiovascular effects) to ensure the evaluation of the evidence focuses on the studies that are the most policy-relevant. Therefore, the focus is on those studies conducted in areas where mean PM$_{2.5}$ concentrations are <20 µg/m$^3$ or, in the case of a multicity study, where more than half of the cities have concentrations <20 µg/m$^3$. However, studies with mean PM$_{2.5}$ concentrations exceeding 20 µg/m$^3$ are included if they address specific areas of uncertainty or where limitations remain in the evidence base, as identified in the 2009 PM ISA, such as copollutant confounding. The scope is broader for experimental studies when examining biological plausibility for PM health effects, and in some cases, includes in vitro studies, studies that use intratracheal (IT) installation, studies examining relative toxicity, and studies conducted at concentrations >2 mg/m$^3$.

In the first case, studies that focus on a single component, group of components, or source, must also examine a composite measure of PM (e.g., mass of PM$_{2.5}$ and/or PM$_{10–2.5}$, or in the case of ultrafine particles [UFP] mass, particle number, etc.). This requirement helps in comparing effects or associations observed for individual components or alternative metrics to the current mass-based PM indicators. To assess the relationship between PM$_{2.5}$ components and specific health effects in experimental studies, this ISA relies on the approach initially outlined in the 2009 PM ISA and further refined in Stanek et al. (2011). This approach is consistent with the Health Effects Institute (HEI) review panel of the National Particle Component Toxicity (NPACT) initiative that states both source categories and component concentrations should be used directly in the health analyses with a focus on examining consistencies and

---

[27] Composite measures of PM may include mass, volume, surface area, or number concentration.

00196462

differences between the two approaches (Lippmann et al., 2013). Thus, experimental studies included within this ISA fulfill the following four criteria: (1) the studies examined exposures consisting of $PM_{2.5}$ from U.S. airsheds or those representative of the U.S. (e.g., Europe, Canada); (2) the studies examined at least five PM components; (3) the studies grouped PM components using statistical methods, for which the groups were not predefined based on common physical or chemical properties (e.g., water soluble vs. nonsoluble); and (4) the studies applied a formal statistical analysis to investigate the relationship between groups of PM components or PM sources and health effects. The criteria applied to both experimental and epidemiologic studies in evaluating PM components ensures that a systematic approach is used in both identifying and evaluating those studies that examine PM components.

The second case primarily applies to experimental studies that attempt to disentangle the effect of PM on health from a complex air pollution mixture of particles, gases, and components distributed between the gas and particle phases. Studies that assess the PM effect from a source-based mixture (e.g., wood smoke, diesel exhaust, gasoline exhaust, etc.) are only included if they use filtration (e.g., a particle trap) or another approach to differentiate between effects due to the mixture and effects due to the particles alone.

Whereas the preceding paragraphs focused broadly on the scope of the entire PM ISA, there are additional nuances that further frame the scope of the ISA, specifically with respect to UFPs. UFPs have often been defined as particles <0.1 μm (U.S. EPA, 2009a), but depending on the scientific discipline, the methods used and the particle sizes examined to assess the UFP-health effects relationship varies. UFP exposures in animal toxicological and controlled human exposure studies typically use a particle concentrator, which can result in exposures to particles <0.30 μm (Section 2.4.3.1). Whereas toxicological studies typically rely on examining UFP mass, epidemiologic studies examine multiple UFP metrics, including particle number concentration (NC), mass concentration (MC), and surface area concentration (SC). However, depending on the monitor used and the metric, the UFP size distribution included within each of these ranges can vary. Some studies that examine NC use no additional size classification and instead measure NC over the entire size range of the particle counter. If the entire size range is measured, limited available measurement data in the U.S. and Europe indicates that approximately 67 to 90% of NC consists of particles <0.1 μm (Section 2.4.3.1). Studies that examine MC or SC often include a range of particle sizes up to 0.3 μm. Currently, there is no consensus within the scientific community on the metric that best represents exposure to UFPs (Baldauf et al., 2016). Consequently, this ISA focuses on evaluating the UFP-health effects relationship of particles <0.3 μm for MC and SC metrics included in experimental studies, and any size range that includes particles <0.1 μm for NC. Focusing on these criteria will provide the most comprehensive assessment of UFPs and ensure that the metric examined represents primarily the UFP size range.

Across disciplines, studies defined as examining UFPs, but focusing on the sources, transport, and fate of fibers and unique nano-objects (namely, dots, hollow spheres, plates, rods, fibers, tubes) are not reviewed because substantial exposures to fibers and unique nano-objects generally occur in the

SECTION P.3: Process for Developing Integrated Science Assessments

00196463

occupational settings rather than the ambient environment. Furthermore, the in vivo disposition of unique nano-objects is not likely relevant to the behavior of ultrafine (UF) aerosols found in ambient air, which are created by combustion sources and photochemical formation of secondary organic aerosols. However, some studies focusing on engineered nano- or ultrafine particles (e.g., carbon black, titanium dioxide) are included if they contribute to an understanding of the dosimetry or biological plausibility of PM.

In addition to the specific parameters that broadly form the overall scope of the review of PM and health effects, additional criteria were applied in evaluating the evidence for cancer. As detailed in the PM IRP, the PM ISA focuses on whether PM can directly cause cancer through only inhalation exposures at ambient and near-ambient concentrations (i.e., up to 2 mg/m$^3$). When evaluating the epidemiologic evidence for cancer, consistent with the overall scope of the ISA, the focus is on those studies with composite measures of PM. Whereas the ISA tends not to focus on the health effects evidence from in vitro studies, such studies are discussed regarding the mutagenicity of PM because they provide information on the biological pathways underlying cancer. While some components of PM are known carcinogens (e.g., hexavalent chromium), the focus of this ISA is on composite measures of PM (e.g., $PM_{2.5}$). When applicable, comparisons are made with the effects or associations observed for individual PM components to help inform the adequacy of current mass-based PM indicators. As such, the relationship between PM exposure and cancer is evaluated similarly to that of other health effects, resulting in the exclusion of studies that examine individual PM components without a composite PM measure. The evaluation of cancer includes studies that use PM filter extracts with the understanding that bioavailability of PM components in vivo is a complex issue not easily mimicked by extraction of PM collected on filters. Overall, the evaluation of cancer in the ISA will primarily focus on studies of inhaled PM because these studies are more relevant to ambient exposure conditions, with the recognition of the extensive historical evaluations on the mutagenicity, genotoxicity, and carcinogenicity of whole PM exposures (i.e., not defined by size fraction).

For nonecological welfare effects (i.e., visibility, climate, and materials effects), this ISA will build on information from the last review by discussing PM's role in impairing visibility, in radiative forcing, which can cause global and regional climate change, and in damaging and soiling materials. For visibility effects, studies are included that advance our understanding of visual impairment of airborne PM, such as studies of atmospheric chemistry, visibility preference, or other measures of adversity to public welfare, in urban and rural settings. This ISA focuses on climate as the welfare effect as listed in the Clean Air Act Amendments of 1970 with a focus on radiative forcing, surface meteorological trends, and climate feedbacks, and not on downstream ecosystem effects, human health effects, or future air quality projections resulting from changes in climate (CAA, 1970). The primary literature base for the evaluation of the effects of airborne and deposited PM on climate comes from recent national and international climate assessments such as the National Climate Assessment (Melillo et al., 2014) and the Intergovernmental Panel on Climate Change (IPCC, 2014), as well as other recent and more focused reports relevant to PM climate forcing [e.g., U.S. EPA (2012)]. The focus is on studies that inform the independent role of PM in climate forcing as well as effects on U.S. national and regional climate. For

SECTION P.3: Process for Developing Integrated Science Assessments

00196464

effects on materials, studies included in the PM ISA examine the role of PM and relevant precursor gases on materials damage and soiling. Specifically, studies that examine both particulate and gaseous contributions from oxides of nitrogen and oxides of sulfur along with other PM components are included here due to the difficulty associated with isolating the effects of gaseous and particulate N and S wet deposition.

## P.3.2. Evaluation of the Evidence

The Preamble to the ISAs (U.S. EPA, 2015) describes the general framework for evaluating scientific information, including criteria for assessing study quality and developing scientific conclusions. Aspects specific to evaluating studies of PM are described in the Appendix, which were applied to studies that fit the overall scope of the PM ISA. Categories of health and welfare effects were considered for evaluation in this ISA if they were examined in previous U.S. EPA assessments for PM or in multiple recent studies. Therefore, in this ISA, the broad health effects categories evaluated include those considered in the 2009 PM ISA (i.e., respiratory effects, cardiovascular effects, central nervous system effects, cancer, and mortality) along with the addition of metabolic effects. New research indicates it is more appropriate to further refine the category of reproductive and developmental effects to instead focus overall conclusions specifically on fertility and pregnancy effects, and birth outcomes separately. The welfare effects categories evaluated include visibility impairment, effects on materials, and climate.

### P.3.2.1.    Biological Plausibility

In forming the key science judgments for each of the health effects categories evaluated, the PM ISA draws conclusions about relationships between PM exposure and health effects by integrating information across scientific disciplines and related health outcomes and synthesizing evidence from previous and recent studies. A new advancement in this ISA is the inclusion of biological plausibility sections that are specific for each PM size fraction, exposure duration, and broad health outcome category for which causality determinations are formed within each of the health effects chapters (Chapter 5, Chapter 6, Chapter 7, Chapter 8, Chapter 9, Chapter 10, and Chapter 11). These sections outline potential pathways along the exposure to outcome continuum and provide plausible links between inhalation of PM (i.e., $PM_{2.5}$, $PM_{10-2.5}$, or UFPs) and health outcomes at the population level. Biological plausibility can strengthen the basis for causal inference (U.S. EPA, 2015). In this ISA, biological plausibility is part of the weight-of-evidence analysis that considers the totality of the health effects evidence, including consistency and coherence of effects described in experimental and observational studies. Although there is some overlap in the potential pathways between the health effects chapters, each biological plausibility section is tailored to the specific broad health outcome category, PM size fraction, and exposure duration being evaluated within the respective section of each health effects chapter.

SECTION P.3: Process for Developing Integrated Science Assessments

00196465

Each of the biological plausibility sections includes a figure depicting potential biological pathways that is accompanied by text. The figures illustrate possible pathways related to PM exposure that are based upon evidence evaluated in previous assessments, both AQCDs and ISAs, as well as evidence from more recent studies. The text characterizes the evidence upon which the figures are based, including results of studies demonstrating specific effects related to PM exposure and considerations of physiology and pathophysiology. Together, the figure and text portray the available evidence that supports the biological plausibility of PM exposures leading to specific health outcomes. Gaps and limitations in the evidence base correspond to gaps in the figure and accompanying text. In addition to portraying the plausible pathways leading to health outcomes, these figures provide insights on future research that may address knowledge gaps.

A model figure is presented below to illustrate its features (Figure P-1). Each box represents evidence that has been demonstrated in a study or group of studies for a particular effect related to exposure to a specific size fraction of PM. While most of the studies used to develop the figures are experimental studies (i.e., animal toxicological and controlled human exposure studies), some observational epidemiologic studies also contribute to the pathways. These epidemiologic studies are generally: (1) panel studies that measure the same or similar effects as the experimental studies (and thus provide supportive evidence) or (2) emergency department and hospital admission studies or studies of mortality, which are effects observed at the population level. The boxes are arranged horizontally, with boxes on the left side representing initial effects that reflect early biological responses and boxes to the right representing intermediate (i.e., subclinical or clinical) effects and effects at the population level. The boxes are color coded according to their position in the exposure to outcome continuum.

The arrows that connect the boxes indicate a progression of effects resulting from PM exposure. In most cases, arrows are dotted (Arrow 1), denoting a possible relationship between the effects. While most arrows point from left to right, some arrows point from right to left, reflecting progression of effects in the opposite direction or a feedback loop (Arrow 2). In a few cases, the arrows are solid (Arrow 2), indicating that progression from the upstream to downstream effect occurs as a direct result of PM exposure. This relationship between the boxes, where the upstream effect is necessary for progression to the downstream effect, is termed "essentiality" (OECD, 2016). Evidence supporting essentiality is generally provided by experimental studies using pharmacologic agents (i.e., inhibitors) or animal models that are genetic knockouts. The use of solid lines, as opposed to dotted lines, reflects the availability of specific experimental evidence that PM exposure results in an upstream effect which is necessary for progression to a downstream effect.

In the figures, upstream effects are sometimes linked to multiple downstream effects. To illustrate this proposed relationship using a minimum number of arrows, downstream boxes are grouped together within a larger shaded box and a single arrow (Arrow 3) connects the upstream single box to the outside of the downstream shaded box containing the multiple boxes. Multiple upstream effects may similarly be linked to a single downstream effect using an arrow (Arrow 4) that connects the outside of a shaded box,

SECTION P.3: Process for Developing Integrated Science Assessments

which contains multiple boxes, to an individual box. In addition, arrows sometimes connect one individual box to another individual box that is contained within a larger shaded box (Arrow 2) or two individual boxes both contained within larger shaded boxes (Arrow 5). Thus, arrows may connect individual boxes, groupings of boxes, and individual boxes within groupings of boxes depending on the proposed relationships between effects represented by the boxes.



PM = particulate matter.

Note: The boxes above represent the effects for which there is experimental or epidemiologic evidence related to PM exposure, and the arrows indicate a proposed relationship between those effects. Solid arrows denote evidence of essentiality as provided, for example, by an inhibitor of the pathway or a genetic knockout model used in an experimental study involving PM exposure. Shading around multiple boxes is used to denote a grouping of these effects. Arrows may connect individual boxes, groupings of boxes, and individual boxes within groupings of boxes. Progression of effects is generally depicted from left to right and color coded (gray = exposure; green = initial effect; blue = intermediate effect; orange = effect at the population level or a key clinical effect). Here, population-level effects generally reflect results of epidemiologic studies. When there are gaps or limitations in the evidence, there are complementary gaps in the figure and the accompanying text below.

**Figure P-1      Illustrative figure for potential biological pathways for health effects following PM exposure.**

### P.3.2.2.    Comparing Epidemiologic Study Results

For consistency in evaluating health effects evidence for epidemiologic studies, additional parameters to those outlined in the scope (Section P.3.1) were developed. To help compare results across epidemiologic studies, risk estimates were standardized to a defined increment for both short- and long-term exposure to $PM_{2.5}$ and $PM_{10-2.5}$, unless otherwise noted in the text. To determine the appropriate increment, the distribution of $PM_{2.5}$ and $PM_{10-2.5}$ concentrations were examined across the three most recent years of air quality data (2012−2014) within the U.S. For both $PM_{2.5}$ and $PM_{10-2.5}$, an increment of

SECTION P.3: Process for Developing Integrated Science Assessments

10 µg/m$^3$ was defined for short-term exposure studies; this value approximates the 50th−95th percentile of concentrations and accounts for the variability observed in daily PM$_{2.5}$ concentrations. An increment of 5 µg/m$^3$ was defined for long-term exposure studies; this value approximates the 25th−75th percentile of concentrations and represents the variation observed in long-term mean concentrations. Because there is no extensive monitoring network for UFPs within the U.S., results from UFP studies are not standardized and reflect the increment of exposure defined in each study evaluated. Additionally, in assessing correlations, either with other copollutants or variables, in epidemiologic studies high, moderate, or low correlations are explicitly defined as: low correlation, $r < 0.40$; moderate correlation, $r \geq 0.40$ and $r < 0.70$; and high correlation, $r \geq 0.70$. Consistency interpreting the epidemiologic evidence through approaches such as the standardization of risk estimates and the evaluation of correlations, in combination with the integration of evidence across scientific disciplines, supports a thorough evaluation of the current state of the science for PM.

### P.3.2.3.   Assessing Causality

In the evaluation of the evidence, determinations are made about causation, not just association, and are based on judgments about the consistency of evidence within a discipline, the coherence of effects across disciplines, and the biological plausibility of observed effects, as well as related uncertainties. The ISA uses a formal causal framework [Table II of the Preamble to the ISAs (U.S. EPA, 2015)] to classify the weight of evidence for both health and welfare effects according to the five-level hierarchy summarized below.

- *Causal relationship*: the pollutant has been shown to result in health or welfare effects at relevant exposures based on studies encompassing multiple lines of evidence and chance, confounding, and other biases can be ruled out with reasonable confidence.

- *Likely to be causal relationship*: there are studies in which results are not explained by chance, confounding, or other biases, but uncertainties remain in the health or welfare effects evidence overall. For example, the influence of co-occurring pollutants is difficult to address, or evidence across scientific disciplines may be limited or inconsistent.

- *Suggestive of, but not sufficient to infer, a causal relationship*: health or welfare effects evidence is generally supportive but not entirely consistent or is limited overall. Chance, confounding, and other biases cannot be ruled out.

- *Inadequate to infer the presence or absence of a causal relationship*: there is insufficient quantity, quality, consistency, or statistical power of results from studies of health or welfare effects.

- *Not likely to be a causal relationship*: several adequate health or welfare effects studies, examining the full range of anticipated exposure concentrations and for health effects, potential at-risk populations, and lifestages, consistently show no effect.

00196468

## P.4.   References

Abt (Abt Associates Inc). (2005). Particulate matter health risk assessment for selected urban areas: Draft report (pp. 164). (EPA Contract No. 68-D-03-002). Research Triangle Park, NC: U.S. Environmental Protection Agency.

Baldauf, RW; Devlin, RB; Gehr, P; Giannelli, R; Hassett-Sipple, B; Jung, H; Martini, G; McDonald, J; Sacks, JD; Walker, K. (2016). Ultrafine particle metrics and research considerations: Review of the 2015 UFP Workshop. Int J Environ Res Public Health 13. http://dx.doi.org/10.3390/ijerph13111054.

CAA (Clean Air Act). (1970). Clean Air Act Amendments of 1970, Pub. L. No. 91-604 (pp. 1676-1713).

CAA (Clean Air Act). (1990a). Clean Air Act, as amended by Pub. L. No. 101-549, section 108: Air quality criteria and control techniques, 42 USC 7408. http://www.law.cornell.edu/uscode/text/42/7408.

CAA (Clean Air Act). (1990b). Clean Air Act, as amended by Pub. L. No. 101-549, section 109: National primary and secondary ambient air quality standards, 42 USC 7409. https://www.law.cornell.edu/uscode/text/42/7409.

CAA (Clean Air Act). (2005). Clean Air Act, section 302: Definitions, 42 USC 7602. http://www.gpo.gov/fdsys/pkg/USCODE-2005-title42/pdf/USCODE-2005-title42-chap85-subchapIII-sec7602.pdf.

IPCC (Intergovernmental Panel on Climate Change). (2014). Climate change 2014: Synthesis report. In RK Pachauri; L Meyer (Eds.), Climate change 2014: Synthesis report Contribution of working groups I, II and III to the fifth assessment report of the Intergovernmental Panel on Climate Change. Geneva, Switzerland.

Lippmann, M; Chen, LC; Gordon, T; Ito, K; Thurston, GD. (2013). National Particle Component Toxicity (NPACT) Initiative: Integrated epidemiologic and toxicologic studies of the health effects of particulate matter components: Investigators' Report [HEI] (pp. 5-13). (177). Boston, MA: Health Effects Institute.

Melillo, JM; Richmond, T; Yohe, GW. (2014). Climate change impacts in the United States: The third National Climate Assessment. In JM Melillo; T Richmond; GW Yohe (Eds.), Climate change impacts in the United States: The third National Climate Assessment. Washington, D.C.: U.S. Government Printing Office. http://nca2014.globalchange.gov/report.

NAPCA (National Air Pollution Control Administration). (1969). Air quality criteria for particulate matter. Washington, DC.

OECD (Organisation for Economic Co-operation and Development). (2016). Users handbook supplement to the guidance document for developing and assessing AOPs. (ENV/JM/MONO(2016)12). http://dx.doi.org/10.1787/5jlv1m9d1g32-en.

Office of Air and Radiation (EPA Office of Air and Radiation). (2009). Particulate matter national ambient air quality standards: Scope and methods plan for urban visibility impact assessment. (EPA-452/P-09-001). Research Triangle Park, NC: U.S. Environmental Protection Agency.

Stanek, LW; Sacks, JD; Dutton, SJ; Dubois, JJB. (2011). Attributing health effects to apportioned components and sources of particulate matter: An evaluation of collective results [Review]. Atmos Environ 45: 5655-5663. http://dx.doi.org/10.1016/j.atmosenv.2011.07.023.

U.S. EPA (U.S. Environmental Protection Agency). (1982). Air quality criteria for particulate matter and sulfur oxides (final, 1982) [EPA Report]. (EPA 600/8-82/029a). Washington, DC: Environmental Criteria and Assessment Office. http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=46205.

U.S. EPA (U.S. Environmental Protection Agency). (1986). Second addendum to air quality criteria for particulate matter and sulfur oxides (1982): Assessment of newly available health effects information [EPA Report]. (EPA/600/8-86/020F). Research Triangle Park, NC: Environmental Criteria and Assessment Office.

U.S. EPA (U.S. Environmental Protection Agency). (1996). Air quality criteria for particulate matter [EPA Report]. (EPA/600/P-95/001aF-cF. 3v). Research Triangle Park, National Center for Environmental Assessment-RTP Office NC.

SECTION P.4: References

00196469

U.S. EPA (U.S. Environmental Protection Agency). (2004). Air quality criteria for particulate matter [EPA Report]. (EPA/600/P-99/002aF-bF). Research Triangle Park, NC: U.S. Environmental Protection Agency, Office of Research and Development, National Center for Environemntal Assessment- RTP Office. http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=87903.

U.S. EPA (U.S. Environmental Protection Agency). (2005). Review of the national ambient air quality standards for particulate matter: policy assessment of scientific and technical information. oaqps staff paper [EPA Report]. (EPA/452/R-05/005). Research Triangle Park, NC.

U.S. EPA (U.S. Environmental Protection Agency). (2008). Integrated review plan for the national ambient air quality standards for particulate matter [EPA Report]. Research Triangle Park, NC.

U.S. EPA (U.S. Environmental Protection Agency). (2009a). Integrated science assessment for particulate matter [EPA Report]. (EPA/600/R-08/139F). Research Triangle Park, NC: U.S. Environmental Protection Agency, Office of Research and Development, National Center for Environmental Assessment- RTP Division. http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=216546.

U.S. EPA (U.S. Environmental Protection Agency). (2009b). Particulate matter national ambient air quality standards: Scope and methods plan for health risk and exposure assessment. (EPA-452/P-09-002). Research Triangle Park, NC: Office of Air Quality Planning and Standards.

U.S. EPA (U.S. Environmental Protection Agency). (2010a). Particulate matter urban-focused visibility assessment. Final document. (EPA-452/R-10-004). Research Triangle Park, NC: Office of Air and Radiation.

U.S. EPA (U.S. Environmental Protection Agency). (2010b). Quantitative Health Risk Assessment for Particulate Matter. Research Triangle Park, NC: US Environmental Protection Agency.

U.S. EPA (U.S. Environmental Protection Agency). (2011). Policy assessment for the review of the particulate matter national ambient air quality standards [EPA Report]. (EPA 452/R-11-003). Research Triangle Park, NC.

U.S. EPA (U.S. Environmental Protection Agency). (2012). Report to Congress on black carbon [EPA Report]. (EPA-450/R-12-001). http://www.epa.gov/blackcarbon/2012report/fullreport.pdf.

U.S. EPA (U.S. Environmental Protection Agency). (2014). Notice of workshop and call for information on integrated science assessment for particulate matter. Fed Reg 79: 71764-71766.

U.S. EPA (U.S. Environmental Protection Agency). (2015). Preamble to the integrated science assessments [EPA Report]. (EPA/600/R-15/067). Research Triangle Park, NC: U.S. Environmental Protection Agency, Office of Research and Development, National Center for Environmental Assessment, RTP Division. https://cfpub.epa.gov/ncea/isa/recordisplay.cfm?deid=310244.

U.S. EPA (U.S. Environmental Protection Agency). (2016). Integrated review plan for the national ambient air quality standards for particulate matter [EPA Report]. (EPA-452/R-16-005). Research Triangle Park, NC. https://yosemite.epa.gov/sab/sabproduct.nsf/0/eb862b233fbd0cde85257dda004fcb8c!OpenDocument&TableRow=2.0.

SECTION P.4: References

00196470

# EXECUTIVE SUMMARY

## Purpose and Scope of the Integrated Science Assessment

This Integrated Science Assessment (ISA) is a comprehensive evaluation and synthesis of policy-relevant science aimed at characterizing exposures to ambient particulate matter (PM), and health and welfare effects associated with these exposures.[28] PM is a mixture of solid particles and liquid droplets found in the ambient air,[29] which encompasses multiple size fractions (e.g., fine PM [$PM_{2.5}$, particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm]; thoracic coarse or coarse PM [$PM_{10-2.5}$, particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm]; and ultrafine particles [UFPs, generally considered as particulates with a diameter less than or equal to 0.1 μm, typically based on physical size, thermal diffusivity, or electrical mobility]) and is comprised of various components (e.g., metals, black carbon, etc.; Figure ES-1). The evaluation of the science and the overarching conclusions of the ISA serves as the scientific foundation for the review of the primary (health-based) and secondary (welfare-based) National Ambient Air Quality Standard (NAAQS) for PM. This ISA focuses on nonecological welfare effects[30] because ecological effects resulting from deposition of PM and PM components are being considered in a separate assessment as part of the review of the secondary (welfare-based) NAAQS for oxides of nitrogen and sulfur, and PM (U.S. EPA, 2018).

---

[28] The general process for developing an ISA, including the framework for evaluating weight of evidence and drawing scientific conclusions and causal judgments, is described in a companion document, *Preamble to the Integrated Science Assessments* (U.S. EPA, 2015), https://www.epa.gov/isa.

[29] As defined by U.S. EPA, https://www.epa.gov/pm-pollution/particulate-matter-pm-basics.

[30] From this point forward referred to as welfare effects.

SECTION: Purpose and Scope of the Integrated Science Assessment

00196471



μm = micrometer; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10}$ = particulate matter with a nominal aerodynamic diameter less than or equal to 10 μm.
Source: U.S. EPA (https://www.epa.gov/pm-pollution/particulate-matter-pm-basics).

**Figure ES-1    Comparison of PM size fractions.**

In 2012, the U.S. Environmental Protection Agency (U.S. EPA) established a new annual $PM_{2.5}$ primary standard of 12 μg/m³ (the annual mean averaged over 3 years) and retained the 24-hour $PM_{2.5}$ standard of 35 μg/m³ (the 98th percentile averaged over 3 years; 75 FR 3086).[31] For the primary $PM_{10}$ standard, the U.S. EPA retained the 24-hour standard of 150 μg/m³ (not to be exceeded more than once per year on average over 3 years) to continue to provide protection against effects associated with short-term exposure to thoracic coarse particles (i.e., $PM_{10-2.5}$). Regarding the secondary PM standards, the U.S. EPA retained the 24-hour (i.e., 35 μg/m³) and annual (i.e., 15 μg/m³) $PM_{2.5}$ standards[32] and the 24-hour $PM_{10}$ standard (i.e., 150 μg/m³) to address visibility and nonvisibility welfare effects. On judicial review, the revised and retained standards were upheld in all respects. NAM v EPA, 750 F.3d 921 (D.C. Cir. 2014).

This ISA updates the 2009 ISA for Particulate Matter [U.S. EPA (2009); hereafter referred to as the 2009 PM ISA] with studies and reports published from January 2009 through approximately January 2018. The U.S. EPA conducted in-depth literature searches using well-defined methods to identify peer-reviewed studies on relevant topics such as health and welfare effects, atmospheric chemistry, ambient concentrations, and exposure. In addition, input on recent studies that the U.S. EPA should

---

[31] The legislative requirements and history of the PM NAAQS are described in detail in the Preface to this ISA.
[32] Consistent with the primary standard, the U.S. EPA eliminated the option for spatial averaging with the annual standard.

SECTION: Purpose and Scope of the Integrated Science Assessment

00196472

consider in the process of developing the ISA was also solicited from subject-matter experts and the public during a kick-off workshop held at the U.S. EPA in February 2015 (U.S. EPA, 2014). After the broad literature search was conducted and additional studies were identified during the kick-off workshop, the U.S. EPA used various systematic review techniques to identify the most policy-relevant studies and evaluate overall study quality (see the Appendix). To fully describe the state of available science, the U.S. EPA also included in this ISA the most relevant studies from previous assessments.

Section 109(d)(2) of the Clean Air Act, describes the appointment of an independent scientific review committee and their role in reviewing the documents developed by U.S. EPA that provide the air quality criteria defined in Section 108(a)(2), herein the draft PM ISA. This independent review function has been performed by the Clean Air Scientific Advisory Committee (CASAC) of the U.S. EPA's Science Advisory Board. The U.S. EPA released the External Review Draft of the PM ISA on October 23, 2018 (83 FR 53471), which was reviewed in a public meeting of the CASAC to discuss the ISA and provide an independent scientific peer review of the document (83 FR 55529). The CASAC review of the External Review Draft of the PM ISA resulted in a final letter to the Administrator detailing their review, which was released on April 11, 2019.[33]

The Administrator responded to the CASAC's letter on the External Review Draft of the PM ISA on July 25, 2019,[34] and indicated the Agency will "incorporate the CASAC's comments and recommendations, to the extent possible, and create a final PM ISA so that it may be available to inform a proposed decision on any necessary revisions of the NAAQS in early 2020." The U.S. EPA focused on addressing comments presented in the main body of the CASAC letter (i.e., the cover letter and consensus responses to charge questions), and to the extent possible, addressed individual CASAC member comments as well as public comments on the draft PM ISA. The consensus CASAC comments on the draft PM Policy Assessment (December 16, 2019) stated "…the Draft PM ISA, does not provide a … comprehensive, systematic review of relevant scientific literature; inadequate evidence and rationale for altered causal determinations; and a need for clearer discussion of causality and causal biological mechanisms and pathways." To address these comments in the Final PM ISA, the EPA: (1) added text to the Preface and developed a new Appendix to more clearly articulate the process of ISA development; (2) revised the causality determination for long-term UFP exposure and nervous system effects to *suggestive of, but not sufficient to infer, a causal relationship*; and (3) added additional text to the Preface (Section P.3.2.1) as well as text in the health effects chapters to clarify the discussion of biological plausibility and its role in forming causality determinations. Additionally, the U.S. EPA focused on addressing those comments that contributed to improving clarity, could be addressed in the near-term, and identified errors in the draft PM ISA. Lastly, Administrator Wheeler noted, "for those comments and

---

[33] Available at:
https://yosemite.epa.gov/sab/sabproduct.nsf/264cb1227d55e02c85257402007446a4/6CBCBBC3025E13B4852583 D90047B352/$File/EPA-CASAC-19-002+.pdf.

[34] Available at:
https://yosemite.epa.gov/sab/sabproduct.nsf/264cb1227d55e02c85257402007446a4/6CBCBBC3025E13B4852583 D90047B352/$File/EPA-CASAC-19-002_Response.pdf.

00196473

recommendations that are more significant or cross-cutting and which were not fully addressed, the Agency will develop a plan to incorporate these changes into future PM ISAs as well as ISAs for other criteria pollutant reviews."

As in the 2009 PM ISA, this ISA determines the causal nature of relationships between health effects and exposure to $PM_{2.5}$, $PM_{10-2.5}$, and UFPs (Chapter 5, Chapter 6, Chapter 7, Chapter 8, Chapter 9, Chapter 10, and Chapter 11). To accomplish this task, a defined scope was developed to narrow the focus to studies that address the question of whether PM exposure directly causes health effects (see Preface). Health effects are considered in relation to exposures at concentrations of PM that are relevant to the range of human exposures across ambient microenvironments, generally within one to two orders of magnitude of current conditions (i.e., up to 2 mg/m³; Preface, Section P.3.1). The ISA also evaluates: the relationship between PM components and sources to assess whether there is evidence that a component, group of components, or source is more closely related to health effects than PM mass (see Preface); whether specific populations or lifestages are at increased risk of PM-related health effects; and the causal nature of relationships between PM and welfare effects. In the evaluation of the welfare-based evidence (Chapter 13), the PM ISA focuses specifically on the nonecological welfare effects of PM (i.e., visibility, materials effects, and climate). The ecological effects of PM are assessed in the ISA for Oxides of Nitrogen, Oxides of Sulfur, and Particulate Matter—Ecological Criteria because these criteria pollutants are interrelated through complex chemical and physical atmospheric processes and all contribute to nitrogen (N) and sulfur (S) deposition (U.S. EPA, 2018). However, in its assessment of effects on materials, the PM ISA summarizes soiling and deterioration of materials attributable to PM and related N and S components because of the difficulty associated with isolating the effects of gaseous and particulate N and S dry and wet deposition, and because the ISA for Oxides of Nitrogen, Oxides of Sulfur, and Particulate Matter—Ecological Criteria focuses only on ecological effects (U.S. EPA, 2018).

Key to interpreting the health and welfare effects evidence is understanding the sources, chemistry, and distribution of PM in the ambient air (Chapter 2). It is these atmospheric relationships and processes that influence human exposure (Chapter 3) and the uptake of inhaled PM in the respiratory tract (Chapter 4). The uptake of PM and its deposition in the body directly influences the biological mechanisms by which PM could result in a health effect (Chapter 5, Chapter 6, Chapter 7, Chapter 8, Chapter 9, Chapter 10, and Chapter 11). Further, the ISA aims to characterize the effect of PM (i.e., $PM_{2.5}$, $PM_{10-2.5}$, and UFP) on health by evaluating whether there is evidence of an independent effect in epidemiologic studies, often assessed through copollutant models, or a direct effect (i.e., exposure to only PM elicits a health effect) in experimental studies. The ISA also informs policy-relevant issues (Section 1.5), such as (1) potential copollutant confounding (Section 1.5.1); (2) timing of effects (i.e., averaging time of exposure metric and lag at which associations are observed in epidemiologic studies; Section 1.5.2); (3) PM concentration-response relationship(s), and evaluation of potential thresholds below which effects do not occur (Section 1.5.3); (4) PM components and sources and relationships with health effects (Section 1.5.4); and (5) populations or lifestages at increased risk for health effects related to PM exposure (Section 1.5.5 and Chapter 12).

SECTION: Purpose and Scope of the Integrated Science Assessment

00196474

## Sources and Exposure to PM

The main objective of the ISA is to characterize health and welfare effects related to ambient PM exposure. This requires understanding PM sources, atmospheric formation, measurement methods, and concentrations. Additionally, characterizing the health effects of PM requires an understanding of the factors that affect both exposure to ambient PM and the uncertainty in estimating exposure. These factors include unmeasured variability in $PM_{2.5}$, $PM_{10-2.5}$, and UFP concentrations and size distributions, exposure to copollutants, and uncharacterized PM composition.

Particulate matter is comprised of components that are directly emitted (primary PM) as well as formed through atmospheric chemical reactions involving gaseous precursors (secondary PM; Section 2.3). Both primary and secondary PM contribute substantially to overall PM mass in ambient air. Within an urban environment, most primary $PM_{2.5}$ emissions are from anthropogenic sources and include some combination of industrial activities, motor vehicles, cooking, and fuel combustion, including biomass burning. However, in many locations, secondary PM formed from the precursors sulfur dioxide ($SO_2$), oxides of nitrogen ($NO_X$), ammonia ($NH_3$), and volatile organic compounds (VOCs), accounts for the majority of $PM_{2.5}$ mass. Direct emissions of primary $PM_{2.5}$ have decreased slightly (~9% since 2002), along with a substantial decrease in emissions since 2006 of the major $PM_{2.5}$ precursors $SO_2$ and $NO_X$, 65 and 30%, respectively. $PM_{10-2.5}$ is almost entirely primary in origin, composed largely of crustal material, sea salt, and biological material. Ambient UFPs originate from two distinct processes, primary particles directly emitted from specific sources like motor vehicles and new particle formation by photochemical processes under favorable atmospheric conditions.

There are well-established Federal Reference Methods (FRM) and national monitoring networks for $PM_{2.5}$, $PM_{10}$, and $PM_{10-2.5}$, but not for UFPs (Section 2.4). Recent monitoring initiatives include the implementation of the National Core multipollutant monitoring network, which includes measurements of $PM_{2.5}$ and $PM_{10-2.5}$, along with a suite of other pollutants, a new near-road monitoring network that includes $PM_{2.5}$ monitors at 36 sites, and the first routine monitoring of UFPs by measuring particle number count (NC) at 24 sites. Satellite-based measurements in conjunction with chemical transport models have also become increasingly used for estimating $PM_{2.5}$ concentrations. In general, the fraction of $PM_{10}$ accounted for by $PM_{2.5}$ is higher in the eastern U.S. than in the western U.S. $PM_{10-2.5}$ concentrations are more spatially variable than $PM_{2.5}$ concentrations. The limited amount of available UFP measurements data indicates that the highest UFP concentrations occur in the winter and near roads with heavy traffic, often over short time periods. Overall, UFP concentrations are more spatially variable than $PM_{2.5}$. As Figure ES-2 shows, the long-term trend in monthly average $PM_{2.5}$ concentrations decreased by about 5 $\mu g/m^3$ from 2000 to 2015. Much of this decrease can be attributed to a corresponding decrease in sulfate concentrations, especially in the eastern U.S., attributed to reduced $SO_2$ emissions. Sulfate concentrations are mainly associated with $PM_{2.5}$ and have historically been highest in summer. The reduction in $PM_{2.5}$ and sulfate concentrations has coincided with a shift in the season with the highest national average concentration, from summer to a more even distribution of $PM_{2.5}$

SECTION: Sources and Exposure to PM

00196475

concentrations between summer and winter. Additionally, the reduction in $PM_{2.5}$ concentrations has resulted in an increase in the contribution of $PM_{10-2.5}$ to $PM_{10}$ concentrations.



µg/m³ = micrograms per cubic meter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.
Note: Black = mean, gray = 90th percentile.
Source: Chan et al. (2018).

**Figure ES-2    Long-term trend in national monthly average $PM_{2.5}$ concentrations (µg/m³) from 2000−2015.**

Fixed-site monitoring is frequently used for obtaining $PM_{2.5}$ exposure surrogates in epidemiologic studies of both short-term and long-term exposure (Section 3.3), given that spatial variability in $PM_{2.5}$ concentrations tends to be lower than that observed for other size fractions. Fixed-site monitoring for $PM_{10-2.5}$ has been performed using several different methods. Thus, because $PM_{10-2.5}$ is typically more spatially variable than $PM_{2.5}$ it is important to consider the method used to measure $PM_{10-2.5}$ to characterize errors and uncertainties in the data that are related both to the monitoring method and the proximity of the individual receptor to the monitor. UFPs also tend to be more spatially variable than $PM_{2.5}$, contributing to uncertainties in exposure assignments. The condensation particle counter (CPC) is most commonly used to measure UFPs. However, some portion of the UFP size distribution may be omitted using CPC because these counters do not typically measure particles smaller than 10 nm.

Modeling approaches, such as spatial interpolation methods, land use regression, dispersion models, and chemical transport models (CTMs), have for years provided estimates of exposure where no measurements are available. More recently, hybrid models have become available that draw on input from CTMs, satellite observations of aerosol optical density, surface measurements of PM concentration, and land use variables. Most studies using hybrid methods are applied to model $PM_{2.5}$ and have out-of-sample

SECTION: Sources and Exposure to PM

00196476

cross-validations with $R^2 > 0.8$. Models are employed less frequently to estimate $PM_{10-2.5}$ and UFP exposures, despite $PM_{10-2.5}$ and UFP typically being more spatially variable than $PM_{2.5}$. This is related in part to less availability of input data.

When particles enter a building envelope, they may be lost during the process of infiltration indoors, producing an infiltration factor ($F_{inf}$) < 1 (Section 3.4). $F_{inf}$ varies with season, window opening, building age, wind speed, and particle size distribution (with $F_{inf}$ lower for $PM_{10-2.5}$ and UFP compared with $PM_{2.5}$). When examining the influence of estimated exposures on health effect estimates in a time-series study of short-term $PM_{2.5}$ exposure, use of a fixed-site monitor in lieu of a microenvironmental model that accounted for infiltration produced considerably attenuated health effect estimates, which resulted in an underestimation of the health effect association. Infiltration of $PM_{2.5}$ through a building envelope may change the temporal variability of the indoor $PM_{2.5}$ concentration time series, resulting in reduced correlation between the health effect of interest and the estimated exposure. In an epidemiologic study of long-term $PM_{2.5}$ exposure, simulating indoor concentrations produced unbiased health effect estimates.

In summary, exposure error tends to underestimate health effects associations in epidemiologic studies of PM exposure, although bias in either direction can occur. Recent improvements in estimating spatial resolution of the $PM_{2.5}$ concentration surface have reduced bias and uncertainty in health effect estimates. $PM_{10-2.5}$ and UFP concentrations tend to be more spatially variable than $PM_{2.5}$ concentrations, but data are either unavailable or less often available to fit or validate hybrid models for those size fractions. Consequently, there is typically less uncertainty in health effect estimates derived from both monitored and modeled exposure estimates for $PM_{2.5}$ compared with either $PM_{10-2.5}$ or UFP.

## Dosimetry of Inhaled PM

Particle dosimetry characterizes the intake, deposition, and retention of PM in the respiratory tract (Chapter 4). The basic understanding of particle dosimetry has not changed since the last review. Quantification of the fraction of inhaled particles reaching the lung and the small fraction of deposited particles that enter the blood, distribute around the body, and accumulate in organs and tissues has improved. Understanding the dosimetry of particles is crucial to providing evidence for biologically plausible pathways that support the link between PM exposure and a range of health effects spanning multiple organ systems.

A variety of factors influence the amount of inhaled particles deposited and retained in the respiratory tract. These factors include exposure concentration and duration, activity level, and breathing conditions (e.g., nasal vs. oronasal route and minute ventilation), and particle properties (e.g., particle size, hygroscopicity, and solubility in airway fluids and cellular components). The inhalability of a particle is particularly important when extrapolating between species because it decreases more rapidly as particle size increases in rodents (commonly used in laboratory studies) than in humans. In people, the fraction of oral versus nasal breathing is influenced by age, activity level, sex, disease status

SECTION: Dosimetry of Inhaled PM

00196477

(e.g., allergies, upper respiratory infections), and perhaps body mass index, which ultimately contributes to the fraction of particles inhaled and reaching the lower respiratory tract.

Recent evidence demonstrates the translocation of poorly soluble particles (generally less than 200 nm) from the respiratory tract into circulation with transport to other organs. For example, in both humans and rodents, a small fraction of gold nanoparticles depositing in the peripheral lung may move into circulation. The fraction of deposited particles that move into circulation is dependent on particle size and is in the range of 0.2% or less for particles between 5 and 200 nm but may reach a few percent for smaller particles. The translocated particles are distributed around the body and may be retained in other organs or eliminated via urine. Some more limited data show that particles may also reach the fetus in a size-dependent manner. Although translocation in humans has only been demonstrated for gold nanoparticles and, to some degree, for titanium dioxide, the translocation of several types of nanoparticles has been demonstrated in rodents. The importance of elemental composition on particle translocation has not yet been ascertained. These studies suggest that, following deposition in the lung, a small fraction of ambient particles under 200 nm may translocate into circulation.

## Health and Welfare Effects of PM Exposure

This ISA integrates information on PM exposure and health effects from epidemiologic, controlled human exposure, and toxicological studies to determine the causal nature of relationships between exposure to PM of various size fractions (i.e., $PM_{2.5}$, $PM_{10-2.5}$, and UFPs) and broad health effect categories. For most health effect categories, effects are evaluated separately for short-term exposures (i.e., hours up to approximately 1 month) and long-term exposures (i.e., 1 month to years), except for reproductive and developmental effects where exposures are considered to be long term. For welfare effects, the ISA evaluates evidence as it pertains to visibility impairment, climate effects, and effects on materials. A consistent and transparent framework [Preamble to the ISA (U.S. EPA, 2015), Table II] is applied to classify the health and welfare effects evidence according to a five-level hierarchy:

1. *Causal relationship*
2. *Likely to be causal relationship*
3. *Suggestive of, but not sufficient to infer, a causal relationship*
4. *Inadequate to infer the presence or absence of a causal relationship*
5. *Not likely to be a causal relationship*

The causality determinations presented in Table ES-1, reflect the PM size fraction, exposure duration, and health effect category combinations evaluated in this ISA. The conclusions presented are informed by recent findings in combination with the evidence detailed in the 2009 PM ISA. Important considerations include: (1) determining whether laboratory studies of humans and animals, in combination with epidemiologic studies, inform the biological mechanisms by which PM can impart health effects and provide evidence demonstrating that PM exposure can independently cause a health effect; (2) determining whether there is consistency in epidemiologic evidence across various geographic

00196478

locations, populations, and methods used to estimate PM exposure; (3) evaluating epidemiologic studies that examine the potential influence of factors (i.e., confounders) that could bias associations observed with PM exposure; (4) determining the coherence of findings integrated across controlled human exposure, epidemiologic, and toxicological studies; and (5) making judgments regarding the influence of error and uncertainty on the relationship between PM exposure and health effects in the collective body of available studies. Table ES-2 details the causality determinations for the welfare effects.

**Table ES-1    Summary of causality determinations for PM exposure and health effects from the 2009 and current Integrated Science Assessment for Particulate Matter.**

| Summary of Causality Determinations | | |
|---|---|---|
| **Size Fraction** | **2009 PM ISA** | **Current PM ISA** |
| *Chapter 5. Respiratory Effects* | | |
| **Short-Term Exposure** | | |
| $PM_{2.5}$ | Likely to be causal | Likely to be causal |
| $PM_{10-2.5}$ | Suggestive of, but not sufficient to infer | Suggestive of, but not sufficient to infer |
| UFP | Suggestive of, but not sufficient to infer | Suggestive of, but not sufficient to infer |
| **Long-Term Exposure** | | |
| $PM_{2.5}$ | Likely to be causal | Likely to be causal |
| $PM_{10-2.5}$ | Inadequate | Inadequate |
| UFP | Inadequate | Inadequate |
| *Chapter 6. Cardiovascular Effects* | | |
| **Short-Term Exposure** | | |
| $PM_{2.5}$ | Causal | Causal |
| $PM_{10-2.5}$ | Suggestive of, but not sufficient to infer | Suggestive of, but not sufficient to infer |
| UFP | Suggestive of, but not sufficient to infer | Suggestive of, but not sufficient to infer |
| **Long-Term Exposure** | | |
| $PM_{2.5}$ | Causal | Causal |
| $PM_{10-2.5}$ | Inadequate | Suggestive of, but not sufficient to infer |

00196479

**Table ES-1 (Continued): Summary of causality determinations for PM exposure and health effects from the 2009 and current Integrated Science Assessment for Particulate Matter.**

| Summary of Causality Determinations | | |
|---|---|---|
| Size Fraction | 2009 PM ISA | Current PM ISA |
| UFP | Inadequate | Inadequate |
| *Chapter 7. Metabolic Effects* | | |
| **Short-Term Exposure** | | |
| $PM_{2.5}$ | --- | Suggestive of, but not sufficient to infer |
| $PM_{10-2.5}$ | --- | Inadequate |
| UFP | --- | Inadequate |
| **Long-Term Exposure** | | |
| $PM_{2.5}$ | --- | Suggestive of, but not sufficient to infer |
| $PM_{10-2.5}$ | --- | Suggestive of, but not sufficient to infer |
| UFP | --- | Inadequate |
| *Chapter 8. Nervous System Effects* | | |
| **Short-Term Exposure** | | |
| $PM_{2.5}$ | Inadequate | Suggestive of, but not sufficient to infer |
| $PM_{10-2.5}$ | Inadequate | Inadequate |
| UFP | Inadequate | Suggestive of, but not sufficient to infer |
| **Long-Term Exposure** | | |
| $PM_{2.5}$ | --- | Likely to be causal |
| $PM_{10-2.5}$ | --- | Suggestive of, but not sufficient to infer |
| UFP | --- | Suggestive of, but not sufficient to infer |
| *Chapter 9. Reproductive and Developmental Effects* | | |
| **Male and Female Reproduction and Fertility** | | |
| $PM_{2.5}$ | Suggestive of, but not sufficient to infer | Suggestive of, but not sufficient to infer |
| $PM_{10-2.5}$ | Inadequate | Inadequate |
| UFP | Inadequate | Inadequate |

00196480

**Table ES-1 (Continued): Summary of causality determinations for PM exposure and health effects from the 2009 and current Integrated Science Assessment for Particulate Matter.**

| Summary of Causality Determinations | | |
|---|---|---|
| Size Fraction | 2009 PM ISA | Current PM ISA |
| **Pregnancy and Birth Outcomes** | | |
| PM$_{2.5}$ | Suggestive of, but not sufficient to infer | Suggestive of, but not sufficient to infer |
| PM$_{10-2.5}$ | Inadequate | Inadequate |
| UFP | Inadequate | Inadequate |
| *Chapter 10. Cancer* | | |
| PM$_{2.5}$ | Suggestive of, but not sufficient to infer | Likely to be causal |
| PM$_{10-2.5}$ | Inadequate | Suggestive of, but not sufficient to infer |
| UFP | Inadequate | Inadequate |
| *Chapter 11. Mortality* | | |
| **Short-Term Exposure** | | |
| PM$_{2.5}$ | Causal | Causal |
| PM$_{10-2.5}$ | Suggestive of, but not sufficient to infer | Suggestive of, but not sufficient to infer |
| UFP | Inadequate | Inadequate |
| **Long-Term Exposure** | | |
| PM$_{2.5}$ | Causal | Causal |
| PM$_{10-2.5}$ | Inadequate | Suggestive of, but not sufficient to infer |
| UFP | Inadequate | Inadequate |

PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; UFP = ultrafine particles.

[a]An array of outcomes are evaluated as part of a broad health effect category: physiological measures (e.g., airway responsiveness), clinical outcomes (e.g., hospital admissions), and cause-specific mortality. Total mortality includes all nonaccidental causes of mortality and is informed by findings for the spectrum of morbidity effects (e.g., respiratory, cardiovascular) that can lead to mortality.

Note: The 2009 PM ISA made causality determinations for the broad category of "Reproductive and Developmental Effects." Causality determinations for 2009 represent this broad category and not specifically for "Male and Female Reproduction and Fertility" and "Pregnancy and Birth Outcomes." Table P-2 provides a description of each of the five causality determinations and the types of scientific evidence that is considered for each category. Previous causality determinations taken from the 2009 PM ISA (U.S. EPA, 2009).

00196481

## Health Effects of PM$_{2.5}$ Exposure

Across the PM size fractions evaluated within this ISA, the most substantial scientific evidence supporting relationships between short- and long-term PM exposure is for PM$_{2.5}$. The causality determinations for PM$_{2.5}$ reflect the total body of scientific evidence, building on the conclusions presented in the 2009 PM ISA. The following sections detail those exposure duration and broad health effect categories for which this ISA concluded a *causal* or *likely to be causal* determination, reflecting the highest degree to which the evidence reduces chance, confounding, and other biases in the exposure−health effect relationship. The causality determinations for health effect categories for which there is a larger degree of uncertainty or limited examination of the relationship between PM$_{2.5}$ exposure and health effects are *suggestive of, but not sufficient to infer, a causal relationship* and *inadequate to determine the presence or absence of a causal relationship.* These causality determinations are summarized in Table ES-1.

### Respiratory Effects

As in the 2009 PM ISA, the current ISA concludes there is a *likely to be causal relationship* between short-term PM$_{2.5}$ exposure and respiratory effects (Section 5.1). Recent epidemiologic studies continue to provide strong evidence for a relationship between short-term PM$_{2.5}$ exposure and several respiratory-related endpoints, including asthma exacerbation, chronic obstructive pulmonary disease (COPD) exacerbation, and combined respiratory-related diseases, particularly from studies examining emergency department (ED) visits and hospital admissions. The consistent, positive associations observed for asthma and COPD ED visits and hospital admissions across studies that used different approaches to control for the potential confounding effects of weather (e.g., temperature) are further supported by evidence of increased symptoms and medication use in response to short-term PM$_{2.5}$ exposure, which are indicative of asthma and COPD exacerbations. Animal toxicological studies of short-term PM$_{2.5}$ exposure provide coherence and biological plausibility for asthma and COPD exacerbations by demonstrating asthma-related responses in an animal model of allergic airways disease and enhanced lung injury and inflammation in an animal model of COPD. Animal toxicological evidence in healthy animals demonstrates altered host defense, greater susceptibility to bacterial infection, airway irritant effects, as well as other effects. While there is animal toxicological evidence supporting asthma and COPD exacerbations, the broader body of experimental studies conducted in healthy animals generally provides biological plausibility for respiratory effects in association with short-term PM$_{2.5}$ exposure, not specifically for asthma or COPD exacerbation. Controlled human exposure studies provide minimal evidence of effects due to short-term PM$_{2.5}$ exposure, such as decrements in lung function and pulmonary inflammation, though these studies are limited in terms of endpoints evaluated and the size and health status of study subjects. Recent epidemiologic studies build upon the limited number of studies that previously examined potential copollutant confounding and indicate that PM$_{2.5}$ associations with asthma

00196482

exacerbation, combined respiratory-related diseases, and respiratory mortality remain relatively unchanged in copollutant models with gaseous pollutants (i.e., $O_3$, $NO_2$, $SO_2$, with more limited evidence for CO) and other particle sizes (i.e., $PM_{10-2.5}$). The copollutant results in combination with animal toxicological evidence further support an independent effect of $PM_{2.5}$ on respiratory health. Evidence of consistent, positive associations between $PM_{2.5}$ and respiratory mortality supports a continuum of respiratory-related effects.

Both the 2009 PM ISA, and the current ISA concluded there is a *likely to be causal relationship* between long-term $PM_{2.5}$ exposure and respiratory effects (Section 5.2). There is strong evidence from multiple cohorts that varied in study location, exposure assessment methods, and time periods examined that reported an association between long-term $PM_{2.5}$ exposure and lung development (i.e., lung function growth). Additional, although more limited, evidence from epidemiologic studies indicates associations between long-term $PM_{2.5}$ exposure and asthma development in children, asthma prevalence in children, childhood wheeze, and pulmonary inflammation. Animal toxicological studies demonstrating impaired lung development resulting from pre- and postnatal $PM_{2.5}$ exposure and the development of an allergic phenotype along with an increase in airway responsiveness following long-term $PM_{2.5}$ exposure provide biological plausibility for these findings. There is limited assessment of potential copollutant confounding of respiratory morbidity outcomes, but recent animal toxicological studies partially address the independence of $PM_{2.5}$ effects by demonstrating $PM_{2.5}$-induced oxidative stress, inflammation, and morphological changes in both upper and lower airways. This broad body of experimental evidence indicating $PM_{2.5}$-related respiratory effects in healthy populations generally provides biological plausibility for respiratory effects in association with long-term $PM_{2.5}$ exposure. Additional epidemiologic evidence indicates an acceleration of lung function decline in adults, as well as consistent evidence for respiratory mortality and cause-specific respiratory mortality, thereby providing evidence of a continuum of effects in response to long-term $PM_{2.5}$ exposure. The relationship between long-term $PM_{2.5}$ exposure and respiratory effects is further supported by epidemiologic studies demonstrating improvements in lung function growth and bronchitic symptoms in children and improvement in lung function in adults in association with declining $PM_{2.5}$ concentrations.

### Cardiovascular Effects

Consistent with the 2009 PM ISA, this ISA concludes there is a *causal relationship* between short-term $PM_{2.5}$ exposure and cardiovascular effects (Section 6.1). The strongest evidence comes from epidemiologic studies that reported consistent, positive associations between short-term $PM_{2.5}$ exposure and cardiovascular-related ED visits and hospital admissions across studies that used different approaches to control for the potential confounding effects of weather (e.g., temperature), particularly for ischemic heart disease (IHD) and heart failure (HF), as well as cardiovascular-related mortality. Recent examinations of potential copollutant confounding generally indicate that the associations observed between $PM_{2.5}$ exposure and cardiovascular effects in single-pollutant models remain relatively

SECTION: Health Effects of PM2.5 Exposure

00196483

unchanged in copollutant models, providing evidence that the observed associations with $PM_{2.5}$ are not artifacts due to confounding by another air pollutant. The independence of a $PM_{2.5}$ cardiovascular effect is further supported by recent experimental studies. Controlled human exposure studies expand upon previous findings and demonstrate $PM_{2.5}$-induced changes in endothelial function, which is coherent with animal toxicological studies demonstrating the same effect. Moreover, experimental evidence demonstrating decreased cardiac contractility and altered left ventricular pressure is coherent with epidemiologic studies observing positive associations between ambient $PM_{2.5}$ and ED visits and hospital admissions for HF. Thus, the collective body of experimental evidence supports and provides biological plausibility for epidemiologic studies reporting associations, particularly between short-term $PM_{2.5}$ exposure and IHD and HF outcomes, as well as a range of other cardiovascular-related effects (e.g., arrhythmia, thrombosis) that can result in more severe outcomes, possibly including death.

The 2009 PM ISA, as well as the current PM ISA, concluded there is a *causal relationship* between long-term $PM_{2.5}$ exposure and cardiovascular effects (Section 6.2). Epidemiologic studies of multiple recent U.S.-based cohorts along with reanalyses of these cohorts provide strong evidence of consistent, positive associations between long-term $PM_{2.5}$ exposure and cardiovascular mortality. These studies used a variety of exposure assessment and statistical techniques and examined various spatial domains (e.g., $1 \times 1$-km grid cells, census tract, etc.) in many locations where mean annual average $PM_{2.5}$ concentrations are $\leq 12$ $\mu g/m^3$. Recent epidemiologic studies of cardiovascular morbidity have greatly expanded upon the body of evidence available at the completion of the 2009 PM ISA by focusing on populations with distinct demographic characteristics (e.g., postmenopausal woman, male doctors, etc.) and extensively considering potential confounders (e.g., socioeconomic status [SES]). Although an extended analysis of the Women's Health Initiative (WHI) cohort strengthened the initial observation of a relationship between long-term $PM_{2.5}$ exposure and coronary events among postmenopausal women, additional cohorts of women similar to the WHI cohort did not report consistent, positive associations with coronary heart disease (CHD), myocardial infarction, or stroke. Longitudinal studies examining the progression of atherosclerosis in relation to long-term exposure to $PM_{2.5}$ reported inconsistent results that were dependent upon the vascular bed examined, but there was evidence of $PM_{2.5}$-associated coronary artery calcification, a strong predictor of CHD, within a study focusing on the progression of atherosclerosis in a healthy population (i.e., Multi-Ethnic Study of Atherosclerosis and Air Pollution [MESA–Air]). A limited number of epidemiologic studies examining other cardiovascular effects provide some evidence of associations with HF, blood pressure, and hypertension, as well as subclinical cardiovascular biomarkers. Recent studies also reduce the uncertainty associated with potential copollutant confounding by reporting that associations between long-term $PM_{2.5}$ exposure and cardiovascular mortality remained relatively unchanged or increased in copollutant models adjusted for $O_3$, $NO_2$, $SO_2$, and $PM_{10-2.5}$. Evidence from animal toxicological studies further supports a direct $PM_{2.5}$ effect on the cardiovascular system and provides coherence with effects observed in epidemiologic studies. For example, animal toxicological studies demonstrating atherosclerotic plaque progression in mice is coherent with epidemiologic studies of atherosclerosis, and animal toxicological studies reporting increased coronary artery wall thickness, decreased cardiac contractility and output, and changes in blood

SECTION: Health Effects of PM2.5 Exposure

00196484

pressure are coherent with epidemiologic studies of HF. Furthermore, when considering the collective body of evidence, there are biologically plausible pathways by which long-term exposure to $PM_{2.5}$ could lead to a continuum of effects potentially resulting in death.

### Nervous System Effects

The 2009 PM ISA did not make a causality determination for long-term $PM_{2.5}$ exposure and nervous system effects because of the paucity of available data. Since the 2009 PM ISA, the literature base has greatly expanded, and the combination of animal toxicological and epidemiologic evidence supports a *likely to be causal relationship* between long-term $PM_{2.5}$ exposure and nervous system effects (Section 8.2). Animal toxicological studies provide evidence for a range of nervous system effects including neuroinflammation and oxidative stress, neurodegeneration, cognitive effects, and effects on neurodevelopment. Epidemiologic studies, although fewer in number, generally support associations between long-term $PM_{2.5}$ exposure and changes in brain morphology, cognitive decrements, and dementia. Both experimental and epidemiologic evidence are well substantiated and coherent, supporting a pathway involving neuroinflammation in specific regions of the brain (i.e., the hippocampus, cerebral cortex and hypothalamus) and morphologic changes in the brain indicative of neurodegeneration. Overall, the limited assessment of copollutant confounding introduces some uncertainty in interpreting the epidemiologic studies, but this uncertainty is addressed, in part, by the direct evidence of effects provided by experimental animal studies. In addition to the nervous system effects primarily observed in adults, there is preliminary but limited epidemiologic evidence of neurodevelopmental effects, specifically autism spectrum disorder (ASD). Evidence for this outcome is supported by an animal toxicological study demonstrating $PM_{2.5}$-induced inflammatory and morphologic changes in regions of the brain consistent with ASD.

### Cancer

The 2009 PM ISA concluded that evidence was *suggestive of a causal relationship*[35] between long-term $PM_{2.5}$ exposure and cancer (Section 10.2). Building upon the decades of research on whole PM exposures and evidence presented in the 2009 PM ISA, recent experimental and epidemiologic evidence indicating genotoxicity, epigenetic effects (i.e., hypo- and hypermethylation of DNA), and carcinogenic potential due to $PM_{2.5}$ exposure, along with strong epidemiologic evidence for increases in the risk of lung cancer incidence and mortality, supports a *likely to be causal relationship* between long-term $PM_{2.5}$ exposure and cancer. $PM_{2.5}$ exhibits various characteristics of carcinogens, as shown in studies demonstrating genotoxic effects (e.g., DNA damage), epigenetic alterations, oxidative stress, and

---

[35] Since the 2009 PM ISA, the causality determination language has been updated and this category is now stated as *suggestive of, but not sufficient to infer, a causal relationship*.

SECTION: Health Effects of PM2.5 Exposure

00196485

electrophilicity. Studies of cancer development have often focused on whole PM exposures,[36] not individual PM size fractions, or individual components often found to comprise $PM_{2.5}$ (e.g., hexavalent chromium, arsenic). Ames *Salmonella*/mammalian-microsome mutagenicity assays of $PM_{2.5}$ and $PM_{2.5}$ extracts demonstrate that PM contains mutagenic agents. In vitro and in vivo toxicological studies demonstrate the potential for $PM_{2.5}$ exposure to result in DNA damage, which is supported by limited human evidence. Cytogenic effects (e.g., chromosomal aberrations), and differential expression of genes potentially relevant to genotoxicity or cancer pathogenesis have also been demonstrated. There is also limited evidence for cellular and molecular changes that could lead to genomic instability as well as for the carcinogenic potential of $PM_{2.5}$, which is demonstrated by enhanced tumor formation in animals treated with urethane. The experimental and epidemiologic evidence of genotoxicity, epigenetic effects, and carcinogenic potential provides biological plausibility for the results from multiple epidemiologic studies conducted in diverse cohorts in terms of geographic coverage and population demographics reporting primarily consistent, positive associations between long-term $PM_{2.5}$ exposure and lung cancer incidence and mortality, particularly in never smokers. In the limited assessment of potential copollutant confounding, $PM_{2.5}$-lung cancer incidence and mortality associations were found to be relatively unchanged in models with $O_3$.

### Mortality

As in the 2009 PM ISA, the current ISA concludes there is a *causal relationship* between short-term $PM_{2.5}$ exposure and total (nonaccidental) mortality (Section 11.1). Recent multicity studies conducted in the U.S., Canada, Europe, and Asia in combination with the single- and multicity studies evaluated in the 2009 PM ISA continue to provide evidence of consistent, positive associations between short-term $PM_{2.5}$ exposure and total mortality. The positive associations reported across studies reflect both traditional analyses using ambient monitors as well as analyses conducted in both urban and rural locations that use new exposure assignment techniques and rely on multiple sources of $PM_{2.5}$ data (e.g., ambient monitors, statistical models, and satellite images). Recent studies also expand upon the assessment of potential confounding by copollutants as well as other factors (e.g., temporal trends, weather, long-term PM concentrations). These analyses indicate that $PM_{2.5}$-mortality associations are relatively unchanged in copollutant models with gaseous pollutants and $PM_{10-2.5}$, and when instituting different approaches to control for other confounders, both in terms of covariates included in statistical models and degrees of freedom employed. The positive associations reported for total mortality are supported by positive associations for cause-specific mortality (i.e., cardiovascular- and respiratory-related mortality). The consistent and coherent evidence across scientific disciplines for cardiovascular morbidity, particularly ischemic events and HF (Chapter 6), and to a lesser degree for respiratory morbidity, with the strongest evidence for exacerbations of COPD and asthma (Chapter 5), provide biological plausibility for cause-specific mortality and ultimately total mortality. Recent studies

---

[36] Whole PM exposures represent exposures that contain both PM and gaseous pollutants.

SECTION: Health Effects of PM2.5 Exposure

00196486

also further reduce chance, confounding, and other biases in the relationship between short-term $PM_{2.5}$ exposure and total mortality.

Both the 2009 PM ISA and the current ISA concludes there is a *causal relationship* between long-term $PM_{2.5}$ exposure and total (nonaccidental) mortality (Section 11.2). Additional reanalyses and extensions of the American Cancer Society and Harvard Six Cities cohorts, as well as new cohorts consisting of Medicare participants, people that live in Canada, or people employed in a specific job (e.g., teacher, nurse, etc.) further support a positive association between long-term $PM_{2.5}$ exposure and total mortality, particularly in areas with annual mean concentrations <20 $\mu g/m^3$, and in some cases below 12 $\mu g/m^3$. Positive associations persist regardless of the exposure assignment approach used (i.e., ambient monitors or the combination of monitoring, modeling, and satellite data); in copollutant models, particularly with $O_3$ and more limited evidence for $NO_2$ and $PM_{10-2.5}$; and across studies that control for a range of individual- and ecological covariates, such as smoking status and SES. The evidence for total mortality is supported by positive associations for cause-specific mortality, including cardiovascular, respiratory, and lung cancer mortality. The coherence of effects across scientific disciplines for cardiovascular morbidity, particularly for CHD, stroke and atherosclerosis, and respiratory morbidity for the development of COPD, contribute to the biological plausibility for mortality due to long-term $PM_{2.5}$ exposure. Additionally, recent studies demonstrating increases in life expectancy due to decreases in long-term $PM_{2.5}$ concentrations further support a relationship between long-term $PM_{2.5}$ exposure and total mortality.

## Policy-Relevant Considerations for Health Effects Associated with Particulate Matter Exposure

This section describes issues relevant for considering the potential significance of impacts of ambient PM, particularly $PM_{2.5}$, exposure on public health (Section 1.5),[37] including potential copollutant confounding of $PM_{2.5}$-health effects associations, the relationship between $PM_{2.5}$ exposure and the timing of health effects, the shape of the concentration-response (C-R) relationship, whether $PM_{2.5}$ components and sources are more closely associated with health effects than $PM_{2.5}$ mass, and the identification of populations and lifestages potentially at increased risk of a $PM_{2.5}$-related health effect.

Recent epidemiologic studies greatly expand upon the evidence informing whether associations observed between short- and long-term $PM_{2.5}$ exposure and health are confounded by other pollutants observed in the air pollution mixture. The examination of potential copollutant confounding in studies of respiratory and cardiovascular effects are primarily limited to studies of ED visits and hospital admissions. Across studies of short-term $PM_{2.5}$ exposure and respiratory and cardiovascular effects and mortality, correlations between $PM_{2.5}$ and gaseous (i.e., $SO_2$, $NO_2$, CO, and $O_3$) and particulate pollutants (i.e., $PM_{10-2.5}$) varied across studies, with low to moderate correlations (i.e., <0.7). Collectively, studies of

---

[37] Section 1.5 in Chapter 1 integrates the evidence across all health chapters, but each health chapter has individual discussions on the topics discussed within this section.
SECTION: Policy-Relevant Considerations for Health Effects Associated with Particulate Matter Exposure

short-term $PM_{2.5}$ exposure that examined potential copollutant confounding indicated that associations remained relatively unchanged in copollutant models, and in instances where associations were attenuated, they remained positive. Far fewer studies examined potential copollutant confounding and long-term $PM_{2.5}$ exposure, but there has been an expansion of studies focusing on mortality. Studies focusing on respiratory (i.e., lung function and asthma development) and cardiovascular effects (i.e., cardiovascular mortality), along with lung cancer incidence and mortality, provide initial evidence that associations with $PM_{2.5}$ are relatively unchanged in copollutant models with primarily traffic-related pollutants (i.e., $NO_2$, $NO_X$, and CO) and $O_3$. For mortality, the most extensive analyses were conducted for $O_3$, with more limited assessments of other pollutants, but overall associations remained unchanged in copollutant models for total (nonaccidental) mortality and cardiovascular and respiratory mortality.

An important question that informs different aspects of the PM NAAQS is the timing of observed effects due to short-term $PM_{2.5}$ exposure, specifically the averaging time of the exposure metric in epidemiologic studies and the lag days over which health effects are observed. Some recent epidemiologic studies focusing on respiratory- and cardiovascular-related ED visits and hospital admissions, cardiovascular effects (e.g., ST elevation, myocardial infarction, and out-of-hospital cardiac arrest), and mortality examined associations between subdaily exposure metrics and the widely used 24-hour avg exposure metric. Across the studies evaluated, the available evidence does not indicate that subdaily averaging periods for $PM_{2.5}$ are more closely associated with health effects than the 24-hour avg exposure metric. In addition to examining potential differences in associations by averaging time of the exposure metric, recent epidemiologic studies evaluated the timing of effects by systematically examining whether there is evidence of an immediate (e.g., lag 0−1 days), delayed (e.g., lag 2−5 days), or prolonged (e.g., lag 0−5 days) effect of PM on health. Epidemiologic studies examining potential differences in associations in relation to short-term $PM_{2.5}$ exposure focused on respiratory- and cardiovascular-related ED visits and hospital admissions as well as mortality. While recent studies provided evidence of associations in the range of 0−5 days for respiratory effects, there was evidence of an immediate effect for cardiovascular effects and mortality (i.e., 0−1 days) with some initial evidence of associations occurring over longer exposure durations (e.g., 0−4 days).

An examination of the C-R relationship between $PM_{2.5}$ exposure and health effects can help determine both the shape of the C-R curve and address the question of whether a threshold exists (i.e., concentration) below which there is no evidence of an effect of $PM_{2.5}$ on health. Studies of short-term $PM_{2.5}$ exposure and health are limited to studies of respiratory-related ED visits, hospital admissions, and mortality. Epidemiologic studies of respiratory disease and asthma ED visits and hospital admissions focusing on the shape of the C-R curve provide initial evidence of a linear relationship with less certainty at concentrations below 10 µg/m³. However, studies focusing on whether the $PM_{2.5}$ association changes at different concentration ranges (i.e., cutpoint analyses) provide some evidence of potential nonlinearities in the C-R relationship. Epidemiologic studies of mortality greatly expand upon the evidence evaluated in the 2009 PM ISA where C-R analyses were limited to studies of $PM_{10}$. Evidence from U.S. studies examining short-term $PM_{2.5}$ exposure and mortality indicate a linear

SECTION: Policy-Relevant Considerations for Health Effects Associated with Particulate Matter Exposure

00196488

relationship at concentrations as low as 5 µg/m$^3$ with cutpoint analyses providing no evidence of a threshold.

For long-term PM$_{2.5}$ exposure, most of the evidence on the shape of the C-R curve comes from studies of mortality with some initial recent evidence from studies of respiratory and cardiovascular effects, as well as lung cancer mortality and incidence. Epidemiologic studies of long-term PM$_{2.5}$ exposure and mortality used a variety of statistical approaches and cutpoint analyses, which support a linear, no-threshold relationship for total (nonaccidental) mortality, especially at lower ambient PM$_{2.5}$ concentrations, with confidence in some studies in the range of 5−8 µg/m$^3$. Additionally, there is initial evidence indicating that the slope of the C-R curve may be steeper (supralinear) at lower concentrations for cardiovascular mortality. Evaluation of the C-R relationship is more limited for respiratory and cardiovascular effects, but overall initial assessments support a linear relationship, specifically at long-term PM$_{2.5}$ concentrations ranging from 10−12 and 5−10 µg/m$^3$, respectively.

Recent epidemiologic and experimental studies extensively build on those studies evaluated in the 2009 PM ISA that examined relationships between exposure to PM$_{2.5}$ components and sources and health effects. As detailed in the Preface, this ISA focuses on specific study criteria to thoroughly evaluate whether there is evidence that an individual component(s) and/or source(s) is more closely related to health effects than PM mass. Across the health effects categories evaluated in this ISA, most studies that examine PM sources and components focused on PM$_{2.5}$. In studies examining both short- and long-term exposure, a variety of health effects were examined ranging from subclinical (e.g., changes in lung function, respiratory symptoms) to more overt (e.g., ED visits, hospital admissions, and mortality). Across exposure durations and health effects categories, it was concluded that many PM$_{2.5}$ components and sources are associated with many health effects, and the evidence does not indicate that any one source or component is consistently more strongly related to health effects than PM$_{2.5}$ mass.

Lastly, an important consideration in evaluating whether the NAAQS provides public health protection is assessing whether there are specific populations or lifestages at increased risk of a PM-related health effect. Whereas the ISA provides substantial evidence of health effects due to short- and long-term exposure to PM$_{2.5}$ across populations with diverse characteristics (e.g., children, older adults, people with pre-existing cardiovascular diseases, etc.), an evaluation of whether any of these populations are at increased risk of a PM-related health effect relies on evidence from specific types of studies that can directly inform this question as detailed in Section 1.5.5 and Chapter 12. Based on the framework for characterizing the evidence for populations potentially at increased risk of an air pollutant-related health effect detailed in the 2013 O$_3$ ISA (U.S. EPA, 2013), this ISA concludes there is adequate evidence that children are at increased risk of a PM$_{2.5}$-related health effect based on strong evidence of impaired lung function growth and additional evidence of decrements in lung function and asthma development. Additionally, there is adequate evidence that nonwhite people are at increased risk of PM$_{2.5}$-related health effects based on studies of long-term PM$_{2.5}$ exposure and mortality and studies demonstrating differential exposure by race. There was also suggestive evidence that populations with

pre-existing cardiovascular and respiratory disease, that are overweight or obese, with genetic variants in genes in the glutathione transferase pathway and genes related to oxidant metabolism, that are of low SES, or are current or former smokers are at increased risk for $PM_{2.5}$-related health effects. Inadequate evidence exists to determine whether having diabetes, being in an older lifestage (i.e., older adults), residential location (including proximity to source and urban residence), sex, or diet increase the risk of $PM_{2.5}$-related health effects.

## PM Exposure and Welfare Effects

Compared with the evaluation of the health effects evidence, the evaluation of the welfare effects evidence focuses broadly on PM and not individual size fractions or exposure durations. Additionally, the evaluation, as noted previously, focuses on the welfare effects of visibility impairment, climate effects, and effects on materials due to the ecological effects of PM being evaluated in the ISA for Oxides of Nitrogen, Oxides of Sulfur and Particulate Matter—Ecological Criteria (U.S. EPA, 2018).

As noted in Table ES-2, this ISA concludes a *causal relationship* between PM visibility impairment, climate effects, and effects on materials which is consistent with the 2009 PM ISA. For visibility impairment (Section 13.2), the relationship between PM and light extinction has been well characterized. The rapid decline in $PM_{2.5}$ sulfate that has occurred from 2002−2012 (i.e., −4.6% per year in rural areas and −6.2% per year in urban areas) has contributed to improvements in visibility in many areas. However, an increasing amount of light extinction is now due to nitrate and organic matter. There have been no recent visibility preference studies; however, a recent meta-analysis demonstrates that scene-dependent haze metrics better account for preference than does using the deciview scale as a metric. For climate (Section 13.3), there is substantial evidence indicating that PM affects the radiative forcing of the climate system, both through direct scattering and absorption of radiation, and indirectly, by altering cloud properties. However, there are still substantial uncertainties with respect to key processes linking PM and climate, particularly those involving aerosol-cloud interactions, because of the scale difference between PM-relevant cloud processes and the resolution of state-of-the-art models, and the indirect impacts and feedbacks in the climate system resulting from an initial radiative perturbation due to PM. Lastly, for effects on materials (Section 13.4), most of the evidence has focused on examining PM effects on stone used for historic monuments and buildings. Recent evidence further expands the understanding of soiling and corrosion process for glass and metals and demonstrates that atmospheric soiling can affect energy efficiency of photovoltaic systems and of some buildings.

00196490

**Table ES-2    Summary of causality determinations for relationships between PM exposure and welfare effects from the 2009 and current Integrated Science Assessment for Particulate Matter.**

| | Causality Determination | |
|---|---|---|
| **Welfare Effect Category** | **2009 PM ISA** | **Current PM ISA** |
| Visibility impairment Section 13.2.6 | Causal relationship | Causal relationship |
| Climate effects Section 13.3.9 | Causal relationship | Causal relationship |
| Effects on materials Section 13.4.5 | Causal relationship | Causal relationship |

PM = particulate matter.
Previous causality determinations taken from the 2009 PM ISA (U.S. EPA, 2009). Table P-2 provides a description of each of the five causality determinations and the types of scientific evidence that is considered for each category.

## Scientific Considerations and Key Findings of the Health and Welfare Effects Evidence

As summarized in the Preface (Section P.3), the Preamble to the ISAs (U.S. EPA, 2015) describes the process by which the U.S. EPA evaluates the strengths and limitations in the scientific evidence using a weight-of-evidence framework to form causality determinations within the ISAs. There are five different causality determinations, which may be used to characterize evidence with each determination delineated by the degree to which chance, confounding, and other biases affect interpretation of the scientific evidence (Table P-2). As documented by the extensive evaluation of evidence throughout the subsequent chapters of this ISA, the U.S. EPA carefully considers uncertainties in the evidence, and the extent to which recent studies have addressed or reduced uncertainties from previous assessments, as well as the strengths of the evidence. Uncertainties considered in the epidemiologic evidence, for example, include the potential for confounding by copollutants or covarying factors (e.g., temporal trends and weather in short-term exposure studies, and individual-level and ecological factors in long-term exposure studies) and exposure error. The U.S. EPA evaluates many other important considerations (not uncertainties) such as coherence of evidence from animal and human studies, evaluation of different PM components, heterogeneity of risk estimates, and the shape of concentration-response relationships. All aspects are evaluated in drawing scientific conclusions and making causality determinations. Where there is clear evidence linking PM to effects and minimal remaining uncertainties, the U.S. EPA concludes a *causal* or *likely to be causal* relationship.

Key findings of the health effects evidence spanning each of the PM size fractions and welfare effects evaluated in this ISA are summarized below and in Chapter 1 (Section 1.6). These highlights

SECTION: Scientific Considerations and Key Findings of the Health and Welfare Effects Evidence

00196491

encapsulate the strengths and limitations in the evidence base that ultimately lead to the formation of causality determinations. For the health (i.e., respiratory and cardiovascular effects, and mortality due to short- and long-term $PM_{2.5}$ exposure) or welfare effects categories for which *causal* or *likely to be causal* determinations were made, recent findings were found to reduce or fully address previous uncertainties in the evidence and increase the strength of U.S. EPA's scientific conclusions. For other PM-effect relationships, the key findings highlighted below indicate where there is strength in the evidence, but uncertainties remain, resulting in causality determinations of *suggestive of, but not sufficient to infer, a causal relationship* or in some cases *inadequate to infer the presence or absence of a causal relationship*, both of which reflect that there is limited evidence to evaluate both strengths and weaknesses.

## Health Effects Evidence: Key Findings

A large body of scientific evidence spanning many decades clearly demonstrates there are health effects attributed to both short- and long-term PM exposure, with the strongest evidence for a relationship between some health effects and $PM_{2.5}$. Generally, for most health effects and exposures to $PM_{10-2.5}$ and UFPs, there are more limitations and uncertainties across scientific disciplines (i.e., atmospheric chemistry, exposure science, and both epidemiology and experimental sciences), complicating the interpretation of the evidence. The collective body of evidence for each of the PM size fraction, exposure, and health effect category combinations evaluated in this ISA was carefully considered and assessed, including the inherent strengths, limitations, and uncertainties in the overall body of evidence such as the available methods, models and data used within and across studies. This full assessment of the current state of the science for $PM_{2.5}$, $PM_{10-2.5}$, and UFPs resulted in the causality determinations detailed in Table 1-4. Through identification of the strengths and limitations in the evidence, this ISA may help in prioritizing research efforts to support future PM NAAQS reviews. Examples of the key findings in the health effects evidence considered in this PM ISA include:

### $PM_{2.5}$

- There are many recent epidemiologic studies conducted in diverse geographic locations, that include different population demographics, use a variety of exposure assignment techniques, and include different approaches and covariates to control for potential confounders that continue to report consistent positive associations between short- and long-term $PM_{2.5}$ exposure and respiratory and cardiovascular effects and mortality. This evidence is consistent with the large body of previously published epidemiologic studies reporting positive associations between $PM_{2.5}$ exposure and respiratory and cardiovascular effects and mortality and in some cases strengthens and extends the evidence base for other health effects.

- New $PM_{2.5}$ exposure assignment methods that use several sources of available data (i.e., satellite observations, model predictions, and ambient monitors) in epidemiologic studies better allow for the inclusion of less urban areas. These methods are well validated by $PM_{2.5}$ monitors in areas with moderate-to-high population density. Although fewer monitors are available for model validation in sparsely populated rural areas compared with urban areas, $PM_{2.5}$ concentrations are

SECTION: Scientific Considerations and Key Findings of the Health and Welfare Effects Evidence

00196492

typically lower and more spatially homogeneous in rural areas, resulting in the need for fewer validation sites.

- The large number of animal toxicological and controlled human exposure studies provide coherence and biological plausibility for effects observed in epidemiologic studies of short- and long-term $PM_{2.5}$ exposure, particularly respiratory and cardiovascular effects, and mortality.

- Both animal toxicological and controlled human exposure studies, using concentrated ambient particle (CAP) exposures, provide evidence of a direct effect of PM exposure on various health effects.

- Epidemiologic studies that conducted copollutant analyses show that associations remain relatively unchanged when adjusting for gaseous pollutants and other particle size fractions (e.g., $PM_{10-2.5}$), addressing a key uncertainty identified in the 2009 PM ISA.

- Recent epidemiologic studies indicate that the observed heterogeneity in risk estimates is not attributed solely to differences in the composition of $PM_{2.5}$, but also reflects city-specific exposure conditions (e.g., housing and commuting characteristics).

- Evidence continues to support a linear, no-threshold concentration—response relationship, but with less certainty in the shape of the curve at lower concentrations (i.e., below about 8 $\mu g/m^3$).

- For health effects where it was concluded that the evidence is *suggestive of, but not sufficient to infer, a causal relationship* (i.e., short- and long-term $PM_{2.5}$ exposure and metabolic effects, male and female reproduction and fertility, pregnancy and birth outcomes, and short-term exposures and nervous system effects), epidemiologic and experimental studies report inconsistent evidence of an association/effect or there are relatively few studies focusing on the health effect of interest.

### $PM_{10-2.5}$

- Routine national monitoring of $PM_{10-2.5}$ was initiated in 2011. $PM_{10-2.5}$ concentrations are more spatially variable than $PM_{2.5}$. Although some $PM_{10-2.5}$ data are available across the nation, micro- to neighborhood-scale data are not widely available, adding uncertainty to the interpretation of results from epidemiologic studies, especially for long-term exposure studies that rely on spatial contrasts to examine associations with health effects.

- Epidemiologic studies that examined associations between short- and long-term $PM_{10-2.5}$ exposure and various health effects use multiple methods to estimate concentrations, complicating the comparison of results across studies.

- For some health effects, few or no experimental studies examined the relationship with short- and long-term exposure to $PM_{10-2.5}$. The few studies conducted provide inconsistent evidence of effects due to $PM_{10-2.5}$ exposures contributing to limited coherence and biological plausibility.

- The causality determinations for all health outcome categories for short- and long-term $PM_{10-2.5}$ exposure was concluded as either *suggestive of, but not sufficient to infer, a causal relationship* or *inadequate to infer the presence or absence of a causal relationship*, indicating limitations and uncertainties in the evidence base.

### UFPs

- There is no national ambient monitoring network in place to measure UFP concentrations; thus, there is limited information on UFP exposures within the U.S.

00196493

- There are a limited number of epidemiologic studies that examined short- or long-term UFP exposure and various health effects.
- It is difficult to assess the results across epidemiologic studies because of the different size ranges of UFPs examined, the exposure metrics used, and spatial and temporal variability of UFP concentrations.
- While there is strong and consistent animal toxicological evidence linking long-term UFP exposure to nervous system effects, there is limited human data, represented by a single epidemiologic study, to support these effects.
- For all other health effect categories, animal toxicological studies and controlled human exposure studies provide limited, and in some instances inconsistent, evidence of effects due to short- or long-term UFP exposure contributing to limited coherence and biological plausibility.
- There is evidence of translocation of UFPs outside of the respiratory tract to the circulation and to the brain via the olfactory nerve. With respect to the brain, it is unclear whether this translocation occurs in humans as well as in animals. There is also uncertainty surrounding the mechanisms and degree to which particles translocate from the respiratory tract to the brain; however, translocation of particles to the brain may not be required for UFP-related nervous system effects.
- For health effects where it was concluded that the evidence is *suggestive of, but not sufficient to infer, a causal relationship* limitations and uncertainties in the evidence base remain, while for health effects where it was concluded *inadequate to infer the presence or absence of a causal relationship*, few or no epidemiologic and experimental studies examined the relationship between short- or long-term UFP exposures.

## Welfare Effects Evidence: Key Findings

A large body of scientific evidence spanning many decades also demonstrates there are welfare effects attributed to PM. This collective body of evidence contributed to the causality determinations detailed in Chapter 13 of this ISA for each of the nonecological welfare effects evaluated (see Table 1-4). Examples of the key findings in the welfare effects evidence considered in this PM ISA include:

- Recent studies further confirm evidence from previous assessments supporting the strong relationship between PM and the nonecological welfare effects of visibility impairment, effects on climate, and materials damage.
- For visibility impairment and materials damage there is extensive evidence demonstrating the relationship between PM and light extinction and PM effects on stone, respectively.
- While there is substantial evidence indicating that PM affects the climate system, specifically through radiative forcing, there are still substantial uncertainties in key processes, such as interactions between clouds and aerosols and the indirect impacts and feedbacks in the climate system due to the radiative effect of PM.

00196494

# References

Chan, EAW; Gantt, B; McDow, S. (2018). The reduction of summer sulfate and switch from summertime to wintertime PM2.5 concentration maxima in the United States. Atmos Environ 175: 25-32. http://dx.doi.org/10.1016/j.atmosenv.2017.11.055.

U.S. EPA (U.S. Environmental Protection Agency). (2009). Integrated science assessment for particulate matter [EPA Report]. (EPA/600/R-08/139F). Research Triangle Park, NC: U.S. Environmental Protection Agency, Office of Research and Development, National Center for Environmental Assessment- RTP Division. http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=216546.

U.S. EPA (U.S. Environmental Protection Agency). (2013). Integrated science assessment for ozone and related photochemical oxidants [EPA Report]. (EPA/600/R-10/076F). Research Triangle Park, NC: U.S. Environmental Protection Agency, Office of Research and Development, National Center for Environmental Assessment-RTP Division. http://cfpub.epa.gov/ncea/isa/recordisplay.cfm?deid=247492.

U.S. EPA (U.S. Environmental Protection Agency). (2014). Notice of workshop and call for information on integrated science assessment for particulate matter. Fed Reg 79: 71764-71766.

U.S. EPA (U.S. Environmental Protection Agency). (2015). Preamble to the integrated science assessments [EPA Report]. (EPA/600/R-15/067). Research Triangle Park, NC: U.S. Environmental Protection Agency, Office of Research and Development, National Center for Environmental Assessment, RTP Division. https://cfpub.epa.gov/ncea/isa/recordisplay.cfm?deid=310244.

U.S. EPA (U.S. Environmental Protection Agency). (2018). Integrated science assessment for oxides of nitrogen, oxides of sulfur and particulate matterecological criteria (2nd external review draft). (EPA/600/R-18/097). Research Triangle Park, NC: U.S. Environmental Protection Agency, Office of Research and Development, National Center for Environmental Assessment. http://cfint.rtpnc.epa.gov/ncea/prod/recordisplay.cfm?deid=340671.

00196495

# CHAPTER 1     INTEGRATED SYNTHESIS

---

**Overall Conclusions of the Particulate Matter (PM) Integrated Science Assessment (ISA)**

- Recent evidence spanning scientific disciplines (i.e., atmospheric chemistry, exposure science, dosimetry, epidemiology, controlled human exposure, and animal toxicology) builds upon evidence detailed in the 2009 PM ISA and reaffirms a *causal relationship* between short- and long-term $PM_{2.5}$ exposure and cardiovascular effects and total (nonaccidental) mortality, and a *likely to be causal relationship* for respiratory effects.
- Recent experimental and epidemiologic evidence supports a *likely to be causal relationship* between long-term $PM_{2.5}$ exposure and nervous system effects.
- Recent evidence, primarily from studies of lung cancer incidence and mortality, in combination with the decades of research on the mutagenicity and carcinogenicity of PM supports a *likely to be causal relationship* between long-term $PM_{2.5}$ exposure and cancer.
- Remaining uncertainties and limitations in the scientific evidence contribute to a *suggestive of, but not sufficient to infer, a causal relationship* and *inadequate to infer the presence or absence of a causal relationship* for all other exposure, size fraction, and health effects category combinations.
- Recent evidence builds upon and reaffirms that there is a *causal relationship* between PM and the nonecological welfare effects: visibility impairment, climate effects, and materials effects.
- The assessment of PM sources and components confirms and continues to support the conclusion from the 2009 PM ISA: *Many $PM_{2.5}$ components and sources are associated with many health effects, and the evidence does not indicate that any one source or component is more strongly related with health effects than $PM_{2.5}$ mass*.
- Many populations (e.g., healthy, diseased, etc.) and lifestages (e.g., children, older adults, etc.) have been shown to be at risk of a health effect in response to short- or long-term PM exposure, particularly $PM_{2.5}$. However, of the populations and lifestages examined, current scientific evidence indicates that only some populations may be at *disproportionately increased risk* of a $PM_{2.5}$-related health effect, including nonwhite populations, children, people with specific genetic variants in genes in the glutathione transferase pathway, people who are overweight or obese, people with pre-existing cardiovascular and respiratory diseases, people of low socioeconomic status (SES), and people who smoke or were former smokers. Inadequate evidence exists to determine whether having diabetes, being in an older lifestage (i.e., older adults), residential location (including proximity to source and urban residence), sex, or diet increase the risk of $PM_{2.5}$-related health effects.

---

## 1.1     Introduction

### 1.1.1     Purpose

The subsequent chapters of this ISA evaluate and characterize in detail the current state of the science with respect to the health and nonecological welfare effects[38] from exposure to particulate matter (PM). The overall scope of the ISA, which governs the types of studies considered in evaluating the scientific evidence, is detailed in the Preface. Aspects specific to identifying, through literature searches,

---

[38] Hereafter welfare effects refers to nonecological welfare effects, unless otherwise noted. The ecological effects resulting from the deposition of PM and PM components are being considered in a separate assessment as part of the review of the secondary (welfare-based) NAAQS for oxides of nitrogen, oxides of sulfur, and PM (U.S. EPA, 2018).

00196496

and systematically evaluating studies of PM that form the basis of the causality determinations detailed within this ISA are described in the Appendix. The main chapters of the ISA provide both the scientific basis for causality determinations[39] and policy-relevant scientific information that supports the review of the National Ambient Air Quality Standards (NAAQS) for PM. The purpose of this chapter is not to summarize each of the chapters, but to synthesize the key findings on each topic considered in characterizing PM exposure and relationships with respect to health and welfare effects. This ISA builds on and integrates evidence evaluated in prior assessments including the 2009 PM ISA (U.S. EPA, 2009) and earlier assessments, e.g., 2004 PM Air Quality Criteria Document [AQCD; U.S. EPA (2004)] and 1996 PM AQCD (U.S. EPA, 1996).

### 1.1.2     Organization of the ISA

The ISA consists of the Preface (legislative requirements and history of the primary and secondary PM NAAQS; and purpose and overview of the ISA along with the overall scope, the assessment of biological plausibility, and the process for evaluating evidence), Executive Summary, and 13 chapters. Chapter 1 synthesizes the scientific evidence that best informs the policy-relevant questions detailed within the *Integrated Review Plan for the Primary National Ambient Air Quality Standards for Particulate Matter* [PM IRP; U.S. EPA (2016)] that frame this review of the primary (health-based) and secondary (welfare-based) PM NAAQS. Chapter 2 characterizes the sources of PM, atmospheric processes related to PM formation, and trends in ambient PM concentrations, for specifically $PM_{2.5}$ (fine PM; PM with a nominal mean aerodynamic diameter less than or equal to 2.5 μm), $PM_{10-2.5}$ (thoracic coarse or coarse PM; PM with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm), and ultrafine particles [UFPs, generally considered as particulates with a diameter less than or equal to 0.1 μm (typically based on physical size, thermal diffusivity, or electrical mobility)]. Chapter 3 describes methods to estimate human exposure to PM and the effect of exposure measurement error on associations with health effects. Chapter 4 describes the dosimetry of the various size fractions of PM. Chapter 5, Chapter 6, Chapter 7, Chapter 8, Chapter 9, Chapter 10, and Chapter 11 evaluate and integrate epidemiologic, controlled human exposure, and animal toxicological evidence and characterize the biological pathways that potentially underlie the development of health effects resulting from short-term and long-term exposure to $PM_{2.5}$, $PM_{10-2.5}$, and UFPs for respiratory effects, cardiovascular effects, metabolic effects, nervous system effects, reproductive and developmental effects, cancer, and mortality, respectively. Chapter 12 evaluates the scientific evidence on populations and lifestages potentially at increased risk of a PM-related health effect. Lastly, Chapter 13 evaluates the scientific evidence for welfare effects, focusing specifically on the nonecological welfare effects of visibility impairment, climate effects, and effects on materials. The Appendix outlines the various steps taken

---

[39] The general process for developing an ISA, including the framework for evaluating weight-of-evidence and drawing scientific conclusions and causal judgments, is described in a companion document, Preamble to the Integrated Science Assessments (U.S. EPA, 2015), and also detailed within the Appendix.

00196497

during the entirety of the development of the ISA, including literature searches, systematic evaluations of study quality, the peer-review process, and the process of quality assurance.

A key consideration in the health effects assessment is the extent to which evidence indicates that $PM_{2.5}$, $PM_{10-2.5}$, and UFPs exposures independently cause health effects. To that end, Chapter 1 draws upon information about the sources, atmospheric chemistry, and distribution of ambient PM, as well as background sources of ambient PM (Section 1.2.1). Additionally, it characterizes exposures to ambient PM of different size fractions and identifies pollutants and other factors related to the distribution of or exposure to ambient PM that can potentially influence epidemiologic associations observed between health effects and $PM_{2.5}$, $PM_{10-2.5}$, and UFP exposures (Section 1.2.2). The chapter also summarizes information on the dosimetry of inhaled PM of different size fractions (Section 1.3). The discussions of the health effects evidence and causality determinations (Section 1.4) details the extent to which there is biological plausibility for the various PM exposure duration-health effects relationships evaluated, and provides an integrated summary of the epidemiologic and experimental (i.e., animal toxicological and controlled human exposure) evidence and whether it collectively supports independent relationships between exposure to $PM_{2.5}$, $PM_{10-2.5}$, or UFPs and health effects.[40] This chapter also integrates evidence across the ISA for specific policy-relevant issues that are informative in the PM NAAQS review (Section 1.5), specifically: potential copollutant confounding (Section 1.5.1); the timing of effects, which includes the lag structure of associations and averaging time for exposure metrics (Section 1.5.2); the shape of the concentration-response relationship and whether a threshold exits (Section 1.5.3); and whether individual PM components or exposure metrics representative of PM sources are a better indicator for the PM-health effects relationship than PM mass (Section 1.5.4). Additionally, as part of the discussion of policy-relevant considerations, this chapter summarizes the evidence as to whether specific populations or lifestages are at increased risk of a PM-related health effect, which is an important consideration in evaluating whether the NAAQS provides public health protection (Section 1.5.5). This chapter also characterizes the welfare effects evidence and the role of PM, specifically on the nonecological effects of visibility, climate, and materials (Section 1.6). Lastly, Section 1.7, summarizes the causality determinations for all PM size fraction, exposure duration, and health and welfare effects combinations evaluated within this ISA.

## 1.2    From Emissions Sources to Exposure to PM

The characterization of human exposure is key to understanding the relationships between ambient PM (i.e., $PM_{2.5}$, $PM_{10-2.5}$, and UFP) and health effects. Exposure to PM is influenced by a variety of factors including, but not limited to, time-activity patterns, building characteristics, and amount of PM in the ambient air. The latter is influenced by sources and atmospheric processes contributing to ambient

---

[40] When discussing epidemiologic evidence, as detailed in the Preface, risk estimates are for a 10-$\mu$g/m$^3$ increase in 24-hour avg $PM_{2.5}$ and $PM_{10-2.5}$ concentrations and a 5-$\mu$g/m$^3$ increase in annual $PM_{2.5}$ and $PM_{10-2.5}$ concentrations.

00196498

PM concentrations that together can influence the spatial and temporal patterns of PM. The spatial and temporal variation in PM exposure in the population and the adequacy of methods used to estimate exposure, inform the strength of inferences that can be drawn about the health and welfare effects related to PM exposure.

## 1.2.1    Emission Sources and Distribution of Ambient Concentrations

PM is a complex mixture of solid and liquid droplets that is often characterized by distinct size fractions (i.e., $PM_{2.5}$, $PM_{10-2.5}$, and UFPs). The characteristics of each PM size fraction can vary in terms of: sources and emissions, atmospheric processes that result in PM formation, variability in concentrations over time and space, and monitoring.

Observations and new developments in characterizing ambient PM build on the conclusions reported in the 2009 PM ISA, as summarized in Chapter 2. In the 2009 PM ISA, decreasing trends were reported through 2007 with monitoring data beginning in 1999 for $PM_{2.5}$ and 1988 for $PM_{10}$. In addition, for the years 2005−2007, there was considerable variability in daily average concentrations of $PM_{2.5}$. PM size was also observed to vary with location, with a generally larger fraction of $PM_{10}$ mass accounted for by $PM_{10-2.5}$ size in western cities (e.g., Phoenix, AZ and Denver, CO) and by $PM_{2.5}$ mass in eastern U.S. cities (e.g., Pittsburgh and Philadelphia, PA). Compared to the larger PM size fractions, there was more limited information on the regional and temporal variability of UFPs. The composition of $PM_{2.5}$ nationally was also observed to vary, with higher sulfate concentrations in the summer and in the eastern U.S., and higher particulate organic carbon (OC) concentrations in the western and southeastern U.S. Little information was available on $PM_{10-2.5}$ or UFP composition. In urban areas, $PM_{2.5}$, $PM_{10}$, and UFPs were all observed to peak during morning rush hour and exhibited an evening rush hour peak that was broader than the morning peak and which extended into the overnight period, reflecting the collapse of the mixing layer after sundown. In terms of measuring PM, notable advances have taken place in real-time PM mass measurement methods, single particle aerosol mass spectrometry methods, organic speciation methods, and dichotomous samplers for distinguishing $PM_{2.5}$ and $PM_{10-2.5}$. Major PM sources identified included combustion of fossil fuel, either by stationary sources or by transportation for primary PM, and formation of sulfates from $SO_2$ emitted mainly by electric power generating units (EGUs). Progress was also noted in understanding the chemistry of new particle formation and the formation of secondary organic aerosol (SOA). Background PM typically accounts for a small fraction of urban $PM_{2.5}$ or $PM_{10}$, but high PM concentrations can occur during episodic events like wildfires or dust storms.

Changes in ambient PM characteristics, as well as new research developments, have occurred since the 2009 PM ISA. Ambient annual average $PM_{2.5}$ concentrations in the U.S. have continued to decline and on average were 3.4 $\mu g/m^3$ lower in the period from 2013−2015 than in the period from 2005−2007: decreasing from a 3-year avg of 12 $\mu g/m^3$ for 2005−2007 to 8.6 $\mu g/m^3$ for 2013−2015 . However, while $PM_{2.5}$ concentrations were observed to decline in both time periods, the national average

SECTION 1.2: From Emissions Sources to Exposure to PM

00196499

$PM_{10-2.5}$ concentrations have stayed about the same. Monthly national average $PM_{2.5}$ concentrations were higher in summer than in winter from 2002−2008, but this pattern reversed during the period of 2012−2015, when monthly average $PM_{2.5}$ concentrations became higher in winter than in summer. A greater reduction in sulfate concentrations than other component concentrations resulted in smaller sulfate contributions to $PM_{2.5}$ mass in 2013−2015 compared to 2005−2007, especially in the eastern U.S. At many locations sulfate has been replaced by organic material as the greatest contributor to $PM_{2.5}$ mass. Much of the organic material is SOA, and there has been continued progress in understanding SOA precursors, formation processes, and components. The declines in $PM_{2.5}$ and sulfate concentrations are consistent with a large reduction in $SO_2$ emissions, mainly from decreased EGU coal combustion. Monitoring network changes have provided a more extensive set of observations for understanding the contributions of $PM_{2.5}$ and $PM_{10-2.5}$ to $PM_{10}$. The decrease in $PM_{2.5}$ concentrations has resulted in smaller $PM_{2.5}:PM_{10}$ ratios in many locations. $PM_{10}$ in the East and Northwest is in the range of 50−60% $PM_{2.5}$, while $PM_{10}$ in the western U.S. is generally less than 50% $PM_{2.5}$. Routine measurement of UFPs is in its beginning stages, with only a few locations starting to report monitoring data to U.S. EPA's Air Quality System (AQS).

### 1.2.1.1    Sources and Emissions of PM

PM is comprised of components that are directly emitted (primary particles) as well as formed through atmospheric chemical reactions involving gaseous precursors (secondary particles). The sources of PM vary with PM size fraction.

$PM_{2.5}$ can be generated from both natural and anthropogenic sources. The greatest contributors to primary $PM_{2.5}$ at the national level are agricultural dust, dust resuspended through on-road activities, and fires (i.e., wildfires, prescribed fires, and agricultural fires; see Section 2.3.1.1 and Figure 2-2). On a national scale, anthropogenic emissions have been estimated to account for 40% of total primary $PM_{2.5}$ emissions and 16% of total $PM_{10}$ emissions (U.S. EPA, 2017). However, this does not account for secondary PM, much of which is derived at least in part from anthropogenic precursors. On an urban scale, sources that emit $PM_{2.5}$ vary from city to city. Generally, anthropogenic sources account for nearly all urban primary $PM_{2.5}$ emissions and include some combination of industrial activities, motor vehicles, cooking, and fuel combustion, and often wood smoke, as well as construction and road dust. (Section 2.3.1.2). Both urban anthropogenic primary sources and more regional secondary generation contribute substantially to $PM_{2.5}$ mass in urban locations.

Source contributions to primary $PM_{2.5}$ emissions have changed over time. For example, changes in both gasoline and diesel emissions controls have led to reductions in primary $PM_{2.5}$ emitted from newer vehicles, and primary emissions from stationary fuel combustion, industrial activities, and nonroad vehicles have also decreased (Section 2.3.1.2). Natural and international sources are generally minor contributors to $PM_{2.5}$ in urban areas. In many locations secondary PM accounts for the majority of $PM_{2.5}$

00196500

mass. The major PM precursors that can ultimately contribute to $PM_{2.5}$ mass include sulfur dioxide ($SO_2$), oxides of nitrogen ($NO_X$), ammonia ($NH_3$), and volatile organic compounds (VOCs; Section 2.3.2.1). $SO_2$ emissions are mainly from EGUs (67%) while $NO_X$ is emitted by several combustion sources, including on-road vehicles (34%), off-road vehicles (21%), and EGUs (13%). $NH_3$ emissions are dominated by livestock waste (55%) and fertilizer application (26%), and VOCs, on a national scale, are mainly biogenic in origin (70%; Section 2.3.2.1). Emissions of some $PM_{2.5}$ precursors, and subsequently their overall contribution to $PM_{2.5}$ mass, have changed over time (Section 2.3.2.1). Since the 2009 PM ISA, $SO_2$ emissions have been reduced from 13.9 million metric tons (MMT) in 2006 to 4.8 MMT in 2014, representing a 65% reduction and the greatest reduction among all precursor emissions (Section 2.3.2.1). $NO_X$ emissions were also substantially reduced during the same time, decreasing from 19.4 MMT in 2006 to 13.5 MMT in 2014, representing an overall reduction of 30%. $NH_3$ emissions, however, have remained relatively constant over time, with estimates of 3.8 MMT in 2006 and 3.9 MMT in 2014 (Section 2.3.2.1).

$PM_{2.5}$ consists of both primary PM, generated mostly from combustion-related activities and secondary PM from atmospheric chemical reactions of precursor emissions. $PM_{10-2.5}$, however, is almost entirely primary in origin, produced by surface abrasion or by suspension of sea spray or biological material (e.g., microorganisms, pollen, plant and insect debris; Section 2.3.3). Major sources on a national scale are unpaved road dust and agricultural dust—and specifically in urban areas—paved road dust and construction dust. Dust events can also result from international transport, and some of the dust particles in these events fall into the $PM_{10-2.5}$ size range. Primary biological aerosol particles can also be an important contributor to $PM_{10-2.5}$, including fungal spores, bacteria, viruses, and plant debris.

Ambient UFPs originate from two distinct processes: primary particles directly emitted from specific sources and new particle formation (NPF), which occurs because of particular atmospheric conditions that allow for particle nucleation (Section 2.3.4). UFP and $PM_{2.5}$ primary sources are largely indistinguishable because UFP is usually emitted by the same sources as $PM_{2.5}$ and grows out of the ultrafine size range through coagulation or gas-to-particle condensation over a short duration to form particles within the $PM_{2.5}$ size range. (Section 2.3.4.1). However, differences in the location of UFP sources can subsequently lead to differences in the spatial distribution and population exposure to both UFPs and $PM_{2.5}$. For example, freshly emitted motor vehicle exhaust often occurs on busy urban streets in residential neighborhoods, while emissions from electric power generation occur further away from human activity, and more particles are likely to grow larger than the UFP size range before reaching populated areas. It typically takes between about half a day and 3 days before newly formed particles grow larger than 100 nm in diameter. As a result, although UFP size increases from 10 to 25 nm within 100 m of a source, vehicle-related PM components are still mainly in the UFP size range as far as 1 km from a major highway.

Although relatively limited information is available on a source-by-source basis to capture changes in UFP emissions over time, analyses of individual sources where new source requirements have been instituted allow for an assessment of source contributions to UFP emissions. Most new research on

00196501

UFP emissions has focused on automobile exhaust, in part because some of the highest observed UFP concentrations have been observed in near-road environments. For example, new requirements on heavy-duty diesel highway engines that were phased in from 2007−2010 and focused on reducing PM and $NO_X$ emissions have led to reductions in UFP number concentration (NC) of more than 90% compared with earlier diesel engine models (Section 2.3.4.1). Although these newer diesel highway engines generate, on average, a smaller amount of UFP emissions than earlier models, there can still be discrete periods of extremely high UFP formation. This is because thermal desorption of adsorbed sulfates can build up within the exhaust catalyst system and then be released in a single burst (Section 2.3.4.1). Motor vehicles are a leading source of UFP emissions, especially near roadways, and there are recent reports of high UFP concentrations also occurring downwind of airports. However, stationary point sources are also important, particularly at further distances from roadways. Gasoline and diesel-powered highway vehicles, nonroad diesel engines, and industrial sources are likely the largest sources of UFPs in populated areas, where relative contributions of mobile and stationary sources of UFPs are likely to vary considerably depending on location, season, and time of day.

### 1.2.1.2    Atmospheric Processes and PM Formation

The atmospheric processes that result in PM formation, specifically oxidation reactions to form sulfates and nitrates, have been well characterized in previous assessments [U.S. EPA (2009); (U.S. EPA, 2004); Section 2.3.2.2]. As a result, recent research has focused primarily on the formation of SOA, showing it to be a sizeable contributor to $PM_{2.5}$ mass under a variety of atmospheric conditions (Section 2.3.2.3). New research has increased our understanding of how a substantial amount of SOA is produced by several important processes, including reactions of the biogenic VOC isoprene, cloud processing, and further oxidation of gas-phase products formed from atmospheric VOC oxidation. Additionally, PM formation from biogenic VOC reactions has been reported to be enhanced by anthropogenic influences, including $NO_X$ and $SO_2$ precursor emissions. (Section 2.3.2.3). Compositional analyses have shown that organosulfates and organonitrates often account for a large fraction of SOA, up to 5−10% for organosulfates and up to 10−20% for organic nitrates (Section 2.3.2.3). Examination of atmospheric processes that lead to SOA formation has led to observations that atmospheric aging (oxidation) of organic aerosols increases reactive oxygen species activity of ambient PM (Section 2.5.1.1.7). This is an important finding because reactive oxygen species (ROS) have been shown to contribute to cellular oxidative stress in respiratory tract cells (Section 5.1.1).

In addition to exploring SOA formation, recent studies have further examined particle nucleation. New instrumentation has made it possible to measure atmospheric molecular clusters and to directly observe the process of particle nucleation (Section 2.3.4). This research has also focused on identifying the chemical species important in the particle nucleation process. Previous research had focused mainly on the role of sulfate and water, with increasing evidence that organic species were also involved. More

00196502

recent research has identified the importance of additional species, including ammonia and amines, as well as extremely low volatility organic compounds in particle nucleation. (Section 2.3.4.2).

### 1.2.1.3    Monitoring and Modeling of PM

Broadly, PM is measured through: (1) well-established, long-term national monitoring networks based on well-established monitoring methods; (2) individual monitors established for a specific period to characterize air quality or conduct an epidemiologic study using a variety of established or experimental methods; and (3) satellite measurements. Depending on the PM size fraction, the extent to which information is available on ambient concentrations will vary by the monitoring capabilities currently available.

For $PM_{2.5}$ and $PM_{10}$, extensive national air monitoring networks have been established based on Federal Reference Methods (FRMs) for supporting air quality analyses in monitoring for compliance with the PM NAAQS, for measuring the spatial and temporal trends of air pollutants, and to support research to assess exposure and health risks from PM exposures (Section 2.4.6). Because PM itself is a complex mixture, additional monitoring networks have been established to capture information on $PM_{2.5}$ components. Specifically, the Chemical Speciation Network (CSN), and the Interagency Monitoring of Protected Visual Environments (IMPROVE) network, which was established for the specific purpose of understanding the relationship between PM composition and atmospheric visibility impairment, were both established to monitor $PM_{2.5}$ components (Section 2.4.6).

Two new national monitoring networks provide additional monitoring of $PM_{2.5}$ and/or $PM_{10-2.5}$ (Section 2.4.6). The first national monitoring network was established as a result of the 2010 $NO_2$ NAAQS. It instituted near-road monitors that were placed within 50 m of heavily trafficked roads in urban areas, and many of these near-road monitoring sites also conducted routine monitoring of $PM_{2.5}$. The NCore monitoring network was deployed starting in January 2011 and included measurements for $PM_{2.5}$ and $PM_{10-2.5}$. The $PM_{10-2.5}$ measurements were based on a new FRM and were compared with previously used methods that relied on taking the difference between $PM_{10}$ and $PM_{2.5}$ FRM measurements (Section 2.4.6). The new $PM_{10-2.5}$ monitoring requirements are met by using identical instrumentation for both $PM_{2.5}$ and $PM_{10}$ except for the sampler cutpoint (i.e., using the same sampler design, filter type, and filter face velocity for both $PM_{2.5}$ and $PM_{10}$ in the same sampler).

To date, most monitoring efforts with respect to PM have focused on mass-based measurements of $PM_{2.5}$, $PM_{10}$, and $PM_{10-2.5}$. Recently, some monitors have been deployed to measure UFP concentrations. Routine network particle number concentration (NC) measurements were initiated at 24 sites, made possible by the recent development of water-based condensation particle counters (CPCs; Section 2.4.6). In other research, new CPCs have been developed, which are capable of measuring NC of particles with aerodynamic diameter 0.001 µm and larger, and these are especially useful for investigating the atmospheric nucleation of particles. (Section 2.4.3.1). Analysis of particle number count data from

SECTION 1.2: From Emissions Sources to Exposure to PM

00196503

field studies shows that UFPs are likely to vary considerably among widely used methods, reflecting differences in the size ranges measured. Although size ranges of ambient UFP measurements can vary depending on the monitor used, it is important to note that the ambient UFP size range varies from that used in experimental (i.e., animal toxicological and controlled human exposure) studies that rely on concentrated ambient particle (CAP) UFP exposures. Specifically, UFP CAPs result in particle size ranges up to 0.18−0.3 µm, which is larger than the nominal UFP size limit of less than 0.1 µm, which has previously been defined as the upper size cut as detailed in the 2009 PM ISA. Because the contribution to mass from particles less than 0.1 µm is relatively small, much of the mass may be associated with particles greater than 0.1 µm. However, as described in Section 2.4.3.1, the difference in NC between UFP CAPs and ambient UFPs is likely to be much less than the difference in mass (Section 2.4.3.3).

Some of the biggest developments since the 2009 PM ISA include the use of satellite-based measurements to estimate $PM_{2.5}$ concentrations and the continued evolution of chemical transport models (CTMs). Satellite-based measurements have become widely used and are now combined with modeled data and ground level measurements to extend spatial coverage and improve spatial resolution of $PM_{2.5}$ estimates (Section 2.4.5). Although satellite-based $PM_{2.5}$ measurements allow for an expansion of the spatial coverage of epidemiologic studies, they are subject to measurement errors not encountered with FRM or other ground-based measurements; they are particularly limited by data availability because they cannot provide measurements during days with cloud or snow cover. This is because $PM_{2.5}$ is not directly measured and its estimation is based on computational algorithms involving a range of assumptions, such as vertical distribution and particle composition (Section 2.4.5). With respect to CTMs, advances have included the addition of biogenic VOC chemistry, organic aerosol aging, cloud chemistry, dry deposition, meteorological processes, wind-blown dust, and ammonia emissions. Collectively, these additions have resulted in demonstrable improvements in predicting seasonal variation and long-term changes in $PM_{2.5}$ concentrations (Section 2.4.7).

### 1.2.1.4    National PM Concentrations

Recent assessments of ambient PM concentrations have shown a general decline over time. $PM_{2.5}$ concentrations are generally lower than those reported in the 2009 PM ISA, decreasing from a national 3-year avg of 12 µg/m³ for 2005−2007 to 8.6 µg/m³ for 2013−2015 (Section 2.5.2.1.1 and Section 2.5.2.1.1). Similar to the trend in $PM_{2.5}$ concentrations, national 3-year avg $PM_{10}$ concentrations have declined by 15% compared with those reported for 2005−2007 and are estimated at 21.1 µg/m³ for 2013−2015, reflecting decreases in $PM_{2.5}$ concentrations. As detailed in Section 1.2.1.3, limited data are available from national monitors for $PM_{10-2.5}$ and UFP. As a result, it is difficult to assess trends in $PM_{10-2.5}$ and UFP concentrations over time ($PM_{10-2.5}$: Section 2.5.1.1.3, and Section 2.5.2.1.3; UFP: Section 2.5.1.1.5, and Section 2.5.2.1.4).

00196504

An examination of $PM_{2.5}$ composition trends provides further information about the overall reductions in $PM_{2.5}$ concentrations that have occurred over time. The biggest change in $PM_{2.5}$ composition since the 2009 PM ISA is the reduction in sulfate concentrations. Between 2000 and 2015, nationwide annual average sulfate concentration decreased by 17% at urban sites and 20% at rural sites. This change is most evident in the eastern U.S. and has resulted in organic matter or nitrate now being the greatest contributor to $PM_{2.5}$ mass in most locations (Section 2.5.1.1.6). The observed decline in $PM_{2.5}$ sulfate concentrations can be attributed to a similar decline in $SO_2$ emissions as noted in Section 1.2.1.1. The overall reduction in sulfate concentrations likely contributed substantially to the decrease in national average $PM_{2.5}$ concentrations, as well as the decline in the fraction of $PM_{10}$ accounted for by $PM_{2.5}$, when compared with the years 2005−2007 (Section 2.5.1.1.6).

### 1.2.1.5    Spatial and Temporal Variability in PM Concentrations

Although there has been an overall reduction in national PM concentrations over time, there are distinct spatial and temporal patterns in PM concentrations. At a macro scale, $PM_{2.5}$ concentrations are generally higher and more spatially uniform in the eastern U.S. than in the western U.S. (Section 2.5.1.1.1). While $PM_{2.5}$ concentrations are generally higher in the eastern U.S., the highest reported concentrations are an exception to this trend, occurring in California. Especially high $PM_{2.5}$ concentrations are observed in the San Joaquin Valley, where multiple monitors recorded 3-year avg concentrations greater than 14 $\mu g/m^3$, and in the Los Angeles, CA basin, where 3-year avg concentrations exceeded 12 $\mu g/m^3$ at several monitors. In the eastern U.S., the highest $PM_{2.5}$ concentrations are in or near the Ohio Valley, extending eastward into Pennsylvania, where 3-year avg concentrations for numerous monitors exceeded 10 $\mu g/m^3$. On a national scale there are distinct east and west patterns in long-term average $PM_{2.5}$ concentrations, but on an urban scale there is no clear pattern of $PM_{2.5}$ spatial variability, with some observations indicating relatively uniform concentrations and others depicting a high degree of variability (Section 2.5.1.2.1).

Seasonal analyses have shown a change in the season with the highest $PM_{2.5}$ concentrations. Compared with the 2009 PM ISA, where seasonal $PM_{2.5}$ concentrations were highest in the summer, recent data indicate higher average $PM_{2.5}$ concentrations in the winter, which reflect lower $SO_2$ emissions and consequent lower summertime sulfate concentrations (Section 2.5.1.1.1 and Section 2.5.2.2.1). Within most urban areas, $PM_{2.5}$ exhibits peaks in the morning and evening rush hours (Section 2.5.2.3).

In general, the fraction of $PM_{10}$ accounted for by $PM_{2.5}$ is higher in the eastern U.S. than in western U.S. (Section 2.5.1.1.4). Compared with $PM_{2.5}$, $PM_{10-2.5}$ concentrations are more spatially variable (Section 2.5.1.2.3). Ninety-eighth percentile $PM_{10-2.5}$ concentrations greater than 40 $\mu g/m^3$ were observed in multiple locations in California, as well as in the southwestern states of Nevada, Arizona, New Mexico, Texas, and the central plains states of Oklahoma, Missouri, and Iowa, and around urban areas of St. Louis, MO, Cleveland, OH, and southern Florida. While not directly comparable to $PM_{10-2.5}$,

00196505

monitoring data for $PM_{10}$ concentrations, which are available for many more years, can inform and are often consistent with the observed spatial and temporal pattern of $PM_{10-2.5}$ concentrations. Compared with the 2004 AQCD (U.S. EPA, 2004), $PM_{10-2.5}$ has now been shown to account for more $PM_{10}$ in the eastern U.S. upon examining the fraction of $PM_{2.5}$ that comprises $PM_{10}$. The $PM_{2.5}$ fraction of $PM_{10}$ appears to have decreased from 60−70%, as detailed in the 2004 PM AQCD, to approximately 50−60% in 2013−2015, although the data varied between the assessments with the 2013−2015 observations based on national network data and the 2004 data based on a limited number of field study samples (Section 2.5.1.1.4). All U.S. regions display clear seasonal variations in $PM_{10-2.5}$ concentrations, with the lowest concentrations occurring around January and the highest occurring in the summer months (Section 2.5.2.2.2). Most $PM_{10-2.5}$ measurements are based on 24-hour monitoring; however, considerably higher $PM_{10-2.5}$ concentrations have been observed using monitors capable of recording higher time resolution measurements, potentially indicating a tendency for intense $PM_{10-2.5}$ short-term episodes not captured by 24-hour monitoring (Section 2.5.1.1.3).

Data on the spatial and temporal variability in UFP concentrations is rather limited, particularly in the U.S. However, a single U.S. study that measured a full year of urban, size-resolved, particle number count measurements indicated about 90% of particles were smaller than 0.1 μm. (Section 2.5.1.1.5). The limited amount of available UFP measurements data indicates that the highest UFP concentrations occur in the winter and near roads with heavy traffic, often over short time periods (Section 2.5.1.2.4 and Section 2.5.2.2.3). Overall, UFP concentrations are more spatially variable than $PM_{2.5}$ (Section 2.5.1.2.4). Examinations of temporal variability show that UFP concentrations typically rise substantially in the morning and remain high into the evening hours when they reach their maximum, with distinct rush hour and early afternoon peaks. Additionally, there is evidence of seasonal impacts on the temporal variability of UFP concentrations, with high afternoon concentrations during warmer months possibly due to photochemical formation, and lower concentrations through the night (Section 2.5.1.1.5 and Section 2.5.2.2.3).

A detailed evaluation of the composition of $PM_{2.5}$, $PM_{10-2.5}$, and UFPs finds that each size fraction is dominated by several components. The composition of $PM_{2.5}$ has clear geographic differences. In the eastern U.S., sulfate and organic matter are the highest contributors to total mass, whereas in the western U.S., organic matter is most often the highest contributor, although sulfate, nitrate, and crustal material (e.g., soil dust) can also be abundant (Section 2.5.1.1.6). When examining the absolute concentrations of specific components, the highest nitrate concentrations are observed in the western U.S., particularly in California, but with some elevated concentrations in the upper Midwest. Seasonally, nitrate concentrations are much higher in the winter than summer in all locations (Section 2.5.1.1.6). Organic and elemental carbon concentrations are both more uniformly distributed in the eastern U.S., but more variable among western U.S. locations. The highest urban concentrations in the western U.S. occur during fall and winter (Section 2.5.1.1.6). Crustal material is a substantial contributor to $PM_{2.5}$ mass in dry areas of the western U.S., such as in Phoenix, AZ and Denver, CO (Section 2.5.1.1.6). As noted previously, $PM_{10-2.5}$ concentrations are highest in the southwestern U.S. and are observed to be largely

00196506

dominated by crustal material, but organic material can also represent a substantial contribution to mass, as well as biological material like bacteria, viruses, fungal spores, pollen, and plant debris (Section 2.5.1.1.6). For UFPs, there is still relatively limited information on its composition, but initial data indicate that urban UFPs are rich in organic and elemental carbon, while sulfate and ammonium are likely to be substantial contributors to UFPs in some areas where new particle formation occurs (Section 2.5.1.1.6).

Background PM generally refers to PM that is formed by sources or processes that cannot be influenced by actions to control PM concentrations. Various background definitions have been used for NAAQS reviews. U.S. background concentration of a pollutant is the concentration resulting from natural primary and precursor sources everywhere in the world plus anthropogenic sources outside of the U.S. Similarly, North American background concentration is the concentration resulting from natural primary and precursor sources everywhere in the world plus anthropogenic sources outside of the U.S., Canada, and Mexico. U.S. background sources of PM include wind erosion of natural surfaces, volcanic production, wildfires, sea salt, biological material like pollen and spores, SOA produced by oxidation of biogenic hydrocarbons, and particles transported from overseas. Background PM can be episodic, as is the case for volcanic eruptions, forest fires, and dust storms. Or it can be more consistent, as is the case for relatively constant, low level contributions from natural and intercontinental sources outside of major events (e.g., sea salt, natural secondary PM formation from terpenes). Nationally, it has been estimated that wildfire smoke contributes from 10−20% of primary $PM_{2.5}$ emissions per year, and intercontinental transport contributes 0.05 to 0.15 $\mu g/m^3$ to annual average $PM_{2.5}$ concentrations in the U.S., but that this contribution varies by region and season. On average, natural sources, including soil dust and sea salt, have been estimated to account for approximately 10% of U.S. urban $PM_{2.5}$ (Section 2.5.4).

### 1.2.1.6    Summary

Since the 2009 PM ISA there are new developments and observations in the characterization of ambient PM. For $PM_{2.5}$, these include observations of a steep decline in $SO_2$ precursor concentrations, replacement of sulfate with organic matter as the greatest contributor to $PM_{2.5}$ mass in many locations in the eastern U.S., and a substantial decrease in national average $PM_{2.5}$ concentration. A large body of new research has also refined the overall understanding of SOA formation processes. Improvements in CTM methods have resulted in demonstrable improvements in the prediction of seasonal variation and long-term changes in $PM_{2.5}$. Extensive new network monitoring for $PM_{10-2.5}$ has greatly increased the amount of data available for assessing relative amounts of $PM_{2.5}$ and $PM_{10-2.5}$, showing that $PM_{10-2.5}$ as a fraction of $PM_{10}$ has increased in the eastern U.S. at the same time as sulfate and $PM_{2.5}$ have decreased, and that in many western locations the contribution of $PM_{10-2.5}$ to $PM_{10}$ exceeds the contribution of $PM_{2.5}$ to $PM_{10}$. This new monitoring effort has further informed the understanding of seasonal and regional differences in $PM_{10-2.5}$ concentrations. Recent studies focusing on UFPs, largely support observations in the 2009 PM ISA, but new instrumentation for measuring particles as small as 1 nm and the initiation of

00196507

long-term monitoring in a few U.S. locations will help facilitate future research. However, network data are still sparse, and there is still far less information regarding patterns of spatial and temporal variability of UFPs compared with $PM_{2.5}$ or $PM_{10-2.5}$. Differences in monitoring methods and the lack of a consistent definition also make comparison of UFP data difficult between different field studies or methods.

### 1.2.2    Assessment of Human Exposure

Findings from the recent PM exposure assessment literature build on evidence presented in the 2009 PM ISA, which found that spatial variability of $PM_{10-2.5}$ and UFP at micro-to-neighborhood scales was greater than that of $PM_{2.5}$. Additionally, it concluded that primary $PM_{2.5}$ components, such as elemental carbon (EC), showed greater spatial variability than $PM_{2.5}$ components like $NO_3^-$ or $SO_4^{2-}$ that are produced through atmospheric chemical reactions. Regional variability in PM composition was also noted and thought to result from differences among sources in different parts of the country. Models, such as land use regression (LUR), were discussed as tools intended to characterize spatially variable components or size fractions, but limitations in the ability of LUR to adequately capture spatial variability were identified in several papers reviewed. Additionally, variability in the PM size distribution, PM composition, and infiltration were identified across regions as factors that could influence individual exposure to PM. Unmeasured variability in ambient PM concentration, size fractions, and composition were noted to result in potential uncertainty in estimates of exposures and health effect estimates. The recent literature has advanced the state of exposure science by presenting innovative methodologies to estimate PM exposure, detailing new and existing measurement and modeling methods, and further informing the influence of exposure measurement error due to new and existing exposure estimation methods on associations between PM and health effects reported in epidemiologic studies.

New evidence supports older findings that appropriate surrogates for exposure may depend on PM size distribution, because spatial variability in PM concentrations varies with particle size (Section 3.4.3.2). Multiple techniques have recently been developed or improved on to assign PM exposures in epidemiologic studies. These methods include personal monitors, data averaging across monitors, interpolation methods, LUR models, spatiotemporal models, CTMs, dispersion models, microenvironmental models, and satellite measurements (Section 3.3). Fixed-site monitors also continue to be used frequently to estimate exposure. Each method has strengths and limitations. Accordingly, errors and uncertainties in the exposure assessment methods can add bias and uncertainty to the associations reported in epidemiologic studies on the health effects of PM exposure.

Ambient PM data from individual sites continue to be used widely in health studies as a surrogate for PM exposure because these fixed-site monitors provide a continuous record of ambient PM concentrations over many years (Section 3.3.1.1). For $PM_{2.5}$, the concentration profile tends to be more homogeneous across the urban or neighborhood scale; as a result, ambient concentrations estimated at fixed-site monitors may reflect exposures. However, the higher degree of spatial variability in ambient

00196508

$PM_{10-2.5}$ and UFP across an urban area may not be captured by a fixed-site monitor. Thus, uncharacterized variability in a time series of exposures across space, resulting from use of fixed-site monitoring data, in a time-series epidemiologic study of $PM_{10-2.5}$ or UFP exposure may attenuate health effect estimates (Section 3.4.5.1). For long-term exposure studies, bias may occur in either direction depending on whether the fixed-site monitor is over- or underestimating ambient $PM_{10-2.5}$ or UFP exposure for the population of interest (Section 3.4.5.2). In all study types, use of fixed-site monitoring ambient $PM_{10-2.5}$ or UFP concentrations in lieu of the true exposure is expected to widen confidence intervals beyond what would be obtained if the true exposure were used. Personal monitors directly measure PM exposure, but they produce a relatively limited data set, making them most suitable for panel epidemiologic studies (Section 3.4.5.1.2). Without accompanying geographic positioning system (GPS) or time-activity diary data, it is impossible to distinguish ambient PM exposure from exposure to PM of nonambient origin in these studies.

Models of PM concentration can be used to develop exposure surrogates for individuals and large populations when personal exposure measurements are unavailable (Section 3.3.2). Recent developments have been made in spatiotemporal modeling techniques, which typically combine universal kriging with variables describing land use, population characteristics, emissions, and geographic features (Section 3.3.2.3). GIS-based spatiotemporal models of concentration that are used as exposure surrogates have produced out-of-sample cross validation (i.e., out-of-sample $R^2 > 0.8$) for $PM_{2.5}$ and its components, some of which have more spatially varying concentration fields than $PM_{2.5}$ mass concentration. Overly smoothed exposure surfaces from spatiotemporal models have been shown to bias the health effect estimate towards the null (i.e., underestimating the true health effect association) with decreased probability that the confidence intervals contain the true health effect association, particularly when the actual spatial variability is much higher than what is represented by the model (Section 3.4.5.2). Bias correction and bootstrap calculation of standard errors have been shown to improve estimation of the health effect association from spatiotemporal models when the exposure estimates have a classical-like error structure. A study of $PM_{2.5}$ mass and components, including EC, OC, Si, and S, where the exposure model errors had a Berkson structure, did not exhibit improvement of the health effect estimate when bootstrap simulation of the standard error was applied. When the exposure estimates have a Berkson-like error structure, health effect estimates are expected to improve only when model covariates are chosen so that the statistical distribution of the modeled exposures is close to the distribution of the true exposures.

Recent developments have been made for mechanistic models, such as dispersion models and CTMs, to simulate the transport, dispersion, and (in the case of CTMs) atmospheric chemistry of ambient PM (Section 3.3.2.4). Hybrid approaches to combine exposure predictions from CTMs with those from fixed-site monitoring data or dispersion models have grown since the 2009 PM ISA. CTMs are limited in their spatial resolution, which is typically at length scales of 4 or 12 km (and sometimes down to 1 km). Data fusion techniques merge CTMs with dispersion model results or fixed-site monitoring data. They are designed to estimate spatial variability of exposures at the subgrid scale, typically through a hierarchical modeling framework. These models have good cross validation and have the potential to reduce exposure

SECTION 1.2: From Emissions Sources to Exposure to PM

00196509

measurement error and resulting bias and uncertainty in health effect estimates reported in epidemiologic studies of long-term exposure to PM, even for spatially varying size fractions and components.

Several advancements in data fusion techniques have been made since the 2009 PM ISA to merge aerosol optical depth (AOD) observations from satellite images with surface-level PM measurements from fixed-site monitors (Section 3.3.3). Regression models have been developed to calibrate the AOD observations to surface measurements of $PM_{2.5}$, and $PM_{2.5}$ concentrations have then been estimated from those models in locations where surface measurements are unavailable. Land use or other geographical variables incorporated in these models has been shown to improve cross validation and reduce error in estimates of exposures and increasing the number of monitors used to fit the model has reduced bias and uncertainty in the exposure estimates. Hence, hybrid modeling approaches combining satellite data with fixed-site monitoring data and LUR or spatiotemporal modeling results have the potential to reduce bias and uncertainty in health effect estimates reported in epidemiologic studies of short- and long-term exposure to $PM_{2.5}$. Satellite data techniques have not typically been applied to model spatially variable UFP, $PM_{10-2.5}$, or $PM_{2.5}$ component concentration fields. Epidemiologic studies in which PM exposure is derived from a hybrid satellite-LUR model have reported larger magnitude health effect estimates with increasing spatial resolution (i.e., dividing the spatial domain into many smaller areas in which concentration is modeled) of the concentration surfaces. If the health effect estimate derived from the hybrid model was shown by cross validation to be more accurate than a low-resolution model, then this finding suggests that low spatial resolution (i.e., a spatial domain with a small number of large areas in which concentration is modeled) of the PM exposure surface may bias the health effect estimate towards the null, resulting in an underestimation of the true health effect association in a long-term exposure study (Section 3.4.5.2).

Among the methods evaluated within this ISA, only personal monitoring and microenvironmental modeling can estimate indoor exposure to ambient PM (Section 3.3.1.2). These measurements can be used for calculation of the infiltration factor ($F_{inf}$), which describes the penetration of PM from outdoors to indoors for a given air exchange rate and particle deposition rate, to understand indoor exposure to ambient PM. As particles cross the envelope of a building or vehicle, some deposit on surfaces around cracks or openings to produce an $F_{inf} < 1$ (Section 3.4.1.1). As described in the 2009 PM ISA, $F_{inf}$ varies with season, window opening, building age, wind speed and particle size distribution (with $F_{inf}$ lower for $PM_{10-2.5}$ compared with $PM_{2.5}$). Recent studies have reported lower $F_{inf}$ for UFP compared with $F_{inf}$ for $PM_{2.5}$, potentially reflecting diffusion-driven surface deposition losses for UFP during the infiltration process. In a study of the influence of exposure estimates on health effect estimates in a time-series epidemiologic study of PM exposure, use of a fixed-site monitor instead of a microenvironmental model that accounted for infiltration produced considerably attenuated health effect estimates (Section 3.4.5.1). Infiltration of PM through a building envelope may change the temporal variability of the indoor PM concentration time series, resulting in reduced correlation between the health effect of interest and the estimated exposure. In a study examining the influence of modeled exposures on health effect estimates associated with long-term average PM exposure, simulating indoor concentrations produced unbiased

SECTION 1.2: From Emissions Sources to Exposure to PM

00196510

health effect estimates. Furthermore, the health effect estimate was biased towards the null with inflated confidence intervals after omitting a term for infiltration in an LUR or spatiotemporal model. Bias towards the null leads to underestimation of the true health effect association (Section 3.4.5.2).

Exposure to copollutants may result in some confounding of the PM health effect estimate if exposure to the copollutants and their relationships to the health effect of interest are both correlated with PM exposure (Section 3.4.3). Median correlations of 24-hour ambient $PM_{2.5}$ with concentrations of some ambient gases (CO, $NO_2$, $O_3$) from the U.S. EPA Air Quality System (AQS) during 2013−2015 were as high as Pearson $R = 0.5$, although correlation varied with season (highest for $O_3$ in summer and for CO and $NO_2$ in winter). The upper end of the distribution of correlations approached one for these gases. Copollutant correlation data for short-term concentration measurements from the literature since the 2009 PM ISA were consistent with the AQS data. For $PM_{10-2.5}$, median correlations of 24-hour ambient concentrations during the same time period were as high as Pearson $R = 0.4$ but with upper correlations typically below Pearson $R = 0.7−0.8$. Median correlations between $PM_{2.5}$ and $PM_{10-2.5}$ ranged between 0.2 and 0.5, with higher values in summer and fall. Data for UFP correlations were very limited but indicate correlations as high as Pearson $R = 0.5$ for $NO_2$ and $NO_X$. Sites with moderate to strong correlations ($R > 0.4$) may introduce a greater degree of confounding into epidemiologic results, depending on the relationship between the copollutants and the health effect of interest.

Recent epidemiologic studies of the health effects of PM exposure have examined potential associations between these health effects and exposure to PM components (Section 3.4.4). An examination of the composition of $PM_{2.5}$ using data from AQS found that the highest Pearson correlations between $PM_{2.5}$ mass and $PM_{2.5}$ component concentrations occurred for OC, $SO_4^{2-}$, EC, and $NO_3^-$. A large percentage of $PM_{2.5}$ mass concentration is a product of atmospheric chemistry. The recent peer-reviewed literature showed high correlations of $PM_{2.5}$ mass concentrations with concentrations of secondary $SO_4^{2-}$ and $NO_3^-$ as well as primary V and Zn. Similarly, high correlations between the quasi-ultrafine $PM_{0.25}$ and V were observed in recent studies for $PM_{0.25}$ concentrations, and correlations near Pearson $R = 1$ during the winter support the notion that heating oil combustion plays a role in these associations. For $PM_{10-2.5}$, the largest correlation was for Si, possibly in dust. Median correlations reported from AQS and the literature for $PM_{10-2.5}$ with all other $PM_{10-2.5}$ components were Pearson $R < 0.5$, indicating that $PM_{10-2.5}$ is not strongly associated with combustion. Generally, $PM_{2.5}$ components reflect the secondary nature of their production, the $PM_{0.25}$ components reflect combustion, and $PM_{10-2.5}$ components reflect mechanical generation.

In summary, exposure error tends to underestimate health effects associations in epidemiologic studies of PM exposure, although bias in either direction can occur. There are new developments in assessment of PM exposure, including hybrid spatiotemporal models that incorporate satellite observations of AOD, land use variables, surface monitoring data from FRMs, and/or CTMs. Improvements in spatial resolution of the $PM_{2.5}$ concentration surface have reduced bias and uncertainty in health effects estimates. However, high correlations with some gaseous copollutants require evaluating

00196511

the effect of confounding on health effects estimates, using two-pollutant models to ascertain robustness of epidemiologic study results. $PM_{10-2.5}$ and UFP concentrations tend to be more spatially variable than $PM_{2.5}$ concentrations, and data are either unavailable or less often available to fit or validate hybrid models for those size fractions. Thus, there is typically less uncertainty in health effect estimates derived from both monitored and modeled exposure estimates for $PM_{2.5}$ than for $PM_{10-2.5}$ and UFP.

## 1.3    Dosimetry of PM

Particle dosimetry refers to deposition, translocation, clearance, and retention of particles and their components within the respiratory tract and extrapulmonary tissues. The dose from inhaled particles deposited and retained in the respiratory tract is governed by several factors. These factors include exposure concentration and duration, activity and breathing conditions (e.g., nasal vs. oronasal route and minute ventilation), and particle properties (e.g., particle size, hygroscopicity, and solubility in airway fluids and cellular components). Basic information related to the mechanisms of particle deposition and clearance and the influence of disease severity on these mechanisms has not changed over the last several PM NAAQS reviews. Compared with prior reviews, species similarities and differences in the amount of inhaled PM reaching the lower respiratory tract are now better understood and quantified. Additionally, some older literature that was not included in prior reviews, shows differences in route of breathing in humans as a function of age and sex. New data on particle translocation across the olfactory mucosa into the brain and from the alveolar epithelium into the blood also now allows for improved estimates of the importance of these processes in humans.

To be deposited in the respiratory tract, particles need to first be inhaled. Inhalability refers to the fraction of particles that can enter the upper respiratory tract (i.e., the head) during inhalation and is dependent on the aerodynamic diameter of the particle ($d_{ae}$). A commonly used occupational criterion of particle inhalability in humans based on the $d_{ae}$ of particles, predicts that as $d_{ae}$ increases from $1-10$ μm, inhalability decreases from ~97 to ~77%, plateauing at 50% for particles ~40 μm in diameter (Section 4.1.5). The occupational criterion is for relatively high wind speeds (>1 m/s). In calm air, inhalability decreases toward zero with increasing $d_{ae}$ above about 20 μm for nasal and 30 μm for oral breathing. There is evidence for much lower particle inhalability in infants than adults. In rodents, inhalability decreases more rapidly than in humans, from 80 to 44%, as $d_{ae}$ of particles increases from 2.5 to 10 μm especially for faster breathing rates. Inhalability and nasal deposition are particularly important considerations affecting how much PM makes it into the lower respiratory tract of rodents relative to humans (Section 4.1.6).

Route of breathing, breathing pattern (volume and rate), and particle size are among the factors affecting the amount of PM that enters the body and may subsequently deposit in the respiratory tract. With increasing physical activity, there is an increase in minute ventilation and a shift from nasal to oronasal breathing, and depending on the size fraction of PM inhaled, potentially greater PM penetration

SECTION 1.3: Dosimetry of PM

00196512

into the lower respiratory tract (i.e., the lungs). Even at rest, differences have been observed in the fraction of oral versus nasal breathing by age, sex, disease status, and body mass index (Section 4.1.3). Children inhale a larger fraction of air through their mouth than adults, and males tend to inhale a larger fraction of air through their mouth than females (across all ages). Individuals with allergies or upper respiratory infections experience increased nasal resistance, and thus, an increased fraction of oral breathing. Obesity, especially in boys, may also contribute to increased nasal resistance and an increased oral fraction of breathing relative to normal weight children. Due to their increased amount of oral breathing, these individuals are expected to have greater PM penetration into the lower respiratory tract than healthy, normal weight adults. Children are also expected to have a greater intake dose of PM per body mass than adults. Route of breathing is instrumental in determining the amount of PM inhaled and also affects the size of particles that can reach the lower respiratory tract. In humans, of particles reaching the lower respiratory tract is greater when a larger fraction of the breath enters the mouth (Figure 4-3). In contrast, rodents are obligatory nasal breathers and only a small percentage of larger particles (i.e., >3 μm) reaches the lower respiratory tract (Figure 4-4).

Particle deposition in the respiratory tract occurs predominantly by diffusion, impaction, and sedimentation (Section 4.2). Total respiratory tract particle deposition can reach nearly 100% in humans for particles smaller than approximately 0.01 μm (via diffusion) and greater than 10 μm (via sedimentation and impaction), but deposition is minimal for particles between 0.3 to 0.7 μm. The nose and mouth represent the first line of defense against particles depositing in the lower respiratory tract, with roughly 100% of particles 10 μm or greater depositing in the human nose. Interspecies differences in the inhalability and nasal deposition of particles has also been shown to affect the size of particles that can enter the respiratory tract and the percentage of particles deposited in various regions. While larger particles tend to deposit in the nose in humans, in rodents almost 100% of particles >5 μm are deposited in the nose. Additionally, oronasal breathing in humans contributes to greater penetration of coarse particles into the lower respiratory tract, whereas rats breath only nasally. There are also differences between children and adults in terms of breathing patterns and ventilation, indicating that children may receive a higher dose per lung surface area of ambient PM in the lower respiratory tract. Respiratory disease can lead to differences in both total deposition and deposition patterns relative to the disease-free lung. In general, the PM dose rate is increased by lung disease and depends on the severity of and type of disease.

For any given particle size, the pattern of poorly soluble particle deposition influences clearance by partitioning deposited material between regions of the respiratory tract (Section 4.3). While particles depositing in the mouth are generally swallowed or removed by expectoration, particles deposited in the posterior nasal passages or tracheobronchial (TB) airways are moved by mucociliary transport towards the nasopharynx and swallowed. In the alveolar region, clearance occurs mainly via macrophage phagocytosis. Clearance is more rapid in rodents than humans and has been shown to decrease with age beyond adulthood. Human studies have shown that ultrafine carbon particles do not rapidly or significantly translocate from the lungs into the circulation (Section 4.3.3.2). However, a new human

SECTION 1.3: Dosimetry of PM

00196513

study has demonstrated some translocation of nano-sized gold particles from the lungs into circulation. The finding of material in the blood in this new human study, but not prior human studies may, in part, be a matter of an increased signal to noise afforded in this new methodology and/or an indication that there is a difference in particle translocation from the lung depending on the inhaled particle type. Animal studies using poorly soluble nano-sized gold and iridium (Ir) particles have provided more extensive evidence of translocation into blood and secondary organs. The estimated urinary elimination by 24 hours post-inhalation of the gold nanoparticles is nearly identical between humans and rats. Soluble materials deposited in the respiratory tract can enter the blood more rapidly than insoluble materials. Recent evidence across species indicates that particles of varying composition and solubility that are less than 200 nm diameter can also translocate to the brain via the olfactory nerve.

There is a dosimetric basis for several particle sampling conventions used to quantify airborne PM concentrations. The U.S. EPA has size-selective sampling conventions for fine particles which is represented by $PM_{2.5}$ while $PM_{10}$ is the indicator used for the purposes of regulating the thoracic coarse particles (i.e., the inhalable particles that remain if $PM_{2.5}$ particles are removed from a sample of $PM_{10}$; aka $PM_{10-2.5}$). $PM_{2.5}$ is not well representative (nor was it intended to be) of the occupational definition of respirable particles which has a 50% cutpoint at 4 versus 2.5 µm for the $PM_{2.5}$ sampler (Figure 4-2). The selection of $PM_{2.5}$ for the NAAQS was mainly to delineate the atmospheric fine (combustion derived, aggregates, acid condensates, secondary aerosols) and coarse (crustal, soil-derived dusts) PM modes and for consistency with community epidemiologic health studies reporting various health effects associated with $PM_{2.5}$. The selection of $PM_{2.5}$ was not based on dosimetric considerations as was the case for the respirable particle sampler convention. Although the respirable sampling convention has a dosimetric basis, it is reflective of the total PM mass concentration to which the alveolar region may be exposed and not reflective of the PM mass deposition or dose. $PM_{10}$ is often referred to as the thoracic fraction of inhalable particles. There is an occupational sampling convention for thoracic particles and like $PM_{10}$ has a 50% cutpoint at about 10 µm (Figure 4-2). However, the fraction of inhaled 10 µm particles reaching the thorax is <20% for most activity levels and breathing habits. When breathing completely through the mouth, the fraction of inhaled 10 µm particles reaching the thorax approaches 40%. Thus, using a 50% cutpoint at 10 µm provides a conservative (protective) overestimate of thoracic particles.

## 1.4    Evaluation of the Health Effects of PM

This ISA evaluates relationships between short-term and long-term exposures to PM (i.e., $PM_{2.5}$, $PM_{10-2.5}$, and UFPs) and an array of health effects described in epidemiologic, controlled human exposure, and animal toxicological studies. In assessing the overall evidence, the strengths and limitations of individual studies were evaluated based on scientific considerations detailed in the Appendix. Short-term exposures are defined as those with durations of hours up to 1 month, with most studies examining effects related to exposures in the range of 24 hours to 1 week. Long-term exposures are defined as those with durations of more than 1 month to years. As detailed in the Preface, the evaluation

00196514

of the health effects evidence focuses on exposures conducted at concentrations of PM that are relevant to the range of human exposures across ambient microenvironments (up to 2 mg/m$^3$, which is one to two orders of magnitude above ambient concentrations), and studies that (1) include a composite measure of PM[41] or (2) apply some approach to assess the direct effect of a specific PM size-fraction when the exposure of interest is a source-based mixture (e.g., diesel exhaust, gasoline exhaust, wood smoke).

The subsequent sections and accompanying table (Table 1-2) summarize the key evidence that informs the causality determinations for relationships between PM exposure and health effects, specifically those relationships where it was determined that a *causal* or *likely to be causal relationship* exists (Table 1-1). These causality determinations draw from evidence related to the biological plausibility of PM-related health effects and the broader health effects evidence described in detail in Chapter 5–Chapter 11, as well as information on dosimetry in Chapter 4 and exposure assessment in Chapter 3. Those relationships between PM and health effects where it was concluded that the evidence supported a causality determination of *suggestive of, but not sufficient to infer, a causal relationship* or *inadequate to infer the presence or absence of a causal relationship* are noted in Table 1-4, but more fully discussed in the respective health effects chapters.

**Table 1-1    *Causal* and *likely to be causal* causality determinations for short- and long-term PM$_{2.5}$ exposure.**

| Size Fraction | Health Effects Category | Exposure Duration | Causality Determination | Section |
|---|---|---|---|---|
| PM$_{2.5}$ | Respiratory | Short-term | Likely to be causal | 1.4.1.1.1 |
| | | Long-term | Likely to be causal | 1.4.1.1.2 |
| | Cardiovascular | Short-term | Causal | 1.4.1.2.1 |
| | | Long-term | Causal | 1.4.1.2.2 |
| | Nervous system | Long-term | Likely to be causal | 1.4.1.3.1 |
| | Cancer | Long-term | Likely to be causal | 1.4.1.4.1 |
| | Mortality | Short-term | Causal | 1.4.1.5.1 |
| | | Long-term | Causal | 1.4.1.5.2 |

PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

---
[41] Composite measures of PM may include mass, volume, surface area, or number concentration.

### 1.4.1    Health Effects of PM₂.₅

Substantial scientific evidence exists across disciplines (i.e., animal toxicology, controlled human exposure, and epidemiology) showing that both short- and long-term $PM_{2.5}$ exposure can result in a range of health effects, from changes in circulating biomarkers to mortality. However, the strength of the $PM_{2.5}$ exposure−health effects relationship varies depending on the exposure duration (i.e., short- or long-term) and broad health effects category (e.g., cardiovascular effects, respiratory effects) examined. Across the broad health effects categories examined, the evidence supporting biological plausibility varies, but generally includes modulation of the autonomic nervous system and inflammation as part of the pathways leading to overt health effects. Discussions of subsequent events that could occur due to deposition of inhaled $PM_{2.5}$ in the respiratory tract are detailed in the biological plausibility sections of each health chapter and summarized in the following sections.

#### 1.4.1.1    Respiratory Effects

Recent scientific evidence continues to support the conclusion of the 2009 PM ISA that there is a *likely to be causal relationship* between both short- and long-term $PM_{2.5}$ exposure and respiratory effects. These causality determinations are based on the consistency of findings within disciplines; the coherence of evidence across disciplines, including epidemiologic, and animal toxicological studies, with more limited evidence from controlled human exposure studies; and the evidence supporting biologically plausible pathways for respiratory effects, such as asthma exacerbation, development of asthma, chronic obstructive pulmonary disease (COPD) exacerbation, and respiratory mortality.

##### 1.4.1.1.1    Respiratory Effects Associated with Short-Term PM₂.₅ Exposure

Epidemiologic studies provide strong evidence for overt respiratory effects, including respiratory-related emergency department (ED) visits and hospital admissions and respiratory mortality associated with short-term $PM_{2.5}$ exposure, with coherence provided by some evidence of respiratory effects from experimental studies. Collectively this evidence supports the conclusion of the 2009 PM ISA that there is a *likely to be causal relationship* between short-term $PM_{2.5}$ exposure and respiratory effects (Table 1-2). This conclusion is based on multiple recent epidemiologic studies demonstrating generally consistent, positive associations with ED visits and hospital admissions for asthma, COPD, and combined respiratory-related diseases, as well as with respiratory mortality. Evidence from animal toxicological studies, although limited, is supportive of and provides biological plausibility for the associations observed in the epidemiologic studies related to exacerbation of asthma and COPD as well as respiratory infection.

00196516

Recent epidemiologic studies continue to provide strong evidence for a relationship between short-term $PM_{2.5}$ exposure and several respiratory-related endpoints, including asthma exacerbation (Section 5.1.2.1), COPD exacerbation (Section 5.1.4.1), and combined respiratory-related diseases (Section 5.1.6), particularly from studies examining ED visits and hospital admissions. The consistent positive associations between short-term $PM_{2.5}$ exposure and asthma and COPD ED visits and hospital admissions across studies that used different approaches to control for the potential confounding effects of weather (e.g., temperature) are supported by epidemiologic studies demonstrating associations with other respiratory-related effects, such as symptoms and medication use that are indicative of asthma and COPD exacerbations (Section 5.1.2.2 and Section 5.1.4.2). The collective body of epidemiologic evidence for asthma exacerbation is more consistent in children than in adults. Epidemiologic studies examining the relationship between short-term $PM_{2.5}$ exposure and respiratory mortality provide evidence of consistent positive associations, indicating a continuum of effects from morbidity to mortality (Section 5.1.9).

Building off the studies evaluated in the 2009 PM ISA, recent epidemiologic studies expand the assessment of potential copollutant confounding. There is some evidence that $PM_{2.5}$ associations with asthma exacerbation, combined respiratory-related diseases, and respiratory mortality remain relatively unchanged in copollutant models with gaseous pollutants (i.e., $O_3$, $NO_2$, $SO_2$, with more limited evidence for CO) and other particle sizes (i.e., $PM_{10-2.5}$; Section 5.1.10.1). The uncertainty as to whether there is an independent effect of $PM_{2.5}$ on respiratory health, is partially addressed by findings from animal toxicological studies.

Animal toxicological studies of short-term $PM_{2.5}$ exposure provide coherence and biological plausibility for asthma and COPD exacerbations by demonstrating asthma-related responses in an animal model of allergic airways disease and enhanced lung injury and inflammation in an animal model of COPD (Section 5.1.2.4.4 and Section 5.1.4.4.3). There is also a broad body of animal toxicological studies examining respiratory effects due to short-term $PM_{2.5}$ exposure, but most of this evidence is from studies conducted in healthy animals, and therefore, does not provide coherence with the results of epidemiologic studies examining effects in people with asthma or COPD. This evidence base also provides consistent evidence for respiratory irritant effects; limited evidence for altered host defense, greater susceptibility to bacterial infection, and allergic sensitization; and some evidence for pulmonary injury, inflammation, and oxidant stress. Controlled human exposure studies conducted in people with asthma or COPD provide minimal evidence of effects due to short-term $PM_{2.5}$ exposure, such as decrements in lung function and pulmonary inflammation. These studies are limited in terms of endpoints evaluated and the size and health status of study subjects.

### 1.4.1.1.2    Respiratory Effects Associated with Long-Term $PM_{2.5}$ Exposure

Epidemiologic studies provide strong evidence for effects on lung development, with additional evidence for the development of asthma in children due to long-term $PM_{2.5}$ exposure. Evidence from animal toxicological studies, although limited, is supportive of and provides biological plausibility for the

SECTION 1.4: Evaluation of the Health Effects of PM

00196517

associations reported in epidemiologic studies related to lung development and the development of asthma. There is also epidemiologic evidence supporting a decline in lung function in adults in response to long-term $PM_{2.5}$ exposure. Collectively this evidence supports the conclusions of the 2009 PM ISA that there is a *likely to be causal relationship* between long-term $PM_{2.5}$ exposure and respiratory effects (Table 1-2).

Recent epidemiologic studies continue to support an association between long-term $PM_{2.5}$ exposure and several respiratory-related endpoints in children and adults. In children, studies in multiple cohorts provide strong evidence for decrements in lung function growth (Section 5.2.2.1.1). Robust and persistent effects were observed across study locations, exposure assessment methods, and time periods. An animal toxicological study demonstrating impaired lung development resulting from pre- and postnatal $PM_{2.5}$ exposure provides biological plausibility for these findings (Section 5.2.2.1.2). Results of prospective cohort studies in children also provide some evidence for asthma development in children and are supported by other studies examining asthma prevalence in children, childhood wheeze, and pulmonary inflammation (Section 5.2.3). Biological plausibility is provided by an animal toxicological study of long-term $PM_{2.5}$ exposure demonstrating the development of an allergic phenotype and increase in airway responsiveness (Section 5.2.3.3.2). There is limited evidence of increased bronchitic symptoms and hospitalization in children with asthma in relation to long-term $PM_{2.5}$ exposure (Section 5.2.7). In adults, long-term $PM_{2.5}$ exposure was found to be associated with accelerating lung function decline (Section 5.2.2.2.2). Consistent evidence was observed for respiratory mortality and cause-specific respiratory mortality for COPD and respiratory infection (Section 5.2.10), providing evidence of a continuum of effects in response to long-term $PM_{2.5}$ exposure.

Only a few recent epidemiologic studies have further examined potential copollutant confounding. There is some evidence that $PM_{2.5}$ associations with respiratory mortality remained robust in models with some gaseous pollutants (Section 5.2.10); however, there is limited assessment of potential copollutant confounding when examining respiratory morbidity outcomes. The uncertainty related to the independence of $PM_{2.5}$ effects is partially addressed by findings of animal toxicological studies. Long-term exposure to $PM_{2.5}$ resulted in oxidative stress, inflammation, and morphologic changes in both upper and lower airways (Section 5.2.8), in addition to the asthma-related and lung development-related effects mentioned above. Epidemiologic studies examining the effects of declining $PM_{2.5}$ concentrations provide additional support for a relationship between long-term $PM_{2.5}$ exposure and respiratory health by demonstrating improvements in lung function growth and bronchitic symptoms in children, and improvement in lung function in adults in association with declining $PM_{2.5}$ concentrations (Section 5.2.11). However, the limited examination of copollutant confounding in studies of declining $PM_{2.5}$ concentrations is a notable uncertainty given the corresponding decline in other pollutants over the time period of the evaluated studies.

SECTION 1.4: Evaluation of the Health Effects of PM

00196518

### 1.4.1.2    Cardiovascular Effects

Consistent with the conclusions of the 2009 PM ISA, more recently published scientific evidence further strengthens the conclusion that there is a *causal relationship* between both short- and long-term $PM_{2.5}$ exposure and cardiovascular effects. These causality determinations are based on the consistency of findings within disciplines; coherence among evidence from controlled human exposure, epidemiologic, and animal toxicological studies; and evidence supporting biologically plausible pathways for cardiovascular effects, such as reduced myocardial blood flow, altered vascular reactivity, myocardial infarctions, and cardiovascular mortality.

#### 1.4.1.2.1    Cardiovascular Effects Associated with Short-Term $PM_{2.5}$ Exposure

Strong evidence from epidemiologic studies demonstrating associations between cardiovascular ED visits and hospital admissions in combination with evidence for $PM_{2.5}$-induced cardiovascular effects from controlled human exposure and animal toxicological studies confirms and extends the conclusion of a *causal relationship* between short-term $PM_{2.5}$ exposure and cardiovascular effects from the 2009 PM ISA (Table 1-2). This conclusion is based on multiple epidemiologic studies demonstrating associations with cardiovascular effects such as ischemic heart disease (IHD)- and heart failure (HF)-related ED visits and hospital admissions, as well as cardiovascular mortality. The epidemiologic evidence is supported by experimental studies demonstrating endothelial dysfunction, changes in blood pressure (BP), and alterations in heart function in response to short-term $PM_{2.5}$ exposure. Additional evidence from epidemiologic, controlled human exposure, and animal toxicological studies also provides ample evidence of biologically plausible pathways by which short-term exposure to $PM_{2.5}$ can result in overt cardiovascular effects.

Consistent with the 2009 PM ISA, the strongest evidence comes from epidemiologic studies that reported consistent positive associations between short-term $PM_{2.5}$ exposure and cardiovascular-related ED visits and hospital admissions particularly for IHD (Section 6.1.2.1) and HF (Section 6.1.3.1), as well as cardiovascular-related mortality (Section 6.1.9) across studies that used different approaches to control for the potential confounding effects of weather (e.g., temperature). While associations remain relatively unchanged across the copollutants evaluated, the evidence was especially consistent for air pollutants that are not typically associated with traffic (i.e., ozone, $SO_2$, $PM_{10-2.5}$). In some instances, associations in copollutant models were attenuated, but this was only observed for the traffic-related pollutants (i.e., $NO_2$, CO), which generally had higher correlations with $PM_{2.5}$ than other copollutants. This recent evidence from copollutant analyses generally indicates that the associations observed between short-term $PM_{2.5}$ exposure and cardiovascular effects are not artifacts due to confounding by another air pollutant (Section 6.1.14.1). These epidemiologic studies reduce a key uncertainty identified in the 2009 PM ISA by providing evidence that gaseous pollutants are not likely to confound the $PM_{2.5}$-cardiovascular effects relationship.

SECTION 1.4: Evaluation of the Health Effects of PM

00196519

The independence of $PM_{2.5}$ effects is further addressed by findings of recent controlled human exposure and animal toxicological studies. The most consistent evidence from controlled human exposure studies is for a $PM_{2.5}$ effect on endothelial function (Section 6.1.13). Multiple recent controlled human exposure studies reported that $PM_{2.5}$ impaired some measure of vessel dilation following reactive hyperemia or pharmacological challenge relative to filtered air. Given the relationship between endothelial function and BP, these results are coherent with multiple controlled human exposure studies that reported changes in BP following short-term $PM_{2.5}$ CAPs exposure (Section 6.1.6.3). However, these results are inconsistent with some controlled human exposure studies from previous reviews that did not find changes in endothelial function or BP. The results of more recent controlled human exposure studies are also coherent with evidence from animal toxicological studies demonstrating endothelial dysfunction and changes in BP or the renin angiotensin system following short-term $PM_{2.5}$ exposure (Section 6.1.13.3; Section 6.1.6.4). Moreover, changes in endothelial function and BP reported in recent experimental studies are consistent with epidemiologic studies reporting associations between short-term $PM_{2.5}$ exposure and IHD, as well as with limited epidemiologic panel study evidence of associations with BP. In addition, animal toxicological studies demonstrating that short-term $PM_{2.5}$ exposure results in decreased cardiac contractility and changes in left ventricular pressure are coherent with epidemiologic studies reporting associations between short-term $PM_{2.5}$ exposure and HF.

Collectively, the evidence from controlled human exposure, animal toxicological, and epidemiologic panel studies provide a biologically plausible pathway by which short-term $PM_{2.5}$ exposure could result in cardiovascular effects such as those leading to an ED visit, hospital admission, or mortality. This proposed pathway (Section 6.1.1) begins with pulmonary inflammation and/or activation of sensory nerves in the respiratory track and progresses to autonomic nervous system imbalance and/or systemic inflammation that can potentially affect cardiovascular endpoints such as endothelial function, HRV, hemostasis, and/or BP. Changes in the aforementioned cardiovascular endpoints may then lead to the development of arrhythmia, thrombosis, and/or acute myocardial ischemia, potentially resulting in outcomes such as myocardial infarction, IHD, HF, and possibly death.

Overall, across the scientific disciplines, recent studies extend and support the previous evidence for a continuum of cardiovascular-related health effects following short-term exposure to $PM_{2.5}$. These effects range from relatively modest increases in biomarkers related to inflammation, to subclinical cardiovascular endpoints such as endothelial dysfunction, the overt outcomes of ED visits and hospital admissions, specifically for IHD and HF, and ultimately cardiovascular-related mortality.

### 1.4.1.2.2    Cardiovascular Effects Associated with Long-Term $PM_{2.5}$ Exposure

Multiple recent and previously available epidemiologic studies that extensively control for potential confounders provide strong evidence of positive associations with cardiovascular mortality, which in combination with supporting evidence from recent studies examining cardiovascular morbidity

SECTION 1.4: Evaluation of the Health Effects of PM

00196520

reaffirms the conclusion of a *causal relationship* between long-term $PM_{2.5}$ exposure and cardiovascular effects in the 2009 PM ISA (Table 1-2). This conclusion is based on recent U.S. and Canadian cohort studies demonstrating consistent, positive associations between long-term $PM_{2.5}$ exposure and cardiovascular mortality, with more limited evidence from studies examining long-term $PM_{2.5}$ exposure and cardiovascular morbidity.

Epidemiologic studies consisting of U.S.-based cohorts and subsequent analyses of these cohorts, provided the basis of the conclusions in the 2009 PM ISA. These studies, in combination with recent cohort studies, continue to demonstrate consistent, positive associations and support a strong relationship between long-term $PM_{2.5}$ exposure and cardiovascular mortality. The results of these recent cohort studies are consistent across various spatial extents, exposure assessment techniques, and statistical techniques in locations where mean annual average concentrations are near or below 12 $\mu g/m^3$ (Section 6.2.10).

The body of literature examining the relationship between long-term $PM_{2.5}$ exposure and cardiovascular morbidity has greatly expanded since the 2009 PM ISA. Recent epidemiologic studies examining cardiovascular morbidity endpoints consist of several large U.S. cohort studies each focusing on populations with distinct demographic characteristics (e.g., postmenopausal women, male doctors, etc.) and extensive consideration of potential confounders. These studies have reported heterogeneous results, with several studies that adjusted for important confounders, including socioeconomic status (SES), reporting positive associations for cardiovascular morbidity endpoints. The strong associations reported between long-term $PM_{2.5}$ exposure and coronary events (e.g., coronary heart disease [CHD] and stroke) among postmenopausal women in the Women's Health Initiative (WHI) cohort, highlighted in 2009 PM ISA, were strengthened in an extended analysis that considered individual and neighborhood-level SES (Section 6.2.3; Section 6.2.10). Recent analyses of other cohorts of women (i.e., Nurses' Health Study, California Teachers Study) that were comparable to WHI in that they considered menopausal status or hormone replacement therapy did not show consistent positive associations with CHD, myocardial infarction, or stroke. Longitudinal studies demonstrated that changes in the progression of atherosclerosis in relation to long-term exposure to $PM_{2.5}$ were variable across cohorts and found to depend, in part, on the vascular bed in which atherosclerosis was evaluated (Section 6.2.4.1). However, within a study focusing on the progression of atherosclerosis in a healthy population, the Multi-Ethnic Study of Atherosclerosis and Air Pollution (MESA-Air), an association was observed between long-term $PM_{2.5}$ exposure and coronary artery calcification (CAC), which is a strong predictor of CHD (Section 6.2.4). A small number of studies reported positive associations between long-term $PM_{2.5}$ exposure and HF, BP changes, and hypertension. Longitudinal epidemiologic analyses also supported the observation of positive associations with markers of systemic inflammation, coagulation, and endothelial dysfunction. These HF studies are coherent with animal toxicological studies demonstrating decreased contractility and cardiac output and increased coronary artery wall thickness following long-term $PM_{2.5}$ exposure (Section 6.2.4.2). Moreover, animal toxicological studies finding a relationship between long-term exposure to $PM_{2.5}$ and changes in BP in rats and mice are coherent with epidemiologic studies reporting positive associations between long-term exposure to $PM_{2.5}$ and

SECTION 1.4: Evaluation of the Health Effects of PM

00196521

hypertension. Similarly, evidence of atherosclerotic plaque progression in a genetically susceptible mouse model is consistent with epidemiologic studies reporting associations between atherosclerosis and long-term $PM_{2.5}$ exposure.

The current body of evidence also reduces uncertainties identified in the 2009 PM ISA related to potential copollutant confounding and the shape of the concentration-response relationship for CVD effects following long-term $PM_{2.5}$ exposure. Generally, most of the $PM_{2.5}$ effect estimates relating long-term $PM_{2.5}$ exposure to cardiovascular mortality remained relatively unchanged or increased in copollutant models adjusted for $O_3$, $NO_2$, $SO_2$, and $PM_{10-2.5}$ (Section 6.2.15). In addition, most of the results from analyses examining the C-R function for cardiovascular mortality supported a linear, no-threshold relationship for cardiovascular mortality, especially at mean annual $PM_{2.5}$ concentrations $\leq 12$ $\mu g/m^3$ (Section 6.2.10). Some studies reported that the slope of the C-R curve tended to be steeper at lower concentrations, especially for IHD mortality, suggesting a supralinear C-R relationship. A limited number of cardiovascular morbidity studies examined the shape of the C-R relationship and generally reported a steeper C-R curve at lower concentrations (starting at ~10 $\mu g/m^3$) with the slope of the C-R curve decreasing at higher $PM_{2.5}$ concentrations (Section 6.2.16).

Evidence from animal toxicological and epidemiologic studies also provides biologically plausible pathways by which long-term $PM_{2.5}$ exposure could lead to cardiovascular effect such as CHD, stroke, and CVD-related mortality (Section 6.2.1). These pathways initially involve autonomic nervous system changes and/or systemic inflammation that can potentially effect endpoints related to vascular function, altered hemostasis, hypertension, atherosclerotic plaque progression, and arrhythmia. Changes in cardiovascular endpoints such as these may then lead to IHD, HF, and possibly death.

Overall, there is consistent evidence from multiple epidemiologic studies that long-term exposure to $PM_{2.5}$ is associated with cardiovascular mortality. Associations with CHD, stroke, and atherosclerosis progression were observed in several recent epidemiologic studies providing coherence for $PM_{2.5}$-related cardiovascular mortality. Results from copollutant models generally support the independence of =$PM_{2.5}$ associations. Additional evidence of the direct effect of $PM_{2.5}$ on the cardiovascular system is provided by experimental studies in animals demonstrating effects including atherosclerosis plaque progression and changes in cardiac contractility and BP.

### 1.4.1.3    Nervous System Effects

#### 1.4.1.3.1    Nervous System Effects Associated with Long-Term $PM_{2.5}$ Exposure

The 2009 PM ISA evaluated a small number of animal toxicological studies pertaining to the effects of long-term exposures to $PM_{2.5}$ on the nervous system. Since the 2009 PM ISA, the literature base has greatly expanded with recent studies providing new information that strengthens the lines of evidence

SECTION 1.4: Evaluation of the Health Effects of PM

00196522

indicating that long-term $PM_{2.5}$ exposure may lead to effects on the brain that are associated with neurodegeneration (i.e., neuroinflammation and reductions in brain volume), as well as cognitive effects in older adults (Table 1-2). Animal toxicological studies provide evidence for a range of nervous system effects including neuroinflammation and oxidative stress, neurodegeneration, cognitive effects, and effects on neurodevelopment. Although the epidemiologic evidence is more limited in terms of the number of studies conducted, multiple studies generally support associations between long-term $PM_{2.5}$ exposure and changes in brain morphology, cognitive decrements, and dementia in adult populations. The consistency and coherence of the evidence across disciplines as it relates to region-specific brain inflammation, morphologic changes in the brain, cognitive effects, and dementia in adult populations supports that there is a *likely to be causal relationship* between long-term $PM_{2.5}$ exposure and nervous system effects. Thus, the expanded evidence base allows for this first-time, a causality determination for long-term $PM_{2.5}$ exposure and nervous system effects.

There is strong evidence for biologically plausible pathways that may underlie nervous system effects resulting from long-term exposure to $PM_{2.5}$. Studies demonstrate modulation of the autonomic nervous system leading to downstream consequences including cardiovascular effects (Section 6.2.1). In addition, the pathway involving neuroinflammation in specific regions of the brain (i.e., the hippocampus, cerebral cortex and hypothalamus) and morphologic changes in the brain indicative of neurodegeneration, is well substantiated and coherent across animal toxicological and epidemiologic studies (Section 8.2.3, Section 8.2.4). Specifically, morphologic changes induced in the hippocampus of animals were accompanied by impaired learning and memory and there is consistent evidence from multiple epidemiologic studies that long-term $PM_{2.5}$ exposure is associated with reduced cognitive function (Section 8.2.5). Further, the presence of early markers of Alzheimer's disease pathology was demonstrated in animals following long-term exposure to $PM_{2.5}$ CAPs, which is consistent with a small number of epidemiologic studies that reported positive associations with neurodegenerative changes in the brain (i.e., decreased brain volume) and Alzheimer's disease or all-cause dementia (Section 8.2.6). Although the loss of dopaminergic neurons in the substantia nigra, which is a hallmark of Parkinson's disease, was demonstrated in animals (Section 8.2.4), epidemiologic studies do not report associations with Parkinson's disease (Section 8.2.6). Overall, the lack of consideration of copollutant confounding introduces some uncertainty in the interpretation of the epidemiologic studies but this uncertainty is addressed, in part, by the direct evidence of effects provided by animal toxicological studies.

In addition to the findings described above, which are mostly relevant to adults, several recent studies of neurodevelopmental effects in children have also been conducted. Positive associations between long-term exposure to $PM_{2.5}$ during the prenatal period and autism spectrum disorder (ASD) were consistently observed across multiple epidemiologic studies (Section 8.2.7.2). However, several studies of performance on tests of cognitive function provided little support for an association. Overall, these epidemiologic studies of developmental effects are limited due to their lack of control for potential confounding by copollutants, the small number of studies, and uncertainty regarding critical exposure windows. A study in animals that found inflammatory and morphologic changes in the corpus collosum

00196523

and hippocampus, as well as ventriculomegaly in young animals following prenatal exposure to $PM_{2.5}$ CAPs provides initial evidence indicating a potential biologically plausible pathway for a relationship between $PM_{2.5}$ and ASD.

### 1.4.1.4    Cancer

#### 1.4.1.4.1        Cancer Associated with Long-Term $PM_{2.5}$ Exposure

Experimental and epidemiologic evidence indicating genotoxicity, epigenetic effects (e.g., DNA methylation), and increased carcinogenic potential due to $PM_{2.5}$ exposure, along with strong epidemiologic evidence for increases in lung cancer incidence and mortality, supports a *likely to be causal relationship* between long-term $PM_{2.5}$ exposure and cancer (Table 1-2). This causality determination represents a change from the *suggestive of a causal relationship*[42] determination reported in the 2009 PM ISA. The evidence base underlying this conclusion encompasses the decades of research on whole PM exposures and more recent research focusing specifically on $PM_{2.5}$.

$PM_{2.5}$ exhibits various characteristics of carcinogens, as shown in studies demonstrating genotoxic effects (e.g., DNA damage), epigenetic alterations, oxidative stress, and electrophilicity. The examination of the role of $PM_{2.5}$ in cancer development has often focused on whether whole PM, not specific size fractions, has mutagenic properties and whether exposure to whole PM results in genotoxicity or carcinogenicity. Additionally, it has been well characterized that some components of $PM_{2.5}$, specifically hexavalent chromium, nickel, arsenic, and PAHs are known human carcinogens. Extensive analyses of $PM_{2.5}$ and $PM_{2.5}$ extracts in the Ames *Salmonella*/mammalian-microsome mutagenicity assay demonstrate that $PM_{2.5}$ contains mutagenic agents (Section 10.2.2.1). Additional in vitro and in vivo toxicological studies indicate the potential for $PM_{2.5}$ exposure to result in DNA damage, which is supported by limited human evidence (Section 10.2.2.2). Some studies have also demonstrated that $PM_{2.5}$ exposure can result in cytogenetic effects, specifically micronuclei formation and chromosomal aberrations (Section 10.2.2.3), as well as differential expression of genes potentially relevant to genotoxicity or other aspects of cancer pathogenesis (Section 10.2.2.4). Although inconsistently examined across studies, changes in cellular and molecular markers of genotoxicity and epigenetic alterations, which may lead to genomic instability, are demonstrated in response to $PM_{2.5}$ exposure. Further, the carcinogenic potential of $PM_{2.5}$ was demonstrated in an animal toxicological study in which chronic inhalation enhanced tumor formation that was initiated by exposure to urethane. (Section 10.2.4). Additionally, recent epidemiologic studies encompassing multiple cohorts that are diverse in terms of both geographic coverage and population characteristics have provided evidence of primarily consistent positive associations between long-term $PM_{2.5}$ exposure and lung cancer incidence

---

[42] Since the 2009 PM ISA, the causality determination language has been updated and this category is now stated as *suggestive of, but not sufficient to infer, a causal relationship.*

00196524

and mortality, particularly in never smokers (Section 10.2.5.1). Experimental and epidemiologic evidence of genotoxicity, epigenetic effects, and carcinogenic potential provides biological plausibility for epidemiologic results of lung cancer incidence and mortality. Although evaluated in a limited number of studies, the assessment of potential copollutant confounding, particularly with $O_3$, indicates that $PM_{2.5}$ associations with lung cancer incidence and mortality are relatively unchanged in copollutant models (Section 10.2.5.1.3). There is limited evidence that long-term $PM_{2.5}$ exposure is associated with cancers in other organ systems; however, there is initial evidence that $PM_{2.5}$ exposure may reduce survival in individuals with cancer.

### 1.4.1.5    Mortality

Consistent with the conclusions of the 2009 PM ISA, evidence from recently published studies reaffirms and further strengthens that there is a *causal relationship* between both short- and long-term $PM_{2.5}$ exposure and total mortality. These causality determinations are based on the consistency of findings across a large body of epidemiologic studies. Evidence from controlled human exposure, epidemiologic, and animal toxicological studies of respiratory and cardiovascular morbidity also provides coherence, as well as biological plausibility. Together, the consistency and coherence in the evidence collectively support a continuum of effects by which short- and long-term $PM_{2.5}$ exposure could result in mortality.

#### 1.4.1.5.1        Mortality Associated with Short-Term $PM_{2.5}$ Exposure

Strong epidemiologic evidence from recent and previously available studies examining total (nonaccidental) mortality in combination with evidence for cause-specific respiratory and cardiovascular mortality continues to support the conclusion of the 2009 PM ISA that there is a *causal relationship* between short-term $PM_{2.5}$ exposure and total (nonaccidental) mortality (Table 1-2). This conclusion is based on multiple recent multicity studies conducted in the U.S., Canada, Europe, and Asia that continue to provide evidence of consistent, positive associations between short-term $PM_{2.5}$ and total mortality, across studies that used different approaches to control for the potential confounding effects of weather (e.g., temperature). In addition, there is evidence of biological plausibility for cause-specific mortality and ultimately total mortality as demonstrated by the consistent and coherent evidence across scientific disciplines for cardiovascular morbidity, particularly ischemic events and HF (Chapter 6), and respiratory morbidity, with the strongest evidence coming from studies of exacerbations of COPD and asthma (Chapter 5).

Recent multicity studies add to the body of evidence evaluated in the 2009 PM ISA and continue to support a positive association between short-term $PM_{2.5}$ exposure and total mortality with percentage increases in mortality ranging from 0.19−2.80% at lags of 0 to 1 day in studies in which mean 24-hour

00196525

avg concentrations were primarily <20 μg/m$^3$ (Figure 11-1; Table 11-1). The positive associations observed across studies reflect traditional analyses using ambient monitors as well as analyses conducted in both urban and rural locations that use new exposure assignment techniques and rely on multiple sources of PM$_{2.5}$ data (e.g., ambient monitors, statistical models, and satellite data). Whereas the analysis of potential copollutant confounding was limited to single-city studies and studies of PM$_{10}$ in the 2009 PM ISA, recent multicity studies conducted in Europe and Asia indicate that PM$_{2.5}$-mortality associations are relatively unchanged in copollutant models with gaseous pollutants and PM$_{10-2.5}$ (Section 11.1.4). These results from copollutant models further support an independent effect of PM$_{2.5}$ on mortality. The associations reported for total mortality are also supported by analyses demonstrating increases in cause-specific mortality, specifically for cardiovascular and respiratory mortality which comprise ~33 and ~9%, respectively, of total mortality [NHLBI (2017); Figure 11-2]. The consistent and coherent evidence across scientific disciplines for cardiovascular morbidity, particularly ischemic events and HF (Chapter 6), and to a lesser degree for respiratory morbidity, with the strongest evidence for exacerbations of COPD and asthma (Chapter 5), provide biological plausibility for cause-specific mortality and ultimately total mortality. The relationship between short-term PM$_{2.5}$ exposure and total mortality is additionally supported by analyses of the concentration-response (C-R) relationship. Although alternatives to linearity have not been systematically evaluated, recent mortality studies continue to support a linear, no-threshold C-R relationship (Section 11.1.10).

### 1.4.1.5.2    Mortality Associated with Long-Term PM$_{2.5}$ Exposure

Strong epidemiologic evidence from recent and previously available cohorts in the U.S., Canada, and Europe continues to support the conclusion of the 2009 PM ISA that there is a *causal relationship* between long-term PM$_{2.5}$ exposure and total mortality (Table 1-2). This conclusion is based on the evaluation of multiple cohorts that continue to provide evidence of consistent, positive associations, across studies that controlled for a range of individual- and ecological covariates, such as smoking status and SES. Additional evidence indicating coherence of effects across scientific disciplines for cardiovascular and respiratory morbidity and metabolic disease provides biological plausibility for cause-specific mortality and supports a *causal relationship* with total mortality.

Additional reanalyses and extensions of the American Cancer Society (ACS) and Harvard Six Cities (HSC) cohorts as well as new cohorts consisting of Medicare participants, people that live in Canada, or people employed in a specific job (e.g., teacher, nurse, etc.) provide further evidence of positive associations between long-term PM$_{2.5}$ exposure and total mortality, particularly in areas with annual mean concentrations <20 μg/m$^3$, and in some cases below 12 μg/m$^3$ (Figure 11-17 and Figure 11-18). Across studies, positive associations were consistently observed regardless of the exposure assignment approach employed, with some studies relying on ambient monitors while others using modeled or remote sensing data or hybrid methods that combine two or more data sources. Recent studies have conducted analyses to examine potential copollutant confounding and indicate that associations

SECTION 1.4: Evaluation of the Health Effects of PM

between long-term $PM_{2.5}$ exposure and total mortality are relatively unchanged in copollutant models, particularly for $O_3$, with fewer studies examining $NO_2$, and $PM_{10-2.5}$ (Section 11.2.3; Figure 11-20, Figure 11-21). The evidence for total mortality is further supported by analyses of cause-specific mortality, which report positive associations with cardiovascular, respiratory, and lung cancer mortality. Biological plausibility for mortality due to long-term $PM_{2.5}$ exposure is provided by the coherence of effects across scientific disciplines for cardiovascular morbidity, particularly for CHD, stroke and atherosclerosis, and for respiratory morbidity, particularly for the development of COPD. Recent studies extensively examined the C-R relationship between long-term $PM_{2.5}$ exposure and total mortality, specifically in several U.S. and Canadian cohorts, and collectively continue to support a linear, no-threshold C-R relationship (Section 11.2.4; Table 11-7).

A recent series of studies has evaluated the relationship between long-term exposure to $PM_{2.5}$ and mortality by examining the temporal trends in $PM_{2.5}$ concentrations to test the hypothesis that decreases in $PM_{2.5}$ concentrations are associated with increases in life expectancy (Section 11.2.2.5). These studies reported that decreases in long-term $PM_{2.5}$ concentrations were associated with an increase in life expectancy across the U.S. for the multiple time periods examined.

00196527

**Table 1-2    Key evidence contributing to *causal* and *likely to be causal* causality determinations for PM$_{2.5}$ exposure and health effects evaluated in the Integrated Science Assessment for Particulate Matter.**

| Key Evidence | Health Effect Category[a] and Causality Determination | PM$_{2.5}$ Concentrations Associated with Effects |
|---|---|---|
| | **Respiratory Effects and Short-Term PM$_{2.5}$ Exposure (Section 5.1): Likely to be Causal Relationship** | |
| | *No Change in Causality Determination from the 2009 PM ISA; New Evidence Further Supports the Previous Determination.* | |
| Section 5.1.12<br>Table 5-18 | Epidemiologic evidence, consisting mainly of ED visits and hospital admissions, strongly supports a relationship with asthma exacerbation, COPD exacerbation, and combinations of respiratory-related diseases. Evidence for associations with respiratory symptoms and medication use are coherent with other findings for asthma and COPD exacerbation. Some epidemiologic studies examined copollutant confounding and reported that results are robust in models with gaseous pollutants (i.e., $O_3$, $NO_2$, $SO_2$, and with more limited evidence for CO) and other particle sizes (i.e., PM$_{10-2.5}$), especially for asthma exacerbation, combinations of respiratory-related ED visits and hospital admissions, and respiratory mortality. There is a large body of experimental evidence demonstrating respiratory effects due to short-term PM$_{2.5}$ exposure. These experimental studies provide evidence for biologically plausible pathways by which PM$_{2.5}$ exposure could cause a respiratory effect. Specifically, animal toxicological studies provide biological plausibility for asthma exacerbation, COPD exacerbation, and respiratory infection with some evidence of an independent effect of PM$_{2.5}$ on respiratory endpoints. Controlled human exposure studies provide minimal evidence of respiratory effects such as altered lung function and pulmonary inflammation. Consistent positive associations with respiratory mortality provide evidence of a continuum of effects. | Mean ambient concentrations from epidemiologic studies for:<br><br>*Hospital admissions and ED visits for asthma, COPD, respiratory infections, and combinations of respiratory-related diseases:*<br><br>U.S. and Canada: 4.7−24. 6 µg/m³<br><br>Europe: 8.8−27.7 µg/m³<br><br>Asia: 11.8−69.9 µg/m³<br><br>*Respiratory mortality:*<br><br>U.S. and Canada: 7.9−19.9 µg/m³<br><br>Europe: 8.0−27.7 µg/m³<br><br>Asia: 11.8−69.9 µg/m³<br><br>Concentrations from animal toxicological studies for:<br><br>*Allergic airway disease:*<br>442−596 µg/m³<br><br>*COPD:* 171−1,200 µg/m³<br><br>*Altered host defense:*<br>100−350 µg/m³ |

SECTION 1.4: Evaluation of the Health Effects of PM

00196528

**Table 1-2 (Continued): Key evidence contributing to *causal* and *likely to be causal* causality determinations for PM$_{2.5}$ exposure and health effects evaluated in the Integrated Science Assessment for Particulate Matter.**

| Key Evidence | Health Effect Category[a] and Causality Determination | PM$_{2.5}$ Concentrations Associated with Effects |
|---|---|---|
| **Respiratory Effects and Long-Term PM$_{2.5}$ Exposure (Section 5.2): Likely to be Causal Relationship** *No Change in Causality Determination from the 2009 PM ISA; New Evidence Further Supports the Previous Determination.* ||| 
| Section 5.2.13 Table 5-27 | Epidemiologic evidence strongly supports a relationship with decrements in lung function growth in children. Additional epidemiologic evidence supports a relationship with asthma development in children, increased bronchitic symptoms in children with asthma, acceleration of lung function decline in adults, and respiratory mortality, including cause-specific respiratory mortality for COPD and respiratory infection. Some epidemiologic studies examined copollutant confounding and reported that results are robust in models with O$_3$, NO$_2$, and CO, especially for respiratory mortality. There is limited experimental evidence for respiratory effects from long-term PM$_{2.5}$ exposure. However, animal toxicological studies provide biological plausibility for decrements in lung function and asthma development in children, and they reduce the uncertainty regarding the independent effect of PM$_{2.5}$ for these endpoints. Animal toxicological studies also provide evidence for a wide variety of other subclinical effects, such as oxidative stress, inflammation, and morphologic changes. Epidemiologic studies examining the effects of declining PM$_{2.5}$ concentrations strengthen the relationship between long-term PM$_{2.5}$ exposure and respiratory health by demonstrating improvements in lung function growth and reduced bronchitic symptoms in children and improved lung function in adults as a result of lower PM$_{2.5}$ concentrations. However, these studies have a limited examination of copollutant confounding, which is a notable uncertainty because concentrations of other pollutants have also declined. | Mean ambient concentrations from epidemiologic studies for: *Decrement in lung function growth:* 6−28 µg/m$^3$ *Asthma development in children:* 5.2−16.5 µg/m$^3$ *Bronchitic symptoms in children with asthma:* 9.9−13.8 µg/m$^3$ *Accelerated lung function decline in adults:* 9.5−17.8 µg/m$^3$ *Respiratory mortality:* 6.3−23.6 µg/m$^3$ Concentrations from animal toxicological studies for: *Impaired lung development:* 16.8 µg/m$^3$ *Development of allergic airway disease:* 100 µg/m$^3$ |

SECTION 1.4: Evaluation of the Health Effects of PM

00196529

**Table 1-2 (Continued): Key evidence contributing to *causal* and *likely to be causal* causality determinations for PM$_{2.5}$ exposure and health effects evaluated in the Integrated Science Assessment for Particulate Matter.**

| Key Evidence | Health Effect Category[a] and Causality Determination | PM$_{2.5}$ Concentrations Associated with Effects |
|---|---|---|
| **Cardiovascular Effects and Short-Term PM$_{2.5}$ Exposure (Section 6.1): Causal Relationship** | | |
| *No Change in Causality Determination from the 2009 PM ISA; New Evidence Further Supports the Previous Determination.* | | |
| Section 6.1.16<br>Table 6-34 | There is strong evidence for coherence of effects across scientific disciplines and biological plausibility for a range of cardiovascular effects in response to short-term PM$_{2.5}$ exposure. Consistent epidemiologic evidence from multiple studies at relevant PM$_{2.5}$ concentrations provide evidence of increases in ED visits and hospital admissions for IHD and HF, as well as cardiovascular mortality in multicity studies conducted in the U.S., Canada, Europe, and Asia. These associations remain positive, but in some cases are reduced with larger uncertainty estimates, in copollutant models with gaseous pollutants. Controlled human exposure studies provide coherence and consistent evidence for changes in various measures of endothelial dysfunction and generally consistent evidence of changes in BP. These controlled human exposure studies are consistent with animal toxicological studies also demonstrating endothelial dysfunction, as well as changes in BP and the renin-angiotensin system. In addition, animal toxicological studies demonstrating that short-term PM$_{2.5}$ exposure results in decreased cardiac contractility and left ventricular pressure are coherent with epidemiologic studies reporting associations between short-term PM$_{2.5}$ exposure and HF. | Mean ambient concentrations from epidemiologic studies for:<br>*IHD:* 5.8−18.6 µg/m³<br>*HF:* 5.8−18.0 µg/m³<br>Concentrations from controlled human exposure studies:<br>24−325 µg/m³ for 2 h<br>Concentrations from animal toxicological studies:<br>178−190 µg/m³ |

SECTION 1.4: Evaluation of the Health Effects of PM

00196530

**Table 1-2 (Continued): Key evidence contributing to *causal* and *likely to be causal* causality determinations for PM$_{2.5}$ exposure and health effects evaluated in the Integrated Science Assessment for Particulate Matter.**

| Key Evidence | Health Effect Category[a] and Causality Determination | PM$_{2.5}$ Concentrations Associated with Effects |
|---|---|---|
| \ | **Cardiovascular Effects and Long-Term PM$_{2.5}$ Exposure (Section 6.2): Causal Relationship** | |
| | *No Change in Causality Determination from the 2009 PM ISA; New Evidence Further Supports the Previous Determination.* | |
| Section 6.2.18<br>Table 6-54 | Multiple epidemiologic studies continue to provide evidence of consistent, positive associations between long-term PM$_{2.5}$ exposure and cardiovascular mortality at lower ambient concentrations. The cardiovascular mortality associations were observed across different exposure assignment and statistical methods and were relatively unchanged in copollutant models with both gaseous (i.e., O$_3$, NO$_2$, SO$_2$) and particulate (i.e., PM$_{10-2.5}$) pollutants. The evidence for cardiovascular mortality is supported by a smaller body of epidemiologic studies that further explored associations between long-term PM$_{2.5}$ exposure and cardiovascular morbidity. These studies reported some evidence for increased risk of PM$_{2.5}$-related MI and stroke, specifically in individuals with a pre-existing cardiovascular disease or diabetes. Recent epidemiologic studies also present evidence for an effect of long-term PM$_{2.5}$ exposure on subclinical features of cardiovascular morbidity, particularly progression of atherosclerosis as reflected by associations with CAC, with more limited evidence for other measures, such as cIMT. Key evidence from animal toxicological studies includes consistent evidence for changes in BP, as well as some evidence for decreases in measures of heart function (e.g., contractility and cardiac output) and cardiac remodeling. Moreover, as in the previous review, there is also some additional evidence for atherosclerotic plaque progression in a genetically susceptible mouse model. | Mean ambient concentrations from epidemiologic studies for:<br><br>*Cardiovascular mortality*:<br>4.1−17.9 µg/m$^3$<br><br>*Coronary events*:<br>13.4 µg/m$^3$<br><br>*CAC*:<br>14.2 µg/m$^3$<br><br>*CHD and stroke (in those with pre-existing disease)*:<br>13.4−23.9 µg/m$^3$<br><br>Concentrations from animal toxicological studies for:<br><br>*BP*:<br>85−375 µg/m$^3$ (up to 15 weeks) |

SECTION 1.4: Evaluation of the Health Effects of PM

00196531

**Table 1-2 (Continued): Key evidence contributing to *causal* and *likely to be causal* causality determinations for PM₂.₅ exposure and health effects evaluated in the Integrated Science Assessment for Particulate Matter.**

| Key Evidence | Health Effect Category[a] and Causality Determination | PM₂.₅ Concentrations Associated with Effects |
|---|---|---|
| | **Nervous System Effects and Long-Term PM₂.₅ Exposure (Section 8.2): Likely to be Causal Relationship** | |
| | *Not Evaluated in the 2009 PM ISA; New Evidence Showing Brain Inflammation and Oxidative Stress, Neurodegeneration, Cognitive Effects, and Neurodevelopmental Effects.* | |
| Section 8.2.9<br>Table 8-20 | There is evidence that long-term exposure to PM₂.₅ can modulate the autonomic nervous system leading to downstream consequences, including cardiovascular effects (Section 6.2.1). A second pathway involving neuroinflammation and morphologic changes in the brain indicative of neurodegeneration is well substantiated and coherent across animal toxicological and epidemiologic studies. This combination of evidence supports PM₂.₅-related reductions in brain volume and cognitive effects in older adults. The evidence relating to Parkinson's disease, and neurodevelopmental effects was more limited. Consideration of copollutant confounding was generally lacking in the epidemiologic studies, but the uncertainty in interpreting the study findings was partly addressed by the direct evidence of effects provided by animal toxicological studies. | Mean annual concentrations from epidemiologic studies for:<br>*Brain volume:*<br>$11.1-12.2 \ \mu g/m^3$<br>*Cognition:*<br>$8.5$ (5-yr avg)$-14.9 \ \mu g/m^3$<br>*Autism:*<br>$14.0-19.6 \ \mu g/m^3$<br>Concentrations from animal toxicological studies for:<br>*Brain inflammation/oxidative stress:*<br>$65.7-441.7 \ \mu g/m^3$<br>*Neurodegenerative changes:*<br>$94.4 \ \mu g/m^3$<br>*Neurodevelopment:*<br>$92.7 \ \mu g/m^3$ |

SECTION 1.4: Evaluation of the Health Effects of PM

00196532

**Table 1-2 (Continued): Key evidence contributing to *causal* and *likely to be causal* causality determinations for PM$_{2.5}$ exposure and health effects evaluated in the Integrated Science Assessment for Particulate Matter.**

| Key Evidence | Health Effect Category[a] and Causality Determination | PM$_{2.5}$ Concentrations Associated with Effects |
|---|---|---|

**Cancer and Long-Term PM$_{2.5}$ Exposure (Section 10.2): Likely to be Causal Relationship**

*Change in Causality Determination From the 2009 PM ISA (Suggestive of a Causal Relationship) Due to Increased Evidence of Genotoxicity, Carcinogenicity, and Epigenetic Effects for PM$_{2.5}$ and Lung Cancer Incidence and Mortality.*

| Key Evidence | Health Effect Category[a] and Causality Determination | PM$_{2.5}$ Concentrations Associated with Effects |
|---|---|---|
| Section 10.2.7<br>Table 10-8 | Primarily positive associations from multiple epidemiologic studies reporting increases in the risk of lung cancer incidence and mortality. This evidence is supported by analyses focusing on never smokers and limited evidence of associations with histological subtypes of lung cancer found in never smokers. Across studies that examined lung cancer incidence and mortality, potential confounding by smoking status and exposure to SHS was adequately controlled. A limited number of studies examined potential copollutant confounding, but associations were relatively unchanged in models with O$_3$ with more limited assessment of other gaseous pollutants and particle size fractions. Experimental and epidemiologic studies provide evidence for a relationship between PM$_{2.5}$ exposure and genotoxicity, epigenetic effects, and carcinogenic potential. Uncertainties exist due to the lack of consistency in specific cancer-related biomarkers associated with PM$_{2.5}$ exposure across both experimental and epidemiologic studies; however, PM$_{2.5}$ exhibits several characteristics of carcinogens. This provides biological plausibility for PM$_{2.5}$ exposure contributing to cancer development. Additionally, there is limited evidence of cancer occurring in other organ systems, but there is some evidence that PM$_{2.5}$ exposure may detrimentally affect survival from any type of cancer. | Mean annual concentrations from epidemiologic studies for:<br><br>*Lung cancer incidence and mortality*:<br><br>U.S. and Canada:<br>6.3−23.6 μg/m$^3$<br><br>Europe:<br>6.6−31.0 μg/m$^3$<br><br>Asia:<br>33.7 μg/m$^3$<br><br>Concentrations from animal toxicological studies for:<br><br>*Carcinogenic potential:*<br>17.66 μg/m$^3$ |

SECTION 1.4: Evaluation of the Health Effects of PM

00196533

**Table 1-2 (Continued): Key evidence contributing to *causal* and *likely to be causal* causality determinations for PM$_{2.5}$ exposure and health effects evaluated in the Integrated Science Assessment for Particulate Matter.**

| Key Evidence | Health Effect Category[a] and Causality Determination | PM$_{2.5}$ Concentrations Associated with Effects |
|---|---|---|
| | | |

**Total Mortality and Short-Term PM$_{2.5}$ Exposure (Section 11.1): Causal Relationship**

*No Change in Causality Determination From the 2009 PM ISA; New Evidence Further Supports the Previous Determination.*

| Section 11.1.12<br>Table 11-4 | There is consistent epidemiologic evidence from multiple multicity studies conducted in the U.S., Canada, Europe, and Asia for increases in total (nonaccidental) mortality at ambient concentrations, often below 20 µg/m$^3$. The associations observed were relatively unchanged in copollutant models with gaseous pollutants and PM$_{10-2.5}$, which is consistent with copollutant analyses for cardiovascular and respiratory mortality, but copollutant analyses were limited to studies conducted in Europe and Asia. Biological plausibility for the epidemiologic evidence for total mortality is provided by the strong cardiovascular morbidity evidence, particularly for ischemic events and HF, while support for biological plausibility is more limited from the respiratory morbidity evidence, with the strongest evidence for exacerbations of COPD and asthma. Although alternatives to linearity have not been systematically evaluated, recent mortality studies continue to support a linear, no-threshold C-R relationship. | Mean 24-h avg concentrations from epidemiologic studies for:<br><br>*Total mortality*:<br>U.S. and Canada:<br>4.37−17.97 µg/m$^3$<br><br>Europe:<br>13−27.7 µg/m$^3$<br><br>Asia:<br>11.8−69.9 µg/m$^3$ |

SECTION 1.4: Evaluation of the Health Effects of PM

00196534

**Table 1-2 (Continued): Key evidence contributing to *causal* and *likely to be causal* causality determinations for PM$_{2.5}$ exposure and health effects evaluated in the Integrated Science Assessment for Particulate Matter.**

| Key Evidence | Health Effect Category[a] and Causality Determination | PM$_{2.5}$ Concentrations Associated with Effects |
|---|---|---|
| | **Total Mortality and Long-Term PM$_{2.5}$ Exposure (Section 11.2): Causal Relationship** | |
| | *No Change in Causality Determination From the 2009 PM ISA; New Evidence Further Supports the Previous Determination.* | |
| Section 11.2.7 Table 11-8 | There is consistent epidemiologic evidence from multiple studies reporting increases in the risk of total (nonaccidental) mortality from extended follow-ups of the ACS cohort and HSC cohort, as well as multiple studies focusing on a Medicare cohort, Canadian cohorts, and North American employment cohorts. The consistent increases in total mortality are observed across different exposure metrics based on ambient measurements, models, remote sensing, or hybrid methods that combine two or more of these methods, providing additional support for the mortality associations due to long-term PM$_{2.5}$ exposure reported in the 2009 PM ISA that relied on exposure metrics from ambient monitors. The consistent epidemiologic evidence for total mortality is supported by positive associations for cardiovascular, respiratory, and lung cancer mortality. Biological plausibility for total mortality is provided by the strong cardiovascular morbidity evidence, particularly for CHD, stroke, and atherosclerosis, while there is more limited evidence for biological plausibility from the respiratory morbidity evidence, with some evidence for development of COPD. Extensive epidemiologic evidence provides additional support for a linear, no-threshold concentration-response (C-R) relationship. A recent series of studies demonstrates that decreases in long-term PM$_{2.5}$ concentrations were associated with an increase in life expectancy across the U.S. for multiple time periods examined. | Mean annual concentrations from epidemiologic studies for: *Total mortality*: ACS/HSC cohorts: 11.4−23.6 µg/m$^3$ Medicare cohort: 8.12−12.0 µg/m$^3$ Canadian cohorts: 8.7−9.1 µg/m$^3$ Employment cohorts: 12.7−17.0 µg/m$^3$ |

ACS = American Cancer Society; avg = average; BP = blood pressure; CAC = coronary artery calcification; CHD = coronary heart disease; cIMT = carotid intima-media thickness; CO = carbon monoxide; COPD = chronic obstructive pulmonary disease; C-R = concentration-response; h = hour; HF = high frequency; HSC = Harvard Six Cities; IHD = ischemic heart disease; µg/m$^3$ = micrograms per cubic meter; MI = myocardial infarction; NO$_2$ = nitrogen dioxide; O$_3$ = ozone; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; SHS = second-hand smoke; SO$_2$ = sulfur dioxide.

[a]A large spectrum of outcomes is evaluated as part of a broad health effect category including physiological measures (e.g., airway responsiveness, lung function), clinical outcomes (e.g., respiratory symptoms, hospital admissions), and cause-specific mortality. Total mortality includes all nonaccidental causes of mortality and is informed by the nature of the evidence for the spectrum of morbidity effects (e.g., respiratory, cardiovascular) that can lead to mortality. The sections and tables referenced include a detailed discussion of the available evidence that informed the causality determinations.

SECTION 1.4: Evaluation of the Health Effects of PM

00196535

### 1.4.2    Health Effects of $PM_{10-2.5}$

At the completion of the 2009 PM ISA, substantial uncertainties remained in the assessment of health effects due to short- and long-term $PM_{10-2.5}$ exposures (U.S. EPA, 2009). In experimental studies, uncertainties existed because of differences in nasal deposition between humans and rodent. Since inhaled $PM_{10-2.5}$ does not reach the lower respiratory tract in rodents, animal toxicological studies relied on intratracheal instillation to assess health effects (see Figure 4-4). In epidemiologic studies the main uncertainty was due to the reliance on different methods of varying quality to estimate $PM_{10-2.5}$ concentrations across studies (e.g., direct measurement through dichotomous samplers, difference between collocated $PM_{10}$ and $PM_{2.5}$ monitors, difference between countywide average $PM_{10}$ and $PM_{2.5}$ when monitors were not collocated). Systematic comparisons to examine the spatial and temporal correlations in $PM_{10-2.5}$ concentrations between methods have not been conducted, therefore, each method may contribute to different degrees of exposure measurement error. Limited availability of data and higher spatial variability of $PM_{10-2.5}$ compared with $PM_{2.5}$ also contributed to uncertainty about the representativeness of $PM_{10-2.5}$ concentrations as a surrogate for exposure.

Recent epidemiologic and experimental studies continue to examine the relationship between short- and long-term $PM_{10-2.5}$ exposure and health effects; however, the uncertainties in the evidence identified in the 2009 PM ISA have, to date, still not been addressed. Specifically, within the epidemiologic studies, there is evidence of positive associations across the various health effects evaluated, but the methods used to estimate $PM_{10-2.5}$ concentrations and subsequently assign exposures to $PM_{10-2.5}$ have not been systematically evaluated in the peer-reviewed literature (see Section 3.3.1.1). Overall, this lack of evaluation contributes to uncertainty with respect to the spatial and temporal correlations in $PM_{10-2.5}$ concentrations across methods, which may add to uncertainties in $PM_{10-2.5}$ exposure surrogates (see Section 2.5.1.2.3). Evidence from experimental studies in humans combined with evidence from epidemiologic panel studies and limited evidence from animal toxicological studies continues to support biologically plausible pathways by which $PM_{10-2.5}$ could impart a variety of health effects. Overall, uncertainties in the evidence regarding biological plausibility for health effects related to $PM_{10-2.5}$ exposure and in the methods used to assign $PM_{10-2.5}$ exposure in epidemiologic studies contributed to causality determinations of *suggestive of, but not sufficient to infer, a causal relationship* or *inadequate to infer the presence or absence of a causal relationship* (Table 1-4).

### 1.4.3    Health Effects of UFPs

At the completion of the 2009 PM ISA, relatively few studies had examined the health effects attributed to short- and long-term UFP exposures. Across broad health categories there was limited and often inconsistent evidence of effects. There was some evidence of cardiovascular and respiratory effects due to UFP CAPs from controlled human exposure and animal toxicological studies, with more evidence

00196536

from studies of diesel exhaust. However, in the diesel exhaust studies it was not possible to determine whether the effect observed was due to UFPs, gaseous components, or a combination of the two. Additionally, there were broader uncertainties that spanned atmospheric chemistry, exposure assessment, and epidemiology due to limited information on: (1) the spatial and temporal variability in UFP concentrations; (2) the lack of a UFP monitoring network in the U.S.; and (3) insufficient data on the composition of UFPs. The uncertainties associated with monitoring UFPs are inherent in epidemiologic studies because most studies rely on a single monitor to estimate UFP exposure.

Recent studies have further explored the relationship between short- and long-term UFP exposure and health effects; however, the assessment of study results across experimental and epidemiologic studies is complicated by the size distribution examined in each discipline and the nonuniformity in the exposure metric examined (i.e., the particle size range and indicators (e.g., particle number concentration [NC], surface area concentration [SC], and mass concentration [MC]); see Preface). Specifically, experimental studies include size ranges up to 200 nm or higher. Epidemiologic studies often focus on various size ranges below 100 nm. However, if an epidemiologic study is focusing on NC it can include larger particle sizes, but it has been shown that 67−90% of NC represents particles <100 nm (Section 2.4.3.1).

Although there is some evidence of positive but imprecise associations across epidemiologic studies examining a range of health effects (e.g., cardiovascular and respiratory effects, and mortality), study results are difficult to interpret. This difficulty arises because most of the studies rely on a single monitor, which is inadequate, as shown in some monitoring campaigns that demonstrate a high degree of spatial variability in UFP concentrations and the fact the size distribution of UFPs changes with distance from a source (Section 2.5.1). As noted above, examining coherence and biological plausibility of UFP-related health effects is complicated by the larger size distribution of UFPs examined in experimental studies compared with the size distribution examined in epidemiologic studies. However, animal toxicological studies provide emerging evidence for nervous system effects resulting from short- and long-term UFP exposure, including brain inflammation and oxidative stress, morphologic changes, behavioral, and neurodevelopmental effects.

Based on the overarching uncertainties and inconsistency across studies in the characterization of UFP with respect to size distribution and exposure metric, across most health effects categories the collective evidence contributed to causality determinations that did not exceed *suggestive of, but not sufficient to infer, a causal relationship* (Table 1-4).

## 1.5    Policy-Relevant Considerations

In the process of evaluating the current state of the science with respect to the effect of short- and long-term PM exposure on health, studies were identified that conducted analyses focused on addressing

SECTION 1.5: Policy-Relevant Considerations

00196537

some of the main policy-relevant questions of this review, as detailed in the PM IRP (U.S. EPA, 2016), such as:

- Is there new evidence aimed at disentangling the effect of PM from the complex air pollution mixture to inform a direct effect of PM on health, specifically the assessment of potential copollutant confounding?

- Is there new evidence to inform the current indicators (i.e., $PM_{2.5}$ for fine particles and $PM_{10}$ for thoracic coarse particles), averaging times (i.e., 24-hour avg, annual average), and levels of the PM NAAQS?

- Is there new evidence on the shape of the C-R relationship and whether a threshold hold exists between PM exposure and various health outcomes (e.g., mortality, hospital admissions, etc.), especially for concentrations near or below the levels of the current PM NAAQS?

- Is there new evidence that individual PM component(s) or source(s) (e.g., industrial facilities, roads, atmospheric formation), are more strongly associated with health effects than PM mass, particularly for health effects for which there is sufficient evidence of a strong relationship (e.g., cardiovascular effects, mortality) with PM exposure?

- Is there new evidence indicating that specific populations or lifestages are at increased risk of a PM-related health effect compared with a referent population?

The following sections summarize the evidence that can inform consideration of these policy-relevant questions, specifically: potential copollutant confounding (Section 1.5.1), timing of effects (Section 1.5.2), C-R relationship (Section 1.5.3), PM components and sources (Section 1.5.4), and populations potentially at increased risk of a PM-related health effect (Section 1.5.5).

## 1.5.1    Potential Copollutant Confounding

Recent studies further evaluated the potential confounding effects of copollutants, both gaseous and particulate, on the relationship between short- and long-term $PM_{2.5}$ exposure and health effects. These studies build upon the evidence detailed in the 2009 PM ISA and continue to provide evidence indicating that associations with $PM_{2.5}$ are relatively unchanged in copollutant models. Evidence from epidemiologic studies, in combination with experimental studies detailed in subsequent chapters (i.e., Respiratory Effects—Chapter 5 and Cardiovascular Effects—Chapter 6) that examined exposure to PM (e.g., CAPs, resuspended PM, and whole mixtures in the presence and absence of a particle trap), demonstrate a direct effect of PM on health.

### 1.5.1.1    Short-Term $PM_{2.5}$ Exposure

Building upon the studies evaluated in the 2009 PM ISA, recent epidemiologic studies have further examined whether copollutants confound associations between short-term $PM_{2.5}$ exposure and respiratory and cardiovascular effects and mortality. These studies continue to demonstrate that

SECTION 1.5: Policy-Relevant Considerations

00196538

$PM_{2.5}$-associations are relatively unchanged in copollutant models with both gaseous (i.e., $O_3$, $NO_2$, $SO_2$, and CO) and particulate (i.e., $PM_{10-2.5}$) pollutants.

The examination of potential copollutant confounding on the relationship between short-term $PM_{2.5}$ exposure and respiratory effects has been assessed most extensively through studies examining respiratory-related ED visits and hospital admissions, particularly for asthma, with more limited assessments of COPD and respiratory infection, and studies examining respiratory mortality (Section 5.1.10.1). Correlations between $PM_{2.5}$ and gaseous and particulate pollutants varied across studies, with low to moderate correlations (i.e., <0.7) observed for $NO_2$, $SO_2$, CO, and $PM_{10-2.5}$, and correlations spanning from low to high for $O_3$. Across the studies that assessed copollutant confounding, $O_3$ was most commonly examined, followed by $NO_2$, , and $PM_{2.5}$ results were relatively unchanged in copollutant models. Although fewer studies focused on $SO_2$ and CO, the results from copollutant analyses were consistent with studies evaluated in the 2009 PM ISA, indicating that results are relatively unchanged in copollutant models. Recent studies that examined $PM_{10-2.5}$ further expand upon the initial results detailed in the 2009 PM ISA, and although results are consistent with observations from analyses of gaseous pollutants, there is greater uncertainty in these results due to the different methods employed across studies to estimate $PM_{10-2.5}$ concentrations.

For cardiovascular effects, moderate to strong correlations were reported for $NO_2$ and CO, with low to moderate correlations for $O_3$, $SO_2$, and $PM_{10-2.5}$. Across studies of various cardiovascular-related ED visits and hospital admissions and cardiovascular mortality, results were relatively unchanged in copollutant models, but there were some instances of attenuation of the $PM_{2.5}$ association in models with $NO_2$ and CO (Section 6.1.14.1). Overall, there was no observed difference in the trend or pattern of copollutant model results across cardiovascular endpoints (e.g., aggregate CVD endpoints, IHD, HF, cardiovascular mortality). However, the few instances of attenuation were with traffic-related pollutants (i.e., $NO_2$, CO), which generally had higher correlations with $PM_{2.5}$ than the other copollutants. As a result, it is difficult to distinguish whether the instances of observed attenuation in $PM_{2.5}$ associations are due to confounding or collinearity with other pollutants.

Most epidemiologic studies that examined the potential confounding effects of copollutants focused on respiratory and cardiovascular effects; only a few focused on mortality (Section 11.1.4). Recent multicity studies conducted in Europe and Asia support the results from single- and multicity studies examined in the 2004 PM AQCD and 2009 PM ISA that reported limited evidence of confounding by copollutants. Across studies examining both gaseous and particulate (i.e., $PM_{10-2.5}$) pollutants, low to moderate correlations were reported with $PM_{2.5}$. Associations with $PM_{2.5}$ were relatively unchanged in copollutant models across the various study locations examined.

In addition to conducting traditional copollutant analyses, epidemiologic studies of respiratory (Section 5.1.10.1.1) and cardiovascular (Section 6.1.14.1.1) effects have also examined the role of PM within the broader air pollution mixture. These studies do not inform whether PM is independently associated with a respiratory effect, but they can assess whether days with higher $PM_{2.5}$ concentrations are

SECTION 1.5: Policy-Relevant Considerations

00196539

more closely related to health effects. Studies of respiratory effects demonstrate that days when the air pollution mixture has high $PM_{2.5}$ concentrations often represent the days with the largest associations (in terms of magnitude) with a respiratory effect. Additionally, results indicate that risk estimates for a mixture are often similar, but in some cases larger, than those reported for $PM_{2.5}$ alone. However, for cardiovascular effects in general, the evidence neither consistently or coherently indicate a stronger or weaker effect of combined exposure to $PM_{2.5}$ and another pollutant compared to exposure to $PM_{2.5}$ and other pollutants alone.

### 1.5.1.2    Long-Term $PM_{2.5}$ Exposure

Epidemiologic studies focusing on long-term $PM_{2.5}$ exposure and health effects have traditionally provided a more limited assessment of the potential confounding effects of copollutants on $PM_{2.5}$ associations. Recent studies that provide an assessment of copollutant confounding directly address a previously identified uncertainty in the scientific evidence.

Across the health effects evaluated within this ISA, relatively few studies examined the potential confounding effects of copollutants on the relationship between long-term $PM_{2.5}$ exposure and respiratory (Section 5.2.13), cardiovascular (Section 6.2.18), and cancer (Section 10.2.7), with a general lack of studies of assessing the role of copollutant confounding on observed associations with nervous system effects (Section 8.2.9). These studies often did not examine the full suite of gaseous pollutants but tended to focus on traffic-related pollutants (i.e., $NO_2$, $NO_X$, and CO) and $O_3$, with some studies also examining $PM_{10-2.5}$. Across studies, low to moderate correlations (i.e., $r < 0.7$) were often observed between copollutants and $PM_{2.5}$. Collectively, studies that examined the potential confounding effects of copollutants on the $PM_{2.5}$ association with respiratory (i.e., lung function and asthma development) and cardiovascular effects (i.e., cardiovascular mortality), along with lung cancer incidence and mortality, reported associations that were relatively unchanged in copollutant models, but these assessments were conducted in a limited number of studies.

Several studies of long-term $PM_{2.5}$ exposure and mortality examined potential copollutant confounding. Within studies that examined the potential confounding effects of copollutants on the relationship between long-term $PM_{2.5}$ exposure and mortality, the most extensive analyses occurred for $O_3$, with a limited number of studies examining $NO_2$, $SO_2$, $PM_{10-2.5}$, and benzene. Studies that examined $O_3$ reported correlations that were generally moderate (ranging from $r = 0.49-0.73$), with a few studies reporting weak correlations ($r < 0.4$). Overall, associations remained relatively unchanged in copollutant models for total (nonaccidental) mortality, cardiovascular, and respiratory mortality (Figure 11-18). Studies focusing on copollutant models with $NO_2$, $PM_{10-2.5}$, $SO_2$, and benzene were examined in individual studies, and across these studies the $PM_{2.5}$-mortality association was relatively unchanged (Figure 11-19).

SECTION 1.5: Policy-Relevant Considerations

1-45

00196540