## 1.5.2    Timing of Effects

An important question to address when evaluating the scientific evidence demonstrating health effects due to short-term $PM_{2.5}$ exposure is the timing of observed effects. Studies have attempted to address this question through two primary avenues: (1) examining various averaging times of the exposure metric used to represent short-term $PM_{2.5}$ exposure to determine whether $PM_{2.5}$ concentrations averaged over time periods other than 24-hours are more closely associated with health effects and (2) assessing whether the relationship between exposure and effect is biologically plausible by examining the lag days over which associations are observed.

### 1.5.2.1    Averaging Time

Most epidemiologic studies that examined the relationship between short-term $PM_{2.5}$ exposures and health effects relied primarily on an exposure metric averaged over 24-hours. Some recent studies, focusing on respiratory and cardiovascular effects and mortality, have examined whether there is evidence that subdaily exposure metrics are more closely related to health effects than the traditional 24-hour avg metric.

Epidemiologic studies that examined both respiratory-related ED visits and hospital admissions, as well as subclinical markers of respiratory effects, explored associations with subdaily exposure metrics (Section 5.1.10.5). In studies of respiratory-related ED visits and hospital admissions, positive associations were not consistently observed with subdaily exposure metrics, and often there was no information on spatiotemporal variability of the subdaily metrics. Additionally, in a study that examined multiple subdaily averaging times and compared them with the 24-hour avg exposure metric, there was no difference in associations across metrics, but this result was limited to a single study location. Panel studies also examined subdaily exposure metrics through personal monitoring, but associations were not consistently observed at shorter averaging times for markers of pulmonary inflammation and changes in lung function.

A more limited number of studies examined subdaily exposure metrics and cardiovascular effects (Section 6.1.14.3). Studies of ST elevation, myocardial infarction, out-of-hospital cardiac arrest, and cerebrovascular disease ED visits and hospital admissions reported positive associations with subdaily exposure metrics, but the magnitude of the association tended to be larger when averaging over multiple hours up to 1 day (i.e., 24-hour avg). These studies provide evidence that continues to support the use of a 24-hour avg exposure metric.

A few studies examined subdaily $PM_{2.5}$ exposure metrics and associations with mortality, focusing on comparisons between the 24-hour avg and an hourly peak exposure metric (Section 11.1.8.2). In these studies, positive associations were reported for both the 24-hour avg and hourly peak exposure metric, with the association often slightly larger in magnitude for the 24-hour avg metric. Collectively, the

SECTION 1.5: Policy-Relevant Considerations

00196541

available evidence does not indicate that subdaily averaging periods for $PM_{2.5}$ are more closely associated with health effects than the 24-hour avg exposure metric.

---

### 1.5.2.2    Lag Structure of Associations

Often epidemiologic studies examined associations between short-term $PM_{2.5}$ exposure and health effects over a series of single-day lags, multiday lags, or by selecting lags a priori. Recent studies have expanded the assessment of examining the timing of effects by systematically examining lag days by focusing on whether there is evidence of an immediate (e.g., lag 0−1 days), delayed (e.g., lag 2−5 days), or prolonged (e.g., lag 0−5 days) effect of PM on health.

Epidemiologic studies of respiratory effects have primarily focused on examining the lag structure of associations for respiratory-related ED visits and hospital admissions, with most studies examining asthma exacerbation with a more limited assessment for COPD exacerbation and respiratory infection (Section 5.1.10.3). Across the studies that examined asthma, COPD, respiratory infections, and combinations of respiratory-related diseases, the strongest association reported, in terms of magnitude and precision, is generally within a few days after exposure, but there is some evidence demonstrating the potential for a prolonged effect of $PM_{2.5}$ (i.e., lags ranging from 0−5 days). Recent studies of respiratory mortality provide additional insight on the lag structure of associations for respiratory-related effects due to short-term $PM_{2.5}$ exposure. Studies of respiratory mortality tend to support more immediate $PM_{2.5}$ effects (i.e., lags of 0 to 2 days), but initial evidence of stronger associations, in terms of magnitude and precision, at lags of 0−5 days. Collectively, the studies of respiratory morbidity and mortality that conducted systematic evaluations of $PM_{2.5}$ associations across a range of lags provide evidence of effects within the range of 0−5 days after exposure.

As with respiratory effects, the majority of epidemiologic studies examining the lag structure of associations for cardiovascular effects focus on ED visits and hospital admissions. Studies of ED visits and hospital admissions of IHD, MI, and cardiovascular-related outcomes reported stronger associations for multiday lags, but these effects tended to be in the range of 0−1 or 0−2 days. When examining cerebrovascular disease, there was no evidence of an association at any of the lag days examined; however, when focusing on specific stroke types, particularly ischemic stroke, there was evidence of immediate effects at lags of 0 and 1 day, which is consistent with other cardiovascular outcomes. The immediate effects of $PM_{2.5}$ on cardiovascular morbidity outcomes, specifically those related to ischemic events, are consistent with the lag structure of associations observed in studies of cardiovascular mortality that report immediate effects (i.e., lag 0−1 day). There is some evidence indicating $PM_{2.5}$-cardviovascular mortality associations with exposures over longer durations, but this is not supported by studies examining single-day lags that encompass the same number of days.

An evaluation of recent epidemiologic studies of short-term $PM_{2.5}$ exposure and mortality found that studies either conducted analyses of single-day lags over many days or various iterations of multiday

SECTION 1.5: Policy-Relevant Considerations

00196542

lags (e.g., 0−1, 0−2, 0−3, etc.; Section 11.1.8.1). Across studies, associations were largest in terms of magnitude and precision for total (nonaccidental) mortality at lags of 0 to 1 day, but there is some evidence that associations remain positive at multiday lags up to 0−4 days. The combination of the multi- and single-day lag analyses provides further support of an immediate effect of short-term $PM_{2.5}$ exposure on mortality.

### 1.5.3    Concentration-Response Relationship

In assessing the relationship-between short- and long-term PM exposure and health effects, an important consideration is whether the relationship is linear across the full range of ambient concentrations and whether there is a threshold concentration below which there is no evidence of an effect. As detailed in the 2004 AQCD and 2009 PM ISA, conducting C-R and threshold analyses is challenging because of the "(1) limited range of available concentration levels (i.e., sparse data at the low and high end); (2) heterogeneity of (at-risk) populations (between cities); and (3) influence of measurement error" (U.S. EPA, 2004). Recent studies that focus on the shape of the C-R curve expand upon the health effects evaluated in previous reviews and continue to provide evidence of a linear, no-threshold relationship between both short- and long-term $PM_{2.5}$ exposure and several respiratory and cardiovascular effects, and mortality. Some recent evidence indicates a steeper slope (i.e., supralinear curve) at lower concentrations for some outcomes (i.e., long-term $PM_{2.5}$ exposure and mortality). Cutpoint analyses that focus on whether risk changes at different concentration ranges provide some evidence of nonlinearity, specifically in the relationship between short-term $PM_{2.5}$ exposure and respiratory-related ED visits and hospital admissions. Although recent studies have used many different statistical methods to examine the shape of the C-R relationship and generally provide evidence for a linear, no-threshold relationship, many of these studies have not systematically evaluated alternatives to a linear relationship.

### 1.5.3.1    Short-Term Exposure

Recent epidemiologic studies that examined the C-R relationship between short-term $PM_{2.5}$ exposure and health are limited to studies of respiratory-related ED visits and hospital admissions (Section 5.1.10.6), and mortality (Section 11.1.10). Across studies that examined respiratory effects, different analytical methods have been employed to examine the C-R relationship, either explicitly examining the shape of the C-R curve and whether there is evidence of linearity across the full range of $PM_{2.5}$ concentrations, or through cutpoint analyses that examine whether the risk of a $PM_{2.5}$-related respiratory effect changes within specified ranges of $PM_{2.5}$ concentrations. These studies primarily focused on asthma ED visits and hospital admissions, with some studies examining combinations of respiratory-related ED visits and hospital admissions. Studies that focused on the shape of the C-R curve provide initial evidence of a linear relationship for short-term $PM_{2.5}$ exposure and both respiratory disease and asthma ED visits and hospital admissions, with less certainty at concentrations below 10 $\mu g/m^3$.

SECTION 1.5: Policy-Relevant Considerations

00196543

However, cutpoint analyses provide some initial evidence indicating nonlinearity in the relationship (i.e., larger risk estimates at various quintiles when compared with the lowest quintile) between short-term $PM_{2.5}$ exposure and asthma ED visits and hospital admissions.

Studies that examined the C-R relationship for short-term PM exposure and mortality were initially limited to those focusing on $PM_{10}$. Recent epidemiologic studies focus on $PM_{2.5}$ and specifically the shape of the C-R curve at the low end of the $PM_{2.5}$ concentration distribution. Evidence from U.S. studies conducted at lower $PM_{2.5}$ concentrations compared with other countries, provide evidence indicating a linear relationship at concentrations as low as 5 $\mu g/m^3$. The observations from C-R analyses are further supported by cutpoint analyses examining associations at different $PM_{2.5}$ concentrations, as well as analyses that reported no evidence of a threshold. Overall, recent studies focusing on short-term $PM_{2.5}$ exposure and mortality support a linear, no-threshold relationship at ambient $PM_{2.5}$ concentrations lower than those evaluated in the 2009 PM ISA.

### 1.5.3.2    Long-Term Exposure

The most extensive analyses of the C-R relationship between long-term PM exposure and a health effect have generally been for $PM_{2.5}$ and mortality. Recent studies further expand and provide new insights on the relationship between long-term $PM_{2.5}$ exposure and mortality and provide initial examinations of the C-R relationship for respiratory and cardiovascular effects, as well as for lung cancer incidence and mortality.

Although the C-R relationship for long-term $PM_{2.5}$ exposure has not been assessed for most health effects, it has been extensively examined in studies of mortality (Section 11.2.4). Across studies, a variety of statistical methods have been used to assess whether there is evidence of deviations in linearity. Studies have also conducted cutpoint analyses that focus on examining risk at specific ambient concentrations (Table 11-7). These studies report results that generally support a linear, no-threshold relationship for total (nonaccidental) mortality, especially at lower ambient $PM_{2.5}$ concentrations, with confidence in the linear relationship as low as 5−8 $\mu g/m^3$ in some studies. Additionally, there is initial evidence indicating that the slope of the C-R curve may be steeper (supralinear) at lower concentrations for cardiovascular mortality.

Few epidemiologic studies have examined the C-R relationship for long-term $PM_{2.5}$ exposure and respiratory effects (Section 5.2.3.1.2). The ones that do have focused on asthma incidence and childhood wheeze. Studies of asthma incidence that examine the shape of the C-R curve and whether risk changes at different quartiles of $PM_{2.5}$ concentrations do not find any evidence of deviations in linearity and monotonically increasing risk, respectively. In an initial study of childhood wheeze, specifically repeated wheeze events, there is evidence of a linear C-R relationship with confidence in the linear relationship at long-term $PM_{2.5}$ concentrations as low as 10 to 12 $\mu g/m^3$.

SECTION 1.5: Policy-Relevant Considerations

00196544

A limited number of studies report initial assessments of the C-R relationship for long-term $PM_{2.5}$ concentrations and cardiovascular effects, specifically IHD incidence, CAC, and hypertension (Section 6.2.16). For IHD incidence, there was evidence of a linear C-R relationship at concentrations below 15 $\mu g/m^3$, which is consistent with the shape of the curve when compared with the full range of $PM_{2.5}$ concentrations. Analyses of the relationship between long-term $PM_{2.5}$ exposure and CAC indicate both linear and nonlinear relationships, while there is preliminary evidence of a linear relationship between long-term $PM_{2.5}$ exposure and incidence of hypertension. A few studies that examined the relationship between long-term $PM_{2.5}$ exposure and lung cancer incidence and mortality also examined the shape of the C-R curve by assessing its linearity and conducting cutpoint and threshold analyses (Section 10.2.5.1.4). These collective assessments provide initial evidence supporting a no-threshold, linear relationship across the range of $PM_{2.5}$ concentrations observed in the U.S., with confidence in a linear relationship as low as 5−10 $\mu g/m^3$ in some studies.

## 1.5.4    PM Components and Sources

Building on the initial evaluation conducted in the 2004 PM AQCD, the 2009 PM ISA formally evaluated the relationship between exposures to PM components and sources and health effects. This evaluation found that many components and sources representative of combustion-related activities (e.g., motor vehicle emissions, coal combustion, oil burning, vegetative burning) are associated with a range of health effects. The 2009 PM ISA, therefore, concluded that "many [components] of PM can be linked with differing health effects and the evidence is not yet sufficient to allow differentiation of those components or sources that are more closely related to specific health outcomes."

Building upon the evaluation of PM sources and components in the 2009 PM ISA, and as detailed in the Preface, this PM ISA systematically evaluated whether specific PM components or sources are more strongly associated with health effects than PM mass by focusing on those studies that: (1) included a composite metric of PM (e.g., mass of $PM_{2.5}$ and/or $PM_{10−2.5}$, or in the case of ultrafine particles [UFP] mass, particle number, etc.) and PM components; (2) applied some approach to assess the particle effect (e.g., particle trap) of a mixture; or (3) conducted formal statistical analyses to identify source-based exposures (see Preface). Overall, these criteria allow for a thorough evaluation of whether there is evidence that an individual component(s) and/or source(s) is more closely related to health effects than PM mass. Across the health effects categories evaluated in this ISA, most studies that examine PM sources and components focus on $PM_{2.5}$. Thus, the following sections summarize the current state of the science on $PM_{2.5}$ components and sources for those health effects categories for which it was concluded that there is a *causal* or *likely to be causal relationship*. Details on the $PM_{2.5}$ components and sources evidence relevant to other health effects categories (e.g., Reproductive and Developmental Effects) are covered in subsequent health chapters of this ISA.

00196545

Overall, recent studies continue to demonstrate that many $PM_{2.5}$ components and sources are associated with health effects ranging from subclinical (e.g., changes in heart function, such as HRV, or circulating biomarkers) to the more overt (i.e., ED visits, hospital admissions, and mortality). The results of these studies confirm and further support the conclusion of the 2009 PM ISA that many $PM_{2.5}$ components and sources are associated with many health effects and that the evidence does not indicate that any one source or component is consistently more strongly related with health effects than $PM_{2.5}$ mass.

### 1.5.4.1    Respiratory Effects

The examination of $PM_{2.5}$ components and sources and respiratory effects was limited to epidemiologic studies (Section 5.1.11). Epidemiologic studies that examined the relationship between respiratory health effects and short-term exposure to both $PM_{2.5}$ mass (n = 113) and $PM_{2.5}$ components, primarily focus on the components nitrate (n = 29), sulfate (n = 40), OC (n = 50), and EC/BC (n = 95). Across these studies, the health effects examined range from inflammation and changes in lung function to respiratory-related ED visits and hospital admissions. When examining the pattern of associations for individual $PM_{2.5}$ components with those observed for $PM_{2.5}$ mass, all the components examined (i.e., evaluated in at least three studies) were positively associated with a respiratory effect in at least a few studies (Section 5.1.11.7). For EC/BC, the most extensively examined $PM_{2.5}$ component, many studies reported positive associations, but some studies also reported results indicating no association, which is consistent with the pattern of associations for $PM_{2.5}$ mass.

A more limited number of studies examined associations between long-term $PM_{2.5}$ components exposure and respiratory effects (Section 5.2.12). Similar to short-term exposure studies, most long-term exposure studies focused on EC/BC and did not observe a pattern of associations with respiratory effects different from that observed for $PM_{2.5}$ mass. Collectively, positive associations were observed in studies examining short- and long-term $PM_{2.5}$ component exposure and respiratory effects, but there is no evidence that any one component is more strongly associated with respiratory effects than $PM_{2.5}$ mass.

Few studies examined the relationship between $PM_{2.5}$ sources and respiratory health effects. Through analyses in which $PM_{2.5}$ components were apportioned into source factors, positive associations were reported for several respiratory effects, particularly asthma exacerbation, and sources representative of combustion-related activities, such as traffic and biomass burning. No recent studies examined long-term exposure to $PM_{2.5}$ sources and respiratory effects.

### 1.5.4.2    Cardiovascular Effects

Both epidemiologic and experimental studies examined the relationship between exposure to $PM_{2.5}$ component and sources and cardiovascular effects (Section 6.1.15). In short-term exposure studies,

SECTION 1.5: Policy-Relevant Considerations

00196546

the epidemiologic evidence focuses on studies examining cardiovascular-related ED visits and hospital admissions, with only a few studies examining other cardiovascular effects. Similar to respiratory effects studies, the cardiovascular effects studies that examined both $PM_{2.5}$ mass and components ($n = 14$), focused most extensively on EC ($n = 12$), OC ($n = 10$), sulfate ($n = 9$), and nitrate ($n = 9$). Across all components examined, most were positively associated with cardiovascular-related ED visits and hospital admissions in at least one study (Section 6.1.15). Although EC was positively associated with cardiovascular-related ED visits and hospital admissions in many of the studies evaluated, it was not possible to tell whether EC was independently associated or a marker of exposure to $PM_{2.5}$ mass.

Few studies examined long-term exposure to $PM_{2.5}$ components and cardiovascular effects, and those that did were consistent with the long-term exposure and respiratory effects studies that primarily focused on EC/BC (Section 6.2.17). These studies did not provide evidence that any one component is more strongly associated with a cardiovascular effect. Collectively, studies examining short- and long-term $PM_{2.5}$ components exposure continue to support that there is no evidence that any one component is more strongly associated with a cardiovascular effect than $PM_{2.5}$ mass.

Epidemiologic and animal toxicological studies conducted source-based analyses using mathematical methods to apportion $PM_{2.5}$ components into source factors (Section 6.1.15.6 and Section 6.1.15.8). Epidemiologic studies focused on cardiovascular-related ED visits and hospital admissions and reported positive associations with sources representative of combustion-related activities (e.g., industrial combustion, traffic), with more limited evidence for wildfires. Animal toxicological studies, which focused on markers of heart function (e.g., HR, HRV), reported associations with a variety of source categories, but the associations were dependent on the location of the study (i.e., where the $PM_{2.5}$ CAPs were collected). Additional studies focusing on long-term exposures to $PM_{2.5}$ sources were fewer, with epidemiologic studies only examining traffic sources and animal toxicological studies reporting associations between a number of sources and various cardiovascular effects.

### 1.5.4.3    Mortality

Epidemiologic studies that examined associations with $PM_{2.5}$ components and sources and mortality have primarily focused on examining short- and long-term exposures to components (Section 11.1.11 and Section 11.2.6). Both short- and long-term exposure studies reported consistent, positive associations with $PM_{2.5}$ mass across all studies that also examined a component. Although the respiratory and cardiovascular effects studies focused mainly on EC/BC, the studies of mortality did not examine any one component disproportionately to the others. Of the $PM_{2.5}$ components examined, each were found to be positively associated with mortality in at least a few studies, but overall one component was not found to be as consistently associated with mortality as $PM_{2.5}$ mass.

Compared with the 2009 PM ISA, in which most epidemiologic studies of mortality conducted formal source apportionment analyses, recent studies have focused more exclusively on $PM_{2.5}$

SECTION 1.5: Policy-Relevant Considerations

00196547

components. Of the limited number of studies that examined associations between short- and long-term source exposures and mortality, positive associations were observed for those sources representative of combustion-related activities, including traffic, coal, and vegetative fires.

### 1.5.5    Populations and Lifestages at Potentially Increased Risk of a PM-Related Health Effect

An important consideration in evaluating the scientific evidence for PM, and in determining the extent to which the NAAQS provides public health protection, is whether specific populations or lifestages are at increased risk of a PM-related health effect. As detailed in the preceding sections of this chapter and in subsequent chapters of this ISA, a large body of evidence shows that health effects related to PM exposure, particularly $PM_{2.5}$ exposure, occur across populations with diverse characteristics (e.g., children, older adults, people with pre-existing cardiovascular diseases, etc.). Although this larger body of evidence provides information on the causal nature of the relationship between PM exposure and health effects, this section focuses on answering the following question:

*Are there specific populations and lifestages at increased risk of a PM-related health effect, compared to a reference population? That is, is the magnitude of effect or exposure greater for some populations or lifestages compared to a reference population, where applicable?*

The evaluation of populations and lifestages potentially at increased risk builds off the approach used in the 2009 PM ISA and involves application of a framework detailed in the 2013 $O_3$ ISA to characterize the evidence informing whether a population or lifestage is at increased risk (U.S. EPA, 2013). The focus of this evaluation is on determining the extent to which specific factors may increase the risk of a PM-related health effect in a population or lifestage relative to a reference population, where applicable. Importantly, this evaluation builds on the conclusions drawn elsewhere in the ISA, taking into consideration the relationship between exposure to PM and health effects. As detailed in the Preamble to the ISAs (U.S. EPA, 2015), the evaluation of the evidence includes (1) epidemiologic studies that conducted stratified analyses, (2) evidence from animal toxicological studies using animal models of disease and epidemiologic or controlled human exposure studies conducted in specific populations (e.g., lung function growth in children, people with mild asthma), (3) information on the dosimetry of PM within the body, and (4) consideration of information on differential exposure to PM within a population or lifestage. Overall, the framework allows for a transparent characterization of the collective body of evidence to draw conclusions on the degree to which the scientific evidence indicates that a specific population or lifestage is at increased risk of a PM-related health effect (Table 12-1).

Based on the causality determinations briefly summarized within this chapter, and more fully detailed in subsequent chapters, the strongest evidence indicating an effect of short- and long-term PM exposure on health is for $PM_{2.5}$ and the broad health categories of respiratory and cardiovascular effects, nervous system effects, cancer, and mortality. Thus, the assessment of populations and lifestages

00196548

potentially at increased risk of a $PM_{2.5}$-related health effect primarily focuses on studies that form the basis of these causality determinations that also conducted analyses to inform whether there is differential risk in a specific population or lifestage. In evaluating studies, several factors can influence the ability to observe an association, including, but not limited to, publication bias (i.e., not reporting null findings when examining evidence of differential risk), variability in how indicators or metrics are defined across studies (e.g., socioeconomic status, obesity, age), and variability in the population as a whole, particularly with respect to behavioral differences, biological differences (e.g., obese vs. nonobese), and adherence to treatment for pre-existing diseases.

Of the factors evaluated (see Table 12-3 for a full list), children and race were the only factors for which it was concluded that "*adequate evidence*" was available indicating that people of a specific lifestage and race are at increased risk of $PM_{2.5}$-related health effects (Section 12.5.1.1 and Section 12.5.4). Although stratified analyses do not indicate a difference in the risk of PM-related health effects between children and adults, there is strong evidence from studies focusing on children that demonstrate health effects only observable in growing children that attributed to $PM_{2.5}$ exposure. Specifically, recent epidemiologic studies of long-term $PM_{2.5}$ exposure have provided strong evidence of impaired lung function growth with additional evidence of decrements in lung function and the development of asthma. These longitudinal epidemiologic studies are consistent with and extend the evidence that was available in the 2009 PM ISA demonstrating health effects in children due to long-term $PM_{2.5}$ exposure. The conclusion of "*adequate evidence*" for race was based on studies that examined whether there was evidence of increased risk for $PM_{2.5}$-related health effects as well as studies that examined differential exposure by race. Multiple studies reported that nonwhite populations across different geographical regions are exposed to higher $PM_{2.5}$ concentrations and were at increased risk for $PM_{2.5}$-related mortality, particularly due to long-term exposure. Collectively, the combination of evidence demonstrates that nonwhite populations are at greater risk for both $PM_{2.5}$-related health effects and $PM_{2.5}$ exposure than are whites.

There is "*suggestive evidence*" that populations with pre-existing cardiovascular (Section 12.3.1) or respiratory (Section 12.3.5) disease, those that are overweight or obese (Section 12.3.3), those with particular genetic variants (Section 12.4), those that are of low SES (Section 12.5.3), and those who are current or former smokers (Section 12.6.1) are at increased risk for $PM_{2.5}$-related health effects. Epidemiologic studies that conducted analyses stratified by pre-existing cardiovascular disease tended to focus on hypertension, one of the most easily measurable cardiovascular conditions, and did not consistently indicate increased risk for several outcomes examined (e.g., mortality, stroke, BP). However, the strong evidence supporting a *causal relationship* between short- and long-term $PM_{2.5}$ exposure and cardiovascular effects, which includes cardiovascular-related mortality and ischemic heart disease (Section 6.1.16 and Section 6.2.18) indicates that individuals with underlying cardiovascular conditions related to these serious outcomes may be at increased risk of a $PM_{2.5}$-related health effect. Similarly, there are few studies that evaluated whether there is evidence of increased risk of a $PM_{2.5}$-related health effect between people with pre-existing asthma (Section 12.3.5) and COPD (Section 12.3.5) compared with

SECTION 1.5: Policy-Relevant Considerations

1-54

00196549

people that do not have a pre-existing respiratory disease. However, epidemiologic studies, particularly those studies examining short-term $PM_{2.5}$ exposure and asthma or COPD ED visits and hospital admissions report generally consistent positive associations (Section 5.1.2.1 and Section 5.1.4.1), which represent exacerbations that are only possible in people with asthma or COPD. Therefore, there is limited evidence to support that people with pre-existing respiratory diseases, specifically asthma or COPD, are at increased risk for a $PM_{2.5}$-related health effect, but there is generally consistent evidence demonstrating these populations experience health effects due to a $PM_{2.5}$ exposure.

Studies that examined whether being obese or overweight increased the risk of a $PM_{2.5}$-related health effect, reported evidence of increased risk for mortality associated with long-term exposures to $PM_{2.5}$, but inconsistent evidence was found for subclinical cardiovascular outcomes, when comparing obese or overweight individuals with normal weight individuals. However, the evaluation of studies focusing on differences in risk by weight were complicated by the different definitions of obesity used across studies.

The examination of whether specific genetic characteristics dictate increased risk of a $PM_{2.5}$-related health effect involved studies of genetic variants. Across the large number of genetic variants examined there is a consistent trend for increased risk of respiratory and cardiovascular effects associated with $PM_{2.5}$ exposure across gene variants involved in the glutathione transferase pathway. These results are consistent with underlying mechanisms that provide biological plausibility for $PM_{2.5}$-related health effects and have shown that oxidative stress is an early response to $PM_{2.5}$ exposure.

Epidemiologic studies have examined several measures of SES (e.g., income level, educational attainment, etc.) in assessing whether populations are at increased risk of a $PM_{2.5}$-related health effect. In studies examining both differential exposure as well as increased risk of health effects, there is some evidence that low SES populations are more likely to have higher $PM_{2.5}$ exposures and that low SES populations, as measured by metrics for income, are at increased risk of $PM_{2.5}$-related mortality when compared with populations defined as higher SES. Finally, there is some epidemiologic evidence from studies examining long-term $PM_{2.5}$ exposure and lung cancer incidence and mortality, as well as total mortality, that people who currently smoke or were former smokers may be at increased risk of a $PM_{2.5}$-related health effect compared with never smokers.

For the remaining factors evaluated, "*inadequate evidence*" exists to determine whether having diabetes (Section 12.3.2), being in an older lifestage (i.e., older adults; Section 12.5.1.2), residential location (including proximity to source and urban residence; Section 12.5.5), sex (Section 12.5.2), or diet (Section 12.6.2) increase the risk of $PM_{2.5}$-related health effects. Across these factors there is either limited assessment of differential risk or exposure (i.e., residential location, diet), or inconsistency in results across studies to support evidence of increased risk of a $PM_{2.5}$-related health effect (i.e., diabetes and sex). Instead, the inconsistency in the evidence makes the determination of disproportionately increased risk more difficult. For example, for older adults (Section 12.5.1.2) there is a relatively small number of studies that examined whether there is evidence of differential risk between age groups. In the

SECTION 1.5: Policy-Relevant Considerations

00196550

evaluation of these studies there is limited evidence indicating that older adults are at increased risk of $PM_{2.5}$-related health effects compared with other age ranges; however, epidemiologic studies focusing only on older adults demonstrate associations with respiratory-related ED visits and hospital admissions with additional, but more limited, evidence of subclinical cardiovascular effects from epidemiologic panel studies and controlled human exposure studies.

## 1.6    Welfare Effects of PM

Whereas the evaluation of the evidence for PM exposures and health effects are specific to exposure duration (i.e., short- and long-term) and PM size fraction (i.e., $PM_{2.5}$, $PM_{10-2.5}$, and UFP), the evaluation of the evidence for welfare effects focuses generally on whether there is a *causal relationship* between PM and visibility impairment, climate effects, and effects on materials. As detailed below, the evidence continues to support a *causal relationship* between PM and visibility impairment (Section 1.6.1), climate effects (Section 1.6.2), and materials effects (Section 1.6.3).

### 1.6.1    Visibility Impairment

It is well known that light extinction from pollution is primarily due to $PM_{2.5}$, resulting in this ISA concluding there is a *causal relationship* between PM and visibility impairment, which is consistent with the conclusions of the 2009 PM ISA (Table 1-3). This conclusion is based on additional characterization of the effect of PM size and composition on light extinction.

The relationship between PM and light extinction has been well documented (Section 13.2.2). Although reconstruction of light extinction is best achieved with detailed information on the size and composition of PM measurements, empirical relationships between light extinction of PM components are more practical and have been successfully evaluated and widely used (Section 13.2.3). Light extinction has been found to vary depending on the available PM species monitoring data, with light extinction efficiencies varying by a factor of 10 between species. Additionally, the variation in PM species by region and season, as well as urban and rural location, can affect light extinction. The steep decline in $PM_{2.5}$ sulfate of −4.6% per year in rural areas and −6.2% per year in urban areas from 2002−2012 (Section 1.2.1) has affected the apportionment of light extinction among $PM_{2.5}$ species. Although $PM_{2.5}$ sulfate is still responsible for more light extinction than any other single species, visibility in many areas has improved, and a smaller and less seasonally variable fraction of light extinction can be attributed to $PM_{2.5}$ sulfate, with an increasing share due to nitrate and organic matter (Section 13.2.4).

00196551

## 1.6.2    Climate Effects

Substantial evidence indicates that PM affects the radiative forcing of the climate system, both through direct scattering and absorption of radiation, and indirectly, by altering cloud properties, resulting in the conclusion that there is a *causal relationship* between PM and climate effects, which is consistent with the conclusions of the 2009 PM ISA (Table 1-3). This conclusion is based on multiple recent studies that have strengthened the evidence for the effects of PM on radiative forcing and have improved the characterization of major sources of uncertainty in estimating PM climate effects, including the indirect radiative forcing effects associated with PM-cloud interactions, and the additional climate effects and feedbacks involving atmospheric circulation and the hydrologic cycle resulting from PM effects on radiative forcing.

Because of these radiative effects, the net effect of PM has been to cool the planet over the last century, masking some of the effects of greenhouse gases on warming (Section 13.3.3). The decrease in PM concentrations in many developed countries over the last few decades has likely contributed to the recent shift toward "global brightening," which may in turn have helped drive rapid warming in North American and Europe because this greenhouse-gas warming was unmasked (Section 13.3.6). In developing countries in Asia, by contrast, there has been an increase in PM concentrations over the last several decades, but the associated radiative forcing effects are highly uncertain, due to uncertainties in emissions estimates and the lack of accurate information on the proportion of reflecting versus absorbing species. Although uncertainties in the relationship between PM and climate effects have been further studied and characterized since the 2009 PM ISA, there are still substantial uncertainties with respect to key processes linking PM and climate, specifically the interaction between clouds and aerosols. This is because of the small scale of PM-relevant cloud microphysical processes compared with the coarse resolution of state-of-the-art models, and because of the complex cascade of indirect effects and feedbacks in the climate system that result from a given initial radiative perturbation caused by PM.

## 1.6.3    Materials Effects

Multiple recent studies further characterize soiling and corrosion processes associated with PM and add to the body of evidence of PM damage to materials. Approaches to quantify pollutant exposure corresponding to perceived soiling and damage continue to indicate that deposition can result in increased cleaning and maintenance costs and reduced usefulness of soiled material. The combination of this evidence results in the conclusion that there is a *causal relationship* between PM and effects on materials, which is consistent with the conclusions of the 2009 PM ISA (Table 1-3).

Assessments of the relationship between PM and effects on materials have often focused on quantitative assessments including the development of dose-response relationships and application of damage functions to stone used for historic monuments and buildings. Recent studies provide additional

SECTION 1.6: Welfare Effects of PM

00196552

information on understanding soiling and corrosion process for glass and metals and have allowed for the development of new dose-response curves (Section 13.4.3), particularly for glass, as well as new damage functions for materials (Section 13.4.4). Additional evidence demonstrates that atmospheric soiling can affect energy costs and climate control, energy consumption of large buildings, and the efficiency of photovoltaic systems (Section 13.4.2).

**Table 1-3    Key evidence contributing to *causal* causality determinations for PM exposure and welfare effects evaluated in the Integrated Science Assessment for Particulate Matter.**

| Key Evidence | Welfare Effect Category[a] and Causality Determination |
|---|---|
| **Visibility Impairment and PM Exposure (Section 13.2): Causal Relationship** | |
| *No Change in Causality Determination From the 2009 PM ISA; New Evidence Further Supports the Previous Determination.* | |
| Section 13.2.6 | Visibility impairment by atmospheric PM, with the strongest effects in the size range from 0.1 to 1.0 μm, is supported by numerous studies summarized in the 1969 PM AQCD (NAPCA, 1969), although the relationship between PM and atmospheric visibility impairment was well established decades earlier. Additional studies supporting the relationship have been described in subsequent documents, and additional new evidence is based on extensive simultaneous network measurements of $PM_{2.5}$ and light extinction. |
| **Climate Effects and PM Exposure (Section 13.3): Causal Relationship** | |
| *No Change in Causality Determination From the 2009 PM ISA; New Evidence Further Supports the Previous Determination.* | |
| Section 13.3.9 | Effects of PM on radiative forcing of the climate system through both absorption and scattering of radiation directly, as well as through indirect effects involving interactions between PM and cloud droplets, with corresponding effects on temperature, precipitation, and atmospheric circulation, is supported by numerous observational and modeling studies. Research since the 2009 PM ISA (U.S. EPA, 2009) has improved understanding of climate-relevant aerosol properties and processes, as well as characterized key sources of uncertainty in estimating PM climate effects, particularly with respect to PM-cloud interactions. |
| **Materials Effects and PM Exposure (Section 13.4): Causal Relationship** | |
| *No Change in Causality Determination From the 2009 PM ISA; New Evidence Further Supports the Previous Determination.* | |
| Section 13.4.5 | Both soiling and corrosion associated with PM contribute to materials damage (U.S. EPA, 2009, 2004, 1982). Deposition of PM can physically affect materials by promoting or accelerating the corrosion of metals, by degrading paints, and by deteriorating building materials such as stone, concrete, and marble. Further characterization of PM effects on glass and metals, along with quantitative dose-response relationships and damage functions for stone and other materials lend additional support to the causal relationship in the 2009 PM ISA. Recent evidence shows that deposition of PM reduces energy efficiency of photovoltaic systems. |

AQCD = Air Quality Criteria Document; PM = particulate matter.

[a]The sections referenced include a detailed discussion of the available evidence that informed the causality determinations.

SECTION 1.6: Welfare Effects of PM

00196553

## 1.7    Summary of Causality Determinations for Health and Welfare Effects

The preceding sections of this chapter focused on summarizing the key evidence that formed the basis for causality determinations within this ISA. Figure 1-1 and Figure 1-2 detail the causality determinations for each of the exposure duration and health or welfare effects categories evaluated in this ISA and note whether these conclusions differ from those presented in the 2009 PM ISA.

There is extensive scientific evidence that demonstrates health and welfare effects from exposure to PM. In assessing the older and more recent evidence, the U.S. EPA characterizes the key strengths and remaining limitations of this evidence. In the process of assessing the evidence across studies and scientific disciplines and ultimately forming causality determinations, the U.S. EPA takes into consideration multiple aspects that build upon the Hill Criteria (Hill, 1965) and include, but are not limited to, consistency in findings, coherence of findings, and evidence of biological plausibility [see U.S. EPA (2015)]. As documented by the extensive evaluation of evidence throughout the subsequent chapters of this ISA, the U.S. EPA carefully considers uncertainties in the evidence, and the extent to which recent studies have addressed or reduced uncertainties from previous assessments, as well as the strength of the evidence. Uncertainties considered in the epidemiologic evidence, for example, include the potential for confounding by copollutants or covarying factors (e.g., temporal trends and weather in short-term exposure studies, and individual-level and ecological factors in long-term exposure studies) and exposure error. The U.S. EPA also evaluates many other important considerations (not uncertainties), such as coherence of evidence from animal and human studies, evaluation of different PM components, heterogeneity of risk estimates, and the shape of C-R relationships. All of these uncertainties and considerations are evaluated along with the degree to which chance, confounding, and other biases affect interpretation of the scientific evidence in the process of drawing scientific conclusions and making causality determinations. Where there is clear evidence linking PM with health and welfare effects with minimal remaining uncertainties, the U.S. EPA concludes there is a *causal* or *likely to be causal* relationship (Section P.3, Table P-2).

00196554

**Figure 1-1    Summary of causality determinations for health effect categories for the PM ISA.**

PM = particulate matter; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; UFP = ultrafine particles.

Note: Those health effect categories for specific exposure durations and size fractions where an asterisk is present indicate the first time studies were available to evaluate evidence and assess the causal nature of relationships between PM exposure and the health effect category of interest. Table P-2 provides a description of each of the five causality determinations and the types of scientific evidence that is considered for each category.

SECTION 1.7: Summary of Causality Determinations for Health and Welfare Effects

00196555

## 1.7.1     Health Effects Evidence: Key Findings

A large body of scientific evidence spanning many decades clearly demonstrates that there are health effects attributable to both short- and long-term PM exposure, with the strongest evidence for a relationship between some health effects and $PM_{2.5}$. Generally, for most health effects and exposures to $PM_{10-2.5}$ and UFPs, there are more limitations and uncertainties across scientific disciplines (i.e., atmospheric chemistry, exposure science, and both epidemiology and experimental sciences), complicating the interpretation of the evidence. The collective body of evidence for each of the PM size fraction, exposure, and health effect category combinations evaluated in this ISA was carefully considered and assessed, including the inherent strengths, limitations, and uncertainties in the overall body of evidence such as the available methods, models, and data used within and across studies, resulting in the causality determinations detailed in Figure 1-1. By identifying the strengths and limitations in the evidence, this ISA may help to prioritize research efforts to support future PM NAAQS reviews. Examples of the key findings that support the health effects causality determinations include:

### 1.7.1.1     *Causal* and *Likely to be Causal Relationship*

#### 1.7.1.1.1          Epidemiologic Evidence

##### $PM_{2.5}$

- There are many epidemiologic studies conducted in diverse geographic locations, that include different population demographics, use a variety of exposure assignment techniques, and include different approaches and covariates to control for potential confounders that continue to report consistent positive associations between short- and long-term $PM_{2.5}$ exposure and various health effects. This evidence is consistent with the large body of epidemiologic studies reporting positive $PM_{2.5}$ associations with respiratory and cardiovascular effects, and mortality and in some cases strengthens and extends the evidence base.

- Recent epidemiology studies incorporate new $PM_{2.5}$ exposure assignment methods that use several sources of available data (i.e., satellite observations, model predictions, and ambient monitors). These methods are well validated by $PM_{2.5}$ monitors in areas with moderate to high population density and better allow for the inclusion of less urban areas. Although fewer monitors are available for model validation in sparsely populated rural areas than in urban areas, $PM_{2.5}$ concentrations are typically lower and more spatially homogeneous in rural areas, resulting in the need for fewer validation sites.

- Each of the exposure assignment methods used in short- and long-term $PM_{2.5}$ exposure epidemiologic studies have inherent strengths and limitations and vary in the degree to which they contribute bias and uncertainty to health effects estimates. Exposure errors most often underestimate associations with health effects in short- and long-term $PM_{2.5}$ exposure studies (i.e., health effect associations are even larger than estimated). However, in long-term $PM_{2.5}$ exposure studies, associations with health effects can be overestimated, specifically when the exposure model has low spatial resolution and underestimates $PM_{2.5}$ exposures.

SECTION 1.7: Summary of Causality Determinations for Health and Welfare Effects

00196556

### 1.7.1.1.2        Experimental Evidence

**PM$_{2.5}$**

- The large number of animal toxicological and controlled human exposure studies conducted since the 2009 PM ISA provide coherence with (i.e., an indication of an effect across different scientific disciplines) and biological plausibility for effects observed in epidemiologic studies of short- or long-term PM$_{2.5}$ exposure. Although experimental studies are conducted at PM concentrations higher than those often observed in ambient environments (e.g., concentrated ambient particle [CAP] exposures 10−15-fold higher), this practice is consistent with the design of experimental studies used in chemical and pharmacological risk assessments.

### 1.7.1.1.3        Policy-Relevant Considerations

- The expansion in the number of experimental studies, both animal toxicological and controlled human exposure, using CAP exposures provides evidence of a direct effect of PM exposure on various health effects.

- The PM$_{2.5}$ experimental studies together with epidemiologic studies showing that associations remain relatively unchanged in copollutant analyses provide evidence for an independent effect of PM$_{2.5}$. This addresses a key uncertainty identified in the 2009 PM ISA.

- Examination of the C-R relationship has primarily been conducted for short- and long-term PM$_{2.5}$ exposure and mortality, with a more limited number of analyses examining cardiovascular morbidity effects. Across recent studies that used a variety of statistical methods to examine potential deviations in linearity, evidence continues to support a linear, no-threshold C-R relationship, but with less certainty in the shape of the curve at lower concentrations (i.e., below about 8 $\mu$g/m$^3$). Additionally, recent evidence from studies of long-term PM$_{2.5}$ exposure and cardiovascular mortality indicate that the C-R curve may be steeper (i.e., supralinear) at lower concentrations.

- Multicity epidemiologic studies, particularly those examining short-term PM$_{2.5}$ exposure and mortality, continue to report evidence of heterogeneity in the magnitude and precision of risk estimates across cities. However, recent studies indicate that the observed heterogeneity in risk estimates is not due solely to differences in the composition of PM$_{2.5}$, as was hypothesized in the 2009 PM ISA, but also reflects city-specific exposure conditions (e.g., housing and commuting characteristics).

- The combination of evidence spanning atmospheric chemistry, experimental studies, and epidemiologic studies continues to support that a multitude of PM$_{2.5}$ components and a diverse array of sources are associated with a variety of health effects. Although the composition of ambient PM$_{2.5}$ has changed over time, the evidence does not indicate that any one source or component is more strongly related with health effects than PM$_{2.5}$ mass.

00196557

### 1.7.1.2    *Suggestive of, but not Sufficient to Infer, a Causal Relationship*

#### 1.7.1.2.1        Epidemiologic Evidence

**$PM_{2.5}$**

- Recent epidemiologic studies examining short- or long-term $PM_{2.5}$ exposure and various health effects report inconsistent evidence of an association or there are relatively few studies focusing on the health effect of interest.

- Additionally, recent studies provide a limited assessment of potential copollutant confounding for some health effects.

**$PM_{10-2.5}$**

- Recent epidemiologic studies continue to examine associations between short- or long-term $PM_{10-2.5}$ exposure and various health effects, and report generally positive associations (i.e., not all results are positive). However, many of these studies are conducted in locations outside of the U.S. Additionally, the overall interpretation of results across studies is complicated by the use of different methods to estimate $PM_{10-2.5}$ concentrations because the design of the $PM_{10-2.5}$ FRM was not finalized until 2006 and routine $PM_{10-2.5}$ monitoring with the FRM was not instituted until 2011.

  o   $PM_{10-2.5}$ concentrations are more spatially variable than $PM_{2.5}$. Although some $PM_{10-2.5}$ data are available across the nation, micro- to neighborhood-scale data are not widely available, adding uncertainty to the interpretation of results from epidemiologic studies, especially for long-term exposure studies that rely on spatial contrasts to examine associations with health effects.

**UFP**

- There are a limited number of epidemiologic studies examining short-term UFP exposure and health effects, with some providing initial evidence of positive associations. However, it is difficult to assess the results across studies because of the different size ranges of UFPs examined and the exposure metrics used (i.e., particle number concentration, surface area concentration, mass concentration).

  o   Because no national monitoring network is in place to measure UFP concentrations, there is limited information on the spatial and temporal variability of UFP concentrations within the U.S. It has however been reported that UFPs vary more over space than $PM_{2.5}$. Thus, the use of one monitor in most epidemiologic studies to estimate UFP concentrations may not adequately capture population exposure to UFPs.

  o   There is a difference in the size range of UFPs examined in epidemiologic studies (0.1 μm and less) and experimental studies (i.e., up to 0.3 μm). This difference adds uncertainty to the evaluation of coherence between effects observed in experimental and epidemiologic studies. Furthermore, the spatial and temporal variability in UFP

00196558

concentrations, as well as in population exposures to UFPs, add uncertainty to epidemiologic findings.

#### 1.7.1.2.2        Experimental Evidence

#### PM$_{2.5}$ and PM$_{10-2.5}$

- Animal toxicological and controlled human exposure studies provide limited, and in some instances inconsistent, evidence of effects from short- or long-term PM$_{2.5}$ and PM$_{10-2.5}$ exposure. As a result, there is limited coherence with results from epidemiologic studies and limited evidence indicating biologically plausible pathways by which effects could occur.

#### UFP

- There is strong and consistent animal toxicological evidence linking long-term UFP exposure to nervous system effects. This evidence is supported by dosimetric studies in animals showing that particles can translocate out of the respiratory tract into the brain via the olfactory nerve, however, it is unclear whether this translocation occurs in humans as well as in animals. There is also uncertainty surrounding other mechanisms and the degree to which particles translocate from the respiratory tract to the brain. However, translocation of particles to the brain may not be required for UFP-related nervous system effects.

- For all health effect categories, animal toxicological and controlled human exposure studies provide limited, and in some instances inconsistent, evidence of effects due to short- or long-term UFP exposure and contribute to limited coherence and biological plausibility for some health effects categories.

### 1.7.1.3     *Inadequate to Infer the Presence or Absence of a Causal Relationship*

#### 1.7.1.3.1        Epidemiologic Evidence

#### PM$_{10-2.5}$ and UFPs

- Depending on the health effect, few or no epidemiologic studies examined the relationship between short- and long-term PM$_{10-2.5}$ or UFP exposures and various health effects. These studies often include single-city analyses that were conducted over short study durations. As noted previously, (1) for studies examining PM$_{10-2.5}$, the methods used to estimate PM$_{10-2.5}$ concentrations across studies vary, and it is unclear how well correlated concentrations are spatially and temporally across methods; and (2) for UFP studies, there is inconsistency in the size ranges examined across studies and the exposure metric used, which prevents a thorough comparison of results across studies.

00196559

### 1.7.1.3.2        Experimental Evidence

#### $PM_{10-2.5}$ and UFPs

- Depending on the health effect, few or no experimental studies examined the relationship between short- and long-term $PM_{10-2.5}$ or UFP exposures and various health effects. The few studies conducted provide inconsistent evidence of effects due to $PM_{10-2.5}$ or UFP exposures. Thus, there is limited to no evidence to support coherence of effects across multiple lines of evidence and limited to no evidence of biologically plausible pathways that could elicit an effect.



PM = particulate matter.

**Figure 1-2        Summary of causality determinations for nonecological welfare effects for the PM ISA.**

## 1.7.2        Welfare Effects Evidence: Key Findings

A large body of scientific evidence spanning many decades also demonstrates there are welfare effects attributed to PM. Examples of the key findings that support the welfare effects causality determinations detailed in Figure 1-2 include:

- Recent studies further confirm evidence from previous assessments supporting the strong relationship between PM and the nonecological welfare effects of visibility impairment, effects on the climate, and materials damage.
- For visibility impairment and materials damage there is extensive evidence demonstrating the relationship between PM and light extinction and PM effects on stone, respectively.

SECTION 1.7: Summary of Causality Determinations for Health and Welfare Effects

00196560

- While there is substantial evidence indicating that PM affects the climate system, specifically through radiative forcing, there are still substantial uncertainties in key processes, such as the interactions between clouds and aerosols and the indirect effects and feedbacks in the climate system due to the radiative effect of PM.

### 1.7.3    Comparison of Causality Determinations from 2009 PM ISA and Current PM ISA

Table 1-4 presents a side-by-side comparison of all causality determinations presented in this ISA and the 2009 PM ISA for each of the health and welfare effects categories evaluated in subsequent chapters.

**Table 1-4    Health and welfare effects causality determinations from the 2009 and current Integrated Science Assessment for Particulate Matter.**

| Summary of Causality Determinations | | |
|---|---|---|
| Size Fraction | 2009 PM ISA | Current PM ISA |
| *Chapter 5. Respiratory Effects* | | |
| **Short-Term Exposure** | | |
| $PM_{2.5}$ | Likely to be causal | Likely to be causal |
| $PM_{10-2.5}$ | Suggestive of, but not sufficient to infer | Suggestive of, but not sufficient to infer |
| UFP | Suggestive of, but not sufficient to infer | Suggestive of, but not sufficient to infer |
| **Long-Term Exposure** | | |
| $PM_{2.5}$ | Likely to be causal | Likely to be causal |
| $PM_{10-2.5}$ | Inadequate | Inadequate |
| UFP | Inadequate | Inadequate |
| *Chapter 6. Cardiovascular Effects* | | |
| **Short-Term Exposure** | | |
| $PM_{2.5}$ | Causal | Causal |
| $PM_{10-2.5}$ | Suggestive of, but not sufficient to infer | Suggestive of, but not sufficient to infer |
| UFP | Suggestive of, but not sufficient to infer | Suggestive of, but not sufficient to infer |

00196561

**Table 1-4 (Continued): Causality determinations from the 2009 PM ISA and the current PM ISA for the health and welfare effects categories evaluated.**

| Summary of Causality Determinations | | |
| --- | --- | --- |
| Size Fraction | 2009 PM ISA | Current PM ISA |
| **Long-Term Exposure** | | |
| PM$_{2.5}$ | Causal | Causal |
| PM$_{10-2.5}$ | Inadequate | Suggestive of, but not sufficient to infer |
| UFP | Inadequate | Inadequate |
| *Chapter 7*. Metabolic Effects | | |
| **Short-Term Exposure** | | |
| PM$_{2.5}$ | --- | Suggestive of, but not sufficient to infer |
| PM$_{10-2.5}$ | --- | Inadequate |
| UFP | --- | Inadequate |
| **Long-Term Exposure** | | |
| PM$_{2.5}$ | --- | Suggestive of, but not sufficient to infer |
| PM$_{10-2.5}$ | --- | Suggestive of, but not sufficient to infer |
| UFP | --- | Inadequate |
| *Chapter 8*. Nervous System Effects | | |
| **Short-Term Exposure** | | |
| PM$_{2.5}$ | Inadequate | Suggestive of, but not sufficient to infer |
| PM$_{10-2.5}$ | Inadequate | Inadequate |
| UFP | Inadequate | Suggestive of, but not sufficient to infer |
| **Long-Term Exposure** | | |
| PM$_{2.5}$ | --- | Likely to be causal |
| PM$_{10-2.5}$ | --- | Suggestive of, but not sufficient to infer |
| UFP | --- | Suggestive of, but not sufficient to infer |
| *Chapter 9*. Reproductive and Developmental Effects | | |
| **Male and Female Reproduction and Fertility** | | |
| PM$_{2.5}$ | Suggestive of, but not sufficient to infer | Suggestive of, but not sufficient to infer |

SECTION 1.7: Summary of Causality Determinations for Health and Welfare Effects

00196562

**Table 1-4 (Continued): Causality determinations from the 2009 PM ISA and the current PM ISA for the health and welfare effects categories evaluated.**

| Summary of Causality Determinations | | |
|---|---|---|
| Size Fraction | 2009 PM ISA | Current PM ISA |
| PM$_{10-2.5}$ | Inadequate | Inadequate |
| UFP | Inadequate | Inadequate |
| **Pregnancy and Birth Outcomes** | | |
| PM$_{2.5}$ | Suggestive of, but not sufficient to infer | Suggestive of, but not sufficient to infer |
| PM$_{10-2.5}$ | Inadequate | Inadequate |
| UFP | Inadequate | Inadequate |
| *Chapter 10*. Cancer | | |
| PM$_{2.5}$ | Suggestive of, but not sufficient to infer | Likely to be causal |
| PM$_{10-2.5}$ | Inadequate | Suggestive of, but not sufficient to infer |
| UFP | Inadequate | Inadequate |
| *Chapter 11*. Mortality | | |
| **Short-Term Exposure** | | |
| PM$_{2.5}$ | Causal | Causal |
| PM$_{10-2.5}$ | Suggestive of, but not sufficient to infer | Suggestive of, but not sufficient to infer |
| UFP | Inadequate | Inadequate |
| **Long-Term Exposure** | | |
| PM$_{2.5}$ | Causal | Causal |
| PM$_{10-2.5}$ | Inadequate | Suggestive of, but not sufficient to infer |
| UFP | Inadequate | Inadequate |
| *Chapter 13*. Welfare Effects | | |
| Climate | Causal | Causal |
| Visibility | Causal | Causal |

SECTION 1.7: Summary of Causality Determinations for Health and Welfare Effects

00196563

**Table 1-4 (Continued): Causality determinations from the 2009 PM ISA and the current PM ISA for the health and welfare effects categories evaluated.**

| Summary of Causality Determinations | | |
|---|---|---|
| Size Fraction | 2009 PM ISA | Current PM ISA |
| Materials damage | Causal | Causal |

$PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; UFP = ultrafine particles.

Note: The 2009 PM ISA made causality determinations for the broad category of "Reproductive and Developmental Effects." Causality determinations for 2009 represent this broad category and not specifically for "Male and Female Reproduction and Fertility" and "Pregnancy and Birth Outcomes."

SECTION 1.7: Summary of Causality Determinations for Health and Welfare Effects

00196564

## 1.8    References

Hill, AB. (1965). The environment and disease: Association or causation? Proc R Soc Med 58: 295-300.

NAPCA (National Air Pollution Control Administration). (1969). Air quality criteria for particulate matter. Washington, DC.

NHLBI (National Institutes of Health, National Heart Lung and Blood Institute). (2017). NHLBI fact book, fiscal year 2012: Disease statistics. Available online at https://www.nhlbi.nih.gov/about/documents/factbook/2012/chapter4 (accessed August 23, 2017).

U.S. EPA (U.S. Environmental Protection Agency). (1982). Air quality criteria for particulate matter and sulfur oxides (final, 1982) [EPA Report]. (EPA 600/8-82/029a). Washington, DC: Environmental Criteria and Assessment Office. http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=46205.

U.S. EPA (U.S. Environmental Protection Agency). (1996). Air quality criteria for particulate matter [EPA Report]. (EPA/600/P-95/001aF-cF. 3v). Research Triangle Park, National Center for Environmental Assessment-RTP Office NC.

U.S. EPA (U.S. Environmental Protection Agency). (2004). Air quality criteria for particulate matter [EPA Report]. (EPA/600/P-99/002aF-bF). Research Triangle Park, NC: U.S. Environmental Protection Agency, Office of Research and Development, National Center for Environemntal Assessment- RTP Office. http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=87903.

U.S. EPA (U.S. Environmental Protection Agency). (2009). Integrated science assessment for particulate matter [EPA Report]. (EPA/600/R-08/139F). Research Triangle Park, NC: U.S. Environmental Protection Agency, Office of Research and Development, National Center for Environmental Assessment- RTP Division. http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=216546.

U.S. EPA (U.S. Environmental Protection Agency). (2013). Integrated science assessment for ozone and related photochemical oxidants [EPA Report]. (EPA/600/R-10/076F). Research Triangle Park, NC: U.S. Environmental Protection Agency, Office of Research and Development, National Center for Environmental Assessment-RTP Division. http://cfpub.epa.gov/ncea/isa/recordisplay.cfm?deid=247492.

U.S. EPA (U.S. Environmental Protection Agency). (2015). Preamble to the integrated science assessments [EPA Report]. (EPA/600/R-15/067). Research Triangle Park, NC: U.S. Environmental Protection Agency, Office of Research and Development, National Center for Environmental Assessment, RTP Division. https://cfpub.epa.gov/ncea/isa/recordisplay.cfm?deid=310244.

U.S. EPA (U.S. Environmental Protection Agency). (2016). Integrated review plan for the national ambient air quality standards for particulate matter [EPA Report]. (EPA-452/R-16-005). Research Triangle Park, NC. https://yosemite.epa.gov/sab/sabproduct.nsf/0/eb862b233fbd0cde85257dda004fcb8c!OpenDocument&TableRow=2.0.

U.S. EPA (U.S. Environmental Protection Agency). (2017). EPA's report on the environment (ROE). Available online at https://cfpub.epa.gov/roe/index.cfm (accessed January 29, 2018).

U.S. EPA (U.S. Environmental Protection Agency). (2018). Integrated science assessment for oxides of nitrogen, oxides of sulfur and particulate matterecological criteria (2nd external review draft). (EPA/600/R-18/097). Research Triangle Park, NC: U.S. Environmental Protection Agency, Office of Research and Development, National Center for Environmental Assessment. http://cfint.rtpnc.epa.gov/ncea/prod/recordisplay.cfm?deid=340671.

00196565

# CHAPTER 2    SOURCES, ATMOSPHERIC CHEMISTRY, AND AMBIENT CONCENTRATIONS

---

***Summary of Sources, Atmospheric Chemistry, and Ambient Concentrations of Particulate Matter (PM)***

- National 3-year avg $PM_{2.5}$ concentrations decreased from 12 $\mu g/m^3$ to 8.6 $\mu g/m^3$ between the 3-year periods 2005−2007 and 2013−2015.
- $SO_2$ emissions decreased from 13.9 million metric tons in 2006 to 4.8 million metric tons in 2014. This decline led to large decreases in the sulfate contribution to $PM_{2.5}$, contributing to the decrease in $PM_{2.5}$ concentrations. Emissions of $NO_X$ and primary $PM_{2.5}$ have also markedly decreased, though emissions of $NH_3$ reported in the 2014 NEI remain similar in magnitude to those reported in earlier inventories.
- Seasonal patterns of $PM_{2.5}$ concentrations have changed from summer as the season with highest national average $PM_{2.5}$ concentration to rough equivalence in national average concentration between summer and winter. Sulfate concentrations have been historically highest in summer.
- The relative $PM_{2.5}$ contribution to $PM_{10}$ has decreased, while the relative $PM_{10-2.5}$ contribution to $PM_{10}$ has increased since 2004.
- Extensive research has led to advances in understanding the formation of secondary organic PM, in particular with regard to biogenic precursor reactions, heterogeneous reactions, and production of organonitrates and organosulfates.
- For the first time, a national multipollutant monitoring network was implemented, and it includes simultaneous measurements for $PM_{2.5}$ and $PM_{10-2.5}$ using a Federal Reference Method at 78 monitoring sites.
- Since the 2009 PM ISA, a national near-road $PM_{2.5}$ monitoring method was implemented at 36 monitoring sites.
- Since the 2009 PM ISA, routine monitoring of particle number count was implemented at 24 monitoring sites.

---

## 2.1    Summary Overview

This chapter presents basic concepts and new research in atmospheric sciences relevant for understanding exposure, health effects, and welfare effects discussed throughout this document. It builds on information presented in the 2009 PM ISA (U.S. EPA, 2009) and earlier PM Air Quality Criteria Documents (AQCDs) by reviewing recent research on PM sources, chemistry, composition, measurement, monitoring, modeling, and atmospheric concentrations. New results and observations show some fundamental changes in PM characteristics in the eastern U.S. over the past decade, including a sharp decrease in the contribution of sulfate ($SO_4^{2-}$) to PM, a shift in particle size distribution toward particles in 2.5 to 10 $\mu m$ diameter size range, and a shift in seasonal maximum concentrations from summer to winter. These changes likely resulted from a recent sharp decline in $SO_2$ emissions due to stronger emission controls, as well as fuel switching and closures of coal-fired power plants. The highest

00196566

$PM_{2.5}$ and $PM_{10}$ concentrations continue to persist in some areas in the western U.S. There has been recent progress in PM measurement. Improved methodologies for accurate measurement of particulate mass in the size range between 2.5 and 10 µm diameter have been implemented. Also, near-road monitoring of $PM_{2.5}$ has begun, as has routine monitoring of particle number counts at a small number of near-road and remote locations. Finally, there have been advancements in the methods for retrieval and application of satellite data for estimating $PM_{2.5}$.

This chapter is organized into sections by major topic (sources, measurements, etc.) and where appropriate, content in each section is divided into subsections by size range and other subtopics such as PM composition. Section 2.2 contains a basic description of ambient PM size distributions and typical particle size characteristics to set the stage for this organization. Section 2.3 discusses sources and emissions of PM and its major precursors, as well as the atmospheric chemistry of PM. Section 2.4 addresses advances in measurement and modeling of PM and describes PM monitoring networks. Section 2.5 summarizes recent concentration trends, including spatial and temporal variability on national and local scales. Section 2.6 provides an overall synthesis of the chapter highlighting major new findings.

## 2.2    Atmospheric Size Distributions

Airborne particulate matter is a mixture of substances suspended in air as small liquid and/or solid particles. These individual particles range in size from less than 0.01 µm to more than 10 µm. Particle size is an important characteristic for health effects because different sized particles penetrate into different regions of the human respiratory tract, potentially leading to distinctive health consequences for various particle size ranges (U.S. EPA, 2009). The effect of particle size on particle behavior in the respiratory system is described in Section 4.1.6. Particle size also plays an important role in welfare effects covered in Chapter 13, particularly for effects on radiative forcing and visibility. Properties and effects of various particle size ranges are considered separately in this document, and particle size is used as an important organizing framework for the various sections, both in this chapter and throughout the document.

PM subscripts refer to the aerodynamic diameter in micrometers (µm) of 50% cutpoints of sampling devices. For example, U.S. EPA defines $PM_{2.5}$ as particles collected by a sampler with an upper 50% cutpoint of 2.5 µm aerodynamic diameter and a specific, sharp penetration curve as defined in the Code of Federal Regulations [40 CFR Part 58 (U.S. EPA, 2009)]. Similarly, $PM_{10-2.5}$ is the PM mass collected with an upper 50% cutpoint of 10 µm and a lower 50% cutpoint of 2.5 µm. Ultrafine particles (UFP) are often defined as particles with a diameter of <0.1 µm based on physical size, thermal diffusivity, or electrical mobility (U.S. EPA, 2009). By definition, UFP encompass all particles smaller than the defined upper diameter limit. However, in practice UFP measurement methods (Section 2.4.3) have varying lower and upper size limits, and measured concentration is instrument-dependent (see Preface).

SECTION 2.2: Atmospheric Size Distributions

00196567

Material presented in this and following chapters will focus on particles in the fine ($PM_{2.5}$), coarse ($PM_{10-2.5}$), and ultrafine particle (UFP) size ranges as shown in Figure 2-1. There is also some discussion of $PM_{10}$ because it has longer term monitoring data than $PM_{2.5}$ or $PM_{10-2.5}$, and occasionally $PM_{10}$ data are available when $PM_{2.5}$ or $PM_{10-2.5}$ data are lacking. Each of these size ranges were described in detail in the 2009 PM ISA (U.S. EPA, 2009).



$C_{total}$ = total particle concentration; $D_p$ = particle diameter; $dC/dlogD_p$ = derivative of the particle concentration with respect to $log_{10}$ of the particle diameter; μm = micrometer; nm = nanometer; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm; UFP = ultrafine particles.

Note: The integrated area under the number, mass, and area size distributions are proportional to the total number, surface area, and mass concentrations.

Source: Adapted from Kittelson and Kraft (2015); Kittelson (1998).

**Figure 2-1    Comparison of particle size distribution by particle number, surface area, and mass.**

Atmospheric particle size distributions usually exhibit distinct size modes which roughly align with the above PM size ranges. An example particle size distribution showing a "nucleation mode," "accumulation mode," and "coarse mode" is illustrated in Figure 2-1 (Kittelson and Kraft, 2015;

SECTION 2.2: Atmospheric Size Distributions

00196568

Kittelson, 1998). Both number of particles and particulate mass are unevenly distributed in a typical atmospheric particle size distribution, forming distinct log-normal size modes in the atmospheric particle size distribution, each with different local maxima and measurable variance (Whitby, 1978). The nucleation mode generally consists of freshly generated particles, formed either during combustion or by atmospheric reactions of precursor gases. The nucleation mode is especially prominent near sources like heavy traffic, industrial emissions, biomass burning, or cooking (Vu et al., 2015). Particle size is not static, and nucleation mode particles grow rapidly through coagulation of particles or uptake of gases by particle surfaces, giving rise to the accumulation mode. Particle size in the accumulation mode is limited by removal from the atmosphere (Friedlander, 1977) through wet and dry deposition. Coarse mode particles are formed by mechanical generation, and through processes like dust resuspension and sea spray formation (Whitby et al., 1972). Usually, the accumulation mode is the predominant contributor to PM mass and surface area, but only a minor contributor to particle number. Conversely, nucleation mode particles are only a minor contributor to PM mass and surface area, but the main contributor to particle number.

In principle, PM measurement methods are designed to correspond to one or more of the PM size modes in Figure 2-1. In practice, they are restricted to fixed particle size ranges, whereas PM size modes are dynamic and continually changing. As a result, the subscripted PM size ranges (i.e., $PM_{2.5}$, $PM_{10-2.5}$) may not exactly match up with distinct PM size modes. However, there is a rough correspondence that can be useful for interpreting PM measurements. By number, most nucleation mode particles usually fall into the UFP range, but some fraction of the nucleation mode number distribution may extend above 0.1 μm in diameter. By surface area or mass, the peak of the nucleation mode corresponds to a greater diameter than for particle number, and it is more likely that a substantial fraction of particle surface area or mass is due to nucleation mode particles larger than the UFP upper limit. Most of the nucleation and accumulation mode mass is captured by $PM_{2.5}$ sampling, although a small fraction of particles that make up the accumulation mode are greater than 2.5 μm in diameter. Most coarse mode mass is captured by $PM_{10-2.5}$ sampling, but small fractions of coarse mode mass are usually smaller than 2.5 μm or greater than 10 μm in diameter.

Particles of different sizes differ in their sources, composition, chemical properties, atmospheric lifetimes, transport distances, and removal processes (U.S. EPA, 2009). Typical differences in particle characteristics for different particle size ranges are described in Table 2-1. Although atmospheric lifetime depends on atmospheric conditions, UFP quickly grows by way of gas-to-particle partitioning or coagulation with other particles into the accumulation mode before removal. Particles in the size modes larger than the accumulation mode ($PM_{10-2.5}$ and larger) are removed more quickly from the atmosphere than those in the accumulation mode by way of gravitational settling and deposition. The end result is that UFP and $PM_{10-2.5}$ concentrations have substantially greater spatial variability than $PM_{2.5}$, with higher atmospheric concentrations typically near their sources and greater spatial variability on urban and neighborhood scales (U.S. EPA, 2009). The more rapid removal processes also result in shorter atmospheric lifetimes and transport distances for UFP and $PM_{10-2.5}$ than the $PM_{2.5}$ size range. Further

SECTION 2.2: Atmospheric Size Distributions

00196569

differences in transport and atmospheric wet and dry deposition processes between different size particles were discussed in detail in the 2009 PM ISA (U.S. EPA, 2009).

**Table 2-1    Particle transport and removal by size.**

|  | UFP | PM$_{2.5}$ | PM$_{10-2.5}$ |
|---|---|---|---|
| Atmospheric residence time | Hours | Days to weeks | Hours |
| Transport range (km, in orders of magnitude) | <1−10 | 10−100 | <1−1,000 |
| Removal processes | Evaporation Atmospheric reactions Growth into larger particles Diffusion to raindrops and other surfaces | Formation of cloud droplets and rain out Dry deposition Diffusion to surfaces | Dry deposition by fallout Scavenging by falling rain drops |

km = kilometer; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than a nominal 2.5 μm and less than or equal to 10 μm; UFP = ultrafine particles.
Source: Adapted from Kittelson and Kraft (2015); Solomon (2012); U.S. EPA (2004).

## 2.3    Primary Sources and Atmospheric Formation

Particulate matter is composed of both primary and secondary chemical components. Primary PM is derived from particle emissions from a specific source. Secondary PM originates from gas-phase chemical compounds present in the ambient atmosphere that have participated in new particle formation or condensed onto existing particles. Primary particles, and the gas-phase compounds that ultimately contribute to PM, are emitted by both natural and anthropogenic sources. Earlier assessments have described, in detail, the important sources of primary and secondary atmospheric particles (U.S. EPA, 2009, 2004). Table 2-2 summarizes the anthropogenic and natural sources for the major primary and secondary constituents, not including water, of PM$_{2.5}$ and PM$_{10-2.5}$.

Anthropogenic sources can be divided into stationary and mobile sources. Stationary sources include fuel combustion for electricity production and other purposes, industrial processes, agricultural activities, road and building construction and demolition, and biomass combustion. Mobile sources include diesel- and gasoline-powered highway vehicles and other engine-driven sources such as locomotives, ships, aircraft, and construction and agricultural equipment. These sources directly emit

00196570

combustion-derived primary PM, as well as secondary PM precursors (discussed below), and they generate particles during vehicle braking as well as fugitive dust from paved and unpaved roads.

**Table 2-2      Particle formation, composition, and sources.**

| | UFP | PM$_{2.5}$ | PM$_{10-2.5}$ |
|---|---|---|---|
| Formation processes | Combustion<br>Pyrogenesis<br>Homogeneous and/or heterogeneous nucleation<br>Condensation and adsorption (gas-particle partitioning) | Gas-particle partitioning<br>Particle agglomeration<br>Reactions of gases in or on particles<br>Cloud droplet evaporation | Mechanical degradation of solid materials (crushing, grinding, abrasion of surfaces)<br>Evaporation of sea spray<br>Suspension of dust |
| Typical chemical/material components | Sulfate<br>Elemental carbon<br>Metal compounds<br>Low volatility organic compounds | Sulfate, nitrate, ammonium, and hydrogen ions<br>Elemental carbon<br>Low and moderate volatility organic compounds<br>Metals: compounds of Pb, Cd, V, Ni, Cu, Zn, Mn, Fe, etc.<br>Water | Suspended soil or street dust<br>Fly ash from coal, oil, and wood combustion<br>Nitrates/chlorides/sulfates from HNO$_3$/HCl/SO$_2$ reactions with coarse particles<br>Oxides of crustal elements (Si, Al, Ti, Fe)<br>Sea salt (Na, K, Ca, carbonate, sulfate, and chloride)<br>Pollen, mold, fungal spores<br>Plant and animal detritus<br>Tire, brake pad, and road wear debris |
| Dominant[a] primary particle sources | Combustion of fossil fuels and biomass<br>High temperature processes (i.e., smelters, steel mills, etc.) | Combustion of fossil fuels and biomass<br>High temperature processes | Resuspension of industrial dust and soil tracked onto roads and streets. Suspension from disturbed soil (e.g., farming, mining, unpaved roads)<br>Construction and demolition<br>Coal and oil combustion<br>Sea spray<br>Biological sources |

SECTION 2.3: Primary Sources and Atmospheric Formation

00196571

**Table 2-2 (Continued): Particle formation, composition, and sources.**

|  | UFP | PM$_{2.5}$ | PM$_{10-2.5}$ |
|---|---|---|---|
| Secondary particle formation processes | Particle formation and growth due to oxidation of gas-phase anthropogenic, biogenic and geogenic precursors (NO$_X$, SO$_2$, and organic compounds) | Partitioning of gas-phase products of precursor oxidation; aqueous oxidation of dissolved precursors with evaporation and growth cycling |  |

Al = aluminum; Ca = calcium; Cd = cadmium; Cu = copper; Fe = iron; HCl = hydrochloric acid; HNO$_3$ = nitric acid; K = potassium; Mn = manganese; Na = sodium; Ni = nickel; NO$_X$ = the sum of NO and NO$_2$ ; Pb = lead; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; Si = silicon; SO$_2$ = sulfur dioxide; Ti = titanium; UFP = ultrafine particles; V = vanadium; Zn = zinc.

[a]All source-specific particles are produced in a distribution of sizes, with usually one major mode. This means that all sources will generate small quantities of particles that are both much larger and much smaller than the main size mode. For example, particles generated by construction activities generally fall into the PM$_{10-2.5}$ size fraction. However, the distribution extends into the UFP size range.

Ambient PM also forms in the atmosphere from photochemical oxidation of precursor gases. This material is referred to as secondary PM. The large, semi- and nonvolatile reaction products of these oxidation reactions may condense to form new particles or onto existing particles. Table 2-2 includes sources for several PM precursor gases. Discussion of the photochemical reactions that transform these precursor gases into secondary PM can also be found in earlier assessments (U.S. EPA, 2009, 2004). An overview of estimates of emissions of primary PM and precursors to secondary PM from major sources is given in this section.

In general, the sources of PM$_{2.5}$ are very different from those of PM$_{10-2.5}$, which is almost entirely primary in origin, as described in Section 2.2, and produced by surface abrasion or by suspension of sea spray or biological material (e.g., microorganisms, pollen, plant and insect debris).

### 2.3.1    Primary PM$_{2.5}$ Emissions

#### 2.3.1.1    National-Scale Emissions

The relative contributions of specific sources to national emissions of primary PM$_{2.5}$ are similar to those reported in the 2009 PM ISA (U.S. EPA, 2009). Figure 2-2 shows the U.S. national average emissions of primary PM$_{2.5}$ from the 2002 National Emissions Inventory (NEI) described in the 2009 PM ISA (U.S. EPA, 2009), and the 2014 NEI, Version 2 (U.S. EPA, 2018a). The NEI is a national compilation of emissions information provided by state, local, and tribal air agencies, as well as source sector emission estimates developed by the U.S. Environmental Protection Agency (U.S. EPA). It focuses largely on anthropogenic sources, with information about natural sources where available. Emissions

SECTION 2.3: Primary Sources and Atmospheric Formation

00196572

composition and mass estimates undergo continual revision as better information becomes available but are subject to varying degrees of uncertainty. Sources of error may include the measurements used for developing source-specific emissions factors, biases related to modeled activity levels or sources missing from the inventory. For these and other reasons, ambient PM mass and composition can be quite different from what might be inferred by examining emission inventories alone (U.S. EPA, 2009).





KTons = kilotons; NEI = National Emissions Inventory; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.
Source: U.S. EPA (2018a) and U.S. EPA (2009).

**Figure 2-2    Primary PM$_{2.5}$ emissions at the U.S. national scale. (A) PM$_{2.5}$ emissions from the 2002 U.S. EPA National Emissions Inventory versus the 2014 U.S. EPA National Emissions Inventory. (B) Largest, national-scale sources of PM$_{2.5}$. "Other" includes all remaining source sectors, all of which emit 2% or less of the national PM$_{2.5}$ emissions total.**

SECTION 2.3: Primary Sources and Atmospheric Formation
2-8

Dust and fire each account for approximately 36% of total PM$_{2.5}$ emissions included in the 2014 NEI. Dust includes agricultural, construction, and road dust. Of these, agricultural dust and road dust make the greatest contributions to PM$_{2.5}$ mass on a national scale. Fires include wildfires, prescribed fires, and agricultural fires, with wildfires and prescribed fires accounting for most of the PM$_{2.5}$ fire emissions on a national scale.

### 2.3.1.2    Urban-Scale Emissions

The sources and relative annual average emissions of primary PM$_{2.5}$ at the urban scale can vary substantially from city to city. Figure 2-3 shows five U.S. counties containing large cities that were selected from the 2014 NEI to illustrate the variation in primary PM$_{2.5}$ source composition. In urban settings, the majority of primary PM$_{2.5}$ emissions estimated in the NEI include some combination of industrial activities, motor vehicles, cooking, and fuel combustion, and often include wood smoke. Dust accounts for a large fraction of primary PM$_{2.5}$ emissions in several of the counties, due to construction and entrainment of paved road dust, in contrast to the national scale where the largest emissions are attributed to agricultural processes and vehicular traffic on unpaved roads. While fire emissions comprise a large fraction of annual average emissions at the national scale, they represent a much smaller fraction with respect to other sources for the urban counties shown.

## A. Queens County, NY



SECTION 2.3: Primary Sources and Atmospheric Formation

00196574

## B. Philadelphia County, PA



## C. Los Angeles County, CA



SECTION 2.3: Primary Sources and Atmospheric Formation

2-10

00196575

## D. Sacramento County, CA



## E. Maricopa County (Phoenix), AZ



ICE = internal combustion engines; NEC = not elsewhere classified; PM₂.₅ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Source: 2014 U.S. EPA National Emissions Inventory, Version 1 (U.S. EPA, 2016a).

**Figure 2-3     Primary PM₂.₅ emissions for (A) Queens County, NY; (B) Philadelphia County, PA; (C) Los Angeles County, CA; (D) Sacramento County, CA; (E) Maricopa County, AZ (Phoenix).**

00196576

Mobile sources, as noted in the 2009 PM ISA, are a major source of primary PM at urban scales, especially light-duty gasoline and heavy-duty diesel vehicles (U.S. EPA, 2009). They are discussed in further detail here because they represent a consistently large fraction of total $PM_{2.5}$ emissions in all urban areas (Section 2.3.1.2), and several important advances in engine and pollution control technology have occurred in recent years. For the example counties shown in Figure 2-3, mobile sources account for an estimated 13−23% of the NEI's total primary $PM_{2.5}$ emissions. Primary $PM_{2.5}$ emitted by mobile sources is due to direct tailpipe emissions and brake, clutch, and tire wear. Significant changes in both gasoline and diesel emissions controls have led to reductions in primary $PM_{2.5}$ emitted from newer vehicles. Light-duty vehicles in the U.S. (i.e., passenger cars and light-trucks under 8,500 lbs. gross vehicle weight rating) are rapidly transitioning from port fuel injection (PFI) with fuel injected upstream of the exhaust valve to direct, in-cylinder fuel injection systems, also known as gasoline direct injection (GDI). In 2007, a new U.S. EPA PM emissions standard required reduction of diesel PM emissions by 90% to 0.01 g/bhp-hour (U.S. EPA, 2009). Their impact on UFP emissions are discussed in Section 2.3.4. Mobile sources are also responsible for $PM_{2.5}$ dust suspension on- and off-road.  Dust is discussed further in Section 2.3.3 as it contributes substantially to primary $PM_{10-2.5}$ emissions.

## 2.3.2    Secondary PM₂.₅ Formation

After emission, primary particles transform in size and chemical composition by coagulation with other particles, gas-to-particle condensation of semivolatile gases, and photochemical aging processes that oxidize particle components or generate oligomers. Particle dynamics, gas-particle partitioning, aging, and other heterogeneous chemical processes have been discussed in earlier PM assessments (U.S. EPA, 2009, 2004). Much is understood about the physical processes that lead to the growth of particles in the atmosphere, but the reaction mechanisms that contribute to these processes, as well as to the formation and chemical transformation of particles with time, remain an area of active research.

Secondary $PM_{2.5}$, which is derived from both natural and anthropogenic sources, accounts for a substantial fraction of the $PM_{2.5}$ mass (U.S. EPA, 2009). In contrast, $PM_{10-2.5}$ is mainly primary in origin, as it is produced by the abrasion of surfaces or by the suspension of biological material (U.S. EPA, 2009, 2004). Secondary $PM_{2.5}$ forms through atmospheric photochemical oxidation reactions of both inorganic and organic gas-phase precursors. Reactions leading to $SO_4^{2-}$ production from $SO_2$, nitrate ($NO_3^-$) production from $NO_X$ (i.e., $NO + NO_2$), and the gas-to-particle equilibrium between ammonia ($NH_3$) and ammonium ($NH_4^+$) are relatively well understood. As noted above, formation of secondary organic PM, often referred to as secondary organic aerosol (SOA) in the atmospheric chemistry literature, is less well resolved. Considerable recent research on mechanisms, kinetic details, and secondary organic component identification has been reported in the literature since the 2009 PM ISA. The following sections will briefly summarize the important scientific developments concerning new secondary organic PM formation, including the identification of previously unknown precursors, interactions between biogenic and anthropogenic reactants, and the role of aqueous-phase chemistry.

00196577

### 2.3.2.1    Precursor Emissions

Secondary PM is derived from the oxidation of a range of organic and inorganic gases of anthropogenic and natural origin. Figure 2-4 shows relative source contributions to the emissions of major $PM_{2.5}$ precursors from the 2014 NEI. Anthropogenic $SO_2$ and $NO_X$ are the predominant precursor gases in the formation of secondary $PM_{2.5}$. $NH_3$ plays an important role in the formation of PM $SO_4^{2-}$ and PM $NO_3^-$ by neutralizing sulfuric acid ($H_2SO_4$) and nitric acid ($HNO_3$), leading to more stable PM with lower volatility (i.e., ammonium nitrate, [$NH_4NO_3$]). The oxidation of volatile organic compounds (VOCs) may also yield semi- and nonvolatile compounds that contribute to PM and the formation of new particles.

The relative proportions of the various anthropogenic source categories (i.e., as fractions of the total emissions inventory) are very similar to those presented in the 2009 PM ISA (U.S. EPA, 2009). At 66% of total U.S. emissions, $SO_2$ is mainly produced by fuel combustion employed by electricity-generating units (EGUs). Nitrogen oxides ($NO_X$) are emitted by a range of combustion sources, including various mobile sources (54%). $NH_3$ emissions are primarily emitted by livestock waste from animal husbandry operations (55%) and fertilizer application (22%). Estimates of biogenic VOC emissions are provided in the 2014 NEI and appear as the predominant organic precursor on the national scale (71%).

The greatest change in precursor emissions since the publication of the 2009 PM ISA (U.S. EPA, 2009) is the reduction in $SO_2$ emissions. Figure 2-5 shows the difference in NEI national emission estimates for $SO_2$, $NO_X$, and $NH_3$ between the 2006 NEI and the 2014 NEI, showing $SO_2$ decreasing from 13.9 million metric tons (MMT) in 2006 to 4.8 MMT in 2014, a 65% decrease. $NO_X$ also exhibited a substantial decrease over this period, while $NH_3$ emissions are similar. Comparison between total VOC emissions in 2006 versus 2014 is not possible, because biogenic emissions were not included in the 2006 NEI.

Anthropogenic emissions of $SO_2$ in the U.S. have shown dramatic declines since the 1990 amendments to the Clean Air Act (USC Title 42 Chapter 85) were implemented. Annual $SO_2$ emissions from electric utilities declined by 79% in the 2004−2016 timeframe (U.S. EPA, 2017). In the same period, $SO_2$ emissions by highway and nonhighway vehicles declined by 84 and 90%, respectively. Hand et al. (2012b) studied reductions in EGU-related annual $SO_2$ emissions during the 2001−2010 period. They found that emissions decreased throughout the U.S. by 6.2% per year, with the largest reductions in the western U.S. at 20.1% per year. The smallest reduction (1.3% per year) occurred in the Great Plains states. These trends, and emissions of sulfide gases that serve as precursors to ambient $SO_2$, are discussed in detail in the 2017 Integrated Science Assessment for the Sulfur Oxides (U.S. EPA, 2017).

00196578





ICE = internal combustion engines; NEC = not elsewhere classified; NH$_3$ = ammonia; NO$_x$ = the sum of NO and NO$_2$; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; SO$_2$ = sulfur dioxide; VOC = volatile organic compound.

Source: 2014 U.S. EPA National Emissions Inventory, Version 2 (U.S. EPA, 2018a).

**Figure 2-4    Relative PM$_{2.5}$ precursor emissions by U.S. sector: (A) sulfur dioxide, (B) nitrogen oxide, (C) ammonia, (D) volatile organic compounds.**

SECTION 2.3: Primary Sources and Atmospheric Formation

00196579



KTons = kilotons; NH$_3$ = ammonia; NO$_x$ = NO + NO$_2$; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; SO$_2$ = sulfur dioxide; VOC = volatile organic compounds.
Source: U.S. EPA (2018a) and U.S. EPA (2009).

**Figure 2-5**    **Difference in select PM$_{2.5}$ precursor emissions from the 2002 and 2014 National Emission Inventories.**

### 2.3.2.2    Secondary Inorganic Aerosols

Particulate SO$_4^{2-}$, NO$_3^-$, and NH$_4^+$ formation processes were summarized in the 2009 PM ISA (U.S. EPA, 2009) and presented in more detail in the 2004 PM AQCD (U.S. EPA, 2004) and ISAs for oxides of sulfur and nitrogen (U.S. EPA, 2008b). Together, these PM$_{2.5}$ components produced by secondary formation often account for the majority of PM$_{2.5}$ mass (see Section 2.5.2.1.4).

SO$_2$ reacts in both the gas phase and in aqueous solution in clouds and particles to form SO$_4^{2-}$. Dissolved SO$_2$ rapidly partitions into four forms with the same oxidation state, with their relative concentrations dependent on pH:

$$S(IV) = SO_2(aq) + H_2SO_3(aq) + HSO_3^-(aq) + SO_3^{2-}(aq)$$

**Equation 2-1**

00196580

S(IV) is then oxidized to $H_2SO_4$ in cloud water by $H_2O_2$, $O_3$, or $O_2$ in the presence of Fe(III). Reaction with $H_2O_2$ dominates at pH values below 5.3. Reaction with either dissolved $O_3$ or $O_2$ catalyzed by Fe(III) becomes most important at pH values greater than about 5.3 (U.S. EPA, 2008a). $SO_2$ is also oxidized to $H_2SO_4$ in the gas phase by hydroxyl radical or organic radicals formed in atmospheric photochemical processes (Berndt et al., 2012; Mauldin et al., 2012; Welz et al., 2012), with a characteristic timescale of about 10 days (Sander et al., 2011).

$NO_2$ can be converted to gaseous $HNO_3$ by reaction with OH radicals during the day. At night, $NO_2$ is also oxidized to $HNO_3$ by a sequence of reactions initiated by $O_3$ that produce nitrate radicals and dinitrogen pentoxide as intermediates. Both processes are important in the atmosphere.

Both $H_2SO_4$ and $HNO_3$ react with atmospheric $NH_3$. Atmospheric particulate $NH_4NO_3$ is in equilibrium with gas-phase $NH_3$ and $HNO_3$. Lower temperature and higher relative humidity shift the equilibrium towards particulate $NH_4NO_3$ because of the large sensitivity of the equilibrium constant to temperature. This results in a strong seasonal dependence in particulate $NO_3^-$ concentrations, with much higher winter than summer concentrations in many locations (see Section 2.5.2.2.4). In aqueous aerosols, $H_2SO_4$ can be partly or totally neutralized by $NH_3$. At low atmospheric concentrations, equilibrium formation of ammonium sulfate ($[NH_4]_2SO_4$) is favored over $NH_4NO_3$; any $NO_3^-$ remains in the gas phase as $HNO_3$. When $NH_3$ concentration exceeds $SO_4^{2-}$ concentration, excess $NH_3$ can react with $HNO_3$ to form $NH_4NO_3$ (U.S. EPA, 2008a).

Ambient particle acidity is a difficult property to measure and is usually estimated by models. Recent measurement attempts in the U.S. Southeast have led to questions concerning the predictability of particle acidity on the basis of relative atmospheric $NH_3$, $H_2SO_4$, and $HNO_3$ concentrations—species which would otherwise be expected to quickly react and achieve thermodynamic equilibrium. For example, Weber et al. (2016), after evaluating the observational record, suggested that pH buffering by partitioning of $NH_3$ between the gas and particle phases produced a relatively constant particle pH of 0−2 throughout the 15 years of decreasing atmospheric $SO_4^{2-}$ concentrations. They saw little change in particle $NH_4NO_3$ concentrations that would have been expected, had particle pH values increased with decreasing $H_2SO_4$ concentrations. They concluded that fairly constant emissions of semivolatile $NH_3$ related to agriculture ensures that the acid/base gas-particle system in the southeastern U.S. remains insensitive to changing $SO_2$ concentrations. Other observations indicated that the extent of neutralization of $H_2SO_4$ and bisulfate ($HSO_4^-$) by $NH_4^+$ can be incomplete even in the presence of excess atmospheric $NH_3$. Kim et al. (2015) proposed that uptake of $NH_3$ is inhibited by organic compounds coating particle surfaces, in accord with laboratory studies (Liggio et al., 2011). Pye et al. (2018), in their combined modeling study and evaluation of available measurements, suggested that the inconsistencies among the different measurements of particle composition, especially concerning to the fraction of condensed-phase organosulfate compounds, must be resolved before conclusions can be drawn concerning the validity of current approaches to modeling particle acidity.

SECTION 2.3: Primary Sources and Atmospheric Formation

00196581

### 2.3.2.3    Secondary Organic Aerosols

As discussed in the 2004 PM AQCD (U.S. EPA, 2004) the study of the chemical mechanisms responsible for the formation of secondary PM related to VOC precursor oxidation has been the subject of active research. Oxygenated organic compounds appeared, based on observations, to be the dominant form of organic PM in Northern Hemisphere midlatitudes (Zhang et al., 2007). However, the mechanism(s) responsible for their formation were not well resolved, as evidenced by the persistent underprediction of observed OC concentrations by chemistry-transport models. This underprediction was substantial for summertime PM (Appel et al., 2008; Morris et al., 2006), when biogenic precursor concentrations and photochemical reaction conditions are most favorable for SOA formation.

Substantial research on isoprene, aromatic hydrocarbons, and the subsequent reaction of gas-phase secondary products has been reported. Studies of isoprene as a major precursor led to identification of a number of previously unknown products as well as advances in understanding yields and mechanisms (Carlton et al., 2009). Modeling studies that included oxidation of aromatic precursors indicated that a large fraction of SOA could be derived from aromatic precursors. SOA production not only from simple aromatic compounds, but also from less volatile polycyclic aromatic compounds like naphthalene and substituted naphthalenes, were reported (Kleindienst et al., 2012; Chan et al., 2009). Polycyclic aromatic hydrocarbons could account for up to 54% of total SOA from oxidation of diesel emissions (Zhao et al., 2014). Additional precursors remain possible, and the products of aromatic and biogenic compound oxidation that appear in particles may have not been fully identified.

As reported in the 2009 PM ISA (U.S. EPA, 2009), in the presence of high $NO_X$ concentrations, the oxidation of biogenic hydrocarbons is observed to produce larger quantities of SOA. High ambient $NO_X$ concentrations in the atmosphere are typically due to anthropogenic emissions. As a rule, mixtures of both biogenic and anthropogenic precursors yield more SOA mass than mixtures dominated by just one class of precursors (Shilling et al., 2013). The presence of anthropogenic particles also enhances the formation of SOA by providing additional volume and surface area onto which semivolatile organic oxidation products can partition or adsorb (Hoyle et al., 2011). Carlton et al. (2010) predicted that more than 50% of biogenic SOA in the eastern U.S. could be controlled by reducing anthropogenic $NO_X$ emissions. These findings are consistent with the satellite observations of (Goldstein et al., 2009) of a cooling haze of secondary particles over the southeastern U.S. associated with a mixture of biogenic VOCs with anthropogenic $NO_X$.

Recent insight into the role of anthropogenic $NO_X$ and $SO_X$ in enhancing the production of secondary PM includes the identification of organosulfates and organonitrates among particle-phase organic compounds. The 2009 PM ISA discussed preliminary indications that SOA chemistry with anthropogenic $SO_X$ yielded compounds with oxidized sulfur functional groups (U.S. EPA, 2009). Organosulfates had been observed as products of isoprene (Surratt et al., 2007) and monoterpenes (Surratt et al., 2008). Subsequently, oxidation of sesquiterpenes (Chan et al., 2011) and glyoxal (Lim et al., 2016) was also found to yield organosulfates under similar conditions. These products have been estimated to

SECTION 2.3: Primary Sources and Atmospheric Formation

00196582

account for 40% of PM $SO_4^{2-}$ (Vogel et al., 2016), 30% of PM organic matter (Surratt et al., 2008), 6−14% of total atmospheric sulfur concentration (Lukacs et al., 2009), and 5−10% of $PM_{2.5}$ organic mass (Tolocka and Turpin, 2012). The chemical mechanism that may explain the formation of organosulfate compounds is described in the ISA for Sulfur Oxides (U.S. EPA, 2017).

Both organosulfate and organonitrate compounds, including those with both functional groups present in one compound, have been observed in ambient and laboratory studies since the last PM ISA (U.S. EPA, 2009). Substantial SOA mass from highly functionalized nitrate products of isoprene and monoterpenes was observed in several studies of ambient PM composition (Fisher et al., 2016; Lee et al., 2016; Kourtchev et al., 2014; Nguyen et al., 2011), accounting for as much as 10−20% of carbonaceous aerosol mass in urban locations (Day et al., 2010; Holzinger et al., 2010). In flow reactor experiments, organic nitrates accounted for up to 40% of SOA mass (Berkemeier et al., 2016). O'Brien et al. (2013), in their study of SOA collected during the CalNex 2010 field study, found that the identities of nitrogen-containing organics and total proportion of OC varied as a function of time of day. These differences could be explained by multiple possible reaction mechanisms, including one that relies on the nitrate radical as a reactant. With a mixture of NOx, SOx, $O_3$, and $SO_4^{2-}$- based seed particles present in the chamber, Lim et al. (2016) identified products including organonitrates, organosulfates, and mixed, nitrate and sulfate containing organic compounds, in their smog chamber study of the photochemistry of glyoxal at both high and low relative humidity.

Aqueous particle reactions and cloud processing, as well as repeated cycles of volatilization and condensation of semivolatile reaction products, have been shown to be important processes for SOA evolution. Production of OH in cloud water was described by Hallquist et al. (2009), and estimates of the magnitude of in-cloud formation of SOA comparable to that of gas-phase formation were reported (Liu et al., 2012). High molecular weight organic compounds appear to increase with decreasing cloud water pH (Cook et al., 2017). Cloud water has been shown to provide a medium for oligomer formation involving methylglyoxal (Cook et al., 2017; Yasmeen et al., 2010), syringol, and guaiacol (Cook et al., 2017; Yu et al., 2016; Yu et al., 2014a) when influenced by wildfire emissions (Cook et al., 2017; Yasmeen et al., 2010).

In summary, measured OC concentrations that were consistently higher than predicted, along with the observations of unexpectedly large fractions of secondary-to-total organic $PM_{2.5}$, motivated an intensive research effort to identify additional chemical processes that could explain these differences. This effort has produced new observations of high SOA yields from isoprene and intermediate-volatility organic compounds; the identification of new sulfur- and nitrogen-containing products that account for a substantial fraction of SOA mass; the identification of cloud water and aqueous aerosols as reaction media potentially as productive as the gas phase; and the enhancement of SOA yields from biogenic precursors when anthropogenic reactants are also present. Given the rapid discovery of new precursors, products, and even reaction media, a high degree of uncertainty remains regarding the contribution of SOA to organic aerosol.

SECTION 2.3: Primary Sources and Atmospheric Formation

00196583

### 2.3.3    Primary PM$_{10-2.5}$ Emissions

As described in the 2004 PM AQCD (U.S. EPA, 2004), crustal materials (i.e., soil dust, fine sand particles from vehicle traffic on unpaved roads, stone crushing, construction sites, and metallurgical operations) dominate the PM$_{10-2.5}$ fraction throughout the U.S., and fugitive dust has been identified as the largest source of measured PM$_{10}$ in many locations in the western U.S. Mineral dust, organic debris, and sea spray have also been identified as mainly in the coarse fraction (U.S. EPA, 2004). Wildfire plumes are known to entrain soil and thus represent another potential source of ambient PM$_{10-2.5}$ (Kavouras et al., 2012). Estimates of PM$_{10-2.5}$ sources from the 2014 NEI are summarized in Figure 2-6 and are very similar to those reported in the 2009 PM ISA (U.S. EPA, 2009).

Dust storms, like wildfires, are intermittent emissions sources. The suspension and resuspension of dust by any mechanism is, therefore, difficult to quantify. Current NEI estimates of dust emissions across the U.S. are based on limited emissions profile and activity information. Dust injected into the upper troposphere is also transported across international borders and from other continents into the U.S. by strong atmospheric currents, notably from the African and Asian deserts. Some of these particles fall into the PM$_{10-2.5}$ size range. Particles from these international sources are considered to be part of the "background" component of PM, discussed in Section 2.5.4.

As discussed in the 2004 PM AQCD (U.S. EPA, 2004) and the 2009 PM ISA (U.S. EPA, 2009), primary biological aerosol particles (PBAP) contribute to coarse PM. However, estimating emissions of these particles is highly problematic. No emission rates have yet been reported, although Despres et al. (2012) described the occurrence, sources, and measurement methods for different categories of PBAP. Barberán et al. (2015) characterized the distribution of airborne microbes in settled dust from ~1,200 locations in the continental U.S. They found substantial variability in the composition of microbial communities that could be related largely to climatic factors (mean annual temperature and precipitation) and soil composition (soil pH and net primary productivity). No estimates were given of the rates at which these particles are emitted into the atmosphere.

00196584



PM₁₀ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm.
Source: Data taken from the 2014 U.S. EPA National Emissions Inventory, Version 2 (U.S. EPA, 2018a).

**Figure 2-6    National emissions of PM₁₀.**

### 2.3.4    Ultrafine Particles

UFP primary sources were not treated separately in the 2009 PM ISA because there is almost complete overlap between UFP and PM₂.₅ sources. Particles in the PM₂.₅ size range typically begin as primary UFP, or are formed through secondary particle formation, and grow through coagulation or gas-to-particle condensation (see Section 2.2). However, UFP sources are addressed independently in this ISA with a focus on sources for which near-source human exposure is substantial, such as roads and airports, as well as on new particle formation, for which a substantial amount of new research has recently been conducted.

Ambient UFPs originate from two distinct processes: primary emissions and new particle formation (NPF). Primary UFPs originate from a large variety of sources, such as transportation (road traffic, ships, and aircraft), power plants, municipal waste incineration, construction and demolition, vegetation fires, domestic biomass burning, cooking, and cigarette smoke (Kumar et al., 2013; Janhaell et al., 2010; Langmann et al., 2009; Morawska et al., 2008). Primary sources of UFP are largely the same as

00196585

$PM_{2.5}$, and much of $PM_{2.5}$ mass is initially emitted as UFP before atmospheric coagulation and growth (see Section 2.2). Atmospheric NPF involves the production of very small molecular clusters and their subsequent growth to larger sizes. Initial clusters are a few tens of nanometers in diameter (Kulmala et al., 2014; Zhang et al., 2012b). As described in Section 2.2, UFP consists mainly of nucleation-mode particles. However, nucleation-mode particles often have short atmospheric lifetimes because they coagulate to form the larger particles that make up the accumulation mode.

As Table 2-3 shows, UFP can be subdivided into a cluster mode, nucleation mode, Aitken mode, and a portion of the accumulation mode in order of increasing size, although a naming convention for primary ultrafine particles has not been established (Giechaskiel et al., 2014; Kumar et al., 2010). The size ranges refer to the particle diameter, encompassing the disparate definitions found in the scientific literature.

**Table 2-3    Modes of atmospheric particle populations.**

| Mode | Size Range (nm) | Sources | Main Components |
|---|---|---|---|
| Cluster mode | <3 | NPF | Secondary compounds capable of forming extremely low volatility complexes |
| Nucleation mode | <30 | NPF, COM | Secondary compounds of very low volatility, nonvolatile additives in fuels, lubricants |
| Aitken mode | 10−100 | NPF, COM | Soot, secondary compounds of very low volatility, semivolatile compounds |
| Accumulation mode | 30−1,000 | NPF, COM, OTH | Soot, secondary semivolatile and low-volatility organic and inorganic compounds |

COM = combustion; nm = nanometer; NPF = atmospheric new particle formation and growth; OTH = other primary sources.

In the atmosphere, the cluster mode is well separated from the other modes and has a relatively high number concentration (Figure 2-7 and Figure 2-8), though only a few atmospheric measurements on the character of this mode currently exist. The relative numbers and mean diameters of the nucleation, Aitken, and accumulation modes vary with the time of day and location depending on the dominant particle sources and aging processes. As a result, these three modes are often not distinguishable in individual particle number distributions. Even when cluster mode or sub-0.01 μm sized particles are not considered, ultrafine particles tend to dominate the total particle number concentration. In contrast, accumulation mode particles dominate the submicron particulate mass concentration, as explained in Section 2.2.

SECTION 2.3: Primary Sources and Atmospheric Formation

00196586



cm = centimeter; dN/dlogD$_p$ = derivative of the number of particles with respect to log$_{10}$ of the particle diameter; D$_p$ = particle diameter; dS/dlogD$_p$ = derivative of the particle surface area with respect to the log$_{10}$ of the particle diameter; m = meter; µg = microgram; nm = nanometer; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

[a]The cluster mode, along with overlapping nucleation, Aitken, and accumulation modes can be seen in the particle number distribution.

Source: Kulmala et al. (2014).

**Figure 2-7     Examples of the particle number distribution (top) and surface-area distribution (bottom) during clean (blue) and polluted (red) conditions in Nanjing, China, during winter.[a]**

SECTION 2.3: Primary Sources and Atmospheric Formation

00196587



cm = centimeter; $dN/dlogD_p$ = derivative of the number of particles with respect to $log_{10}$ of the particle diameter;
$dS/dlogD_p$ = derivative of the particle surface area with respect to the $log_{10}$ of the particle diameter; m = meter; nm = nanometer.
[a]The cluster mode, along with the overlapping nucleation, Aitken and accumulation modes can be seen in both the number and size distributions.
[b]Units on the bottom panel should be dS/dlogDp but are mislabeled in the original figure.
Source: Kulmala et al. (2014).

**Figure 2-8      Examples of the particle number distribution (top) and surface-area distribution (bottom) during clean (blue) and polluted (red) conditions in Helsinki, Finland, during spring.[a,b]**

00196588

### 2.3.4.1    Primary Sources

Motor vehicles are the source of much if not most of the UFP in urban environments (Morawska et al., 2008). Their role as a major source of PM$_{2.5}$ mass and the effects of new engines and control technologies were discussed in Section 2.3.1.2. Here, these technological advances are discussed in regard to their impact on UFP emissions.

The number concentration, size distribution, morphology, and chemical composition of mobile source-derived primary UFP depend on the composition of the fuel and lubricating oil used, driving conditions, engine after-treatment system, as well as environmental conditions (Karjalainen et al., 2014; Rönkkö et al., 2014; Fushimi et al., 2011; Gidney et al., 2010; Heikkilä et al., 2009; Johnson, 2009). As discussed in Section 2.3.2.1, recent changes in engine and emissions control technology have affected PM emissions from both gasoline and diesel vehicles, with light-duty vehicles rapidly transitioning from port fuel injection (PFI) to gasoline direct injection (GDI), and heavy-duty diesel vehicles complying with a new U.S. EPA PM emission standard requiring reduction of diesel PM emissions by 90% to 0.01 g/bhp-hour (U.S. EPA, 2009).

The number of particles emitted by GDI vehicles can be one to two orders of magnitude higher than that of PFI vehicles (Fushimi et al., 2016; Mamakos et al., 2012). For both GDI and PFI vehicles, the largest number of particles are in the sub-200 nm size range, with PFI having a more distinctly bimodal distribution characterized by a larger contribution to particle number from sub-30 nm nucleation-mode particles (Karavalakis et al., 2013; Kittelson et al., 2006). Somewhat larger particles are generally observed for GDI (Fushimi et al., 2016; Myung et al., 2015; Choi et al., 2014; Myung et al., 2014).

The new heavy-duty diesel PM emissions requirements as well as additional required reductions in NO$_X$ emissions phased in by 2010, led to UFP emissions reduction of more than 90% compared with earlier diesel emissions. However, CDPF regeneration resulted in an approximately one order-of-magnitude increase in particle number. As a result, in spite of much lower average UFP emissions, there can still be discrete periods of extremely high UFP formation that do not reflect the overall reduction in UFP emissions. These UFP releases may have been due to thermal desorption of adsorbed sulfates stored within the exhaust catalyst system (Khalek et al., 2015; Ruehl et al., 2015).

Most of the particles emitted by marine and aircraft engines are in the ultrafine size range (Moldanova et al., 2013; Jonsson et al., 2011; Lack et al., 2009; Whitefield et al., 2008). Emissions of UFPs appears to be a strong function of fuel sulfur content, with reduced emissions for lower sulfur fuels (Lack et al., 2009). The size distribution of UFP produced by marine ships is usually bimodal with a nucleation mode below 30 nm and another mode between about 30 and 100 nm (Pirjola et al., 2014; Hallquist et al., 2013; Petzold et al., 2010).

Biomass burning is also a major source of UFP. The mean particle number diameter produced by burning fresh vegetation varies usually from a few tens of nanometers up to about 150−200 nm (Maruf Hossain et al., 2012; Zhang et al., 2011a; Janhaell et al., 2010).

SECTION 2.3: Primary Sources and Atmospheric Formation

00196589

### 2.3.4.2    New Particle Formation

New particle formation (NPF) was described in the 2009 PM ISA (U.S. EPA, 2009) as an important atmospheric process responsible for the formation of UFP, especially in remote continental areas but also in urban environments under certain conditions. Particle nucleation rates are observed to be higher in summer than in winter, and during daytime versus nighttime—consistent with sunlight-dependent rates of the chemical reactions that produce the semivolatile compounds from which new particles form. While $H_2SO_4$ and water vapor had been identified as the major nucleating species, research was proceeding on nucleation mechanisms involving other chemical species. Numerous subsequent advances in our understanding of these mechanisms have occurred since the 2009 PM ISA (U.S. EPA, 2009).

Atmospheric NPF starts with the formation of molecular clusters. Subsequent growth via the uptake (condensation) of low volatility gas molecules occurs for some of these clusters, while others dissociate (Vehkamaki and Riipinen, 2012; Zhang et al., 2012b). If growing clusters reach the size threshold of 1.5−2 nm in diameter, they are more likely to grow further by additional vapor uptake (Kulmala et al., 2014). The processes involved in the initial steps of atmospheric NPF are collectively referred to as nucleation (Kulmala et al., 2013).

Key constituents in the initial steps of atmospheric NPF are (1) gaseous compounds of very low volatility, mainly $H_2SO_4$ and highly oxidized organic compounds; (2) compounds are amenable to the formation of low volatility complexes, such as gaseous $NH_3$ or amines that form acid-base complexes with inorganic or organic acids; (3) water molecules, which cluster through hydrogen-bonding; and (4) possibly ions that can form clusters through electrostatic interactions. Low-volatility compounds capable of initiating NPF primarily originate from photochemical oxidation reactions in the gas phase. As noted, above, the most important compound in this respect is $H_2SO_4$ (Kulmala et al., 2014; Kerminen et al., 2010; Sipila et al., 2010). Other low-volatility compounds that play important roles in the early steps of NPF, at least in continental boundary layers, are extremely low volatility organic compounds (ELVOC) (Krechmer et al., 2015; Ehn et al., 2014; Riccobono et al., 2014; Donahue et al., 2013; Kulmala et al., 2013). Gas-phase $NH_3$ and amines form acid-base complexes with inorganic or organic acids, facilitating cluster formation and subsequent NPF (Kürten et al., 2014; Almeida et al., 2013). Ions originating from radon decay and external radiation (cosmic rays and gamma radiation from soils) participate actively in the formation of clusters in the atmosphere, having the potential to affect nucleation rates (Kirkby et al., 2011), and ion-induced, or ion-mediated, particle-formation mechanisms are expected to be important in locations with low temperatures and pre-existing aerosol surface areas, and high ion and $H_2SO_4$ concentrations (Yu, 2010). Measurements conducted at a few continental locations suggest that ion-mediated pathways typically contribute a few percent to the total new particle formation rate, with slightly higher contributions estimated for some elevated sites in Antarctica (Hirsikko et al., 2011; Manninen et al., 2010).

New particle formation occurs in regional nucleation events over distances of up to several hundred kilometers (U.S. EPA, 2009). Observed particle formation rates varied mostly in the range $0.01-10/cm^3$/s (Kulmala and Kerminen, 2008). Higher formation rates, up to about $100/cm^3$/s have been reported in some urban areas, and especially in heavily polluted environments (Salma et al., 2011; Shen et al., 2011; Yue et al., 2009; Iida et al., 2008). The vast majority of particle growth rates associated with large-scale NPF events lie in the range 1−10 nm/hour (Kulmala and Kerminen, 2008) and increase with particle size (Hakkinen et al., 2013; Kuang et al., 2012b; Yli-Juuti et al., 2011). These findings indicate that it typically takes a few hours for newly formed particles to grow into the 25−100 nm size range and between about half a day and 3 days before newly formed particles grow larger than 100 nm in diameter. The main sink for molecular clusters and new particles is their coagulation with larger pre-existing particles and, in cases where their number concentration is very large, also by their coagulation with each other (Westervelt et al., 2014).

Direct observations show that secondary particles (i.e., those originating from NPF) are usually composed primarily of organic compounds, especially in forests (Han et al., 2014; Pennington et al., 2013; Pierce et al., 2012; Pierce et al., 2011), but also in many rural or urban environments (Bzdek et al., 2014; Setyan et al., 2014; Bzdek et al., 2013; Ahlm et al., 2012; Smith et al., 2008). Under pristine conditions in forests, new particle formation of as much as 6 $\mu g/m^3$ can occur, accounted for entirely by oxidation of biogenic VOCs by oxidants present at natural concentration levels (Pierce et al., 2012). Exceptions for this pattern are areas near large sulfur emissions sources, in which $SO_4^{2-}$ may constitute up to about half of the ultrafine particle mass (Crilley et al., 2014; Bzdek et al., 2012; Zhang et al., 2011b; Wiedensohler et al., 2009).

Pre-existing particles serve as an effective sink for semi- and low-volatility vapors. Therefore, primary ultrafine particles compete with both new particle formation and particle growth by gas-to-particle partitioning for available lower volatility gases and water vapor (Kulmala et al., 2014). Particle number concentrations are, therefore, expected to be governed by primary particle emissions in highly polluted settings, and by nucleation in remote continental sites, although. However, nucleation still occurs in urban environments and can still be considered a significant source of UFPs in that context (U.S. EPA, 2009).

## 2.4     Measurement, Monitoring, and Modeling

### 2.4.1     PM$_{2.5}$ and PM$_{10}$

PM Federal Reference Method (FRM) samplers and Federal Equivalence Method (FEM) monitors are designed to measure the mass concentrations of ambient particulate matter. An FRM is a method that has been approved (40 CFR Part 53) for use by states and other monitoring organizations to

00196591

assess NAAQS compliance and implementation. The FRMs for measuring $PM_{2.5}$, $PM_{10-2.5}$, and $PM_{10}$ are specified in CFR 40 Part 50, Appendices L, O, and J, respectively. An FEM is based on different sampling or analytical technology from the FRM but provides the same decision-making quality for making NAAQS attainment determinations. In practice, a large fraction of the FEM monitors in operation for PM are automated and designed to provide hourly data, while the FRMs for $PM_{2.5}$, $PM_{10}$, and $PM_{10-2.5}$ require sampling for 24-hours and provide a daily average $PM_{2.5}$ concentration, including pre- and post-sampling gravimetric laboratory analysis. $PM_{2.5}$ FEMs, their performance criteria, and evaluation of their performance were described in detail in the 2009 PM ISA (U.S. EPA, 2009).

Operating principles and performance of FRMs and FEMs for PM were discussed in detail in the 2004 PM AQCD (U.S. EPA, 2004) and 2009 PM ISA (U.S. EPA, 2009). The FRMs for PM are based on gravimetric measurement of mass concentration after collection on filters. There are two broad categories of FEMs for PM measurement: (1) those that are filter-based and designed for collecting 24-hour samples (very few of these are in use) and (2) automated monitors designed for quantifying PM on hourly or shorter timescales, of which there are several hundred in operation. Filter-based FEMs include virtual impactor/dichotomous sampler techniques, in which a sampler is designed to separate particles by their inertia into separate flow streams, in this case $PM_{2.5}$ and $PM_{10-2.5}$. There are three widely used short-time-resolution automated FEMs: (1) beta attenuation monitors which measure absorption of beta radiation by PM, which is proportional to PM mass; (2) Tapered Element Oscillating Microbalance (TEOM) monitors, which continuously record the mass of particles collected on a filter substrate and are typically configured with the Filter Dynamics Measurement System (FDMS) designed to ensure the sample is appropriately conditioned and that volatile aerosols are measured; and (3) optical methods that use a spectrometer, which allow calculation of aerosol mass concentrations over a wide range of cutpoints.

At the time of completion of both the 2004 AQCD (U.S. EPA, 2004) and 2009 PM ISA (U.S. EPA, 2009), considerable effort was still focused on improving measurement methods for PM mass. Examples are the development of the $PM_{10-2.5}$ FRM and the Filter Dynamics Measurement System-TEOM (FDMS-TEOM) (Grover et al., 2006), both of which are described in detail in the 2009 PM ISA (U.S. EPA, 2009). More recently, there has been little new emphasis on method development research for PM mass measurement.

### 2.4.2    $PM_{10-2.5}$

Although the $PM_{10-2.5}$ FRM and FEMs were already discussed in the 2009 PM ISA (U.S. EPA, 2009), the state of technology for $PM_{10-2.5}$ measurement is reviewed here because the large data set of nationwide $PM_{10-2.5}$ network measurements is reported for the first time in Section 2.5. $PM_{10-2.5}$ FRMs and FEMs now used for routine network monitoring are considerably improved compared to methods

SECTION 2.4: Measurement, Monitoring, and Modeling
2-27

used in the previous key analyses of $PM_{10-2.5}$ sampling issues (U.S. EPA, 2004; Vanderpool et al., 2004). New results reveal changing trends in $PM_{2.5}:PM_{10}$ ratios (see Section 2.5.1.1.4).

There are three categories of methods widely used for ambient sampling of $PM_{10-2.5}$. The first is the $PM_{10-2.5}$ FRM (40 CFR Part 50, Appendix O), which determines $PM_{10-2.5}$ mass as the arithmetic difference between separate, collocated, concurrent 24-hour $PM_{10}$ and $PM_{2.5}$ measurements at local conditions of temperature and pressure. This is sometimes referred to as the difference method for $PM_{10-2.5}$ sampling. The difference method was selected as the FRM to preserve the particle size limits for $PM_{2.5}$ and $PM_{10}$, which are defined by fractionation curves with characteristic shapes and cutoff sharpnesses established for the $PM_{2.5}$ and $PM_{10}$ FRMs, as well as to preserve integrated sample filter collection and gravimetric measurement technology used for all previous FRMs for PM indicators to maximize comparability between $PM_{2.5}$, $PM_{10}$, and $PM_{10-2.5}$ measurements. $PM_{10-2.5}$ FRMs are largely deployed as part of a multipollutant monitoring network (see Section 2.4.6).

A second category of $PM_{10-2.5}$ methods are the automated FEM monitors that use either a difference method or dichotomous separator in the design of the method. Automated difference method FEMs use two measurement devices similar to the FRM difference method. Automated dichotomous FEMs also rely on two measurement devices, but instead of having separate inlets, use one flow stream, that splits the particles into larger and smaller PM mass fractions to be analyzed separately. Automated $PM_{10-2.5}$ FEMs are also largely deployed at NCore stations.

The third category of $PM_{10-2.5}$ methods deployed are for the IMPROVE program. In the IMPROVE sampling methods, two of the four sampling modules operated provide data that are used to calculate a $PM_{10-2.5}$ concentration similar to how the FRM difference method is calculated. Although not an FRM or FEM, the IMPROVE program $PM_{10-2.5}$ data are included because they represent a consistent national network at over 150 locations. IMPROVE program sites are typically located in class-one areas and national parks to support the regional haze program.

Poor precision in early $PM_{10-2.5}$ mass measurements for both the difference method (Allen et al., 1999; Wilson and Suh, 1997) and dichotomous samplers (Camp, 1980) has been reported. Allen et al. (1999), in particular, discussed the inherently lower precision of both the old difference method and dichotomous sampling compared with $PM_{2.5}$ and $PM_{10}$ FRMs. The early observations of poor precision were not based on the performance of $PM_{10-2.5}$ samplers in current use in the NCore and other sampling networks, as a number of improvements have facilitated greater precision of the difference method (Allen et al., 1999) and the development of an FRM for $PM_{10-2.5}$ (40 CFR Part 50 Appendix O). Precision better than 5% was demonstrated by using identical instrumentation for both $PM_{2.5}$ and $PM_{10}$ except for the sampler cutpoint; using the same filter type, filter material, filter face velocity, and ambient-to-filter temperature difference, lowering blank variability, and increasing gravimetric analytical precision (Allen et al., 1999). These are provisions that are now specified in the FRM and used for measuring $PM_{10-2.5}$ in national sampling networks that use the $PM_{10-2.5}$ FRM or FEM to obtain differences in $PM_{10}$ and $PM_{2.5}$ mass. Because of these improvements, high uncertainties reported for previous measurements described

SECTION 2.4: Measurement, Monitoring, and Modeling

00196593

in U.S. EPA (2004) no longer apply to the difference methods in use as FRMs and FEMs on which current $PM_{10-2.5}$ network measurements are based.

### 2.4.3     Ultrafine Particles: Number, Surface Area, Mass

In this section, measurement methods for UFP are reviewed. In Section 2.4.3.1 methods for counting particle number and measuring particle number distribution are described. Because UFP mass is usually so small, the number rather than the mass of UFP are usually reported. Because this can be instrument-dependent, differences in particle number measurement methods in common use are discussed. Section 2.4.3.2 reviews surface area measurements, and Section 2.4.3.3 reviews mass measurements. There are a number of reasons why measurements in the UFP size range are more challenging than mass measurements of $PM_{2.5}$ or $PM_{10-2.5}$, and these can result in differences in the upper size limit for sampling UFP mass and number. These challenges and differences are explained in Section 2.4.3.3.

#### 2.4.3.1     Particle Number and Number Distribution

Particle number measurement is a rapidly advancing area of research, and large uncertainties and biases are likely associated with UFP measurement. The U.S. EPA has not yet established reference methods for ambient or source UFP number measurement. However, use of particle number measurements for regulatory and certification purposes has driven technological development of particle number measurements in the European Union (EU), where a network of UFP monitoring stations that uses PM electrical properties for both counting and sizing particles to measure particle number distributions has been developed. Particle number counts are separated into six size classes and particle number distributions based on these classes reported every 10 minutes (Wiedensohler et al., 2012).

Condensation particle counters (CPC) are one of the most common instruments to determine total number concentration (the majority which is usually in the UFP range) for both ambient and source particle measurements. Particles enter a water or alcohol saturated vapor chamber and grow by condensation to a size that allows measurement using an optical particle counter (OPC). In some cases, CPC instrumentation is used to measure UFP number without size classification under the assumption that particles with $Dp > 0.1$ μm do not significantly contribute to particle number measurements. The 2009 PM ISA (U.S. EPA, 2009) reported the development of a water-based CPC more suitable for long-term field studies. Before the development of this technology, particle number measurements were mainly restricted to short-term, intensive field studies. Water-based CPC instruments have since found limited use in network monitoring applications (see Section 2.4.5 and Section 2.5.1.1.5).

The 2009 PM ISA also reported a reduction in detection size down to <0.002 μm in diameter with mobility particle sizers (U.S. EPA, 2009). More recently, substantial progress has been made in

SECTION 2.4: Measurement, Monitoring, and Modeling

00196594

measuring sub-0.003 μm particles and clusters, as well as gaseous compounds involved in the initial steps of atmospheric NPF. Advances include development of particle counters (CPCs) capable of measuring particle number counts and number distributions down to about 0.001 μm in particle mobility diameter (Kangasluoma et al., 2015; Lehtipalo et al., 2014; Kuang et al., 2012a; Jiang et al., 2011; Vanhanen et al., 2011; Iida et al., 2008). These advances are especially useful for investigating atmospheric nucleation of particles (see Section 2.3.4).

Other recent advances include current efforts to develop a miniaturized CPC for use in personal monitoring applications (He et al., 2013). CPCs can be used as stand-alone instruments to measure total particle number but are often used downstream of other particle classifiers to determine UFP number or particle-number size distributions. Classification of UFP size may be via the inertial, diffusional, or electric mobility properties of the aerosol, and sometimes more than one means of classification may be used. Faraday cup electrometers (FCE) can also be used downstream of other particle classifiers to determine UFP number or particle-number size distributions (Dhaniyala et al., 2011; McMurry et al., 2011; Fletcher et al., 2009). Size classification of UFP was reviewed in the 2009 PM ISA (U.S. EPA, 2009) as were methods based on inertial, gravitational, centrifugal, and thermal techniques (Marple and Olson, 2011). Advances in the development of size classification methods have mainly concerned classification by electrical mobility. A unique particle mobility within an electric field can be established relative to particle size (Hinds, 1999), and aerosols can be charged with radioactive sources such as Kr-85, Am-241, or Po-210 or using a soft-x-ray source (Jiang et al., 2014). Other instruments that classify by size using electrical mobility were described in the 2009 PM ISA (U.S. EPA, 2009).

The size ranges measured by instruments widely used in field research are superimposed on a typical particle number size distribution (Whitby et al., 1972) illustrated in Figure 2-9. The vertical lines in Figure 2-9 show the lower and upper size limits of various UFP sampling methods. The earlier literature reported that CPCs used for particle number measurement had variable lower limit particle size detection levels, but detection level were often near 0.01 μm (Liu and Kim, 1977), shown as Line A. In several field studies described in this ISA, particles are sized by diffusive or electrical methods before counting to limit measurements to particle number count to below 0.1 μm (Evans et al., 2014; Liu et al., 2013; Rosenthal et al., 2013), shown as Line B. In these cases, resulting particle number measurements are the number of particles between Line A and Line B in Figure 2-9. Because the number distribution continues below 0.01 μm (Line A), it is possible that some fraction of the total number of particles smaller than 0.01 μm are too small to be detected, except without specialized research methods for counting clusters, as described above.

Moreover, the peak of the number distribution can change considerably over time or over short distances. At less than 50 m from a major highway, there were more particles in the 0.006 to 0.025 μm size range than in the 0.025 to 0.05 μm size range, but at 100 m from the highway there were more particles in the 0.025 to 0.05 μm size range than in the 0.006 to 0.025 μm size range (Zhu and Hinds, 2002). It is possible that actual particle number could decrease with distance from a busy road at the same

00196595

time that the fraction of the particles large enough to be detected is increasing, making interpretation of particle number data difficult.



LOGD$_p$ = logarithm of particle diameter; N = particle number; NT = total particle number count; S = surface area; ST = total surface area; UFP = ultrafine particles; V = volume; VT = total volume.

Note: Vertical lines are: (A) lower size limit from a widely used condensation particle counter from 1977; (B) upper size limit definition of UFP; (C) lower size limit of a newer condensation particle counter; (D) and (E) upper size limits for particle number measurements from different epidemiologic studies. (Line F is not used.)

Source: Original figure showing example particle size distribution from Whitby et al. (1972), vertical lines correspond to lower and upper size ranges for sampling procedures reported by Viana et al. (2015); Evans et al. (2014); Meier et al. (2014); Olsen et al. (2014); Liu et al. (2013); Rosenthal et al. (2013); Hampel et al. (2012); Iskandar et al. (2012); Verma et al. (2009); Liu and Kim (1977).

**Figure 2-9    Size ranges collected by various UFP sampling procedures.**

The development of CPCs that can detect particles as small as 0.003 μm could complicate comparison of particle number concentrations measured with different particle counters. As Figure 2-9 shows, there is a difference in number of particles counted between older particle counters with size limits down to 0.010 μm (between Lines A and B) and newer particle counters with size limits down to 0.003 μm (between Lines B and C). In a study using two different particle counters, the counter with a lower size limit of 0.003 μm gave 14−16% higher number counts than the one with a lower size limit of 0.007 μm (Hampel et al., 2012). In the Pittsburgh Air Quality Study, the average particle number count in the size range 0.003 to 0.010 μm was 5,600/cm$^3$ (Stanier et al., 2004), while the average particle number

SECTION 2.4: Measurement, Monitoring, and Modeling
2-31

00196596

count for the entire 0.003 to 2.5 µm size range was 22,100/cm$^3$. This corresponds to 25% of total particle number count accounted for by particles in the range of 0.003 to 0.010 µm.

In other studies, particle number has been counted without size classifying before counting over size ranges up to 0.3 µm (Meier et al., 2014; Olsen et al., 2014) or 0.7 µm (Iskandar et al., 2012), as shown in Lines D and E of Figure 2-9 as an indicator UFP number. Although 0.3 µm is well above the nominal UFP upper limit of 0.1 µm, the use of a larger upper size limit was more convenient and was justified by observations that most particles are smaller than 0.1 µm. Figure 2-9 shows that the greatest number of particles are smaller than 0.1 µm, but that a part of the particle number distribution extends beyond it. Recent studies have verified that 75% of particles smaller than 0.7 µm (Iskandar et al., 2012) and roughly 5/6 of particles smaller than 0.5 µm by number are smaller than 0.1 µm (Evans et al., 2014).

An additional complication for electrometer-based measurements (but not for CPCs) is that the number of particles that can be detected varies with particle size. For example, an electrometer can have a size detection limit of 0.02 µm, but this does not indicate that a single particle with a diameter of 0.02 µm can be detected. Instead, lower count detection varies with particle size because the amount of charge required for detection by an electrometer increases with decreasing particle size. For example, a UFP 3031 electrometer has an estimated lower detection limit of 408/cm$^3$ for 0.02- to 0.03-µm particles but falls off to 120/cm$^3$ for 0.07- to 0.1-µm particles (Vedantham et al., 2015). Detection of particle number using an electrometer is thus limited by a size below which no particles are counted, as well as by a minimum detectable particle number count that varies with size.

To summarize, the variety of instruments and approaches used for measuring particle number present potentially large uncertainties for use in field studies to estimate exposure and health effects, and this variety complicates comparing particle number concentrations between field studies using different measurement methods. Not removing particles larger than 0.1 µm before measurement introduces a bias of greater than 10−20%. Differences in the lower size limit of detection between different particle counters could produce an even greater uncertainty that has not been fully characterized. Underlying these uncertainties is the knowledge that because there is a lower size limit for particle detection, there is inherently some unknown fraction of particle number concentration that is accounted for by particles that are too small to be detected. This is an especially important consideration for comparing recent data with older data. As particle number counting technology rapidly advances, the lower size limit of detection is decreasing, and the number of particles capable of being detected is correspondingly increasing. In essence, different widely used UFP measurement methods do not measure the same particle size range, and serious biases in particle number measurements are both likely and difficult to assess.

### 2.4.3.2    Surface Area

Particle surface area is usually measured by radioactive or electrical labeling of particles using an electrical aerosol detector or radiation detector (U.S. EPA, 2009). There have been new advances in

00196597

measuring UFP surface area. The epiphaniometer directly measures surface area via surface deposition of Pb-211 onto sampled particles and subsequent measurement of the alpha radiation activity of particles deposited on a filter using an annular surface barrier detector (Gini et al., 2013; Gaggeler et al., 1989). Surface area may also be approximately determined via unipolar diffusion charging of particles with active surface area related to the electrical charge transferred to particles under controlled charging conditions (Jung and Kittelson, 2005). Excess ions are removed using an ion trap and charge is measured via electrometer (Geiss et al., 2016). The diffusion charge surface area relationship is only valid within a particle size range of approximately 0.02 to 0.4 µm (Geiss et al., 2016; Kaminski et al., 2012; Asbach et al., 2009). Diffusion charge surface area shows good agreement with TEM projected surface area for particle sizes of primary interest for UFP characterization (i.e., $DP < 0.1$ µm) but appears to underestimate surface area for larger particles (Ku and Maynard, 2005). Instrumentation and methods used to estimate "lung-deposited surface area" are described in Section 4.1.7.

### 2.4.3.3    Mass

Inertial classification to the most common UFP size definition (i.e., an inertial 50% cutpoint Dp less than 0.1 µm) can be accomplished for UFP mass sampling by using a low-pressure impactor as an initial scalper stage and using sample filter media in the flow exiting the impactor. In such cases, UFP mass can be designated as $PM_{0.1}$, which refers to the 0.1-µm 50% cutpoint in a manner analogous to nomenclature used for other size-classified particle mass measurements (e.g., $PM_{2.5}$).

Measurement of UFP mass gravimetrically can be problematic because of the small amount of collected mass, long sampling periods involved, and the potential loss of semivolatile particles. While inertial classifiers can be used to classify or determine the size distribution of UFP, the pressure drop across the sub-0.1 µm stage required for sampling UFP may present challenges with respect to evaporative loss of particulate matter (Hata et al., 2012; Furuuchi et al., 2010; Singh et al., 2003).

To address this, particles with a larger aerodynamic diameter cutpoint have been sampled using a high-volume slit impactor with 50% cutpoints of 0.18 or 0.25 µm to increase the sample collected for mass determination and/or compositional analyses and to reduce the pressure drop across the inertial classification stage to reduce evaporative losses. For example, Saffari et al. (2015) described a sampler with a 0.25 µm inertial 50% cutpoint $D_p$ and quantified $PM_{0.25}$ (Saffari et al., 2015; Misra et al., 2002), and a design by Demokritou et al. (2002) later evolved into a commercial sampler with a 0.18 µm cutpoint for sampling near the UFP range.[43] Sampling of $PM_{0.25}$ or $PM_{0.18}$ increases sampled mass over a time interval and reduces the pressure differential necessary for inertial classification relative to $PM_{0.1}$. In the available studies, the estimated upper limit of the measured PM mass that has been referred to as the ultrafine particle size range usually varies between about 0.1 and 0.3 µm of the particle aerodynamic

---

[43] BGI 900 High Volume Cascade Impactor Guidance Manual, available at: https://bgi.mesalabs.com/wp-content/uploads/sites/35/2014/10/BGI900_MANUAL_1.0.0.pdf.

00196598

diameter, depending on the PM sampling device used (Cheung et al., 2016; Borgie et al., 2015; Viana et al., 2015; Daher et al., 2013; Kudo et al., 2012; Mueller et al., 2012; Chen et al., 2010; Bruggemann et al., 2009).

Concentrated ambient particles (CAPs) are frequently used in controlled human exposure and animal toxicological studies. The technology that allows for CAPs is the virtual impactor with a high-volume slit design (Sioutas et al., 1994c; Sioutas et al., 1994a, b). Briefly, ambient air is accelerated through a high-volume nozzle that lets smaller particles pass through in a small fraction of the flow stream but removes larger particles by impaction in a larger fraction of the flow stream. Classification by size has been achieved by placing two or three virtual impactors in sequence in a Versatile Aerosol Concentration Enrichment System [VACES; Maciejczyk et al. (2005); Ghio et al. (2000); Sioutas et al. (1995b); Sioutas et al. (1995a)]. The Ultrafine Particle Concentrator (UPC) was developed by Sioutas et al. (1999) as a laboratory aerosol concentration device and was incorporated into a variation of the VACES by Kim et al. (2001). Ambient air is introduced in the system through three inlets: 0.18-μm impactor, 2.5-μm impactor, and ambient air with no upstream cutpoint (Kim et al., 2001). The VACES was briefly described in the 2004 PM AQCD (U.S. EPA, 2009). Because virtual impaction works best for particles much larger than 0.1-μm, UFP concentration requires supersaturation for particle growth to an optimal size for virtual impactor operation, and a subsequent drying step after separation to return particles to their original size.

The original description of the Harvard Ultrafine Concentrated Ambient Particle System (HUCAPS) includes an outlet impactor with a 0.2-μm cutpoint (Gupta et al., 2004). A 0.3-μm cutpoint using the HUCAPS has also been described (Liu et al., 2017) and the VACES, uses 0.18-μm cutpoint inlet impactor for its nominally ultrafine size range (Kim et al., 2001).

Other approaches to PM delivery in controlled exposure studies can result in particle size ranges up to 0.3 μm. Previously described high-volume ambient samplers designed to collect a UFP fraction have also been used in controlled exposure studies with UFP, by collecting PM on a filter substrate, extracting the PM from the filter, and nebulizing and drying the extract to reconstitute the aerosol (Cacciottolo et al., 2017; Woodward et al., 2017; Cheng et al., 2016; Zhang et al., 2012a; Morgan et al., 2011). In other controlled clinical exposure studies, PM with MMD <0.1 μm was generated by spark discharge (Schaumann et al., 2014) or sampled directly from automobile exhaust (Tyler et al., 2016).

UFP CAPs and other delivery systems for controlled exposure studies are generally not limited to the nominal UFP size limit of less than 0.1 μm. Instead, they usually involve a particle size ranging up to 0.18 to 0.3 μm without exclusion by impaction or other means of removal. Under these circumstances, a large fraction of the mass range targeted for investigation of UFP effects in controlled exposure studies can come from particles larger than the nominal size of 0.1 μm. Consequently, a difference in mass between practical mass sampling methods targeting UFP and what would be measured below 0.1 μm is likely. However, as described in Section 2.4.3.1, the difference in particle number measurements is likely to be much less.

SECTION 2.4: Measurement, Monitoring, and Modeling

00196599

### 2.4.4    Chemical Components

Measurement of PM components is potentially useful for providing insight into what sources contribute to PM mass as well as for discerning differential toxicity. $SO_4^{2-}$, $NO_3^-$, $NH_4^+$, organic carbon (OC), and elemental carbon, as well as a suite of elements are measured in national speciation monitoring networks (see Section 2.4.5) and from intensive field studies mainly by collection on filters, using methods described in detail in the 2004 PM AQCD (U.S. EPA, 2004) and 2009 PM ISA (U.S. EPA, 2009). New advances in PM speciation analysis has included new network applications for OC analysis and better characterization of sampling errors of major PM components. Fourier Transform Infrared Spectroscopy has been applied to OC and organic functional group determination in national networks (see Section 2.4.6) for monitoring $PM_{2.5}$ species (Weakley et al., 2016). Characterization of sampling errors due to loss of $NH_4NO_3$ and semivolatile organic material during sampling, adsorption of organic vapors during sampling, and generation of elemental carbon during analysis of organic carbon have emerged as the main sources of measurement error, and considerable effort has been devoted to their minimization or correction (U.S. EPA, 2009, 2004).

New research has focused on seasonal differences in the effects of these errors, indicating 40−50% loss of $PM_{2.5}$ $NO_3^-$ from Teflon filters in summer and less than 10% in winter, with summer losses largely balanced out by an increase in retained water (Malm et al., 2011; Nie et al., 2010; Vecchi et al., 2009). The volatilized $NO_3^-$ is minimized in network $NO_3^-$ sampling methods (Solomon et al., 2014), but not with most $PM_{2.5}$ mass methods, making a negative bias in the $PM_{2.5}$ FRM possible if the $NO_3^-$ contribution to $PM_{2.5}$ mass is large enough. Further research has also continued on quantifying positive OC artifacts due to vapor adsorption on filters (Vecchi et al., 2009; Watson et al., 2009), including observation of more vapor adsorption in summer than winter (Cheng et al., 2010; Vecchi et al., 2009). Minimization of sampling error has been investigated by adjusting filter deposit area, flow rate, and passive exposure time (Chow et al., 2010a); by using denuders upstream of filters (Chow et al., 2010b); and by characterizing backup filter correction and its influence on the split between OC and EC (Cheng et al., 2009) to reduce the positive adsorption artifact. Considerable research has also focused on measurement of particulate organic species, elemental analysis, and single particle mass spectrometric analysis, along with some novel sampling and analytical approaches for measuring PM components, but these are beyond the scope of this review because they have not been used for interpreting health and welfare effects.

### 2.4.5    Satellite Remote Sensing

Instruments sensing back-scattered solar radiation on satellites have made it possible to characterize tropospheric aerosol properties on the global scale. Satellite-based measurements used for estimating $PM_{2.5}$ are becoming more widely used and have recently been combined with modeled data and ground-level measurements to extend the spatial coverage over which $PM_{2.5}$ concentrations can be

00196600

estimated and to improve the spatial resolution of $PM_{2.5}$ estimates used to assign exposure in health studies. The satellite-borne instruments vary in their complexity and in the aerosol properties they can measure. Satellite instruments measure radiance (electromagnetic energy flux), which can then be used to provide information on the aerosol column amount, or the aerosol optical depth (AOD). Because $PM_{2.5}$ is not directly measured, computational algorithms involving a range of assumptions must be applied to obtain estimates of $PM_{2.5}$ concentrations from AOD. These inferred measurements involve potential errors that are not encountered with the FRM or other ground-based $PM_{2.5}$ measurements. This section focuses on the strengths and limitations of estimating $PM_{2.5}$ concentration from AOD. Studies involving fusion of AOD with spatiotemporal modeling to predict exposure concentration are discussed in Section 3.3.3.

Depending on the wavelengths sampled and the spectral resolution of the instruments, information about the composition of particles of diameter <2 μm and particles of diameter >2 μm can be obtained (Engel-Cox et al., 2004). Satellite AOD observations have extensive spatial coverage, making these data attractive for estimating surface PM concentrations. AOD is a measure of the extinction of light in the atmosphere and is directly related to the presence of particulate matter because the individual particles scatter light. A higher AOD reflects greater scattering, indicating higher PM loadings. However, this relationship is not linear due to multiple factors, including atmospheric (e.g., thickness of the boundary layer, cloud presence, humidity) and particle (chemical speciation, size distribution) characteristics. AOD measurements can be affected by surface characteristics as well (Martin, 2008). Data cannot be collected when clouds and snow are present, limiting the completeness of satellite data sets (Hoff and Christopher, 2009). Excessive amounts of smoke can also preclude data collection because smoke may be mistaken for clouds when AOD > 4 (van Donkelaar et al., 2011).

Spatial and temporal resolution with which concentration can be estimated by satellite images varies with the satellite data source. Satellite/instrument retrievals, and further analyses, provide AOD data at varying spatial resolutions down to 500 m [e.g., Reid et al. (2015); Hoff and Christopher (2009)]. The Moderate Resolution Imaging Spectroradiometer (MODIS) passes the U.S. twice daily with 10- or 1-km resolution, while the Geostationary Operational Environmental Satellite (GOES) Aerosol/Smoke Product (GASP) produces data in 30-minute intervals with 1-km resolution, and the Multiangle Imaging Spectroradiometer (MISR) produces nearly continuous AOD data but with 17.6-km resolution. Additionally, AOD can be estimated at the earth's surface by the Aerosol Robotic Network (AERONET), which measures AOD from the ground surface and has sites distributed globally. AERONET AOD measurements may provide some validation of satellite AOD measurements.

The many factors that affect the relationship between AOD and $PM_{2.5}$ concentrations lead to widely varying, and sometimes relatively low, correlations when linear relationships are developed. In the Hoff and Christopher (2009) review, the correlation ($R$) (not specified as Spearman or Pearson) ranged from 0.4 to 0.98 across cited studies. Hu (2009) observed a Pearson $R = 0.67$ for the eastern U.S. and $R = 0.22$ for the western U.S. The authors attributed poor retrieval in the western U.S. to variation in

00196601

topography and meteorology. Errors in satellite data may occur because the retrievals are sensitive to the aerosol vertical distribution and the optical properties of the particles, which in turn are determined by their morphology and composition, whether they are internally or externally mixed, and the surface contribution to satellite-measured reflectance. Moreover, satellite data are obtained during brief overpasses, and cannot be integrated over the longer averaging times used in ground-based measurements. Satellite observations have been compared with AERONET to determine how remote sensing influences measurements of AOD. Kim et al. (2015) compared AOD for the southeastern U.S. from AERONET with that from MODIS and MISR and found correlations of 0.83 and 0.74, respectively. Normalized mean biases were −18% for MODIS and 1.5% for MISR compared with AERONET. The amplitudes of seasonal peaks were larger in satellite observations compared with the surface data. Kim et al. (2015) suggested that two main factors contribute to this finding: (1) in summer, the mixed layer is deeper, which allows for vertical mixing to greater heights where the sensitivity of the satellite measurements is greater and there is biogenic SOA production from isoprene oxidation and (2) in winter, the shallower mixed layer depth restricts the extent of vertical mixing, and SOA formation is greatly reduced compared with summer.

The influence of surface reflectance on the relationship between estimated $PM_{2.5}$ and AOD depends on the wavelength range of the retrieval system. The most commonly used algorithm for retrieving AOD from MODIS uses reflected sunlight in the 470- to 2,110-nm wavelength range and is more reliable over dark surfaces than over bright surfaces, because bright surfaces typically show high reflectivity in the red and near-infrared frequencies, resulting in low signal-to-noise ratios over bright surfaces. However, retrievals of AOD over bright surfaces are possible by making use of reflected sunlight measured in the 412−470 nm channels (Sorek-Hamer et al., 2015). $R^2$ was determined between retrievals of AOD over the San Joaquin Valley using a mixed effects model. In this model fixed effects represent average relationship between AOD and $PM_{2.5}$ over all monitors in the study area for the study period (2005−2008) and random effects reflect daily variability in the relationship between $PM_{2.5}$ and AOD. $R^2$ was 0.69, root mean square predicted error (RMSPE) was $9.1 \pm 1.2$ $\mu g/m^3$ and normalized RMPSE was $0.44 \pm 0.05$.

Spatial resolution of the satellite image influences the relationship between estimated $PM_{2.5}$ and AOD. More recently, Chudnovsky et al. (2013b) used the Multiangle Implementation of Atmospheric Correction (MAIAC) AOD, derived from MODIS radiances with a 1-km resolution over New England from 2003 to assess how AOD resolution affected the coefficient of determination with $PM_{2.5}$ using a simple linear fit. The 1-km resolution retrievals displayed greater spatial variability and more cloud-free cells over New England than did the 10-km resolution. The authors found that, in their application, the $R^2$ decreased as the resolution was decreased (from a median of about 0.5 at 1-km resolution to about 0.2 at 10-km resolution), suggesting that higher resolution AOD products can provide increased spatial detail and higher accuracy. Using the MAIAC derived from MODIS radiances with a 1-km resolution from New England from 2002 to 2008, Chudnovsky et al. (2013a) also compared the correlation between AOD and fixed-site $PM_{2.5}$ concentration derived from 10-km-resolution MODIS data and 1-km-resolution

SECTION 2.4: Measurement, Monitoring, and Modeling

00196602

MAIAC data with concentration from 84 fixed-site $PM_{2.5}$ monitors. Correlations (not stated whether Pearson or Spearman) were similar ($R = 0.62$ for MODIS and 0.65 for MAIAC) across all data and when broken down by region and season. The 1-km resolution MAIAC data were found to have valid AOD measures for a larger fraction of the monitoring sites compared with the 10-km MODIS data. Chudnovsky et al. (2013a) noted that comparisons between AOD and fixed-site monitor $PM_{2.5}$ concentration data can sometimes produce inverse relationships. The AOD averaged over an area can be lower or higher than the $PM_{2.5}$ concentration measured at a fixed-site monitor depending on the spatial distribution of primary $PM_{2.5}$ sources.

In summary, satellite-based measurements are becoming more widely used for estimating $PM_{2.5}$ because they provide more extensive spatial coverage than can be obtained with $PM_{2.5}$ monitoring network data. The satellite-based instruments measure radiance to provide information on AOD, and computational algorithms are then used to estimate $PM_{2.5}$ from AOD. These algorithms can be complex, and there is considerable uncertainty in the $PM_{2.5}$ estimated from AOD. This is because of the many factors that influence the relationship between $PM_{2.5}$ and AOD, including boundary layer thickness, cloud presence, humidity, PM composition and size distribution, and ground reflectivity. Satellite-based $PM_{2.5}$ estimates are more accurate over dark surfaces on days without clouds than over bright surfaces or with clouds present, but they can also be used effectively in hybrid models that may incorporate other data sources, including CMAQ model output, surface measurements, and land use variables (Section 3.3.3).

### 2.4.6    Monitoring Networks

Objectives for PM monitoring include: (1) supporting air quality analyses used to conduct assessments of exposure, health risks, and welfare effects; (2) characterizing air quality status, including providing the public with timely reports and forecasts of the air quality index (AQI); (3) determining compliance with the NAAQS; (4) developing and evaluating air pollution control strategies; and (5) measuring trends and overall progress for air pollution control programs. Federal rules that regulate monitoring programs and details of the various sampling networks relevant for PM measurement are described in the 2009 PM ISA (U.S. EPA, 2009) and updated in the 2016 PM IRP (U.S. EPA, 2016b). Data from U.S. EPA's ambient air monitoring network are available from two national databases. The AirNow database provides data used in public reporting and forecasting of the AQI, and the Air Quality System (AQS) database is the U.S. EPA's long-term repository of ambient air monitoring data. The current $PM_{2.5}$ network as of May 2018 is shown in Figure 2-10. At this time there were 738 FRM monitors and 839 continuous mass FEM monitors.

00196603



CBSA = core-based statistical areas; FEM = Federal Equivalence Method; FRM = Federal Reference Method; NGDC = National Geophysical Data Center; NOAA = National Oceanic and Atmospheric Administration; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

Source: U.S. EPA analysis of data from monitoring networks, prepared in 2016.

**Figure 2-10     PM$_{2.5}$ network including near-road monitors.**

A number of other major national monitoring networks for PM have been in place for multiple decades. PM$_{10}$ is also monitored in a national network. As of May 2018, there are 420 FRM monitors and 351 continuous FEM monitors in the PM$_{10}$ network. PM$_{2.5}$ components are measured in two monitoring networks, the Chemical Speciation Network (CSN), and the Interagency Monitoring of Protected Visual Environments (IMPROVE) network, which was implemented to better understand the relationship between PM composition and properties with atmospheric visibility (U.S. EPA, 2016b). As of May 2018, there are 153 CSN stations and 152 IMPROVE stations. The field and laboratory approaches used in the CSN and IMPROVE network, as well as their historical evolution, measurement errors and uncertainties, and differences between them, have been thoroughly reviewed (Solomon et al., 2014). Monitor locations and number of monitors required for the PM$_{2.5}$, PM$_{10}$, CSN, and IMPROVE networks are discussed in the

SECTION 2.4: Measurement, Monitoring, and Modeling
2-39

00196604

2016 PM IRP (U.S. EPA, 2016b) and monitor siting criteria are described in CFR 40 Part 58 Appendix D and the SLAMS/NAMS/PAMS Network Review Guidance (U.S. EPA, 1998). Maps of these other national monitoring networks are not included in this ISA but have been presented along with an extensive discussion of PM monitoring networks in the 2009 PM ISA (U.S. EPA, 2009).

Extensive new PM monitoring efforts now complement these long-standing networks by providing additional data supporting multiple objectives, including PM research. These new monitoring efforts include near-road monitoring for $PM_{2.5}$, and the National Core (NCore) network for multipollutant measurement, as well as monitoring of additional PM measurements that are associated with special projects or are complementary to other networks, including particle number, black carbon, and continuous component monitoring (U.S. EPA, 2016b).

$PM_{2.5}$ near-road monitors located within 50 m of roads with heavy traffic are identified in Figure 2-10. By January 1, 2015, 22 core-based statistical areas (CBSAs) with a population of 2.5 million or more were to have a $PM_{2.5}$ monitor operating at a near-road location, and by January 1, 2017, 30 CBSAs with a population between 1 and 2.5 million were to have a $PM_{2.5}$ monitor at a near-road location.

The NCore network in Figure 2-11 is a relatively new national air quality monitoring network that has been operating since January 1, 2011 and has 78 monitoring sites designed to measure multiple pollutants, including $PM_{10-2.5}$ (Weinstock, 2012). The purpose of the NCore network is to support long-term science and policy objectives by contributing data from the latest monitoring technology over a wide range of representative urban and rural locations (Weinstock, 2012). $PM_{10-2.5}$ is measured nationwide in both the NCore and IMPROVE networks. The number of monitoring locations for $PM_{10-2.5}$ is considerably smaller than the number of $PM_{2.5}$ or $PM_{10}$ monitors. As of May 2018, $PM_{10-2.5}$ was being monitored at 140 IMPROVE stations in addition to the 78 NCore monitoring sites.

Another new development is the routine monitoring of particle number at several sites in the U.S. Hourly particle number monitoring data over a period of several years has been reported to AQS from an urban and a rural site in New York state, and additional monitors reported data for shorter periods. At least three near-road network monitoring sites will also include particle number measurements (U.S. EPA, 2016b).

00196605



NCore = National Core.
Source: U.S. EPA analysis of data from monitoring networks, prepared in 2016.

**Figure 2-11    National Core Multipollutant Monitoring Network.**

### 2.4.7    Chemical Transport Models

This section briefly reviews scientific advances in chemical transport models (CTMs)—numerical models of atmospheric transport, chemistry, and deposition of PM. The 2009 PM ISA (U.S. EPA, 2009) provided a description of the relevant processes and numerical methods. Key observations were that the largest errors in photochemical modeling were still thought to arise from the meteorological and emissions inputs to the model (Russell and Dennis, 2000) and that additional uncertainty was introduced by the parameterization of meteorological and chemical processes (U.S. EPA, 2009). Alternative approaches to modeling these processes were discussed and compared (U.S. EPA, 2009). Most major regional-scale air-related modeling efforts at U.S. EPA use the Community Multiscale Air Quality (CMAQ) modeling system (Byun and Schere, 2006; Byun and Ching, 1999). Recent updates to CTM

SECTION 2.4: Measurement, Monitoring, and Modeling
2-41

00196606

model design, and in particular to CMAQ, are described below. Use of CTMs for exposure assessment studies, including combination of CTMs with other models or data to increase spatial resolution of the concentration field, are described in Section 3.3.2.4.

Numerous advances in atmospheric science have been codified in CTMs. They include improved algorithms that better simulate long-chain alkanes important for urban aerosols (Woody et al., 2016), biogenic secondary organic aerosols from isoprene and terpenes (Pye et al., 2017), the aging of organic aerosols from combustion (Ciarelli et al., 2017), the chemistry within cloud droplets and aerosol water (Fahey et al., 2017), gas-phase oxidant chemistry relevant to the formation of aerosol precursors, and dry deposition by gravitational settling (Nolte et al., 2015). Many processes that influence $PM_{2.5}$ are strongly affected by the weather, and accordingly, considerable scientific effort has focused on improving the representation of meteorological processes in CTMs and interactions with aerosols (Tuccella et al., 2015). Improved algorithms for understanding the influence of weather on emissions of $PM_{2.5}$ from sources such as sea spray (Grythe et al., 2014), wind-blown dust (Foroutan et al., 2017), and emissions of precursors such as VOCs from plants (Bash et al., 2016) and $NH_3$ from agricultural lands (Bash et al., 2013; Flechard et al., 2013; Pleim et al., 2013), have also advanced the capabilities of CTMs.

All of these improvements in specific processes work in concert to improve the CTM's performance at quantifying the spatial and temporal distribution of $PM_{2.5}$. CTMs are rigorously evaluated using $PM_{2.5}$ observations from extensive monitoring networks. Figure 2-12 shows the pattern of seasonal mean bias in $PM_{2.5}$ in CMAQ Version 5.1, which is the most recently published in the peer-reviewed literature (Appel et al., 2017). Compared with the prior version of CMAQ (v. 5.02), seasonal variability is generally improved as simulated concentrations decrease during winter and increase during summer, especially for organic carbon. Other CTMs that have reported comparisons between $PM_{2.5}$ simulated over North America and measurements of ambient $PM_{2.5}$, updated since the previous review, include the Comprehensive Air-Quality Model with Extensions (Koo et al., 2014) and the Weather Research and Forecasting model coupled with Chemistry (Crippa et al., 2016).

A number of chemical transport models have been configured to conduct their simulations online with the meteorological model. This may include feedbacks between the physical and optical properties of aerosols, solar radiation, and clouds (Forkel et al., 2015; Gan et al., 2015; Yu et al., 2014b; Wong et al., 2012). The modeling community has sought to evaluate these models as part of the Air Quality Model Evaluation International Initiative (AQMEII-2)—an effort "to promote policy-relevant research on regional air quality model evaluation across the atmospheric modeling communities" (Im et al., 2015b). Five modeling groups submitted results for North America which were compared against observations of $PM_{2.5}$ at 659 stations (Im et al., 2015a). The study reported the root mean squared error for WRF-CMAQ 5.0.1 simulations of 24-hour avg $PM_{2.5}$ as 3.08 $\mu g/m^3$ at urban monitoring sites, although another study reported larger errors for individual seasons (Hogrefe et al., 2015).

SECTION 2.4: Measurement, Monitoring, and Modeling
2-42



μg/m³ = microgram per cubic meter; Obs = observations; PM₂.₅ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

[a]Winter = December + January + February, spring = March + April + May, summer = June + July + August, fall = September + October + November.

Source: Appel et al. (2017).

**Figure 2-12    Seasonal average PM$_{2.5}$ mean bias (μg/m³) in Community Multiscale Air Quality simulations for 2011 at Interagency Monitoring of Protected Visual Environments (circles), Chemical Speciation Network (triangles), Air Quality System hourly (squares), and Air Quality System daily (diamonds) sites for (a) winter, (b) spring, (c) summer, and (d) fall.[a]**

Because CTMs are often used to estimate the impact of a change in emissions, it is also important to evaluate the ability of the modeling system to respond correctly to emission perturbations. While it is challenging to isolate the effects of a single emission change in ambient observations, a few studies have conducted decade-long simulations to examine the modeling system's (both the model and the inputs) ability to capture long-term trends. Over the U.S. and Europe, substantial reductions in sulfur dioxide and nitrogen oxides have created an opportunity to compare the model results with the trends in ambient observations (Banzhaf et al., 2015; Xing et al., 2015; Cohan and Chen, 2014; Civerolo et al., 2010). Studies have shown that CMAQ is skilled at capturing the seasonal and long-term trends in sulfate PM$_{2.5}$

SECTION 2.4: Measurement, Monitoring, and Modeling
2-43

$SO_4^{2-}$, in part because the emission changes are large and well quantified. CMAQ also captures the long-term trend in $PM_{2.5}$ $NO_3^-$; however, the model has less skill for seasonal variability in $PM_{2.5}$ $NO_3^-$, owing to uncertainties in $NH_3$ emission trends (Banzhaf et al., 2015; Xing et al., 2015).

## 2.5    Ambient Concentrations

### 2.5.1    Spatial Distribution

This section focuses on two spatial scales: the regional scale and urban/neighborhood scale. The regional scale is useful for understanding geographic differences between regions, especially with respect to PM concentrations, composition, and size. The urban and neighborhood scales are useful for understanding primary $PM_{2.5}$, $PM_{10-2.5}$, and UFP, because there are usually numerous sources, and PM concentrations can decrease steeply with distance from sources, resulting in considerable variation in PM concentrations over relatively short distances. The urban scale refers to citywide conditions with dimensions on the order of 4 to 50 km. The neighborhood scale refers to an extended area of a city with dimensions on the order of 0.5 to 4 km [CFR 40 Part 58 Appendix E (U.S. EPA, 2018b)].

Much of our understanding of spatial and temporal variation in PM concentrations is based on observations from PM monitoring networks. Spatial and temporal differences in $PM_{2.5}$ concentrations have also been predicted from models based on covariate data for both fine and large spatial scales (Yanosky et al., 2014; Paciorek and Liu, 2009; Yanosky et al., 2009). In general, stronger cross-validation agreement and greater precision for $PM_{2.5}$ than for $PM_{10}$ or $PM_{10-2.5}$ have been observed for predictive models of PM concentration, probably because $PM_{10-2.5}$ concentrations exhibited greater spatial variability (Yanosky et al., 2014; Yanosky et al., 2009). Regionally predictive capability in one study was best for the Northeast and Midwest and poorest in the Northwest and Central Plains, with intermediate performance in the Southeast, south central U.S., and Southwest (Yanosky et al., 2014). Pang et al. (2010) compared two computational estimation methods, Bayesian maximum entropy and ordinary kriging, and concluded that lower $PM_{2.5}$ estimation errors and error variances are obtained with a Bayesian maximum entropy approach.

#### 2.5.1.1    Variability Across the U.S.

##### 2.5.1.1.1    $PM_{2.5}$

$PM_{2.5}$ concentrations have decreased considerably from those reported in the 2009 PM ISA (U.S. EPA, 2009). Figure 2-13 shows the 3-year mean of the 24-hour $PM_{2.5}$ concentrations for network monitoring sites across the U.S. from 2013−2015. Figure 2-14 shows the 98th percentile $PM_{2.5}$

SECTION 2.5: Ambient Concentrations

00196609

concentrations over the 3-year period from 2013−2015 at monitors across the U.S. Although concentrations have decreased, the geographic distribution of average concentrations is similar to the period 2005−2007 reported in the 2009 PM ISA (U.S. EPA, 2009). Some of the highest 3-year avg 24-hour $PM_{2.5}$ concentrations are in the San Joaquin Valley and the Los Angeles-South Coast Air Basin of California. Many sites in the Northwest, including Oregon, Idaho, western Montana, and Utah experienced 98th percentile $PM_{2.5}$ concentrations greater than 40 $\mu g/m^3$. Numerous sites in the Central Valley of California also reported 98th percentile $PM_{2.5}$ concentrations above 40 $\mu g/m^3$. In the eastern U.S. there is a zone of elevated $PM_{2.5}$ with annual average concentrations greater than 10 $\mu g/m^3$ and 98th percentile concentrations greater than 25 $\mu g/m^3$ in the Ohio Valley, and stretching into eastern Pennsylvania. Both annual average and 98th percentile concentrations are generally lower than what was observed in the 2005−2007 period as reported in the 2009 PM ISA, continuing the downward trend reported there (U.S. EPA, 2009).



avg = average; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.
Source: U.S. EPA analysis of Air Quality System network data 2013−2015, prepared in 2016.

**Figure 2-13    Three-year avg PM2.5 concentrations 2013−2015.**

SECTION 2.5: Ambient Concentrations

00196610



PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.
Source: U.S. EPA analysis of Air Quality System network data 2013−2015, prepared in 2016.

**Figure 2-14     98th percentile 24-hour PM$_{2.5}$ concentrations 2013−2015.**

Specific regional concentration patterns are also evident from PM$_{2.5}$ data derived from satellites (see Section 2.4.5), including the higher average abundance in the eastern half than in the western half of the U.S., with especially high concentrations in the Ohio Valley; the Sonoran Desert region, which extends from Mexico into Arizona and inland areas of southern California and is subject to frequent dust storms; the Los Angeles urban area; the San Joaquin Valley; and the Big Bend area of Texas, which is also subject to dust storms (Lary et al., 2014).

Table 2-4 contains summary statistics for PM$_{2.5}$ reported to AQS for the period 2013−2015. The table provides a distributional comparison between annual, 24-hour, and 1-hour averaging times, as well as between quarters. The mean of annual average concentrations based on 24-hour samples across all sites during the 3-year period was 8.6 µg/m$^3$. This contrasts with a mean of annual average concentrations of 12 µg/m$^3$ for 2005 to 2007 (U.S. EPA, 2009), a substantial decrease.

SECTION 2.5: Ambient Concentrations

00196611

**Table 2-4    Summary statistics for PM$_{2.5}$ 2013−2015 (concentrations in µg/m$^3$).**

| | N | Mean | 1 | 5 | 10 | 25 | 50 | 75 | 90 | 95 | 98 | 99 | 2nd Highest | Max |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Annual (FRM + 24-h FEM[a]) | 1,533 | 8.6 | 2.1 | 4.6 | 5.5 | 7.1 | 8.7 | 9.9 | 11.3 | 12.1 | 14.1 | 15.4 | 26.3 | 28.8 |
| Daily (FRM) | 328,881 | 8.9 | 1.5 | 2.7 | 3.5 | 5.1 | 7.6 | 11.2 | 15.4 | 18.7 | 23.9 | 28.9 | 161.0 | 167.3 |
| Daily (24-h FEM[a]) | 350,293 | 8.5 | 0.0 | 1.6 | 2.5 | 4.4 | 7.1 | 10.9 | 15.6 | 19.3 | 25.1 | 30.8 | 231.7 | 270.1 |
| Hourly (1-h FEM[b]) | 8,424,430 | 8.5 | −2.1 | 0.0 | 1.1 | 3.7 | 6.9 | 11.0 | 17.1 | 22.0 | 30.0 | 37.4 | 985 | 1,167 |
| Daily (FRM + 24-h FEM[a]) | 679,104 | 8.7 | 0.4 | 2.1 | 3.0 | 4.8 | 7.4 | 11.0 | 15.5 | 19.0 | 24.5 | 29.9 | 231.7 | 270.1 |
| 1st quarter[c] | 158,434 | 9.7 | 0.5 | 2.2 | 3.2 | 5.1 | 8.0 | 12.3 | 18.0 | 22.6 | 29.8 | 36.2 | 155.8 | 170.7 |
| 2nd quarter[c] | 161,586 | 7.7 | 0.5 | 2.1 | 3.0 | 4.6 | 6.9 | 10.0 | 13.3 | 15.7 | 18.8 | 21.5 | 133.3 | 167.3 |
| 3rd quarter[c] | 162,366 | 8.9 | 0.4 | 2.3 | 3.2 | 5.1 | 7.8 | 11.4 | 15.4 | 18.2 | 22.2 | 26.4 | 231.7 | 270.1 |
| 4th quarter[c] | 160,851 | 8.4 | 0.3 | 1.9 | 2.7 | 4.4 | 6.9 | 10.7 | 15.5 | 19.5 | 26.0 | 32.2 | 150.1 | 161.0 |

FEM = Federal Equivalence Method; FRM = Federal Reference Method; h = hour(s); max = maximum; µg/m$^3$ = microgram per cubic meter; N = number of measurements; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

[a]24-h FEM refers to Federal Equivalence Method with a 24-h sampling period.

[b]1-h FEM refers to Federal Equivalence Method with a 1-h sampling period.

[c]1st quarter = January + February + March, 2nd quarter = April + May + June, 3rd quarter = July + August + September, 4th quarter = October + November + December.

Source: U.S. EPA analysis of Air Quality System network data 2013−2015, prepared in 2016.

SECTION 2.5: Ambient Concentrations

00196612

Average PM$_{2.5}$ concentrations were somewhat higher in winter (January−March) than in other seasons. The higher winter average contrasts with results from the 2009 PM ISA, in which slightly higher concentrations in summer were reported (U.S. EPA, 2009). This replacement of summer with winter as the season with the highest national average concentration is analyzed in more detail in Section 2.5.2.2. Table 2-4 still shows higher average PM$_{2.5}$ concentrations in summer than in fall or spring. This pattern of elevated summer and winter average PM$_{2.5}$ concentrations with lower concentrations in fall and spring has been observed since the initiation of the PM$_{2.5}$ monitoring network, and is also explored in detail in Section 2.5.2.2. The 99th percentile PM$_{2.5}$ concentration was considerably higher in winter than other seasons. This observation was consistent with trends reported in the 2009 PM ISA, which were attributed to wintertime stagnation events (U.S. EPA, 2009). The effect of meteorology on seasonal PM$_{2.5}$ concentrations is discussed in Section 2.5.2.2.

The distribution of 24-hour and 1-hour avg FEM data are comparable up to the 90th percentile. At the 95th percentile, the 1-hour avg is about 3 µg/m$^3$ higher than the 24-hour avg, and at the 98th percentile, it is 6 µg/m$^3$ higher. These concentration differences are consistent with those observed in 2005−2007 data reported in the 2009 PM ISA, although actual concentrations are 4−5 µg/m$^3$ lower in 2013−2015 than in 2005−2007. The deviation between 1- and 24-hour averaging times results from short-duration spikes in PM$_{2.5}$ that have more influence on the 1-hour distribution, than the 24-hour avg distribution (U.S. EPA, 2009).

### 2.5.1.1.2    PM$_{10}$

PM$_{10}$ mass includes all of the other PM mass size fractions considered in this chapter (i.e., PM$_{2.5}$, PM$_{10−2.5}$, and UFP). Like PM$_{2.5}$, geographic trends are very similar to those reported in the 2009 PM ISA (U.S. EPA, 2009). Figure 2-15 shows the 98th percentile of PM$_{10}$ concentration at monitors across the U.S. The highest concentrations were observed in the western U.S., including the San Joaquin Valley, Imperial Valley, and other areas of California, as well as the Southwest, including Arizona, New Mexico, Colorado, and El Paso, TX. In contrast, throughout the northeastern and southern U.S., 98th percentile PM$_{10}$ concentrations are generally below 100 µg/m$^3$. In the Midwest, Oklahoma, Texas, and Florida, concentrations between these extremes were generally observed for 98th percentile PM$_{10}$.

00196613



PM$_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm.
Source: U.S. EPA  analysis of Air Quality System network data 2013−2015, prepared in 2016.

**Figure 2-15    98th percentile PM$_{10}$ concentrations (2013−2015).**

Table 2-5 gives summary statistics for PM$_{10}$ for the period 2013−2015. The national average concentration based on FRM was 21.1 µg/m$^3$, which is 15% lower than the average for 2005−2007 reported in the 2009 PM ISA (U.S. EPA, 2009). However, at the 99th percentile, PM$_{10}$ concentrations were almost identical to 2005−2007 data, with an FRM 99th percentile concentration of 91 µg/m$^3$ in 2005−2007 and 92 µg/m$^3$ in 2013−2015. Table 2-5 does not exclude any data for exceptional events and many of the areas with increasing trends are in California (fires) and Arizona (dust). These sporadic natural events could have a more important impact on the trends of the upper percentiles than the average.

While some concentrations exceeded 150 µg/m$^3$, 99th percentile concentration was well below this concentration for all monitor types and averaging periods, and 98th percentile concentrations were below 100 µg/m$^3$. Summer concentrations appear to be typically higher than other seasons, with the highest average concentration as well as the highest concentration at all percentiles up to the 95th percentile for summer. However, the most extreme events appear to be more likely in the spring, as indicated by the highest 98th and 99th percentile concentrations. Winter concentrations are the lowest at all percentiles, with average concentrations 6 µg/m$^3$ lower in winter than in summer.

SECTION 2.5: Ambient Concentrations

00196614

**Table 2-5     Summary statistics for PM$_{10}$ 2013−2015 (concentrations in µg/m$^3$).**

| | N | Mean | 1 | 5 | 10 | 25 | 50 | 75 | 90 | 95 | 98 | 99 | 2nd Highest | Max |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Daily (FRM) | 186,552 | 21.1 | 2 | 5 | 6 | 10 | 17 | 25 | 37 | 49 | 69 | 92 | 3,916 | 3,972 |
| Daily (24-h FEM[a]) | 311,632 | 23.8 | 3 | 5 | 7 | 11 | 18 | 29 | 43 | 57 | 80 | 106 | 1,739 | 1,739 |
| Daily (1-h FEM[b]) | 7,341,950 | 23.8 | 1 | 2 | 5 | 9 | 17 | 28 | 45 | 62 | 93 | 127 | 12,445 | 13,304 |
| Daily (FRM + 24-h FEM[a]) | 498,184 | 22.8 | 2 | 5 | 7 | 11 | 18 | 27 | 41 | 54 | 76 | 101 | 3,916 | 3,972 |
| 1st quarter[c] | 123,249 | 19.3 | 2 | 4 | 5 | 9 | 14 | 23 | 37 | 49 | 69 | 89 | 1,482 | 1,488 |
| 2nd quarter[c] | 125,605 | 24.0 | 2 | 5 | 7 | 11 | 18 | 28 | 42 | 55 | 83 | 122 | 3,284 | 3,916 |
| 3rd quarter[c] | 124,999 | 25.3 | 4 | 8 | 10 | 14 | 20 | 30 | 44 | 56 | 78 | 102 | 1,006 | 1,265 |
| 4th quarter[c] | 124,331 | 22.4 | 2 | 5 | 7 | 11 | 17 | 27 | 42 | 55 | 76 | 96 | 2,187 | 3,972 |

FEM = Federal Equivalence Method; FRM = Federal Reference Method; h = hour(s); max = maximum; µg/m$^3$ = microgram per cubic meter; N = number of measurements; PM$_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm.

Note: Quarterly data includes FRM, 24-h FEM, and 1-h FEM data.

[a]24-h FEM refers to Federal Equivalence Method with a 24-h sampling period.

[b]1-h FEM refers to Federal Equivalence Method with a 1-h sampling period.

[c]1st quarter = January + February + March, 2nd quarter = April + May + June, 3rd quarter = July + August + September, 4th quarter = October + November + December.

Source: U.S. EPA analysis of Air Quality System network data 2013−2015, prepared in 2016.

SECTION 2.5: Ambient Concentrations

00196615

### 2.5.1.1.3          $PM_{10-2.5}$

As described in Section 2.4.2 and Section 2.4.6, $PM_{10-2.5}$ measurement capabilities and availability of $PM_{10-2.5}$ ambient concentration data have greatly increased since the 2009 PM ISA. At that time $PM_{10-2.5}$ concentrations were not routinely monitored, other than in the IMPROVE program, and $PM_{2.5}$ and $PM_{10}$ measurements could only be compared between different types of samplers with different designs and flow rates (U.S. EPA, 2009).

Figure 2-16 shows the 98th percentile concentrations for $PM_{10-2.5}$ between 2013−2015. 98th percentile concentrations greater than 40 µg/m³ were observed in multiple locations, not only in California and the southwestern states of Nevada, Arizona, and New Mexico, but also in Texas, Oklahoma, Missouri, Iowa, and Alaska. St. Louis, Cleveland, and south Florida also stand out as urban areas with some of the highest $PM_{10-2.5}$ concentrations.



$PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm.
Source: U.S. EPA analysis of Air Quality System network data 2013−2015, prepared in 2016.

**Figure 2-16          98th percentile concentrations for $PM_{10-2.5}$ between 2013−2015.**

Table 2-6 shows summary statistics on national $PM_{10-2.5}$ concentrations from 2013−2015. Data for FRMs and IMPROVE national mean and percentile concentrations are quite different than FEM, typically a factor of 2 or more higher for FEM data than the filter-based FRM and IMPROVE data, probably because of differences in site locations such as the urban-rural mix. Concentrations of several

SECTION 2.5: Ambient Concentrations

00196616

hundred micrograms per cubic meter were occasionally observed, but 98th percentile concentrations were under 50 $\mu g/m^3$ regardless of method or averaging period. Concentrations were typically higher in summer than in other seasons on average, and at all percentiles up to the 95th percentile. However, 98th and 99th percentile concentrations for $PM_{10-2.5}$ are highest in the fall and the very highest concentration was observed in the spring.

These observations are supported by additional studies showing that the highest concentrations of $PM_{10-2.5}$ were generally observed in the southwestern U.S. (Li et al., 2013). They are also consistent with urban data from the 2009 PM ISA (U.S. EPA, 2009) showing $PM_{10-2.5}$ comprised most of $PM_{10}$ in Denver and Phoenix, but not in other major cities (U.S. EPA, 2009). At two urban sites in Denver and two comparatively rural sites in Greeley, CO, $PM_{10-2.5}$ concentrations over the course of a year averaged 9.0 to 15.5 $\mu g/m^3$, with the highest values in northeastern Denver (Clements et al., 2012). $PM_{10-2.5}$ concentrations up to 5 times higher than $PM_{2.5}$ concentrations were reported (Clements et al., 2014b). $PM_{10-2.5}$ concentrations in Denver were highest when winds were coming from the urban core, and highest in Greeley when winds were coming from Denver and other large communities (Clements et al., 2012).

00196617

**Table 2-6    Summary statistics for PM$_{10-2.5}$ 2013−2015 (concentrations in μg/m$^3$).**

| | N | Mean | 1 | 5 | 10 | 25 | 50 | 75 | 90 | 95 | 98 | 99 | 2nd Highest | Max |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Daily (FRM + IMPROVE[a]) | 74,095 | 5.7 | 0 | 0.3 | 0.6 | 1.6 | 3.8 | 7.4 | 12.7 | 17.3 | 24.8 | 31.5 | 178.7 | 178.7 |
| Daily (24-h FEM[b]) | 34,619 | 12.4 | −0.6 | 1.2 | 2.3 | 4.7 | 9.0 | 15.9 | 25.5 | 33.6 | 45.2 | 56.4 | 695.5 | 858.6 |
| Daily (FRM + 24-h FEM[b] + IMPROVE[a]) | 108,714 | 7.8 | 0 | 0.4 | 0.8 | 2.2 | 5.0 | 10.0 | 17.6 | 24.3 | 34.6 | 43.2 | 695.5 | 858.6 |
| 1st quarter[c] | 26,760 | 5.7 | −0.4 | 0.1 | 0.3 | 1.0 | 2.9 | 7.0 | 14.0 | 20.0 | 30.0 | 38.8 | 301.5 | 341.8 |
| 2nd quarter[c] | 27,737 | 8.2 | −0.1 | 0.5 | 0.9 | 2.3 | 5.3 | 10.4 | 18.1 | 24.3 | 35.4 | 45.5 | 695.5 | 858.6 |
| 3rd quarter[c] | 27,238 | 9.2 | 0.5 | 1.4 | 2.1 | 3.7 | 6.7 | 11.5 | 19.0 | 25.3 | 33.9 | 40.3 | 227.4 | 295.0 |
| 4th quarter[c] | 26,979 | 8.2 | 0 | 0.5 | 0.9 | 2.3 | 5.1 | 10.5 | 18.9 | 26.3 | 38.2 | 47.7 | 180.0 | 185.1 |

FEM = Federal Equivalence Method; FRM = Federal Reference Method; h = hour(s); IMPROVE = Interagency Monitoring of Protected Visual Environments; max = maximum; μg/m$^3$ = microgram per cubic meter; N = number of measurements; PM = particulate matter; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm.

Note: Quarterly data includes FRM, 24-h FEM, and 1-h FEM data.

[a]IMPROVE refers to IMPROVE sampler used for PM measurement in the IMPROVE network (see Section 2.4.6).

[b]24-h FEM refers to Federal Equivalence Method with a 24-hour sampling period.

[c]1st quarter = January + February + March, 2nd quarter = April + May + June, 3rd quarter = July + August + September, 4th quarter = October + November + December.

Source: U.S. EPA analysis of Air Quality System network data 2013−2015, prepared in 2016.

SECTION 2.5: Ambient Concentrations

00196618

**2.5.1.1.4**        **PM$_{2.5}$:PM$_{10}$**

In numerous earlier studies summarized in the 2009 PM ISA (U.S. EPA, 2009) as well as in an extensive analysis of data reported in the 1996 PM AQCD (U.S. EPA, 1996), the ratio of PM$_{2.5}$ to PM$_{10}$ was higher in the East than in the West in general. Crude estimates of the fraction of PM$_{10}$ accounted for by PM$_{2.5}$ were obtained by dividing the 3-year avg PM$_{2.5}$ concentration by the 3-year avg PM$_{10}$ concentration for 15 cities in the 2009 PM ISA (U.S. EPA, 2009). PM$_{10}$ was estimated to contain less PM$_{2.5}$ than PM$_{10-2.5}$ in Phoenix and Denver (3-year mean PM$_{2.5}$:PM$_{10}$ ratios of 0.19 and 0.32, respectively), but more PM$_{2.5}$ than PM$_{10-2.5}$ in Philadelphia (PM$_{2.5}$:PM$_{10}$ = 0.74), New York (PM$_{2.5}$:PM$_{10}$ = 0.68), and Pittsburgh (PM$_{2.5}$:PM$_{10}$ = 0.67) (U.S. EPA, 2009). By comparison, in Europe PM$_{2.5}$ usually accounts for 50 to 90% of PM$_{10}$, and ratios are fairly constant for individual sites but vary between sites (Putaud et al., 2010).

A more current and comprehensive comparison of the relative contributions of PM$_{2.5}$ and PM$_{10-2.5}$ to PM$_{10}$ by region and season using data from the NCore network is now possible. Figure 2-11 (Section 2.4.6) shows a map of NCore monitors in operation on a routine basis. Table 2-7 provides average PM$_{2.5}$:PM$_{10}$ ratios from the NCore network based on an FRM designed specifically for PM$_{10-2.5}$ (see Section 3.4.3) averaged over the entire period of monitoring site operation at 28 locations distributed throughout the U.S. The data indicate roughly equivalent amounts of PM$_{2.5}$ and PM$_{10-2.5}$ at most urban sites, with PM$_{2.5}$:PM$_{10}$ ratios ranging from 41 to 61% for all urban sites except Dayton, OH and Columbia, SC, and from 61 to 66% for rural sites in the Northeast. Although the Dayton, OH monitor is located within a defined CBSA, it is on the property of a rural county high school. In general, the PM$_{2.5}$:PM$_{10}$ ratios observed from the new NCore data are considerably lower than the PM$_{2.5}$:PM$_{10}$ ratios for eastern U.S. sites reported in the 2009 PM ISA (U.S. EPA, 2009) and other earlier studies.

**Table 2-7        PM$_{2.5}$:PM$_{10}$ ratios from National Core network.**

| Location | Landscape | Years | Average PM$_{2.5}$ | Average PM$_{10-2.5}$ | PM$_{2.5}$:PM$_{10}$ |
|----------|-----------|-------|---------|----------|---------|
| Dayton, OH | Rural | 2011−2015 | 9.5 | 4.7 | 0.66 |
| Litchfield, CT | Rural | 2012−2015 | 5.3 | 2.8 | 0.66 |
| Peterborough, NH | Rural | 2011−2015 | 4.4 | 2.2 | 0.66 |
| Columbia, SC | Urban | 2011−2015 | 9.2 | 5.0 | 0.65 |
| Beltsville, MD | Rural | 2011−2015 | 8.1 | 4.3 | 0.64 |
| McFarland Hill, ME | Rural | 2015 | 4.2 | 2.1 | 0.64 |

SECTION 2.5: Ambient Concentrations

00196619

**Table 2-7 (Continued): PM$_{2.5}$:PM$_{10}$ ratios from National Core Network.**

| Location | Landscape | Years | Average PM$_{2.5}$ | Average PM$_{10-2.5}$ | PM$_{2.5}$:PM$_{10}$ |
|---|---|---|---|---|---|
| Londonderry, NH | Rural | 2011–2015 | 6.1 | 4.0 | 0.61 |
| Raleigh, NC | Urban | 2011–2015 | 8.7 | 5.7 | 0.61 |
| Charlotte, NC | Urban | 2011–2015 | 9.3 | 6.2 | 0.60 |
| Providence, RI | Urban | 2011–2015 | 7.2 | 4.6 | 0.59 |
| Cincinnati, OH | Urban | 2011–2015 | 10.6 | 7.7 | 0.58 |
| Little Rock, AR | Urban | 2011–2015 | 10.5 | 8.2 | 0.58 |
| Louisville, KY | Urban | 2014–2015 | 9.6 | 7.0 | 0.58 |
| Philadelphia, PA | Urban | 2014–2015 | 10.2 | 7.2 | 0.58 |
| Wilmington, DE | Urban | 2011–2015 | 10.0 | 7.4 | 0.57 |
| Portland, OR | Urban | 2011–2015 | 7.6 | 5.3 | 0.56 |
| Seattle, WA | Urban | 2005–2015 | 6.5 | 5.3 | 0.56 |
| Grand Rapids, MI | Urban | 2011–2015 | 9.2 | 7.4 | 0.55 |
| Birmingham, AL | Urban | 2012–2015 | 11.3 | 11.1 | 0.53 |
| Davenport, IA | Urban | 2013–2015 | 8.3 | 7.7 | 0.53 |
| Jackson, MS | Urban | 2015 | 9.4 | 9.7 | 0.53 |
| New Haven, CT | Urban | 2012–2015 | 8.3 | 7.2 | 0.53 |
| Newark, NJ | Urban | 2015 | 9.1 | 8.0 | 0.53 |
| Boston, MA | Urban | 2011–2015 | 7.2 | 7.2 | 0.52 |
| Fairbanks, AK | Urban | 2012–2015 | 12.2 | 10.1 | 0.52 |
| Memphis, TN | Urban | 2013–2015 | 8.4 | 9.4 | 0.51 |
| St. Louis, MO | Urban | 2011–2015 | 10.9 | 11.3 | 0.50 |
| Detroit, MI | Urban | 2011–2015 | 10.0 | 11.0 | 0.48 |
| San Jose, CA | Urban | 2011–2015 | 9.9 | 10.7 | 0.47 |
| Tulsa, OK | Urban | 2011–2015 | 9.2 | 11.4 | 0.46 |
| Albuquerque, NM | Urban | 2011 | 7.1 | 9.4 | 0.45 |
| Cleveland, OH | Urban | 2013–2015 | 11.9 | 18.8 | 0.42 |

SECTION 2.5: Ambient Concentrations

00196620

**Table 2-7 (Continued): PM$_{2.5}$:PM$_{10}$ ratios from National Core Network.**

| Location | Landscape | Years | Average PM$_{2.5}$ | Average PM$_{10-2.5}$ | PM$_{2.5}$:PM$_{10}$ |
|---|---|---|---|---|---|
| Denver, CO | Urban | 2015 | 7.1 | 11.1 | 0.41 |

PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; PM$_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm.
Source: U.S. EPA analysis of Air Quality System network data 2011–2015, prepared in 2016.

The lower PM$_{2.5}$:PM$_{10}$ ratios indicate a generally higher fraction of PM$_{10-2.5}$ in the eastern U.S. than was reported in the 2009 PM ISA. The trend of a greater PM$_{2.5}$ fraction in the East and greater PM$_{10-2.5}$ fraction in the West (U.S. EPA, 2009) is generally preserved, but the data in Table 2-7 show PM$_{2.5}$ contributing only slightly more to PM$_{10}$ mass than PM$_{10-2.5}$ in urban sites of the Northeast. PM$_{10-2.5}$ made a greater contribution to PM$_{10}$ not only at most western sites, but also in the Midwest (Cleveland, OH; Detroit, MI). Important exceptions to lower PM$_{2.5}$:PM$_{10}$ ratios in the western U.S. were the major cities of the Pacific Northwest (Seattle, WA; Portland, OR), where PM$_{2.5}$ accounted for most of PM$_{10}$ and PM$_{2.5}$:PM$_{10}$ ratios were similar to eastern locations. PM$_{2.5}$ was 60% or more of PM$_{10}$ at only 9 of 33 NCore stations. All of these were either rural northeastern (Litchfield, CT; Peterborough, NH; Beltsville, MD; McFarland Hill, ME; Londonderry, NH) or urban southeastern (Charlotte, NC; Raleigh, NC; Columbia, SC) sites. It appears that PM$_{10}$ in the U.S. has become considerably coarser than observed in the 2009 PM ISA (U.S. EPA, 2009), and that in many urban areas PM$_{10-2.5}$ mass makes a similar or greater contribution to PM$_{10}$ mass than does PM$_{2.5}$ mass.

### 2.5.1.1.5 Ultrafine Particles

Key atmospheric science related uncertainties identified in the 2009 PM ISA for linking measurable particle number concentration with adverse UFP effects were the lack of data on UFP concentrations, data on UFP composition, data on spatial and temporal evolution of UFP size distribution and chemical composition, a UFP network in the U.S., and information on spatial and temporal variability in UFP concentration. There are few long-term average data on particle number concentrations in the U.S. Annual average particle number concentrations reaching 22,000/cm$^3$ for particles from 0.003 to 0.5 µm in Pittsburgh (Stanier et al., 2004) and monthly average concentrations exceeding 30,000/cm$^3$ for particles from 0.017 to 0.1 µm (Hughes et al., 1998) and from 0.014 to 0.7 µm (Singh et al., 2006) in Los Angeles have been reported. The 2009 PM ISA (U.S. EPA, 2009) described several ambient UFP characteristics. Number concentrations dropped off quickly with distance from a road, and greater spatial variability occurred for UFP than PM$_{2.5}$ on an urban scale. Traffic was described as a major source, but high number concentrations during new particle formation events were also described. OC was identified as the major UFP component in several studies, along with substantial contributions from EC and SO$_4^{2-}$. Higher winter than summer concentrations were reported in several northern locations. UFP concentration peaks during

SECTION 2.5: Ambient Concentrations

00196621

rush hour in urban areas were described, and broad midday peaks in summer were also noted in some instances, possibly due to NPF after photochemical reactions (U.S. EPA, 2009).

Results from a number of field studies reported in the 2009 PM ISA (U.S. EPA, 2009) described spatial and temporal variations in total particle number concentrations used as an estimate of UFP number concentration. In general, spatial variability of total particle number concentration increased with increasing distance between measurements, increasing source variation in the area studied, and increasing particle size within the UFP size range. Figure 2-17 shows three sites in the state of New York where UFP measurements have been initiated. Hourly results over several years from these sites are presented in Figure 2-18 and provide a much larger data set for comparing spatial and temporal variability than has been previously available (NYDEC, 2016). Figure 2-18 shows the average particle count of each location at each hour of the day, beginning and ending at midnight. The Buffalo data are averaged over three sites. There is a pronounced difference in particle number concentration between locations, with urban particle number counts several times higher than the background site. The highest particle number counts at three sites in Buffalo were observed at a near road site (not shown in Figure 2-18).

The particle numbers remain fairly constant throughout the day at the Steuben County background site, although particle number counts are slightly elevated on average during the midday hours. In contrast, particle numbers display daily trends, peaking around 8:00 a.m. in Buffalo and New York City (NYC), and remain high into the evening hours, with distinct rush hour and early afternoon peaks. These results are consistent with spatial and temporal results reported in the 2009 PM ISA but are based on a much larger data set. The state of New York is continuing to analyze the data for seasonal differences in the frequency of high particle number counts and nucleation events, and neighborhood scale differences in a near road environment (NYDEC, 2016).

Routine monitoring to obtain long-term average particle number distributions is a relatively recent development (Wiedensohler et al., 2012) using electromobility and electrometer-based methods developed for the European UFP monitoring network (Section 2.3.4.1). Average particle concentrations classified by size from 24 European monitoring sites over a period of 2 years were recently described (Asmi et al., 2011). As one example, at the Ispra, Italy site, number concentrations averaged 1,341/cm$^3$ for 0.03 to 0.05 μm, 4,448/cm$^3$ for 0.05 to 0.1 μm, and 2,129/cm$^3$ for 0.1 to 0.5 μm, corresponding to an average of 73% of airborne particles smaller than 0.1 μm (Asmi et al., 2011). This is an upper limit value because a substantial number of particles can be smaller than the 0.03 μm lower size limit for these data (Stanier et al., 2004). For all 24 European locations, the average upper limit percentage of particles smaller than 0.1 μm ranged from 67 to 85%.

SECTION 2.5: Ambient Concentrations

00196622



Source: U.S. EPA analysis of Air Quality System network data, prepared in 2016.

**Figure 2-17    Sites in New York state which reported particle number counts to Air Quality System.**



Note: Line colors in the graph correspond to the colors of the sites on the map (i.e., orange data was collected in Buffalo, green data was collected in Steuben County, and red data was collected in New York City).

[a]NYC and Steuben County also include 6 months in 2012. Buffalo data are from three different sites, with the sampler moved between sites over the 2-year period. Data for the orange line depicting Buffalo are all from Buffalo, but not all from the same site within Buffalo.

Source: U.S. EPA analysis of Air Quality System network data 2012–2015, prepared in 2016.

**Figure 2-18    Average hourly particle number concentrations from three locations in New York state for 2014–2015.[a]**

SECTION 2.5: Ambient Concentrations

00196623

No such large-scale summary of U.S. data is possible because there are few long-term data on number size distributions in the U.S. Number size distribution data have been reported for an 8-year period from 2002 to 2009 in Rochester, and number concentrations averaged $4,730/cm^3$ for 0.01 to 0.05 μm particles, $1,838/cm^3$ for 0.05 to 0.1 μm, and $1,033/cm^3$ for 0.1 to 0.5 μm (Wang et al., 2011). This corresponds to 90% of total particles smaller than 0.1 μm. This is a larger fraction than the European range, but the lower size limit was 0.01 μm, compared with 0.03 μm for the European network data (Wang et al., 2011). Long-term trends for this period are summarized in Section 2.5.2.1.4. These data can also be compared with earlier observations of particle number concentrations for eight size ranges for a full year from the Pittsburgh Air Quality study (Stanier et al., 2004). Using their data, it is possible to calculate that 90% of the number of particles were also smaller than 0.1 μm and that 98% were smaller than 0.2 μm.

### 2.5.1.1.6        PM$_{2.5}$ Components

It is useful to distinguish between bulk PM components and more finely speciated components. The term bulk component refers to a large component category like OC, $SO_4^{2-}$, $NO_3^-$, or crustal material which is monitored in networks like CSN or IMPROVE and usually makes up a substantial portion of PM mass. Some bulk components are a single species like $SO_4^{2-}$ and others, while others are, like OC and crustal material are composed of numerous compounds or elements that are usually present in lower amounts.

Figure 2-19 shows contributions of $SO_4^{2-}$, $NO_3^-$, OC, EC, crustal material, and sea salt to PM$_{2.5}$. A major change in PM$_{2.5}$ composition compared with the 2009 PM ISA (U.S. EPA, 2009) is the reduction in $SO_4^{2-}$ concentrations, resulting in a smaller $SO_4^{2-}$ contribution to PM$_{2.5}$ mass in 2013−2015 than what was reported for 2005−2007 in the 2009 PM ISA, especially in the eastern U.S. As a result, at many locations $SO_4^{2-}$ has been replaced as the greatest single contributor to PM$_{2.5}$ mass by organic material or $NO_3^-$. This long-term trend demonstrating a reduction in $SO_4^{2-}$ concentrations is described in more detail in Section 2.5.2.1.4.

00196624



EC = elemental carbon; OC = organic carbon; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

Source: U.S. EPA analysis of Air Quality System network data 2013–2015, prepared in 2016.

**Figure 2-19    Contributions of sulfate, nitrate, organic carbon, elemental carbon, crustal material, and sea salt to PM$_{2.5}$.**

SECTION 2.5: Ambient Concentrations

00196625

Regional patterns of component contributions to $PM_{2.5}$ in Figure 2-19 are similar to those reported in the 2009 PM ISA (U.S. EPA, 2009). $SO_4^{2-}$ and OC are the species with the highest contribution to total mass in most eastern locations, and OC usually makes the greatest contribution to $PM_{2.5}$ mass in the west, although $SO_4^{2-}$, $NO_3^-$, and crustal material can also be abundant (U.S. EPA, 2009). Urban and rural $SO_4^{2-}$ are both substantially higher in the East than in the West (Hand et al., 2012c). The highest $NO_3^-$ concentrations are found in the West, particularly in California, but with some elevated concentrations in the upper Midwest. Larger contributions of OC to $PM_{2.5}$ mass observed in the Southeast and the West than in the central and northeastern U.S. are consistent with larger OC concentrations in those regions described in the 2009 PM ISA (U.S. EPA, 2009). The ratio of organic mass to OC mass depends on source and aerosol age and was discussed in detail in the 2009 PM ISA (U.S. EPA, 2009). Based on speciation data from 15 cities reported in the 2009 PM ISA, EC contributed a smaller fraction of $PM_{2.5}$ mass than $SO_4^{2-}$, $NO_3^-$, or OC, but consistently accounted for 4−11% of $PM_{2.5}$ (U.S. EPA, 2009).

Nationally, higher urban than rural OC and EC concentrations were reported by Hand et al. (2013) and differences in urban and rural seasonal patterns for OC and EC were also observed. They also reported the highest rural OC and EC concentrations were in the Northwest and Southeast (Hand et al., 2012c). On average, OC and EC concentrations were both more uniformly distributed in the eastern U.S., but more localized in the West, with the highest urban concentrations in the West during fall and winter (Hand et al., 2013). However, EC concentrations were more consistent across cities regardless of region in the 2009 PM ISA (U.S. EPA, 2009). In the southeastern U.S., annual average primary OC concentrations were estimated to exceed annual average secondary OC concentrations, but secondary OC could exceed primary OC at rural sites during the warmest months, and secondary OC concentration also showed little difference between urban and rural sites (Blanchard et al., 2013b).

A large fraction of organic PM can be water soluble (Mwaniki et al., 2014). During the summer CalNex 2010 campaign (Kelly et al., 2014), water soluble $PM_{2.5}$ was at a maximum in the morning and in the evening in the San Joaquin Valley of California. In the same study, $NO_3^-$ was present at higher concentrations than $SO_4^{2-}$ or $NH_4^+$, averaging 0.8 $\mu g/m^3$, and there were hourly average concentrations greater than 25 $\mu g/m^3$ during the winter 2013 DISCOVER-AQ campaign (Kelly et al., 2018).

Fine soil concentrations are higher in the Southwest than in other parts of the U.S., and also exhibit seasonal patterns for urban and rural sites (Hand et al., 2012c). High PM concentrations in urban desert areas were associated with a substantial contribution from crustal material from both coarse and fine PM (Wagner and Casuccio, 2014). Soil-related PM also contributes substantially to $PM_{2.5}$ in populated areas of other parts of the world (Satsangi and Yadav, 2014). The pattern of higher crustal material contributions to $PM_{2.5}$ in drier areas of the western U.S. can also be seen in Figure 2-19 in Phoenix, AZ and Denver, CO.

SECTION 2.5: Ambient Concentrations

00196626

There are a few new results to add to the body of literature on elemental composition, concerning both ambient observations and sources. In southern California, the most abundant elemental species was sulfur, followed by Si, Fe, Ca, and Al, with soil-related elements accounting for 51% of total elemental mass measured. New research to investigate sources further explored the importance of brake wear, lubricating oils, gasoline and diesel combustion, secondary sulfates, sea salts, and biomass burning as sources of trace elements (Na and Cocker, 2009). New research on atmospheric iron indicate that extent of aqueous solubility of iron present in PM is related to sulfur content of the PM (Oakes et al., 2012b). In Atlanta, iron concentrations exhibit considerable fluctuation, and reach up to 300 to 400 ng/m$^3$ for a few hours at a time, (Oakes et al., 2012b). In Atlanta, Fe(II) accounted for between 5 and 35%, or an average of about 25% of total soluble iron (Oakes et al., 2012a). In rural samples, copper and zinc were found to be mainly present as sulfates and also nitrates in PM$_{2.5}$. Copper and zinc compounds found in larger particles were similar to copper and zinc compounds found in soil (Osan et al., 2010).

### 2.5.1.1.7        PM$_{10–2.5}$ Components

The 2004 AQCD (U.S. EPA, 2004) noted that concentrations of most elements differed between PM$_{2.5}$ and PM$_{10–2.5}$, but that concentrations of some metals were similar between the two size fractions. It was also noted that the similarity between PM$_{2.5}$ and PM$_{10–2.5}$ contrasted with earlier years with less controlled combustion, when Pb and other metals were much higher in PM$_{2.5}$.

Components of PM$_{10–2.5}$ are not routinely monitored as they are for PM$_{2.5}$, and information on PM$_{10–2.5}$ composition is largely limited to specific local studies. In the Southeast, OC and NO$_3^-$ made similar fractional contributions to PM$_{2.5}$ and PM$_{10–2.5}$, but there was much less SO$_4^{2-}$ and EC in PM$_{10–2.5}$ than PM$_{2.5}$, and much more major metal oxides (U.S. EPA, 2009). In Los Angeles, crustal material and trace elements accounted for 47.5% of total reconstructed coarse PM mass, with secondary ions (SO$_4^{2-}$, NO$_3^-$, NH$_4^+$, 22.6%) and organic matter (19.7%) also making important contributions. Elemental carbon was a less significant component, accounting for less than 2% of the mass (Cheung et al., 2011). Los Angeles crustal materials had low water solubility, but Ba and Cu were moderately water soluble, and activity of reactive oxygen species was most highly associated with water soluble elements, V, Pd, Cu, and Rh in Los Angeles, CA (Cheung et al., 2012a).

In the desert Southwest, crustal material is the dominant component of PM$_{10–2.5}$, sometimes accounting for more than half of the mass, followed by organic matter, accounting for 15% (Clements et al., 2014a, 2013). High correlations between PM$_{2.5}$ and PM$_{10}$ indicate that a large component of the fine fraction is derived from dust (Clements et al., 2013). In Denver and Phoenix, PM$_{10–2.5}$ made a greater contribution to total ambient PM$_{10}$ mass than in other cities (U.S. EPA, 2009). PM in Denver, CO has been studied in more detail since then. Coarse PM concentrations were attributed to crustal material, road salt, vehicle abrasion, and SO$_4^{2-}$ (Clements et al., 2014b).

SECTION 2.5: Ambient Concentrations

00196627

While crustal material often makes the greatest contribution to $PM_{10-2.5}$ mass, the organic fraction also makes a substantial contribution. In the Southeast, organic and elemental carbon accounted for approximately 30% of $PM_{10-2.5}$. Primary biological aerosol particles (PBAP), which consist of microorganisms and fragments of living things, can account for a large fraction of $PM_{10-2.5}$ mass (U.S. EPA, 2009). These have been measured by treating collected PM with a dye that only reacts with protein-containing material (Matthias-Maser et al., 2000). PBAP cannot be distinguished from other types of OC by methods used in monitoring networks. New research on sources of PBAP was summarized in Section 2.3.3. New information on the nature of bioaerosols and biological material associated with particles is well described in the review by Froehlich-Nowoisky et al. (2016). PBAP includes living and dead organisms (e.g., algae, archaea, bacteria, and viruses), dispersal units (e.g., fungal spores and plant pollen), and various fragments or excretions (e.g., plant debris and brochosomes). This class of material can range in size from 1 nm (individual proteins) to 5 mm (pollen grains). Summertime aerosols in Phoenix were abundant in biological compounds (e.g., sugars and fatty acids), present almost exclusively in the coarse size fraction (Cahill, 2013).

A pilot study on $PM_{10-2.5}$ species monitoring was carried out to develop target species, evaluate analytical methods and field performance, and to assess sampling and operational issues for routine measurement of $PM_{10-2.5}$ species (U.S. EPA, 2015b). Samples collected in all seasons over a period of 1 year in both Phoenix, AZ and St. Louis, MO indicated that soil oxides dominated $PM_{10-2.5}$ mass, with organic matter accounting for 10−20%. $SO_4^{2-}$ and $NO_3^-$ accounted for very little of the $PM_{10-2.5}$ mass, although they were substantial contributors to $PM_{2.5}$ mass. Soil oxides were by far the largest component in both locations throughout the year, except in St. Louis, MO in winter, when soil and organic contributions were similar, but overall $PM_{10-2.5}$ concentrations were considerably lower (U.S. EPA, 2015b).

### 2.5.1.1.8    Ultrafine Particle Components

There was little information on the composition of UFP presented in the 2009 PM ISA, although urban UFP was suspected to be rich in OC and EC, and $SO_4^{2-}$ was expected to be a substantial contributor in rural areas while new particle formation occurred (U.S. EPA, 2009). New research indicates that motor vehicles are a major, and frequently dominant, source of ultrafine particles in urban environments (Morawska et al., 2008). Chemical composition of these particles are determined by the composition of the used fuel and lubricating oil, driving conditions, and engine after-treatment system, as well as meteorological conditions, but generally PM from these sources consists mostly of agglomerates of solid-phase carbonaceous material, and can also contain metallic ash, adsorbed or condensed hydrocarbons and sulfur compounds, and liquid droplets consisting mainly of hydrocarbons and hydrated $H_2SO_4$ that form very rapidly after the vehicle exhaust leaves a tailpipe (Liu et al., 2015; Saffaripour et al., 2015; Karjalainen et al., 2014; Rönkkö et al., 2014; Fushimi et al., 2011; Gidney et al., 2010; Heikkilä et al., 2009; Johnson, 2009).

SECTION 2.5: Ambient Concentrations

2-63

The chemical composition of ultrafine particles originating from atmospheric NPF is tied heavily to their growth processes during their atmospheric aging. Direct observations during the period of atmospheric NPF show that the composition of particles originating from NPF is usually dominated by organic compounds, especially in forests (Han et al., 2014; Pennington et al., 2013; Pierce et al., 2012; Pierce et al., 2011), but also in many rural or urban environments (Bzdek et al., 2014; Setyan et al., 2014; Bzdek et al., 2013; Ahlm et al., 2012; Smith et al., 2008). Exceptions for this pattern are environments exposed to major sulfur emissions, in which $SO_4^{2-}$ may explain up to about half of the ultrafine particle mass (Vakkari et al., 2015; Crilley et al., 2014; Bzdek et al., 2012; Zhang et al., 2011b; Wiedensohler et al., 2009).

### 2.5.1.1.9        Reactive Oxygen Species

Particle acidity, oligomer formation, and the production of reactive oxygen species (ROS) are interrelated, aqueous phase processes with direct consequence for aerosol concentrations, chemical composition, and toxicity (Weber et al., 2016). Polymerization reactions responsible for generating oligomers in atmospheric particles require relatively high concentrations of $H^+$. The reactive forms of the transition metals that play a central role in production of particle phase ROS primarily exist in low pH aqueous conditions.

$SO_4^{2-}$ is often the main acid component of $PM_{2.5}$. Contrary to expectations, declining $SO_2$ emissions along with fairly stable $NH_3$ emissions (see Section 2.3.2.1) have led to little long-term change in pH of $PM_{2.5}$ (see Section 2.5.1.1.6). Low pH conditions facilitate the formation of oligomers and HULIS in aqueous particles. Upwards of 90% oligomeric/high molecular weight material has been found in SOA formed in the presence of $NO_X$, including a substantial fraction of organic nitrogen compounds (Nguyen et al., 2011). Humic-like substances and smaller organic compounds have been implicated in the production of particle-phase ROS, along with transition metal ions, especially Cu and Mn (Verma et al., 2015).

The 2009 PM ISA described early chamber work on identifying reactive oxygen species (ROS) in secondary organic PM by Docherty et al. (2005). Under the conditions of their experiment, they produced very high yields (47 and 85%) of organic peroxides by reacting $O_3$ with α- and β-pinene. Reactive oxygen species include hydroxyl radical, organic peroxides, and hydroperoxides. A discussion of the role of particle-phase ROS in human health effects can be found in Section 5.1.1.

Identification of individual components that act as ROS in PM is incomplete and an active area of research. The extent to which an ambient particle can engage in oxidative reactions depends on the concentration of aqueous oxidants, such as the hydroxyl radical, and whether reactants capable of producing additional oxidants are present within the particle. Oxidants, in addition to OH, can be taken up from the atmosphere or chemically formed from processes such as photolysis of $NO_3^-$, nitrite, or hydrogen peroxide ($H_2O_2$), or Fenton-type reactions between $H_2O_2$ and Fe(II) (McNeill, 2015; Arakaki et

SECTION 2.5: Ambient Concentrations

00196629

al., 2013; Ervens et al., 2011; Herrmann et al., 2010). Organic species, such as quinones, can act as transition ion-reducing agents, which allow oxidized form of an aqueous transition metal ion to produce more ROS (Shirai et al., 2012). Tuet et al. (2017) found that the identities of available reactive precursors in the particle phase, humidity, and the fate the reactive intermediate were important determinants of particle reactivity. Atmospheric aging (oxidation) of organic aerosols has also been found to be an important indicator of ROS activity of ambient PM (Saffari et al., 2016; Verma et al., 2015).

### 2.5.1.2    Urban and Neighborhood-Scale Variability

#### 2.5.1.2.1        PM$_{2.5}$

Understanding spatial variation at the neighborhood and urban scale is important for interpreting data from community monitors. Because of its longer atmospheric lifetime (see Section 2.2), PM$_{2.5}$ is expected to exhibit less spatial variability on an urban scale than UFP or PM$_{10-2.5}$. In the 2004 PM AQCD (U.S. EPA, 2004), annual average PM$_{2.5}$ concentration differences between monitors within the urban area were compared for 17 urban areas. The difference in concentration between monitors with the highest and lowest concentrations ranged from less than 1 µg/m$^3$ (Baton Rouge, LA) to more than 8 µg/m$^3$ (Pittsburgh, PA). The difference exceeded 6 µg/m$^3$ in 6 of the 17 cities (Pittsburgh, PA; Cleveland, OH; Chicago, IL; Detroit, MI; St. Louis, MO; Seattle, WA), in 5 of which the highest PM$_{2.5}$ concentrations were between 20 and 22 µg/m$^3$. In the remaining city (Seattle, WA), concentrations ranged from 6 to 12 µg/m$^3$.

The degree of spatial uniformity within urban areas also varied depending on location (U.S. EPA, 2004). Intra-urban spatial variability of PM$_{2.5}$ concentrations was discussed in considerable quantitative detail in the 2009 PM ISA, using a number of comparison statistics (U.S. EPA, 2009). In most metropolitan areas, correlations between PM$_{2.5}$ monitoring sites up to 100 km from each other were greater than 0.75, with the notable exceptions of Denver, CO; Los Angeles, CA; and Riverside, CA (U.S. EPA, 2009). However, while PM$_{2.5}$ concentrations at different sites within an urban area can be highly correlated, significant differences in concentration can occur on a given day (U.S. EPA, 2009).

Several recent publications have addressed urban-scale spatial variability. Urban concentrations are often several µg/m$^3$ above regional background concentrations. For example, Indianapolis urban concentrations are on average 3.9 to 5.1 µg/m$^3$ higher than regional background (Sullivan and Pryor, 2014). Substantial spatial variation of PM$_{2.5}$ concentrations has been reported for New York City, NY (Matte et al., 2013). Spatial variability was also demonstrated by a study indicating that PM$_{2.5}$ was present at significantly higher concentrations at urban sites than at upwind suburban sites in the greater New York area (Patel et al., 2009). Substantial differences in PM$_{2.5}$ concentrations between neighborhoods was also observed in Los Angeles (Fruin et al., 2014), but not in Boston (Patton et al., 2014). One of the contributing factors was that monitors are closer to each other in Boston, MA, where more uniformity was

SECTION 2.5: Ambient Concentrations

00196630

observed. Sub-10-km spatial variability was identified as a contributor to poor results for satellite estimates of $PM_{2.5}$ from aerosol optical depth (AOD) using a $10 \times 10$ km grid (Lary et al., 2014; Chudnovsky et al., 2013b). In Indianapolis for timescales shorter than 1-day, spatial variability was 2 to 3 times greater than temporal variability (Sullivan and Pryor, 2014). However, for 24-hour measurements of PM components, temporal variability accounted for 90% of the variance in Detroit, MI (Bereznicki et al., 2012).

Spatial variability arises from source proximity, with motor vehicles accounting for 24 to 36% and secondary $SO_4^{2-}$ for 17 to 35% of $PM_{2.5}$ among different residential monitoring areas in Detroit, MI (Duvall et al., 2012). Diesel exhaust was also identified as a major and variable source of $PM_{2.5}$ in New York City, NY (Patel et al., 2009). Land use regression modeling based on 155 citywide street-level locations in New York City, NY (Clougherty et al., 2013) indicated that concentrations of $PM_{2.5}$ and other pollutants varied by more than a factor of two, with highest concentrations near midtown Manhattan. They also reported that density of oil-burning boilers along with total and truck traffic density explained more than 80% of $PM_{2.5}$ spatial variability (Clougherty et al., 2013). However, in Dallas, $PM_{2.5}$ exposure was only moderately associated with motor vehicles and weakly associated with industrial sources, but strongly associated with population density (Zou et al., 2009). Overall, recent observations indicate that uniform $PM_{2.5}$ concentrations can occur, but that substantial spatial variability is also common.

### 2.5.1.2.2    $PM_{10}$

$PM_{10}$ concentrations vary by as much as a factor of five over urban scale distances of 100 km or less and by a factor of two or more over scales as small as 30 km (U.S. EPA, 2009; Alexis et al., 2001). Differences in $PM_{10}$ measurements across 15 cities were summarized in the 2009 PM ISA (U.S. EPA, 2009). $PM_{10}$ concentrations were less well correlated than $PM_{2.5}$, probably because of greater spatial variability of $PM_{10-2.5}$ (see Section 2.5.1.2.3). For monitors less than 4 km apart an average correlation of 0.93 between $PM_{2.5}$ monitors and 0.70 for $PM_{10}$ monitors was observed (U.S. EPA, 2009). Spatial and temporal differences in $PM_{10}$ concentrations have also been predicted from models based on the geographic information system; meteorological and copollutant data for both fine and large spatial scales and distance to road; elevation; and proportion of low-intensity residential, high-intensity residential, industrial, commercial, and transportation land use within 1 km have all been reported to be statistically significant predictors of measured $PM_{10}$ (Blanchard et al., 2014; Paciorek et al., 2009; Yanosky et al., 2009); (Yanosky et al., 2014).

### 2.5.1.2.3    $PM_{10-2.5}$

As indicated in the 2004 PM AQCD (U.S. EPA, 2004), the shorter lifetime of $PM_{10-2.5}$ leads to lower spatial correlations for $PM_{10-2.5}$ than for either $PM_{2.5}$ or $PM_{10}$ concentrations (U.S. EPA, 2009, 2004). Errors in measurement (see Section 2.4.4) can also contribute to lower spatial correlations of

SECTION 2.5: Ambient Concentrations

00196631

$PM_{10-2.5}$ (U.S. EPA, 2004). Recent observations from several cities indicate that there is often, but not always, considerable spatial variability in $PM_{10-2.5}$ concentrations in urban areas, that they are often related to specific industrial sources, and that concentrations of specific chemical components can be more variable than mass. In Detroit, MI, $PM_{10-2.5}$ was 5 µg/m³ higher in two industrial areas, and 8 µg/m³ higher in an area heavily impacted by traffic than average concentrations in other parts of the city, and not very consistent with central site monitor concentrations (Thornburg et al., 2009). Poor correlations between monitors were also observed in Los Angeles, CA (Pakbin et al., 2010) and between industrial and suburban sites in Cleveland, OH (Sawvel et al., 2015). In Rochester, NY, where major coarse particle sources were road dust and biological particles, considerable heterogeneity in both composition and concentrations were also observed between different sites (Lagudu et al., 2011).

### 2.5.1.2.4    Ultrafine Particles

As described in Section 2.5.1.1, UFP spatial variability increased with increasing distance between measurements, increasing source variation in the area studied, and increasing particle size within the UFP size range. (U.S. EPA, 2009). Particularly high spatial variabilities have been observed near roads with heavy traffic, where numerous observations of UFP number concentration declining sharply with distance from roadways have been reported (U.S. EPA, 2009).

More recently, spatial variability of UFP was compared between studies of two locations, Los Angeles, CA (Hudda et al., 2010; Krudysz et al., 2009; Moore et al., 2009) and Rochester, NY (Wang et al., 2012). These two studies provide an interesting comparison because the two studies were similar in domain size. The comparison is summarized in Table 2-8. Note that the Los Angeles, CA studies employed SMPS for particle size distribution measurements, while the Rochester, NY study used a FMPS. Both Krudysz et al. (2009) and Hudda et al. (2010) indicated that regionally transported PM from upwind urban areas of Los Angeles, CA lowered spatial variability by acting as a "homogenizing" factor during favorable meteorological conditions. This effect was not noticeable in Rochester, NY (Wang et al., 2012). Nevertheless, significant variability among sites was observed in both studies.

00196632

**Table 2-8    Comparison between two urban-scale studies of UFP seasonal and spatial variability.**

| | Los Angeles, CA (Krudysz et al., 2009) | Rochester, NY (Wang et al., 2012) |
|---|---|---|
| Area | 11 × 11 km, urban | 9 × 9 km, urban |
| Sites | 13 | 12 |
| Instrumentation | SMPS (14−793 nm), CPC (>7 nm) | FMPS (with one SMPS in a fixed site), 5.6 to 560 nm |
| Levels of average total number concentrations | 5,300 to 27,000 particles/cm$^3$ | 9,025 (summer), 10,939 (winter), 4,955 (spring), and 14,485 (fall) particles/cm$^3$ |
| Seasonal variability | Relatively higher levels observed in the fall/winter than in the summer | Relatively higher levels observed in the fall/winter than in the spring; relatively high 100−500 mode in the summer |
| Coefficient of divergence | >0.2 on average for all particles measured, 0.25 to 0.6 for size-dependent average COD | No clear overall pattern |
| Size dependency | Number concentrations of smaller particles (<40 nm) differ from site to site, whereas larger particles tended to have similar concentrations at various sampling locations | No clear overall pattern |

cm = centimeter; COD = coefficient of divergence; CPC = condensation particle counters; FMPS = fast mobility particle sizer; km = kilometer; nm = nanometer; SMPS = scanning mobility particle sizer; UFP = ultrafine particles.
Source: Krudysz et al. (2009).

### 2.5.1.2.5    Chemical Components

A detailed analysis of 15 urban locations in the 2009 PM ISA (U.S. EPA, 2009) indicated a generally fair degree of spatial uniformity in bulk $PM_{2.5}$ components. Exceptions were noted in one or two cities for crustal material, $NO_3^-$, elemental carbon, organic carbon, and nickel (U.S. EPA, 2009). More recent observations have focused mainly on carbonaceous components across urban areas. Black carbon (BC) concentrations were 2 to 3 times higher at urban locations than at suburban locations in the greater New York area (Patel et al., 2009). There were several reports of higher concentrations of some PM components near roads with heavy traffic than other urban locations. For example, carbonaceous aerosols exhibited substantial intra-urban variability in Detroit, MI and Cleveland, OH that was consistent with local sources, with EC higher at sites adjacent to freeways and busy surface streets (Snyder et al., 2010). Site to site variability in OC was approximately 7% at distances from 0.5 to 4 km, but between 4−27% at

SECTION 2.5: Ambient Concentrations

00196633

distances 4 to 100 km. However, more finely speciated organic components differed by as much as 60% at the 0.5- to 4-km scale and up to 200% at the 4- to 100-km scale (Snyder et al., 2010). PAHs and steranes, along with OC and EC, were found to be higher near roads with heavy traffic than in other urban locations (Xie et al., 2012). Differences of a factor of 2 to 3 between concentrations on major streets and at background locations in the same city in the Netherlands were also observed for chromium, copper, and iron, elements that were mainly present in the coarse fraction, as well as for black carbon and particle number count (Boogaard et al., 2011).

## 2.5.2     Temporal Variability

### 2.5.2.1     Regional Trends

Differences in national average concentrations and regional variability between data from immediately prior to this assessment and the 2009 PM ISA (U.S. EPA, 2009) were discussed in Section 2.5.1.1, which demonstrated substantial decreases in PM concentrations since publication of the 2009 PM ISA (U.S. EPA, 2009). This section expands on those observations by exploring long-term trends that extend back as far as 2000, when widespread network measurements of urban $PM_{2.5}$ began, to provide more complete assessment of trends.

#### 2.5.2.1.1          $PM_{2.5}$

Figure 2-20 shows how $PM_{2.5}$ concentrations have decreased substantially at almost all $PM_{2.5}$ monitoring sites between the periods 2003−2005 and 2013−2015, with especially large decreases in the eastern U.S. Figure 2-21 also shows a decreasing trend of $PM_{2.5}$ concentrations as a time series using national data from network monitoring sites throughout the U.S. Overall, $PM_{2.5}$ concentrations have decreased substantially nationwide since the 2003−2005 period, especially in the eastern U.S. $PM_{2.5}$ concentrations derived from satellite data also exhibit a decreasing trend, of $-0.39 + 0.10$ μg/m$^3$ per year averaged over a 1 by 1 degree grid (Boys et al., 2014).

00196634



avg = average; PM₂.₅ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

Note: Blue indicates a decrease and red indicates an increase. Percentage increase or decrease is indicated by color intensity of the circle.

Source: U.S. EPA analysis of Air Quality System network data 2003−2005 and 2013−2015, prepared in 2016.

**Figure 2-20    Increase or decrease in 3-year annual avg PM₂.₅ concentrations between 2003−2005 and 2013−2015.**

SECTION 2.5: Ambient Concentrations

00196635



μg m⁻³ = microgram per cubic meter; PM₂.₅ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.
Source: U.S. EPA analysis of Air Quality System network data 2005−2014, prepared in 2016.

**Figure 2-21      Average PM₂.₅ concentration trends 2005−2014.**

The predominant downward trends shown in Figure 2-21 are a continuation of the decreasing trend in $PM_{2.5}$ concentration reported in the 2009 PM ISA (U.S. EPA, 2009), in which a 10% decrease in annual average $PM_{2.5}$ concentrations between the 3-year period from 1999−2001 and the 3-year period from 2005−2007 was described. Figure 2-22 shows an overall decrease in monthly and annual $PM_{2.5}$ average and 90th percentile concentrations over the 16-year period from 2000−2015, as well as a steadily shrinking summer peak, across all reporting FRM site-level monitors in the U.S. (Chan et al., 2018). Over this period, $PM_{2.5}$ concentration averaged over the entire network decreased by 5 μg/m³ and 90th

SECTION 2.5: Ambient Concentrations

00196636

percentile concentrations decreased by 9 µg/m³ (Figure 2-22). It is evident from Figure 2-22 that the sharpest decrease occurred in 2008−2010.



µg/m³ = microgram per cubic meter; PM₂.₅ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.
Note: Black = mean, gray = 90th percentile.
Source: Chan et al. (2018).

**Figure 2-22    Long-term trend in national monthly and annual average PM$_{2.5}$ concentrations (µg/m³) from 2000−2015.**

### 2.5.2.1.2    PM$_{10}$

PM$_{10}$ has decreased steadily in several urban areas over the past several decades (U.S. EPA, 2004). Figure 2-23 shows a map of concentration trends in 98th percentile PM$_{10}$ concentrations between 2003−2005 and 2013−2015, and Figure 2-24 shows a time series of national PM$_{10}$ concentrations from 2005−2014. Most sites in the eastern U.S. show decreasing concentrations over this period, consistent with the data of Table 2-5. However, there are locations in California, the Southwest, the Rocky Mountains, and the Great Plains that exhibit substantial increases in 98th percentile PM$_{10}$ concentrations. The observed decreases in PM$_{10}$ concentrations in many locations are consistent with similar observations for annual average PM$_{2.5}$ concentrations (see Section 2.3.4), reflecting that PM$_{2.5}$ has accounted for the majority of PM$_{10}$ in the eastern U.S. and a large fraction of PM$_{10}$ throughout the U.S. over the period of decline. However, Figure 2-24 shows no evidence of a nationwide trend of decreasing PM$_{10}$ concentrations in a time series of PM$_{10}$ concentrations from network monitoring sites throughout the U.S.

SECTION 2.5: Ambient Concentrations

00196637



PM$_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm.

Note: Blue indicates a decrease, and red indicates an increase. Percentage increase or decrease is indicated by color intensity of the circle.

Source: U.S. EPA analysis of Air Quality System network data 2003−2005 and 2013−2015, prepared in 2016.

**Figure 2-23    Increase or decrease in 98th percentile 24-hour PM$_{10}$ concentrations between 2003−2005 and 2013−2015.**

SECTION 2.5: Ambient Concentrations

00196638



μg m⁻³ = microgram per cubic meter; PM₁₀ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm.

Source: U.S. EPA analysis of Air Quality System network data 2003−2005 and 2013−2015, prepared in 2016.

**Figure 2-24    PM₁₀ second highest concentration trends from 2005−2014.**

### 2.5.2.1.3    PM₁₀₋₂.₅

Long-term concentration trends for urban $PM_{10-2.5}$ are difficult to determine from network data because $PM_{10-2.5}$ monitoring was too recently implemented. However, some NCore stations began $PM_{10-2.5}$ measurements in the mid-2000s and IMPROVE measurements of $PM_{10-2.5}$ have been operating even longer, and although IMPROVE sites are mostly rural, some are collocated with CSN sites. These could be analyzed for long-term trends. In a Los Angeles, CA field study, $PM_{10-2.5}$ decreased by 0.39 μg/m³ from 19 to 15 μg/m³ for the period 1999 to 2009 compared to 0.92 μg/m³ for $PM_{2.5}$ over the same period (Cheung et al., 2012b).

SECTION 2.5: Ambient Concentrations

00196639

### 2.5.2.1.4     Ultrafine Particles

Information on UFP concentrations is very limited, confined to very few network monitors that only recently became operational. Data from field studies have been published periodically but are generally insufficient to assess long-term trends of UFP in any location. One exception is 8 years of UFP data from Rochester, NY, the particle number characteristics of which were summarized in Section 2.5.1.1.5 (Wang et al., 2011). On average over the 8 years that UFP data were collected in Rochester, total particle number concentrations were greater before 2006 than after. This trend was most evident for particles between 0.01 and 0.1 $\mu$m. The difference was described as probably due to several changes in local sources due to the 2007 Heavy Duty Highway Rule, a reduction in local industrial activity, and the closure of a nearby coal-fired power plant (Wang et al., 2011).

### 2.5.2.1.5     Chemical Components

Figure 2-25 and Figure 2-26 show changes in the distribution of bulk $PM_{2.5}$ components between the 3-year period from 2003−2005 and the 3-year period from 2013−2015. The most noticeable difference is the change in $SO_4^{2-}$ contribution, which dominated $PM_{2.5}$ mass in the East during the period 2003−2005, but by 2013−2015, it had declined enough that it is no longer the most abundant component in many eastern locations.

In the 2009 PM ISA (U.S. EPA, 2009), $SO_4^{2-}$ is described as the most abundant component of $PM_{2.5}$ on a national average, with $NO_3^-$, particulate organic matter, and sometimes crustal material also contributing substantially to $PM_{2.5}$ mass. The relative abundance of major $PM_{2.5}$ components has changed since the 2009 PM ISA (U.S. EPA, 2009), with lower contributions from $SO_4^{2-}$ and greater contributions of $NO_3^-$ and particulate organic matter as a result of the steep decline in $SO_2$ emissions (see Section 2.3.2.1). The resulting decrease in $SO_4^{2-}$ concentrations closely follows the recent long-term decrease in $PM_{2.5}$ concentrations described in Section 2.5.2.1.1, and is magnified for monitoring sites in the eastern half of the U.S., where $SO_4^{2-}$ has been the most abundant $PM_{2.5}$ components until recently, and where $SO_2$ emissions have declined the most.

00196640



EC = elemental carbon; m = meter; µg = microgram; OC = organic carbon; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

Source: U.S. EPA analysis of Air Quality System network data 2003−2005, prepared in 2016.

**Figure 2-25    Contributions of sulfate, nitrate, organic carbon, elemental carbon, crustal material, and sea salt to PM$_{2.5}$ at selected sites 2003−2005.**

SECTION 2.5: Ambient Concentrations

2-76

00196641



EC = elemental carbon; m = meter; µg = microgram; OC = organic carbon; PM₂.₅ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

Source: U.S. EPA analysis of Air Quality System network data 2013−2015, prepared in 2016.

**Figure 2-26    Contributions of sulfate, nitrate, organic carbon, elemental carbon, crustal material, and sea salt to PM₂.₅ at selected sites 2013−2015.**

Figure 2-27 shows PM$_{2.5}$ SO$_4^{2-}$, NO$_3^-$, and OC concentrations from 2000−2015 based on IMPROVE and CSN network data. A steep decline in SO$_4^{2-}$ concentration is observed, but less change is evident for NO$_3^-$ and OC concentrations. Like the summer PM$_{2.5}$ maximum (Figure 2-22), the summer SO$_4^{2-}$ peak also declines to become almost imperceptible toward the end of the period. Based on these observations, it appears that decreases in SO$_2$ emissions (Section 2.3) have contributed to a substantial decrease in atmospheric SO$_4^{2-}$ concentrations. The declining SO$_4^{2-}$ concentrations are also consistent with CMAQ predictions of the SO$_4^{2-}$ response to decreasing SO$_2$ emissions. Because SO$_4^{2-}$ has accounted for such a large fraction of PM$_{2.5}$ mass, the decreasing trend in SO$_4^{2-}$ concentration is also manifested in lower PM$_{2.5}$ concentrations (Section 2.5.2.1.1) and smaller PM$_{2.5}$:PM$_{10}$ ratios (Section 2.5.1.1.4). However, SO$_4^{2-}$ is not the only PM$_{2.5}$ species that exhibited decreasing concentrations over this period, as described below.

SECTION 2.5: Ambient Concentrations

00196642



μg/m³ = microgram per cubic meter; OC = organic carbon.

Note: Black = mean, gray = 90th percentile.

Source: Chan et al. (2018).

**Figure 2-27    National monthly concentrations (μg/m³) of (a) sulfate, (b) nitrate, and (c) organic carbon from 2000−2015.**

00196643

Long-term trends in $PM_{2.5}$ component concentrations from the CSN and IMPROVE networks were also recently described in a series of papers (Hand et al., 2013; Hand et al., 2012a; Hand et al., 2012b). In general, $SO_4^{2-}$ has decreased fairly consistently at rural sites at a rate of $-2.7\%$ per year from 1992 to 2010 (Hand et al., 2012b). An even steeper decrease in $SO_4^{2-}$ concentrations has been observed in the most recent years, of $-4.6\%$ per year at rural sites from 2001 to 2010 and $-6.2\%$ per year at urban sites from 2002$-$2010 (Hand et al., 2012b). This is similar to the rate of decrease of $SO_2$ emissions from power plants, and decreases were greater and more linear in the East, where power plant emissions had the greatest contributions to $SO_4^{2-}$ concentration (Hand et al., 2012b). However, in the winter in the northern and central Great Plains, $SO_4^{2-}$ and $NO_3^-$ concentrations have increased at a rate of over 5% per year over the period 2000$-$2010, despite decreased nationwide emissions (Hand et al., 2012a), and $SO_4^{2-}$ increases in spring in some parts of the West were also observed (Hand et al., 2012b). These increases could not be explained by known changes in local or regional emissions (Hand et al., 2012b). In the SEARCH network, downward trends in mean $SO_4^{2-}$ concentrations from 1999 to 2010 ranged from $-3.7 \pm 1.1$ to $-6.2 \pm 1.1\%$ per year. The $SO_4^{2-}$ reduction was linearly related but not proportional to $SO_2$ decrease of $-7.9 \pm 1.1\%$ per year from 1999 to 2010. Over the same period, mean organic matter concentration decreased by $-3.3 \pm 0.8$ to $6.5 \pm 0.3\%$ per year and elemental carbon by $-3.2 \pm 1.4$ to $-7.8 \pm 0.7\%$ per year (Blanchard et al., 2013a). Total carbon (OC + EC) generally decreased in both urban and rural areas, with the strongest trends in the West (Hand et al., 2013).

For species that are more strongly influenced by local urban sources, trends are manifested more locally and largely controlled by changes in local source emissions. Al, Fe, and Si decreased in Los Angeles, CA, suggesting successful control of fugitive dust emissions, but Cu declined little, probably indicating similar contributions from brake wear (Cheung et al., 2012b).

### 2.5.2.2    Seasonal Variations

#### 2.5.2.2.1        $PM_{2.5}$

Observations described in Section 2.5.2.1.1 indicated that national average $PM_{2.5}$ concentrations and 98th percentile concentrations from 2013$-$2015 were both higher in winter than in summer (Table 2-4), and observations described in Section 2.5.2.1.1 indicated that monthly average $PM_{2.5}$ concentrations exhibited distinct summer and winter peaks superimposed on a steadily declining national average $PM_{2.5}$ (Figure 2-22). Averaged over all locations and years from 2001$-$2016, seasonal average $PM_{2.5}$ concentrations were approximately 12 $\mu g/m^3$ in summer and winter, but declined to approximately 9 $\mu g/m^3$ in the spring and fall (see Figure 2-28).

While monthly average $PM_{2.5}$ concentrations are higher in summer than in winter from 2002$-$2008, this pattern is reversed from 2009$-$2015, when monthly average $PM_{2.5}$ concentrations become higher in winter than in summer (see Section 2.5.2.1.1, Figure 2-22). This is a major departure

SECTION 2.5: Ambient Concentrations

00196644

from previous concentration trends. Observations that the highest seasonal average concentrations occurred in summer in the eastern U.S. and in winter in the western U.S. with a few exceptions was already clearly established from 1999−2001 data from the newly operational $PM_{2.5}$ network (U.S. EPA, 2004). These early $PM_{2.5}$ network results were in turn consistent with previous studies carried out prior to its implementation, and were confirmed in the 2009 PM ISA (U.S. EPA, 2009). The observed reduction in summer $PM_{2.5}$ concentrations in the East to the extent that summer is no longer the season with the highest national average $PM_{2.5}$ concentrations is a major development and is a predictable consequence of successful reduction of $SO_2$ emissions.



$\mu g/m^3$ = microgram per cubic meter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 $\mu$m.
Source: Chan et al. (2018).

**Figure 2-28    National average PM2.5 concentration by month 2000−2015.**

### 2.5.2.2.2    $PM_{10−2.5}$

Relatively little had been published on the seasonal variability in $PM_{10−2.5}$ concentrations at the time of the 2009 PM ISA (U.S. EPA, 2009). Figure 2-29 shows three U.S. regions used for comparison of $PM_{10−2.5}$: the U.S. east of the Mississippi River and the northern and southern portions of the U.S. west of the Mississippi River. The regions are divided in this way because previous discussions based on limited data had suggested that $PM_{10}$ was mostly $PM_{2.5}$ in the eastern U.S. and mostly $PM_{10−2.5}$ in the western U.S. (U.S. EPA, 2009, 2004), and these two regions were compared to investigate whether there were also seasonal differences between the East and West. However, because results indicated that

SECTION 2.5: Ambient Concentrations

00196645

geographic differences within the western U.S. were greater than observed East-West differences, the western U.S. was further divided into northern and southern portions.



PM = particulate matter.
Source: U.S. EPA analysis of Air Quality System network data 2011−2015, prepared in 2016.

**Figure 2-29    Regions used for coarse PM comparison.**

Figure 2-30 shows average concentrations on each day for 4 years from 2011−2014 by region based on data from the IMPROVE network, after dividing the U.S. into these three regions. All regions display clear seasonal variations, with the lowest concentrations occurring around January and the highest occurring in the summer months. The highest $PM_{10-2.5}$ concentrations are observed in the southwestern/central region. Concentrations in this region are much higher than concentrations in the East and a seasonal pattern of high summer and low winter concentrations is apparent. By contrast, average concentrations in the northwestern region stretching all the way from the Pacific to the Dakotas were more similar to those in the East, but with a more pronounced seasonal pattern than either the East or the Southwest. These observations indicate that geographic patterns of $PM_{10-2.5}$ concentrations are more complicated than a simple East-West split, but that there are large areas of the western U.S. where average $PM_{10-2.5}$ concentrations are similar to the eastern U.S.

SECTION 2.5: Ambient Concentrations

00196646



µg/m³ = microgram per cubic meter; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm.

Note: Colors of the lines correspond to the colors of the regions in Figure 2-29 (i.e., red is East, green is Northwest, and blue is Southwest/Central).

Source: U.S. EPA analysis of Air Quality System network data 2011−2015, prepared in 2016.

**Figure 2-30**     **Average daily PM$_{10-2.5}$ concentrations over the 4-year period 2011−2014 collected by the Interagency Monitoring of Protected Visual Environments network.**

The seasonal differences described in Section 2.5.1.1.3 of lowest PM$_{10-2.5}$ concentrations in winter and higher concentrations in warmer months (see Table 2-6) are consistent with other recent observations. In Colorado, the highest PM$_{10-2.5}$ concentrations were observed in the spring and fall (Clements et al., 2014b). The monsoon period in this region is characterized by high wind events that increase PM$_{10-2.5}$ concentrations from local wind-driven soil, especially at rural sites with agricultural activity (Clements et al., 2014b). In Los Angeles, PM$_{10-2.5}$ concentrations were 2−4 times higher in summer than in winter (Pakbin et al., 2010). However, organic coarse PM in southern California was higher in winter than summer and was mostly due to soil or biota, especially in "semirural" areas like Riverside and Lancaster (Cheung et al., 2012b).

SECTION 2.5: Ambient Concentrations

00196647

### 2.5.2.2.3        Ultrafine Particles

Relatively little has been published about seasonal or hourly differences in UFP concentrations except for localized studies in a few locations suggesting higher concentrations in winter than summer and an inverse relationship between UFP number and temperature (U.S. EPA, 2009). High afternoon concentrations during warmer months were attributed to NPF, and high winter and evening UFP concentrations were attributed to lower mixing heights (U.S. EPA, 2009). More recent results indicate urban episodes of high UFP concentrations occur more often in winter than in summer (NYDEC, 2016).

### 2.5.2.2.4        Particulate Matter (PM) Components

PM composition varies considerably with season (see Figure 2-31). Seasonal concentration patterns are for the most part similar to those reported in the 2009 PM ISA (U.S. EPA, 2009), and conclusions from recent analyses of network data (Hand et al., 2013; Hand et al., 2012c) are consistent with patterns that can be observed in Figure 2-31. $SO_4^{2-}$ and OC together accounted for the majority of $PM_{2.5}$ mass in many metropolitan areas in the summer, while higher $NO_3^-$ concentrations were observed in the winter (U.S. EPA, 2009). Urban and rural seasonal variations of $(NH_4)_2SO_4$ were similar, and both urban and rural concentrations were substantially higher in the East (Hand et al., 2012c). High winter $NO_3^-$ concentrations were common in both urban and rural areas, but higher in urban areas (Hand et al., 2012c). Fine soil concentrations, highest in the Southwest, also had similar seasonal patterns for urban and rural sites (Hand et al., 2012c).

The higher OC contributions in fall and winter in the West compared with lower OC concentrations in winter in the Southeast reported in the 2009 PM ISA (U.S. EPA, 2009) are evident in Figure 2-31. EC mass concentration exhibited smaller seasonal variability than OC, particularly in the eastern half of the U.S. Carbonaceous aerosols varied more with season in the West than in the East for both urban and rural sites, although the seasonal patterns were different between western urban and rural sites (Hand et al., 2013). PBAP often contributes more to PM mass in spring and summer than in fall and winter (U.S. EPA, 2009).

The metals Cu, Fe, Se, Pb, V, and Ni showed less seasonal variability than the $SO_4^{2-}$, $NO_3^-$, and OC as reported in the 2009 PM ISA (U.S. EPA, 2009). More recently, in Los Angeles, CA, trace element concentrations were higher in the drier months of September and October than in December and January (Na and Cocker, 2009).

SECTION 2.5: Ambient Concentrations

00196648



Dec = December; EC = elemental carbon; Jan = January; OC = organic carbon; Oct = October; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; Sept = September.

Source: U.S. EPA analysis of Air Quality System network data 2013−2015, prepared in 2016.

**Figure 2-31    Ambient PM$_{2.5}$ seasonal composition 2013−2015.**

SECTION 2.5: Ambient Concentrations

00196649

### 2.5.2.3    Hourly and Weekday-Weekend Variability

As described in the 2009 PM ISA (U.S. EPA, 2009), hourly $PM_{2.5}$ and $PM_{10}$ measurements are conducted at several hundred network monitoring sites. A two-peaked diel pattern was observed in diverse urban locations and attributed to rush-hour traffic for the morning peak and a combination of rush hour traffic, decreasing atmospheric dilution, and nucleation for the afternoon/evening peak (U.S. EPA, 2009). In most cities, a morning $PM_{2.5}$ peak was present starting at approximately 6:00 a.m., corresponding with the start of the morning rush hour just before the break-up of the planetary boundary layer. Figure 2-32 shows diurnal patterns for multiple cities using more recent data showing rush hour peaks in the morning and evening in most cases, which is consistent with the daily variability in $PM_{2.5}$ concentrations observed in the 2009 PM ISA (U.S. EPA, 2009).

Diurnal variations in $PM_{10-2.5}$ concentrations have also been investigated. In Los Angeles, CA in the summer, the highest concentrations of $PM_{10-2.5}$ were observed in midday and afternoon when winds were the strongest. Traffic was responsible for significant resuspension especially during winter nights when mixing heights were lowest at near-freeway sites in urban areas of southern California (Cheung et al., 2012b).

As described in Section 2.5.1.1.5 (Figure 2-18) for UFP, a diel maximum was observed on average during evening hours in diverse geographic locations. An inverse relationship between UFP number and temperature has also been observed, and high afternoon concentrations during warmer months were attributed to photochemical formation, and high winter and evening UFP concentrations were attributed to lower mixing heights (U.S. EPA, 2009). Relatively little had been published about hourly differences in UFP concentrations at the time of the 2009 PM ISA except for localized studies in a few locations indicating a diel maximum during evening hours (U.S. EPA, 2009).

SECTION 2.5: Ambient Concentrations

00196650



μg m⁻³ = microgram per cubic meter; PM₂.₅ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Source: U.S. EPA analysis of Air Quality System network data 2012–2015, prepared in 2016.

**Figure 2-32    Diurnal variation of PM₂.₅ concentrations in urban areas.**

### 2.5.3    Common Patterns of Particulate Matter Characteristics in the U.S.

In this section, the information on sources, particle size distribution, and composition from recent research results and monitoring data are combined to describe common patterns of PM characteristics observed in the U.S. across different regional and seasonal conditions. Historically, $PM_{2.5}$ has been highest in the summer and has been largely accounted for by $SO_4^{2-}$ over a large area that encompasses most of the eastern U.S., extending into the Great Plains. Figure 2-33 shows how $SO_4^{2-}$ concentrations have changed in major urban areas of the eastern U.S. between 2003−2005 and 2013−2015 based on CSN

SECTION 2.5: Ambient Concentrations

00196651

monitors. At all of the locations shown in Figure 2-33 $SO_4^{2-}$ was the most abundant component measured for the period 2003−2005, accounting for close to half of the overall average $PM_{2.5}$ mass. In contrast, during the period 2013−2015 $SO_4^{2-}$ accounted for only about a quarter or a third of $PM_{2.5}$ mass. For example, the $SO_4^{2-}$ fraction dropped from 49 to 31% in Washington, DC, 51 to 34% in Pittsburgh, PA, 42 to 24% in New York, NY, 43 to 26% in Philadelphia, PA, 44 to 27% in Boston, MA, and 52 to 33% in Cincinnati, OH. In all but five of these locations (Cleveland, Cincinnati, and Dayton, OH; Louisville, KY; Dallas, TX), mostly in Ohio or the Ohio Valley, OC has replaced $SO_4^{2-}$ as the most abundant component, although OC and $SO_4^{2-}$ concentrations are very similar in most locations, as shown in Figure 2-31.

In the eastern half of the U.S., the steep decline in $SO_4^{2-}$ concentrations has led to major changes in PM composition, seasonal concentration patterns, and size characteristics since publication of the 2009 PM ISA (U.S. EPA, 2009). $PM_{10}$ concentrations in the eastern U.S. and Midwest previously peaked in summer and was mostly composed of $PM_{2.5}$, with $SO_4^{2-}$ as the largest single component. More recently, summer concentrations are similar to other seasons, the $PM_{10-2.5}$ and $PM_{2.5}$ fractions are often comparable, and OC is frequently the most abundant single component.

Some finer scale trends within the eastern U.S. are evident. While OC is becoming the component with the highest concentration throughout the eastern U.S., in the Southeast, annual average OC concentrations are somewhat higher than in the Northeast or Midwest, reaching their highest monitoring concentrations in a large area encompassing most of Alabama, Georgia, and South Carolina (Hand et al., 2011). The origin of summer OC in the Southeast has been intensively studied and is largely SOA due to oxidation of biogenic precursors (Marais et al., 2017; Rattanavaraha et al., 2016; Lewandowski et al., 2013), and urban areas of the Southeast like Atlanta, GA have considerably more biogenic VOC precursors than urban areas of the northeastern U.S. like New York City, NY (Weber et al., 2007). Integrated modeling and measurement results (Kim et al., 2015), modeling predictions (Marais et al., 2017; Ying et al., 2015), and product concentration measurements (Lewandowski et al., 2013) are also consistent with higher OC concentrations and biogenic SOA at southeastern sites than in the Northeast or Midwest. OC concentrations in the Southeast are decreasing (Marais et al., 2017).

Another area in the eastern half of the U.S. stretching from Minnesota and Iowa through Wisconsin, Michigan, Indiana, and Ohio is a region susceptible to high winter $NO_3^-$ episodes resulting from high emissions of $NH_3$ from animal agriculture combining with atmospheric $HNO_3$, that lead to mean winter $NH_4NO_3$ concentrations exceeding 4 $\mu g/m^3$ (Pitchford et al., 2009). This region can be distinguished in Figure 2-31 for 2012−2014 by winter $NO_3^-$ contributions of more than 40% to seasonal average $PM_{2.5}$ mass in Chicago, IL; Minneapolis, MN; Milwaukee, WI; Detroit and Grand Rapids, MI; Indianapolis, IN; Cincinnati and Dayton, OH; Davenport and Des Moines, IA; Omaha, NE; Kansas City, MO; and several other sites in the upper Midwest.

SECTION 2.5: Ambient Concentrations

00196652



PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Source: U.S. EPA analysis of Air Quality System network data 2003−2005 and 2013−2015, prepared in 2016.

**Figure 2-33    Sulfate as percentage of PM$_{2.5}$ in eastern urban areas 2003−2005 and 2013−2015.**

SECTION 2.5: Ambient Concentrations

00196653

While substantial differences in PM size distribution, composition, and other characteristics have been reported between the eastern and western U.S. (U.S. EPA, 2009), the diversity of PM characteristics across the West makes it more difficult to identify a set of fundamental PM characteristics that applies to the entire region. In interior urban areas, including Salt Lake City, UT; Reno, NV; Boise, ID; Missoula, MT; and Spokane, WA, $PM_{2.5}$ levels are higher under stable conditions on days with snow cover. In Salt Lake City, UT; Reno, NV; and Missoula, MT, most of the highest concentrations were observed on days with high $NO_3^-$ concentrations enhanced by colder temperatures and higher relative humidity that occur with snow cover (Green et al., 2015). After multiday periods with stable conditions created by snow cover, $PM_{2.5}$ can build up rapidly in layers or in cold air pools. In one case in Salt Lake City, $PM_{2.5}$ concentrations increased by 6 to 10 $\mu g/m^3$ per day over a period of several days (Whiteman et al., 2014; Silcox et al., 2011). This area is also subject to episodically high $PM_{10-2.5}$ concentrations from dust suspension.

Closer to the coast, high PM episodes cannot be explained by snow cover and extreme cold, yet some of the highest $PM_{2.5}$ concentrations in Figure 2-13 and Figure 2-14 are in California and concentrations are also highest in winter. In many California locations, a specific combination of conditions appears to be responsible for the highest PM concentrations. High winter $PM_{2.5}$ concentrations were studied intensively over 12 winters and the existence of several simultaneous conditions for at least a 2-day duration were required for concentrations to exceed 35 $\mu g/m^3$, including a ridge of high pressure aloft, persistent easterly flow extending up vertically, orographically channeled winds resulting from stability, and enhanced nocturnal cooling under clear sky conditions (Beaver et al., 2010). $NH_4NO_3$ and organic PM from diverse combustion sources are the main contributors to $PM_{2.5}$ under winter conditions in California (Young et al., 2016; Zhang et al., 2016; Schiferl et al., 2014). Some of the highest 98th percentile concentrations were reported in California and other monitoring sites in the western U.S. in Section 2.5.1.1.1 (Figure 2-14).

A common characteristic of PM in both California and the dryer areas of the western U.S. that contrasts with the eastern U.S. is the higher fraction of $PM_{10}$ accounted for by $PM_{10-2.5}$, with $PM_{10-2.5}$ accounting for most $PM_{10}$ mass in the West, but $PM_{2.5}$ accounting for most $PM_{10}$ mass in the East (see Table 2-7). Populated areas of the Northwest (western Oregon and Washington) make an exception to this trend. Table 2-7 shows that in both Seattle, WA and Portland, OR, $PM_{2.5}$ accounts for more than 50% of the $PM_{10}$ mass and concentrations are higher in winter than in summer. Wood smoke is a major source of $PM_{2.5}$ in Portland, OR and Seattle, WA (Kotchenruther, 2016; U.S. EPA, 2009), as well as in smaller urban areas in this region.

$PM_{2.5}$ concentrations averaged over the 11-year period from 1998−2008 over the entire contiguous U.S. were reported to be 2.6 $\mu g/m^3$ higher on days under stagnant conditions than for nonstagnant days (Tai et al., 2010). When all U.S. data over a multiyear period are considered, temperature is positively correlated with $PM_{2.5}$ (Tai et al., 2012a; Tai et al., 2012b), especially in the eastern U.S. (Tai et al., 2012a). Much of $PM_{2.5}$ variability could be explained by cold frontal passages in

SECTION 2.5: Ambient Concentrations

00196654

the East, maritime inflow in the West, and cyclone frequency in the Midwest (Tai et al., 2012b). Other meteorological conditions that have been reported to enhance PM concentrations include sea breezes (Georgoulias et al., 2009) and drought (Wang et al., 2015).

### 2.5.4    Background Particulate Matter

The definition of background PM can vary depending upon context, but it generally refers to PM that is formed by sources or processes that cannot be influenced by actions within the jurisdiction of concern. Consistent with other recent NAAQS reviews (U.S. EPA, 2015a, 2014), there are two specific definitions of background PM of interest: natural background and U.S. background. Natural background is the narrowest definition of background, and it is defined as the PM that would exist in the absence of any manmade emissions of PM or PM precursors. U.S. background PM is defined as any PM formed from sources or processes other than U.S. manmade emissions. Approaches to estimating background PM have evolved over the years. Different approaches for estimating background concentrations in the western and eastern U.S. were taken in the 2004 PM AQCD (U.S. EPA, 2004). Data from IMPROVE monitoring sites in the western U.S. thought to be among the least influenced by regional pollution sources exhibited annual mean concentrations of ~3 $\mu g/m^3$. However, even the most remote monitors within the U.S. can be periodically affected by U.S. anthropogenic emissions, and concentrations observed at the most remote sites in the eastern U.S. were considerably higher than in the western U.S. In the 2009 ISA (U.S. EPA, 2009), estimates of background concentrations were calculated by CMAQ and classified by region and quarter. All quarterly and annual estimates were less than 2 $\mu g/m^3$, with many <1 $\mu g/m^3$. However, episodic contributions from dust storms or wildfires can be much higher. Further details are given by U.S. EPA (2009).

As illustrated by this example, background PM concentrations can be best characterized with chemistry-transport modeling simulations via source apportionment modeling or estimating what the residual PM concentrations would be were the U.S. anthropogenic emissions entirely removed (i.e., "zero-out" modeling). Unfortunately, there has not been a similar national-scale effort to update background $PM_{2.5}$ concentration estimates since the 2009 PM ISA. However, there has been considerable research focused on better understanding the sources and processes that influence background contribution to $PM_{2.5}$ in the U.S.

Background contributions to PM can come from a variety of sources. Natural sources include wind erosion of natural surfaces, volcanic production of $SO_4^{2-}$; primary biological aerosol particles (PBAP); wildfires producing EC, OC, and inorganic and organic PM precursors; and SOA produced by oxidation of biogenic hydrocarbons such as isoprene and terpenes (U.S. EPA, 2009). However, human intervention can be involved in the formation of SOA. For example, the production of SOA from the oxidation products of isoprene and other biogenic VOCs can be enhanced by the presence of $SO_2$, $NO_X$, and other anthropogenic pollutants, accounting for as much as 50% of SOA from biogenic VOCs

SECTION 2.5: Ambient Concentrations

00196655

(Section 2.3.2.3). Other sources of background PM are anthropogenic, principally emissions from outside the U.S. that can be transported into the U.S. The importance of different contributors to background PM varies across the contiguous U.S. (CONUS) by region and season as a function of the complex mechanisms of transport, dispersion, deposition, and re-entrainment.

Background PM can also be viewed as coming from two conceptually separate components: a somewhat consistent "baseline" component and an episodic component. The baseline component consists of contributions that are generally well characterized by a reasonably consistent distribution of daily values each year, although there is variability by region and season. The episodic component consists of infrequent, sporadic contributions from high-concentration events occurring over shorter periods of time (e.g., hours to several days) both within North America (e.g., volcanic eruptions, large forest fires, dust storms) and outside North America (e.g., transport from dust storms occurring in deserts in North Africa and China). These episodic natural events, as well as events like the uncontrolled biomass burning in Central America, are essentially uncontrollable and do not necessarily occur in all years. Section 2.5.4.1 and Section 2.5.4.2 below discuss natural background and intercontinental transport contributions to background PM in the U.S.

### 2.5.4.1    Natural Background

On average, natural sources including soil dust and sea salt have been estimated to account for approximately 10% of U.S. urban $PM_{2.5}$ (Karagulian et al., 2015). Dust storms are common occurrences in arid regions of the U.S. and the rest of the world. An extreme example is the haboob. During one of these affecting Phoenix in July of 2011, peak hourly average $PM_{10}$ concentrations were >5,000 $\mu g/m^3$ with area wide average hourly concentrations ranging from a few hundred to a few thousand $\mu g/m^3$ (Vukovic et al., 2014). Dust can also make up a substantial fraction of total $PM_{2.5}$ in the southwestern U.S. This is illustrated in Figure 2-19 (Section 2.5.1.1.6), which shows that at many locations in the southwestern U.S., crustal material from soil accounts for close to half of the annual average $PM_{2.5}$ mass. Although similar network data do not exist for $PM_{10-2.5}$, the soil contribution to $PM_{10-2.5}$ mass in these locations is likely to be even higher. Dust also accounts for much of the PM that originates from outside the U.S. (Section 2.5.4.2).

Wildfires are a variable contributor to particulate matter emissions. Satellite-based fire detections are combined with ground-based estimates of area burned, fuel availability, and emission factors to quantify PM and precursor emissions at high spatial and temporal resolution (Strand et al., 2012). The gas-phase species emitted from fires can affect oxidation and formation of semivolatile compounds that can condense into the particle phase (Baker et al., 2016). Invasive species, historical fire management practices, frequency of drought, and extreme heat have brought longer fire seasons (Jolly et al., 2015) and more large fires (Dennison et al., 2014). In addition to emissions from forest fires in the U.S., emissions from forest fires in other countries can be transported to the U.S., and transport from Canada, Mexico,

SECTION 2.5: Ambient Concentrations

Central America, and Siberia have been documented (U.S. EPA, 2009). According to the U.S. EPA's National Emission Inventory, wildfire smoke contributes between 10 and 20% of primary PM emissions per year (Section 2.3.1); however, these emissions are concentrated at the burn area and mostly during the wildfire season, rather than evenly distributed through the year (Sturtz et al., 2014).

Primary biological aerosol particles (PBAP) such as bacteria and pollen can also contribute substantially to $PM_{10-2.5}$ mass in some locations. These are discussed in more detail in Section 2.3.3.

### 2.5.4.2    Intercontinental Transport

Intercontinental transport contributes 0.05 to 0.15 $\mu g/m^3$ to annual average $PM_{2.5}$ concentrations in the U.S. (Kolb et al., 2010). Large continuous data sets are available to examine the intensity and frequency of intercontinental PM transport events. Ground-based lidar networks and mountain top measurements in Europe, North America, and Asia have been used to establish that intercontinental transport of PM from dust, forest fires, and anthropogenic sources impact local $PM_{2.5}$ and $PM_{10}$ concentrations. Satellites also provide estimates of the amount of PM transported, as well as the altitude at which the transport occurs. Transport at midlatitudes is dominated by westerly winds, which transport East Asian emissions across the North Pacific Ocean to North America. Transport occurs at greater speeds and over longer distances in winter than in summer because the westerly winds are stronger, and greater precipitation in winter in the western U.S. brings more of the transported PM to the surface. Numerous studies have now documented long-range transport of desert dust from East Asian deserts. Both the frequency of transport events and the overall contribution to PM in the U.S. are reported to be increasing (Kolb et al., 2010; TFHTAP, 2006). By one estimate, 18 Tg/year PM exits Asia between 30 to 60 degrees N latitude, with 4.4 Tg/year arriving in North America (Yu et al., 2008).

Episodic concentrations as high as 20 $\mu g/m^3$ of PM associated with transport to the U.S. from Asia have been estimated (Jaffe et al., 2005), and $PM_{2.5}$ from Asia has been shown to account for a large fraction total $PM_{2.5}$ in polluted urban air (Jaffe et al., 2003). Over longer time periods, long range transport can make a substantial contribution to local PM concentrations in remote areas like the Arctic. However, in regions with local sources, observed trends in PM are usually more closely related to local emission trends than to long-range transport, and at monitoring sites throughout the U.S. intercontinental influences are small (Henze et al., 2009).

On average, Asian dust contributes typically $<\sim1$ $\mu g/m^3$ to $PM_{2.5}$ at remote sites in western states (Creamean et al., 2014). However, transport of Asian dust shows both strong seasonal and interannual variability. Dust emissions are at a maximum in spring, associated with strong winds following cold fronts as the Siberian High extends southward and before there is sufficient vegetation to stabilize the surface. Based on inverse modeling of Asian dust over the period 2005−2012, Yumimoto and Takemura (2015) suggested that dust emissions, transport, and deposition are largest during the La Niña phase of the El Niño-Southern Oscillation cycle. They also found that dust emissions were closely related to a strong

SECTION 2.5: Ambient Concentrations

00196657

meridional pressure gradient and a strong winter monsoon. Husar et al. (2001) reported that the average $PM_{10}$ concentration at 25 reporting stations throughout the northwestern U.S. reached 65 $\mu g/m^3$ during an episode of Asian dust transport during the last week of April 1998, compared with an average of $10-25$ $\mu g/m^3$ during the rest of April and May. This was accompanied by visual reports of milky-white discoloration of the normally blue sky in nonurban areas along the West Coast. Satellite data have been especially useful for tracking the trans-Pacific transport of Asian dust. Uno et al. (2011) documented the occurrence of multiple large plumes of Asian dust in April 2010 that had passed over most of the continental U.S. based on space-borne lidar (the Cloud-Aerosol Lidar with orthogonal Polarization) on board the CALIPSO satellite. Three-dimensional, global-scale CTMs have also been used to estimate intercontinental transport of PM pollution (TFHTAP, 2007) and trans-Pacific transport of mineral dust from Asian deserts (Fairlie et al., 2007).

Transport of dust from the Sahara Desert and the Sahel in North Africa (Mckendry et al., 2007; Chiapello et al., 2005; Prospero, 1999a, b) can affect the eastern U.S., while transport of dust from the Gobi and Taklamakan Deserts in Asia (Yu et al., 2008; Vancuren and Cahill, 2002) can exert effects in the western U.S. The ability of African dust to substantively affect PM levels in the U.S. was extensively reviewed in the 2004 PM AQCD (U.S. EPA, 2004) and in the 2009 PM ISA (U.S. EPA, 2009). A multidecade record of African dust reaching Miami indicates that the highest loadings are found in July (Prospero, 1999a, b) with concentrations ranging from ~10 to ~100 $\mu g/m^3$. Sample collection began in 1974, before network $PM_{10}$ and $PM_{2.5}$ samplers were developed, and no size cut was specified (Prospero, 1999b). Yu et al. (2015) found that the transport of North African dust across the Atlantic Ocean is strongly negatively correlated with precipitation in the Sahel during preceding year. Dust from Africa has shown a decreasing trend of ~10% per decade from 1982 to 2008, based on measurements of aerosol optical depth and surface concentrations in Barbados by Ridley et al. (2014), who also suggested that this decrease is due to a corresponding decrease in surface winds over source regions.

In addition to desert dust, a portion of the PM reaching the U.S. through intercontinental transport is from combustion and industrial sources, and formation of $SO_4^{2-}$ from $SO_2$ during transport of air masses to the U.S. from Asia is also well documented. In the spring in the northwestern U.S., transport from Asia accounted for $0.16 \pm 0.08$ $\mu g/m^3$ $PM_{2.5}$ $SO_4^{2-}$ (Heald et al., 2006). $SO_4^{2-}$ of Asian origin can account for a large fraction of $SO_4^{2-}$ in the upper troposphere in western North America, and an increasing fraction of $SO_4^{2-}$ measured off the northwest coast of the U.S. is of Asian origin. Measurements from an event over the Pacific Ocean were consistent with nearly pure $H_2SO_4$. Transboundary transport within North America can also be important. Model results suggest that $SO_2$ emissions in Mexico influence $SO_4^{2-}$ formation in the U.S. (Henze et al., 2009). Leibensperger et al. (2011) estimated that trans-Pacific transport of $SO_2$ and $NO_X$ results in a combined increase in background PM[44] in the western U.S. of a few tenths of a $\mu g/m^3$.

---

[44] PM size was not specified, but secondary PM formed from $NO_X$ and $SO_2$ is usually nearly all in the $PM_{2.5}$ size range.

SECTION 2.5: Ambient Concentrations

00196658

## 2.6    Summary

New observations indicate that some fundamental characteristics of atmospheric PM in the U.S. are changing. These range from source emissions and atmospheric formation processes to size distributions, particle composition, and spatial and temporal concentration trends. The most noticeable change in PM or precursor source emissions is the large reduction in $SO_2$ emissions, mainly from decreased EGU coal combustion. In addition, advances in engine and emissions control technologies have led to continued decreases in automobile emissions. The major urban stationary sources of PM are still industrial processes, construction and road dust, residential wood burning and other fuel combustion, and cooking. The major primary mobile sources are still diesel- and gasoline-powered highway vehicles as well as off-road vehicles and engines like locomotives, ships, aircraft, and construction and agricultural equipment. $PM_{2.5}$ particles from combustion sources are usually emitted as UFP and grow into larger particles after emission. Secondary $PM_{2.5}$ still accounts for a substantial fraction of the $PM_{2.5}$ mass from both natural and anthropogenic sources (U.S. EPA, 2009). Major $PM_{10-2.5}$ sources are dust suspension, sea spray, and biological materials. Automobile traffic, other combustion sources, and new particle formation are major UFP sources.

Research on atmospheric chemistry has largely focused on better understanding OC sources and SOA formation pathways. Progress in understanding SOA precursors centered on model results of large fractions of SOA from aromatic and monoterpene precursors, observations of gas-phase VOC oxidation products continuing to react to form PM, and the discovery of isoprene as a major SOA precursor. Progress related to understanding SOA formation processes was directed toward evidence of cloud processing as well as repeated cycles of volatilization and condensation of semivolatile reaction products as important processes for SOA evolution, investigation of misclassification of SOA as primary organic aerosol under typical sampling conditions, and observations of greater SOA yields at high $NO_X$ concentrations. Progress in understanding SOA products involved identification of higher molecular weight particle phase oligomers and organic peroxides as an abundant class of reactive oxygen species (ROS) with high oxidizing potential in SOA, as well as observations of abundant organosulfates and organonitrates in SOA.

Major developments in PM monitoring and monitoring capabilities have taken place, and these have had an important impact on our understanding of PM characteristics. For example, before the availability of network data, the 2009 PM ISA was based on literature results and concluded that $PM_{10-2.5}$ concentrations were higher in the western U.S. than in the eastern U.S. (U.S. EPA, 2009). The NCore network was implemented in 2011 and now produces multipollutant concentration and data at 78 stations throughout the U.S. Through NCore, more reliable data on $PM_{10-2.5}$ concentrations are available than were possible before. The first years of NCore data reveal a more complicated concentration pattern than a simple East-West split, with the highest $PM_{10-2.5}$ concentrations observed in the Southwest from California to Texas, and in the central U.S. from Texas and Louisiana as far north as Nebraska and Iowa. In contrast, there are large areas in the Northwest where average $PM_{10-2.5}$ concentrations and $PM_{2.5}:PM_{10}$

00196659

are similar to the eastern U.S. Rapid advances are taking place in UFP measurement technology, but measurements are more method dependent and network monitoring is in its beginning stages. Network monitoring of $PM_{2.5}$ has expanded to include numerous near road monitoring sites.

Annual mean ambient $PM_{2.5}$ concentrations in the U.S. on average are $4-5$ $\mu g/m^3$ lower than they were in the last decade, continuing a downward trend described in the 2009 PM ISA (U.S. EPA, 2009). $PM_{2.5}$ concentrations are highest in the San Joaquin Valley, the Los Angeles-South Coast Air Basin of California, and parts of Utah. In the eastern U.S. there is a region of higher $PM_{2.5}$ concentrations with annual average concentrations greater than 10 $\mu g/m^3$ stretching from eastern Iowa and northern Illinois across Indiana, Ohio, and into to eastern Pennsylvania. While monthly national average $PM_{2.5}$ concentrations were higher in summer than in winter from $2002-2008$, this pattern is reversed from $2012-2015$, when monthly average $PM_{2.5}$ concentrations become higher in winter than in summer. Summer $PM_{10-2.5}$ concentrations are generally higher than other seasons, but extreme $PM_{10-2.5}$ events appear to be more likely in the spring. $PM_{10}$ reflects characteristic concentration patterns of both $PM_{10-2.5}$ and $PM_{2.5}$, with the highest concentrations in summer. The decrease in $PM_{2.5}$ concentrations has resulted in smaller $PM_{2.5}:PM_{10}$ ratios, and $PM_{10}$ in the East and Northwest is in the range of $50-60\%$ $PM_{2.5}$, while $PM_{10}$ in the western U.S. is generally less than 50% $PM_{2.5}$. On urban and neighborhood scales, both spatial and temporal variations are strongly influenced by motor vehicle emissions, with the highest $PM_{2.5}$ and UFP concentrations at rush hour, and the highest concentrations of $PM_{10-2.5}$, UFP, and many $PM_{2.5}$ components near roads with heavy traffic.

Recent changes in $PM_{2.5}$ long-term and seasonal concentration trends are consistent with observed changes in $PM_{2.5}$ composition compared to the 2009 PM ISA (U.S. EPA, 2009), the greatest of which is the reduction in $SO_4^{2-}$ concentrations, resulting in a smaller $SO_4^{2-}$ contribution to $PM_{2.5}$ mass in $2013-2015$ than in the last decade, especially in the eastern U.S. As a result, at many locations $SO_4^{2-}$ has been replaced as the greatest single contributor to $PM_{2.5}$ mass by organic matter. $SO_4^{2-}$ and OC are the components with the highest contribution to total mass in most eastern locations and OC usually makes the greatest contribution to $PM_{2.5}$ mass in the West, although $SO_4^{2-}$, $NO_3^-$, and crustal material can also be abundant. The highest $NO_3^-$ concentrations are found in the West, particularly in California, but with some elevated concentrations in the upper Midwest. $NH_4^+$ concentrations follow both $NO_3^-$ and $SO_4^{2-}$ spatial patterns because it is mostly present as $(NH_4)_2SO_4^-$ and $NH_4NO_3$. Larger contributions of OC to $PM_{2.5}$ mass are observed in the Southeast and the West than in the central and northeastern U.S. A large fraction of organic PM can be water soluble. Crustal elements and biological material account for large fraction of $PM_{10-2.5}$ mass. There is still little information on the composition of UFP, but urban UFP is often rich in OC and EC.

Background PM originates from natural and international sources. Natural sources include windblown dust, wildfires, and sea salt. International contributions include intercontinental transport of dust, wildfire smoke, and pollution as well as transboundary transport of these contributors from Canada and Mexico. Background PM usually makes a relatively small contribution to urban annual average $PM_{2.5}$

SECTION 2.6: Summary

00196660

concentrations. However, it is an important contributor to $PM_{2.5}$ concentrations in the southwestern U.S. and affects $PM_{2.5}$ concentrations elsewhere on an episodic basis. Background contributions to $PM_{10-2.5}$ can be substantial, as it is generally dominated by dust and sea salt. Less is known about background contributions to UFP.

SECTION 2.6: Summary

00196661

## 2.7    References

Ahlm, L; Liu, S; Day, DA; Russell, LM; Weber, R; Gentner, DR; Goldstein, AH; Digangi, JP; Henry, SB; Keutsch, FN; Vandenboer, TC; Markovic, MZ; Murphy, JG; Ren, X; Scheller, S. (2012). Formation and growth of ultrafine particles from secondary sources in Bakersfield, California. J Geophys Res 117: n/a-n/a. http://dx.doi.org/10.1029/2011JD017144.

Alexis, A; Garcia, A; Nystrom, M; Rosenkranz, K. (2001). The 2001 California almanac of emissions and air quality. Sacramento, CA: California Air Resources Board. http://www.arb.ca.gov/aqd/almanac/almanac01/almanac01.htm.

Allen, GA; Oh, JAA; Koutrakis, P; Sioutas, C. (1999). Techniques for high-quality ambient coarse particle mass measurements. J Air Waste Manag Assoc 49: 133-141.

Almeida, J; Schobesberger, S; Kuerten, A; Ortega, IK; Kupiainen-Maatta, O; Praplan, AP; Adamov, A; Amorim, A; Bianchi, F; Breitenlechner, M; David, A; Dommen, J; Donahue, NM; Downard, A; Dunne, E; Duplissy, J; Ehrhart, S; Flagan, RC; Franchin, A; Guida, R; Hakala, J; Hansel, A; Heinritzi, M; Henschel, H; Jokinen, T; Junninen, H; Kajos, M; Kangasluoma, J; Keskinen, H; Kupc, A; Kurten, T; Kvashin, AN; Laaksonen, A, ri; Lehtipalo, K; Leiminger, M; Leppa, J; Loukonen, V; Makhmutov, V; Mathot, S; Mcgrath, MJ; Nieminen, T; Olenius, T; Onnela, A; Petaja, T; Riccobono, F; Riipinen, I; Rissanen, M; Rondo, L; Ruuskanen, T; Santos, FD; Sarnela, N; Schallhart, S; Schnitzhofer, R; Seinfeld, JH; Simon, M; Sipila, M; Stozhkov, Y; Stratmann, F; Tome, A; Troestl, J; Tsagkogeorgas, G; Vaattovaara, P; Viisanen, Y; Virtanen, A; Vrtala, A; Wagner, PE; Weingartner, E; Wex, H; Williamson, C; Wimmer, D; Ye, P; Yli-Juuti, T; Carslaw, KS; Kulmala, M; Curtius, J; Baltensperger, U; Worsnop, DR; Vehkamaki, H; K. (2013). Molecular understanding of sulphuric acid-amine particle nucleation in the atmosphere. Nature 502: 359-363. http://dx.doi.org/10.1038/nature12663.

Appel, KW; Bhave, PV; Gilliland, AB; Sarwar, G; Roselle, SJ. (2008). Evaluation of the Community Multiscale Air Quality (CMAQ) model version 45: Sensitivities impacting model performance; Part II - particulate matter. Atmos Environ 42(24): 6057-6066. http://dx.doi.org/10.1016/j.atmosenv.2008.03.036.

Appel, KW; Napelenok, SL; Foley, KM; Pye, HOT; Hogrefe, C; Luecken, DJ; Bash, JO; Roselle, SJ; Pleim, JE; Foroutan, H; Hutzell, WT; Pouliot, GA; Sarwar, G; Fahey, KM; Gantt, B; Gilliland, RC; Heath, NK; Kang, D; Mathur, R; Schwede, DB; Spero, TL; Wong, DC; Young, JO. (2017). Description and evaluation of the Community Multiscale Air Quality (CMAQ) modeling system version 5.1. GMD 10: 1703-1732. http://dx.doi.org/10.5194/gmd-10-1703-2017.

Arakaki, T; Anastasio, C; Kuroki, Y; Nakajima, H; Okada, K; Kotani, Y; Handa, D; Azechi, S; Kimura, T; Tsuhako, A; Miyagi, Y. (2013). A general scavenging rate constant for reaction of hydroxyl radical with organic carbon in atmospheric waters. Environ Sci Technol 47: 8196-8203. http://dx.doi.org/10.1021/es401927b.

Asbach, C; Fissan, H; Stahlmecke, B; Kuhlbusch, TAJ; Pui, DYH. (2009). Conceptual limitations and extensions of lung-deposited Nanoparticle Surface Area Monitor (NSAM). J Nanopart Res 11: 101-109. http://dx.doi.org/10.1007/s11051-008-9479-8.

Asmi, A; Wiedensohler, A; Laj, P; Fjaeraa, AM; Sellegri, K; Birmili, W; Weingartner, E; Baltensperger, U; Zdimal, V; Zikova, N; Putaud, JP; Marinoni, A; Tunved, P; Hansson, HC; Fiebig, M; Kivekas, N; Lihavainen, H; Asmi, E; Ulevicius, V; Aalto, PP; Swietlicki, E; Kristensson, A; Mihalopoulos, N; Kalivitis, N; Kalapov, I; Kiss, G; de Leeuw, G; Henzing, B; Harrison, RM; Beddows, D; O'Dowd, C; Jennings, SG; Flentje, H; Weinhold, K; Meinhardt, F; Ries, L; Kulmala, M. (2011). Number size distributions and seasonality of submicron particles in Europe 2008-2009. Atmos Chem Phys 11: 5505-5538. http://dx.doi.org/10.5194/acp-11-5505-2011.

Baker, KR; Woody, MC; Tonnesen, GS; Hutzell, W; Pye, HOT; Beaver, MR; Pouliot, G; Pierce, T. (2016). Contribution of regional-scale fire events to ozone and PM2.5 air quality estimated by photochemical modeling approaches. Atmos Environ 140: 539-554. http://dx.doi.org/10.1016/j.atmosenv.2016.06.032.

00196662

Banzhaf, S; Schaap, M; Kranenburg, R; Manders, AMM; Segers, AJ; Visschedijk, AJH; Denier van der Gon, HAC; Kuenen, JJP; van Meijgaard, E; van Ulft, LH; Cofala, J; Builtjes, PJH. (2015). Dynamic model evaluation for secondary inorganic aerosol and its precursors over Europe between 1990 and 2009. GMD 8: 1047-1070. http://dx.doi.org/10.5194/gmd-8-1047-2015.

Barberán, A; Ladau, J; Leff, JW; Pollard, KS; Menninger, HL; Dunn, RR; Fierer, N. (2015). Continental-scale distributions of dust-associated bacteria and fungi. Proc Natl Acad Sci USA 112: 5756-5761. http://dx.doi.org/10.1073/pnas.1420815112.

Bash, JO; Baker, KR; Beaver, MR. (2016). Evaluation of improved land use and canopy representation in BEIS v3.61 with biogenic VOC measurements in California. GMD 9: 2191-2207. http://dx.doi.org/10.5194/gmd-9-2191-2016.

Bash, JO; Cooter, EJ; Dennis, RL; Walker, JT; Pleim, JE. (2013). Evaluation of a regional air-quality model with bidirectional NH3 exchange coupled to an agroecosystem model. Biogeosciences 10: 1635-1645. http://dx.doi.org/10.5194/bg-10-1635-2013.

Beaver, S; Palazoglu, A; Singh, A; Soong, ST; Tanrikulu, S. (2010). Identification of weather patterns impacting 24-hour average fine particulate matter levels. Atmos Environ 44: 1761-1771. http://dx.doi.org/10.1016/j.atmosenv.2010.02.001.

Bereznicki, SD; Sobus, J; Vette, AF; Stiegel, MA; Williams, R. (2012). Assessing spatial and temporal variability of VOCs and PM-components in outdoor air during the Detroit Exposure and Aerosol Research Study (DEARS). Atmos Environ 61: 159-168. http://dx.doi.org/10.1016/j.atmosenv.2012.07.008.

Berkemeier, T; Ammann, M; Mentel, TF; Pöschl, U; Shiraiwa, M. (2016). Organic nitrate contribution to new particle formation and growth in secondary organic aerosols from α-pinene ozonolysis. Environ Sci Technol 50: 6334-6342. http://dx.doi.org/10.1021/acs.est.6b00961.

Berndt, T; Jokinen, T; Mauldin, R, III; Petaja, T; Herrmann, H; Junninen, H; Paasonen, P; Worsnop, DR; Sipila, M. (2012). Gas-phase ozonolysis of selected olefins: The yield of stabilized criegee intermediate and the reactivity toward SO2. J Phys Chem Lett 3: 2892-2896. http://dx.doi.org/10.1021/jz301158u.

Blanchard, CL; Hidy, GM; Tanenbaum, S; Edgerton, ES; Hartsell, BE. (2013a). The Southeastern Aerosol Research and Characterization (SEARCH) study: Temporal trends in gas and PM concentrations and composition, 1999-2010. J Air Waste Manag Assoc 63: 247-259. http://dx.doi.org/10.1080/10962247.2012.748523.

Blanchard, CL; Tanenbaum, S; Hidy, GM. (2013b). Source attribution of air pollutant concentrations and trends in the southeastern aerosol research and characterization (SEARCH) network. Environ Sci Technol 47: 13536-13545. http://dx.doi.org/10.1021/es402876s.

Blanchard, CL; Tanenbaum, S; Hidy, GM. (2014). Spatial and temporal variability of air pollution in Birmingham, Alabama. Atmos Environ 89: 382-391. http://dx.doi.org/10.1016/j.atmosenv.2014.01.006.

Boogaard, H; Kos, GPA; Weijers, EP; Janssen, NAH; Fischer, PH; van der Zee, SC; de Hartog, JJ; Hoek, G. (2011). Contrast in air pollution components between major streets and background locations: Particulate matter mass, black carbon, elemental composition, nitrogen oxide and ultrafine particle number. Atmos Environ 45: 650-658. http://dx.doi.org/10.1016/j.atmosenv.2010.10.033.

Borgie, M; Dagher, Z; Ledoux, F; Verdin, A; Cazier, F; Martin, P; Hachimi, A; Shirali, P; Greige-Gerges, H; Courcot, D. (2015). Comparison between ultrafine and fine particulate matter collected in Lebanon: Chemical characterization, in vitro cytotoxic effects and metabolizing enzymes gene expression in human bronchial epithelial cells. Environ Pollut 205: 250-260. http://dx.doi.org/10.1016/j.envpol.2015.05.027.

Boys, BL; Martin, RV; van Donkelaar, A; MacDonell, RJ; Hsu, NC; Cooper, MJ; Yantosca, RM; Lu, Z; Streets, DG; Zhang, Q; Wang, SW. (2014). Fifteen-year global time series of satellite-derived fine particulate matter. Environ Sci Technol 48: 11109-11118. http://dx.doi.org/10.1021/es502113p.

Bruggemann, E; Gerwig, H; Gnauk, T; Muller, K; Herrmann, H. (2009). Influence of seasons, air mass origin and day of the week on size-segregated chemical composition of aerosol particles at a kerbside. Atmos Environ 43: 2456-2463. http://dx.doi.org/10.1016/j.atmosenv.2009.01.054.

SECTION 2.7: References

00196663

Byun, D; Schere, KL. (2006). Review of the governing equations, computational algorithms, and other components of the models-3 community multiscale air quality (CMAQ) modeling system [Review]. Appl Mech Rev 59: 51-77. http://dx.doi.org/10.1115/1.2128636.

Byun, DW; Ching, JKS. (1999). Science algorithms of the EPA models-3 community multiscale air quality modeling system. (EPA/600-R-99-030). Washington, DC: U.S. Environmental Protection Agency. http://www.epa.gov/asmdnerl/CMAQ/CMAQscienceDoc.html.

Bzdek, BR; Horan, AJ; Pennington, MR; Depalma, JW; Zhao, J; Jen, CN; Hanson, DR; Smith, JN; Mcmurry, PH; Johnston, MV. (2013). Quantitative and time-resolved nanoparticle composition measurements during new particle formation. Faraday Discuss 165: 25-43. http://dx.doi.org/10.1039/c3fd00039g.

Bzdek, BR; Lawler, MJ; Horan, AJ; Pennington, MR; Depalma, JW; Zhao, J; Smith, JN; Johnston, MV. (2014). Molecular constraints on particle growth during new particle formation. Geophys Res Lett 41: 6045-6054. http://dx.doi.org/10.1002/2014GL060160.

Bzdek, BR; Pennington, MR; Johnston, MV. (2012). Single particle chemical analysis of ambient ultrafine aerosol: A review. J Aerosol Sci 52: 109-120. http://dx.doi.org/10.1016/j.jaerosci.2012.05.001.

Cacciottolo, M; Wang, X; Driscoll, I; Woodward, N; Saffari, A; Reyes, J; Serre, ML; Vizuete, W; Sioutas, C; Morgan, TE; Gatz, M; Chui, HC; Shumaker, SA; Resnick, SM; Espeland, MA; Finch, CE; Chen, JC. (2017). Particulate air pollutants, APOE alleles and their contributions to cognitive impairment in older women and to amyloidogenesis in experimental models. Transl Psychiatry 7: e1022. http://dx.doi.org/10.1038/tp.2016.280.

Cahill, TM. (2013). Annual cycle of size-resolved organic aerosol characterization in an urbanized desert environment. Atmos Environ 71: 226-233. http://dx.doi.org/10.1016/j.atmosenv.2013.02.004.

Camp, DC. (1980). An intercomparison of results from samplers used in the determination of aerosol composition. Environ Int 4: 83-100.

Carlton, AG; Pinder, RW; Bhave, PV; Pouliot, GA. (2010). To what extent can biogenic SOA be controlled. Environ Sci Technol 44: 3376-3380. http://dx.doi.org/10.1021/es903506b.

Carlton, AG; Wiedinmyer, C; Kroll, JH. (2009). A review of Secondary Organic Aerosol (SOA) formation from isoprene [Review]. Atmos Chem Phys 9: 4987-5005.

Chan, AWH; Kautzman, KE; Chhabra, PS; Surratt, JD; Chan, MN; Crounse, JD; Kurten, A; Wennberg, PO; Flagan, RC; Seinfeld, JH. (2009). Secondary organic aerosol formation from photooxidation of naphthalene and alkylnaphthalenes: implications for oxidation of intermediate volatility organic compounds (IVOCs). Atmos Chem Phys 9: 3049-3060.

Chan, EAW; Gantt, B; McDow, S. (2018). The reduction of summer sulfate and switch from summertime to wintertime PM2.5 concentration maxima in the United States. Atmos Environ 175: 25-32. http://dx.doi.org/10.1016/j.atmosenv.2017.11.055.

Chan, MN; Surratt, JD; Chan, AWH; Schilling, K; Offenberg, JH; Lewandowski, M; Edney, EO; Kleindienst, TE; Jaoui, M; Edgerton, ES; Tanner, RL; Shaw, SL; Zheng, M; Knipping, EM; Seinfeld, JH. (2011). Influence of aerosol acidity on the chemical composition of secondary organic aerosol from beta-caryophyllene. Atmos Chem Phys 11: 1735-1751. http://dx.doi.org/10.5194/acp-11-1735-2011.

Chen, SC; Tsai, CJ; Chou, CCK; Roam, GD; Cheng, SS; Wang, YN. (2010). Ultrafine particles at three different sampling locations in Taiwan. Atmos Environ 44: 533-540. http://dx.doi.org/10.1016/j.atmosenv.2009.10.044.

Cheng, H; Saffari, A; Sioutas, C; Forman, HJ; Morgan, TE; Finch, CE. (2016). Nano-scale particulate matter from urban traffic rapidly induces oxidative stress and inflammation in olfactory epithelium with concomitant effects on brain. Environ Health Perspect 124: 1537-1546. http://dx.doi.org/10.1289/EHP134.

Cheng, Y; He, KB; Duan, FK; Zheng, M; Ma, YL; Tan, JH. (2009). Positive sampling artifact of carbonaceous aerosols and its influence on the thermal-optical split of OC/EC. Atmos Chem Phys 9: 7243-7256.

SECTION 2.7: References

00196664

Cheng, Y; He, KB; Duan, FK; Zheng, M; Ma, YL; Tan, JH; Du, ZY. (2010). Improved measurement of carbonaceous aerosol: evaluation of the sampling artifacts and inter-comparison of the thermal-optical analysis methods. Atmos Chem Phys 10: 8533-8548. http://dx.doi.org/10.5194/acp-10-8533-2010.

Cheung, HC; Chou, CCK; Chen, MJ; Huang, WR; Huang, SH; Tsai, CY; Lee, CSL. (2016). Seasonal variations of ultra-fine and submicron aerosols in Taipei, Taiwan: implications for particle formation processes in a subtropical urban area. Atmos Chem Phys 16: 1317-1330. http://dx.doi.org/10.5194/acp-16-1317-2016.

Cheung, K; Daher, N; Kam, W; Shafer, MM; Ning, Z; Schauer, JJ; Sioutas, C. (2011). Spatial and temporal variation of chemical composition and mass closure of ambient coarse particulate matter (PM10-2.5) in the Los Angeles area. Atmos Environ 45: 2651-2662. http://dx.doi.org/10.1016/j.atmosenv.2011.02.066.

Cheung, K; Shafer, MM; Schauer, JJ; Sioutas, C. (2012a). Diurnal trends in oxidative potential of coarse particulate matter in the Los Angeles Basin and their relation to sources and chemical composition. Environ Sci Technol 46: 3779-3787. http://dx.doi.org/10.1021/es204211v.

Cheung, K; Shafer, MM; Schauer, JJ; Sioutas, C. (2012b). Historical trends in the mass and chemical species concentrations of coarse particulate matter in the Los Angeles Basin and relation to sources and air quality regulations. J Air Waste Manag Assoc 62: 541-556. http://dx.doi.org/10.1080/10962247.2012.661382.

Chiapello, I; Moulin, C; Prospero, JM. (2005). Understanding the long-term variability of African dust transport across the Atlantic as recorded in both Barbados surface concentrations and large-scale Total Ozone Mapping Spectrometer (TOMS) optical thickness. J Geophys Res 110: D18S10. http://dx.doi.org/10.1029/2004JD005132.

Choi, S; Myung, CL; Park, S. (2014). Review on characterization of nano-particle emissions and PM morphology from internal combustion engines: Part 2. Int J Automot Tech 15: 219-227. http://dx.doi.org/10.1007/s12239-014-0023-9.

Chow, JC; Watson, JG; Chen, LWA; Rice, J; Frank, NH. (2010a). Quantification of PM2.5 organic carbon sampling artifacts in US networks. Atmos Chem Phys 10: 5223-5239. http://dx.doi.org/10.5194/acp-10-5223-2010.

Chow, JC; Watson, JG; Lowenthal, DH; Chen, LW; Motallebi, N. (2010b). Black and organic carbon emission inventories: review and application to California [Review]. J Air Waste Manag Assoc 60: 497-507. http://dx.doi.org/10.3155/1047-3289.60.4.497.

Chudnovsky, A; Tang, C; Lyapustin, A; Wang, Y; Schwartz, J; Koutrakis, P. (2013a). A critical assessment of high-resolution aerosol optical depth retrievals for fine particulate matter predictions. Atmos Chem Phys 13: 10907-10917. http://dx.doi.org/10.5194/acp-13-10907-2013.

Chudnovsky, AA; Kostinski, A; Lyapustin, A; Koutrakis, P. (2013b). Spatial scales of pollution from variable resolution satellite imaging. Environ Pollut 172: 131-138. http://dx.doi.org/10.1016/j.envpol.2012.08.016.

Ciarelli, G; El Haddad, I; Bruns, E; Aksoyoglu, S; Moehler, O; Baltensperger, U; Prevot, ASH. (2017). Constraining a hybrid volatility basis-set model for aging of wood-burning emissions using smog chamber experiments: a box-model study based on the VBS scheme of the CAMx model (v5.40). GMD 10: 2303-2320. http://dx.doi.org/10.5194/gmd-10-2303-2017.

Civerolo, K; Hogrefe, C; Zalewsky, E; Hao, W; Sistla, G; Lynn, B; Rosenzweig, C; Kinney, PL. (2010). Evaluation of an 18-year CMAQ simulation: Seasonal variations and long-term temporal changes in sulfate and nitrate. Atmos Environ 44: 3745-3752. http://dx.doi.org/10.1016/j.atmosenv.2010.06.056.

Clements, AL; Fraser, MP; Upadhyay, N; Herckes, P; Sundblom, M; Lantz, J; Solomon, PA. (2013). Characterization of summertime coarse particulate matter in the Desert SouthwestArizona, USA. J Air Waste Manag Assoc 63: 764-772. http://dx.doi.org/10.1080/10962247.2013.787955.

Clements, AL; Fraser, MP; Upadhyay, N; Herckes, P; Sundblom, M; Lantz, J; Solomon, PA. (2014a). Chemical characterization of coarse particulate matter in the Desert Southwest - Pinal County Arizona, USA. Atmos Pollut Res 5: 52-61. http://dx.doi.org/10.5094/APR.2014.007.

SECTION 2.7: References

00196665

Clements, N; Eav, J; Xie, M; Hannigan, MP; Miller, SL; Navidi, W; Peel, JL; Schauer, JJ; Shafer, MM; Milford, JB. (2014b). Concentrations and source insights for trace elements in fine and coarse particulate matter. Atmos Environ 89: 373-381. http://dx.doi.org/10.1016/j.atmosenv.2014.01.011.

Clements, N; Piedrahita, R; Ortega, J; Peel, JL; Hannigan, M; Miller, SL; Milford, JB. (2012). Characterization and nonparametric regression of rural and urban coarse particulate matter mass concentrations in Northeastern Colorado. Aerosol Sci Technol 46: 108-123. http://dx.doi.org/10.1080/02786826.2011.607478.

Clougherty, JE; Kheirbek, I; Eisl, HM; Ross, Z; Pezeshki, G; Gorczynski, JE; Johnson, S; Markowitz, S; Kass, D; Matte, T. (2013). Intra-urban spatial variability in wintertime street-level concentrations of multiple combustion-related air pollutants: The New York City Community Air Survey (NYCCAS). J Expo Sci Environ Epidemiol 23: 232-240. http://dx.doi.org/10.1038/jes.2012.125.

Cohan, DS; Chen, R. (2014). Modeled and observed fine particulate matter reductions from state attainment demonstrations. J Air Waste Manag Assoc 64: 995-1002. http://dx.doi.org/10.1080/10962247.2014.905509.

Cook, RD; Lin, YH; Peng, Z; Boone, E; Chu, RK; Dukett, JE; Gunsch, MJ; Zhang, W; Tolic, N; Laskin, A; Pratt, KA. (2017). Biogenic, urban, and wildfire influences on the molecular composition of dissolved organic compounds in cloud water. Atmos Chem Phys 17: 15167-15180. http://dx.doi.org/10.5194/acp-17-15167-2017.

Creamean, JM; Spackman, JR; Davis, SM; White, AB. (2014). Climatology of long-range transported Asian dust along the West Coast of the United States. J Geophys Res Atmos 119: 12171-12185. http://dx.doi.org/10.1002/2014JD021694.

Crilley, LR; Jayaratne, ER; Ayoko, GA; Miljevic, B; Ristovski, Z; Morawska, L. (2014). Observations on the formation, growth and chemical composition of aerosols in an urban environment. Environ Sci Technol 48: 6588-6596. http://dx.doi.org/10.1021/es5019509.

Crippa, P; Sullivan, RC; Thota, A; Pryor, SC. (2016). Evaluating the skill of high-resolution WRF-Chem simulations in describing drivers of aerosol direct climate forcing on the regional scale. Atmos Chem Phys 16: 397-416. http://dx.doi.org/10.5194/acp-16-397-2016.

Daher, N; Hasheminassab, S; Shafer, MM; Schauer, JJ; Sioutas, C. (2013). Seasonal and spatial variability in chemical composition and mass closure of ambient ultrafine particles in the megacity of Los Angeles. Environ Sci Process Impacts 15: 283-295. http://dx.doi.org/10.1039/c2em30615h.

Day, DA; Liu, S; Russell, LM; Ziemann, PJ. (2010). Organonitrate group concentrations in submicron particles with high nitrate and organic fractions in coastal southern California. Atmos Environ 44: 1970-1979. http://dx.doi.org/10.1016/j.atmosenv.2010.02.045.

Demokritou, P; Kavouras, IG; Ferguson, ST; Koutrakis, P. (2002). Development of a high volume cascade impactor for toxicological and chemical characterization studies. Aerosol Sci Technol 36: 925-933. http://dx.doi.org/10.1080/02786820290092113.

Dennison, PE; Brewer, SC; Arnold, JD; Moritz, MA. (2014). Large wildfire trends in the western United States, 1984-2011. Geophys Res Lett 41: 2928-2933. http://dx.doi.org/10.1002/2014GL059576.

Despres, VR; Huffman, JA; Burrows, SM; Hoose, C; Safatov, AS; Buryak, G; Froehlich-Nowoisky, J; Elbert, W; Andreae, MO; Poeschl, U; Jaenicke, R. (2012). Primary biological aerosol particles in the atmosphere: a review. Tellus B Chem Phys Meteorol 64. http://dx.doi.org/10.3402/tellusb.v64i0.15598.

Dhaniyala, S; Fierz, M; Keskinen, J; Marjamäki, M. (2011). Instruments based on electrical detection of aerosols. In P Kulkami; PA Baron; K Willeke (Eds.), Aerosol measurement: Principles, techniques, and applications (3rd ed., pp. 393-416). Hoboken, NJ: Wiley. http://dx.doi.org/10.1002/9781118001684.ch18.

Docherty, KS; Wu, W; Lim, YB; Ziemann, PJ. (2005). Contributions of organic peroxides to secondary aerosol formed from reactions of monoterpenes with O3. Environ Sci Technol 39: 4049-4059. http://dx.doi.org/10.1021/es050228s.

Donahue, NM; Ortega, IK; Chuang, W; Riipinen, I; Riccobono, F; Schobesberger, S; Dommen, J; Baltensperger, U; Kulmala, M; Worsnop, DR; Vehkamaki, H. (2013). How do organic vapors contribute to new-particle formation? Faraday Discuss 165: 91-104. http://dx.doi.org/10.1039/c3fd00046j.

SECTION 2.7: References

00196666

Duvall, RM; Norris, GA; Burke, JM; Olson, DA; Vedantham, R; Williams, R. (2012). Determining spatial variability in PM2.5 source impacts across Detroit, MI. Atmos Environ 47: 491-498. http://dx.doi.org/10.1016/j.atmosenv.2011.09.071.

Ehn, M; Thornton, JA; Kleist, E; Sipilä, M; Junninen, H; Pullinen, I; Springer, M; Rubach, F; Tillmann, R; Lee, B; Lopez-Hilfiker, F; Andres, S; Acir, IH; Rissanen, M; Jokinen, T; Schobesberger, S; Kangasluoma, J; Kontkanen, J; Nieminen, T; Kurtén, T; Nielsen, LB; Jørgensen, S; Kjaergaard, HG; Canagaratna, M; Maso, MD; Berndt, T; Petäjä, T; Wahner, A; Kerminen, VM; Kulmala, M; Worsnop, DR; Wildt, J; Mentel, TF. (2014). A large source of low-volatility secondary organic aerosol. Nature 506: 476-479. http://dx.doi.org/10.1038/nature13032.

Engel-Cox, JA; Hollomon, CH; Coutant, BW; Hoff, RM. (2004). Qualitative and quantitative evaluation of MODIS satellite sensor data for regional and urban scale air quality. Atmos Environ 38: 2495-2509. http://dx.doi.org/10.1016/j.atmosenv.2004.01.039.

Ervens, B; Turpin, BJ; Weber, RJ. (2011). Secondary organic aerosol formation in cloud droplets and aqueous particles (aqSOA): a review of laboratory, field and model studies. Atmos Chem Phys 11: 11069-11102. http://dx.doi.org/10.5194/acp-11-11069-2011.

Evans, KA; Halterman, JS; Hopke, PK; Fagnano, M; Rich, DQ. (2014). Increased ultrafine particles and carbon monoxide concentrations are associated with asthma exacerbation among urban children. Environ Res 129: 11-19. http://dx.doi.org/10.1016/j.envres.2013.12.001.

Fahey, KM; Carlton, AG; Pye, HOT; Baeka, J; Hutzell, WT; Stanier, CO; Baker, KR; Appel, KW; Jaoui, M; Offenberg, JH. (2017). A framework for expanding aqueous chemistry in the Community Multiscale Air Quality (CMAQ) model version 5.1. GMD 10: 1587-1605. http://dx.doi.org/10.5194/gmd-10-1587-2017.

Fairlie, TD; Jacob, DJ; Park, RJ. (2007). The impact of transpacific transport of mineral dust in the United States. Atmos Environ 41: 1251-1266. http://dx.doi.org/10.1016/j.atmosenv.2006.09.048.

Fisher, JA; Jacob, DJ; Travis, KR; Kim, PS; Marais, EA; Chan Miller, C; Yu, K; Zhu, L; Yantosca, RM; Sulprizio, MP; Mao, J; Wennberg, PO; Crounse, JD; Teng, AP; Nguyen, TB; St. Clair, JM; Cohen, RC; Romer, P; Nault, BA; Wooldridge, PJ; Jimenez, JL; Campuzano-Jost, P; Day, DA; Shepson, PB; Xiong, F; Blake, DR; Goldstein, AH; Misztal, PK; Hanisco, TF; Wolfe, GM; Ryerson, TB; Wisthaler, A; Mikoviny, T. (2016). Organic nitrate chemistry and its implications for nitrogen budgets in an isoprene- and monoterpene-rich atmosphere: Constraints from aircraft (SEAC4RS) and ground-based (SOAS) observations in the Southeast US. Atmos Chem Phys Discuss 16: 5969-5991. http://dx.doi.org/10.5194/acp-16-5969-2016.

Flechard, CR; Massad, RS; Loubet, B; Personne, E; Simpson, D; Bash, JO; Cooter, EJ; Nemitz, E; Sutton, MA. (2013). Advances in understanding, models and parameterizations of biosphere-atmosphere ammonia exchange. Biogeosciences 10: 5183-5225. http://dx.doi.org/10.5194/bg-10-5183-2013.

Fletcher, RA; Mulholland, GW; Winchester, MR; King, RL; Klinedinst, DB. (2009). Calibration of a condensation particle counter using a NIST traceable method. Aerosol Sci Technol 43: 425-441. http://dx.doi.org/10.1080/02786820802716735.

Forkel, R; Balzarini, A; Baro, R; Bianconi, R; Curci, G; Jimenez-Guerrero, P; Hirtl, M; Honzak, L; Lorenz, C; Im, U; Perez, JL; Pirovano, G; San Jose, R; Tuccella, P; Werhahn, J; Zabkar, R. (2015). Analysis of the WRF-Chem contributions to AQMEII phase2 with respect to aerosol radiative feedbacks on meteorology and pollutant distributions. Atmos Environ 115: 630-645. http://dx.doi.org/10.1016/j.atmosenv.2014.10.056.

Foroutan, H; Young, J; Napelenok, S; Ran, L; Appel, KW; Gilliam, RC; Pleim, JE. (2017). Development and evaluation of a physics-based windblown dust emission scheme implemented in the CMAQ modeling system. JAMES 9: 585-608. http://dx.doi.org/10.1002/2016MS000823.

Friedlander, SK. (1977). Smoke, dust and haze: fundamentals of aerosol behavior. New York: Wiley-Interscience.

Froehlich-Nowoisky, J; Kampf, CJ; Weber, B; Huffman, JA; Poehlker, C; Andreae, MO; Lang-Yona, N; Burrows, SM; Gunthe, SS; Elbert, W; Su, H; Hoor, P; Thines, E; Hoffmann, T; Despres, VR; Poeschl, U. (2016). Bioaerosols in the Earth system: Climate, health, and ecosystem interactions. Atmos Res 182: 346-376. http://dx.doi.org/10.1016/j.atmosres.2016.07.018.

SECTION 2.7: References

00196667

Fruin, S; Urman, R; Lurmann, F; McConnell, R; Gauderman, J; Rappaport, E; Franklin, M; Gilliland, FD; Shafer, M; Gorski, P; Avol, E. (2014). Spatial variation in particulate matter components over a large urban area. Atmos Environ 83: 211-219. http://dx.doi.org/10.1016/j.atmosenv.2013.10.063.

Furuuchi, M; Eryu, K; Nagura, M; Hata, M; Kato, T; Tajima, N; Sekiguchi, K; Ehara, K; Seto, T; Otani, Y. (2010). Development and performance evaluation of air sampler with inertial filter for nanoparticle sampling. Aerosol Air Qual Res 10: 185-192. http://dx.doi.org/10.4209/aaqr.2009.11.0070.

Fushimi, A; Kondo, Y; Kobayashi, S; Fujitani, Y; Saitoh, K; Takami, A; Tanabe, K. (2016). Chemical composition and source of fine and nanoparticles from recent direct injection gasoline passenger cars: Effects of fuel and ambient temperature. Atmos Environ 124: 77-84. http://dx.doi.org/10.1016/j.atmosenv.2015.11.017.

Fushimi, A; Saitoh, K; Fujitani, Y; Hasegawa, S; Takahashi, K; Tanabe, K; Kobayashi, S. (2011). Organic-rich nanoparticles (diameter: 10-30 nm) in diesel exhaust: Fuel and oil contribution based on chemical composition. Atmos Environ 45: 6326-6336. http://dx.doi.org/10.1016/j.atmosenv.2011.08.053.

Gaggeler, HW; Baltensperger, U; Emmenegger, M; Jost, DT; Schmidt-Ott, A; Haller, P; Hofmann, M. (1989). The epiphaniometer, a new device for continuous aerosol monitoring. J Aerosol Sci 20: 557-564.

Gan, CM; Pleim, J; Mathur, R; Hogrefe, C; Long, CN; Xing, J; Wong, D; Gilliam, R; Wei, C. (2015). Assessment of long-term WRF-CMAQ simulations for understanding direct aerosol effects on radiation "brightening" in the United States. Atmos Chem Phys 15: 12193-12209. http://dx.doi.org/10.5194/acp-15-12193-2015.

Geiss, O; Bianchi, I; Barrero-Moreno, J. (2016). Lung-deposited surface area concentration measurements in selected occupational and non-occupational environments. J Aerosol Sci 96: 24-37. http://dx.doi.org/10.1016/j.jaerosci.2016.02.007.

Georgoulias, AK; Papanastasiou, DK; Melas, D; Amiridis, V; Alexandri, G. (2009). Statistical analysis of boundary layer heights in a suburban environment. Meteorol Atmos Phys 104: 103-111. http://dx.doi.org/10.1007/s00703-009-0021-z.

Ghio, AJ; Kim, C; Devlin, RB. (2000). Concentrated ambient air particles induce mild pulmonary inflammation in healthy human volunteers. Am J Respir Crit Care Med 162: 981-988.

Gidney, J; Twigg, M; Kittelson, D. (2010). Effect of organometallic fuel additives on nanoparticle emissions from a gasoline passenger car. Environ Sci Technol 44: 2562-2569. http://dx.doi.org/10.1021/es901868c.

Giechaskiel, B; Maricq, M; Ntziachristos, L; Dardiotis, C; Wang, X; Axmann, H; Bergmann, A; Schindler, W. (2014). Review of motor vehicle particulate emissions sampling and measurement: From smoke and filter mass to particle number. J Aerosol Sci 67: 48-86. http://dx.doi.org/10.1016/j.jaerosci.2013.09.003.

Gini, MI; Helmis, CG; Eleftheriadis, K. (2013). Cascade Epiphaniometer: An instrument for aerosol "Fuchs" surface area size distribution measurements. J Aerosol Sci 63: 87-102. http://dx.doi.org/10.1016/j.jaerosci.2013.05.001.

Goldstein, AH; Koven, CD; Heald, CL; Fung, IY. (2009). Biogenic carbon and anthropogenic pollutants combine to form a cooling haze over the southeastern United States. Proc Natl Acad Sci USA 106: 8835-8840. http://dx.doi.org/10.1073/pnas.0904128106.

Green, MC; Chow, JC; Watson, JG; Dick, K; Inouye, D. (2015). Effects of snow cover and atmospheric stability on winter PM2.5 concentrations in western U.S. valleys. J Appl Meteor Climatol 54: 1191-1201. http://dx.doi.org/10.1175/JAMC-D-14-0191.1.

Grover, BD; Eatough, NL; Eatough, DJ; Chow, JC; Watson, JG; Ambs, JL; Meyer, MB; Hopke, PK; Al-Horr, R; Later, DW; Wilson, WE. (2006). Measurement of both nonvolatile and semi-volatile fractions of fine particulate matter in Fresno, CA. Aerosol Sci Technol 40: 811-826. http://dx.doi.org/10.1080/02786820600615071.

Grythe, H; Strom, J; Krejci, R; Quinn, P; Stohl, A. (2014). A review of sea-spray aerosol source functions using a large global set of sea salt aerosol concentration measurements. Atmos Chem Phys 14: 1277-1297. http://dx.doi.org/10.5194/acp-14-1277-2014.

SECTION 2.7: References

00196668

Gupta, T; Demokritou, P; Koutrakis, P. (2004). Development and performance evaluation of a high-volume ultrafine particle concentrator for inhalation toxicological studies. Inhal Toxicol 16: 851-862. http://dx.doi.org/10.1080/08958370490506664.

Hakkinen, SAK; Manninen, HE; Yli-Juuti, T; Merikanto, J; Kajos, MK; Nieminen, T; D'Andrea, SD; Asmi, A; Pierce, J. R.; Kulmala, M; Riipinen, I. (2013). Semi-empirical parameterization of size-dependent atmospheric nanoparticle growth in continental environments. Atmos Chem Phys 13: 7665-7682. http://dx.doi.org/10.5194/acp-13-7665-2013.

Hallquist, ÅM; Fridell, E; Westerlund, J; Hallquist, M. (2013). Onboard measurements of nanoparticles from a SCR-equipped marine diesel engine. Environ Sci Technol 47: 773-780. http://dx.doi.org/10.1021/es302712a.

Hallquist, M; Wenger, JC; Baltensperger, U; Rudich, Y; Simpson, D; Claeys, M; Dommen, J; Donahue, NM; George, C; Goldstein, AH; Hamilton, JF; Herrmann, H; Hoffmann, T; Iinuma, Y; Jang, M; Jenkin, ME; Jimenez, JL; Kiendler-Scharr, A; Maenhaut, W; McFiggans, G; Mentel, TF; Monod, A; Prevot, ASH; Seinfeld, JH; Surratt, JD; Szmigielski, R; Wildt, J. (2009). The formation, properties and impact of secondary organic aerosol: current and emerging issues. Atmos Chem Phys 9: 5155-5236.

Hampel, R; Breitner, S; Schneider, A; Zareba, W; Kraus, U; Cyrys, J; Geruschkat, U; Belcredi, P; Müller, M; Wichmann, HE; Peters, A. (2012). Acute air pollution effects on heart rate variability are modified by SNPs involved in cardiac rhythm in individuals with diabetes or impaired glucose tolerance. Environ Res 112: 177-185. http://dx.doi.org/10.1016/j.envres.2011.10.007.

Han, Y; Iwamoto, Y; Nakayama, T; Kawamura, K; Mochida, M. (2014). Formation and evolution of biogenic secondary organic aerosol over a forest site in Japan. J Geophys Res Atmos 119: 259-273. http://dx.doi.org/10.1002/2013JD020390.

Hand, JL; Copeland, SA; Day, DA; Dillner, AM; Indresand, H; Malm, WC; McDade, CE; Moore, CT, Jr; Pitchford, ML; Schichtel, BA; Watson, JG. (2011). Spatial and seasonal patterns and temporal variability of haze and its constituents in the United States, IMPROVE Report V. Fort Collins, CO: Colorado State University. http://vista.cira.colostate.edu/Improve/spatial-and-seasonal-patterns-and-temporal-variability-of-haze-and-its-constituents-in-the-united-states-report-v-june-2011/.

Hand, JL; Gebhart, KA; Schichtel, BA; Malm, WC. (2012a). Increasing trends in wintertime particulate sulfate and nitrate ion concentrations in the Great Plains of the United States (20002010). Atmos Environ 55: 107-110. http://dx.doi.org/10.1016/j.atmosenv.2012.03.050.

Hand, JL; Schichtel, BA; Malm, WC; Pitchford, M. (2013). Widespread reductions in sulfate across the United States since the early 1990s. AIP Conference Proceedings 1527: 495-498. http://dx.doi.org/10.1063/1.4803313.

Hand, JL; Schichtel, BA; Malm, WC; Pitchford, ML. (2012b). Particulate sulfate ion concentration and SO2 emission trends in the United States from the early 1990s through 2010. Atmos Chem Phys 12: 10353-10365. http://dx.doi.org/10.5194/acp-12-10353-2012.

Hand, JL; Schichtel, BA; Pitchford, M; Malm, WC; Frank, NH. (2012c). Seasonal composition of remote and urban fine particulate matter in the United States. J Geophys Res Atmos 117. http://dx.doi.org/10.1029/2011JD017122.

Hata, M; Linfa, B; Otani, Y; Furuuchi, M. (2012). Performance evaluation of an Andersen Cascade Impactor with an additional stage for nanoparticle sampling. Aerosol Air Qual Res 12: 1041-1048. http://dx.doi.org/10.4209/aaqr.2012.08.0204.

He, X; Son, SY; James, K; Yermakov, M; Reponen, T; McKay, R; Grinshpun, SA. (2013). Exploring a novel ultrafine particle counter for utilization in respiratory protection studies. J Occup Environ Hyg 10: D52-D54. http://dx.doi.org/10.1080/15459624.2013.766555.

Heald, CL; Jacob, DJ; Park, RJ; Alexander, B; Fairlie, TD; Yantosca, RM; Chu, DA. (2006). Transpacific transport of Asian anthropogenic aerosols and its impact on surface air quality in the United States. J Geophys Res Atmos 111. http://dx.doi.org/10.1029/2005JD006847.

SECTION 2.7: References

00196669

Heikkilä, J; Virtanen, A; Rönkkö, T; Keskinen, J; Aakko-Saksa, P; Murtonen, T. (2009). Nanoparticle emissions from a heavy-duty engine running on alternative diesel fuels. Environ Sci Technol 43: 9501-9506. http://dx.doi.org/10.1021/es9013807.

Henze, DK; Seinfeld, JH; Shindell, DT. (2009). Inverse modeling and maing US air quality influences of inorganic PM(2.5) precursor emissions using the adjoint of GEOS-Chem. Atmos Chem Phys 9: 5877-5903.

Herrmann, H; Hoffmann, D; Schaefer, T; Bräuer, P; Tilgner, A. (2010). Tropospheric aqueous-phase free-radical chemistry: radical sources, spectra, reaction kinetics and prediction tools. Chemphyschem 11: 3796-3822. http://dx.doi.org/10.1002/cphc.201000533.

Hinds, WC. (1999). Aerosol technology: Properties, behavior, and measurement of airborne particles (2nd ed.). New York: John Wiley & Sons.

Hirsikko, A; Nieminen, T; Gagne, S; Lehtipalo, K; Manninen, HE; Ehn, M; Horrak, U; Kerminen, VM; Laakso, L; Mcmurry, PH; Mirme, A; Mirme, S; Petaja, T; Tammet, H; Vakkari, V; Vana, M; Kulmala, M. (2011). Atmospheric ions and nucleation: a review of observations. Atmos Chem Phys 11: 767-798. http://dx.doi.org/10.5194/acp-11-767-2011.

Hoff, RM; Christopher, SA. (2009). Remote sensing of particulate pollution from space: Have we reached the Promised Land? [Review]. J Air Waste Manag Assoc 59: 645-675. http://dx.doi.org/10.3155/1047-3289.59.6.645.

Hogrefe, C; Pouliot, G; Wong, D; Torian, A; Roselle, S; Pleim, J; Mathur, R. (2015). Annual application and evaluation of the online coupled WRF-CMAQ system over North America under AQMEII phase 2. Atmos Environ 115: 683-694. http://dx.doi.org/10.1016/j.atmosenv.2014.12.034.

Holzinger, R; Kasper-Giebl, A; Staudinger, M; Schauer, G; Rockmann, T. (2010). Analysis of the chemical composition of organic aerosol at the Mt. Sonnblick observatory using a novel high mass resolution thermal-desorption proton-transfer-reaction mass-spectrometer (hr-TD-PTR-MS). Atmos Chem Phys 10: 10111-10128. http://dx.doi.org/10.5194/acp-10-10111-2010.

Hoyle, CR; Boy, M; Donahue, NM; Fry, JL; Glasius, M; Guenther, A; Hallar, AG; Hartz, KH; Petters, MD; Petaja, T; Rosenoern, T; Sullivan, AP. (2011). A review of the anthropogenic influence on biogenic secondary organic aerosol. Atmos Chem Phys 11: 321-343. http://dx.doi.org/10.5194/acp-11-321-2011.

Hu, Z. (2009). Spatial analysis of MODIS aerosol optical depth, PM2.5, and chronic coronary heart disease. Int J Health Geogr 8: 27. http://dx.doi.org/10.1186/1476-072X-8-27.

Hudda, N; Cheung, K; Moore, KF; Sioutas, C. (2010). Inter-community variability in total particle number concentrations in the eastern Los Angeles air basin. Atmos Chem Phys 10: 11385-11399. http://dx.doi.org/10.5194/acp-10-11385-2010.

Hughes, LS; Cass, GR; Gone, J; Ames, M; Olmez, I. (1998). Physical and chemical characterization of atmospheric ultrafine particles in the Los Angeles area. Environ Sci Technol 32: 1153-1161.

Husar, RB; Tratt, DM; Schichtel, BA; Falke, S. R.; Li, F; Jaffe, D; Gasso, S; Gill, T; Laulainen, NS; Lu, F; Reheis, MC; Chun, Y; Westphal, D; Holben, BN; Gueymard, C; McKendry, I; Kuring, N; Feldman, GC; Mcclain, C; Frouin, RJ; Merrill, J; Dubois, D; Vignola, F; Murayama, T; Nickovic, S; Wilson, WE; Sassen, K; Sugimoto, N; Malm, WC. (2001). Asian dust events of April 1998. J Geophys Res 106: 18,317-318,330.

Iida, K; Stolzenburg, MR; McMurry, PH; Smith, JN; Quant, FR; Oberreit, DR; Keady, PB; Eiguren-Fernandez, A; Lewis, GS; Kreisberg, NM; Hering, SV. (2008). An ultrafine, water-based condensation particle counter and its evaluation under field conditions. Aerosol Sci Technol 42: 862-871. http://dx.doi.org/10.1080/02786820802339579.

SECTION 2.7: References

00196670

Im, U; Bianconi, R; Solazzo, E; Kioutsioukis, I; Badia, A; Balzarini, A; Baro, R; Bellasio, R; Brunner, D; Chemel, C; Curci, G; Flemming, J; Forkel, R; Giordano, L; Jimenez-Guerrero, P; Hirtl, M; Hodzic, A; Honzak, L; Jorba, O; Knote, C; Kuenen, JJP; Makar, PA; Manders-Groot, A; Neal, L; Perez, JL; Pirovano, G; Pouliot, G; San Jose, R; Savage, N; Schroder, W; Sokhi, RS; Syrakov, D; Torian, A; Tuccella, P; Werhahn, J; Wolke, R; Yahya, K; Zabkar, R; Zhang, Y; Zhang, J; Hogrefe, C; Galmarini, S. (2015a). Evaluation of operational on-line-coupled regional air quality models over Europe and North America in the context of AQMEII phase 2. Part I: Ozone. Atmos Environ 115: 404-420. http://dx.doi.org/10.1016/j.atmosenv.2014.09.042.

Im, U; Bianconi, R; Solazzo, E; Kioutsioukis, I; Badia, A; Balzarini, A; Baro, R; Bellasio, R; Brunner, D; Chemel, C; Curci, G; van Der Gon, HD; Flemming, J; Forkel, R; Giordano, L; Jimenez-Guerrero, P; Hirtl, M; Hodzic, A; Honzak, L; Jorba, O; Knote, C; Makar, PA; Manders-Groot, A; Neal, L; Perez, JL; Pirovano, G; Pouliot, G; San Jose, R; Savage, N; Schroder, W; Sokhi, RS; Syrakov, D; Torian, A; Tuccella, P; Wang, K; Werhahn, J; Wolke, R; Zabkar, R; Zhang, Y; Zhang, J; Hogrefe, C; Galmarini, S. (2015b). Evaluation of operational online-coupled regional air quality models over Europe and North America in the context of AQMEII phase 2. Part II: Particulate matter. Atmos Environ 115: 421-441. http://dx.doi.org/10.1016/j.atmosenv.2014.08.072.

Iskandar, A; Andersen, ZJ; Bonnelykke, K; Ellermann, T; Andersen, KK; Bisgaard, H. (2012). Coarse and fine particles but not ultrafine particles in urban air trigger hospital admission for asthma in children. Thorax 67: 252-257. http://dx.doi.org/10.1136/thoraxjnl-2011-200324.

Jaffe, D; Snow, J; Cooper, O. (2003). The 2001 Asian Dust Events: Transport and impact on surface aerosol concentrations in the U.S. Eos 84: 501-506. http://dx.doi.org/10.1029/2003EO460001.

Jaffe, D; Tamura, S; Harris, J. (2005). Seasonal cycle and composition of background fine particles along the west coast of the US. Atmos Environ 39: 297-306. http://dx.doi.org/10.1016/j.atmosenv.2004.09.016.

Janhaell, S; Andreae, MO; Poeschl, U. (2010). Biomass burning aerosol emissions from vegetation fires: particle number and mass emission factors and size distributions. Atmos Chem Phys 10: 1427-1439.

Jiang, J; Chen, M; Kuang, C; Attoui, M; McMurry, PH. (2011). Electrical mobility spectrometer using a diethylene glycol condensation particle counter for measurement of aerosol size distributions down to 1 nm. Aerosol Sci Technol 45: 510-521. http://dx.doi.org/10.1080/02786826.2010.547538.

Jiang, J; Kim, C; Wang, X; Stolzenburg, MR; Kaufman, SL; Qi, C; Sem, GJ; Sakurai, H; Hama, N; McMurry, PH. (2014). Aerosol charge fractions downstream of six bipolar chargers: Effects of ion source, source activity, and flowrate. Aerosol Sci Technol 48: 1207-1216. http://dx.doi.org/10.1080/02786826.2014.976333.

Johnson, TV. (2009). Review of diesel emissions and control. International Journal of Engine Research 10: 275-285. http://dx.doi.org/10.1243/14680874JER04009.

Jolly, WM; Cochrane, MA; Freeborn, PH; Holden, ZA; Brown, TJ; Williamson, GJ; Bowman, DMJ, S. (2015). Climate-induced variations in global wildfire danger from 1979 to 2013. Nat Commun 6. http://dx.doi.org/10.1038/ncomms8537.

Jonsson, AM; Westerlund, J; Hallquist, M. (2011). Size-resolved particle emission factors for individual ships. Geophys Res Lett 38: L13809. http://dx.doi.org/10.1029/2011GL047672.

Jung, H; Kittelson, DB. (2005). Characterization of aerosol surface instruments in transition regime. Aerosol Sci Technol 39: 902-911. http://dx.doi.org/10.1080/02786820500295701.

Kaminski, H; Kuhlbusch, TAJ; Fissan, H; Ravi, L; Horn, HG; Han, HS; Caldow, R; Asbach, C. (2012). Mathematical description of experimentally determined charge distributions of a unipolar diffusion charger. Aerosol Sci Technol 46: 708-716. http://dx.doi.org/10.1080/02786826.2012.659360.

Kangasluoma, J; Ahonen, L; Attoui, M; Vuollekoski, H; Kulmala, M; Petaja, T. (2015). Sub-3nm particle detection with Commercial TSI 3772 and Airmodus A20 fine condensation particle counters. Aerosol Sci Technol 49: 674-681. http://dx.doi.org/10.1080/02786826.2015.1058481.

Karagulian, F; Belis, CA; Dora, CFC; Pruess-Ustuen, AM; Bonjour, S; Adair-Rohani, H; Amann, M. (2015). Contributions to cities' ambient particulate matter (PM): A systematic review of local source contributions at global level. Atmos Environ 120: 475-483. http://dx.doi.org/10.1016/j.atmosenv.2015.08.087.

SECTION 2.7: References

00196671

Karavalakis, G; Short, D; Hajbabaei, M; Vu, D; Villela, M; Russell, R; Durbin, T; Asa-Awuku, A. (2013). Criteria emissions, particle number emissions, size distributions, and black carbon measurements from PFI gasoline vehicles fuelled with different ethanol and butanol blends. (2013-01-1147). Warrendale, PA: SAE International. http://dx.doi.org/10.4271/2013-01-1147.

Karjalainen, P; Ronkko, T; Pirjola, L; Heikkila, J; Happonen, M; Arnold, F; Rothe, D; Bielaczyc, P; Keskinen, J. (2014). Sulfur driven nucleation mode formation in diesel exhaust under transient driving conditions. Environ Sci Technol 48: 2336-2343. http://dx.doi.org/10.1021/es405009g.

Kavouras, IG; Nikolich, G; Etyemezian, V; Dubois, DW; King, J; Shafer, D. (2012). In situ observations of soil minerals and organic matter in the early phases of prescribed fires. J Geophys Res Atmos 117. http://dx.doi.org/10.1029/2011JD017420.

Kelly, JT; Baker, KR; Nowak, JB; Murphy, JG; Markovic, MZ; Vandenboer, TC; Ellis, RA; Neuman, JA; Weber, RJ; Roberts, JM; Veres, PR; de Gouw, JA; Beaver, MR; Newman, S; Misenis, C. (2014). Fine-scale simulation of ammonium and nitrate over the South Coast Air Basin and San Joaquin Valley of California during CalNex-2010. J Geophys Res Atmos 119: 3600-3614. http://dx.doi.org/10.1002/2013JD021290.

Kelly, JT; Parworth, CL; Zhang, Q; Miller, DJ; Sun, K; Zondlo, MA; Baker, KR; Wisthaler, A; Nowak, JB; Pusede, SE; Cohen, RC; Weinheimer, AJ; Beyersdorf, AJ; Tonnesen, GS; Bash, JO; Valin, LC; Crawford, JH; Fried, A; Walega, JG. (2018). Modeling NH4NO3 over the San Joaquin Valley during the 2013 DISCOVERAQ Campaign. J Geophys Res Atmos 123: 4727-4745. http://dx.doi.org/10.1029/2018JD028290.

Kerminen, VM; Petaja, T; Manninen, HE; Paasonen, P; Nieminen, T; Sipila, M; Junninen, H; Ehn, M; Gagne, S; Laakso, L; Riipinen, I; Vehkamaki, H; Kurten, T; Ortega, IK; Dal Maso, M; Brus, D; Hyvarinen, A; Lihavainen, H; Leppa, J; Lehtinen, KEJ; Mirme, A; Mirme, S; Horrak, U; Berndt, T; Stratmann, F; Birmili, W; Wiedensohler, A; Metzger, A; Dommen, J; Baltensperger, U; Kiendler-Scharr, A; Mentel, TF; Wildt, J; Winkler, PM; Wagner, PE; Petzold, A; Minikin, A; Plass-Duelmer, C; Poeschl, U; Laaksonen, A; Kulmala, M. (2010). Atmospheric nucleation: highlights of the EUCAARI project and future directions. Atmos Chem Phys 10: 10829-10848. http://dx.doi.org/10.5194/acp-10-10829-2010.

Khalek, IA; Blanks, MG; Merritt, PM; Zielinska, B. (2015). Regulated and unregulated emissions from modern 2010 emissions-compliant heavy-duty on-highway diesel engines. J Air Waste Manag Assoc 65: 987-1001. http://dx.doi.org/10.1080/10962247.2015.1051606.

Kim, PS; Jacob, DJ; Fisher, JA; Travis, K; Yu, K; Zhu, L; Yantosca, RM; Sulprizio, MP; Jimenez, JL; Campuzano-Jost, P; Froyd, KD; Liao, J; Hair, JW; Fenn, MA; Butler, CF; Wagner, NL; Gordon, TD; Welti, A; Wennberg, PO; Crounse, JD; St. Clair, JM; Teng, AP; Millet, DB; Schwarz, JP; Markovic, MZ; Perring, AE. (2015). Sources, seasonality, and trends of southeast US aerosol: An integrated analysis of surface, aircraft, and satellite observations with the GEOS-Chem chemical transport model. Atmos Chem Phys 15: 10411-10433. http://dx.doi.org/10.5194/acp-15-10411-2015.

Kim, S; Jaques, PA; Chang, MC; Froines, JR; Sioutas, C. (2001). Versatile aerosol concentration enrichment system (VACES) for simultaneous in vivo and in vitro evaluation of toxic effects of ultrafine, fine and coarse ambient particles Part I: development and laboratory characterization. J Aerosol Sci 32: 1281-1297.

Kirkby, J; Curtius, J; Almeida, J; Dunne, E; Duplissy, J; Ehrhart, S; Franchin, A; Gagné, S; Ickes, L; Kürten, A; Kupc, A; Metzger, A; Riccobono, F; Rondo, L; Schobesberger, S; Tsagkogeorgas, G; Wimmer, D; Amorim, A; Bianchi, F; Breitenlechner, M; David, A; Dommen, J; Downard, A; Ehn, M; Flagan, RC; Haider, S; Hansel, A; Hauser, D; Jud, W; Junninen, H; Kreissl, F; Kvashin, A; Laaksonen, A; Lehtipalo, K; Lima, J; Lovejoy, ER; Makhmutov, V; Mathot, S; Mikkilä, J; Minginette, P; Mogo, S; Nieminen, T; Onnela, A; Pereira, P; Petäjä, T; Schnitzhofer, R; Seinfeld, JH; Sipilä, M; Stozhkov, Y; Stratmann, F; Tomé, A; Vanhanen, J; Viisanen, Y; Vrtala, A; Wagner, PE; Walther, H; Weingartner, E; Wex, H; Winkler, PM; Carslaw, KS; Worsnop, DR; Baltensperger, U; Kulmala, M. (2011). Role of sulphuric acid, ammonia and galactic cosmic rays in atmospheric aerosol nucleation. Nature 476: 429-433. http://dx.doi.org/10.1038/nature10343.

Kittelson, D; Kraft, M. (2015). Particle formation and models in internal combustion engines. In D Crolla; D Foster; T Kobayashi; N Vaughen (Eds.), Encyclopedia of automotive engineering: Part 1: Engines-fundamentals (1st ed.). Hoboken, NJ: Wiley.

SECTION 2.7: References

00196672

Kittelson, DB. (1998). Engines and nanoparticles: a review [Review]. J Aerosol Sci 29: 575-588. http://dx.doi.org/10.1016/S0021-8502(97)10037-4.

Kittelson, DB; Watts, WF; Johnson, JP; Schauer, JJ; Lawson, DR. (2006). On-road and laboratory evaluation of combustion aerosolsPart 2: Summary of spark ignition engine results. J Aerosol Sci 37: 931-949. http://dx.doi.org/10.1016/j.jaerosci.2005.08.008.

Kleindienst, TE; Jaoui, M; Lewandowski, M; Offenberg, JH; Docherty, KS. (2012). The formation of SOA and chemical tracer compounds from the photooxidation of naphthalene and its methyl analogs in the presence and absence of nitrogen oxides. Atmos Chem Phys 12: 8711-8726. http://dx.doi.org/10.5194/acp-12-8711-2012.

Kolb, CE; Bond, T; Carmichael, GR; Ebi, KL; Edwards, DP; Fuelberg, H; Gustin, M, aeS; Hao, J; Jacob, DJ; Jaffe, DA; Kreidenweis, S; Law, KS; Prather, MJ; Simonich, SLM; Thiemens, MH; Rowland, FS; Bierbaum, RM; Busalacchi, AJ, Jr; Carbone, R; Dabberdt, WF; Dow, K; Forbes, GS; Held, I; Lee, A; Pierrehumbert, RT; Prather, K; Smith, KR; Snow, JT; Vonder Haar, TH; Zeng, X. (2010). Global sources of local pollution: An assessment of long-range transport of key air pollutants to and from the United States summary. In Global Sources of Local Pollution: An Assessment of Long-Range Transport of Key Air Pollutants to and from the United States. Washington, DC: The National Academies Press.

Koo, B; Knipping, E; Yarwood, G. (2014). 1.5-Dimensional volatility basis set approach for modeling organic aerosol in CAMx and CMAQ. Atmos Environ 95: 158-164. http://dx.doi.org/10.1016/j.atmosenv.2014.06.031.

Kotchenruther, RA. (2016). Source apportionment of PM2.5 at multiple Northwest US sites: Assessing regional winter wood smoke impacts from residential wood combustion. Atmos Environ 142: 210-219. http://dx.doi.org/10.1016/j.atmosenv.2016.07.048.

Kourtchev, I; O'Connor, IP; Giorio, C; Fuller, SJ; Kristensen, K; Maenhaut, W; Wenger, JC; Sodeau, JR; Glasius, M; Kalberer, M. (2014). Effects of anthropogenic emissions on the molecular composition of urban organic aerosols: An ultrahigh resolution mass spectrometry study. Atmos Environ 89: 525-532. http://dx.doi.org/10.1016/j.atmosenv.2014.02.051.

Krechmer, JE; Coggon, MM; Massoli, P; Nguyen, TB; Crounse, JD; Hu, W; Day, DA; Tyndall, GS; Henze, DK; Rivera-Rios, JC; Nowak, JB; Kimmel, JR; Mauldin, RL; Stark, H; Jayne, JT; Sipilä, M; Junninen, H; Clair, JM; Zhang, X; Feiner, PA; Zhang, L; Miller, DO; Brune, WH; Keutsch, FN; Wennberg, PO; Seinfeld, JH; Worsnop, DR; Jimenez, JL; Canagaratna, MR. (2015). Formation of low volatility organic compounds and secondary organic aerosol from isoprene hydroxyhydroperoxide low-NO oxidation. Environ Sci Technol 49: 10330-10339. http://dx.doi.org/10.1021/acs.est.5b02031.

Krudysz, M; Moore, K; Geller, M; Sioutas, C; Froines, J. (2009). Intra-community spatial variability of particulate matter size distributions in Southern California/Los Angeles. Atmos Chem Phys 9: 1061-1075.

Ku, BK; Maynard, AD. (2005). Comparing aerosol surface-area measurements of monodisperse ultrafine silver agglomerates by mobility analysis, transmission electron microscopy and diffusion charging. J Aerosol Sci 36: 1108-1124.

Kuang, C; Chen, M; McMurry, PH; Wang, J. (2012a). Modification of laminar flow ultrafine condensation particle counters for the enhanced detection of 1 nm condensation nuclei. Aerosol Sci Technol 46: 309-315. http://dx.doi.org/10.1080/02786826.2011.626815.

Kuang, C; Chen, M; Zhao, J; Smith, J; McMurry, PH; Wang, J. (2012b). Size and time-resolved growth rate measurements of 1 to 5 nm freshly formed atmospheric nuclei. Atmos Chem Phys 12: 3573-3589. http://dx.doi.org/10.5194/acp-12-3573-2012.

Kudo, S; Sekiguchi, K; Kim, KH; Kinoshita, M; Moeller, D; Wang, Q; Yoshikado, H; Sakamoto, K. (2012). Differences of chemical species and their ratios between fine and ultrafine particles in the roadside environment. Atmos Environ 62: 172-179. http://dx.doi.org/10.1016/j.atmosenv.2012.08.039.

Kulmala, M; Kerminen, VM. (2008). On the formation and growth of atmospheric nanoparticles. Atmos Res 90: 132-150. http://dx.doi.org/10.1016/j.atmosres.2008.01.005.

SECTION 2.7: References

00196673

Kulmala, M; Kontkanen, J; Junninen, H; Lehtipalo, K; Manninen, HE; Nieminen, T; Petaja, T; Sipila, M; Schobesberger, S; Rantala, P; Franchin, A; Jokinen, T; Jarvinen, E; Aijala, M; Kangasluoma, J; Hakala, J; Aalto, PP; Paasonen, P; Mikkila, J; Vanhanen, J; Aalto, J; Hakola, H; Makkonen, U; Ruuskanen, T; Mauldin, R, III; Duplissy, J; Vehkamaki, H; Back, J; Kortelainen, A; Riipinen, I; Kurten, T; Johnston, MV; Smith, JN; Ehn, M; Mentel, TF; Lehtinen, KEJ; Laaksonen, A; Kerminen, VM; Worsnop, DR. (2013). Direct observations of atmospheric aerosol nucleation. Science 339: 943-946. http://dx.doi.org/10.1126/science.1227385.

Kulmala, M; Petaja, T; Ehn, M; Thornton, J; Sipila, M; Worsnop, DR; Kerminen, VM. (2014). Chemistry of atmospheric nucleation: on the recent advances on precursor characterization and atmospheric cluster composition in connection with atmospheric new particle formation. Annu Rev Phys Chem 65: 21-37. http://dx.doi.org/10.1146/annurev-physchem-040412-110014.

Kumar, P; Pirjola, L; Ketzel, M; Harrison, R. (2013). Nanoparticle emissions from 11 non-vehicle exhaust sources - A review. Atmos Environ 67: 252-277. http://dx.doi.org/10.1016/j.atmosenv.2012.11.011.

Kumar, P; Robins, A; Vardoulakis, S; Britter, R. (2010). A review of the characteristics of nanoparticles in the urban atmosphere and the prospects for developing regulatory controls. Atmos Environ 44: 5035-5052. http://dx.doi.org/10.1016/j.atmosenv.2010.08.016.

Kürten, A; Jokinen, T; Simon, M; Sipilä, M; Sarnela, N; Junninen, H; Adamov, A; Almeida, J; Amorim, A; Bianchi, F; Breitenlechner, M; Dommen, J; Donahue, NM; Duplissy, J; Ehrhart, S; Flagan, RC; Franchin, A; Hakala, J; Hansel, A; Heinritzi, M; Hutterli, M; Kangasluoma, J; Kirkby, J; Laaksonen, A; Lehtipalo, K; Leiminger, M; Makhmutov, V; Mathot, S; Onnela, A; Petäjä, T; Praplan, AP; Riccobono, F; Rissanen, MP; Rondo, L; Schobesberger, S; Seinfeld, JH; Steiner, G; Tomé, A; Tröstl, J; Winkler, PM; Williamson, C; Wimmer, D; Ye, P; Baltensperger, U; Carslaw, KS; Kulmala, M; Worsnop, DR; Curtius, J. (2014). Neutral molecular cluster formation of sulfuric acid-dimethylamine observed in real time under atmospheric conditions. Proc Natl Acad Sci USA 111: 15019-15024. http://dx.doi.org/10.1073/pnas.1404853111.

Lack, DA; Corbett, JJ; Onasch, T; Lerner, B; Massoli, P; Quinn, PK; Bates, TS; Covert, DS; Coffman, D; Sierau, B; Herndon, S; Allan, J; Baynard, T; Lovejoy, E; Ravishankara, AR; Williams, E. (2009). Particulate emissions from commercial shipping: Chemical, physical, and optical properties. J Geophys Res 114: D00F04. http://dx.doi.org/10.1029/2008jd011300.

Lagudu, URK; Raja, S; Hopke, PK; Chalupa, DC; Utell, MJ; Casuccio, G; Lersch, TL; West, RR. (2011). Heterogeneity of coarse particles in an urban area. Environ Sci Technol 45: 3288-3296. http://dx.doi.org/10.1021/es103831w.

Langmann, B; Duncan, B; Textor, C; Trentmann, J; van Der Werf, GR. (2009). Vegetation fire emissions and their impact on air pollution and climate. Atmos Environ 43: 107-116. http://dx.doi.org/10.1016/j.atmosenv.2008.09.047.

Lary, DJ; Faruque, FS; Malakar, N; Moore, A; Roscoe, B; Adams, ZL; Eggelston, Y. (2014). Estimating the global abundance of ground level presence of particulate matter (PM2.5). Geospat Health 8: S611-S630. http://dx.doi.org/10.4081/gh.2014.292.

Lee, B; Mohr, C; Lopez-Hilfiker, FD; Lutz, A; Hallquist, M; Lee, L; Romer, P; Cohen, RC; Iyer, S; Kurten, T; Hu, W; Day, DA; Campuzano-Jost, P; Jimenez, JL; Xu, L; Ng, N; Guo, H; Weber, RJ; Wild, RJ; Brown, SS; Koss, A; de Gouw, J; Olson, K; Goldstein, AH; Seco, R; Kim, S; McAvey, K; Shepson, PB; Starn, T, im; Baumann, K; Edgerton, ES; Liu, J; Shilling, JE; Miller, DO; Brune, W; Schobesberger, S; D'Ambro, EL; Thornton, JA. (2016). Highly functionalized organic nitrates in the southeast United States: Contribution to secondary organic aerosol and reactive nitrogen budgets. Proc Natl Acad Sci USA 113: 1516-1521. http://dx.doi.org/10.1073/pnas.1508108113.

Lehtipalo, K; Leppa, J; Kontkanen, J; Kangasluoma, J; Franchin, A; Wimnner, D; Schobesberger, S; Junninen, H; Petaja, T; Sipila, M; Mikkila, J; Vanhanen, J; Worsnop, DR; Kulmala, M. (2014). Methods for determining particle size distribution and growth rates between 1 and 3 nm using the Particle Size Magnifier. Boreal Environ Res 19: 215-236.

SECTION 2.7: References

00196674

Leibensperger, EM; Mickley, LJ; Jacob, DJ; Barrett, SRH. (2011). Intercontinental influence of NO(x) and CO emissions on particulate matter air quality. Atmos Environ 45: 3318-3324. http://dx.doi.org/10.1016/j.atmosenv.2011.02.023.

Lewandowski, M; Piletic, IR; Kleindienst, TE; Offenberg, JH; Beaver, MR; Jaoui, M; Docherty, KS; Edney, EO. (2013). Secondary organic aerosol characterisation at field sites across the United States during the spring-summer period. Int J Environ Anal Chem 93: 1084-1103. http://dx.doi.org/10.1080/03067319.2013.803545.

Li, R; Wiedinmyer, C; Hannigan, MP. (2013). Contrast and correlations between coarse and fine particulate matter in the United States. Sci Total Environ 456-457: 346-358. http://dx.doi.org/10.1016/j.scitotenv.2013.03.041.

Liggio, J; Li, SM; Vlasenko, A; Stroud, C; Makar, P. (2011). Depression of ammonia uptake to sulfuric acid aerosols by competing uptake of ambient organic gases. Environ Sci Technol 45: 2790-2796. http://dx.doi.org/10.1021/es103801g.

Lim, YB; Kim, H; Kim, JY; Turpin, BJ. (2016). Photochemical organonitrate formation in wet aerosols. Atmos Chem Phys 16: 12631-12647. http://dx.doi.org/10.5194/acp-16-12631-2016.

Liu, BYH; Kim, CS. (1977). Counting efficiency of condensation nuclei counters. Atmos Environ 11: 1097-1100.

Liu, H; Wang, Z; Long, Y; Xiang, S; Wang, J; Fatouraie, M. (2015). Comparative study on alcohol-gasoline and gasoline-alcohol Dual-Fuel Spark Ignition (DFSI) combustion for engine particle number (PN) reduction. Fuel 159: 250-258. http://dx.doi.org/10.1016/j.fuel.2015.06.059.

Liu, J; Horowitz, LW; Fan, S; Carlton, AG; Levy, H. (2012). Global in-cloud production of secondary organic aerosols: Implementation of a detailed chemical mechanism in the GFDL atmospheric model AM3. J Geophys Res 117: D15303. http://dx.doi.org/10.1029/2012JD017838.

Liu, L; Breitner, S; Schneider, A; Cyrys, J; Brueske, I; Franck, U; Schlink, U; Leitte, AM; Herbarth, O; Wiedensohler, A; Wehner, B; Pan, X; Wichmann, HE; Peters, A. (2013). Size-fractioned particulate air pollution and cardiovascular emergency room visits in Beijing, China. Environ Res 121: 52-63. http://dx.doi.org/10.1016/j.envres.2012.10.009.

Liu, L; Urch, B; Szyszkowicz, M; Speck, M; Leingartner, K; Shutt, R; Pelletier, G; Gold, DR; Scott, JA; Brook, JR; Thorne, PS; Silverman, FS. (2017). Influence of exposure to coarse, fine and ultrafine urban particulate matter and their biological constituents on neural biomarkers in a randomized controlled crossover study. Environ Int 101: 89-95. http://dx.doi.org/10.1016/j.envint.2017.01.010.

Lukacs, H; Gelencser, A; Hoffer, A; Kiss, G; Horvath, K; Hartyani, Z. (2009). Quantitative assessment of organosulfates in size-segregated rural fine aerosol. Atmos Chem Phys 9: 231-238.

Maciejczyk, P; Zhong, M; Li, Q; Xiong, J; Nadziejko, C; Chen, LC. (2005). Effects of subchronic exposures to concentrated ambient particles (CAPs) in mice: II The design of a CAPs exposure system for biometric telemetry monitoring. Inhal Toxicol 17: 189-197. http://dx.doi.org/10.1080/08958370590912743.

Malm, WC; Schichtel, BA; Pitchford, ML. (2011). Uncertainties in PM2.5 gravimetric and speciation measurements and what we can learn from them. J Air Waste Manag Assoc 61: 1131-1149. http://dx.doi.org/10.1080/10473289.2011.603998.

Mamakos, A; Dardiotis, C; Martini, G. (2012). Assessment of particle number limits for petrol vehicles. (Report EUR 25522 EN). Luxembourg, Luxembourg: European Commission, Publications Office of the European Union. http://dx.doi.org/10.2788/66109.

Manninen, HE; Nieminen, T; Asmi, E; Gagne, S; Hakkinen, S; Lehtipalo, K; Aalto, P; Vana, M; Mirme, A; Mirme, S; Horrak, U; Plass-Duelmer, C; Stange, G; Kiss, G; Hoffer, A; Toeroe, N; Moerman, M; Henzing, B; de Leeuw, G; Brinkenberg, M; Kouvarakis, GN; Bougiatioti, A; Mihalopoulos, N; O'Dowd, C; Ceburnis, D; Arneth, A; Svenningsson, B; Swietlicki, E; Tarozzi, L; Decesari, S; Facchini, MC; Birmili, W; Sonntag, A; Wiedensohler, A; Boulon, J; Sellegri, K; Laj, P; Gysel, M; Bukowiecki, N; Weingartner, E; Wehrle, G; Laaksonen, A; Hamed, A; Joutsensaari, J; Petaja, T; Kerminen, VM; Kulmala, M. (2010). EUCAARI ion spectrometer measurements at 12 European sites - analysis of new particle formation events. Atmos Chem Phys 10: 7907-7927. http://dx.doi.org/10.5194/acp-10-7907-2010.

SECTION 2.7: References

00196675