Marais, EA; Jacob, DJ; Turner, JR; Mickley, LJ. (2017). Evidence of 1991-2013 decrease of biogenic secondary organic aerosol in response to SO2 emission controls. Environ Res Lett 12. http://dx.doi.org/10.1088/1748-9326/aa69c8.

Marple, VA; Olson, BA. (2011). Sampling and measurement using inertial, gravitational, centrifugal, and thermal techniques. In P Kulkami; PA Baron; K Willeke (Eds.), Aerosol measurement: Principles, techniques, and applications (3rd ed., pp. 129-151). Hoboken, NJ: Wiley. http://dx.doi.org/10.1002/9781118001684.ch8.

Martin, RV. (2008). Satellite remote sensing of surface air quality. Atmos Environ 42: 7823-7843. http://dx.doi.org/10.1016/j.atmosenv.2008.07.018.

Maruf Hossain, AM; Park, S; Kim, JS; Park, K. (2012). Volatility and mixing states of ultrafine particles from biomass burning. J Hazard Mater 205-206: 189-197. http://dx.doi.org/10.1016/j.jhazmat.2011.12.061.

Matte, TD; Ross, Z; Kheirbek, I; Eisl, H; Johnson, S; Gorczynski, JE; Kass, D; Markowitz, S; Pezeshki, G; Clougherty, JE. (2013). Monitoring intraurban spatial patterns of multiple combustion air pollutants in New York City: Design and implementation. J Expo Sci Environ Epidemiol 23: 223-231. http://dx.doi.org/10.1038/jes.2012.126.

Matthias-Maser, S; Bogs, B; Jaenicke, R. (2000). The size distribution of primary biological aerosol particles in cloud water on the mountain Kleiner Feldberg/Taunus (FRG). Atmos Res 54: 1-13.

Mauldin, RL, III; Berndt, T; Sipilä, M; Paasonen, P; Petäjä, T; Kim, S; Kurtén, T; Stratmann, F; Kerminen, VM; Kulmala, M. (2012). A new atmospherically relevant oxidant of sulphur dioxide. Nature 488: 193-196. http://dx.doi.org/10.1038/nature11278.

Mckendry, IG; Strawbridge, KB; O'Neill, NT; MacDonald, AM; Liu, PSK; Leaitch, WR; Anlauf, KG; Jaegle, L; Fairlie, TD; Westphal, DL. (2007). Trans-Pacific transport of Saharan dust to western North America: A case study. J Geophys Res 112: D01103. http://dx.doi.org/10.1029/2006JD007129.

McMurry, PH; Kuang, C; Smith, JN, Zhao, J.; Eisele, F. (2011). Atmospheric new particle formation: physical and chemical measurements. In P Kulkami; PA Baron; K Willeke (Eds.), Aerosol measurement: Principles, techniques, and applications (3rd ed., pp. 681-695). Hoboken, NJ: Wiley. http://dx.doi.org/10.1002/9781118001684.ch31.

McNeill, VF. (2015). Aqueous organic chemistry in the atmosphere: sources and chemical processing of organic aerosols. Environ Sci Technol 49: 1237-1244. http://dx.doi.org/10.1021/es5043707.

Meier, R; Cascio, WE; Ghio, AJ; Wild, P; Danuser, B; Riediker, M. (2014). Associations of short-term particle and noise exposures with markers of cardiovascular and respiratory health among highway maintenance workers. Environ Health Perspect 122: 726-732. http://dx.doi.org/10.1289/ehp.1307100.

Misra, C; Kim, S; Shen, S; Sioutas, C. (2002). A high flow rate, very low pressure drop impactor for inertial separation of ultrafine from accumulation mode particles. J Aerosol Sci 33: 735-752. http://dx.doi.org/10.1016/S0021-8502(01)00210-5.

Moldanova, J; Fridell, E; Winnes, H; Holmin-Fridell, S; Boman, J; Jedynska, A; Tishkova, V; Demirdjian, B; Joulie, S; Bladt, H; Ivleva, NP; Niessner, R. (2013). Physical and chemical characterisation of PM emissions from two ships operating in European Emission Control Areas. Atmos Meas Tech 6: 3577-3596. http://dx.doi.org/10.5194/amt-6-3577-2013.

Moore, K; Krudysz, M; Pakbin, P; Hudda, N; Sioutas, C. (2009). Intra-community variability in total particle number concentrations in the San Pedro Harbor Area (Los Angeles, California). Aerosol Sci Technol 43: 587-603. http://dx.doi.org/10.1080/02786820902800900.

Morawska, L; Ristovski, Z; Jayaratne, ER; Keogh, DU; Ling, X. (2008). Ambient nano and ultrafine particles from motor vehicle emissions: Characteristics, ambient processing and implications on human exposure. Atmos Environ 42: 8113-8138. http://dx.doi.org/10.1016/j.atmosenv.2008.07.050.

SECTION 2.7: References

00196676

Morgan, TE; Davis, DA; Iwata, N; Tanner, JA; Snyder, D; Ning, Z; Kam, W; Hsu, YT; Winkler, JW; Chen, JC; Petasis, NA; Baudry, M; Sioutas, C; Finch, CE. (2011). Glutamatergic neurons in rodent models respond to nanoscale particulate urban air pollutants in vivo and in vitro. Environ Health Perspect 119: 1003-1009. http://dx.doi.org/10.1289/ehp.1002973.

Morris, RE; Koo, B; Guenther, A; Yarwood, G; McNally, D; Tesche, TW; Tonnesen, G; Boylan, J; Brewer, P. (2006). Model sensitivity evaluation for organic carbon using two multi-pollutant air quality models that simulate regional haze in the southeastern United States. Atmos Environ 40: 4960-4972. http://dx.doi.org/10.1016/j.atmosenv.2005.09.088.

Mueller, K; Spindler, G; van Pinxteren, D; Gnauk, T; Iinuma, Y; Brueggemann, E; Herrmann, H. (2012). Ultrafine and fine particles in the atmosphere - sampling, chemical characterization and sources. Chem Ing Tech 84: 1130-1136. http://dx.doi.org/10.1002/cite.201100208.

Mwaniki, GR; Rosenkrance, C; Wallace, HW; Jobson, B; Erickson, MH; Lamb, BK; Hardy, RJ; Zalakeviciute, R; Vanreken, TM. (2014). Factors contributing to elevated concentrations of PM2.5 during wintertime near Boise, Idaho. Atmos Pollut Res 5: 96-103. http://dx.doi.org/10.5094/APR.2014.012.

Myung, C; Kim, J; Jang, W; Jin, D; Park, S; Lee, J. (2015). Nanoparticle filtration characteristics of advanced metal foam media for a spark ignition direct injection engine in steady engine operating conditions and vehicle test modes. Energies 8: 1865-1881. http://dx.doi.org/10.3390/en8031865.

Myung, CL; Ko, A; Park, S. (2014). Review on characterization of nano-particle emissions and pm morphology from internal combustion engines: Part 1. Int J Automot Tech 15: 203-218. http://dx.doi.org/10.1007/s12239-014-0022-x.

Na, K; Cocker, DR, III. (2009). Characterization and source identification of trace elements in PM2.5 from Mira Loma, Southern California. Atmos Res 93: 793-800. http://dx.doi.org/10.1016/j.atmosres.2009.03.012.

Nguyen, TB; Laskin, J; Laskin, A; Nizkorodov, SA. (2011). Nitrogen-containing organic compounds and oligomers in secondary organic aerosol formed by photooxidation of isoprene. Environ Sci Technol 45: 6908-6918. http://dx.doi.org/10.1021/es201611n.

Nie, W; Wang, T; Gao, X; Pathak, RK; Wang, X; Gao, R; Zhang, Q; Yang, L; Wang, W. (2010). Comparison among filter-based, impactor-based and continuous techniques for measuring atmospheric fine sulfate and nitrate. Atmos Environ 44: 4396-4403. http://dx.doi.org/10.1016/j.atmosenv.2010.07.047.

Nolte, CG; Appel, KW; Kelly, JT; Bhave, PV; Fahey, KM; Collett, JL, Jr; Zhang, L; Young, JO. (2015). Evaluation of the Community Multiscale Air Quality (CMAQ) model v5.0 against size-resolved measurements of inorganic particle composition across sites in North America. GMD 8: 2877-2892. http://dx.doi.org/10.5194/gmd-8-2877-2015.

NYDEC (New York Department of Environmental Conservation). (2016). Peace Bridge Study: Phase 2 final report September 2016. Albany, NY: New York Department of Environmental Conservation: Division of Air Resources.

O'Brien, RE; Laskin, A; Laskin, J; Liu, S; Weber, R; Russell, LM; Goldstein, AH. (2013). Molecular characterization of organic aerosol using nanospray desorption/electrospray ionization mass spectrometry: CalNex 2010 field study. Atmos Environ 68: 265-272. http://dx.doi.org/10.1016/j.atmosenv.2012.11.056.

Oakes, M; Ingall, ED; Lai, B; Shafer, MM; Hays, MD; Liu, ZG; Russell, AG; Weber, RJ. (2012a). Iron solubility related to particle sulfur content in source emission and ambient fine particles. Environ Sci Technol 46: 6637-6644. http://dx.doi.org/10.1021/es300701c.

Oakes, M; Weber, RJ; Lai, B; Russell, A; Ingall, ED. (2012b). Characterization of iron speciation in urban and rural single particles using XANES spectroscopy and micro X-ray fluorescence measurements: investigating the relationship between speciation and fractional iron solubility. Atmos Chem Phys 12: 745-756. http://dx.doi.org/10.5194/acp-12-745-2012.

Olsen, Y; Karottki, DG; Jensen, DM; Bekö, G; Kjeldsen, BU; Clausen, G; Hersoug, LG; Holst, GJ; Wierzbicka, A; Sigsgaard, T; Linneberg, A; Møller, P; Loft, S. (2014). Vascular and lung function related to ultrafine and fine particles exposure assessed by personal and indoor monitoring: a cross-sectional study. Environ Health 13: 112. http://dx.doi.org/10.1186/1476-069X-13-112.

SECTION 2.7: References

00196677

Osan, J; Meirer, F; Groma, V; Torok, S; Ingerle, D; Streli, C; Pepponi, G. (2010). Speciation of copper and zinc in size-fractionated atmospheric particulate matter using total reflection mode X-ray absorption near-edge structure spectrometry. Spectrochim Acta Part B At Spectrosc 65: 1008-1013. http://dx.doi.org/10.1016/j.sab.2010.11.002.

Paciorek, CJ; Liu, Y. (2009). Limitations of remotely-sensed aerosol as a spatial proxy for fine particulate matter. Environ Health Perspect unknown: unknown. http://dx.doi.org/10.1289/ehp.0800360.

Paciorek, CJ; Yanosky, JD; Puett, RC; Laden, F; Suh, HH. (2009). Practical large-scale spatio-temporal modeling of particulate matter concentrations. Ann Appl Stat 3: 370-397. http://dx.doi.org/10.1214/08-AOAS204.

Pakbin, P; Hudda, N; Cheung, KL; Moore, KF; Sioutas, C. (2010). Spatial and temporal variability of coarse (PM10-2.5) particulate matter concentrations in the Los Angeles area. Aerosol Sci Technol 44: 514-525. http://dx.doi.org/10.1080/02786821003749509.

Pang, W; Christakos, G; Wang, JF. (2010). Comparative spatiotemporal analysis of fine particulate matter pollution. Environmetrics 21: 305-317. http://dx.doi.org/10.1002/env.1007.

Patel, MM; Chillrud, SN; Correa, JC; Feinberg, M; Hazi, Y; Deepti, KC, D; Prakash, S; Ross, JM; Levy, D; Kinney, PL. (2009). Spatial and temporal variations in traffic-related particulate matter at New York City high schools. Atmos Environ 43: 4975-4981 PMC - PMC2791330. http://dx.doi.org/10.1016/j.atmosenv.2009.07.004.

Patton, AP; Perkins, J; Zamore, W; Levy, JI; Brugge, D; Durant, JL. (2014). Spatial and temporal differences in traffic-related air pollution in three urban neighborhoods near an interstate highway. Atmos Environ 99: 309-321. http://dx.doi.org/10.1016/j.atmosenv.2014.09.072.

Pennington, MR; Bzdek, BR; Depalma, JW; Smith, JN; Kortelainen, AM; Ruiz, LH; Petaja, T; Kulmala, M; Worsnop, DR; Johnston, MV. (2013). Identification and quantification of particle growth channels during new particle formation. Atmos Chem Phys 13: 10215-10225. http://dx.doi.org/10.5194/acp-13-10215-2013.

Petzold, A; Weingartner, E; Hasselbach, J; Lauer, P; Kurok, C; Fleischer, F. (2010). Physical properties, chemical composition, and cloud forming potential of particulate emissions from a marine diesel engine at various load conditions. Environ Sci Technol 44: 3800-3805. http://dx.doi.org/10.1021/es903681z.

Pierce, J. R.; Leaitch, WR; Liggio, J; Westervelt, DM; Wainwright, CD; Abbatt, JPD; Ahlm, L; Al-Basheer, W; Cziczo, DJ; Hayden, KL; Lee, AKY; Li, SM; Russell, LM; Sjostedt, SJ; Strawbridge, KB; Travis, M; Vlasenko, A; Wentzell, JJB; Wiebe, HA; Wong, JPS; MacDonald, AM. (2012). Nucleation and condensational growth to CCN sizes during a sustained pristine biogenic SOA event in a forested mountain valley. Atmos Chem Phys 12: 3147-3163. http://dx.doi.org/10.5194/acp-12-3147-2012.

Pierce, JR, JR; Riipinen, I; Kulmala, M; Ehn, M; Petaja, T; Junninen, H; Worsnop, DR; Donahue, NM. (2011). Quantification of the volatility of secondary organic compounds in ultrafine particles during nucleation events. Atmos Chem Phys 11: 9019-9036. http://dx.doi.org/10.5194/acp-11-9019-2011.

Pirjola, L; Pajunoja, A; Walden, J; Jalkanen, JP; Ronkko, T; Kousa, A; Koskentalo, T. (2014). Mobile measurements of ship emissions in two harbour areas in Finland. Atmos Meas Tech 7: 149-161. http://dx.doi.org/10.5194/amt-7-149-2014.

Pitchford, ML; Poirot, RL; Schichtel, BA; Maim, WC. (2009). Characterization of the winter midwestern particulate nitrate bulge. J Air Waste Manag Assoc 59: 1061-1069.

Pleim, JE; Bash, JO; Walker, JT; Cooter, EJ. (2013). Development and evaluation of an ammonia bidirectional flux parameterization for air quality models. J Geophys Res Atmos 118: 3794-3806. http://dx.doi.org/10.1002/jgrd.50262.

Prospero, JM. (1999a). Long-range transport of mineral dust in the global atmosphere: Impact of African dust on the environment of the southeastern United States. Proc Natl Acad Sci USA 96: 3396-3403. http://dx.doi.org/10.1073/pnas.96.7.3396.

SECTION 2.7: References

00196678

Prospero, JM. (1999b). Long-term measurements of the transport of African mineral dust to the southeastern United States: implications for regional air quality. J Geophys Res 104: 15917-15927. http://dx.doi.org/10.1029/1999JD900072.

Putaud, JP; Van Dingenen, R; Alastuey, A; Bauer, H; Birmili, W; Cyrys, J; Flentje, H; Fuzzi, S; Gehrig, R; Hansson, HC; Harrison, RM; Herrmann, H; Hitzenberger, R; Hüglin, C; Jones, AM; Kasper-Giebl, A; Kiss, G; Kousa, A; Kuhlbusch, TAJ; Löschau, G; Maenhaut, W; Molnar, A; Moreno, T; Pekkanen, J; Perrino, C; Pitz, M; Puxbaum, H; Querol, X; Rodriguez, S; Salma, I; Schwarz, J; Smolik, J; Schneider, J; Spindler, G; Ten Brink, H; Tursic, J; Viana, M; Wiedensohler, A; Raes, F. (2010). A European aerosol phenomenology 3: Physical and chemical characteristics of particulate matter from 60 rural, urban, and kerbside sites across Europe. Atmos Environ 44: 1308-1320. http://dx.doi.org/10.1016/j.atmosenv.2009.12.011.

Pye, HOT; Murphy, BN; Xu, L; Ng, NL; Carlton, AG; Guo, H; Weber, R; Vasilakos, P; Appel, KW; Budisulistiorini, SH; Surratt, JD; Nenes, A; Hu, W; Jimenez, JL; Isaacman-Vanwertz, G; Misztal, PK; Goldstein, AH. (2017). On the implications of aerosol liquid water and phase separation for organic aerosol mass. Atmos Chem Phys 17: 343-369. http://dx.doi.org/10.5194/acp-17-343-2017.

Pye, HOT; Zuend, A; Fry, JL; Isaacman-Vanwertz, G; Capps, SL; Appel, KW; Foroutan, H; Xu, L; Ng, N; Goldstein, AH. (2018). Coupling of organic and inorganic aerosol systems and the effect on gas-particle partitioning in the southeastern US. Atmos Chem Phys 18: 357-370. http://dx.doi.org/10.5194/acp-18-357-2018.

Rattanavaraha, W; Chu, K; Budisulistiorini, H; Riva, M; Lin, YH; Edgerton, ES; Baumann, K; Shaw, SL; Guo, H; King, L; Weber, RJ; Neff, ME; Stone, EA; Offenberg, JH; Zhang, Z; Gold, A; Surratt, JD. (2016). Assessing the impact of anthropogenic pollution on isoprene-derived secondary organic aerosol formation in PM2.5 collected from the Birmingham, Alabama, ground site during the 2013 Southern Oxidant and Aerosol Study. Atmos Chem Phys 16: 4897-4914. http://dx.doi.org/10.5194/acp-16-4897-2016.

Reid, CE; Jerrett, M; Petersen, ML; Pfister, GG; Morefield, PE; Tager, IB; Raffuse, SM; Balmes, JR. (2015). Spatiotemporal prediction of fine particulate matter during the 2008 northern California wildfires using machine learning. Environ Sci Technol 49: 3887-3896. http://dx.doi.org/10.1021/es505846r.

Riccobono, F; Schobesberger, S; Scott, CE; Dommen, J; Ortega, IK; Rondo, L; Almeida, J; Amorim, A; Bianchi, F; Breitenlechner, M; David, A; Downard, A; Dunne, EM; Duplissy, J; Ehrhart, S; Flagan, RC; Franchin, A; Hansel, A; Junninen, H; Kajos, M; Keskinen, H; Kupc, A; Kürten, A; Kvashin, AN; Laaksonen, A; Lehtipalo, K; Makhmutov, V; Mathot, S; Nieminen, T; Onnela, A; Petäjä, T; Praplan, AP; Santos, FD; Schallhart, S; Seinfeld, JH; Sipilä, M; Spracklen, DV; Stozhkov, Y; Stratmann, F; Tomé, A; Tsagkogeorgas, G; Vaattovaara, P; Viisanen, Y; Vrtala, A; Wagner, PE; Weingartner, E; Wex, H; Wimmer, D; Carslaw, KS; Curtius, J; Donahue, NM; Kirkby, J; Kulmala, M; Worsnop, DR; Baltensperger, U. (2014). Oxidation products of biogenic emissions contribute to nucleation of atmospheric particles. Science 344: 717-721. http://dx.doi.org/10.1126/science.1243527.

Ridley, DA; Heald, CL; Prospero, JM. (2014). What controls the recent changes in African mineral dust aerosol across the Atlantic? Atmos Chem Phys 14: 5735-5747. http://dx.doi.org/10.5194/acp-14-5735-2014.

Rönkkö, T; Pirjola, L; Ntziachristos, L; Heikkilä, J; Karjalainen, P; Hillamo, R; Keskinen, J. (2014). Vehicle engines produce exhaust nanoparticles even when not fueled. Environ Sci Technol 48: 2043-2050. http://dx.doi.org/10.1021/es405687m.

Rosenthal, FS; Kuisma, M; Lanki, T; Hussein, T; Boyd, J; Halonen, JI; Pekkanen, J. (2013). Association of ozone and particulate air pollution with out-of-hospital cardiac arrest in Helsinki, Finland: evidence for two different etiologies. J Expo Sci Environ Epidemiol 23: 281-288. http://dx.doi.org/10.1038/jes.2012.121.

Ruehl, C; Herner, JD; Yoon, S; Collins, JF; Misra, C; Na, K; Robertson, WH; Biswas, S; Chang, MCO; Ayala, A. (2015). Similarities and differences between traditional and clean diesel PM. ECST 1: 17-23. http://dx.doi.org/10.1007/s40825-014-0002-7.

Russell, A; Dennis, R. (2000). NARSTO critical review of photochemical models and modeling [Review]. Atmos Environ 34: 2283-2324. http://dx.doi.org/10.1016/S1352-2310(99)00468-9.

SECTION 2.7: References

00196679

Saffari, A; Hasheminassab, S; Shafer, MM; Schauer, JJ; Chatila, TA; Sioutas, C. (2016). Nighttime aqueous-phase secondary organic aerosols in Los Angeles and its implication for fine particulate matter composition and oxidative potential. Atmos Environ 133: 112-122. http://dx.doi.org/10.1016/j.atmosenv.2016.03.022.

Saffari, A; Hasheminassab, S; Wang, D; Shafer, MM; Schauer, JJ; Sioutas, C. (2015). Impact of primary and secondary organic sources on the oxidative potential of quasi-ultrafine particles (PM0.25) at three contrasting locations in the Los Angeles Basin. Atmos Environ 120: 286-296. http://dx.doi.org/10.1016/j.atmosenv.2015.09.022.

Saffaripour, M; Chan, TW; Liu, F; Thomson, KA; Smallwood, GJ; Kubsh, J; Brezny, R. (2015). Effect of drive cycle and gasoline particulate filter on the size and morphology of soot particles emitted from a gasoline-direct-injection vehicle. Environ Sci Technol 49: 11950-11958. http://dx.doi.org/10.1021/acs.est.5b02185.

Salma, I; Borsos, T; Weidinger, T; Aalto, P; Hussein, T; Dal Maso, M; Kulmala, M. (2011). Production, growth and properties of ultrafine atmospheric aerosol particles in an urban environment. Atmos Chem Phys 11: 1339-1353. http://dx.doi.org/10.5194/acp-11-1339-2011.

Sander, SP; Abbatt, JPD; Barker, JR; Burkholder, JB; Friedl, RR; Golden, DM; Huie, RE; Kolb, CE; Kurylo, MJ; Moortgat, GK; Orkin, VL; Wine, PH. (2011). Chemical kinetics and photochemical data for use in atmospheric studies: Evaluation number 17. (JPL Publication 10-6). Pasadena, CA: Jet Propulsion Laboratory. http://jpldataeval.jpl.nasa.gov/pdf/JPL%2010-6%20Final%2015June2011.pdf.

Satsangi, PG; Yadav, S. (2014). Characterization of PM2.5 by X-ray diffraction and scanning electron microscopy-energy dispersive spectrometer: its relation with different pollution sources. Int J Environ Sci Tech 11: 217-232. http://dx.doi.org/10.1007/s13762-012-0173-0.

Sawvel, EJ; Willis, R; West, RR; Casuccio, GS; Norris, G; Kumar, N; Hammond, D; Peters, TM. (2015). Passive sampling to capture the spatial variability of coarse particles by composition in Cleveland, OH. Atmos Environ 105: 61-69. http://dx.doi.org/10.1016/j.atmosenv.2015.01.030.

Schaumann, F; Frömke, C; Dijkstra, D; Alessandrini, F; Windt, H; Karg, E; Müller, M; Winkler, C; Braun, A; Koch, A; Hohlfeld, J; Behrendt, H; Schmid, O; Koch, W; Schulz, H; Krug, N. (2014). Effects of ultrafine particles on the allergic inflammation in the lung of asthmatics: results of a double-blinded randomized cross-over clinical pilot study. Part Fibre Toxicol 11: 39. http://dx.doi.org/10.1186/s12989-014-0039-3.

Schiferl, LD; Heald, CL; Nowak, JB; Holloway, JS; Neuman, JA; Bahreini, R; Pollack, IB; Ryerson, TB; Wiedinmyer, C; Murphy, JG. (2014). An investigation of ammonia and inorganic particulate matter in California during the CalNex campaign. J Geophys Res Atmos 119: 1883-1902. http://dx.doi.org/10.1002/2013JD020765.

Setyan, A; Song, C; Merkel, M; Knighton, WB; Onasch, TB; Canagaratna, MR; Worsnop, DR; Wiedensohler, A; Shilling, JE; Zhang, Q. (2014). Chemistry of new particle growth in mixed urban and biogenic emissions - insights from CARES. Atmos Chem Phys 14: 6477-6494. http://dx.doi.org/10.5194/acp-14-6477-2014.

Shen, XJ; Sun, JY; Zhang, YM; Wehner, B; Nowak, A; Tuch, T; Zhang, XC; Wang, TT; Zhou, HG; Zhang, XL; Dong, F; Birmili, W; Wiedensohler, A. (2011). First long-term study of particle number size distributions and new particle formation events of regional aerosol in the North China Plain. Atmos Chem Phys 11: 1565-1580. http://dx.doi.org/10.5194/acp-11-1565-2011.

Shilling, JE; Zaveri, RA; Fast, JD; Kleinman, L; Alexander, ML; Canagaratna, MR; Fortner, E; Hubbe, JM; Jayne, JT; Sedlacek, A; Setyan, A; Springston, S; Worsnop, DR; Zhang, Q. (2013). Enhanced SOA formation from mixed anthropogenic and biogenic emissions during the CARES campaign. Atmos Chem Phys 13: 2091-2113. http://dx.doi.org/10.5194/acp-13-2091-2013.

Shirai, T; Yasueda, H; Saito, A; Taniguchi, M; Akiyama, K; Tsuchiya, T; Suda, T; Chida, K. (2012). Effect of exposure and sensitization to indoor allergens on asthma control level. Allergol Int 61: 51-56. http://dx.doi.org/10.2332/allergolint.11-OA-0313.

Silcox, GD; Kelly, KE; Crosman, ET; Whiteman, CD; Allen, BL. (2011). Wintertime PM2.5 concentrations during persistent, multi-day cold-air pools in a mountain valley. Atmos Environ 46: 17-24. http://dx.doi.org/10.1016/j.atmosenv.2011.10.041.

SECTION 2.7: References

00196680

Singh, M; Misra, C; Sioutas, C. (2003). Field evaluation of a personal cascade impactor sampler (PCIS). Atmos Environ 37: 4781-4793. http://dx.doi.org/10.1016/j.atmosenv.2003.08.013.

Singh, M; Phuleria, HC; Bowers, K; Sioutas, C. (2006). Seasonal and spatial trends in particle number concentrations and size distributions at the children's health study sites in Southern California. J Expo Sci Environ Epidemiol 16: 3-18. http://dx.doi.org/10.1038/sj.jea.7500432.

Sioutas, C; Kim, S; Chang, M. (1999). Development and evaluation of a prototype ultrafine particle concentrator. J Aerosol Sci 30: 1001-1017. http://dx.doi.org/10.1016/S0021-8502(98)00769-1.

Sioutas, C; Koutrakis, P; Burton, RM. (1994a). Development of a low cutpoint slit virtual impactor for sampling ambient fine particles. J Aerosol Sci 25: 1321-1330.

Sioutas, C; Koutrakis, P; Burton, RM. (1994b). A high-volume small cutpoint virtual impactor for separation of atmospheric particulate from gaseous pollutants. Part Sci Technol 12: 207-221.

Sioutas, C; Koutrakis, P; Burton, RM. (1995a). A technique to expose animals to concentrated fine ambient aerosols. Environ Health Perspect 103: 172-177. http://dx.doi.org/10.2307/3432274.

Sioutas, C; Koutrakis, P; Olson, BA. (1994c). Development and evaluation of a low cutpoint virtual impactor. Aerosol Sci Technol 21: 223-235. http://dx.doi.org/10.1080/02786829408959711.

Sioutas, D; Koutrakis, P; Ferguson, ST; Burton, RM. (1995b). Development and evaluation of a prototype ambient particle concentrator for inhalation exposure studies. Inhal Toxicol 7: 633-644. http://dx.doi.org/10.3109/08958379509014470.

Sipila, M; Berndt, T; Petaja, T; Brus, D; Vanhanen, J; Stratmann, F; Patokoski, J; Mauldin, R, III; Hyvarinen, AP; Lihavainen, H; Kulmala, M. (2010). The role of sulfuric acid in atmospheric nucleation. Science 327: 1243-1246. http://dx.doi.org/10.1126/science.1180315.

Smith, JN; Dunn, MJ; Vanreken, TM; Iida, K; Stolzenburg, MR; McMurry, PH; Huey, LG. (2008). Chemical composition of atmospheric nanoparticles formed from nucleation in Tecamac, Mexico: evidence for an important role for organic species in nanoparticle growth. Geophys Res Lett 35: L04808. http://dx.doi.org/10.1029/2007GL032523.

Snyder, DC; Rutter, AP; Worley, C; Olson, M; Plourde, A; Bader, RC; Dallmann, T; Schauer, JJ. (2010). Spatial variability of carbonaceous aerosols and associated source tracers in two cites in the Midwestern United States. Atmos Environ 44: 1597-1608. http://dx.doi.org/10.1016/j.atmosenv.2010.02.004.

Solomon, PA. (2012). An overview of ultrafine particles in ambient air [Magazine]. EM Magazine, 5, 18-27.

Solomon, PA; Crumpler, D; Flanagan, JB; Jayanty, RK; Rickman, EE; McDade, CE. (2014). U.S. national PM2.5 Chemical Speciation Monitoring Networks-CSN and IMPROVE: Description of networks. J Air Waste Manag Assoc 64: 1410-1438. http://dx.doi.org/10.1080/10962247.2014.956904.

Sorek-Hamer, M; Kloog, I; Koutrakis, P; Strawa, AW; Chatfield, R; Cohen, A; Ridgway, WL; Broday, DM. (2015). Assessment of PM2.5 concentrations over bright surfaces using MODIS satellite observations. Rem Sens Environ 163: 180-185. http://dx.doi.org/10.1016/j.rse.2015.03.014.

Stanier, CO; Khlystov, AY; Pandis, SN. (2004). Ambient aerosol size distributions and number concentrations measured during the Pittsburgh Air Quality Study (PAQS). Atmos Environ 38: 3275-3284. http://dx.doi.org/10.1016/j.atmosenv.2004.03.020.

Strand, TM; Larkin, N; Craig, KJ; Raffuse, S; Sullivan, D; Solomon, R; Rorig, M; Wheeler, N; Pryden, D. (2012). Analyses of BlueSky Gateway PM2.5 predictions during the 2007 southern and 2008 northern California fires. J Geophys Res Atmos 117. http://dx.doi.org/10.1029/2012JD017627.

Sturtz, TM; Schichtel, BA; Larson, TV. (2014). Coupling Chemical Transport Model Source Attributions with Positive Matrix Factorization: Application to Two IMPROVE Sites Impacted by Wildfires. Environ Sci Technol 48: 11389-11396. http://dx.doi.org/10.1021/es502749r.

Sullivan, RC; Pryor, SC. (2014). Quantifying spatiotemporal variability of fine particles in an urban environment using combined fixed and mobile measurements. Atmos Environ 89: 664-671. http://dx.doi.org/10.1016/j.atmosenv.2014.03.007.

SECTION 2.7: References

00196681

Surratt, JD; Gómez-González, Y; Chan, AW; Vermeylen, R; Shahgholi, M; Kleindienst, TE; Edney, EO; Offenberg, JH; Lewandowski, M; Jaoui, M; Maenhaut, W; Claeys, M; Flagan, RC; Seinfeld, JH. (2008). Organosulfate formation in biogenic secondary organic aerosol. J Phys Chem A 112: 8345-8378. http://dx.doi.org/10.1021/jp802310p.

Surratt, JD; Kroll, JH; Kleindienst, TE; Edney, EO; Claeys, M; Sorooshian, A; Ng, NL; Offenberg, JH; Lewandowski, M; Jaoui, M; Flagan, RC; Seinfeld, JH. (2007). Evidence for organosulfates in secondary organic aerosol. Environ Sci Technol 41: 517-527. http://dx.doi.org/10.1021/es062081q.

Tai, APK; Mickley, LJ; Jacob, DJ. (2010). Correlations between fine particulate matter (PM2.5) and meteorological variables in the United States: Implications for the sensitivity of PM2.5 to climate change. Atmos Environ 44: 3976-3984. http://dx.doi.org/10.1016/j.atmosenv.2010.06.060.

Tai, APK; Mickley, LJ; Jacob, DJ. (2012a). Impact of 2000-2050 climate change on fine particulate matter (PM2.5) air quality inferred from a multi-model analysis of meteorological modes. Atmos Chem Phys 12: 11329-11337. http://dx.doi.org/10.5194/acp-12-11329-2012.

Tai, APK; Mickley, LJ; Jacob, DJ; Leibensperger, EM; Zhang, L; Fisher, JA; Pye, HOT. (2012b). Meteorological modes of variability for fine particulate matter (PM2.5) air quality in the United States: implications for PM2.5 sensitivity to climate change. Atmos Chem Phys 12: 3131-3145. http://dx.doi.org/10.5194/acp-12-3131-2012.

TFHTAP (Task Force on Hemispheric Transport of Air Pollution). (2006). Hemispheric transport of air pollution 2010. Part A: Ozone and particulate matter. (Air Pollution Studies No. 17). Geneva, Switzerland: United Nations Publications.

TFHTAP (Task Force on Hemispheric Transport of Air Pollution). (2007). Hemispheric transport of air pollution 2007.Convention on Long-range Transboundary Air Pollution, 17-19 October 2007, Juelich, Germany.

Thornburg, J; Rodes, CE; Lawless, PA; Williams, R. (2009). Spatial and temporal variability of outdoor coarse particulate matter mass concentrations measured with a new coarse particle sampler during the detroit exposure and aerosol research study. Atmos Environ 43: 4251-4258. http://dx.doi.org/10.1016/j.atmosenv.2009.06.026.

Tolocka, MP; Turpin, B. (2012). Contribution of organosulfur compounds to organic aerosol mass. Environ Sci Technol 46: 7978-7983. http://dx.doi.org/10.1021/es300651v.

Tuccella, P; Curci, G; Grell, GA; Visconti, G; Crumeyrolle, S; Schwarzenboeck, A; Mensah, AA. (2015). A new chemistry option in WRF-Chem v. 3.4 for the simulation of direct and indirect aerosol effects using VBS: evaluation against IMPACT-EUCAARI data. GMD 8: 2749-2776. http://dx.doi.org/10.5194/gmd-8-2749-2015.

Tuet, WY; Chen, Y; Xu, L; Fok, S; Gao, D; Weber, RJ; Ng, NL. (2017). Chemical oxidative potential of secondary organic aerosol (SOA) generated from the photooxidation of biogenic and anthropogenic volatile organic compounds. Atmos Chem Phys 17: 839-853. http://dx.doi.org/10.5194/acp-17-839-2017.

Tyler, CR; Zychowski, KE; Sanchez, BN; Rivero, V; Lucas, S; Herbert, G; Liu, J; Irshad, H; McDonald, JD; Bleske, BE; Campen, MJ. (2016). Surface area-dependence of gas-particle interactions influences pulmonary and neuroinflammatory outcomes. Part Fibre Toxicol 13: 64. http://dx.doi.org/10.1186/s12989-016-0177-x.

U.S. EPA (U.S. Environmental Protection Agency). (1996). Air quality criteria for particulate matter [EPA Report]. (EPA/600/P-95/001aF-cF. 3v). Research Triangle Park, National Center for Environmental Assessment-RTP Office NC.

U.S. EPA (U.S. Environmental Protection Agency). (1998). SLAMS/NAMS/PAMS network review guidance [EPA Report]. (EPA/454/R-98/003). Research Triangle Park, NC.

U.S. EPA (U.S. Environmental Protection Agency). (2004). Air quality criteria for particulate matter [EPA Report]. (EPA/600/P-99/002aF-bF). Research Triangle Park, NC: U.S. Environmental Protection Agency, Office of Research and Development, National Center for Environemntal Assessment- RTP Office. http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=87903.

SECTION 2.7: References

00196682

U.S. EPA (U.S. Environmental Protection Agency). (2008a). Integrated science assessment for oxides of nitrogen and sulfur: Ecological criteria [EPA Report]. (EPA/600/R-08/082F). Research Triangle Park, NC: U.S. Environmental Protection Agency, Office of Research and Development, National Center for Environmental Assessment- RTP Division. http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=201485.

U.S. EPA (U.S. Environmental Protection Agency). (2008b). Integrated science assessment for sulfur oxides: Health criteria [EPA Report]. (EPA/600/R-08/047F). Research Triangle Park, NC: U.S. Environmental Protection Agency, Office of Research and Development, National Center for Environmental Assessment-RTP. http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=198843.

U.S. EPA (U.S. Environmental Protection Agency). (2009). Integrated science assessment for particulate matter [EPA Report]. (EPA/600/R-08/139F). Research Triangle Park, NC: U.S. Environmental Protection Agency, Office of Research and Development, National Center for Environmental Assessment- RTP Division. http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=216546.

U.S. EPA (U.S. Environmental Protection Agency). (2014). Policy assessment for the review of the ozone national ambient air quality standards (pp. EPA-452/R-414-006). Research Triangle Park, NC: U.S. Environmental Protection Agency, Office of Air Quality Planning and Standards. https://www3.epa.gov/ttn/naaqs/standards/ozone/data/20140829pa.pdf.

U.S. EPA (U.S. Environmental Protection Agency). (2015a). Implementation of the 2015 Primary Ozone NAAQS: Issues associated with background ozone. White paper for discussion. Research Triangle Park, NC: U.S. Environmental Protection Agency :: U.S. EPA.

U.S. EPA (U.S. Environmental Protection Agency). (2015b). Pilot study on coarse PM monitoring [EPA Report]. (EPA-454/R-15-001). Research Triangle Park, NC: U.S. EPA Office of Air Quality Planning and Standards.

U.S. EPA (U.S. Environmental Protection Agency). (2016a). 2014 National Emissions Inventory (NEI) data. Washington, DC. Retrieved from https://www.epa.gov/air-emissions-inventories/2014-national-emissions-inventory-nei-data

U.S. EPA (U.S. Environmental Protection Agency). (2016b). Integrated review plan for the national ambient air quality standards for particulate matter [EPA Report]. (EPA-452/R-16-005). Research Triangle Park, NC. https://yosemite.epa.gov/sab/sabproduct.nsf/0/eb862b233fbd0cde85257dda004fcb8c!OpenDocument&TableRow=2.0.

U.S. EPA (U.S. Environmental Protection Agency). (2017). Integrated science assessment for sulfur oxides: Health criteria [EPA Report]. (EPA/600/R-17/451). Research Triangle Park, NC: U.S. Environmental Protection Agency, Office of Research and Development, National Center for Environmental Assessment-RTP. https://www.epa.gov/isa/integrated-science-assessment-isa-sulfur-oxides-health-criteria.

U.S. EPA (U.S. Environmental Protection Agency). (2018a). 2014 National Emissions Inventory (NEI) data (Version 2). Washington, DC. Retrieved from https://www.epa.gov/air-emissions-inventories/2014-national-emissions-inventory-nei-data

U.S. EPA (U.S. Environmental Protection Agency). (2018b). Probe and monitoring path siting criteria for ambient air quality monitoring. (40 CFR Part 58, Appendix 58, 2018). Goverment Publishing Office. https://www.ecfr.gov/cgi-bin/retrieveECFR?n=40y6.0.1.1.6#ap40.6.58_161.e.

Uno, I; Eguchi, K; Yumimoto, K; Liu, Z; Hara, Y; Sugimoto, N; Shimizu, A; Takemura, T. (2011). Large Asian dust layers continuously reached North America in April 2010. Atmos Chem Phys 11: 7333-7341. http://dx.doi.org/10.5194/acp-11-7333-2011.

Vakkari, V; Tiitta, P; Jaars, K; Croteau, P; Beukes, JP; Josipovic, M; Kerminen, VM; Kulmala, M; Venter, AD; van Zyl, PG; Worsnop, DR; Laakso, L. (2015). Reevaluating the contribution of sulfuric acid and the origin of organic compounds in atmospheric nanoparticle growth. Geophys Res Lett 42. http://dx.doi.org/10.1002/2015GL066459.

SECTION 2.7: References

00196683

van Donkelaar, A; Martin, RV; Levy, RC; da Silva, AM; Krzyzanowski, M; Chubarova, NE; Semutnikova, E; Cohen, AJ. (2011). Satellite-based estimates of ground-level fine particulate matter during extreme events: A case study of the Moscow fires in 2010. Atmos Environ 45: 6225-6232. http://dx.doi.org/10.1016/j.atmosenv.2011.07.068.

Vancuren, RA; Cahill, TA. (2002). Asian aerosols in North America: Frequency and concentration of fine dust. J Geophys Res 107: 4804. http://dx.doi.org/10.1029/2002JD002204.

Vanderpool, RW; Ellestad, TG; Harmon, MK; Hanley, TD; Scheffe, RD; Hunike, ET; Solomon, PA; Murdoch, RW; Natarajan, S; Noble, CA; Ambs, JL; Sem, GJ; Tisch, J. (2004). Multi-site evaluations of candidate methodologies for determining coarse particulate matter (PMc) concentrations [First draft] [EPA Report]. (EPA/600/A-04/059). Research Triangle Park, NC: U.S. Environmental Protection Agency.

Vanhanen, J; Mikkila, J; Lehtipalo, K; Sipila, M; Manninen, HE; Siivola, E; Petaja, T; Kulmala, M. (2011). Particle size magnifier for nano-CN detection. Aerosol Sci Technol 45: 533-542. http://dx.doi.org/10.1080/02786826.2010.547889.

Vecchi, R; Valli, G; Fermo, P; D'Alessandro, A; Piazzalunga, A; Bernardoni, V. (2009). Organic and inorganic sampling artefacts assessment. Atmos Environ 43: 1713-1720. http://dx.doi.org/10.1016/j.atmosenv.2008.12.016.

Vedantham, R; Hagler, GSW; Holm, K; Kimbrough, S; Snow, R. (2015). Adaptive decomposition of highly resolved time series into local and non-local components. Aerosol Air Qual Res 15: 1270-+. http://dx.doi.org/10.4209/aaqr.2015.02.0103.

Vehkamaki, H; Riipinen, I. (2012). Thermodynamics and kinetics of atmospheric aerosol particle formation and growth. Chem Soc Rev 41: 5160-5173. http://dx.doi.org/10.1039/c2cs00002d.

Verma, V; Ning, Z; Cho, AK; Schauer, JJ; Shafer, MM; Sioutas, C. (2009). Redox activity of urban quasi-ultrafine particles from primary and secondary sources. Atmos Environ 43: 6360-6368. http://dx.doi.org/10.1016/j.atmosenv.2009.09.019.

Verma, V; Wang, Y; El-Afifi, R; Fang, T; Rowland, J; Russell, AG; Weber, RJ. (2015). Fractionating ambient humic-like substances (HULIS) for their reactive oxygen species activity - Assessing the importance of quinones and atmospheric aging. Atmos Environ 120: 351-359. http://dx.doi.org/10.1016/j.atmosenv.2015.09.010.

Viana, M; Rivas, I; Querol, X; Alastuey, A; Alvarez-Pedrerol, M; Bouso, L; Sioutas, C; Sunyer, J. (2015). Partitioning of trace elements and metals between quasi-ultrafine, accumulation and coarse aerosols in indoor and outdoor air in schools. Atmos Environ 106: 392-401. http://dx.doi.org/10.1016/j.atmosenv.2014.07.027.

Vogel, AL; Schneider, J; Müller-Tautges, C; Phillips, GJ; Pöhlker, ML; Rose, D; Zuth, C; Makkonen, U; Hakola, H; Crowley, JN; Andreae, MO; Pöschl, U; Hoffmann, T. (2016). Aerosol chemistry resolved by mass spectrometry: Linking field measurements of cloud condensation nuclei activity to organic aerosol composition. Environ Sci Technol. http://dx.doi.org/10.1021/acs.est.6b01675.

Vu, TV; Delgado-Saborit, JM; Harrison, RM. (2015). Review: Particle number size distributions from seven major sources and implications for source apportionment studies. Atmos Environ 122: 114-132. http://dx.doi.org/10.1016/j.atmosenv.2015.09.027.

Vukovic, A; Vujadinovic, M; Pejanovic, G; Andric, J; Kumjian, MR; Djurdjevic, V; Dacic, M; Prasad, AK; El-Askary, HM; Paris, BC; Petkovic, S; Nickovic, S; Sprigg, WA. (2014). Numerical simulation of "an American haboob". Atmos Chem Phys 14: 3211-3230. http://dx.doi.org/10.5194/acp-14-3211-2014.

Wagner, J; Casuccio, G. (2014). Spectral imaging and passive sampling to investigate particle sources in urban desert regions. Environ Sci Process Impacts 16: 1745-1753. http://dx.doi.org/10.1039/c4em00123k.

Wang, Y; Hopke, PK; Chalupa, DC; Utell, MJ. (2011). Long-term study of urban ultrafine particles and other pollutants. Atmos Environ 45: 7672-7680. http://dx.doi.org/10.1016/j.atmosenv.2010.08.022.

Wang, Y; Hopke, PK; Utell, MJ. (2012). Urban-scale seasonal and spatial variability of ultrafine particle number concentrations. Water Air Soil Pollut 223: 2223-2235. http://dx.doi.org/10.1007/s11270-011-1018-z.

SECTION 2.7: References

00196684

Wang, Y; Xie, Y; Cai, L; Dong, W; Zhang, Q; Zhang, L. (2015). Impact of the 2011 southern US drought on ground-level fine aerosol concentration in summertime. J Atmos Sci 72: 1075-1093. http://dx.doi.org/10.1175/JAS-D-14-0197.1.

Watson, JG; Chow, JC; Chen, LW; Frank, NH. (2009). Methods to assess carbonaceous aerosol sampling artifacts for IMPROVE and other long-term networks. J Air Waste Manag Assoc 59: 898-911. http://dx.doi.org/10.3155/1047-3289.59.8.898.

Weakley, AT; Takahama, S; Dillner, AM. (2016). Ambient aerosol composition by infrared spectroscopy and partial least-squares in the chemical speciation network: Organic carbon with functional group identification. Aerosol Sci Technol 50: 1096-1114. http://dx.doi.org/10.1080/02786826.2016.1217389.

Weber, RJ; Guo, H; Russell, AG; Nenes, A. (2016). High aerosol acidity despite declining atmospheric sulfate concentrations over the past 15 years. Nat Geosci 9: 282-285. http://dx.doi.org/10.1038/NGEO2665.

Weber, RJ; Sullivan, A; Peltier, RE; Russell, A; Yan, B; Zheng, M; de Gouw, J; Warneke, C; Brock, C; Holloway, JS; Atlas, EL; Edgerton, E. (2007). A study of secondary organic aerosol formation in the anthropogenic-influenced southeastern United States. J Geophys Res Atmos 112. http://dx.doi.org/10.1029/2007JD008408.

Weinstock, L. (2012). Putting multipollutant monitoring into practice: EPA's NCore network. EM Magazine May 2012: 26-31.

Welz, O; Savee, JD; Osborn, DL; Vasu, SS; Percival, CJ; Shallcross, DE; Taatjes, CA. (2012). Direct kinetic measurements of Criegee intermediate (CHOO) formed by reaction of CHI with O. Science 335: 204-207. http://dx.doi.org/10.1126/science.1213229.

Westervelt, DM; Pierce, JR, JR; Adams, PJ. (2014). Analysis of feedbacks between nucleation rate, survival probability and cloud condensation nuclei formation. Atmos Chem Phys 14: 5577-5597. http://dx.doi.org/10.5194/acp-14-5577-2014.

Whitby, KT. (1978). The physical characteristics of sulfur aerosols. Atmos Environ 12: 135-159. http://dx.doi.org/10.1016/0004-6981(78)90196-8.

Whitby, KT; Husar, RB; Liu, BYH. (1972). The aerosol size distribution of Los Angeles smog. J Colloid Interface Sci 39: 177-204.

Whitefield, PD; Lobo, P; Hagen, DE; Taylor, C; Ratliff, G; Lukachko, S; Sequeira, C; Hileman, J; Waitz, I; Webb, S; Thrasher, TG; Ohsfeldt, MR; Kaing, HK; Essama, SC. (2008). Summarizing and interpreting aircraft gaseous and particulate emissions data. ACRP Report 9. Washington, D.C.: Transportation Research Board of the National Academies. http://dx.doi.org/10.17226/14197.

Whiteman, CD; Hoch, SW; Horel, JD; Charland, A. (2014). Relationship between particulate air pollution and meteorological variables in Utah's Salt Lake Valley. Atmos Environ 94: 742-753. http://dx.doi.org/10.1016/j.atmosenv.2014.06.012.

Wiedensohler, A; Birmili, W; Nowak, A; Sonntag, A; Weinhold, K; Merkel, M; Wehner, B; Tuch, T; Pfeifer, S; Fiebig, M; Fjaraa, AM; Asmi, E; Sellegri, K; Depuy, R; Venzac, H; Villani, P; Laj, P; Aalto, P; Ogren, JA; Swietlicki, E; Williams, P; Roldin, P; Quincey, P; Hueglin, C; Fierz-Schmidhauser, R; Gysel, M; Weingartner, E; Riccobono, F; Santos, S; Gruening, C; Faloon, K; Beddows, D; Harrison, RM; Monahan, C; Jennings, SG; O'Dowd, CD; Marinoni, A; Horn, HG; Keck, L; Jiang, J; Scheckman, J; McMurry, PH; Deng, Z; Zhao, CS; Moerman, M; Henzing, B; de Leeuw, G; Loeschau, G; Bastian, S. (2012). Mobility particle size spectrometers: harmonization of technical standards and data structure to facilitate high quality long-term observations of atmospheric particle number size distributions. Atmos Meas Tech 5: 657-685. http://dx.doi.org/10.5194/amt-5-657-2012.

Wiedensohler, A; Cheng, YF; Nowak, A; Wehner, B; Achtert, P; Berghof, M; Birmili, W; Wu, ZJ; Hu, M; Zhu, T; Takegawa, N; Kita, K; Kondo, Y; Lou, S. R.; Hofzumahaus, A; Holland, F; Wahner, A; Gunthe, SS; Rose, D; Su, H; Poeschl, U. (2009). Rapid aerosol particle growth and increase of cloud condensation nucleus activity by secondary aerosol formation and condensation: A case study for regional air pollution in northeastern China. J Geophys Res 114: D00G08. http://dx.doi.org/10.1029/2008JD010884.

SECTION 2.7: References

00196685

Wilson, WE; Suh, HH. (1997). Fine particles and coarse particles: Concentration relationships relevant to epidemiologic studies. J Air Waste Manag Assoc 47: 1238-1249. http://dx.doi.org/10.1080/10473289.1997.10464074.

Wong, DC; Pleim, J; Mathur, R; Binkowski, F; Otte, T; Gilliam, R; Pouliot, G; Xiu, A; Young, JO; Kang, D. (2012). WRF-CMAQ two-way coupled system with aerosol feedback: Software development and preliminary results. GMD 5: 299-312. http://dx.doi.org/10.5194/gmd-5-299-2012.

Woodward, NC; Pakbin, P; Saffari, A; Shirmohammadi, F; Haghani, A; Sioutas, C; Cacciottolo, M; Morgan, TE; Finch, CE. (2017). Traffic-related air pollution impact on mouse brain accelerates myelin and neuritic aging changes with specificity for CA1 neurons. Neurobiol Aging 53: 48-58. http://dx.doi.org/10.1016/j.neurobiolaging.2017.01.007.

Woody, MC; Baker, KR; Hayes, PL; Jimenez, JL; Koo, B; Pye, HOT. (2016). Understanding sources of organic aerosol during CalNex-2010 using the CMAQ-VBS. Atmos Chem Phys 16: 4081-4100.

Xie, M; Coons, TL; Dutton, SJ; Milford, JB; Miller, SL; Peel, JL; Vedal, S; Hannigan, MP. (2012). Intra-urban spatial variability of PM2.5-bound carbonaceous components. Atmos Environ 60: 486-494. http://dx.doi.org/10.1016/j.atmosenv.2012.05.041.

Xing, J; Mathur, R; Pleim, J; Hogrefe, C; Gan, CM; Wong, DC; Wei, C; Gilliam, R; Pouliot, G. (2015). Observations and modeling of air quality trends over 1990-2010 across the Northern Hemisphere: China, the United States and Europe. Atmos Chem Phys 15: 2723-2747. http://dx.doi.org/10.5194/acp-15-2723-2015.

Yanosky, JD; Paciorek, CJ; Laden, F; Hart, JE; Puett, RC; Liao, D; Suh, HH. (2014). Spatio-temporal modeling of particulate air pollution in the conterminous United States using geographic and meteorological predictors. Environ Health 13: 63. http://dx.doi.org/10.1186/1476-069X-13-63.

Yanosky, JD; Paciorek, CJ; Suh, HH. (2009). Predicting chronic fine and coarse particulate exposures using spatiotemporal models for the northeastern and midwestern United States. Environ Health Perspect 117: 522-529. http://dx.doi.org/10.1289/ehp.11692.

Yasmeen, F; Vermeylen, R; Szmigielski, R; Iinuma, Y; Boege, O; Herrmann, H; Maenhaut, W; Claeys, M. (2010). Terpenylic acid and related compounds: precursors for dimers in secondary organic aerosol from the ozonolysis of alpha- and beta-pinene. Atmos Chem Phys 10: 9383-9392. http://dx.doi.org/10.5194/acp-10-9383-2010.

Ying, Q; Li, J; Kota, SH. (2015). Significant contributions of isoprene to summertime secondary organic aerosol in eastern United States. Environ Sci Technol 49: 7834-7842. http://dx.doi.org/10.1021/acs.est.5b02514.

Yli-Juuti, T; Nieminen, T; Hirsikko, A; Aalto, PP; Asmi, E; Horrak, U; Manninen, HE; Patokoski, J; Dal Maso, M; Petaja, T; Rinne, J; Kulmala, M; Riipinen, I. (2011). Growth rates of nucleation mode particles in Hyytiala during 2003-2009: variation with particle size, season, data analysis method and ambient conditions. Atmos Chem Phys 11: 12865-12886. http://dx.doi.org/10.5194/acp-11-12865-2011.

Young, DE; Kim, H; Parworth, C; Zhou, S; Zhang, X; Cappa, CD; Seco, R; Kim, S; Zhang, Q. (2016). Influences of emission sources and meteorology on aerosol chemistry in a polluted urban environment: results from DISCOVER-AQ California. Atmos Chem Phys 16: 5427-5451. http://dx.doi.org/10.5194/acp-16-5427-2016.

Yu, F. (2010). Ion-mediated nucleation in the atmosphere: Key controlling parameters, implications, and look-up table. J Geophys Res Atmos 115. http://dx.doi.org/10.1029/2009JD012630.

Yu, H; Chin, M; Bian, H; Yuan, T; Prospero, JM; Omar, AH; Remer, LA; Winker, DM; Yang, Y; Zhang, Y; Zhang, Z. (2015). Quantification of trans-Atlantic dust transport from seven-year (2007-2013) record of CALIPSO lidar measurements. Rem Sens Environ 159: 232-249. http://dx.doi.org/10.1016/j.rse.2014.12.010.

Yu, H; Remer, LA; Chin, M; Bian, H; Kleidman, RG; Diehl, T. (2008). A satellite-based assessment of transpacific transport of pollution aerosol. J Geophys Res 113: 1-15. http://dx.doi.org/10.1029/2007JD009349.

SECTION 2.7: References

00196686

Yu, L; Smith, J; Laskin, A; Anastasio, C; Laskin, J; Zhang, Q. (2014a). Chemical characterization of SOA formed from aqueous-phase reactions of phenols with the triplet excited state of carbonyl and hydroxyl radical. Atmos Chem Phys 14: 13801-13816. http://dx.doi.org/10.5194/acp-14-13801-2014.

Yu, L; Smith, J; Laskin, A; George, KM; Anastasio, C; Laskin, J; Dillner, AM; Zhang, Q. (2016). Molecular transformations of phenolic SOA during photochemical aging in the aqueous phase: competition among oligomerization, functionalization, and fragmentation. Atmos Chem Phys 16: 4511-4527. http://dx.doi.org/10.5194/acp-16-4511-2016.

Yu, S; Mathur, R; Pleim, J; Wong, D; Gilliam, R; Alapaty, K; Zhao, C; Liu, X. (2014b). Aerosol indirect effect on the grid-scale clouds in the two-way coupled WRF-CMAQ: model description, development, evaluation and regional analysis. Atmos Chem Phys 14: 11247-11285. http://dx.doi.org/10.5194/acp-14-11247-2014.

Yue, D; Hu, M; Wu, Z; Wang, Z; Guo, S; Wehner, B; Nowak, A; Achtert, P; Wiedensohler, A; Jung, J; Kim, YJ; Liu, S. (2009). Characteristics of aerosol size distributions and new particle formation in the summer in Beijing. J Geophys Res 114: D00G12. http://dx.doi.org/10.1029/2008JD010894.

Yumimoto, K; Takemura, T. (2015). Long-term inverse modeling of Asian dust: Interannual variations of its emission, transport, deposition, and radiative forcing : Supplemental materials [Supplemental Data]. J Geophys Res Atmos 120: 1582-1607.

Zhang, H; Hu, D; Chen, J; Ye, X; Wang, S; Hao, JM; Wang, L; Zhang, R; An, Z. (2011a). Particle size distribution and polycyclic aromatic hydrocarbons emissions from agricultural crop residue burning. Environ Sci Technol 45: 5477-5482. http://dx.doi.org/10.1021/es1037904.

Zhang, H; Liu, H; Davies, KJ; Sioutas, C; Finch, CE; Morgan, TE; Forman, HJ. (2012a). Nrf2-regulated phase II enzymes are induced by chronic ambient nanoparticle exposure in young mice with age-related impairments. Free Radic Biol Med 52: 2038-2046. http://dx.doi.org/10.1016/j.freeradbiomed.2012.02.042.

Zhang, Q; Jimenez, JL; Canagaratna, MR; Allan, JD; Coe HL Ulbrich, I; Alfarra, MR; Takami, A; Middlebrook, AM; Sun, YL; Dzepina, K; Dunlea, E; Docherty, K; Decarlo, PF; Salcedo, D; Onasch, T; Jayne, J. R.; Miyoshi, T; Shimono, A; Hatakeyama, S; Takegawa, N; Kondo, Y; Schneider, J; Drewnick, F; Borrmann, S; Weimer, S; Demerjian, K; Williams, P; Bower, K; Bahreini, R; Cottrell, L; Griffin, RJ; Rautiainen, J; Sun, J. R.; Zhang, YM; Worsnop, DR. (2007). Ubiquity and dominance of oxygenated species in organic aerosols in anthropogenically-influenced Northern Hemisphere midlatitudes. Geophys Res Lett 34: L13801. http://dx.doi.org/10.1029/2007GL029979.

Zhang, R; Khalizov, A; Wang, L; Hu, M; Xu, W. (2012b). Nucleation and growth of nanoparticles in the atmosphere. Chem Rev 112: 1957-2011. http://dx.doi.org/10.1021/cr2001756.

Zhang, X; Kim, H; Parworth, CL; Young, DE; Zhang, Q; Metcalf, AR; Cappa, CD. (2016). Optical properties of wintertime aerosols from residential wood burning in Fresno, CA: Results from DISCOVER-AQ 2013. Environ Sci Technol 50: 1681-1690. http://dx.doi.org/10.1021/acs.est.5b04134.

Zhang, YM; Zhang, XY; Sun, JY; Lin, WL; Gong, SL; Shen, XJ; Yang, S. (2011b). Characterization of new particle and secondary aerosol formation during summertime in Beijing, China. Tellus B Chem Phys Meteorol 63: 382-394. http://dx.doi.org/10.1111/j.1600-0889.2011.00533.x.

Zhao, Y; Hennigan, CJ; May, AA; Tkacik, DS; de Gouw, JA; Gilman, JB; Kuster, WC; Borbon, A; Robinson, AL. (2014). Intermediate-volatility organic compounds: a large source of secondary organic aerosol. Environ Sci Technol 48: 13743-13750. http://dx.doi.org/10.1021/es5035188.

Zhu, Y; Hinds, WC. (2002). Concentration and size distribution of ultrafine particles near a major highway. J Air Waste Manag Assoc 52: 1032-1042.

Zou, B; Wilson, JG; Zhan, FB; Zeng, YN. (2009). Spatially differentiated and source-specific population exposure to ambient urban air pollution. Atmos Environ 43: 3981-3988. http://dx.doi.org/10.1016/j.atmosenv.2009.05.022.

SECTION 2.7: References

00196687

# CHAPTER 3     EXPOSURE TO AMBIENT PARTICULATE MATTER

*Overall Conclusions Regarding Exposure to Ambient Particulate Matter (PM)*

- Recent and existing evidence indicate that exposure error typically produces *underestimation* of health effects in epidemiologic studies of short-term and long-term PM exposure. Bias away from the null can sometimes occur for long-term exposure studies if a monitor or model underestimates population exposure.
- New developments in PM exposure assessment methods, including hybrid spatiotemporal models that incorporate satellite observations of aerosol optical depth (AOD), land use variables, surface monitoring data from Federal Reference Methods (FRMs), and/or chemical transport models (CTMs), have reduced bias and uncertainty in health effect estimates by improving the spatial resolution and accuracy of exposure predictions.
- High correlations of $PM_{2.5}$ with some gaseous copollutants necessitate evaluation of the impact of confounding on health effect estimates.
- There is typically more uncertainty for health effect estimates for exposure to $PM_{10-2.5}$ and ultrafine particles (UFPs), because their concentrations tend to be more spatially variable than $PM_{2.5}$ concentrations and concentration data for $PM_{10-2.5}$ and UFPs are less frequently available and/or more uncertain.

## 3.1     Introduction

Exposure assessment of ambient PM builds on the discussion of concentration characterization and atmospheric chemistry presented in Chapter 2. The primary conclusions from Chapter 2 were that (1) $PM_{2.5}$ concentrations continue to decrease over time, with few areas now exceeding the level of the current NAAQS; (2) on average sulfates make up a decreasing proportion of total $PM_{2.5}$, including in the eastern half of the country, where it has historically been a large portion of $PM_{2.5}$; (3) $PM_{10-2.5}$ contributes most substantially to $PM_{10}$ in the southwestern U.S. but is highly variable across urban areas; and (4) substantial uncertainty still exists regarding UFP sources, composition, and concentrations.

This chapter presents new developments in exposure assessment methodology and interpretation of epidemiologic study results. The chapter describes concepts and terminology relating to exposure (Section 3.2), methodological considerations for using exposure data (Section 3.3), and exposure assessment and interpretation of epidemiologic study results (Section 3.4). It focuses on the ambient component of personal exposure to PM, because the NAAQS pertains to ambient PM. However, studies using total personal PM measurements or indoor PM concentrations to represent exposure can also provide information for understanding the relationship between exposure and health effects, so they are included as supporting evidence if ambient PM exposure can be deduced from the information provided in those studies. This chapter also focuses on studies of exposure within the general population. Exposure of groups potentially at increased risk of PM-related health effects (e.g., based on socioeconomic status or

SECTION 3.1: Introduction

00196688

race) is addressed in Chapter 12. Intake of PM based on ventilation rate, and in relation to physical activity, is described in Chapter 4. The information provided in this chapter will be used to help interpret the evidence for the health effects of PM exposure presented in the health chapters that follow (Chapter 5, Chapter 6, Chapter 7, Chapter 8, Chapter 9, Chapter 10, and Chapter 11).

## 3.2    Conceptual Overview of Human Exposure

The 2009 PM ISA (U.S. EPA, 2009b) provided a conceptual model of exposure that made a distinction between ambient PM exposure and total personal exposure. It illustrated that exposure is integrated over time and across the microenvironments in which a person spends time. It also introduced the concept of an infiltration factor that depends on both the penetration of PM indoors and the ventilation and deposition characteristics that influence indoor PM concentration. That discussion is currently updated and presented in Section 3.2.2.

This ISA contains two new sections to orient the reader to concepts relevant to exposure. Section 3.2.1 introduces terminology that is used throughout the chapter when describing exposure assessment studies. Section 3.2.3 highlights the aspects of exposure assessment that are particularly relevant to PM.

### 3.2.1    Exposure Terminology

A variety of metrics and terms are used to characterize air pollution exposure. They are described here at the beginning of the chapter to provide clarity for the subsequent discussion.

The *concentration* of PM is defined as the mass of the pollutant in a given volume of air (e.g., $\mu g/m^3$). Concentrations observed in outdoor locations accessible to the public are referred to as ambient concentrations. The term *exposure* refers to contact at the interface of the breathing zone with the ambient concentration of a specific pollutant over a certain period of time (Zartarian et al., 2005), in single or multiple locations. For example, contact with a concentration of 10 $\mu g/m^3$ PM$_{2.5}$ for 1 hour would be referred to as a 1-hour exposure to 10 $\mu g/m^3$ PM$_{2.5}$, and 10 $\mu g/m^3$ is referred to as the *exposure concentration*. For simplicity, when describing exposure concentrations used in epidemiologic studies, they are referred to simply as *exposures*. As discussed in Chapter 4, *dose* incorporates the concept of intake into the body (via inhalation).

A location where exposure occurs is referred to as a *microenvironment*, and an individual's daily exposure consists of the time-integrated concentrations in each of the microenvironments visited during the day. Ambient air pollution may penetrate indoors (see Section 3.4.1.1 on infiltration), where it combines with air pollution from indoor sources (*nonambient air pollution*) to produce the total measured indoor concentration. Exposure to the ambient fraction of total indoor concentrations, together with

exposure to ambient concentrations in outdoor microenvironments like parks, yards, sidewalks, and locations where bicycles or motorcycles are used, is referred to as ambient exposure (Wilson et al., 2000). *Total personal exposure to ambient PM* is the concentration of PM emitted from ambient sources or formed in the atmosphere that an individual encounters over a given time. This type of exposure differs from overall total personal exposure, which may also include exposure to nonambient air pollution. Personal exposure to ambient PM is influenced by several factors, including:

- Time activity in different microenvironments (e.g., vehicle, residence, workplace, outdoor);
- Climate (e.g., weather, season);
- Characteristics of indoor microenvironments (e.g., window openings, draftiness, air conditioning); and
- Microenvironmental emission sources (e.g., roadways, construction equipment, indoor gas stoves) and concentrations.

Because personal exposures are not routinely measured, the term *exposure surrogate* is used in this chapter to describe a quantity meant to estimate or represent exposure, such as $PM_{2.5}$ concentration measured at an ambient monitor (Sarnat et al., 2000). A *fixed-site monitor* (i.e., a monitor with a fixed position) is a type of *ambient monitor* used to estimate population average concentrations and their trends over neighborhood and urban scales for epidemiologic studies.

When surrogates are used for estimating exposure in epidemiologic studies, exposure error or exposure misclassification can result. *Exposure error* refers to the bias and uncertainty associated with using concentration metrics to represent the actual exposure of an individual or population (Lipfert and Wyzga, 1996). Exposure misclassification refers to exposure error that occurs when exposure conditions such as location, timing, or population grouping are incorrectly assigned. *Exposure misclassification* due to exposure assignment methods and spatial and temporal variability in pollutant concentrations may be either differential (i.e., systematic), or nondifferential (i.e., random). *Differential misclassification* refers to the situation in which exposure errors differ between groups. An example of differential misclassification is the use of geocoding to estimate air pollution exposure by proximity to roadways, because concentrations decrease with distance from roadways and are different upwind and downwind of a major roadway (Lane et al., 2013; Singer et al., 2004). *Nondifferential misclassification* refers to the situation in which exposure characterization has a similar probability of being misclassified across groups.

Exposure misclassification and exposure error can result in bias and reduced precision of the effect estimate in epidemiologic studies. *Bias* refers to the difference between the measured population average and true exposure, while precision is a measure of the variation of measurement error in the population (Armstrong et al., 1992). Bias toward the null, or attenuation of the effect estimate, indicates an underestimate of the magnitude of the effect; it is characteristic of nondifferential measurement error. Bias away from the null can occur through differential exposure measurement error, which may occur

SECTION 3.2: Conceptual Overview of Human Exposure

00196690

when a person or group of persons located far away are assigned an exposure measure based on measurements at a fixed-site monitor located close to a source (Armstrong et al., 1992).

Exposure error has two components: (1) exposure measurement error derived from uncertainty in the metric being used to represent exposure and (2) error arising from the use of a surrogate parameter of interest in the epidemiologic study instead of the true exposure, which may be unobservable. *Classical error* is defined as error scattered around the true personal exposure and independent of the measured exposure. Classical error results in bias of the epidemiologic health effect estimate. Because variation in the measurements tends to be greater than variation in the true exposures, classical error typically biases the health effect estimate towards the null (no effect of the exposure). This would cause the health effect estimate to be underestimated. Classical error can also cause inflation or reduction of the standard error of the health effect estimate. For example, classical error may occur when a fixed-site monitor measuring concentration is imprecise. *Berkson error* is defined as error scattered around the measured exposure surrogate (in most cases, the ambient monitoring measurement) and independent of the true exposure (Goldman et al., 2011; Reeves et al., 1998). Pure Berkson error is not expected to bias the health effect estimate. For example, Berkson error may occur when personal monitors used in a panel study capture ambient and nonambient exposures, when the objective of the study is to evaluate the effect of ambient exposures on health and the ambient and nonambient exposures are independent of each other.

Definitions for *classical-like* and *Berkson-like errors* were developed for modeled exposures. These errors depend on how exposure metrics are averaged across space. Classical-like errors can add variability to predicted exposures and can bias health effect estimates in a manner similar to pure classical errors, but they differ from pure classical errors in that the variability in estimated exposures is also not independent across space. Szpiro et al. (2011a) defined Berkson-like and classical-like errors as errors sharing some characteristics with Berkson and classical errors, respectively, but with some differences. Specifically, Berkson-like errors occur when the modeled exposure does not capture all of the variability in the true exposure. Berkson-like errors increase the variability around the health effect estimate in a manner similar to pure Berkson error, but Berkson-like errors are spatially correlated and not independent of predicted exposures, unlike pure Berkson errors. Berkson-like error can lead to bias of the health effect estimate in either direction (Szpiro and Paciorek, 2013).

The influence of these types of exposure errors on health effect estimates for specific short-term and long-term exposure study designs is evaluated in Section 3.4.5. This review of the influence of error on exposure estimates used in epidemiologic studies provides information to evaluate confounding and other biases and uncertainties when considering the health effects evidence in Chapter 5, Chapter 6, Chapter 7, Chapter 8, Chapter 9, Chapter 10, and Chapter 11.

00196691

### 3.2.2    Conceptual Model of Total Personal Exposure

A conceptual model of personal exposure is presented to highlight measurable quantities and the uncertainties that exist in this framework. An individual's time-integrated total exposure to PM can be described based on a compartmentalization of the person's activities throughout a given time period:

$$E_T = \int_1^n C_j dt$$

**Equation 3-1**

where $E_T$ = total exposure over a time period of interest, $C_j$ = airborne PM concentration at microenvironment $j$, $n$ = total number of microenvironments, and $dt$ = portion of the time period spent in microenvironment $j$. Total exposure ($E_T$) can be decomposed into a model that accounts for exposure to PM of ambient ($E_a$) and nonambient ($E_{na}$) origin of the form:

$$E_T = E_a + E_{na}$$

**Equation 3-2**

Indoor combustion, such as cooking, smoking, or candle burning, as well as cleaning, and other activities are nonambient sources of PM (see Section 3.4.1.2, indoor-outdoor [I/O] relationships on indoor PM) that are specific to individuals and result in variable nonambient exposures across the population. Assuming steady-state outdoor conditions, $E_a$ can be expressed in terms of the fraction of time spent in various outdoor and indoor microenvironments (U.S. EPA, 2006; Wilson et al., 2000):

$$E_a = \Sigma f_o C_o + \Sigma f_i F_{inf,i} C_{o,i}$$

**Equation 3-3**

where $f_o$ = fraction of the relevant time period (equivalent to $dt$ in Equation 3-1) in outdoor microenvironments; $f_i$ = fraction of the relevant time period (equivalent to $dt$ in Equation 3-1) in indoor microenvironments; $C_o$ = PM concentration in outdoor microenvironments; $C_{o,i}$ = PM concentration in outdoor microenvironments adjacent to an indoor microenvironment $i$; and $F_{inf,i}$ = infiltration factor for indoor microenvironment $i$. Equation 3-3 is subject to the constraint $\Sigma f_o + \Sigma f_i = 1$ to reflect the total exposure over a specified time period, and each term on the right-hand side of the equation has a summation because it reflects various microenvironmental exposures. Here, "indoors" refers to being inside any aspect of the built environment, (e.g., homes, schools, office buildings, enclosed vehicles [automobiles, trains, buses], and/or recreational facilities [movie theaters, restaurants, bars]), while "outdoors" refers to outdoor microenvironments (e.g., parks, yards, sidewalks, and locations where bicycles or motorcycles are used). Assuming steady state ventilation conditions, the infiltration factor ($F_{inf}$) is a function of the penetration ($P$) of PM into the microenvironment, the air exchange rate ($a$) of the microenvironment, and the rate of PM loss ($k$) in the microenvironment:

00196692

$$F_{inf} = \frac{Pa}{(a+k)}$$

<div align="right">**Equation 3-4**</div>

In epidemiologic studies, the ambient PM concentration, $C_a$, is often used in lieu of outdoor microenvironmental data to represent these exposures based on the availability of data. Thus, it is often assumed that $C_o = C_a$ and that the fraction of time spent outdoors can be expressed cumulatively as $f_o$; the indoor terms still retain a summation because infiltration differs for different microenvironments. If an epidemiologic study employs only $C_a$, then it is assumed that exposure to ambient PM, $E_a$ given in Equation 3-3, is re-expressed solely as a function of $C_a$:

$$E_a = \left(f_o + \Sigma f_i F_{inf,i}\right)C_a$$

<div align="right">**Equation 3-5**</div>

Equation 3-5 encapsulates several facets of the relationship between ambient concentration and $E_a$. First, $C_a$ represents all ambient PM concentrations combined. Measurements and models to quantify $C_a$ may assign one uniform PM concentration in the region of study (e.g., Section 3.3.1.1), or $C_a$ might be modeled to represent how it varies outdoors across space (Section 3.4.2.2). Second, exposure is related to both the concentration encountered and the time spent in a given microenvironment. Outdoor exposure is directly influenced by ambient concentration and time spent outdoors. Indoor exposure occurs where infiltration of ambient PM into the envelope of an enclosed space (e.g., building, bus) likely reduces ambient PM exposure by filtering out a fraction of the ambient PM, but the influence of ambient concentration and time of exposure is still present. The sum of indoor and outdoor exposure to ambient PM to constitutes total ambient PM exposure, $E_a$. Further combining these factors with human activity level influences dose (Section 4.1.7).

Certain factors influence whether Equation 3-5 is a reasonable approximation for Equation 3-3, including the spatial variability of outdoor PM concentrations due to spatial distribution of sources, meteorology, topography, oxidation rates, and the design of the epidemiologic study. These equations also assume steady-state microenvironmental concentrations. Errors and uncertainties inherent in using Equation 3-5 in lieu of Equation 3-3 are described in Section 3.4. with respect to implications for interpreting epidemiologic studies. Epidemiologic studies often use concentration measured at an ambient monitor to represent ambient concentration; thus $\alpha$, the ratio between personal exposure to ambient PM and the ambient concentration of PM, is defined as:

$$\alpha = \frac{E_a}{C_a}$$

<div align="right">**Equation 3-6**</div>

Combining Equation 3-5 and Equation 3-6 yields:

SECTION 3.2: Conceptual Overview of Human Exposure

00196693

$$\alpha = f_o + \Sigma f_i F_{inf,i}$$

**Equation 3-7**

where $\alpha$ varies between 0 and 1. If a person's exposure occurs in a single microenvironment, the ambient component of the microenvironmental PM concentration can be represented as the product of the ambient concentration and $F_{inf}$. Time-activity data and corresponding estimates of $F_{inf}$ for each microenvironmental exposure are needed to compute an individual's $\alpha$ with accuracy (U.S. EPA, 2006). In epidemiologic studies, $\alpha$ is assumed to be constant in the absence of time-activity data and estimates of $F_{inf}$, which can vary spatially (between homes) and temporally (within a home) based on building and meteorology-related air exchange characteristics.

The conceptual model presented in Equation 3-1 through Equation 3-7 establishes a framework for considering the influence of exposure measurement error on statistical models used in epidemiologic studies. Exposure measurement error occurs when there is an absence of information for the variables in this framework, so assumptions must be made regarding ambient exposures. If important local outdoor sources and sinks exist but are not captured by ambient monitors, then the ambient component of the local outdoor concentration may be estimated using dispersion models, land use regression (LUR) models, chemical transport models (CTMs), satellite data, or some combination of these techniques, which are described in Section 3.3.2.

### 3.2.3    Exposure Considerations Specific to Particulate Matter

The inhalation exposure route relevant for PM is influenced by sources, chemistry, particle size distribution, meteorology, and ambient concentrations, as described in detail in Chapter 2 and briefly summarized here.

The polydisperse size distribution (Section 2.2) and composition (Section 2.3) of PM interact to influence several aspects of exposure. UFP dominates the number concentration (NC) distribution of PM, while $PM_{2.5}$ typically dominates the mass distribution. Combustion via energy production, mobile sources, and industrial processes is the main primary anthropogenic source of UFP and $PM_{2.5}$. Brake, tire, and clutch wear can also contribute to primary UFP, $PM_{2.5}$, and $PM_{10-2.5}$. Secondary production of $NO_3^-$, $NH_4^+$, and $SO_4^{2-}$ are also major contributors to $PM_{2.5}$, and the magnitude of those contributions varies by region, time of day, and season. UFP will also grow to the accumulation mode following emissions on timescales of hours to days. Road and construction dust are important anthropogenic sources of $PM_{10-2.5}$ in urban areas, while agricultural dust is an anthropogenic source of $PM_{10-2.5}$ in rural areas. Biogenic $PM_{10-2.5}$ from pollen can also be a substantial contributor to overall $PM_{10-2.5}$.

The size distribution influences transport and dispersion of PM, therefore affecting spatial and temporal variability of PM concentration and hence exposure (U.S. EPA, 2009b). UFP has a short lifetime because it either readily evaporates or undergoes rapid growth into the accumulation mode via

00196694

agglomeration of UFP into larger particles, condensation or adsorption of vapors onto UFP, or reaction of gases in or on the particles (Section 2.2). $PM_{2.5}$ will tend to follow the wind unless evaporating, participating in a surface reaction, and/or agglomerating to a larger size. Particle growth may enhance deposition. $PM_{10-2.5}$ in dust can settle out of the air at a faster rate than $PM_{2.5}$. Resuspension by vehicle-generated turbulence, tire motion, or other activities may occur for particles of any size but are more likely for $PM_{10-2.5}$, which forms more readily via mechanical generation (Section 2.3.3). Consequently, spatial and temporal variability of PM concentration tends to be greater for UFP and $PM_{10-2.5}$ compared with $PM_{2.5}$ (Section 2.5).

Size distribution also affects what fraction of the ambient air penetrates indoors (U.S. EPA, 2009b). Because $PM_{2.5}$ more easily changes direction, more $PM_{2.5}$ tends to infiltrate indoors compared with $PM_{10-2.5}$, which impacts onto building envelope surfaces more easily. UFP is more likely to diffuse onto building envelope surfaces than $PM_{2.5}$, so a lower proportion of UFP is likely to infiltrate indoors compared with $PM_{2.5}$.

In summary, variability and uncertainties in accounting for PM emissions, chemistry, transport, and dispersion (noted here and described in detail in Chapter 2) leads to variability and uncertainties in estimates of concentrations. For PM, uncertainties extend to characterization of the statistical distribution of particles by size and concentration (spatially and temporally). Because they have shorter lifetimes compared with $PM_{2.5}$, spatial and temporal variability is more pronounced for the lower (UFP) and upper ($PM_{10-2.5}$) segments of the particle size distribution compared with the accumulation mode ($PM_{2.5}$). Such uncertainties may complicate estimation of concentrations using models such as CTMs (Section 3.3.2.4) or satellite-based methods where a relationship between $PM_{2.5}$ and surface measurements is derived (Section 3.3.3). Errors associated with these factors are described further in Section 3.4.2, and the effects of error on epidemiologic study results is considered in Section 3.4.5.

## 3.3     Methodological Considerations for Use of Exposure Data and Models

This section describes methods for estimating human exposure to PM, along with their strengths and limitations. The 2009 PM ISA (U.S. EPA, 2009b) presented information about ambient and personal monitoring, as well as modeling approaches including LUR, CTM, and dispersion models. The current ISA extends that presentation by updating the assessment with a discussion of new methodology and a more detailed consideration of features, strengths, and limitations of measurement and modeling techniques for PM exposure assessment.

For epidemiologic analyses, accurately assigning air pollutant exposures to individuals is difficult given the limited spatial and temporal resolution of the available observations. Applications can vary in scale from personal (Baxter et al., 2013; Brown et al., 2012; Dons et al., 2012; Kaur and Nieuwenhuijsen, 2009) to national (Fann et al., 2012; Bell et al., 2011b) to global (Lelieveld et al., 2015; Brauer et al.,

00196695

2012; Lim et al., 2012). In some studies, personal monitoring has been used, but study limitations (e.g., inability to exclude nonambient exposure data, expense, recruiting subjects to participate) typically constrain the size of the population in panel studies (Baxter et al., 2013; Ozkaynak et al., 2013; Jerrett et al., 2005a; Sarnat et al., 2000). Thus, some studies employ methods that use the limited observational data available from ambient air quality monitoring regulatory networks (Solomon et al., 2011). A few special, often intensive, studies have been designed to provide data for exposure assessments and/or spatial characterization (Vedal et al., 2013; Hansen et al., 2006; Edgerton et al., 2005; Jerrett et al., 2005b; Butler et al., 2003; Hansen et al., 2003). In addition, health studies are taking advantage of satellite data [e.g., Madrigano et al. (2013); Liu et al. (2009)], mobile monitoring data [e.g., Levy et al. (2014); Bergen et al. (2013)], and models [e.g., Jerrett et al. (2016); Turner et al. (2016); Villeneuve et al. (2015); Pope et al. (2014)].

Modeling PM concentrations can be challenging because PM may contain a mixture of components and is found in a continuum of sizes (Section 2.2). Approaches for modeling PM concentration can generally be used for different sized particles ($PM_{10-2.5}$, $PM_{2.5}$, UFP) and components, although additional considerations may be involved. For example, observational data on UFP for cross-validation are very limited (Section 2.5); $PM_{2.5}$ composition data from ambient monitoring networks are typically available every few days (e.g., every third or every sixth day) using 24-hour integrated measurements. Different observational techniques for $PM_{10-2.5}$, $PM_{2.5}$, and UFP have different biases and uncertainties, and composition may influence biases and uncertainties within a given size fraction. Some observed components (e.g., organic carbon [OC]) are composed of multiple compounds that behave differently in the environment.

There are a range of approaches used to model PM exposure that are applied for specific purposes, and their uses depend upon available data. Ozkaynak et al. (2013) developed a hierarchy of methods based upon complexity, ranging from using ambient monitoring data as an exposure surrogate to human exposure models accounting for time-activity data and microenvironmental concentrations (Figure 3-1). This list can be extended to include source apportionment models. The amount and complexity of model input data increases with increasing complexity of the models. Increasing the complexity of the exposure modeling methods may reduce exposure error in some cases (Sarnat et al., 2013b).

This section discusses surface measurements (including fixed-site and personal monitoring [Section 3.3]), modeling approaches (increasing in complexity from data averaging techniques through microenvironmental models [Section 3.3.2]), and satellite-based methods (Section 3.3.3). Each approach has strengths and limitations, and several new studies discussed in Section 3.3.2.4.3 and Section 3.3.3 blend observations and air quality model results to reduce exposure measurement error. An analysis of the relative strengths and limitations of these methods for use in epidemiologic studies is provided in Section 3.3.5.

SECTION 3.3: Methodological Considerations for Use of Exposure Data and Models

00196696



AERMOD = American Meteorological Society/Environmental Protection Agency Regulatory Model Improvement Committee modeling system; APEX = Air Pollutants Exposure; CMAQ = Community Multiscale Air Quality; SHEDS = Stochastic Human Exposure and Dose Simulation.

Source: Adapted from Ozkaynak et al. (2013).

**Figure 3-1      Tiers of exposure models relevant to epidemiology studies and input data types for each exposure model tier.**

### 3.3.1      Surface Measurement

The 2009 PM ISA (U.S. EPA, 2009b) discussed the use of ambient PM concentration data measured at Federal Reference Method (FRM) and Federal Equivalent Method (FEM) monitors are used as surrogates for PM exposures, and main points are summarized in Section 2.4. The technology for measuring ambient PM at fixed-site monitors has largely stayed the same. More attention is given in Section 2.4.3 to measuring UFP concentrations. New insights to help interpret $PM_{2.5}$, $PM_{10-2.5}$, and UFP concentration data for use in exposure assessment studies are provided in Section 3.4.1.1.

The 2009 PM ISA (U.S. EPA, 2009b) described developments in using personal monitors for exposure assessment. Specifically, developments in light-scattering continuous monitoring instrumentation, passive sampling, cascade impactor sampling for $PM_{10-2.5}$ and $PM_{2.5}$, and use of GPS for estimating time activity were presented. Since then, new developments have been made in active sampling of $PM_{10-2.5}$, $PM_{2.5}$, and UFP. Important developments include reducing the size and increasing portability and battery life of samplers. These are described in Section 3.3.1.2.

SECTION 3.3: Methodological Considerations for Use of Exposure Data and Models

00196697

### 3.3.1.1    Ambient Monitoring

Ambient PM data from FRM or FEM monitors from individual sites continue to be used widely in health studies as a surrogate for PM exposure. Zanobetti and Schwartz (2009) and Pope et al. (2009) provide a number of reasons for the continued use of fixed-site monitor data as exposure surrogates: (1) instrument error is typically small compared with spatiotemporal modeling error, (2) an ambient monitor may provide a comprehensive set of measurements, (3) the need to capture temporal variation is typically greater than the need to capture spatial variation in short-term exposure studies, and (4) ambient monitor data provide a useful reference for comparing population exposure estimates in long-term exposure studies. The ambient monitor approach is the least data intensive approach among all exposure estimation methods because it only requires data from a single monitor to represent exposures for a large area (about 100 km$^2$).

Differences in sampler design for $PM_{2.5}$, $PM_{10-2.5}$, and UFP affect the quality of concentration data available for epidemiologic studies of each respective size cut. For $PM_{2.5}$ samplers, quality assurance testing has demonstrated that $PM_{2.5}$ concentration measurements are replicable [(U.S. EPA, 2004), Section 2.4.1], lending confidence to their frequent application in exposure assessment studies. In contrast, $PM_{10-2.5}$ concentrations have been measured in three ways (dichotomous samplers, differencing using concentrations from collocated $PM_{10}$ and $PM_{2.5}$ monitors, and subtracting area-wide [e.g., countywide] $PM_{2.5}$ concentration from area-wide $PM_{10}$ concentration) with large differences in quality assurance (Section 2.4.2). Dichotomous samplers are expected to produce the most accurate measure of $PM_{10-2.5}$ concentration for use as an exposure surrogate because they are designed for isokinetic flow appropriate for each PM cutpoint. However, a systematic study comparing all three methods has not yet been performed. Differences in spatial variability of $PM_{2.5}$ and $PM_{10-2.5}$ (Section 2.5), coupled with low to moderate correlation (Section 3.4.3.1), suggest that area-wide differences would provide the least accurate measure of $PM_{10-2.5}$ concentration for use in exposure assessment studies. UFP is usually measured by condensation particle counters (CPC; Section 2.4.3.1) or, at times, by inertial impaction (Section 2.4.3.3). Testing has shown that CPCs may operate at 95% counting efficiency. However, concentrations measured by UFP samplers are also more susceptible to negative bias due to larger evaporative losses compared with $PM_{2.5}$ or $PM_{10-2.5}$ concentration measurements. Hence, there is generally higher confidence in $PM_{2.5}$ concentration measurements than in $PM_{10-2.5}$ and UFP concentration measurements used as exposure surrogates.

### 3.3.1.2    Personal Monitoring

Methods for personal PM monitoring were described in the 2009 PM ISA (U.S. EPA, 2009b). At that time, filter-based personal monitors were used most frequently. Developments at the time of the 2009 PM ISA included size selectivity of personal samples using a Personal Cascade Impactor Sampler that can sample down to a cutpoint of 250 nm (Singh et al., 2003), a mini-cyclone with the capability of

SECTION 3.3: Methodological Considerations for Use of Exposure Data and Models

00196698

sampling down to 210 nm (Hsiao et al., 2009), and a two-stage cascade impactor for $PM_{10-2.5}$ sampling (Case et al., 2008). A passive monitor had also been adapted for $PM_{10-2.5}$ sampling (Ott et al., 2008; Leith et al., 2007) based on a previously developed passive sampler that can be used for user-defined size fractions including $PM_{2.5}$ (Wagner and Leith, 2001a, b). Light-scattering detection devices for continuous monitoring, such as the Personal DataRam (pDR, Thermo Scientific, Waltham, MA), the DustTrak (TSI, Inc., Shoreview, MN), and the SidePak (TSI, Inc., Shoreview, MN) for $PM_{10}$ or $PM_{2.5}$ mass concentration and the P-Trak (TSI, Inc., Shoreview, MN) or personal CPC Model 3007 (TSI, Inc., Shoreview, MN) for UFP count concentration were also described in the 2009 PM ISA. The P-Trak samples particle sizes between 20 nm and 1 μm, and the CPC samples sizes between 10 nm and 1 μm. However, most particles are expected to be smaller than 100 nm when measuring NC (see Preface). Additionally, the 2009 PM ISA detailed new methodologies used by investigators to enhance personal sampling by incorporating videotape (Sabin et al., 2005) or Global Positioning Systems [GPS; Westerdahl et al. (2005)] into their sampling protocols to estimate personal exposure by using simultaneous measures of concentration and time-activity data. Techniques discussed in the 2009 PM ISA are widely used, and development of new samplers have largely built upon these techniques. Table 3-1 lists these new techniques with sampling size fraction, speciation, mechanism, and error characteristics.

**Table 3-1    New or innovative methods for personal sampling of PM exposures published since the 2009 PM ISA.**

| Reference | Active or Passive Sampling | Sampler | Size Fraction | Species | Mechanism | Error Characteristics |
|---|---|---|---|---|---|---|
| Thornburg et al. (2009) | Active | CPEM | $PM_{10-2.5}$, $PM_{2.5}$ | NA | Three-stage impactor | $PM_{10-2.5}$: −23% ($R^2 = 0.81$) $PM_{2.5}$: −3% ($R^2 = 0.91$) compared with a dichotomous $PM_{10-2.5}$ sampler |

SECTION 3.3: Methodological Considerations for Use of Exposure Data and Models

00196699

**Table 3-1 (Continued): New or innovative methods for personal sampling of PM exposures published since the 2009 PM ISA.**

| Reference | Active or Passive Sampling | Sampler | Size Fraction | Species | Mechanism | Error Characteristics |
|---|---|---|---|---|---|---|
| Volckens et al. (2016) | Active | UPAS | $PM_{2.5}$ | NA | Miniature piezoelectric pump with a cyclone for 2.5 μm size cut plus additional sensors for air flow, sunlight, temperature, pressure, relative humidity, and acceleration | −1.4% compared with a $PM_{2.5}$ FRM |
| Ryan et al. (2015b) | Active | PUFP | UFP | NA | Water-based CPC plus GPS for location | +16% ($R^2 = 0.99$) |
| Nash and Leith (2010) | Passive | Algorithm to modify output from the Wagner-Leith passive sampler to UFP | UFP | Yes | Model of deposition flux developed the passive sampler's size range | 6% compared with SMPS |
| Cai et al. (2014); Cai et al. (2013) | Active | Modification to the Microaethalometer (AethLabs, Berkeley, CA) | $PM_{2.5}$ | BC | Reduced humidity and temperature fluctuations through addition of a diffusion dryer | 53 ± 238% difference in 1-min readings between the original and diffusion dryer inlet on 97−100% RH day and 5 ± 33% difference between original and diffusion dryer inlet on 65% RH day. The differences reduce to approximately 1% when data are averaged over an hour. |

SECTION 3.3: Methodological Considerations for Use of Exposure Data and Models

00196700

**Table 3-1 (Continued): New or innovative methods for personal sampling of PM exposures published since the 2009 PM ISA.**

| Reference | Active or Passive Sampling | Sampler | Size Fraction | Species | Mechanism | Error Characteristics |
|---|---|---|---|---|---|---|
| Hagler et al. (2011); Cheng and Lin (2013) | Active | Algorithm to modify output from the Microaethalometer (AethLabs, Berkeley, CA) | $PM_{2.5}$ | BC | Introduced a data cleaning algorithm to reduce erroneous fluctuations in the signal (i.e., noise) | Comparison between 1-min data with optimized noise reduction algorithm was comparable to 5-min data averaged with noise |
| Sameenoi et al. (2012) | Active | Microfluidic electrochemical sensor to detect oxidative potential of PM | Any | ROS | Incorporated DTT assay into PILS | Comparison with traditional DTT assay: $R^2 = 0.98$ |
| Sameenoi et al. (2013) | Active | µPAD to detect oxidative potential of PM | Any | ROS | Collected $PM_{2.5}$ and $PM_{10}$ on filters, desorbed, then pipetted onto µPAD | Comparison with traditional DTT assay: bias = 10.5%, $R^2 = 0.98$ |
| Landreman et al. (2008) | Active | Expose rat macrophages to collected aerosol sample to detect oxidative potential of PM | Any | ROS | Collected $PM_{2.5}$ onto filters, desorbed, then pipetted onto a 96-well plate seeded with rat macrophages | Response corresponded to spikes for samples exposed to different numbers of macrophages (not quantitative) |

BC = black carbon; CPC = condensation particle counters; CPEM = Course Particulate Exposure Monitor; DTT = dithiothreitol; FRM = Federal Reference Method; GPS = Global Positioning Systems; µPAD = microfluidic paper-based analytical device; min =minute; NA = not applicable; PILS = Particle into Liquid Sampler; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; PUFP = Personal UFP Sampler; RH = relative humidity; $R^2$ = coefficient of determination; ROS = reactive oxygen species; SMPS = scanning mobility particle sizer; UFP = ultrafine particles; UPAS = Ultrasonic Personal Aerosol Sampler.


Prevalent field usage of continuous personal PM monitors using optical techniques necessitates validation of these instruments because calibration is not possible given that ambient PM does not have replicable optical properties. Wallace et al. (2011) tested the 6 pDR and 14−16 DustTrak (number varied with tests) for $PM_{2.5}$ (with a size-selective inlet), and 14 P-Trak personal samplers for particle number to measure UFP concentrations to establish operational parameters (MDL, bias, precision, drift) for each sampler compared with the median. MDL for the DustTrak and pDR were estimated to be 5 and

SECTION 3.3: Methodological Considerations for Use of Exposure Data and Models

00196701

5.5 µg/m$^3$, respectively (not detected for the P-Trak), and relative precision was within 10% for all four monitors. The pDR measurements were 60% higher than collocated personal gravimetric samples from the field tests ($R^2 = 0.7$), and the DustTrak measurements were 164% higher than personal gravimetric measurements ($R^2 = 0.9$). The authors pointed out that the higher readings from the light-scattering instruments relative to the gravimetric measurements are due in part to the lower density of ambient PM relative to the density of the aerosol standard used for laboratory calibration. Another factor Wallace et al. (2011) noted that affects the performance of light-scattering personal PM monitors is relative humidity (RH). High RH results in the sorption of water to particles and an increase in volume and mass detected by the instrument. Quintana et al. (2000) found that pDRs produced much higher readings than a gravimetric TEOM instrument when RH was above 85%, but that pDR readings tracked the TEOM readings relatively well at RH values below 60%. Because indoor RH is generally maintained below 60%, it is likely to affect mainly outdoor light-scattering measurements, particularly in the morning, evening, and overnight hours when RH is highest. Optical personal samplers are subject to errors because they cannot be calibrated for ambient characteristics. The characterization work described above has been done for optical sampling of $PM_{2.5}$, so uncertainties are greater for the $PM_{10-2.5}$ and UFP size fractions. Instrument error and replicability and the factors that affect them must be evaluated for each use in panel studies.

### 3.3.2    Modeling

At the time of the 2009 PM ISA (U.S. EPA, 2009b), fine-scale exposure prediction models were still relatively new. The models reviewed included time-weighted microenvironmental models and stochastic exposure models for estimating PM exposure and dispersion models, LUR, and GIS-based modeling approaches for estimating PM concentration. Attention was given to the models' limitations in adequately capturing spatial variability of PM concentration, particularly for the more variable UFP and $PM_{10-2.5}$. Since the 2009 PM ISA, there have been more approaches to (1) spatial averaging of concentrations used for estimating exposures (Section 3.3.2.1) and (2) new developments in spatiotemporal interpolation of concentration surfaces (Section 3.3.2.2), LUR (Section 3.3.2.3), and dispersion models (Section 3.3.2.4.2) in the peer-reviewed literature. Additionally, there has been growing use of CTMs in exposure assessment studies (Section 3.3.2.4.1) in recent years. Table 3-2 provides an overview of the modeling approaches discussed in this section.

The models discussed in the following sections are typically validated by the study authors using surface monitoring data, but model validation is not performed consistently across the literature. Table 3-3 lists performance measures that have been used in the recent PM exposure modeling literature. Model performance is typically evaluated for bias or error using both absolute and relative (or normalized) metrics.

00196702

**Table 3-2    Comparison of models used for estimating concentration or exposure.**

| Factors[a] | Type of Model | | | | | | |
|---|---|---|---|---|---|---|---|
| | Data averaging | IDW/ Kriging | LUR/ ST | CTM and Hybrid | Dispersion | Satellite and Hybrid | Microenvironmental |
| Type of model | C | C | C | C | C | C | E |
| Distance from source | X | X | X | X | X | X | X |
| Emission rate | | | X | X | X | X | X |
| Terrain or land use | | | X | X | X | X | X |
| Dispersion | | | | X | X | X | X |
| Chemistry | | | | X | X[b] | X | X |
| Human activity | | | | | | | X |
| Infiltration | | | | | | | X |
| Inhalation | | | | | | | X |

C = concentration; CTM = chemical transport model; E = exposure; IDW = inverse distance weighting; LUR = land use regression; ST = spatiotemporal models; X = factors that may be available for each model

[a]Factors that may be available in each model are checked.

[b]Only some dispersion models include chemistry estimation.

SECTION 3.3: Methodological Considerations for Use of Exposure Data and Models

00196703

**Table 3-3    Statistical measures used for air quality model performance evaluation.**

| Performance Measures | Definition |
|---|---|
| MB | $\dfrac{1}{N}\sum_{i=1}^{N}(P_i - O_i)$ |
| NMB | $\dfrac{\sum_{i=1}^{N}(P_i - O_i)}{\sum_{i=1}^{N}O_i}$ |
| ME | $\dfrac{1}{N}\sum_{i=1}^{N}|P_i - O_i|$ |
| NME | $\dfrac{\sum_{i=1}^{N}|P_i - O_i|}{\sum_{i=1}^{N}O_i}$ |
| RMSE | $\sqrt{\dfrac{1}{N}\sum_{i=1}^{N}(P_i - O_i)^2}$ |
| $R^2$ | $\dfrac{\left\{\sum_{i=1}^{N}(O_i - \overline{O})(P_i - \overline{P})\right\}^2}{\sum_{i=1}^{N}(O_i - \overline{O})^2\sum_{i=1}^{N}(P_i - \overline{P})^2}$ |

MB = mean bias; ME = mean error; N = number of monitoring sites; NMB = normalized mean bias; NME = normalized mean error; $O_i$ = observation at the $i$th monitoring site; $\overline{O}$ = mean observation across all monitoring sites; $P_i$ = prediction at the $i$th monitoring site; $\overline{P}$ = mean prediction across all monitoring sites; $R^2$ = coefficient of determination; RMSE = root mean square error.

### 3.3.2.1    Data Averaging

Averaging measurements from all monitors in a study area is frequently used to mitigate some of the errors associated with using data from a single ambient monitor to estimate exposures for a population. There are many averaging approaches used to provide more representative exposure estimates than those derived from a fixed-site ambient monitor. For example, Strickland et al. (2011) compared nearest fixed-site monitor concentrations of $PM_{2.5}$ and $PM_{2.5}$ components ($SO_4^{2-}$, OC, EC) averaged over 24 hours with concentrations averaged over three monitors (unweighted). They found that $PM_{2.5}$ and $PM_{2.5}-SO_4^{2-}$ mass concentrations were within 8% of each other, with strong correlations between the concentration obtained by a fixed-site monitor and with that obtained by a population-weighted average (Spearman $R = 0.969$). Reported $PM_{2.5-OC}$ concentrations had a Spearman correlation of $R = 0.847$, but more spatially varying $PM_{2.5-EC}$ had a Spearman correlation of $R = 0.831$. Goldman et al. (2012) had similar findings when comparing the nearest monitor approach with unweighted averaging. Strickland et al. (2013) compared unweighted averages across monitors with concentrations measured at fixed-site

SECTION 3.3: Methodological Considerations for Use of Exposure Data and Models

00196704

monitors and concentrations estimated to be the "true" exposure at grid cells within the study domain. The fixed-site monitor produced $PM_{2.5}$ concentrations with the largest biases of $-31.3\%$, in comparison with the unweighted average ($-9.0\%$). Biases for $PM_{2.5}$ components ($SO_4^{2-}$, $NO_3^-$, $NH_4^+$, EC, OC) were similar for both the fixed-site monitor and unweighted average. In the unweighted averaging technique studied by Strickland et al. (2013), temporal variability may be dampened, leading to Berkson errors. As described below, more spatial heterogeneity inherent to the concentration field implies greater Berkson errors.

Spatial averaging techniques include area-weighting and population-weighting (Vaidyanathan et al., 2013). Such approaches require some type of spatial modeling of data before averaging. For example, area- and population-weighting might involve using a regression model of PM or PM component concentration and population density, land use, or emission estimates to develop exposure estimates at grid locations. Concentrations for census tracts, ZIP codes, or counties can then be averaged and weighted by the associated areas or populations. In such schemes, the objective of the spatial modeling is to develop more representative area or population estimates.

Population-weighted averaging is designed to reduce bias in the health effect estimate by giving greater weight to the locations where more people live. As part of the study referenced above, Strickland et al. (2013) compared population-weighted averages across monitors with concentrations measured at fixed-site monitors and concentrations estimated to be the "true" exposures at grid cells within the study domain. The population-weighted average produced $PM_{2.5}$ concentrations with biases of $-8.1\%$ in comparison with the true $PM_{2.5}$ exposures. Strickland et al. (2011) compared nearest fixed-site monitor concentrations of $PM_{2.5}$ and $PM_{2.5}$ components ($SO_4^{2-}$, OC, EC) averaged over 24 hours with concentrations averaged using population-weighted averages. They found that $PM_{2.5}$ and $PM_{2.5-Sulfate}$ mass concentrations were within 8% of each other, with correlations among the three spatial representations ranging from Spearman $R = 0.963–0.995$. Reported $PM_{2.5-OC}$ concentrations had Spearman correlations of $R = 0.891$, but more spatially varying $PM_{2.5-EC}$ had Spearman $R = 0.804$. Goldman et al. (2012) had similar findings when comparing nearest monitor, unweighted, and population-weighted averaging. These results suggest that population-weighted averaging may provide a small improvement over unweighted averaging for estimating exposure.

Spatial averaging approaches may influence exposure measurement error (Goldman et al., 2010) and associations between short-term $PM_{2.5}$ exposure and health outcomes (Goldman et al., 2012). In the latter study, the authors noted improved population-weighted $R^2$ values (relative to the fixed-site ambient monitoring method) between concentration metrics estimated using data averaging methods and the simulated "true" ambient exposure field. For example, the $R^2$ values increased from 0.25 for a fixed-site ambient monitoring method to approximately 0.38 for data-averaging methods.

Various methods can be chosen for temporal averaging, such as straight arithmetic averaging or methods that account for site-specific variability and that also account for the lack of some observations during the period. Temporal averaging is used to estimate exposures over different time intervals. Hourly

00196705

and daily measures are averaged to provide metrics of interest (e.g., daily, weekly, monthly, seasonally, and annually). Darrow et al. (2011) tested different averaging intervals and found that a 1-hour daily max $PM_{2.5}$ concentrations had a high correlation with a 24-hour avg (Spearman $R = 0.82$) and moderate correlations (Spearman $R = 0.75$ and 0.68) with commuting time (7:00−10:00 and 16:00−19:00) and daytime (8:00−19:00) average $PM_{2.5}$ concentrations, respectively. As with the development of spatial averages, the objective of temporal averaging is to minimize error that might be introduced due to missing data from a time series, so that diurnal, weekly, seasonal, or annual trends can be well characterized.

Spatial and temporal averaging methods provide a mechanism for interpolating where data are missing over space or in a time series, respectively. The literature shows that averaging techniques produce some bias when compared with true exposures, but averaging techniques do present an improvement over using data from a single fixed-site monitor.

### 3.3.2.2    Spatial Interpolation Methods

The single fixed-site ambient monitor and methods that average concentration data across monitoring sites in an area both lead to exposure estimates with no spatial variation. When spatially resolved estimates of PM exposures are desired, a variety of approaches are available for two-dimensional interpolation of observations ranging from smoothing techniques (described here) to statistical modeling techniques involving additional data (Section 3.3.2.4). Various spatial interpolation methods exist that use multiple monitors to provide spatially varying fields. Such methods include: inverse distance weighting (IDW), inverse distance squared weighting [ID2W; Hoek et al. (2002)], and kriging (Mercer et al., 2011; Whitworth et al., 2011).

IDW, in which ambient PM concentration at a receptor point is calculated as the weighted average of ambient PM concentration measured at monitoring locations, is a commonly used, simple interpolation method [e.g., Tai et al. (2010)]. Several variations of IDW have been used to estimate exposure based on ambient PM concentration surfaces. The weighting factor is an inverse function of distance between the receptor and the monitor. For example, Brauer et al. (2008) and MacIntyre et al. (2011) estimated exposure to ambient $PM_{2.5}$ and other industrial pollutants within 10 km of point sources using an IDW sum of ambient $PM_{2.5}$ concentration and the three closest monitors within 50 km. Often, the weighting factor is the inverse distance raised to some power, and a higher power is applied to increase the weight on monitors that are closer to the receptor. Rivera-González et al. (2015) applied an ID2W model and compared the results with a citywide average, use of the nearest monitor, or kriging for development of an ambient $PM_{2.5}$ concentration surface. The results from IDW were correlated with the other citywide averaging, nearest monitor, and ordinary kriging (Pearson $R = 0.83−0.99$), and the mean ambient $PM_{2.5}$ concentration estimated with IDW was within 5% of the mean computed with the other methods. Neupane et al. (2010) compared estimates of the ambient $PM_{2.5}$ concentration surface calculated using IDW with a $PM_{2.5}$ concentration surface calculated using bicubic spline interpolation. Bicubic

SECTION 3.3: Methodological Considerations for Use of Exposure Data and Models

spline interpolation produced a lower mean ambient $PM_{2.5}$ concentration and larger IQR compared with IDW. Because there is no reference value in these studies, it is difficult to conclude that IDW presents any substantial improvement in prediction accuracy compared with other methods. These findings indicate that the results of IDW are comparable to methods that average concentrations across monitors and to methods that smooth concentration surfaces when estimating $PM_{2.5}$ concentration.

Kriging is a set of well-established methods that use observed covariance for geostatistical interpolation [e.g., Beelen et al. (2009)]. Recent developments have been made to improve kriging techniques. Pang et al. (2010) developed a space-time Bayesian Maximum Entropy (BME) model and compared it with ordinary kriging (OK). OK assumes linearity between data points, and it also assumes that the data are normally distributed. BME is not restricted to linearity or normality and so can draw on different sources of information, such as space-time relationships between variables and probability distributions describing the concentration data set, to address missing data. Pang et al. (2010) found that estimation errors were 2−4 times larger for OK compared with BME. The ability to apply nonlinear models to address missing data thus provide BME-kriging approaches greater accuracy in modeling $PM_{2.5}$ concentration surfaces.

Berkson-like error in the estimated exposure may arise from smoothing inherent within spatial interpolation models, such as IDW and kriging (see Section 3.2.1 for definition of Berkson-like error). The potential for Berkson-like error may be evaluated by cross-validation across receptor locations distributed over space, and the statistical performance of spatial interpolation methods may vary from study to study. When an interpolation model is fit using a relatively sparsely distributed monitoring network, Berkson-like errors in the estimated exposure can be substantial (Alexeeff et al., 2015; Whitworth et al., 2011). All of the spatial interpolation approaches produce spatially smoothed pollutant concentration fields compared with monitoring data. However, spatial and temporal variabilities not captured by monitors are also not captured by these approaches.

If the quantity of data is small in each given site, or if the quality of the data obtained at the monitors is low, then classical-like error may arise (Szpiro et al., 2011a). If there are few observations, all of the interpolation methods suffer. This includes kriging, which depends on developing a variogram. With few observations at the monitoring locations, there is limited information to determine the functional coefficients used for kriging (e.g., the nugget, sill, and range). Weighting schemes for the interpolation models may amplify these errors (Wong et al., 2004).

### 3.3.2.3    Land Use Regression and Spatiotemporal Modeling

Direct spatial interpolation of PM concentration and methods that employ static parameters to capture spatial variance can lead to excessive spatial autocorrelation when spatial variability of PM is high (Krewski et al., 2009). $PM_{2.5}$ tends to have less spatial heterogeneity than $PM_{10-2.5}$ or UFP (Section 3.4.2) because of secondary production (U.S. EPA, 2009b), but high concentrations can still

00196707

occur near primary sources. Statistical approaches using data that vary over space and time can address this limitation. Geographic information system (GIS) models are now being used to incorporate land use, emissions data, and geographic covariates into PM concentration estimates. Two types of models are covered in this section: LUR and spatiotemporal models. LUR models regress observed PM concentrations on land use (and sometimes additional geographic) covariates and then use the model to predict exposures where PM is not measured (Hoek et al., 2008a; Ryan and Lemasters, 2007). Spatiotemporal models tend to incorporate kriging or autocorrelation into the response variable, which is then fit to the land use and geographic covariates [e.g., Sampson et al. (2013)].

### 3.3.2.3.1        Land Use Regression

LUR is an empirical approach to estimate exposures, often at very high resolution in more densely populated locations, by relating observed concentrations to the detailed information on land use. The basic approach is to develop an equation, via regression, relating observed pollutant concentrations (Hoek et al., 2008a; Ryan and Lemasters, 2007) to land use characteristics and other inputs:

$$Y(s_i, t_j) = \beta_0(s_i, t_j) + \sum_k \beta_{1,k}(s_i, t_j) X_k(s_i, t_j) + \epsilon(s_i, t_j)$$

<div align="right">Equation 3-8</div>

Here, $Y(s_i, t_j)$ is the observed concentration at location (monitor) $s_i$ (where $i$ is the index indicating a monitor) and time $t_j$, $\beta_0$, and $\beta_{1,k}$ are the regression coefficients (intercept and slopes that are potentially spatially and temporally varying, but may also be constant in space and time), $X$ represents the independent variables (e.g., land use or meteorological parameters that may vary in space and/or time), $k$ is the index indicating type of land use, and $\epsilon$ is the residual error term. $\beta_0$ is also called the additive bias and $\beta_{1,k}$ the multiplicative bias. Other forms of LUR models are also used. While the regression equation is often linear in the independent variables (as shown above), it can include nonlinear and mixed terms, particularly if there is specific knowledge of the relationship between a concentration and a variable to suggest a specific functional form. The resulting regression equation can then be used to predict exposures at other times ($t$) and locations ($s$) where observations are not available.

Recent studies demonstrate typical LUR model performance, performance evaluation, and variability between cities. Eeftens et al. (2012) evaluated the application of LUR models in 20 cities in Europe for $PM_{2.5}$, $PM_{10}$, $PM_{2.5}$ absorbance, and $PM_{10-2.5}$. First, the models for the various cities had substantially different independent variables used in the final models, as well as coefficients associated with similar independent variables, demonstrating the location-specific nature of the models. Second, the in-sample $R^2$ of the city models varied between 35 and 89% for $PM_{2.5}$ and between 32 and 81% for $PM_{10-2.5}$. Evaluation using a leave-one-out cross-validation (LOOCV) produced $R^2$ levels of 21 to 79% for $PM_{2.5}$ and 3 to 73% for $PM_{10-2.5}$. $R^2$ was not consistent between each city. Wang et al. (2014) expanded on the same model for $PM_{2.5}$ in 36 European cities. They found a LOOCV $R^2$ of 81%

(RMSE = 2.38 µg/m³) for cities where the model was fit. However, Wang et al. (2014) tested transferability of the model to areas where the model was not fit, and $R^2$ dropped to 42% (RMSE = 1.14 µg/m³). Estimation of $PM_{10-2.5}$ in the LUR can be accomplished using the difference between the $PM_{10}$ and $PM_{2.5}$ LUR models because each model was trained using $PM_{10}$ and $PM_{2.5}$ concentration data. However, low LOOCV $R^2$ for $PM_{10-2.5}$ in selected cities may have been related to how measured $PM_{10-2.5}$ concentration was calculated for the validation data set. If reference $PM_{10-2.5}$ concentration was calculated as the difference of two collocated monitors rather than as a dichotomous sampler, then the flow rate differences could cause some error in the reported $PM_{10-2.5}$ concentrations. If $PM_{10-2.5}$ was calculated as the difference between concentrations measured by $PM_{10}$ and $PM_{2.5}$ monitors that were not collocated, then the errors would likely be larger.

Several features of LUR can limit the accuracy of modeled concentrations. Beckerman et al. (2013a) noted that two major limitations with LUR are variable selection and the uncertainty in how to best deal with unbalanced repeated measures, both of which potentially involve arbitrary decisions in the model building process. The study authors used a generalized linear model with a deletion/substitution/addition machine learning algorithm to model $PM_{2.5}$, resulting in an out-of-sample $R^2$ of 0.65 based on a five-fold cross-validation (n-fold cross-validation means that $1/n$ of the data are reserved for validation, with the rest used for model training, and the process is repeated n times). The ability of an LUR method to relate air pollutant concentrations to specific land uses, and thus estimate high-resolution exposure fields, is directly dependent on having sufficient numbers of observations in space and/or time to develop the regression equation with reasonably acceptable uncertainties in each of the coefficients (Wang et al., 2014). Exposure estimates are susceptible to Berkson-like error due to the sparse spatial distribution of typical monitoring networks. More intensive studies may be conducted where additional monitoring data are available (sometimes called saturation monitoring if the additional monitors lead to extensive spatial coverage). Saturation sampling can also introduce classical-like error in the exposure predictions if different measurement methods are used and the differences in the methods are not fully understood (Vedal et al., 2013; Levy et al., 2010).

A related weakness of LUR is its limited generalizability when the monitor and study participant locations are different. The developed regression equations are usually restricted to the study region (typically city-scale) alone and may not be directly applied to another region, due largely to the empirical nature of LUR (Wu et al., 2011; Jerrett et al., 2005a). Local PM data are required to calibrate LUR models, and measurements must be available that estimate the spatial patterns of concentrations. For example, Patton et al. (2015) found when estimating UFP exposures in Boston, MA, that models fit to one neighborhood did not necessarily provide robust estimates of particle NC for another neighborhood and that acceptable model performance required calibration with local data. Hoek et al. (2008a) also reviewed the performance of the LUR model for estimating $PM_{2.5}$ and found differences between where the model was fit and where it was used for predictions. $R^2$ values for the developed LUR models for $PM_{2.5}$ ranged from 0.17 to 0.69, with substantially lower out-of-sample $R^2$ (0.09−0.47, with fewer studies performing evaluation/cross-validation). This result suggests that comparing performance statistics between cities,

SECTION 3.3: Methodological Considerations for Use of Exposure Data and Models
3-22

00196709

even when using one method (in this case, LUR) can yield very different performances and that the cross-validation $R^2$ is typically lower than the $R^2$ of the full model. This work was extended by Wang et al. (2015) to show the association between the LOOCV $R^2$ and a health outcome (forced vital capacity [FVC]). For models of $PM_{2.5}$, Wang et al. (2015) noted that in holdout cross-validation, whereby the model is rebuilt after removing data from a site and retraining the model using the same variables, may be more appropriate than traditional LOOCV for assessing LUR performance, particularly when there are a small number of training sites, because it utilizes all data in the model evaluation process instead of leaving some out. In summary, LUR models can have relatively good validation ($0.4 < R^2 < 0.7$), even for spatially variable $PM_{10-2.5}$, but good validation will only occur when the model is used to predict concentrations in the same geographic area where it was fit.

Although LUR models have been used to estimate long-term (e.g., annual) average PM exposures within large metropolitan areas by using variables such as road type, traffic count, land cover, and topography (Gulliver et al., 2011; Hoek et al., 2008a) and can be applied to current or historical conditions (Hystad et al., 2013), LUR has been used less frequently for time-series exposure studies. Land use variables (e.g., elevation, road-type, distance to road, land cover) usually do not vary in time. Temporal variation in the model is gained by including both the available observations and other temporally varying inputs, such as meteorological parameters. As part of the New York City Community Air Survey (NYCCAS) in which $PM_{2.5}$ samples were collected from 150 sites across the five boroughs of New York City, NY Ross et al. (2013) built an LUR to use in a birth defects exposure study and developed a temporal adjustment procedure to increase the temporal resolution of $PM_{2.5}$ exposure estimates to 2 weeks. This was accomplished by multiplying an LUR derived for 1 year by the ratio of 2-week avg to annual averages. Validation of the method using data from a second year of measurements produced out-of-sample $R^2$ of 0.83 ($R^2 = 0.88$ if two outliers were removed from the data set). Dons et al. (2013) aimed to fit an LUR model of black carbon (BC) concentration to hourly data for a time-activity exposure study. However, they observed that many variables became insignificant when inputting hourly data into an annual model. Dons et al. (2013) instead built an LUR for hourly data using static and dynamic variables in different models. They found that LOOCV $R^2$ varied from 0.13 to 0.78. A higher $R^2$ but also a higher RMSE was observed during the late morning to evening hours for the model with dynamic variables. These studies demonstrate that LUR can be extended to study temporal variability of $PM_{2.5}$ and BC, but caution must be applied in time-series studies because model accuracy is sometimes low.

Recently, LURs has been applied to predict spatial distributions of $PM_{2.5}$ components. As part of the NYCCAS study, Ito et al. (2016) speciated the collected $PM_{2.5}$ samples and built an LUR model to predict $PM_{2.5}$ components concentrations across New York City, NY. The temporal adjustment described above from Ross et al. (2013) was applied in the Ito et al. (2016) study as well. LOOCV was used to test the models, and models for $PM_{2.5}$ mass and several components (Ca, Ni, V, and Zn) produced $R^2 > 0.8$. Several other components produced $R^2$ in the range of 0.6−0.7 (Cu, Fe, K, S, and Si), and others produced $R^2 \leq 0.5$ (Al, Br, Mn, Pb, and Ti). The spatial coefficient of variation (CV) was calculated for each

SECTION 3.3: Methodological Considerations for Use of Exposure Data and Models

00196710

component model, and high spatial variability did not always correspond to low LOOCV. For example, Ni had a spatial CV of 0.70 and LOOCV $R^2$ of 0.85, while Mn had a spatial CV of 0.68 and LOOCV $R^2$ of 0.36. The LUR models were then applied to a source distribution analysis in which 50- to 1,000-m buffers were placed around sources, and then the annual average concentrations for each component modeled by the LUR were compared with the sources within those buffers.

In summary, new developments for LUR include the adaptation of LUR models for short time resolutions and for spatially variable size fractions (UFP, $PM_{10-2.5}$) of PM and $PM_{2.5}$ components (e.g., Ca, Cu, Fe, K, Ni, S, Si, V, Zn). At the same time, several studies have better characterized the errors and uncertainties in LUR modeling and determined how best to assure the quality of those models. Several studies drew attention to poor validations produced when LUR models were fit to one geographic area and then applied to another. Similarly, lack of spatial correlation between predicted concentrations at the model receptors and actual exposures of study participants can lead to Berkson-like error, and incompatibility of methods to modeled and measured PM can lead to classical-like errors (see error type definitions in Section 3.2.1).

### 3.3.2.3.2        Spatiotemporal Modeling

A GIS-based spatiotemporal model provides a useful tool for large-scale spatiotemporal analysis. GIS-based mapping such as kriging uses the covariogram for statistical smoothing but may lead to invalid spatial features due to insufficient data for characterizing spatial variation. Generalized additive models that describe regional and small-scale spatial and temporal (monthly) gradients (and corresponding uncertainties) were developed for $PM_{10-2.5}$ and $PM_{2.5}$ over the U.S. for 1998−2007 for use in health studies (Yanosky et al., 2014). Model validation was higher for $PM_{2.5}$ (out-of-sample $R^2$ = 0.77, normalized mean bias factor, NMBF = −1.6%) compared with $PM_{10-2.5}$ (out-of-sample $R^2$ = 0.52, NMBF = −3.2%). Bias increased and precision decreased for $PM_{10-2.5}$ compared with $PM_{2.5}$. Yanosky et al. (2014) determined that spatial covariates, including elevation, urbanized land use within 1 km, county-level population density, distance to roadways of moderate to heavy traffic, and point-source emissions density, were important predictors of $PM_{2.5}$, although the authors did not present data for the relative contribution of each variable to the model. Yanosky et al. (2009) developed spatially and temporally resolved concentration fields of $PM_{2.5}$ and $PM_{10-2.5}$ for use as exposure estimates in long-term exposure studies for the northeastern and midwestern U.S. Out-of-sample $R^2$ for the $PM_{2.5}$ model was 0.77 with a precision of 2.2 μg/m³ for 1999 to 2002, compared with an out-of-sample $R^2$ for the $PM_{10-2.5}$ model of 0.39 with a precision of 5.5 μg/m³. The IDW method was applied as an alternative to compare with a semiempirical model. For a $PM_{2.5}$ concentration field developed for 1999 to 2002, cross-validation results for IDW showed reasonable performance with an out-of-sample $R^2$ = 0.60 (cross-validation results for IDW were not available for $PM_{10-2.5}$).

Recent studies have attempted to estimate spatially resolved $PM_{2.5}$ exposure across larger regions of the U.S. to use in epidemiologic studies. For example, Sampson et al. (2013) developed a model

SECTION 3.3: Methodological Considerations for Use of Exposure Data and Models

00196711

combining universal kriging that builds on regional partial least-squares regression LUR models with categorical variables describing land use, population, emissions, vegetative index, roadway type, impervious surfaces, and proximity to features. Results of the 10-fold cross-validation produced an out-of-sample $R^2 = 0.52-0.63$ at the national scale and $R^2 = 0.84-0.88$ at the regional scale. Keller et al. (2015) applied this model to $PM_{2.5}$ and BC prediction in the six MESA Air cities (Baltimore, MD, Chicago, IL, Los Angeles, CA, New York City, NY, St. Paul, MN, and Winston-Salem, NC) and obtained an out-of-sample $R^2$ of $0.82-0.91$ for $PM_{2.5}$ and $0.79-0.99$ for BC (using both AQS and MESA Air monitors for cross-validation). Bergen et al. (2013) applied a similar method for four $PM_{2.5}$ components, EC, OC, silicon, and sulfur, and the out-of-sample $R^2$ ranged from 0.62 to 0.95. Kim et al. (2015) examined the suitability of applying spatiotemporal models from $PM_{2.5}$ component networks for PM component exposures. They found that the Chemical Speciation Network (CSN) and Interagency Monitoring of Protected Visual Environments (IMPROVE) networks were too sparse to fit the model. They also found that the greater density of the National Particle Component Toxicity (NPACT) study network, set up outside study participants' homes, would be needed to fit the model. Additionally, differences among the three networks with respect to averaging times, quality assurance, and pump flow rates, complicates the ability to combine networks into one database for fitting the model.

Recent developments in spatiotemporal modeling have enabled modeling of larger geographic regions and to overcome some of the limitations of kriging. In some cases, these models have been fit with good accuracy and precision. However, differences in model calibration in different regions introduce model errors, and sparse networks have been found insufficient for model fitting.

### 3.3.2.4    Mechanistic Models

Mechanistic models approximate the transport and dispersion, and sometimes the chemistry, of air pollutants as they move through the atmosphere. These models are based on numerical solutions or analytic approximations to the governing physical equations, as described in the 2009 PM ISA (U.S. EPA, 2009b). Since the 2009 PM ISA, application of CTMs (Section 3.3.2.4.1) and hybrid models (Section 3.3.2.4.3), which combine CTM results with other sources of data into a statistical model, have become increasingly common in estimating exposures in epidemiologic studies. Dispersion models by themselves are not employed as commonly for exposure assessment, but new developments are discussed here due to some recent hybrid models including dispersion model outputs within their larger modeling framework.

#### 3.3.2.4.1        Chemical Transport Model Applications for Exposure Estimation

Improvements in computational resources have led to mechanistic models [see Section 2.4.7 for a description of advancements in mechanistic models, and see U.S. EPA (2009b) for a description of the

00196712

model designs] that are more amenable to exposure assessment studies, because they provide finer spatial resolution over larger domains and can include more components, more sources, and longer time periods compared with previous versions of CTMs (Garcia-Menendez et al., 2015; Ivey et al., 2015; Li et al., 2015; Turner et al., 2015; Hu et al., 2014d; Burr and Zhang, 2011; Civerolo et al., 2010; Wagstrom et al., 2008). Such models computationally solve the atmospheric-diffusion-reaction equations that describe the transport and physical and chemical transformations of pollutants (Seinfeld and Pandis, 2006). Turbulent diffusion is typically treated by using atmospheric dispersion coefficients or diffusivities. Mechanistic models may be used to characterize concentrations when monitoring data are limited or unavailable.

CTMs commonly used for concentration modeling in the U.S. include the Community Multiscale Air Quality (CMAQ) model, Particulate Matter-Comprehensive Air Quality Model with Extensions (PM-CAMx), and the University of California at Davis/California Institute of Technology (UCD/CIT) CTM (Gaydos et al., 2007; Byun and Schere, 2006; Kleeman and Cass, 2001; Russell et al., 1988) at the urban to regional scales. At the global scale, models such as the Goddard Earth Observing System CTM (GEOS-Chem) and Comprehensive Air Quality Chemistry Model [CAM-Chem; Garcia-Menendez et al. (2015); Bey et al. (2001)] are used. The European Air Pollution Dispersion and Chemistry Transport Model (EURAD-CTM) has been used in Europe for PM and related concentration modeling (Weinmayr et al., 2015; Nonnemacher et al., 2014), and GEM-MACH is being used in Canada (Peng et al., 2017). More specialized models may also be used to model specific sources like forest fires (Rappold et al., 2014).

CTMs are typically applied over grid sizes of 1 km or larger, depending upon the application (while grid resolutions of less than 10 km are used over urban areas, continental scale applications typically are done at about 10−40 km grid resolution, and global scale applications with larger grids still). Nested grids are used to achieve a range of resolutions in many applications (Isakov et al., 2007; Byun and Schere, 2006; Zhang et al., 2004). In some applications, CTMs are coupled directly (i.e., online) to a meteorological model to provide meteorological fields, commonly WRF and CMAQ (Mathur et al., 2010). Inputs include meteorological parameters (e.g., wind speed and direction, temperature, relative humidity, etc.) throughout the vertical layers of the atmosphere up to and including portions of the stratosphere and source emissions. The model outputs are the pollutant concentrations and their variability in space and/or time (Figure 3-1). The resulting fields are then used for epidemiologic studies and other studies of air quality. The ambient concentration fields are also used as inputs to microenvironmental models for estimating exposure (Baxter et al., 2013; Jones et al., 2013; Georgopoulos et al., 2005; Burke et al., 2002).

CTMs have been used to estimate exposures in epidemiologic studies, both in North America and abroad (Ostro et al., 2015; Weinmayr et al., 2015; Anenberg et al., 2014; Marshall et al., 2014; Nonnemacher et al., 2014; Silva et al., 2013; West et al., 2013; Lim et al., 2012; Tagaris et al., 2010). For studies covering a large geographic area, CTMs can provide location-specific estimates without gaps in coverage. Issues with using CTMs relevant for exposure assessment studies are discussed below. Hu et al.

SECTION 3.3: Methodological Considerations for Use of Exposure Data and Models

00196713

(2015) used the UCD/CIT model to develop a 9-year set of simulated pollutant concentration fields, which were then used by Ostro et al. (2015) to assess the associations of $PM_{2.5}$ and UFP with health in a cohort epidemiologic study. When evaluating the model against monitoring data, they observed low error for $PM_{2.5}$ mass compared with error for individual components, such as $SO_4^{2-}$. In general, errors were higher when matching observations and simulated daily values compared with monthly and annual averaging periods, suggesting that model results are more accurate over longer averaging times. They did not report RMSEs or $R^2$. They noted one advantage of using model results over ambient monitoring was the availability of daily PM component concentrations, versus 1 day out of 3. Hou et al. (2015) extended the application of CMAQ to the study of human health effects by using the emissions input data to calculate the sensitivity of $PM_{2.5}$ concentrations to EGU and non-EGU emissions from four regions of the U.S. The sensitivities were then used to estimate changes in mortality as a function of $PM_{2.5}$ exposures and sensitivity of mortality to regional EGU and non-EGU emissions. Bravo et al. (2012) simulated $PM_{2.5}$ over the eastern U.S. using a 12-km × 12-km grid with a normalized mean bias of 2.1% over 1 year. However, $PM_{2.5}$ concentrations were underestimated by up to 27% in summer and by up to 32% in late fall. In a related study, Mannshardt et al. (2013) compared results using observations and CMAQ-estimated concentration fields in a study of $PM_{2.5}$ and $O_3$ associations on emergency hospital emissions in three counties of New York City, NY for 2002−2006. CMAQ was run for the eastern U.S. using 12-km grids and used as input to a human exposure model, SHEDS-PM.

Results from CTMs can be biased and subject to various errors due to inputs and model parameterizations, but factors leading to simulation errors continue to be identified and reduced [e.g., Yu et al. (2014); Barsanti et al. (2013); Baek et al. (2011); Foley et al. (2010)]. For example, PM chemistry modules in CMAQ have been added and revised to address limitations in modeling secondary organic PM formation and nitrate chemistry. Nonetheless, biases and errors persist that may have weekly and seasonal trends due to limitations in emission inventory specifications and chemical and meteorological inputs. Nolte et al. (2015) compared MOUDI measurements of PM size distribution with predictions of size distribution (ranging from 0.05 to 20 μm) for several PM components ($SO_4^{2-}$, $NO_3^-$, $NH_4^+$, $Na^+$, $Cl^-$, $Mg^{2+}$, $Ca^{2+}$, $K^+$) at different sites. The authors observed discrepancies between the modeled and monitored size distributions where the emissions data were not accurate. Typically, where data were omitted from the NEI, modeled size fractions were negatively biased so that exposures would be underestimated for those size fractions. Differential bias may also be observed across regions. Many such biases can be corrected by using adjustment factors based on comparisons of simulation results with observational data.

The dearth of ambient UFP observations, given that necessary instrumentation is not standard to routine monitoring networks (Section 2.4.5), has limited development and validation of CTMs at this size fraction. UFPs are derived from both direct emissions as well as atmospheric nucleation, and they coagulate on shorter timescales than larger particles (Section 2.3.4). Their concentrations can vary rapidly, and there is an observed steep spatial gradient in NC near sources, for example, within a few hundred meters of highways (Karner et al., 2010; Zhou and Levy, 2007), suggesting finer resolution modeling should be used in models for estimating exposure fields for UFPs. The lack of emissions

SECTION 3.3: Methodological Considerations for Use of Exposure Data and Models

00196714

information on UFPs also complicates CTM development. Hu et al. (2014a) and Hu et al. (2014b) developed source-based CTMs to predict $PM_{0.1}$ mass concentration surfaces to estimate exposures for an epidemiologic study by Ostro et al. (2015). The model included emissions, advection, diffusion, wet deposition, and dry deposition, but it omitted gas-to-particle phase chemistry, gas-to-particle phase conversion, nucleation, and coagulation. Hu et al. (2014b) used a 4-km × 4-km grid, which creates uncertainties because it is larger than the spatial scale over which UFPs evolve. The authors noted the need for either a finer grid resolution or a subgrid scale model, such as a large eddy simulation, to capture finer scale dynamics. Hu et al. (2014b) reported Pearson $R = 0.92$ between $PM_{0.1}$ mass concentration predictions and measurements and Pearson $R = 0.94$ between $PM_{0.1}$ EC mass concentration predictions and measurements. Bias was not reported, but the authors noted that model performance degrades for $PM_{0.1}$ mass concentration >4 or <1 $\mu g/m^3$ and for $PM_{0.1}$ EC mass concentration >1 or <0.2 $\mu g/m^3$. Using SEARCH data to evaluate CMAQ performance for application in epidemiologic studies, Park et al. (2006) found that CMAQ did not capture UFP dynamics well, finding biases of an order of magnitude or more in NC. Elleman and Covert (2010), Elleman and Covert (2009a), and Elleman and Covert (2009b) also found that CMAQ did not accurately predict UFP number concentrations. They linked the biases to the insufficient treatment of particle nucleation, emissions estimates, and how the size distribution is captured. Stanier et al. (2014) developed a nonlinear, Lagrangian trajectory model designed to capture the size distribution of UFPs, and applied it to simulate UFPs in the Los Angeles, CA area for a period when more detailed observations existed. They were able to reproduce NC (within a factor of two) 94% of the time at the four sites used in the evaluation. In a comparison of 12 different nucleation parameterizations, Zhang et al. (2010a) found that the predicted NC of Aitken mode particles can vary by three orders of magnitude. These recent efforts illustrate that the large uncertainties in UFPs are still a great limitation in applying CTMs to model UFP exposures.

Several new developments in CTM, such as the addition of various chemistry modules, have made the technology more amenable for application in exposure assessment. However, several limitations still exist, including large grid sizes, uncertainties regarding emissions inputs, and uncertainties in modeling UFP. Specific modeling configurations must therefore be considered when CTMs are employed in epidemiologic studies.

### 3.3.2.4.2    Dispersion Modeling Applications for Exposure Estimation

Dispersion modeling has been performed to develop relatively fine-resolution PM concentration fields (Jerrett et al., 2005a). Dispersion models describe the relationship between emissions, meteorology and the resulting pollutant concentrations using algebraic relationships (e.g., the Gaussian Plume Equation), but they typically have limited ability to model chemistry [if any; Holmes and Morawska (2006)]. Examples of dispersion models include AERMOD, Research LINE-Source Model (or R-LINE), Community LINE-source Model (C-LINE), and California LINE Source Dispersion Model [CALINE; Barzyk et al. (2015); Snyder et al. (2013); Cimorelli et al. (2005); Perry et al. (2005); Benson (1992)].

SECTION 3.3: Methodological Considerations for Use of Exposure Data and Models

00196715

Model intercomparison has more recently focused on near-road dispersion modeling. Heist et al. (2013) conducted an intermodel comparison of AERMOD, CALINE, ADMS, and R-LINE for tracer (SF6) dispersion and found that the more recently developed ADMS and R-LINE exhibited lower error and better validation compared with CALINE and AERMOD. The models were each compared with results from a tracer study in Idaho Falls, ID (for open field and constructed barrier conditions) under different convective mixing conditions and near Highway 99 in Sacramento, CA and showed that ADMS, R-LINE, and both versions of AERMOD performed better than the CALINE models for both sites (Table 3-4). ADMS and R-LINE were further compared for near-neutral, weakly stable, convective, and moderately to strongly stable convective mixing conditions. At low concentrations (<1 ppb), both models showed a tendency for positive bias except for the moderately to strongly stable conditions, for which both models exhibited some negative bias with more scatter. Chen et al. (2009) tested the performance of three dispersion models, CALINE4, CAL3QHC, and AERMOD, at Sacramento, CA and London, U.K. for use in modeling near-road $PM_{2.5}$ concentrations. All three models produced $R^2$ values ranging from 0.85 to 0.90 compared with measurement data (without adding background concentrations) in Sacramento, CA. However, the models perform less well in London, U.K. with an $R^2$ value around 0.03 (without background concentrations). The low $R^2$ was attributed to the effect of street canyons on receptor performance.

Dispersion models are typically applied over smaller domains (near-source to urban) than CTMs (urban to global). For example, AERMOD is designed for simulating "near source" dispersion from point and area sources, and it is most useful for assessing source effects within 20 km of the source (Silverman et al., 2007), although it has been evaluated for distances up to 50 km for certain applications (Perry et al., 2005). R-LINE is used for line source modeling, and was originally evaluated by Snyder et al. (2013) for distances of 200 m, although it has been applied to urban scales (Batterman et al., 2014). While AERMOD is designed to simulate point and area/volume sources, it has been used to estimate the impacts of road networks by approximating road segments as area or volume sources (Isakov et al., 2014; Chen et al., 2009). Rowangould (2015) proposed a new dispersion modeling method for urban environments by breaking the city into coarse and fine grid cells (depending on the roadway density) and modeling dispersion from roadway sources to each raster in parallel. The author presented no validation.

00196716

**Table 3-4    Comparison of dispersion models with data from a tracer study in Idaho Falls, ID and a near-road study in Sacramento, CA and an UFP study in Somerville, MA and Chinatown in Boston, MA.**

|  | Idaho Falls, ID | | Sacramento, CA | | Somerville, MA | | Boston, MA | |
| Model | NMSE | R | NMSE | R | NMSE | $R^2$ | NMSE | $R^2$ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| CALINE3 | NR | NR | 2.26 | 0.29 | NR | NR | NR | NR |
| CALINE4 | 1.94 | 0.76 | 0.86 | 0.47 | 0.06 | 0.54 | 0.02 | 0.78 |
| AERMOD-V | 1.26 | 0.84 | 0.28 | 0.77 | 0.11 | 0.57 | 0.02 | 0.81 |
| AERMOD-A | 1.25 | 0.82 | 0.31 | 0.72 | NR | NR | NR | NR |
| ADMS | 1.14 | 0.88 | 0.20 | 0.78 | NR | NR | NR | NR |
| R-LINE | 0.96 | 0.85 | 0.34 | 0.75 | 0.13 | 0.58 | 0.02 | 0.81 |

NMSE = normalized mean squared error; NR = not reported, R = correlation; $R^2$ = coefficient of determination; UFP = ultrafine particles.

Sources: Data reproduced with permission of Heist et al. (2013); data reprinted with permission from Patton, AP, Milando, C, Durant, JL, Kumar, P. Assessing the suitability of multiple dispersion and land use regression models for urban traffic-related ultrafine particles. Environ Sci Technol. 2017;51:384−392. Copyright (2017) American Chemical Society. (Patton et al., 2017).

Several studies have used dispersion models at urban or neighborhood scales to estimate exposures. For example, Isakov et al. (2014) applied both AERMOD and R-LINE in Detroit, MI to estimate exposures to $PM_{2.5}$, EC, OC, and pollutant gases at homes and schools of children with asthma who participated in the Near Road Exposure of Urban Air Pollutants Study (NEXUS). CMAQ and kriging of observations were used to define regional air pollutant levels. Comparison between model results and measurement show reasonable performance, with a Pearson R ranging from 0.78 to 0.94 (daily average $PM_{2.5}$ concentrations) at different monitor sites. Simulated concentrations of PM are often used in conjunction with other estimates of regional PM because dispersion models are more limited in its spatial extent and therefore are not designed for PM transport over large distances. For example, in an Atlanta application (Dionisio et al., 2013; Sarnat et al., 2013b), a variety of approaches were used to estimate exposures. One approach used AERMOD to model impacts of traffic emissions and added the resulting concentrations to background concentrations (developed from observations) to construct a high-resolution PM field for use in an epidemiologic study. Sarnat et al. (2013b) used the fine-scale resolution to help identify potential health disparities linked to socioeconomic status that were not apparent when using a single fixed-site monitor. Maroko (2012) used AERMOD to simulate $PM_{2.5}$ impacts from point sources in the New York City, NY area to assess environmental justice issues. Dispersion models can also be used to simulate components of PM, assuming that they do not undergo a chemical reaction in the atmosphere. For example, Colledge et al. (2015) used AERMOD to estimate particulate Mn exposure in two Ohio towns.

SECTION 3.3: Methodological Considerations for Use of Exposure Data and Models

00196717

A recent development in dispersion modeling is the inclusion of UFP when modeling PM dispersion near roads. Patton et al. (2017) evaluated CALINE4, R-LINE, and AERMOD for UFP transport near roads in the greater Boston, MA area (Somerville, MA and Chinatown, within Boston, MA). They found similar performances among all three models (Table 3-4). Stanier et al. (2014) recognized the challenge of modeling UFP emitted from mobile sources, because the UFP size distribution rapidly evolves upon emission from vehicle tailpipes. The authors fit emissions factors based on existing data for cruising and acceleration of heavy-duty and light-duty vehicles, estimating across a size distribution down to 7 nm and correcting for coagulation and deposition. The emissions factors were incorporated into a dispersion term in the model. Modeled particle NC was compared with measured concentrations at two sites within the Los Angeles, CA metropolitan area and showed underestimation of the model (below a factor of 1:2) at one site and modeled data within a factor of two at the other site. Stanier et al. (2014) proposed that the model is suitable for estimating daily, spatially resolved UFP concentrations.

Dispersion modeling continues to be used in exposure assessment studies, often in conjunction with CTMs to provide fine-scale spatial resolution. Recent improvements have been made in modeling dispersion of traffic-related air pollution and applying dispersion models at urban scales. However, dispersion models are still limited when applied in dense urban environments because they are not designed to deal with complex built topography (Kakosimos et al., 2010), and they are limited in their ability to represent UFP transport because they are not designed to capture size-specific UFP dynamics (Stanier et al., 2014).

### 3.3.2.4.3        Hybrid Approaches

Although spatiotemporal and LUR models have been applied to estimate long-term (e.g., monthly and annual) spatially resolved ambient PM exposures, these techniques are typically not as successful for short-term (e.g., hourly and daily) applications because they do not include the effects of changing source emissions and meteorology. PM data from ambient monitors provide accurate information on temporal trends at monitoring sites but little information on spatial patterns. Emissions-based models provide spatial information consistent with emissions, chemistry, and meteorology but are subject to limitations in the accuracy of these inputs as well as in their ability to simulate physical and chemical processes of air pollution. "Hybrid" approaches that combine observational data with emissions-based model results are being developed and used to provide better estimates of single component and mixtures along with estimates of the associated uncertainties. There are a breadth of approaches including rescaling model results to correction for known biases, combining observational and simulation data, and optimizing spatiotemporal exposure estimates.

SECTION 3.3: Methodological Considerations for Use of Exposure Data and Models

00196718

**Fusion of Model Outputs for Exposure Estimation**

As noted above, CTMs by themselves typically have spatial resolution of 4 km or greater due to computational limitations, but they provide regional variations in PM (and PM component levels) and capture the formation of secondary PM, while dispersion models provide a finer resolution for near-source effects. Given these complementary characteristics, it is natural to couple them [although care must be taken to not double count emissions; Isakov et al. (2009)].

Several recent studies have merged CMAQ with dispersion models. For example, Beevers et al. (2013) combined CMAQ results with the ADMS (a dispersion model) in London, England. They found that the combination could capture the spatial and temporal variations in air quality, with a mean bias of 0.6 μg/m$^3$ when comparing the model to monitors at five sites. Similarly, Zhai et al. (2016) combined R-LINE results with CMAQ-data fusion fields to estimate $PM_{2.5}$ exposure fields for Atlanta, GA for a birth cohort study, with Pearson $R^2 = 0.72$ between the model and monitoring data with LOOCV normalized RMSE = 0.50 and normalized mean bias of 12%. A combined AERMOD-CMAQ application to New Haven, CT, was conducted (Lobdell et al., 2011; Isakov et al., 2009) to develop local-scale (census block level) PM exposures in a base year (2001) and future years (2010, 2020, and 2030 to assess pollutant control programs). The authors noted the uncertainties from the model inputs, with coefficients of variation (standard deviation of concentration divided by mean concentration) ranging from 10−70% within different census tracts, but provided no estimates of model uncertainty with respect to $PM_{2.5}$. They linked their results to the HAPEM (Ozkaynak et al., 2008) and SHEDS (Isakov et al., 2009) exposure models, as described further in Section 3.3.4.

Another method of addressing the low spatial resolution of a CTM is to combine the model results with dispersion model results and LUR modeling output for concentrations. Wang et al. (2016) combined a CTM with an LUR using a hierarchical spatiotemporal modeling technique in which the 2-week avg LUR-derived $PM_{2.5}$ concentration was modeled as a function of spatiotemporal trends and spatiotemporal residual terms, where the trend terms can be decomposed into an average and a spatially varying trend (Keller et al., 2015). Wang et al. (2016) incorporated the CTM predictions into the spatially varying trend term. The advantage of combining these two models is that the CTM is a mechanistic model employing principles of transport, dispersion, and atmospheric chemistry with a finer temporal resolution (daily for this study), while the LUR offers a fine-scale spatial resolution. The LUR was fit to fixed-site $PM_{2.5}$ monitoring data in AQS and from the MESA Air study and incorporated a variable for long-term average concentration derived from the CAL3QHCR near-road line source dispersion model. Wang et al. (2016) found that adding the CTM to the spatiotemporal model of Keller et al. (2015) produced only marginal improvement in the prediction ability of the model for capturing $PM_{2.5}$ concentrations. Di et al. (2016b) combined GEOS-Chem simulations, based on a 28-km × 25-km grid, with land use and meteorological variables to improve resolution to 1 km × 1 km across the northeastern U.S. The study authors compared the model results with monitoring data when the GEOS-Chem model was used alone and when combined with land use and meteorological variables. Out-of-sample $R^2$ for $PM_{2.5}$ improved

00196719

from 0.47 for GEOS-Chem alone to 0.85 for the hybrid model. Out-of-sample $R^2$ ranged from 0.13−0.33 for $PM_{2.5}$ components (EC, OC, $NO_3^-$, $SO_4^{2-}$, $NH_4^+$, dust, sea salt) for GEOS-Chem alone, and $R^2$ improved to 0.41−0.83 across the $PM_{2.5}$ components for the hybrid model.

### Fusion of Chemical Transport Model Predictions with Surface Observation Data

To take greater advantage of the strengths of observational data and model simulations, various data fusion approaches have been developed and applied. Such model-data fusion approaches used in estimating exposure fields for health studies have frequently used CTMs.

Downscaling approaches have been used frequently in recent years to correct biases in CTM outputs. Berrocal et al. (2009) proposed a downscaling approach combining monitoring and CMAQ modeling data to improve the accuracy of spatially resolved $O_3$ model data. Specifically, a Bayesian model was developed to regress CMAQ model estimates of $O_3$ concentration on monitoring data, and then the regression model was used to predict concentrations using the CMAQ model results as an input field. Although the downscaling method was originally developed to model $O_3$ concentration, this technique has since been applied for modeling $PM_{2.5}$ concentration surfaces and found to have low NMB (0.95%), with a mean correlation between model output and monitoring data of 0.97 (Bravo et al., 2017). Berrocal et al. (2010) extended the approach to include two pollutants ($O_3$ and $PM_{2.5}$) in a single modeling framework. Predictive mean absolute error (PMAE) for $PM_{2.5}$ concentration in the bivariate model was 2.3 μg/m$^3$, using 65 validation sites. PMAE for $PM_{2.5}$ was 2.4 μg/m$^3$ for the comparison of the single-pollutant model with the monitoring sites. Berrocal et al. (2012) also added smoothing processes that incorporated spatial autocorrelation and correction for spatial misalignment between monitoring and modeled data. Bentayeb et al. (2014) applied a similar data assimilation method in which local measurements and elevation data were combined with CTM outputs in a geostatistical forecasting model. This algorithm was applied to $PM_{2.5}$, $PM_{10}$, $NO_2$, $SO_2$, $C_6H_6$, and $O_3$. For the years 1989−2008, correlation between assimilated $PM_{2.5}$ concentration and local observations at a 2-km resolution ranged from Pearson $R = 0.12$ to 0.85, with correlations decreasing with year. Bentayeb et al. (2014) explained the low correlations as due to a small number of $PM_{2.5}$ monitoring stations producing anomalous data and low correlations between emissions and concentration data.

Bias correction methods are variations on downscaling that have been developed to address spatiotemporal bias in the CMAQ model. For example, Crooks and Oezkaynak (2014) developed a statistical method of spatiotemporal bias correction of $PM_{2.5}$ mass and its major components using CMAQ fields. The correction uses speciated data from ambient monitors. Mass conservation for $PM_{2.5}$ observations constrained the sum of the $PM_{2.5}$ components' concentrations in locations without speciation monitors. The Crooks and Oezkaynak (2014) method is similar to the downscaling methods in that it is a calibration method, but it corrects to the grid scale rather than receptor points. The method was developed for use in an epidemiologic study investigating the association between $PM_{2.5}$ component ambient

SECTION 3.3: Methodological Considerations for Use of Exposure Data and Models

00196720

concentrations and birth outcomes throughout the state of New Jersey based on 1-month avg, so the focus was on addressing seasonal bias trends rather than daily biases. The bias-corrected CMAQ results were more accurate than the original CMAQ output (calculated as mean bias and RMSE using monitored concentrations as a reference), and a cross-validation study found that predictions improved when enforcing mass conservation. Comparison between the bias-corrected CMAQ and other downscaling or bias correction methods was not provided. Hogrefe et al. (2009) used a combined model-observation approach to estimate historic gridded fields of $PM_{2.5}$ mass and component concentrations with corrections varying by component, season, and location. $PM_{2.5}$ mass concentrations had a median bias of $-0.3$ μg/m³ and median RMSE of 7.5 μg/m³ compared with monitor values. The authors reported high relative biases and larger uncertainties for $NO_3^-$ and OC, compared with $SO_4^{2-}$ and $NH_4^+$ This was especially pronounced at remote IMPROVE sites, compared with urban CSN sites that have more monitors. Although more development is needed, these methods present additional options for applying CTMs for modeling $PM_{2.5}$ species.

A hierarchical Bayesian model (HBM) has been developed to predict daily $PM_{2.5}$ concentrations for use in the Environmental Public Health Tracking Network through a CDC-EPA collaboration. This model integrates U.S. EPA monitor data with CMAQ simulation results to generate daily $PM_{2.5}$ concentrations and error fields for a 36-km grid across the conterminous U.S. and for a 12-km grid across an eastern portion of the U.S. (Vaidyanathan et al., 2013; McMillan et al., 2010). In applying an HBM over a section of the eastern U.S., McMillan et al. (2010) found that the mean squared error using the HBM field was similar to a field developed using kriging, although the HBM outperformed kriging by 10−15% when looking at bias. They found that 59% of the validation data was captured in the kriging prediction intervals as compared with 80−90% when using HBM. For the U.S.-wide application at a 36-km resolution, the HBM method had Pearson $R$'s ranging from 0.91 to 0.94, depending on the geo-imputation approach of the CMAQ data (Vaidyanathan et al., 2013), while the 12-km application over the eastern portion had Pearson $R$'s of 0.84 to 0.86.

Data fusion methods sometimes include fusing CTM results with observations for exposure predictions. Chen et al. (2014) evaluated an observation-CMAQ fusion for a population air pollution exposure assessment using an inverse distance weighting method on observation-CMAQ differences, concluding that data fusion improved the estimation of population-weighted average exposures. On average, $PM_{2.5}$ mass was estimated to be negatively biased by about 30%, and individual components had a range of positive and negative biases from $-150$ to 100%. $NO_3^-$ and OC tended to have the largest biases and errors. After data fusion, the bias for $PM_{2.5}$ was near zero. Performance for individual components was similarly improved. Friberg et al. (2016) also fused CMAQ results to observations in a study focused on $PM_{2.5}$ exposures in Georgia. In this study, daily spatial exposure fields for $PM_{2.5}$ mass, $PM_{2.5}$ components, and various gases were constructed from two blended fields. For one field, the temporal variance is driven by observations, while the spatial structure is driven by the annual mean CMAQ fields. The second field is constructed by scaling daily CMAQ simulated fields using mean observations to reduce bias. The final step blends the two fields based on using the temporal variance.

SECTION 3.3: Methodological Considerations for Use of Exposure Data and Models

00196721

The method intentionally does not force the fields to the observations at each monitor as they can be impacted by local emissions. The original CMAQ application for $PM_{2.5}$ was biased low about 12% with an RMSE of about 50% and an $R^2$ of 0.3. Typically, individual $PM_{2.5}$ components performed comparatively worse. After applying the data fusion, the bias was almost totally removed, the RMSEs were about 20% for $PM_{2.5}$ and most PM components (although $NO_3^-$ and EC were substantially higher), and the $R^2$ was about 0.92 (similar to individual components, although $R^2$ for EC was about 0.8). The method was tested using a 10-fold cross-validation. In this case, the $PM_{2.5}$ $R^2$ was 0.75 and the RMSE was 30%.

Data fusion techniques have been tested in several other locations. Friberg et al. (2017) compared the fused CMAQ with original CMAQ model runs for five cities (Atlanta, GA, Birmingham, AL, Dallas, TX, Pittsburgh, PA, and St. Louis, MO) and found that the RMSE for $PM_{2.5}$ ranged from 2.21 to 3.76 μg/m$^3$ for the fused CMAQ, compared with 6.93 to 7.86 μg/m$^3$ for the original CMAQ. Huang et al. (2018) applied this method to North Carolina. In addition to doing the traditional 10-fold cross-validation, they also used spatial grouping of the 10% of monitors being removed to account for monitor clustering. In this case, the simulated $PM_{2.5}$ from the base CMAQ application had an RMSE of 6.3 μg/m$^3$ and an $R^2$ of 0.3, while after data fusion the RMSE decreased to 1.8 μg/m$^3$ and $R^2$ increased to 0.95. They also conducted a 10-fold cross-validation, both with and without (i.e., randomly withheld) spatial groupings. Finally, they compared the CMAQ-based data fusion fields with fields developed using a Bayesian-based method using all the data, incorporating aerosol optical depth (AOD) from satellite data and found that the CMAQ-based approach performed slightly better (e.g., $R^2$ of 0.97 vs. 0.90 for AOD). The application of the same method in multiple locations shows that performance varies by domain.

Hybrid approaches can involve merging CTMs with dispersion and/or LUR models, merging CTMs with observational data, or some combination therein. Hybrid approaches improved CTM validation for $PM_{2.5}$ mass concentration when CTM was merged with either models or observational data. However, validation was not as good for $PM_{2.5}$ mass components, possibly due to the sparseness of validation data and limited data for $PM_{2.5}$ component emissions.

### 3.3.3    Satellite-Based Methods for Exposure Estimation

At present, spatiotemporal methods for predicting concentration based on satellite observations have been applied primarily to $PM_{2.5}$ using AOD information supplied by various satellite-based instruments [see Section 2.4.4; Lin et al. (2015); Hu et al. (2014c); van Donkelaar et al. (2014); Lee et al. (2012a); Mao et al. (2012); Liu et al. (2009)]. Satellite data (Section 2.4.5), obtained twice per day over the U.S., have been used in recent exposure assessment studies to estimate exposures in rural regions where monitoring is not conducted, to improve estimates of spatial variability in exposures, and to cover larger geographic regions. For example, Hystad et al. (2012) used a composite satellite image of AOD over the years 2001 to 2006 to estimate $PM_{2.5}$ exposures across Canada, which included urban and rural

00196722

areas. The authors adjusted the satellite data by annual average $PM_{2.5}$ (or estimated $PM_{2.5}$ based on TSP measurements prior to $PM_{2.5}$ measurements, which began in 1984) and then used the study cohorts' residential locations to estimate their exposures based on their residential histories and concentrations corresponding to those locations. The authors noted that incorrect assignment of exposures based on the failure to account for movement between residences over time and space through this method resulted in 50% of individuals being classified in the wrong $PM_{2.5}$ exposure quintile. Prud'homme et al. (2013) computed the correlation of $PM_{2.5}$ exposure predicted at a residential location with concentration measured at the nearest fixed-site monitor and found that the correlation decreased from $R = 0.74$ (not stated if Pearson or Spearman) when the home was within 1 km of the monitor and decreased to 0.60 for distances 30−40 km between the home and the monitor. This result implies that the $PM_{2.5}$ concentrations predicted using AOD is a better predictor of exposure within a given grid cell compared with concentrations farther away.

Errors in the relationship between $PM_{2.5}$ and AOD are related to variation in retrieval due to resolution of the satellite image and variations in meteorology, topography, and reflectance (Section 2.4.4). Hu (2009) calculated the correlation between surface $PM_{2.5}$ and AOD at 877 monitoring sites across the U.S. and found that average correlation east of the 100°W longitude line was Pearson $R = 0.67$, compared with Pearson $R = 0.22$ west of the line. Negative correlations between $PM_{2.5}$ and AOD were calculated at several sites west of the 100°W longitude line but at only three locations to the East. van Donkelaar et al. (2010) also noted this discrepancy between satellite data quality in the eastern and western U.S. They used population-weighting to determine national and global estimates of exposures. Population density is lower in mountainous parts of the western U.S., where the highest biases in AOD were noted.

Improving the relationship between AOD and surface PM observations to estimate exposures has led to the use of more advanced statistical methods for fusing satellite data with CTM output and surface data in recent years. Satellite-based exposure models now use AOD and other information (e.g., direct pollutant observations, meteorology, and land use). For example, van Donkelaar et al. (2012) applied a smoothed bias correction to satellite-derived $PM_{2.5}$ exposures by first applying a 90-day moving avg to the AOD prior to fitting $PM_{2.5}$ concentration estimates, and then smoothing the $PM_{2.5}$ exposure field using IDW. The bias correction alone reduced the positive bias in the estimate to +29% with an estimated uncertainty of 54%. These results contrast with the uncorrected $PM_{2.5}$ exposure estimates, which had a bias of 97% with an estimated uncertainty of 67%. Smoothing reduced the bias further to +14% with an uncertainty of 42%. An LUR approach to derive spatiotemporal pollutant fields accounts for the complexities in the AOD-PM relationships, including spatially and temporally varying conditions (Lee et al., 2016; Hu et al., 2014e; Ma et al., 2014; Chudnovsky et al., 2012; Hystad et al., 2011). Like LUR models, the approach is to develop a regression relationship between the observed $PM_{2.5}$ and AOD that includes the AOD field available from satellite observations and, potentially, other variables (e.g., those used in traditional LUR modeling). The regression coefficients can vary in time and space.

00196723

Not accounting for spatial and temporal variability in the relationship between $PM_{2.5}$ and AOD may lead to poor model performance (Hu et al., 2014d). Liu et al. (2009) recommended using a two-stage general additive model including land use variables to address both temporal and spatial variability, with a temporal model in the first stage and a spatial model in the second stage. The out-of-sample $R^2$ was 0.78, which was close to the model fit $R^2$ of 0.79 (stage one model fit $R^2 = 0.77$, stage two model fit $R^2 = 0.73$). Given the large spatial and temporal coverage of satellites, many observations are typically available to develop the model. Additional spatial variation, particularly at scales finer than the resolution of the satellite observations, is provided by using fine-scale land use variables. Lee et al. (2011) also recognized that the relationship between $PM_{2.5}$ and AOD is governed by time varying parameters affecting the vertical profile and the temporal variability of surface $PM_{2.5}$ over the course of a day. They developed a day-specific mixed effects model with random intercepts and slopes to quantify the relationship between surface $PM_{2.5}$ measured (using surface monitors) and AOD over New England in 2003. They assumed that temporal variability in properties that most strongly affect this relationship are much larger than the spatial variability over the domain of interest. In their model, the AOD fixed effect represents the average effect of AOD on $PM_{2.5}$ for all study days, and the AOD random effects explain the daily variability in the $PM_{2.5}$-AOD relationship. Because some ground-based $PM_{2.5}$ monitors are located near sources which produce sizable emissions, but Moderate Resolution Imaging Spectroradiometer (MODIS) samples represent an average over a 10-km × 10-km grid, an additional site-specific random effects term was added to correct possible bias. Site-specific out-of-sample $R^2$ varied from 0.87 to 1.0, with a precision ranging from 8.8 to 38.6% for measured mean $PM_{2.5}$ using 26 urban sites (range: 9 to 19.5 $\mu g/m^3$).

Satellite observations of AOD have also been incorporated into hybrid modeling approaches. For example, Beckerman et al. (2013b) combined LUR (based on AOD observations, GEOS-Chem model output, land use data, and surface measurements of $PM_{2.5}$ concentration) with BME to predict $PM_{2.5}$ concentrations. BME was added to the model to improve spatiotemporal variability at scales smaller than the satellite's spatial resolution. The authors did not observe a substantial added benefit from including satellite data in an LUR model that also drew from land use data, surface measurements of $PM_{2.5}$ concentrations, and GEOS-Chem simulations. In this study, $PM_{2.5}$ concentrations were predicted throughout the contiguous U.S. using an LUR-BME model with and without satellite data. The LUR that included satellite data produced an out-of-sample $R^2$ of 0.27 compared with an $R^2$ of 0.05 without the satellite data. When BME was incorporated in the LUR to interpolate between spatiotemporal residuals from the training model, the out-of-sample $R^2$ improved to 0.79. $R^2$ for both (i.e., including and excluding satellite data) simulations. Using a similar hybrid satellite-modeling approach, Lee et al. (2012a) found that during the period 2000−2008 in the New England region of the U.S. with a densely populated study domain in high traffic areas, $PM_{2.5}$ exposures were predicted with an out-of-sample $R^2$ value of 0.83 and a mean relative error of 3.5%. Chang et al. (2014) described a statistical downscaling approach that incorporated LUR models that use AOD with statistical techniques for combining air quality data sets that have different spatial resolutions. In cross-validation experiments for a 3-year time period over the southeastern U.S., the model performed well (out-of-sample $R^2 = 0.78$ and RMSE = 3.61 $\mu g/m^3$ between

SECTION 3.3: Methodological Considerations for Use of Exposure Data and Models

00196724

observed and predicted daily $PM_{2.5}$ concentrations), with a 10% decrease in RMSE attributed to the use of AOD as a predictor. Validation of hybrid models has been inconsistent across studies.

Recent studies have tested the effect of satellite image resolution on $PM_{2.5}$ mass concentration predictions. Hu et al. (2014c), using a two-stage model, compared the more traditional MODIS AOD at a 10-km resolution with a Multiangle Implementation of Atmospheric Correction (MAIAC) algorithm at a 1-km resolution in the southeastern U.S. and found that, when using 10-fold cross-validation, the out-of-sample $R^2$ was slightly lower for the 1-km MAIAC observations (0.67 vs. 0.69), although the $R^2$ for model fitting was the same (0.83). This result can be contrasted with Chudnovsky et al. (2013), discussed in Section 2.4.4. Alexeeff et al. (2015) also used the 1-km MAIAC fields to estimate exposure fields, comparing the results to fields developed using kriging. They found that the MAIAC-based fields gave a higher cross-validation than kriging and that the low out-of-sample $R^2$ yielded biases that occurred when the temporal covariates did not model the underlying processes well. Lv et al. (2016) used MODIS AOD and a statistical method similar to Chang et al. (2014) in an application in China. Using all the data (no withholding), the $R^2$ was 0.78 and the normalized mean error was 0.27. Using a 10-fold cross validation, the $R^2$, normalized mean error (NME), and RMSE were 0.68, 0.26, and 21.40 $\mu g/m^3$, respectively (like $PM_{2.5}$ concentrations, RMSE is much higher in China than in the U.S.). Using a process where monitors were removed after being grouped by city led to somewhat worse performance: 0.61, 0.28, and 23.53 $\mu g/m^3$, respectively. This result suggests stringent evaluation of a method and its applications should use cross-validation methods that consider spatial groupings of monitors.

Recent efforts have fused satellite data with LUR model results and surface observations to maximize available data for estimating concentrations. Kloog et al. (2011) built a three-stage regression model using surface measurements as the response variable that included MODIS-derived AOD, land use variables, and a daily calibration $PM_{2.5}$ concentration from surface measurements to estimate $PM_{2.5}$ concentration on a 10-km × 10-km grid across New England. The model was implemented to provide a surrogate for $PM_{2.5}$ exposure in Massachusetts in a study of birth outcomes (Kloog et al., 2012a) and was also applied for the Mid-Atlantic states (Kloog et al., 2012b). When AOD was available, the cross-validation out-of-sample $R^2$ was 0.83 for New England (Kloog et al., 2011) and 0.87 for Massachusetts (Kloog et al., 2012a); when AOD was unavailable, cross-validation out-of-sample $R^2$ was 0.81 for New England and 0.85 for Massachusetts. When running the model for the Mid-Atlantic, Kloog et al. (2012b) found cross-validation out-of-sample $R^2$ was 0.81 for the total model of $PM_{2.5}$ and 0.81 for the LUR stage of the model. Kloog et al. (2014) built upon this method by first calibrating the AOD on daily measurements of $PM_{2.5}$ and then adjusting for land use and meteorological variables for the northeastern U.S. (New Jersey to Maine) for 2003−2011. When available, AOD observations were was used to predict $PM_{2.5}$ concentrations. When AOD observations were not available the AOD−$PM_{2.5}$ calibration was to predict AOD, which was then input into the regression model for a 1-km × 1-km grid. Finally, a 200-m × 200-m resolution prediction was developed by taking the residuals at each monitoring site and regressing them against the fine-scale resolution predictors to estimate fine-scale $PM_{2.5}$ exposure.

SECTION 3.3: Methodological Considerations for Use of Exposure Data and Models

00196725

The models were built separately for temporal and spatial variables, and each had an average cross-validation out-of-sample $R^2 = 0.87$.

Like BME, machine learning approaches can be used to merge satellite observations with land use and other data to predict $PM_{2.5}$ mass concentration for exposure estimation. For example, Reid et al. (2015) used a machine learning approach to estimate spatiotemporal $PM_{2.5}$ exposure fields over the central region of California during a period of wildfires in the area by building spatiotemporal models using 11 model types from a set of 29 independent variables and selecting the optimal model for each model type. Input data included $PM_{2.5}$ and meteorological predictions from a CTM (WRF-Chem), land use data, and satellite AOD observations (three sets: the Geostationary Operational Environmental Satellite West Aerosol/Smoke Product [GASP] with a resolution of 4 km, the MODIS AOD product with a resolution of 10 km, and a local AOD product developed from MODIS data at a 500-m resolution). The data were put into each of these methods to develop a best model. Ten-fold cross-validation out-of-sample $R^2$ ranged from 0.387 to 0.803, and RMSE ranged from 1.49 to 2.03 $\mu g/m^3$. The authors found that similar model performance (within 1.5% of the RMSE) was achieved using only 13 variables, compared with a model using all 29 variables, with the highest out-of-sample $R^2$ and lowest RMSE. They found that the predictor variable most correlated with the $PM_{2.5}$ observations was the GASP followed by the distance to the nearest active fire cluster. The local AOD product and WRF-Chem $PM_{2.5}$ were the third most correlated predictor variable, both having a Pearson $R = 0.384$. Di et al. (2016a) used a similar approach for a model of $PM_{2.5}$ exposures across the contiguous U.S. GEOS-Chem simulation results were merged with satellite data for AOD, surface reflectance, and aerosol absorbance index, as well as with surface data from monitors reporting to AQS and data for meteorology and land use. For 2000–2012, out-of-sample $R^2 = 0.84$ with an RMSE of 2.94 $\mu g/m^3$. The relationship between predicted and measured $PM_{2.5}$ concentrations was approximately linear until measured $PM_{2.5}$ concentrations were above approximately 60 $\mu g/m^3$. At that point, the predictions were insensitive to measured $PM_{2.5}$, but limited $PM_{2.5}$ concentration data were available above concentrations of 60 $\mu g/m^3$. These studies illustrate that the most important variables can differ depending on the scenario modeled and the specific variables included.

Several other studies have developed novel methods to fuse observational data and results from models for estimating exposures. Pirani et al. (2014) performed Bayesian spatiotemporal modeling to assess short-term exposure to $PM_{10}$ in London, U.K. using mass concentration measurements and output from the high spatial resolution air dispersion modeling system. The authors found exposure estimates in urban areas were improved by including the city-scale particle component and the long-range transport component with covariates to account for residual spatiotemporal variation. Crooks and Isakov (2013) developed a novel method using wavelets to blend CMAQ, AERMOD, and observation fields to capture intra-urban transport of pollutants across a spectrum of spatial scales. The authors used the method to estimate block group and ZIP code centroid exposures in Atlanta, GA and found that it captured the concentrations down to scales of about 100 m.

SECTION 3.3: Methodological Considerations for Use of Exposure Data and Models

00196726

Several studies using AOD observations to predict $PM_{2.5}$ have been published in recent years. Progress in this approach includes incorporation of AOD with LUR, BME, and geostatistical modeling approaches, which may include surface measurements. Most applications of these hybrid models were designed to make comparisons across space for long-term exposure studies, where the temporal averages are more stable than for short-term exposure studies. Still, validation results across these studies are inconsistent, so attention must be given to the strengths and limitations of individual exposure models and their appropriateness for a given scenario (e.g., urban vs. rural, where monitoring used for model training and validation may be sparse in rural areas) rather than assuming that the predicted $PM_{2.5}$ exposures are accurate if they include satellite data.

### 3.3.4    Microenvironmental Exposure Modeling

Indoor air exposures to total PM may be measured directly or be based on infiltration rate estimates that typically use some level of mass balance model, potentially with chemistry, deposition, and other processes that can affect individual exposure. Inputs to indoor air mass balance models include ambient PM concentrations (observed or estimated), air exchange rates, indoor source emissions, and other factors that can affect the dynamics of pollutants. Such indoor air models are included in integrated exposure models (such as U.S. EPA's Stochastic Human Exposure and Dose Simulation [SHEDS] and Air Pollutants Exposure [APEX] models) or individual models (such as the Exposure Model for Individuals [EMI]) that also incorporate factors like human activity patterns (Baxter et al., 2013). In Baxter et al. (2013), mean $PM_{2.5}$ exposure estimates obtained from models that considered time spent indoors and indoor-outdoor air exchange rates with no indoor sources were approximately one-half of the concentrations from ambient monitor measurements.

Personal exposure occurs in multiple microenvironments that people encounter through their daily activities (e.g., indoors, outdoors, in vehicles). Methods have been developed to simulate potential total exposures through such environments by tracking "representatives" of population groups as they move between indoor and outdoor microenvironments, using estimated pollutant concentrations in each location to develop a time-weighted exposure profile for that population group. The way individuals "move" though the different microenvironments is taken from studies of personal activity data [e.g., the Consolidated Human Activity Database, or CHAD (Isaacs, 2014)]. This database has information on sequential patterns of individual activities, allowing for the simulation of not only "average" individual exposures, but also the distribution of exposures for different individuals or population groups over time.

The residential air exchange rate (AER) is a critical parameter for exposure models, such as APEX, SHEDS, and EMI (Breen et al., 2015; U.S. EPA, 2011, 2009a; Burke et al., 2001), with people spending the majority of their time indoors (Section 3.4.2.1). Mechanistic and empirical (i.e., regression-based) AER models can be used for exposure assessments when appropriate AER measurements are not available. Empirical AER models do not consider the effects of wind or indoor-outdoor temperature

SECTION 3.3: Methodological Considerations for Use of Exposure Data and Models

00196727

differences. Instead, a scaling constant can be used based on factors such as building age and floor area (Chan et al., 2005). Single-zone mechanistic models, such as the Lawrence Berkeley Laboratory (LBL) model, represent a building as a single, well-mixed volume (Breen et al., 2010; Sherman and McWilliams, 2007; Sherman and Grimsrud, 1980). Recently, the LBL air infiltration model was linked with a leakage area model using population-level census and residential survey data (Sherman and McWilliams, 2007) and individual-level questionnaire data (Breen et al., 2010). Variations on the LBL model were compared with daily AER measurements in North Carolina (Breen et al., 2010) to find mean absolute differences of 40−43% (in units of per hr).

The Hazardous Air Pollutant Exposure Model (HAPEM, now Version 6) is a screening-level approach for modeling long-term inhalation exposures to ambient air pollutants, including PM. It can take modeled ambient pollutant concentrations as inputs or can use a parameterization of National Air Toxics Assessment (NATA)-generated PM estimates based on the near-road and far-from-road census tract populations (Rosenbaum and Huang, 2007). To develop exposure estimates in microenvironments (e.g., commuting), microenvironmental factors are used to modify outdoor concentrations (e.g., provided by developing ambient concentration fields). HAPEM has been used for nationwide assessments of exposure to sources of specific PM components and other pollutants (Ozkaynak et al., 2008) and, as noted above, has been coupled with a CMAQ/AERMOD combination (Isakov et al., 2009).

The SHEDS model and APEX model (which is now part of the Total Risk Integrated Methodology, or TRIM-Expo) both simulate individual movements though multiple microenvironments. APEX uses either a mass balance approach or a ratio to estimate in-vehicle or indoor concentrations (Che et al., 2015). Differences in subpopulation sampling methods between APEX and SHEDS produce small differences in predictions for population exposures (12.2 vs. 12.9 μg/m$^3$, respectively). SHEDS includes an activity-dependent ventilation rate to estimate dose. SHEDS-PM (the PM version of SHEDS) uses a linear relationship between ambient concentrations and in-vehicle concentrations as well as in offices, restaurants/bars, schools, and stores. Jiao et al. (2012) found that spatial variability of ambient concentrations within urban areas was not substantial when comparing contributions of exposures based on daily PM$_{2.5}$ from CMAQ with application of SHEDS-PM. However, interindividual variability in estimated exposures was substantial. Daily estimates of the ratio of ambient exposure to ambient concentration differed by a factor of 4−5 across the simulated individuals. SHEDS uses time-activity data from the CHAD database. When limited to the three areas studied, Jiao et al. (2012) noted that data were insufficient in the CHAD database to quantify how time-activity patterns varied as a function of sex, region, or season. However, when aggregated across large geographic regions, the authors saw statistically significant differences in the time spent indoors and outdoors by sex, region, and season. Liu and Frey (2011) proposed a method to estimate in-vehicle PM$_{2.5}$ exposures that combined ambient concentrations and a local incremental concentration. This incremental concentration accounts for near-road enhancements instead of assuming a linear relationship between PM$_{2.5}$ concentration from fixed-site monitors and on-road concentrations estimated using the CALINE4 dispersion model. Liu and Frey (2011) found that in-vehicle exposures contribute 10−20% of average daily PM$_{2.5}$ exposures.

SECTION 3.3: Methodological Considerations for Use of Exposure Data and Models

00196728

Georgopoulos et al. (2009) linked SHEDS with an environmental risk model (MENTOR) to estimate exposures (and the related risks) for $PM_{2.5}$ in Philadelphia, using a CTM to provide the $PM_{2.5}$ field. For those individuals with the highest 5% of $PM_{2.5}$ exposures, the major microenvironment was indoors, with environmental tobacco smoke being the dominant source. Ozkaynak et al. (2009) evaluated the uncertainty inherent in the coupled model formulation and compared it with a "crude" estimation of uncertainty when the models are run separately and with CMAQ outputs being used for SHEDS inputs. Uncertainty for the crude method was 1.2−4.4 times higher than for the coupled formulation.

The EMI model simulates individual exposure to $PM_{2.5}$ as the aggregate of exposures in multiple microenvironments (Breen et al., 2015). The EMI uses a five-tier system to model individual exposures. AER is predicted in Tier 1 based on surveys and variations on the LBL model for each microenvironment. Infiltration factors are predicted in Tier 2. The infiltration factors are used to predict the outdoor concentrations that have infiltrated indoors. Tier 3 predicts indoor concentrations in each microenvironment using infiltration factors and outdoor concentrations measured at fixed-site monitors. A weighted average of the infiltration factor over time spent in different microenvironments is produced for each individual in Tier 4, and then personal exposures to pollution from directly outside the microenvironment and from the fixed-site concentration measurement are computed in Tier 5 for each individual. Personal monitoring and time-activity surveys are necessary inputs for the EMI. The Tier 2−5 metrics were observed to have approximately 15−25% error (Breen et al., 2018; Breen et al., 2015).

The trade-off between computational accuracy and efficiency in exposure and risk models has received limited discussion in the exposure model literature. Chang et al. (2012) described a simulation process incorporating SHEDS exposure simulations into two risk models: (1) an "exposure simulation" approach in which an exposure time series was simulated stochastically and then incorporated into an ensemble average risk and (2) a two-stage "Bayesian" approach in which the computed time series was used as a prior distribution in an exposure model. Risk of mortality (Chapter 11) associated with short-term $PM_{2.5}$ exposure was estimated using the exposure simulator model, the Bayesian model, and fixed-site $PM_{2.5}$ concentrations as an exposure surrogate. Little difference was observed between the exposure simulator and Bayesian models, but the exposure simulator was less computationally intensive.

### 3.3.5    Exposure Assignment Methods in Epidemiologic Studies

Epidemiologic studies use a variety of methods to assign exposures to study participants. Study design, data availability, and research objectives are all important factors for epidemiologists when selecting an exposure estimation method. Common methods for estimating exposures from monitoring data include using fixed-site ambient monitoring, averaging concentrations from multiple monitors, and selecting the closest monitor to represent population exposure. Investigators may also use statistical adjustment methods, such as trimming extreme values to prepare the exposure data set. Alternatively,

00196729

modeling approaches described in Section 3.2.2 (modeling) can be used to estimate more spatially or temporally resolved exposures when data and resources are available.

Comparison studies have illustrated differences among the methods for producing estimates of exposures. For example, Dionisio et al. (2013) simulated $PM_{2.5}$ mass concentration, $PM_{2.5-EC}$, and $PM_{2.5-Sulfate}$ exposures using different methods. These methods included a fixed-site monitor, an AERMOD model, a hybrid model combining regional background estimates with local contributions by AERMOD, and the SHEDS exposure model. The spatial variability of the modeling methods differed more than the temporal variability (as measured by the coefficient of variation). The spatial variability was greater for the AERMOD and hybrid approaches for all three pollutants. Temporal variability was similar across methods for $PM_{2.5}$ and $SO_4^{2-}$ with some difference across methods for EC. Mannshardt et al. (2013) compared (1) fixed-site monitor concentration data, (2) exposures estimated by CMAQ output, and (3) exposures calculated using SHEDS to study respiratory emergency department visits associated with $PM_{2.5}$ exposure in New York County, NY, Queens, NY, and Bronx, NY. They found that the SHEDS model produced relative risks very similar to those from CMAQ but that the SHEDS model provided additional information that helped reduce uncertainty. The effect estimates associated with exposures modeled by SHEDS and by CMAQ were both higher and more precise than the effect estimate obtained from using fixed-site data as an estimate for exposure concentration. However, McGuinn et al. (2017) estimated $PM_{2.5}$ exposures and risks of coronary artery disease and myocardial infarction using (1) a fixed-site monitor, (2) a CMAQ run with a census tract-level downscaler, (3) a CMAQ run with data fusion downscaler at a 12-km resolution, (4) and satellite data at a 1- and 10-km resolution. They found no relationship between the model resolution with exposures, with the magnitude of the effect estimates, or with the precision of the effect estimate for either health outcome studied.

Additional studies have also explored the effect of using different spatial averaging techniques to handle exposure estimates from fixed-site monitoring data. Goldman et al. (2012) and Strickland et al. (2013) compared exposure estimates for $PM_{2.5}$, $PM_{10}$, $SO_4^{2-}$, $NO_3^-$, $NH_4^+$, EC, and OC among different methods, including fixed-site monitors, population-weighted averages of the (1) fixed-site monitors, (2) unweighted averages, (3) population-weighted averages, (4) area averages, and (5) a spatiotemporal model that used the pollutants' spatial and temporal autocorrelation structures to estimate exposures. Taking the spatiotemporal model as a reference, Goldman et al. (2012) found the fixed-site monitor method had greater bias in the exposure metric compared with the averaging methods. Bias increased for the more spatially variable EC and OC compared with $PM_{2.5}$. These comparisons highlight differences among the methods in their ability to capture variability of exposures among study participants. The importance of capturing such variability also depends on the variability of the PM size cut or components.

Comparison of concentration surfaces involving satellite observations have focused on spatial resolutions appropriate for different exposure estimation techniques. Lee et al. (2012b) compared the appropriate averaging distance ranges for $PM_{2.5}$ concentration surfaces estimated using satellite detection and kriging with $PM_{2.5}$ concentration measurements from fixed-site monitors using 6 years of data. The

00196730

authors compared the kriged or remotely sensed data with the surface measurements over distances ranging from 7.6 km to 106.0 km using mean squared error (MSE), mean error, mean absolute error (MAE), Pearson correlation, and Spearman correlation. They estimated that kriging provided superior exposure estimates when distances from the kriged estimate to the fixed-site monitor were smaller than 98 km, while satellite detection provided superior exposure estimates when distances from the remotely sensed concentration centroid to the fixed-site monitor exceeded 98 km. Jerrett et al. (2016) compared remotely sensed $PM_{2.5}$ concentration surfaces estimated from three satellite systems with (1) downscaled CMAQ concentration estimates, (2) a spatiotemporal concentration surface, (3) an LUR model, and (4) a combined LUR-kriging model. The mean and median $PM_{2.5}$ concentrations were similar across methods (range of means: 11.4 to 12.2 $\mu g/m^3$), but the LUR models and one spatiotemporal model (geographically weighted regression) produced higher variability than the other methods (IQRs range from 3.6 to 5.7 $\mu g/m^3$).

Epidemiologic study design affects the relevance and utility of exposure estimation methods. Methods with high temporal resolution are preferable for short-term exposure studies even if spatial resolution is low, assuming the temporal variability at the site of data collection does not vary substantially across the study area. Fixed-site monitors, with temporal variability matching that of the health data set, may be appropriate for this case, especially for $PM_{2.5}$ concentration, which tends to be less spatially variable than concentrations of $PM_{10-2.5}$ or UFP. Methods with high spatial resolution are preferable for long-term exposure studies where spatial contrasts are important. Methods that merge data from several sources, such as hybrid methods drawing from a combination of land use variables, satellite observations, CTM outputs, and surface measurements, create more spatially variable PM concentration surfaces. However, satellite data and CTM outputs are not as readily available for $PM_{10-2.5}$ and UFP as for $PM_{2.5}$. Table 3-5 summarizes various exposure estimation methods used in PM epidemiologic studies, appropriate applications, and associated errors and uncertainties. In general, the methods listed in Table 3-5 that model spatial variability more accurately are often used in studies of health effects from long-term PM exposure, because uncertainties in spatial variability will have more of an influence on effect estimates from long-term exposure studies. Similarly, the methods that capture temporal variability are typically used in short-term PM exposure studies, because uncertainties in temporal variability will have more of an influence on effect estimates from short-term exposure studies.

00196731

**Table 3-5** Summary of exposure estimation methods, their typical use in PM epidemiologic studies, and related errors and uncertainties.

| Exposure Assignment Method | Description | Epidemiologic Application | Strengths | Limitations | Exposure Errors |
|---|---|---|---|---|---|
| *Measurement Methods* | | | | | |
| Fixed-site monitor [Section 3.3.1.1; U.S. EPA (2009b)] | Typically, the nearest monitor to a receptor location; monitor type varies with particle size; $PM_{2.5}$: An FRM or FEM monitor located at a fixed location to measure ambient PM concentrations; $PM_{10-2.5}$: A dichotomous FRM or FEM monitor located at a fixed location to measure ambient PM concentrations, collocated $PM_{10}$ and $PM_{2.5}$ monitors used to calculate concentrations by differencing for a given location, or noncollocated $PM_{10}$ and $PM_{2.5}$ monitors used to calculate concentrations by differencing across a city or county; UFP: typically, a CPC to measure particle number concentration. | Short-term exposure studies: surrogate for ambient PM exposure of a population within a city. Long-term exposure studies: surrogate for ambient PM exposure to compare populations within a city or among multiple cities. | Ambient PM concentration measurements undergo rigorous quality assurance | Non-FRM and non-FEM optical instruments cannot be calibrated to ambient conditions, due to differences in size distributions and composition of calibration particles (e.g., Arizona road dust) and ambient PM; measurements of ambient PM concentrations made at a fixed location may differ from an exposed individual's true exposure, and no spatial variation is assumed; smaller particles (e.g., UFP) are more susceptible to evaporative losses. | Correlation between outdoor PM concentrations proximal to the receptors and ambient PM concentration measurements typically decreases with increasing distance from the monitor, especially for $PM_{10-2.5}$ and UFP, potentially simultaneously leading to decreased precision and to bias towards the null, due to increased noise driving the slope towards zero; errors in $PM_{10-2.5}$ concentrations related to different flow rates used in $PM_{10}$ and $PM_{2.5}$ monitors for the differencing methods; errors in $PM_{10-2.5}$ concentrations due to differences in locations of $PM_{10}$ and $PM_{2.5}$ monitors when the instruments are not collocated. Potential for bias if ambient PM concentration at a receptor location is higher or lower than the ambient PM concentration measured at the monitor, especially for $PM_{10-2.5}$ and UFP; potential for imprecision from assumption of constant PM concentration within some radius of the monitor, especially for $PM_{10-2.5}$ and UFP; errors in $PM_{10-2.5}$ concentrations related to different flow rates used in $PM_{10}$ and $PM_{2.5}$ monitors for the differencing methods; errors in $PM_{10-2.5}$ concentrations due to differences in locations of $PM_{10}$ and $PM_{2.5}$ monitors when the instruments are not collocated. |

SECTION 3.3: Methodological Considerations for Use of Exposure Data and Models

00196732

**Table 3-5 (Continued): Summary of exposure estimation methods, their typical use in PM epidemiologic studies, and related errors and uncertainties.**

| Exposure Assignment Method | Description | Epidemiologic Application | Strengths | Limitations | Exposure Errors |
|---|---|---|---|---|---|
| Microenvironmental monitor (Section 3.3.1.2) | Typically located in an outdoor or indoor microenvironment to measure ambient PM concentration; $PM_{2.5}$: An FRM or FEM monitor located at a fixed location to measure ambient PM concentration; $PM_{10-2.5}$: A dichotomous FRM or FEM monitor located at a fixed location to measure ambient PM concentration, or collocated $PM_{10}$ and $PM_{2.5}$ monitors used to calculate concentrations by differencing for a given location; UFP: typically, a CPC to measure particle number concentration | Panel studies: PM exposure (e.g., personal or residential samples) within a geographic area | Ambient PM concentration measurements undergo rigorous quality assurance | Non-FRM and non-FEM optical instruments cannot be calibrated to ambient conditions, based on differences in size distributions and composition of calibration particles (e.g., Arizona road dust) and ambient PM; instrument expense may make it difficult to perform sampling simultaneously in multiple environments. | Nonambient PM exposure sampling may lead to bias if appropriate statistical methods are not used for handling biased data. |

SECTION 3.3: Methodological Considerations for Use of Exposure Data and Models

00196733

**Table 3-5 (Continued): Summary of exposure estimation methods, their typical use in PM epidemiologic studies, and related errors and uncertainties.**

| Exposure Assignment Method | Description | Epidemiologic Application | Strengths | Limitations | Exposure Errors |
|---|---|---|---|---|---|
| Active personal exposure monitor (Section 3.3.1.2) | Air is pulled through a pump and sampled for ambient PM concentrations. $PM_{2.5}$ or $PM_{10-2.5}$: air is typically directed through a collection filter on an impaction plate or past an optical detector; upstream hardware (e.g., cyclone) may be used for separating PM by specific size fractions; UFP: typically, a CPC to measure particle number concentration; BC: PM is typically measured with an aethalometer. | Panel studies: PM exposure (e.g., personal or residential samples) within a geographic area | PM and/or BC concentrations are obtained at the site of the exposed person | Non-FRM and non-FEM optical instruments cannot be calibrated to ambient conditions, based on differences in size distributions and composition of calibration particles (e.g., Arizona road dust) and ambient PM; some monitors can detect a minimum particle size of 0.1 μm and a few others can detect 0.25 μm, but the majority detect over the entire fine PM range; many monitors are noisy. | Nonambient PM exposure sampling may lead to bias if appropriate statistical methods are not used for handling biased data. |
| Passive personal exposure monitor (Section 3.3.1.2) | PM is captured on a treated substrate via passive exposure for a time period to measure a personal or area sample, and the substrate is analyzed by SEM; concentration is calculated based on a model of passive diffusion flux for $PM_{2.5}$, $PM_{10-2.5}$, or UFP. | Panel studies: ambient PM exposure within a city or among multiple cities | PM concentrations are obtained at the site of the exposed person | Long duration integrated sampling time (e.g., 7 days) does not allow for time-series analysis; diffusion-related losses to the passive sampler hardware have the potential to bias the concentration estimation based both on reduced particle counts and overestimation of flux to the sampling substrate. | Nonambient PM exposure sampling may lead to bias. |

SECTION 3.3: Methodological Considerations for Use of Exposure Data and Models

00196734

**Table 3-5 (Continued): Summary of exposure estimation methods, their typical use in PM epidemiologic studies, and related errors and uncertainties.**

| Exposure Assignment Method | Description | Epidemiologic Application | Strengths | Limitations | Exposure Errors |
|---|---|---|---|---|---|
| *Modeling Methods* | | | | | |
| Data averaging (Section 3.3.2.1) | Averaging across multiple monitors during the same time window and within a geographical area such as a city or county, typically using fixed-site monitoring data | Short-term exposure studies: surrogate for ambient PM exposure of a population within a city | Ambient PM concentration measurements undergo rigorous quality assurance; averaging scheme designed for population or trend of interest | Non-FRM and non-FEM optical instruments cannot be calibrated to ambient conditions, based on differences in size distributions and composition of calibration particles (e.g., Arizona road dust) and ambient PM; measurements of ambient PM concentrations made at a fixed location may differ from an exposed individual's true exposure, and spatial variation is assumed to be well represented by the averaging scheme. | Correlation between outdoor PM concentrations proximal to the receptors and ambient PM concentration measurements typically decreases with increasing distance from the monitor, especially for $PM_{10-2.5}$ and UFP, potentially leading simultaneously to decreased precision and to bias towards the null, due to increased noise driving the slope towards zero. |
| | Spatial averaging (area averaging, population-weighted averaging), typically using fixed-site monitoring data | Long-term exposure studies: surrogate for ambient PM exposure, usually within a city or geographic region | | | Potential for bias if ambient PM concentrations at a receptor location is higher or lower than the spatial average, especially for $PM_{10-2.5}$ and UFP; potential for imprecision from assuming constant PM concentration within some geographic area, especially for $PM_{10-2.5}$ and UFP. |

SECTION 3.3: Methodological Considerations for Use of Exposure Data and Models

00196735

**Table 3-5 (Continued): Summary of exposure estimation methods, their typical use in PM epidemiologic studies, and related errors and uncertainties.**

| Exposure Assignment Method | Description | Epidemiologic Application | Strengths | Limitations | Exposure Errors |
|---|---|---|---|---|---|
| Inverse distance weighting (Section 3.3.2.2) | Measured ambient PM concentrations are interpolated to estimate ambient PM concentration surfaces across regions; IDW uses an inverse function of distance to monitors | Long-term exposure studies: surrogate for ambient PM exposures, usually within a city or geographic region | High spatial resolution | Over-smoothing based on assumption that ambient PM concentration is constant for a given distance from the source or based on smoothing function between monitors (which is more of an issue for $PM_{10-2.5}$ and UFP). | Potential for negative bias if ambient PM sources are not captured or PM concentration is overly smoothed; potential for positive bias if PM deposition or other loss processes; potential for imprecision from overly smoothed PM concentration. |
| Kriging (Section 3.3.2.2) | Measured ambient PM concentrations are interpolated to estimate ambient PM concentration surfaces across regions | Long-term exposure studies: surrogate for ambient PM exposures, usually within a city or geographic region | High spatial resolution | Over-smoothing is possible based on smoothing function between monitors (which is more of an issue for $PM_{10-2.5}$ and UFP). | Potential for negative bias if ambient PM sources are not captured or PM concentration is overly smoothed; potential for positive bias if PM deposition or other loss processes; potential for imprecision from overly smoothed PM concentrations. |
| Land use regression (Section 3.3.2.3) | Measured ambient PM concentrations are regressed on local variables (e.g., land use factors); the resulting model is used to estimate ambient PM concentrations at specific locations | Long-term exposure studies: surrogate for ambient PM exposures, usually across a city but sometimes among multiple cities | High spatial resolution | Does not account for emission rates, dispersion, or atmospheric chemistry and may account for meteorology only in terms of wind speed and wind direction, depending on model formulation; has limited generalizability to other locations; uncertainties are highest where training monitors are sparse. | Potential for bias if grid is not finely resolved, if the model is misspecified, or if the model is applied to a location different from where the model was fit. |

SECTION 3.3: Methodological Considerations for Use of Exposure Data and Models

00196736

**Table 3-5 (Continued): Summary of exposure estimation methods, their typical use in PM epidemiologic studies, and related errors and uncertainties.**

| Exposure Assignment Method | Description | Epidemiologic Application | Strengths | Limitations | Exposure Errors |
|---|---|---|---|---|---|
| Spatiotemporal model (Section 3.3.2.3) | Measured ambient PM concentrations are modeled by a spatial average, spatially varying covariates, and a spatiotemporal residual; the resulting model is used to estimate ambient PM concentrations at specific locations | Short-term and long-term exposure studies: surrogate for ambient PM exposures, usually across a city but sometimes among multiple cities | High spatial resolution | Does not account for emission rates, dispersion, or atmospheric chemistry and may account for meteorology only in terms of wind speed and wind direction, depending on model formulation; has limited generalizability to other locations; uncertainties are highest where training monitors are sparse. | Potential for bias if grid is not finely resolved, if the model is misspecified, or if the model is applied to a location different from where the model was fit. |
| Chemical transport model (Section 3.3.2.4.1) | Grid-based ambient PM concentrations are estimated from emissions, meteorology, and atmospheric chemistry and physics | Short-term and long-term exposure studies: surrogate for ambient PM exposures, sometimes within a city but more typically across a larger region | Strengths include accounting for emission rates, mixing height, atmospheric stability, meteorology, atmospheric chemistry, and complex terrain | Limited grid cell resolution (i.e., grid cell scale is typically 4−36 km); spatial smoothing of local PM emissions sources; UFP not typically modeled; temporal emission allocations (e.g., by hour of weekday, by month, etc.) are generally the same over time. | Potential for bias when grid cells are too large to capture spatial variability of ambient PM exposures, especially for $PM_{10-2.5}$; bias in PM mass concentration and PM components related to underestimation of BC and OC. |
| Dispersion model (Section 3.3.2.4.2) | Ambient PM concentrations at specific locations are estimated from emissions, meteorology, and atmospheric physics | Short-term and long-term exposure studies: surrogate for ambient PM exposures within a city or geographic region | High spatial and temporal resolution, accounts for atmospheric physics from local emission sources | Limited representation of atmospheric chemistry or background PM concentrations; input emissions data are sometimes not available (e.g., roads where vehicle counts are not measured). | Potential for bias where the dispersion model does not capture boundary conditions and/or the resulting fluid dynamics well (e.g., in large cities with urban topography affecting dispersion). |

SECTION 3.3: Methodological Considerations for Use of Exposure Data and Models

00196737

**Table 3-5 (Continued): Summary of exposure estimation methods, their typical use in PM epidemiologic studies, and related errors and uncertainties.**

| Exposure Assignment Method | Description | Epidemiologic Application | Strengths | Limitations | Exposure Errors |
|---|---|---|---|---|---|
| Hybrid approaches (Section 3.3.2.4.3) | Grid-based ambient PM concentrations are estimated from emissions, meteorology, and atmospheric chemistry and physics and bias corrected based on monitoring data | Short-term and long-term exposure studies; surrogate for ambient PM exposures, sometimes within a city but more typically across a larger region | Strengths include accounting for emission rates, mixing height, atmospheric stability, meteorology, atmospheric chemistry, and complex terrain; bias correction improves model results, particularly where biases are large | Limited grid cell resolution (i.e., grid cell scale is typically 4−36 km); resource-intensive; spatial smoothing of local PM emissions sources; UFP not typically modeled. | Although there is the potential for bias when grid cells are too large to capture spatial variability of ambient PM exposures (especially for $PM_{10-2.5}$; bias in PM mass concentration and PM components related to underestimation of BC and OC), fusing model results with monitoring data helps to minimize exposure errors. |
| Microenvironmental modeling (e.g., APEX, SHEDS [Section 3.3.4]) | Estimates distributions of microenvironmental PM concentrations, exposures, and doses for populations (e.g., census tracts) based on air quality data, demographic variables, and activity patterns | Short-term and long-term exposure studies; panel studies | Accounts for variability of PM exposures across large populations, accounts for different concentrations in different microenvironments, accounts for location-activity information | Models simulate individuals and their exposures; they do not model actual individuals but simulated representative individuals based on the population being modeled. | Potential for bias when the modeled distributions of ambient PM concentration, indoor:outdoor pollutant ratios, and time-activity patterns differ from the true distributions. |

SECTION 3.3: Methodological Considerations for Use of Exposure Data and Models

3-51

**Table 3-5 (Continued): Summary of exposure estimation methods, their typical use in PM epidemiologic studies, and related errors and uncertainties.**

| Exposure Assignment Method | Description | Epidemiologic Application | Strengths | Limitations | Exposure Errors |
|---|---|---|---|---|---|
| Satellite-based methods (Section 3.3.3) | Grid-based ambient PM concentrations are estimated from emissions, meteorology, and atmospheric chemistry and physics and bias corrected based on satellite data | Long-term exposure studies: surrogate for ambient PM exposure, sometimes within a city but more typically across a larger region | Strengths include bias correction, which improves model results, particularly where biases are large | Limited temporal resolution (i.e., based on a daily observation); assume AOD is representative of ground-level $PM_{2.5}$ concentrations; algorithms converting AOD observations to $PM_{2.5}$ concentrations vary regionally; limited grid cell resolution (i.e., grid cell scale is typically 1−36 km); spatial smoothing of local PM emissions sources; $PM_{10-2.5}$ and UFP not typically modeled. | Although there is the potential for bias when grid cells are too large to capture spatial variability of ambient PM exposures (especially for $PM_{10-2.5}$; bias in PM mass concentrations and PM components related to underestimation of BC and OC), fusing model results with satellite data helps to minimize exposure errors. |

AOD = aerosol optical depth; APEX = air pollutants exposure model; BC = black carbon; CPC = condensation particle counter; FEM = Federal Equivalent Method; FRM = Federal Reference Method; IDW = inverse distance weighting; OC = organic carbon; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; SEM = scanning electron microscopy; SHEDS = stochastic human exposure and dose simulation; UFP = ultrafine particles.

SECTION 3.3: Methodological Considerations for Use of Exposure Data and Models

00196739

## 3.4 Exposure Assessment and Interpretation of Epidemiologic Study Results

The exposure assignment methods discussed in Section 3.3 inform PM health relationships differently, depending on the method chosen. These relationships include those between ambient concentrations and health effects and between ambient exposures and health effects. The ambient exposure-health relationship is the relationship of interest for the causal determinations in the ISA. Recognizing that any exposure assessment method has limitations, ambient exposures can be estimated using personal monitors, microenvironmental models, or fixed-site monitoring or modeling of ambient concentration as a surrogate for exposure (Table 3-5). Methods that estimate local exposures, including spatial averaging, LUR, and emissions/transport models inform the exposure-health relationship. Ambient concentrations measured at an ambient monitor can be used directly to inform the ambient concentration-health relationship.

The following sections review the available literature to explore how the selection of an exposure metric may influence these relationships. The following discussion focuses on the relationships influencing exposure, such as those between ambient PM concentrations and exposures to ambient PM (Section 3.4.1), factors contributing to error in estimating exposures to ambient PM (Section 3.4.2), and the influence of exposure errors on epidemiologic study results (Section 3.4.4). Additionally, this section explores copollutant relationships that may influence the interpretation of the health effect estimates for ambient PM exposures (Section 3.4.3).

### 3.4.1 Relationships Influencing Exposure

This section builds upon discussions from the 2009 PM ISA (U.S. EPA, 2009b) about relationships between ambient PM measured outdoors, ambient PM infiltrating indoors, and the resulting relationships between indoor and outdoor ambient PM concentrations and between personal exposure to ambient PM and ambient PM concentrations. Summaries of relevant discussions from the 2009 PM ISA are included in Section 3.4.1.1, Section 3.4.1.2, and Section 3.4.1.3.

#### 3.4.1.1 Air Exchange Rate and Infiltration

When concentrations measured at an ambient monitor are used as a surrogate for $PM_{2.5}$, $PM_{10-2.5}$, or UFP exposures, the metric does not account for reduction in exposure related to the process of infiltration indoors. The 2009 PM ISA (U.S. EPA, 2009b) described how the air exchange rate (AER) can influence the infiltration of PM into the building envelope. AER is the airflow into and out of a building

00196740

and is represented by $a$ in the conceptual model (Equation 3-4) presented in Section 3.2.2. Several factors affect the AER, including weather conditions, building characteristics, and occupant behavior, resulting in substantial spatial and temporal variations in AER. Deposition is dependent on PM size, where UFP loss is expected to occur through Brownian diffusion, while $PM_{10-2.5}$ losses may occur through gravitational deposition or impaction. These phenomena were described in Sarnat et al. (2006a) and summarized in the 2009 PM ISA. New developments include characterizing infiltration of UFP, clarification on the factors influencing infiltration, and examination of air conditioning usage or AER as an effect modifier of $PM_{2.5}$ exposures for epidemiologic studies.

Field studies indicate that residential AER values vary by region and season, with substantial variability among different residences. Cao and Frey (2011) observed higher geometric mean AER in New York City, NY (0.64/hour), where housing stock tends to be older, compared with Harris County, TX (0.37/hour) and a six-county region of central North Carolina (0.54/hour). The RIOPA (Relationship Among Indoor, Outdoor, and Personal Air) study measured summer and winter AER in homes in three U.S. cities (Los Angeles, CA, Elizabeth, NJ, and Houston, TX). Median AER values were similar in Los Angeles, CA and Elizabeth, NJ (0.87 and 0.88/hour, respectively), but lower in Houston, TX [0.47/hour; Yamamoto et al. (2010)]. Isaacs et al. (2013) analyzed seasonal RIOPA and DEARS data and found similar AER for the RIOPA cities and median AER of 0.92/hour in winter and 1.46/hour in summer. Summer AER was lower than winter AER in Elizabeth, NJ (0.88 vs. 1.07/hour) and Houston, TX (0.37 vs. 0.63/hour). A similar seasonal difference was observed in Windsor, Ontario [0.14 vs. 0.3/hour; Wheeler et al. (2011)]. In contrast, in Los Angeles, CA AER values were higher in summer than winter (1.14 vs. 0.61/hour). More prevalent use of open windows in Los Angeles, CA and Detroit, MI, where summertime tends to be less humid than in Elizabeth, NJ or Houston, TX, may promote greater air exchange. These differences may decrease with the increased prevalence of air conditioning, because air conditioning usage is an important factor in infiltration (Allen et al., 2012). The higher winter AER values in the northern cities of Elizabeth, NJ and Windsor, Ontario may be due to an increased "stack effect" resulting from indoor-outdoor temperature differences (Breen et al., 2014).

Between-city variability in residential building characteristics may explain heterogeneity in associations of $PM_{2.5}$ with risk estimates (Section 11.1.6.3.2). Baxter and Sacks (2014) explored this idea by performing k-means cluster analysis of factors related to AER, including percentage of homes with central air conditioning, mean year the home was built, and mean home size using the American Housing Survey across 94 CBSAs across the U.S. Their analysis produced five clusters, labeled Clusters 1−5 by the study authors. Clusters 2 and 3 had high proportions of air conditioning (72% each), primarily located the southern U.S., including the Southeast and Southwest. Homes in these clusters were built, on average, in 1989 and 1970. Cluster 1, which crossed the Northeast, Rust Belt, Pacific coast, and Denver, had slightly more than one-quarter (27%) of homes with air conditioning, and had smaller homes on average (1,672 $ft^2$). Clusters 4 and 5 had air conditioning in 56 and 19% of homes, respectively, and were somewhat larger (2,098 and 2,253 $ft^2$). These clusters were primarily situated in the Northeast and Rust Belt. In the latter three clusters mentioned (i.e., 1, 4, and 5), homes were built on average in 1954, 1959,

SECTION 3.4: Exposure Assessment and Interpretation of Epidemiologic Study Results

00196741

and 1945, respectively. The results of Baxter and Sacks (2014) and Baxter et al. (2017), in a related study of short-term $PM_{2.5}$ exposure and mortality, support the idea of a regional differences in building characteristics and health effects estimates based on north-south and east-west differences in housing clusters.

Vehicle AERs can be substantially higher than residential AERs, leading to rapid infiltration of on-road pollutants. Many factors affect vehicle AER, including whether windows are opened or closed, the vehicle make and model, vehicle age, driving speed, and fan/recirculation settings on the vehicle ventilation system. The combined effect of these factors results in AERs that vary by more than two orders of magnitude, from less than 1/hour (approximately equivalent to a typical residential AER) to more than 100/hour (Hudda et al., 2011). In a model fit to AER measurements on 59 vehicles driven at three different speeds under recirculation conditions with closed windows, the most important variables were vehicle age, mileage, and speed, plus an adjustment for the manufacturer (Fruin et al., 2011). Fan speed and vehicle shape were not influential variables.

More data have since been acquired to estimate $F_{inf}$ for UFP since the Sarnat et al. (2006a) study. Sarnat et al. (2006a) found that $F_{inf}$ reached a maximum for particles 200 nm in size and was sensitive to AER and PM composition. The smallest size they studied was 20 nm. Kearney et al. (2014) estimated daily $F_{inf}$ for $PM_1$, $PM_{2.5-1}$, and UFP (NC estimated by the authors to have 80% smaller than 100 nm) in Edmonton, Ontario. They studied conditions in winter and summer and observed winter-time median $F_{inf}$ of 0.45 for $PM_1$ (based on the $SO_4^{2-}$ method) and of 0.19 for UFP (based on P-TRAK portable sampler measurements), a 58% reduction. During the summer, median $F_{inf}$ was 0.79 for $PM_1$ and 0.51 for UFP, a 35% reduction. In addition to the influence of season, Kearney et al. (2014) also tested building age and ventilation characteristics and found that building age, airflow characteristics in the home, temperature differentials, and wind speed influenced $F_{inf}$ for $PM_1$ in winter, while furnace operation and wind speed influenced $F_{inf}$ for UFP in winter. For summer, only the wind speed affected $F_{inf}$ for $PM_1$, while portable air cleaner operation and window opening affected $F_{inf}$ for UFP. Rim et al. (2010) focused on UFP smaller than 100 nm and were able to measure particles as small as 4.4 nm (under open window conditions) and 9 nm (under closed window conditions) in their study of $F_{inf}$ using an SMPS. For open window conditions, $F_{inf} = 0.08$ for particles in the 4.4−5.1 nm bin. For closed window conditions, $F_{inf} = 0.03$ for the 9−11 nm bin. For the 55−64 nm bin, $F_{inf}$ was 0.16 for closed windows and 0.47 for open windows. The Rim et al. (2010) study also compared the $C_{in}/C_{out}$ ratio with $F_{inf}$. Unlike the values for $PM_{2.5}$ and $PM_{10-2.5}$, the $C_{in}/C_{out}$ ratio was very close to $F_{inf}$ for UFP. These findings imply that very little PM in the smallest size fractions infiltrates the building envelope, suggesting that large errors would occur from assuming that concentrations measured at an ambient monitor were representative of indoor exposure to ambient UFP, especially as the particle size decreased.

Indoor air filtration using high-efficiency particulate air (HEPA) filters can reduce $F_{inf}$ as well as indoor total and ambient $PM_{2.5}$ concentrations. Allen et al. (2011) conducted an intervention study by temporarily installing HEPA filters in 25 homes in British Columbia, Canada during the winter and early

00196742

spring. Indoor $PM_{2.5}$ concentrations were 59% lower on average during HEPA filter operation (4.6 vs. 11.2 μg/m³). Reductions of similar magnitude were observed for outdoor-generated $PM_{2.5}$ (1.5 vs. 3.5 μg/m³). Allen et al. (2011) estimated $F_{inf}$ using the recursive method of Allen et al. (2003) and found that the average infiltration of $PM_{2.5}$ was reduced by 41% (0.20 vs. 0.34). These studies showed a consistent effect of HEPA filtration in reducing $PM_{2.5}$ infiltration.

Several recent studies suggest that air conditioning may modify the association between $PM_{2.5}$ and health effects. Allen et al. (2012) used $PM_{2.5}$ and questionnaire data from the MESA-Air study to model $F_{inf}$ as a function of air conditioning and heating use, window openings, and window insulation. During the summer, central air conditioning use was the most important factor in the model, accounting for 80% of the overall model variability (model $R^2 = 0.70$). During the winter, the most important factor was the 2-week avg outdoor temperature, which accounted for 45% of the overall model variability (model $R^2 = 0.49$). These results suggest that the variability in $PM_{2.5}$ infiltration within and between cities may account for increased variability in estimating $PM_{2.5}$ exposure and hence lead to attenuation of the health effect estimate. Hodas et al. (2012) considered sensitivity of $F_{inf}$ to $PM_{2.5}$ mass concentration, $PM_{2.5}$ component concentration, proximity to roadways, and income. Generally speaking, $F_{inf}$ was higher when calculated for $PM_{2.5}$ mass concentration rather than the individual PM components. $F_{inf}$ was higher for dwellings near roadways and for AER of 0.90/hour, which was identified as the "typical" AER for low income homes compared with the general population. The authors suggested that variation in $F_{inf}$ may account for exposure misclassification in cases where variability in AER leads to assignment of incorrect $F_{inf}$ and for effect modification when conditions, such as source proximity and poverty, influence $F_{inf}$.

Based on results of studies showing how $F_{inf}$ varies under different conditions, Allen et al. (2012) suggested that infiltration could modify the health effect of $PM_{2.5}$ exposure; this idea was explored in other studies. Bell et al. (2009) tested whether air conditioning prevalence (i.e., the proportion of homes with air conditioning in a given community as indicated by the American Housing Survey) modified the effect of $PM_{2.5}$ exposures on cardiovascular and respiratory hospital admissions (HA) and of $PM_{10}$ on mortality. Over 1 year they observed decreases of 30% for the effect of short-term $PM_{10}$ exposure on mortality and of 34% for the effect of short-term $PM_{2.5}$ exposure on cardiovascular HA when any air conditioning was in use. They observed an overall 45% increase in the effect of $PM_{2.5}$ on respiratory HA for those who use air conditioning, but a breakdown of their data showed that there was a 75% decrease in the effect of $PM_{2.5}$ on respiratory HA during the summer when air conditioning use would be most prevalent. Sarnat et al. (2013a) also explored how AER can be a modifier of the effect of $PM_{2.5}$, $NO_X$, and CO related to asthma ED visits in Atlanta neighborhoods. Parsing their data by low and high AER (0.25/hour threshold) and poverty level (8.5% threshold), Sarnat et al. (2013a) observed that the majority of locations with high levels of poverty also had high AER. They attributed this observation to old, drafty housing being more prevalent among those in poverty. Larger effect estimates were observed among those with high poverty and living in homes with low AER. However, when effect modification was tested using an interaction term, a negative effect on ED asthma visits was observed despite increased

00196743

$PM_{2.5}$ and AER being associated with increased ED visits. These results indicate that air conditioning may modify associations between $PM_{2.5}$ and health effects, but the results are not entirely consistent.

Many of the newer studies of PM infiltration focused on characterizing infiltration of UFP, clarifying the factors influencing infiltration, and examining air conditioning use or AER as an effect modifier of $PM_{2.5}$ exposure. UFP infiltration was found to decrease with decreasing particle size, likely due to particle diffusion to surfaces. Many new studies noted differences in infiltration for seasons or between northern and southern cities. Areas with prevalent air conditioning use tended to have lower infiltration compared with areas where window opening is prevalent. Indoor-outdoor temperature gradients also likely influenced PM infiltration, with particles naturally following the warm-cold gradient. Some recent studies found that air conditioning may also modify the effect of short-term $PM_{2.5}$ exposure and health effects.

### 3.4.1.2    Indoor-Outdoor Concentration Relationships

The 2009 PM ISA (U.S. EPA, 2009b) largely focused on infiltration of PM in the $PM_{2.5}$ and $PM_{10-2.5}$ size ranges, finding that infiltration of PM indoors decreased with increasing particle size. This section builds on the literature review from the 2009 PM ISA, with a focus on relationships between indoor and local outdoor PM concentrations in different size fractions, particularly $PM_{2.5}$ and UFP. Most of the studies published since the 2009 PM ISA that evaluated indoor-outdoor PM relationships were conducted outside the U.S., including studies in Europe, Canada, Mexico, South America, the Middle East, and Asia. Because PM levels, sources, and composition are likely to differ substantially in some areas from those typically encountered in the U.S., this section focuses on North American and European indoor-outdoor studies.

Recent literature has added data for characterizing indoor-outdoor relationships across the $PM_{2.5}$ and $PM_{10-2.5}$ size fractions. A multicity study in Europe compared indoor and outdoor residential 24-hour avg concentrations for NC (7−3,000 nm), $PM_{2.5}$, and $PM_{10-2.5}$ in 152 homes in Helsinki (Finland), Athens (Greece), Amsterdam (the Netherlands), and Birmingham [U.K.; Hoek et al. (2008b)]. Median indoor-outdoor correlations for $PM_{10-2.5}$ were the lowest of the three PM metrics in all cities, ranging from 0.10−0.39. In Helsinki and Amsterdam, NC indoor-outdoor correlations were lower than $PM_{2.5}$ correlations (0.41 vs. 0.74 and 0.58 vs. 0.85, respectively), while in Athens and Birmingham, NC correlations were higher (0.80 vs. 0.63; 0.50 vs. 0.35, respectively). A common indoor source, gas cooking, was prevalent in both Amsterdam and Birmingham, cities with differing correlation magnitude, and so is unlikely to explain city-to-city differences in correlations. Consistent with observed low correlations, the regression slope of indoor on outdoor concentrations (a measure of infiltration, with a slope less than one indicating less infiltration) was lower for $PM_{10-2.5}$ than the other two PM metrics, ranging from 0.11−0.16. NC slopes ranged from 0.19−0.42 and were lower than $PM_{2.5}$ slopes (range: 0.39−0.48) in Amsterdam, Birmingham, and Helsinki, while the two slopes were roughly equivalent in

SECTION 3.4: Exposure Assessment and Interpretation of Epidemiologic Study Results

00196744

Athens. Again, infiltration slope results were generally consistent with correlation results, being either both high or both low in a particular city. Buonanno et al. (2013a) reported indoor-outdoor ratio (I/O) and the ratio of indoor to fixed-site monitors for three schools in Cassini, Italy and found I/O ranged from 0.63−0.74, while the indoor to fixed-site ratio ranged from 0.47−1.53. These values are much higher than those reported in the Hoek et al. (2008b) study. Importantly, $PM_{10-2.5}$ exhibited the lowest infiltration and indoor-outdoor correlation of the three metrics, with NC and $PM_{2.5}$ infiltration behaving similarly to one another. Semmens et al. (2015) measured NC in various size fractions ranging from 0.3−10 μm and found that correlations between indoor $PM_{2.5}$ and various NC size fractions were very high for NC less than 1 μm in size (0.94 and 0.93 for NC 0.3−0.49 μm and NC 0.5−0.99 μm, respectively). Correlations with $PM_{2.5}$ decreased monotonically for larger NC size fractions, with $PM_{2.5}-PM_{10-2.5}$ correlations of 0.46 for NC 2.5−4.99 μm and 0.35 for NC 5.0−9.99 μm. Correlations among indoor NC size fractions were highest for adjacent bins. Collectively, these results indicate that differences in source patterns, spatial concentration heterogeneity, housing stock, meteorology, and other factors contribute to different indoor-outdoor relationships in different urban areas, particularly for NC and $PM_{2.5}$.

Results for indoor-outdoor relationships for $PM_{2.5}$ concentration were not consistent across studies when evaluating seasonal effects. Several single-city studies in the U.S. and Canada have evaluated indoor-outdoor relationships by season. For example, in Boston, MA, median residential indoor-outdoor slopes for 24-hour avg $PM_{2.5}$ were higher in summer than winter (0.74 vs. 0.53) for a panel of 25 participants studied in 2000 (Brown et al., 2008). Hsu et al. (2012) reported correlations between indoor and outdoor (outside residence and fixed-site monitors) concentrations of $PM_{10-2.5}$ and $PM_{2.5}$ in New York City, NY and Seattle, WA. For $PM_{10-2.5}$ in New York City, NY (correlations not reported for Seattle, WA), Spearman $R = 0.20$ for indoor-outdoor and 0.08 for indoor-fixed-site during the summer and Spearman $R = -0.12$ and $-0.07$ for indoor-outdoor and indoor-fixed-site during the winter. For $PM_{2.5}$ in New York City, NY, Spearman $R = 0.44$ for both indoor-outdoor and indoor-fixed-site in winter and Spearman $R = 0.57$ and 0.53 for indoor-outdoor and indoor-fixed-site in summer. Hochstetler et al. (2011) measured $PM_{2.5}$, EC, and NC inside and outside three public schools in Cincinnati, OH and observed a lower slope and $R^2$ for $PM_{2.5}$ (I/O slope = 0.24, $R^2 = 0.08$), compared with EC (I/O slope = 0.44, $R^2 = 0.66$) and NC (I/O slope = 0.68, $R^2 = 0.72$). In Windsor, Ontario, Kearney et al. (2011) calculated the I/O for UFP (20−100 nm), and found wide variation, with median I/O of 0.19 (95th percentile: 0.64) and 0.27 (95th percentile: 0.61) for summer measurements for 2005 and 2006, respectively, and 0.25 (95th percentile: 0.45) for measurements in winter 2006. Kearney et al. (2011) based these numbers on nighttime measurements, assuming that there were no indoor sources of UFP so that I/O approximates $F_{inf}$; I/O estimates based on recursive and censoring models produced similar results. Daily I/O (not slopes) in Windsor were similar for $PM_{2.5}$ (0.5), BC (0.45), and 20−1,000 nm NC (0.55) at approximately 90 residences, averaging across summer and winter sampling seasons (Wheeler et al., 2011). Hourly I/O for NC were much higher during dinnertime (approximately 1.5), indicating indoor NC sources from cooking (Figure 3-2); sources from cooking also contributed to a higher daily ratio relative to the other PM metrics. For $PM_{10-2.5}$ in Regina, Saskatchewan, the 5-day geometric mean concentrations were lower indoors than outdoors during the summer (4.3 vs. 8.8 μg/m³) in a set of

SECTION 3.4: Exposure Assessment and Interpretation of Epidemiologic Study Results

00196745

100 residences, but the opposite was true for a set of 79 residences during the winter, with higher indoor concentrations (3.7 vs. 2.5 µg/m$^3$). The spatial coefficient of variation for outdoor $PM_{10-2.5}$ concentrations was higher in the winter than in the summer. The variation in indoor-outdoor relationships among different studies for warm and cold months may relate to different contributions between cities from indoor sources, such as cooking and heating.



BC = black carbon; N = number of samples; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; UFP = ultrafine particles.

Note: Standard errors are only shown for the indoor-outdoor ratio for UFP. This figure was reproduced from Wheeler et al. (2011). The figure shows how the indoor-outdoor ratios change with hour of day for UFP, $PM_{2.5}$, and BC. Each type of PM has a peak indoor-outdoor ratio between 17:00 and 20:00. However, the peak indoor-outdoor ratio is much higher for UFP than for $PM_{2.5}$, which is slightly higher than for BC.

Source: Wheeler et al. (2011).

**Figure 3-2    Indoor-outdoor ratios for UFP, PM2.5, and black carbon measured at 90 residences.**

00196746

Time of day also influences I/O ratios, as shown in Figure 3-3 for data reported by Wheeler et al. (2011). In addition, Semmens et al. (2015) studied residences relying mainly on wood stoves for heating and found that I/O ratios were approximately 1.0−1.2 (indicating indoor sources) during daytime hours (6 a.m.−10 p.m.), indicating the wood stove or other indoor sources were contributing to indoor PM. Overnight (10 p.m.−6 a.m.) ratios were approximately 0.6. The relatively lower overnight I/O supports the finding that indoor sources were driving the high I/O values during the day.

New research on UFP I/O suggest that I/O decreases with decreasing particle size within the ultrafine size range. Indoor-outdoor ratios were calculated for a test house located on the National Institute for Standards and Technology (NIST) campus in Gaithersburg, MD to characterize infiltration to test how I/O varies across UFP size (Wallace and Ott, 2011). I/O generally increased with increasing UFP size (up through 100 nm) for both open and closed window conditions (Figure 3-3). Open window I/O was always higher and had greater variability than closed window I/O. This pattern is consistent with observations by Sarnat et al. (2006a) presented in the 2009 PM ISA (U.S. EPA, 2009b) in which $F_{inf}$ increases with increasing particle size up to about 100 nm. Above 200 nm, Sarnat et al. (2006a) reported that $F_{inf}$ declined with increasing particle size up to 8 μm. Across all experiments, Wallace and Ott (2011) estimated that ambient UFP exposure was responsible for 36% of total UFP exposure and that the contribution of outdoor UFP exposure to total UFP exposure would likely increase in urban environments.

Recent studies reinforce previous conclusions that I/O relationships are sensitive to particle size, with I/O typically decreasing in the $PM_{10–2.5}$ range. New studies add to the literature base for UFP, where I/O was found to decrease with decreasing particle size. Unlike for larger particles, UFP movement is more influenced by Brownian diffusion, which likely caused more UFP to diffuse to building surfaces instead of being transported indoors. Additional studies added to the characterization of indoor-outdoor relationships for different seasons and times of day. For most studies, I/O was higher during summer than winter and higher during daytime than nighttime.

00196747



N = number of weekends for which samples were collected; nm = nanometer; UFP = ultrafine particles.
Source: Wallace and Ott (2011).

**Figure 3-3**     **Indoor-outdoor ratios for UFP size obtained in a test house on the National Institute for Standards and Technology facility for open and closed window conditions.**

### 3.4.1.3     Personal-Ambient Concentration Relationships

Personal PM exposure measurements usually cannot distinguish ambient from nonambient PM. As described in Section 3.8.4.2 of the 2009 PM ISA (U.S. EPA, 2009b) and Wilson and Brauer (2006), when personal exposure measurements are used in panel studies, the nonambient signal has the potential to reduce correlation between true ambient exposure and the measurement, which in turn can influence effect estimates in panel studies (Section 3.4.5.1.2). Additionally, exposure measurement errors in the ambient exposure surrogates can also contribute to reduced correlation between the exposure measurement and the true exposure to ambient PM (Section 3.4.2).

The new literature on personal-ambient relationships adds to findings from the 2009 PM ISA (U.S. EPA, 2009b), in which moderate correlations (0.3–0.7) were observed with a median personal-ambient slope slightly higher than 0.5. The general understanding of these relationships is unchanged since the 2009 PM ISA. As with the previous section on indoor-outdoor relationships

SECTION 3.4: Exposure Assessment and Interpretation of Epidemiologic Study Results

00196748

(Section 3.4.2), many of the studies published since the 2009 PM ISA that evaluated personal-ambient PM relationships were conducted outside the U.S., including studies in Europe, Mexico, South America, the Middle East, and Asia. Because PM levels, sources, and composition are likely to differ substantially in some areas from those typically encountered in the U.S., this section focuses on North American and European personal-ambient studies.

High correlations suggest that ambient concentrations are a good surrogate for personal exposure to ambient PM, while low correlations indicate exposure measurement error when using ambient concentration to represent personal exposure to ambient PM. Several studies, many of which were available at the time of the 2009 PM ISA (U.S. EPA, 2009b), have evaluated relationships between personal exposure and ambient PM concentrations in various U.S. cities, including: Baltimore, MD, Boston, MA, Chapel Hill, NC, Detroit, MI, and Steubenville, OH (Meng et al., 2012; Brown et al., 2009; Williams et al., 2008; Sarnat et al., 2006b; Koutrakis et al., 2005; Sarnat et al., 2005; Chang et al., 2000; Sarnat et al., 2000). These studies all evaluated 24-hour avg exposures, except for Chang et al. (2000), which evaluated hourly exposures in a variety of microenvironments (e.g., indoor-home, indoor-other, outdoor-near-road, in-vehicle). Figure 3-4 shows personal-ambient correlations reported for Baltimore, MD in Chang et al. (2000) and Sarnat et al. (2000) and New York City, NY in Hsu et al. (2012). Both Baltimore, MD studies evaluated $PM_{2.5}$, and Sarnat et al. (2000) reported personal-ambient correlations for $PM_{10}$, $PM_{10-2.5}$, and $SO_4^{2-}$. Hsu et al. (2012) also reported personal-ambient correlations for $PM_{10}$. Correlations across these studies ranged widely for $PM_{2.5}$, with a median of approximately 0.4 and an IQR of 0.3−0.7. Similarly, Avery et al. (2010a) reviewed studies of personal-ambient correlations for $PM_{2.5}$ and found a median correlation of 0.54 with a range of 0.09−0.83, and Avery et al. (2010b) reviewed studies of correlations between personal $PM_{2.5}$ exposure and $PM_{2.5}$ concentrations measured outdoor residences and found that the median correlation was 0.53 with a range of 0.27−0.79. Most of these studies, including the Avery et al. (2010a) and Avery et al. (2010b) reviews, did not distinguish the personal component of ambient $PM_{2.5}$ from total $PM_{2.5}$ exposure. $PM_{10}$ correlations were similar to those for $PM_{2.5}$, while $PM_{10-2.5}$ correlations were somewhat lower, suggesting factors such as spatial variability and differential infiltration affect exposures to ambient $PM_{10-2.5}$. These results also suggest that in these samples $PM_{10}$ consisted primarily of $PM_{2.5}$. Sulfate correlations were higher than those for $PM_{2.5}$. The recent findings of Hsu et al. (2012), in conjunction with older studies in the literature, indicate that a greater portion of the variability in personal exposures is explained by variability in ambient PM for $PM_{2.5}$ and sulfate in $PM_{2.5}$. $PM_{2.5}$ tends to have lower spatial variability than $PM_{10-2.5}$ and UFP.



P−A = personal-ambient; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; PM$_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm.

Source: Hsu et al. (2012); Chang et al. (2000); Sarnat et al. (2000).

**Figure 3-4     Correlations between personal exposure and ambient PM concentration in Baltimore, MD.**

Regressing personal exposures on ambient PM concentrations yields a slope factor expressing the fraction of personal exposure from ambient PM. Figure 3-5 presents personal-ambient slopes (i.e., the

SECTION 3.4: Exposure Assessment and Interpretation of Epidemiologic Study Results

00196750

ratio of total personal exposure to ambient concentration) from studies in the four cities previously listed (Meng et al., 2012; Brown et al., 2009; Sarnat et al., 2006b; Koutrakis et al., 2005; Sarnat et al., 2005). Several of these studies evaluated EC and $SO_4^{2-}$ in addition to $PM_{2.5}$. Median slopes for $PM_{2.5}$, EC, and $SO_4^{2-}$ were between 0.5 and 0.6. The wide variability in personal-ambient slopes is likely due in part to the study design, which evaluated personal exposure in different seasons and with different building ventilation conditions (e.g., closed vs. open windows). The variability may have also been attributed to variation in penetration and deposition for the components and houses. Ryan et al. (2015a) and Brokamp et al. (2015) analyzed concentration data from outdoor concentrations (outside the residence) and total personal exposure samples for $PM_{2.5}$ mass and 24 $PM_{2.5}$ trace metals (Ag, Al, As, Ba, Br, Ca, Cl, Cr, Cu, Fe, K, Mn, Ni, Pb, S, Sb, Se, Si, Sn, Sr, Ti, V, Zn, Zr) from the RIOPA study of homes in Los Angeles, CA, Houston, TX, and Elizabeth, NJ. They presented correlations and outdoor-personal ratios (O-P) for each $PM_{2.5}$ component. Correlations of Spearman $R > 0.8$ were reported for S and V, while Spearman $R < 0.4$ was reported for Ag, Al, As, Ba, Ca, Cl, Cr, Cu, Fe, K, Mn, Ni, Sb, Si, Sr, Ti, Zn, Zr, and for $PM_{2.5}$ mass. A median O-P $> 1$ was observed for As, Br, Sb, Se, and V and O-P $< 1$ for $PM_{2.5}$ and the other components. The results for $PM_{2.5}$ and $PM_{2.5-s}$ contrast those presented in Figure 3-5. Data were unavailable for $PM_{10-2.5}$ or UFP in these studies. These findings indicate that variability in the personal-ambient slope reflects differences in ventilation and other localized conditions for $PM_{2.5}$ mass concentrations, which are not very sensitive to $PM_{2.5}$ composition.

New studies agree with the previously published literature on personal-ambient relationships. Studies have examined personal-ambient correlations for different PM size fractions and found that a greater portion of the variability in personal exposures is explained by variability in ambient PM for $PM_{2.5}$ and sulfate in $PM_{2.5}$, compared with $PM_{10-2.5}$. $PM_{10-2.5}$ tends to have greater spatial variability than $PM_{2.5}$. Median personal-ambient slopes are generally slightly greater than 0.5, and they likely reflect differences in residential ventilation, time-activity patterns (Section 3.4.2.1), and other localized conditions.

00196751



EC = elemental carbon; PM = particulate matter; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Source: Meng et al. (2012); Brown et al. (2009); Sarnat et al. (2006b); Koutrakis et al. (2005); Sarnat et al. (2005).

**Figure 3-5    Slopes of the relationship between personal exposure and ambient PM concentration in four U.S. cities.**

### 3.4.2    Factors Contributing to Error in Estimating Exposure to Particulate Matter

This section builds upon discussions from the 2009 PM ISA (U.S. EPA, 2009b) about factors having the potential to cause error in exposure estimates. Time-activity patterns, spatial variability, instrument error, and model accuracy and precision are discussed below. These topics are frequently examined in exposure measurement error discussions. Summaries of the topic discussions from the 2009 PM ISA are included below in Section 3.4.2.1, Section 3.4.2.2, Section 3.4.2.3, and Section 3.4.2.4.

00196752

### 3.4.2.1    Time-Activity Patterns

The 2009 PM ISA (U.S. EPA, 2009b) reviewed time-activity behaviors among the population and how time spent in different locations varies among age groups. Recent additions have been made to time-activity databases, and technological advances in geographic positioning system (GPS) technologies have also expanded the information base regarding time activity. Such new tools have enabled examination of factors that influence time-activity patterns and errors in those relationships.

Updated data are available from the Consolidated Human Activity Database (CHAD) to compare time activities among different population strata for 25,431 individuals (Isaacs, 2014). Across the population, 75% of time is spent indoors at the place of residence, 5.5% is spent in transit, 16% indoors at work, school, or other locations, and 2.9% outdoors (Table 3-6). Substantially more time (82 and 83%) is spent indoors at home for children younger than 6 years and for adults older than 64 years, while teens aged 12−19 years and adults 20−64 years spent the least amount of time indoors at home (72 and 71%, respectively). Similarly, young children spent the least amount of time in transit (4.0%), while adults 20−64 years spent the most time in transit (6.9%). Adults 20−64 also spent the largest proportion of the day outdoors (3.4%), while older adults spent the least amount of time outdoors (2.2%). Young children aged 0−5 years and children aged 6−11 years spent less time outdoors than adults (2.4 and 3.0%, respectively). When comparing time-activity data across race (Table 3-7), Hispanic study participants spent slightly more time indoors at home than average (78%), while white study participants spent the most time outdoors (3.3%) compared with Asian (2.0%), black (2.1%), and Hispanic (2.3%) participants. Males spent more time outdoors compared with females (3.6 vs. 2.2%; Table 3-8), and adults 20−64 years with low and high education both spent less time indoors at home (74 and 70%, respectively), more time indoors at work/school/other (16 and 19%, respectively), and more time outdoors (3.7 and 3.5%, respectively) compared with all the 20−64 year-old adults regardless of education (3.4%; Table 3-9). Although the lower percentage may be attributable to missing education data. Surprisingly, children spent less time outdoors than adults, while sex-specific differences in time-activity data were expected.

Recent studies have focused on the use of GPS technologies, such as in smartphones, to develop detailed time-activity pattern data. For example, Glasgow et al. (2014) analyzed the frequency of Android-based smartphones in recording positional data among a panel of study participants and found that on average 74% of the data were collected over intervals shorter than 5 minutes, which is a marked improvement over many time-activity studies using diaries.

00196753

**Table 3-6     Total and age-stratified time-activity data from the Consolidated Human Activity Database.**

| Location Type | All | 0–5 yr | 6–11 yr | 12–19 yr | 0–19 yr | 20–64 yr | 65+ yr |
|---|---|---|---|---|---|---|---|
| Indoor—residential | 75.1% | 82.0% | 74.4% | 71.6% | 76.2% | 71.4% | 82.9% |
| Transit | 5.53% | 3.96% | 4.29% | 5.13% | 4.42% | 6.92% | 5.14% |
| Indoor—work/school/other | 15.5% | 10.1% | 16.7% | 19.9% | 15.3% | 17.9% | 8.71% |
| Outdoor | 2.87% | 2.35% | 2.96% | 2.53% | 2.62% | 3.39% | 2.18% |
| Uncertain or missing | 0.97% | 1.59% | 1.65% | 0.85% | 1.40% | 0.48% | 1.05% |

yr = year.

**Table 3-7     Total and race/ethnicity-stratified time-activity data from the Consolidated Human Activity Database.**

| Location Type | All | Asian | Black | Hispanic | White |
|---|---|---|---|---|---|
| Indoor—residential | 75.1% | 75.3% | 74.8% | 78.4% | 74.8% |
| Transit | 5.53% | 5.01% | 5.25% | 5.05% | 5.54% |
| Indoor—work/school/other | 15.5% | 16.3% | 16.6% | 13.4% | 15.0% |
| Outdoor | 2.87% | 2.02% | 2.09% | 2.34% | 3.30% |
| Uncertain or missing | 0.97% | 1.42% | 1.26% | 0.84% | 1.45% |

SECTION 3.4: Exposure Assessment and Interpretation of Epidemiologic Study Results

3-67

**Table 3-8 Total and sex-stratified time-activity data from the Consolidated Human Activity Database.**

| Location Type | All | Female | Male |
|---|---|---|---|
| Indoor—residential | 75.1% | 76.6% | 73.4% |
| Transit | 5.53% | 5.47% | 5.60% |
| Indoor—work/school/other | 15.5% | 14.8% | 16.4% |
| Outdoor | 2.87% | 2.21% | 3.64% |
| Uncertain or missing | 0.97% | 0.92% | 1.04% |

**Table 3-9 Total and education-stratified time-activity data from the Consolidated Human Activity Database, among adults 20−64 years.**

| Location Type | All 20−64 yr | Low Education | High Education |
|---|---|---|---|
| Indoor—residential | 71.4% | 73.7% | 70.0% |
| Transit | 6.92% | 6.42% | 7.12% |
| Indoor—work/school/other | 17.9% | 16.0% | 19.1% |
| Outdoor | 3.39% | 3.73% | 3.52% |
| Uncertain or missing | 0.48% | 0.22% | 0.27% |

yr = year.

Positional errors are a concern for GIS and GPS-based technologies. Several studies have found that median positional errors based on smartphones were less than 26 m (Ganguly et al., 2015; Lane et al., 2013; Wu et al., 2010). Glasgow et al. (2014) observed much larger errors, with an overall median positional accuracy of 342 m and a range from 98 to 1,169 m using an Android-based smartphone, while Wu et al. (2010) observed much smaller errors when comparing two smartphones with three other GPS technologies. To test the impact of the positional errors on concentration estimates used in exposure assessment studies, Ganguly et al. (2015) compared R-LINE modeled residential $PM_{2.5}$ concentrations when the positions were estimated with GIS or GPS over buffers of 0−100 m, 100−200 m, 200−500 m, and >500 m. The median concentration measurement errors were 5% or less for each buffer for annual

average concentrations and 6% or less for 24-hour max concentrations. Average errors were 10% or less for each buffer for both annual average and 24-hour max concentrations.

Survey tools to assess time activity may be subject to recall error among the subjects. Spalt et al. (2015) administered a survey to all participants in the Multi-Ethnic Study of Atherosclerosis (MESA) Air Study to ascertain information about time spent indoors and outdoors at home, work/volunteer/school, in transit, or in other locations. A subset of the study population was asked to complete a time-activity diary as well. Correlation between for the questionnaires and the diaries for indoor locations was Spearman $R = 0.63$ for home, Spearman $R = 0.73$ for work/volunteer/school, and Spearman $R = 0.20$ for other locations. The correlation for outdoor locations was much lower, with Spearman $R = 0.14$ at home, Spearman $R = 0.20$ for work/volunteer/school, Spearman $R = 0.10$ for other locations, and Spearman $R = 0.39$ for time in transit. These results suggest that study participants have better recall of the times spent inside their home or work/volunteer/school compared to other activities, likely due to routine.

Bias and uncertainty in the exposure estimate may result from excluding time-activity patterns from exposure studies. Nyhan et al. (2018) combined GPS records from 407,435 individuals in the metropolitan Boston, MA area with a hybrid model using land use regression and satellite data to predict $PM_{2.5}$ concentration on an hourly basis. The authors compared the time-activity-based model with one that used the daily average $PM_{2.5}$ concentrations based on the hybrid LUR-satellite model using the residential locations for each participant. They found that the residence-based exposure model produced predictions that were 9% lower than the hybrid model accounting for time activity when averaging the results over a year. This suggests that omission of time-activity data may lead to an underestimation of the exposure.

Residential mobility is one factor leading to errors in estimating exposure for long-term exposure studies. Using a single address to represent exposures over a period of several years may result in either under- or an over-estimating exposures during the study period. For example, Brokamp et al. (2015) analyzed residential mobility for a cohort of children over the first 7 years of life in Cincinnati, OH and found that 54% of the children changed residential address during that time, resulting in a 4.4% decrease in the cohort's average traffic-related air pollution exposures (defined as BC estimates from an LUR model). They also noted that if the birth address is used for exposure estimation during the entire study period, exposure misclassification is increased for those that move earlier (due to more years at the incorrect address) or are more highly exposed (due to a greater likelihood of moving). An epidemiologic study of asthma incidence at age seven showed that not accounting for residential mobility resulted in bias toward the null.

Recognizing that the CHAD database observed people (across population subgroups) spending approximately 5.5% of their time in vehicles, several studies have measured UFP concentrations in and immediately outside vehicles to estimate infiltration. Hudda et al. (2012) observed that I/O was positively associated with increasing AER for vehicles tested in Los Angeles, CA and Sydney, Australia each with recirculating air and outside air intakes. I/O increased with increasing vehicle speed and age, with a

SECTION 3.4: Exposure Assessment and Interpretation of Epidemiologic Study Results

00196756

maximum of approximately 0.75 under recirculating conditions and a maximum of approximately 0.9 under outside air intake. Bigazzi and Figliozzi (2012) estimated I/O when a vehicle in Portland, OR was operated with windows down, windows up with outside air intake, and windows up with recirculating air. Under those conditions, I/O decreased from 0.85 to 0.53 to 0.1−0.17, respectively. Knibbs et al. (2010) tested I/O for five vehicles and four ventilation settings (outdoor air intake with the lowest and second lowest fan speed, recirculation on with the lowest fan speed, recirculation on with the fan off). Older model vehicles (prior to 2000) had I/O of 0.89−1.04 for the outdoor air intake settings and 0.29−0.47 for the recirculation settings. Models built after 2000 had an I/O of 0.66−1.04 for the outdoor air intake settings and 0.08−0.68 for the recirculation settings. Yamada et al. (2016) took measurements along four road segments and inside one tunnel in the greater Tokyo, Japan area for particles smaller than and larger than 50 nm and using open air or recirculating air. When fresh air entered the vehicle, I/O ranged from 0.5 to 0.6 for particles smaller than 50 nm and from 0.8 to 0.9 for particles larger than 50 nm. When the automobile's ventilation was operated in the recirculation mode, infiltration ranged from 0.1 to 0.2 for particles smaller than 50 nm and from 0.2 to 0.9 for particles larger than 50 nm. In a tunnel in the greater Salzburg, Austria area, Madl et al. (2015) measured vehicle ventilation filtration efficiency for UFP, which can be used to interpret I/O by subtracting reported filtration efficiency from 1. They observed I/O of approximately 0.3 when the vehicle's standard ventilation setting was used. I/O was reduced to 0.1 when the vehicle was put into recirculation mode. In all, these studies show that large variability in I/O occurs with both outdoor air intake and recirculation settings, but I/O tends to be higher for outdoor air intake.

Exposure to PM, particularly UFP, has been found to be elevated during bicycling and walking near roadways (Buonanno et al., 2013b; Hudda et al., 2012; Berghmans et al., 2009; Boogaard et al., 2009; Briggs et al., 2008). A study in Minneapolis, MN used citywide traffic flows and an LUR model for particulate matter (including NC, BC mass, and $PM_{2.5}$) to analyze the relationship between bicycling or walking and PM exposures in different parts of the city (Hankey et al., 2017). The authors found that areas classified as high activity and high exposure made up approximately one-tenth of the total grid cells but accounted for 20−44% of active travel.

Updated time-activity data and tools for assessing time-activity data have improved the general understanding of time-activity data and related uncertainties in recent years. Surprisingly, children spend less time outdoors than adults, and white respondents spend more time outdoors than their Asian, black, and Hispanic counterparts. New technologies to assess study participant locations, errors related to study participant recall, and residential mobility have been used to determine that location-based errors are within 6% for short-term and long-term exposure assessment. Omission of residential mobility can result in a bias in the exposure estimate, resulting in biasing the health effect estimate for long-term $PM_{2.5}$ exposure studies.

00196757

### 3.4.2.2    Spatial Variability in Concentrations

The 2009 PM ISA (U.S. EPA, 2009b) examined spatial relationships with $PM_{2.5}$ AQS monitoring locations across neighborhood and urban scales. In general, this analysis suggested that correlations between monitors across space depended on the specific city's meteorology, topography, and source mixture. For all cities studied, the between-monitor spatial correlations decreased with increasing distance between monitors. However, the correlation for $PM_{2.5}$ between Boston, MA monitor pairs was roughly Pearson $R = 0.8$ even when the monitors were 100 km apart. In contrast, correlation of $PM_{2.5}$ for Los Angeles, CA monitor pairs was roughly Pearson $R = 0.2$ when the monitors were 100 km apart. The mountains and inversion patterns were thought to play a role in this comparatively low correlation. The 2009 PM ISA also investigated neighborhood scale monitor pair correlations between FRMs and FEM monitors in 15 CSAs or CBSAs and found that within 4 km, the average correlation of Pearson $R = 0.93$ was maintained for a 4 km distance. At the time of the 2009 PM ISA, data were not available to study spatial variability in the concentration surface for $PM_{10-2.5}$ or UFP. Spatial distribution data for both UFP and $PM_{10-2.5}$ are still limited, especially for UFP. Data for UFP were available for two cities (Los Angeles, CA and Rochester, NY). Data from the Los Angeles, CA study suggested that UFP had moderate spatial variability (coefficient of divergence [COD] between 0.2 and 0.6). It was thought that some background UFP reduced spatial variability, especially for particles larger than 40 nm (Section 2.5.1.2.4). Although some $PM_{10-2.5}$ data are available across the nation, micro- to neighborhood-scale data are not widely available at this size cut (Section 2.5.1.2.3). In cities where $PM_{10-2.5}$ measurements have been made in multiple locations, inter-monitor correlations were low. These limitations create uncertainty in characterizing spatial variability of exposures and its impact on interpreting results from epidemiologic studies, especially for long-term exposures to $PM_{10-2.5}$ and UFP.

Limitations in the use of ambient monitoring data to estimate exposures arise when there is a lack of homogeneity and spatial autocorrelation of PM mass concentrations, which may occur for some size fractions and components (Baxter et al., 2013), causing the spatial range over which such estimates are used to vary widely. $PM_{10-2.5}$ and UFP concentration data tend to be more heterogeneous in space and hence more susceptible to spatial error (Section 2.5; Section 3.4.2.2). For large metropolitan areas, population exposures to primary anthropogenic components of PM (of any size fraction) may be substantially overestimated in terms of average concentrations and temporal variation by the use of a fixed-site ambient monitor near an industrial or energy generation source (Sarnat et al., 2015; Bell et al., 2011b). For example, traffic-related UFP and $PM_{2.5}$ components such as EC have elevated concentrations near busy roadways (Zhu et al., 2009), potentially resulting in exposure misclassification (Ozkaynak et al., 2013; Bravo et al., 2012). Saturation sampling over longer timescales may be used to ascertain spatial variation across an urban area, but at the expense of temporal resolution (Matte et al., 2013). Fixed-site ambient monitors can be incomplete due to missing data and sampling frequency limitations. Often missing data can be estimated using data from nearby monitors (e.g., by linear regression) or by temporal interpolation. Temporal interpolation can also be used for data analysis when the data are sampled with 1-in-3 or 1-in-6-day sampling frequencies (Junger and de Leon, 2015; Gomez-Carracedo et al., 2014;

SECTION 3.4: Exposure Assessment and Interpretation of Epidemiologic Study Results

00196758

Junninen et al., 2004; Hopke et al., 2001), which is common for PM components. Interpolation schemes are used to capture hour-of-day and day-of-week trends. Estimates of mixing height using meteorological data and/or tracer component data are also used to improve the completeness of ambient monitor data.

Limited available $PM_{10-2.5}$ data for inter-site correlation and COD support previous statements that $PM_{10-2.5}$ tends to be spatially variable. Thornburg et al. (2009) measured correlation and COD in Detroit, MI for personal multistage impactors measuring $PM_{10-2.5}$. The authors found Pearson $R = 0.28-0.63$ and COD $= 0.17-0.41$ during the summer and Pearson $R = 0.03-0.76$ and COD $= 0.26-0.50$ during the winter. Similarly, Lagudu et al. (2011) measured $PM_{10-2.5}$ using passive samplers and observed COD $= 0.44-0.78$ in the spring and COD $= 0.37-0.88$ in the fall. Neither the Thornburg et al. (2009) nor the Lagudu et al. (2011) studies included data for distances between specific monitors to ascertain whether COD increased with increasing distance between samplers. This lack of data adds greater uncertainty to the characterization of $PM_{10-2.5}$ spatial variability.

Spatial variability of different $PM_{2.5}$ components can vary. Bell et al. (2011a) presented correlations for FRM or FEM monitor pairs for seven $PM_{2.5}$ components ($NH_4^+$, EC, $NO_3^-$, OC, Si, $Na^+$, S) in a review paper. Bell et al. (2011a) observed that the bulk of the monitor-pair correlations are maintained relatively well (roughly Pearson $R = 0.8$) for $NH_4^+$, $NO_3^-$, and $SO_4^{2-}$ (Figure 3-6). Other components had wider variability in correlations even when the monitor pairs were closer together, such as with EC, Si, and $Na^+$. OC correlations were more variable than $NH_4^+$, $NO_3^-$, or $SO_4^{2-}$ across monitor-pair distances but not as variable as EC, Si, or $Na^+$. Dionisio et al. (2013) compared the coefficient of variation ($CV = \zeta/\mu$) of six air pollutants' concentrations across space using a hybrid AERMOD-background model in the Atlanta, GA metropolitan area. The authors observed the following ordinal relationship of the covariates' median CVs: $NO_X$ (0.88) > CO (0.58) > EC (0.50) > $PM_{2.5}$ (0.13) > $O_3$ (0.07) > $SO_4$ (0.05) (see Figure 3-6). Likewise, Goldman et al. (2012) and Ivy et al. (2008) both used monitoring data from the Atlanta, GA metropolitan area to estimate spatial correlation functions. They observed that the spatial correlograms for $O_3$, $PM_{10}$, $PM_{2.5}$, and the $PM_{2.5}$ components $SO_4^{2-}$, $NO_3^-$, $NH_4^+$, and OC were much less steep than for $NO_2$, $NO_X$, CO, $SO_2$, and EC. Hence, $PM_{2.5}$ was observed to be less spatially variable than copollutants frequently associated with traffic ($NO_X$, CO, EC) or industry ($SO_2$). Similarly, Goldman et al. (2012), Ivy et al. (2008), and Sajani et al. (2010) all observed less spatial variability of $PM_{10}$ compared with $NO_2$ or $NO_X$. If $PM_{10}$ were comprised primarily of $PM_{2.5}$, then these findings would be consistent with the Dionisio et al. (2013) results as well. These findings could reflect the influence of local sources and suggest that spatial variability of $PM_{2.5}$ components could have a large influence on monitor-pair correlations for $PM_{2.5}$. These components that have a greater variation may be more influenced by primary sources than components produced through secondary atmospheric chemistry.

SECTION 3.4: Exposure Assessment and Interpretation of Epidemiologic Study Results

00196759



CO = carbon monoxide; EC = elemental carbon; km = kilometer; NH₄ = ammonium; NO₂ = nitrogen dioxide; NO₃ = nitrate; NOₓ = oxides of nitrogen; O₃ = ozone; OC = organic carbon; PM₂.₅ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; PM₁₀ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm; SO₂ = sulfur dioxide; SO₄ = sulfate.

Source: Goldman et al. (2012).

**Figure 3-6    Spatial correlation of PM₂.₅ components for monitor pairs described in the review study.**

It was known at the time of the 2009 PM ISA (U.S. EPA, 2009b) that spatial variability of PM₂.₅ was lower than for PM₁₀₋₂.₅ and UFP. Data to characterize PM₁₀₋₂.₅ and UFP spatial concentration surfaces remain limited but generally support that comparison. More recent data for PM₂.₅ components shows that components that are influenced by primary sources tend to be more spatially variable than components produced via atmospheric chemistry.

00196760

### 3.4.2.3    Instrument Accuracy and Precision

The influence of instrument error on health effect estimates from epidemiologic studies varies with study design. Inter-monitor comparison is often used to estimate instrument precision. Accuracy and precision of ambient monitors is described in Section 2.5.4, and accuracy and precision for personal $PM_{2.5}$ monitors were described in the 2009 PM ISA (U.S. EPA, 2009b) and have not changed markedly since the last review.

More attention is given at present to $PM_{10-2.5}$ because those measurements were not as prevalent at the time of the 2009 PM ISA (U.S. EPA, 2009b). Errors associated with measurements of $PM_{10-2.5}$ are described in Section 2.4.2. Use of subtraction methods for estimating $PM_{10-2.5}$ concentration can lead to substantial errors. This is particularly true when the $PM_{10-2.5}$ is semivolatile. Clements et al. (2013) tested different methods for measuring $PM_{10}$ and $PM_{2.5}$ and calculating $PM_{10-2.5}$ via subtraction methods and found that the nonvolatile PM endemic to Colorado were measured with less error by instruments that did not account for semivolatile losses. Biases in calculated $PM_{10-2.5}$ concentrations caused reductions in correlation coefficients across sites, leading to an incorrect picture of spatial variability in $PM_{10-2.5}$ concentration across the test area.

A number of studies have characterized errors associated with measuring UFP (Section 2.4.3). UFP concentrations are often referred to without specific reference to size distribution. Some studies report number count as UFP, while other studies use mobility methods to impose an upper particle size limit of 100 nm or 250 nm. CPCs typically have lower size detection limits of 10 nm (Liu and Kim, 1977), while mobility methods have lower size detection limits of 1 nm (Kangasluoma et al., 2015; Lehtipalo et al., 2014; Kuang et al., 2012; Jiang et al., 2011; Vanhanen et al., 2011; Iida et al., 2008). Hence, use of CPCs in an epidemiologic study of short or long-term exposures may lead to an underestimation of the UFP exposures.

For epidemiologic studies of short-term exposure, Goldman et al. (2010) investigated instrument precision error at locations where ambient monitors were collocated. Correlations between collocated measurements of $PM_{2.5}$ mass and components ($SO_4^{2-}$, $NO_3^-$, $NH_4^+$, EC, OC) ranged from Pearson $R = 0.85$ for OC to Pearson $R = 0.97$ for $PM_{2.5}$ mass. Depending on specific conditions such as sampler type (e.g., passive vs. continuous), meteorological conditions, or presence of semivolatile PM, instrument errors may vary in total magnitude or direction so that error is not always positively correlated with concentration. Analysis of instrument error compared with measured and true (i.e., simulated) concentrations for the Goldman et al. (2010) study suggested that the error was not correlated with either measured or true concentrations. Hence, the instrument error was neither pure Berkson error nor pure classical error, but it probably retained Berkson-like and classical-like characteristics. If instrument error and concentration are positively correlated, then error in the exposure estimates will be larger in locations where there are more prevalent or stronger primary sources or at times when PM emissions are higher for a given location. Moreover, if error is positively correlated with concentration, then it would be

00196761

anticipated that the magnitude of the instrument error is largest at the times of day when emissions are highest.

Instrumentation bias could be anticipated to influence exposure estimates used in long-term PM exposure studies in some situations. For example, geostatistical or LUR models may underestimate exposures when the model is fit using data from samples that have experienced negative artifacts due to volatility. Ambient temperature and relative humidity would not be expected to vary greatly within a city. Because climate and ambient sources are more likely to differ among cities, instrumentation error occurring when warm temperatures exacerbate evaporation could have a larger influence on the comparison of exposures among cities.

### 3.4.2.4    Model Accuracy and Precision

Error in PM exposure model predictions leads to some error in the health effect estimates from epidemiologic studies in which they are used. However, the implications of the type of errors depends on the application. For statistical models used in epidemiologic studies, spatial, temporal, or concentration biases and errors may align with the health data being used. This can lead to potential errors and increased uncertainties in the health effect estimates (NRC, 2007).

The performance of the exposure models in recreating exposure estimates can affect the ensuing health analyses. LOOCV is often used to assess the exposure estimates (Section 3.3.2), particularly for LUR. However, with LOOCV monitoring sites can be clustered, such that removing a monitor that is near other monitors does not "stress" the model because the value from the nearby monitors will lead to an accurate replacement value. That issue, along with the majority of sites being clustered in urban areas, can lead to seemingly good performance metrics that are not indicative of how well the method can estimate exposures away from monitoring sites. Given that exposure models are developed, in part, to estimate levels away from observation locations it is informative to have approaches to evaluate how well the method can estimate exposures in such cases. One approach that has been developed is to remove multiple monitors that are spatially grouped such that they are not being influenced by nearby observations (Lv et al., 2016). A related issue arises in LUR modeling. If a hold-out technique uses 90% of the data to both build and train the model, a different set of independent variables may be chosen than those in the full model. Wang et al. (2014) argued that a preferable approach is to build the full model and retrain it with 90% of the data. Wang et al. (2015) found that the LUR model performance ($R^2$ ranged from about 0.3 to 0.9 for $PM_{2.5}$) was positively associated with the magnitude of the health effect estimate. Alexeeff et al. (2015) conducted a simulation study using high resolution fields developed from MAIAC satellite data as the "true" field and developed simulated spatiotemporal fields using kriging and LUR. $R^2$ of the kriging and LUR methods ranged from about 0.24 to 0.98. They linked poor performance (e.g., lower $R^2$) with bias in the health effect estimates. Goldman et al. (2011) and Goldman et al. (2010) also found in a simulation study that increased exposure measurement error led to negative bias in the

SECTION 3.4: Exposure Assessment and Interpretation of Epidemiologic Study Results

00196762

health outcomes and increased uncertainty. These, and related studies, show the potential impact of the accuracy of the exposure metrics on bias and uncertainty in the health effect estimates in an epidemiologic study.

CTMs can have errors in the model inputs [e.g., emissions (Koo et al., 2015; Xu et al., 2015; Hao and Larkin, 2014; Larkin et al., 2014; Paulot et al., 2014; Urbanski et al., 2011; Zhang et al., 2010b), meteorology (Digar et al., 2011), and surface characteristics] and parameters (e.g., chemical reaction, thermodynamic, and turbulence descriptions). This can lead to output errors, including time- or location-varying biases when using concentration surfaces estimated by CTMs for epidemiologic analysis (Hogrefe et al., 2015; Koo et al., 2015; Porter et al., 2015; Hogrefe et al., 2014; Rao et al., 2014; Appel et al., 2013; Appel et al., 2012; Simon et al., 2012; Napelenok et al., 2011; Civerolo et al., 2010; Foley et al., 2010; Zhang et al., 2010b; Swall and Foley, 2009). Meteorological models, which are typically used to provide inputs to air quality models, have similar issues with inputs and parameters, thus leading to uncertain output fields that also have errors and uncertainties. Arrandale et al. (2011) also noted that mean bias and correlation varied by region with distinct spatial patterns. Given the potential for such errors, it is important to understand how well such models can reproduce PM (including size and components) concentration fields for exposures.

Errors can be large, particularly when considering individual PM components (e.g., OC) or size fractions [e.g., UFPs; Koo et al. (2015); Stanier et al. (2014); Zhang et al. (2010b)]. For model parameters, this is often due to a fundamental lack of understanding of the processes, for example, knowledge of the chemical reactions and products involving organic compounds or nucleation (Donahue et al., 2013; Shiraiwa et al., 2013; Worton et al., 2013; Chen et al., 2011; Donahue et al., 2011; Hoyle et al., 2011; Pierce et al., 2011; Zhang et al., 2010a; Kulmala et al., 2009; Nieminen et al., 2009; Kroll and Seinfeld, 2008; Kuang et al., 2008; Kulmala and Kerminen, 2008). Koo et al. (2015) conducted an extensive evaluation of two CTMs (CMAQ and CAMx) for the same domain, and found that the models, overall, performed similarly for $PM_{2.5}$, but differences were found upon further investigation (e.g., performance for individual PM components, and how the errors varied based on region and time). The Koo et al. (2015) study demonstrated that the same model will perform differently, sometimes dramatically, depending upon domain and time period such that performance in one application is not definitive support that performance will be similar in a different application. The limited availability of sub-24-hour PM mass concentrations and component data have inhibited the evaluation of CTMs for simulating the diurnal variation of PM. Koo et al. (2015) used diurnally varying $PM_{2.5}$ compositional information available from SEARCH (Hansen et al., 2006; Hansen et al., 2003) to further assess CMAQ and CAMx model performance. The authors found that, in addition to a low bias in OC and ammonium, during the summer the models also simulated a drop during the daytime that was not found in the observations. This additional bias could impact studies that used temporally finer scale $PM_{2.5}$ exposure estimates.

SECTION 3.4: Exposure Assessment and Interpretation of Epidemiologic Study Results

00196763

Due to the various potential errors in using air quality models to develop exposure fields, Marmur et al. (2006b) and Marmur et al. (2006a) concluded that the direct use of CTMs in epidemiologic studies of acute health endpoints would lead to attenuation in the observed outcomes. If the fields are not modified, CTMs used in epidemiologic studies of long-term exposures could lead to spatially and temporally varying biases and errors (Bravo et al., 2012). Modifications can include blending with PM concentrations derived from satellite observations, as discussed in Section 3.3.3.

### 3.4.3    Costressor Relationships

To assess the independent effects of PM in an epidemiologic study of health effects, it is necessary to identify (Bateson et al., 2007): (1) which copollutants (e.g., $NO_2$, CO, BC) and additional exposures (e.g., noise, traffic levels) are potential confounders of the health effect-PM relationship so that their correlation with PM can be tested and, if needed, accounted for in the statistical model; (2) the time period over which correlations might exist so that potential confounders are considered appropriately for the time period relevant for the epidemiologic study design (e.g., pollutants or other factors that are correlated over the long term might not be important for a short-term exposure epidemiologic study); and (3) the spatial correlation structure across multiple pollutants, if the epidemiologic study design is for long-term exposure. Given that a covariate must be correlated with both the exposure and the health effect to be a confounder, the confounding potential of PM-related health effects can vary by the health endpoint of interest.

For copollutants that do show high correlations, copollutant models may be appropriate to adjust the effect estimate for each pollutant for the potential confounding effects of another pollutant if each pollutant is associated with the health effect (Tolbert et al., 2007). If one copollutant is a surrogate for an etiologically linked pollutant, copollutant models may attribute the effect to the copollutant measured with less error, regardless of whether it is the etiologically linked pollutant. In copollutant models where PM is measured with more error than a copollutant, a differential effect occurs where the health effect estimate for PM exposure may be lower than the health effect estimate of the copollutant, even if PM is the true causal agent (Zeger et al., 2000), as discussed in the 2009 PM ISA (U.S. EPA, 2009b). If this occurs, the health effect related to PM exposure would be underestimated or potentially not detected. Positive correlation between PM and the copollutant and between the exposure measurement errors of PM and the copollutant can add more negative bias to the PM health effect estimate. Spatial variability of concentration differs among the particle size spectrum, and this may cause more exposure measurement error in $PM_{10-2.5}$ or UFP compared with $PM_{2.5}$ (Section 3.4.2.2). Hence, if $PM_{2.5}$ is measured with less error than copollutants, it is likely that the effect will be attributed to $PM_{2.5}$.

This section considers temporal copollutant correlations and how relationships among copollutants may change in space. Temporal copollutant correlations are computed from the time series of copollutant concentrations for two different collocated monitors. Temporal correlations are informative

00196764

for epidemiologic studies of short-term PM exposure when the sampling interval is less than a month for each of the copollutants. Temporal correlations are informative for epidemiologic studies of long-term PM exposures when sampling intervals are months to years. Spatial relationships are evaluated by comparing within-pollutant variation across space for different pollutants. The following sections review coexposures that can potentially confound the relationship between a health effect and PM exposure over different temporal and spatial resolutions.

### 3.4.3.1 Temporal Relationships among Ambient Particulate Matter and Copollutant Exposures

AQS data presented in the 2009 PM ISA (U.S. EPA, 2009b) demonstrated that most correlations between $PM_{2.5}$ and gaseous copollutants were typically between −0.2 and 0.8 with average and median values around 0.2 to 0.5. Correlations between $PM_{2.5}$ and $PM_{10-2.5}$ were observed in a similar range. Given limited data for $PM_{10-2.5}$ at the time when the 2009 PM ISA was written, correlations between $PM_{10-2.5}$ and gaseous copollutants were not presented.

To place the copollutant correlation discussion in the context of the epidemiologic studies, we present the correlation data for the epidemiologic studies in Chapter 5, Chapter 6, Chapter 7, Chapter 8, Chapter 9, Chapter 10, and Chapter 11, which reported correlations of $PM_{2.5}$, $PM_{10-2.5}$, or UFP with copollutants. Figure 3-7, Figure 3-10, and Figure 3-13 (for $PM_{2.5}$, $PM_{10-2.5}$, and UFP, respectively) plot study data for correlations with gaseous copollutants $O_3$, CO, $SO_2$, $NO_2$, and $NO_X$ and with particulate copollutants. More data were available for $PM_{2.5}$ compared with $PM_{10-2.5}$ or UFP (as NC, based on the assumption that the majority of particles are smaller than 100 nm), and so Figure 3-7 is divided into four panels: for all data combined, acute timescales within 1 hour, short-term timescales between 1 hour and 2 weeks (with most data obtained at a 24-hour timescale), and long-term timescales longer than 2 weeks. Only 24-hour data were available for $PM_{10-2.5}$ and UFP correlation data.

For acute and short-term timescales (within 1 hour and 2 weeks, respectively), median correlations of $PM_{2.5}$ with copollutants were ordered CO > $NO_2$ > $SO_2$ > $NO_X$ > $O_3$ (Figure 3-7). Acute data were relatively sparse but produced median correlations that were lower than those for short-term. Because data were combined across studies, Figure 3-7 includes both Pearson and Spearman correlations. Short-term correlations for CO and $NO_2$ reached as high as $R = 0.9$, while roughly 20% of the short-term correlations between $PM_{2.5}$ and $O_3$ were negative. Correlation data between UFP and $O_3$ were limited to one study (Kearney et al., 2011), and three of four reported correlations were negative in contrast to the mostly positive correlations between $PM_{2.5}$ and $O_3$ (Figure 3-13). Data for short-term correlations of $PM_{2.5}$ with $PM_{10-2.5}$ and UFP were around $R = 0.5$, although data were also sparse for these comparisons. Median correlations of $PM_{10-2.5}$ and gases ranged between $R = 0.3$ and $R = 0.5$, although limited data were available for these comparisons. Correlations of $PM_{10-2.5}$ with CO and $NO_2$ were around $R = 0.5$, potentially indicating some commonality of sources, such as traffic emissions of CO and (indirectly) of $NO_2$ with $PM_{10-2.5}$ generated by brake dust (Section 2.4.2). For short-term correlations of UFP with

SECTION 3.4: Exposure Assessment and Interpretation of Epidemiologic Study Results

00196765

copollutant gases and particles, median correlations were 0.5 for $NO_2$ and lower for everything else. It is possible that low correlations could be related to the short lifetime of UFP relative to other PM size fractions. However, because limited data for UFP correlations were available, few conclusions can be drawn. Because data were combined across studies, Figure 3-13 also includes both Pearson and Spearman correlations.

Median long-term correlations (i.e., longer than 2 weeks) between $PM_{2.5}$ and copollutants follow a pattern opposite to that for short-term correlations: $O_3 > NO_X > SO_2 > NO_2 > CO$ (Figure 3-7). Median correlations were between $R = 0$ and $R = 0.2$. A limited quantity of data existed for long-term correlations between $PM_{2.5}$ and copollutants and no data existed for long-term correlations of $PM_{2.5}$ with $PM_{10-2.5}$ or UFP. Moreover, overlapping 25th-to-75th percentile and 5th-to-95th percentile intervals reduce confidence in the comparison.

For comparison to the epidemiologic data, short-term (24-hour avg) correlations of $PM_{2.5}$ and copollutants and of $PM_{10-2.5}$ and copollutants were studied using air quality data from collocated monitors reported within the U.S. EPA AQS repository system during 2013−2015. Four hundred and thirty-eight sites met the 75% data completeness criterion presented in Section 2.5.1.1. Pearson correlations were used to evaluate temporal correlations among ambient $PM_{2.5}$ concentrations and NAAQS copollutant concentrations. Figure 3-8 displays the distribution of correlations between NAAQS copollutants and 24-hour $PM_{2.5}$ for annual data for 2013−2015, and Figure 3-9 displays the distribution of correlations broken down by season. For CO, $SO_2$, and $NO_2$, 1-hour daily max concentrations are used, while for $O_3$, 8-hour daily max concentrations are considered. Annual and seasonal copollutant correlation plots for 24-hour $PM_{10-2.5}$ are provided in Figure 3-11 and Figure 3-12.

Across seasons, 24-hour avg $PM_{2.5}$ and $PM_{10-2.5}$ concentrations reported in the AQS consistently have the highest correlations with $PM_{10}$ concentrations (median Pearson $R = 0.7−0.8$ for $PM_{2.5}$, median Pearson $R = 0.7−0.9$ for $PM_{10-2.5}$; Figure 3-9, Figure 3-12). This could occur if $PM_{2.5}$ were a large contributor to $PM_{10}$, if $PM_{2.5}$ and $PM_{10-2.5}$ were of the same source, or if $PM_{2.5}$ and $PM_{10-2.5}$ were of different sources with emissions that were coordinated in time. Correlations between $PM_{2.5}$ concentrations and $PM_{10-2.5}$ concentrations are lower than either size fraction's correlation with $PM_{10}$ across seasons (median Pearson $R = 0.2−0.5$), with the lowest correlations in winter. This is consistent with observations from the epidemiology literature (Figure 3-7, Figure 3-10), although data for $PM_{10-2.5}$ correlations are limited. Figure 3-7 and Figure 3-10 do not distinguish between Pearson and Spearman correlations because data are combined across studies. In the summer and spring, correlations of $PM_{2.5}$ with $SO_2$, $NO_2$, and CO are all roughly $R = 0.2$. In the fall and winter, however, correlations of $PM_{2.5}$ are ordered as $CO > NO_2 > SO_2$, consistent with correlations reported in the epidemiology literature (Figure 3-9). Higher correlations of CO and $NO_2$ with $PM_{2.5}$ may be indicative of combustion sources. Correlation of $PM_{2.5}$ and $O_3$ is highest during the summer (median Pearson $R \approx 0.45$) and is negative during the winter. High summer correlations could reflect photooxidation to produce simultaneously higher levels of $O_3$ and secondary PM [Section 2.3.2.3; U.S. EPA (2013)]. Median correlations of $PM_{10-2.5}$ with $SO_2$, $NO_2$, CO,

00196766

and $O_3$ were all in the range of $R = 0.1-0.3$ across seasons. This may reflect the origin of $PM_{10-2.5}$ largely as dust rather than by combustion, other industrial processes, or photochemistry. Correlation data from epidemiologic studies (Figure 3-10) are higher for CO and $NO_2$, but only a limited number of studies reported those correlations.

Limited data were available from the peer-reviewed literature for correlations of UFP concentration with concentrations of other PM size fractions or of gases (Figure 3-13). Median Pearson correlations around $R = 0.5$ were reported for UFP with $PM_{2.5}$ and with $NO_2$ and $NO_X$. Without more data to identify copollutant relationships for UFP, it is difficult to interpret these data.

00196767



CO = carbon monoxide; NO₂ = nitrogen dioxide; NOₓ = oxides of nitrogen; O₃ = ozone; PM₂.₅ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; PM₁₀ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm; PM₁₀₋₂.₅ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; SO₂ = sulfur dioxide; UFP = ultrafine particles.

Based on epidemiologic studies reporting correlations in Chapter 5, Chapter 6, Chapter 7, Chapter 8, Chapter 9, Chapter 10, and Chapter 11.

Source: References listed in Richmond-Bryant (2018).

**Figure 3-7      Correlations between PM₂.₅ and copollutants for all data combined (top left), timescales within 1 hour (top right), short-term timescales within 2 weeks (bottom left), and long-term timescales greater than 2 weeks (bottom right).**

00196768



avg = average; CO = carbon monoxide; $NO_2$ = nitrogen dioxide; $O_3$ = ozone; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; $SO_2$ = sulfur dioxide.

Note: Shown are the median (line), mean (circle), and inner-quartile range (box), 5th and 95th percentile (whiskers) and extremes (x's).

**Figure 3-8       Distribution of Pearson correlation coefficients for annual 24-hour avg concentration of PM2.5 with collocated copollutants from the Air Quality System during 2013−2015.**

00196769



avg = average; CO = carbon monoxide; NO$_2$ = nitrogen dioxide; O$_3$ = ozone; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; PM$_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; SO$_2$ = sulfur dioxide.

Note: Shown are the median (line), mean (circle), and inner-quartile range (box), 5th and 95th percentile (whiskers) and extremes (x's).

**Figure 3-9    Distribution of Pearson correlation coefficients for comparison of seasonal 24-hour avg concentration PM$_{2.5}$ with collocated copollutants from the Air Quality System during 2013−2015.**

00196770



CO = carbon monoxide; $NO_2$ = nitrogen dioxide; $NO_X$ = oxides of nitrogen; $O_3$ = ozone; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; $SO_2$ = sulfur dioxide; UFP = ultrafine particles.

Note: Only 24-hour data were available for $PM_{10-2.5}$. Based on epidemiologic studies reporting correlations in Chapter 5, Chapter 6, Chapter 7, Chapter 8, Chapter 9, Chapter 10, and Chapter 11.

Source: Chen et al. (2015); Cheng et al. (2015); Michikawa et al. (2015); Qiu et al. (2014); Raza et al. (2014); Alessandrini et al. (2013); Qiu et al. (2013); Rosenthal et al. (2013); Wichmann et al. (2013); Qiu et al. (2012); Atkinson et al. (2010).

**Figure 3-10    Pearson correlations between $PM_{10-2.5}$ and copollutants for short-term exposures.**



avg = average; CO = carbon monoxide; NO$_2$ = nitrogen dioxide; O$_3$ = ozone; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; PM$_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; SO$_2$ = sulfur dioxide.

Note: Shown are the median (line), mean (circle), and inner-quartile range (box), 5th and 95th percentile (whiskers) and extremes (x's).

**Figure 3-11    Distribution of Pearson correlation coefficients for annual 24-hour avg concentration of PM$_{10-2.5}$ with collocated copollutants from the Air Quality System during 2013–2015.**

00196772



avg = average; CO = carbon monoxide; $NO_2$ = nitrogen dioxide; $O_3$ = ozone; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; $SO_2$ = sulfur dioxide.

Note: Shown are the median (line), mean (circle), and inner-quartile range (box), 5th and 95th percentile (whiskers) and extremes (x's).

**Figure 3-12    Distribution of Pearson correlation coefficients for comparison of seasonal 24-hour avg concentration of $PM_{10-2.5}$ with collocated copollutants from the Air Quality System during 2013−2015.**

SECTION 3.4: Exposure Assessment and Interpretation of Epidemiologic Study Results

00196773



CO = carbon monoxide; $NO_2$ = nitrogen dioxide; $NO_X$ = oxides of nitrogen; $O_3$ = ozone; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; $SO_2$ = sulfur dioxide; UFP = ultrafine particles.

Note: Only 24-hour data were available. Based on epidemiologic studies reporting correlations in Chapter 5, Chapter 6, Chapter 7, Chapter 8, Chapter 9, Chapter 10, and Chapter 11.

Source: Iskandar et al. (2012); Kearney et al. (2011); Leitte et al. (2011); Andersen et al. (2010); Atkinson et al. (2010); Belleudi et al. (2010).

**Figure 3-13    Correlations between UFP and copollutants for short-term exposures.**

00196774

### 3.4.3.2    Spatial Relationships among Ambient Particulate Matter and Copollutant Exposures

When an epidemiologic study design relies on spatial contrasts to draw conclusions, such as for an epidemiologic study of long-term exposure, unmeasured spatial correlation between copollutants may lead to positive bias in the health effect estimate for each of the pollutants included in the model. Paciorek (2010) performed simulations and analyzed case study data (specifically, the relationship between birth weight data and BC concentrations in eastern Massachusetts) to test the effect of spatial errors on health effect estimates in long-term exposure epidemiologic studies. In this study, Paciorek (2010) selected BC as a PM component because it is spatially variable. He identified unmeasured spatial confounding as a key driver in biasing health effect estimates in a spatial regression. Paciorek (2010) maintained that bias can be reduced when variation in the exposure metric occurs at a smaller spatial scale than that of the unmeasured confounder. The findings of Paciorek (2010) would be expected to be more significant for more spatially variable $PM_{10-2.5}$, UFP, and BC than for $PM_{2.5}$, which is anticipated to have less spatial error.

### 3.4.3.3    Personal and Indoor Relationships between Particular Matter and Copollutant Exposures

There are no new studies on the relationships among personal and ambient copollutants since the 2009 PM ISA (U.S. EPA, 2009b). Those data are presented graphically in Figure 3-14, Figure 3-15, and Figure 3-16. Figure 3-14 displays copollutant correlations among personal exposures to $PM_{2.5}$, toluene, $O_3$, and CO. The data from Chang et al. (2000) were obtained in Baltimore, MD in the summer of 1998 and winter of 1999. The median correlations were 0.39 for the personal-personal relationship for $PM_{2.5}$ versus CO, 0.32 for $PM_{2.5}$ versus toluene, and 0.045 for $PM_{2.5}$ versus $O_3$. Correlations were highest when personal measurements were obtained outdoors away from the road during the summer for $PM_{2.5}$ versus $O_3$, $PM_{2.5}$ versus CO during the summer, and for $PM_{2.5}$ versus toluene during the winter. The higher correlations obtained away from the road may reflect the secondary nature of much of the measured $PM_{2.5}$.

Median personal-ambient slopes between $PM_{2.5}$ and gaseous copollutants are generally between 0 and 0.5, as shown in Figure 3-15. These data were obtained from Koutrakis et al. (2005), Sarnat et al. (2005), Sarnat et al. (2001), and Sarnat et al. (2006b) from Boston, MA, Baltimore, MD, and Steubenville, OH. Median relationships of personal $PM_{2.5}$ exposure with ambient gaseous copollutant concentrations were higher with more variability than those of personal $SO_4^{2-}$ exposures with ambient gas concentrations, indicating that nonambient $PM_{2.5}$ exposure may have amplified these relationships and added uncertainty. Data were more limited for relationships between personal EC concentration and ambient gaseous copollutant concentrations, but these tended to be lower as well. Greater variability

00196775

occurred in some cases for the relationships between personal exposure to gaseous copollutants and ambient concentrations of $PM_{2.5}$, EC, and $SO_4^{2-}$, perhaps as a result of limited amounts of data.

The median slopes for the relationship between personal exposures to PM or $SO_4^{2-}$ with gaseous copollutants ($NO_2$, $O_3$, and $SO_2$) tended to be between 0 and 0.5 (Figure 3-16). The exception was the relationship between $PM_{2.5}$ and $SO_2$, which was negative but of a similar magnitude. These data were obtained from Koutrakis et al. (2005), Sarnat et al. (2005), and Sarnat et al. (2001). A slight reduction in median slope along with smaller data intervals were observed when personal $SO_4^{2-}$ exposures was used in lieu of personal $PM_{2.5}$ exposures, suggesting that the nonambient component of personal exposures may have influenced these relationships. Nonambient sources of $O_3$ and $SO_2$ are much less prevalent, so it is unlikely that they would have influenced their respective relationships. Although $NO_2$ does have indoor (indirect) sources, variability in these relationships was lower than the other gaseous copollutant exposures.

00196776



CO = carbon monoxide; O$_3$ = ozone; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Source: Chang et al. (2000).

**Figure 3-14    Correlations between personal exposure to PM$_{2.5}$ mass and personal exposure to gases.**

00196777



CO = carbon monoxide; EC = elemental carbon; NO$_2$ = nitrogen dioxide; O$_3$ = ozone; PM = particulate matter; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; SO$_2$ = sulfur dioxide; SO$_4^{2-}$ = sulfate ion.

Note: Outliers for NO$_2$ vs. EC, SO$_4^{2-}$ vs. CO, and PM$_{2.5}$ vs. CO are shown on the small inset figure.

Source: Sarnat et al. (2006b); Koutrakis et al. (2005); Sarnat et al. (2005); Sarnat et al. (2001).

**Figure 3-15**    **Slopes for personal-ambient relationships. Top: Personal exposure to gaseous copollutants related to ambient exposure of PM$_{2.5}$ mass or elemental carbon or sulfate components.**

00196778



NO$_2$ = nitrogen dioxide; O$_3$ = ozone; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; SO$_2$ = sulfur dioxide; SO$_4^{2-}$ = sulfate ion.

Source: Koutrakis et al. (2005); Sarnat et al. (2005); Sarnat et al. (2001).

**Figure 3-16    Slopes for personal-personal relationships between PM$_{2.5}$ mass or sulfate component and gaseous copollutants.**

00196779

### 3.4.3.4    Traffic-Related Noise

The 2009 PM ISA (U.S. EPA, 2009b) did not consider the relationship between PM and traffic-related noise levels. Recent evidence is inconsistent regarding the correlations of PM concentrations with traffic and noise levels (HEI, 2010). There are differences among the studies exploring the health effects of PM and noise regarding size cut of PM measured, road type, and surrounding features. Hence, the role of traffic and noise as confounders or as independent variables in the relationship between health effects and PM exposure is unclear.

Several studies have examined the relationship between traffic-related noise and PM concentrations. Kheirbek et al. (2014) added noise level meters to the dense New York, NY monitoring project described in Ross et al. (2013) and observed that the 1-week avg noise level (measured as dB[A]), obtained at 60 locations during Fall 2012, correlated with Pearson $R = 0.45$ for $PM_{2.5}$ concentration and Pearson $R = 0.62$ for BC concentration. Boogaard et al. (2009) measured UFP, $PM_{2.5}$, and noise (measured as dB[A]) while bicycling on scripted 10- to 20-minute routes for ten cities in The Netherlands and found a median correlation of Pearson $R = 0.34$ across cities between UFP and noise while the median correlation was Pearson $R = 0.009$ between $PM_{2.5}$ and noise. Gan et al. (2012b) calculated the correlations among air pollutants and noise from road traffic and aircrafts using 5-minute data from 103 sites in Vancouver, BC, Canada during 2003 (dates not stated). The authors observed lower correlations between $PM_{2.5}$ concentration and road traffic noise (Spearman $R = 0.14$) compared with BC (Spearman $R = 0.45$). However, correlations between $PM_{2.5}$ and aircraft noise were higher (Spearman $R = 0.31$) than for BC (Spearman $R = -0.07$). Over a 5-year avg, Gan et al. (2012a) reported that the correlation between $PM_{2.5}$ concentration and noise from road traffic was Spearman $R = 0.14$. The reported correlation between the 5-year avg BC concentration with noise had a Spearman $R = 0.44$. These findings are consistent with the short-term observations reported in Gan et al. (2012b).

Ross et al. (2011) also examined relationships of different frequency noises with $PM_{2.5}$ and EC concentrations using continuous monitors collecting 48,000 samples per second for six 24-hour periods in August 2009. The authors measured the relationships between traffic level, noise, and concentrations of $PM_{2.5}$ and EC in New York, NY as part of the Ross et al. (2013) study. The unweighted noise of all frequencies was uncorrelated with $PM_{2.5}$ concentration (Spearman $R = 0.20$) but correlation increased for EC concentration (Spearman $R = 0.35$) for all times. Correlations were higher for medium frequency noise ($PM_{2.5}$: Spearman $R = 0.20$; EC: Spearman $R = 0.39$) compared with high frequency noise ($PM_{2.5}$: Spearman $R = 0.14$; EC: Spearman $R = 0.15$) but were similar for low frequency noise ($PM_{2.5}$: Spearman $R = 0.19$; EC: Spearman $R = 0.32$). Correlations between $PM_{2.5}$ and low frequency noise (Spearman $R = 0.3$) were higher during rush hour than at night for low frequency noise or for any time for medium and high frequency noise. At night, high frequency noise had a higher correlation with EC concentration (Spearman $R = 0.4$).

Distance to road has also been observed to influence the relationship between noise and PM concentration as a surrogate for exposure. The Gan et al. (2012b) study described above also reported

00196780

Spearman correlations between 5-minute avg. The authors examined A-weighted equivalent noise (i.e., noise level that is adjusted to noise perception by the human ear) and concentrations of $PM_{2.5}$ and BC for buffers of 50 m and 150 m of a highway (defined as A1 and A2 roads) and a major road (defined as A1, A2, and A3 roads). Correlations for $PM_{2.5}$ and noise were Spearman $R = 0.02$ within 50 m of the highway, Spearman $R = 0.03$ within 150 m, and Spearman $R = 0.17$ when farther than 150 m. For a major road, correlations for $PM_{2.5}$ and noise were Spearman $R = 0.24$ within 50 m, Spearman $R = 0.15$ within 150 m, and Spearman $R = 0.14$ when farther than 150 m. Results for correlations between BC and noise were higher than the correlations between $PM_{2.5}$ and noise, and the correlations were more consistent between highways (within 50 m: Spearman $R = 0.17$; within 150 m: Spearman $R = 0.38$; farther than 150 m: Spearman $R = 0.41$) and major roads (within 50 m: Spearman $R = 0.26$; within 150 m: Spearman $R = 0.46$; farther than 150 m: Spearman $R = 0.31$). Allen et al. (2009) studied the relationship between UFP concentration, and 5-minute avg A-weighted equivalent noise for 105 locations in Chicago, IL and Riverside, CA using measurements taken in December 2006 and April 2007. After adjusting for regional unspecified air pollutant concentration gradients, the correlation between UFP and noise was Pearson $R = 0.31$ for Chicago, IL and Pearson $R = 0.41$ for Riverside, CA. The correlation between noise and UFP concentrations was higher within a 100-m buffer of the road (Chicago, IL: Pearson $R = 0.37$; Riverside, CA: Pearson $R = 0.58$) compared to outside the buffer (Chicago, IL: Pearson $R = 0.08$; Riverside, CA: Pearson $R = 0.50$).

### 3.4.4    Particulate Matter Composition and Exposure Assessment

Compositional differences in ambient PM and ambient PM that has infiltrated indoors were discussed briefly in the 2009 PM ISA (U.S. EPA, 2009b). Several studies cited in the 2009 PM ISA found that $SO_4^{2-}$ comprised the largest proportion of ambient $PM_{2.5}$ exposures in studies from the eastern U.S., while a study in Denver found $NO_3^-$ to be the largest contributor to $PM_{2.5}$. Studies of differential infiltration of $PM_{2.5}$ by BC or OC found that BC contributed more to indoor $PM_{2.5}$ compared with OC. The 2013−2015 composition data across the U.S. showed that, while there is still more $SO_4^{2-}$ in the east compared with the west, OC now is the most prevalent component of $PM_{2.5}$ in many areas across the country (Section 2.5.1.1.6).

This section provides new information on PM composition for $PM_{2.5}$, $PM_{10-2.5}$, and UFP from the peer-reviewed literature. Section 3.4.4.1 presents correlations between PM mass and composition from AQS and from the peer-reviewed literature. Section 3.4.4.2 is a new section of the ISA that presents data on studies of ROS exposure in the literature.

00196781

### 3.4.4.1     Composition

Select epidemiologic studies of the health effects of PM exposure have examined potential associations between health effects and exposure to PM components (Chapter 5, Chapter 6, Chapter 7, Chapter 8, Chapter 9, Chapter 10, and Chapter 11). These studies compare the effect estimates for exposure to PM components with health effect estimates for exposure to total PM, measured as ambient mass concentration (MC), NC, or personal exposure. This section presents relationships between concentrations of total PM with PM components.

Figure 3-17 displays correlations for 24-hour ambient $PM_{2.5}$ mass concentration with mass concentration for select components of $PM_{2.5}$ measured from the AQS during 2013−2015 on an annual basis, and Figure 3-18 displays the correlations on a seasonal basis. Median correlations with $PM_{2.5}$ were ordered as OC > $SO_4^{2-}$ > EC > $NO_3^-$ > Cl > Si, with correlations above Pearson $R = 0.5$ for OC, $SO_4^{2-}$, EC, and $NO_3^-$. Sulfate, $NO_3^-$, and OC are most commonly a product of chemical reactions of air pollutants in the atmosphere, and PM produced through atmospheric chemistry is often in the fine size range (Section 2.2). The median correlation of $PM_{2.5}$ with Cl and Si was approximately Pearson $R = 0.2$. On a seasonal basis, the correlations between $PM_{2.5}$ and $NO_3^-$ were lower during the spring and summer months, perhaps coinciding with less home heating fuel use during the summer. In the peer-reviewed literature (Figure 3-19), correlations of ambient $PM_{2.5}$ with ambient $SO_4^{2-}$ and $NO_3^-$, used as exposure surrogates, were similarly high (Ito et al., 2011; Ostro et al., 2010; Ostro et al., 2009), but much greater variability in correlations were observed for ambient OC and even more so for EC or BC (which were combined for presentation purposes). The median correlations were around 0.5 for most trace metals, but higher correlations were observed for S, Zn, and V in New York (Ito et al., 2011) and southern California (Ostro et al., 2010; Polidori et al., 2009). The higher correlations for S are likely explained by $SO_4^{2-}$. Ito et al. (2011) and Polidori et al. (2009) attributed elevated correlations with Zn and V to residential oil combustion.

00196782



avg = average; PM₂.₅ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

**Figure 3-17    Distribution of Pearson correlation coefficients for annual 24-hour avg PM₂.₅ mass concentration with mass concentration of PM₂.₅ components from the Air Quality System during 2013–2015.**



avg = average; PM₂.₅ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

**Figure 3-18    Distribution of Pearson correlation coefficients for comparison of seasonal 24-hour avg total PM₂.₅ mass with mass concentration of PM₂.₅ components from the Air Quality System during 2013–2015.**

SECTION 3.4: Exposure Assessment and Interpretation of Epidemiologic Study Results

3-96



Al = aluminum; avg = average; Ba = barium; BC = black carbon; Ca = calcium; Cr = chromium; Cu = copper; EC = elemental carbon; Fe = iron; K = potassium; Mg = magnesium; Mn = manganese; Mo = molybdenum; Na = sodium; Ni = nickel; $NO_3^-$ = nitrate ion; OC = organic carbon; Pb = lead; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; S = sulfur; $SO_4^{2-}$ = sulfate ion; Ti = titanium; V = vanadium; Zn = zinc.

Source: Polidori et al. (2009); Ito et al. (2011); Ostro et al. (2009); Raysoni et al. (2013); Zhang et al. (2016); Delfino et al. (2013); Delfino et al. (2010); Ostro et al. (2010).

**Figure 3-19    Distribution of Pearson correlation coefficients for annual 24-hour avg total PM2.5 mass concentration with mass concentration of PM2.5 components from the peer-reviewed literature during 2013−2015.**

For $SO_4^{2-}$, OC, $NO_3^-$, and EC, site-specific correlations ranged from near Pearson $R = 1$ down to near Pearson $R = 0$ (Figure 3-17). This suggests spatial variability of the correlations between $PM_{2.5}$ and each component (Figure 3-20). Maps of Pearson correlations at AQS sites measuring $PM_{2.5}$ and components illustrate the level of variability among the four components. Correlations between $PM_{2.5}$ and

SECTION 3.4: Exposure Assessment and Interpretation of Epidemiologic Study Results

00196784

$SO_4^{2-}$ are highest in the northeastern and midwestern portions of the U.S. Correlations between $PM_{2.5}$ and $NO_3^-$ are highest in the West and markedly lower throughout the Southeast and Midwest. Correlations between $PM_{2.5}$ and EC appear highest in the West, possibly due to the influence of wildfire on $PM_{2.5}$ concentrations (Section 2.5.1.1.6).



avg = average; EC = elemental carbon; $NO_3^-$ = nitrate ion; OC = organic carbon; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; $SO_4^{2-}$ = sulfate ion.

**Figure 3-20    Maps illustrating national-scale variability of Pearson correlation coefficients for comparison of seasonal 24-hour avg total $PM_{2.5}$ mass concentration with mass concentration of $PM_{2.5}$ components from the Air Quality System during 2013−2015.**

Figure 3-21 displays annual correlations for 24-hour ambient $PM_{10-2.5}$ mass concentration with mass concentration for select components of $PM_{10-2.5}$ measured from the AQS during 2013−2015, and Figure 3-22 displays seasonal correlations. The median correlation between $PM_{10-2.5}$ mass concentration

SECTION 3.4: Exposure Assessment and Interpretation of Epidemiologic Study Results

00196785

and Si was slightly lower than Pearson $R = 0.7$, while the median correlations between $PM_{10-2.5}$ mass concentrations and the other $PM_{10-2.5}$ components were between Pearson $R = 0$ and Pearson $R = 0.3$. The difference between the correlations for Si with those for the other components holds across seasons, with the highest correlation for Si and lowest correlations for all other components evident during the fall months (Figure 3-22). The higher correlations between $PM_{10-2.5}$ mass concentration and the Si component of $PM_{10-2.5}$ was likely due to the influence of dust, particularly in the southwestern U.S. (Section 2.5). Figure 3-24 shows higher correlations in the Southwest in support of this claim. Data for correlations between ambient $PM_{10-2.5}$ mass concentration and the Si component of $PM_{10-2.5}$ (for each of these studies, ambient $PM_{10-2.5}$ and components were measured by fixed-site monitors outside the location where personal samples were obtained, but no correlations were reported for personal samples) were not available in the literature for comparison (Raysoni et al., 2013; Delfino et al., 2010; Polidori et al., 2009), but median correlations between the reported components were all less than Pearson $R = 0.5$ (Figure 3-23).



avg = average; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm.

**Figure 3-21    Distribution of Pearson correlation coefficients for annual 24-hour avg total mass concentration of $PM_{10-2.5}$ with mass concentration of $PM_{10-2.5}$ components from the Air Quality System during 2013−2015.**

00196786



avg = average; PM₁₀₋₂.₅ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm.

**Figure 3-22     Distribution of Pearson correlation coefficients for comparison of seasonal 24-hour avg total PM$_{10-2.5}$ mass concentration with mass concentration of PM$_{10-2.5}$ components from the Air Quality System during 2013−2015.**

00196787



Al = aluminum; avg = average; Ba = barium; BC = black carbon; Ca = calcium; Cr = chromium; Cu = copper; EC = elemental carbon; Fe = iron; K = potassium; Mg = magnesium; Mn = manganese; Mo = molybdenum; Na = sodium; Ni = nickel; $NO_3^-$ = nitrate ion; OC = organic carbon; Pb = lead; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; S = sulfur; $SO_4^{2-}$ = sulfate ion; Ti = titanium; V = vanadium; Zn = zinc.

Source: Polidori et al. (2009); Raysoni et al. (2013); Delfino et al. (2010).

**Figure 3-23    Distribution of Pearson correlation coefficients for annual 24-hour avg total $PM_{10-2.5}$ mass concentration with mass concentration of $PM_{10-2.5}$ components from the peer-reviewed literature.**

SECTION 3.4: Exposure Assessment and Interpretation of Epidemiologic Study Results

00196788



avg = average; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm.

**Figure 3-24    Map illustrating national-scale variability of Pearson correlation coefficients for comparison of seasonal 24-hour avg total $PM_{10-2.5}$ mass concentration with mass concentration of the Si component of $PM_{10-2.5}$ from the Air Quality System during 2013−2015.**

Exposure to UFP composition is informed by considering data for correlations of mass concentration for PM smaller than 250 nm ($PM_{0.25}$). These samples were measured using a cascade impactor, with concentrations of $PM_{0.25}$ components being calculated based on ambient fixed-site measurements for monitors placed outside retirement communities as surrogates for exposure in Polidori et al. (2009) and Delfino et al. (2010), as shown in Figure 3-25. The highest median correlation was between $PM_{0.25}$ and V (Spearman $R = 0.8$), which tends to be present in heating oil and industrial waste (Polidori et al., 2009). The correlation between $PM_{0.25}$ and V was near Spearman $R = 1$ in the cool season and near Spearman $R = 0.7$ during the warm season, which is consistent with heating oil use. Medium correlations near Spearman $R = 0.5$ were reported for several components, including S, Pb, OC, Ni, Na, Mo, Fe, EC/BC, Ba, and Al ($SO_4^{2-}$ was not reported at the $PM_{0.25}$ size cut). Both studies took place in 2005−2007, and ultra-low sulfur diesel fuel was phased in between 2006 and 2010. Moderate correlations between $PM_{0.25}$ and S, EC/BC, OC, and Ba could be related to traffic (Polidori et al., 2009).

00196789



Al = aluminum; avg = average; Ba = barium; BC = black carbon; Ca = calcium; Cr = chromium; Cu = copper; EC = elemental carbon; Fe = iron; K = potassium; Mg = magnesium; Mn = manganese; Mo = molybdenum; Na = sodium; Ni = nickel; $NO_3^-$ = nitrate ion; OC = organic carbon; Pb = lead; $PM_{0.25}$ = particulate matter with a nominal mean aerodynamic diameter less than 0.25 μm; S = sulfur; $SO_4^{2-}$ = sulfate ion; Ti = titanium; V = vanadium; Zn = zinc.

Source: Polidori et al. (2009); Delfino et al. (2010).

**Figure 3-25     Distribution of Pearson correlation coefficients for annual 24-hour avg total PM₀.₂₅ mass concentration with mass concentration of PM₀.₂₅ components from the peer-reviewed literature.**

### 3.4.4.2     Reactive Oxygen Species

Recent exposure assessment studies inform biological plausibility discussions (Section 5.2.1, Section 5.3.1, Section 6.2.1, Section 6.3.1, and Section 10.2.1) because they measure oxidative potential as a surrogate for oxidative stress. Oxidative stress and inflammation may be initiated by PM exposure,

SECTION 3.4: Exposure Assessment and Interpretation of Epidemiologic Study Results

00196790

when a target site does not have enough antioxidant reserve to counteract the ROS. Oxidative stress can occur directly through a redox reaction, or it can occur indirectly, where redox-inactive metals can form complexes with antioxidants so that the cell is then vulnerable to oxidation. The dithiothreitol (DTT) assay for measuring ROS inform PM's ability to cause oxidative stress directly [see Cho et al. (2005); Section 3.3.1.2]. Macrophage ROS assays [see Landreman et al. (2008); Section 3.3.1.2] provide a model of both direct and indirect oxidative stress because both may occur in the model cell.

ROS activity for ambient PM is shown in Figure 3-26 through correlations of ROS macrophage and DTT assay results with mass concentration of $PM_{2.5}$, prevalent components (EC, OC, $SO_4^{2-}$, $NO_3^-$, and $NH_4^+$), and select trace metals [Cu, Fe, Ni, V, Zn; Bates et al. (2015); Fang et al. (2015); Verma et al. (2009); Hu et al. (2008)]. Correlations between $PM_{2.5}$ mass concentration and DTT activity ranged from Pearson $R = 0.49$ to 0.88. No studies presented correlations between $PM_{2.5}$ mass and ROS activity based on the macrophage ROS assay, and limited data were available for the components presented. Most correlations were greater than 0.3 for EC, OC, $SO_4^{2-}$, $NO_3^-$, and $NH_4^+$. For trace metals, correlations ranged from positive to negative, where negative correlations imply that the ROS activity decreases with increasing concentration of the PM components or vice versa. In most cases, boxplots overlapped for the DTT and macrophage ROS assay, suggesting that both types of assay results covary similarly with measures of concentration for $PM_{2.5}$ components, despite the inability of DTT to capture indirect oxidation processes. These findings suggest that the mass concentration of ambient $PM_{2.5}$ components may inform epidemiologic studies of oxidative stress and related effects. However, oxidative potential approaches are limited as a model of oxidative stress because they do not reproduce the oxidative stress mechanisms. Moreover, macrophage ROS assay data are needed to correlate with ambient $PM_{2.5}$ mass concentration to consider if ambient $PM_{2.5}$ mass concentrations are associated with direct and indirect ROS activity.

00196791



Cu = copper; EC = elemental carbon; Fe = iron; NH₄⁺ = ammonium; Ni = nickel; NO₃⁻ = nitrate ion; OC = organic carbon; PM₂.₅ = particulate matter with a nominal mean aerodynamic diameter less than 2.5 μm; SO₄²⁻ = sulfate ion; V = vanadium; Zn = zinc.

Note: For each element, correlations obtained through the dithiothreitol assay are shown in orange at the bottom of each box and correlations obtained through the reactive oxygen species macrophage ROS assay are shown in light blue at the top of each box.

Source: Bates et al. (2015), Fang et al. (2015), Hu et al. (2008), Verma et al. (2009).

**Figure 3-26    Pearson correlations of ambient air measures of oxidative potential with PM₂.₅ mass and PM₂.₅ components.**

Personal exposure measurements were correlated to ROS activity for three studies of PM exposures in a school (Delfino et al., 2013) and retirement communities (Zhang et al., 2016; Delfino et al., 2010). In the school study, correlations ranged from Spearman $R$ = 0.77 to 0.85 for the DTT assay's relationship to PM₂.₅ mass, EC, OC, and water-soluble OC concentrations. Similarly, correlations ranged from Spearman $R$ = 0.66 to 0.86 for the same components for the macrophage ROS assay's relationship to PM₂.₅ mass, EC, OC, and water-soluble OC concentrations. The first retirement home study occurred between 2005 and 2007 and included Spearman correlations of macrophage ROS activity with PM₁₀₋₂.₅, PM₂.₅₋₀.₂₅, and PM₀.₂₅ mass concentrations, along with NC and components of EC, OC, BC, primary OC (POC), and secondary OC (SOC). Correlations of macrophage ROS activity with PM₁₀₋₂.₅ and PM₂.₅₋₀.₂₅ were Spearman $R$ = 0.09 and 0.07, respectively. Correlations of ROS activity with PM₀.₂₅ mass concentration (Spearman $R$ = 0.41) and for NC (Spearman $R$ = 0.23) were higher by comparison. EC, OC,

00196792

BC, and POC had correlations of Spearman $R$ = 0.31 to 0.40, while the correlation for SOC with ROS activity was 0.08.

Assays to measure ROS activity were recently evaluated for particles near the UFP size range. Zhang et al. (2016) correlated ROS activity of particulate matter smaller than 180 nm ($PM_{0.18}$) or of particulate matter between 180 and 250 nm ($PM_{0.25-0.18}$) with $PM_{2.5}$, BC, and components' concentrations within the $PM_{0.18}$ and $PM_{0.25-0.18}$ size ranges. Correlation was Spearman $R$ = −0.17 and 0.05, respectively for the DTT and macrophage ROS assays for $PM_{2.5}$ concentration with ROS activity of $PM_{0.18}$. Correlation was Spearman $R$ = 0.20 and 0.45 for $PM_{2.5}$ concentration with ROS activity of $PM_{0.25-0.18}$, so that ROS activity of $PM_{0.25-0.18}$ correlated more with $PM_{2.5}$ concentration than did ROS activity of $PM_{0.18}$. Correlations among components of $PM_{0.18}$ concentrations were higher for ROS activity of $PM_{0.18}$, but that pattern did not hold for ROS activity of $PM_{0.25-0.18}$. Additionally, larger differences were observed when correlations between exposure to mass concentration and ROS activity were measured by DTT (for DTT of $PM_{0.18}$, Spearman $R$ = 0.50 to 0.86, and of $PM_{0.25-0.18}$, Spearman $R$ = 0.25 to 0.62) than when they were measured by the macrophage ROS assay (for ROS of $PM_{0.18}$, Spearman $R$ = −0.02 to 0.45, and of $PM_{0.25-0.18}$, Spearman $R$ = 0.09 to 0.41). This may imply that for $PM_{0.25}$, mass concentration of components may be associated with direct redox activity but not with indirect oxidation via antioxidant complexation. No correlations of $PM_{0.25-0.18}$ or $PM_{0.18}$ total mass concentrations were provided in the Zhang et al. (2016) study. However, the Delfino et al. (2010) study did provide correlation data for $PM_{0.25}$ and NC and found low to moderate correlations (Spearman $R$ = 0.41 for $PM_{0.25}$ and Spearman $R$ = 0.23 for NC) consistent with the correlations of the $PM_{0.18}$ and $PM_{0.25-0.18}$ components' mass concentrations with the macrophage ROS assay results. Hence, multiple studies indicate that the macrophage ROS assay is a reliable indicator of oxidative potential.

### 3.4.5    Influence of Exposure Errors on Results from Epidemiologic Studies of Different Designs

Exposure measurement error, which refers to the biases and uncertainties associated with using concentration metrics as surrogates for the actual exposure of an individual or population (Section 3.2.1, Exposure Terminology), can be an important contributor to error in epidemiologic study results. Time-series studies assess the daily health status of a population of thousands or millions of people over the course of multiple years (i.e., thousands of days) across an urban area by estimating people's exposures using a short monitoring interval (hours to days). In these studies, the community-averaged concentrations of an air pollutant measured at ambient monitors is typically used as a surrogate for individual or population ambient exposure. In addition, panel studies, which consist of a relatively small sample (typically tens) of study participants followed over a period of days to months, have been used to examine the health effects associated with short-term exposure to ambient concentrations of air pollutants [e.g., Delfino et al. (1996)]. Panel studies may also apply a microenvironmental model to represent exposure to an air pollutant. A longitudinal cohort epidemiologic study, such as the American Cancer

00196793

Society (ACS) cohort study, typically involves hundreds or thousands of subjects followed over several years or decades [e.g., Jerrett et al. (2009)]. Ambient concentrations are generally aggregated over time and by community as exposure surrogates.

Exposure error can bias epidemiologic associations between ambient pollutant concentrations and health outcomes and tends to widen confidence intervals around those estimates (Sheppard et al., 2005; Zeger et al., 2000). The importance of exposure error varies with study design and is dependent on the spatial and temporal aspects of the design. Other factors that could influence exposure estimates include topography of the natural and built environment, meteorology, instrument errors, use of ambient PM concentration as a surrogate for exposure to ambient PM, and the fact that PM is one part of a complex mixture of pollutants. The following sections will consider various sources of error and how they affect the interpretation of results from epidemiologic studies of different designs.

### 3.4.5.1    Short-Term Exposure Studies

#### 3.4.5.1.1    Time-Series Studies

As discussed in the 2009 PM ISA (U.S. EPA, 2009b), in most short-term exposure epidemiologic studies, the health effect endpoint is modeled as a function of ambient exposure, $E_a$, which is defined as the product of $C_a$ and $\alpha$, a term encompassing time-weighted averaging of microenvironmental exposures and infiltration of PM (Section 3.2.2, conceptual model). Time-series epidemiologic studies capturing the exposures and health outcomes of a large cohort frequently use the ambient concentration at a fixed-site monitor or an average of ambient concentrations across monitors as a surrogate for $E_a$ in a statistical model (Strickland et al., 2011; Wilson et al., 2000). This is necessary due to the infeasibility of measuring personal exposures for studies involving thousands of participants. Moreover, for time-series epidemiologic studies of short-term exposure, the temporal variability in concentration is of primary importance to relate to variability in the health effect estimate (Zeger et al., 2000). $C_a$ can be an acceptable surrogate if the ambient monitor captures the temporal variability of the true air pollutant exposure. Spatial variability in PM concentrations across the study area could attenuate an epidemiologic health effect estimate if the exposures are not correlated in time with $C_a$ when ambient monitoring is used to represent exposures in the statistical model. There may be a decrease in the confidence intervals around the health effect estimate if the exposure assessment methods used more accurately capture spatial variability in the concentration distribution over a study area.

In a time-series study of ED visits for cardiovascular disease, Goldman et al. (2011) simulated the effect of classical and Berkson errors due to spatiotemporal variability between ambient or outdoor (i.e., an ambient monitor situated outside the home) air pollutant concentrations over a large urban area. For the 24-hour avg $PM_{2.5}$, the relative risk (RR) per unit mass was negatively biased in the case of classical error (1.0094 compared with the base case of 1.0139) and negligibly positively biased in the case

00196794

of Berkson error (1.0144). Negative bias means that the health effect estimate underestimates the true health effect. The 95% confidence interval range for RR per ppm of $PM_{2.5}$ was wider for Berkson error (0.0144) compared with classical error (0.0097). Similar results were obtained for $PM_{2.5}$ components ($SO_4^{2-}$, $NO_3^-$, $NH_4^+$, EC, and OC).

Recent studies have explored the effect of spatial exposure error on health effect estimates to test the appropriateness of using ambient monitoring for time-series studies. Goldman et al. (2010) simulated spatial exposure errors based on a semivariogram function across monitor sites with and without temporal autocorrelation at 1- and 2-day lags to analyze the influence of spatiotemporal variability among ambient or outdoor concentrations over a large urban area in a time-series study of ED visits for cardiovascular disease. A random term was calculated through Monte Carlo simulations based on the data distribution from the semivariogram, which estimated the change in spatial variability in exposures with distance from the monitoring site. The average of the calculated random term was added to an ambient monitoring time series (considered in this study to be the base case) to estimate population exposures to $PM_{2.5}$ subject to spatial error. For the analysis with temporal autocorrelation considered, RR per ppm for the 24-hour avg $PM_{2.5}$ dropped slightly to 1.0126 (95% CI: 1.0113, 1.0139) when it was compared with the ambient monitor RR per ppm = 1.0139.[45] When temporal autocorrelation was not considered, RR per unit mass similarly dropped to 1.0123 for the 24-hour avg $PM_{2.5}$. The results of Goldman et al. (2010) suggest that spatial exposure error from ambient monitoring data results in biasing the health effect estimate towards the null and therefore underestimates the true health effect. However, the magnitude of the change in effect was small.

In another study analyzing the influence of spatiotemporal variability among ambient or outdoor concentrations over a large urban area on health effect estimates, Goldman et al. (2012) evaluated the effect of different types of spatial averaging on bias in the health effect risk ratio and the effect of the correlation between measured and "true" ambient concentrations of $PM_{2.5}$ and $PM_{10}$ and other air pollutant measures. Concentrations were simulated at alternate monitoring locations using the geostatistical approach described above (Goldman et al., 2010) for the 20-county Atlanta metropolitan area for comparison with measurements obtained from monitors at those sites. Geostatistical-simulated concentrations were considered by the authors to be "true" in this study, and other exposure assessment methods were assumed to have some error. Five different exposure assessment approaches were tested: (1) using a single fixed-site ambient monitor, (2) averaging the simulated concentrations across all monitoring sites, (3) performing a population-weighted average across all monitoring sites, (4) performing an area-weighted average across all monitoring sites, and (5) using a population-weighted average of the geostatistical simulations (see Table 3-10). Goldman et al. (2012) observed that the exposure error was somewhat correlated with both the measured and "true" values, reflecting both Berkson and classical error components. For the single fixed-site ambient monitor, the exposure errors had a moderate positive correlation with the measured value. For the other exposure

---

[45] Note that 95% CIs were not reported for the ambient monitor RR or for the cases where temporal autocorrelation was not considered.

00196795

estimation methods, the exposure errors were moderately negatively correlated with the "true" value, while having positive but lower magnitude correlation with the measured value. Additionally, the exposure bias, given by the ratio of the exposure error to the measured value, was higher in magnitude at the single fixed-site monitor than for the spatial averaging techniques for $PM_{2.5}$. Hence, compared with other exposure assessment methods, the health effect estimate would likely have greater bias towards the null (i.e., underestimation of the true health effect estimate) with reduced precision when a single fixed-site monitor is used to measure $PM_{2.5}$ concentration as a surrogate for exposure. However, exposure error is likely to cause some bias and imprecision for other exposure surrogate methods as well.

**Table 3-10    The influence of exposure metrics on error in health effect estimates.**

| Exposure Estimation Approach | Bias[(Z − Z*)/Z][a] | R²(Z, Z*)[b] | R[(Z − Z*), Z*][c] | R[(Z − Z*), Z][c] |
|---|---|---|---|---|
| *PM₂.₅* | | | | |
| Fixed-site monitor | 0.21 | 0.76 | −0.10 | 0.41 |
| Unweighted average | 0.05 | 0.85 | −0.28 | 0.14 |
| Population-weighted average | 0.05 | 0.84 | −0.28 | 0.14 |
| Area-weighted average | 0.04 | 0.84 | −0.29 | 0.13 |
| Geostatistical model— population-weighted average | N/A | 0.87 | −0.38 | 0.00065 |

N/A = not applicable; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; $R$ = correlation (not specified if Pearson or Spearman); $R^2$ = coefficient of determination; Z = measured concentration; Z* = "true" concentration.
[a]Data provided by the authors for Figure 5 of Goldman et al. (2012).
[b]Data provided by the authors of Figure 4 of Goldman et al. (2012).
[c]Pearson correlation.
Source: Goldman et al. (2012).

In addition to the effect of the correlations and ratios themselves, spatial variation in their values across urban areas also impacts time-series epidemiologic results. The Goldman et al. (2010) and Goldman et al. (2012) findings suggest more Berkson error in the spatially resolved exposure metrics compared with the fixed-site ambient monitor and more classical error for the fixed-site ambient monitor estimate compared with the other exposure assessment techniques. Hence, more bias would be anticipated for the health effect estimate calculated from the fixed-site ambient monitor, and more variability would be expected for the health effect estimate calculated with the more spatially resolved methods. Differences in the magnitude of exposure estimates are not likely to cause substantial bias, but they more often tend to widen confidence intervals and thus reduce the precision of the effect estimate (Zeger et al.,

00196796

2000). The more spatially variable air pollutants studied in Goldman et al. (2012) also had more bias in the health effect estimates. This occurred across exposure assessment methods but was more pronounced for the fixed-site ambient monitoring data. It is important to note that the Goldman et al. (2010), Goldman et al. (2011), and Goldman et al. (2012) studies were all performed in Atlanta, GA. These simulation studies are informative, but similar simulation studies in additional cities would aid generalizability of these study results.

Dionisio et al. (2014) evaluated differences in PM$_{2.5}$ effect estimates derived from ambient monitors, an AERMOD air quality model to capture spatial variability, and a SHEDS personal exposure model incorporating infiltration and time-activity patterns for ZIP codes in Atlanta. They found that personal exposure model-based estimates were lower than ambient monitor and air quality model estimates, which were relatively similar to one another. The study also evaluated attenuation of health effect estimates in single-pollutant and copollutant models using a classical error attenuation factor relating the observed health effect estimate and health effect estimate that was designated by the authors to be "true." In single-pollutant models, using a fixed-site monitor reduced the size of the health effect estimate to about 80% of the effect estimate from the air quality model. The health effect estimate based on the fixed-site monitor was much more attenuated to approximately 25% of the health effect estimate when the personal exposure model was used for the exposure estimate. The degree of attenuation was slightly greater in copollutant models with SO$_4^{2-}$ and O$_3$, and slightly less in a copollutant model with NO$_X$. Due to the more regional nature of PM, little spatial variability in the health effect estimates and degree of attenuation was observed. The findings of this study also suggest that PM was not as susceptible to spatially varying exposure error as locally emitted pollutants such as CO and NO$_X$.

To account for temporal variability in exposure, Dominici et al. (2004) used spline functions to control for the temporal trend in exposures and outcome in time-series studies. Szpiro et al. (2014) compared a version of this method with an approach to pre-adjust the exposure to account for the time trend, without the need to account for the trend in the outcome, in order to reduce bias in the effect estimate. This method is particularly applicable for repeated-measure cohort studies because it takes advantage of the additional exposure data available from more frequent pollutant measurements compared to the infrequent outcome and covariate measures.

Section 3.4.2.4 also describes the influence of instrument accuracy and precision on the relationship between ambient PM concentrations and personal exposures to ambient PM. Exposure measurement error related to instrument precision has a smaller effect on health effect estimates in time-series studies compared with error related to spatial gradients in the concentration. This occurs because instrument precision is not expected to modify the ability of the instruments to respond to changes in concentrations over time. Goldman et al. (2010) investigated the influence of instrument error on health effect estimates in a time-series epidemiologic study by studying differences in exposure estimates and health effect estimates obtained using collocated monitors. In this study, a random error term based on observations from collocated monitors was added to an ambient monitor's time series to

00196797

simulate population estimates for ambient air concentrations subject to instrument precision error in 1,000 Monte Carlo simulations. Virtually no change in the risk ratio was observed for 24-hour avg $PM_{2.5}$; the RR per ppm with simulated instrument precision error was 1.0138 compared with RR per ppm = 1.0139 for the ambient monitor. The amount of bias in the health effect estimate related to instrument precision was very small.

As described in the 2009 PM ISA (U.S. EPA, 2009b), nonambient sources of PM include indoor combustion, cooking, cleaning, and other activities. However, such exposure is unlikely to be temporally correlated with ambient PM exposure (Wilson and Suh, 1997), and therefore, would not affect epidemiologic associations between ambient PM and a health effect in a time-series study. In simulations of a nonreactive pollutant, Sheppard et al. (2005) concluded that nonambient exposures do not influence the health outcome effect estimate if ambient and nonambient concentrations are independent. Because personal exposures to ambient PM is some fraction of the ambient concentration, effect estimates calculated based on personal exposures rather than ambient concentration will be positively biased in proportion to the ratio of ambient concentration to ambient exposure. Daily fluctuations in this ratio can widen the confidence intervals in the ambient concentration effect estimate. Uncorrelated nonambient exposure will not bias the effect estimate but may also widen the confidence intervals (Sheppard et al., 2005; Wilson and Suh, 1997).

### 3.4.5.1.2    Panel Studies

Panel or small-scale cohort studies involving dozens of individuals may use more individualized concentration measurements, such as personal exposures, residential fixed-site indoor or outdoor measurements, or concentration data from local study-specific monitors. As described in Section 3.8.4.2 of the 2009 PM ISA (U.S. EPA, 2009b), when measurements from personal exposures are used in panel studies, they may be influenced by nonambient exposures. Reduced correlation between personal exposures and true ambient exposures has the potential to attenuate effect estimates in panel studies that use personal exposure measurements. Such attenuation may in part be due to nonambient exposures [see Section 3.8.6.5 of the 2009 PM ISA (U.S. EPA, 2009b)] or to temporal or spatial errors, as described below.

Modeled concentrations are not typically used as exposure surrogates in panel epidemiologic studies. Probabilistic, distribution-based approaches are not designed to estimate exposures for specific individuals, such as might be needed for panel epidemiologic studies. Another main disadvantage of the modeling approach is that the results of modeling exposure assessments must be compared to an independent set of measured exposure levels (Klepeis, 1999). In addition, resource-intensive developments of evaluating and representing model inputs is required, such as human activity patterns, distributions of air exchange rates, and deposition rates. Therefore, modeled exposures have been used much less frequently in panel epidemiologic studies.

00196798

Panel studies using hourly or other sub-daily measurements are used to evaluate subclinical health effects, such as biomarkers of inflammation [e.g., Dubowsky et al. (2006)]. Sensitivity to averaging times may be tested by fitting models with various averaging times to identify the time period most associated with effects. However, temporal variations in exposure and covariates (e.g., temperature, other pollutants) can lead to temporal variability in exposure measurement error. Malloy et al. (2010) proposed a wavelet approach to add time-varying data into the statistical model used in an epidemiologic study. Simulations adding exposure measurement errors to an hourly $PM_{2.5}$ data set indicated that the fine-scale wavelets describing shorter-frequency variation captured most of the exposure error, with little error accounted for by the coarse wavelets. The standard moving average approach of fitting models with successively longer averaging times showed the greatest exposure error at shorter averaging times (less than $20-60$ hours). The effect of simulated error was similar over averaging times of 10 hours or greater. This suggests that the wavelet approach may be better able to identify associations with health effects over short averaging times (e.g., 24 hours or less).

To evaluate the effect of small-scale intra-urban spatial variability on health effect estimates, Sarnat et al. (2012) considered the influence of local exposure metrics on respiratory effect estimates in a panel of school children. This study was conducted along the U.S.-Mexico border in El Paso, TX and Ciudad Juarez, Mexico. The 48-hour avg concentrations measured from fixed-site ambient monitors, monitors outside the children's schools, and monitors inside the children's schools were all used as surrogates for PM exposures. For $PM_{2.5}$, slightly higher health effect estimates were observed for indoor monitors compared with outdoor and fixed-site ambient monitors (2.7, 2.3, and 2.4%, respectively), although confidence intervals overlapped. $PM_{10-2.5}$ had a higher health effect estimate for indoor than outdoor monitors (2.8 vs. 2.0%), again with overlapping confidence intervals. No fixed-site ambient $PM_{10-2.5}$ data were available. For both $PM_{2.5}$ and $PM_{10-2.5}$, multivariate models with both indoor and outdoor concentration only showed associations for indoor concentration. This effect was more pronounced for $PM_{10-2.5}$, which exhibits greater urban spatial variability than $PM_{2.5}$. The authors suggested that exposure measurement errors could result in biasing the health effect estimate toward the null to underestimate the health effect, given that higher health effect estimates were found for the outdoor $PM_{2.5}$ monitor compared with the outdoor $PM_{10-2.5}$ monitor.

### 3.4.5.2    Long-Term Exposure Cohort Studies

For cohort epidemiologic studies of long-term human exposure to PM, where the difference in the magnitude of the concentration is of most interest, if $C_a$ is used as a surrogate for $E_a$, then $\alpha$ can be considered to encompass the exposure measurement error related to uncertainties in the time-activity data and infiltration. Spatial variability in PM concentrations across the study area could lead to bias in the health effect estimate if $C_a$ is not representative of $E_a$. This could occur if the study participants are clustered in a location where their PM exposure is higher or lower than the exposure estimated at a

00196799

modeled or measurement site. There is limited information regarding whether $C_a$ is a biased exposure surrogate in the near-road environment for epidemiologic studies of long-term exposure.

The choice of the exposure surrogate can influence error in the health effect estimate. For example, Baxter et al. (2010) calculated bias and RMSE for health effect estimates based on different exposure estimation methods including evaluated regression models, distance from a major road, and an indoor exposure model that accounted for factors such as seasonality in infiltration of ambient $PM_{2.5}$ and EC. The simulated indoor concentrations produced unbiased health effect estimates, while the other exposure surrogates typically (but not always) biased the health effect estimate towards the null to underestimate the true health effect and inflate the RMSE relative to that of the indoor model. Distance surrogates had much larger biases and RMSE compared with models containing $PM_{2.5}$ or EC concentration measures. Kioumourtzoglou et al. (2014) developed linear mixed effects models to calibrate exposure surrogates (fixed-site ambient monitor and monitor outside a residence) against what was considered by the authors to be "true" personal exposure to ambient $PM_{2.5}$. This was estimated by multiplying the fixed-site ambient $PM_{2.5}$ measurement by the ratio of personal to ambient $SO_4^{2-}$. The calibration coefficients indicated that the fixed-site ambient monitor only captured 31% of the "true" personal exposure to ambient $PM_{2.5}$, and the outdoor monitor captured 54% of the "true" personal exposure to ambient $PM_{2.5}$. Hence, in both cases, the exposure surrogate was lower than the sulfate-derived personal exposure.

Researchers have recently compared the choice of ground-based and satellite-based estimation methods to epidemiologic effect estimates. Jerrett et al. (2016) compared several residential exposure estimation methods using ground-based data (i.e., monitor, meteorological, land use, or spatial information) to satellite data for a large subset of the ACS cohort (668,629 individuals). The authors found that although the various methods yielded similar median $PM_{2.5}$ exposure estimates (approximately 12 $\mu g/m^3$), effect estimates for circulatory mortality during 1982−2004 were much lower for the satellite methods than the ground-based methods. Of the seven methods tested, the highest effect estimate was produced by a ground-data-only two-stage model consisting of LUR followed by a BME kriging model of the residuals; this method also had the best model fit. This model produced a relative risk (95% CI) of 1.14 (1.11−1.17) per 10 $\mu g/m^3$ $PM_{2.5}$, while the lowest relative risk was observed with one of the two satellite-only methods (RR: 1.02 [95% CI: 1.00, 1.04]). The authors calculated the Akaike's information criterion (AIC) to assess model fit and found a negative association between HR and AIC ($R^2 = 0.94$), which suggests that use of the satellite method alone produced an attenuated effect estimate. The LUR-BME method estimated exposures on a $30 \times 30$ m ($0.03 \times 0.03$ km) grid, while this satellite-only method provided estimates on a $1 \times 1$ km grid. The results of the Jerrett et al. (2016) study suggest that exposure estimation methods incorporating locally available ground data may introduce less exposure error than remote sensing methods alone, but that satellite methods have the capability to identify associations when ground data are lacking.

SECTION 3.4: Exposure Assessment and Interpretation of Epidemiologic Study Results

00196800

Spatial resolution of the exposure estimates has been evaluated to examine the influence of spatial exposure error in cohort studies. For example, Alexeeff et al. (2015) fit kriging and LUR models based on 100 or 500 monitoring sites [derived from a satellite downscaling approach described in Kloog et al. (2014) and Section 3.3.3] and estimated bias and uncertainty for each exposure model used to compute health effect estimates for linear and logistic health effect simulations. For the LUR models, which had the highest model $R^2$ (71 to 84%) compared with the satellite-downscaling estimates, the effect estimates were biased away from the null to overestimate the health effect estimate in all cases. Bias in the linear models was reduced from 4−5% for LUR fit with 100 monitors to 1% for the LUR fit with 500 monitors, and confidence interval coverage increased from 48 to 68%. Bias in the logistic models was reduced from 3−4% for LUR fit with 100 monitors to 2% for LUR fit with 500 monitors, and confidence interval coverage increased from 91 to 94%. The kriging models had much lower model $R^2$ (24−44%). One kriging model fit to long-term average monitor data also produced bias away from the null to overestimate the health effect estimate that reduced with number of monitors, but with larger magnitude biases. The other produced bias mostly towards the null to underestimate the health effect estimate, with the magnitude of bias increasing with an increasing number of monitors.

Gryparis et al. (2009) noted that smoothing of the true exposure surface can cause Berkson error in the effect estimate. The authors simulated three spatial surfaces of increasing variability and then tested five types of exposure modeling approaches: a plug-in exposure estimation where the "true" exposure (as designated by the authors) are predicted by a smoothing model; a plug-in exposure estimation with variance correction; a regression calibration using hold-out predictions, covariates, and observations; and two types of Bayesian surface models (full Bayesian and two-stage Bayesian approaches) fitting a joint model for the health and exposure data. Simulation results produced negative biases to underestimate the health effect for the plug-in exposure estimation methods with and without variance correction. Those biases became larger in magnitude with increasing spatial variability (for the plug-in method with variance correction, simulation results produced −57% bias for the smoothest surface and −419% bias in the most spatially variable surface). Likewise, the mean squared error (MSE) increased and confidence interval coverage decreased with increasing variability of the "true" exposure surfaces. Biases and MSEs were much smaller in magnitude for the regression calibration and Bayesian exposure assignment methods, and those biases were positive and so overestimated the health effect (maximum bias was 23% for the two-stage Bayes method for the most spatially variable exposure surface). MSE for the regression calibration and Bayesian methods also increased with increasing variability of the "true" exposure surface. Regression methods have also been applied to correct ambient monitor data or spatial modeling estimates of $PM_{2.5}$ exposure based on indoor $SO_4^{2-}$ to ambient $PM_{2.5}$ ratios in studies of all-cause mortality (Hart et al., 2015a) and lung cancer (Hart et al., 2015b). In each study, the health effect estimate was lower when no exposure error correction method was applied. This implies that the smoother, noncorrected method introduced error into the exposure estimate that resulted in negative bias to underestimate the health effect.

SECTION 3.4: Exposure Assessment and Interpretation of Epidemiologic Study Results

00196801

The greater spatial characterization of $PM_{2.5}$ exposure estimates from a combined satellite-LUR method with 50-m resolution developed by Kloog et al. (2011) resulted in higher mortality effect estimates compared with cohort studies using citywide concentrations for the entire population based on a 10-km resolution grid (Kloog et al., 2013). This is consistent with a reanalysis of the ACS cohort conducted by Willis et al. (2003), which found that a subset analysis including only individuals living in a county with a sulfate monitor yielded an all-cause mortality effect estimate twice that for the entire cohort (1.5 vs. 1.25). The Kloog et al. (2013) study also found an effect of monitor distance, with a higher effect estimate for the population living within 20 km of a monitor than for those living farther away. This spatial influence on epidemiologic effect estimates is consistent with the null bias resulting from classical error.

The influence of spatial exposure error on health effect estimates varies with the study parameters, such as exposure model selection and location. Wu et al. (2011) compared health effect estimates for birth outcomes from four hospitals in Los Angeles and Orange county, CA given $PM_{2.5}$ concentrations as estimated using nearest monitors and the CALINE4 dispersion model. For pre-eclampsia, crude and adjusted odds ratios were consistently lower when the nearest monitor was used to estimate exposure instead of the more spatially resolved dispersion model. Differences in the odds ratio for the two exposure estimation methods were larger for Los Angeles County compared with Orange County. For Los Angeles County, the odds ratios were also below one when the nearest monitor was used, in contrast with Orange County, where the odds ratios were both above one. However, for preterm (<37 weeks gestation) and very preterm births (<30 weeks gestation), odds ratios were lower for the nearest monitor exposure estimation method compared with the dispersion model in Los Angeles, CA, but in Orange County, CA, the opposite was observed. These findings indicate that higher spatial resolution may improve estimation of health effects.

Exposure error in studies of long-term exposure has the potential to be larger for $PM_{2.5}$ components than for $PM_{2.5}$ mass concentration because the spatial variability of $PM_{2.5}$ components tends to be greater than that of $PM_{2.5}$ mass concentration (Sun et al., 2013). Within components, the reported concentrations were also sensitive to the measurement methods, with the nearest monitor typically producing greater relative variability (measured as IQR/median) compared with IDW and citywide average concentrations, respectively. Sun et al. (2013) compared statistical models of cardiovascular disease biomarkers associated with long-term exposure to $PM_{2.5}$ mass, EC, OC, Si, and S concentrations using the nearest monitor, IDW, and citywide average metrics. In general, effect estimates with citywide averages tended to be lower in magnitude compared with the nearest monitor or IDW approaches for both the $PM_{2.5}$ mass and component metrics for one biomarker (carotic inter-media thickness [cIMT]) and for another biomarker (coronary artery calcification [CAC]) only for the Si component. Using finer-scale concentration estimates to approach the same problem, Kim et al. (2014) observed cIMT effects for Si but not EC. The little bias with $PM_{2.5}$ mass or S (as an indicator of $SO_4^{2-}$) concentration suggests that the less spatially variable metrics are less subject to bias related to exposure measurement errors.

SECTION 3.4: Exposure Assessment and Interpretation of Epidemiologic Study Results

00196802