[95% CI: −0.15, 1.8]). Sun et al. (2015) provided evidence contradictory to the results of Li et al. (2015b). At lag 0−1 days, the authors observed positive associations at high (≥25℃) and medium temperatures, ranging from 0.26−0.39%, but the magnitude of the association was much smaller than that observed for low temperatures (<22°C; 1.2% [95% CI: 0.51, 1.8]). Unlike Li et al. (2015b), Sun et al. (2015) did not specifically focus on the tails of the temperature distribution, which complicates the interpretation of the results between the two studies, especially considering that the low temperature category in Sun et al. (2015) is relatively similar to the high temperature category in Li et al. (2015b). Overall, the evidence across studies is inconclusive as to whether specific temperature ranges modify the association between short-term PM$_{2.5}$ exposure and respiratory mortality.

### 5.1.10.5    Averaging Time of PM$_{2.5}$ Concentrations

Collectively, the combination of studies evaluated in the 2009 PM ISA and within this section largely support an association between short-term PM$_{2.5}$ exposures and increases in respiratory-related hospital admissions and ED visits, specifically when using a 24-hour avg PM$_{2.5}$ concentration averaging time. To date, very few studies have examined associations with subdaily averaging times for PM$_{2.5}$ concentrations (e.g., 1-hour max), with some evidence indicating associations between ED visits and 1-hour max PM$_{2.5}$ concentrations. Previously, in Bronx, NY, RRs for asthma ED visits were similar for 24-hour avg and 1-hour max PM$_{2.5}$ concentrations (ATSDR, 2006). The two averaging times were found to be highly correlated ($r = 0.78$), but the spatiotemporal variability of 1-hour max concentrations was not reported. Similarly, other studies that examined subdaily averaging times have not provided information on the spatiotemporal variability of other exposure metrics, such as 3- or 6-hour avg PM$_{2.5}$ concentrations, which were examined in studies conducted in six Canadian cities (Stieb et al., 2009) and Seoul, South Korea (Kim et al., 2015). However, in both studies, the authors reported no evidence of an association between 24-hour avg PM$_{2.5}$ concentrations and asthma ED visits, nor was there evidence of an association using the subdaily averaging times.

Darrow et al. (2011) systematically examined a series of averaging times to assess whether the 24-hour exposure metric was appropriate. The authors examined several subdaily averaging times (i.e., 1-hour max, commute time avg [7−10 a.m. and 6−9 p.m.], daytime avg [8 a.m.−7 p.m.], and nighttime avg [12−6 a.m.]) in addition to the traditional 24-hour avg when examining the relationship between short-term PM$_{2.5}$ exposure and respiratory-related ED visits. The averaging times were found to be highly correlated with one another, with $r = 0.79−0.94$, which is consistent with ATSDR (2006). Across the averaging times examined, the authors reported relatively consistent positive associations of similar magnitude, but confidence intervals were wide (Figure 5-18).

00197050



ave/avg = average; hr = hour(s); IQR = interquartile range; max = maximum; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; $r$ = correlation coefficient.
Source: Darrow et al. (2011).

**Figure 5-18    Association between short-term PM$_{2.5}$ exposure and respiratory-related emergency department visits in Atlanta, GA at lag 1 for 24-hour avg and subdaily exposure metrics.**

While hospital admission and ED visit studies can examine alternative averaging times for the exposure metric if ambient monitoring data is available, panel studies using personal monitors can examine more refined timescales of exposure but are limited to studies of pulmonary inflammation and lung function. A strength of studies of pulmonary inflammation is examination of the hourly lag structure of $PM_{2.5}$ associations. Most (Barraza-Villarreal et al., 2008; Rabinovitch et al., 2006; Mar et al., 2005) but not all (Berhane et al., 2011) results show an increase in inflammation with increases in $PM_{2.5}$ concentration averaged over the preceding 1 to 11 hours. Additional support is provided by associations with mean personal $PM_{1.5}$ exposure in nonhome/school locations (Rabinovitch et al., 2016). Associations also were observed with 1- or 8-hour max $PM_{2.5}$ that were larger than those for 24-hour avg $PM_{2.5}$ (Delfino et al., 2006; Rabinovitch et al., 2006). Maximum concentrations occurred before inflammation was measured. Some results indicate that $PM_{2.5}$ exposure may have a rapid and transient effect on pulmonary inflammation in people with asthma. For Seattle, WA and Riverside and Whittier, CA, distributed lag models show an increase in eNO with the 1-hour avg $PM_{2.5}$ concentration up to 5 or

00197051

10 hours prior but not with longer lags of 24−48 hours (Delfino et al., 2006; Mar et al., 2005). eNO measured at well-defined intervals after a scripted 2-hour exposure during morning commutes increased 3 hours postexposure (Mirabelli et al., 2015). Longer lags were not examined, and a similar previous study did not observe any changes up to 22 hours after exposure (McCreanor et al., 2007). Note that most of the recent studies examined 24-hour or multiday avg $PM_{2.5}$, which may explain the inconsistency in associations observed (see section on eNO). However, studies evaluated in the 2009 PM ISA also used 24-hour or multiday avg $PM_{2.5}$ concentrations and reported positive associations (Liu et al., 2009; Allen et al., 2008; Delfino et al., 2006).

Additional studies examined subdaily averaging times through 1- to 8-hour scripted outdoor exposures near pollution sources. Epidemiologic studies of scripted outdoor exposures examined $PM_{2.5}$ at high-traffic locations and found inconsistent results with respect to respiratory effects in healthy populations. Among epidemiologic studies of adults commuting by car, bus, or bicycle, working as school crossing guards or traffic police, or spending time in high-traffic areas, $PM_{2.5}$ was associated with increases in pulmonary inflammation (Mirowsky et al., 2015; Zhao et al., 2015; Steenhof et al., 2013) or decreases in lung function (Huang et al., 2016; Shakya et al., 2016; Mirabelli et al., 2015; Weichenthal et al., 2011). Effects were not observed in other studies of pulmonary inflammation (Zuurbier et al., 2011a) or lung function decrements (Matt et al., 2016; Zhao et al., 2015; Zuurbier et al., 2011b; Fan et al., 2008). For $PM_{2.5}$ exposures of 1−8 hours, no distinct pattern of association or effect is observed by exposure duration or concentration. Among epidemiologic studies in the U.S., Canada, and Europe conducted near traffic or a steel plant, 1- to 8-hour avg $PM_{2.5}$ concentrations with means 8.1−39 $\mu g/m^3$ were linked to respiratory effects in some studies (Mirabelli et al., 2015; Mirowsky et al., 2015; Dales et al., 2013), but not in others (Strak et al., 2012; Weichenthal et al., 2011). Results are inconsistent at concentrations higher than 39 $\mu g/m^3$ as well, but associations were observed in traffic police, adults exercising outdoors, or adults exposed in a transport hub (Huang et al., 2016; Shakya et al., 2016; Kesavachandran et al., 2015; Zhao et al., 2015) with mean 2- to 8-hour avg $PM_{2.5}$ concentrations 53−323 $\mu g/m^3$.

Across the studies that examined subdaily averaging times and subsequent respiratory effects, the effects tend to be transient. $PM_{2.5}$-associated increases in pulmonary inflammation and oxidative stress (Steenhof et al., 2013; Weichenthal et al., 2011) or decreases in lung function (Mirabelli et al., 2015) often were isolated to immediately or 1 or 2 hours after exposure near traffic, but not 3 to 18 hours after exposure. $PM_{2.5}$ exposure while walking near high-traffic roads and in a forest was associated with eNO 24 hours after exposure (Mirowsky et al., 2015), but lung function decreased only immediately after exposure.

### 5.1.10.6    Concentration-Response Relationship and Threshold Analyses

At the completion of the 2009 PM ISA, the examination of the PM C-R relationship in epidemiologic studies focused on mortality and cardiovascular outcomes. Recent studies expanded the

00197052

evaluation of the $PM_{2.5}$ C-R relationship to encompass respiratory-related outcomes, including respiratory-related hospital admissions and ED visits with a focus on examining both the shape of the C-R curve and whether a threshold exists below which there is no evidence of an effect. Across studies, different analytical methods have been used to examine the C-R relationship, either explicitly examining the shape of the C-R curve and whether there is evidence of linearity across the full range of $PM_{2.5}$ concentrations, or through cutpoint analyses that examine the risk of a $PM_{2.5}$-related respiratory effect changes within specified ranges of different $PM_{2.5}$ concentrations.

Studies conducted in Atlanta, GA (Strickland et al., 2010), Ontario, Canada (Weichenthal et al., 2016), Dongguan, China (Zhao et al., 2016), and New York, NY (Silverman and Ito, 2010) focused on examining the shape of the $PM_{2.5}$ C-R curve for asthma ED visits or hospital admissions. In a study by Strickland et al. (2010), which focused on pediatric ED visits, a locally weighted scatterplot smoothing (LOESS) C-R analysis provided evidence of a linear C-R relationship for $PM_{2.5}$ in the warm season along the distribution of $PM_{2.5}$ concentrations from the 5th to 95th percentile (Figure 5-19).



avg = average; μg/m³ = micrograms per cubic meter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Note: Solid line = smoothed concentration-response estimate. Dashed line = twice-standard error estimates.

Source: Reprinted with permission of the American Thoracic Society. Copyright © 2019 American Thoracic Society. Strickland et al. (2010). The *American Journal of Respiratory and Critical Care Medicine* is an official journal of the American Thoracic Society.

**Figure 5-19    Concentration-response for associations between 3-day avg (lag 0−2) $PM_{2.5}$ concentrations and emergency department visits for pediatric asthma at the 5th to 95th percentile of $PM_{2.5}$ concentrations in the Atlanta, GA area during the warm season.**

00197053

Additionally, Weichenthal et al. (2016) examined the C-R relationship for asthma ED visits among children <9 years of age and all ages in 15 Ontario cities in a case-crossover analysis. The authors examined the C-R curve across the range of $PM_{2.5}$ concentrations representing the 95th percentile of the observed difference in lag 0−2 $PM_{2.5}$ concentrations between case and control days, which represented concentrations ranging from 0−10 $\mu g/m^3$, and reported evidence of a linear relationship for both age ranges, but confidence intervals were larger for the all ages analysis (Panel B of Figure 5-20). Evidence of a linear relationship was also observed by Zhao et al. (2016) at $PM_{2.5}$ concentrations much higher than those examined in the U.S. and Canadian studies. Although the results of Strickland et al. (2010), Weichenthal et al. (2016), and Zhao et al. (2016) are informative for assessing the shape of the C-R curve, the authors did not empirically examine alternatives to linearity.

00197054



CI = confidence interval; µg/m³ = micrograms per cubic meter; PM₂.₅ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

Note: Solid lines represent point estimates, and dashed lines represent 95% confidence intervals.

Source: Weichenthal et al. (2016).

**Figure 5-20    Concentration-response curve for lag 0−2-day PM₂.₅ concentrations and asthma emergency department visits for children (<9 years old; Panel A) and all ages (Panel B).**


Silverman and Ito (2010) assessed whether there was evidence for deviations in linearity for the relationship between short-term PM₂.₅ exposure at lag 0−1 day and asthma hospital admissions by including a smooth function of lag 0−1-day ozone concentrations in the model. When comparing the

SECTION 5.1: Short-Term PM2.5 Exposure and Respiratory Effects

00197055

results from the function including natural splines to account for potential deviations in linearity to a linear fitted model, the authors observed no evidence that a nonlinear model better represents the C-R relationship (Figure 5-21).



avg = average; NAAQS = National Ambient Air Quality Standard; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; RR = relative risk.

Note: Solid lines = smoothed fitted data, large dashed lines = 95% confidence intervals, short dashed lines = linear fitted data, vertical solid line = current 24-hour avg PM$_{2.5}$ NAAQS.

Source: Silverman and Ito (2010).

**Figure 5-21    Estimated relative risks for short-term PM$_{2.5}$ exposure and asthma hospital admissions at lag 0−1 adjusted for ozone at lag 0−1 allowing for a possible nonlinear relationship in New York, NY.**

Additional studies focusing on respiratory-related hospital admissions also examined whether there was evidence of linearity and reported results consistent with the studies focusing on asthma hospital admissions and ED visits.

Weichenthal et al. (2016) also examined the C-R relationship for COPD ED visits in 15 cities in Ontario, Canada. Using the same approach to examine the C-R curve for asthma ED visits, in the COPD analysis the authors reported evidence of a linear relationship (Figure 5-22). The C-R analyses conducted

SECTION 5.1: Short-Term PM2.5 Exposure and Respiratory Effects

00197056

by Weichenthal et al. (2016) and Stafoggia et al. (2013) are also supported by Zhao et al. (2016) in a study conducted in Dongguan, China that demonstrated a linear relationship, albeit at $PM_{2.5}$ concentrations much higher than those examined in the U.S. and Canadian studies.



CI = confidence interval; µg/m³ = micrograms per cubic meter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.
Source: Weichenthal et al. (2016).

**Figure 5-22     Concentration-response relationship between 0−2 day mean $PM_{2.5}$ concentrations and chronic obstructive pulmonary disease emergency department visits in Ontario, Canada.**

While the studies discussed up to this point have focused specifically on the shape of the C-R curve across the full range of $PM_{2.5}$ concentrations in their respective study locations, other studies have focused analyses on specific ranges of $PM_{2.5}$ concentrations to examine whether there is evidence of deviations in linearity. In a study conducted in Detroit, MI, Li et al. (2011) examined whether there is evidence of a nonlinear C-R relationship between air pollutants and pediatric asthma ED visits. Associations with $PM_{2.5}$ were examined in both a time-series and time-stratified, case-crossover study design assuming (1) a linear relationship and (2) a nonlinear relationship starting at 12 µg/m³ (i.e., the maximum likelihood estimate within the 10th to 95th percentile concentration where a change in linearity may occur), which was identified as somewhere in the range of the 35th to 49th percentile of $PM_{2.5}$ concentrations for the time-series and case-crossover analysis, respectively. It is important to note that in the analysis that assumed a nonlinear relationship, the authors did not assume zero risk below the

SECTION 5.1: Short-Term PM2.5 Exposure and Respiratory Effects

00197057

inflection point, which would represent a true threshold. The focus of the analysis by Li et al. (2011) was on identifying whether risk increased above that observed in the linear models at $PM_{2.5}$ concentrations above 12 $\mu g/m^3$. In the analyses assuming linearity, the authors examined single-day lags of 3 and 5 days and multiday lags of 0−2 and 0−4 days. Positive associations were observed for all lags examined and were relatively consistent across models, with the strongest association, in terms of magnitude and precision, for a 0−4-day lag (time series RR: 1.03 [95% CI: 1.00, 1.07]; case-crossover OR: 1.04 [95% CI: 1.01, 1.07]). In the models that examined whether there was evidence of nonlinearity, the authors reported larger risk estimates for $PM_{2.5}$ concentrations above 12 $\mu g/m^3$, indicating potential nonlinearity in the $PM_{2.5}$-asthma hospital admissions and ED visit relationship (time series RR: 1.07 [95% CI: 1.03, 1.11]; case-crossover OR: 1.06 [95% CI: 1.03, 1.09]).

Instead of examining the association between short-term $PM_{2.5}$ exposure and asthma hospital admissions and between short-term $PM_{2.5}$ exposure and ED visits at one point along the distribution of $PM_{2.5}$ concentrations, as was done by Li et al. (2011), Strickland et al. (2010) in Atlanta, GA, Gleason et al. (2014) in New Jersey, and Stafoggia et al. (2013) in eight European cities examined whether the associations varied across defined cutpoints along the distribution of $PM_{2.5}$ concentrations. Both studies provide some evidence indicating potential nonlinearity in the C-R relationship. In a quintile analysis of lag 0−2-day $PM_{2.5}$ concentrations, Strickland et al. (2010) examined whether risk estimates increased across the quintiles in both the warm and cold season when compared with the 1st quintile (i.e., <10 $\mu g/m^3$). Results were null across all quintiles for the cold season except the highest quintile (i.e., $23.8 \leq 65.8$; RR: 1.05 [95% CI: 0.99, 1.11]). However, in the warm season, there was evidence of an increase in the magnitude of the association from the 3rd to 5th quintiles, ranging from 1.01−1.05, although confidence intervals were wide. Gleason et al. (2014), who also focused on lag 0−2 $PM_{2.5}$ concentrations, similarly reported a positive association for the highest quintile (i.e., 16.9−47.2 $\mu g/m^3$; OR: 1.04 [95% CI: 0.98, 1.10]). However, the authors observed no evidence of an association for $PM_{2.5}$ concentrations in the range of the 3rd and 4th quintiles (i.e., 8.5−16.8 $\mu g/m^3$), but reported the association largest in magnitude for the 2nd quintile (i.e., 6.1−8.5 $\mu g/m^3$; OR: 1.06 [95% CI: 1.01, 1.12]). Instead of focusing on quintiles, Stafoggia et al. (2013) examined associations between short-term $PM_{2.5}$ exposure and respiratory-related hospital admissions across various concentration ranges relative to 5 $\mu g/m^3$. The authors first combined results across each individual city by incorporating a natural spline with two equally spaced knots and then applying a metasmoothing approach to develop a combined result across the cities. As demonstrated in Figure 5-23, Stafoggia et al. (2013) reported positive associations across each of the cutpoints evaluated, indicating no evidence of a threshold.

00197058



CI = confidence interval; μg/m³ = micrograms per cubic meter; PM₂.₅ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Source: Stafoggia et al. (2013).

**Figure 5-23    Cutpoint analysis examining the association between short-term PM₂.₅ exposure and respiratory-related hospital admissions, lag 0−5, relative to 5 μg/m³.**

Across the studies that examined the shape of the C-R curve, there is some evidence for a linear relationship for short-term PM₂.₅ exposure and both respiratory disease and asthma hospital admissions and ED visits. However, complicating the interpretation of these results is both the lack of thorough empirical evaluations of alternatives to linearity as well as the results from cutpoint analyses that provide some potential indication for nonlinearity in the relationship between short-term PM₂.₅ exposure and respiratory disease and asthma hospital admission and ED visits.

### 5.1.11    Short-term exposure to PM₂.₅ Components and Sources and Respiratory Effects

While many PM components are associated with a range of health effects, the 2009 PM ISA concluded that there was "not yet sufficient evidence to allow differentiation of those [components] or sources that more closely related to specific health outcomes" compared to PM₂.₅ mass (U.S. EPA, 2009). For respiratory effects, studies available at the completion of the 2009 PM ISA that examined PM components were few, and the overall evidence linking increases in respiratory effects with short-term exposure to PM₂.₅ components and sources was less consistent than for other health outcomes (i.e., cardiovascular disease and mortality). However, there was some evidence of positive associations

SECTION 5.1: Short-Term PM2.5 Exposure and Respiratory Effects

00197059

between respiratory ED visits and decrements in lung function with sulfate. In addition, several PM sources (i.e., crustal/soil/road dust and traffic) were associated with increased respiratory symptoms in children with asthma and decreased PEF in adults with asthma. Generally, studies that evaluated individual PM components with respiratory morbidity and mortality observed inconsistent results, with limited evidence from a few studies that several metals (i.e., Cu, Pb, Zn), as well as OC, were associated with respiratory health effects.

To provide a thorough and consistent evaluation of the evidence with respect to whether a component(s) or source(s) are more strongly related to respiratory effects than $PM_{2.5}$ mass, the evidence is organized by component or source and discussed in the context of associations with $PM_{2.5}$ mass. Additionally, the evidence for components and sources is evaluated in the context of broad health outcome categories, allowing for an integration of evidence related to specific outcomes (e.g., asthma exacerbation). The examination of the relationship between $PM_{2.5}$ components and respiratory effects can generally be divided into two types of analyses: (1) those that examine whether specific components modify the $PM_{2.5}$-respiratory effects association or (2) those that examine whether an individual component is associated with respiratory effects and is potentially a better indicator of PM toxicity than PM mass. Although the first approach is considered one of the techniques used to assess component toxicity, as detailed in Mostofsky et al. (2012), these studies are often used to examine heterogeneity in $PM_{2.5}$-respiratory effect risk estimates. As a result, the focus of this section is on population-level epidemiologic studies using those techniques that fall under the second approach, which includes assessing $PM_{2.5}$ component effect by component concentration, component proportion, component concentration adjusted for $PM_{2.5}$ mass, component residual, or $PM_{2.5}$ residual (Mostofsky et al., 2012).

This section summarizes the evidence evaluating associations between individual components or sources and asthma exacerbation, respiratory infection, or respiratory effects in healthy populations in the context of associations between those respiratory effects and $PM_{2.5}$ mass. EC/BC was the component most often evaluated in studies of respiratory morbidity, and asthma exacerbations were the respiratory effect most commonly examined. Generally, some studies report positive associations between some components and sources and various respiratory health outcomes, although the consistency and coherence of this evidence varies. For example, recent studies examined exposure to the EC/BC component of $PM_{2.5}$ and observed consistent associations with indicators of asthma exacerbation in children, although the associations were similar to those observed with total $PM_{2.5}$ exposure. Expanded results for $NO_3^-$ and $PM_{2.5}$ from road dust are inconsistent across the array of respiratory outcomes as is new information on PAHs and oxidative potential of $PM_{2.5}$. Overall, associations with respiratory effects are not more clearly linked to a specific PM component or source compared with $PM_{2.5}$ total mass, and within-study comparisons do not show a consistent difference in association between $PM_{2.5}$ and a particular component or source. The evidence for $PM_{2.5}$ components and sources is detailed below.

00197060

### 5.1.11.1    Elemental and Black Carbon

A large body of recent studies consistently links short-term increases in EC/BC concentration with respiratory effects, with the most studies examining asthma-related effects in children. Studies that observed positive associations between exposure to EC/BC and asthma-related effects in children also observed similar associations with $PM_{2.5}$ mass (Figure 5-24). For EC/BC, results are coherent among asthma ED visits, asthma symptoms, and pulmonary inflammation in populations with asthma. However, like trends observed for $PM_{2.5}$ mass, EC/BC associations with lung function are inconsistent. Neither EC/BC nor $PM_{2.5}$ is consistently associated with COPD exacerbation, and the evidence for EC/BC associations with respiratory infection, combinations of respiratory-related outcomes, or respiratory effects in healthy populations is limited and inconsistent. Within most (Sarnat et al., 2015; Winquist et al., 2014b; Kim et al., 2012) but not all (Xiao et al., 2016) U.S. studies, EC was associated with effects related to asthma but not COPD or respiratory infection. Across respiratory effects, there is generally no difference in the pattern or consistency of associations between EC/BC and $PM_{2.5}$ (Figure 5-24).

Most studies associated respiratory effects with both $PM_{2.5}$ and EC/BC, although some showed associations with only one or the other. Many results point to similar magnitude of association for EC/BC and $PM_{2.5}$, often presented per IQR increase in concentration. Some studies estimated larger effects for EC/BC; others estimated larger effects for $PM_{2.5}$. Respiratory effects were associated with EC/BC in cities across regions of the U.S.; no pattern in the presence of an association for EC/BC or the magnitude relative to $PM_{2.5}$ is discerned by geographic location. In the nationwide U.S. Medicare population, EC was not associated with hospital admissions for all respiratory diseases combined (Levy et al., 2012). These results add 2 years to those of Peng et al. (2009a) (2000−2008 vs. 2000−2006), who reported an association with EC. The recent analysis by Levy et al. (2012) indicated the likelihood of greater risk for EC than $PM_{2.5}$ in the East. For locations showing similar magnitude associations for EC/BC and $PM_{2.5}$, correlations ranged from 0.23−0.83. Across these studies, no pattern is observed for EC/BC by its correlation with $PM_{2.5}$. Most studies were conducted across seasons, so a pattern of association for EC by season is not discernable. Where stratified by season, EC/BC and $PM_{2.5}$ associations were similar in the same season. Warm season associations with asthma ED visits were indicated in Atlanta, GA and St. Louis, MO (Winquist et al., 2014b; Strickland et al., 2010), and cold season associations with pneumonia hospital admissions were indicated in Boston, MA (Zanobetti and Schwartz, 2006).

00197061



BC = black carbon, COPD = chronic obstructive pulmonary disease; EC = elemental carbon, PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Note: Colored bars indicate the proportion of those studies observing statistically significant positive associations, positive associations, null associations, negative associations, and statistically significant negative associations.

**Figure 5-24    Associations for short-term exposure to PM$_{2.5}$ total mass and elemental or black carbon with respiratory effects by outcome group.**

Potential measurement error is an important consideration in drawing inferences from associations observed with EC/BC and in comparing the effects relative to PM$_{2.5}$. Consistent with the contribution of local motor vehicle emissions to EC/BC and regional sources to PM$_{2.5}$, some studies indicated greater spatiotemporal variability in concentrations of EC/BC than PM$_{2.5}$. Both BC and PM$_{2.5}$ were highly correlated between two schools in Ciudad Juarez, Mexico [$r = 0.85$ for BC, $r = 0.93$ for PM$_{2.5}$; Sarnat et al. (2012)] but not between schools in El Paso, TX, where the correlation was moderate for BC and high for PM$_{2.5}$ [$r = 0.60$ for BC, $r = 0.89$ for PM$_{2.5}$; Zora et al. (2013) and Greenwald et al. (2013)]. In New York, NY, correlations between BC and PM$_{2.5}$ were moderate, and varied across schools [$r = 0.47-0.68$; Patel et al. (2010)]. For those schools that varied in proximity to or intensity of traffic, the school-based EC/BC and PM$_{2.5}$ may have had more comparable exposure error than measurements at

SECTION 5.1: Short-Term PM2.5 Exposure and Respiratory Effects

00197062

central site monitors. Across studies, concentrations of EC/BC measured at schools were associated with larger increases in symptoms and pulmonary inflammation and larger decreases in lung function among children with asthma (Greenwald et al., 2013; Patel et al., 2013; Zora et al., 2013; Sarnat et al., 2012; Spira-Cohen et al., 2011; Patel et al., 2010).

The associations for respiratory effects and EC or $PM_{2.5}$ measured from personal exposures likely have comparable exposure error. Total personal EC concentrations, but not $PM_{2.5}$ concentrations, were associated with asthma-related effects among children in New York, NY (Spira-Cohen et al., 2011), whereas the opposite was observed for children in Los Angeles, CA (Delfino et al., 2008). One explanation could be variation in sources, for example, indoor exposures. EC and $PM_{2.5}$ were more highly correlated for ambient ($r = 0.51$) than personal measurements ($r = 0.22, 0.43$). Personal EC was weakly correlated with school EC in New York, NY ($r = 0.27$) and uncorrelated with central site EC in Los Angeles, CA ($r = −0.01$). The relative effect of personal ambient $PM_{2.5}$ and EC exposures also varied for adults (mostly healthy populations) exposed for 2−5 hour in high- and low-traffic locations. Some studies estimated larger effects for $PM_{2.5}$, and correlations with EC/BC were low [$r = 0.29, 0.39$; Mirabelli et al. (2015), Mirowsky et al. (2015), and Kubesch et al. (2015)]. Other studies estimated similar effects for EC/BC and $PM_{2.5}$ (Huang et al., 2016; Steenhof et al., 2013; Strak et al., 2012; Zuurbier et al., 2011b).

Associations with asthma-related hospital admissions and ED visits are generally the same for EC/BC and $PM_{2.5}$ measured at central site monitors. Effect estimates were similar per IQR increases in EC and $PM_{2.5}$ during 1993−2001 (Strickland et al., 2011; Strickland et al., 2010) but stronger for $PM_{2.5}$ in later years [2002−2010; Strickland et al. (2014)]. For both EC and $PM_{2.5}$, similar effects were estimated when assigning exposure using concentrations at a monitor in the city center and those averaged across monitors using population density weighting. The representativeness of EC and $PM_{2.5}$ metrics is supported by high correlations between exposure assessment methods ($r = 0.96$ for $PM_{2.5}$, 0.80 for EC) and the high density of asthma ED visits in the city center. There are greater uncertainties in comparisons in St. Louis, MO showing larger or similar increases in asthma ED visits for $PM_{2.5}$ than EC/BC when a single monitor was used (Sarnat et al., 2015; Winquist et al., 2014b). EC concentrations were spatiotemporally variable relative to $PM_{2.5}$ (median inter-site $r = 0.88$ for $PM_{2.5}$ and 0.47 for EC).

Recent statistical analyses support an association for EC/BC independent of $PM_{2.5}$. Robust associations for EC are observed after adjusting for the non-EC portion of $PM_{2.5}$, which made up 96% of the total mass (Sarnat et al., 2012), or adjusting for the residuals from a model regressing EC with $PM_{2.5}$ (Basagaña et al., 2015). The latter also showed an association for $PM_{2.5}$. In copollutant models, associations for EC/BC persist when adjusted for $PM_{2.5}$, but associations for $PM_{2.5}$ adjusted for EC/BC were attenuated in some cases (Samoli et al., 2016c; Lin et al., 2011). A role for EC in modifying $PM_{2.5}$ effects is unclear based on contrasting results in the Medicare population. The $PM_{2.5}$ association with aggregated respiratory-related hospital admissions or ED visits increased as the EC fraction of long-term average $PM_{2.5}$ increased when assessed in 106 U.S. counties for 2000−2005 (Bell et al., 2009b) but was unaffected when assessed in 26 cities for 2000−2003 (Zanobetti et al., 2009). Across the 26 cities, EC

SECTION 5.1: Short-Term PM2.5 Exposure and Respiratory Effects

00197063

comprised 2−14% of total $PM_{2.5}$ mass. Other studies showed no consistent difference in association between EC and $PM_{2.5}$ in locations where EC made up 4−8% of $PM_{2.5}$ (Basagaña et al., 2015; Sarnat et al., 2015; Bell et al., 2014; Winquist et al., 2014b; Spira-Cohen et al., 2011; Peng et al., 2009a). Whether EC/BC has an effect independent of traffic-related copollutants is still uncertain. Correlations were high with UFP ($r = 0.84−0.86$) but ranged widely with $NO_2$ or $NO_X$ ($r = 0.36−0.76$). In copollutant models that examined only $NO_2$ or $NO_X$, associations for personal ambient EC were robust in some cases (Strak et al., 2012) but attenuated in others (Steenhof et al., 2013; McCreanor et al., 2007). Among children in New York, NY, associations for total personal EC were robust to adjustment for school $NO_2$ (Spira-Cohen et al., 2011), but inferences from the results were limited by potential differential measurement error. A similar uncertainty applies to results for asthma ED visits in Georgia, which did not indicate synergistic interactions for EC with the highly correlated $NO_2$, CO, and OC (Xiao et al., 2016). The fused-CMAQ model's predictive capacity of EC, CO, and OC concentrations was mediocre (cross-validation $R^2 = 0.53−0.54$).

Overall, there is generally no difference in the pattern or consistency of associations between EC/BC and $PM_{2.5}$ across respiratory effects. A large body of recent studies that consistently observed positive associations between exposure to EC/BC and respiratory effects also observed similar associations with $PM_{2.5}$ mass. These results continue to support the conclusion in the 2009 PM ISA that there is "not yet sufficient evidence to allow differentiation of those [components] or sources that more closely related to specific health outcomes" compared with $PM_{2.5}$ mass (U.S. EPA, 2009).

### 5.1.11.2    Organic Carbon

In contrast with studies characterized in the 2009 PM ISA, recent studies consistently report a positive association of OC with asthma-related hospital admissions, ED visits, symptoms, and pulmonary inflammation but not lung function decrements. Recent results from a limited number of studies demonstrate consistent positive associations between OC exposure and combinations of respiratory-related diseases but not COPD exacerbation, respiratory infection, or respiratory effects in healthy populations. Across these studies, the consistency and magnitude of respiratory effect associations are generally similar for OC and $PM_{2.5}$, and these studies report moderate to high correlations between OC and $PM_{2.5}$ [$r = 0.51−0.87$; Krall et al. (2016); Xiao et al. (2016); Basagaña et al. (2015); Jones et al. (2015); Sarnat et al. (2015); Kim et al. (2012)] and a large contribution of OC to total $PM_{2.5}$ mass [Section 2.5.1.1.6 and 11 and 21% in Jones et al. (2015) and Sarnat et al. (2015)]. In contrast, a recent analysis of the U.S. Medicare population indicates greater risk of hospital admission for respiratory infection for OC than $PM_{2.5}$ (Levy et al., 2012).

Like $PM_{2.5}$, OC was associated with respiratory effects in studies of children or those including people of all ages in locations across U.S. regions. During 2000−2008, OC was linked to hospital admissions for respiratory infection in 98 eastern but not 21 western U.S. counties (Levy et al., 2012).

00197064

Risk estimates for $PM_{2.5}$ with hospital admissions for COPD plus respiratory infection during 2000−2003 did not vary by the long-term average OC to $PM_{2.5}$ ratio, which ranged 0.10 to 0.99 across 26 cities and four seasons (Zanobetti et al., 2009). Both OC and $PM_{2.5}$ show associations in the cold and warm season, but few seasonal analyses were conducted. Except for pneumonia, associations for OC and $PM_{2.5}$ are larger in the warm season in U.S. locations (Jones et al., 2015; Winquist et al., 2014b; Strickland et al., 2010).

The lack of clear differences in associations between OC and $PM_{2.5}$ is observed across exposure assessment methods, including concentrations at central site monitors in Atlanta, GA where OC and $PM_{2.5}$ similarly showed spatiotemporal homogeneity [$r = 0.96$ for $PM_{2.5}$, 0.89 for OC between a monitor in the city center and a population-weighted average; Strickland et al. (2011)] and St. Louis, MO where OC was more variable than $PM_{2.5}$ [median inter-site $r = 0.43$ for OC, 0.88 for $PM_{2.5}$; Sarnat et al. (2015)]. Results did not consistently differ between OC and $PM_{2.5}$ for weakly correlated ($r = 0.26$) total personal exposures of children with asthma (Delfino et al., 2008; Delfino et al., 2006) and moderately to highly correlated ($r = 0.40−0.79$) personal ambient exposures of adults during 2 or 5 hours spent in high- or varying-traffic locations (Mirabelli et al., 2015; Mirowsky et al., 2015; Strak et al., 2012). In addition to the uncertainty of associations of OC that are independent of the effects of $PM_{2.5}$ mass, it is also unclear whether the association for OC with respiratory effects is independent of moderately correlated $NO_2$ or EC/BC ($r = 0.44−0.51$ with $NO_2$, 0.53−0.64 with EC), given that no studies examined confounding.

### 5.1.11.3    Secondary $PM_{2.5}$—Sulfate, Nitrate, Ammonium

Several recent studies add to the limited body of evidence in the 2009 PM ISA for associations of $SO_4^{2-}$ and asthma exacerbation, and several recent studies contribute evidence to characterize the associations between $NO_3^-$, and ammonium ($NH_4^+$) and respiratory effects (Figure 5-25). Evidence for effects on asthma exacerbation are generally more consistent than associations for other respiratory outcomes. In most locations, results are similar between $PM_{2.5}$ and $SO_4^{2-}$ or $NH_4^+$ in direction and magnitude of association. In the U.S., Europe, and Asia, there was consistent evidence of positive associations for $SO_4^{2-}$, $NH_4^+$, and $NO_3^-$ (Wang and Lin, 2016; Jones et al., 2015; Steenhof et al., 2013; Kim et al., 2012; Atkinson et al., 2010). However, in some instances, associations were observed with $NO_3^-$ but not $SO_4^{2-}$ (Ostro et al., 2016; Mann et al., 2010), or associations were observed with $SO_4^{2-}$ but not $NO_3^-$ (Sarnat et al., 2015; Darrow et al., 2014; Strickland et al., 2014). Analyses of the U.S. Medicare population did not report consistently positive associations for $SO_4^{2-}$ or $NO_3^-$ across respiratory effects. For 2000−2008, hospital admissions for respiratory infection were not associated with $SO_4^{2-}$ or $NO_3^-$ in the East or West (Levy et al., 2012). For 2000−2006, hospital admissions for respiratory infection and COPD combined were associated with $SO_4^{2-}$ not $NO_3^-$ (Peng et al., 2009a).

For U.S. locations, associations for $SO_4^{2-}$, $NO_3^-$, and $NH_4^+$ tend to follow their relation to total $PM_{2.5}$ mass. Where associations were observed for $SO_4^{2-}$ but not $NO_3^-$, $PM_{2.5}$ was highly correlated with

00197065

$SO_4^{2-}$ ($r = 0.74-0.81$) not $NO_3^-$ [$r = 0.02-0.45$; Sarnat et al. (2015); Darrow et al. (2014); Strickland et al. (2014); Peng et al. (2009a)]. The converse was observed in California [$r$ for $PM_{2.5} = 0.9$ with $NO_3^-$ and <0.5 with $SO_4^{2-}$; Ostro et al. (2009)]. Where associations were observed with $SO_4^{2-}$ and $NO_3^-$, both were highly correlated with $PM_{2.5}$ [$r = 0.68-0.97$ for $SO_4^{2-}$, $0.51-0.82$ for $NO_3^-$; Wang and Lin (2016); Jones et al. (2015); Kim et al. (2012); Atkinson et al. (2010)]. The few available seasonal analyses show higher concentrations of $SO_4^{2-}$ and $NH_4^+$ in the warm season and of $NO_3^-$ in the cold season.

Analyses of effect measure modification also do not clearly show that $SO_4^{2-}$, $NO_3^-$, or $NH_4^+$ influences $PM_{2.5}$-associated respiratory effects. Consistent with previous findings (Bell et al., 2009b), recent results in the Medicare population show no clear difference in $PM_{2.5}$-associated respiratory hospital admissions by the ratio of $SO_4^{2-}$, $NO_3^-$, or $NH_4^+$ to $PM_{2.5}$ in New York state (Jones et al., 2015) and low probability that risk for $SO_4^{2-}$ or $NO_3^-$ is greater than that for $PM_{2.5}$ in the U.S. overall (Levy et al., 2012). No clear independent association for $SO_4^{2-}$ is indicated with adjustment for the non-$SO_4^{2-}$ portion of $PM_{2.5}$ in St. Louis, MO (Sarnat et al., 2015) or residuals from a model regressing $PM_{2.5}$ on $SO_4^{2-}$ concentrations in Europe (Basagaña et al., 2015). In California, the association for $NO_3^-$ was robust to adjustment for a factor of traffic-related $PM_{2.5}$ components (Ostro et al., 2016).

### 5.1.11.4  Metals

Compared with $PM_{2.5}$ mass, short-term exposures to metal components of $PM_{2.5}$ are inconsistently associated with respiratory effects (Figure 5-25). Relatively few of the many recent studies reported associations with a metal that differed substantially from the association with $PM_{2.5}$ mass (Ferreira et al., 2016; Bell et al., 2014; Strak et al., 2012; Hong et al., 2010). Most studies that included a metal component of $PM_{2.5}$ observed an association with some metal, and studies that examined numerous metals observed an association with multiple metals. However, findings are inconsistent for any individual metal or the sum of metals. Fe, Zn, Cu, Ca, K, and Si are most studied, and many associations are positive for Fe or Zn with indicators of asthma exacerbation (Prieto-Parra et al., 2017; Mirabelli et al., 2015; Hong et al., 2010; Sinclair et al., 2010; Gent et al., 2009; Ostro et al., 2009). Results are mostly null for Al, Mn, Pb, As, Se, Br, Ti, and V (Basagaña et al., 2015; Bell et al., 2014).

Neither the percentage contribution metals make to $PM_{2.5}$ mass nor the correlation between metal and $PM_{2.5}$ mass concentrations affected the pattern of associations between metal components and respiratory effects. Where metals comprised less than 1% of $PM_{2.5}$, associations with respiratory effects were observed in Bell et al. (2014), but not Sarnat et al. (2015). The range of correlations between metals and $PM_{2.5}$ ($r = 0.25-0.63$) did not clearly differ between studies that observed (Krall et al., 2016; Basagaña et al., 2015; Ostro et al., 2009) and did not observe (Basagaña et al., 2015; Sarnat et al., 2015) positive associations with metals. Few seasonal analyses were conducted to assess a pattern of association. Previous nationwide analyses indicate that the $PM_{2.5}$ association with respiratory hospital admissions varies across cities depending on the percentage of Na, Ca, Ni, or V (Bell et al., 2009b;

00197066

Zanobetti et al., 2009), with Bell et al. (2009b) indicating effect modification by Ni or V only when New York, NY counties were included. Recent studies confirm a positive association with Ni and V in the Northeast [i.e., Connecticut and Massachusetts; Bell et al. (2014) and Gent et al. (2009)].



BC = black carbon; Ca = calcium; Cu = copper; EC = elemental carbon; Fe = iron; K = potassium; n = the number of studies evaluating PM$_{2.5}$ mass or components; Ni = nickel; NO$_3^-$ = nitrate; NR = not reported; OC = organic carbon; PAH = polycyclic aromatic hydrocarbon; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm, Si = silicon; SO$_4^{2-}$ = sulfate; Zn = zinc.
Note: Colored bars indicate the proportion of those studies observing statistically significant positive associations, positive associations, null associations, negative associations, and statistically significant negative associations.

**Figure 5-25    Distribution of associations for all respiratory effects and short-term PM$_{2.5}$ mass and PM$_{2.5}$ components exposure.**

Ambient concentrations of metals can be spatiotemporally more heterogeneous than PM$_{2.5}$ total mass. In St. Louis, MO, PM$_{2.5}$ but not metals was associated with asthma ED visits, and Fe, Cu, and Zn were variable across monitors [median $r = 0.54$ for Fe, 0.03 for Cu and Zn; Sarnat et al. (2015)]. Exposure measurement error could have contributed to inconsistent findings for metals. However, personal Fe exposures while driving in a car or in locations with varying traffic levels were inconsistently associated with lung function decrements or increases in pulmonary inflammation (Mirabelli et al., 2015; Strak et al., 2012).

SECTION 5.1: Short-Term PM2.5 Exposure and Respiratory Effects

00197067

### 5.1.11.5    Other PM$_{2.5}$ components

Information from a limited number of recent studies links respiratory effects with oxidative potential of PM$_{2.5}$ and chlorine but is inconsistent for polycyclic aromatic hydrocarbons, alkanes, hopanes, and endotoxin. Studies in various locations are available for each of these PM$_{2.5}$ components and for a variety of respiratory effects, however few studies evaluate the same combination of PM$_{2.5}$ component and respiratory effect [e.g., Maikawa et al. (2016); Mirabelli et al. (2015); Sarnat et al. (2015); Delfino et al. (2013)]. Notably, for the studies examining oxidative potential of PM$_{2.5}$, associations were not observed with total PM$_{2.5}$ mass. Associations for polycyclic aromatic hydrocarbons and alkanes were linked to sources such as traffic or petroleum industries, and associations for endotoxin were linked to farm exposures.

### 5.1.11.6    Sources of PM$_{2.5}$

A limited number of studies in the 2009 PM ISA examined associations between respiratory effects and sources of PM$_{2.5}$ (e.g., crustal, soil, road dust, traffic). Several recent studies, which apportioned PM$_{2.5}$ components into source factors, provide some evidence linking PM$_{2.5}$ from traffic to asthma exacerbation and PM$_{2.5}$ from biomass burning to asthma exacerbation and respiratory infection (Figure 5-25 and Figure 5-26). These respiratory effects are also consistently associated with short-term PM$_{2.5}$ exposures during wildfires. Evidence is inconsistent for PM$_{2.5}$ from dust or soil, and as examined in few studies, oil, salt, long-range transport, and local industry. Results do not appear to depend on the contribution or correlation of a source to PM$_{2.5}$ mass. For example, associations were observed with biomass-related PM$_{2.5}$ comprising 2.8 to 15.8% of mass and showing correlations with PM$_{2.5}$ mass from 0.24 to 0.84. In contrast, long-range transport contributed 30−57% to PM$_{2.5}$ mass. Further, studies that examined numerous sources tended to observe associations with PM$_{2.5}$ with combustion-related activities, specifically traffic and biomass. Some U.S., Canadian, and European studies observed respiratory effects in association with source-specific PM$_{2.5}$ but not with PM$_{2.5}$ mass (Brand et al., 2016; Bell et al., 2014; Alessandrini et al., 2013; Gent et al., 2009); however, findings overall are more consistent for PM$_{2.5}$ mass. No clear difference in associations between total PM$_{2.5}$ mass or source-specific PM$_{2.5}$ and respiratory effects is indicated across studies during wildfire and nonwildfire study periods (Kollanus et al., 2016; Salimi et al., 2016; Delfino et al., 2009).

Respiratory effects were associated with PM$_{2.5}$ from motor vehicles or biomass in various U.S. regions, including a study of Atlanta, GA; Birmingham, AL; Dallas, TX; and St. Louis, MO, where PM$_{2.5}$ components were apportioned into similar factors (Krall et al., 2016). Examination of wildfire-related PM$_{2.5}$ mostly focused on the western U.S., including an analysis of 561 counties (Liu et al., 2017), but also included a study focusing on a peat fire in North Carolina (Rappold et al., 2012). No distinct seasonal pattern is discerned for associations with source-specific PM$_{2.5}$, but many wildfires occur during the warm season.

00197068



BC = black carbon; Ca = calcium; Cu = copper; EC = elemental carbon; Fe = iron; K = potassium; n = the number of studies evaluating $PM_{2.5}$ mass or components; $NO_3^-$ = nitrate; NR = not reported; OC = organic carbon; PAH = polycyclic aromatic hydrocarbon; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm, Si = silicon; $SO_4^{2-}$ = sulfate; Zn = zinc.

Note: Colored bars indicate the proportion of those studies observing statistically significant positive associations, positive associations, null associations, and negative associations.

**Figure 5-26      Associations for asthma exacerbations with short-term exposure to $PM_{2.5}$ mass and components.**

The results for source-specific $PM_{2.5}$ do not always agree with those for the components that make up the source factors. Respiratory effects are inconsistently associated with dust- or soil-related $PM_{2.5}$, Si, Ca, and Al, as well as with salt-related $PM_{2.5}$, Na, and Cl (Section 5.1.11.4). In northeastern U.S. locations, associations were observed with Ni or V but not oil-related $PM_{2.5}$ (Bell et al., 2014; Gent et al., 2009). Similarly, associations are observed with $SO_4^{2-}$ or $NO_3^-$ but inconsistently for factors representing long-range transported $PM_{2.5}$. In New Mexico, no association was observed for $PM_{2.5}$ or for air masses identified as originating from regions in the western U.S. (Rodopoulou et al., 2014). Results agree better for motor vehicle-related $PM_{2.5}$, as evidence also links asthma-related effects to EC (Section 5.1.11.1), OC (Section 5.1.11.2), and Zn, and Fe (Section 5.1.11.4), which comprised most motor vehicle source factors. A few studies observed associations with EC/BC or OC but not motor vehicle-related $PM_{2.5}$ (Krall et al., 2016; Bell et al., 2014). The influence of total $PM_{2.5}$ mass or EC/BC does not clearly depend on proximity to traffic. With scripted exposures near roadways, $PM_{2.5}$ and EC/BC

00197069

are inconsistently associated with respiratory effects in healthy populations (Section 5.1.7). However, similar inconsistency is observed for children with asthma attending school near major roads (Greenwald et al., 2013; Sarnat et al., 2012). For biomass-related $PM_{2.5}$, the results for asthma-related effects tend to correspond with K or OC within studies, but across studies, consistency is observed for OC (Section 5.1.11.2) not K (Section 5.1.11.4).

### 5.1.11.7  Summary

Generally, some studies report positive associations between some components and sources and various respiratory health outcomes, although the consistency and coherence of this evidence varies across components and sources. Overall, associations with respiratory effects are not more clearly linked to a particular PM component or source compared with $PM_{2.5}$ total mass, and within-study comparisons do not show a consistent difference in association between $PM_{2.5}$ and a specific component or source (Figure 5-25). The majority of studies evaluating $PM_{2.5}$ components examined associations with asthma exacerbation, and these results are presented in Figure 5-26. Some recent studies did not observe increased respiratory effects with $PM_{2.5}$ mass, but did with PM components and sources, typically EC/BC (Section 5.1.11.1) and metals (Section 5.1.11.4). However, in most cases, associations were observed with $PM_{2.5}$ as well as components or sources.

### 5.1.12    Summary and Causality Determination

The 2009 PM ISA (U.S. EPA, 2009) concluded that there is a *likely to be causal relationship* between short-term $PM_{2.5}$ exposure and respiratory effects (U.S. EPA, 2009).[60] This conclusion was based mainly on epidemiologic evidence demonstrating associations between short-term $PM_{2.5}$ exposure and various respiratory effects. There was more limited evidence from controlled human exposure and animal toxicological studies, which provided coherence and biological plausibility for a subset of epidemiologic findings. Epidemiologic evidence was consistent for COPD exacerbation, respiratory infection, and respiratory mortality and was inconsistent for asthma-related hospital admissions and ED visits. However, associations between short-term $PM_{2.5}$ exposure and increased respiratory symptoms and decreases in lung function were observed in children with asthma. Evidence supporting an independent effect of $PM_{2.5}$ on the respiratory system was provided by animal toxicological studies of $PM_{2.5}$ CAPs, which demonstrated changes in some pulmonary function parameters, as well as inflammation, oxidative stress, injury, enhanced allergic responses, and reduced host defenses. Many of these effects have been implicated in the pathophysiology for asthma exacerbation, COPD exacerbation, or respiratory infection. In the few controlled human exposure studies conducted in individuals with asthma or COPD, $PM_{2.5}$

---

[60] As detailed in the Preface, risk estimates are for a 10-μg/m³ increase in 24-hour avg $PM_{2.5}$ concentrations unless otherwise noted.

00197070

exposure mostly had no effect on respiratory symptoms, lung function, or pulmonary inflammation. Short-term $PM_{2.5}$ exposure was not clearly related to respiratory effects in healthy people. For many endpoints, the recent epidemiologic evidence is expanded compared with evidence available in the 2009 PM ISA. However, recent controlled human exposure and animal toxicological studies are limited in number. While there are more analyses of potential copollutant confounding indicating that associations are robust to the inclusion of gaseous pollutants, uncertainties remain due to the limited experimental evidence supporting an independent $PM_{2.5}$ effect from controlled human exposure and toxicological studies. The evidence for the relationship between short-term exposure to $PM_{2.5}$ and respiratory effects is summarized in Table 5-18, using the framework for causality determinations described in the Preamble to the ISAs (U.S. EPA, 2015).

For asthma exacerbation, the key epidemiologic evidence consists of hospital admissions and ED visits. Recent studies strengthen the relationship between asthma exacerbation in children and short-term $PM_{2.5}$ exposure, while, in adults, the relationship continues to be inconsistent. Exposure measurement error related to uncharacterized spatial variability tends to be lower in $PM_{2.5}$ mass concentration compared with other size fractions and species (Section 3.4.2.2). Copollutant models are examined in recent studies of children and people of all ages and add evidence of robust $PM_{2.5}$ associations after adjustment for gaseous copollutants or pollen. Recent studies continue to indicate $PM_{2.5}$-related increases in asthma symptoms and medication use in children, with less consistent evidence for lung function decrements and pulmonary inflammation. In adults, asthma studies with personal 2-hour ambient $PM_{2.5}$ exposures were associated with lung function decrements. Although controlled human exposure studies find little evidence for altered lung function and pulmonary inflammation, animal toxicological studies show enhancement of allergic inflammation, other allergic responses, and airway remodeling in animal models of allergic airway disease. These results provide coherence with and biological plausibility for epidemiologic findings of allergic asthma, the most common phenotype in children. Overall, several well-conducted epidemiologic studies with total personal, residential outdoor, and school outdoor $PM_{2.5}$ measurements show associations with asthma-related effects.

00197071

**Table 5-18    Summary of evidence for a *likely to be causal relationship* between short-term PM$_{2.5}$ exposure and respiratory effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | PM$_{2.5}$ Concentrations Associated with Effects[c] ($\mu g/m^3$) |
|---|---|---|---|
| *Asthma Exacerbation* | | | |
| Consistent epidemiologic evidence from multiple studies at relevant PM$_{2.5}$ concentrations | Increases in asthma-related hospital admissions and ED visits in children, and all ages combined in studies conducted in the U.S. and Canada. | Section 5.1.2.1.1<br>Section 5.1.2.1.2 | 7.9−12.9<br>7.1−19.2 |
| Epidemiologic evidence from copollutant models provides some support for an independent PM$_{2.5}$ association | Expanded examination of potential copollutant confounding for asthma-related hospital admissions and ED visits in recent studies, with evidence that associations remain robust in models with gaseous pollutants. No studies provide copollutant model results with PM$_{10-2.5}$.<br><br>When reported, correlations with gaseous copollutants were primarily in the low to moderate range ($r < 0.7$). | Section 5.1.10.1 | |
| Coherence in epidemiologic studies across the continuum of effects | Panel studies in children with asthma provide support for asthma exacerbation in children, with consistent associations for respiratory symptoms and medication use, and lung function decrements. Less consistent evidence for pulmonary inflammation. | Section 5.1.2.2<br>Section 5.1.2.3<br>Section 5.1.2.4 | |
| Lack of evidence from controlled human exposure studies | In adults with asthma, most measures of lung function are unaffected. There is a lack of evidence for pulmonary inflammation. | Section 5.1.2.3.3<br>Section 5.1.2.4.3<br>Urch et al. (2010) | 64 |
| Some evidence from toxicological studies at relevant concentrations | Most studies show enhancement of allergic inflammation, other allergic responses, or airway remodeling in animal model of allergic airway disease. | Section 5.1.2.4.4<br>Harkema et al. (2009)<br>Wagner et al. (2012) | 356−596 |

00197072

**Table 5-18 (Continued): Summary of evidence for a *likely to be causal relationship* between short-term PM2.5 exposure and respiratory effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | PM$_{2.5}$ Concentrations Associated with Effects[c] (µg/m$^3$) |
|---|---|---|---|
| Biological plausibility | Evidence from animal toxicological studies provides biological plausibility for epidemiologic findings for exacerbation of allergic asthma, the most common asthma phenotype in children. | Section 5.1.2.4.4 | |
| *Exacerbation of COPD* | | | |
| Consistent epidemiologic evidence from multiple studies at relevant PM$_{2.5}$ concentrations | Increases in COPD-related hospital admissions and ED visits in studies conducted in the U.S. and Canada. | Section 5.1.4.1.1 Section 5.1.4.1.2 | 7.7−18.0 7.1−19.2 |
| Epidemiologic evidence from copollutant models provides some support for an independent PM$_{2.5}$ association | Limited examination of potential copollutant confounding for COPD-related hospital admissions and ED visits, with evidence that associations remain robust in models with gaseous pollutants. Limited information is available regarding models with PM$_{10-2.5}$. When reported, correlations with gaseous copollutants were primarily in the low to moderate range ($r < 0.7$). | Section 5.1.10.1 | |
| Some coherence in epidemiologic studies across the continuum of effects | Panel studies in adults with COPD provide support for COPD exacerbation with consistent evidence of increased eNO in response to short-term PM$_{2.5}$ exposure. Less consistent evidence for respiratory symptoms and lung function. | Section 5.1.4.2 Section 5.1.4.3 Section 5.1.4.4 | |
| Limited evidence from a controlled human exposure study and animal toxicological studies at relevant concentrations | Some evidence of lung injury, inflammation, and decrements in lung function. | Section 5.1.4.3 Section 5.1.4.4 | 171−1,200 |
| Biological plausibility | Evidence from animal toxicological studies provides biological plausibility for epidemiologic findings for COPD. | Section 5.1.4.4.3 | |

00197073

**Table 5-18 (Continued): Summary of evidence for a *likely to be causal relationship* between short-term PM$_{2.5}$ exposure and respiratory effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | PM$_{2.5}$ Concentrations Associated with Effects[c] ($\mu g/m^3$) |
|---|---|---|---|
| *Respiratory Mortality* | | | |
| Consistent epidemiologic evidence from multiple, studies at relevant PM$_{2.5}$ concentrations | Consistent evidence of increases in mortality in response to short-term PM$_{2.5}$ exposure in multicity studies in the U.S. and Canada. Evidence of immediate effects (lag 0 to 1 days), and some recent evidence of prolonged effects (lags >2 days). | Section 5.1.9 | 7.9−19.9 |
| Epidemiologic evidence from copollutant models provides some support for an independent PM$_{2.5}$ association | Potential copollutant confounding is examined in a limited number of studies with some evidence that associations remain robust in models with gaseous pollutants and PM$_{10-2.5}$. | Section 5.1.10.1 | |
| Morbidity evidence provides some coherence with underlying causes of respiratory mortality | Animal toxicological and epidemiologic evidence of COPD exacerbation and respiratory infection provide coherence for cause-specific respiratory mortality. | Section 5.1.4 <br> Section 5.1.5 | |
| *Other Respiratory Endpoints* | | | |
| Epidemiologic studies provide some evidence of an association with respiratory infection and with consistent positive associations when examining combined respiratory-related diseases | Generally positive associations in hospital admissions and ED visits for combinations of respiratory infections; with more limited and inconsistent evidence for specific respiratory infections, such as pneumonia. | Section 5.1.5.1 <br> Section 5.1.5.2 | 9.8−19.2 <br> 12.9−14.1 |
| | Increases in hospital admissions and ED visits for combined respiratory-related diseases in multicity studies, with expanded evidence for effects in older adults. Supporting evidence from other multicity studies as well as single city studies in children, adults, older adults, and people of all ages. | Section 5.1.6.1 <br> Section 5.1.6.2 | 9.6−19.4 <br> 7.1−19.2 |

00197074

**Table 5-18 (Continued): Summary of evidence for a *likely to be causal relationship* between short-term PM2.5 exposure and respiratory effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | PM2.5 Concentrations Associated with Effects[c] (µg/m³) |
|---|---|---|---|
| Limited evaluation of confounding by copollutants | Potential copollutant confounding remains unexamined in studies of respiratory infection. | Section 5.1.10.1 | |
| | Potential copollutant confounding is examined in a limited number of studies, with evidence that associations generally remain robust in models with gaseous pollutants and PM10−2.5. | Section 5.1.10.1 | |
| Limited evidence from toxicological studies at relevant concentrations | Results show altered host defense and greater susceptibility to bacterial infection. | Zelikoff et al. (2003) | 100−250 |
| Inconsistent epidemiologic evidence from studies examining respiratory effects in healthy populations and allergy exacerbation | Short-term PM2.5 exposures are inconsistently related to respiratory effects in panel studies of healthy adults. A limited number of panel studies in healthy children provide some evidence of an association with respiratory effects. | Section 5.1.7.1 | |
| | Inconsistent increases in physician visits for allergic diseases and self-reported allergies across a limited number of studies. | Section 5.1.3 | |
| Inconsistent evidence from controlled human exposure studies | Evidence is inconsistent for decrements in lung function and pulmonary inflammation. | Section 5.1.7.2 | 90−234 |

00197075

**Table 5-18 (Continued): Summary of evidence for a *likely to be causal relationship* between short-term PM2.5 exposure and respiratory effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | PM2.5 Concentrations Associated with Effects[c] (μg/m³) |
|---|---|---|---|
| Some evidence for respiratory effects from toxicological studies conducted at relevant concentrations | Results show pulmonary injury, oxidative stress, inflammation, morphologic changes, and allergic sensitization, but not in every study. Responses tend to be more robust following multiday exposures. Evidence for irritant responses (changes in respiratory rate and lung volumes) is more consistent. | Section 5.1.7.3 | 48−343 |

COPD = chronic obstructive pulmonary disease; ED = emergency department; eNO = exhaled nitric oxide; PM2.5 = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; PM10−2.5 = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; *r* = correlation coefficient.

[a]Based on aspects considered in judgments of causality and weight of evidence in causal framework in Table I and Table II of the Preamble to the ISAs (U.S. EPA, 2015).

[b]Describes the key evidence and references, supporting or contradicting, contributing most heavily to causality determination and, where applicable, to uncertainties or inconsistencies. References to earlier sections indicate where the full body of evidence is described.

[c]Describes the PM2.5 concentrations with which the evidence is substantiated.

Epidemiologic evidence is also expanded for COPD-related hospital admissions and ED visits. The 2009 PM ISA described consistent associations in most of those studies conducted in the U.S. or Canada. Additional U.S. analyses of the Medicare population provide supporting evidence, as do many multicity U.S. and Canadian studies. However, many studies of single cities do not indicate associations. Although recent studies add inconsistent findings, the overall evidence links recent COPD hospital admission and ED visits to short-term PM2.5 exposures. A common uncertainty across the studies is the lack of examination of copollutants to assess the potential for confounding and compare to previous findings showing attenuation of the PM2.5 associations with adjustment for NO2. However, recent observations of PM2.5-related increases in COPD symptoms, medication use, pulmonary inflammation, and decreases in lung function in epidemiologic studies support and add coherence for the hospital admission and ED visits studies. Results of controlled human exposure and animal toxicological studies show decrements in lung function, pulmonary inflammation, and lung injury, providing coherence with and biological plausibility for epidemiologic findings.

Studies evaluated in the 2009 PM ISA (U.S. EPA, 2009) consistently observed associations between PM2.5 concentrations and hospital admissions or ED visits for respiratory infections, which often encompassed multiple individual respiratory infections, but not for pneumonia alone. Recent studies expand findings but are not consistent with the results of older studies because the respiratory infection-related outcomes examined were heterogeneous. Many studies of respiratory infection did not

00197076

examine any copollutants, making it unclear whether $PM_{2.5}$ associations are independent of copollutants. Results from an animal toxicological study demonstrate biological plausibility by showing altered host defense and greater susceptibility to bacterial infection as a result of short-term $PM_{2.5}$ exposure.

Studies of combined respiratory-related hospital admissions and ED visits examine groups of specific diseases or examine all respiratory-related diseases. Associations are seen in children, people of all ages, and older adults from single-city studies and in people of all ages in multicity studies. Studies of respiratory mortality also report associations in single- and multicity studies, although confidence intervals are sometimes wide, as reflected by the small percentage of deaths that are due to respiratory mortality [~9%; NHLBI (2017)]. Potential copollutant confounding is examined in a few studies of aggregated respiratory condition and respiratory mortality and while there is some evidence indicating that associations remain robust in models with gaseous pollutants or $PM_{10-2.5}$, uncertainty remains.

In epidemiologic studies in healthy populations, changes in lung function and pulmonary inflammation are observed, but changes tend to be transient and copollutant confounding is inadequately examined. Controlled human exposure and animal toxicological studies provide evidence for lung function decrements and pulmonary inflammation, as well as for pulmonary injury, oxidative stress, morphologic changes, and allergic sensitization. However, effects were not observed in every study.

The strongest evidence of an effect of short-term $PM_{2.5}$ exposure on respiratory effects is provided by epidemiologic studies of asthma and COPD exacerbation. While animal toxicological studies provide biological plausibility for these findings, some uncertainty remains with respect to the independence of $PM_{2.5}$ effects. **Overall, the collective evidence is sufficient to conclude a *likely to be causal relationship* between short-term $PM_{2.5}$ exposure and respiratory effects.**

## 5.2    Long-Term PM$_{2.5}$ Exposure and Respiratory Effects

The 2009 PM ISA concluded that a *likely to be causal relationship* exists between long-term $PM_{2.5}$ exposure and respiratory effects (U.S. EPA, 2009).[61] This conclusion was based mainly on epidemiologic evidence demonstrating associations between long-term $PM_{2.5}$ exposure and changes in lung function or lung function growth rate in children. Biological plausibility was provided by a single animal toxicological study involving pre- and postnatal exposure to $PM_{2.5}$ CAPs that found impaired lung development. Epidemiologic evidence for associations between long-term $PM_{2.5}$ exposure and other respiratory outcomes such as the development of asthma, the development of allergic disease, the development of COPD, respiratory infection, and the severity of disease was limited, both in the number of studies available and the consistency of the results. In an animal toxicological study, long-term exposure to $PM_{2.5}$ CAPs also led to morphological changes in nasal airways of healthy animals.

---

[61] As detailed in the Preface, risk estimates are for a 5-$\mu$g/m$^3$ increase in annual $PM_{2.5}$ concentrations unless otherwise noted.

00197077

Additional animal toxicological studies involved exposure to mixtures, such as motor vehicle exhaust and woodsmoke, and effects were not attributed to the particulate or gaseous components of the mixture.

Recent evidence continues to link long-term exposure to $PM_{2.5}$ and reduced lung development in children and supports $PM_{2.5}$-related acceleration of lung function decline in adults (Section 5.2.2). The recent body of literature enhances the limited evidence base, providing further evidence that long-term exposure to $PM_{2.5}$ is associated with asthma development in children (Section 5.2.3) and COPD development in adults (Section 5.2.5). Epidemiologic evidence for the development of allergic disease (Section 5.2.4), respiratory infection (Section 5.2.6), and severity of disease (Section 5.2.7) is inconsistent. Recent animal toxicological studies provide evidence for respiratory effects in healthy populations (Section 5.2.8) and animal models of cardiovascular disease (Section 5.2.9), including pulmonary oxidative stress and inflammation. Studies focusing on the nasal airways find inflammation and morphologic changes (Section 5.2.8). The epidemiologic literature provides evidence for respiratory mortality in relationship to long-term $PM_{2.5}$ exposure (Section 5.2.10) and examines the relationship between the decline in $PM_{2.5}$ levels and metrics of respiratory health (Section 5.2.11). Findings that improved respiratory health in children are linked to decreased $PM_{2.5}$ concentrations add to the evidence base linking long-term $PM_{2.5}$ exposure and respiratory effects. However, uncertainty with respect to copollutant confounding remains.

### 5.2.1    Biological Plausibility

This section describes biological pathways that potentially underlie respiratory health effects resulting from long-term exposure to $PM_{2.5}$. Figure 5-27 graphically depicts the proposed pathways as a continuum of upstream events, connected by arrows, that lead to downstream events observed in epidemiologic studies. This discussion of how long-term exposure to $PM_{2.5}$ may lead to respiratory health effects contributes to an understanding of the biological plausibility of epidemiologic results evaluated later in Section 5.2. Note that the structure of the biological plausibility sections and the role of biological plausibility in contributing to the weight-of-evidence analysis used in the 2009 PM ISA are discussed in Preface Section P.3.2.1.

00197078



PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Note: The boxes above represent the effects for which there is experimental or epidemiologic evidence related to PM$_{2.5}$ exposure, and the arrows indicate a proposed relationship between those effects. Shading around multiple boxes is used to denote a grouping of these effects. Arrows may connect individual boxes, groupings of boxes, and individual boxes within groupings of boxes. Progression of effects is generally depicted from left to right and color coded (gray = exposure; green = initial effect; blue = intermediate effect; orange = effect at the population level or a key clinical effect). Here, population-level effects generally reflect results of epidemiologic studies. When there are gaps in the evidence, there are complementary gaps in the figure and the accompanying text below.

**Figure 5-27     Potential biological pathways for respiratory effects following long-term PM$_{2.5}$ exposure.**

Once PM$_{2.5}$ deposits in the respiratory tract, it may be retained, cleared, or solubilized (see Chapter 4). Insoluble and soluble components of PM$_{2.5}$ may interact with respiratory tract cells, such as epithelial cells, inflammatory cells, and sensory nerve cells. One way in which this may occur is through reduction-oxidation (redox) reactions. As discussed in Section 2.3.3, PM may generate reactive oxygen species (ROS), and this capacity is termed "oxidative potential." Furthermore, respiratory tract cells may respond to the presence of PM by generating ROS. Further discussion of these redox reactions, which may contribute to oxidative stress, is found in Section 5.1.1 of the 2009 PM ISA (U.S. EPA, 2009). In addition, insoluble particles may translocate to the interstitial space beneath the respiratory epithelium and

00197079

accumulate in the lymph nodes (see Chapter 4). Immune system responses due to the presence of particles in the interstitial space may contribute to respiratory health effects.

Evidence that long-term exposure to $PM_{2.5}$ may affect the respiratory tract generally falls along one proposed pathway (Figure 5-27). It begins with injury, oxidative stress, and inflammation in the respiratory tract, as demonstrated by animal toxicological studies. These responses, which are difficult to disentangle, were also observed in some studies of short-term exposure to $PM_{2.5}$ (Figure 5-1). Persistent or intermittent exposure to $PM_{2.5}$ over months to years may lead to cumulative or chronic effects, including the development of asthma or impaired lung development, as measured by decrements in lung function growth.

Inhalation of CAPs resulted in the upregulation of the renin-angiotensin system (RAS), as indicated by an increase in mRNA and protein levels of angiotensin receptor type 1, in rodent lung tissue (Aztatzi-Aguilar et al., 2015). Angiotensin receptor type 1 mediates the effects of angiotensin II, which is a potent vasoconstrictor and mediator in the vasculature. This response was accompanied by upregulation of heme oxygenase-1, an antioxidant enzyme induced in response to oxidative stress. Whether upregulation of the RAS was mediated by inflammation or oxidative stress is not clear. The SNS and the RAS are known to interact in a positive feedback fashion (Section 8.1.2) with important ramifications in the cardiovascular system. But, there is no evidence that long-term exposure to $PM_{2.5}$ leads to activation of sensory nerves or to modulation of ANS responses, as was observed in the case of short-term exposure to $PM_{2.5}$ (Figure 5-1). Thus, there is no evidence to support a relationship between activation of sensory nerves and changes in the RAS following long-term exposure to $PM_{2.5}$.

Some animal toxicological studies shed light on specific types of inflammation such as Th1 and Th2 innate immunity. Long-term inhalation of CAPs increased levels of oxidized phospholipids in the BALF (Deiuliis et al., 2012; Kampfrath et al., 2011). Specific macrophage and T-cell subtypes were also increased in lung tissue. These results are consistent with the known role of oxidized phospholipids in activating the toll-like receptor 4 (TLR4) system. The TLR4 system stimulates macrophages to release cytokines that recruit and activate T cells. This response is a proinflammatory Th1 innate immune response capable of transmitting cell signals to the systemic circulation, leading to systemic inflammation (see Section 6.2.1). Th2 innate immune responses were also demonstrated following inhalation of $PM_{2.5}$. Long-term exposure to diesel exhaust particles (DEPs) resulted in increased levels of Th2 cytokines in BALF (Kim et al., 2016a). This response was accompanied by methacholine-induced changes in enhanced pause (Penh), which may indicate an increase in airway responsiveness. These changes are consistent with the development of an allergic asthmatic phenotype and possibly underlie epidemiologic findings linking exposure to $PM_{2.5}$ and the development of asthma (Section 5.2.3).

Other animal toxicological studies focused on respiratory responses in a specific region (e.g., the nose) or in the context of a specific disease state (e.g., cardiovascular disease) or lifestage (e.g., young animals). Oxidative stress, injury, inflammation, and morphologic changes were demonstrated in nasal mucosa following long-term exposure to $PM_{2.5}$ (Guo et al., 2017; Ramanathan et al., 2017). Findings of

00197080

increased malondialdehyde, cytokines, numbers of eosinophils and neutrophils, markers of eosinophil, and neutrophil activation, as well as nasal epithelial necrosis, increased septal thickness, and sinonasal epithelial cell barrier dysfunction were reported. Inflammatory responses, such as upregulation of cytokine mRNA and monocytic infiltration in the lung, were found in two animal models of cardiovascular disease following CAPs exposure (Ying et al., 2015; Xu et al., 2012). Experimental studies in young animals exposed to $PM_{2.5}$ also demonstrated oxidative stress-related changes in lungs following pre- and postnatal exposures (Song et al., 2017) and secretory changes in nasal mucosa following neonatal exposure (Pires-Neto et al., 2006). Further, inhalation of CAPs in the pre- and postnatal period resulted in decreased lung function (i.e., decreased inspiratory and expiratory volumes) and altered lung morphology [i.e., decreased alveolar surface to volume ratio; Mauad et al. (2008)]. These changes reflect impaired lung development likely due to incomplete alveolarization and the enlargement of air spaces as a result of exposure to $PM_{2.5}$. They provide plausibility for decrements in lung function growth seen in epidemiologic studies (Section 5.2.2).

As described, there is one main pathway, with many branches, by which long-term exposure to $PM_{2.5}$ could lead to respiratory health effects. It involves respiratory tract injury, inflammation, and oxidative stress as initial events. There is evidence of Th1 and Th2 innate immune system activation. The latter response, indicating the development of an allergic phenotype, may lead to increases in airway responsiveness, which are linked to the development of asthma. Inflammatory changes in the upper respiratory tract (i.e., the nose) of adult animals likely triggered the observed morphologic changes and barrier dysfunction. Respiratory tract inflammation may also lead to morphologic changes and lung function decrements in young animals, which are linked to impaired lung development. The multibranched pathway described here provides biological plausibility for epidemiologic evidence of respiratory health effects and will be used to inform a causality determination, which is discussed later in the chapter (Section 5.2.13).

In addition, evidence for type 1 innate immune system activation in the respiratory tract provides a link to systemic inflammation resulting from long-term exposure to $PM_{2.5}$ (Section 6.2.1). This pathway may contribute to extrapulmonary effects following inhalation of $PM_{2.5}$.

## 5.2.2    Lung Function and Development

In the 2009 PM ISA (U.S. EPA, 2009), the strongest evidence for a relationship between long-term $PM_{2.5}$ exposure and respiratory effects was provided by epidemiologic studies examining lung function or lung function growth rate in children. Changes in lung function over time in children are indicative of lung development. In adults, lung function measurements may provide an indicator of declining lung function over time. Epidemiologic evidence supported an association between long-term $PM_{2.5}$ exposure and reduced lung development in children in different cohorts and locations. An animal toxicological study provided support for the epidemiologic evidence because pre- and postnatal exposure

00197081

to ambient levels of urban particles was found to impair mouse lung development. Recent studies provide further support demonstrating a relationship between long-term exposure to $PM_{2.5}$ and reduced lung development in children as well as the possible acceleration of lung function decline in adults.

### 5.2.2.1    Lung Development

Lung development occurs from the fetal period through early adulthood, comprising a long window of potential vulnerability to environmental stressors, such as PM (Stanojevic et al., 2008; Zeman and Bennett, 2006; Thurlbeck, 1982). Because measures of lung function capture the cumulative effects of pulmonary growth, damage, and repair (Wang et al., 1993), they are effective indicators of pulmonary health, and changes in lung function over time are indicative of lung development.

#### 5.2.2.1.1        Epidemiologic Studies

Epidemiologic studies evaluated in the 2009 PM ISA (U.S. EPA, 2009) indicated that long-term exposure to $PM_{2.5}$ is associated with decrements in lung development in schoolchildren. Key evidence informing the relationship came from analyses of the Children's Health Study (CHS), a prospective cohort study of children in 12 southern California communities. Two studies of this cohort that were reviewed in the 2004 PM AQCD (U.S. EPA, 2004) observed decrements in annual pulmonary growth rates for all of the examined lung function measures (FVC, $FEV_1$, MMEF, and $FEF_{75}$) in relation to long-term in $PM_{2.5}$ exposure (Gauderman et al., 2002; Gauderman et al., 2000). Gauderman et al. (2000) examined lung function growth over a 4-year period for three age cohorts within CHS, including 4th, 7th, and 10th graders. The authors consistently reported the strongest associations in magnitude and precision in 4th graders and the weakest associations in 10th graders for all lung development metrics. A study reviewed in the 2009 PM ISA expanded on the previous CHS analyses, following children for 8 years (Gauderman et al., 2004). Gauderman et al. (2004) reported that PM-related deficits in average lung development between ages 10 and 18 years resulted in clinically important deficits in attained lung function at age 18 years (Gauderman et al., 2004).

Recent data from studies based in the U.S. and Asia continue to provide evidence for $PM_{2.5}$-related decrements in lung development in children (Figure 5-28). The focus of this section is on longitudinal epidemiologic studies conducted in cohorts in diverse locations with a wide range of ambient $PM_{2.5}$ concentrations. Study-specific details, air quality characteristics, and select results from these studies are highlighted in Table 5-19. The CHS is further evaluated in recent studies that provide supporting evidence in multiple cohorts recruited in 1993 and 1996 and followed through 2007 (Gauderman et al., 2015; Breton et al., 2011). Recent results from the CHS not only corroborate previous results, but they also indicate improvements in lung development in association with declining $PM_{2.5}$ concentrations [Gauderman et al. (2015); Section 5.2.11]. Results from the CHS indicate that long-term

00197082

$PM_{2.5}$ exposure may affect lung development during adolescence (age 10−18 years), a period of rapid, nonlinear growth (Wang et al., 1993). Associations during adolescence also are supported in a multicity cohort in Taiwan (Hwang et al., 2015). However, mean $PM_{2.5}$ concentrations in this study were notably higher than those in the CHS studies. As examined in a limited number of recent studies, evidence is less clear for effects during the linear growth period of preadolescence. $PM_{2.5}$ was associated with reduced lung development in a cohort in China that included children ages 6−12 years at baseline (Roy et al., 2012). However, no association was observed between $PM_{2.5}$ and lung development in the PIAMA cohort between ages 8 and 12 years (Gehring et al., 2015a). Information on critical periods of exposure is limited, as most studies examined concurrent exposure. In the PIAMA cohort, lung development was not associated with $PM_{2.5}$ exposure estimated for the concurrent period or birth year (Gehring et al., 2015a).

00197083



avg = average; CHS = Children's Health Study; CI = confidence interval; FEV₁ = forced expiratory volume in 1 second; FVC = forced vital capacity; IDW = inverse-distance weighting; IQR = interquartile range; LUR = land use regression; µg/m³ = micrograms per cubic meter; mL = milliliter; MMEF = maximum midexpiratory flow; N = sample size; PF = pulmonary function; PM = particulate matter; PM₂.₅ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; sec = second(s); yr = year(s).

[a]FEV₁ and FVC are measured in mL, MMEF is measured in mL/sec.

[b]Effect estimates are standardized to a 5-µg/m³ increase in PM₂.₅.

Note: †Studies published since the 2009 PM ISA. Black text/circles = studies evaluated in the 2009 PM ISA. Red text/circles = studies published since the completion of the 2009 PM ISA. Corresponding quantitative results and study details are reported in Table 5-19.

**Figure 5-28    Longitudinal repeated measure studies of long-term PM₂.₅ exposure and lung development.**

00197084

**Table 5-19    Associations of long-term $PM_{2.5}$ exposure with lung development in children from longitudinal studies with repeated measures.**

| Study | Study Population | Exposure Assessment | Effect Estimates 95% CI[a] | Copollutant Examination |
|---|---|---|---|---|
| Gauderman et al. (2004)<br>12 southern California communities<br>1993–2000 | CHS 1993 cohort<br>n = 1,759<br>Followed ages 10–18 yr<br>10% loss to follow-up per yr | One monitor in each of 12 communities<br>Children's homes and schools in same neighborhoods as monitoring sites (Navidi et al., 1999; Navidi et al., 1994).<br>Annual average, concurrent exposure<br>Range of means across communities: 6–28 $\mu g/m^3$ | Change in 8-yr avg growth:<br>FVC (mL):<br>−13.2 (−36.4, 10.1)<br>$FEV_1$ (mL):<br>−17.5 (−33.6, −1.4)<br>MMEF (mL/sec):<br>−37.0 (−75.8, 1.7) | Correlation ($r$): 0.33 $O_3$, 0.79 $NO_2$, 0.87 acid vapor<br>Copollutant models with:<br>NA |
| †Breton et al. (2011)<br>12 southern California communities<br>1993 or 1996–2000 | CHS 1993 and 1996 cohorts<br>n = 2,106<br>Followed ages 10–18 yr<br>10% loss to follow-up per yr<br>(No evidence of relation between participation and baseline lung function or air pollution exposure) | One monitor in each of 12 communities<br>Children's homes and schools in same neighborhoods as monitoring sites (Navidi et al., 1999; Navidi et al., 1994).<br>Annual average, concurrent exposure<br>Range of means across communities: 6–28 $\mu g/m^3$ | Change in 8-yr avg growth:<br>FVC (mL):<br>−23.3 (−38.3, −8.4)<br>$FEV_1$ (mL):<br>−22.5 (−40.7, −4.2)<br>MMEF (mL/sec):<br>−37.0 (−64.1, −10.0) | Correlation ($r$): 0.79 $NO_2$<br>Copollutant models with:<br>NA |
| †Gauderman et al. (2015)<br>Five southern California communities<br>1994–2011 | CHS<br>1994–1998, 1997–2001, and 2007–2011 cohorts<br>n = 2,120<br>Followed ages 11–15 yr<br>25% loss to follow-up.<br>(No evidence of relation between participation and baseline lung function or air pollution exposure) | One monitor in each of five communities.<br>4-yr avg<br>Range of means across communities: 21.3–31.5 $\mu g/m^3$ in 1994–1997 and 11.9–17.8 $\mu g/m^3$ in 2007–2010 | Change in 4-yr avg growth per decrease in $PM_{2.5}$:[b]<br>$FEV_1$ (mL):<br>26.0 (6.8, 45.2)<br>FVC (mL):<br>50.4 (26.1, 74.6) | Correlation ($r$):<br>0.82 $NO_2$, 0.39 $O_3$<br>Copollutant models with:<br>NA |

SECTION 5.2: Long-Term PM2.5 Exposure and Respiratory Effects

00197085

**Table 5-19 (Continued): Associations of $PM_{2.5}$ with lung development in children from longitudinal studies with repeated measures.**

| Study | Study Population | Exposure Assessment | Effect Estimates 95% CI[a] | Copollutant Examination |
|---|---|---|---|---|
| †Gehring et al. (2015a) The Netherlands 1996−2010 | PIAMA n = 3,702 Followed age 8−12 yr 15% original cohort had data at age 8 and 12 yr | Annual average estimated at birth residence (birth year) and current address (at time of questionnaire) using LUR. LOOCV $R^2$ = 0.61. Mean: 16.4 $\mu g/m^3$ 75th: 25.3 $\mu g/m^3$ 95th: 26.4 $\mu g/m^3$ | Change in annual average growth: FVC (mL): −1.7 (−41.3, 37.9) $FEV_1$ (mL): 28.3 (−22.5, 79.2) | Correlation ($r$): 0.73 $NO_2$ (at birth address) Copollutant models with: NA |
| †Hwang et al. (2015) 14 Taiwan communities 2007-2009 | TCHS n = 2,941 Followed age 12−14 yr 8.6% loss to follow-up | 14 monitors combined by IDW to obtain ambient $PM_{2.5}$ concentration estimates outside each home. Annual average, concurrent exposure Mean: 34.5 $\mu g/m^3$ 75th: 43.8 $\mu g/m^3$ | Change in 2-yr avg growth: Boys $FEV_1$ (mL): −23.7 (−35.3, 12.2) FVC (mL): −21.5 (−33.7, −9.2) Girls $FEV_1$ (mL): −15.9 (−26.0, −5.7) FVC (mL): −17.8 (−27.5, −8.2) | Correlation ($r$): $NO_2$: 0.25 $NO_2$, 0.03 CO, 0.69 $SO_2$ Copollutant models with: $NO_2$ and CO |

SECTION 5.2: Long-Term PM2.5 Exposure and Respiratory Effects

00197086

**Table 5-19 (Continued): Associations of PM$_{2.5}$ with lung development in children from longitudinal studies with repeated measures.**

| Study | Study Population | Exposure Assessment | Effect Estimates 95% CI[a] | Copollutant Examination |
|---|---|---|---|---|
| †Roy et al. (2012) Four Chinese cities 1993-1996 | n = 3,273 Followed for 3 yr starting from ages 6−12 yr 76% with ≥3 measures. Sensitivity analyses show results not biased due to loss to follow-up | School outdoor monitors 3-yr avg and 3-mo avg concurrent exposure Mean: 148 µg/m$^3$ urban Guangzhou 52 µg/m$^3$ suburban Wuhan | Change in annual average growth: FEV$_1$ (mL): −0.7 (−0.9, −0.5) FVC (mL): −0.7 (−1.0, −0.5) | Correlation (r): NA Copollutant models with: NA |

avg = average; CHS = Children's Health Study; CI = confidence interval; CO = carbon monoxide; FEV$_1$ = forced expiratory volume in 1 second; FVC = forced vital capacity; IDW = inverse-distance weighting; LOOCV = leave one out cross-validation; LUR = land use regression; µg/m$^3$ = micrograms per cubic meter; mL = milliliter; MMEF = maximum midexpiratory flow; mo = month(s); n = sample size; NA = not available; NO$_2$ = nitrogen dioxide; O$_3$ = ozone; PIAMA = Prevention and Incidence of Asthma and Mite Allergy; PM = particulate matter; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm, r = correlation coefficient; R$^2$ = coefficient of determination; sec = second(s); SO$_2$ = sulfur dioxide; TCHS = Taiwan Children's Health Study; yr = year(s).

[a]Effect estimates are standardized to a 5-µg/m$^3$ increase in PM$_{2.5}$.

[b]Effect estimates are standardized to a 5-µg/m$^3$ decrease in PM$_{2.5}$.

†Studies published since the 2009 PM ISA.

SECTION 5.2: Long-Term PM2.5 Exposure and Respiratory Effects

00197087

**Copollutant Confounding and Other Sources of Uncertainty**

Due to a limited number of studies that examined potential copollutant confounding, uncertainty remains in distinguishing an independent effect of long-term $PM_{2.5}$ exposure on lung development. In the only study to report results from copollutant models, Hwang et al. (2015) observed that $PM_{2.5}$-associated decrements in lung development persisted in copollutant models that included $NO_2$ or CO. $NO_2$ and CO were weakly correlated with $PM_{2.5}$ ($r = 0.25$ and 0.03, respectively). Other studies that reported copollutant correlations observed moderate to high correlations for most pollutants ($NO_2$: $r = 0.73-0.87$, $SO_2$: $r = 0.69$, $O_3$: $r = 0.33-0.39$; Table 5-19).

Because results for lung development are based on changes in lung function measured over time, loss to follow-up and the method of lung function assessment could be additional sources of error or bias. However, neither is indicated to have systematically influenced the evidence for $PM_{2.5}$ associations. As detailed in Table 5-19, attrition of 10% or less was reported in some studies (Hwang et al., 2015; Breton et al., 2011). Others reported higher loss to follow-up (Gauderman et al., 2015; Gehring et al., 2015a; Roy et al., 2012), but reported similar characteristics between participants and nonparticipants, or no relation between participation and either baseline lung function or exposure to air pollution. Additionally, in a study that had changes in the device used to measure lung function, $PM_{2.5}$ associations were robust to adjustment for a factor representing the difference between devices (Gauderman et al., 2015).

Finally, the CHS studies in this section rely on exposure estimates from single fixed-site monitors within each community, which may result in misclassification of exposure. However, analyses of some individual CHS communities show low-to-moderate spatial heterogeneity of ambient $PM_{2.5}$ concentrations. In Long Beach, CA, $PM_{2.5}$ concentrations were moderately to highly correlated ($r = 0.67-0.91$) across four sites within 6.4 km of each other, including two schools attended by CHS cohort subjects (Krudysz et al., 2008). In Riverside, CA, $PM_{2.5}$ concentrations at a fixed-site monitor explained 96% of the variance in concentrations outside the homes of children with asthma (Ducret-Stich et al., 2012). Further, an analysis of multiple CHS communities described monitoring sites in some but not all communities as well representing the range of residential and school outdoor $PM_{2.5}$ concentrations of subjects. Thus, long-term concentrations measured at fixed-site monitors are unlikely to introduce major exposure measurement error.

### 5.2.2.1.2    Animal Toxicological Studies

The 2009 PM ISA evaluated studies that examined lung development. These studies involved early-life exposure to ambient levels of urban particles in São Paulo, Brazil (Mauad et al., 2008; Pires-Neto et al., 2006). Urban air PM mainly consisted of $PM_{2.5}$, but it also contained some $PM_{10}$; other ambient pollutants were also present. Control mice were exposed to filtered urban air, which contained greatly reduced concentrations of PM. Mauad et al. (2008) found decreased inspiratory and expiratory

00197088

volumes in mice exposed both pre- and postnatally compared to control animals. Alveolar surface-to-volume ratio was also decreased in animals exposed during both the pre- and postnatal periods. No changes in lung function or morphology were observed in animals exposed only prenatally or only postnatally. These results reflect altered lung development resulting from $PM_{2.5}$ exposure. Pires-Neto et al. (2006) found secretory changes in the nasal cavity of neonatal mice exposed for 5 months to urban PM from São Paulo Brazil. Specifically, production of acidic mucosubstances was increased, potentially representing impaired respiratory defense mechanisms. Interpretation of effects due to long-term urban air exposure is complicated by the presence of $PM_{10-2.5}$. Recently, Song et al. (2017) demonstrated changes in lung molecular clock gene expression resulting from pre- and postnatal exposure of rats to ambient levels of urban particles in Beijing, China. Control rats were exposed to filtered urban air, which contained greatly reduced concentrations of PM. In addition, altered lung morphology and oxidative stress were observed in rat pups and in pregnant rats. These findings are discussed in Section 9.3.3.

---

### 5.2.2.2    Lung Function

The relationship between long-term $PM_{2.5}$ exposure and lung function in children and in adults was examined in numerous epidemiologic studies.

#### 5.2.2.2.1    Children

In addition to lung development, several studies have examined the effects of long-term $PM_{2.5}$ exposure in relation to attained pulmonary function at a given point in time. Epidemiologic studies reviewed in the 2009 PM ISA (U.S. EPA, 2009) indicated that long-term exposure to $PM_{2.5}$ is associated with decrements in attained lung function in children. Notably, in the CHS analysis described in Section 5.2.2.1.1, Gauderman et al. (2004) observed that 18-year-olds had increased risk of clinically low $FEV_1$ measurements in communities with higher $PM_{2.5}$ concentrations. However, unlike the results reported for lung development, the attained lung function estimates did not include adjustment for potential confounders, introducing uncertainty into the interpretation of the results. European birth cohort studies also generally reported evidence of an effect on lung function metrics when examining long-term $PM_{2.5}$ exposure (Oftedal et al., 2008; Schikowski et al., 2005; Ackermann-Liebrich et al., 1997), but results were not entirely consistent (Gotschi et al., 2008). None of the lung function studies reviewed in the 2009 PM ISA examined copollutant models. Recent studies available for review add to the existing evidence supporting an association between long-term exposure to $PM_{2.5}$ and decreased lung function in children. These studies examine a variety of exposure periods, exposure methods, cohorts, locations, and exposure levels. Additionally, a limited number of copollutant models indicate that the observed $PM_{2.5}$ effect may be independent of $NO_2$, CO, and $O_3$ exposures. Study-specific details, air quality characteristics, and select results from these studies are presented in Table 5-20.

00197089

**Table 5-20    Associations of long-term PM$_{2.5}$ exposure with lung function in children and adults.**

| Study | Study Population | Exposure Assessment | Effect Estimates 95% CI[a] | Copollutant Examination |
|---|---|---|---|---|
| *Children* | | | | |
| †Gehring et al. (2013) Germany, Sweden, the U.K., and the Netherlands | ESCAPE project: BAMSE, GINIplus, LISAplus, MAAS, and PIAMA n = 5,357 Followed to ages 6−8 yr | Annual average PM$_{2.5}$ concentrations estimated at birth residence (birth yr) and current address (at time of lung function measurement) using LUR. LOOCV R$^2$ = 0.21−0.79 RMSE: 0.8−1.2 Mean: 7.8−17.4 µg/m$^3$ | Current address exposure FEV$_1$ (percent diff.): −2.5 (−4.6, −0.4) FVC (percent diff.): −8.8 (−20.5, 4.5) PEF (percent diff.): −2.1 (−4.1, −0.1) FEV$_1$ <85% predicted (OR): 1.41 (0.74, 2.71) | Correlation (*r*): 0.75 NO$_2$, 0.57 NO$_X$, 0.50 PM$_{10}$, 0.58 PM$_{10-2.5}$ Copollutant models with: NO$_2$ |
| †Wang et al. (2015b) The Netherlands 1996−2005 | PIAMA n = 1,058 Followed to age 8 yr 68% participation rate | Annual average PM$_{2.5}$ concentrations estimated at current address (at time of lung function measurement) using LUR. LOOCV R$^2$ = 0.61 RMSE: 1.21 Median: 16.5 µg/m$^3$ IQR: 15.6−16.7 µg/m$^3$ Alternatively, dispersion models predicted PM$_{2.5}$ concentration at a 1 × 1-km grid level. Median: 16.8 µg/m$^3$ IQR: 13.6−17.3 µg/m$^3$ | Results presented graphically. LUR and dispersion model PM$_{2.5}$ estimates were associated with decreased FEV$_1$ and FVC, but not PEF. Associations were stronger but less precise using LUR PM$_{2.5}$ estimates. | Correlation (*r*): 0.75 NO$_2$ (LUR), 0.92 NO$_2$ (Disp.) Copollutant models with: NO$_2$ |

SECTION 5.2: Long-Term PM2.5 Exposure and Respiratory Effects

00197090

**Table 5-20 (Continued): Associations of PM$_{2.5}$ with lung function in children and adults.**

| Study | Study Population | Exposure Assessment | Effect Estimates 95% CI[a] | Copollutant Examination |
|---|---|---|---|---|
| †Rice et al. (2015b) Massachusetts 1999−2010 | Project Viva—prebirth cohort n = 614 Followed to a mean age of 7.7 yr | Annual average PM$_{2.5}$ concentrations for first yr of life, previous yr, and lifetime exposure were estimated at 10 × 10-km grid level using AOD observation data from satellite imagery. Resolved to 50 × 50 m using land use terms and assigned to participants' home addresses. 10-fold cross-validated LOOCV R$^2$: 0.83 First yr mean: 12.1 µg/m$^3$ Lifetime mean: 10.7 µg/m$^3$ Last yr mean: 9.4 µg/m$^3$ | Last yr exposure FEV$_1$ (mL): −60.3 (−112, −8.5) FVC (mL): −54.5 (−110, 0.5) FEV$_1$ <80% predicted (OR): 2.4 (1.1, 5.2) FVC <80% predicted (OR): 1.7 (0.4, 6.7) | Correlation (r): NA Copollutant models with: NA |
| †Urman et al. (2014) Southern California 2002−2008 | CHS n = 1,811 Followed to ages 5−7 yr 82% participation | One monitor in each of 12 communities Children's homes and schools in same neighborhoods as monitoring sites (Navidi et al., 1999; Navidi et al., 1994). 6-yr avg, (lifetime) exposure Range of means across communities: 6−28 µg/m$^3$ | FEV$_1$ (percent diff.): −1.1 (−1.7, −0.5) FVC (percent diff.): −0.8 (−1.5, −0.2) | Correlation (r): 0.8 PM$_{10}$, 0.6 NO$_2$ Copollutant models with: NA |
| †Eenhuizen et al. (2013) The Netherlands 1996−2001 | PIAMA n = 880 Followed to age 4 yr 49% of participants had valid Rint data | Annual average PM$_{2.5}$ concentrations estimated at current address (at time of lung function measurement) using LUR. LUR model explained 73% of PM$_{2.5}$ spatial variability. Mean: 16.9 µg/m$^3$ IQR: 14.9−18.2 µg/m$^3$ | Change in Rint (kPa·s·L$^{-1}$) 0.06 (0.02, 0.11) | Correlation (r): 0.93 NO$_2$ Copollutant models with: NA |
| †Gehring et al. (2015a) The Netherlands 1996−2010 | PIAMA n = 3,702 Followed age 8−12 yr 15% original cohort had data at age 8 and 12 yr | Annual average PM$_{2.5}$ concentrations estimated at current address (at time of lung function measurement) using LUR. LOOCV R$^2$ = 0.61. Mean: 16.4 µg/m$^3$ 75th: 25.3 µg/m$^3$ 95th: 26.4 µg/m$^3$ | Current address exposure FEV$_1$ (percent diff.): −4.2 (−9.2, 0.8) FVC (percent diff.): −2.9 (−7.5, 1.7) FEF$_{25−75}$ (percent diff.): −10.0 (−25.4, 6.3) | Correlation (r): 0.73 NO$_2$ (at birth address) Copollutant models with: NA |

SECTION 5.2: Long-Term PM2.5 Exposure and Respiratory Effects

00197091

## Table 5-20 (Continued): Associations of PM$_{2.5}$ with lung function in children and adults.

| Study | Study Population | Exposure Assessment | Effect Estimates 95% CI[a] | Copollutant Examination |
|---|---|---|---|---|
| *Adults* | | | | |
| Rice et al. (2015a) Northeastern U.S. 1995−2011 | Framingham Heart Study n = 4,872 Participants had at least two spirometry measurements between 1995 and 2011. Mean age was 50.4 yr (SD = 12.4) | Annual average PM$_{2.5}$ concentrations were estimated in the index yr (2001) using satellite imagery to create a 10 × 10-km spatial grid across the Northeast. Estimates were resolved to residences within a 50 × 50-m grid using land use terms. 10-fold CV R$^2$ = 0.85 Mean: 10.8 µg/m$^3$ Max: 21.7 µg/m$^3$ | Difference in annual rate of change: FEV$_1$ (mL/yr): −5.25 (−10.25, −0.5) FVC (mL/yr): −5.0 (−10.25, 0.25) FEV$_1$:FVC (percent/yr): −0.03 (−0.10, 0.05) Difference in mean lung function: FEV$_1$ (mL): −33.8 (−66.5, −0.8) FVC (mL): −46.8 (−84.0, −9.5) FEV$_1$:FVC (percent): 0.0 (−0.5, 0.5) | Correlation (*r*): NA Copollutant models with: NA |
| Adam et al. (2015) Cohorts across Europe 1985−2009 | ESCAPE project study of five European Cohorts: ECRHS, EGEA, NSHD, SALIA, and SAPALDIA. n = 7,613 Participants had two spirometry measurements. The baseline measurement was between 1985 and 1995, depending on the cohort. The follow-up measurement was between 2001 and 2010. Mean age ranged from 43.0 to 73.3 yr across cohorts. | Annual average PM$_{2.5}$ concentrations estimated using land use regression to spatially refine estimates from city-level monitors between 2008 and 2011. Mean: 9.5−17.8 across cohorts. IQR: 1.1−7.0 across cohorts. | Difference in annual rate of change: FEV$_1$ (mL/yr): −0.14 (−2.26, 1.98) FVC (mL/yr): −1.37 (−4.04, 1.29) Difference in mean lung function: FEV$_1$ (mL): −21.14 (−56.37, 14.08) FVC (mL): −36.39 (−83.29, 10.50) | Correlation (*r*): NA Copollutant models with: NA |

00197092

## Table 5-20 (Continued): Associations of PM$_{2.5}$ with lung function in children and adults.

| Study | Study Population | Exposure Assessment | Effect Estimates 95% CI[a] | Copollutant Examination |
|---|---|---|---|---|
| Adar et al. (2015)<br>Six U.S. states<br>2004−2007 | MESA<br>n = 3,791<br>Randomly selected MESA participants completed spirometry measurements.<br>45−84 yr old | Time varying annual average ambient PM$_{2.5}$ concentration based on residential history (spatiotemporal model).<br>1-yr avg the yr prior to baseline exam. 20-yr avg for models derived from AQS estimates of PM$_{10}$ and PM$_{2.5}$:PM$_{10}$ ratio.<br>Model fit R$^2$ = 0.90−0.97; CV R$^2$ = 0.72<br>1-yr mean: 14.2 µg/m$^3$<br>20-yr mean: 22.2 µg/m$^3$ | Difference in mean lung function:<br>1-yr avg<br>FEV$_1$ (mL): −20 (−80, 41)<br>FVC (mL): −59 (−132, 13)<br>FEV$_1$:FVC (percent): 0.2 (−0.9, 1.3)<br>20-yr avg<br>FEV$_1$ (mL): −13 (−37, 11)<br>FVC (mL): −6 (−35, 22)<br>FEV$_1$:FVC (percent): −0.3 (−0.7, 0.2) | Correlation (r):<br>0.5−0.6 NO$_X$,<br>0.7−0.9 PM$_{10}$<br>Copollutant models with: NA |
| Boogaard et al. (2013)<br>The Netherlands (multicity)<br>2008−2010 | 12 locations in the Netherlands<br>n = 640<br>Participants had two respiratory function exams 2 yr apart (pre- and post-traffic policy-related air pollution reduction).<br>83% ≥30 yr old<br>89% ≥18 yr old | Average PM$_{2.5}$ concentrations were estimated from monitors at 12 locations that took six 1-week samples over a 6 mo period.<br>Mean: 16.0 µg/m$^3$<br>Max: 19.4 µg/m$^3$ | Percent change in FVC per decrease in PM$_{2.5}$:[b]<br>1.67 (−0.40, 3.75) | Correlation (r): NA<br>Copollutant models with: NA |

AOD = aerosol optical depth; avg = average; AQS = Air Quality System; BAMSE = Children, Allergy, Milieu, Stockholm, Epidemiological Survey; CHS = Children's Health Study; CI = confidence interval; CV = cross-validation; diff. = difference; Disp. = dispersion; ECRHS = European Community Respiratory Health Survey; EGEA = French Epidemiological study on Genetics and Environment of Asthma; ESCAPE = European Study of Cohorts for Air Pollution Effects; FEF$_{25-75}$ = forced expiratory flow between 25 and 75% of forced vital capacity; FEV$_1$ = forced expiratory volume in 1 second, FVC = forced vital capacity; GINIplus = German Infant Nutrition Intervention plus environmental and genetic influences; IQR = interquartile range; km = kilometer; kPa = kilopascal; L = liter; LISAplus = Lifestyle Factors on the Development of the Immune System and Asthma; LOOCV = leave one out cross-validation; LUR = land use regression; MAAS = Manchester Asthma and Allergy Study; MESA = Multi-Ethnic Study of Atherosclerosis, mL = milliliter; mo = month; µg/m$^3$ = micrograms per cubic meter; n = sample size; NA = not available; NO$_2$ = nitrogen dioxide, NO$_X$ = the sum of NO and NO$_2$; NSHD = National Survey of Health and Development; OR = odds ratio; PEF = peak expiratory flow; PIAMA = Prevention and Incidence of Asthma and Mite Allergy; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm, PM$_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; r = correlation coefficient; R$^2$ = coefficient of determination; Rint = interrupter resistance, RMSE = root-mean-squared error; SALIA = Study on the influence of Air pollution on Lung function, Inflammation and Aging; SAPALDIA = Swiss Cohort Study on Air Pollution and Lung and Heart Diseases in Adults; SD = standard deviation; sec = second; yr = year(s).

[a]Effect estimates are standardized to a 5-µg/m$^3$ increase in PM$_{2.5}$.
[b]Effect estimates are standardized to a 5-µg/m$^3$ decrease in PM$_{2.5}$.
†Studies published since the 2009 PM ISA.

00197093

Recently reviewed studies provide consistent evidence that long-term exposure to $PM_{2.5}$ is associated with decreased lung function in children (Figure 5-29 and Table 5-20). Like the results from Gauderman et al. (2004), a small prebirth cohort study in Massachusetts (Rice et al., 2015b) and an ESCAPE analysis of multiple European cohorts (Gehring et al., 2013) observed increased odds of clinically low $FEV_1$ and FVC measurements in relation to long-term $PM_{2.5}$ exposure. Associations between $PM_{2.5}$ and lung function were also observed as a measure of percent difference or absolute change in spirometry measures in the aforementioned studies (Rice et al., 2015b; Gehring et al., 2013), the CHS cohort (Urman et al., 2014), and the PIAMA cohort (Gehring et al., 2015a; Wang et al., 2015b). The reviewed studies used an array of exposure assessment methods to produce long-term $PM_{2.5}$ estimates, including LUR models, dispersion models, hybrid models incorporating AOD observation data with land use variables, and fixed-site monitors. Associations were evident across the various exposure assignment techniques. Wang et al. (2015b) directly compared results from dispersion- and land use regression (LUR)-modeled $PM_{2.5}$ estimates in relation to lung function metrics. The authors observed $PM_{2.5}$-related decreases in $FEV_1$ and FVC for both exposure assessment techniques, but noted larger but less precise (i.e., wider 95% CIs) decreases for LUR-modeled increases in $PM_{2.5}$ (quantitative results not provided; results presented graphically). These results suggest robust evidence of an association despite differences in exposure measurement error across exposure assessment methods.

Most of the reviewed studies focused on lung function in 6 to 8-year-old children. Obtaining valid spirometric lung function data is sometimes not possible in younger children. Alternatively, interrupter resistance (Rint) is a reliable technique to assess airway resistance in preschool aged children. In the PIAMA cohort, Eenhuizen et al. (2013) reported increases in Rint consistent with long-term $PM_{2.5}$ exposure estimated outside participants' birth addresses. Higher Rint was associated with lower $FEV_1$ levels at age 8 years, suggesting that Rint may be a predictor of later lung function.

00197094



AOD = aerosol optical depth, CHS = Children's Health Study, CI = confidence interval, ESCAPE = European Study of Cohorts for Air Pollution Effects; FEF$_{25-75}$ = forced expiratory flow between 25 and 75% of forced vital capacity, FEV$_1$ = forced expiratory volume in 1 second, FVC = forced vital capacity, LUR = land use regression; µg/m$^3$ = micrograms per cubic meter; n = sample size; PEF = peak expiratory flow; PIAMA = Prevention and Incidence of Asthma and Mite Allergy; PM = particulate matter; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

Note: †Studies published since the 2009 PM ISA. Panel A depicts percent difference in lung function metrics. Panel B depicts odds of lung function metrics below normal levels (85% predicted). Red text/circles = studies published since the completion of the 2009 PM ISA. Effect estimates are standardized to a 5-µg/m$^3$ increase in PM$_{2.5}$. Corresponding quantitative results and study details are reported in Table 5-20.

**Figure 5-29    Long-term exposure to PM$_{2.5}$ and lung function in children.**

A few studies examined varying windows of exposure to assess periods of potential sensitivity to PM exposure. Rice et al. (2015b) incorporated satellite-derived aerosol optical depth (AOD) observations into a land use regression model to estimate participants' exposure to ambient PM$_{2.5}$ in the first year of life, in the year prior to lung function testing, and averaged over their lifetime. The observed associations across lung function metrics were consistently stronger in magnitude, but not always precision, for PM$_{2.5}$ concentrations estimated in the year prior to examination. A similar finding was reported in the European

SECTION 5.2: Long-Term PM2.5 Exposure and Respiratory Effects

00197095

Study of Cohorts for Air Pollution Effects (ESCAPE) project analysis. Gehring et al. (2013) noted higher effect estimates for $FEV_1$ in relation to a 5-µg/m³ increase in outdoor $PM_{2.5}$ concentrations estimated at current residence at the time of lung function measurement (−2.49% difference [95% CI: −4.57, −0.36]) compared to exposure assigned at the participants' birth address (−1.22% [95% CI: −3.20, 0.80]). Notably, the ESCAPE project and the Prevention and Incidence of Asthma and Mite Allergy (PIAMA) cohort, discussed with regards to exposure windows in Section 5.2.3.1, use LUR models to estimate exposure after follow-up. The LUR was constructed for the cohort's current age and adjusted based on the year of lung function testing. The ratio of $PM_{2.5}$ concentration at a fixed-site monitor in the year of birth and during the year of lung function testing was used to extrapolate concentrations back to birth year at the birth residential location for each participant. Hence, changes in spatial variability between birth and the year of lung function testing were not captured. Despite the resulting uncertainty, the potentially enhanced lung-function sensitivity to $PM_{2.5}$ exposures closer to lung function examination may explain why the CHS analysis by Urman et al. (2014), which implemented a surrogate for lifetime exposure, observed a smaller effect estimate than studies that used current address or previous year $PM_{2.5}$ estimates (Table 5-20).

### Copollutant Confounding

Several studies of pulmonary function in children provide information on potential copollutant confounding through the evaluation of two-pollutant models. These studies add to the strength of the evidence by establishing a $PM_{2.5}$ relationship with observed lung function decrements that is generally unchanged in models with other pollutants [quantitative results presented in Supplemental Material (U.S. EPA, 2018)]. $PM_{2.5}$ correlations with $NO_2$ ranged from 0.25 to 0.75, across studies. In studies that reported higher correlations ($r = 0.75$), associations between $PM_{2.5}$ and lung decrements were attenuated but still negative in copollutant models adjusting for $NO_2$ (Wang et al., 2015b; Gehring et al., 2013). Meanwhile, in studies with low $PM_{2.5}$-$NO_2$ correlations ($r = 0.25−0.33$), associations were relatively unchanged in copollutant models (Chen et al., 2015a; Hwang et al., 2015). Hwang et al. (2015) and Chen et al. (2015a) also reported declines in lung function that persisted in copollutant models adjusting for CO, $O_3$, and $SO_2$. However, these studies of school-children in Taiwan lack generalizability given $PM_{2.5}$ concentrations that are much higher than studies in North America and Europe.

#### 5.2.2.2.2    Adults

Lung function generally peaks in adults around the age of 25, and then slowly declines throughout adulthood (Götschi et al., 2008). In addition to studies of lung function in children, some studies have investigated whether long-term $PM_{2.5}$ exposure accelerates the rate of decline in lung function as adults age. A limited number of studies reviewed in the 2009 PM ISA (U.S. EPA, 2009) observed contrasting evidence of an association between long-term exposure to $PM_{2.5}$ and lung function in adults. A longitudinal study of adults from 10 European countries found that annual $PM_{2.5}$

00197096

concentrations were not associated with lung function decrements measured from two spirometry tests taken approximately 10 years apart (Götschi et al., 2008). However, $PM_{2.5}$ exposures were estimated at the end of the study period, which may have introduced bias if the pattern of spatial variability of $PM_{2.5}$ concentrations did not remain constant across cities over the 10-year study period. In contrast, cross-sectional studies reported associations between annual average $PM_{2.5}$ and mean lung function (Schikowski et al., 2005; Ackermann-Liebrich et al., 1997). A limited number of recent longitudinal and cross-sectional studies in the U.S. and Europe have reported more consistent evidence that $PM_{2.5}$ is associated with decreased lung function parameters in adults. As with past studies, lung function in these cohorts was assessed either as a measure of lung function decline over time or cross-sectionally as a single measure in time. These cross-sectional measurements are generally less informative than longitudinal studies because they do not establish a temporal relationship between the exposure and outcome of interest. Study-specific details, air quality characteristics, and select results from these studies are presented in Table 5-20.

The Framingham Heart Study examined the association between long-term exposure to $PM_{2.5}$ and longitudinal decline in lung function over a 15-year period (Rice et al., 2015a). Rice et al. (2015a) reported a 5.25 mL/year (95% CI: 0.5, 10.5) faster rate of decline in $FEV_1$ and a 5 mL/year (95% CI: −0.25, 10.25) faster decline in FVC per 5-µg/m³ increase in annual average $PM_{2.5}$ concentrations in the index year. The authors also observed $PM_{2.5}$ associations with cross-sectional $FEV_1$ and FVC measures but did not observe evidence of associations with $FEV_1$:FVC in longitudinal or cross-sectional analyses. In an ESCAPE project analysis of five European cohorts, Adam et al. (2015) also reported evidence of an association between long-term exposure to $PM_{2.5}$ and lung function in adults. Lung function measurements taken approximately 10 years apart indicated that long-term $PM_{2.5}$ exposure was associated with an accelerated decrease in FVC (−1.37 mL/year [95% CI: −4.04, 1.29]), but not $FEV_1$ (−0.14 mL [95% CI: −2.26, 1.98]). However, similar to Götschi et al. (2008) discussed above, $PM_{2.5}$ was estimated (2008−2011) after the two spirometry tests were conducted (1985−2010). $PM_{2.5}$ was also negatively associated with cross-sectional $FEV_1$ and FVC levels measured during the second exam (Adam et al., 2015). Supporting evidence of a longitudinal association between $PM_{2.5}$ concentrations and lung function in adults, Boogaard et al. (2013) examined traffic policy-related reductions in air pollution and found improvements in lung function associated with declining $PM_{2.5}$ concentrations (Section 5.2.11).

In the Multi-Ethnic Study of Atherosclerosis (MESA), the association between long-term exposure to $PM_{2.5}$ and lung function was examined cross-sectionally (Adar et al., 2015). $PM_{2.5}$ was estimated using area-specific prediction models based on pollution measurements at the community or residential level in a subset of participants (MESA Air), which were incorporated with local geographic, meteorological, and emission data into a hierarchical spatiotemporal model to predict long-term exposure outside of participants' homes. $PM_{2.5}$ levels 1 year prior to baseline exam and 20-year avg exposures were estimated, and both were negatively associated with $FEV_1$ and FVC and with higher odds of airflow limitation. Similar to the Framingham Heart Study (Rice et al., 2015a), the authors found null associations between long-term exposure to $PM_{2.5}$ and $FEV_1$:FVC (Adar et al., 2015).

00197097

### 5.2.2.3    Summary of Lung Function and Development

In summary, recent epidemiologic studies enhance the evidence that was available in the 2009 PM ISA (U.S. EPA, 2009) suggesting that long-term exposure to $PM_{2.5}$ is associated with impaired lung function and lung function growth in children. Notably, extended CHS analyses continue to report $PM_{2.5}$-related decrements in lung development during the adolescent growth period. These updated analyses comprise additional cohorts with differing demographics and indicate that declining $PM_{2.5}$ concentrations are associated with improvements in lung development. Studies of attained lung function in children provide consistent evidence supporting the association observed with lung development. The strength of the epidemiology evidence was in the variety of exposure methods, study locations, and exposure levels for which associations were present. Additionally, a limited number of copollutant models indicate that the observed $PM_{2.5}$ effect may be independent of $NO_2$, $CO$, and $O_3$. The available evidence also indicates that $PM_{2.5}$ concentrations estimated proximate to lung function examination are most strongly associated with measures of attained lung function. These findings are supported by an animal toxicological study that demonstrated impaired lung development, as measured by decrements in lung function and changes in alveolar structure, as a result of pre- and postnatal exposure to $PM_{2.5}$. In a limited number of studies, altered nasal morphology and evidence of respiratory tract inflammation and oxidative stress were found in animals exposed to $PM_{2.5}$ during early lifestages.

While the 2009 PM ISA (U.S. EPA, 2009) noted inconsistent evidence of an association between long-term exposure to $PM_{2.5}$ and lung function in adults, more recent large prospective cohort studies have consistently observed $PM_{2.5}$-related accelerations of lung function decline in adults. This finding is corroborated by evidence of lung function improvement in areas with declining $PM_{2.5}$ concentrations. Studies of lung function in adults have not adequately examined potential copollutant confounding.

### 5.2.3    Development of Asthma

Asthma is described by the National Heart, Lung, and Blood Institute as a chronic inflammatory disease of the airways that develops over time (NHLBI NAEPP, 2007). Pulmonary inflammation can increase airway responsiveness and induce airway remodeling, resulting in bronchoconstriction (bronchial smooth muscle contraction), and in turn, episodes of shortness of breath, coughing, wheezing, and chest tightness. When the pathophysiology of asthma advances in its development to the stage where the symptoms lead people to seek medical treatment, a diagnosis of asthma can result. A potential outcome of asthma development is that the pattern of reduced growth in lung function seen in early childhood persists into adulthood (McGeachie et al., 2016), potentially resulting in alterations to lung structure as adults (Donohue et al., 2013). In this section, asthma in children is discussed first, followed by asthma in adults, and subclinical effects underlying asthma development, such as pulmonary inflammation and increased airway responsiveness. While the evidence-base remains limited for subclinical effects and asthma in adults, recent studies of asthma in children supplement the limited number of studies reviewed in the

00197098

2009 PM ISA (U.S. EPA, 2009) and provide evidence of an association between long-term $PM_{2.5}$ exposure and asthma development in children.

### 5.2.3.1   Asthma in Children

Epidemiologic studies evaluated in the 2009 PM ISA (U.S. EPA, 2009) that examined asthma development in children were limited in number. In a birth cohort study in the Netherlands, early-life $PM_{2.5}$ exposure was associated with doctor-diagnosed asthma at age 4 years (Brauer et al., 2007). In the southern California Children's Health Study (CHS), $PM_{2.5}$ was examined in relation to the association between lung function and asthma incidence. The protective association between lung function and new onset asthma observed in the overall population was not present in high $PM_{2.5}$ communities (Islam et al., 2007).

The recent body of literature enhances the limited evidence base, providing further evidence that long-term exposure to $PM_{2.5}$ is associated with asthma development in children. The strongest evidence supporting the relationship between long-term exposure to $PM_{2.5}$ and childhood asthma comes from several recent prospective and retrospective cohort studies conducted in North America and Europe. Longitudinal epidemiologic studies, which follow subjects over time, can better characterize the temporal sequence between $PM_{2.5}$ exposures and the incidence of asthma by ascertaining the first record of a physician diagnosis. In this regard, longitudinal studies distinguish between asthma onset and asthma exacerbation. Study-specific details, air quality characteristics, and select results from these studies, discussed throughout this section, are highlighted in Table 5-21. In most studies, asthma incidence was ascertained through validated questionnaires that asked parents about the child ever having a physician diagnosis of asthma at baseline, and, at each follow-up, questions about a diagnosis of asthma in the intervening period. In other studies, asthma was assessed by pediatric allergist evaluation (Carlsten et al., 2011) and primary care physician diagnosis or hospitalization due to asthma (Tétreault et al., 2016a; Clark et al., 2010).

00197099

**Table 5-21    Longitudinal studies of long-term PM$_{2.5}$ exposure and asthma incidence in children.**

| Study | Study Population | Exposure Assessment | Effect estimates 95% CI[a] | Copollutant Examination |
|---|---|---|---|---|
| Brauer et al. (2007) The Netherlands 1997−2001 Prospective cohort | PIAMA n = 3,934 Follow-up: at 4 yr old 85.3% follow-up participation at 4 yr | GIS model Long-term average PM$_{2.5}$ concentration for the first 4 yr of life Mean: 16.9 µg/m³ Max: 25.2 µg/m³ | OR: 1.6 (1.1, 2.2) | Correlation (r): 0.96 NO$_2$ Copollutant models with: NA |
| †Carlsten et al. (2011) Vancouver, Canada 1995−2002 Prospective cohort | CAPPS: a high-risk asthma birth cohort n = 184 Follow-up: at 7 yr old 63% follow-up participation at 7 yr | Annual average PM$_{2.5}$ concentration estimated at birth residence (birth yr) using LUR. Mean: 5.6 µg/m³ | OR: 4.0 (1.4, 11.5) | Correlation (r): 0.7 NO$_2$ Copollutant models with: NA |
| †Gehring et al. (2010) The Netherlands 1996−2004 Prospective cohort | PIAMA n = 3,863 Follow-up: annually from birth to 8 yr 94.4% participation at yr 1, 82% at yr 8 | Annual average PM$_{2.5}$ concentration estimated at birth residence (birth yr) using LUR. Cross-validation RMSE for validation 1.59 µg/m³; Model $R^2$ = 0.78 Mean: 17.5 µg/m³ Max: 25.7 µg/m³ | Without adjustment for study region OR: 1.5 (1.2, 1.9) With adjustment for study region OR: 1.4 (0.95, 2.1) | Correlation (r): 0.93 NO$_2$ Copollutant models with: NA |
| †Gehring et al. (2015a) The Netherlands 1996−2008 Prospective cohort | PIAMA n = 3,702 children Follow-up: annually from birth to 8 yr and again at age 11−12 yr | Annual average PM$_{2.5}$ concentration estimated at birth residence (birth yr) and current address (at time of questionnaire) using LUR. LOOCV $R^2$ = 0.61 Median: 16.5 µg/m³ 75th: 25.3 µg/m³ 95th: 26.4 µg/m³ | Birth address OR: 1.6 (0.9, 2.9) Current address OR: 1.2 (0.6, 2.4) (Birth address PM$_{2.5}$ vs. current address PM$_{2.5}$ correlation [r]: 0.74) | Correlation (r): 0.73 NO$_2$ (at birth address) Copollutant models with: NA |
| †Yang et al. (2016) The Netherlands 1996−2011 Prospective cohort | PIAMA n = 3,701 children Follow-up: annually from birth to 8 yr and again at age 11−12 yr and 14 yr | Annual average PM$_{2.5}$ concentration estimated at birth residence (birth yr) and current address (at time of questionnaire) using LUR. LOOCV $R^2$ = 0.61; Model $R^2$ = 0.67 | Birth address OR: 1.4 (0.8, 2.5) Current address OR: 1.1 (0.6, 2.0) | Correlation (r): NA Copollutant models with: NA |

00197100

## Table 5-21 (Continued): Longitudinal studies of long-term PM$_{2.5}$ exposure and asthma incidence in children.

| Study | Study Population | Exposure Assessment | Effect estimates 95% CI[a] | Copollutant Examination |
|---|---|---|---|---|
| †Macintyre et al. (2014a)<br>Vancouver, Canada; the Netherlands; and Germany.<br>Pooled analysis of prospective cohorts. | TAG: A pooled analysis of CAPPS Vancouver, PIAMA, LISA, and GINI birth cohorts<br>n = 2,743 | Annual average PM$_{2.5}$ concentration estimated at birth residence (birth yr) using LUR.<br>For LISA/GINI R$^2$ = 0.56; RMSE for model validation: 1.35 µg/m$^3$<br>Model validation for CAPPS and PIAMA as noted above<br>Mean: 15.2 µg/m$^3$<br>Max: 25.1 µg/m$^3$ | Current asthma<br>OR: 2.5 (1.5, 4.3)<br>Ever asthma<br>OR: 1.2 (0.8, 1.8) | Correlation (r): 0.23 NO$_2$<br>Copollutant models with: NO$_2$ |
| †Gehring et al. (2015b)<br>Sweden, Germany, and the Netherlands.<br>Pooled and meta-analyses of prospective cohorts | BAMSE, PIAMA, LISA, and GINI<br>n = 14,126<br>Followed to 14−16 yr of age | LUR was used to estimate annual average PM$_{2.5}$ concentrations at the participant's birth and current home addresses.<br>Model R$^2$ BAMSE: 87%; GINI/LISA North: 83%; GINI/LISA South: 69%; and PIAMA: 67%.<br>PM$_{2.5}$ concentrations at birth address<br>Mean across cohorts: 7.8 to 17.4 µg/m$^3$ | Random-effects meta-analysis<br>Birth yr<br>OR: 1.3 (0.9,1.7)<br>Current address<br>OR: 1.1 (0.9, 1.5) | Correlation with NO$_2$ "high."<br>Quantitative results not reported.<br>Copollutant models with: NA |
| †McConnell et al. (2010)<br>Southern California<br>2002−2006<br>Prospective cohort | CHS<br>n = 2,497 children; ages 4.8−9.0 yr at enrollment<br>Follow-up: 3 yr<br>74% follow-up participation | Annual average PM$_{2.5}$ concentration from one fixed-site monitor per community. Concurrent exposure. | HR: 1.2 (0.97, 1.4) | Correlation (r): NA<br>Copollutant models with: NA |
| †Clark et al. (2010)<br>Southwest British Columbia, Canada<br>1999−2004<br>Prospective case control | British Columbia population-based birth cohort<br>n = 20,130<br>Follow-up: 3−4 yr to diagnosis by age 4 yr | LUR model used to estimate annual average PM$_{2.5}$ concentration at birth residence for 1st-yr and in utero exposure.<br>Also assessed exposure concentration estimated by PM$_{2.5}$ concentrations at industrial point sources using an IDW However, there was no association for prenatal exposure estimated by an IDW summation of emissions from point sources.<br>Mean:<br>LUR 4.5 µg/m$^3$<br>IDW 5.62 µg/m$^3$ | Prenatal<br>IDW: 0.8 (0.6, 1.0)<br>LUR: 1.1 (1.0, 1.2)<br>First yr<br>IDW: 1.3 (0.9, 1.9)<br>LUR: 1.1 (0.95, 1.2) | Correlations among pollutants were stated to be generally high. Quantitative results not reported.<br>Copollutant models with: NA |

SECTION 5.2: Long-Term PM2.5 Exposure and Respiratory Effects

00197101

**Table 5-21 (Continued): Longitudinal studies of long-term PM$_{2.5}$ exposure and asthma incidence in children.**

| Study | Study Population | Exposure Assessment | Effect estimates 95% CI[a] | Copollutant Examination |
|---|---|---|---|---|
| †Nishimura et al. (2013)<br><br>Chicago, IL; Bronx, NY; Houston, TX; San Francisco Bay Area, CA; Puerto Rico<br><br>Retrospective case control | GALA II and SAGE II<br><br>n = 948<br><br>Ages 8−21 yr | Average PM$_{2.5}$ concentration for 1st yr and first 3 yr of life estimated using IDW of four closest monitors within 50 km of birth residence.<br><br>Mean across cities: 8.1 to 17.0 μg/m$^3$ | First yr of life exposure<br><br>All cities combined:<br>1.2 (0.6, 2.3)<br><br>(Houston, TX:<br>1.2 [0.6, 15.5];<br><br>Puerto Rico:<br>1.6 [0.8, 3.3];<br><br>Chicago, IL:<br>0.5 [0.1, 1.6];<br><br>New York, NY:<br>3.7 [1.0, 13.7]<br><br>San Francisco, CA [GALA]:<br>0.4 [0.1 to 1.8];<br><br>San Francisco, CA [SAGE]:<br>0.7 [0.2, 2.4]) | Correlation (r): NA<br><br>Copollutant models with: NA |
| †Tétreault et al. (2016a)<br><br>Quebec, Canada<br>1996−2011 | The Quebec Integrated Chronic Disease Surveillance System was used to create an open birth cohort<br><br>n = 1,183,865 | Mean PM$_{2.5}$ concentrations at birth address estimated at the postal code scale during 2001−2006 derived using satellite imagery and a CTM. Concentrations were assumed to be constant throughout the study period.<br><br>Mean: 9.86 μg/m$^3$<br>Max: 14.85 μg/m$^3$ | Birth address HR:<br>1.23 (1.21 to 1.24) | Correlation (r): NA<br><br>Copollutant models with: NA |

BAMSE = Children, Allergy, Milieu, Stockholm, Epidemiological Survey; CAPPS = Canadian Asthma Primary Preventions Study; CHS = Children's Health Study; CI = confidence interval; CTM = chemical transport model; GALA II = Genes environments and Admixture in Latino Americans; GINI = German Infant Nutrition Intervention; GIS = geographic information system; HR = hazard ratio; IDW = inverse-distance weighting; km = kilometer; LISA = Lifestyle Factors on the Development of the Immune System and Asthma; LOOCV = leave one out cross-validation; LUR = land use regression; μg/m$^3$ = micrograms per cubic meter; n = sample size; NA = not available; NO$_2$ = nitrogen dioxide; NR = not reported; OR = odds ratio; PIAMA = Prevention and Incidence of Asthma and Mite Allergy; PM = particulate matter; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; r = correlation coefficient; R$^2$ = coefficient of determination; RMSE = root-mean-squared error; SAGE II = Study of African Americans, Asthma, Genes, and Environments; TAG = Traffic, Asthma, and Genetics; yr = year(s).

[a]Effect estimates are standardized to a 5-μg/m$^3$ increase in PM$_{2.5}$.

†Studies published since the 2009 PM ISA.

Most recent asthma incidence studies focus on birth year as the period of potentially heightened sensitivity to PM$_{2.5}$ exposure and examine asthma incidence across varying follow-up times. The association between birth-year PM$_{2.5}$ exposure and diagnosis of asthma at age 7 years was examined in a birth cohort of children at high-risk for asthma (n = 186) in Vancouver, Canada (Carlsten et al., 2011). The smaller sample size compared to other recent studies is balanced by using a high-risk cohort, which results in a higher proportion of cases compared to general population studies. Despite low mean outdoor

00197102

PM$_{2.5}$ concentrations at birth residences (5.6 μg/m$^3$), Carlsten et al. (2011) observed that PM$_{2.5}$ was associated with increased odds of asthma diagnosis (OR: 4.0 [95% CI: 1.4, 11.5]). In a larger study with relatively low mean PM$_{2.5}$ concentrations (9.9 μg/m$^3$; max: 14.9), Tétreault et al. (2016a) reported a positive and precise association between PM$_{2.5}$ and onset of asthma in an administrative cohort study of over 1 million children (HR: 1.23 [95% CI: 1.21 to 1.24]). The observed HR was robust to sensitivity analyses examining the impact of time-varying PM$_{2.5}$ concentrations and more rigorous case definitions for children under 5 years. Other studies conducted at higher PM$_{2.5}$ concentrations also reported generally positive associations between PM$_{2.5}$ and asthma incidence (Figure 5-30). A pooled retrospective case-control analysis of minority children provided an exception to the generally consistent evidence of an association (Nishimura et al., 2013). However, the study had low statistical power due to missing PM$_{2.5}$ concentration measurements for some regions.



CI = confidence interval, HR = hazard ratio, LUR = land use regression; μg/m$^3$ = micrograms per cubic meter; N = sample size; PM = particulate matter; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm..

Note: †Studies published since the 2009 PM ISA. Black text/circles = studies evaluated in the 2009 PM ISA. Red text/circles = studies published since the completion of the 2009 PM ISA. Odds ratios are standardized to an increment of 5 μg/m$^3$. Corresponding quantitative results and study details are reported in Table 5-21.

**Figure 5-30    Long-term exposure to PM$_{2.5}$ and asthma incidence in children.**

SECTION 5.2: Long-Term PM2.5 Exposure and Respiratory Effects

00197103

Several studies examined alternate exposure windows to assess other periods of potential sensitivity to PM exposure in the development of asthma. Two studies of the PIAMA cohort in the Netherlands (Yang et al., 2016; Gehring et al., 2015a) and one pooled analysis of four European birth cohorts (Gehring et al., 2015b) observed that asthma incidence was associated with $PM_{2.5}$ concentrations outside birth residences, and reported attenuated but still positive associations with $PM_{2.5}$ concentrations at the address of the participant at the time of follow-up (quantitative results presented in Table 5-21). As discussed in Section 5.2.2.2.1, exposure was modeled after follow-up for all of these cohorts, such that exposure estimates are representative of spatially relative concentrations. An earlier PIAMA study stratified by participants who had and had not moved from their birth address (movers vs. nonmovers) and observed associations between $PM_{2.5}$ and incident asthma that were slightly stronger in magnitude in nonmovers (OR: 1.6 [95% CI: 1.1, 2.3]) than movers [OR: 1.3 (95% CI: 0.97, 1.8); Gehring et al. (2010)]. While the difference in ORs is not large, the stratified results may suggest continued sensitivity to $PM_{2.5}$ exposure later in life. In a nested case-control study in British Columbia, Clark et al. (2010) examined asthma incidence at ages 3−4 years in association with $PM_{2.5}$ concentrations in both the prenatal period and first year of life. The authors reported similar asthma-$PM_{2.5}$ associations for prenatal and first year of life exposures estimated by LUR (OR: 1.1 [95% CI: 1.0, 1.2] and OR: 1.1 [95% CI: 0.95, 1.2] for prenatal and first year $PM_{2.5}$ averages, respectively).

Recent studies of asthma prevalence generally provide supporting evidence for an association with $PM_{2.5}$ (Gehring et al., 2015b; Hasunuma et al., 2014; MacIntyre et al., 2014a; Mölter et al., 2014), although some did not (Fuertes et al., 2013b; Akinbami et al., 2010). Supporting evidence was also reported in studies examining $PM_{2.5}$ and wheeze, a common symptom of asthma. Repeated wheeze in 2-year-olds was prospectively studied in a pregnancy cohort of women (n = 708) receiving care at Brigham and Women's Hospital in Boston, MA (Chiu et al., 2014). Prenatal $PM_{2.5}$ exposure, estimated using a hybrid model incorporating AOD observations with land use predictors to yield residence-specific ambient $PM_{2.5}$ concentration estimates, was associated with increased odds of repeated wheeze at age 2 years (OR: 2.0 [95% CI: 1.2, 3.4] for above median vs. below median $PM_{2.5}$ concentrations). In the larger PIAMA cohort study detailed in Table 5-21, Gehring et al. (2010) observed increased odds of parental-reported prevalent wheeze during the first 8 years of life associated with long-term $PM_{2.5}$ concentration (OR: 1.3 [95% CI: 1.1, 1.6]).

#### 5.2.3.1.1    Copollutant Confounding

Most of the reviewed studies of asthma incidence in children did not present results from copollutant models. This may be the result of consistently high correlations reported between $PM_{2.5}$ and other pollutants across studies (Table 5-21), which reduces the reliability of copollutant models. MacIntyre et al. (2014a) observed a weak correlation between $PM_{2.5}$ and $NO_2$ ($r = 0.23$) in a pooled analysis of four birth cohorts. The association observed between birth-year $PM_{2.5}$ exposure and having a current asthma diagnosis (OR: 2.5 [95% CI: 1.5, 4.3]) remained after adjustment for $NO_2$ in a copollutant

00197104

model (OR: 4.5 [95% CI: 1.4, 14.2]). However, given the lack of additional studies, uncertainties remain regarding whether the association between $PM_{2.5}$ and asthma incidence in children is independent of coexposure to other pollutants.

### 5.2.3.1.2        Concentration-Response Relationship

The shape of the C-R relationship between asthma incidence in children and long-term exposure to $PM_{2.5}$ was examined in (Tétreault et al., 2016a). To examine whether there is evidence of linearity in the relationship restricted cubic splines with three knots were included in the model. For $PM_{2.5}$, as well as $O_3$ and $NO_2$, nonlinear models did not result in better fits than the linear models for both exposures outside the home address at birth and for time-varying exposures during the follow-up period. Carlsten et al. (2011) examined the $PM_{2.5}$-asthma incidence association across exposure quartiles and reported monotonically increasing risk. However, this analysis stratified an already small sample size, resulting in wide CIs for each quartile estimate of risk. A C-R relationship was also evaluated in a study of childhood wheeze. Chiu et al. (2014) used penalized spline models to assess the nature of the relationship between prenatal $PM_{2.5}$ exposure and repeated wheeze. As depicted in Figure 5-31, the C-R relationship was approximately linear with some evidence of a less steep relationship at the higher exposure levels, albeit with high uncertainty due to limited data at higher exposures. Confidence in the shape of the curve, as indicated by the dotted lines surrounding the spline curve, is highest from about 10 to 12 $\mu g/m^3$, where most of the observations occur. None of the evaluated studies provide a thorough empirical evaluation of alternatives to linearity, limiting the conclusions that can be drawn with respect to the shape of the C-R relationship.

00197105



µg/m³ = micrograms per cubic meter; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

Solid lines depict the penalized spline curve, and dotted lines indicate the 95% confidence bounds.

Source: Chiu et al. (2014).

**Figure 5-31    Concentration-response relationship of prenatal PM$_{2.5}$ with children's repeated wheeze.**

### 5.2.3.2    Asthma in Adults

No studies of long-term PM$_{2.5}$ exposure and asthma in adults were discussed in the 2009 PM ISA (U.S. EPA, 2009). Since then, several recent studies have examined incidence and prevalence of asthma and wheeze in adults in several cohorts. Contrary to the recent evidence supporting the presence of an association in children, the results for adult populations have been largely inconsistent. Study-specific details, including study locations, cohort descriptions, air quality characteristics, and select results from these studies, are highlighted in Table 5-22. A forest plot of the effect estimates, depicting the heterogeneity of results across studies, is presented in Figure 5-32.

SECTION 5.2: Long-Term PM2.5 Exposure and Respiratory Effects

00197106

**Table 5-22     Long-term PM2.5 exposure and asthma and wheeze incidence and prevalence in adults.**

| Study | Study Population | Exposure Assessment | Effect estimates (95% CI) per 5 µg/m³ | Copollutant Examination |
|---|---|---|---|---|
| *Asthma Incidence* | | | | |
| †Young et al. (2014) U.S. 2003–2012 Prospective cohort | The Sister Study; cohort of women with at least one sister with a diagnosis of breast cancer. n = 39,350 Enrollment from 2003–2006. Follow-up from 2008–2012 (participation >99%) | Kriging regression monitor values using geographic variables. Annual average PM2.5 concentration estimated outside home address at enrollment. Cross-validated R²: 0.88 Mean: 10.8 µg/m³ Range: 1.9–18.0 µg/m³ | Incident asthma OR: 1.3 (0.99, 1.7) Incident wheeze OR: 1.2 (1.1, 1.4) | Correlation (*r*): NA Copollutant models with: NA |
| †To et al. (2015) Ontario, Canada 1980–2003 Prospective cohort | The Canadian National Breast Screening Study n = 29,549 women, ages 40–59 yr at enrollment Enrollment from 1980–1985. Follow-up using administrative databases from 1992–2003 | Long-term average PM2.5 concentrations from 1998–2006 estimated at 10 ×10-km grid level using AOD observations from satellite imagery. R² with ground monitors: 0.77 Mean: 12.47 (SD = 2.40) µg/m³ | RR: 1.0 (0.92, 1.25) | Correlation (*r*): NA Copollutant models with: NA |
| †Jacquemin et al. (2015) 24 European cities Combination of six prospective cohorts | The European Study of Cohorts for Air Pollution Effects n = 17,098 | LUR models of annual average PM2.5 concentration at participants' address at follow-up. Range of means across cities: 10 to 18 µg/m³ | OR: 1.0 (0.88, 1.2) | Correlation (*r*): (range across cities) 0.60–0.90 NO2; 0.51–0.94 NOx; 0.63–0.88 PM10; 0.22–0.67 PM10–2.5 Copollutant models with: NA Copollutant models NR |
| *Asthma Prevalence* | | | | |
| †Schultz et al. (2017) Wisconsin 2008–2013 Cross sectional | SHOW; probabilistic survey design n = 3,381 adults ages 21+ yr | Annual average PM2.5 concentration estimates from U.S. EPA Bayesian space-time downscaler. 12 × 12-km gridded estimates were linked to participants' home addresses. 1-yr lag. 5th: 10.9 µg/m³ Max: 15.1 µg/m³ | Prevalent asthma OR: 3.6 (2.4, 5.4) Prevalent wheeze OR: 0.97 (0.58, 1.6) | Correlation (*r*): NA Copollutant models with: NA |

SECTION 5.2: Long-Term PM2.5 Exposure and Respiratory Effects

00197107

## Table 5-22 (Continued): Long-term PM$_{2.5}$ exposure and asthma and wheeze incidence and prevalence in adults.

| Study | Study Population | Exposure Assessment | Effect estimates (95% CI) per 5 μg/m$^3$ | Copollutant Examination |
|---|---|---|---|---|
| †Rice et al. (2015a) New England Enrollments Offspring: 1971−1975 Third generation: 2002−2005 Cross-sectional analysis of longitudinal data | Framingham Offspring and Third Generational Cohorts n = 2,855 Biennial follow-up | Annual average PM$_{2.5}$ concentrations for 2001 were estimated at 10 × 10-km grid level using AOD observations from satellite. Resolved to 50 × 50 m using land use terms and assigned to participants' home addresses. 10-fold cross-validated LOOCV R$^2$: 0.85 Mean: 10.8 μg/m$^3$ Max: 21.7 μg/m$^3$ | Prevalent asthma OR: 0.93 (0.67, 1.3) Prevalent wheeze OR: 0.95 (0.68, 1.3) | Correlation (r): NA Copollutant models with: NA |
| †Nachman and Parker (2012) U.S. 2002−2005 Cross sectional | NHIS; multistage probability survey n = 109,485 adults ages 18+ yr | Annual average PM$_{2.5}$ concentrations were estimated from a kriging model used to interpolate monitor concentrations. Median: 12.6 μg/m$^3$ Max: 24.7 μg/m$^3$ | OR: 0.98 (0.94, 1.03) | Correlation (r): NA Copollutant models with: NA |
| †To et al. (2015) See details above | See details above | See details above | RR: 1.1 (1.0, 1.3) | See details above |

AOD = aerosol optical depth; CI = confidence interval; km = kilometer; LOOCV = leave one out cross-validation; LUR = land use regression; μg/m$^3$ = micrograms per cubic meter; n = sample size; NA = not available; NHIS = National Health Interview Survey; NO$_2$ = nitrogen dioxide; NO$_X$ = sum of NO$_2$ and nitric oxide, NR = not reported; OR = odds ratio; PM = particulate matter; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; PM$_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm; r = correlation coefficient; RR = relative risk; SD = standard deviation; SHOW = Survey of the Health of Wisconsin; yr = year(s).

[a]Effect estimates are standardized to a 5-μg/m$^3$ increase in PM$_{2.5}$.

†Studies published since the 2009 PM ISA.

A limited number of studies on incident asthma in adults reported inconsistent evidence of an association. In a large prospective cohort study of women across the U.S., asthma incidence was associated 1-year avg PM$_{2.5}$ concentrations at the beginning of follow-up [OR: 1.3 (95% CI: 0.99, 1.7); Young et al. (2014)]. Cases were defined by self-reporting of all three of the following conditions: asthma diagnosis by a doctor, use of asthma medication, and presence of asthma symptoms. In support of the association seen with incident asthma, Young et al. (2014) also reported an increase in wheeze incidence associated with long-term exposure to PM$_{2.5}$. In contrast, the ESCAPE study, an analysis of six European cohorts, did not observe an association between long-term PM$_{2.5}$ concentrations and asthma onset in adults (Jacquemin et al., 2015). The finding was unchanged in a sensitivity analysis aimed at reducing exposure measurement error by restricting the analysis to cities with better LUR model validation.

SECTION 5.2: Long-Term PM2.5 Exposure and Respiratory Effects

00197108

Similarly, in a large cohort study of chronic disease prevalence in women living in Ontario, Canada, To et al. (2015) also reported a null association. However, because $PM_{2.5}$ concentrations were estimated from satellite observations of AOD taken in the middle of the study period, asthma cases were restricted to the years after exposure estimates were available, which reduced the case number and power of the study. Using the entire study population, To et al. (2015) observed an association between long-term $PM_{2.5}$ exposure and asthma prevalence.



CI = confidence interval; µg/m³ = micrograms per cubic meter; N = sample size; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

Note: †Studies published since the 2009 PM ISA. Black text/circles = studies evaluated in the 2009 PM ISA. Red text/circles = studies published since the completion of the 2009 PM ISA. Odds ratios are standardized to an increment of 5 µg/m³. Corresponding quantitative results and study details are reported in Table 5-22.

**Figure 5-32    Asthma and wheeze incidence and prevalence in adults in relation to long-term $PM_{2.5}$ exposure.**

00197109

In addition to the To et al. (2015) study, there were a few other studies that examined asthma prevalence in adults. These studies were of cross-sectional design and the results, similar to studies of asthma incidence, were also inconsistent. While a health survey-based study of adults in Wisconsin reported evidence of a large increase in odds of asthma prevalence in association with annual average $PM_{2.5}$ concentration in the previous year (OR: 3.58 [95% CI: 2.36, 5.43]), the authors did not observe an association with prevalent wheeze (Schultz et al., 2017). In contrast, cross-sectional analyses of a longitudinal cohort (Rice et al., 2015a) and a national health survey (Nachman and Parker, 2012) observed null associations between long-term exposure to $PM_{2.5}$ and asthma prevalence in adults.

### 5.2.3.3    Subclinical Effects Underlying Development of Asthma

Subclinical effects underlying the development of asthma, including airway inflammation and airway hyperresponsiveness, have been examined in both epidemiologic studies and animal toxicological studies. The 2009 PM ISA (U.S. EPA, 2009) reported a cross-sectional analysis of school children in Windsor, Ontario that observed an increase in airway inflammation (as measured by exhaled nitric oxide [eNO]) corresponding to an increase in annual $PM_{2.5}$ concentrations (Dales et al., 2008). Also reviewed in the 2009 PM ISA were several studies that reported subclinical effects underlying the development of asthma following long-term exposure to DE or woodsmoke. However, these studies did not distinguish between effects due to gases or particles in the mixture.

#### 5.2.3.3.1    Epidemiologic Studies

Recently, a longitudinal study of the CHS cohort reported that, in models adjusted for short-term $PM_{2.5}$ exposure, annual $PM_{2.5}$ concentrations were associated with a 10.3 ppb (95% CI: 3.0, 17.6) increase in FeNO (Berhane et al., 2014). Results from a prior CHS analysis (Bastain et al., 2011) showed that elevated eNO was associated with increased risk of new onset asthma. However, potential copollutant confounding was not examined in either study. Thus, there are a limited number of epidemiologic studies providing evidence for subclinical effects underlying the development of asthma in association with long-term exposure to $PM_{2.5}$.

#### 5.2.3.3.2    Animal Toxicological Study

Recently, a study evaluating the effects of $PM_{2.5}$ on the development of asthma has become available. Kim et al. (2016a) exposed BALB/c mice to nebulized DEPs for 4, 8, and 12 weeks and found increased BALF levels of the Th2 cytokines IL-5 (8 and 12 weeks) and IL-13 (4 and 12 weeks; $p < 0.05$). Because these mice were naïve and not sensitized or challenged with allergens, this result provides evidence that $PM_{2.5}$ can induce an immune phenotype in the absence of an allergen. In addition, airway

00197110

responsiveness to methacholine was assessed using whole-body plethysmography to measure Penh. Methacholine is a muscarinic receptor agonist that elicits bronchoconstriction and is used to evaluate airway hyperresponsiveness, a hallmark of asthma. DEP exposure resulted in increased Penh at all three time points studied ($p < 0.01$). As discussed in Section 5.1.2.3.5, there is uncertainty associated with the use of Penh for the determination of airway responsiveness. Additional study details are found in Table 5-23.

**Table 5-23    Study-specific details from an animal toxicological study of long-term PM$_{2.5}$ exposure and subclinical effects underlying development of asthma.**

| Study/Study Population | Pollutant | Exposure | Endpoints |
|---|---|---|---|
| Kim et al. (2016a)<br>Species: mouse<br>Sex: female<br>Strain: BALB/c<br>Age/weight: 5–6 weeks | DEP nebulized<br>Particle size: mean diameter 0.4 μm before nebulization and 1–5 μm after nebulization<br>Control: saline solution | Dose/concentration: 0.1 and 3 mg/m$^3$ DEP or saline<br>(Only results from 0.1 mg/m$^3$ reported here)<br>Duration: 1 h/day, 5 days/week for 4, 8, and 12 weeks<br>Time to analysis: 1 day after last exposure | Penh-methacholine challenge<br>BALF cells<br>BALF cytokines<br>Histochemistry<br>• Masson trichome staining of lung |

BALF = bronchoalveolar lavage fluid; DEP = diesel exhaust particles; h = hour(s); μg/m$^3$ = micrograms per cubic meter; Penh = enhanced pause; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

## 5.2.4    Development of Allergic Disease

The 2009 PM ISA (U.S. EPA, 2009) reviewed a limited number of epidemiologic studies examining a range of allergic indicators that found a mix of positive and null associations with long-term exposure to PM$_{2.5}$. While several studies reported PM$_{2.5}$ associations with hay fever/allergic rhinitis, indoor and outdoor allergic sensitization, and/or eczema, there was comparable evidence of null associations across the same endpoints within the reviewed studies. Most studies examining allergic endpoints assessed prevalence outcomes cross sectionally. In addition to a lack of prospective studies on allergic disease incidence, none of the studies reviewed in the 2009 PM ISA used copollutant models to evaluate the independent effect of PM$_{2.5}$. Studies published since the completion of the 2009 PM ISA encompass two main indicators of allergic disease: hay fever/allergic rhinitis diagnosis and allergic sensitization. In addition, a single recent animal toxicological study provided evidence that long-term PM$_{2.5}$ exposure can promote the development of a Th2 phenotype (see Section 5.2.3.3.2).

00197111

Allergic sensitization, measured by detectable allergen-specific IgE levels, was examined in the recent evidence base. A pooled analysis of five European birth cohorts reported that annual average $PM_{2.5}$ concentrations outside participants' birth addresses were associated with higher odds of sensitization to any common allergen at ages 4 and 8 years (Gruzieva et al., 2014). However, the association was driven by results from the PIAMA cohort in the Netherlands (Gehring et al., 2010), whereas analyses of other cohorts included in the pooled analysis, such as the LISA and GINI cohorts (Fuertes et al., 2013b), did not observe associations. The PIAMA cohort study observed associations with $PM_{2.5}$ concentrations outside birth addresses that were larger in magnitude compared to current addresses, but also reported associations that were larger in magnitude among nonmovers compared to movers (Gehring et al., 2010). As discussed in Section 5.2.3 on asthma development, early-life exposure may be important to allergic sensitization, but the critical exposure window may continue into later childhood. In a 2005−2006 NHANES study comprising a nationally representative sample of the U.S. population, Weir et al. (2013) found that annual average $PM_{2.5}$ concentration was associated with increased odds of sensitization to indoor allergens for exposure assigned from monitors within 20 miles of the participants' home address (OR: 1.27 [95% CI: 1.12, 1.45]) and using geocoded CMAQ $PM_{2.5}$ concentration estimates (OR: 1.26 [95% CI: 1.16, 1.38]). Associations with sensitization to food allergens were positive but imprecise, while sensitization to outdoor allergens were not related to annual average $PM_{2.5}$ concentrations. Although copollutant models were not examined, $PM_{2.5}$ was weakly correlated with $NO_2$ and $O_3$.

Other recent studies examined parental and self-reported hay fever/allergic rhinitis and rhino conjunctivitis in children and adults. A few studies of the PIAMA cohort reported that $PM_{2.5}$ assigned at birth address was not associated with increased odds of hay fever (Gehring et al., 2010) or rhino conjunctivitis incidence (Gehring et al., 2015b) in children. However, an association of $PM_{2.5}$ with hay fever was present in children who did not move during follow-up (OR: 1.43 [95% CI: 1.01, 2.04]). The lack of an association in the overall population may have been due to exposure measurement error for children who moved, as evident in the association among nonmovers. In contrast to Gehring et al. (2010), a pooled analysis of six Canadian and European cohorts (CAPPS, SAGE, PIAMA, BAMSE, and GINI/LISA), reported that birth-year $PM_{2.5}$ was associated with a 37% increase in odds of allergic rhinitis at age 7−8 years [95% CI: 1, 86%; Fuertes et al. (2013a)]. Wang et al. (2015a) also observed a positive association between parental-reported allergic rhinitis and cumulative long-term $PM_{2.5}$ exposure in a cohort of kindergarteners living within 10 km of an air quality monitoring station. In a cross-sectional study of adults in Wisconsin, Schultz et al. (2017) observed no evidence of a linear association between annual $PM_{2.5}$ concentrations and subjects who self-reported a physician diagnosis of allergies or hay fever (OR: 1.06 [95% CI: 0.74, 1.53]). However, the authors reported increased odds of allergies or hay fever for participants in the second (9.32−10.20 $\mu g/m^3$; OR: 1.38 [95% CI: 1.03, 1.76]) and third (10.21−10.85 $\mu g/m^3$; OR: 1.33 [95% CI: 1.00, 1.76]) quartiles of PM exposure compared to those in the first (6.59−9.31 $\mu g/m^3$), suggesting a potential nonlinear association.

In summary, recent studies evaluated associations between long-term exposure to $PM_{2.5}$ and various allergic outcomes in a mix of large representative cohort and cross-sectional survey studies.

SECTION 5.2: Long-Term PM2.5 Exposure and Respiratory Effects

00197112

While recent evidence includes more longitudinal study designs, there are no studies that evaluate copollutant models. Despite this limitation, there is generally consistent evidence of an association between long-term $PM_{2.5}$ exposure and allergic sensitization in single pollutant models. However, as seen in Weir et al. (2013) and studies reviewed in the 2009 PM ISA (U.S. EPA, 2009), consistent associations with specific allergens have not emerged. The findings for allergic rhinitis were inconsistent, although a limited number of studies that aimed to reduce exposure measurement error, either by restricting distance between study participants and monitors or by excluding participants who moved, did observe associations. Overall, evidence indicates an association between long-term exposure to $PM_{2.5}$ and at least some manifestations of allergic disease. Limited evidence from a single animal toxicological study showing that long-term exposure to DEP promotes the development of an allergic phenotype supports for epidemiologic findings of allergic responses.

### 5.2.5    Development of Chronic Obstructive Pulmonary Disease (COPD)

There were no epidemiologic studies examining the association between long-term exposure to $PM_{2.5}$ and COPD available for inclusion in the 2009 PM ISA (U.S. EPA, 2009). An animal toxicological study provided evidence for the development of emphysema, a form of COPD, following long-term exposure to woodsmoke, but did not distinguish between effects due to gases or particles in the mixture. Several recent epidemiologic studies examined COPD as an outcome using medical records data, lung function measures, and imaging data obtained in cohorts and cross-sectional studies based in North America and Europe. Studies also examined specific forms of COPD, including emphysema, marked by destruction of the alveolar region of the lungs, and chronic bronchitis, or long-term inflammation of the bronchial tubes. These studies are discussed below. There are no recent animal toxicological studies examining long-term exposure to $PM_{2.5}$ and COPD.

Recent large cohort studies examined the association between long-term $PM_{2.5}$ and COPD development. In a study of COPD incidence in the U.K., a dispersion model was used to assign annual-average $PM_{2.5}$ exposure to nearest postal code centroid for each patient (Atkinson et al., 2015). The authors reported that $PM_{2.5}$ was associated with higher odds of first COPD hospitalization (OR: 1.14 [95% CI: 0.96, 1.36]), but not for COPD diagnosis from a general practitioner (OR: 0.98 [95% CI: 0.84, 1.16]). Hospital admissions records may represent more severe cases of COPD, which may explain the difference in effect estimates. The COPD hospitalization results persisted in two-pollutant models with $SO_2$, $NO_2$, and $O_3$ ($r < 0.5$ for all pollutants). Similarly, 5-year avg $PM_{2.5}$ was associated with an increase, with wide confidence intervals, in the risk of hospitalization due to COPD (RR: 1.06 [95% CI: 0.93, 1.20]) in a large population-based cohort in metropolitan Vancouver (Gan et al., 2013). The study was limited to participants who had no previous record of COPD diagnosis, but hospitalization records were analyzed only for a few years prior. Thus, the hospitalization could reflect exacerbation of a previously diagnosed disease, rather than COPD onset. In a large cohort study of chronic disease prevalence in women living in Ontario, Canada, To et al. (2015) assigned $PM_{2.5}$ exposure at a postal code level using

00197113

satellite-based AOD observation data. The authors reported that the incidence and prevalence of COPD were associated with 8-year avg $PM_{2.5}$ concentrations. Contrasting evidence was observed in an ESCAPE project pooled analysis of four European cohorts (Schikowski et al., 2014). COPD was defined using prebronchodilator $FEV_1:FVC$ below the lower limit of normal (LLN) and the Global Initiative for Chronic Obstructive Lung Disease (GOLD) definition ($FEV_1:FVC < 0.70$). Annual $PM_{2.5}$ concentrations, estimated by LUR, were not associated with incidence (OR: 1.06 [95% CI: 0.73, 1.53]) or prevalence (OR: 0.95 [95% CI: 0.47, 1.9]) of COPD defined by LLN. Similar estimates were obtained using the GOLD definition of COPD.

A limited number of studies examined specific forms of COPD, including emphysema and chronic bronchitis. As discussed in the 2009 PM ISA (U.S. EPA, 2009), McConnell et al. (2003) reported associations between annual and 4-year avg $PM_{2.5}$ and bronchitic symptoms in a prospective study of children in 12 CHS communities. A recent pooled analysis of five European cohorts also examined chronic bronchitis in relation to $PM_{2.5}$ (Cai et al., 2014). Annual average $PM_{2.5}$ concentrations were not associated with chronic bronchitis in the overall population (OR: 0.90 [95% CI: 0.74, 1.09]), but were associated with chronic bronchitis in a subanalysis of nonsmokers (OR: 1.28 [95% CI: 0.95, 1.72]). A U.S. cross-sectional study using data from the National Health Interview Survey (NHIS) also observed an association between $PM_{2.5}$ concentrations in the past year and the odds of chronic bronchitis [OR: 1.08 (95% CI: 0.94, 1.24); Nachman and Parker (2012)]. The association between emphysema and exposure to $PM_{2.5}$ was examined cross sectionally in the MESA study (Adar et al., 2015). PM concentrations 1 year prior to baseline exam and 20-year avg exposures were estimated. Percent emphysema, determined from CT scans, was positively associated with both 1- and 20-year avg $PM_{2.5}$. However, these results were driven by lower mean percent emphysema in one city (St. Paul, MN) with the lowest $PM_{2.5}$ concentrations, and the associations were no longer positive after adjustment for study site, or in analyses excluding St. Paul, MN.

Recent studies provide some evidence that long-term $PM_{2.5}$ exposure may be associated with development of COPD in adults, but uncertainties remain. Notably, studies of COPD hospitalization may reflect exacerbation of previously diagnosed disease rather than disease onset. Additionally, hospitalizations may represent severe cases of COPD and may not account for the potential effect of short-term exposures leading to these acute events. There is also a lack of available studies that examine potential copollutant confounding. However, one study observed that $PM_{2.5}$ was associated with first-time COPD hospitalization independent of gaseous pollutants (Atkinson et al., 2015). Overall, a limited number of studies also provide evidence of an association between long-term exposure to $PM_{2.5}$ and chronic bronchitis, a specific form of COPD.

00197114

### 5.2.6    Respiratory Infection

In the 2009 PM ISA (U.S. EPA, 2009), results from epidemiologic studies indicated an association between PM and respiratory infection. However, this association was largely evident in studies of short-term PM exposure, as only one study examined the relationship between long-term exposure to $PM_{2.5}$ and respiratory infection. Several animal toxicological studies examined the effects of long-term exposure to DE on host defense. While evidence for altered host defense was found, these studies did not distinguish between effects due to gases or particles in the DE mixture. Recent epidemiologic studies in North America and Europe have examined the associations between long-term exposure to $PM_{2.5}$ and infant bronchiolitis, pneumonia, croup, and otitis media. There are no recent animal toxicological studies of long-term $PM_{2.5}$ exposure and host defense.

The association between infant bronchiolitis and long-term $PM_{2.5}$ exposure was examined in three large cohorts (Karr et al., 2009b; Karr et al., 2009a; Karr et al., 2007). A prominent respiratory infection in infancy, bronchiolitis is primarily caused by the respiratory syncytial virus (RSV) and results in inflammation of the bronchioles. As discussed in the 2009 PM ISA (U.S. EPA, 2009), Karr et al. (2009b) examined infant bronchiolitis hospitalization in a birth registry cohort in the Puget Sound region of Washington. Two similar studies, which were not reviewed in the 2009 PM ISA, also examined infant bronchiolitis in the Georgia Air Basin of British Columbia (Karr et al., 2009a) and the South Coast Air Basin of California (Karr et al., 2007). Each nested case-control study examined cumulative lifetime exposure to $PM_{2.5}$ in relation to bronchiolitis incidence in the first year of life. The results were inconsistent across studies.

Karr et al. (2009b) assigned lifetime average $PM_{2.5}$ from the closest fixed-site monitor within 20 km of subjects' residential postal code. The authors reported that $PM_{2.5}$ concentrations were associated with RSV bronchiolitis, but not all bronchiolitis, which includes bronchiolitis due to other infectious agents. However, in a model examining effect modification, Karr et al. (2009b) reported an association with all bronchiolitis for infants living within 5 km of a fixed-site monitor. The restricted analysis may have reduced exposure measurement error, as infants spend most of their time in or near their homes (Wiley et al., 1991). Karr et al. (2007) did not exclude maternal-infant pairs based on distance to monitor but reported that 90% of study participants lived within 17.7 km of a monitor. The authors observed a 4% increase in the odds of bronchiolitis hospitalization in the first year of life in relation to cumulative lifetime $PM_{2.5}$ exposure (95% CI: 2, 7). The association with $PM_{2.5}$ was robust to the inclusion of $O_3$ in a copollutant model (4% [95% CI: 2, 7]; $r = -0.24$). In contrast to evidence observed in Washington (Karr et al., 2009b) and California (Karr et al., 2007), Karr et al. (2009a) reported null associations between lifetime $PM_{2.5}$ exposure and infant bronchiolitis in British Columbia. The analysis included infants living within 10 km of a monitor and modeled exposure concentrations using an LUR model to produce similar results. A comparison of the $PM_{2.5}$ distributions across the three studies shows that mean concentration and variance are smallest in British Columbia (Figure 5-33). The narrow exposure range, resulting in limited variability in $PM_{2.5}$ concentrations, may have contributed to the lack of an observed association.

00197115



μg/m³ = micrograms per cubic meter.

Note: Large dots represent means; bold vertical lines represent medians. Red lines represent ± one standard deviation. For British Columbia, 25th and 75th percentiles were not reported, and so the interquartile range was assumed to center around the mean value. The maximum value for southern California was 111.0 μg/m³. The interquartile ranges the South Coast Air Basin, Puget Sound Region, and Georgia Air Basin were 10, 3.8, and 1.5 μg/m³, respectively.

**Figure 5-33     Exposure measurements from South Coast Air Basin (Karr et al., 2007), Puget Sound Region, WA (Karr et al., 2007), and Georgia Air Basin, British Columbia (Karr et al., 2009b).**

A limited number of studies evaluated other respiratory infection endpoints in infants or adults. MacIntyre et al. (2014b) examined parental-reported pneumonia, otitis media, and croup in an ESCAPE project pooled analysis of 10 European cohorts. $PM_{2.5}$ estimated outside birth residence was associated with an imprecise increase in odds of pneumonia in the first 36 months of life across all cohorts (OR: 2.58 [95% CI: 0.91, 7.27]). The association with $PM_{2.5}$ was attenuated, but still positive, in a two-pollutant model adjusting for $NO_2$ (OR: 1.91 [95% CI: 0.56, 6.57]; $r = 0.42-0.8$). A sensitivity analysis looking at alternative outcome windows showed the strongest association between long-term $PM_{2.5}$ and pneumonia diagnosed in the first year of life. Associations were null or negative for croup and otitis media. In a case-control study in Ontario, Canada, Neupane et al. (2010) assessed the risk of hospitalization for community-acquired pneumonia in adults 65 years of age or older in relation to long-term exposure to $PM_{2.5}$. A notable strength of this study was the use of radiologically confirmed pneumonia to reduce potential outcome misclassification. The authors assigned exposure at the residential level using two deterministic interpolation methods, bicubic splines and inverse-distance weighting, to estimate $PM_{2.5}$ concentrations at locations not coinciding with four air-quality monitors. Risk of hospitalization for pneumonia was associated with annual average $PM_{2.5}$ concentration, as estimated by both bicubic splines

00197116

(OR: 1.6 [95% CI: 0.99, 2.63]) and inverse-distance weighting (OR: 3.7 [95% CI: 1.3, 10.1]). However, given the acute nature of the examined outcome, some uncertainty remains regarding potential confounding due to short-term $PM_{2.5}$ exposure.

In summary, recent epidemiologic studies do not indicate a clear relationship between long-term $PM_{2.5}$ exposures and respiratory infection in infants or adults. While the limited number of studies reviewed generally reported associations between $PM_{2.5}$ and at least some of the examined respiratory infection outcomes, there was limited overlap in endpoints across studies. Where the same endpoint was examined across multiple studies, large birth cohort studies found some evidence of an association between $PM_{2.5}$ and infant bronchiolitis (Karr et al., 2009b; Karr et al., 2007), but the results were not entirely consistent (Karr et al., 2009a).

### 5.2.7    Severity of Respiratory Disease

The 2009 PM ISA (U.S. EPA, 2009) reported evidence of an association between long-term $PM_{2.5}$ concentrations and increased severity of respiratory disease in two cohort studies. In one of these, an association between long-term $PM_{2.5}$ concentrations and increased disease severity was indicated by higher odds of bronchitic symptoms in children with asthma (McConnell et al., 2003). Stages of asthma can range in severity from mild, moderate, moderate-persistent, to severe (NHLBI NAEPP, 2007). In a second cohort study reported in the 2009 PM ISA (U.S. EPA, 2009), there was evidence for higher odds of exacerbation in persons with cystic fibrosis (CF). Goss et al. (2004) observed that long-term $PM_{2.5}$ exposure was associated with increased odds of two or more CF exacerbations. CF exacerbations were defined as a CF-related pulmonary condition requiring admission to the hospital or use of home intravenous antibiotics. Particle deposition is increased in CF and particle distribution in the lungs is enhanced in poorly ventilated tracheobronchial regions in CF patients (Brown et al., 2001). Such focal deposition may partially explain the reported association of PM and CF exacerbation. No recent studies examined CF exacerbations in relation to long-term $PM_{2.5}$ concentrations. The 2009 PM ISA also evaluated an animal toxicological study that reported exacerbation of an asthma-like phenotype following long-term DE exposure. However, this study did not distinguish between effects due to gases or particles in the mixture. In addition, animal toxicological evidence for COPD exacerbation following long-term exposure to urban air exposure was reported; however, there was no measurement of $PM_{2.5}$ concentrations.

A limited number of recent epidemiologic studies showed an association between long-term exposure to $PM_{2.5}$ and severity demonstrated by increased risk of asthma hospitalizations and ED visits in children. A recent study also provided evidence of a similar association in adults. However, potential confounding by short-term exposures remains an uncertainty in ascertaining the independent effect of long-term $PM_{2.5}$ exposure. One recent animal toxicological study evaluated the exacerbation of asthma in an animal model of allergic airway disease.

00197117

### 5.2.7.1    Epidemiologic Studies

Exacerbation of asthma symptoms is an indicator of severity, with more severe symptoms potentially resulting in hospitalization. Recent studies have evaluated the relationship between long-term exposure to $PM_{2.5}$ and asthma-related hospitalizations and ED visits in children. In a cross-sectional analysis using data from the California Health Interview Survey (CHIS), Wilhelm et al. (2008) assessed asthma hospitalization and emergency room visits in children 0 to 17 years old. Annual average $PM_{2.5}$ concentrations in Los Angeles and San Diego, CA counties, measured by the nearest monitor within a 5-mile range, were not strongly associated with increased odds of asthma-related hospitalizations or emergency room visits (OR: 1.04 [95% CI: 0.68, 1.58]). However, there was an association in a copollutant model controlling for $O_3$ (OR: 1.9 [95% CI: 0.99, 3.7]). Meanwhile, a population-based cohort study of children in Quebec, Canada, the design of which is described in more detail in Tétreault et al. (2016a) and Section 5.2.3.1, also examined exacerbation of asthma in children (Tétreault et al., 2016b). The authors reported increases in hospital admissions and ED visits in relation to $PM_{2.5}$ concentrations measured outside birth residence (HR: 1.15 [95% CI: 1.14 to 1.15]) and using a time-varying model (HR: 1.07 [95% CI: 1.05 to 1.09]). $PM_{2.5}$ concentrations were estimated over a $10 \times 10$-km grid using satellite-based AOD observation data downscaled by the GEOS-Chem CTM. While these studies provide some evidence of an association between long-term exposure to $PM_{2.5}$ and asthma severity, neither study controlled for short-term exposures. Given the acute nature of the health endpoint, the observed effect could be partially or fully attributable to short-term increases in air pollution on the days prior to admission. Increases in asthma symptoms were also associated with long-term $PM_{2.5}$ concentrations in a cross-sectional study of adults (Balmes et al., 2014). Although asthma symptoms were self-reported using a non-validated ordinal questionnaire, responses are unlikely to be differentially misclassified according to exposure. Overall, recent studies examine asthma exacerbation in children and adults and provide additional evidence of a $PM_{2.5}$ effect on asthma severity. However, given the acute nature of the examined outcomes, some uncertainty remains regarding potential confounding due to short-term $PM_{2.5}$ exposure.

### 5.2.7.2    Animal Toxicological Study

Recently, a study evaluating the effects of $PM_{2.5}$ on severity of disease has become available. In Farraj et al. (2010), the effects of long-term DEP exposure were studied in an allergic mouse model. BALB/c mice, which had been sensitized with OVA, were exposed to DEP for 4 weeks, with OVA challenges occurring at 2 and 4 weeks. DEP exposure had no effect on the many OVA-induced changes in BALF cells, cytokines, and injury markers (LDH, albumin, protein), except for a decrease in IL-4 ($p < 0.05$). This may be due to the analysis occurring 5 days after the last DEP exposure. Typically, acute inflammatory responses are measured at 24−48 hours after exposure to PM. Furthermore, Farraj et al. (2010) found that DEP exposure had no effect on airway responsiveness, as assessed by

00197118

methacholine-induced changes in lung resistance, in the allergic mice. Additional study details for this study are found in Table 5-24.

**Table 5-24    Study-specific details from an animal toxicological study of long-term PM$_{2.5}$ exposure and severity of an asthma-like phenotype.**

| Study/Study Population | Pollutant | Exposure | Endpoints |
|---|---|---|---|
| Farraj et al. (2010)<br>Species: mouse<br>Sex: male<br>Strain: BALB/c<br>Age/weight: 6 weeks | DEP<br>NIST SRM 29 + 5<br>Particle size: 1.2 μm MMAD<br>Control: saline aerosol | Route: nose-only inhalation<br>Dose/concentration: 2.0 mg/m$^3$<br>Duration: 1 time per week for 4 weeks<br>Time to analysis: 5 days from last DEP<br>Coexposure: sham sensitization and saline aerosols. Diesel combustion gases not defined. | Lung injury<br>• BALF LDH, albumin, and protein<br>BALF cytokines<br>Lung function |

BALF = bronchoalveolar lavage fluid; DEP = diesel exhaust particles; LDH = lactate dehydrogenase; μg/m$^3$ = micrograms per cubic meter; μm = micrometer; MMAD = mass median aerodynamic diameter; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; NIST SRM = National Institute of Standards and Technology Standard Reference Material.

### 5.2.8    Subclinical Effects in Healthy Populations

Animal toxicological studies provide evidence for subclinical effects potentially underlying the development of respiratory disease in healthy populations. The 2009 PM ISA (U.S. EPA, 2009) reported several studies that evaluated the effects of long-term exposure to PM$_{2.5}$ on subclinical effects in healthy populations. These studies provided evidence of pulmonary injury, inflammation, oxidative stress, and morphological alterations following long-term exposure to DE, GE, and woodsmoke. While most studies made no effort to distinguish between effects due to gases or particles in the mixture, one study examined the effects of particle filtration. Injury and inflammatory responses to DE were diminished as a result of particle filtration, indicating that PM played a role in the responses. Recent animal toxicological studies examined subclinical effects related to an asthma-like phenotype as discussed above (see Section 5.2.3.3.2 and Section 5.2.7). Other respiratory-related subclinical effects, including oxidative stress, inflammation, and altered morphology have been investigated in studies of long-term PM$_{2.5}$ exposure. These results are discussed below, with additional study details found in Table 5-25.

00197119

**Table 5-25     Study-specific details from animal toxicological studies of long-term PM$_{2.5}$ exposure and subclinical effects.**

| Study/Study Population | Pollutant | Exposure | Endpoints |
|---|---|---|---|
| Aztatzi-Aguilar et al. (2015)<br>Species: rat<br>Sex: male<br>Strain: Sprague-Dawley | PM$_{2.5}$ CAPs<br>Mexico City<br>Particle size: PM$_{2.5}$<br>Control: filtered air | Route: inhalation<br>Dose/concentration:<br>PM$_{2.5}$ 178 µg/m$^3$<br>Duration:<br>acute 5 h/day, 3 days<br>subchronic 5 h/day,<br>4 days/week, 8 weeks<br>Time to analysis: 24 h | Gene and protein expression<br>• IL-6<br>• Kallikrein-kinin system<br>• RAS<br>• Heme oxygenase-1 |
| Deiuliis et al. (2012)<br>Species: mouse<br>Sex: male<br>Strain: C57BL/6 (wild type)<br>• CXCR3 knockout<br>• FOXp3-GFP knockout<br>Age/weight: 12 weeks | PM$_{2.5}$ CAPs<br>Columbus, OH<br>Particle size: ≤PM$_{2.5}$<br>Control: HEPA-filtered air | Route: whole-body inhalation<br>Dose/concentration:<br>115.5 µg/m$^3$<br>Duration: 6 h/day,<br>5 days/week, 24−28 weeks<br>Time to analysis: 1 h | Histopathology—lung<br>Oxidative stress:<br>• oxidized PAPC in BALF<br>T cell subsets<br>• CD3$^+$ lymphocytes—T regs<br>Gene expression-*1L-17α*, and *CXCR3* in CD4$^+$ T cells from lung |
| Guo et al. (2017)<br>Species: rat<br>Sex: female<br>Strain: Sprague-Dawley<br>Age/weight: 4−5 weeks | Ambient particles (Shanghai, China), liquid aerosol generator<br>Particle size: PM$_{2.5}$<br>Control: saline aerosol | Route: whole-body inhalation<br>Dose/concentration: 200, 1,000, and 3,000 µg/m$^3$<br>Duration: 3 h/day for 30 days | Nasal mucosa—<br>• Malondialdehyde<br>• SOD<br>• ATPases<br>• Mitochondrial mRNA and protein<br>• Histological and ultrastructural analysis<br>• Serum cytokines |
| Kampfrath et al. (2011)<br>Species: mouse<br>Sex: male<br>Strain: BALB/c (wild type) and TLR4 knockout<br>Age/weight: 6 weeks | PM$_{2.5}$ CAPs<br>Columbus, OH<br>Particle size: ≤PM$_{2.5}$<br>Control: HEPA-filtered air | Route: whole-body inhalation<br>Dose/concentration:<br>92.4 µg/m$^3$<br>Duration: 6 h/day,<br>5 days/week, 20 weeks | Oxidative stress: oxidized PAPC in BALF |

00197120

**Table 5-25 (Continued): Study-specific details from animal toxicological studies of long-term PM2.5 exposure and subclinical effects.**

| Study/Study Population | Pollutant | Exposure | Endpoints |
|---|---|---|---|
| Kim et al. (2016a)<br>Species: mouse<br>Sex: female<br>Strain: BALB/c<br>Age/weight: 5–6 weeks | DEP nebulized<br>Particle size: mean diameter 0.4 µm before nebulization and 1–5 µm after nebulization<br>Control: saline aerosol | Dose/concentration: 0.1 and 3 mg/m³ DEP or saline (only results from 0.1 mg/m³ reported here)<br>Duration: 1 h/day, 5 days/week for 4, 8, and 12 weeks<br>Time to analysis: 1 day after last exposure | BALF cells<br>BALF cytokines<br>Histochemistry<br><br>• Masson trichome staining of lung |
| Ramanathan et al. (2017)<br>Species: mouse<br>Sex: male<br>Strain: C57BL/6<br>Age/weight: 8 weeks | PM2.5 CAPs<br>Baltimore, MD<br>Particle size: PM2.5<br>Control: filtered air | Dose/concentration: 60.92 ± 21.31 µg/m³<br>Controls: 8.09 ± 2.61 µg/m³<br>Duration: 6 h/day, 5 days/week, 16 weeks | Nasal histopathology<br>Nasal airway lavage:<br>Inflammatory cells, cytokines, albumin |
| Tyler et al. (2016)<br>Species: mouse<br>Strain: C57BL/6 and ApoE knockout<br>Age/weight: 6–8 weeks | DEP, resuspended<br>Particle size: 1.5–3.0 ± 1.3–1.6 µm<br>Control: filtered air | Route: whole-body inhalation<br>Dose/concentration: 315.3 ± 50.7 µg/m³<br>Duration: 6 h/days for 30 days | BALF cells and cytokines<br>Particle uptake in bronchial macrophages |

ApoE = apolipoprotein E; ATPase = adenosine triphosphatase; BALF = bronchoalveolar lavage fluid; CAPs = concentrated ambient particles; CD = cluster of differentiation; CXCR3 = chemokine receptor CXCR3; DEP = diesel exhaust particle; FOXp3-GFP = forkhead box P3 green fluorescent protein; h = hour(s); HEPA = high-efficiency particulate air; IL-6 = interleukin-6; IL-17α = interleukin-17 α; µg/m³ = micrograms per cubic meter; µm = micrometer; mRNA = messenger ribonucleic acid; PAPC = 1-palmitoyl-2-arachidonoyl-sn-phosphatidylcholine; PM2.5 = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; RAS = renin-angiotensin system; SOD = superoxide dismutase, T-regs = regulatory T lymphocytes; TLR4 = toll-like receptor 4.

### 5.2.8.1    Respiratory Tract Oxidative Stress

The 2009 PM ISA (U.S. EPA, 2009) evaluated several studies that examined oxidative stress following long-term exposure to DE. These studies did not distinguish between effects due to gases or particles in the mixture. Recently, Kampfrath et al. (2011) investigated the effects of a 20-week exposure to PM2.5 CAPs in Columbus, OH on oxidized phospholipids in the lung. Responses were compared in wild type and toll-like receptor 4 (TLR4)-deficient BALB/c mice. Increased levels of two oxidized forms of 1-palmitoyl-2-arachidonoyl-sn-glycero-3-phosphocholine (PAPC), the most common phospholipid in BALF, were observed in wild-type mice exposed to PM2.5 CAPs. Statistical analysis of these results was not presented. In a follow-up study, Deiuliis et al. (2012) demonstrated the presence of oxidized PAPC in BALF in C57BL/6 mice exposed for 28 weeks to PM2.5 CAPs in Columbus, OH ($p = 0.001$), thus confirming the results of Kampfrath et al. (2011). Because oxidized lipids play a role in activating T cells, inflammatory T cells were also examined (see below). Aztatzi-Aguilar et al. (2015) found increased lung tissue heme oxygenase-1 activity in Sprague-Dawley rats following 8-weeks of exposure PM2.5 CAPs in

00197121

Mexico City ($p < 0.05$), while no changes in $\gamma$-glutamyl cysteine ligase catalytic subunit, another index of oxidative stress, were observed.

### 5.2.8.2    Respiratory Tract Inflammation

The 2009 PM ISA (U.S. EPA, 2009) reported several studies evaluating inflammation following long-term exposure to DE and woodsmoke. These studies did not distinguish between effects due to gases or particles in the mixture. Recently, Deiuliis et al. (2012) exposed wild-type C57BL/6 mice and mice deficient in T-cell chemokine receptor 3 (CXCR3) for 28 weeks to $PM_{2.5}$ CAPs in Columbus, OH. $PM_{2.5}$ CAPs exposure resulted in increased numbers of $CD11c^+$, but not $CD11b^+$, macrophages ($p < 0.0002$) in the lungs of wild-type mice, as assessed by flow cytometry. CXCR3 deficiency decreased basal numbers of these macrophage subtypes and responses to $PM_{2.5}$ CAPs exposure. In wild-type mice, $PM_{2.5}$ CAPs exposure resulted in increased numbers of T-cell subsets, including $CD3^+$ ($p = 0.005$), $CD4^+$ ($p = 0.007$), and $CD8^+$ lymphocytes ($p = 0.04$). Basal levels of these subsets and responses to $PM_{2.5}$ CAPs exposure were attenuated in CXCR3-deficient mice. A similar pattern of response was observed for activated $CD4^+$ $CD44^+$ $CD26L^-$ T cells ($p = 0.01$). However, in the case of central memory $CD4^+$ $CD44^+$ $CD26L^+$ $CCR7^+$ T cells, $PM_{2.5}$ CAPs exposure induced increases in both wild-type ($p = 0.01$) and CXCR4-deficient mice ($p = 0.04$). Expression of CXCR3 on $CD4^+$ ($p = 0.005$), but not $CD8^+$, T cells was increased by $PM_{2.5}$ CAPs. Gene expression was also evaluated in isolated lung $CD4^+$ T cell. Long-term $PM_{2.5}$ CAPs exposure increased expression of *CXCR3* and, *IL-17α*, but not *CCR3*, *CCR4*, and *IL-4*. These results show that long-term exposure to $PM_{2.5}$ CAPs induced T-cell infiltration and increased activation of effector T cells in the lungs and suggests a Th1 rather than a Th2 response. The role of CXCR3 in mediating the effects of $PM_{2.5}$ CAPs is unclear because its deficiency had effects on both basal and PM-stimulated inflammation. Results of this study indicate that activation of macrophages by oxidized phospholipids (see above) may lead to the release of cytokines, which recruit and activate T cells as part of a proinflammatory Th1 response.

Kim et al. (2016a) exposed BALB/c mice to nebulized DEP for 4, 8, and 12 weeks. DEP exposure resulted in increased numbers of BALF lymphocytes at 4 and 12 weeks ($p < 0.05$). Numbers of other inflammatory cells and total cells in BALF were not altered. However, increased levels of cytokines IFN-$\gamma$, IL-6, VEGF, and TGF-$\beta$ were observed in BALF at 12 weeks ($p < 0.05$). In contrast, two other studies found no evidence of inflammation following long-term $PM_{2.5}$ exposure. No increase in BALF inflammatory cells or cytokines or particle uptake into bronchial macrophages was observed in C57BL/7 mice exposed to resuspended DEP for 30 days (Tyler et al., 2016). However, inflammatory effects were observed in the hippocampus (Section 8.1.3). Aztatzi-Aguilar et al. (2015) exposed Sprague-Dawley rats for 8 weeks to $PM_{2.5}$ CAPs in Mexico City and found decreased protein expression of IL-6 in lung tissue ($p < 0.05$). However, long-term $PM_{2.5}$ CAPs exposure also had several effects on the RAS in the lung ($p < 0.05$). This included induced lung expression of the angiotensin 1 receptor gene, and increased

00197122

angiotensin 1 receptor protein levels. Protein levels and mRNA of angiotensin converting enzyme were not impacted. Components of the RAS play an important role in the pulmonary circulation.

### 5.2.8.3    Morphological Effects

In a long-term exposure study involving DEP, Kim et al. (2016a) found increased collagen deposition, as assessed by Masson trichrome staining, at 4, 8, and 12 weeks ($p < 0.05$; see Section 5.2.3.3.2). Increased and disordered collagen deposition underlies lung fibrosis, which is mediated in part by the cytokine TGF-β, whose levels were increased as a result of DEP exposure in this study ($p < 0.05$).

Recent studies also examine effects on nasal mucosa (Guo et al., 2017; Ramanathan et al., 2017). Guo et al. (2017) evaluated nasal injury and oxidative stress in Sprague-Dawley rats following 30-day inhalation of two concentrations of resuspended $PM_{2.5}$ from Shanghai, China. Long-term exposure to $PM_{2.5}$ resulted in increased malondialdehyde levels in nasal mucosa ($p < 0.05$). Morphological alterations were observed, including nasal epithelial necrosis, disarray of cilia, vascular congestion, and edema. At the ultrastructural level, mitochondrial alterations were observed, including swelling, cristae disorder, and vacuolization. Activities of several enzymes (superoxide dismutase, sodium potassium ATPase, calcium ATPase) in nasal mucosa were decreased by exposure ($p < 0.01$). Gene expression of *OPA1* and *Mnf1* and levels of the corresponding proteins, which are involved in mitochondrial fusion and fission, were increased by long-term exposure to both concentrations of $PM_{2.5}$ ($p < 0.01$). Ramanathan et al. (2017) examined the effects of a 16-week exposure to $PM_{2.5}$ CAPs in Baltimore, MD on the sinonasal barrier of C57BL/6 mice. Numbers of macrophages, neutrophils, and eosinophils were increased in NALF ($p < 0.05$). Levels of proinflammatory cytokines were also increased in NALF, including IL-1β, IL-13, and eotaxin-1. Immunostaining of sinonasal mucosa revealed increased staining for myeloperoxidase and eosinophil major basic protein positive cells ($p < 0.05$). Evidence for sinonasal epithelial cell barrier dysfunction was provided by decreased expression of tight junction and adherens junction proteins claudin-1 and E-cadherin and by increased levels of serum albumin in NALF ($p < 0.05$). Furthermore, morphometric analysis of the septal subepithelial thickness showed an increase as a result of long-term exposure to $PM_{2.5}$ ($p < 0.001$).

### 5.2.8.4    Summary of Subclinical Effects in Healthy Populations

Recent studies and one older study provided evidence for several subclinical effects potentially underlying the development of respiratory disease following long-term $PM_{2.5}$ exposure in healthy animal models. These include pulmonary injury, oxidative stress, inflammation, and altered morphology. In particular, increases in tissue and BALF expression of antioxidant genes and proteins and increases in BALF levels of oxidized phospholipids were found. Upregulation of cytokines in the lungs and

00197122

infiltration of inflammatory cells, including lymphocytes, monocytes, and specific T-cells subtypes consistent with a Th1 proinflammatory response, were also observed. In addition, long-term $PM_{2.5}$ exposure resulted in increased collagen deposition, an early step in the development of lung fibrosis, and upregulation of the RAS. While the above-mentioned studies focused on the lower airways, changes to the upper airways were also demonstrated. Two studies found evidence of oxidative stress, injury, inflammation, and morphologic changes in nasal mucosa resulting from long-term exposure to $PM_{2.5}$.

### 5.2.9    Subclinical Effects in Populations with Cardiovascular Disease

Animal toxicological studies provide evidence for subclinical effects potentially underlying the development of respiratory disease in populations with cardiovascular disease. The 2009 PM ISA (U.S. EPA, 2009) reported several studies that evaluated the effects of long-term exposure to $PM_{2.5}$ in animal models of cardiovascular disease, mainly focusing on pulmonary inflammation. In ApoE and LDL knockout mice, exposure for 1−5 months to $PM_{2.5}$ CAPs resulted in upregulation of gene expression in lung tissue, although no increases in BALF inflammatory cells were found. Inflammation and altered morphology were observed following long-term exposure to DE in spontaneously hypertensive (SH) rats. However, there was no attempt to distinguish between effects due to gases or particles in the DE mixture.

Recent studies examined pulmonary oxidative stress and inflammation. Evidence for pulmonary inflammation was found in SH rats exposed to $PM_{2.5}$ CAPs in Columbus, OH for 15 weeks (Ying et al., 2015). Expression of *TNF-α* and *IL-6* mRNA in lung tissue was increased at 15 weeks ($p < 0.05$) and remained elevated 5 weeks following the end of exposure. Xu et al. (2012) exposed ApoE knockout mice to $PM_{2.5}$ CAPs in Tuxedo, NY for 3 months. Monocytic infiltration into the lung was observed, as evidenced by increased numbers of F4/F80+ macrophage ($p < 0.001$). Wan et al. (2014) conducted a 2-month-long field study of ApoE knockout mice exposed to ambient air in Beijing and fed a Western diet. Urban air PM mainly consisted of $PM_{2.5}$, but it also contained some $PM_{10}$; other ambient pollutants were also present. Control mice were exposed to filtered ambient air, which contained greatly reduced concentrations of $PM_{2.5}$. Long-term exposure to Beijing urban air increased BALF levels of oxidized LDL and MDA, decreased BALF SOD and GSHPx activity, and increased BALF levels of IL-6 and TNF-α protein ($p < 0.05$). In contrast, Tyler et al. (2016) exposed ApoE knockout mice to resuspended DEP for 30 days and found no increase in inflammatory cells or cytokines in the BALF, although particle uptake into bronchial macrophages was increased ($p < 0.001$). Effects were also seen in the hippocampus (Section 8.2.3). Overall, evidence for inflammation was found in lung tissue following long-term exposure to $PM_{2.5}$ CAPs, but not in BALF following long-term exposure to DEP. Interpretation of effects due to long-term urban air exposure is complicated by the presence of $PM_{10-2.5}$. Additional study details are found in Table 5-26.

00197124

**Table 5-26    Study-specific details from animal toxicological studies of long-term PM$_{2.5}$ exposure and subclinical effects in populations with cardiovascular disease.**

| Study/Study Population | Pollutant | Exposure | Endpoints |
|---|---|---|---|
| Tyler et al. (2016)<br>Species: mouse<br>Strain: ApoE knockout<br>Age/weight: 6–8 weeks | DEP, resuspended<br>Particle size:<br>1.5–3.0 ± 1.3–1.6 µm<br>Control: filtered air | Route: whole-body inhalation<br>Dose/concentration:<br>315.3 ± 50.7 µg/m$^3$<br>Duration: 6 h/day for 30 days | BALF cells and cytokines<br>Particle uptake in bronchial macrophages |
| Wan et al. (2014)<br>Species: mouse<br>Sex: male<br>Strain: ApoE knockout (C57BL/6)<br>Age/weight: 9 weeks | Beijing PM<br>Particle size:<br>PM$_{2.5}$ + PM$_{10}$<br>Control: HEPA-filtered ambient air | Route: ambient Beijing air<br>Dose/concentration: PM$_{2.5}$<br>63.1 µg/m$^3$<br>PM$_{10–2.5}$ 37.2 µg/m$^3$ (estimated as the difference of PM$_{10}$ and PM$_{2.5}$ concentration measurements made with one continuous monitor)<br>Duration of exposure:<br>24 h/day, 7 days/week for 2 mo<br>Coexposure: Western diet | BALF cytokines—IL-6 and TNF-α<br>Oxidative stress markers—Ox LDL, malondialdehyde, SOD and GSHPx |
| Xu et al. (2012)<br>Species: mouse<br>Sex: male<br>Strain: ApoE knockout<br>Age/weight: 8 weeks | PM$_{2.5}$ CAPs<br>Tuxedo, NY<br>Particle sizes: PM$_{2.5}$<br>Control: filtered air | Route: Whole-body inhalation<br>Dose/concentration: PM$_{2.5}$ CAPs 70 µg/m$^3$<br>Duration of exposure: 6 h/day, 5 days/week for 3 mo | Histopathology—lung |
| Ying et al. (2015)<br>Species: rat<br>Sex: male<br>Strain: SHR<br>Age/weight: 5 weeks | PM$_{2.5}$ CAPs from Columbus, OH<br>Particle sizes: PM$_{2.5}$<br>Control: filtered air | Route: whole-body inhalation<br>Dose/concentration:<br>128.3 ± 60.4 µg/m$^3$<br>Duration: 6 h/day, 5 days/week for 15 weeks<br>Time to analysis: immediately or 5 weeks later | Gene expression—inflammatory markers in lung |

ApoE = apolipoprotein E; BALF = bronchoalveolar lavage fluid; CAPs = concentrated ambient particles; DEP = diesel exhaust particle; GSHPX = glutathione peroxidase; h = hour(s); HEPA = high-efficiency particulate air; IL-6 = interleukin-6; µg/m$^3$ = micrograms per cubic meter; µm = micrometer; mo = month(s); Ox-LDL = oxidized low-density lipoprotein; PM = particulate matter; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm, PM$_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm, SHR = spontaneously hypertensive rat; SOD = superoxide dismutase; TNF-α = tumor necrosis factor α.

00197125

### 5.2.10     Respiratory Mortality

Studies that examine the association between long-term $PM_{2.5}$ exposure and cause-specific mortality outcomes, such as respiratory mortality, provide additional evidence for $PM_{2.5}$-related respiratory effects, specifically whether there is evidence of an overall continuum of effects. Evidence from studies of long-term $PM_{2.5}$ exposure and mortality are presented in detail in Chapter 11. Evidence from studies investigating respiratory mortality provided limited and inconsistent evidence for a respiratory effect related to long-term $PM_{2.5}$ exposure in the 2009 PM ISA (U.S. EPA, 2009) and are summarized here to inform the effect of long-term $PM_{2.5}$ exposure on the continuum of respiratory health effects. The 2009 PM ISA (U.S. EPA, 2009) included evidence from two large, multicity U.S. studies: the American Cancer Society (ACS) cohort (Pope III et al., 2004) and the Harvard Six Cities cohort (Laden et al., 2006). Recent updates to these studies, as well as results from recent cohort studies, contribute to the body of evidence for this relationship (Figure 5-34).

Several recent analyses further evaluated the associations of long-term $PM_{2.5}$ exposures with risk of respiratory mortality based on the original ACS study (Pope et al., 1995), adding details about deaths due to respiratory disease (including COPD), and extending the follow-up period for the ACS to 22 years (1982−2004). In particular, Pope et al. (2014) and Turner et al. (2016) used the extended follow-up period of the ACS to examine the associations between long-term $PM_{2.5}$ exposure and respiratory disease and COPD. The results of these extended analyses demonstrated positive associations with respiratory disease and COPD mortality, which had not been previously evaluated among the ACS cohort. Similarly, Lepeule et al. (2012) reported the results of an extended analysis of the Harvard Six Cities cohort, extending the follow-up period to include deaths between 1974 and 2009. This was the first time that COPD mortality was evaluated among the Harvard Six Cities cohort; the relative risk was positive, but imprecise due to the smaller number of COPD deaths compared to deaths from other causes.

Several additional U.S. cohort studies evaluated the association between long-term $PM_{2.5}$ exposure and respiratory mortality. In a nationwide cohort of older Americans, Thurston et al. (2016) used monthly estimates of $PM_{2.5}$ concentration to assign annual mean concentrations to participants in the NIH-AARP cohort study and observed a positive association with respiratory mortality. The California Teachers Study (Lipsett et al., 2011; Ostro et al., 2010) examined the association between $PM_{2.5}$ and mortality among female public-school teachers and observed positive associations between long-term $PM_{2.5}$ exposure and respiratory mortality. In a reanalysis of the cohort with refined exposure assessment, Ostro et al. (2015) used a chemical transport model (CTM) to predict $PM_{2.5}$ concentrations with a 4-km spatial resolution, observing a null association between $PM_{2.5}$ exposure and respiratory mortality. Hart et al. (2011) examined the association between residential exposure to $PM_{2.5}$ estimated from a single year of monitoring data (2000) and mortality among men in the U.S. trucking industry in the Trucking Industry Particle Study (TrIPS). The results for respiratory mortality were similar to those reported by Lipsett et al. (2011) for respiratory mortality. The results for COPD mortality were null for the cohort and positive, although imprecise for a sensitivity analyses excluding long-haul drivers.

00197126



ACS = American Cancer Society; CanCHEC = Canadian Census Health and Environment Cohort; CCHS = Canadian Community Health Survey; COPD = chronic obstructive pulmonary disease; IQR = interquartile range; km = kilometer; NIH-AARP = National Institutes of Health—American Association of Retired Persons; LUR-BME = land use regression—Bayesian maximum entropy exposure model; µg/m³ = micrograms per cubic meter; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; TrIPS = Trucking Industry Particle Study.

Note: †Studies published since the 2009 PM ISA. Associations are presented per 5-µg/m³ increase in pollutant concentration. Circles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Study results from Lepeule et al. (2012) are representative of results from the Harvard Six Cities cohort; Study results from Turner et al. (2016) are representative of the results from the American Cancer Society cohort.

**Figure 5-34    Associations between long-term exposure to $PM_{2.5}$ and respiratory mortality in recent North American cohorts.**

     In an extended reanalysis of the CanCHEC, Crouse et al. (2015) observed associations for respiratory and COPD mortality that were just below the null value. The general pattern and magnitude of these associations were generally unchanged in cumulative risk models that include $O_3$ and/or $NO_2$. Pinault et al. (2016) linked a subset of participants from the CanCHEC to the Canadian Community Health Survey and observed positive associations with respiratory mortality. Pinault et al. (2016) was able

SECTION 5.2: Long-Term PM2.5 Exposure and Respiratory Effects

00197127

to use the individual-level covariate data on age, sex, smoking, alcohol consumption, obesity, and fruit/vegetable consumption that was not available in the larger CanCHEC. The inclusion of these individual-level data may help to explain the inconsistent results observed by Crouse et al. (2015) and Pinault et al. (2016).

Overall, the results of these recent U.S. cohort studies demonstrate a generally consistent, positive association between long-term $PM_{2.5}$ exposure and respiratory mortality, although the results from the two Canadian studies are inconsistent. In addition, a study conducted in Europe that pooled data from 22 existing cohort studies and evaluated the association between long-term $PM_{2.5}$ exposure and respiratory mortality observed an association for respiratory mortality near the null value (Dimakopoulou et al., 2014). The associations for respiratory mortality in analysis of pooled data were generally positive, although some inconsistencies among the results from different analyses of the same cohort provide some uncertainty in the stability of these results (Pinault et al., 2016; Crouse et al., 2015; Ostro et al., 2015; Ostro et al., 2010). Recent studies have evaluated the association between long-term $PM_{2.5}$ exposure and COPD mortality, a cause of death for which there has previously been little examination. These studies report modest positive associations with COPD mortality and the hazard ratios are generally less precise than those for respiratory mortality. A single study (Turner et al., 2016) examined deaths due to respiratory infection and long-term $PM_{2.5}$ exposure and observed a positive association.

### 5.2.10.1    Potential Copollutant Confounding of the $PM_{2.5}$-Mortality Relationship

In the examination of potential confounding effects of copollutants on the relationship between long-term $PM_{2.5}$ exposure and respiratory mortality, it is informative to evaluate whether $PM_{2.5}$ risk estimates are changed in copollutant models. Recent studies have examined the potential for copollutant confounding by evaluating copollutant models that include $O_3$ and $NO_2$ (Figure 5-35). These recent studies address a previously identified data gap by informing the extent to which effects associated with exposure to $PM_{2.5}$ are independent of coexposure to correlated copollutants in long-term analyses.

00197128



ACS = American Cancer Society; CanCHEC = Canadian Census Health and Environment Cohort; COPD = chronic obstructive pulmonary disease; µg/m³ = micrograms per cubic meter; NIH-AARP = National Institutes of Health—American Association of Retired Persons; NO₂ = nitrogen dioxide; NR = not reported; O₃ = ozone; PM = particulate matter; PM₂.₅ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

Note: †Studies published since the 2009 PM ISA. Circles and squares represent point estimates; horizontal lines represent 95% confidence intervals for PM₂.₅. Filled symbols represent effect of PM₂.₅ in single pollutant models, open circles represent effect of PM₂.₅ adjusted for O₃; open squares represent effect of PM₂.₅ adjusted for NO₂. Associations are presented per 5-µg/m³ increase in pollutant concentration.

**Figure 5-35    Long-term exposure to PM₂.₅ and mortality in single pollutant models and models adjusted for ozone or nitrogen dioxide.**

SECTION 5.2: Long-term PM2.5 Exposure and Respiratory Effects

00197129

The results for associations between long-term $PM_{2.5}$ exposure and respiratory mortality in single pollutant models and copollutant models adjusted for $O_3$ and $NO_2$ are shown in Figure 5-35. The correlations between $PM_{2.5}$ and $O_3$ exposures in the studies that conducted copollutant analyses were generally positive and moderate to strong, ranging from $r = 0.49$ to 0.73. Generally, the $PM_{2.5}$ effect estimates remained relatively unchanged in copollutant models adjusted for $O_3$. The associations persisted across different specific causes of respiratory mortality. The correlations between $PM_{2.5}$ and $NO_2$ exposures in studies that conducted copollutant analyses were positive and moderate ($r = 0.40$; $r = 0.55$). In one study (Jerrett et al., 2013), the $PM_{2.5}$ effect estimates remained relatively unchanged in a copollutant model adjusted for $NO_2$, whereas in another (Crouse et al., 2015), the $PM_{2.5}$ estimates increased and changed from negative to positive after adjusting for $NO_2$ for respiratory and COPD mortality.

## 5.2.11    Respiratory Effects and Declining $PM_{2.5}$ Concentrations

In the 2009 PM ISA (U.S. EPA, 2009), none of the reviewed studies related declining concentrations of long-term $PM_{2.5}$ to respiratory health endpoints. A reduction in air pollution can restore "biological normality by removal of an abnormal exposure" (Rose, 1981). In populations, this has been shown to lead to a reduction of risk in many people and result in a decline in cases of respiratory disease or improved lung function and development. Recent studies examine $PM_{2.5}$ decreases and improvements in respiratory health in children and adults. The majority of this recent evidence comes from prospective cohort studies of decreased $PM_{2.5}$ concentrations in CHS communities that observed improved respiratory health in children (Berhane et al., 2016; Gauderman et al., 2015).

### 5.2.11.1    Bronchitis

Since the beginning of the CHS studies, pollutant levels have been declining in the CHS southern California communities. Recently, Berhane et al. (2016) prospectively examined the relationship between declining pollutant levels and self-reported chronic bronchitis symptoms in three cohorts of children (n = 4,602) in eight communities. From 1992 to 2012, mean $PM_{2.5}$ concentrations declined across all communities from 20.5 to 14.4 $\mu g/m^3$. Due to significant differences in chronic bronchitis prevalence by asthma status, the authors presented separate results for children without asthma and children with asthma. As depicted in Figure 5-36, communities with greater reductions of $PM_{2.5}$ had larger unadjusted reductions of bronchitis symptoms. The relationship was noticeably stronger in children with asthma. In adjusted models, a 5-$\mu g/m^3$ decrease in $PM_{2.5}$ was associated with a 25% (95% CI: 11, 37) decrease in odds of bronchitic symptoms in 10-year-old children with asthma. Berhane et al. (2016) also observed decreases in bronchitic symptoms in 10-year-olds without asthma (OR: 0.84 [95% CI: 0.76, 0.93] per 5-$\mu g/m^3$ decrease in $PM_{2.5}$). The observed associations were relatively unchanged in copollutant models controlling for $O_3$ ($r = 0.54$). Copollutant models with other pollutants were not examined due to high

00197130

correlations (NO$_2$: $r = 84$; PM$_{10}$: $r = 0.88$). Meanwhile, observed decrements in bronchitic symptoms in 15-year-olds were similar, but slightly stronger than those seen in 10-year-olds.



µm/m³ = micrometer per cubic meter.
Source: Berhane et al. (2016).

**Figure 5-36**    **Estimated bronchitic symptom prevalence at age 10 years versus long-term change in mean PM$_{2.5}$ concentrations among Children's Health Study (CHS) participants by asthma status.**

### 5.2.11.2    Pulmonary Function

A recent study combined data obtained from three separate CHS cohorts to examine the association between long-term reductions in air pollution and lung development in children between the ages of 11 and 15 years (Gilliland et al., 2017; Gauderman et al., 2015). Study-specific details, including results, are presented in Table 5-19 (Section 5.2.2.1). Briefly, the study sample included children recruited from three separate CHS cohorts spread out over a 20-year period. The analysis was restricted to the five study communities (Long Beach, Mira Loma, Riverside, San Dimas, and Upland, CA) in which pulmonary function testing was performed in all three cohorts (n = 2,120). Significant improvements in lung-function growth were observed within and across communities as air quality improved over the study period (see Figure 5-37 for unadjusted relationship and Table 5-19 for fully adjusted model results).

SECTION 5.2: Long-Term PM2.5 Exposure and Respiratory Effects
5-209



FEV$_1$ = forced expiratory volume in 1 second; FVC = forced vital capacity; μg/m$^3$ = micrograms per cubic meter; mL = milliliter; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Note: The 4-year mean growth in FEV$_1$ and the mean growth in FVC from 11 to 15 years of age are plotted against the corresponding levels of PM$_{2.5}$ for each community and cohort.

Source: Gauderman et al. (2015).

**Figure 5-37    Mean 4-year lung-function growth versus the mean levels of PM$_{2.5}$.**

A similar study examined the impact of improved air quality on lung function in adults (Boogaard et al., 2013). Boogaard et al. (2013) conducted a small population-based study, aiming to describe the effect of traffic policy-related reductions in air pollution in 12 locations in the Netherlands (8 urban, 4 suburban). Study details and results are presented in Table 5-20 (Section 5.2.2.2). In summary, baseline lung function was measured in 746 participants prior to implementation of a low emission zone traffic policy. Lung function was measured again at follow-up, 2 years after policy implementation (87% follow-up). In adjusted analyses, 2-year declines in PM$_{2.5}$ were associated with increases in FVC and decreases in airway resistance, indicating improvements in lung function associated with reductions in PM$_{2.5}$.

### 5.2.11.3    Summary

Initial studies examining the relationship between improvements in air quality and whether this resulted in beneficial changes in respiratory effects observed a consistent relationship between decreasing PM$_{2.5}$ concentrations and improved respiratory health. These results provide corroborating evidence of an association between PM$_{2.5}$ and lung development (Section 5.2.2) and bronchitis (Section 5.2.5). Examination of potential copollutant confounding was limited, but there was evidence that the PM$_{2.5}$ effect was robust in models including O$_3$ (Berhane et al., 2016).

SECTION 5.2: Long-Term PM2.5 Exposure and Respiratory Effects

00197132

### 5.2.12    Associations between Long-Term Exposure to $PM_{2.5}$ Components and Sources and Respiratory Effects

The 2009 PM ISA (U.S. EPA, 2009) did not include an organized discussion of the potential relationship between long-term exposure to $PM_{2.5}$ components and respiratory effects. The limited number of available studies found some evidence of an association between respiratory health and exposure to elemental and organic carbon (EC and OC), but no studies examining metals were available. In addition to constituting a small body of evidence, the EC and OC results did not adjust for $PM_{2.5}$ mass, which raises additional uncertainties considering that EC and OC are components within the complex mixture that is $PM_{2.5}$, and the generally high correlations ($r > 0.7$) between EC, OC, and $PM_{2.5}$. Since the completion of the 2009 PM ISA, several recent studies have further examined $PM_{2.5}$ components, including metals, and a limited number of these studies have attempted to control for potential confounding by $PM_{2.5}$ mass. In addition to studies of carbon fractions and metals, a recent study also examined respiratory health effects related to the oxidative potential (OP) of $PM_{2.5}$. Due to a limited number of studies for most individual components, and even fewer studies for any given endpoint, no single component is identified as having a stronger relationship with respiratory effects or one that clearly differs from that of $PM_{2.5}$ total mass. All of the studies presented in Figure 5-38 are discussed in greater detail throughout this chapter, such that the discussion in this section will not focus on specific study details unless they are specifically relevant to interpretation of $PM_{2.5}$ component results.

Figure 5-39 charts the trend of results for $PM_{2.5}$ mass and individual $PM_{2.5}$ components studies detailed in Figure 5-38. The focus of the figure and the ensuing discussion is on studies of lung function and asthma, for which there is evidence of an association with long-term exposure to $PM_{2.5}$. Where available, the chart reflects $PM_{2.5}$ mass-adjusted component results.

00197133



BC = black carbon; COPD = chronic obstructive pulmonary disease; Cr = chromium; Cu = copper; EC = elemental carbon; Fe = iron; FEV$_1$ = forced expiratory volume in 1 second; FVC = forced vital capacity; K = potassium; Ni = nickel; OC = organic carbon; OP$^{DTT}$ = oxidative potential from dithiothreitol; OP$^{ESR}$ = oxidative potential from electron spin resonance; PM = particulate matter; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm, S = sulfur; Si = silicon; V = vanadium; Zn = zinc.

[a]PM$_{2.5}$ estimate came from a different study of the same cohort (Eeftens et al., 2014).

‡Associations adjusted for PM$_{2.5}$ mass.

Note: † PM$_{2.5}$ component studies published since the 2009 PM ISA. Dark blue = study reported statistically significant association between PM$_{2.5}$/component and impaired respiratory health outcome; light blue = study reported association between PM$_{2.5}$/component and impaired respiratory health outcome regardless of width of confidence intervals; light orange = study reported null or inverse association; red = study reported statistically significant association between PM$_{2.5}$/component and improved respiratory health outcome; gray = study did not examine individual component. Studies sorted by outcome.

**Figure 5-38**    **Heat map of associations observed between long-term exposure PM$_{2.5}$ and PM$_{2.5}$ components and respiratory health.**

00197134



BC = black carbon, Cr = chromium; Cu = copper, EC = elemental carbon, Fe = iron, K = potassium, n = number of estimates across the studies detailed in <u>Figure 5-38</u> for $PM_{2.5}$ mass or the individual $PM_{2.5}$ components, Ni = nickel, NR = not reported; OC = organic carbon, OP-DTT = oxidative potential from dithiothreitol; OP-ESR = oxidative potential from electron spin resonance; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm, S = sulfur; Si = silicon, V = vanadium; Zn = zinc.

Note: Bars represent the percentage of results for $PM_{2.5}$ mass or $PM_{2.5}$ components from lung function and asthma studies detailed in <u>Figure 5-38</u> that show statistically significant impaired respiratory health (dark blue), impaired respiratory health (light blue), null/improved respiratory health (light orange), or statistically significant improved respiratory health (red). When available, this figure uses $PM_{2.5}$ mass-adjusted component associations. See <u>Figure 5-38</u> for more details.

**Figure 5-39     Distribution of associations for $PM_{2.5}$ and $PM_{2.5}$ components examined in studies detailed in <u>Figure 5-38</u>.**

### 5.2.12.1   Elemental Carbon, Black Carbon, and Organic Carbon

As discussed in the 2009 PM ISA (<u>U.S. EPA, 2009</u>), <u>Gauderman et al. (2004)</u> examined the relationship between lung function growth and long-term exposure to EC and OC. The authors observed evidence of an association between EC and OC exposure and lung development in children, as measured by 8-year growth in $FEV_1$, FVC, and MMEF. In a recent, expanded CHS analysis examining an additional cohort, <u>Breton et al. (2011)</u> observed similar results to <u>Gauderman et al. (2004)</u>. However,

00197314

$PM_{2.5}$ effects were noted in both studies, and EC and OC were highly correlated with $PM_{2.5}$ ($r = 0.91$ for both components), adding uncertainty to the independent effect of either component. Results from a limited number of recent studies also suggest a potential link between EC and asthma incidence in children. However, the results are not as consistent as those for $PM_{2.5}$.

### 5.2.12.2    Metals

Elemental fractions of $PM_{2.5}$ were examined as predictors of lung function in two European cohort studies (Gehring et al., 2015a; Eeftens et al., 2014). In an ESCAPE project analysis of 6- to 8-year-old children in five European birth cohorts, Eeftens et al. (2014) reported small reductions in $FEV_1$, between 0.5 and 1.5%, associated with IQR increases in Cu, Fe, Ni, S, and V. However, after adjustment for $PM_{2.5}$ mass, all negative associations were null except for Fe and S. Similar single-pollutant results were noted in 8- to 12-year-old children in the PIAMA cohort (Gehring et al., 2015a), which was also included in the ESCAPE analysis. The authors did not report $PM_{2.5}$-mass adjusted results. Gehring et al. (2015a) also reported associations between all examined metals and asthma incidence (Cu, Fe, K, Ni, S, Si, V, and Zn).

As discussed previously for EC and OC, moderate to high correlations with $PM_{2.5}$, as well as negated effects in models adjusting for $PM_{2.5}$, indicate uncertainty about the independence of the observed associations between elemental fractions of $PM_{2.5}$ and respiratory health. Additionally, the ESCAPE cohorts, including PIAMA, implemented LUR models to estimate exposure to $PM_{2.5}$ components. The models predicted concentration variance with varying degrees of accuracy ($R^2 = 0.53-0.79$), potentially introducing more exposure measurement error for some components compared to others (de Hoogh et al., 2013). Overall, explained variance was generally higher for $PM_{2.5}$ mass compared to components, indicating greater confidence in the $PM_{2.5}$ concentrations as compared to components.

### 5.2.12.3    Oxidative Potential

Information from recent studies on the oxidative potential (OP) of $PM_{2.5}$ (i.e., the inherent capacity of PM to generate reactive oxygen species) is presented in a study of the PIAMA cohort in the Netherlands (Yang et al., 2016). The authors propose a link between oxidative potential of $PM_{2.5}$, $PM_{2.5}$ exposure, oxidative stress and inflammation, and respiratory health effects. Yang et al. (2016) reported associations with asthma incidence and lung function decrements ($FEV_1$ and FVC). Results were dependent on the methods used to quantify OP, with health effects observed with OP measured using the dithiothreitol assay, but null effects for OP measured using spin resonance assay. Results also differed by exposure period, with stronger associations generally observed between the aforementioned respiratory health effects and OP estimated (by LUR) for the concurrent period, compared to OP estimated at

00197136

participants' birth address. Asthma and lung function associations with OP persisted with adjustment in two-pollutant models for $PM_{2.5}$, $NO_2$, and several $PM_{2.5}$ metals.

### 5.2.12.4    Summary

Overall, recent studies add evidence for respiratory effects related to long-term $PM_{2.5}$ component exposures. However, evidence remains limited for any component being more strongly associated with a specific respiratory effect compared to $PM_{2.5}$ mass. Additionally, due to generally high component correlations with $PM_{2.5}$ mass, it is uncertain whether the exposure estimates adequately represent exposure to the components rather than a marker for $PM_{2.5}$, which is more strongly associated with respiratory health effects across many studies.

### 5.2.13    Summary and Causality Determination

The 2009 PM ISA (U.S. EPA, 2009) concluded that there is a *likely to be causal relationship* between long-term $PM_{2.5}$ exposure and respiratory effects (U.S. EPA, 2009).[62] This conclusion was based mainly on epidemiologic evidence demonstrating associations between long-term $PM_{2.5}$ exposure and changes in lung function or lung function growth rate in children. Correlations of $PM_{2.5}$ concentrations with concentrations of other air pollutants, and a limited number of studies that examined potential copollutant confounding, made the interpretation of epidemiologic results more challenging. However, the consistency of findings across different locations supported an independent effect of $PM_{2.5}$. Biological plausibility was provided by a single animal toxicological study involving pre- and postnatal exposure to $PM_{2.5}$ CAPs that found impaired lung development. Recent studies enhance the evidence base. The evidence for the relationship between long-term exposure to $PM_{2.5}$ and respiratory effects is summarized in Table 5-27, using the framework for causality determinations described in the Preamble to the ISAs (U.S. EPA, 2015).

---

[62] As detailed in the Preface, risk estimates are for a 5-$\mu g/m^3$ increase in annual $PM_{2.5}$ concentrations unless otherwise noted.

00197137

**Table 5-27    Summary of evidence for a *likely to be causal relationship* between long-term PM$_{2.5}$ exposure and respiratory effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | PM$_{2.5}$ Concentrations Associated with Effects[c] (µg/m$^3$) |
|---|---|---|---|
| *Lung Function and Development* | | | |
| Consistent epidemiologic evidence from multiple studies at relevant PM$_{2.5}$ concentrations | Studies provide evidence of decrements in lung function growth and for decrements in attained lung function in children in multiple cohorts. | Children: Gauderman et al. (2015); Gehring et al. (2015a); Gauderman et al. (2004) | Children: CHS community mean concentration range: 6−28 PIAMA cohort: 16.4 |
| | Evidence of PM$_{2.5}$-related acceleration of lung function decline in adults. | Adults: Rice et al. (2015a) Adam et al. (2015) Section 5.2.2 | Adults: Framingham: 10.8 ESCAPE range: 9.5−17.8 |
| | Supporting evidence PM$_{2.5}$-related respiratory effects provided by studies showing improvements in lung function growth associated with declining PM$_{2.5}$ concentrations. | Gauderman et al. (2015) Boogaard et al. (2013) Section 5.2.11 | |
| Limited evaluation of confounding by copollutants | Potential copollutant confounding for lung function growth is examined in a limited number of studies, with some evidence that associations remain robust in models with gaseous pollutants. However, there is uncertainty regarding studies in Asia due to high annual PM$_{2.5}$ concentrations. | Hwang et al. (2015) Gehring et al. (2013) Wang et al. (2015b) | |
| Limited evidence from toxicological studies at relevant concentrations | Evidence of impaired mouse lung development with pre- and postnatal exposure to ambient concentrations of urban fine particles. | Mauad et al. (2008) | 17 |
| Biological plausibility | Evidence from an animal toxicological study provides biological plausibility for epidemiologic evidence indicating PM$_{2.5}$-related reductions in lung function growth. | Section 5.2.1 | |

00197138

**Table 5-27 (Continued): Summary of evidence for a *likely to be causal relationship* between long-term PM2.5 exposure and respiratory effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | PM2.5 Concentrations Associated with Effects[c] (μg/m³) |
|---|---|---|---|
| *Development of Asthma* | | | |
| Consistent epidemiologic evidence from multiple studies at relevant PM2.5 concentrations | Longitudinal studies provide evidence of associations with asthma incidence in children. | Carlsten et al. (2011) Tétreault et al. (2016a) Gehring et al. (2015b) Section 5.2.3.1 | 5.2−16.5 |
| | Evidence for a relationship between PM2.5 exposure and asthma prevalence in children and childhood wheeze. | Chiu et al. (2014) Section 5.2.3.1 | 11.2 |
| Limited evaluation of confounding by copollutants | Potential copollutant confounding for asthma incidence in children is examined in a single study, with limited evidence that associations remain robust in models with NO2. | MacIntyre et al. (2014a) | |
| Coherence in epidemiologic studies across the continuum of effects | Supporting evidence provided by associations with eNO, a marker of pulmonary inflammation. | Dales et al. (2008) Berhane et al. (2014) | |
| Limited evidence from toxicological studies at relevant concentrations | Results show the development of an allergic Th2 phenotype, increased bronchial obstruction, and collagen deposition in the lungs of DEP-exposed mice. | Kim et al. (2016a) | 100 |
| Biological plausibility | Evidence from an animal toxicological study provides biological plausibility for epidemiologic findings for the development of asthma. | Section 5.2.3.3 | |
| *Respiratory Effects in Healthy Populations* | | | |
| Strong evidence from toxicological studies at relevant concentrations | Results show oxidative stress, inflammation, and morphologic changes in both the upper (nasal) and lower airways. Upregulation of the RAS was also reported. | Section 5.2.8 | 61−200 |

SECTION 5.2: Long-Term PM2.5 Exposure and Respiratory Effects

00197139

**Table 5-27 (Continued): Summary of evidence for a *likely to be causal relationship* between long-term PM$_{2.5}$ exposure and respiratory effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | PM$_{2.5}$ Concentrations Associated with Effects[c] (µg/m³) |
|---|---|---|---|
| *Respiratory Mortality* | | | |
| Consistent epidemiologic evidence from multiple studies at relevant PM$_{2.5}$ concentrations | Cohort studies show positive associations for respiratory mortality and cause-specific respiratory mortality, including COPD and infection. | Thurston et al. (2016) | 10.2−13.6 |
| | | Lipsett et al. (2011) | 15.6 |
| | | Ostro et al. (2010) | 17.0 |
| | | Hart et al. (2011) | 14.1 |
| | | Pinault et al. (2016) | 6.3 |
| | | Crouse et al. (2015) | 8.9 |
| | | Turner et al. (2016) | 12.6 |
| | | Pope et al. (2014) | 12.6 |
| | | Lepeule et al. (2012) | 11.4−23.6 |
| Uncertainty regarding confounding by copollutants and exposure measurement error | Potential copollutant confounding is examined in a few studies with some evidence that associations remained robust in models with gaseous pollutants. Exposure measurement error is less likely for long-term PM$_{2.5}$ compared with shorter averaging times and other size fractions. | Section 5.2.10 | |
| Morbidity evidence provides some coherence with underlying causes of respiratory mortality | Epidemiologic evidence of COPD development and respiratory infection provide some coherence for cause-specific respiratory mortality. | Section 5.2.5 Section 5.2.6 | |
| *Other Respiratory Endpoints* | | | |
| Limited epidemiologic evidence from studies of allergic disease, severity of respiratory disease, and COPD development | Generally consistent evidence of an association for allergic sensitization. However, there is not evidence of consistent associations with specific allergens. | Gruzieva et al. (2014) Gehring et al. (2010) Weir et al. (2013) Section 5.2.4 | 12.7−16.9 |
| | Limited evidence of increased bronchitic symptoms and increased hospitalizations in children with asthma. | McConnell et al. (2003) Tétreault et al. (2016b) Section 5.2.7 | 9.9−13.8 |
| | Cohort studies provide some evidence of associations with COPD development. | Atkinson et al. (2015) Gan et al. (2013) To et al. (2015) Section 5.2.5 | 4.1−12.5 |

SECTION 5.2: Long-Term PM2.5 Exposure and Respiratory Effects

00197140

**Table 5-27 (Continued): Summary of evidence for a *likely to be causal relationship* between long-term PM₂.₅ exposure and respiratory effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | PM$_{2.5}$ Concentrations Associated with Effects[c] (µg/m³) |
|---|---|---|---|
| Coherence of related effects across disciplines | Evidence from an animal toxicological study provides coherence with epidemiologic findings for the development of an allergic phenotype. | Kim et al. (2016a) | 100 |
| | Exposure to DEP did not worsen the asthma phenotype. | Farraj et al. (2010) | 2,000 |
| Other uncertainties | Studies of COPD development and severity of respiratory disease may not account for the potential effect of short-term exposures leading to these acute events. | Section 5.2.5 Section 5.2.7 | |

CHS = Children's Health Study; COPD = chronic obstructive pulmonary disease; DEP = diesel exhaust particles; eNO = exhaled nitric oxide; ESCAPE = European Study of Cohorts for Air Pollution Effects; µg/m³ = micrograms per cubic meter; NO₂ = nitrogen dioxide; PIAMA = Prevention and Incidence of Asthma and Mite Allergy; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; RAS = renin-angiotensin system.

[a]Based on aspects considered in judgments of causality and weight of evidence in causal framework in Table I and Table II of the Preamble to the ISAs (U.S. EPA, 2015).

[b]Describes the key evidence and references, supporting or contradicting, contributing most heavily to causality determination and, where applicable, to uncertainties or inconsistencies. References to earlier sections indicate where full body of evidence is described.

[c]Describes the PM$_{2.5}$ concentrations with which the evidence is substantiated.

Multiple cohort studies measuring lung function development over time continue to support the relationship between long-term PM$_{2.5}$ exposure and decrements in lung function growth, providing evidence for a robust and consistent association across study locations, exposure assessment methods, and time periods (Section 5.2.2). The relationship between PM$_{2.5}$ and lung function development is further supported by a recent study that related declining PM$_{2.5}$ concentrations to improvements in pulmonary function growth. Epidemiologic studies also examined asthma development in children (Section 5.2.3). A few recent prospective cohort studies in children found generally positive associations, but several are imprecise (i.e., reporting wide confidence intervals). Supporting evidence is provided by studies of asthma prevalence in children, by studies of childhood wheeze, and by studies of eNO, a marker of pulmonary inflammation. A recent animal toxicological study showing the development of an allergic phenotype and an increase in a marker of airway responsiveness provides biological plausibility for allergic asthma. One epidemiologic study reports a copollutant model with NO₂, in which the PM$_{2.5}$ effect persisted. Other epidemiologic studies focusing on lung function in adults and report a PM$_{2.5}$-related acceleration of lung function decline in adults, while improvement was observed with declining PM$_{2.5}$ concentrations (Section 5.2.11). Declining PM$_{2.5}$ concentrations are also associated with an improvement in chronic bronchitis symptoms in children in a recent longitudinal study, strengthening evidence reported

00197141

in the 2009 PM ISA for a relationship between increased chronic bronchitic symptoms and long-term $PM_{2.5}$ exposure (Section 5.2.11).

A common uncertainty across the epidemiologic studies is the lack of examination of copollutants to assess the potential for confounding. While there is some evidence that associations remain robust in models with gaseous pollutants, several studies examining copollutant confounding are conducted in Asia, and thus have limited generalizability due to high annual pollutant concentrations. Exposure measurement error is less likely for long-term $PM_{2.5}$ compared with shorter averaging times and other size fractions (Section 3.4.5). Animal toxicological studies continue to provide evidence that long-term exposure to $PM_{2.5}$ results in a variety of respiratory effects. Recent studies show pulmonary oxidative stress, inflammation, and morphologic changes in the upper (nasal) and lower airways. Other results show changes consistent with the development of allergy and asthma and impaired lung development, which are mentioned above. **Overall, the collective evidence is sufficient to conclude a *likely to be causal relationship* between long-term $PM_{2.5}$ exposure and respiratory effects.**

## 5.3    Short-Term $PM_{10-2.5}$ Exposure and Respiratory Effects

The 2009 PM ISA (U.S. EPA, 2009) concluded that the relationship between short-term exposure to $PM_{10-2.5}$ and respiratory effects is "suggestive of a causal relationship" (U.S. EPA, 2009), based on a limited number of epidemiologic studies supporting associations with some respiratory effects and a limited number of experimental studies that provide biological plausibility.[63] Epidemiologic findings were consistent for hospital admissions and ED visits for respiratory infection and respiratory-related diseases, but not for COPD. Evidence that short-term $PM_{10-2.5}$ exposure exacerbates asthma was inconsistent in epidemiologic studies. In addition, these studies were characterized by overall uncertainty in the exposure assignment approach. Limited information was available regarding potential copollutant confounding across the array of respiratory effects examined. Controlled human exposure studies of short-term $PM_{10-2.5}$ exposure found no lung function decrements and inconsistent evidence for pulmonary inflammation in healthy individuals or human subjects with asthma. Animal toxicological studies were limited to those using noninhalation (e.g., intra-tracheal instillation) routes of $PM_{10-2.5}$ exposure.

Recent epidemiologic findings more consistently link $PM_{10-2.5}$ to asthma exacerbation, and a recent controlled human exposure study in individuals with asthma found pulmonary inflammation and other alterations of the immune system following short-term exposure to $PM_{10-2.5}$ CAPs (Section 5.3.2). Recent animal toxicological studies use noninhalation routes of $PM_{10-2.5}$ exposure and demonstrate enhanced allergic responses in models of allergic airway disease, which share phenotypic features with asthma in humans. Recent epidemiologic findings are more consistent than previous findings for COPD exacerbation (Section 5.3.3), consistent with previous findings for respiratory-related diseases

---

[63] As detailed in the Preface, risk estimates are for a 10-µg/m³ increase in 24-hour avg $PM_{10-2.5}$ concentrations unless otherwise noted.

00197142

(Section 5.3.5), and somewhat inconsistent with previous findings for respiratory infection (Section 5.3.4). Respiratory effects related to short-term $PM_{10-2.5}$ exposure in healthy people remain uncertain (Section 5.3.6). Evidence from recent epidemiologic studies is inconsistent. A controlled human exposure study found no evidence for changes in lung function. In contrast, a few recent studies involving short-term inhalation exposure of rodents showed decreased lung function and increased pulmonary inflammation.

Previous epidemiologic studies using a single dichotomous $PM_{10-2.5}$ monitor or averaging across monitors to obtain an estimate for $PM_{10-2.5}$ concentration likely have more uncertainty in the exposure surrogate compared with $PM_{2.5}$, given spatiotemporal variability in ambient $PM_{10-2.5}$ concentrations (Section 3.3.1.1 and Section 3.4.2.2). Uncertainties were compounded for previous epidemiologic studies that estimate $PM_{10-2.5}$ concentration as the difference between $PM_{10}$ concentration and $PM_{2.5}$ concentration from monitors that were not collocated. For asthma exacerbation, recent epidemiologic studies have improved exposure assessment with $PM_{10-2.5}$ measurements in subjects' microenvironments using personal samplers. However, across respiratory outcome groups, uncertainties remain regarding copollutant confounding.

### 5.3.1    Biological Plausibility

This section describes biological pathways that potentially underlie respiratory health effects resulting from short-term exposure to $PM_{10-2.5}$. Figure 5-40 graphically depicts the proposed pathways as a continuum of upstream events, connected by arrows, that may lead to downstream events observed in epidemiologic studies. This discussion of how short-term exposure to $PM_{10-2.5}$ may lead to respiratory health effects contributes to an understanding of the biological plausibility of epidemiologic results evaluated later in Section 5.3. Note that the structure of the biological plausibility sections and the role of biological plausibility in contributing to the weight-of-evidence analysis used in the 2009 PM ISA are discussed in the Preface, Section P.3.2.1.

Once $PM_{10-2.5}$ deposits in the respiratory tract, it may be retained, cleared, or solubilized (see Chapter 4). Insoluble and soluble components of $PM_{10-2.5}$ may interact with cells in the respiratory tract, such as epithelial cells, inflammatory cells, and sensory nerve cells. One way in which this may occur is through reduction-oxidation (redox) reactions. As discussed in Section 2.3.3, PM may generate reactive oxygen species (ROS) and this capacity is termed "oxidative potential." Furthermore, cells in the respiratory tract may respond to the presence of PM by generating ROS. Further discussion of these redox reactions, which may contribute to oxidative stress, is found in Section 5.1.1 of the 2009 PM ISA (U.S. EPA, 2009). In addition, poorly soluble particles may translocate to the interstitial space beneath the respiratory epithelium and accumulate in the lymph nodes (see Chapter 4). Immune system responses due to the presence of particles in the interstitial space may contribute to respiratory health effects.

00197143

Evidence that short-term exposure to $PM_{10-2.5}$ may affect the respiratory tract generally falls along two proposed pathways (Figure 5-40). The first pathway begins with injury, inflammation, and oxidative stress responses, which are difficult to disentangle. Inflammation generally occurs because of injury and oxidative stress, but it may also lead to further oxidative stress and injury due to secondary production of ROS by inflammatory cells. The second pathway begins with the activation of sensory nerves in the respiratory tract that can trigger local reflex responses and transmit signals to regions of the central nervous system that regulate autonomic outflow.



$PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm.
Note: The boxes above represent the effects for which there is experimental or epidemiologic evidence related to $PM_{10-2.5}$ exposure, and the arrows indicate a proposed relationship between those effects. Shading around multiple boxes is used to denote a grouping of these effects. Arrows may connect individual boxes, groupings of boxes, and individual boxes within groupings of boxes. Progression of effects is generally depicted from left to right and color coded (gray = exposure; green = initial effect; blue = intermediate effect; orange = effect at the population level or a key clinical effect). Here, population-level effects generally reflect results of epidemiologic studies. When there are gaps in the evidence, there are complementary gaps in the figure and the accompanying text below.

**Figure 5-40    Potential biological pathways for respiratory effects following short-term $PM_{10-2.5}$ exposure.**

### 5.3.1.1    Injury, Inflammation, and Oxidative Stress

Experimental evidence that short-term exposure to $PM_{10-2.5}$ may affect the respiratory tract by inflammation-mediated pathways is provided by a limited number of inhalation studies. In healthy human subjects, some studies involving short-term exposure to $PM_{10-2.5}$ CAPs found inflammatory responses

SECTION 5.3: Short-Term PM10−2.5 Exposure and Respiratory Effects

00197144

(Graff et al., 2009; Alexis et al., 2006), while others did not (Behbod et al., 2013; Gong et al., 2004b). In human subjects with asthma, Alexis et al. (2014) found increased neutrophils in the BW, increased cytokines in BALF and BW, decreased expression of markers of innate immune and antigen presentation cell surface receptors, and increased expression of inflammatory cell surface receptors and the low-affinity IgE receptor. These changes indicate that alterations in innate host defense and allergic responses may occur. However, no increased markers of airway inflammation or changes in lung function were found by Gong et al. (2004b) in humans with asthma. Variability in results of studies that involved short-term exposure to $PM_{10-2.5}$ CAPs may reflect differences in concentration and sources of $PM_{10-2.5}$ present in the airshed. Some epidemiologic studies linked short-term exposure to $PM_{10-2.5}$ to eNO, a marker of airway inflammation, in healthy individuals (Matt et al., 2016; Kubesch et al., 2015) and in children with asthma (Sarnat et al., 2012). Inflammatory and allergic responses in the context of asthma provide plausibility for epidemiologic findings of hospital admissions and ED visits for asthma (Section 5.3.2.1).

Two recent inhalation studies in rodents demonstrated inflammatory responses (Aztatzi-Aguilar et al., 2015; Amatullah et al., 2012). Increases in BALF total cells and macrophages and increased tissue IL-6 levels were observed following short-term exposure to $PM_{10-2.5}$ CAPs. Because rodents are obligatory nasal breathers (as opposed to humans who are oronasal breathers), deposition of inhaled $PM_{10-2.5}$ is expected to primarily occur in the extrathoracic airways (i.e., the nose) of rodents and to result in a much smaller fraction deposited in the lower respiratory tract compared with humans. Supportive evidence for respiratory tract effects is provided by animal toxicological studies involving noninhalation routes of exposure (i.e., oropharyngeal aspiration, intra-nasal instillation, subcutaneous injection). Pulmonary injury, oxidative stress, inflammation, and morphological changes were observed in healthy animals and in an animal model of cardiovascular disease (Section 5.3.6.3). In models of allergic airway disease, exposure to $PM_{10-2.5}$ by noninhalation routes enhanced allergic responses (Kurai et al., 2016; McGee et al., 2015; Kurai et al., 2014; He et al., 2012). The enhancement of allergic responses may underly exacerbation of asthma resulting from short-term exposure to $PM_{10-2.5}$ (Section 5.3.2).

### 5.3.1.2    Activation of Sensory Nerves

One of the recent inhalation studies in rodents involving short-term $PM_{10-2.5}$ CAPs exposure demonstrated changes in lung function (Amatullah et al., 2012). Baseline total respiratory resistance and the maximum response to methacholine were increased and quasi-static compliance was decreased. The rapid nature of the lung function responses, which indicate airway obstruction, seen in the study by Amatullah et al. (2012) (i.e., immediately following the 4-hour exposure) indicates that activation of sensory nerves in the respiratory tract, possibly in the nasal airways, and the triggering of local reflex responses may have contributed to the effects of $PM_{10-2.5}$. Activation of sensory nerves in the respiratory tract can also transmit signals to regions of the central nervous system that regulate autonomic outflow and influence all the internal organs, including the heart. No changes in heart rate or heart rate variability

00197145

were observed, indicating that altered autonomic outflow to the heart did not occur. Findings of lung function changes in this experimental study provide plausibility for epidemiologic findings related to asthma exacerbation.

Aztatzi-Aguilar et al. (2015) also found changes in components of the RAS. The RAS and the sympathetic nervous system, which is one arm of the ANS, are known to interact in a positive feedback fashion (Section 8.1.2) with important ramifications in the cardiovascular system. However, it is not known whether SNS activation or some other mechanism mediated the changes in the RAS observed in the respiratory tract in this study.

### 5.3.1.3    Summary

As described here, there are two proposed pathways by which short-term exposure to $PM_{10-2.5}$ may lead to respiratory health effects. One pathway involves respiratory tract inflammation and allergic responses, which are linked to asthma exacerbation. The second pathway involves the activation of sensory nerves in the respiratory tract leading to lung function decrements, which are also linked to asthma exacerbation. While experimental studies involving animals or human subjects contribute most of the evidence of upstream effects, epidemiologic studies found associations between short-term exposure to $PM_{10-2.5}$ and respiratory tract inflammation. Together, these proposed pathways provide biological plausibility for epidemiologic evidence of respiratory health effects and will be used to inform a causality determination, which is discussed later in the chapter (Section 5.3.8).

### 5.3.2    Asthma Exacerbation

In the 2009 PM ISA (U.S. EPA, 2009), the evaluation of the relationship between short-term $PM_{10-2.5}$ exposure and asthma hospital admissions and ED visits was limited to single-city studies. These studies primarily focused on analyses of people of all ages, with a smaller number of studies examining associations in children and older adults. Across studies, there was inconsistent evidence of an association between short-term $PM_{10-2.5}$ exposure and asthma hospital admissions and between short-term $PM_{10-2.5}$ exposure and asthma ED visits, with some studies reporting evidence of a positive association while others did not. In addition, there was limited epidemiologic evidence linking short-term $PM_{10-2.5}$ exposure and respiratory symptoms in children with asthma. As detailed in Section 5.1.2, it is often difficult to reliably diagnose asthma in children <5 years of age, potentially complicating the interpretation of results from studies that focus on $PM_{10-2.5}$ effects in children. In the single controlled human exposure study which was evaluated, no evidence for decrements in pulmonary function or inflammation was found.

00197146

### 5.3.2.1    Hospital Admissions and Emergency Department (ED) Visits

Recent epidemiologic studies continue to examine whether there is evidence of an association between short-term $PM_{10-2.5}$ exposure and asthma hospital admissions and ED visits, but the overall assessment remains limited to a small number of studies. Across studies, there is evidence of generally consistent, positive associations between $PM_{10-2.5}$ and asthma hospital admissions and between short-term $PM_{10-2.5}$ exposure and asthma ED visits (Figure 5-41). The results from asthma hospital admission and ED visit studies in children are supported by a study focusing on asthma physician visits in Atlanta, GA, for the initial time period of the study, but this pattern of associations was not observed for the later time period at lag 3−5 days (Sinclair et al., 2010). However, as mentioned in Section 5.1.2.1, insurance type may dictate whether an individual visits the doctor or a hospital, making it difficult to readily compare results between studies focusing on physician visits versus hospital admissions and ED visits.

Across $PM_{10-2.5}$ studies, a remaining uncertainty is the varying methods employed to measure ambient $PM_{10-2.5}$ concentrations (Section 2.5.1.2.3) and the subsequent impact on exposure measurement error (Section 3.3.1.1). Similar to previous hospital admission and ED visit sections, the focus of this section is on those studies that address uncertainties and limitations in the evidence as detailed in the 2009 PM ISA (U.S. EPA, 2009), such as potential copollutant confounding and model specification. For each of the studies evaluated in this section, Table 5-28 presents the air quality characteristics of each city, or across all cities, the exposure assignment approach used, and information on copollutants examined in each asthma hospital admission and ED visit study. Other recent studies of asthma hospital admissions and ED visits are not the focus of this evaluation because they did not address uncertainties and limitations in the evidence previously identified. Additionally, many of these studies were conducted in small single-cities, encompassed a short study duration, or had insufficient sample size. The full list of these studies can be found in HERO: https://hero.epa.gov/hero/particulate-matter.

00197147



avg = average; ED = emergency department; PM = particulate matter; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm.

Note: †Studies published since the 2009 PM ISA. Black text = U.S. and Canadian studies included in the 2009 ISA.

[a]Results for temperatures <25°C.

[b]Results for temperatures ≥25‡C.

Corresponding quantitative results are reported in Supplemental Material (U.S. EPA, 2018).

**Figure 5-41**  **Summary of associations from studies of short-term PM$_{10-2.5}$ exposures and asthma hospital admissions and emergency department (ED) visits for a 10-µg/m$^3$ increase in 24-hour avg PM$_{10-2.5}$ concentrations.**

00197148

**Table 5-28    Epidemiologic studies of short-term $PM_{10-2.5}$ exposure and hospital admissions, emergency department visits, and physician visits for asthma.**

| Study, Location, Years, Age Range | Exposure Assessment/Measurement of $PM_{10-2.5}$ Concentrations | Mean (SD) Concentration $\mu g/m^{3a}$ | Upper Percentile Concentrations $\mu g/m^{3a}$ | Copollutant Examination |
|---|---|---|---|---|
| **Hospital Admissions** | | | | |
| Sheppard (2003) Seattle, WA 1987−1994 <65 yr | Average of two monitors $PM_{10-2.5}$ estimated by calculating difference between $PM_{10}$ and $PM_{2.5}$ at a collocated monitor. | 16.2 | 90th: 29.0 | Correlation (r): 0.43 $PM_{2.5}$, 0.73 $PM_{10}$, 0.19 $O_3$, 0.34 $SO_2$, 0.56 CO Copollutant models with: NR |
| †Zhao et al. (2016) Dongguan, China 2013−2015 All ages | Average of five monitors $PM_{10-2.5}$ estimated by calculating the difference between $PM_{10}$ and $PM_{2.5}$ averaged across all monitors. | 18.6 | 75th: 22.6 Max: 96.4 | Correlation (r): 0.42 $O_3$, 0.58 $SO_2$, 0.60 $NO_2$ Copollutant models with: $O_3$, $SO_2$, $NO_2$ |
| †Cheng et al. (2015) Kaohsiung, Taiwan 2006−2010 All ages | Average of six monitors $PM_{10-2.5}$ estimated by calculating difference between $PM_{10}$ and $PM_{2.5}$ at a collocated monitor. | 31.7 | 75th: 42.1 Max: 490 | Correlation (r): 0.64 $PM_{2.5}$, 0.89 $PM_{10}$, 0.24 $O_3$, 0.53 $NO_2$, 0.47 CO, 0.19 $SO_2$ Copollutant models with: $O_3$, $NO_2$, CO, $SO_2$ |
| **ED Visits** | | | | |
| ATSDR (2006) Manhattan and Bronx, NY 1999−2000 5−18 yr; all ages | One monitor per borough $PM_{10-2.5}$ estimated by calculating difference between $PM_{10}$ and $PM_{2.5}$ at a collocated monitor. | Manhattan: 7.1 Bronx: 7.7 | NR | Correlation (r): NR Copollutant models with: NR |

SECTION 5.3: Short-Term PM10−2.5 Exposure and Respiratory Effects

00197149

**Table 5-28 (Continued): Epidemiologic studies of $PM_{10-2.5}$ and hospital admissions, emergency department visits, and physician visits for asthma.**

| Study, Location, Years, Age Range | Exposure Assessment/Measurement of $PM_{10-2.5}$ Concentrations | Mean (SD) Concentration $\mu g/m^{3a}$ | Upper Percentile Concentrations $\mu g/m^{3a}$ | Copollutant Examination |
|---|---|---|---|---|
| Peel et al. (2005) Atlanta, GA 1998−2000 All ages | One monitor $PM_{10-2.5}$ directly measured by a dichotomous monitor (Van Loy et al., 2000). | 9.7 | 90th: 16.2 | Correlation ($r$): NR Copollutant models with: NR |
| Slaughter et al. (2005) Spokane, WA 1995−1999 All ages | One monitoring site $PM_{10-2.5}$ estimated by calculating difference between $PM_{10}$ and $PM_{2.5}$ at collocated monitors. | ED visits | NR | Correlation ($r$): 0.31 $PM_{2.5}$, 0.94 $PM_{10}$, 0.32 CO Copollutant models with: NR |
| †Malig et al. (2013) 35 California counties 2005−2008 All ages | Difference of collocated $PM_{10}$ and $PM_{2.5}$ concentration, assigned from the nearest monitoring station within 20 km of population-weighted ZIP code centroid. | 5.6−34.4 | NR | Correlation ($r$): 0.31 $PM_{2.5}$, 0.38 $O_3$, 0.14 CO Copollutant models with: $PM_{2.5}$, $O_3$, $NO_2$, CO, $SO_2$ |
| †Strickland et al. (2010) Atlanta, GA 1993−2004 5−17 yr | Population-weighted average across monitoring site $PM_{10-2.5}$ directly measured by a dichotomous monitor (Van Loy et al., 2000). | 9.0 | NR | Correlation ($r$): cold season = 0.29, 0.51, −0.05 $O_3$, 0.25 $NO_2$, 0.22 CO, 0.08 $SO_2$; warm season = 0.26, 0.49, 0.15 $O_3$, 0.36 $NO_2$, 0.32 CO, 0.13 $SO_2$ Copollutant models with: NR |

00197150

**Table 5-28 (Continued): Epidemiologic studies of $PM_{10-2.5}$ and hospital admissions, emergency department visits, and physician visits for asthma.**

| Study, Location, Years, Age Range | Exposure Assessment/Measurement of $PM_{10-2.5}$ Concentrations | Mean (SD) Concentration $\mu g/m^{3a}$ | Upper Percentile Concentrations $\mu g/m^{3a}$ | Copollutant Examination |
|---|---|---|---|---|
| *Physician Visits* | | | | |
| †Sinclair et al. (2010)<br>Atlanta, GA<br>1998–2002<br>Children and adults | One monitor<br>$PM_{10-2.5}$ directly measured by a dichotomous monitor (Van Loy et al., 2000). | Overall: 9.6<br>August 1998–August 2000: 9.7<br>September 2000–December 2002: 9.5 | NR | Correlation (*r*): 0.43 CO warm season, 0.50 $NO_2$ cold season<br>Copollutant models with: NR |

avg = average; CO = carbon monoxide; ED = emergency department; h = hour(s); km = kilometer; max = maximum; $\mu g/m^3$ = micrograms per cubic meter; $NO_2$ = nitrogen dioxide; NR = not reported; $O_3$ = ozone; PM = particulate matter; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 $\mu m$ and less than or equal to 10 $\mu m$; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 $\mu m$; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 $\mu m$; *r* = correlation coefficient; SD = standard deviation; $SO_2$ = sulfur dioxide; yr = year(s).

ªAll data are for 24-h avg unless otherwise specified.

†Studies published since the 2009 PM ISA.

SECTION 5.3: Short-Term PM10–2.5 Exposure and Respiratory Effects

00197151

Recent studies that examine the association between short-term $PM_{10-2.5}$ exposure and asthma hospital admissions were conducted in Taiwan (Cheng et al., 2015) and China (Zhao et al., 2016). Cheng et al. (2015), in a study conducted in Kaohsiung, Taiwan, focused on whether the association between short-term $PM_{10-2.5}$ exposure and asthma hospital admissions varied if the mean temperature of each day was above or below 25°C. The authors reported positive associations similar in magnitude for both temperature ranges (≥25‡C: RR: 1.02 [95% CI: 1.00, 1.05]; <25°C: RR: 1.04 [95% CI: 1.01, 1.07]). Zhao et al. (2016), in a study conducted in Dongguan, China, also reported evidence of a positive association with $PM_{10-2.5}$ that was similar in magnitude (5.5% [95% CI: 1.0, 10.2]; lag 0−3). Both Cheng et al. (2015) and Zhao et al. (2016) examined potential copollutant confounding with gaseous pollutants (i.e., $NO_2$, $SO_2$, $O_3$, and CO). In both studies, moderate ($r > 0.4$ and $r < 0.8$) to low correlations ($r < 0.4$) were reported between $PM_{10-2.5}$ and all pollutants (Table 5-28). In Cheng et al. (2015), the results from copollutant analysis were similar to those reported in the single-pollutant analyses (≥25‡C: single pollutant, RR = 1.02, copollutant, RR = 1.01 to 1.02; <25°C: single pollutant, RR = 1.04, copollutant RR = 1.02 to 1.04). Zhao et al. (2016) also reported that results remained relatively unchanged in copollutant models with $SO_2$ and $O_3$, but the association with $NO_2$ was attenuated and uncertain (1.8% [95% CI: −2.9, 6.8]).

A limited number of epidemiologic studies evaluated in the 2009 PM ISA (U.S. EPA, 2009) examined asthma ED visits and short-term exposure to $PM_{10-2.5}$ and were limited to single-city studies. Recent studies of ED visits consist of studies conducted in the U.S. that collectively provide evidence of a positive association between asthma ED visits and $PM_{10-2.5}$. Malig et al. (2013), in a study of 35 California counties, observed positive associations across single-day lags ranging from 0 to 2 days, with the strongest association in terms of magnitude and precision at lag 2 (3.3% [95% CI: 2.0, 4.6]) in an analysis of people of all ages. This result was found to persist when excluding extreme (i.e., highest 5%) $PM_{10-2.5}$ concentrations. Additionally, Malig et al. (2013) provided some evidence that the association between asthma ED visits and $PM_{10-2.5}$ is larger in magnitude in the warm months (quantitative results not presented). The all-year results of Malig et al. (2013) are supported by Strickland et al. (2010) in a study conducted in Atlanta, GA that focused on pediatric asthma ED visits where the authors reported an RR of 1.06 (95% CI: 1.02, 1.1) for a 0−2-day lag. However, when examining seasonal associations, the authors reported evidence that contradicts Malig et al. (2013), with associations being larger in magnitude in the cold months (RR: 1.07 [95% CI: 1.02, 1.13]) compared to the warm months (RR: 1.04 [95% CI: 0.99, 1.10]). Of the ED visit studies only, Malig et al. (2013) examined potential copollutant confounding with $PM_{2.5}$ and reported that results were robust to the inclusion of $PM_{2.5}$ in the model (3.0% [95% CI: 1.8, 4.2], lag 2).

Across both asthma hospital admission and ED visit studies there was a rather limited assessment of the influence of model specification on the relationship with $PM_{10-2.5}$, as well as the lag structure of associations. Zhao et al. (2016) examined whether varying the degrees of freedom (df) per year to account for temporal trends and increasing the df for the temperature covariate impacted the association between $PM_{10-2.5}$ and asthma hospital admission. In both cases, the authors reported results consistent with those

00197152

observed in the main model (quantitative results not presented). Strickland et al. (2010) took a different approach to examining model misspecification by examining associations with asthma ED visits 1 day after the visit (lag −1 day), which can provide evidence of residual confounding. In an analysis limited to the warm season, the authors did not observe any evidence of potential residual confounding (RR: 1.01 [95% CI: 0.97, 1.04]). Overall, the limited association of model specification provides initial evidence indicating that models adequately account for temporal trends and the confounding effects of weather.

### 5.3.2.1.1    Concentration-Response Relationship

To date, very few studies have conducted analyses to examine the C-R relationship between short-term $PM_{10-2.5}$ exposure and respiratory-related hospital admissions and ED visits, including asthma. Recent studies provide a limited analysis of the C-R relationship and are limited to examining linearity without conducting a systematic evaluation of potential alternatives to linearity (Zhao et al., 2016; Malig et al., 2013), along with quintile analyses used to examine whether there is evidence that the risk of asthma ED visits changes at different $PM_{10-2.5}$ concentrations (Strickland et al., 2010).

Malig et al. (2013) examined the C-R relationship between short-term $PM_{10-2.5}$ and asthma ED visits in 35 California counties by focusing on model fit and whether replacing a linear term in the model with a squared term for $PM_{10-2.5}$ improved model fit. The authors reported no evidence of an improvement in model fit when allowing for the potential of nonlinearity in the $PM_{10-2.5}$-asthma ED visits relationship. The results of Malig et al. (2013) are consistent with Zhao et al. (2016) in a study conducted in Dongguan, China where there was evidence of a linear relationship when including a natural spline along the range of $PM_{10-2.5}$ concentrations where the data density is the highest (Figure 5-42).

Instead of examining the shape of the C-R curve, Strickland et al. (2010) conducted a quintile analysis to examine whether the association between $PM_{10-2.5}$ and asthma ED visits changed at different concentrations. For the warm season, the authors did not observe any evidence of an association when comparing each quintile to the referent (i.e., quintile 1). However, when examining the cold season, Strickland et al. (2010) reported evidence that the risk of an asthma ED visit increased as $PM_{10-2.5}$ concentrations increased, with the strongest associations observed for the 4th (RR: 1.05 [95% CI: 0.99, 1.10]) and 5th (RR: 1.08 [95% CI: 1.02, 1.14]) quintiles.

00197153



µg/m³ = micrograms per cubic meter; PM$_c$ and PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm.

Source: Zhao et al. (2016).

**Figure 5-42    Concentration-response relationship between short-term PM$_{10-2.5}$ exposure and asthma emergency department visits at lag 2 for a natural spline model with three degrees of freedom (df) for Dongguan, China.**

### 5.3.2.2    Respiratory Symptoms and Medication Use

As discussed in Section 5.1.2.2, uncontrollable respiratory symptoms can lead people with asthma to seek medical care. Thus, studies examining the relation between PM$_{10-2.5}$ and increases in asthma symptoms may provide support for the observed increases in asthma hospital admissions and ED visits in children (see Section 5.3.2.1). A single U.S. study evaluated in the 2009 PM ISA (U.S. EPA, 2009) examined respiratory symptoms in people with asthma. Mar et al. (2004) reported PM$_{10-2.5}$-related increases across a number of self-reported symptoms in children, including wheeze, shortness of breath, cough, increased sputum, and runny nose. The authors did not observe associations in healthy adults.

Evidence from a limited number of recent panel studies further supports an association between PM$_{10-2.5}$ and respiratory symptoms in asthmatic children. Wheeze was associated with PM$_{10-2.5}$ in a panel study of children in Fresno, CA (Mann et al., 2010). The reported association was observed with 3-day lag PM$_{10-2.5}$ concentrations from a single monitor (OR: 1.07 [95% CI: 1.01, 1.14]), but the authors noted that the association was relatively stable across lags. Associations are also supported with PM$_{10-2.5}$ measured on the rooftops of two schools in El Paso, TX (Zora et al., 2013). 4-day avg PM$_{10-2.5}$ concentrations measured outside of the schools were associated with poorer asthma control scores, which

00197154

reflect symptoms and activity levels. The two schools included in the study differed in nearby traffic levels but varied similarly in outdoor $PM_{2.5}$ concentration over time (Section 3.4.3.1). Prieto-Parra et al. (2017) also observed associations between 7-day avg coarse PM and cough and wheeze in Santiago, Chile. Notably, the authors reported that $PM_{10-2.5}$ was associated with decreased bronchodilator use (Prieto-Parra et al., 2017).

### 5.3.2.3    Lung Function

There were no epidemiologic studies evaluated in the 2009 PM ISA (U.S. EPA, 2009) that examined the association between $PM_{10-2.5}$ and lung function in populations with asthma. One recent study observed a decrease in $FEV_1$ in children associated with 4-day avg $PM_{10-2.5}$ concentrations measured outside of two El Paso, TX schools (Greenwald et al., 2013).

A single controlled human exposure study evaluated in the 2009 PM ISA (U.S. EPA, 2009) examined the effects of short-term exposure to $PM_{10-2.5}$ on lung function. Gong et al. (2004b) did not observe significant decrements in pulmonary function in human subjects with asthma exposed to $PM_{10-2.5}$. Recently, Alexis et al. (2014) conducted a proof-of-concept study to confirm the assumption that $PM_{10-2.5}$, like other pollutants, can initiate deleterious responses in individuals with asthma at concentrations not observed in healthy individuals. This assumption is based on people with asthma having elevated levels of pre-existing inflammation and altered innate immune function compared to healthy individuals, which may enhance their susceptibility to $PM_{10-2.5}$-induced health effects. Alexis et al. (2014) exposed individuals with mild asthma for 2 hours to either $PM_{10-2.5}$ CAPs or filtered air collected from ambient air in Chapel Hill, NC (see Table 5-29 for study details). No measure of lung function (i.e., $FEV_1$ and FVC) was affected in $PM_{10-2.5}$-exposed subjects.

00197155

**Table 5-29    Study-specific details from a controlled human exposure study of short-term PM$_{10-2.5}$ exposure and lung function in populations with asthma.**

| Study | Study Design | Disease Status; n; Sex; (Age) | Exposure Details (Concentration; Duration; Comparison Group) | Endpoints Measured |
|---|---|---|---|---|
| Alexis et al. (2014) | Single-blind cross-over | Individuals with mild to moderate asthma; n = 10; sex not stated (18−45 yr) | 86.9 ± 17.4 µg/m³ PM$_{10-2.5}$ for 2 h with intermittent exercise (15 min of rest followed by 15 min of exercise on recumbent bicycle). Comparison group was clean air; a wash-out period of at least 4 weeks was used between exposures. | BAL and BW (24-h postexposure): Differential leukocyte counts, IL-6, IL-8, IL-1β, TNF-α, flow-cytometry to identify cell surface phenotypes Spirometry (24-h postexposure): FEV$_1$, FVC |

BAL = bronchoalveolar lavage; BW = bronchial wash; FEV$_1$ = forced expiratory volume in 1 second; FVC = forced vital capacity; h = hour(s); IL-6 = interleukin 6; IL-8 = interleukin 8; IL-1β = interleukin 1β; µg/m³ = micrograms per cubic meter; min = minute(s); n = number of subjects; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; TNF-α = tumor necrosis factor α; yr = year(s).

### 5.3.2.4    Subclinical Effects Underlying Asthma Exacerbation

#### 5.3.2.4.1    Epidemiologic Studies

No epidemiologic studies evaluated in the 2009 PM ISA (U.S. EPA, 2009) examined the association between short-term exposure to PM$_{10-2.5}$ and subclinical respiratory effects in populations with asthma. Recent panel studies of schoolchildren in El Paso, TX provided inconsistent evidence of an association between PM$_{10-2.5}$ and eNO, an indicator of pulmonary inflammation. Among children at four schools in the neighboring cities of El Paso, TX and Ciudad Juarez, Mexico, eNO was associated with 48-hour avg outdoor PM$_{10-2.5}$ (Sarnat et al., 2012). While Sarnat et al. (2012) reported an association between 2-day avg outdoor PM$_{10-2.5}$ concentrations and eNO in El Paso, TX, a follow-up study of children in the same schools in El Paso, TX observed a null association with 4-day avg outdoor PM$_{10-2.5}$ concentrations (Greenwald et al., 2013). The associations observed by Sarnat et al. (2012) appear to have been driven largely by results from children in one school (Ciudad Juarez) with the highest mean PM$_{10-2.5}$ concentrations.

00197156

### 5.3.2.4.2          Controlled Human Exposure Studies

A single study evaluated in the 2009 PM ISA (U.S. EPA, 2009) investigated whether short-term exposure to $PM_{10-2.5}$ was associated with subclinical outcomes in individuals with asthma. Gong et al. (2004b) did not observe changes in lung function or markers of airway inflammation in individuals with asthma who were exposed to $PM_{10-2.5}$. Recently, Alexis et al. (2014) exposed individuals with mild asthma for 2 hours to either $PM_{10-2.5}$ CAPs or filtered air collected from ambient air in Chapel Hill, NC. Differential leukocyte numbers and cell surface markers on recovered leukocytes were examined (see Table 5-30 for study details). The authors reported an increase in bronchial wash (BW) polymorphonuclear neutrophil concentration (8 vs. 13%, $p < 0.05$) and that this effect was different from effects observed when healthy subjects were exposed to a similar concentration of $PM_{10-2.5}$ (Graff et al., 2009). Levels of IL-1β and IL-8 were also elevated in both BW and bronchoalveolar lavage (BAL) samples ($p < 0.05$). Short-term exposure to $PM_{10-2.5}$ CAPs also induced decreased expression of innate immune (CD11b/CR3, CD64/FcγRI) and antigen presentation (CD40, CD86/B7.2) cell surface receptors, and increased expression of inflammatory cell surface receptors (CD16/FcγRIII) and the low-affinity IgE receptor (CD23). The up-regulation of the CD23/IgE receptor reported by Alexis et al. (2014) suggests an asthma-specific pathway induced by $PM_{10-2.5}$, a pathway not typically observed with other xenobiotics, such as $O_3$ or endotoxin. In summary, the observations reported by Alexis et al. (2014), namely that significant $PM_{10-2.5}$ CAPs-induced pulmonary inflammation, altered innate host defense response, and potentially enhanced IgE signaling, supports the hypothesis that individuals with asthma have greater sensitivity to the inflammatory and immune modifying effects of short-term $PM_{10-2.5}$ CAPs exposure. Furthermore, short-term $PM_{10-2.5}$ CAPs exposure may increase the airway responsiveness of individuals with allergic asthma to inhaled allergens and thereby enhancing the overall risk of asthma exacerbation.

00197157

**Table 5-30    Study-specific details from a controlled human exposure study of short-term $PM_{10-2.5}$ exposure and subclinical effects underlying asthma.**

| Study | Study Design | Disease Status; n; Sex; (Age) | Exposure Details (Concentration; Duration; Comparison Group) | Endpoints Measured |
|-------|--------------|-------------------------------|-------------------------------------------------------------|--------------------|
| Alexis et al. (2014) | Single-blind cross-over | Individuals with mild to moderate asthma; n = 10; sex not stated (18–45 yr) | $86.9 \pm 17.4\ \mu g/m^3$ $PM_{10-2.5}$ for 2 h with intermittent exercise (15 min of rest followed by 15 min of exercise on recumbent bicycle). Comparison group was clean air; a wash-out period of at least 4 weeks was used between exposures. | BAL and BW (24-h postexposure): Differential leukocyte counts, IL-6, IL-8, IL-1β, TNF-α, flow-cytometry to identify cell surface phenotypes Spirometry (24-h postexposure): $FEV_1$, FVC |

BAL = bronchoalveolar lavage; BW = bronchial wash; $FEV_1$ = forced expiratory volume in 1 second; FVC = forced vital capacity; h = hour(s); IL-6 = interleukin 6; IL-8 = interleukin 8; IL-1β = interleukin 1β; $\mu g/m^3$ = micrograms per cubic meter; min = minute(s); n = number of subjects; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; TNF-α = tumor necrosis factor α; yr = year(s).

### 5.3.2.4.3    Animal Toxicological Studies

There were no studies evaluated in the 2009 PM ISA (U.S. EPA, 2009) that investigated the effects of short-term exposure to $PM_{10-2.5}$ in animal models of allergic airway disease, which share phenotypic features with asthma (see Section 5.1.2.4). Inhalation exposure of rodents to $PM_{10-2.5}$ is technically difficult because rodents are obligatory nasal breathers. A group of recent studies involving noninhalation routes of exposure (i.e., oropharyngeal aspiration, intra-nasal instillation, subcutaneous injection) provide biological plausibility for a role of $PM_{10-2.5}$ in enhancing allergic responses (Kurai et al., 2016; McGee et al., 2015; Kurai et al., 2014; He et al., 2012; Alberg et al., 2009).

## 5.3.2.5    Summary of Asthma Exacerbation

Recent epidemiologic findings more consistently link $PM_{10-2.5}$ to asthma exacerbation than studies reported in the 2009 PM ISA. Studies of asthma hospital admission and ED visits include children older than 5 years. These findings are supported by epidemiologic studies observing respiratory symptoms in children, but coherence does not clearly extend to other asthma-related effects because associations were not observed between short-term $PM_{10-2.5}$ exposure and lung function and

SECTION 5.3: Short-Term PM10−2.5 Exposure and Respiratory Effects

00197158

epidemiologic evidence for pulmonary inflammation was inconsistent. There is limited evidence that associations remain robust in models with gaseous pollutants and $PM_{2.5}$. An uncertainty related to $PM_{10-2.5}$ measurements is how adequately the spatiotemporal variability is represented given that measurements are mainly based on subtraction of $PM_{2.5}$ from $PM_{10}$ at different locations. Evidence for an independent effect of short-term $PM_{10-2.5}$ exposure was provided by a controlled human exposure study showing effects on inflammation and the immune system.

### 5.3.3    Chronic Obstructive Pulmonary Disease (COPD) Exacerbation

Among the few epidemiologic studies available for the 2009 PM ISA (U.S. EPA, 2009), short-term exposure to $PM_{10-2.5}$ were inconsistently associated with hospital admissions for COPD and lung function changes in adults with COPD. Recent studies are relatively limited in number but improve on previous studies with residential exposure assessment, additional outcomes, and analysis of potential copollutant confounding (Figure 5-43 and Table 5-31). Recent studies show associations of $PM_{10-2.5}$ with COPD hospital admissions, ED visits, respiratory symptoms, and pulmonary inflammation. However, the evidence overall is inconsistent across several U.S. and Canadian cities, for older adults, and for direct $PM_{10-2.5}$ measurements.

00197159



avg = average; ED = emergency department; μg/m³ = micrograms per cubic meter; PM = particulate matter; PM₁₀₋₂.₅ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm.

Note: †Studies published since the 2009 PM ISA. Black text = U.S. and Canadian studies included in the 2009 PM ISA. Corresponding quantitative results are reported in Supplemental Material (U.S. EPA, 2018).

[a] Results for temperatures ≥25‡C.

[b] Results for temperatures <25°C.

**Figure 5-43    Summary of associations between short-term PM₁₀₋₂.₅ exposures and chronic obstructive pulmonary disease hospital admissions and emergency department visits for a 10-μg/m³ increase in 24-hour avg PM₁₀₋₂.₅ concentrations.**

SECTION 5.3: Short-Term PM10−2.5 Exposure and Respiratory Effects

00197160

**Table 5-31    Epidemiologic studies of short-term PM$_{10-2.5}$ exposure and exacerbation of chronic obstructive pulmonary disease.**

| Study | Exposure Assessment | Outcome Assessment | Mean (SD) Concentration µg/m$^{3a}$ | Upper Percentile Concentrations µg/m$^{3a}$ | PM$_{10-2.5}$ Copollutant Model Results and Correlations |
|---|---|---|---|---|---|
| *Direct PM$_{10-2.5}$ Measurement by a Dichotomous Monitor* | | | | | |
| Peel et al. (2005)<br>Atlanta, GA<br>1998−2000 | One monitor (Van Loy et al., 2000) | ED visits<br>All ages | 9.7 (4.7) | 90th: 16.2 | Copollutant models with: NR<br>Copollutant correlations: NR |
| Ito (2003)<br>Detroit, MI<br>1992−1994 | One monitor | Hospital admissions<br>Older adults, age NR | 13 (SD NR) | 75th: 17<br>95th: 28 | Correlation (*r*): 0.42 PM$_{2.5}$, 0.77 PM$_{10}$<br>Copollutant models with: NR |
| †Sinclair et al. (2010)<br>Atlanta, GA<br>1998−2002 | One monitor | Outpatient visits for acute respiratory illness | 9.6 (5.4) | NR | Copollutant models with: NR<br>Copollutant correlations: NR |
| *Difference of PM$_{10}$ and PM$_{2.5}$ Measurements* | | | | | |
| †Malig et al. (2013)<br>35 California counties<br>2005−2008 | Difference of collocated PM$_{10}$ and PM$_{2.5}$ concentration, assigned from the nearest monitoring station within 20 km of population-weighted ZIP code centroid. | ED visits<br>All ages | 5.6 (3.1) to 34.4 (25.6) | NR | Correlation (*r*): 0.31 PM$_{2.5}$, 0.38 O$_3$, 0.14 CO<br>Copollutant models examined: PM$_{2.5}$ |

SECTION 5.3: Short-Term PM10−2.5 Exposure and Respiratory Effects

00197161

**Table 5-31 (Continued): Epidemiologic studies of PM$_{10-2.5}$ and exacerbation of chronic obstructive pulmonary disease.**

| Study | Exposure Assessment | Outcome Assessment | Mean (SD) Concentration µg/m$^{3a}$ | Upper Percentile Concentrations µg/m$^{3a}$ | PM$_{10-2.5}$ Copollutant Model Results and Correlations |
|---|---|---|---|---|---|
| Chen et al. (2004)<br>Vancouver, Canada<br>1995−1999 | Concentrations averaged for 13 census divisions; authors did not state if PM$_{10}$ and PM$_{2.5}$ monitors were collocated. | Hospital admissions<br>Older adults ≥65 yr | 5.6 (3.6) | 75th: 7.3<br>Max: 24.6 | Copollutant correlations: NR<br>Copollutant models examined: PM$_{2.5}$, O$_3$, NO$_2$, CO |
| †Zhao et al. (2016)<br>Dongguan, China<br>2013−2015 | Difference of collocated PM$_{10}$ and PM$_{2.5}$ concentration, averaged over five monitoring sites. | Hospital clinic visits<br>All ages | 18.6 (9.2) | 75th: 22.6<br>Max: 96.4 | Correlation ($r$): 0.42 O$_3$, 0.58 SO$_2$, 0.60 NO$_2$<br>Copollutant models examined: O$_3$, SO$_2$, NO$_2$ |
| †Cheng et al. (2015)<br>Kaohsiung, Taiwan<br>2006−2010 | Difference of PM$_{10}$ (β ray absorption) and PM$_{2.5}$ (TEOM) concentrations collocated, averaged across six monitoring sites. | Hospital admissions<br>All ages | Median (IQR) 24.8 (24.4) | 75th: 30.8<br>Max: 490 | Correlation ($r$): 0.64 PM$_{2.5}$, 0.89 PM$_{10}$, 0.24 O$_3$, 0.53 NO$_2$, 0.47 CO, 0.19 SO$_2$<br>Copollutant models examined: O$_3$, NO$_2$, CO, or SO$_2$ |
| Slaughter et al. (2005)<br>Spokane, WA<br>1995−1999 | PM$_{10-2.5}$ concentration estimated by calculating difference between PM$_{10}$ and PM$_{2.5}$ at collocated monitors at one site. | ED visits<br>All ages | NR | NR | Correlation ($r$): 0.31 PM$_{2.5}$, 0.94 PM$_{10}$<br>Copollutant models with: NR |

00197162

**Table 5-31 (Continued): Epidemiologic studies of PM$_{10-2.5}$ and exacerbation of chronic obstructive pulmonary disease.**

| Study | Exposure Assessment | Outcome Assessment | Mean (SD) Concentration µg/m$^{3a}$ | Upper Percentile Concentrations µg/m$^{3a}$ | PM$_{10-2.5}$ Copollutant Model Results and Correlations |
|---|---|---|---|---|---|
| †Powell et al. (2015) 110 U.S. counties 1999−2010 | Difference of PM$_{10}$ and PM$_{2.5}$ concentrations collocated at one monitoring site for each county. | Hospital admissions Older adults ≥65 yr | Median (IQR) 12.78 (3.06) | 75th: 15.84 | Copollutant models with: NR |

CO = carbon monoxide; ED = emergency department; IQR = interquartile range; km = kilometer; max = maximum; µg/m$^3$ = micrograms per cubic meter; NO$_2$ = nitrogen dioxide; NR = not reported; O$_3$ = ozone; PM = particulate matter; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; PM$_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm; $r$ = correlation coefficient; SD = standard deviation; SO$_2$ = sulfur dioxide; TEOM = tapered element oscillating microbalance; yr = year(s).

[a]All data are for 24-h avg.

†Studies published since the 2009 PM ISA.

SECTION 5.3: Short-Term PM10−2.5 Exposure and Respiratory Effects

00197163

### 5.3.3.1    Hospital Admissions and Emergency Department (ED) Visits

The body of literature reviewed in the 2009 PM ISA (U.S. EPA, 2009) that examined the association between short-term $PM_{10-2.5}$ exposure and hospital admissions for COPD was small and consisted of single-city studies conducted in the U.S. and Canada. Across studies, there was inconsistent evidence of an association, with the strongest evidence for hospital admissions in adults over the age of 65 years. An initial assessment of the potential confounding effects of copollutants provided some evidence that COPD associations may be attenuated in models with $NO_2$. Similarly, an international single-city study reported an association between ED visits for COPD and asthma combined and $PM_{10-2.5}$, but the positive association was attenuated after adjustment for $PM_{2.5}$, $NO_2$, and CO. Similar to the 2009 PM ISA, the evidence base remains limited when examining the association between short-term $PM_{10-2.5}$ exposure and hospital admissions for COPD, but provides some additional evidence for a positive association (see Figure 5-43).

#### 5.3.3.1.1    Hospital Admissions

In a study of 110 U.S. counties, Powell et al. (2015) assessed the relationship between $PM_{10-2.5}$ and COPD-related hospital admissions among residents older than 65 years of age. The authors reported a positive, but imprecise association with COPD hospital admissions in single pollutant models (0.31% [95% Posterior Interval (PI): −0.39, 1.01]) and copollutant models with same-day $PM_{2.5}$ (0.19% [95% PI: −0.54, 0.92]). COPD-related admissions were also not associated with short-term $PM_{10-2.5}$ exposures occurring during a 1−3-day lag (which would be indicative of a more delayed response) in either single pollutant or copollutant models. Moreover, Cheng et al. (2015) assessed the relationship between $PM_{10-2.5}$ and COPD-related hospital admissions in a case-crossover study in Kaohsiung, Taiwan. This study observed an increase in hospital admissions of 1.02% (95% CI: 1.01,1.03).

#### 5.3.3.1.2    Emergency Department (ED) Visits

In a multicity study conducted in 35 California counties, Malig et al. (2013) examined the association between short-term $PM_{10-2.5}$ exposures and respiratory ED visits, including COPD visits. The authors reported positive associations between $PM_{10-2.5}$ and COPD ED visits at lag 2 days (0.67% [95% CI: −0.04, 1.38]). In a copollutant model with $PM_{2.5}$, the association was stronger (1.48%) and more precise [95% CI: 0.40, 2.56; results presented in Figure 5-6 and supplemental data (Malig et al., 2013)]. The COPD relationship at lag 2 remained elevated for those living closer to the monitor (within 10 km vs. 10−20 km), but it was not present among those farther away indicating potential exposure measurement error based on distance to monitor (Section 3.4.2.2).

00197164

### 5.3.3.2    Other Epidemiologic Studies

As discussed in the 2009 PM ISA (U.S. EPA, 2009), a limited number of previously evaluated studies provide contrasting evidence of an association between coarse PM and lung function changes in adults with COPD. Associations were not observed for $PM_{10-2.5}$ calculated from residential outdoor $PM_{10}$ and $PM_{2.5}$ in Seattle, WA (Trenga et al., 2006). Conversely, $PM_{10-2.5}$ exposure (24-hour avg, lag 0) was associated with a decrease in $FEV_1$ in adults in Vancouver, Canada (Ebelt et al., 2005). $PM_{10-2.5}$ was calculated by estimating the ambient fractions of $PM_{2.5}$ and $PM_{10}$ measured from personal monitors and subtracting $PM_{2.5}$ from $PM_{10}$. The $PM_{10-2.5}$ concentrations examined in Ebelt et al. (2005) were lower (mean = 2.4 $\mu g/m^3$) than those examined for COPD hospital admissions and ED visits (Table 5-9). Neither study examined other pollutants, so it is not clear whether the results reflect an independent association for $PM_{10-2.5}$. There are no recent studies available for review that examine the association between $PM_{10-2.5}$ and indicators of COPD exacerbation.

### 5.3.3.3    Summary of Exacerbation of Chronic Obstructive Pulmonary Disease (COPD)

Overall, the body of literature that examined the association between $PM_{10-2.5}$ and hospital admissions and ED visits for COPD is limited. Studies reported in the 2009 PM ISA (U.S. EPA, 2009) provided inconsistent evidence. Of the recent studies, there is some evidence of a positive association between short-term $PM_{10-2.5}$ exposure and COPD hospital admissions and ED visits, but evidence for other indicators of COPD exacerbation is inconsistent. In addition, there is a relative lack of information on potential copollutant confounding and the potential implications of exposure measurement error due to the different methods employed across studies to estimate $PM_{10-2.5}$ concentrations.

### 5.3.4    Respiratory Infection

The respiratory tract is protected from exogenous pathogens and particles through various lung host defense mechanisms that include mucociliary clearance, particle transport and detoxification by alveolar macrophages, and innate and adaptive immunity. Impairment of these defense mechanisms can increase the risk of respiratory infection. Previous epidemiologic studies consistently observed associations between short-term $PM_{10-2.5}$ exposure and hospital admissions, ED visits, or physician visits for combinations of respiratory infections or URI, but not pneumonia. In contrast, the few recent epidemiologic studies indicate associations with pneumonia, but not aggregated respiratory infections (Figure 5-44). The 2009 PM ISA (U.S. EPA, 2009) did not report any experimental studies of altered susceptibility to infectious agents following short-term exposure to $PM_{10-2.5}$ and no studies have become available since that time.

00197165



avg = average; ED = emergency department; µg/m³ = micrograms per cubic meter; PM = particulate matter; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; URI = upper respiratory infection.

Note: †Studies published since the 2009 PM ISA. Black text = U.S. and Canadian studies included in the 2009 PM ISA. Corresponding quantitative results are reported in Supplemental Material (U.S. EPA, 2018).

[a] Results for temperatures ≥25‡C.
[b] Results for temperatures <25°C.

**Figure 5-44    Summary of associations between short-term $PM_{10-2.5}$ exposures and respiratory infection hospital admissions and emergency department visits for a 10-µg/m³ increase in 24-hour avg $PM_{10-2.5}$ concentrations.**

### 5.3.4.1    Hospital Admissions and Emergency Department (ED) Visits

Although the body of literature was small, the few studies evaluated in the 2009 PM ISA reported inconsistent evidence of an association between $PM_{10-2.5}$ and hospital admissions and ED visits for respiratory infections. Some studies observed associations of respiratory infections with $PM_{10-2.5}$ among subjects younger than 15 years old, and others reported associations between $PM_{10-2.5}$ and outpatient visits for lower respiratory tract infections. The recent literature adds to the evidence base and provides some support for an association between short-term $PM_{10-2.5}$ exposure and hospital admissions/ED visits for pneumonia and respiratory infections considered in aggregate (see Figure 5-44). For each of the studies evaluated in this section, Table 5-32 presents the air quality characteristics of each city, or across all

SECTION 5.3: Short-Term PM10−2.5 Exposure and Respiratory Effects

00197166

cities, the exposure assignment approach used, and information on copollutants examined in each asthma hospital admission and ED visit study.

In 110 U.S. counties, Powell et al. (2015) reported a positive, but uncertain, association between short-term $PM_{10-2.5}$ exposure and respiratory infection hospital admissions among residents older than 65 years in single pollutant models (0.07% [95% PI: −0.46, 0.61]; lag 0). This association was attenuated in a copollutant model with $PM_{2.5}$ (−0.02% [95% PI: −0.59, 0.55]; lag 0). Respiratory infection-related admissions were also not associated with $PM_{10-2.5}$ exposures occurring 1−3 days prior to admission in either single pollutant or copollutant models. Cheng et al. (2015) assessed the relationship between $PM_{10-2.5}$ and pneumonia-related hospital admissions among residents older than 65 years of age in a case-crossover study in Kaohsiung, Taiwan between 2006−2010. This study observed a small positive association, with an increase in hospital admissions of 1.02% (95% CI: 1.01, 1.03) per 10-$\mu g/m^3$ increase in $PM_{10-2.5}$. This association was consistent after model adjustment for $SO_2$, $NO_2$, CO, and $O_3$ and was slightly stronger on colder days below 25°C (1.03% [95% CI: 1.02, 1.04]).

In a multicity study conducted in 35 California counties, Malig et al. (2013) reported no association between short-term $PM_{10-2.5}$ exposures at single-day lags 0−2 days and ED visits due to acute respiratory infection (RR: 1.007 [95% CI: 1, 1.01]). This study also reported a very weak association between short-term $PM_{10-2.5}$ exposures at single-day lags 0−2 days for pneumonia visits RR of 1.006 (95% CI: 0.99, 1.02).

00197167

**Table 5-32    Epidemiologic studies of short-term PM$_{10-2.5}$ exposure and respiratory infections.**

| Study | Exposure Assessment | Outcome Assessment | Mean (SD) Concentration µg/m$^{3a}$ | Upper Percentile Concentrations µg/m$^{3a}$ | PM$_{10-2.5}$ Copollutant Model Results and Correlations |
|---|---|---|---|---|---|
| *Direct PM$_{10-2.5}$ Measurement by a Dichotomous Monitor* | | | | | |
| Peel et al. (2005)<br>Atlanta, GA<br>1998−2000 | One monitor | ED visits<br>URI, pneumonia<br>All ages | 9.7 (4.7) | 90th: 16.2 | No copollutant model<br>Copollutant correlations: NR |
| Sinclair et al. (2010)<br>Atlanta, GA<br>1998−2002 | One monitor | Physician visits<br>URI, LRI<br>All ages | August 1998−August 2000: 9.7 (4.7)<br>September 2000−December 2002: 9.6 (5.4) | NR | Correlation (*r*): 0.43 CO warm season, 0.50 NO$_2$ cold season<br>No copollutant model |
| Ito (2003)<br>Detroit, MI<br>1992−1994 | One monitor | Hospital admissions<br>Type of infection NR<br>Older adults | 13 (SD NR) | 75th: 17<br>95th: 28 | Correlation (*r*): 0.42 PM$_{2.5}$, 0.77 PM$_{10}$<br>No copollutant model |
| *Difference of PM$_{10}$ and PM$_{2.5}$ Measurements* | | | | | |
| †Malig et al. (2013)<br>35 California counties<br>2005−2008 | Nearest monitor<br>Within 25 km of population-weighted ZIP code centroid. Difference of collocated PM$_{10}$ and PM$_{2.5}$ concentration, assigned from the nearest monitoring station within 20 km of population-weighted ZIP code centroid. | ED visits<br>URI, pneumonia<br>All ages | 5.6 (3.1) to 34.4 (25.6) | NR | Correlation (*r*): 0.31 PM$_{2.5}$, 0.38 O$_3$, 0.14 CO |

**Table 5-32 (Continued): Epidemiologic studies of $PM_{10-2.5}$ and respiratory infections.**

| Study | Exposure Assessment | Outcome Assessment | Mean (SD) Concentration $\mu g/m^{3a}$ | Upper Percentile Concentrations $\mu g/m^{3a}$ | $PM_{10-2.5}$ Copollutant Model Results and Correlations |
|---|---|---|---|---|---|
| †Cheng et al. (2015)<br>Kaohsiung, Taiwan<br>2006−2010 | Difference of $PM_{10}$ (β ray absorption) and $PM_{2.5}$ (TEOM) concentrations collocated, averaged across six monitoring sites. | Hospital admissions<br>Pneumonia<br>All ages | Median (IQR)<br>24.8 (24.4) | 75th: 30.8<br>Max: 490 | Correlation ($r$): 0.64 $PM_{2.5}$, 0.89 $PM_{10}$, 0.24 $O_3$, 0.53 $NO_2$, 0.47 $CO$, 0.19 $SO_2$ |
| Lin et al. (2005)<br>Toronto, Canada<br>1998−2001 | Difference of average $PM_{10}$ (β ray absorption) and average $PM_{2.5}$ (TEOM) concentrations across four monitoring sites. | Hospital admissions<br>URI + pneumonia<br>Children <15 yr | 10.9 (5.4) | 75th: 13.5<br>Max: 45 | Correlation ($r$): 0.33 $PM_{2.5}$, 0.76 $PM_{10}$, 0.30 $O_3$, 0.40 $NO_2$, 0.06 $CO$, 0.29 $SO_2$<br>No copollutant model |

avg = average; CO = carbon monoxide; ED = emergency department; h = hour(s); IQR = interquartile range; km = kilometer; LRI = lower respiratory infection; max = maximum; $\mu g/m^3$ = micrograms per cubic meter; $NO_2$ = nitrogen dioxide; NR = not reported; $O_3$ = ozone; PM = particulate matter; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm; $r$ = correlation coefficient; SD = standard deviation; $SO_2$ = sulfur dioxide; TEOM = tapered element oscillating microbalance; URI = upper respiratory infection; yr = year(s).

[a]All data are for 24-h avg unless otherwise specified.

†Studies published since the 2009 PM ISA.

SECTION 5.3: Short-Term PM10−2.5 Exposure and Respiratory Effects

00197169

#### 5.3.4.2    Outpatient and Physician Visit Studies

In Atlanta, GA, Sinclair et al. (2010) compared air pollutant concentrations and relationships for acute respiratory visits for the 25-month time period examined in a previous study (August 1998−August 2000) and an additional 28-month time period of available data from the Atlanta Aerosol Research Inhalation Epidemiology Study (ARIES; September 2000−December 2002). Across the two time periods, $PM_{10-2.5}$ mass concentrations (measured from ARIES) were essentially stable with only a 3% difference between the two study periods (9.6 $\mu g/m^3$ overall average). Unlike $PM_{2.5}$ mass, $PM_{10-2.5}$ mass did not change significantly across warm or cold seasons. A comparison of the two time periods indicated that associations for $PM_{10-2.5}$ tended to be larger in the earlier 25-month period compared to the later 28-month period. Associations with URI for lag 3−5 in the 25-month time period represented the highest finding (4.7% [95% CI: 0.8, 7.8]). For LRI in the 25-month period, associations were positive for all lags, with the largest for lag 3−5 (12.2% [95% CI: 0.9, 24.8]). As noted in Section 5.1.2.1, several factors may dictate whether an individual visits the doctor or a hospital, making it difficult to readily compare results between studies focusing on physician visits versus hospital admissions and ED visits.

#### 5.3.4.3    Summary of Respiratory Infection

The body of literature that examined the association between $PM_{10-2.5}$ and hospital admissions and ED visits for respiratory infection hospital admissions expanded since the 2009 PM ISA (U.S. EPA, 2009) but remains limited. Previous studies reported associations between $PM_{10-2.5}$ and both acute respiratory infection and a combination of respiratory infections, but not pneumonia. Recent studies are generally indicative of associations for both acute respiratory infection and pneumonia, but not the combination of respiratory infections. A multicity study conducted in the U.S. and several single-city studies in the U.S. and internationally reported positive associations between $PM_{10-2.5}$ and hospital admissions/ED visits for pneumonia or acute respiratory infection. Despite some inconsistency between previous and recent findings, the evidence overall is supportive of a link between short-term $PM_{10-2.5}$ exposure and respiratory infection. However, previous and recent findings have similar uncertainties in exposure measurement error in $PM_{10-2.5}$ concentrations, particularly when $PM_{10}$ and $PM_{2.5}$ concentrations that were not collocated were differenced to estimate $PM_{10-2.5}$ concentrations. Previous and recent findings also have uncertainties in limited examination of copollutant confounding and limited information from experimental studies to assess biological plausibility.

00197170

### 5.3.5    Combinations of Respiratory-Related Hospital Admissions and Emergency Department (ED) Visits

In the 2009 PM ISA (U.S. EPA, 2009), the evaluation of the relationship between short-term $PM_{10-2.5}$ exposure and hospital admissions and ED visits for respiratory-related diseases was limited to a rather small number of studies. Across hospital admissions studies, there was evidence of positive associations that varied in terms of the magnitude and precision of the estimates, while the evidence for ED visits was inconsistent. Of the studies evaluated in the 2009 PM ISA, the majority consisted of single-city studies, and different approaches were used to estimate ambient $PM_{10-2.5}$ concentrations. Across studies, there was limited to no information on potential copollutant confounding or other assessments of the relationship between short-term $PM_{10-2.5}$ exposure and hospital admissions and ED visits for respiratory-related diseases, such as model specification, lag structure of associations, or the C-R relationship.

Recent multi- and single-city studies that examine short-term $PM_{10-2.5}$ exposure and hospital admissions and ED visits for respiratory-related diseases add to the body of evidence detailed in the 2009 PM ISA (U.S. EPA, 2009). Consistent with the studies evaluated in the 2009 PM ISA, recent hospital admissions studies provide evidence of positive associations that are similar in magnitude and precision, while recent ED visit studies provide inconsistent evidence of an association (Figure 5-45). Similar to the studies evaluated in Section 5.1.6, the studies that examined combinations of respiratory-related diseases encompassed all respiratory-related diseases or only a subset, which can complicate the interpretation of results across studies. As described in preceding sections, the evidence for association with $PM_{10-2.5}$ is more consistent for asthma (Section 5.3.1) than for COPD (Section 5.3.2) or for respiratory infection (Section 5.3.4). For each of the studies evaluated in this section, Table 5-33 (summary table of studies) presents the air quality characteristics of each city, or across all cities, the exposure assignment approach used, and information on copollutants examined in each study. Other recent studies of hospital admissions and ED visits for respiratory-related diseases that did not address uncertainties and limitations in the evidence previously identified are not the focus of this evaluation. Additionally, many of these other studies were conducted in small single cities, encompassed a short study duration, or had insufficient sample size. The full list of these other studies can be found in HERO: https://hero.epa.gov/hero/particulate-matter.

00197171



avg = average; ED = emergency department; μg/m³ = micrograms per cubic meter; PM = particulate matter; PM₂.₅ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; PM₁₀₋₂.₅ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm.

Note: †Studies published since the completion of the 2009 PM ISA. Black text = U.S. and Canadian studies included in the 2009 PM ISA. Corresponding quantitative results are reported in Supplemental Material (U.S. EPA, 2018).

**Figure 5-45     Summary of associations from studies of short-term PM₁₀₋₂.₅ exposures and respiratory-related hospital admissions and emergency department visits for a 10-μg/m³ increase in 24-hour avg PM₂.₅ concentrations.**

**Table 5-33   Epidemiologic studies of short-term $PM_{10-2.5}$ exposure and respiratory-related hospital admissions and emergency department visits.**

| Study, Location, Years, Age Range | Exposure Assessment/Measurement of $PM_{10-2.5}$ Concentrations | ICD Codes ICD-9 or ICD-10 | Mean Concentration $\mu g/m^3$ | Upper Percentile Concentrations $\mu g/m^3$ | Copollutant Examination |
|---|---|---|---|---|---|
| *Hospital Admissions* | | | | | |
| Peng et al. (2008) 108 U.S. counties 1999−2005 ≥65 yr | Average across sites in a county $PM_{10-2.5}$ estimated by calculating difference between $PM_{10}$ and $PM_{2.5}$ at a collocated monitor. | 464−466, 480−487, 490−492 | 9.8 | 75th: 15.0 | Correlation (*r*): NA Copollutant models with: NA |
| Fung et al. (2006) Vancouver, Canada 1995−1999 ≥65 yr | Average across sites monitors $PM_{10-2.5}$ estimated by calculating difference between $PM_{10}$ and $PM_{2.5}$ at a collocated monitor. | 460−519 | 5.6 | Max: 27.1 | Correlation (*r*): −0.03 $O_3$, 0.36 $NO_2$, 0.23 CO, 0.42 $SO_2$, 0.34 $PM_{2.5}$ Copollutant models with: NA |
| Burnett et al. (1997) Toronto, Canada 1992−1994, summers only All ages | One monitor $PM_{10-2.5}$ directly measured by a dichotomous monitor. | 464−466, 490, 480−486, 491−494, 496 | 10[a] | 75th: 23 95th: 40 Max: 66 | Correlation (*r*): 0.32 $O_3$, 0.45 $NO_2$, 0.42 CO, 0.49 $SO_2$, 0.72 $PM_{2.5}$ Copollutant models with: $O_3$, CO, $NO_2$, $SO_2$ |
| †Powell et al. (2015) 110 U.S. counties 1999−2010 ≥65 yr | Average of across sites in each county $PM_{10-2.5}$ estimated by calculating difference between $PM_{10}$ and $PM_{2.5}$ at collocated monitors. | 464−466, 480−487, 490−492 | 12.8[a] | 75: 15.8 | Correlation (*r*): NA Copollutant models with: NA |

00197173

**Table 5-33 (Continued): Epidemiologic studies of PM$_{10-2.5}$ and respiratory-related hospital admissions and emergency department visits.**

| Study, Location, Years, Age Range | Exposure Assessment/Measurement of PM$_{10-2.5}$ Concentrations | ICD Codes ICD-9 or ICD-10 | Mean Concentration µg/m$^3$ | Upper Percentile Concentrations µg/m$^3$ | Copollutant Examination |
|---|---|---|---|---|---|
| †Samoli et al. (2016a) Five European cities 2001−2011 All ages | Average across sites in each city PM$_{10-2.5}$ estimated by calculating difference between PM$_{10}$ and PM$_{2.5}$ at a collocated monitor. | 466, 480−487, 490−492, 494, 496, 493 | 5.7−12.2 | NR | Correlation (r): NA Copollutant models with: NA |
| †Lanzinger et al. (2016b)[b] Four European cities (UFIREG) 2011−2014 All ages | Average across sites in each city PM$_{10-2.5}$ estimated by calculating difference between PM$_{10}$ and PM$_{2.5}$ at collocated monitors. | J00−J99 | 4.7−9.8 | Max: 21.6−44.6 | Correlation (r): 0.40−0.61 PM$_{2.5}$, 0.58−0.78 PM$_{10}$, 0.37−0.43 NO$_2$ Copollutant models with: NA |
| †Stafoggia et al. (2013)[c] Six European cities (MED-PARTICLES) 2003−2013 ≥15 yr | Average across sites in each city PM$_{10-2.5}$ estimated by calculating difference between PM$_{10}$ and PM$_{2.5}$ at collocated monitors. | 460−519 | 9.3−17.5 | NR | Correlation (r): ≥0.5 PM$_{2.5}$ Madrid, Milan, Emilia-Romagna, 0 other cities, >0.60 with NO$_2$ Copollutant models with: PM$_{2.5}$, NO$_2$, O$_3$ |
| †Atkinson et al. (2010) London, U.K. 2000−2005 0−14 yr, all ages | One monitor PM$_{10-2.5}$ estimated by calculating difference between PM$_{10}$ and PM$_{2.5}$ at collocated monitors. | J00−J99 | 7.0[a] | 75th: 10.0 Max: 36.0 | Correlation (r): 0.22 PM$_{2.5}$, 0.52 PM$_{10}$ Copollutant models with: NR |
| †Alessandrini et al. (2013) Rome, Italy 2001−2004 All ages | One monitor PM$_{10-2.5}$ estimated by calculating difference between PM$_{10}$ and PM$_{2.5}$ at a collocated monitor. | 460−519 | No Saharan dust days: 14.6 Saharan dust days: 20.7 | NR | Correlation (r): 0.25 PM$_{2.5}$, 0.83 PM$_{10}$ Copollutant models with: PM$_{2.5}$, O$_3$ |

SECTION 5.3: Short-Term PM10−2.5 Exposure and Respiratory Effects

00197174

**Table 5-33 (Continued): Epidemiologic studies of PM$_{10-2.5}$ and respiratory-related hospital admissions and emergency department visits.**

| Study, Location, Years, Age Range | Exposure Assessment/Measurement of PM$_{10-2.5}$ Concentrations | ICD Codes ICD-9 or ICD-10 | Mean Concentration µg/m$^3$ | Upper Percentile Concentrations µg/m$^3$ | Copollutant Examination |
|---|---|---|---|---|---|
| *ED Visits* | | | | | |
| Peel et al. (2005) Atlanta, GA 1993−2000 All ages | One monitor Direct measurement of PM$_{10-2.5}$ concentration by a dichotomous monitor (Van Loy et al., 2000). | 460−466, 477, 480−486, 491, 492, 496, 493, 786.09 | 19.2 | 90th: 32.3 | Correlation (*r*): 0.55−0.68, CO, NO$_2$ Copollutant models with: NA |
| Tolbert et al. (2007) Atlanta, GA 1993−2004 All ages | One monitor Direct measurement of PM$_{10-2.5}$ concentration by a dichotomous monitor (Van Loy et al., 2000). | 460−465, 460.0, 477, 480−486, 491, 492, 496, 493, 786.07, 786.09, 466.1, 466.11, 466.19 | 17.1 | 75th: 21.9 90th: 28.8 Max: 65.8 | Correlation (*r*): 0.62 O$_3$, 0.47 NO$_2$, 0.47 CO, 0.17 SO$_2$, 0.47 PM$_{10-2.5}$ Copollutant models with: NA |
| †Malig et al. (2013) 35 California counties 2005−2008 All ages | Difference of collocated PM$_{10}$ and PM$_{2.5}$ concentrations, assigned from the nearest monitoring station within 20 km of population-weighted ZIP code centroid. | 460−519 | 5.6−34.4 | NR | Correlation (*r*): 0.31 PM$_{2.5}$, 0.38 O$_3$, 0.14 CO Copollutant models with: PM$_{2.5}$, O$_3$, NO$_2$, CO, SO$_2$ |

SECTION 5.3: Short-Term PM10−2.5 Exposure and Respiratory Effects

00197175

**Table 5-33 (Continued): Epidemiologic studies of $PM_{10-2.5}$ and respiratory-related hospital admissions and emergency department visits.**

| Study, Location, Years, Age Range | Exposure Assessment/Measurement of $PM_{10-2.5}$ Concentrations | ICD Codes ICD-9 or ICD-10 | Mean Concentration $\mu g/m^3$ | Upper Percentile Concentrations $\mu g/m^3$ | Copollutant Examination |
|---|---|---|---|---|---|
| *Hospital Admissions and ED Visits, Separately* | | | | | |
| †Rodopoulou et al. (2014)<br>Doña Ana County, NM<br>2007–2010<br>≥18 yr | Three monitors<br>$PM_{10-2.5}$ concentration estimated by calculating difference between $PM_{10}$ and $PM_{2.5}$ concentrations; not clearly stated if $PM_{10-2.5}$ concentrations were averaged across monitors, if assignment came from the nearest monitor, or if $PM_{10}$ and $PM_{2.5}$ monitors were collocated. | 460–465, 466, 480–486, 490–493, 496 | 10.9 | 75th: 13<br>Max: 55.6 | Correlation ($r$): −0.05 $O_3$<br>Copollutant models with: NA |

CO = carbon monoxide; ED = emergency department; ICD = International Statistical Classification of Diseases and Related Health Problems; km = kilometer; max = maximum; MED-PARTICLES = particles size and composition in Mediterranean countries: geographical variability and short-term health effects; $\mu g/m^3$ = micrograms per cubic meter; NA = not available; $NO_2$ = nitrogen dioxide; NR = not reported; $O_3$ = ozone; PM = particle matter; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 $\mu m$ and less than or equal to 10 $\mu m$; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 $\mu m$; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 $\mu m$; $r$ = correlation coefficient; $SO_2$ = sulfur dioxide; UFIREG = Ultrafine Particles—An Evidence-Based Contribution to the Development of Regional and European Environmental and Health Policy; yr = year(s).

[a]Median concentration

[b]Only four of the five cities had $PM_{10-2.5}$ data.

[c]Only six of the eight cities had $PM_{10-2.5}$ data.

†Studies published since the 2009 PM ISA.

SECTION 5.3: Short-Term PM10−2.5 Exposure and Respiratory Effects

00197176

Recent multicity studies (Lanzinger et al., 2016b; Samoli et al., 2016a; Powell et al., 2015; Stafoggia et al., 2013) and single-city studies (Rodopoulou et al., 2014; Alessandrini et al., 2013; Atkinson et al., 2010) conducted in the U.S. and Europe that examined the association between short-term $PM_{10-2.5}$ exposure and respiratory-related hospital admissions provide evidence of positive associations that vary in terms of magnitude and precision (Figure 5-45), particularly in analyses of people of all ages. In a limited assessment of potential copollutant confounding, associations were often attenuated, but remained positive in copollutant models with $PM_{2.5}$, $NO_2$, and $O_3$ (Powell et al., 2015; Alessandrini et al., 2013; Stafoggia et al., 2013). The positive associations reported across these studies is supported by a meta-analysis focusing on $PM_{10-2.5}$ and respiratory hospital admissions that reported an RR of 1.01 [95% CI: 1.00, 1.02; Adar et al. (2014)]. Additional analyses conducted by Adar et al. (2014) to assess potential copollutant confounding by $PM_{2.5}$ did not observe a consistent pattern in $PM_{10-2.5}$ associations as the correlation with $PM_{2.5}$ increased or when evaluating studies that examined associations with both $PM_{2.5}$ and $PM_{10-2.5}$.

Additional single-city studies conducted in London, U.K. (Atkinson et al., 2010) and Rome, Italy, (Alessandrini et al., 2013) also contribute to the total body of evidence for respiratory-related hospital admissions. Atkinson et al. (2010), when examining a number of urban particles, examined associations with $PM_{10-2.5}$ and across single-day lags ranging from 0 to 6 days. The authors reported evidence of a positive association at lag 1 in an all ages analysis, but there was no evidence of an association for the other lags examined (quantitative results not presented). Instead of focusing on urban particles, Alessandrini et al. (2013) examined the role of Saharan dust on the relationship between short-term $PM_{10-2.5}$ exposure and respiratory-related hospital admissions. Across the entire study duration, the authors reported a 4.4% increase (95% CI: −0.53, 9.60) in hospital admissions at lag 0−5 days. However, when differentiating between Saharan and non-Saharan dust days, Alessandrini et al. (2013) observed that the overall association reported was primarily attributed to the Saharan dust days (13.5%) compared to the non-Saharan dust days (−0.30%).

Across the hospital admissions studies evaluated, a few of the studies conducted sensitivity analyses to examine the lag structure of associations and model specification. Both Stafoggia et al. (2013) and Lanzinger et al. (2016b) examined whether there is evidence of immediate (lag 0−1), delayed (lag 2−5), or prolonged (lag 0−5) effects of $PM_{10-2.5}$ on respiratory-related hospital admissions. In both studies, positive associations were observed across each of the lags, with the association largest in magnitude at lag 0−5, indicating a potential prolonged effect [Stafoggia et al. (2013) lag 0−1: 1.0% (95% CI: 0.10, 1.8); lag 2−5: 1.2% (95% CI: −1.1, 3.6); lag 0−5: 2.0% (95% CI: −0.51, 4.5); Lanzinger et al. (2016b) lag 0−1: 7.4% (95% CI: 1.9, 12.7); lag 2−5: 10.7% (95% CI: 4.7, 16.9); lag 0−5: 13.9% (95% CI: 6.9, 21.3)]. However, in Stafoggia et al. (2013), as the lag days increased, the confidence intervals did as well, resulting in more uncertain estimates. The results of Stafoggia et al. (2013) and Lanzinger et al. (2016b) are supported by Samoli et al. (2016a) when examining single-day lags ranging from 0 to 10 days where positive associations were observed through lag Day 4, but the strongest association in terms of magnitude and precision was a lag 1 (quantitative results not presented). Stafoggia

00197177

et al. (2013) and Powell et al. (2015) both examined the influence of alternative approaches to account for temporal trends and the confounding effects of weather and found that results were relatively unchanged.

Similar to the 2009 PM ISA (U.S. EPA, 2009) and compared to studies that examined short-term $PM_{10-2.5}$ exposure and respiratory-related hospital admissions, fewer studies focused on ED visits with the evidence primarily limited to single-city studies. In analyses of all ages, there is no evidence of an association when examining the results from single-city studies. Rodopoulou et al. (2014), in a study conducted in Doña Ana County, NM, reported a positive association for older adults, but no evidence of an association for an all ages analysis, which is consistent with the single-city studies evaluated in the 2009 PM ISA (Figure 5-45). However, Malig et al. (2013), in a study of 35 California counties, reported positive associations at lags 1 and 2 days, with the strongest association in terms of magnitude and precision at lag 1 (0.7% [95% CI: 0.3, 1.1]). The association with $PM_{10-2.5}$ was found to remain positive in copollutant models with $O_3$, $NO_2$, CO, $SO_2$, and $PM_{2.5}$. Additionally, associations were found to be slightly elevated in the warm compared to cold season, and robust to the exclusion of extreme $PM_{10-2.5}$ values (the highest and lowest 5% of calculated coarse particle levels) from the analysis. Rodopoulou et al. (2014) also examined the influence of season and extreme $PM_{10-2.5}$ concentrations and reported contradictory results to Malig et al. (2013) (i.e., associations larger in magnitude in the cold season and that the $PM_{10-2.5}$ association increased in magnitude when excluding high $PM_{10-2.5}$ concentrations). Uncertainties in how $PM_{10-2.5}$ concentration was estimated in Rodopoulou et al. (2014) complicates the comparison between studies.

Recent studies of respiratory-related hospital admissions and ED visits provide an initial assessment of the C-R relationship but is limited by the studies not conducting extensive empirical evaluations of alternatives to linearity and whether there is evidence of a threshold below which effects are not observed. Malig et al. (2013) provided initial evidence of a linear relationship through an analysis where the inclusion of a squared term for $PM_{10-2.5}$ into the statistical model to account for possible nonlinearity did not improve the goodness of fit over the initial model that assumed linearity. Stafoggia et al. (2013) examined whether there was evidence of a threshold in a study of six European cities, which is similar the threshold analysis detailed for $PM_{2.5}$ (Section 5.1.10.6). As depicted in Figure 5-46, the authors examined the percent increase in hospital admissions at various concentrations across the distribution of $PM_{10-2.5}$ concentrations, up to 40 $\mu g/m^3$, relative to 5 $\mu g/m^3$, and reported no evidence a threshold.

00197178



CI = confidence interval; µg/m³ = micrograms per cubic meter; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm.
Source: Stafoggia et al. (2013).

**Figure 5-46     Concentration-response relationship between short-term PM$_{10-2.5}$ exposure and respiratory-related hospital admissions, lag 0−5, relative to 5 µg/m³.**

### 5.3.6     Respiratory Effects in Healthy Populations

The 2009 PM ISA (U.S. EPA, 2009) evaluated a limited number of studies that examined the effects of short-term exposure to PM$_{10-2.5}$ on respiratory effects in healthy populations. No epidemiologic studies were available on PM$_{10-2.5}$ exposure and respiratory effects in healthy populations. Null findings were reported for lung function in populations of children, but their health status was not reported (Dales et al., 2008; Moshammer et al., 2006). Evidence for inflammation was inconsistent in controlled human exposure studies. Alexis et al. (2006) found evidence of pulmonary inflammation, as well as innate immune responses of airway macrophages, and increased levels of eotaxin in healthy individuals. Some of these responses were reduced by biological inactivation (i.e., heat-treatment of PM$_{10-2.5}$) implicating a role for endotoxin. Additionally, short-term exposure to PM$_{10-2.5}$ particles was also shown to elicit increases in polymorphonuclear leukocytes and inflammatory cytokines in healthy adults (Graff et al., 2009). However, Gong et al. (2004b) reported no effect of short-term PM$_{10-2.5}$ exposure on markers of airway inflammation in healthy subjects. Animal toxicological studies employed noninhalation routes of exposure because inhalation exposure of rodents to PM$_{10-2.5}$ is technically difficult given that rodents are obligatory nasal breathers. A number of studies involving noninhalation routes of exposure

00197179

(i.e., oropharyngeal aspiration, intra-tracheal instillation) support a potential role of short-term $PM_{10-2.5}$ exposure in pulmonary oxidative stress and inflammation (Gilmour et al., 2007; Happo et al., 2007; Dick et al., 2003). Evidence for pulmonary injury, oxidative stress, inflammation, and morphological changes was also provided by Gerlofs-Nijland et al. (2005) and Gerlofs-Nijland et al. (2007) in studies involving intra-tracheal instillation of $PM_{10-2.5}$ and an animal model of cardiovascular disease.

### 5.3.6.1    Epidemiologic Studies

Recent studies have used scripted exposures of healthy adults alternating between rest and exercise in high- and low-pollution locations. These studies minimize uncertainty in the $PM_{10-2.5}$ exposure metric by measuring personal ambient $PM_{10-2.5}$ at the site of exposure (calculated as the difference between $PM_{10}$ and $PM_{2.5}$). In Utrecht, the Netherlands, $PM_{10-2.5}$ exposure of 5 hours was associated with a decrease in FVC and an increase in eNO (Strak et al., 2012). However, the observed associations were small in magnitude and the authors did not report confidence intervals or other measures of precision. Two-hour $PM_{10-2.5}$ exposure was also associated with increased eNO but not with any of the number of lung function metrics measured in a study of healthy adults in Barcelona, Spain (Kubesch et al., 2015). In a follow-up study using a similar design, Matt et al. (2016) reported $FEV_1$, FVC, and PEF decrements associated with $PM_{10-2.5}$. Results appeared to be transient, as associations were observed immediately after exposure, but not 7 hours later during a follow-up spirometry test (Matt et al., 2016). Inconsistent associations among the vast number of pollutants and outcomes analyzed within studies is a limitation of all the reviewed studies.

There is limited evidence in healthy children in Chile, Sweden, and Taiwan for associations with 24-hour avg $PM_{10-2.5}$ concentrations (difference between $PM_{10}$ and $PM_{2.5}$ measured at monitors). Repeated measures of respiratory symptoms and eNO were associated with $PM_{10-2.5}$ concentrations at a monitor within 1.5 or 3 km of home or school (Prieto-Parra et al., 2017; Carlsen et al., 2016). In a cross-sectional analysis, $PM_{10-2.5}$ averaged across city monitors were associated with decreases in $FEV_1$, FVC, MMEF, $FEV_1$:FVC, and MMEF:FVC (Chen et al., 2015a). Cross-sectional measurements are generally less informative than repeated measures study designs because they do not establish a temporal relationship between the exposure and outcome of interest. Other findings in children are inconsistent, but do not provide insight into the respiratory effects of $PM_{10-2.5}$ exposure in healthy people because they are for a population with 66% prevalence of asthma or allergy (Chen et al., 2012; Chen et al., 2011a) or infants on cardiorespiratory monitors who may not spend much time outdoors away from home (Peel et al., 2011).

00197180

### 5.3.6.2    Controlled Human Exposure

In a recent study, Behbod et al. (2013) exposed subjects to $PM_{10-2.5}$ CAPs and measured multiple markers of airway inflammation, but relative to filtered air, no significant airway (sputum) responses were found (Table 5-34).

**Table 5-34    Study-specific details from a controlled human exposure study of short-term $PM_{10-2.5}$ exposure and respiratory effects in a healthy population.**

| Study | Study Design | Disease Status; n; Sex; (Age) | Exposure Details (Concentration; Duration; Comparison Group) | Endpoints Measured |
|-------|-------------|------------------------------|-------------------------------------------------------------|--------------------|
| Behbod et al. (2013) | Double-blind, randomized cross-over block design | Healthy nonsmokers; n = 35; 11 M, 12 F (18−60 yr) | 234.7 µg/m³ $PM_{2.5}$ (IQR: 52.4 µg/m³) for 130 min (120-min exposure + 10 min to complete tests) at rest. Comparison groups were either (1) filtered air or (2) medical air; a minimum 2-week washout period was used between exposures. | Sputum (pre- and 24-h postexposure): Total cell and neutrophil counts |

F = female; h = hour(s); IQR = interquartile range; M = male; µg/m³ = micrograms per cubic meter; min = minute(s); n = number of subjects; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; yr = year(s).

### 5.3.6.3    Animal Toxicological Studies

Recent studies involving intra-tracheal instillation confirm previous results showing that $PM_{10-2.5}$ collected during different seasons and from different locations exhibits variable potency in terms of pulmonary injury, inflammation, and morphologic changes (Lippmann et al., 2013a; Mirowsky et al., 2013; Halatek et al., 2011). In addition, two recent animal inhalation studies provide evidence for respiratory effects in healthy populations resulting from short-term exposure to $PM_{10-2.5}$. Amatullah et al. (2012) found that a 4-hour inhalation exposure of BALB/c mice to $PM_{10-2.5}$ CAPs in Toronto increased baseline total respiratory resistance ($p < 0.05$) and maximum response to methacholine ($p < 0.01$) immediately after exposure. In addition, quasi-static compliance was decreased ($p < 0.01$) and quasi-static elastance was increased ($p < 0.01$). These changes indicate airway obstruction. Amatullah et al. (2012) also found increased total cells and macrophages in the bronchoalveolar lavage fluid (BALF; $p < 0.05$). Aztatzi-Aguilar et al. (2015) showed that multiday inhalation exposure of Sprague-Dawley rats to $PM_{10-2.5}$ CAPs in Mexico City resulted in increased IL-6 protein in lung tissue ($p < 0.05$). In addition, a

00197181

reduction in angiotensin converting enzyme was observed ($p < 0.05$). Angiotensin converting enzyme is a component of the RAS and regulates levels of the potent vasoconstrictor angiotensin II. Because deposition of inhaled $PM_{10-2.5}$ is expected to primarily occur in the extrathoracic airways (i.e., the nose) of rodents, recent animal toxicological studies links deposition in the nose to changes in pulmonary function including increased airway responsiveness, inflammation in the lower airways, and changes in the RAS. Additional study details for these recent toxicological studies are found in Table 5-35.

**Table 5-35    Study-specific details from animal toxicological studies of short-term $PM_{10-2.5}$ exposure and respiratory effects in healthy animals.**

| Study/Study Population | Pollutant | Exposure | Endpoints |
|---|---|---|---|
| Amatullah et al. (2012)<br>Species: mouse<br>Sex: female<br>Strain: BALB/c<br>Age/weight: 6–8 weeks, 18 g | $PM_{10-2.5}$ CAPs<br>Toronto, ON<br>Particle size: $PM_{10-2.5}$<br>Control: HEPA-filtered air | Route: nose-only inhalation<br>Dose/concentration: $PM_{10-2.5}$ 793 µg/m$^3$, duration: 4 h<br>Time to analysis: at end of exposure<br>Modifier: baseline ECG | Pulmonary function—airways resistance, quasi-static elastance<br>BALF cells |
| Aztatzi-Aguilar et al. (2015)<br>Species: rat<br>Sex: male<br>Strain: Sprague-Dawley | $PM_{10-2.5}$ CAPs<br>Mexico City<br>Particle size: $PM_{10-2.5}$<br>Control: filtered air | Route: inhalation<br>Dose/concentration: $PM_{10-2.5}$ 32 µg/m$^3$<br>Duration: acute 5 h/day, 3 days<br>Time to analysis: 24 h | Gene and protein expression in lung tissue<br>• IL-6<br>• Components of RAS and kallikrein-kinin endocrine system<br>• Heme oxygenase-1 |

BALF = bronchoalveolar lavage fluid; CAPs = concentrated ambient particles; ECG = electrocardiogram; g = gram; h = hour(s); HEPA = high-efficiency particulate air; IL-6 = interleukin 6; µg/m$^3$ = micrograms per cubic meter; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; RAS = renin-angiotensin system.

### 5.3.6.4    Summary of Respiratory Effects in Healthy Populations

Epidemiologic and controlled human exposure studies examining healthy populations do not consistently support a relationship between $PM_{10-2.5}$ and lung function or pulmonary inflammation. Animal toxicological studies provide evidence for decrements in lung function, inflammation, oxidative stress, and upregulation of the RAS system following short-term inhalation exposure to $PM_{10-2.5}$. Support for some of these findings in animals are provided by studies using noninhalation routes of exposure.

00197182

### 5.3.7    Respiratory Mortality

Studies that examine the association between short-term $PM_{10-2.5}$ exposure and cause-specific mortality outcomes, such as respiratory mortality, provide additional evidence for $PM_{10-2.5}$-related respiratory effects, specifically whether there is evidence of an overall continuum of effects. In the 2009 PM ISA (U.S. EPA, 2009), only a few studies examined the association between short-term $PM_{10-2.5}$ exposure and respiratory mortality, with only one U.S.-based multicity study (Zanobetti and Schwartz, 2009). Across studies, there was evidence of generally positive associations with respiratory mortality even though studies used a variety of approaches to estimate $PM_{10-2.5}$ concentrations, but confidence intervals were wide in the single-city studies evaluated. Overall, there was limited evaluation of the potential confounding effects of gaseous pollutants and the influence of model specification on the associations observed.

Recent multicity epidemiologic studies that examined associations between short-term $PM_{10-2.5}$ exposure and respiratory mortality provide evidence of positive associations in some locations, but not in others (Figure 11-27). However, a meta-analysis (Adar et al., 2014) indicates a $PM_{10-2.5}$ association similar in magnitude as the multicity U.S.-based study (Zanobetti and Schwartz, 2009) evaluated in the 2009 PM ISA (U.S. EPA, 2009). Unlike the studies evaluated in the 2009 PM ISA, some recent studies have also further evaluated the $PM_{2.5}$-respiratory mortality relationship by examining cause-specific respiratory mortality outcomes [i.e., COPD, pneumonia, and LRTI; Samoli et al. (2014); Janssen et al. (2013)]. Overall, the results reported in the studies that examine cause-specific respiratory mortality outcomes are generally consistent with the results for all respiratory mortality, but the smaller number of mortality events observed results in estimates with larger uncertainty. As a result, this section focuses on studies that examine all respiratory mortality outcomes and address uncertainties and limitations in the relationship between short-term $PM_{10-2.5}$ exposure and respiratory mortality, specifically potential copollutant confounding, lag structure of associations, and effect modification by season and temperature.

#### 5.3.7.1    Characterizing the $PM_{10-2.5}$-Respiratory Mortality Relationship

Recent epidemiologic studies conducted additional analyses that address some of the uncertainties and limitations of the relationship between short-term $PM_{10-2.5}$ exposure and respiratory mortality identified in the 2009 PM ISA (U.S. EPA, 2009). Specifically, recent studies provide additional information on copollutant confounding, lag structure of associations, and seasonal associations. However, similar to those studies evaluated in the 2009 PM ISA, the approaches used to estimate $PM_{10-2.5}$ concentrations varies across studies and it remains unclear if the level of exposure measurement error varies by each approach (Table 11-9). Overall, these studies provide initial evidence that (1) $PM_{10-2.5}$-respiratory mortality associations remain positive but may be attenuated in copollutant models; (2) $PM_{10-2.5}$ effects on respiratory mortality tend to occur within the first few days of exposure (i.e., lags 0 to 2 days); and (3) it remains unclear whether there are seasonal differences in associations.

SECTION 5.3: Short-Term PM10−2.5 Exposure and Respiratory Effects

00197183

### 5.3.7.1.1    Copollutant Confounding

Consistent with the evaluation of total (nonaccidental) mortality, the studies evaluated in the 2009 PM ISA (U.S. EPA, 2009) provided limited information on the potential confounding effects of gaseous pollutants and $PM_{2.5}$ on the relationship between short-term $PM_{10-2.5}$ exposure and respiratory mortality. Recent multicity studies (Lee et al., 2015; Janssen et al., 2013; Samoli et al., 2013; Chen et al., 2011b) and a meta-analysis (Adar et al., 2014) provide additional information concerning the role of copollutants on the $PM_{10-2.5}$-respiratory mortality relationship.

When focusing on potential copollutant confounding of the $PM_{10-2.5}$-respiratory mortality relationship by $PM_{2.5}$, there is evidence that the association generally remains positive (Figure 5-47). However, in a study of 10 European Mediterranean cities within the MED-PARTICLES project, Samoli et al. (2013) did not find any evidence of $PM_{10-2.5}$-respiratory mortality association in copollutant models with $PM_{2.5}$. Unlike the other studies evaluated, the authors only presented copollutant model results for lag 0−5 days, which is a lag structure that is longer and inconsistent with the larger body of evidence (Section 5.3.7.1.2).



avg = average; CAPES = China Air Pollution and Health Effects Study; μg/m³ = micrograms per cubic meter; $NO_2$ = nitrogen dioxide; $O_3$ = ozone; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; $SO_2$ = sulfur dioxide.

Note: †Studies published since the 2009 PM ISA. a = copollutant results only presented for a lag of 0−5 days. Corresponding quantitative results are reported in Supplemental Material (U.S. EPA, 2018).

**Figure 5-47    Percent increase in respiratory mortality for a 10-μg/m³ increase in 24-hour avg $PM_{10-2.5}$ concentrations in single- and copollutant models.**

SECTION 5.3: Short-Term PM10−2.5 Exposure and Respiratory Effects

00197184

The studies that provide evidence of a $PM_{10-2.5}$-respiratory mortality association that remains positive in copollutant models with $PM_{2.5}$ are supported by analyses conducted by Adar et al. (2014) in the context of a meta-analysis. When examining studies that conducted copollutant models with $PM_{2.5}$, Adar et al. (2014) observed that the $PM_{10-2.5}$-respiratory mortality association was similar in magnitude to that observed in single-pollutant models (quantitative results not provided). The results from copollutant models were further supported when stratifying $PM_{10-2.5}$-mortality estimates by the correlation with $PM_{2.5}$ (low, $r < 0.35$; medium, $r = 0.35$ to $<0.5$; high, $r > 0.5$). The authors observed evidence of positive associations for the medium and high correlation categories that were similar in magnitude but had wide confidence intervals. However, there was no evidence of an association for the low correlations. Adar et al. (2014) further examined potential copollutant confounding by $PM_{2.5}$ through an analysis focusing on whether $PM_{10-2.5}$-mortality associations were present when the correlation between $PM_{2.5}$ and $PM_{10-2.5}$ increased and when $PM_{2.5}$ was also associated with mortality. As highlighted in Figure 5-48, there was evidence of positive $PM_{10-2.5}$-respiratory mortality associations at both low and high correlations as well as low and high magnitudes of the $PM_{2.5}$-respiratory mortality association (Figure 5-48).



$PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm.
Source: Adar et al. (2014).

**Figure 5-48    Associations between short-term $PM_{10-2.5}$ exposure and respiratory mortality as a function of the correlation between $PM_{10-2.5}$ and $PM_{2.5}$ stratified by strength of the association with $PM_{2.5}$.**

SECTION 5.3: Short-Term PM10−2.5 Exposure and Respiratory Effects

00197185

Across the studies that examined potential copollutant confounding, only a few examined gaseous pollutants (Lee et al., 2015; Samoli et al., 2013) and the results contradict one another (see Figure 5-47). As a result, it remains unclear whether gaseous copollutants confound the $PM_{10-2.5}$-respiratory mortality association.

Collectively, the recent epidemiologic studies that examined potential copollutant confounding provide initial evidence that $PM_{10-2.5}$-respiratory mortality associations remain generally positive in copollutant models particularly with $PM_{2.5}$. However, the lack of information on the correlations among the pollutants examined and the limited analyses of gaseous pollutants complicates the interpretation of the copollutant model results.

### 5.3.7.1.2        Lag Structure of Associations

Multicity epidemiologic studies that examined cause-specific mortality in the 2009 PM ISA (U.S. EPA, 2009) observed immediate effects on respiratory mortality attributed to short-term $PM_{10-2.5}$ exposure, with consistent positive associations observed at lags ranging from 0 to 2 days. However, the majority of these studies either examined single-day lags or selected lags a priori. Recent multicity studies have conducted more extensive examinations of the lag structure of associations by examining multiple sequential single-day lags or examining whether there is evidence of immediate (i.e., lag 0−1 days), delayed (i.e., lag 2−5 days), or prolonged (i.e., lag 0−5 days) effects of short-term $PM_{10-2.5}$ exposure on respiratory mortality.

Across the studies that examined single-lag days, most of the studies focused on lags within the range of 0 to 2 days. Although a few studies extended out to a longer duration, collectively the studies provided evidence that was generally in agreement with one another. In a study conducted in the Netherlands, Janssen et al. (2013) examined single-day lags of 0 to 3 days and reported no evidence of an association at lag 0 and 1 day. The largest association in terms of magnitude and precision was for lag 2 days (3.8% [95% CI: 0.6, 7.2]). Within the CAPES study, Chen et al. (2011b) reported evidence of an immediate effect between short-term $PM_{10-2.5}$ exposure and respiratory mortality by observing evidence of a positive association at lag 1 and no evidence of an association at lag 0 and 2 days. Stafoggia et al. (2017), in a study of eight European cities, examined single-day lags ranging from 0 to 10 days also reported evidence of an immediate effect with positive associations at lags 0 and 1 day. However, the authors found evidence of positive associations at longer lags (i.e., lag 4 and 5), but confidence intervals were wide. The results across the studies that examined a series of single-day lags is further supported by the meta-analysis by Adar et al. (2014) where an examination of single-day lag risk estimates across studies found positive associations across lags ranging from 0 to 2 days with the strongest association in terms of magnitude and precision occurring at lag 1.

Although the studies that examined a series of single-day lags tend to support a $PM_{10-2.5}$-respiratory mortality association within the first few days after exposure, Samoli et al. (2013), in

00197186

the MED-PARTICLES project, did not provide further support for this lag structure of associations. The authors examined both a series of multiday lags as well as single-day lags through a polynomial distributed lag over 0−7 days. In the multiday lag analysis, Samoli et al. (2013) reported the strongest evidence of an association for a delayed effect (i.e., lag 2−5 days; 0.72% [95% CI: −0.31, 1.8]), with no evidence of an association at lag 0−1 days. This observation was confirmed when examining the polynomial distributed lag provided evidence of positive associations only at lags 3, 4, and 5 (quantitative results not presented).

Overall, studies that examined the lag structure of associations generally support that short-term $PM_{10-2.5}$ exposure contributes to respiratory mortality effects within the first few days after exposure, ranging from 0−2 days. However, there is initial evidence that the $PM_{10-2.5}$-respiratory mortality association may be more delayed.

### 5.3.7.1.3        Effect Modification

#### Season

An examination of potential seasonal differences in associations between short-term $PM_{10-2.5}$ exposure and respiratory mortality in the 2009 PM ISA (U.S. EPA, 2009) was limited to one U.S. multicity study (Zanobetti and Schwartz, 2009) that provided initial evidence of associations being larger in magnitude in the spring and summer. Although still limited in number, some recent multicity studies conducted an examination of potential seasonal differences in associations (Lee et al., 2015; Samoli et al., 2013).

Samoli et al. (2013), in the MED-PARTICLES project, only examined warm (April−September) and cold months (October−March). In analyses focusing on lag 0−5 days, the authors observed evidence of positive associations in both seasons, with associations larger in magnitude during the warm season (1.21% [95% CI: −2.0, 4.6]) compared to the cold season (0.30% [95% CI: −1.8, 2.5]), but confidence intervals were wide. In a study conducted in 11 east Asian cities, Lee et al. (2015) observed a different pattern of seasonal associations. The authors reported larger associations in the cold season (1.2% [95% CI: 0.16, 2.3]) compared to the warm (0.42% [95% CI: −0.30, 1.2]). It is unclear why these results differ from the other studies, but mean $PM_{10-2.5}$ concentrations and mean temperature tended to be higher across the cities in Lee et al. (2015) compared with the cities in the other studies evaluated in this section. Overall, the inconsistent evidence across studies does not provide additional information on the seasonal pattern of associations between short-term $PM_{10-2.5}$ exposure and respiratory mortality.

00197187

**Temperature**

In addition to examining whether there is evidence that warm temperatures modify the $PM_{10-2.5}$-respiratory mortality relationship by conducting seasonal analyses, a recent study also examined whether there is evidence that high temperature days modify the $PM_{10-2.5}$-respiratory mortality relationship. Although in all-year analyses, Pascal et al. (2014) reported no evidence of an association between short-term $PM_{10-2.5}$ exposure and respiratory mortality, the authors examined whether temperature modified the relationship. Pascal et al. (2014) examined the impact of temperature on the $PM_{10-2.5}$-respiratory mortality relationship across nine French cities by comparing associations on warm and nonwarm days, where warm days were defined as those days where the mean temperature exceeded the 97.5th percentile of the mean temperature distribution. When calculating the interaction ratio, which estimated the extra PM effect due to warm days, the authors observed no evidence of a positive modifying effect of warm days on respiratory mortality.

### 5.3.8    Summary and Causality Determination

Based on a small number of epidemiologic studies observing associations with some respiratory effects and limited evidence from experimental studies to support biological plausibility, the 2009 PM ISA (U.S. EPA, 2009) concluded that the relationship between short-term exposure to $PM_{10-2.5}$ and respiratory effects is *suggestive of a causal relationship*. Epidemiologic findings were consistent for respiratory infection and combined respiratory-related diseases, but not for COPD. Studies were characterized by overall uncertainty in the exposure assignment approach and limited information regarding potential copollutant confounding. Controlled human exposure studies of short-term $PM_{10-2.5}$ exposure found no lung function decrements and inconsistent evidence for pulmonary inflammation in healthy individuals or human subjects with asthma. Animal toxicological studies were limited to those using noninhalation (e.g., intra-tracheal instillation) routes of $PM_{10-2.5}$ exposure. Recent studies strengthen the evidence base for asthma exacerbation and respiratory mortality, but they do not rule out chance and confounding. The evidence for the relationship between short-term exposure to $PM_{2.5}$ and effects on the respiratory system is summarized in Table 5-36, using the framework for causality determinations described in the Preamble to the ISAs (U.S. EPA, 2015).

00197188

**Table 5-36    Summary of evidence that is *suggestive of, but not sufficient to infer, a causal relationship* between short-term PM$_{10-2.5}$ exposure and respiratory effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | PM$_{10-2.5}$ Concentrations Associated with Effects[c] (µg/m$^3$) |
|---|---|---|---|
| *Asthma Exacerbation* | | | |
| Consistent epidemiologic evidence from a limited number of studies at relevant PM$_{10-2.5}$ concentrations | Increases in asthma-related hospital admissions and ED visits. Evidence mostly from single-city studies conducted in the U.S. | Section 5.3.2.1 | 9.7−16.2 |
| Uncertainty regarding confounding by copollutants | Potential copollutant confounding for asthma-related hospital admissions and ED visits is examined in a few studies, with some evidence that associations remain robust in models with gaseous pollutants and PM$_{2.5}$. | Section 5.3.2.1 | |
| Uncertainty regarding exposure measurement error | Uncertainty in using PM$_{10-2.5}$ concentrations, estimated by differencing PM$_{10}$ and PM$_{2.5}$ concentrations, as exposure surrogates, is not addressed. | Section 3.3.1.1 | |
| Limited coherence across epidemiologic studies | Providing support for asthma exacerbation are findings of associations for respiratory symptoms in children. There is no evidence for association with lung function decrements, and inconsistent evidence for eNO. | Section 5.3.2.2 Section 5.3.2.3 Section 5.3.2.4 | |
| Inconsistent evidence from controlled human exposure studies | In adults with asthma, measures of lung function are unaffected. Results for pulmonary inflammation were inconsistent, with one study finding many effects on immune function. | Section 5.3.2.4.2 Alexis et al. (2014) | 90 |
| Biological plausibility | Evidence from one controlled human exposure study provides biological plausibility with epidemiologic findings for allergic asthma, the most common asthma phenotype in children. | Section 5.3.2.4.2 | |
| *Respiratory Mortality* | | | |
| Consistent epidemiologic evidence from multiple studies at relevant PM$_{10-2.5}$ concentrations | Positive associations in single and multicity studies. | Section 5.3.7 | |

SECTION 5.3: Short-Term PM10−2.5 Exposure and Respiratory Effects

00197189

**Table 5-36 (Continued): Summary of evidence that is *suggestive of, but not sufficient to infer, a causal relationship* between short-term PM$_{10-2.5}$ exposure and respiratory effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | PM$_{10-2.5}$ Concentrations Associated with Effects[c] (µg/m$^3$) |
|---|---|---|---|
| Uncertainty regarding confounding by copollutants and exposure measurement error | Potential copollutant confounding is examined in a few studies, with some evidence that associations remain robust in models with PM$_{2.5}$. | Section 5.3.7 | |
| Uncertainty regarding exposure measurement error | Uncertainty in using PM$_{10-2.5}$ concentrations, estimated by taking the difference between PM$_{10}$ and PM$_{2.5}$ concentrations, as exposure surrogates, is not addressed. | Section 3.3.1 | |
| Limited morbidity evidence for underlying causes of respiratory mortality | Some epidemiologic evidence for COPD exacerbation and respiratory infection evidence provide limited coherence for cause-specific respiratory mortality. | Section 5.3.3 Section 5.3.4 | |
| *Exacerbation of COPD, Respiratory Infection, and Combined Respiratory-Related Diseases* | | | |
| Limited epidemiologic evidence and uncertainty regarding independent effect of PM$_{10-2.5}$ | Generally positive associations for COPD-related hospital admissions in a limited number of studies conducted in the U.S., Canada, and Asia. Evidence is inconsistent for COPD ED visits. | Section 5.3.3.1 | 5.6−24.8 |
| | Generally positive associations for ED visits for acute respiratory infection, pneumonia, and combinations of respiratory infections in a limited number of studies in the U.S., Canada, and Asia. | Section 5.3.4.1 | 5.6−24.8 |
| | Generally positive associations are observed for combined respiratory-related disease hospital admissions in single-city and multicity studies conducted in the U.S., Canada, and Europe. Evidence is inconsistent for combined respiratory-related disease visits. | Section 5.3.5 | |
| *Respiratory Effects in Healthy Populations* | | | |
| Inconsistent evidence from epidemiologic studies | A limited number of panel studies in healthy adults reported inconsistent evidence of associations with lung function and pulmonary inflammation. | Section 5.3.6.1 | |

SECTION 5.3: Short-Term PM10−2.5 Exposure and Respiratory Effects

00197190