**Table 5-36 (Continued): Summary of evidence that is *suggestive of, but not sufficient to infer, a causal relationship* between short-term PM$_{10-2.5}$ exposure and respiratory effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | PM$_{10-2.5}$ Concentrations Associated with Effects[c] ($\mu g/m^3$) |
|---|---|---|---|
| Inconsistent evidence from controlled human exposure studies | Evidence is inconsistent for pulmonary inflammation. | Section 5.3.6.2<br>Behbod et al. (2013) | 235 |
| Some evidence from toxicological studies at relevant concentrations | Results show altered lung function and pulmonary inflammation in rodents exposed by inhalation to PM$_{10-2.5}$ CAPs. | Amatullah et al. (2012)<br>Aztatzi-Aguilar et al. (2015) | 32−793 |

CAPs = concentrated ambient particles; COPD = chronic obstructive pulmonary disease; ED = emergency department; eNO = exhaled nitric oxide; $\mu g/m^3$ = micrograms per cubic meter; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; PM$_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm.

[a]Based on aspects considered in judgments of causality and weight of evidence in causal framework in Table I and Table II of the Preamble to the ISAs (U.S. EPA, 2015).

[b]Describes the key evidence and references, supporting or contradicting, contributing most heavily to causality determination and, where applicable, to uncertainties or inconsistencies. References to earlier sections indicate where full body of evidence is described.

[c]Describes the PM$_{10-2.5}$ concentrations with which the evidence is substantiated.

Recent epidemiologic findings more consistently link PM$_{10-2.5}$ to asthma exacerbation than studies reported in the 2009 PM ISA (U.S. EPA, 2009). These studies of hospital admission and ED visits include children older than 5 years. These findings are supported by epidemiologic studies observing respiratory symptoms in children and by a controlled human exposure study showing PM-related effects on inflammation and the immune system. There is limited evidence that associations remain robust in models with gaseous pollutants and PM$_{2.5}$. Recent, but limited, epidemiologic findings are also more consistent for COPD exacerbation and combined respiratory-related diseases compared with studies reported in the 2009 PM ISA. However, the evidence for COPD hospital admissions is inconsistent across several U.S. cities and for direct PM$_{10-2.5}$ measurements. Recent epidemiologic findings for respiratory infection differ than findings reported in the 2009 PM ISA in that they indicate associations with pneumonia, but not combinations of respiratory infections. The respiratory effects related to short-term PM$_{10-2.5}$ exposure in healthy individuals remain inconsistent, although some controlled human exposure and animal toxicological studies show effects. The evidence base for respiratory mortality is expanded since the 2009 PM ISA (U.S. EPA, 2009) and is generally supportive of associations with short-term exposure to PM$_{10-2.5}$. Studies provide initial evidence that PM$_{10-2.5}$-respiratory mortality associations remain positive but may be attenuated in copollutant models. In addition, PM$_{10-2.5}$ effects on respiratory mortality tend to occur within the first few days of exposure (i.e., lags 0 to 2 days). Across most of these respiratory outcome groups, copollutant confounding remains uncertain. An uncertainty spanning all epidemiologic studies examining associations with PM$_{10-2.5}$ is the lack of a systematic evaluation of the

00197191

various methods used to estimate $PM_{10-2.5}$ concentrations and the resulting uncertainty in the spatial and temporal variability in $PM_{10-2.5}$ concentrations compared to $PM_{2.5}$ (Section 2.5.1.2.3 and Section 3.3.1.1). **Overall, the collective evidence is *suggestive of, but not sufficient to infer, a causal relationship between short-term $PM_{10-2.5}$ exposure and respiratory effects.***

## 5.4      Long-Term $PM_{10-2.5}$ Exposure and Respiratory Effects

The 2009 PM ISA concluded that the evidence was inadequate to assess the relationship between long-term exposure to $PM_{10-2.5}$ and respiratory effects (U.S. EPA, 2009).[64] At that time, the evidence consisted of a single epidemiologic study. Some recent epidemiologic findings link $PM_{10-2.5}$ to lung function metrics (Section 5.4.2), the development of asthma (Section 5.4.3), and respiratory infection (Section 5.4.5) in children. However, there is little or no evidence for the development of allergic disease (Section 5.4.4), severity of asthma (Section 5.4.6), or respiratory effects in healthy populations (Section 5.4.7). In all recent studies, $PM_{10-2.5}$ concentrations were estimated by LUR models, dispersion models, or by subtracting monitored $PM_{2.5}$ concentrations from monitored $PM_{10}$ concentrations. The major uncertainties for these studies involve the potential for exposure measurement error, especially relating to the errors due to subtracting $PM_{2.5}$ concentration from $PM_{10}$ concentration, notably when the monitors are not collocated, and the potential for confounding related to copollutants. Experimental evidence is limited to a single inhalation exposure in healthy animals, although additional studies using noninhalation routes of exposure provide biological plausibility for a relationship between long-term exposure to $PM_{10-2.5}$ and asthma severity.

### 5.4.1      Biological Plausibility

This section describes biological pathways that potentially underlie respiratory health effects resulting from long-term exposure to $PM_{10-2.5}$. Figure 5-49 graphically depicts the proposed pathways as a continuum of upstream events, connected by arrows, that may lead to downstream events observed in epidemiologic studies. This discussion of how long-term exposure to $PM_{10-2.5}$ may lead to respiratory health effects contributes to an understanding of the biological plausibility of epidemiologic results evaluated later in Section 5.4. Note that the structure of the biological plausibility sections and the role of biological plausibility in contributing to the weight-of-evidence analysis used in the 2009 PM ISA are discussed in Preface Section P.3.2.1.

Once $PM_{10-2.5}$ deposits in the respiratory tract, it may be retained, cleared, or solubilized (see Chapter 4). Insoluble and soluble components of $PM_{10-2.5}$ may interact with cells in the respiratory tract, such as epithelial cells, inflammatory cells, and sensory nerve cells. One way in which this may

---

[64] As detailed in the Preface, risk estimates are for a 5-$\mu$g/m$^3$ increase in annual $PM_{10-2.5}$ concentrations unless otherwise noted.

00197192

occur is through reduction-oxidation (redox) reactions. As discussed in Section 2.3.3, PM may generate reactive oxygen species (ROS) and this capacity is termed "oxidative potential." Furthermore, cells in the respiratory tract may respond to the presence of PM by generating ROS. Further discussion of these redox reactions, which may contribute to oxidative stress, is found in Section 5.1.1 of the 2009 PM ISA (U.S. EPA, 2009). In addition, poorly soluble particles may translocate to the interstitial space beneath the respiratory epithelium and accumulate in the lymph nodes (see Chapter 4). Immune system responses due to the presence of particles in the interstitial space may contribute to respiratory health effects.



$PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm.
Note: The boxes above represent the effects for which there is experimental or epidemiologic evidence related to $PM_{10-2.5}$ exposure, and the arrows indicate a proposed relationship between those effects. Shading around multiple boxes is used to denote a grouping of these effects. Arrows may connect individual boxes, groupings of boxes, and individual boxes within groupings of boxes. Progression of effects is generally depicted from left to right and color coded (gray = exposure; green =initial effect; blue = intermediate effect; orange = effect at the population level or a key clinical effect). Here, population-level effects generally reflect results of epidemiologic studies. When there are gaps in the evidence, there are complementary gaps in the figure and the accompanying text below.

**Figure 5-49    Potential biological pathways for respiratory effects following long-term $PM_{10-2.5}$ exposure.**

Evidence that long-term exposure to $PM_{10-2.5}$ may affect the respiratory tract generally falls along one proposed pathway (Figure 5-49). It begins with respiratory tract inflammation and leads to allergic responses and airway remodeling that may underlie the development or worsening of asthma. Epidemiologic evidence links long-term exposure to $PM_{10-2.5}$ and eNO, a marker of airway inflammation (Dales et al., 2008). Supportive evidence is provided by several animal toxicological studies involving intra-tracheal instillation (Liu et al., 2014; He et al., 2013a; He et al., 2013b). In these studies, multiple

00197193

exposures to dust storm-associated $PM_{10-2.5}$ resulted in allergic inflammation and airway remodeling in nonallergic mice and enhanced allergen-induced responses in allergic mice. These findings are supportive of a link between long-term $PM_{10-2.5}$ exposure and incident asthma (Section 5.4.3). This proposed pathway provides biological plausibility for epidemiologic evidence of respiratory health effects and will be used to inform a causality determination, which is discussed later in the chapter (Section 5.4.9).

In addition, a study of long-term $PM_{10-2.5}$ exposure in animals (Aztatzi-Aguilar et al., 2015) found decreases in tissue levels of heme oxygenase-1 and IL-6, which are markers of oxidative stress and inflammation, respectively. Increases in mRNA and protein levels of angiotensin receptor type 1 and mRNA levels of angiotensin converting enzyme, which are components of the RAS, were also observed. Angiotensin receptor type 1 mediates the effects of angiotensin II, which is a potent vasoconstrictor and mediator in the vasculature. Deposition of inhaled $PM_{10-2.5}$ is expected to primarily occur in the extrathoracic airways (i.e., the nose) of rodents and to result in a much smaller fraction deposited in the lower respiratory tract compared with humans. This study links deposition of $PM_{10-2.5}$ in the nose to increased activity of the RAS and to a possible dampening of oxidative stress and inflammation in the lung.

## 5.4.2    Lung Function and Development

As evaluated in the 2009 PM ISA (U.S. EPA, 2009), a cross-sectional analysis of 1,613 schoolchildren in Windsor, Ontario reported that a 5-$\mu g/m^3$ increase in $PM_{10-2.5}$ was not associated with percent predicted $FEV_1$ (0.26% [95% CI: −4.22, 4.74]) and was associated with small, imprecise (i.e., wide 95% CIs) increase in percent predicted FVC: [1.10% (95% CI: −8.11, 10.39); Dales et al. (2008)]. Recent analyses of European birth cohorts have observed consistent associations between $PM_{10-2.5}$ and an array of lung function metrics. In the PIAMA cohort, $PM_{10-2.5}$ estimated at children's current addresses was associated with decreases in $FEV_1$, FVC, and $FEF_{25-75}$ measures collected at age 8 and 12 years (Gehring et al., 2015a). Similarly, in an ESCAPE project analysis of five European cohorts, $PM_{10-2.5}$ estimates at both birth address and current address were negatively associated with $FEV_1$ measured at ages 6 and 8 years, but the effect was stronger when current address was used in the exposure assignment (Gehring et al., 2013). $PM_{10-2.5}$ at current address was also associated with higher odds of $FEV_1$ <85% of predicted values (OR: 1.81 [95% CI: 0.94, 3.47]), a clinically significant indicator of impaired lung function.

Cross-sectional studies of schoolchildren in 24 Taiwanese provinces (Chen et al., 2015a) and 9−10-year-olds participating in the Child Heart and Health Study in England (Barone-Adesi et al., 2015) provided inconsistent evidence of an association between $PM_{10-2.5}$ and lung function. While Chen et al. (2015a) reported reductions of 102 mL (95% CI: 16, 189 mL) in $FEV_1$ and 121 mL (95% CI: 15, 227 mL) in FVC per 5-$\mu g/m^3$ increase in $PM_{10-2.5}$ over the past 2 months, Barone-Adesi et al. (2015) did not observe any associations between annual $PM_{10-2.5}$ exposure and the same lung function metrics.

00197194

Additionally, it is unclear whether Chen et al. (2015a) estimated $PM_{10-2.5}$ using collocated $PM_{10}$ and $PM_{2.5}$ monitors.

In addition to studies conducted among children, one epidemiologic study evaluated the effects of long-term exposure to $PM_{10-2.5}$ on pulmonary function in adults. Results for the various indices of pulmonary function were inconsistent among adults participating in the ESCAPE project (Adam et al., 2015). $PM_{10-2.5}$ was associated with decrements in $FEV_1$ and FVC in a cross-sectional analysis, but an increase in $FEV_1$ in longitudinal analyses. Due to the strengths of a longitudinal study design compared to a cross-sectional design, it's possible that the negative association may have been the result of unmeasured confounding in the cross-sectional analysis.

### 5.4.3    Development of Asthma

There were no studies examining the association between long-term exposure to $PM_{10-2.5}$ and the development of asthma available for inclusion in the 2009 PM ISA (U.S. EPA, 2009). A few recent studies report associations between $PM_{10-2.5}$ and asthma incidence. In the PIAMA cohort in the Netherlands (Gehring et al., 2015a) and a pooled analysis of four European birth cohorts (Gehring et al., 2015b), asthma incidence was associated with $PM_{10-2.5}$ concentrations outside birth residences. The associations were attenuated, but still positive when $PM_{10-2.5}$ concentrations were assigned at the address of the participant at the time of follow-up. This indicates the potential importance of early-life exposures.

Studies examining asthma prevalence in children reported contrasting evidence. The Gehring et al. (2015b) pooled analysis, discussed above, observed inconsistent evidence of an association across cohorts, and reported a null association in a meta-analysis combining results from all cohorts. Another ESCAPE project analysis of five European birth cohorts estimated $PM_{10-2.5}$ at participants' birth addresses and addresses at age 4 and 8 years (Mölter et al., 2014). Birth and current address $PM_{10-2.5}$ were not associated with higher odds of prevalent asthma at age 4 years. However, $PM_{10-2.5}$ estimated at both birth and current address was associated with an increase in odds of asthma by age 8 years. Contrary to the results for asthma incidence, the association was higher in magnitude and more precise when asthma prevalence was related to current address $PM_{10-2.5}$ concentrations (OR: 1.16 [95% CI: 0.93, 1.44]) rather than birth address exposure (1.10 [0.72, 1.69]).

No recent studies have examined subclinical effects underlying the development of asthma in association with long-term exposure to $PM_{10-2.5}$. A cross-sectional analysis of 1,613 schoolchildren in Windsor, Ontario, reviewed in the 2009 PM ISA (U.S. EPA, 2009), reported a null association between $PM_{10-2.5}$ and Ln(eNO) (Dales et al., 2008). Results from a prior CHS analysis (Bastain et al., 2011) showed that elevated eNO was associated with increased risk of new onset asthma.

In addition to studies conducted among children, one epidemiologic study evaluated the effects of long-term $PM_{10-2.5}$ exposure in adults. An ESCAPE project analysis also examined associations between

00197195

$PM_{10-2.5}$ and incident asthma (Jacquemin et al., 2015). In a meta-analysis of all cohorts, annual $PM_{10-2.5}$ was not associated with higher odds of incident asthma (OR: 0.99 [95% CI: 0.87, 1.14]).

Animal toxicological studies related to the development of asthma are typically conducted in nonallergic animal models. Inhalation exposure of rodents to $PM_{10-2.5}$ is technically difficult because rodents are obligatory nasal breathers. A group of recent studies examined the effects of long-term $PM_{10-2.5}$ using Asian sand dust and noninhalation routes of exposure (i.e., intra-tracheal instillation). Results provided biological plausibility for a potential role of $PM_{10-2.5}$ in allergic inflammation and airway remodeling (Liu et al., 2014; He et al., 2013a; He et al., 2013b).

### 5.4.4    Development of Allergic Disease

There were no studies examining the association between long-term exposure to $PM_{10-2.5}$ and the development of allergic disease available for inclusion in the 2009 PM ISA (U.S. EPA, 2009). A small number of recent epidemiologic studies examined the association between long-term exposure to $PM_{10-2.5}$ and allergic disease. The relation between early-life exposure to $PM_{10-2.5}$ and allergic sensitization at age 4 and 8 years was examined in the ESCAPE pooled analysis of five European cohorts (Gruzieva et al., 2014). There were no clear associations between $PM_{10-2.5}$ concentrations estimated at birth address and sensitization at age 4 or 8 years. Similarly, another European birth cohort pooled analysis did not observe an association between $PM_{10-2.5}$ and rhinoconjunctivitis (Gehring et al., 2015b). The PIAMA cohort reported on associations between $PM_{10-2.5}$ and allergic outcomes (Gehring et al., 2015a) noting that $PM_{10-2.5}$ was associated with increases in self-reported hay fever, rhinitis, and allergic sensitization during the first 11 years of life (ORs ranging from 1.3 to 1.6 per 5-$\mu g/m^3$ increase). In a 2006 U.S. National Health Interview Survey (NHIS) cross-sectional analysis, $PM_{10-2.5}$ was examined as a potential predictor of allergy in children aged 3−17 years living within 20 miles of an air quality monitor (Parker et al., 2009). $PM_{10-2.5}$ was not associated with respiratory allergy/hay fever.

### 5.4.5    Respiratory Infection

There were no studies examining the association between long-term exposure to $PM_{10-2.5}$ and respiratory infection available for inclusion in the 2009 PM ISA (U.S. EPA, 2009). Recently, an ESCAPE project study examined respiratory infections in relation to $PM_{10-2.5}$ (MacIntyre et al., 2014b). $PM_{10-2.5}$ estimated at birth residence was associated with an imprecise increase in odds of pneumonia in the first 36 months of life (OR: 1.24 [95% CI: 1.03, 1.5] per 5-$\mu g/m^3$ increase) but was not associated with increased odds of otitis media or croup. A sensitivity analysis looking at alternative outcome windows showed the strongest association between long-term $PM_{10-2.5}$ and pneumonia diagnosed in the first year of life (OR: 1.46 [95% CI: 1.11, 1.92]). The association between $PM_{10-2.5}$ and pneumonia at 36 months was attenuated, but still positive in a two-pollutant model adjusting for $NO_2$ (1.13 [0.72, 1.76]; $r = 0.34−0.93$).

00197196

### 5.4.6    Severity of Asthma

There were no studies examining the association between long-term exposure to $PM_{10-2.5}$ and severity of asthma available for inclusion in the 2009 PM ISA (U.S. EPA, 2009). Recent studies are limited in number. In an epidemiologic study conducted in northern California, Balmes et al. (2014) examined the association between annual $PM_{10-2.5}$ and symptomatic asthma in a cross-sectional cohort study of adults with both asthma and allergies. The middle and highest tertiles of annual $PM_{10-2.5}$ exposure (10.68−12.68 and ≥12.71 $\mu g/m^3$, respectively) were not associated with increased odds of asthma symptoms compared to the lowest tertile of exposure (<10.68 $\mu g/m^3$).

Animal toxicological studies related to asthma severity are typically conducted in allergic animal models, which share phenotypic features with asthma (see Section 5.1.2.4). Inhalation exposure of rodents to $PM_{10-2.5}$ is technically difficult because rodents are obligatory nasal breathers. A group of recent studies examined the effects of long-term $PM_{10-2.5}$ using Asian sand dust and noninhalation routes of exposure (i.e., intra-tracheal instillation). Results provided biological plausibility for a potential role of $PM_{10-2.5}$ in enhancing allergic responses (Liu et al., 2014; He et al., 2013a; He et al., 2013b).

### 5.4.7    Subclinical Effects in Healthy Populations

Animal toxicological and epidemiologic studies provide evidence for subclinical effects potentially underlying the development of respiratory disease in healthy populations. As reported in the 2009 PM ISA (U.S. EPA, 2009), Dales et al. (2008) found a positive association between long-term exposure to $PM_{10-2.5}$ and eNO, a marker of inflammation, in an epidemiologic study among children living in Windsor, ON. In a recent animal toxicological study, Aztatzi-Aguilar et al. (2015) evaluated pulmonary oxidative stress and inflammatory responses in Sprague-Dawley rats exposed for 8 weeks to $PM_{10-2.5}$ CAPs in Mexico City. A decrease in lung tissue heme oxygenase-1 activity was found ($p < 0.05$), but there was no change in γ-glutamyl cysteine synthetase catalytic subunit, another index of oxidative stress. Long-term exposure to $PM_{10-2.5}$ CAPs also resulted in a decrease in IL-6 protein ($p < 0.05$) and changes in the RAS. An increase in angiotensin receptor type 1 protein was observed along with a decrease in its mRNA levels in lung tissue ($p < 0.05$). Angiotensin receptor type 1 mediates the effects of angiotensin II, which is a potent vasoconstrictor and mediator in the vasculature. Protein and mRNA levels of angiotensin converting enzyme, which catalyzes the conversion of angiotensin I to angiotensin II, increased following long-term exposure to $PM_{10-2.5}$ CAPs ($p < 0.05$). Because deposition of inhaled $PM_{10-2.5}$ is expected to primarily occur in the extrathoracic airways (i.e., the nose) of rodents, this study links deposition in the nose to increased activity of the RAS and to a possible dampening of oxidative stress and inflammation in the lower airways. Additional study details are found in Table 5-37.

00197197

**Table 5-37    Study-specific details from an animal toxicological study of long-term exposure to $PM_{10-2.5}$ and respiratory effects in healthy animals.**

| Study/Study Population | Pollutant | Exposure | Endpoints |
|---|---|---|---|
| Aztatzi-Aguilar et al. (2015)<br>Species: rat<br>Sex: male<br>Strain: Sprague-Dawley<br>Age/weight: NR | $PM_{10-2.5}$ CAPs<br>Mexico City<br>Particle size: $PM_{10-2.5}$<br>Control: filtered air | Route: inhalation<br>Dose/concentration: coarse $PM_{10-2.5}$ 32 μg/m$^3$<br>Duration: acute 5 h/day, 3 days<br>Subchronic 5 h/day, 4 days/week, 8 weeks<br>Time to analysis: 24 h | Gene and protein expression in lung tissue<br>• IL-6<br>• Components of RAS and kallikrein-kinin endocrine system<br>• Heme oxygenase-1 |

CAPs = concentrated ambient particles; h = hour(s); IL-6 = interleukin 6; μg/m$^3$ = micrograms per cubic meter; NR = not reported; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; RAS = renin-angiotensin system.

### 5.4.8    Respiratory Mortality

Two recent European cohort studies evaluated the association between long-term $PM_{10-2.5}$ exposure and mortality and observed inconsistent results. In a pooled analysis of 22 cohorts from 13 European cohorts, Dimakopoulou et al. (2014) observed a null association with respiratory mortality in the ESCAPE cohort. In a French cohort, Bentayeb et al. (2015) observed a positive association between long-term $PM_{10-2.5}$ exposure and respiratory mortality. Both studies used statistical models to predict area-wide $PM_{10}$ and $PM_{2.5}$ concentrations and used the subtraction method to estimate $PM_{10-2.5}$ concentrations, which contributes to uncertainty regarding exposure measurement error.

### 5.4.9    Summary and Causality Determination

Based on limited epidemiologic evidence demonstrating associations with some respiratory effects and a lack of evidence from experimental studies to support biological plausibility, the 2009 PM ISA (U.S. EPA, 2009) concluded that evidence was inadequate to assess the relationship between long-term exposure to $PM_{10-2.5}$ and respiratory effects. The evidence characterizing the relationship between long-term exposure to $PM_{10-2.5}$ and respiratory effects is detailed below (Table 5-38), using the framework for causality determinations described in the Preamble to the ISAs (U.S. EPA, 2015). A limited number of recent epidemiology studies expand the evidence base for decrements in lung function, the development of asthma, and respiratory infection in children. Uncertainty regarding copollutant

00197198

confounding and exposure measurement error results in an inability to rule out chance and confounding. An animal toxicological study examined the potential for inhalation of $PM_{10-2.5}$ to affect the respiratory system and found upregulation of the RAS and a dampening of oxidative stress and inflammation in the lung. Several animal toxicological studies involving noninhalation routes of exposure found allergic inflammation and airway remodeling, which provides biological plausibility for the development of asthma. **Overall, the evidence is *inadequate to infer the presence or absence of a causal relationship between long-term $PM_{10-2.5}$ exposure and respiratory effects.***

00197199

**Table 5-38    Summary of evidence that is *inadequate to infer the presence or absence of a causal relationship* between long-term PM$_{10-2.5}$ exposure and respiratory effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | PM$_{10-2.5}$ Concentrations Associated with Effects[c] ($\mu g/m^3$) |
|---|---|---|---|
| Limited epidemiologic evidence from multiple studies at relevant PM$_{10-2.5}$ concentrations | Decrements in attained lung function in children consistently observed in a limited number of cohort studies. | Gehring et al. (2013)<br>Gehring et al. (2015a) | 7.6−8.4 |
| | Increases in asthma incidence in children in a limited number of cohort studies. Supporting evidence from studies of asthma prevalence in children are inconsistent. | Gehring et al. (2015b)<br>Gehring et al. (2015a) | 8.4 |
| Coherence provided by epidemiologic studies of airway inflammation | Results from a single study show an association with eNO in children. | Dales et al. (2008) | 7.3 |
| Uncertainty regarding confounding by copollutants | Potential copollutant confounding is not addressed in any studies. | | |
| Uncertainty regarding exposure measurement error | Uncertainty in using PM$_{10-2.5}$ concentrations, estimated by differencing PM$_{10}$ and PM$_{2.5}$ concentrations, as exposure surrogates, is not addressed. | Section 3.3.1 | |
| Biological plausibility | Evidence from a few animal toxicological studies involving intra-tracheal exposure provides biological plausibility for limited epidemiologic findings of the development of asthma. | Section 5.4.1 | |
| Limited evidence from a toxicological study at relevant concentrations | Results from a single inhalation study in rodents show respiratory effects. | Aztatzi-Aguilar et al. (2015) | 32 |

eNO = exhaled nitric oxide; $\mu g/m^3$ = micrograms per cubic meter; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

[a]Based on aspects considered in judgments of causality and weight of evidence in causal framework in Table I and Table II of the Preamble to the ISAs (U.S. EPA, 2015).

[b]Describes the key evidence and references, supporting or contradicting, contributing most heavily to causality determination and, where applicable, to uncertainties or inconsistencies. References to earlier sections indicate where full body of evidence is described.

[c]Describes the PM$_{10-2.5}$ concentrations with which the evidence is substantiated.

SECTION 5.4: Long-Term PM10−2.5 Exposure and Respiratory Effects

00197200

## 5.5    Short-Term UFP Exposure and Respiratory Effects

The 2009 PM ISA concluded that the relationship between short-term exposure to UFP and respiratory effects is *suggestive of a causal relationship* (U.S. EPA, 2009). This conclusion was based on limited, but supporting, epidemiologic evidence indicating associations with hospital admissions or ED visits for respiratory-related diseases, respiratory infection, and asthma exacerbation. Also providing support, personal ambient UFP exposure from time spent in high- and low-traffic areas was associated with lung function decrements in adults with asthma. The few available experimental studies provided limited coherence with epidemiologic findings for asthma exacerbation. Experimental studies of healthy human subjects and animals were also limited in number. Despite some evidence indicating a relationship between UFP exposure and respiratory effects, there was substantial uncertainty due to the small evidence base, a heterogeneous array of respiratory endpoints examined, indeterminate adequacy of UFP measurements, and limited biological plausibility.

For many respiratory outcomes, recent studies have not changed the overall evidence base. For asthma exacerbation, there continues to be some epidemiologic evidence, which is not entirely consistent, as well as some animal toxicological evidence (Section 5.5.2). Epidemiologic evidence continues to be consistent for respiratory-related diseases (Section 5.5.5) and inconsistent for COPD exacerbation (Section 5.5.3). Unlike findings reported in the 2009 PM ISA (U.S. EPA, 2009), recent findings are inconsistent for respiratory infection (Section 5.5.4). Recent experimental findings in healthy populations and animal models of cardiovascular disease show that short-term UFP exposure affects some respiratory responses in rodents (Section 5.5.6 and Section 5.5.7). Epidemiologic findings in healthy populations are inconsistent, including those for personal ambient exposures (Section 5.5.6). Evidence for respiratory mortality is limited (Section 5.5.8). Information on confounding by traffic-related copollutants continues to be limited, and inference about an independent effect of UFP exposure is limited because of uncertainty in the representativeness of UFP measurements, assessed mostly at fixed-site monitors.

### 5.5.1    Biological Plausibility

This section describes biological pathways that potentially underlie respiratory effects resulting from short-term exposure to UFP. Figure 5-50 graphically depicts the proposed pathways as a continuum of upstream events, connected by arrows, that may lead to downstream events observed in epidemiologic studies. This discussion of how short-term exposure to UFP may lead to respiratory effects contributes to an understanding of the biological plausibility of epidemiologic results evaluated later in Section 5.5. Note that the structure of the biological plausibility sections and the role of biological plausibility in contributing to the weight-of-evidence analysis used in the 2009 PM ISA are discussed in Preface Section P.3.2.1.

00197201



FEV$_1$ = forced expiratory volume in 1 second; UFP = ultrafine particles.

Note: The boxes above represent the effects for which there is experimental or epidemiologic evidence related to UFP exposure, and the arrows indicate a proposed relationship between those effects. Shading around multiple boxes is used to denote a grouping of these effects. Arrows may connect individual boxes, groupings of boxes, and individual boxes within groupings of boxes. Progression of effects is generally depicted from left to right and color coded (gray = exposure; green = initial effect; blue = intermediate effect; orange = effect at the population level or a key clinical effect). Here, population-level effects generally reflect results of epidemiologic studies. When there are gaps in the evidence, there are complementary gaps in the figure and the accompanying text below.

**Figure 5-50    Potential biological pathways for respiratory effects following short-term UFP exposure.**

Once UFP deposits in the respiratory tract, it may be retained, cleared, or solubilized (see Chapter 4). UFP and its soluble components may interact with cells in the respiratory tract, such as epithelial cells, inflammatory cells, and sensory nerve cells. One way in which this may occur is through reduction-oxidation (redox) reactions. As discussed in Section 2.3.3, PM may generate ROS and this capacity is termed "oxidative potential." Furthermore, cells in the respiratory tract may respond to the presence of PM by generating ROS. Further discussion of these redox reactions, which may contribute to oxidative stress, is found in Section 5.1.1 of the 2009 PM ISA (U.S. EPA, 2009). In addition, poorly soluble particles may translocate to the interstitial space beneath the respiratory epithelium and accumulate in the lymph nodes (see Chapter 4). Immune system responses due to the presence of particles in the interstitial space may contribute to respiratory health effects.

Although all size fractions of PM may contribute to oxidative stress, UFPs may contribute disproportionately more as a function of their mass due to their large surface:volume ratio. The relative

00197202

enrichment of redox active surface components, such as metals and organics, per unit mass may translate to a relatively greater oxidative potential of UFPs compared with larger particles with similar surface components. In addition, the greater surface per unit volume may deliver relatively more adsorbed soluble components to cells. These components may undergo intracellular redox cycling following cellular uptake. Furthermore, per unit mass, UFPs may have more opportunity to interact with cell surfaces due to their greater surface area and their greater particle number compared with larger PM. These interactions with cell surfaces may lead to ROS generation, as described in Section 5.1.1 of the 2009 PM ISA (U.S. EPA, 2009). Recent studies have also demonstrated that UFPs have the capacity to cross cellular membranes by nonendocytic mechanisms involving adhesive interactions and diffusion, as described in Chapter 4. This may allow UFPs to interact with or penetrate intracellular organelles.

Evidence that short-term exposure to UFP may affect the respiratory tract generally falls along two proposed pathways (Figure 5-50). The first pathway begins with injury, inflammation, and oxidative stress responses, which are difficult to disentangle. Inflammation generally occurs as a consequence of injury and oxidative stress, but it may also lead to further oxidative stress and injury due to secondary production of ROS by inflammatory cells. The second pathway begins with the activation of sensory nerves in the respiratory tract that can trigger local reflex responses and transmit signals to regions of the central nervous system that regulate autonomic outflow.

### 5.5.1.1    Injury, Inflammation, and Oxidative Stress

Experimental evidence that short-term exposure to UFP affects the respiratory tract is provided by numerous studies and supports a role for injury, inflammation, and oxidative stress. A few studies demonstrate markers of injury (i.e., decreased CC16 protein) and oxidative stress [4-hydroxynonenal, 3-nitrotyrosine, Ym1; Cheng et al. (2016); Li et al. (2010); Kooter et al. (2006)]. Seagrave et al. (2008) exposed rats to GE containing UFP and found increased lung tissue chemiluminescence that was not present when GE was filtered, indicating that the particulate fraction played a role in the oxidative stress response. In the study by Cheng et al. (2016), a time-course analysis demonstrated oxidative stress in olfactory epithelium after a single exposure of 5 hours, as well as after multiple exposures over 3 weeks. Inflammatory responses were seen in some studies (Cheng et al., 2016; Aztatzi-Aguilar et al., 2015), but not others (Tyler et al., 2016; Amatullah et al., 2012). In Tyler et al. (2016), evidence for inflammation was found in a model of cardiovascular disease but not in healthy animals. In Cheng et al. (2016), time-course analysis showed that inflammatory responses occurred concomitantly with oxidative stress responses.

Inflammation was not seen in human subjects with asthma following short-term exposure to UFP (Gong et al., 2008). However, supportive evidence for enhancement of allergic responses is provided by a study in human subjects with allergic asthma who were exposed to ultrafine carbon (Schaumann et al., 2014). Enhancement of allergic responses was also found in two studies in animals (Li et al., 2010;

00197203

Kleinman et al., 2005). In Li et al. (2010), intra-nasal cosensitization with OVA and UFP was required for exacerbation of responses to inhaled UFP and OVA. These responses included increased BALF eosinophils and neutrophils, upregulation of Th2 and Th17 cytokines, increased plasma OVA-specific IgE, and enhanced morphologic changes that extended to more distal parts of the lung. These results are consistent with some epidemiologic evidence of asthma-related hospital admissions and ED in association with UFP concentrations (Section 5.5.2.1).

### 5.5.1.2    Activation of Sensory Nerves

Short-term exposure to UFP did not alter pulmonary function in animal studies (Amatullah et al., 2012; Seagrave et al., 2008). However, in human subjects with asthma, decreases in $FEV_1$ and oxygen saturation were observed (Gong et al., 2008). Although airway irritant responses can sometimes result in decreased $FEV_1$, it is not clear whether inhalation of $PM_{2.5}$ led to $FEV_1$ changes by this pathway or whether it was mediated by inflammation. Epidemiologic panel studies conducted in people with asthma also found associations with lung function decrements (Mirabelli et al., 2015; McCreanor et al., 2007). These results are also consistent with some epidemiologic evidence of asthma-related hospital admissions and ED visits in association with UFP concentrations (Section 5.5.2.1).

Another study found upregulation of the RAS, as indicated by an increase in mRNA for angiotensin receptor type 1 and angiotensin converting enzyme, in the lung (Aztatzi-Aguilar et al., 2015). Angiotensin receptor type 1 mediates the effects of angiotensin II, which is a potent vasoconstrictor and mediator in the vasculature. The SNS and the RAS are known to interact in a positive feedback fashion (Section 8.1.2) with important ramifications in the cardiovascular system. However, it is not known whether SNS activation or some other mechanism mediated the changes in the RAS observed in the respiratory tract in this study.

### 5.5.1.3    Summary

As described, there are two proposed pathways by which short-term UFP exposure may lead to respiratory health effects. One pathway involves respiratory tract inflammation and allergic responses, which are linked to asthma exacerbation. The second pathway involves the activation of sensory nerves in the respiratory tract leading to lung function decrements, which are also linked to asthma exacerbation. While experimental studies involving animals or human subjects contribute most of the evidence of upstream effects, epidemiologic studies found associations between short-term UFP exposure and lung function decrements. Together, these proposed pathways provide biological plausibility for epidemiologic evidence of respiratory health effects and will be used to inform a causality determination, which is discussed later in the chapter (Section 5.5.9).

00197204

### 5.5.2    Asthma Exacerbation

In the 2009 PM ISA (U.S. EPA, 2009), the evaluation of the relationship between short-term UFP exposure and asthma exacerbation consisted of a limited number of epidemiologic, controlled human exposure, and animal toxicological studies. Epidemiologic studies provided some evidence of an association between short-term UFP exposure and asthma exacerbation. Evidence for decrements in pulmonary function was found in subjects with asthma in the controlled human exposure study. Evidence for enhanced allergic responses was found in the animal toxicological study in a model of allergic airway disease that shares phenotypic features with asthma.

#### 5.5.2.1    Epidemiologic Studies

In the 2009 PM ISA (U.S. EPA, 2009), studies of hospital admissions, ED visits (Andersen et al., 2008b; Halonen et al., 2008), and physician visits (Sinclair and Tolsma, 2004) reported evidence of associations across a range of lags, as well as for different UFP concentration metrics (i.e., number concentration [NC] and surface area [SA]). In panel studies of asthma symptoms in adults with asthma, supporting evidence of asthma exacerbation was observed across size fractions from $NC_{10-100}$ to $NC_{500-2,500}$ (Mar et al., 2004; von Klot et al., 2002). Supporting evidence was also provided by a study of lung function in adults with asthma in which $NC_{10-100}$ was associated with decrements in $FEV_1$, FVC, $FEF_{25-75}$, but not with increases in eNO after walking on a high-traffic road or in a park (McCreanor et al., 2007). This study of scripted exposure minimized uncertainty in the UFP exposure metric by measuring personal ambient UFP at the site of exposure. The evidence across studies was not entirely consistent, as associations between UFP exposure and ED visits for asthma were not observed in the Atlanta, GA-based SOPHIA study (Peel et al., 2005). Additionally, the overall interpretation of results from epidemiologic studies that examined UFP exposures, including those focusing on asthma exacerbation, is complicated by the spatial variability in UFP concentrations, the correlation between UFPs and other traffic-related pollutants, and the various size fractions and concentration metrics used as UFP exposure surrogates.

A few recent epidemiologic studies add to those from the 2009 PM ISA (U.S. EPA, 2009) and continue to provide some, but not entirely consistent, support for associations between increases in short-term UFP concentrations exposure and asthma exacerbation. The supporting evidence comes from an array of outcomes related to asthma exacerbation, including hospital admissions, ED visits, and physician visits for asthma to asthma symptoms and medication use. Additional evidence from studies in adults with asthma using personal ambient UFP exposures via scripted exposures in high-traffic locations is more consistent for lung function decrements than pulmonary inflammation. The relatively small body of recent studies of asthma hospital admissions, ED visits, and physician visits examined a range of UFP size fractions, which complicates the interpretation of results across studies. Several studies examined $NC_{10-100}$ exposure among older children (>3 years), in whom the ascertainment of asthma is more reliable. All the recent studies used NC to represent UFP exposure; and as detailed in the Preface, when examining

00197205

the size distribution of particles 67 to 90% of NC contains particles <0.1 μm. Samoli et al. (2016a) reported no association with asthma hospital admissions in a study of five European cities. In contrast, Iskandar et al. (2012) reported an association with $NC_{10-700}$ in a study conducted in Copenhagen, Denmark. Across studies, a similar array of lags was examined and no particular lag was identified as having a stronger association with asthma hospital admissions, but many results support associations with UFP concentrations with a lag of 1 to 5 days or averaged over 3 to 6 days (Table 5-39). While the examination of the relationship between short-term UFP exposure and asthma hospital admissions focused on studies that examined daily changes in UFP concentrations and hospital admissions (e.g., time-series, case-crossover analyses), the assessment of the relationship with ED visits was limited to a study that focused on asthma exacerbations that led to an ED visit (Evans et al., 2014). In a group of children with asthma enrolled in the School-Based Asthma Therapy trial, Evans et al. (2014) examined whether exposure to traffic-related pollutants, including UFPs, resulted in an asthma exacerbation that lead to an ED visit over multiday averages up to 0−7 days. There was some evidence of an association for lag 0−3 days (OR: 1.3 [95% CI: 0.90, 1.8] for a 2,088 increase in UFPs per $cm^3$); however, the association was more evident in children receiving preventative medication at school compared to at home. A recent study examined the association between UFP exposure and lung function and subclinical effects in adults with asthma. In this panel study of 18 adults in Atlanta, GA, $NC_{total}$ was associated with increased eNO and decreased $FEV_1$ (Mirabelli et al., 2015). Personal $NC_{total}$ was measured during two morning commutes through rush-hour traffic, resulting in higher exposure levels. The observed associations with $FEV_1$ were consistent across spirometry test conducted 0, 1, 2, and 3 hours post commute, while increased eNO was only associated with UFP exposure in adults with below-median asthma control.

00197206

**Table 5-39    Epidemiologic studies of short-term UFP exposure and asthma hospital admissions, emergency department visits, and physician visits.**

| Study, Location, Years, Age Range | Exposure Assessment | UFP Concentration (particles/cm³)[a] | Single Pollutant Effect Estimate (95% CI) | Copollutant Examination |
|---|---|---|---|---|
| *Hospital Admissions* | | | | |
| [Andersen et al. (2008b)](#) Copenhagen, Denmark 2001−2004 5−18 yr | $NC_{10-100}$, $NC_{total}$, and NC with median diameters 12, 23, 57, 212 nm One monitor, within 15 km of hospitals, mean 6 km. $r$ for $NC_{total}$ = 0.62 with roadside monitor 3 km away, 0.80 with rural monitor | $NC_{10-100}$ Mean: 6,847 99th: 16,189 $NC_{total}$ Mean: 8,116 99th: 19,895 | RR per 3,259 Lag 0−4 $NC_{10-100}$ 1.06 (0.97, 1.16) RR per 3,907 $NC_{total}$ 1.07 (0.98, 1.17) | Correlation ($r$): 0.61 $NO_2$, 0.48 CO, 0.40 $PM_{2.5}$ Copollutant models with: $NO_2$, CO |
| †[Iskandar et al. (2012)](#) Copenhagen, Denmark 2001−2008 0−18 yr | $NC_{10-700}$ One monitor, within 15 km of hospitals, mean 6 km | Mean: 6,398 75th: 7,951 | OR per 7,004 Lag 0−4 1.06 (0.98, 1.14) | Correlation ($r$): 0.51 $NO_2$, 0.45 $NO_X$, 0.26 $PM_{2.5}$ Copollutant models with: $NO_2$, $NO_X$, $PM_{2.5}$ |
| †[Samoli et al. (2016a)](#) Five European cities 2001−2011 All ages | Barcelona: $NC_{5-1,000}$ Copenhagen: $NC_{6-700}$ Helsinki: $NC_{10-100}$ Rome and Stockholm: $NC_{7-3,000}$ One or two sites per city. All urban background sites except for traffic site in Rome | Means Barcelona: 19,554 Copenhagen: 5,105 Helsinki: 7,951 Rome: 34,043 Stockholm: 9,128 | Percent increase per 10,000 Lag 1 2.1 (−0.28, 4.6) | Correlation ($r$): 0.38−0.69 $NO_2$, 0.07−0.67 CO, 0.09−0.57 $PM_{2.5}$ Copollutant models with: NR |

SECTION 5.5: Short-Term UFP Exposure and Respiratory Effects

00197207

**Table 5-39 (Continued): Epidemiologic studies of UFP and asthma hospital admissions, emergency department visits, and physician visits.**

| Study, Location, Years, Age Range | Exposure Assessment | UFP Concentration (particles/cm$^3$)[a] | Single Pollutant Effect Estimate (95% CI) | Copollutant Examination |
|---|---|---|---|---|
| *ED Visits* | | | | |
| Peel et al. (2005) Atlanta, GA 1998−2000 All ages | $NC_{10-100}$ 1 monitor, near city center | Mean: 38,000 90th: 74,600 | RR per 30,000 Lag 0−2 1.00 (0.98, 1.02) | Correlation (*r*): NR Copollutant models with: NR |
| †Evans et al. (2014) Rochester, NY 2006−2009 3−10 yr | $NC_{10-100}$ 1 monitor 1.6−11 km from school, within 15 km of home, 1.5 km of highway. | Mean: 5,151 75th: 6,449 95th: 9,575 | OR per 2,008 Lag 0−3 1.27 (0.90, 1.79) | Correlation (*r*): warm season = 0.57 $O_3$ Copollutant models with: CO, $O_3$ |
| *Physician Visits* | | | | |
| Sinclair and Tolsma (2004) Atlanta, GA 1998−2000 All ages | $SC_{10-100}$ 1 monitor, near city center | Mean: 249 μm$^2$/cm$^2$ | RR per 244 Lag 3−5 1.22 (95 CI NR) | Correlation (*r*): NR Copollutant models with: NR |

avg = average; cm = centimeter; CO = carbon monoxide; CI = confidence interval; ED = emergency department; h = hour(s); km = kilometer; μm = micrometer; NC = number concentration; $NC_{10-100}$ = number concentration 10−100 nm; $NC_{5-1,000}$ = number concentration 5−1,000 nm; $NC_{6-700}$ = number concentration 6−700 nm; $NC_{7-3,000}$ = number concentration 7−3,000 nm; $NC_{Total}$ = total number concentration; nm = nanometer; $NO_2$ = nitrogen dioxide; $NO_x$ = sum of $NO_2$ and nitric oxide; NR = not reported; $O_3$ = ozone; OR = odds ratio; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; *r* = correlation coefficient; RR = relative risk; $SC_{10-100}$ = surface area concentration 10−100 nm; UFP = ultrafine particles; yr = year(s).

[a]All data are for 24-h avg.

†Studies published since the 2009 PM ISA.

00197208

The epidemiologic studies of short-term exposure to UFP and asthma hospital admissions each have 1 to 2 monitors per study, covering a 15-km radius in some cases (Table 5-39). Spatial variability in UFP concentration may not be captured over this area, introducing some uncertainty in the exposure surrogate (Section 2.5; Section 3.4.2.2). It is possible that associations are related to similarities in temporal variability of UFP sources throughout study areas, as Sarnat et al. (2010) observed for spatially variable $NO_2$, but this remains an uncertainty because spatiotemporal variability across cities has not been well characterized. In addition to major uncertainties regarding the spatial variability in UFP and the various size fractions and concentration metrics used as UFP exposure surrogates, confounding by traffic-related pollutants also remains a concern, as studies have not thoroughly examined potential copollutant confounding. Studies evaluated in the 2009 PM ISA (U.S. EPA, 2009), which focused on both asthma hospital admissions (Andersen et al., 2008b) and lung function changes (McCreanor et al., 2007) in people with asthma, provided initial evidence that UFP associations persisted after adjustment for $NO_2$ or CO even when UFP was moderately correlated with copollutants [e.g., $r = 0.58$ for personal ambient UFP and $NO_2$ exposures (McCreanor et al., 2007)]. Recent results show robust UFP associations to adjustment for CO and $O_3$, but null associations with adjustment for $NO_2$ or $NO_X$ (Table 5-39).

### 5.5.2.2    Controlled Human Exposure

Only one study evaluated in the 2009 PM ISA (U.S. EPA, 2009) investigated the effects of short-term UFP exposure and respiratory effects in individuals with asthma. In this study, Gong et al. (2008) reported decreases in pulmonary function (oxygen saturation and $FEV_1$) following a 2-hour exposure to 100 $\mu g/m^3$ UFP CAPs (less than 0.18 $\mu m$ aerodynamic diameter). No changes in pulmonary inflammation were found.

### 5.5.2.3    Animal Toxicological Studies

As described in the 2009 PM ISA (U.S. EPA, 2009), Kleinman et al. (2005) found that a multiday exposure to roadway UFP CAPs in Los Angeles, CA enhanced allergic responses in OVA-sensitized and challenged BALB/c mice, and that this effect was dependent on proximity to the PM source. Recently, Li et al. (2010) extended these observations in OVA-sensitized and challenged BALB/c mice. A hybrid exposure to Los Angeles, CA UFP CAPs was conducted by intra-nasal cosensitization with OVA and UFP (Days 1, 2, and 4), followed 2 weeks later with inhalation exposures to concentrated UFP (Days 18, 19, 22, 23, and 24) that overlapped with intra-nasal OVA challenge (Days 23 and 24). Only mice that were cosensitized with UFP responded to secondary OVA challenges with increases in lavaged eosinophils, plasma OVA-specific IgE, and pulmonary gene expression of eotaxin, *IL-5*, *IL-13*, and *Muc5AC* ($p < 0.05$). Inhalation exposure to UFP during the challenge phase enhanced these allergic responses compared to filtered air exposed mice ($p < 0.05$). Similarly, UFP exposure during OVA challenge enhanced neutrophil influx, pulmonary gene expression of *IL-17α*, and protein expression of

00197209

Ym1, a marker of oxidative stress, in mice which were cosensitized with UFP and OVA ($p < 0.05$). These results demonstrate that short-term UFP exposure exacerbated the effects of allergen and suggest the involvement of Th2 and Th17 helper cells in the response. Pulmonary histopathology revealed that UFP inhalation during the OVA challenge extended allergic inflammation to more distal regions of the lung (i.e., the proximal alveolar duct and adjacent alveolar parenchyma). Their small size may have allowed UFPs to evade phagocytosis and deposit in the deep lung due to diffusion, as well as to stick to the airway walls due to Van der Waal's forces. The oxidative potential of urban UFP (Li et al., 2009) may have also contributed to inflammatory responses. It should be noted that in the recent study by Li et al. (2010), PM and allergens were coinstilled during sensitization prior to the inhalation challenge. This study design more clearly demonstrates the exacerbation of allergic responses than adjuvant activity. Short-term exposure to UFP may also promote allergic sensitization and additional experiments employing different study designs are needed to show this effect. Additional study details are found in Table 5-40.

**Table 5-40    Study-specific details from an animal toxicological study of short-term UFP exposure and subclinical effects underlying asthma exacerbation in a model of allergic airway disease.**

| Study/Study Population | Pollutant | Exposure | Endpoints |
|---|---|---|---|
| Li et al. (2010)<br>Species: mouse<br>Sex: female<br>Strain: BALB/c<br>Age/weight: 8−10 weeks | Ultrafine—ambient Los Angeles, CA<br>OVA<br>Particle size: <0.18 μm<br>Particle mass: 101.3 ± 5.1 μg/m³ | Route: intra-nasal sensitization with PM and OVA (2 days)<br>Inhalation of PM on days of OVA challenge<br>Dose/concentration: 4 h/day for 5 days | PM characterization<br>Serum IgE, IgG1<br>BALF cells<br>BALF cytokines<br>Histopathology—lung |

BALF = bronchoalveolar lavage fluid; h = hour(s); IgE = immunoglobulin E; IgG1 = immunoglobulin G1; μg/m³ = micrograms per cubic meter; μm = micrometer; OVA = ovalbumin; PM = particulate matter; UFP = ultrafine particles.

### 5.5.3    Chronic Obstructive Pulmonary Disease (COPD) Exacerbation

The 2009 PM ISA (U.S. EPA, 2009) evaluated a small body of literature examining the association between UFP and hospital admissions and ED visits for COPD. The studies evaluated in the 2009 PM ISA, limited to single cities, provided inconsistent evidence of associations with UFPs. There are a few recent studies of UFP exposure and COPD exacerbation, but the evidence base remains small and does not clearly support a relationship. This applies to COPD hospital admissions and ED visits (Table 5-41), which can result from uncontrollable respiratory symptoms that are hallmarks of COPD

00197210

exacerbation such as cough, sputum production, and shortness of breath. The uncertain adequacy of the UFP concentration metrics used for exposure surrogates is a major limitation in the evidence base overall.

Recently, some studies examined associations with COPD, but they are limited to studies of hospital admissions and again are conducted in individual cities. Recent studies examine COPD hospital admissions in Europe and observe an association in Rome, Italy (Belleudi et al., 2010) but not a multicity study that includes Rome [Samoli et al. (2016a); Table 5-41]. UFP concentrations were averaged over 24 hours, and all studies examined an array of lags (up to 10 days). In Rome, Italy, Belleudi et al. (2010) found evidence of a positive association between UFP and COPD hospital admissions at 0−1-day distributed lag among adults aged 35 years and older (0.95% [95% CI: −0.8, 2.73]). Adjustment for $PM_{10}$ or for $PM_{2.5}$ did not alter the association of COPD (lag 0) with particle NC (1.9% [95% CI: 0.1, 3.8] and 1.3% [95% CI: 0.8, 3.5], per 10,000 particles/$cm^3$, respectively). There was some evidence that associations were stronger in terms of magnitude and precision in the spring and fall season (3.72% [95% CI: 0.81, 6.70]). Additionally, in a study conducted in Helsinki, Finland, Halonen et al. (2009b) reported an association between COPD hospital admissions in the nucleation mode (<0.03 μm), with an 0.8% (95% CI: −2.28, 3.97) increase in hospital admissions for a 3,583-count increase in the nucleation mode, and a 0.82% (95% CI: −1.51, 3.20) increase in hospital admissions for a 2,467-count increase in the Aitken mode (0.03−0.1 μm; lag 3). Among adults with COPD in Erfurt, Germany, $NC_{10-100}$ was not associated with blood levels of the proinflammatory cells neutrophils and eosinophils or most markers of blood coagulation that are linked to cardiovascular effects rather than COPD (Bruske et al., 2010; Hildebrandt et al., 2009).

Epidemiologic studies examining respiratory infection are limited by their UFP exposure assessment, because they relied on data from one or two monitors and thus could not capture the spatial variability in UFP concentrations across study locations (Section 2.5.1, Section 3.4.2.2). Additionally, the limited assessment of potential copollutant confounding complicates the interpretation of results and understanding whether UFPs are independently associated with COPD exacerbations or may be serving as an indicator of highly correlated copollutants.

00197211

**Table 5-41    Epidemiologic studies of short-term UFP exposure and exacerbation of chronic obstructive pulmonary disease.**

| Study | Exposure Assessment | Outcome Assessment | UFP Concentration particles/cm$^{3a}$ | Single Pollutant Effect Estimate 95% CI | UFP Copollutant Model Results and Correlations |
|---|---|---|---|---|---|
| Peel et al. (2005)<br>Atlanta, GA<br>1998−2000 | $NC_{10-100}$<br>One monitor, near city center | ED visits<br>All ages<br>Visits concentrated in city center | Mean: 38,000<br>SD: 40,700<br>90th: 74,600 | RR per 30,000<br>Lag 0−2<br>0.98 (0.94, 1.02) | Correlation ($r$): NR<br>Copollutant models with: NR |
| †Belleudi et al. (2010)<br>Rome, Italy<br>2001−2005 | $NC_{total}$<br>Condensation Particle Counter<br>One monitor, 2 km from city center | Hospital admissions<br>Adults ≥35 yr | Mean: 37,456<br>SD: 21,394<br>75th: 47,995 | RR per 9,392<br>Lag 0<br>1.02 (1.00, 1.03) | Copollutant models with: NR<br>Correlation ($r$): 0.55 $PM_{2.5}$. |
| †Samoli et al. (2016a)<br>Barcelona, Spain;<br>Copenhagen, Denmark;<br>Helsinki, Finland; Rome, Italy; Stockholm, Sweden<br>2001−2011 across cities | Barcelona: $NC_{5-1,000}$<br>Copenhagen: $NC_{6-700}$<br>Helsinki: $NC_{10-100}$<br>Rome and Stockholm: $NC_{7-3,000}$<br>One or two sites per city. All urban background sites except for traffic site in Rome | Hospital admissions<br>All ages | Means<br>Barcelona: 19,554<br>Copenhagen: 5,105<br>Helsinki: 7,951<br>Rome: 34,043<br>Stockholm: 9,128 | RR per 10,000<br>Lag 0<br>0.99 (0.96, 1.02) | Copollutant models with: NR<br>Correlation ($r$): 0.38−0.69 $NO_2$, 0.07−0.67 CO, 0.09−0.57 $PM_{2.5}$. |

avg = average; CO = carbon monoxide; CI = confidence interval; ED = emergency department; h = hour(s); km = kilometer; NC = number concentration; $NC_{10-100}$ = number concentration 10−100 nm; $NC_{5-1,000}$ = number concentration 5−1,000 nm; $NC_{6-700}$ = number concentration 6−700 nm; $NC_{7-3,000}$ = number concentration 7−3,000 nm; $NC_{Total}$ = total number concentration; nm = nanometer; $NO_2$ = nitrogen dioxide; NR = not reported; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $r$ = correlation coefficient; RR = relative risk; SD = standard deviation; UFP = ultrafine particles; yr = year(s).

[a]All data are for 24-h avg.

†Studies published since the 2009 PM ISA.

SECTION 5.5: Short-Term UFP Exposure and Respiratory Effects

00197212

### 5.5.4    Respiratory Infection

Regarding the association between UFP and hospital admissions/ED visits for respiratory infections, the body of literature reviewed in the 2009 PM ISA (U.S. EPA, 2009) was very small and provided no evidence of associations with respiratory infections and was limited to single-city studies. Consistent with the 2009 PM ISA, recent studies are limited in number and focus on examining associations between short-term UFP exposure and respiratory infections in individual cities. In Rome, Italy, Belleudi et al. (2010) found no evidence of an association between UFP (UFPs were measures using particle NC from a single monitor) and lower respiratory tract infection hospital admissions at any lag among adults aged 35 years and older. The effect was positive, but imprecise at lag 2 and lag 3 (0.19% [95% CI: −1.48, 1.90] and 0.29% [95% CI: −1.37, 1.98], per 10,000 particles/cm$^3$, respectively). In a study of UFPs and respiratory hospital admissions in five European cities in 2001−2011, Samoli et al. (2016a) found no overall association using city-specific estimates to obtain pooled estimates but did identify a positive association with hospital admissions during warm months of April−September of 4.27% (95% CI: 1.68−6.92) for an increase in 10,000 particles/cm$^3$ (lag 2). This effect estimate was robust to inclusion of CO and NO$_2$ in the statistical model. Halonen et al. (2009b), in a study conducted in Helsinki, Finland, reported no associations for pneumonia hospital admissions in the nucleation mode (<0.03 μm), but observed a 1.5% (95% CI: −0.72, 3.77) increase in hospital admissions for a 2,467-count increase in the Aitken mode (0.03−0.1 μm; lag 3). Some similarity of the effect estimates was expected by the authors due to the high correlation between these particle fractions.

The body of literature that studied the association between UFPs and hospital admissions/ED visits for respiratory infection expanded since the 2009 PM ISA (U.S. EPA, 2009) but remains somewhat limited. The available evidence suggests small associations between UFPs and respiratory infections, although the distinct size fractions under analysis in each study make cross-study comparisons difficult. The limited evidence from previous and recent studies does not clearly link short-term UFP exposure to increases in respiratory infection, based largely on hospital admissions, ED visits, and physician visits for URI, pneumonia, or LRI, which combines pneumonia and bronchitis (Table 5-42). There is little information to assess the biological plausibility for the supporting findings. Host defense mechanisms that protect the respiratory tract from pathogens such as mucociliary clearance, alveolar macrophage clearance, or innate and adaptive immunity were not assessed in relation to short-term UFP exposure. For the supporting evidence, information also is lacking on sources of heterogeneity, C-R, and the influence of other traffic-related pollutants.

00197213

**Table 5-42   Epidemiologic studies of short-term UFP exposure and respiratory infection.**

| Study | Exposure Assessment | Outcome Assessment | UFP Concentration Particles/cm$^{3a}$ | Single Pollutant Effect Estimate 95% CI | UFP Copollutant Model Results and Correlations |
|---|---|---|---|---|---|
| Peel et al. (2005)<br>Atlanta, GA<br>1998−2000 | $NC_{10-100}$<br>One monitor, near city center | ED visits<br>URI and pneumonia<br>All ages<br>Visits concentrated in city center | Mean: 38,000<br>SD: 40,700<br>90th: 74,600 | RR per 30,000<br>Lag 0−2<br>URI<br>0.99 (0.97, 1.01)<br>Pneumonia<br>0.98 (0.95, 1.00) | Correlation (r): NR<br>Copollutant models with: NR |
| Sinclair et al. (2010)<br>Atlanta, GA<br>1998−2000 | $SC_{10-100}$<br>One monitor, near city center | Physician visits<br>URI and LRI<br>All ages<br>HMOs in city outskirt | Mean: 249 $\mu m^2/cm^2$<br>SD: 244 | RR per 244<br>URI, Lag 3−5<br>1.04 (95% CI NR)<br>LRI, Lag 0−2<br>1.10 (95% CI NR) | Correlation (r): NR<br>Copollutant models with: NR |
| Halonen et al. (2009b)<br>Helsinki, Finland<br>1998−2004 | $NC_{30-100}$<br>One monitor | Hospital admissions<br>Pneumonia<br>Older adults | Median: 3,628<br>IQR: 2,467<br>75th: 4,937 | RR per 2,467<br>Lag 0−4<br>1.04 (1.00, 1.08) | Copollutant models with: NR<br>Correlation (r): 0.48 $PM_{2.5}$, 0.65 $NO_2$, 0.41 CO, 0.72 traffic $PM_{2.5}$ |
| †Belleudi et al. (2010)<br>Rome, Italy<br>2001−2005 | $NC_{total}$<br>One monitor, 2 km from city center | Hospital admissions<br>LRI<br>Adults ≥35 yr | Mean: 37,456<br>SD: 21,394<br>75th: 47,995 | RR per 9,392<br>Age 35−74 yr, lag 0<br>1.00 (0.98, 1.01) | Copollutant models with: NR<br>Correlation (r): 0.55 $PM_{2.5}$. |

SECTION 5.5: Short-Term UFP Exposure and Respiratory Effects

00197214

**Table 5-42 (Continued): Epidemiologic studies of UFP and respiratory infection.**

| Study | Exposure Assessment | Outcome Assessment | UFP Concentration Particles/cm$^{3a}$ | Single Pollutant Effect Estimate 95% CI | UFP Copollutant Model Results and Correlations |
|---|---|---|---|---|---|
| †Samoli et al. (2016a) Barcelona, Spain; Copenhagen, Denmark; Helsinki, Finland; Rome, Italy; Stockholm, Sweden 2001−2011 across cities | Barcelona: $NC_{5-1,000}$ Copenhagen: $NC_{6-700}$ Helsinki: $NC_{10-100}$ Rome/Stockholm: $NC_{7-3,000}$ One or two monitors per city | Hospital admissions LRI All ages | Means Barcelona: 19,554 Copenhagen: 5,105 Helsinki: 7,951 Rome: 34,043 Stockholm: 9,128 | RR per 10,000 Lag 1 0.99 (0.98, 1.01) | No copollutant model $r$ = 0.38−0.69 $NO_2$, 0.07−0.67 CO, 0.09−0.57 $PM_{2.5}$. |

avg = average; CI = confidence interval; cm = centimeter; CO = carbon monoxide; ED = emergency department; h = hour(s); HMO = health maintenance organization; IQR = interquartile range; km = kilometer; LRI = lower respiratory infection; μm = micrometer; NC = number concentration; $NC_{10-100}$ = number concentration 10−100 nm; $NC_{5-1,000}$ = number concentration 5−1,000 nm; $NC_{6-700}$ = number concentration 6−700 nm; $NC_{7-3,000}$ = number concentration 7−3,000 nm; $NC_{30-100}$ = number concentration 30−100 nm; $NC_{Total}$ = total number concentration; nm = nanometer; $NO_2$ = nitrogen dioxide; NR = not reported; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $r$ = correlation coefficient; RR = relative risk; $SC_{10-100}$ = surface area concentration 10−100 nm; SD = standard deviation; UFP = ultrafine particles; URI = upper respiratory infection; yr = year(s).

[a]All data are for 24-h avg.

†Studies published since the 2009 PM ISA.

SECTION 5.5: Short-Term UFP Exposure and Respiratory Effects

00197215

### 5.5.5 Combinations of Respiratory-Related Hospital Admissions and Emergency Department (ED) Visits

The evidence more consistently links increases in UFP concentration to increases in respiratory-related diseases broadly than to asthma, COPD, or respiratory infections. Recent findings not only add consistency for hospital admissions or ED visits, but they also indicate lung function changes among adults with asthma or COPD. As is observed with asthma exacerbation (Section 5.5.2), distinguishing an association for UFP and respiratory-related diseases independent of $NO_2$ remains uncertain. As noted previously, studies of respiratory-related diseases examine either all respiratory-related diseases or only a subset, which can complicate the interpretation of results across studies.

There is considerable variation across studies in the size fractions examined and in the fraction most strongly associated with hospital admissions and ED visits for respiratory-related diseases (Table 5-43). Associations were consistently observed for NC up to 100 nm (Lanzinger et al., 2016b; Samoli et al., 2016b; Leitte et al., 2011; Andersen et al., 2008b; Halonen et al., 2008). In Beijing, China, associations were observed with UFP NC and SC (Leitte et al., 2011). Results also are consistent with NC with an upper bound that included larger particles (Table 5-43); however, as detailed in Chapter 1, it has been demonstrated that 67−90% of NC represents particles <0.1 μm, although the upper bound of the UFP size distribution measured by NC may include larger size particles. In contrast, hospital admissions and ED visits for respiratory-related diseases are inconsistently associated with size fractions with upper bounds less than 50 nm (Leitte et al., 2011; Halonen et al., 2008).

A few recent epidemiologic studies focusing on individuals with a combination of respiratory-related diseases that also examined associations with UFP concentrations provide evidence that supports an association with respiratory-related hospital admissions and ED visits. For adults with asthma and COPD in four European cities (Helsinki, Finland; Athens, Greece; Amsterdam, the Netherlands; Birmingham, U.K.), $NC_{total}$ measured outside the home but not at a monitor in the city was associated with lung function decrements (de Hartog et al., 2010). Additionally, within the UFIREG study in Augsburg, Germany, $NC_{total}$ was found to be highly correlated across four traffic and nontraffic sites [$r = 0.77−0.95$; Lanzinger et al. (2016b) and Cyrys et al. (2008)].

00197216

**Table 5-43    Epidemiologic studies of short-term UFP exposure and respiratory-related hospital admissions and emergency department visits.**

| Study, Location, Years, Age Range | Exposure Assessment | Mean UFP Concentration Particles/cm$^{3a}$ | Single Pollutant Effect Estimate 95% CI | Copollutant Examination |
|---|---|---|---|---|
| *Hospital Admissions* | | | | |
| †Samoli et al. (2016a) Five European cities 2001−2011 All ages | Barcelona: $NC_{5-1,000}$ Copenhagen: $NC_{6-700}$ Helsinki: $NC_{10-100}$ Rome/Stockholm: $NC_{7-3,000}$ One or two monitors per city | Barcelona: 19,554 Copenhagen: 5,105 Helsinki: 7,951 Rome: 34,043 Stockholm: 9,128 | (ICD9: 466, 480−487; 490−492, 494, 496; 493) Percent increase per 10,000, lag 5 0.43 (−0.58, 1.45) | Correlation (r): 0.38−0.69 $NO_2$, 0.07−0.67 CO, 0.09−0.57 $PM_{2.5}$ Copollutant models with: $NO_2$, CO |
| †Samoli et al. (2016b) London, U.K. 2011−2012 ≥65 yr | Regional nuc factor 20-nm peak, road traffic factor 30-nm mode, urban BG factor 70-nm peak, long-range transport factor 250-nm mode One monitor | Median Regional nuc: 280 Road traffic: 2,355 Urban BG: 1,893 Long-range transport: 105 | (ICD10: J00−J99) RR per IQR, lag 2 Regional nuc: 0.99 (0.98, 1.00) Road traffic: 0.99 (0.97, 1.00) Warm season Urban BG: 1.02 (1.00, 1.04) Long-range: 1.01 (1.00, 1.03) | Correlation (r): NR Copollutant models with: NR |
| †Lanzinger et al. (2016b) Five European cities (UFIREG) 2011−2014 across cities All ages | $NC_{20-100}$ nm, $NC_{20-800}$ One monitor in Prague; number of monitors NR in other cities | $NC_{20-100}$, $NC_{20-800}$ Augsburg: 5,880, 7,239 Chernivtsi: 5,511, 7,775 Dresden: 4,286, 5,851 Ljubljana: 4,693, 6,750 Prague: 4,197, 5,799 | (ICD10: J00−J99) Percent increase per 2,750, Lag 2−5 $NC_{20-100}$: 2.2 (−0.9, 5.3) Percent increase per 3,675, lag 2−5 $NC_{20-800}$: 3.1 (−0.1, 6.5) | Correlation (r): 0.51 and 0.33 $NO_2$, 0.37 and 0.30 $PM_{2.5}$ (Augsburg and Dresden) Copollutant models with: $NO_2$ |

SECTION 5.5: Short-Term UFP Exposure and Respiratory Effects

00197217

**Table 5-43 (Continued): Epidemiologic studies of UFP and respiratory-related hospital admissions and emergency department visits.**

| Study, Location, Years, Age Range | Exposure Assessment | Mean UFP Concentration Particles/cm$^{3a}$ | Single Pollutant Effect Estimate 95% CI | Copollutant Examination |
|---|---|---|---|---|
| *ED Visits* | | | | |
| †Leitte et al. (2011) Beijing, China 2004−2006 All ages | $NC_{10-30}$, $NC_{30-50}$, $NC_{50-100}$, $NC_{total}$ $SC_{50-100}$ One monitor | $NC_{10-30}$: 6,900 $NC_{30-50}$: 4,900 $NC_{50-100}$: 6,700 UFP (<100 nm): 22,000 $NC_{total}$: 29,000 $SC_{50-100}$: 110 | (J00−J99) RR, lag 0 $NC_{10-30}$, per 4,300 0.98 (0.93, 1.04) $NC_{30-50}$, per 2,300 1.03 (0.99, 1.08) $NC_{50-100}$, per 3,600 1.03 (0.99, 1.07) UFP, per 11,000 1.01 (0.95, 1.07) $NC_{total}$, per 12,600 1.03 (0.98, 1.09) $SC_{50-100}$, per 60 1.03 (0.99, 1.07) | Correlation (*r*): With $NO_2$: −0.16 $NC_{3-10}$, −0.09 $NC_{10-30}$, 0.22 $NC_{30-50}$, 0.43 $NC_{50-100}$, 0.27 $NC_{total}$, 0.45 $SC_{50-100}$ Copollutant models with: $NO_2$ |

avg = average; BG = background; CO = carbon monoxide; CI = confidence interval; ED = emergency department; h = hour(s); IQR = interquartile range; ICD = International Statistical Classification of Diseases and Related Health Problems; $NC_{10-100}$ = number concentration 10−100 nm; $NC_{5-1,000}$ = number concentration 5−1,000 nm; $NC_{6-700}$ = number concentration 6−700 nm; $NC_{7-3,000}$ = number concentration 7−3,000 nm; $NC_{3-10}$ = number concentration 3−10 nm; $NC_{20-800}$ = number concentration 20−800 nm; $NC_{20-100}$ = number concentration 20−100 nm; $NC_{10-30}$ = number concentration 10−30 nm; $NC_{30-50}$ = number concentration 30−50 nm; $NC_{50-100}$ = number concentration 50−100 nm; $NC_{Total}$ = total number concentration; nm = nanometer; $NO_2$ = nitrogen dioxide; NR = not reported; nuc = nucleation; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; *r* = correlation coefficient; RR = relative risk; $SC_{50-100}$ = surface area concentration 50−100 nm; UFIREG = Ultrafine Particles—An Evidence-Based Contribution to the Development of Regional and European Environmental and Health Policy; UFP = ultrafine particles.

$^a$All data are for 24-h avg.

†Studies published since the 2009 PM ISA.

SECTION 5.5: Short-Term UFP Exposure and Respiratory Effects

00197218

Recent results from copollutant models provide additional indication that adjustment for $NO_2$ or CO has varying effect on UFP associations with respiratory-related diseases. Associations for NC with upper bounds of 100 nm are sometimes attenuated with adjustment for $NO_2$ (Lanzinger et al., 2016b; Leitte et al., 2011). Other results are for larger sized NC with upper bounds ranging from 290−3,000 nm, with many showing that associations persist with adjustment for $NO_2$ or CO (Samoli et al., 2016a; Halonen et al., 2009b) and some showing attenuation [Andersen et al. (2008b); Table 5-43]. A wide range of correlations was reported for UFP concentrations with $NO_2$ and CO ($r = 0.33−0.69$ $NO_2$, $0.07−0.69$ CO), and the magnitude of correlation does not relate to the copollutant model results.

## 5.5.6    Respiratory Effects in Healthy Populations

Evidence for a relationship between short-term exposure to UFP and respiratory effects in healthy populations was very limited in the 2009 PM ISA (U.S. EPA, 2009). Epidemiologic studies found an association with wheeze in infants. Controlled human exposure studies found inconsistent evidence for decrements in lung function or pulmonary inflammation following short-term UFP exposure. Animal toxicological studies focused on exposure to mixtures such as woodsmoke and motor vehicle emissions and did not distinguish between the effects of particles and gases in the mixture.

### 5.5.6.1    Lung Function

#### 5.5.6.1.1    Epidemiologic Studies

While the 2009 PM ISA (U.S. EPA, 2009) did not have a delineated discussion of epidemiologic studies that examined respiratory effects in healthy populations, an association between UFPs and wheeze was reported in a study of infants (Andersen et al., 2008a), in whom wheeze is common and transient. Several recent studies have employed scripted exposures to further inform the relationship between UFPs and respiratory effects in healthy populations. Scripted studies measuring personal ambient UFP exposures are designed to minimize uncertainty in the UFP exposure metric by always measuring UFPs at the site of exposure, ensuring exposure to sources of UFPs, such as traffic, and measuring outcomes at well-defined lags after exposure. A limitation of recent scripted exposure studies is that outcome assessment is only performed up to 6 hours after exposure, such that scripted studies do not inform understanding of the persistence of effects. There are recent epidemiologic studies in populations that include a mix of healthy participants and participants with pre-existing respiratory and/or cardiovascular disease, some of which indicate UFP-associated increases in respiratory effects. However, these studies are not evaluated in this section, as it is not known whether the results apply to the healthy portion of the population or are instead driven solely by an association in individuals with pre-existing respiratory conditions.

00197219

Respiratory effects were evaluated in recent panel studies of scripted exposures in high or low traffic areas, commute routes, or participants assigned to spend time at varying distance to a steel plant., Exposures ranged from 1 to 8 hours and the nature of exposure varied among the traffic studies, including cycling on roadways (Weichenthal et al., 2011; Zuurbier et al., 2011b), riding in a car or bus on roadways (Zuurbier et al., 2011b), and exercising near high and low traffic areas on stationary bicycles (Matt et al., 2016; Kubesch et al., 2015; Steenhof et al., 2013; Strak et al., 2012). In addition to traffic studies, Dales et al. (2013) randomly assigned participants to spend alternating weeks in a neighborhood within 1 km of a steel plant, and at a neighboring college campus, 4.5 km from the plant. In addition to varying study designs, UFP concentration metrics also varied across studies. Most studies examined NC, with a few specifying sampling in the 10−1,000-nm range (Matt et al., 2016; Kubesch et al., 2015; Dales et al., 2013).

In recent studies, increases in personal ambient UFP exposure were inconsistently associated with decreases in lung function and increases in markers of pulmonary inflammation in healthy adults in recent studies. Some studies provided evidence of transient respiratory effects associated with UFP exposure. Strak et al. (2012) reported decreases in FVC and $FEV_1$, and increases in eNO immediately after exposure, but not 6 or 18 hours later. Similarly, Matt et al. (2016) observed UFP-related $FEV_1$ decrements immediately after exposure that were positive 7-hours postexposure. Other studies observed associations with several lung function metrics, including $FEV_1$, $FEV_1$:FVC, $FEF_{25-75}$, total lung capacity (TLC), and residual volume [RV; Dales et al. (2013)] immediately after exposure, and PEF 2 and 6 hours after exposure (Zuurbier et al., 2011b). Notably, many studies that reported some evidence of associations had inconsistent results across an array of lung function metrics (Matt et al., 2016; Strak et al., 2012; Zuurbier et al., 2011b). Similarly, some studies reported UFP associations with lung function and eNO, but not other subclinical pulmonary effects, including nasal lavage levels of the proinflammatory cytokine IL-6 (Steenhof et al., 2013; Strak et al., 2012) or plasma CC16 levels (Zuurbier et al., 2011a), an indicator of decreased lung epithelial barrier function. Additional studies did not observe any associations between UFP concentrations and lung function or pulmonary inflammation in healthy populations up to 7 hours after exposure (Kubesch et al., 2015; Weichenthal et al., 2011; Strak et al., 2010). While respiratory symptoms are frequently studied in populations with pre-existing respiratory conditions, such as asthma or COPD, the outcome is less often examined in healthy populations. As such, no recent studies of UFP exposure evaluate respiratory symptoms or medication use in healthy populations.

In addition to major uncertainties regarding the spatial variability in UFP and the various size fractions and concentration metrics used as UFP exposure surrogates, the ability to attribute inconsistently observed associations to UFP exposure in the presence of moderately to highly correlated traffic-related copollutants ($r = 0.50−0.70$) remains limited. Only Strak et al. (2012) examined models with these copollutants. The authors reported that UFP associations observed immediately after exposure persisted in copollutant models including EC, Fe, Cu, $NO_2$, or $NO_X$, but results may be unreliable for models with moderately to highly correlated pollutants.

00197220

### 5.5.6.1.2      Controlled Human Exposure Studies

The 2009 PM ISA (U.S. EPA, 2009) reported evidence of small decrements in lung function following short-term UFP CAPs exposure in healthy humans in one study (Gong et al., 2008) but not another (Samet et al., 2009). In contrast, an increase in BALF IL-8 was found in Samet et al. (2009), but no evidence of pulmonary inflammation was found in Gong et al. (2008).

### 5.5.6.1.3      Animal Toxicological Studies

The 2009 PM ISA (U.S. EPA, 2009) did not report any animal toxicological studies investigating the effects of short-term exposure to UFP on pulmonary function. Animal toxicological studies investigating the effects of short-term exposure to UFP-containing mixtures on subclinical effects did not distinguish between effects due to particles or gases in the mixture.

Two recent studies examined this endpoint. In one study, Sprague-Dawley rats were exposed for 6 hours to filtered and unfiltered GE [count median diameter of 15−20 nm, mass median diameter of approximately 150 nm; Seagrave et al. (2008)]. Neither filtered nor unfiltered GE exposure caused any change in breathing frequency, tidal volume, minute volume, or Penh. In the other study, in Toronto, Amatullah et al. (2012) found that a 4-hour exposure of BALB/c mice to near-UFP CAPs had no effect on pulmonary function. Additional study details for these and other recent animal toxicological studies are found in Table 5-44.

### Respiratory Tract Oxidative Stress

The 2009 PM ISA (U.S. EPA, 2009) did not report any animal toxicological studies investigating the effects of short-term UFP exposure on oxidative stress. Two recent studies examined this endpoint. Seagrave et al. (2008) exposed rats to GE (count median diameter 15−20 nm, mass median diameter 150 nm) and found increased lung tissue chemiluminescence that was not present when GE was filtered, indicating that the particulate fraction had a role in the oxidative stress response. Recently, oxidative stress in olfactory epithelium, as well as olfactory bulb and other brain regions, was examined in mice exposed to resuspended urban UFP [Cheng et al. (2016); see Section 8.5.2]. A single 5-hour exposure to UFP resulted in enhanced markers of oxidative stress in olfactory epithelium, but not olfactory bulb, cerebellum, or cerebral cortex. Multiple exposures over 3 weeks also increased oxidative stress markers in olfactory epithelium, as well as decreased levels of a protein expressed by olfactory sensory nerves, and increased levels of apoptosis-related proteins.

00197221

**Table 5-44    Study-specific details from animal toxicological studies of short-term UFP exposure and respiratory effects in healthy animals.**

| Study/Study Population | Pollutant | Exposure | Endpoints |
|---|---|---|---|
| Aztatzi-Aguilar et al. (2015)<br>Species: rat<br>Sex: male<br>Strain: Sprague-Dawley | UFP CAPs<br>Mexico City<br>Particle size:<br>ultrafine $PM_{0.2}$<br>Control: Filtered air | Route: inhalation<br>Dose/concentration: ultrafine $PM_{0.2}$ 107 $\mu g/m^3$<br>Duration: acute 5 h/day, 3 days<br>Time to analysis: 24 h | Gene and protein expression in lung tissue<br>• IL-6<br>• Components of kallikrein-kinin endocrine system and RAS<br>• Heme oxygenase-1 |
| Cheng et al. (2016)<br>Species: mouse<br>Sex: male<br>Strain: C57Bl/6J<br>Age: 3 mo | Re-aerosolized collected ambient PM near a Los Angeles, CA freeway<br>Particle sizes:<br>ultrafine PM <180 nm, median 60.6 nm<br>Control: re-aerosolized extracts of sham filters | Route: whole-body inhalation<br>Dose/concentration:<br>343 $\mu g/m^3$<br>Duration of exposure:<br>5 h/day, 3 days/week for 5, 20 and 45 h over 3 weeks | Immunohistochemistry of nasal epithelium and brain tissue<br>• Oxidative stress markers<br>• Macrophage activation marker |
| Seagrave et al. (2008)<br>Species: rat<br>Sex: male<br>Strain: Sprague-Darley<br>Age/weight: 8−10 weeks, 250−300 g | Gasoline engine exhaust (GE)<br>Filtered GE<br>Particle Size: GE MMD 150 nm | Route: whole-body inhalation<br>Dose/concentration: GE filtered 2.4 $\mu g/m^3$<br>GE 59 $\mu g/m^3$<br>Duration of exposure: 6 h<br>Coexposure: combustion vapors | Pulmonary function<br>• Breathing frequency<br>• Tidal volume<br>• Minute volume<br>• Penh |
| Tyler et al. (2016)<br>Species: mouse<br>Strain: C57BL/6 and ApoE knockout<br>Age/weight: 6−8 weeks | Motor vehicle exhaust (DE and GE) passed through a denuder to generate UFP<br>Particle size:<br>147.1 nm ± 1.3 nm<br>Control: filtered air | Route: whole-body inhalation<br>Dose/concentration:<br>371.3 ± 15.6 $\mu g/m^3$<br>Duration: 6 h | BALF cells and cytokines<br>Particle uptake in bronchial macrophages |

ApoE = apolipoprotein E; BALF = bronchoalveolar lavage fluid; CAPs = concentrated ambient particles; DE = diesel exhaust; g = gram; GE = gasoline exhaust; h = hour(s); IL-6 = interleukin 6; $\mu g/m^3$ = micrograms per cubic meter; MMD = mass median diameter; mo = month(s); nm = nanometer; Penh = enhanced pause; PM = particulate matter; $PM_{0.2}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 0.2 $\mu m$; RAS = renin-angiotensin system; UFP = ultrafine particles.

## Respiratory Tract Inflammation

The 2009 PM ISA (U.S. EPA, 2009) did not report any animal toxicological studies investigating the effects of short-term UFP exposure on inflammation. Several recent studies examined this endpoint. No effects were observed in terms of BALF inflammatory cells in response to a 4-hour exposure of

SECTION 5.5: Short-Term UFP Exposure and Respiratory Effects

00197222

BALB/c mice to Toronto UFP CAPs (Amatullah et al., 2012) or in response to a 6-hour exposure of C57BL/6 mice to UFP generated from motor vehicle exhaust (Tyler et al., 2016), despite effects observed in the hippocampus of the latter study (see Section 8.5.2). However, inflammation was observed in two other studies measuring effects in lung tissue. Cheng et al. (2016) found inflammatory responses in olfactory epithelium, as well as olfactory bulb and other brain regions, in C57BL/6J mice exposed to resuspended urban UFP (Section 8.5.2). The number of IBA-1 positive-macrophages, an indicator of inflammation, increased in olfactory epithelial turbinates and in the olfactory bulb after 5-hours of exposure to UFP ($p < 0.05$). In addition, Aztatzi-Aguilar et al. (2015) found increased levels of IL-6 in lung tissue in Sprague-Dawley rats exposed to UFP CAPs in Mexico City for several days ($p < 0.05$). Aztatzi-Aguilar et al. (2015) also found that short-term UFP CAPs exposure had several effects on the two counterbalancing endocrine systems—the RAS and the kallikrein-kinin system in the lung ($p < 0.05$). These effects included upregulation of genes encoding angiotensin 1 receptor and angiotensin converting enzyme and reduced levels of reduced angiotensin 1 receptor protein. Levels of angiotensin converting enzyme and angiotensin 2 receptor mRNA were not impacted. The RAS plays an important role in pulmonary and systemic vasculature, with binding of angiotensin to the angiotensin 1 receptor mediating vasoconstriction and oxidative stress. In addition, short-term UFP CAPs exposure resulted in upregulation of the gene encoding kallikrein-1 ($p < 0.05$). Kallikrein-1 is a serine protease enzyme required to produce kinin peptides, which are necessary to activate bradykinin receptors. Bradykinin receptors are involved in the regulation of nitric oxide which mediates vasodilation.

### 5.5.6.2    Summary of Respiratory Effects in Healthy Populations

Evidence linking short-term UFP exposure and respiratory effects in healthy populations is inconsistent or minimal in epidemiologic studies and controlled human exposure studies. Animal toxicological studies found pulmonary oxidative stress following short-term UFP exposure, but inconsistent evidence of pulmonary inflammation and no evidence of changes in lung function.

### 5.5.7    Respiratory Effects in Populations with Cardiovascular Disease

As described in the 2009 PM ISA (U.S. EPA, 2009), Kooter et al. (2006) found that a multiday exposure of SH rats to UFP-enriched CAPs in the Netherlands decreased CC16 in BALF. CC16 is a secretory product of nonciliated bronchiolar club cells and is thought to contribute to control of inflammation. Recently, Tyler et al. (2016) exposed C57BL/7 and ApoE knockout mice for 6-hour to UFP generated from motor vehicle exhaust. No increases in BALF inflammatory cells were observed. However, increases in TNF-$\alpha$ levels in BALF and particle uptake into bronchial macrophages were found in ApoE knockout ($p < 0.001$) but not in C57BL/6 mice. Effects were also seen in the hippocampus (Section 8.5.2). Additional study details are presented in Table 5-44.

00197223

### 5.5.8    Respiratory Mortality

In the 2009 PM ISA (U.S. EPA, 2009), no studies specifically examined associations between short-term UFP exposure and respiratory mortality. Although recent studies examine the relationship between short-term UFP exposure and respiratory mortality, the total body of evidence remains small, as detailed in Chapter 11 (Section 11.5). Across studies that examined the UFP–respiratory mortality relationship, there is inconsistency in the particle size distribution that was used to represent UFP exposures with some studies measuring NC, while other studies measured NC with the upper end of the size distribution ranging from 100−3,000 nm. This disparity in the measurement of UFPs between studies complicates the overall interpretation of results.

The assessment of the relationship between short-term UFP exposure and respiratory mortality is limited to studies conducted in Europe (Stafoggia et al., 2017; Lanzinger et al., 2016a; Samoli et al., 2016b) and China (Leitte et al., 2012). Across studies of respiratory mortality, NC was used to examine associations with respiratory mortality. Both Lanzinger et al. (2016a), in a study of five central European cities as part of the UFIREG project, and Leitte et al. (2012), in Beijing, China, reported generally positive associations that were imprecise across each of the UFP size distributions examined (Table 11-13), while Samoli et al. (2016b) did not report any evidence of an association with respiratory mortality. Although there is some evidence of a positive association between short-term UFP exposure and respiratory mortality, within each study only a single monitor was used to estimate exposure to UFPs (Table 11-13). As detailed in Chapter 2 (Section 2.5.1.1.5, Section 2.5.1.2.4, and Section 2.5.2.2.3), the use of a single monitor does not adequately account for the spatial and temporal variability in UFP concentrations as well as the change in the particle size distribution that changes with distance from source.

### 5.5.9    Summary and Causality Determination

A limited number of studies examining short-term exposure to UFPs and respiratory effects were reported in the 2009 PM ISA (U.S. EPA, 2009), which concluded that the relationship between short-term exposure to UFP and respiratory effects is *suggestive of a causal relationship*. This conclusion was based on epidemiologic evidence indicating associations with combined respiratory-related diseases, respiratory infection, and asthma exacerbation. In addition, personal ambient UFP exposure from time spent in high- and low-traffic areas were associated with lung function decrements in adults with asthma. The few available experimental studies provided limited coherence with epidemiologic findings for asthma exacerbation. Recent studies add to this evidence base and support epidemiologic evidence for asthma exacerbation and combined respiratory-related diseases but do not rule out chance, confounding, and other biases. Several animal toxicological studies showing effects related to allergic asthma provide biological plausibility. The evidence characterizing the relationship between short-term exposure to UFP

00197224

and effects on the respiratory system is detailed below (Table 5-45), using the framework for causality determinations described in the Preamble to the ISAs (U.S. EPA, 2015).

For asthma exacerbation, there is some epidemiologic evidence that is not entirely consistent. Associations persisted in one epidemiologic study with adjustment for $NO_2$, but not in another. Additional supporting evidence, showing decrements in lung function and enhancement of allergic inflammation and other allergic responses, is provided by a controlled human exposure study in adults with asthma and by animal toxicological studies in an animal model of allergic airway disease. For combined respiratory-related diseases, recent findings add consistency for hospital admissions and ED visits and indicate lung function changes among adults with asthma or COPD. Uncertainty remains regarding the representativeness of UFP concentrations as a surrogate for exposure and for copollutant confounding, which limits inference about an independent effect of UFP. Additionally, there remains limited information on the spatial and temporal variability of UFP concentrations (Section 2.4.3.1). **Overall, the evidence is *suggestive of, but not sufficient to infer, a causal relationship* between short-term UFP exposure and respiratory effects.**

**Table 5-45    Summary of evidence that is *suggestive of, but not sufficient to infer, a causal relationship* between short-term UFP exposure and respiratory effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | UFP Concentrations Associated with Effects[c] ($\mu g/m^3$) |
|---|---|---|---|
| *Asthma Exacerbation and Combined Respiratory-Related Diseases* | | | |
| Evidence from multiple epidemiologic studies at relevant UFP concentrations is generally consistent | Increases in asthma-related hospital admissions, ED visits, and physician visits in children and all ages combined. | Samoli et al. (2016a)<br>Iskandar et al. (2012)<br>Evans et al. (2014) | |
| | Increases in combined respiratory-related diseases observed in single-city and multicity studies. | Section 5.5.5 | |
| Uncertainty regarding confounding by copollutants | Potential copollutant confounding for asthma-related hospital admissions and lung function is examined in a few studies, with some evidence that associations remain robust in models with gaseous pollutants. | Andersen et al. (2008b)<br>McCreanor et al. (2007)<br>Samoli et al. (2016a)<br>Halonen et al. (2009b) | |

SECTION 5.5: Short-Term UFP Exposure and Respiratory Effects

00197225

**Table 5-45 (Continued): Summary of evidence that is *suggestive of, but not sufficient to infer, a causal relationship* between short-term UFP exposure and respiratory effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | UFP Concentrations Associated with Effects[c] (µg/m³) |
|---|---|---|---|
| Limited coherence in epidemiologic studies across the continuum of effects | Increases in respiratory symptoms, pulmonary inflammation, and lung function decrements observed in a limited number of panel studies in adults with asthma provide limited support for asthma exacerbation in children. | Mar et al. (2004) von Klot et al. (2002) McCreanor et al. (2007) Mirabelli et al. (2015) | |
| Uncertainty regarding exposure measurement error | Most studies relied on one monitor to measure UFPs, which is inadequate based on limited data demonstrating both that there is greater spatial variability in UFPs (i.e., NC) and that the particle size distribution changes with distance from source. Additionally, there is limited information on the temporal variability in UFP concentrations. | Section 2.4.3.1 Section 2.5.1.1.5 Section 2.5.1.2.4 Section 2.5.2.2.3 Section 3.4.5 | |
| Uncertainty regarding exposure metric and UFP size fraction | Inconsistency in the UFP metric used (i.e., NC, SC, and MC) and UFP size fraction examined complicating interpretation of results across studies. | Table 5-39 Table 5-41 Table 5-42 Table 5-43 Section 5.5.8 | |
| Limited evidence from controlled human exposure studies | In adults with asthma, decreases in pulmonary function are observed. | Gong et al. (2008) | 100 |
| Limited evidence from toxicological studies at relevant concentrations | Enhancement of allergic inflammation and other allergic responses is observed in animal model of allergic airway disease. | Section 5.5.2.3 Li et al. (2009) | 101 |
| Biological plausibility for allergic asthma | Evidence from animal toxicological studies provides biological plausibility for epidemiologic findings of allergic asthma, the most common phenotype in children. | Section 5.5.1 Section 5.5.2.3 | |

00197226

**Table 5-45 (Continued): Summary of evidence that is *suggestive of, but not sufficient to infer, a causal relationship* between short-term UFP exposure and respiratory effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | UFP Concentrations Associated with Effects[c] (µg/m³) |
|---|---|---|---|
| *Respiratory Effects in Healthy Populations* | | | |
| Some evidence from toxicological studies at relevant concentrations | Pulmonary function was not affected. Inconsistent results were found for pulmonary inflammation, while some evidence was found for oxidative stress and changes in the RAS. | Section 5.5.6.1.3 | 59−793 |

ED = emergency department; MC = mass concentration; µg/m³ = micrograms per cubic meter; NC = number concentration; RAS = renin-angiotensin system; SC = surface area concentration; UFP = ultrafine particles.

[a]Based on aspects considered in judgments of causality and weight of evidence in causal framework in Table I and Table II of the Preamble to the ISAs (U.S. EPA, 2015).

[b]Describes the key evidence and references, supporting or contradicting, contributing most heavily to causality determination and, where applicable, to uncertainties or inconsistencies. References to earlier sections indicate where full body of evidence is described.

[c]Describes the UFP concentrations and metric (i.e., NC, SC, MC) with which the evidence is substantiated.

## 5.6    Long-Term UFP Exposure and Respiratory Effects

The 2009 PM ISA concluded that the evidence was inadequate to assess the relationship between long-term exposure to UFP and respiratory effects (U.S. EPA, 2009). At that time, there were no epidemiologic studies available to address this relationship. Animal toxicological studies found that long-term exposure to UFP CAPs had no effect, while long-term exposure to GE and DE altered respiratory-related endpoints. Studies with DE did not determine whether the effects were due to the particulate or gaseous part of the mixture. However, the effects of the GE were attributable to particulate matter. Recent studies consist of one epidemiologic study that examines the association between long-term exposure to UFP and respiratory outcomes and a small number of recent animal toxicological studies that provide evidence for respiratory effects.

### 5.6.1    Biological Plausibility

Due to a paucity of data, it is not possible to describe biological pathways that potentially underlie respiratory effects resulting from long-term exposure to UFP. Figure 5-51 graphically depicts the upstream events that may lead to downstream events observed in the single epidemiologic study. This discussion of how long-term exposure to UFP may lead to respiratory effects contributes to an

00197227

understanding of the biological plausibility of epidemiologic results evaluated later in Section 5.6. Note that the structure of the biological plausibility sections and the role of biological plausibility in contributing to the weight-of-evidence analysis used in the 2009 PM ISA are discussed in Preface Section P.3.2.1.

Once UFP deposits in the respiratory tract, it may be retained, cleared, or solubilized (see Chapter 4). UFP and its soluble components may interact with cells in the respiratory tract, such as epithelial cells, inflammatory cells, and sensory nerve cells. One way in which this may occur is through reduction-oxidation (redox) reactions. As discussed in Section 2.3.3, PM may generate ROS and this capacity is termed "oxidative potential." Furthermore, cells in the respiratory tract may respond to the presence of PM by generating ROS. Further discussion of these redox reactions, which may contribute to oxidative stress, is found in Section 5.1.1 of the 2009 PM ISA (U.S. EPA, 2009). In addition, poorly soluble particles may translocate to the interstitial space beneath the respiratory epithelium and accumulate in the lymph nodes (see Chapter 4). Immune system responses due to the presence of particles in the interstitial space may contribute to respiratory health effects.

Although all size fractions of PM may contribute to oxidative stress, UFPs may contribute disproportionately more as a function of their mass due to their large surface:volume ratio. The relative enrichment of redox active surface components, such as metals and organics, per unit mass may translate to a relatively greater oxidative potential of UFPs compared with larger particles with similar surface components. In addition, the greater surface per unit volume may deliver relatively more adsorbed soluble components to cells. These components may undergo intracellular redox cycling following cellular uptake. Furthermore, per unit mass, UFPs may have more opportunity to interact with cell surfaces due to their greater surface area and their greater particle number compared with larger PM. These interactions with cell surfaces may lead to ROS generation, as described in Section 5.1.1 of the 2009 PM ISA (U.S. EPA, 2009). Recent studies have also demonstrated that UFPs have the capacity to cross cellular membranes by nonendocytotic mechanisms involving adhesive interactions and diffusion, as described in Chapter 4. This may allow UFPs to interact with or penetrate intracellular organelles.

00197228



UFP =ultrafine particles.

Note: The boxes above represent the effects for which there is experimental or epidemiologic evidence related to UFP exposure, and the arrows indicate a proposed relationship between those effects. Shading around multiple boxes is used to denote a grouping of these effects. Arrows may connect individual boxes, groupings of boxes, and individual boxes within groupings of boxes. Progression of effects is generally depicted from left to right and color coded (gray = exposure; green = initial effect; blue = intermediate effect; orange = effect at the population level or a key clinical effect). Here, population-level effects generally reflect results of epidemiologic studies. When there are gaps in the evidence, there are complementary gaps in the figure and the accompanying text below.

**Figure 5-51    Potential biological pathways for respiratory effects following long-term UFP exposure.**

Evidence that long-term exposure to UFP may affect the respiratory tract is provided by a limited number of experimental studies. While markers of injury and oxidative stress were increased (Zhang et al., 2012; Reed et al., 2008), no inflammatory changes were observed (Tyler et al., 2016; Aztatzi-Aguilar et al., 2015; Araujo et al., 2008; Reed et al., 2008). In Tanaka et al. (2013a), the enhancement of allergic responses seen following long-term exposure to UFP-enriched DE was not attributable to particulate components, suggesting a role for combustion gases in mediating the response. Similarly, the presence of 8-hydroxy-2′-deoxyguanosine observed in lung tissue was likely due to combustion gases. Upregulation of the RAS, as indicated by an increase in mRNA and protein levels of angiotensin receptor type 1, was observed in the lung (Aztatzi-Aguilar et al., 2015). Angiotensin receptor type 1 mediates the effects of angiotensin II, which is a potent vasoconstrictor and mediator in the vasculature. The SNS and the RAS are known to interact in a positive feedback fashion (Section 8.1.2) with important ramifications in the cardiovascular system. However, it is not known whether SNS activation or some other mechanism mediated the changes in the RAS observed in the respiratory tract in this study. The upstream events presented here may provide biological plausibility for epidemiologic evidence of respiratory health effects and will be used to inform a causality determination, which is discussed later in the chapter (Section 5.4.9).

00197229

### 5.6.2    Development of Asthma

The 2009 PM ISA (U.S. EPA, 2009) did not report any studies evaluating allergic responses resulting from long-term exposure to UFP. Recently, Tanaka et al. (2013a) evaluated the enhancement of allergic responses by exposure to UFP-enriched DE. ICR mice were exposed to two concentrations of diluted DE and to particle-depleted diesel exhaust (0DE) for 8 weeks. Concentrations of gaseous components of DE were similar in the high DE and 0DE atmospheres (3.3 ppm CO, 1.4 ppm $NO_X$, and 0.51 ppm $NO_2$), but the low DE had approximately 1/3 of these concentrations (1.2, 0.41, and 0.15, respectively). Mice were sensitized and challenged with OVA administered by intra-tracheal instillation during the 8-week inhalation exposure. Mice exposed to filtered air and OVA had a modest increase in airway eosinophils that was enhanced by exposure to low and high DE in a dose-dependent fashion ($p < 0.05$ compared with OVA controls). This response was not dependent on the particulate part of the aerosol because numbers of eosinophils in allergic animals were similar in the high DE group. Furthermore, increases in IL-5, IL-13, eotaxin, and myeloperoxidase protein in lung tissue reached similar levels in allergic mice exposed to either high DE or 0DE ($p < 0.05$ compared with OVA controls). Interestingly, only the allergic mice exposed to the 0DE had increases in lung tissue IL-4, IL-17α, IL-1β, lipid peroxidase, and serum IgE ($p < 0.05$ compared with OVA controls). Results from this study indicate a critical role for the combustion gases in DE-associated enhancement of allergic responses. Companion studies also detected the presence of 8-OHdG on lung tissue in high DE and 0DE allergic mice (Tanaka et al., 2013b). Additional study details are found in Table 5-46.

**Table 5-46    Study-specific details from animal toxicological studies of long-term UFP exposure and allergic responses.**

| Study/Study Population | Pollutant | Exposure | Endpoints |
|---|---|---|---|
| Tanaka et al. (2013a)<br>Species: mouse<br>Sex: female<br>Strain: ICR<br>Age/weight: 6 weeks | Diesel engine exhaust<br>Low DE = 36 µg/m³<br>High DE = 169 µg/m³<br>Particle size: average of mode diameter 26−27 nm in low and high DE | Route: whole-body inhalation<br>Dose/concentration: 5 h/day, 5 days/week for 8 weeks<br>OVA intra-tracheal every other week (5 total)<br>Time to analysis: 24 h after last instillation | BALF cells<br>BALF cytokines<br>Serum IgE |
| Tanaka et al. (2013b)<br>Species: mouse<br>Sex: female<br>Strain: ICR<br>Age/weight: 6 weeks | Diesel engine exhaust<br>Low DE = 36 µg/m³<br>High DE = 169 µg/m³<br>Particle size: average of mode diameter 26−27 nm in low and high DE | Route: whole-body inhalation<br>Dose/concentration: 5 h/day, 5 days/week for 8 weeks<br>OVA intra-tracheal every other week (5 total)<br>Time to analysis: 24 h after last instillation | Oxidative stress<br>• Lung 8-OH deoxy guanosine levels |

BALF = bronchoalveolar lavage fluid; DE = diesel exhaust; h = hour(s); ICR = Institute of Cancer Research; IgE = Immunoglobulin E; µg/m³ = micrograms per cubic meter; nm = nanometer; OH = hydroxy; OVA = ovalbumin; UFP = ultrafine particles.

00197230

### 5.6.3    Subclinical Effects in Healthy Populations and Populations with Cardiovascular Disease

Animal toxicological studies provide evidence for subclinical effects potentially underlying the development of respiratory disease in healthy populations and in populations with cardiovascular disease. The 2009 PM ISA (U.S. EPA, 2009) reported several studies that evaluated the effects of long-term exposure to UFP on subclinical effects. Reed et al. (2008) exposed F344 rats for 6 months to GE containing UFP (count median diameter 15−20 nm, MMD 150 nm). LDH was increased in BALF of rats, but no inflammatory or histopathologic changes were found except for the accumulation of PM-containing macrophages. However, hypermethylation of lung DNA was observed. The significance of DNA methylation in terms of respiratory health is unclear, although it is known that altered patterns of DNA methylation can affect gene expression and are sometimes associated with altered immune responses and/or the development of cancer. The LDH and hypermethylation responses were prevented by addition of a particle filter, indicating that the particulate portion of the GE mixture played a role in the response. In a study in ApoE knockout mice exposed to UFP CAPs for 40 days, Araujo et al. (2008) found no increase in BALF inflammatory cells exposed to UFP CAPs for 40 days.

Several recent studies have become available since the 2009 PM ISA that examine the effects of long-term UFP exposure on pulmonary oxidative stress and inflammation. Zhang et al. (2012) collected ambient UFP near a Los Angeles, CA freeway. Exposure of C57BL/6J mice to the re-aerosolized UFP for 10 weeks resulted in increases in mRNA and protein levels of heme oxygenase-1, NADPH quinone oxidoreductase 1, γ-glutamyl cysteine ligase catalytic subunit, and γ-glutamyl cysteine synthetase modifier subunit in the lung ($p < 0.05$). These are Phase II regulated detoxifying enzymes and are important in defense against oxidative stress. Young mice (3 months) had a more robust increase in gene expression and protein levels than older mice (18 months). Zhang et al. (2012) also found evidence of upregulation of Phase II enzymes in specific brain regions (Section 8.6.3) and the liver. In contrast, Aztatzi-Aguilar et al. (2015) found decreased lung tissue heme oxygenase-1 activity in Sprague-Dawley rats following 8-weeks exposure to Mexico City UFP CAPs ($p < 0.05$) and no change in γ-glutamyl cysteine ligase catalytic subunit was observed. Aztatzi-Aguilar et al. (2015) also found decreased protein levels of IL-6 in lung tissue ($p < 0.05$). Further, Tyler et al. (2016) exposed C57BL/7 and ApoE knockout mice to UFP generated from motor vehicle exhaust. A 30-day exposure resulted in no increase in inflammatory cells or cytokines in the BALF. Particle uptake into bronchial macrophages was increased in both C57BL/6 and ApoE knockout mice ($p < 0.05$). Effects were also seen in the hippocampus (Section 8.6.3). Aztatzi-Aguilar et al. (2015) found that long-term UFP CAPs exposure had several effects on the RAS, including induced lung expression of the angiotensin 1 receptor gene, and increased angiotensin 1 receptor protein levels ($p < 0.05$). Protein levels and mRNA of angiotensin converting enzyme were not impacted. Components of the RAS play an important role in the pulmonary circulation. Overall, older and recent studies provide some limited evidence for pulmonary injury, DNA hypermethylation, and changes in the RAS, inconsistent evidence for pulmonary oxidative stress and no

00197231

evidence for pulmonary inflammation. Additional study details for these recent animal toxicological studies are found in Table 5-47.

## Table 5-47    Study-specific details from animal toxicological studies of long-term UFP exposure and respiratory effects in healthy animals.

| Study/Study Population | Pollutant | Exposure | Endpoints |
|---|---|---|---|
| Aztatzi-Aguilar et al. (2015)<br>Species: rat<br>Sex: male<br>Strain: Sprague-Dawley | UFP CAPs<br>Mexico City<br>Particle size: ultrafine $PM_{0.2}$<br>Control: filtered air | Route: inhalation<br>Dose/concentration: ultrafine $PM_{0.2}$ 107 $\mu g/m^3$<br>Duration: subchronic 5 h/day, 4 days/week, 8 weeks<br>Time to analysis: 24 h | Gene and protein expression in lung tissue<br>• IL-6<br>• Components of kallikrein-kinin endocrine system and RAS<br>• Heme oxygenase-1 |
| Reed et al. (2008)<br>Species: rat<br>Sex: male and female<br>Strain: F344<br>Age/weight: | DE and filtered DE<br>Particle size: MMAD 150 nm | Route: whole-body Inhalation<br>Dose/concentration: 3 concentrations, H 59 $\mu g/m^3$, M 30 $\mu g/m^3$, L 6.6 $\mu g/m^3$, high filtered 2 $\mu g/m^3$<br>Duration: 6 h/day for 7 days/week, 3 days (1 week), 6 mo<br>Coexposure: combustion products | Lung injury<br>• BALF LDH<br>Lung DNA Alteration—hypermethylation |
| Tyler et al. (2016)<br>Species: mouse<br>Strain: C57BL/6 and ApoE knockout<br>Age/weight: 6–8 weeks | Motor vehicle exhaust (DE and GE) passed through a denuder to generate UFP<br>Particle size: 147.1 nm ± 1.3 nm<br>Control: filtered air | Route: whole-body inhalation<br>Dose/concentration: 371.3 ± 15.6 $\mu g/m^3$<br>Duration: 6 h/day for 30 days | BALF cells and cytokines<br>Particle uptake in bronchial macrophages |
| Zhang et al. (2012)<br>Species: mouse<br>Sex: male<br>Strain: C57BL/6J<br>Age: 3, 18 mo | Re-aerosolized collected ambient PM near a freeway<br>Particle size: ultrafine PM <200 nm | Route: whole-body inhalation<br>Dose/concentration: 200–400 $\mu g/m^3$<br>Duration of exposure: 5 h/day, 3 days/week for 10 weeks | Oxidative stress Markers—lung GCLC and GCLM mRNA and protein |

ApoE = apolipoprotein E; BALF = bronchoalveolar lavage fluid; CAPs = concentrated ambient particles; DNA = deoxyribonucleic acid; DE = diesel exhaust; GCLC = glutamate cysteine ligase catalytic subunit; GCLM = glutamate cysteine ligase modifier subunit; GE = gasoline exhaust; H = high; h = hour(s); IL-6 = interleukin 6; L = low; LDH = lactate dehydrogenase; M = medium; $\mu g/m^3$ = micrograms per cubic meter; MMAD = mass median aerodynamic diameter; mo = month(s); mRNA = messenger ribonucleic acid; nm = nanometer; PM = particulate matter; $PM_{0.2}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 0.2 µm; RAS = renin-angiotensin system; UFP = ultrafine particles.

00197232

### 5.6.4    Respiratory Mortality

Overall, the literature base for long-term UFP exposure and respiratory mortality remains very small, with one study (Ostro et al., 2015) reporting results for UFP mass concentration. The authors examined the association between UFP (<0.1 μm) mass concentrations and respiratory mortality among women in the California Teachers Cohort using a CTM to predict UFP concentrations with a 4-km spatial resolution and observed an association near the null value.

### 5.6.5    Summary and Causality Determination

Based on limited evidence from animal toxicological studies and a lack of epidemiologic studies, the 2009 PM ISA (U.S. EPA, 2009) concluded that evidence was inadequate to assess the relationship between long-term exposure to UFP and respiratory effects. Since then, only a few new studies have become available. The evidence characterizing the relationship between long-term exposure to UFP and respiratory effects is detailed below (Table 5-48), using the framework for causality determination described in the Preamble to the ISAs (U.S. EPA, 2015). Currently, there is limited epidemiologic evidence for respiratory mortality. But uncertainty regarding copollutant confounding and exposure measurement error results in an inability to rule out chance and confounding. A few animal toxicological studies provide evidence of effects resulting from long-term exposure to UFP. **Overall, the evidence is *inadequate to infer the presence or absence of a causal relationship* between long-term UFP exposure and respiratory effects.**

00197233

**Table 5-48    Summary of evidence that is *inadequate to infer the presence or absence of a causal relationship* between long-term UFP exposure and respiratory effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | UFP Concentrations Associated with Effects[c] ($\mu g/m^3$) |
|---|---|---|---|
| Limited epidemiologic evidence does not support a relationship | No association was observed with UFP mass concentrations in a single study of respiratory mortality from the California Teachers Study cohort. | Ostro et al. (2015) | UFP mass concentration: 1.29 |
| Uncertainty regarding confounding by copollutants and exposure measurement error | Potential copollutant confounding not examined.<br><br>Potentially uncharacterized spatial and temporal variation of UFP concentration limits interpretation of epidemiologic evidence | Ostro et al. (2015)<br>Section 2.5.1.1.5<br>Section 2.5.1.2.4<br>Section 2.5.2.2.3<br>Section 3.4.5 | |
| Some evidence for respiratory effects from toxicological studies at relevant concentrations | Results show injury, oxidative stress, DNA hypermethylation, and changes in the RAS, but no pulmonary inflammation. | Section 5.6.3 | 59−400 |

DNA = deoxyribonucleic acid; $\mu g/m^3$ = micrograms per cubic meter; RAS = renin-angiotensin system; UFP = ultrafine particles.

[a]Based on aspects considered in judgments of causality and weight of evidence in causal framework in Table I and Table II of the Preamble to the ISAs (U.S. EPA, 2015).

[b]Describes the key evidence and references, supporting or contradicting, contributing most heavily to causality determination and, where applicable, to uncertainties or inconsistencies. References to earlier sections indicate where full body of evidence is described.

[c]Describes the UFP concentrations and metric (i.e., NC, SC, MC) with which the evidence is substantiated.

00197234

## 5.7    References

Ackermann-Liebrich, U; Leuenberger, P; Schwartz, J; Schindler, C; Monn, C; Bolognini, G; Bongard, JP; Brändli, O; Domenighetti, G; Elsasser, S; Grize, L; Karrer, W; Keller, R; Keller-Wossidlo, H; Künzli, N; Martin, BW; Medici, TC; Perruchoud, AP; Schöni, MH; Tschopp, JM; Villiger, B; Wüthrich, B; Zellweger, JP; Zemp, E. (1997). Lung function and long term exposure to air pollutants in Switzerland. Am J Respir Crit Care Med 155: 122-129. http://dx.doi.org/10.1164/ajrccm.155.1.9001300.

Adam, M; Schikowski, T; Carsin, AE; Cai, Y; Jacquemin, B; Sanchez, M; Vierkötter, A; Marcon, A; Keidel, D; Sugiri, D; Al Kanani, Z; Nadif, R; Siroux, V; Hardy, R; Kuh, D; Rochat, T; Bridevaux, PO; Eeftens, M; Tsai, MY; Villani, S; Phuleria, HC; Birk, M; Cyrys, J; Cirach, M; de Nazelle, A; Nieuwenhuijsen, MJ; Forsberg, B; de Hoogh, K; Declercq, C; Bono, R; Piccioni, P; Quass, U; Heinrich, J; Jarvis, D; Pin, I; Beelen, R; Hoek, G; Brunekreef, B; Schindler, C; Sunyer, J; Krämer, U; Kauffmann, F; Hansell, AL; Künzli, N; Probst-Hensch, N. (2015). Adult lung function and long-term air pollution exposure. ESCAPE: A multicentre cohort study and meta-analysis. Eur Respir J 45: 38-50. http://dx.doi.org/10.1183/09031936.00130014.

Adamkiewicz, G; Ebelt, S; Syring, M; Slater, J; Speizer, FE; Schwartz, J; Suh, H; Gold, DR. (2004). Association between air pollution exposure and exhaled nitric oxide in an elderly population. Thorax 59: 204-209. http://dx.doi.org/10.1136/thorax.2003.006445.

Adar, SD; Filigrana, PA; Clements, N; Peel, JL. (2014). Ambient coarse particulate matter and human health: A systematic review and meta-analysis [Review]. Curr Environ Health Rep 1: 258-274. http://dx.doi.org/10.1007/s40572-014-0022-z.

Adar, SD; Kaufman, JD; Diez-Roux, AV; Hoffman, EA; D'Souza, J; Hinckley Stukovsky, KD; Rich, SS; Rotter, JI; Guo, X; Raffel, LJ; Sampson, PD; Oron, AP; Raghunathan, T; Barr, RG. (2015). Air pollution and percent emphysema identified by computed tomography in the multi-ethnic study of atherosclerosis. Environ Health Perspect 123: 144-151. http://dx.doi.org/10.1289/ehp.1307951.

Akinbami, LJ; Lynch, CD; Parker, JD; Woodruff, TJ. (2010). The association between childhood asthma prevalence and monitored air pollutants in metropolitan areas, United States, 2001-2004. Environ Res 110: 294-301. http://dx.doi.org/10.1016/j.envres.2010.01.001.

Alberg, T; Cassee, FR; Groeng, EC; Dybing, E; Løvik, M. (2009). Fine ambient particles from various sites in europe exerted a greater IgE adjuvant effect than coarse ambient particles in a mouse model. J Toxicol Environ Health A 72: 1-13. http://dx.doi.org/10.1080/15287390802414471.

Alessandrini, ER; Stafoggia, M; Faustini, A; Gobbi, GP; Forastiere, F. (2013). Saharan dust and the association between particulate matter and daily hospitalisations in Rome, Italy. Occup Environ Med 70: 432-434. http://dx.doi.org/10.1136/oemed-2012-101182.

Alexis, NE; Huang, YC; Rappold, AG; Kehrl, H; Devlin, R; Peden, DB. (2014). Patients with asthma demonstrate airway inflammation after exposure to concentrated ambient particulate matter [Letter]. Am J Respir Crit Care Med 190: 235-237. http://dx.doi.org/10.1164/rccm.201401-0126LE.

Alexis, NE; Lay, JC; Zeman, K; Bennett, WE; Peden, DB; Soukup, JM; Devlin, RB; Becker, S. (2006). Biological material on inhaled coarse fraction particulate matter activates airway phagocytes in vivo in healthy volunteers. J Allergy Clin Immunol 117: 1396-1403. http://dx.doi.org/10.1016/j.jaci.2006.02.030.

Alhanti, BA; Chang, HH; Winquist, A; Mulholland, JA; Darrow, LA; Sarnat, SE. (2016). Ambient air pollution and emergency department visits for asthma: A multi-city assessment of effect modification by age. J Expo Sci Environ Epidemiol 26: 180-188. http://dx.doi.org/10.1038/jes.2015.57.

Allen, RW; Mar, T; Koenig, J; Liu, LJ; Gould, T; Simpson, C; Larson, T. (2008). Changes in lung function and airway inflammation among asthmatic children residing in a woodsmoke-impacted urban area. Inhal Toxicol 20: 423-433. http://dx.doi.org/10.1080/08958370801903826.

Amatullah, H; North, ML; Akhtar, US; Rastogi, N; Urch, B; Silverman, FS; Chow, CW; Evans, GJ; Scott, JA. (2012). Comparative cardiopulmonary effects of size-fractionated airborne particulate matter. Inhal Toxicol 24: 161-171. http://dx.doi.org/10.3109/08958378.2011.650235.

00197235

Andersen, ZJ; Loft, S; Ketzel, M; Stage, M; Scheike, T; Hermansen, MN; Bisgaard, H. (2008a). Ambient air pollution triggers wheezing symptoms in infants. Thorax 63: 710-716. http://dx.doi.org/10.1136/thx.2007.085480.

Andersen, ZJ; Wahlin, P; Raaschou-Nielsen, O; Ketzel, M; Scheike, T; Loft, S. (2008b). Size distribution and total number concentration of ultrafine and accumulation mode particles and hospital admissions in children and the elderly in Copenhagen, Denmark. Occup Environ Med 65: 458-466. http://dx.doi.org/10.1136/oem.2007.033290.

Araujo, JA; Barajas, B; Kleinman, M; Wang, X; Bennett, BJ; Gong, KW; Navab, M; Harkema, J; Sioutas, C; Lusis, AJ; Nel, AE. (2008). Ambient particulate pollutants in the ultrafine range promote early atherosclerosis and systemic oxidative stress. Circ Res 102: 589-596. http://dx.doi.org/10.1161/circresaha.107.164970.

Atkinson, RW; Carey, IM; Kent, AJ; van Staa, TP; Anderson, HR; Cook, DG. (2015). Long-term exposure to outdoor air pollution and the incidence of chronic obstructive pulmonary disease in a national English cohort. Occup Environ Med 72: 42-48. http://dx.doi.org/10.1136/oemed-2014-102266.

Atkinson, RW; Fuller, GW; Anderson, HR; Harrison, RM; Armstrong, B. (2010). Urban ambient particle metrics and health: A time-series analysis. Epidemiology 21: 501-511. http://dx.doi.org/10.1097/EDE.0b013e3181debc88.

ATSDR (Agency for Toxic Substances and Disease Registry). (2006). A study of ambient air contaminants and asthma in New York City: Part A and B. Atlanta, GA: U.S. Department of Health and Human Services. http://permanent.access.gpo.gov/lps88357/ASTHMA_BRONX_FINAL_REPORT.pdf.

Aztatzi-Aguilar, OG; Uribe-Ramírez, M; Arias-Montaño, JA; Barbier, O; De Vizcaya-Ruiz, A. (2015). Acute and subchronic exposure to air particulate matter induces expression of angiotensin and bradykinin-related genes in the lungs and heart: Angiotensin-II type-I receptor as a molecular target of particulate matter exposure. Part Fibre Toxicol 12: 17. http://dx.doi.org/10.1186/s12989-015-0094-4.

Balmes, JR; Cisternas, M; Quinlan, PJ; Trupin, L; Lurmann, FW; Katz, PP; Blanc, PD. (2014). Annual average ambient particulate matter exposure estimates, measured home particulate matter, and hair nicotine are associated with respiratory outcomes in adults with asthma. Environ Res 129: 1-10. http://dx.doi.org/10.1016/j.envres.2013.12.007.

Barone-Adesi, F; Dent, JE; Dajnak, D; Beevers, S; Anderson, HR; Kelly, FJ; Cook, DG; Whincup, PH. (2015). Long-term exposure to primary traffic pollutants and lung function in children: cross-sectional study and meta-analysis. PLoS ONE 10: e0142565. http://dx.doi.org/10.1371/journal.pone.0142565.

Barraza-Villarreal, A; Sunyer, J; Hernandez-Cadena, L; Escamilla-Nuñez, MC; Sienra-Monge, JJ; Ramírez-Aguilar, M; Cortez-Lugo, M; Holguin, F; Diaz-Sánchez, D; Olin, AC; Romieu, I. (2008). Air pollution, airway inflammation, and lung function in a cohort study of Mexico City schoolchildren. Environ Health Perspect 116: 832-838. http://dx.doi.org/10.1289/ehp.10926.

Basagaña, X; Jacquemin, B; Karanasiou, A; Ostro, B; Querol, X; Agis, D; Alessandrini, E; Alguacil, J; Artiñano, B; Catrambone, M; de La Rosa, JD; Díaz, J; Faustini, A; Ferrari, S; Forastiere, F; Katsouyanni, K; Linares, C; Perrino, C; Ranzi, A; Ricciardelli, I; Samoli, E; Zauli-Sajani, S; Sunyer, J; Stafoggia, M. (2015). Short-term effects of particulate matter constituents on daily hospitalizations and mortality in five South-European cities: Results from the MED-PARTICLES project. Environ Int 75: 151-158. http://dx.doi.org/10.1016/j.envint.2014.11.011.

Bastain, T; Islam, T; Berhane, K; McConnell, R; Rappaport, E; Salam, M; Linn, W; Avol, E; Zhang, Y; Gilliland, F. (2011). Exhaled nitric oxide, susceptibility and new-onset asthma in the Children's Health Study. Eur Respir J 37: 523-531. http://dx.doi.org/10.1183/09031936.00021210.

Batalha, JRF; Saldiva, PHN; Clarke, RW; Coull, BA; Stearns, RC; Lawrence, J; Murthy, GGK; Koutrakis, P; Godleski, JJ. (2002). Concentrated ambient air particles induce vasoconstriction of small pulmonary arteries in rats. Environ Health Perspect 110: 1191-1197.

SECTION 5.7: References

00197236

Behbod, B; Urch, B; Speck, M; Scott, JA; Liu, L; Poon, R; Coull, B; Schwartz, J; Koutrakis, P; Silverman, F; Gold, DR. (2013). Endotoxin in concentrated coarse and fine ambient particles induces acute systemic inflammation in controlled human exposures. Occup Environ Med 70: 761-767. http://dx.doi.org/10.1136/oemed-2013-101498.

Bell, ML; Ebisu, K; Leaderer, BP; Gent, JF; Lee, HJ; Koutrakis, P; Wang, Y; Dominici, F; Peng, RD. (2014). Associations of PM2.5 constituents and sources with hospital admissions: analysis of four counties in Connecticut and Massachusetts (USA) for persons 65 years of age. Environ Health Perspect 122: 138-144. http://dx.doi.org/10.1289/ehp.1306656.

Bell, ML; Ebisu, K; Peng, RD; Dominici, F. (2009a). Adverse health effects of particulate air pollution: modification by air conditioning. Epidemiology 20: 682-686. http://dx.doi.org/10.1097/EDE.0b013e3181aba749.

Bell, ML; Ebisu, K; Peng, RD; Samet, JM; Dominici, F. (2009b). Hospital admissions and chemical composition of fine particle air pollution. Am J Respir Crit Care Med 179: 1115-1120. http://dx.doi.org/10.1164/rccm.200808-1240OC.

Bell, ML; Ebisu, K; Peng, RD; Walker, J; Samet, JM; Zeger, SL; Dominic, F. (2008). Seasonal and regional short-term effects of fine particles on hospital admissions in 202 U.S. counties, 1999-2005. Am J Epidemiol 168: 1301-1310. http://dx.doi.org/10.1093/aje/kwn252.

Bell, ML; Son, JY; Peng, RD; Wang, Y; Dominici, F. (2015). Brief report: Ambient PM2.5 and risk of hospital admissions: do risks differ for men and women? Epidemiology 26: 575-579. http://dx.doi.org/10.1097/EDE.0000000000000310.

Belleudi, V; Faustini, A; Stafoggia, M; Cattani, G; Marconi, A; Perucci, CA; Forastiere, F. (2010). Impact of fine and ultrafine particles on emergency hospital admissions for cardiac and respiratory diseases. Epidemiology 21: 414-423. http://dx.doi.org/10.1097/EDE.0b013e3181d5c021.

Bentayeb, M; Wagner, V; Stempfelet, M; Zins, M; Goldberg, M; Pascal, M; Larrieu, S; Beaudeau, P; Cassadou, S; Eilstein, D; Filleul, L; Le Tertre, A; Medina, S; Pascal, L; Prouvost, H; Quénel, P; Zeghnoun, A; Lefranc, A. (2015). Association between long-term exposure to air pollution and mortality in France: A 25-year follow-up study. Environ Int 85: 5-14. http://dx.doi.org/10.1016/j.envint.2015.08.006.

Berhane, K; Chang, CC; McConnell, R; Gauderman, WJ; Avol, E; Rappaport, E; Urman, R; Lurmann, F; Gilliland, F. (2016). Association of changes in air quality with bronchitic symptoms in children in California, 1993-2012. JAMA 315: 1491-1501. http://dx.doi.org/10.1001/jama.2016.3444.

Berhane, K; Zhang, Y; Linn, WS; Rappaport, EB; Bastain, TM; Salam, MT; Islam, T; Lurmann, F; Gilliland, FD. (2011). The effect of ambient air pollution on exhaled nitric oxide in the Children's Health Study. Eur Respir J 37: 1029-1036. http://dx.doi.org/10.1183/09031936.00081410.

Berhane, K; Zhang, Y; Salam, MT; Eckel, SP; Linn, WS; Rappaport, EB; Bastain, TM; Lurmann, F; Gilliland, FD. (2014). Longitudinal effects of air pollution on exhaled nitric oxide: the Children's Health Study. Occup Environ Med 71: 507-513. http://dx.doi.org/10.1136/oemed-2013-101874.

Boogaard, H; Fischer, PH; Janssen, NA; Kos, GP; Weijers, EP; Cassee, FR; van der Zee, SC; de Hartog, JJ; Meliefste, K; Wang, M; Brunekreef, B; Hoek, G. (2013). Respiratory effects of a reduction in outdoor air pollution concentrations. Epidemiology 24: 753-761. http://dx.doi.org/10.1097/EDE.0b013e31829e1639.

Brand, A; McLean, KE; Henderson, SB; Fournier, M; Liu, L; Kosatsky, T; Smargiassi, A. (2016). Respiratory hospital admissions in young children living near metal smelters, pulp mills and oil refineries in two Canadian provinces. Environ Int 94: 24-32. http://dx.doi.org/10.1016/j.envint.2016.05.002.

Brauer, M; Hoek, G; Smit, HA; de Jongste, JC; Gerritsen, J; Postma, DS; Kerkhof, M; Brunekreef, B. (2007). Air pollution and development of asthma, allergy and infections in a birth cohort. Eur Respir J 29: 879-888. http://dx.doi.org/10.1183/09031936.00083406.

Bravo, MA; Ebisu, K; Dominici, F; Wang, Y; Peng, RD; Bell, ML. (2017). Airborne fine particles and risk of hospital admissions for understudied populations: Effects by urbanicity and short-term cumulative exposures in 708 U.S. counties. Environ Health Perspect 125: 594-601. http://dx.doi.org/10.1289/EHP257.

SECTION 5.7: References

00197237

Breton, CV; Salam, MT; Vora, H; Gauderman, WJ; Gilliland, FD. (2011). Genetic variation in the glutathione synthesis pathway, air pollution, and children's lung function growth. Am J Respir Crit Care Med 183: 243-248. http://dx.doi.org/10.1164/rccm.201006-0849OC.

Brody, DJ; Zhang, X; Kit, BK; Dillon, CF. (2013). Reference values and factors associated with exhaled nitric oxide: U.S. youth and adults. Respir Med 107: 1682-1691. http://dx.doi.org/10.1016/j.rmed.2013.07.006.

Brown, JS; Zeman, KL; Bennett, WD. (2001). Regional deposition of coarse particles and ventilation distribution in healthy subjects and patients with cystic fibrosis. J Aerosol Med Pulm Drug Deliv 14: 443-454. http://dx.doi.org/10.1089/08942680152744659.

Bruske, I; Hampel, R; Socher, MM; Ruckerl, R; Schneider, A; Heinrich, J; Oberdorster, G; Wichmann, HE; Peters, A. (2010). Impact of ambient air pollution on the differential white blood cell count in patients with chronic pulmonary disease. Inhal Toxicol 22: 245-252. http://dx.doi.org/10.3109/08958370903207274.

Budinger, GR; McKell, JL; Urich, D; Foiles, N; Weiss, I; Chiarella, SE; Gonzalez, A; Soberanes, S; Ghio, AJ; Nigdelioglu, R; Mutlu, EA; Radigan, KA; Green, D; Kwaan, HC; Mutlu, GM. (2011). Particulate matter-induced lung inflammation increases systemic levels of PAI-1 and activates coagulation through distinct mechanisms. PLoS ONE 6: e18525. http://dx.doi.org/10.1371/journal.pone.0018525.

Burnett, RT; Cakmak, S; Brook, JR; Krewski, D. (1997). The role of particulate size and chemistry in the association between summertime ambient air pollution and hospitalization for cardiorespiratory diseases. Environ Health Perspect 105: 614-620. http://dx.doi.org/10.1289/ehp.97105614.

Byers, N; Ritchey, M; Vaidyanathan, A; Brandt, AJ; Yip, F. (2015). Short-term effects of ambient air pollutants on asthma-related emergency department visits in Indianapolis, Indiana, 2007-2011. J Asthma 53: 1-8. http://dx.doi.org/10.3109/02770903.2015.1091006.

Cai, Y; Schikowski, T; Adam, M; Buschka, A; Carsin, AE; Jacquemin, B; Marcon, A; Sanchez, M; Vierkötter, A; Al-Kanaani, Z; Beelen, R; Birk, M; Brunekreef, B; Cirach, M; Clavel-Chapelon, F; Declercq, C; de Hoogh, K; de Nazelle, A; Ducret-Stich, RE; Valeria Ferretti, V; Forsberg, B; Gerbase, MW; Hardy, R; Heinrich, J; Hoek, G; Jarvis, D; Keidel, D; Kuh, D; Nieuwenhuijsen, MJ; Ragettli, MS; Ranzi, A; Rochat, T; Schindler, C; Sugiri, D; Temam, S; Tsai, MY; Varraso, R; Kauffmann, F; Krämer, U; Sunyer, J; Künzli, N; Probst-Hensch, N; Hansell, AL. (2014). Cross-sectional associations between air pollution and chronic bronchitis: an ESCAPE meta-analysis across five cohorts [Review]. Thorax 69: 1005-1014. http://dx.doi.org/10.1136/thoraxjnl-2013-204352.

Campen, MJ; McDonald, JD; Reed, MD; Seagrave, J. (2006). Fresh gasoline emissions, not paved road dust, alter cardiac repolarization in ApoE-/- mice. Cardiovasc Toxicol 6: 199-210.

Carlsen, HK; Boman, P; Björ, B; Olin, AC; Forsberg, B. (2016). Coarse fraction particle matter and exhaled nitric oxide in non-asthmatic children. Int J Environ Res Public Health 13. http://dx.doi.org/10.3390/ijerph13060621.

Carlsten, C; Dybuncio, A; Becker, A; Chan-Yeung, M; Brauer, M. (2011). Traffic-related air pollution and incident asthma in a high-risk birth cohort. Occup Environ Med 68: 291-295. http://dx.doi.org/10.1136/oem.2010.055152.

Cassee, FR; Boere, AJF; Fokkens, PHB; Leseman, DLA, C; Sioutas, C; Kooter, IM; Dormans, JAM, A. (2005). Inhalation of concentrated particulate matter produces pulmonary inflammation and systemic biological effects in compromised rats. J Toxicol Environ Health A 68: 773-796. http://dx.doi.org/10.1080/15287390590930171.

Chen, BY; Chan, CC; Lee, CT; Cheng, TJ; Huang, WC; Jhou, JC; Han, YY; Chen, CC; Guo, YL. (2012). The association of ambient air pollution with airway inflammation in schoolchildren. Am J Epidemiol 175: 764-774. http://dx.doi.org/10.1093/aje/kwr380.

Chen, BY; Chao, HJ; Chan, CC; Lee, CT; Wu, HP; Cheng, TJ; Chen, CC; Guo, YL. (2011a). Effects of ambient particulate matter and fungal spores on lung function in schoolchildren. Pediatrics 127: e690-e698. http://dx.doi.org/10.1542/peds.2010-1038.

SECTION 5.7: References

00197238

Chen, CH; Chan, CC; Chen, BY; Cheng, TJ; Leon Guo, Y. (2015a). Effects of particulate air pollution and ozone on lung function in non-asthmatic children. Environ Res 137: 40-48. http://dx.doi.org/10.1016/j.envres.2014.11.021.

Chen, K; Glonek, G; Hansen, A; Williams, S; Tuke, J; Salter, A; Bi, P. (2016). The effects of air pollution on asthma hospital admissions in Adelaide, South Australia, 2003-2013: time-series and case-crossover analyses. Clin Exp Allergy 46: 1416-1430. http://dx.doi.org/10.1111/cea.12795.

Chen, R; Li, Y; Ma, Y; Pan, G; Zeng, G; Xu, X; Chen, B; Kan, H. (2011b). Coarse particles and mortality in three Chinese cities: the China Air Pollution and Health Effects Study (CAPES). Sci Total Environ 409: 4934-4938. http://dx.doi.org/10.1016/j.scitotenv.2011.08.058.

Chen, R; Qiao, L; Li, H; Zhao, Y; Zhang, Y; Xu, W; Wang, C; Wang, H; Zhao, Z; Xu, X; Hu, H; Kan, H. (2015b). Fine particulate matter constituents, nitric oxide synthase DNA methylation and exhaled nitric oxide. Environ Sci Technol 49: 11859-11865. http://dx.doi.org/10.1021/acs.est.5b02527.

Chen, Y; Yang, Q; Krewski, D; Shi, Y; Burnett, RT; Mcgrail, K. (2004). Influence of relatively low level of particulate air pollution on hospitalization for COPD in elderly people. Inhal Toxicol 16: 21-25. http://dx.doi.org/10.1080/08958370490258129.

Cheng, H; Saffari, A; Sioutas, C; Forman, HJ; Morgan, TE; Finch, CE. (2016). Nano-scale particulate matter from urban traffic rapidly induces oxidative stress and inflammation in olfactory epithelium with concomitant effects on brain. Environ Health Perspect 124: 1537-1546. http://dx.doi.org/10.1289/EHP134.

Cheng, MH; Chiu, HF; Yang, CY. (2015). Coarse particulate air pollution associated with increased risk of hospital admissions for respiratory diseases in a tropical city, Kaohsiung, Taiwan. Int J Environ Res Public Health 12: 13053-13068. http://dx.doi.org/10.3390/ijerph121013053.

Chi, MC; Guo, SE; Hwang, SL; Chou, CT; Lin, CM; Lin, YC. (2016). Exposure to indoor particulate matter worsens the symptoms and acute exacerbations in chronic obstructive pulmonary disease patients of southwestern Taiwan: a pilot study. Int J Environ Res Public Health 14. http://dx.doi.org/10.3390/ijerph14010004.

Chiarella, SE; Soberanes, S; Urich, D; Morales-Nebreda, L; Nigdelioglu, R; Green, D; Young, JB; Gonzalez, A; Rosario, C; Misharin, AV; Ghio, AJ; Wunderink, RG; Donnelly, HK; Radigan, KA; Perlman, H; Chandel, NS; Budinger, GRS; Mutlu, GM. (2014). β-Adrenergic agonists augment air pollution-induced IL-6 release and thrombosis. J Clin Invest 124: 2935-2946. http://dx.doi.org/10.1172/JCI75157.

Chiu, YHM; Coull, BA; Sternthal, MJ; Kloog, I; Schwartz, J; Cohen, S; Wright, RJ. (2014). Effects of prenatal community violence and ambient air pollution on childhood wheeze in an urban population. J Allergy Clin Immunol 133: 713-+. http://dx.doi.org/10.1016/j.jaci.2013.09.023.

Clark, NA; Demers, PA; Karr, CJ; Koehoorn, M; Lencar, C; Tamburic, L; Brauer, M. (2010). Effect of early life exposure to air pollution on development of childhood asthma. Environ Health Perspect 118: 284-290. http://dx.doi.org/10.1289/ehp.0900916.

Clarke, RW; Catalano, PJ; Koutrakis, P; Krishna Murthy, GG; Sioutas, C; Paulauskis, J; Coull, B; Ferguson, S; Godleski, JJ. (1999). Urban air particulate inhalation alters pulmonary function and induces pulmonary inflammation in a rodent model of chronic bronchitis. Inhal Toxicol 11: 637-656. http://dx.doi.org/10.1080/089583799196781.

Clougherty, JE; Rossi, CA; Lawrence, J; Long, MS; Diaz, EA; Lim, RH; McEwen, B; Koutrakis, P; Godleski, JJ. (2010). Chronic social stress and susceptibility to concentrated ambient fine particles in rats. Environ Health Perspect 118: 769-775. http://dx.doi.org/10.1289/ehp.0901631.

Cortez-Lugo, M; Ramirez-Aguilar, M; Perez-Padilla, R; Sansores-Martinez, R; Ramirez-Venegas, A; Barraza-Villarreal, A. (2015). Effect of personal exposure to PM2.5 on respiratory health in a Mexican panel of patients with COPD. Int J Environ Res Public Health 12: 10635-10647. http://dx.doi.org/10.3390/ijerph120910635.

SECTION 5.7: References

00197239

Crouse, DL; Peters, PA; Hystad, P; Brook, JR; van Donkelaar, A; Martin, RV; Villeneuve, PJ; Jerrett, M; Goldberg, MS; Pope, CA; Brauer, M; Brook, RD; Robichaud, A; Menard, R; Burnett, RT. (2015). Ambient PM 2.5, O 3, and NO 2 exposures and associations with mortality over 16 years of follow-up in the Canadian Census Health and Environment Cohort (CanCHEC). Environ Health Perspect 123: 1180-1186. http://dx.doi.org/10.1289/ehp.1409276.

Cyrys, J; Pitz, M; Heinrich, J; Wichmann, HE; Peters, A. (2008). Spatial and temporal variation of particle number concentration in Augsburg, Germany. Sci Total Environ 401: 168-175. http://dx.doi.org/10.1016/j.scitotenv.2008.03.043.

Dai, L; Zanobetti, A; Koutrakis, P; Schwartz, JD. (2014). Associations of fine particulate matter species with mortality in the United States: a multicity time-series analysis. Environ Health Perspect 122: 837-842. http://dx.doi.org/10.1289/ehp.1307568.

Dales, R; Chen, L; Frescura, AM; Liu, L; Villeneuve, PJ. (2009). Acute effects of outdoor air pollution on forced expiratory volume in 1 s: A panel study of schoolchildren with asthma. Eur Respir J 34: 316-323. http://dx.doi.org/10.1183/09031936.00138908.

Dales, R; Kauri, LM; Cakmak, S; Mahmud, M; Weichenthal, SA; Van Ryswyk, K; Kumarathasan, P; Thomson, E; Vincent, R; Broad, G; Liu, L. (2013). Acute changes in lung function associated with proximity to a steel plant: A randomized study. Environ Int 55: 15-19. http://dx.doi.org/10.1016/j.envint.2013.01.014.

Dales, R; Wheeler, A; Mahmud, M; Frescura, AM; Smith-Doiron, M; Nethery, E; Liu, L. (2008). The influence of living near roadways on spirometry and exhaled nitric oxide in elementary schoolchildren. Environ Health Perspect 116: 1423-1427. http://dx.doi.org/10.1289/ehp.10943.

Darrow, LA; Klein, M; Flanders, WD; Mulholland, JA; Tolbert, PE; Strickland, MJ. (2014). Air pollution and acute respiratory infections among children 0-4 years of age: an 18-year time-series study. Am J Epidemiol 180: 968-977. http://dx.doi.org/10.1093/aje/kwu234.

Darrow, LA; Klein, M; Sarnat, JA; Mulholland, JA; Strickland, MJ; Sarnat, SE; Russell, AG; Tolbert, PE. (2011). The use of alternative pollutant metrics in time-series studies of ambient air pollution and respiratory emergency department visits. J Expo Sci Environ Epidemiol 21: 10-19. http://dx.doi.org/10.1038/jes.2009.49.

de Hartog, JJ; Ayres, JG; Karakatsani, A; Analitis, A; ten Brink, H; Hameri, K; Harrison, R; Katsouyanni, K; Kotronarou, A; Kavouras, I; Meddings, C; Pekkanen, J; Hoek, G. (2010). Lung function and indicators of exposure to indoor and outdoor particulate matter among asthma and COPD patients. Occup Environ Med 67: 2-10. http://dx.doi.org/10.1136/oem.2008.040857.

de Hoogh, K; Wang, M; Adam, M; Badaloni, C; Beelen, R; Birk, M; Cesaroni, G; Cirach, M; Declercq, C; Dėdelė, A; Dons, E; de Nazelle, A; Eeftens, M; Eriksen, K; Eriksson, C; Fischer, P; Gražulevičienė, R; Gryparis, A; Hoffmann, B; Jerrett, M; Katsouyanni, K; Iakovides, M; Lanki, T; Lindley, S; Madsen, C; Mölter, A; Mosler, G; Nádor, G; Nieuwenhuijsen, M; Pershagen, G; Peters, A; Phuleria, H; Probst-Hensch, N; Raaschou-Nielsen, O; Quass, U; Ranzi, A; Stephanou, E; Sugiri, D; Schwarze, P; Tsai, MY; Yli-Tuomi, T; Varró, MJ; Vienneau, D; Weinmayr, G; Brunekreef, B; Hoek, G. (2013). Development of land use regression models for particle composition in twenty study areas in europe. Environ Sci Technol 47: 5778-5786. http://dx.doi.org/10.1021/es400156t.

Deiuliis, JA; Kampfrath, T; Zhong, J; Oghumu, S; Maiseyeu, A; Chen, LC; Sun, Q; Satoskar, AR; Rajagopalan, S. (2012). Pulmonary T cell activation in response to chronic particulate air pollution. Am J Physiol Lung Cell Mol Physiol 302: L399-L409. http://dx.doi.org/10.1152/ajplung.00261.2011.

Delfino, R; Brummel, S; Wu, J; Stern, H; Ostro, B; Lipsett, M; Winer, A; Street, D; Zhang, L; Tjoa, T. (2009). The relationship of respiratory and cardiovascular hospital admissions to the southern California wildfires of 2003. Occup Environ Med 66: 189. http://dx.doi.org/10.1136/oem.2008.041376.

Delfino, RJ; Staimer, N; Gillen, D; Tjoa, T; Sioutas, C; Fung, K; George, SC; Kleinman, MT. (2006). Personal and ambient air pollution is associated with increased exhaled nitric oxide in children with asthma. Environ Health Perspect 114: 1736-1743. http://dx.doi.org/10.1289/ehp.9141.

SECTION 5.7: References

00197240

Delfino, RJ; Staimer, N; Tjoa, T; Gillen, D; Kleinman, MT; Sioutas, C; Cooper, D. (2008). Personal and ambient air pollution exposures and lung function decrements in children with asthma. Environ Health Perspect 116: 550-558. http://dx.doi.org/10.1289/ehp.10911.

Delfino, RJ; Staimer, N; Tjoa, T; Gillen, DL; Schauer, JJ; Shafer, MM. (2013). Airway inflammation and oxidative potential of air pollutant particles in a pediatric asthma panel. J Expo Sci Environ Epidemiol 23: 466-473. http://dx.doi.org/10.1038/jes.2013.25.

Devries, R; Kriebel, D; Sama, S. (2016). Low level air pollution and exacerbation of existing copd: a case crossover analysis. Environ Health 15: 98. http://dx.doi.org/10.1186/s12940-016-0179-z.

Diaz, EA; Chung, Y; Lamoureux, DP; Papapostolou, V; Lawrence, J; Long, MS; Mazzaro, V; Buonfiglio, H; Sato, R; Koutrakis, P; Godleski, JJ. (2013). Effects of fresh and aged traffic-related particles on breathing pattern, cellular responses, and oxidative stress. Air Qual Atmos Health 6: 431-444. http://dx.doi.org/10.1007/s11869-012-0179-2.

Dick, CAJ; Brown, DM; Donaldson, K; Stone, V. (2003). The role of free radicals in the toxic and inflammatory effects of four different ultrafine particle types. Inhal Toxicol 15: 39-52. http://dx.doi.org/10.1080/08958370304454.

Dimakopoulou, K; Samoli, E; Beelen, R; Stafoggia, M; Andersen, ZJ; Hoffmann, B; Fischer, P; Nieuwenhuijsen, M; Vineis, P; Xun, W; Hoek, G; Raaschou-Nielsen, O; Oudin, A; Forsberg, B; Modig, L; Jousilahti, P; Lanki, T; Turunen, A; Oftedal, B; Nafstad, P; Schwarze, PE; Penell, J; Fratiglioni, L; Andersson, N; Pedersen, N; Korek, M; De Faire, U; Eriksen, KT; Tjønneland, A; Becker, T; Wang, M; Bueno-De-Mesquita, B; Tsai, MY; Eeftens, M; Peeters, PH; Meliefste, K; Marcon, A; Krämer, U; Kuhlbusch, TA; Vossoughi, M; Key, T; de Hoogh, K; Hampel, R; Peters, A; Heinrich, J; Weinmayr, G; Concin, H; Nagel, G; Ineichen, A; Jacquemin, B; Stempfelet, M; Vilier, A; Ricceri, F; Sacerdote, C; Pedeli, X; Katsoulis, M; Trichopoulou, A; Brunekreef, B; Katsouyanni, K. (2014). Air pollution and nonmalignant respiratory mortality in 16 cohorts within the ESCAPE project. Am J Respir Crit Care Med 189: 684-696. http://dx.doi.org/10.1164/rccm.201310-1777OC.

Dominici, F; Peng, RD; Barr, CD; Bell, ML. (2010). Protecting human health from air pollution: Shifting from a single-pollutant to a multipollutant approach. Epidemiology 21: 187-194. http://dx.doi.org/10.1097/EDE.0b013e3181cc86e8.

Dominici, F; Peng, RD; Bell, ML; Pham, L; McDermott, A; Zeger, SL; Samet, JL. (2006). Fine particulate air pollution and hospital admission for cardiovascular and respiratory diseases. JAMA 295: 1127-1134. http://dx.doi.org/10.1001/jama.295.10.1127.

Donohue, KM; Hoffman, EA; Baumhauer, H; Guo, J; Ahmed, FS; Lovasi, GS; Jacobs, DR, Jr; Enright, P; Barr, RG. (2013). Asthma and lung structure on computed tomography: The Multi-Ethnic Study of Atherosclerosis Lung Study. J Allergy Clin Immunol 131: 361-÷. http://dx.doi.org/10.1016/j.jaci.2012.11.036.

Ducret-Stich, RE; Delfino, RJ; Tjoa, T; Gemperli, A; Ineichen, A; Wu, J; Phuleria, HC; Liu, LJS. (2012). Examining the representativeness of home outdoor PM2.5, EC, and OC estimates for daily personal exposures in Southern California. Air Qual Atmos Health 5: 335-351. http://dx.doi.org/10.1007/s11869-010-0099-y.

Ebelt, ST; Wilson, WE; Brauer, M. (2005). Exposure to ambient and nonambient components of particulate matter: A comparison of health effects. Epidemiology 16: 396-405. http://dx.doi.org/10.1097/01.ede.0000158918.57071.3e.

Eeftens, M; Hoek, G; Gruzieva, O; Mölter, A; Agius, R; Beelen, R; Brunekreef, B; Custovic, A; Cyrys, J; Fuertes, E; Heinrich, J; Hoffmann, B; de Hoogh, K; Jedynska, A; Keuken, M; Klümper, C; Kooter, I; Krämer, U; Korek, M; Koppelman, GH; Kuhlbusch, TA; Simpson, A; Smit, HA; Tsai, MY; Wang, M; Wolf, K; Pershagen, G; Gehring, U. (2014). Elemental composition of particulate matter and the association with lung function. Epidemiology 25: 648-657. http://dx.doi.org/10.1097/EDE.0000000000000136.

Eenhuizen, E; Gehring, U; Wijga, AH; Smit, HA; Fischer, PH; Brauer, M; Koppelman, GH; Kerkhof, M; de Jongste, JC; Brunekreef, B; Hoek, G. (2013). Traffic related air pollution is related to interrupter resistance in four-year old children. Eur Respir J 41: 1257-1263. http://dx.doi.org/10.1183/09031936.00020812.

SECTION 5.7: References

00197241

Escamilla-Nuñez, MC; Barraza-Villarreal, A; Hernandez-Cadena, L; Moreno-Macias, H; Ramirez-Aguilar, M; Sienra-Monge, JJ; Cortez-Lugo, M; Texcalac, JL; del Rio-Navarro, B; Romieu, I. (2008). Traffic-related air pollution and respiratory symptoms among asthmatic children, resident in Mexico City: The EVA cohort study. Respir Res 9: 74. http://dx.doi.org/10.1186/1465-9921-9-74.

Evans, KA; Halterman, JS; Hopke, PK; Fagnano, M; Rich, DQ. (2014). Increased ultrafine particles and carbon monoxide concentrations are associated with asthma exacerbation among urban children. Environ Res 129: 11-19. http://dx.doi.org/10.1016/j.envres.2013.12.001.

Fan, J; Li, S; Fan, C; Bai, Z; Yang, K. (2015). The impact of PM2.5 on asthma emergency department visits: a systematic review and meta-analysis [Review]. Environ Sci Pollut Res Int 23: 843-850. http://dx.doi.org/10.1007/s11356-015-5321-x.

Fan, ZT; Meng, Q; Weisel, C; Laumbach, R; Ohman-Strickland, P; Shalat, S; Hernandez, MZ; Black, K. (2008). Acute exposure to elevated PM2.5 generated by traffic and cardiopulmonary health effects in healthy older adults. J Expo Sci Environ Epidemiol 19: 525-533. http://dx.doi.org/10.1038/jes.2008.46.

Farraj, AK; Boykin, E; Ledbetter, A; Andrews, D; Gavett, SH. (2010). Increased lung resistance after diesel particulate and ozone co-exposure not associated with enhanced lung inflammation in allergic mice. Inhal Toxicol 22: 33-41. http://dx.doi.org/10.3109/08958370902862434.

Farraj, AK; Haykal-Coates, N; Ledbetter, AD; Evansky, PA; Gavett, SH. (2006a). Inhibition of pan neurotrophin receptor p75 attenuates diesel particulate-induced enhancement of allergic airway responses in C57/B16J mice. Inhal Toxicol 18: 483-491. http://dx.doi.org/10.1080/08958370600602439.

Farraj, AK; Haykal-Coates, N; Ledbetter, AD; Evansky, PA; Gavett, SH. (2006b). Neurotrophin mediation of allergic airways responses to inhaled diesel particles in mice. Toxicol Sci 94: 183-192. http://dx.doi.org/10.1093/toxsci/kfl089.

Farraj, AK; Walsh, L; Haykal-Coates, N; Malik, F; McGee, J; Winsett, D; Duvall, R; Kovalcik, K; Cascio, WE; Higuchi, M; Hazari, MS. (2015). Cardiac effects of seasonal ambient particulate matter and ozone co-exposure in rats. Part Fibre Toxicol 12: 12. http://dx.doi.org/10.1186/s12989-015-0087-3.

Fattore, E; Davoli, E; Castiglioni, S; Bosetti, C; Re Depaolini, A; Marzona, I; Zuccato, E; Fanelli, R. (2016). Wastewater-based epidemiological evaluation of the effect of air pollution on short-acting beta-agonist consumption for acute asthma treatment. Environ Res 150: 106-111. http://dx.doi.org/10.1016/j.envres.2016.05.051.

Ferreira, TM; Forti, MC; de Freitas, CU; Nascimento, FP; Junger, WL; Gouveia, N. (2016). Effects of particulate matter and its chemical constituents on elderly hospital admissions due to circulatory and respiratory diseases. Int J Environ Res Public Health 13. http://dx.doi.org/10.3390/ijerph13100947.

Fischer, PH; Steerenberg, PA; Snelder, JD; Van Loveren, H; Van Amsterdam, JGC. (2002). Association between exhaled nitric oxide, ambient air pollution and respiratory health in school children. Int Arch Occup Environ Health 75: 348-353. http://dx.doi.org/10.1007/s00420-002-0320-x.

Friberg, MD; Zhai, X; Holmes, HA; Chang, HH; Strickland, MJ; Sarnat, SE; Tolbert, PE; Russell, AG; Mulholland, JA. (2016). Method for fusing observational data and chemical transport model simulations to estimate spatiotemporally resolved ambient air pollution. Environ Sci Technol 50: 3695-3705. http://dx.doi.org/10.1021/acs.est.5b05134.

Fuertes, E; Brauer, M; MacIntyre, E; Bauer, M; Bellander, T; von Berg, A; Berdel, D; Brunekreef, B; Chan-Yeung, M; Gehring, U; Herbarth, O; Hoffmann, B; Kerkhof, M; Klümper, C; Koletzko, S; Kozyrskyj, A; Kull, I; Heinrich, J; Melén, E; Pershagen, G; Postma, D; Tiesler, CM; Carlsten, C. (2013a). Childhood allergic rhinitis, traffic-related air pollution, and variability in the GSTP1, TNF, TLR2, and TLR4 genes: Results from the TAG Study. J Allergy Clin Immunol 132: 342-352.e342. http://dx.doi.org/10.1016/j.jaci.2013.03.007.

Fuertes, E; Standl, M; Cyrys, J; Berdel, D; von Berg, A; Bauer, CP; Krämer, U; Sugiri, D; Lehmann, I; Koletzko, S; Carlsten, C; Brauer, M; Heinrich, J. (2013b). A longitudinal analysis of associations between traffic-related air pollution with asthma, allergies and sensitization in the GINIplus and LISAplus birth cohorts. Peer J 1: e193. http://dx.doi.org/10.7717/peerj.193.

SECTION 5.7: References

00197242

Fung, KY; Khan, S; Krewski, D; Chen, Y. (2006). Association between air pollution and multiple respiratory hospitalizations among the elderly in Vancouver, Canada. Inhal Toxicol 18: 1005-1011. http://dx.doi.org/10.1080/08958370600904538.

Gan, WQ; Fitzgerald, JM; Carlsten, C; Sadatsafavi, M; Brauer, M. (2013). Associations of ambient air pollution with chronic obstructive pulmonary disease hospitalization and mortality. Am J Respir Crit Care Med 187: 721-727. http://dx.doi.org/10.1164/rccm.201211-2004OC.

Gass, K; Klein, M; Chang, HH; Flanders, WD; Strickland, MJ. (2014). Classification and regression trees for epidemiologic research: an air pollution example. Environ Health 13: 17. http://dx.doi.org/10.1186/1476-069X-13-17.

Gass, K; Klein, M; Sarnat, SE; Winquist, A; Darrow, LA; Flanders, WD; Chang, HH; Mulholland, JA; Tolbert, PE; Strickland, MJ. (2015). Associations between ambient air pollutant mixtures and pediatric asthma emergency department visits in three cities: A classification and regression tree approach. Environ Health 14: 58. http://dx.doi.org/10.1186/s12940-015-0044-5.

Gauderman, WJ; Avol, E; Gilliland, F; Vora, H; Thomas, D; Berhane, K; McConnell, R; Kuenzli, N; Lurmann, F; Rappaport, E; Margolis, H; Bates, D; Peters, J. (2004). The effect of air pollution on lung development from 10 to 18 years of age. N Engl J Med 351: 1057-1067. http://dx.doi.org/10.1056/NEJMoa040610.

Gauderman, WJ; Gilliland, GF; Vora, H; Avol, E; Stram, D; McConnell, R; Thomas, D; Lurmann, F; Margolis, HG; Rappaport, EB; Berhane, K; Peters, JM. (2002). Association between air pollution and lung function growth in southern California children: results from a second cohort. Am J Respir Crit Care Med 166: 76-84. http://dx.doi.org/10.1164/rccm.2111021.

Gauderman, WJ; McConnell, R; Gilliland, F; London, S; Thomas, D; Avol, E; Vora, H; Berhane, K; Rappaport, EB; Lurmann, F; Margolis, HG; Peters, J. (2000). Association between air pollution and lung function growth in southern California children. Am J Respir Crit Care Med 162: 1383-1390. http://dx.doi.org/10.1164/ajrccm.162.4.9909096.

Gauderman, WJ; Urman, R; Avol, E; Berhane, K; McConnell, R; Rappaport, E; Chang, R; Lurmann, F; Gilliland, F. (2015). Association of improved air quality with lung development in children. N Engl J Med 372: 905-913. http://dx.doi.org/10.1056/NEJMoa1414123.

Gehring, U; Beelen, R; Eeftens, M; Hoek, G; de Hoogh, K; de Jongste, JC; Keuken, M; Koppelman, GH; Meliefste, K; Oldenwening, M; Postma, DS; van Rossem, L; Wang, M; Smit, HA; Brunekreef, B. (2015a). Particulate matter composition and respiratory health: the PIAMA Birth Cohort study. Epidemiology 26: 300-309. http://dx.doi.org/10.1097/EDE.0000000000000264.

Gehring, U; Gruzieva, O; Agius, RM; Beelen, R; Custovic, A; Cyrys, J; Eeftens, M; Flexeder, C; Fuertes, E; Heinrich, J; Hoffmann, B; de Jongste, JC; Kerkhof, M; Klümper, C; Korek, M; Mölter, A; Schultz, ES; Simpson, A; Sugiri, D; Svartengren, M; von Berg, A; Wijga, AH; Pershagen, G; Brunekreef, B. (2013). Air pollution exposure and lung function in children: the ESCAPE project. Environ Health Perspect 121: 1357-1364. http://dx.doi.org/10.1289/ehp.1306770.

Gehring, U; Wijga, AH; Brauer, M; Fischer, P; de Jongste, JC; Kerkhof, M; Oldenwening, M; Smit, HA; Brunekreef, B. (2010). Traffic-related air pollution and the development of asthma and allergies during the first 8 years of life. Am J Respir Crit Care Med 181: 596-603. http://dx.doi.org/10.1164/rccm.200906-0858OC.

Gehring, U; Wijga, AH; Hoek, G; Bellander, T; Berdel, D; Brueske, I; Fuertes, E; Gruzieva, O; Heinrich, J; Hoffmann, B; de Jongste, JC; Kluemper, C; Koppelman, GH; Korek, M; Kraemer, U; Maier, D; Melen, E; Pershagen, G; Postma, DS; Standl, M; von Berg, A; Anto, JM; Bousquet, J; Keil, T; Smit, HA; Brunekreef, B. (2015b). Exposure to air pollution and development of asthma and rhinoconjunctivitis throughout childhood and adolescence: a population-based birth cohort study [Supplemental Data]. Lancet Respir Med 3: 933-942. http://dx.doi.org/10.1016/S2213-2600(15)00426-9.

Gent, JF; Koutrakis, P; Belanger, K; Triche, E; Holford, TR; Bracken, MB; Leaderer, BP. (2009). Symptoms and medication use in children with asthma and traffic-related sources of fine particle pollution. Environ Health Perspect 117: 1168-1174. http://dx.doi.org/10.1289/ehp.0800335.

SECTION 5.7: References

00197243

Gent, JF; Triche, EW; Holford, TR; Belanger, K; Bracken, MB; Beckett, WS; Leaderer, BP. (2003). Association of low-level ozone and fine particles with respiratory symptoms in children with asthma. JAMA 290: 1859-1867. http://dx.doi.org/10.1001/jama.290.14.1859.

Gerlofs-Nijland, ME; Boere, AJ; Leseman, DL; Dormans, JA; Sandstrom, T; Salonen, RO; van Bree, L; Cassee, FR. (2005). Effects of particulate matter on the pulmonary and vascular system: time course in spontaneously hypertensive rats. Part Fibre Toxicol 2: 2.

Gerlofs-Nijland, ME; Dormans, JA; Bloemen, HJ; Leseman, DL; John, A; Boere, F; Kelly, FJ; Mudway, IS; Jimenez, AA; Donaldson, K; Guastadisegni, C; Janssen, NA; Brunekreef, B; Sandstrom, T; van Bree, L; Cassee, FR. (2007). Toxicity of coarse and fine particulate matter from sites with contrasting traffic profiles. Inhal Toxicol 19: 1055-1069. http://dx.doi.org/10.1080/08958370701626261.

Ghelfi, E; Rhoden, CR; Wellenius, GA; Lawrence, J; Gonzalez-Flecha, B. (2008). Cardiac oxidative stress and electrophysiological changes in rats exposed to concentrated ambient particles are mediated by TRP-dependent pulmonary reflexes. Toxicol Sci 102: 328-336. http://dx.doi.org/10.1093/toxsci/kfn005.

Ghio, AJ; Kim, C; Devlin, RB. (2000). Concentrated ambient air particles induce mild pulmonary inflammation in healthy human volunteers. Am J Respir Crit Care Med 162: 981-988.

Gilliland, F; Avol, E; McConnell, R; K, B; Gauderman, WJ; Lurmann, FW; Urnam, R; Change, R; Rappaport, EB; Howland, S. (2017). The effects of policy-driven air quality improvements on childrens respiratory health [HEI]. (Research Report 190). Boston, MA: Health Effects Institute. https://www.healtheffects.org/system/files/GillilandRR190.pdf.

Gilmour, MI; Mcgee, J; Duvall Rachelle, M; Dailey, L; Daniels, M; Boykin, E; Cho, SH; Doerfler, D; Gordon, T; Devlin Robert, B. (2007). Comparative toxicity of size-fractionated airborne particulate matter obtained from different cities in the United States. Inhal Toxicol 19 Suppl 1: 7-16. http://dx.doi.org/10.1080/08958370701490379.

Gleason, JA; Bielory, L; Fagliano, JA. (2014). Associations between ozone, PM2.5, and four pollen types on emergency department pediatric asthma events during the warm season in New Jersey: a case-crossover study. Environ Res 132: 421-429. http://dx.doi.org/10.1016/j.envres.2014.03.035.

Gleason, JA; Fagliano, JA. (2015). Associations of daily pediatric asthma emergency department visits with air pollution in Newark, NJ: utilizing time-series and case-crossover study designs. J Asthma 52: 815-822.

Godleski, JJ; Clarke, RW; Coull, BA; Saldiva, PHN; Jiang, NF; Lawrence, J; Koutrakis, P. (2002). Composition of inhaled urban air particles determines acute pulmonary responses. Ann Occup Hyg 46: 419-424. http://dx.doi.org/10.1093/annhyg/46.suppl_1.419.

Godleski, JJ; Verrier, RL; Koutrakis, P; Catalano, P; Coull, B; Reinisch, U; Lovett, EG; Lawrence, J; Murthy, GG; Wolfson, JM; Clarke, RW; Nearing, BD; Killingsworth, C. (2000). Mechanisms of morbidity and mortality from exposure to ambient air particles [Review]. Res Rep Health Eff Inst 91: 5-88; discussion 89-103.

Gong, H, Jr; Linn, WS; Clark, KW; Anderson, KR; Sioutas, C; Alexis, NE; Cascio, WE; Devlin, RB. (2008). Exposures of healthy and asthmatic volunteers to concentrated ambient ultrafine particles in Los Angeles. Inhal Toxicol 20: 533-545. http://dx.doi.org/10.1080/08958370801911340.

Gong, H, Jr; Linn, WS; Terrell, SL; Anderson, KR; Clark, KW; Sioutas, C; Cascio, WE; Alexis, N; Devlin, RB. (2004a). Exposures of elderly volunteers with and without chronic obstructive pulmonary disease (COPD) to concentrated ambient fine particulate pollution. Inhal Toxicol 16: 731-744. http://dx.doi.org/10.1080/08958370490499006.

Gong, H, Jr; Sioutas, C; Linn, WS. (2003). Controlled exposures of healthy and asthmatic volunteers to concentrated ambient particles in metropolitan Los Angeles [HEI]. (Research Report 118). Boston, MA: Health Effects Institute. https://www.healtheffects.org/system/files/Gong.pdf.

Gong, H, Jr; Sioutas, C; Linn, WS; Clark, KW; Terrell, SL; Terrell, LL; Anderson, KR; Kim, S; Chang, MC. (2000). Controlled human exposures to concentrated ambient fine particles in metropolitan Los Angeles: methodology and preliminary health-effect findings. http://dx.doi.org/10.1080/0895-8378.1987.11463186.

SECTION 5.7: References

00197244

Gong, H; Linn, WS; Clark, KW; Anderson, KR; Geller, MD; Sioutas, C. (2005). Respiratory responses to exposures with fine particulates and nitrogen dioxide in the elderly with and without COPD. Inhal Toxicol 17: 123-132. http://dx.doi.org/10.1080/08958370590904481.

Gong, H; Linn, WS; Terrell, SL; Clark, KW; Geller, MD; Anderson, KR; Cascio, WE; Sioutas, C. (2004b). Altered heart-rate variability in asthmatic and healthy volunteers exposed to concentrated ambient coarse particles. Inhal Toxicol 16: 335-343. http://dx.doi.org/10.1080/08958370490439470.

Gordon, T; Nadziejko, C; Chen, LC; Schlesinger, R. (2000). Effects of concentrated ambient particles in rats and hamsters: An exploratory study [HEI]. (Research Report 93). Cambridge, MA: Health Effects Institute. https://www.healtheffects.org/system/files/Gordon.pdf.

Goss, CH; Newsom, SA; Schildcrout, JS; Sheppard, L; Kaufman, JD. (2004). Effect of ambient air pollution on pulmonary exacerbations and lung function in cystic fibrosis. Am J Respir Crit Care Med 169: 816-821. http://dx.doi.org/10.1164/rccm.200306-779OC.

Gotschi, T; Heinrich, J; Sunyer, J; Kunzli, N. (2008). Long-term effects of ambient air pollution on lung function: A review [Review]. Epidemiology 19: 690-701. http://dx.doi.org/10.1097/EDE.0b013e318181650f.

Götschi, T; Sunyer, J; Chinn, S; de Marco, R; Forsberg, B; Gauderman, JW; Garcia-Esteban, R; Heinrich, J; Jacquemin, B; Jarvis, D; Ponzio, M; Villani, S; Künzli, N. (2008). Air pollution and lung function in the European Community Respiratory Health Survey. Int J Epidemiol 37: 1349-1358. http://dx.doi.org/10.1093/ije/dyn136.

Graff, D; Cascio, W; Rappold, A; Zhou, H; Huang, Y; Devlin, R. (2009). Exposure to concentrated coarse air pollution particles causes mild cardiopulmonary effects in healthy young adults. Environ Health Perspect 117: 1089-1094. http://dx.doi.org/10.1289/ehp0900558.

Greenwald, R; Sarnat, SE; Raysoni, AU; Li, WW; Johnson, BA; Stock, TH; Holguin, F; Sosa, T; Sarnat, JA. (2013). Associations between source-indicative pollution metrics and increases in pulmonary inflammation and reduced lung function in a panel of asthmatic children. Air Qual Atmos Health 6: 487-499. http://dx.doi.org/10.1007/s11869-012-0186-3.

Grineski, SE; Staniswalis, JG; Bulathsinhala, P; Peng, Y; Gill, TE. (2011). Hospital admissions for asthma and acute bronchitis in El Paso, Texas: Do age, sex, and insurance status modify the effects of dust and low wind events. Environ Res 111: 1148-1155. http://dx.doi.org/10.1016/j.envres.2011.06.007.

Gruzieva, O; Gehring, U; Aalberse, R; Agius, R; Beelen, R; Behrendt, H; Bellander, T; Birk, M; de Jongste, JC; Fuertes, E; Heinrich, J; Hoek, G; Klümper, C; Koppelman, G; Korek, M; Krämer, U; Lindley, S; Mölter, A; Simpson, A; Standl, M; van Hage, M; von Berg, A; Wijga, A; Brunekreef, B; Pershagen, G. (2014). Meta-analysis of air pollution exposure association withallergic sensitization in European birth cohorts. J Allergy Clin Immunol 133: 767-+. http://dx.doi.org/10.1016/j.jaci.2013.07.048.

Guo, Z; Hong, Z; Dong, W; Deng, C; Zhao, R; Xu, J; Zhuang, G; Zhang, R. (2017). PM2.5-induced oxidative stress and mitochondrial damage in the nasal mucosa of rats. Int J Environ Res Public Health 14. http://dx.doi.org/10.3390/ijerph14020134.

Gurgueira, SA; Lawrence, J; Coull, B; Murthy, GGK; Gonzalez-Flecha, B. (2002). Rapid increases in the steady-state concentration of reactive oxygen species in the lungs and heart after particulate air pollution inhalation. Environ Health Perspect 110: 749-755.

Halatek, T; Stepnik, M; Stetkiewicz, J; Krajnow, A; Kur, B; Szymczak, W; Rydzynski, K; Dybing, E; Cassee, FR. (2011). The inflammatory response in lungs of rats exposed on the airborne particles collected during different seasons in four European cities. J Environ Sci Health A Tox Hazard Subst Environ Eng 46: 1469-1481. http://dx.doi.org/10.1080/10978526.2011.609064.

Halonen, JI; Lanki, T; Tiittanen, P; Niemi, JV; Loh, M; Pekkanen, J. (2009a). Ozone and cause-specific cardiorespiratory morbidity and mortality. J Epidemiol Community Health 64: 814-820. http://dx.doi.org/10.1136/jech.2009.087106.

Halonen, JI; Lanki, T; Yli-Tuomi, T; Kulmala, M; Tiittanen, P; Pekkanen, J. (2008). Urban air pollution, and asthma and COPD hospital emergency room visits. Thorax 63: 635-641. http://dx.doi.org/10.1136/thx.2007.091371.

SECTION 5.7: References

00197245

Halonen, JI; Lanki, T; Yli-Tuomi, T; Tiittanen, P; Kulmala, M; Pekkanen. (2009b). Particulate air pollution and acute cardiorespiratory hospital admissions and mortality among the elderly. Epidemiology 20: 143-153. http://dx.doi.org/10.1097/EDE.0b013e31818c7237.

Hao, Y; Zhang, G; Han, B; Xu, X; Feng, N; Li, Y; Wang, W; Kan, H; Bai, Z; Zhu, Y; Au, W; Xia, ZL. (2017). Prospective evaluation of respiratory health benefits from reduced exposure to airborne particulate matter. Int J Environ Health Res 27: 126-135. http://dx.doi.org/10.1080/09603123.2017.1292497.

Happo, MS; Salonen, RO; Halinen, AI; Jalava, PI; Pennanen, AS; Kosma, VM; Sillanpaa, M; Hillamo, R; Brunekreef, B; Katsouyanni, K; Sunyer, J; Hirvonen, MR. (2007). Dose and time dependency of inflammatory responses in the mouse lung to urban air coarse, fine, and ultrafine particles from six European cities. Inhal Toxicol 19: 227-246. http://dx.doi.org/10.1080/08958370601067897.

Harkema, J. R.; Wagner, JG; Kaminski, NE; Morishita, M; Keeler, GJ; McDonald, JD; Barrett, EG. (2009). Effects of concentrated ambient particles and diesel engine exhaust on allergic airway disease in Brown Norway rats. (Research report 145). Boston, MA: Health Effects Institute. https://www.healtheffects.org/system/files/Harkema145.pdf.

Harkema, JR; Keeler, G; Wagner, J; Morishita, M; Timm, E; Hotchkiss, J; Marsik, F; Dvonch, T; Kaminski, N; Barr, E. (2004). Effects of concentrated ambient particles on normal and hypersecretory airways in rats (pp. 1-68; discussion 69-79). (ISSN 1041-5505). Boston, MA: Health Effects Institute.

Hart, JE; Garshick, E; Dockery, DW; Smith, TJ; Ryan, L; Laden, F. (2011). Long-term ambient multi-pollutant exposures and mortality. Am J Respir Crit Care Med 183: 73-78. http://dx.doi.org/10.1164/rccm.200912-1903OC.

Hasunuma, H; Ishimaru, Y; Yoda, Y; Shima, M. (2014). Decline of ambient air pollution levels due to measures to control automobile emissions and effects on the prevalence of respiratory and allergic disorders among children in Japan. Environ Res 131: 111-118. http://dx.doi.org/10.1016/j.envres.2014.03.007.

He, M; Ichinose, T; Song, Y; Yoshida, Y; Arashidani, K; Yoshida, S; Liu, B; Nishikawa, M; Takano, H; Sun, G. (2013a). Effects of two Asian sand dusts transported from the dust source regions of Inner Mongolia and northeast China on murine lung eosinophilia. Toxicol Appl Pharmacol 272: 647-655. http://dx.doi.org/10.1016/j.taap.2013.07.010.

He, M; Ichinose, T; Yoshida, S; Takano, H; Nishikawa, M; Mori, I; Sun, G; Shibamoto, T. (2012). Aggravating effects of Asian sand dust on lung eosinophilia in mice immunized beforehand by ovalbumin. Inhal Toxicol 24: 751-761. http://dx.doi.org/10.3109/08958378.2012.716870.

He, M; Ichinose, T; Yoshida, S; Takano, H; Nishikawa, M; Sun, G; Shibamoto, T. (2013b). Induction of immune tolerance and reduction of aggravated lung eosinophilia by co-exposure to Asian sand dust and ovalbumin for 14 weeks in mice. Allergy Asthma Clin Immunol 9: 19. http://dx.doi.org/10.1186/1710-1492-9-19.

Hebbern, C; Cakmak, S. (2015). Synoptic weather types and aeroallergens modify the effect of air pollution on hospitalisations for asthma hospitalisations in Canadian cities. Environ Pollut 204: 9-16. http://dx.doi.org/10.1016/j.envpol.2015.04.010.

Heidenfelder, BL; Reif, DM; Harkema, JR; Cohen Hubal, EA; Hudgens, EE; Bramble, LA; Wagner, JG; Morishita, M; Keeler, GJ; Edwards, SW; Gallagher, JE. (2009). Comparative microarray analysis and pulmonary changes in brown Norway rats exposed to ovalbumin and concentrated air particulates. Toxicol Sci 108: 207-221. http://dx.doi.org/10.1093/toxsci/kfp005.

Hildebrandt, K; Rückerl, R; Koenig, W; Schneider, A; Pitz, M; Heinrich, J; Marder, V; Frampton, M; Oberdörster, G; Wichmann, HE; Peters, A. (2009). Short-term effects of air pollution: A panel study of blood markers in patients with chronic pulmonary disease. Part Fibre Toxicol 6: 25. http://dx.doi.org/10.1186/1743-8977-6-25.

Holguin, F; Flores, S; Ross, Z; Cortez, M; Molina, M; Molina, L; Rincon, C; Jerrett, M; Berhane, K; Granados, A; Romieu, I. (2007). Traffic-related exposures, airway function, inflammation, and respiratory symptoms in children. Am J Respir Crit Care Med 176: 1236-1242. http://dx.doi.org/10.1164/rccm.200611-1616OC.

SECTION 5.7: References

00197246

Hong, YC; Pan, XC; Kim, SY; Park, K; Park, EJ; Jin, X; Yi, SM; Kim, YH; Park, CH; Song, S; Kim, H. (2010). Asian Dust Storm and pulmonary function of school children in Seoul. Sci Total Environ 408: 754-759. http://dx.doi.org/10.1016/j.scitotenv.2009.11.015.

Host, S; Larrieu, S; Pascal, L; Blanchard, M; Declercq, C; Fabre, P; Jusot, JF; Chardon, B; Le Tertre, A; Wagner, V; Prouvost, H; Lefranc, A. (2008). Short-term associations between fine and coarse particles and hospital admissions for cardiorespiratory diseases in six French cities. Occup Environ Med 65: 544-551. http://dx.doi.org/10.1136/oem.2007.036194.

Hsu, SO; Ito, K; Lippmann, M. (2011). Effects of thoracic and fine PM and their components on heart rate and pulmonary function in COPD patients. J Expo Sci Environ Epidemiol 21: 464-472. http://dx.doi.org/10.1038/jes.2011.7.

Hu, X; Waller, LA; Lyapustin, A; Wang, Y; Liu, Y. (2014). 10-year spatial and temporal trends of PM2.5 concentrations in the southeastern US estimated using high-resolution satellite data. Atmos Chem Phys 14: 6301-6314. http://dx.doi.org/10.5194/acp-14-6301-2014.

Huang, J; Deng, F; Wu, S; Zhao, Y; Shima, M; Guo, B; Liu, Q; Guo, X. (2016). Acute effects on pulmonary function in young healthy adults exposed to traffic-related air pollution in semi-closed transport hub in Beijing. Environ Health Prev Med 21: 312-320. http://dx.doi.org/10.1007/s12199-016-0531-5.

Huang, YC; Rappold, AG; Graff, DW; Ghio, AJ; Devlin, RB. (2012). Synergistic effects of exposure to concentrated ambient fine pollution particles and nitrogen dioxide in humans. Inhal Toxicol 24: 790-797. http://dx.doi.org/10.3109/08958378.2012.718809.

Huang, YCT; Ghio, AJ; Stonehuerner, J; McGee, J; Carter, JD; Grambow, SC; Devlin, RB. (2003). The role of soluble components in ambient fine particles-induced changes in human lungs and blood. Inhal Toxicol 15: 327-342. http://dx.doi.org/10.1080/08958370304460.

Hwang, BF; Chen, YH; Lin, YT; Wu, XT; Lee, YL. (2015). Relationship between exposure to fine particulates and ozone and reduced lung function in children. Environ Res 137: 382-390. http://dx.doi.org/10.1016/j.envres.2015.01.009.

Hwang, SL; Lin, YC; Guo, SE; Chou, CT; Lin, CM; Chi, MC. (2017). Fine particulate matter on hospital admissions for acute exacerbation of chronic obstructive pulmonary disease in southwestern Taiwan during 2006-2012. Int J Environ Health Res 27: 95-105. http://dx.doi.org/10.1080/09603123.2017.1278748.

Iskandar, A; Andersen, ZJ; Bønnelykke, K; Ellermann, T; Andersen, KK; Bisgaard, H. (2012). Coarse and fine particles but not ultrafine particles in urban air trigger hospital admission for asthma in children. Thorax 67: 252-257. http://dx.doi.org/10.1136/thoraxjnl-2011-200324.

Islam, T; Gauderman, WJ; Berhane, K; Mcconnell, R; Avol, E; Peters, JM; Gilliland, FD. (2007). The relationship between air pollution, lung function and asthma in adolescents. Thorax 62: 957-963. http://dx.doi.org/10.1136/thx.2007.078964.

Ito, K. (2003). Associations of particulate matter components with daily mortality and morbidity in Detroit, Michigan, In: Revised analyses of time-series studies of air pollution and health. Special report (pp. 143-156). (R828112). Boston, MA: Health Effects Institute.

Ito, K; Thurston, GD; Silverman, RA. (2007). Characterization of PM2.5, gaseous pollutants, and meteorological interactions in the context of time-series health effects models. J Expo Sci Environ Epidemiol 17: S45-S60. http://dx.doi.org/10.1038/sj.jes.7500627.

Jacobson, LD; Hacon, SD; Castro, HA; Ignotti, E; Artaxo, P; Ponce de Leon, AC. (2012). Association between fine particulate matter and the peak expiratory flow of schoolchildren in the Brazilian subequatorial Amazon: A panel study. Environ Res 117: 27-35. http://dx.doi.org/10.1016/j.envres.2012.05.006.

SECTION 5.7: References

00197247

Jacquemin, B; Siroux, V; Sanchez, M; Carsin, AE; Schikowski, T; Adam, M; Bellisario, V; Buschka, A; Bono, R; Brunekreef, B; Cai, Y; Cirach, M; Clavel-Chapelon, F; Declercq, C; de Marco, R; de Nazelle, A; Ducret-Stich, RE; Ferretti, VV; Gerbase, MW; Hardy, R; Heinrich, J; Janson, C; Jarvis, D; Al Kanaani, Z; Keidel, D; Kuh, D; Le Moual, N; Nieuwenhuijsen, MJ; Marcon, A; Modig, L; Pin, I; Rochat, T; Schindler, C; Sugiri, D; Stempfelet, M; Temam, S; Tsai, MY; Varraso, R; Vienneau, D; Vierkötter, A; Hansell, AL; Krämer, U; Probst-Hensch, NM; Sunyer, J; Künzli, N; Kauffmann, F. (2015). Ambient air pollution and adult asthma incidence in six European cohorts (ESCAPE). Environ Health Perspect 123: 613-621. http://dx.doi.org/10.1289/ehp.1408206.

Jalaludin, B; Khalaj, B; Sheppeard, V; Morgan, G. (2008). Air pollution and ED visits for asthma in Australian children: A case-crossover analysis. Int Arch Occup Environ Health 81: 967-974. http://dx.doi.org/10.1007/s00420-007-0290-0.

Jansen, KL; Larson, TV; Koenig, JQ; Mar, TF; Fields, C; Stewart, J; Lippmann, M. (2005). Associations between health effects and particulate matter and black carbon in subjects with respiratory disease. Environ Health Perspect 113: 1741-1746. http://dx.doi.org/10.1289/ehp.8153.

Janssen, NAH; Fischer, P; Marra, M; Ameling, C; Cassee, FR. (2013). Short-term effects of PM2.5, PM10 and PM2.5-10 on daily mortality in the Netherlands. Sci Total Environ 463: 20-26. http://dx.doi.org/10.1016/j.scitotenv.2013.05.062.

Jerrett, M; Burnett, RT; Beckerman, BS; Turner, MC; Krewski, D; Thurston, G; Martin, RV; van Donkelaar, A; Hughes, E; Shi, Y; Gapstur, SM; Thun, MJ; Pope, CA, III. (2013). Spatial analysis of air pollution and mortality in California. Am J Respir Crit Care Med 188: 593-599. http://dx.doi.org/10.1164/rccm.201303-0609OC.

Jones, RR; Hogrefe, C; Fitzgerald, EF; Hwang, SA; Özkaynak, H; Garcia, VC; Lin, S. (2015). Respiratory hospitalizations in association with fine PM and its components in New York State. J Air Waste Manag Assoc 65: 559-569. http://dx.doi.org/10.1080/10962247.2014.1001500.

Kampfrath, T; Maiseyeu, A; Ying, Z; Shah, Z; Deiuliis, JA; Xu, X; Kherada, N; Brook, RD; Reddy, KM; Padture, NP; Parthasarathy, S; Chen, LC; Moffatt-Bruce, S; Sun, Q; Morawietz, H; Rajagopalan, S. (2011). Chronic fine particulate matter exposure induces systemic vascular dysfunction via NADPHi oxidase and TLR4 pathways. Circ Res 108: 716-726. http://dx.doi.org/10.1161/CIRCRESAHA.110.237560.

Karr, C; Lumley, T; Schreuder, A; Davis, R; Larson, T; Ritz, B; Kaufman, J. (2007). Effects of subchronic and chronic exposure to ambient air pollutants on infant bronchiolitis. Am J Epidemiol 165: 553-560. http://dx.doi.org/10.1093/aje/kwk032.

Karr, CJ; Demers, PA; Koehoorn, MW; Lencar, CC; Tamburic, L; Brauer, M. (2009a). Influence of ambient air pollutant sources on clinical encounters for infant bronchiolitis. Am J Respir Crit Care Med 180: 995-1001. http://dx.doi.org/10.1164/rccm.200901-0117OC.

Karr, CJ; Rudra, CB; Miller, KA; Gould, TR; Larson, T; Sathyanarayana, S; Koenig, JQ. (2009b). Infant exposure to fine particulate matter and traffic and risk of hospitalization for RSV bronchiolitis in a region with lower ambient air pollution. Environ Res 109: 321-327. http://dx.doi.org/10.1016/j.envres.2008.11.006.

Kesavachandran, CN; Kamal, R; Bihari, V; Pathak, MK; Singh, A. (2015). Particulate matter in ambient air and its association with alterations in lung functions and respiratory health problems among outdoor exercisers in National Capital Region, India. Atmos Pollut Res 6: 618-625. http://dx.doi.org/10.5094/APR.2015.070.

Kharitonov, SA; Barnes, PJ. (2000). Clinical aspects of exhaled nitric oxide [Review]. Eur Respir J 16: 781-792.

Kim, B; Lee, PH; Lee, S; Kim, YE; Shin, M; Kang, Y; Bae, SH; Kim, M; Rhim, T; Park, C; Jang, A. (2016a). Long-term effects of diesel exhaust particles on airway inflammation and remodeling in a mouse model. Allergy Asthma Immunol Res 8: 246-256. http://dx.doi.org/10.4168/aair.2016.8.3.246.

Kim, HJ; Kim, SY; Kwon, JY; Kim, YJ; Kang, SH; Jang, WH; Lee, JH; Seo, MW; Song, JJ; Seo, YR; Park, MK. (2016b). Identification of potential novel biomarkers and signaling pathways related to otitis media induced by diesel exhaust particles using transcriptomic analysis in an in vivo system. PLoS ONE 11: e0166044. http://dx.doi.org/10.1371/journal.pone.0166044.

SECTION 5.7: References

00197248

Kim, J; Kim, H; Kweon, J. (2015). Hourly differences in air pollution on the risk of asthma exacerbation. Environ Pollut 203: 15-21. http://dx.doi.org/10.1016/j.envpol.2015.03.040.

Kim, SY; Peel, JL; Hannigan, MP; Dutton, SJ; Sheppard, L; Clark, ML; Vedal, S. (2012). The temporal lag structure of short-term associations of fine particulate matter chemical constituents and cardiovascular and respiratory hospitalizations. Environ Health Perspect 120: 1094-1099. http://dx.doi.org/10.1289/ehp.1104721.

Kleinman, M; Sioutas, C; Stram, D; Froines, J; Cho, A; Chakrabarti, B; Hamade, A; Meacher, D; Oldham, M. (2005). Inhalation of concentrated ambient particulate matter near a heavily trafficked road stimulates antigen-induced airway responses in mice. J Air Waste Manag Assoc 55: 1277-1288.

Kloog, I; Coull, BA; Zanobetti, A; Koutrakis, P; Schwartz, JD. (2012). Acute and chronic effects of particles on hospital admissions in New-England. PLoS ONE 7: e34664. http://dx.doi.org/10.1371/journal.pone.0034664.

Kloog, I; Koutrakis, P; Coull, BA; Lee, HJ; Schwartz, J. (2011). Assessing temporally and spatially resolved PM2.5 exposures for epidemiological studies using satellite aerosol optical depth measurements. Atmos Environ 45: 6267-6275. http://dx.doi.org/10.1016/j.atmosenv.2011.08.066.

Kloog, I; Nordio, F; Zanobetti, A; Coull, BA; Koutrakis, P; Schwartz, JD. (2014). Short term effects of particle exposure on hospital admissions in the Mid-Atlantic states: a population estimate. PLoS ONE 9: e88578. http://dx.doi.org/10.1371/journal.pone.0088578.

Kodavanti, UP; Schladweiler, MC; Ledbetter, AD; McGee, JK; Walsh, L; Gilmour, PS; Highfill, JW; Davies, D; Pinkerton, KE; Richards, JH; Crissman, K; Andrews, D; Costa, DL. (2005). Consistent pulmonary and systemic responses from inhalation of fine concentrated ambient particles: Roles of rat strains used and physicochemical properties. Environ Health Perspect 113: 1561-1568. http://dx.doi.org/10.1289/ehp.7868.

Kodavanti, UP; Schladweiler, MC; Ledbetter, AD; Watkinson, WP; Campen, MJ; Winsett, DW; Richards, JR; Crissman, KM; Hatch, GE; Costa, DL. (2000). The spontaneously hypertensive rat as a model of human cardiovascular disease: evidence of exacerbated cardiopulmonary injury and oxidative stress from inhaled emission particulate matter. Toxicol Appl Pharmacol 164: 250-263. http://dx.doi.org/10.1006/taap.2000.8899.

Koenig, JQ; Mar, TF; Allen, RW; Jansen, K; Lumley, T; Sullivan, JH; Trenga, CA; Larson, T; Liu, LJ. (2005). Pulmonary effects of indoor- and outdoor-generated particles in children with asthma. Environ Health Perspect 113: 499-503. http://dx.doi.org/10.1289/ehp.7511.

Kollanus, V; Tiittanen, P; Niemi, JV; Lanki, T. (2016). Effects of long-range transported air pollution from vegetation fires on daily mortality and hospital admissions in the Helsinki metropolitan area, Finland. Environ Res 151: 351-358. http://dx.doi.org/10.1016/j.envres.2016.08.003.

Kooter, IM; Boere, AJ; Fokkens, PH; Leseman, DL; Dormans, JA; Cassee, FR. (2006). Response of spontaneously hypertensive rats to inhalation of fine and ultrafine particles from traffic: experimental controlled study. Part Fibre Toxicol 15: 3-7. http://dx.doi.org/10.1186/1743-8977-3-7.

Kousha, T; Castner, J. (2016). The air quality health index and emergency department visits for otitis media. J Nurs Scholarsh 48: 163-171. http://dx.doi.org/10.1111/jnu.12195.

Kousha, T; Valacchi, G. (2015). The air quality health index and emergency department visits for urticaria in Windsor, Canada. J Toxicol Environ Health A 78: 524-533. http://dx.doi.org/10.1080/15287394.2014.991053.

Krall, JR; Mulholland, JA; Russell, AG; Balachandran, S; Winquist, A; Tolbert, PE; Waller, LA; Sarnat, SE. (2016). Associations between source-specific fine particulate matter and emergency department visits for respiratory disease in four U.S. cities. Environ Health Perspect 125: 97-103. http://dx.doi.org/10.1289/EHP271.

Krudysz, MA; Froines, JR; Fine, PM; Sioutas, C. (2008). Intra-community spatial variation of size-fractionated PM mass, OC, EC, and trace elements in the Long Beach, CA area. Atmos Environ 42: 5374-5389. http://dx.doi.org/10.1016/j.atmosenv.2008.02.060.

SECTION 5.7: References

00197249

Kubesch, NJ; de Nazelle, A; Westerdahl, D; Martinez, D; Carrasco-Turigas, G; Bouso, L; Guerra, S; Nieuwenhuijsen, MJ. (2015). Respiratory and inflammatory responses to short-term exposure to traffic-related air pollution with and without moderate physical activity. Occup Environ Med 72: 284-293. http://dx.doi.org/10.1136/oemed-2014-102106.

Kurai, J; Watanabe, M; Sano, H; Hantan, D; Tohda, Y; Shimizu, E. (2016). Effects of asian dust particles on the early-stage antigen-induced immune response of asthma in NC/Nga mice. Int J Environ Res Public Health 13. http://dx.doi.org/10.3390/ijerph13111144.

Kurai, J; Watanabe, M; Tomita, K; Yamasaki, HS; Shimizu, E. (2014). Influence of asian dust particles on immune adjuvant effects and airway inflammation in asthma model mice. PLoS ONE 9: e111831. http://dx.doi.org/10.1371/journal.pone.0111831.

Laden, F; Schwartz, J; Speizer, FE; Dockery, DW. (2006). Reduction in fine particulate air pollution and mortality: extended follow-up of the Harvard Six Cities study. Am J Respir Crit Care Med 173: 667-672. http://dx.doi.org/10.1164/rccm.200503-443OC.

Lanzinger, S; Schneider, A; Breitner, S; Stafoggia, M; Erzen, I; Dostal, M; Pastorkova, A; Bastian, S; Cyrys, J; Zscheppang, A; Kolodnitska, T; Peters, A. (2016a). Associations between ultrafine and fine particles and mortality in five central European cities - Results from the UFIREG study. Environ Int 88: 44-52. http://dx.doi.org/10.1016/j.envint.2015.12.006.

Lanzinger, S; Schneider, A; Breitner, S; Stafoggia, M; Erzen, I; Dostal, M; Pastorkova, A; Bastian, S; Cyrys, J; Zscheppang, A; Kolodnitska, T; Peters, A. (2016b). Ultrafine and fine particles and hospital admissions in Central Europe, results from the UFIREG study. Am J Respir Crit Care Med 194: 1233-1241. http://dx.doi.org/10.1164/rccm.201510-2042OC.

Larsson, BM; Grunewald, J; Sköld, CM; Lundin, A; Sandström, T; Eklund, A; Svartengren, M. (2010). Limited airway effects in mild asthmatics after exposure to air pollution in a road tunnel. Respir Med 104: 1912-1918. http://dx.doi.org/10.1016/j.rmed.2010.06.014.

Lee, H; Honda, Y; Hashizume, M; Guo, YL; Wu, CF; Kan, H; Jung, K; Lim, YH; Yi, S; Kim, H. (2015). Short-term exposure to fine and coarse particles and mortality: Amulticity time-series study in East Asia. Environ Pollut 207: 43-51. http://dx.doi.org/10.1016/j.envpol.2015.08.036.

Lei, YC; Chen, MC; Chan, CC; Wang, PY; Lee, CT; Cheng, TJ. (2004). Effects of concentrated ambient particles on airway responsiveness and pulmonary inflammation in pulmonary hypertensive rats. Inhal Toxicol 16: 785-792. http://dx.doi.org/10.1080/08958370490490572.

Leitte, A; Schlink, U; Herbarth, O; Wiedensohler, A; Pan, X; Hu, M; Richter, M; Wehner, B; Tuch, T; Wu, Z; Yang, M; Liu, L; Breitner, S; Cyrys, J; Peters, A; Wichmann, H; Franck, U. (2011). Size segregated particle number concentrations and respiratory emergency room visits in Beijing, China. Environ Health Perspect 119: 508-513. http://dx.doi.org/10.1289/ehp.1002203.

Leitte, AM; Schlink, U; Herbarth, O; Wiedensohler, A; Pan, XC; Hu, M; Wehner, B; Breitner, S; Peters, A; Wichmann, HE; Franck, U. (2012). Associations between size-segregated particle number concentrations and respiratory mortality in Beijing, China. Int J Environ Health Res 22: 119-133. http://dx.doi.org/10.1080/09603123.2011.605878.

Lepeule, J; Laden, F; Dockery, D; Schwartz, J. (2012). Chronic exposure to fine particles and mortality: an extended follow-up of the Harvard Six Cities study from 1974 to 2009. Environ Health Perspect 120: 965-970. http://dx.doi.org/10.1289/ehp.1104660.

Levy, JI; Diez, D; Dou, Y; Barr, CD; Dominici, F. (2012). A meta-analysis and multisite time-series analysis of the differential toxicity of major fine particulate matter constituents [Review]. Am J Epidemiol 175: 1091-1099. http://dx.doi.org/10.1093/aje/kwr457.

Li, MH; Fan, LC; Mao, B; Yang, JW; Choi, AM; Cao, WJ; Xu, JF. (2015a). Short-term exposure to ambient fine particulate matter increases hospitalizations and mortality in COPD : A systematic review and meta-analysis [Review]. Chest 149: 447-458. http://dx.doi.org/10.1378/chest.15-0513.

SECTION 5.7: References

00197250

Li, N; Harkema, JR; Lewandowski, RP; Wang, MY; Bramble, LA; Gookin, GR; Ning, Z; Kleinman, MT; Sioutas, C; Nel, AE. (2010). Ambient ultrafine particles provide a strong adjuvant effect in the secondary immune response: implication for traffic-related asthma flares. Am J Physiol Lung Cell Mol Physiol 299: L374-L383. http://dx.doi.org/10.1152/ajplung.00115.2010.

Li, N; Wang, M; Bramble, LA; Schmitz, DA; Schauer, JJ; Sioutas, C; Harkema, JR; Nel, AE. (2009). The adjuvant effect of ambient particulate matter is closely reflected by the particulate oxidant potential. Environ Health Perspect 117: 1116-1123. http://dx.doi.org/10.1289/ehp.0800319.

Li, S; Batterman, S; Wasilevich, E; Wahl, R; Wirth, J; Su, FC; Mukherjee, B. (2011). Association of daily asthma emergency department visits and hospital admissions with ambient air pollutants among the pediatric Medicaid population in Detroit: Time-series and time-stratified case-crossover analyses with threshold effects. Environ Res 111: 1137-1147. http://dx.doi.org/10.1016/j.envres.2011.06.002.

Li, Y; Ma, Z; Zheng, C; Shang, Y. (2015b). Ambient temperature enhanced acute cardiovascular-respiratory mortality effects of PM2.5 in Beijing, China. Int J Biometeorol 59: 1761-1770. http://dx.doi.org/10.1007/s00484-015-0984-z.

Lin, M; Stieb, DM; Chen, Y. (2005). Coarse particulate matter and hospitalization for respiratory infections in children younger than 15 years in Toronto: A case-crossover analysis. Pediatrics 116: 235-240. http://dx.doi.org/10.1542/peds.2004-2012.

Lin, W; Huang, W; Zhu, T; Hu, M; Brunekreef, B; Zhang, Y; Liu, X; Cheng, H; Gehring, U; Li, C; Tang, X. (2011). Acute respiratory inflammation in children and black carbon in ambient air before and during the 2008 Beijing Olympics. Environ Health Perspect 119: 1507-1512. http://dx.doi.org/10.1289/ehp.1103461.

Lippmann, M; Chen, LC; Gordon, T; Ito, K; Thurston, GD. (2013a). National Particle Component Toxicity (NPACT) Initiative: Integrated epidemiologic and toxicologic studies of the health effects of particulate matter components: Investigators' Report [HEI] (pp. 5-13). (177). Boston, MA: Health Effects Institute.

Lippmann, M; Chen, LC; Gordon, T; Ito, K; Thurston, GD. (2013b). National Particle Component Toxicity (NPACT) initiative: Study 3. Time-series analysis of mortality, hospitalizations, and ambient PM2.5 and its components. Appendix G. Supplemental information [HEI]. (177). Boston, MA: Health Effects Institute. https://www.healtheffects.org/system/files/RR177-Lippmann-Study3-AppendixG_0.pdf.

Lipsett, MJ; Ostro, BD; Reynolds, P; Goldberg, D; Hertz, A; Jerrett, M; Smith, DF; Garcia, C; Chang, ET; Bernstein, L. (2011). Long-term exposure to air pollution and cardiorespiratory disease in the California teachers study cohort. Am J Respir Crit Care Med 184: 828-835. http://dx.doi.org/10.1164/rccm.201012-2082OC.

Liu, B; Ichinose, T; He, M; Kobayashi, F; Maki, T; Yoshida, S; Yoshida, Y; Arashidani, K; Takano, H; Nishikawa, M; Sun, G; Shibamoto, T. (2014). Lung inflammation by fungus, Bjerkandera adusta isolated from Asian sand dust (ASD) aerosol and enhancement of ovalbumin-induced lung eosinophilia by ASD and the fungus in mice. Allergy Asthma Clin Immunol 10: 10. http://dx.doi.org/10.1186/1710-1492-10-10.

Liu, JC; Wilson, A; Mickley, LJ; Dominici, F; Ebisu, K; Wang, Y; Sulprizio, MP; Peng, RD; Yue, X; Son, JY; Anderson, GB; Bell, ML. (2017). Wildfire-specific fine particulate matter and risk of hospital admissions in urban and rural counties. Epidemiology 28: 77-85. http://dx.doi.org/10.1097/EDE.0000000000000556.

Liu, L. (2013). [Email from Dr. Liu to Dr. Patel re: 2009 EHP paper air pollution respiratory effects]. Available online at http://www.regulations.gov/#!documentDetail;D=EPA-HQ-ORD-2013-0232-0013 (accessed

Liu, L; Poon, R; Chen, L; Frescura, AM; Montuschi, P; Ciabattoni, G; Wheeler, A; Dales, R. (2009). Acute effects of air pollution on pulmonary function, airway inflammation, and oxidative stress in asthmatic children. Environ Health Perspect 117: 668-674. http://dx.doi.org/10.1289/ehp11813.

Liu, S; Ganduglia, CM; Li, X; Delclos, GL; Franzini, L; Zhang, K. (2016). Short-term associations of fine particulate matter components and emergency hospital admissions among a privately insured population in Greater Houston. Atmos Environ 147: 369-375. http://dx.doi.org/10.1016/j.atmosenv.2016.10.021.

SECTION 5.7: References

00197251

MacIntyre, EA; Brauer, M; Melén, E; Bauer, CP; Bauer, M; Berdel, D; Bergström, A; Brunekreef, B; Chan-Yeung, M; Klümper, C; Fuertes, E; Gehring, U; Gref, A; Heinrich, J; Herbarth, O; Kerkhof, M; Koppelman, GH; Kozyrskyj, AL; Pershagen, G; Postma, DS; Thiering, E; Tiesler, CM; Carlsten, C. (2014a). GSTP1 and TNF gene variants and associations between air pollution and incident childhood asthma: The traffic, asthma and genetics (TAG) study. Environ Health Perspect 122: 418-424. http://dx.doi.org/10.1289/ehp.1307459.

MacIntyre, EA; Gehring, U; Mölter, A; Fuertes, E; Klümper, C; Krämer, U; Quass, U; Hoffmann, B; Gascon, M; Brunekreef, B; Koppelman, GH; Beelen, R; Hoek, G; Birk, M; de Jongste, JC; Smit, HA; Cyrys, J; Gruzieva, O; Korek, M; Bergström, A; Agius, RM; de Vocht, F; Simpson, A; Porta, D; Forastiere, F; Badaloni, C; Cesaroni, G; Esplugues, A; Fernández-Somoano, A; Lerxundi, A; Sunyer, J; Cirach, M; Nieuwenhuijsen, MJ; Pershagen, G; Heinrich, J. (2014b). Air pollution and respiratory infections during early childhood: an analysis of 10 European birth cohorts within the ESCAPE Project. Environ Health Perspect 122: 107-113. http://dx.doi.org/10.1289/ehp.1306755.

Maestrelli, P; Canova, C; Scapellato, ML; Visentin, A; Tessari, R; Bartolucci, GB; Simonato, L; Lotti, M. (2011). Personal exposure to particulate matter is associated with worse health perception in adult asthma. J Investig Allergol Clin Immunol 21: 120-128.

Maikawa, CL; Weichenthal, S; Wheeler, AJ; Dobbin, NA; Smargiassi, A; Evans, G; Liu, L; Goldberg, MS; Pollitt, KJ. (2016). Particulate oxidative burden as a predictor of exhaled nitric oxide in children with asthma. Environ Health Perspect 124: 1616-1622. http://dx.doi.org/10.1289/EHP175.

Malig, BJ; Green, S; Basu, R; Broadwin, R. (2013). Coarse particles and respiratory emergency department visits in California. Am J Epidemiol 178: 58-69. http://dx.doi.org/10.1093/aje/kws451.

Mann, JK; Balmes, JR; Bruckner, TA; Mortimer, KM; Margolis, HG; Pratt, B; Hammond, SK; Lurmann, F; Tager, IB. (2010). Short-term effects of air pollution on wheeze in asthmatic children in Fresno, California. Environ Health Perspect 118: 1497-1502. http://dx.doi.org/10.1289/ehp.0901292.

Mar, TF; Jansen, K; Shepherd, K; Lumley, T; Larson, TV; Koenig, JQ. (2005). Exhaled nitric oxide in children with asthma and short-term PM25 exposure in Seattle. Environ Health Perspect 113: 1791-1794. http://dx.doi.org/10.1289/ehp.7883.

Mar, TF; Larson, TV; Stier, RA; Claiborn, C; Koenig, JQ. (2004). An analysis of the association between respiratory symptoms in subjects with asthma and daily air pollution in Spokane, Washington. Inhal Toxicol 16: 809-815. http://dx.doi.org/10.1080/08958370490506646.

Matt, F; Cole-Hunter, T; Donaire-Gonzalez, D; Kubesch, N; Martínez, D; Carrasco-Turigas, G; Nieuwenhuijsen, M. (2016). Acute respiratory response to traffic-related air pollution during physical activity performance. Environ Int 97: 45-55. http://dx.doi.org/10.1016/j.envint.2016.10.011.

Mauad, T; Rivero, DH; de Oliveira, RC; Lichtenfels, AJ; Guimaraes, ET; de Andre, PA; Kasahara, DI; Bueno, HM; Saldiva, PH. (2008). Chronic exposure to ambient levels of urban particles affects mouse lung development. Am J Respir Crit Care Med 178: 721-728. http://dx.doi.org/10.1164/rccm.200803-436OC.

Mauderly, JL; Barrett, EG; Gigliotti, AP; McDonald, JD; Reed, MD; Seagrave, J; Mitchell, LA; Seilkop, SK. (2011). Health effects of subchronic inhalation exposure to simulated downwind coal combustion emissions. Inhal Toxicol 23: 349-362. http://dx.doi.org/10.3109/08958378.2011.572932.

McConnell, R; Berhane, K; Gilliland, F; Molitor, J; Thomas, D; Lurmann, F; Avol, E; Gauderman, WJ; Peters, JM. (2003). Prospective study of air pollution and bronchitic symptoms in children with asthma. Am J Respir Crit Care Med 168: 790-797. http://dx.doi.org/10.1164/rccm.200304-466OC.

McConnell, R; Islam, T; Shankardass, K; Jerrett, M; Lurmann, F; Gilliland, F; Gauderman, J; Avol, E; Künzli, N; Yao, L; Peters, J; Berhane, K. (2010). Childhood incident asthma and traffic-related air pollution at home and school. Environ Health Perspect 118: 1021-1026. http://dx.doi.org/10.1289/ehp.0901232.

McCreanor, J; Cullinan, P; Nieuwenhuijsen, MJ; Stewart-Evans, J; Malliarou, E; Jarup, L; Harrington, R; Svartengren, M; Han, IK; Ohman-Strickland, P; Chung, KF; Zhang, J. (2007). Respiratory effects of exposure to diesel traffic in persons with asthma. N Engl J Med 357: 2348-2358. http://dx.doi.org/10.1056/NEJMoa071535.

SECTION 5.7: References

00197252

McGeachie, MJ; Yates, KP; Zhou, X; Guo, F; Sternberg, AL; Van Natta, ML; Wise, RA; Szefler, SJ; Sharma, S; Kho, AT; Cho, MH; Croteau-Chonka, DC; Castaldi, PJ; Jain, G; Sanyal, A; Zhan, Y; Lajoie, BR; Dekker, J; Stamatoyannopoulos, J; Covar, RA; Zeiger, RS; Adkinson, NF; Williams, PV; Kelly, HW; Grasemann, H; Vonk, JM; Koppelman, GH; Postma, DS; Raby, BA; Houston, I; Lu, Q; Fuhlbrigge, AL; Tantisira, KG; Silverman, EK; Tonascia, J; Weiss, ST; Strunk, RC. (2016). Patterns of growth and decline in lung function in persistent childhood asthma. N Engl J Med 374: 1842-1852. http://dx.doi.org/10.1056/NEJMoa1513737.

McGee, MA; Kamal, AS; McGee, JK; Wood, CE; Dye, JA; Krantz, QT; Landis, MS; Gilmour, MI; Gavett, SH. (2015). Differential effects of particulate matter upwind and downwind of an urban freeway in an allergic mouse model. Environ Sci Technol 49: 3930-3939. http://dx.doi.org/10.1021/es506048k.

Mcqueen, DS; Donaldson, K; Bond, SM; Mcneilly, JD; Newman, S; Barton, NJ; Duffin, R. (2007). Bilateral vagotomy or atropine pre-treatment reduces experimental diesel-soot induced lung inflammation. Toxicol Appl Pharmacol 219: 62-71. http://dx.doi.org/10.1016/j.taap.2006.11.034.

Mirabelli, MC; Golan, R; Greenwald, R; Raysoni, AU; Holguin, F; Kewada, P; Winquist, A; Flanders, WD; Sarnat, JA. (2015). Modification of traffic-related respiratory response by asthma control in a population of car commuters. Epidemiology 26: 546-555. http://dx.doi.org/10.1097/EDE.0000000000000296.

Mirabelli, MC; Vaidyanathan, A; Flanders, WD; Qin, X; Garbe, P. (2016). Outdoor PM2.5, ambient air temperature, and asthma symptoms in the past 14 days among adults with active asthma. Environ Health Perspect 124: 1882-1890. http://dx.doi.org/10.1289/EHP92.

Mirowsky, J; Hickey, C; Horton, L; Blaustein, M; Galdanes, K; Peltier, RE; Chillrud, S; Chen, L; Ross, J; Nadas, A; Lippmann, M; Gordon, T. (2013). The effect of particle size, location and season on the toxicity of urban and rural particulate matter. Inhal Toxicol 25: 747-757. http://dx.doi.org/10.3109/08958378.2013.846443.

Mirowsky, JE; Peltier, RE; Lippmann, M; Thurston, G; Chen, LC; Neas, L; Diaz-Sanchez, D; Laumbach, R; Carter, JD; Gordon, T. (2015). Repeated measures of inflammation, blood pressure, and heart rate variability associated with traffic exposures in healthy adults. Environ Health 14: 66. http://dx.doi.org/10.1186/s12940-015-0049-0.

Mölter, A; Simpson, A; Berdel, D; Brunekreef, B; Custovic, A; Cyrys, J; de Jongste, J; de Vocht, F; Fuertes, E; Gehring, U; Gruzieva, O; Heinrich, J; Hoek, G; Hoffmann, B; Klümper, C; Korek, M; Kuhlbusch, TA; Lindley, S; Postma, D; Tischer, C; Wijga, A; Pershagen, G; Agius, R. (2014). A multicentre study of air pollution exposure and childhood asthma prevalence: the ESCAPE project. Eur Respir J 45: 610-624. http://dx.doi.org/10.1183/09031936.00083614.

Moolgavkar, SH. (2003). Air pollution and daily deaths and hospital admissions in Los Angeles and Cook counties. In Revised Analyses of the National Morbidity, Mortality, and Air Pollution Study, Part II (pp. 183-198). Boston, MA: Health Effects Institute.

Morishita, M; Keeler, G; Wagner, J; Marsik, F; Timm, E; Dvonch, J; Harkema, J. (2004). Pulmonary retention of particulate matter is associated with airway inflammation in allergic rats exposed to air pollution in urban Detroit. Inhal Toxicol 16: 663-674. http://dx.doi.org/10.1080/08958370490476550.

Moshammer, H; Hutter, HP; Hauck, H; Neuberger, M. (2006). Low levels of air pollution induce changes of lung function in a panel of schoolchildren. Eur Respir J 27: 1138-1143. http://dx.doi.org/10.1183/09031936.06.00089605.

Mostofsky, E; Schwartz, J; Coull, BA; Koutrakis, P; Wellenius, GA; Suh, HH; Gold, DR; Mittleman, MA. (2012). Modeling the association between particle constituents of air pollution and health outcomes. Am J Epidemiol 176: 317-326. http://dx.doi.org/10.1093/aje/kws018.

Murata, A; Kida, K; Hasunuma, H; Kanegae, H; Ishimaru, Y; Motegi, T; Yamada, K; Yoshioka, H; Yamamoto, K; Kudoh, S. (2007). Environmental influence on the measurement of exhaled nitric oxide concentration in school children: special reference to methodology. J Nippon Med Sch 74: 30-36.

Nachman, KE; Parker, JD. (2012). Exposures to fine particulate air pollution and respiratory outcomes in adults using two national datasets: a cross-sectional study. Environ Health 11: 25. http://dx.doi.org/10.1186/1476-069X-11-25.

SECTION 5.7: References

00197253

Nadziejko, C; Fang, K; Nadziejko, E; Narciso, SP; Zhong, M; Chen, LC. (2002). Immediate effects of particulate air pollutants on heart rate and respiratory rate in hypertensive rats. Cardiovasc Toxicol 2: 245-252. http://dx.doi.org/10.1385/CT:2:4:245.

NAEPP (National Asthma Education and Prevention Program). (2007). Expert panel report 3 (EPR-3): Guidelines for the diagnosis and management of asthmasummary report 2007. J Allergy Clin Immunol 120: S94-S138. http://dx.doi.org/10.1016/j.jaci.2007.09.029.

Navidi, W; Thomas, D; Langholz, B; Stram, D. (1999). Statistical methods for epidemiologic studies of the health effects of air pollution. Navidi, W; Thomas, D; Langholz, B; Stram, D.

Navidi, W; Thomas, D; Stram, D; Peters, J. (1994). Design and analysis of multilevel analytic studies with applications to a study of air pollution. Environ Health Perspect 102: 25-32.

Neupane, B; Jerrett, M; Burnett, RT; Marrie, T; Arain, A; Loeb, M. (2010). Long-term exposure to ambient air pollution and risk of hospitalization with community-acquired pneumonia in older adults. Am J Respir Crit Care Med 181: 47-53. http://dx.doi.org/10.1164/rccm.200901-0160OC.

NHLBI (National Institutes of Health, National Heart Lung and Blood Institute). (2017). NHLBI fact book, fiscal year 2012: Disease statistics. Available online at https://www.nhlbi.nih.gov/about/documents/factbook/2012/chapter4 (accessed August 23, 2017).

NHLBI NAEPP (National Heart, Lung, and Blood Institute, National Asthma Education and Prevention Program). (2007). Expert panel report 3: Guidelines for the diagnosis and management of asthma. (Report No: 07-4051). Bethesda, MD: U.S. Department of Health and Human Services, National Institutes of Health. http://www.nhlbi.nih.gov/files/docs/guidelines/asthgdln.pdf.

Nikolov, MC; Coull, BA; Catalano, PJ; Diaz, E; Godleski, JJ. (2008). Statistical methods to evaluate health effects associated with major sources of air pollution: a case-study of breathing patterns during exposure to concentrated Boston air particles. J R Stat Soc Ser C Appl Stat 57: 357-378. http://dx.doi.org/10.1111/j.1467-9876.2008.00618.x.

Nishimura, KK; Galanter, JM; Roth, LA; Oh, SS; Thakur, N; Nguyen, EA; Thyne, S; Farber, HJ; Serebrisky, D; Kumar, R; Brigino-Buenaventura, E; Davis, A; Lenoir, MA; Meade, K; Rodriguez-Cintron, W; Avila, PC; Borrell, LN; Bibbins-Domingo, K; Rodriguez-Santana, JR; Sen, S; Lurmann, F; Balmes, JR; Burchard, EG. (2013). Early-life air pollution and asthma risk in minority children: the GALA II and SAGE II studies. Am J Respir Crit Care Med 188: 309-318. http://dx.doi.org/10.1164/rccm.201302-0264OC.

O'Connor, GT; Neas, L; Vaughn, B; Kattan, M; Mitchell, H; Crain, EF; Evans, R, III; Gruchalla, R; Morgan, W; Stout, J; Adams, GK; Lippmann, M. (2008). Acute respiratory health effects of air pollution on children with asthma in US inner cities. J Allergy Clin Immunol 121: 1133-1139.e1131. http://dx.doi.org/10.1016/j.jaci.2008.02.020.

Oftedal, B; Brunekreef, B; Nystad, W; Madsen, C; Walker, SE; Nafstad, P. (2008). Residential outdoor air pollution and lung function in schoolchildren. Epidemiology 19: 129-137. http://dx.doi.org/10.1097/EDE.0b013e31815c0827.

Ostro, B; Hu, J; Goldberg, D; Reynolds, P; Hertz, A; Bernstein, L; Kleeman, MJ. (2015). Associations of mortality with long-term exposures to fine and ultrafine particles, species and sources: results from the California teachers study cohort. Environ Health Perspect 123: 549-556. http://dx.doi.org/10.1289/ehp.1408565.

Ostro, B; Lipsett, M; Reynolds, P; Goldberg, D; Hertz, A; Garcia, C; Henderson, KD; Bernstein, L. (2010). Long-term exposure to constituents of fine particulate air pollution and mortality: Results from the California teachers study. Environ Health Perspect 118: 363-369. http://dx.doi.org/10.1289/ehp.0901181.

Ostro, B; Malig, B; Hasheminassab, S; Berger, K; Chang, E; Sioutas, C. (2016). Associations of source-specific fine particulate matter with emergency department visits in California. Am J Epidemiol 184: 450-459. http://dx.doi.org/10.1093/aje/kwv343.

Ostro, B; Roth, L; Malig, B; Marty, M. (2009). The effects of fine particle components on respiratory hospital admissions in children. Environ Health Perspect 117: 475480. http://dx.doi.org/10.1289/ehp.11848.

SECTION 5.7: References

00197254

Parker, JD; Akinbami, LJ; Woodruff, TJ. (2009). Air pollution and childhood respiratory allergies in the United States. Environ Health Perspect 117: 140-147. http://dx.doi.org/10.1289/ehp.11497.

Pascal, M; Falq, G; Wagner, V; Chatignoux, E; Corso, M; Blanchard, M; Host, S; Pascal, L; Larrieu, S. (2014). Short-term impacts of particulate matter (PM10, PM10-2.5, PM2.5) on mortality in nine French cities. Atmos Environ 95: 175-184. http://dx.doi.org/10.1016/j.atmosenv.2014.06.030.

Patel, MM; Chillrud, SN; Correa, JC; Hazi, Y; Feinberg, M; Deepti, KC; Prakash, S; Ross, JM; Levy, D; Kinney, PL. (2010). Traffic-related particulate matter and acute respiratory symptoms among New York City area adolescents. Environ Health Perspect 118: 1338-1343. http://dx.doi.org/10.1289/ehp.0901499.

Patel, MM; Chillrud, SN; Deepti, KC; Ross, JM; Kinney, PL. (2013). Traffic-related air pollutants and exhaled markers of airway inflammation and oxidative stress in New York City adolescents. Environ Res 121: 71-78. http://dx.doi.org/10.1016/j.envres.2012.10.012.

Paulu, C; Smith, AE. (2008). Tracking associations between ambient ozone and asthma-related emergency department visits using case-crossover analysis. J Public Health Manag Pract 14: 581-591. http://dx.doi.org/10.1097/01.PHH.0000338371.53242.0e.

Peel, JL; Klein, M; Flanders, WD; Mulholland, JA; Freed, G; Tolbert, PE. (2011). Ambient air pollution and apnea and bradycardia in high-risk infants on home monitors. Environ Health Perspect 119: 1321-1327. http://dx.doi.org/10.1289/ehp.1002739.

Peel, JL; Tolbert, PE; Klein, M; Metzger, KB; Flanders, WD; Todd, K; Mulholland, JA; Ryan, PB; Frumkin, H. (2005). Ambient air pollution and respiratory emergency department visits. Epidemiology 16: 164-174. http://dx.doi.org/10.1097/01.ede.0000152905.42113.db.

Peng, R; Bell, M; Geyh, A; McDermott, A; Zeger, S; Samet, J; Dominici, F. (2009a). Emergency admissions for cardiovascular and respiratory diseases and the chemical composition of fine particle air pollution. Environ Health Perspect 117: 957-963. http://dx.doi.org/10.1289/ehp.0800185.

Peng, RD; Chang, HH; Bell, ML; McDermott, A; Zeger, SL; Samet, JM; Dominici, F. (2008). Coarse particulate matter air pollution and hospital admissions for cardiovascular and respiratory diseases among Medicare patients. JAMA 299: 2172-2179. http://dx.doi.org/10.1001/jama.299.18.2172.

Peng, RD; Dominici, F; Welty, LJ. (2009b). A Bayesian hierarchical distributed lag model for estimating the time course of risk of hospitalization associated with particulate matter air pollution. J R Stat Soc Ser C Appl Stat 58: 3-24. http://dx.doi.org/10.1111/j.1467-9876.2008.00640.x.

Perng, DW; Chen, PK. (2017). The relationship between airway inflammation and exacerbation in chronic obstructive pulmonary disease [Review]. Tuberc Respir Dis 80: 325-335. http://dx.doi.org/10.4046/trd.2017.0085.

Petrovic, S; Urch, B; Brook, J; Datema, J; Purdham, J; Liu, L; Lukic, Z; Zimmerman, B; Tofler, G; Downar, E; Corey, P; Tarlo, S; Broder, I; Dales, R; Silverman, F. (2000). Cardiorespiratory effects of concentrated ambient PM25: A pilot study using controlled human exposures. Inhal Toxicol 1: 173-188. http://dx.doi.org/10.1080/089583700196482.

Pijnenburg, MW; Baraldi, E; Brand, PLP; Carlsen, KH; Eber, E; Frischer, T; Hedlin, G; Kulkarni, N; Lex, C; Makela, MJ; Mantzouranis, E; Moeller, A; Pavord, I; Piacentini, G; Price, D; Rottier, BL; Saglani, S; Sly, PD; Szefler, SJ; Tonia, T; Turner, S; Wooler, E; Carlsen, KCL. (2015). Monitoring asthma in children. Eur Respir J 45: 906-925. http://dx.doi.org/10.1183/09031936.00088814.

Pinault, L; Tjepkema, M; Crouse, DL; Weichenthal, S; van Donkelaar, A; Martin, RV; Brauer, M; Chen, H; Burnett, RT. (2016). Risk estimates of mortality attributed to low concentrations of ambient fine particulate matter in the Canadian community health survey cohort. Environ Health 15: 18. http://dx.doi.org/10.1186/s12940-016-0111-6.

Pires-Neto, RC; Lichtenfels, AJ; Soares, SR; Macchione, M; Saldiva, PHN; Dolhnikoff, M. (2006). Effects of Sao Paulo air pollution on the upper airways of mice. Environ Res 101: 356-361.

SECTION 5.7: References

00197255

Plummer, LE; Ham, W; Kleeman, MJ; Wexler, A; Pinkerton, KE. (2012). Influence of season and location on pulmonary response to California's San Joaquin Valley airborne particulate matter. J Toxicol Environ Health A 75: 253-271. http://dx.doi.org/10.1080/15287394.2012.640102.

Pope, CA, III; Thun, MJ; Namboodiri, MM; Dockery, DW; Evans, JS; Speizer, FE; Heath, CW, Jr. (1995). Particulate air pollution as a predictor of mortality in a prospective study of U.S. adults. Am J Respir Crit Care Med 151: 669-674. http://dx.doi.org/10.1164/ajrccm/151.3_Pt_1.669.

Pope, CA; Turner, MC; Burnett, R; Jerrett, M; Gapstur, SM; Diver, WR; Krewski, D; Brook, RD. (2014). Relationships between fine particulate air pollution, cardiometabolic disorders and cardiovascular mortality. Circ Res 116: 108-U216. http://dx.doi.org/10.1161/CIRCRESAHA.116.305060.

Pope III, CA; Burnett, RT; Thurston, GD; Thun, MJ; Calle, EE; Krewski, D; Godleski, JJ. (2004). Cardiovascular mortality and long-term exposure to particulate air pollution: epidemiological evidence of general pathophysiological pathways of disease. Circulation 109: 71-77. http://dx.doi.org/10.1161/01.cir.0000108927.80044.7f.

Powell, H; Krall, JR; Wang, Y; Bell, ML; Peng, RD. (2015). Ambient coarse particulate matter and hospital admissions in the medicare cohort air pollution study, 1999-2010. Environ Health Perspect 123: 1152-1158. http://dx.doi.org/10.1289/ehp.1408720.

Prieto-Parra, L; Yohannessen, K; Brea, C; Vidal, D; Ubilla, CA; Ruiz-Rudolph, P. (2017). Air pollution, PM2.5 composition, source factors, and respiratory symptoms in asthmatic and nonasthmatic children in Santiago, Chile. Environ Int 101: 190-200. http://dx.doi.org/10.1016/j.envint.2017.01.021.

Rabinovitch, N; Adams, CD; Strand, M; Koehler, K; Volckens, J. (2016). Within-microenvironment exposure to particulate matter and health effects in children with asthma: a pilot study utilizing real-time personal monitoring with GPS interface. Environ Health 15: 96. http://dx.doi.org/10.1186/s12940-016-0181-5.

Rabinovitch, N; Silveira, L; Gelfand, EW; Strand, M. (2011). The response of children with asthma to ambient particulate is modified by tobacco smoke exposure. Am J Respir Crit Care Med 184: 1350-1357. http://dx.doi.org/10.1164/rccm.201010-1706OC.

Rabinovitch, N; Strand, M; Gelfand, EW. (2006). Particulate levels are associated with early asthma worsening in children with persistent disease. Am J Respir Crit Care Med 173: 1098-1105. http://dx.doi.org/10.1164/rccm.200509-1393OC.

Ramanathan, M; London, NR; Tharakan, A; Surya, N; Sussan, TE; Rao, X; Lin, SY; Toskala, E; Rajagopalan, S; Biswal, S. (2017). Airborne particulate matter induces non-allergic eosinophilic sinonasal inflammation in mice. Am J Respir Cell Mol Biol 57: 59-65. http://dx.doi.org/10.1165/rcmb.2016-0351OC.

Rappold, A; Cascio, WE; Kilaru, VJ; Stone, SL; Neas, LM; Devlin, RB; Diaz-Sanchez, D. (2012). Cardio-respiratory outcomes associated with exposure to wildfire smoke are modified by measures of community health. Environ Health 11: 71. http://dx.doi.org/10.1186/1476-069X-11-71.

Reed, MD; Barrett, EG; Campen, MJ; Divine, KK; Gigliotti, AP; McDonald, JD; Seagrave, JC; Mauderly, JL; Seilkop, SK; Swenberg, JA. (2008). Health effects of subchronic inhalation exposure to gasoline engine exhaust. Inhal Toxicol 20: 1125-1143. http://dx.doi.org/10.1080/08958370802368722.

Rhoden, CR; Lawrence, J; Godleski, JJ; Gonzalez-Flecha, B. (2004). N-acetylcysteine prevents lung inflammation after short-term inhalation exposure to concentrated ambient particles. Toxicol Sci 79: 296-303. http://dx.doi.org/10.1093/toxsci/kfh122.

Rice, MB; Ljungman, PL; Wilker, EH; Dorans, KS; Gold, DR; Schwartz, J; Koutrakis, P; Washko, GR; O'Connor, GT; Mittleman, MA. (2015a). Long-term exposure to traffic emissions and fine particulate matter and lung function decline in the Framingham heart study. Am J Respir Crit Care Med 191: 656-664. http://dx.doi.org/10.1164/rccm.201410-1875OC.

Rice, MB; Rifas-Shiman, SL; Litonjua, AA; Oken, E; Gillman, MW; Kloog, I; Luttmann-Gibson, H; Zanobetti, A; Coull, BA; Schwartz, J; Koutrakis, P; Mittleman, MA; Gold, DR. (2015b). Lifetime exposure to ambient pollution and lung function in children. Am J Respir Crit Care Med 193: 881-888. http://dx.doi.org/10.1164/rccm.201506-1058OC.

SECTION 5.7: References

00197256

Rodopoulou, S; Chalbot, MC; Samoli, E; Dubois, DW; Filippo, B; Kavouras, IG. (2014). Air pollution and hospital emergency room and admissions for cardiovascular and respiratory diseases in Doria Ana County, New Mexico. Environ Res 129: 39-46. http://dx.doi.org/10.1016/j.envres.2013.12.006.

Rodopoulou, S; Samoli, E; Chalbot, MG; Kavouras, IG. (2015). Air pollution and cardiovascular and respiratory emergency visits in Central Arkansas: A time-series analysis. Sci Total Environ 536: 872-879. http://dx.doi.org/10.1016/j.scitotenv.2015.06.056.

Rohr, AC; Wagner, JG; Morishita, M; Kamal, A; Keeler, GJ; Harkema, JR. (2010). Cardiopulmonary responses in spontaneously hypertensive and Wistar-Kyoto rats exposed to concentrated ambient particles from Detroit, Michigan. Inhal Toxicol 22: 522-533. http://dx.doi.org/10.3109/08958370903524509.

Rose, G. (1981). Strategy of prevention: lessons from cardiovascular disease. Br Med J 282: 1847-1851.

Roy, A; Hu, W; Wei, F; Korn, L; Chapman, RS; Zhang, JJ. (2012). Ambient particulate matter and lung function growth in Chinese children. Epidemiology 23: 464-472. http://dx.doi.org/10.1097/EDE.0b013e31824cbd6d.

Saldiva, PHN; Clarke, RW; Coull, BA; Stearns, RC; Lawrence, J; Murthy, GGK; Diaz, E; Koutrakis, P; Suh, H; Tsuda, A; Godleski, JJ. (2002). Lung inflammation induced by concentrated ambient air particles is related to particle composition. Am J Respir Crit Care Med 165: 1610-1617. http://dx.doi.org/10.1164/rccm.2106102.

Salimi, F; Henderson, SB; Morgan, GG; Jalaludin, B; Johnston, FH. (2016). Ambient particulate matter, landscape fire smoke, and emergency ambulance dispatches in Sydney, Australia. Environ Int 99: 208-212. http://dx.doi.org/10.1016/j.envint.2016.11.018.

Samet, JM; Rappold, A; Graff, D; Cascio, WE; Berntsen, JH; Huang, YC; Herbst, M; Bassett, M; Montilla, T; Hazucha, MJ; Bromberg, PA; Devlin, RB. (2009). Concentrated ambient ultrafine particle exposure induces cardiac changes in young healthy volunteers. Am J Respir Crit Care Med 179: 1034-1042. http://dx.doi.org/10.1164/rccm.200807-1043OC.

Samoli, E; Andersen, ZJ; Katsouyanni, K; Hennig, F; Kuhlbusch, TA; Bellander, T; Cattani, G; Cyrys, J; Forastiere, F; Jacquemin, B; Kulmala, M; Lanki, T; Loft, S; Massling, A; Tobias, A; Stafoggia, M. (2016a). Exposure to ultrafine particles and respiratory hospitalisations in five European cities. Eur Respir J 48: 674-682. http://dx.doi.org/10.1183/13993003.02108-2015.

Samoli, E; Atkinson, RW; Analitis, A; Fuller, GW; Beddows, D; Green, DC; Mudway, IS; Harrison, RM; Anderson, HR; Kelly, FJ. (2016b). Differential health effects of short-term exposure to source-specific particles in London, U.K. Environ Int 97: 246-253. http://dx.doi.org/10.1016/j.envint.2016.09.017.

Samoli, E; Atkinson, RW; Analitis, A; Fuller, GW; Green, DC; Mudway, I; Anderson, HR; Kelly, FJ. (2016c). Associations of short-term exposure to traffic-related air pollution with cardiovascular and respiratory hospital admissions in London, UK. Occup Environ Med 73: 300-307. http://dx.doi.org/10.1136/oemed-2015-103136.

Samoli, E; Stafoggia, M; Rodopoulou, S; Ostro, B; Alessandrini, E; Basagana, X; Diaz, J; Faustini, A; Martina, G; Karanasiou, A; Kelessis, AG; Le Tertre, A; Linares, C; Ranzi, A; Scarinzi, C; Katsouyanni, K; Forastiere, F. (2014). Which specific causes of death are associated with short term exposure to fine and coarse particles in Southern Europe ? Results from the MED-PARTICLES project. Environ Int 67: 54-61. http://dx.doi.org/10.1016/j.envint.2014.02.013.

Samoli, E; Stafoggia, M; Rodopoulou, S; Ostro, B; Declercq, C; Alessandrini, E; Díaz, J; Karanasiou, A; Kelessis, AG; Le Tertre, A; Pandolfi, P; Randi, G; Scarinzi, C; Zauli-Sajani, S; Katsouyanni, K; Forastiere, F. (2013). Associations between fine and coarse particles and mortality in Mediterranean cities: Results from the MED-PARTICLES Project. Environ Health Perspect 121: 932-938. http://dx.doi.org/10.1289/ehp.1206124.

Sarnat, JA; Sarnat, SE; Flanders, WD; Chang, HH; Mulholland, J; Baxter, L; Isakov, V; Ozkaynak, H. (2013a). Spatiotemporally resolved air exchange rate as a modifier of acute air pollution-related morbidity in Atlanta. J Expo Sci Environ Epidemiol 23: 606-615. http://dx.doi.org/10.1038/jes.2013.32.

Sarnat, SE; Klein, M; Sarnat, JA; Flanders, WD; Waller, LA; Mulholland, JA; Russell, AG; Tolbert, PE. (2010). An examination of exposure measurement error from air pollutant spatial variability in time-series studies. J Expo Sci Environ Epidemiol 20: 135-146. http://dx.doi.org/10.1038/jes.2009.10.

SECTION 5.7: References

00197257

Sarnat, SE; Raysoni, AU; Li, WW; Holguin, F; Johnson, BA; Flores Luevano, S; Garcia, JH; Sarnat, JA. (2012). Air pollution and acute respiratory response in a panel of asthmatic children along the U.S.-Mexico border. Environ Health Perspect 120: 437444. http://dx.doi.org/10.1289/ehp.1003169.

Sarnat, SE; Sarnat, JA; Mulholland, J; Isakov, V; Özkaynak, H; Chang, HH; Klein, M; Tolbert, PE. (2013b). Application of alternative spatiotemporal metrics of ambient air pollution exposure in a time-series epidemiological study in Atlanta. J Expo Sci Environ Epidemiol 23: 593-605. http://dx.doi.org/10.1038/jes.2013.41.

Sarnat, SE; Winquist, A; Schauer, JJ; Turner, JR; Sarnat, JA. (2015). Fine particulate matter components and emergency department visits for cardiovascular and respiratory diseases in the St. Louis, Missouri-Illinois, metropolitan area. Environ Health Perspect 123: 437-444. http://dx.doi.org/10.1289/ehp.1307776.

Schaumann, F; Frömke, C; Dijkstra, D; Alessandrini, F; Windt, H; Karg, E; Müller, M; Winkler, C; Braun, A; Koch, A; Hohlfeld, J; Behrendt, H; Schmid, O; Koch, W; Schulz, H; Krug, N. (2014). Effects of ultrafine particles on the allergic inflammation in the lung of asthmatics: results of a double-blinded randomized cross-over clinical pilot study. Part Fibre Toxicol 11: 39. http://dx.doi.org/10.1186/s12989-014-0039-3.

Schikowski, T; Adam, M; Marcon, A; Cai, Y; Vierkötter, A; Carsin, AE; Jacquemin, B; Al Kanani, Z; Beelen, R; Birk, M; Bridevaux, PO; Brunekeef, B; Burney, P; Cirach, M; Cyrys, J; de Hoogh, K; de Marco, R; de Nazelle, A; Declercq, C; Forsberg, B; Hardy, R; Heinrich, J; Hoek, G; Jarvis, D; Keidel, D; Kuh, D; Kuhlbusch, T; Migliore, E; Mosler, G; Nieuwenhuijsen, MJ; Phuleria, H; Rochat, T; Schindler, C; Villani, S; Tsai, MY; Zemp, E; Hansell, A; Kauffmann, F; Sunyer, J; Probst-Hensch, N; Krämer, U; Künzli, N. (2014). Association of ambient air pollution with the prevalence and incidence of COPD. Eur Respir J 44: 614-626. http://dx.doi.org/10.1183/09031936.00132213.

Schikowski, T; Sugiri, D; Ranft, U; Gehring, U; Heinrich, J; Wichmann, HE; Krämer, U. (2005). Long-term air pollution exposure and living close to busy roads are associated with COPD in women. Respir Res 22: 152-161. http://dx.doi.org/10.1186/1465-9921-6-152.

Schultz, AA; Schauer, JJ; Malecki, KM. (2017). Allergic disease associations with regional and localized estimates of air pollution. Environ Res 155: 77-85. http://dx.doi.org/10.1016/j.envres.2017.01.039.

Seagrave, J; Campen, M; McDonald, J; Mauderly, J; Rohr, A. (2008). Oxidative stress, inflammation, and pulmonary function assessment in rats exposed to laboratory-generated pollutant mixtures. J Toxicol Environ Health A 71: 1352-1362. http://dx.doi.org/10.1080/15287390802271566.

Shakya, KM; Rupakheti, M; Aryal, K; Peltier, RE. (2016). Respiratory effects of high levels of particulate exposure in a cohort of traffic police in Kathmandu, Nepal. J Occup Environ Med 58: e218-e225. http://dx.doi.org/10.1097/JOM.0000000000000753.

Sheppard, L. (2003). Ambient air pollution and nonelderly asthma hospital admissions in Seattle, Washington, 1987-1994. In Revised analyses of time-series studies of air pollution and health (pp. 227-230). Boston, MA: Health Effects Institute. http://pubs.healtheffects.org/view.php?id=4.

Silkoff, PE; Zhang, L; Dutton, S; Langmack, EL; Vedal, S; Murphy, J; Make, B. (2005). Winter air pollution and disease parameters in advanced chronic obstructive pulmonary disease panels residing in Denver, Colorado. J Allergy Clin Immunol 115: 337-344. http://dx.doi.org/10.1016/j.jaci.2004.11.035.

Silverman, RA; Ito, K. (2010). Age-related association of fine particles and ozone with severe acute asthma in New York City. J Allergy Clin Immunol 125: 367-373. http://dx.doi.org/10.1016/j.jaci.2009.10.061.

Sinclair, AH; Edgerton, ES; Wyzga, R; Tolsma, D. (2010). A two-time-period comparison of the effects of ambient air pollution on outpatient visits for acute respiratory illnesses. J Air Waste Manag Assoc 60: 163-175. http://dx.doi.org/10.3155/1047-3289.60.2.163.

Sinclair, AH; Tolsma, D. (2004). Associations and lags between air pollution and acute respiratory visits in an ambulatory care setting: 25-month results from the Aerosol Research and Inhalation Epidemiological Study. J Air Waste Manag Assoc 54: 1212-1218. http://dx.doi.org/10.1080/10473289.2004.10470979.

Slaughter, JC; Kim, E; Sheppard, L; Sullivan, JH; Larson, TV; Claiborn, C. (2005). Association between particulate matter and emergency room visits, hospital admissions and mortality in Spokane, Washington. J Expo Anal Environ Epidemiol 15: 153-159. http://dx.doi.org/10.1038/sj.jea.7500382.

SECTION 5.7: References

00197258

Slaughter, JC; Lumley, T; Sheppard, L; Koenig, JQ; Shapiro, GG. (2003). Effects of ambient air pollution on symptom severity and medication use in children with asthma. Ann Allergy Asthma Immunol 91: 346-353. http://dx.doi.org/10.1016/S1081-1206(10)61681-X.

Smargiassi, A; Goldberg, MS; Wheeler, AJ; Plante, C; Valois, MF; Mallach, G; Kauri, LM; Shutt, R; Bartlett, S; Raphoz, M; Liu, L. (2014). Associations between personal exposure to air pollutants and lung function tests and cardiovascular indices among children with asthma living near an industrial complex and petroleum refineries. Environ Res 132: 38-45. http://dx.doi.org/10.1016/j.envres.2014.03.030.

Smith, KR; Kim, S; Recendez, JJ; Teague, SV; Menache, MG; Grubbs, DE; Sioutas, C; Pinkerton, KE. (2003). Airborne particles of the California Central Valley alter the lungs of healthy adult rats. Environ Health Perspect 111: 902-908. http://dx.doi.org/10.1289/ehp.5964.

Song, P; Li, Z; Li, X; Yang, L; Zhang, L; Li, N; Guo, C; Lu, S; Wei, Y. (2017). Transcriptome profiling of the lungs reveals molecular clock genes expression changes after chronic exposure to ambient air particles. Int J Environ Res Public Health 14. http://dx.doi.org/10.3390/ijerph14010090.

Song, S; Lee, K; Lee, YM; Lee, JH; Lee, SI; Yu, SD; Paek, D. (2011). Acute health effects of urban fine and ultrafine particles on children with atopic dermatitis. Environ Res 111: 394-399. http://dx.doi.org/10.1016/j.envres.2010.10.010.

Soto-Ramos, M; Castro-Rodríguez, JA; Hinojos-Gallardo, LC; Hernández-Saldaña, R; Cisneros-Castolo, M; Carrillo-Rodríguez, V. (2013). Fractional exhaled nitric oxide has a good correlation with asthma control and lung function in Latino children with asthma. J Asthma 50: 590-594. http://dx.doi.org/10.3109/02770903.2013.792349.

Spira-Cohen, A; Chen, LC; Kendall, M; Lall, R; Thurston, GD. (2011). Personal exposures to traffic-related air pollution and acute respiratory health among Bronx schoolchildren with asthma. Environ Health Perspect 119: 559-565. http://dx.doi.org/10.1289/ehp.1002653.

Stafoggia, M; Samoli, E; Alessandrini, E; Cadum, E; Ostro, B; Berti, G; Faustini, A; Jacquemin, B; Linares, C; Pascal, M; Randi, G; Ranzi, A; Stivanello, E; Forastiere, F. (2013). Short-term associations between fine and coarse particulate matter and hospitalizations in southern europe: Results from the MED-PARTICLES Project. Environ Health Perspect 121: 1026-1033. http://dx.doi.org/10.1289/ehp.1206151.

Stafoggia, M; Schneider, A; Cyrys, J; Samoli, E; Andersen, ZJ; Bedada, GB; Bellander, T; Cattani, G; Eleftheriadis, K; Faustini, A; Hoffmann, B; Jacquemin, B; Katsouyanni, K; Massling, A; Pekkanen, J; Perez, N; Peters, A; Quass, U; Yli-Tuomi, T; Forastiere, F. (2017). Association between short-term exposure to ultrafine particles and mortality in eight European urban areas. Epidemiology 28: 172-180. http://dx.doi.org/10.1097/EDE.0000000000000599.

Stanojevic, S; Wade, A; Stocks, J; Hankinson, J; Coates, AL; Pan, H; Rosenthal, M; Corey, M; Lebecque, P; Cole, TJ. (2008). Reference ranges for spirometry across all ages: A new approach. Am J Respir Crit Care Med 177: 253-260. http://dx.doi.org/10.1164/rccm.200708-1248OC.

Steenhof, M; Mudway, IS; Gosens, I; Hoek, G; Godri, KJ; Kelly, FJ; Harrison, RM; Pieters, RH; Cassee, FR; Lebret, E; Brunekreef, BA; Strak, M; Janssen, NA. (2013). Acute nasal pro-inflammatory response to air pollution depends on characteristics other than particle mass concentration or oxidative potential: The RAPTES project. Occup Environ Med 70: 341-348. http://dx.doi.org/10.1136/oemed-2012-100993.

Stieb, DM; Szyszkowicz, M; Rowe, BH; Leech, JA. (2009). Air pollution and emergency department visits for cardiac and respiratory conditions: A multi-city time-series analysis. Environ Health 8: 25. http://dx.doi.org/10.1186/1476-069X-8-25.

Strak, M; Boogaard, H; Meliefste, K; Oldenwening, M; Zuurbier, M; Brunekreef, B; Hoek, G. (2010). Respiratory health effects of ultrafine and fine particle exposure in cyclists. Occup Environ Med 67: 118-124. http://dx.doi.org/10.1136/oem.2009.046847.

Strak, M; Janssen, NA; Godri, KJ; Gosens, I; Mudway, IS; Cassee, FR; Lebret, E; Kelly, FJ; Harrison, RM; Brunekreef, B; Steenhof, M; Hoek, G. (2012). Respiratory health effects of airborne particulate matter: The role of particle size, composition and oxidative potential - The RAPTES project. Environ Health Perspect 120: 1183-1189. http://dx.doi.org/10.1289/ehp.1104389.

SECTION 5.7: References

00197259

Strand, M; Vedal, S; Rodes, C; Dutton, SJ; Gelfand, EW; Rabinovitch, N. (2006). Estimating effects of ambient PM2.5 exposure on health using PM2.5 component measurements and regression calibration. J Expo Sci Environ Epidemiol 16: 30-38. http://dx.doi.org/10.1038/sj.jea.7500434.

Strickland, MJ; Darrow, LA; Klein, M; Flanders, WD; Sarnat, JA; Waller, LA; Sarnat, SE; Mulholland, JA; Tolbert, PE. (2010). Short-term associations between ambient air pollutants and pediatric asthma emergency department visits. Am J Respir Crit Care Med 182: 307-316. http://dx.doi.org/10.1164/rccm.200908-1201OC.

Strickland, MJ; Darrow, LA; Mulholland, JA; Klein, M; Flanders, WD; Winquist, A; Tolbert, PE. (2011). Implications of different approaches for characterizing ambient air pollutant concentrations within the urban airshed for time-series studies and health benefits analyses. Environ Health 10: 36. http://dx.doi.org/10.1186/1476-069X-10-36.

Strickland, MJ; Hao, H; Hu, X; Chang, HH; Darrow, LA; Liu, Y. (2015). Pediatric emergency visits and short-term changes in PM2.5 concentrations in the U.S. state of Georgia. Environ Health Perspect 124: 690-696. http://dx.doi.org/10.1289/ehp.1509856.

Strickland, MJ; Klein, M; Flanders, WD; Chang, HH; Mulholland, JA; Tolbert, PE; Darrow, LA. (2014). Modification of the effect of ambient air pollution on pediatric asthma emergency visits: susceptible subpopulations. Epidemiology 25: 843-850. http://dx.doi.org/10.1097/EDE.0000000000000170.

Sun, S; Cao, P; Chan, KP; Tsang, H; Wong, CM; Thach, TQ. (2015). Temperature as a modifier of the effects of fine particulate matter on acute mortality in Hong Kong. Environ Pollut 205: 357-364. http://dx.doi.org/10.1016/j.envpol.2015.06.007.

Szyszkowicz, M; Kousha, T. (2014). Emergency department visits for asthma in relation to the Air Quality Health Index:A case-crossover study in Windsor, Canada. Can J Public Health 105: e336-e341.

Tanaka, M; Aoki, Y; Takano, H; Fujitani, Y; Hirano, S; Nakamura, R; Sone, Y; Kiyono, M; Ichinose, T; Itoh, T; Inoue, K. (2013a). Effects of exposure to nanoparticle-rich or -depleted diesel exhaust on allergic pathophysiology in the murine lung. J Toxicol Sci 38: 35-48. http://dx.doi.org/10.2131/jts.38.35.

Tanaka, M; Takano, H; Fujitani, Y; Hirano, S; Ichinose, T; Shimada, A; Inoue, K. (2013b). Effects of exposure to nanoparticle-rich diesel exhaust on 8-OHdG synthesis in the mouse asthmatic lung. Exp Ther Med 6: 703-706. http://dx.doi.org/10.3892/etm.2013.1198.

Tecer, LH; Alagha, O; Karaca, F; Tuncel, G; Eldes, N. (2008). Particulate matter (PM2.5, PM10-2.5, and PM10) and childrens hospital admissions for asthma and respiratory diseases: a bidirectional case-crossover study. J Toxicol Environ Health A 71: 512-520. http://dx.doi.org/10.1080/15287390801907459.

Tétreault, LF; Doucet, M; Gamache, P; Fournier, M; Brand, A; Kosatsky, T; Smargiassi, A. (2016a). Childhood exposure to ambient air pollutants and the onset of asthma: an administrative cohort study in Québec. Environ Health Perspect 124: 1276-1282. http://dx.doi.org/10.1289/ehp.1509838.

Tétreault, LF; Doucet, M; Gamache, P; Fournier, M; Brand, A; Kosatsky, T; Smargiassi, A. (2016b). Severe and moderate asthma exacerbations in asthmatic children and exposure to ambient air pollutants. Int J Environ Res Public Health 13: 771. http://dx.doi.org/10.3390/ijerph13080771.

Thurlbeck, WM. (1982). Postnatal human lung growth. Thorax 37: 564-571. http://dx.doi.org/10.1136/thx.37.8.564.

Thurston, GD; Ahn, J; Cromar, KR; Shao, Y; Reynolds, HR; Jerrett, M; Lim, CC; Shanley, R; Park, Y; Hayes, RB. (2016). Ambient particulate matter air pollution exposure and mortality in the NIH-AARP Diet and Health Cohort. Environ Health Perspect 124: 484-490. http://dx.doi.org/10.1289/ehp.1509676.

To, T; Zhu, J; Villeneuve, PJ; Simatovic, J; Feldman, L; Gao, C; Williams, D; Chen, H; Weichenthal, S; Wall, C; Miller, AB. (2015). Chronic disease prevalence in women and air pollution - A 30-year longitudinal cohort study. Environ Int 80: 26-32. http://dx.doi.org/10.1016/j.envint.2015.03.017.

Tolbert, PE; Klein, M; Peel, JL; Sarnat, SE; Sarnat, JA. (2007). Multipollutant modeling issues in a study of ambient air quality and emergency department visits in Atlanta. J Expo Sci Environ Epidemiol 17: S29-S35. http://dx.doi.org/10.1038/sj.jes.7500625.

SECTION 5.7: References

00197260

Toti, G; Vilalta, R; Lindner, P; Lefer, B; Macias, C; Price, D. (2016). Analysis of correlation between pediatric asthma exacerbation and exposure to pollutant mixtures with association rule mining. Artif Intell Med 74: 44-52. http://dx.org/10.1016/j.artmed.2016.11.003.

Trenga, CA; Sullivan, JH; Schildcrout, JS; Shepherd, KP; Shapiro, GG; Liu, LJ; Kaufman, JD; Koenig, JQ. (2006). Effect of particulate air pollution on lung function in adult and pediatric subjects in a Seattle panel study. Chest 129: 1614-1622. http://dx.doi.org/10.1378/chest.129.6.1614.

Turner, MC; Jerrett, M; Pope, A, III; Krewski, D; Gapstur, SM; Diver, WR; Beckerman, BS; Marshall, JD; Su, J; Crouse, DL; Burnett, RT. (2016). Long-term ozone exposure and mortality in a large prospective study. Am J Respir Crit Care Med 193: 1134-1142. http://dx.doi.org/10.1164/rccm.201508-1633OC.

Tyler, CR; Zychowski, KE; Sanchez, BN; Rivero, V; Lucas, S; Herbert, G; Liu, J; Irshad, H; McDonald, JD; Bleske, BE; Campen, MJ. (2016). Surface area-dependence of gas-particle interactions influences pulmonary and neuroinflammatory outcomes. Part Fibre Toxicol 13: 64. http://dx.doi.org/10.1186/s12989-016-0177-x.

U.S. EPA (U.S. Environmental Protection Agency). (2004). Air quality criteria for particulate matter [EPA Report]. (EPA/600/P-99/002aF-bF). Research Triangle Park, NC: U.S. Environmental Protection Agency, Office of Research and Development, National Center for Environemntal Assessment- RTP Office. http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=87903.

U.S. EPA (U.S. Environmental Protection Agency). (2009). Integrated science assessment for particulate matter [EPA Report]. (EPA/600/R-08/139F). Research Triangle Park, NC: U.S. Environmental Protection Agency, Office of Research and Development, National Center for Environmental Assessment- RTP Division. http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=216546.

U.S. EPA (U.S. Environmental Protection Agency). (2015). Preamble to the integrated science assessments [EPA Report]. (EPA/600/R-15/067). Research Triangle Park, NC: U.S. Environmental Protection Agency, Office of Research and Development, National Center for Environmental Assessment, RTP Division. https://cfpub.epa.gov/ncea/isa/recordisplay.cfm?deid=310244.

U.S. EPA (U.S. Environmental Protection Agency). (2018). Supplemental material: Chapter 5 (respiratory effects) of the integrated science assessment for particulate matter.

Urch, B; Speck, M; Corey, P; Wasserstein, D; Manno, M; Lukic, KZ; Brook, JR; Liu, L; Coull, B; Schwartz, J; Gold, DR; Silverman, F. (2010). Concentrated ambient fine particles and not ozone induce a systemic interleukin-6 response in humans. Inhal Toxicol 22: 210-218. http://dx.doi.org/10.3109/08958370903173666.

Urman, R; McConnell, R; Islam, T; Avol, EL; Lurmann, FW; Vora, H; Linn, WS; Rappaport, EB; Gilliland, FD; Gauderman, WJ. (2014). Associations of children's lung function with ambient air pollution: Joint effects of regional and near-roadway pollutants. Thorax 69: 540-547. http://dx.doi.org/10.1136/thoraxjnl-2012-203159.

Van Loy, M; Bahadori, T; Wyzga, R; Hartsell, B; Edgerton, E. (2000). The Aerosol Research and Inhalation Epidemiology Study (ARIES): PM25 mass and aerosol component concentrations and sampler intercomparisons. J Air Waste Manag Assoc 50: 1446-1458.

Villeneuve, PJ; Doiron, MS; Stieb, D; Dales, R; Burnett, RT; Dugandzic, R. (2006). Is outdoor air pollution associated with physician visits for allergic rhinitis among the elderly in Toronto, Canada? Allergy 61: 750-758. http://dx.doi.org/10.1111/j.1398-9995.2006.01070.x.

von Klot, S; Wölke, G; Tuch, T; Heinrich, J; Dockery, DW; Schwartz, J; Kreyling, WG; Wichmann, HE; Peters, A. (2002). Increased asthma medication use in association with ambient fine and ultrafine particles. Eur Respir J 20: 691-702. http://dx.doi.org/10.1183/09031936.02.01402001.

Wagner, JG; Morishita, M; Keeler, GJ; Harkema, JR. (2012). Divergent effects of urban particulate air pollution on allergic airway responses in experimental asthma: a comparison of field exposure studies. Environ Health 11: 45. http://dx.doi.org/10.1186/1476-069X-11-45.

Wan, Q; Cui, X; Shao, J; Zhou, F; Jia, Y; Sun, X; Zhao, X; Chen, Y; Diao, J; Zhang, L. (2014). Beijing ambient particle exposure accelerates atherosclerosis in ApoE knockout mice by upregulating visfatin expression. Cell Stress Chaperones 19: 715-724. http://dx.doi.org/10.1007/s12192-014-0499-2.

SECTION 5.7: References

00197261

Wang, IJ; Tung, TH; Tang, CS; Zhao, ZH. (2015a). Allergens, air pollutants, and childhood allergic diseases. Int J Hyg Environ Health 219: 66-71. http://dx.doi.org/10.1016/j.ijheh.2015.09.001.

Wang, M; Gehring, U; Hoek, G; Keuken, M; Jonkers, S; Beelen, R; Eeftens, M; Postma, DS; Brunekreef, B. (2015b). Air pollution and lung function in Dutch children: a comparison of exposure estimates and associations based on land use regression and dispersion exposure modeling approaches. Environ Health Perspect 123: 847-851. http://dx.doi.org/10.1289/ehp.1408541.

Wang, X; Dockery, DW; Wypij, D; Gold, DR; Speizer, FE; Ware, JH; Ferris, BG, Jr. (1993). Pulmonary function growth velocity in children 6 to 18 years of age. Am J Respir Crit Care Med 148: 1502-1508. http://dx.doi.org/10.1164/ajrccm/148.6_Pt_1.1502.

Wang, YC; Lin, YK. (2016). Mortality and emergency room visits associated with ambient particulate matter constituents in metropolitan Taipei. Sci Total Environ 569-570: 1427-1434. http://dx.doi.org/10.1016/j.scitotenv.2016.06.230.

Weichenthal, S; Kulka, R; Dubeau, A; Martin, C; Wang, D; Dales, R. (2011). Traffic-related air pollution and acute changes in heart rate variability and respiratory function in urban cyclists. Environ Health Perspect 119: 1373-1378. http://dx.doi.org/10.1289/ehp.1003321.

Weichenthal, SA; Lavigne, E; Evans, GJ; Godri Pollitt, KJ; Burnett, RT. (2016). PM2.5 and emergency room visits for respiratory illness: effect modification by oxidative potential. Am J Respir Crit Care Med 194: 577-586. http://dx.doi.org/10.1164/rccm.201512-2434OC.

Weir, CH; Yeatts, KB; Sarnat, JA; Vizuete, W; Salo, PM; Jaramillo, R; Cohn, RD; Chu, H; Zeldin, DC; London, SJ. (2013). Nitrogen dioxide and allergic sensitization in the 2005-2006 National Health and Nutrition Examination Survey. Respir Med 107: 1763-1772. http://dx.doi.org/10.1016/j.rmed.2013.08.010.

Whitekus, MJ; Li, N; Zhang, M; Wang, M; Horwitz, MA; Nelson, SK; Horwitz, LD; Brechun, N; Diaz-Sanchez, D; Nel, AE. (2002). Thiol antioxidants inhibit the adjuvant effects of aerosolized diesel exhaust particles in a murine model for ovalbumin sensitization. J Immigr Minor Health 168: 2560-2567.

Wiley, JA; Robinson, JP; Cheng, YT; Piazza, T; Stork, L; Pladsen, K. (1991). Study of children's activity patterns: Final report. (ARB-R-93/489). Sacramento, CA: California Air Resources Board. http://www.arb.ca.gov/research/apr/past/a733-149a.pdf.

Wilhelm, M; Meng, YY; Rull, RP; English, P; Balmes, J; Ritz, B. (2008). Environmental public health tracking of childhood asthma using California health interview survey, traffic, and outdoor air pollution data. Environ Health Perspect 116: 1254-1260. http://dx.doi.org/10.1289/ehp.10945.

Winquist, A; Kirrane, E; Klein, M; Strickland, M; Darrow, LA; Sarnat, SE; Gass, K; Mulholland, J; Russell, A; Tolbert, P. (2014a). Joint effects of ambient air pollutants on pediatric asthma emergency department visits in Atlanta, 1998-2004. Epidemiology 25: 666-673. http://dx.doi.org/10.1097/EDE.0000000000000146.

Winquist, A; Klein, M; Tolbert, P; Flanders, WD; Hess, J; Sarnat, SE. (2012). Comparison of emergency department and hospital admissions data for air pollution time-series studies. Environ Health 11: 70. http://dx.doi.org/10.1186/1476-069X-11-70.

Winquist, A; Schauer, JJ; Turner, JR; Klein, M; Sarnat, SE. (2014b). Impact of ambient fine particulate matter carbon measurement methods on observed associations with acute cardiorespiratory morbidity. J Expo Sci Environ Epidemiol 25: 215-221. http://dx.doi.org/10.1038/jes.2014.55.

Wu, S; Ni, Y; Li, H; Pan, L; Yang, D; Baccarelli, AA; Deng, F; Chen, Y; Shima, M; Guo, X. (2016). Short-term exposure to high ambient air pollution increases airway inflammation and respiratory symptoms in chronic obstructive pulmonary disease patients in Beijing, China. Environ Int 94: 76-82. http://dx.doi.org/10.1016/j.envint.2016.05.004.

Xiao, Q; Liu, Y; Mulholland, JA; Russell, AG; Darrow, LA; Tolbert, PE; Strickland, MJ. (2016). Pediatric emergency department visits and ambient Air pollution in the U.S. State of Georgia: a case-crossover study. Environ Health 15: 115. http://dx.doi.org/10.1186/s12940-016-0196-y.

SECTION 5.7: References

00197262

Xu, X; Jiang, SY; Wang, T; Bai, Y; Zhong, M; Wang, A; Lippmann, M; Chen, L; Rajagopalan, S; Sun, Q. (2013). Inflammatory response to fine particulate air pollution exposure: Neutrophil versus monocyte. PLoS ONE 8: e71414. http://dx.doi.org/10.1371/journal.pone.0071414.

Xu, X; Rao, X; Wang, TY; Jiang, SY; Ying, Z; Liu, C; Wang, A; Zhong, M; Deiuliis, JA; Maiseyeu, A; Rajagopalan, S; Lippmann, M; Chen, LC; Sun, Q. (2012). Effect of co-exposure to nickel and particulate matter on insulin resistance and mitochondrial dysfunction in a mouse model. Part Fibre Toxicol 9: 40. http://dx.doi.org/10.1186/1743-8977-9-40.

Yamazaki, S; Shima, M; Ando, M; Nitta, H; Watanabe, H; Nishimuta, T. (2011). Effect of hourly concentration of particulate matter on peak expiratory flow in hospitalized children: A panel study. Environ Health 10. http://dx.doi.org/10.1186/1476-069X-10-15.

Yang, A; Janssen, NA; Brunekreef, B; Cassee, FR; Hoek, G; Gehring, U. (2016). Children's respiratory health and oxidative potential of PM2.5: the PIAMA birth cohort study. Occup Environ Med 73: 154-160. http://dx.doi.org/10.1136/oemed-2015-103175.

Yap, P; Gilbreath, S; Garcia, C; Jareen, N; Goodrich, B. (2013). The influence of socioeconomic markers on the association between fine particulate matter and hospital admissions for respiratory conditions among children. Am J Public Health 103: 695-702. http://dx.doi.org/10.2105/AJPH.2012.300945.

Ying, Z; Xie, X; Bai, Y; Chen, M; Wang, X; Zhang, X; Morishita, M; Sun, Q; Rajagopalan, S. (2015). Exposure to concentrated ambient particulate matter induces reversible increase of heart weight in spontaneously hypertensive rats. Part Fibre Toxicol 12: 15. http://dx.doi.org/10.1186/s12989-015-0092-6.

Yoshizaki, K; Brito, JM; Silva, LF; Lino-Dos-Santos-Franco, A; Frias, DP; E Silva, RC; Amato-Lourenço, LF; Saldiva, PH; de Fátima Lopes Calvo Tibério, I; Mauad, T; Macchione, M. (2017). The effects of particulate matter on inflammation of respiratory system: Differences between male and female. Sci Total Environ 586: 284-295. http://dx.doi.org/10.1016/j.scitotenv.2017.01.221.

Yoshizaki, K; Fuziwara, CS; Brito, JM; Santos, TM; Kimura, ET; Correia, AT; Amato-Lourenco, LF; Vasconcellos, P; Silva, LF; Brentani, MM; Mauad, T; Saldiva, PH; Macchione, M. (2016). The effects of urban particulate matter on the nasal epithelium by gender: An experimental study in mice. Environ Pollut 213: 359-369. http://dx.doi.org/10.1016/j.envpol.2016.02.044.

Young, MT; Sandler, DP; Deroo, LA; Vedal, S; Kaufman, JD; London, SJ. (2014). Ambient air pollution exposure and incident adult asthma in a nationwide cohort of u.s. Women. Am J Respir Crit Care Med 190: 914-921. http://dx.doi.org/10.1164/rccm.201403-0525OC.

Zanobetti, A; Franklin, M; Koutrakis, P; Schwartz, J. (2009). Fine particulate air pollution and its components in association with cause-specific emergency admissions. Environ Health 8: 58. http://dx.doi.org/10.1186/1476-069X-8-58.

Zanobetti, A; Schwartz, J. (2006). Air pollution and emergency admissions in Boston, MA. J Epidemiol Community Health 60: 890-895. http://dx.doi.org/10.1136/jech.2005.039834.

Zanobetti, A; Schwartz, J. (2009). The effect of fine and coarse particulate air pollution on mortality: A national analysis. Environ Health Perspect 117: 1-40. http://dx.doi.org/10.1289/ehp.0800108.

Zelikoff, JT; Chen, LC; Cohen, MD; Fang, K; Gordon, T; Li, Y; Nadziejko, C; Schlesinger, RB. (2003). Effects of inhaled ambient particulate matter on pulmonary antimicrobial immune defense. Inhal Toxicol 15: 131-150. http://dx.doi.org/10.1080/08958370304478.

Zeman, KL; Bennett, WD. (2006). Growth of the small airways and alveoli from childhood to the adult lung measured by aerosol-derived airway morphometry. J Appl Physiol (1985) 100: 965-971. http://dx.doi.org/10.1152/japplphysiol.00409.2005.

Zemek, R; Szyszkowicz, M; Rowe, BH. (2010). Air pollution and emergency department visits for otitis media: a case-crossover study in Edmonton, Canada. Environ Health Perspect 118: 1631-1636. http://dx.doi.org/10.1289/ehp.0901675.

SECTION 5.7: References

00197263

Zhang, H; Liu, H; Davies, KJ; Sioutas, C; Finch, CE; Morgan, TE; Forman, HJ. (2012). Nrf2-regulated phase II enzymes are induced by chronic ambient nanoparticle exposure in young mice with age-related impairments. Free Radic Biol Med 52: 2038-2046. http://dx.doi.org/10.1016/j.freeradbiomed.2012.02.042.

Zhao, J; Bo, L; Gong, C; Cheng, P; Kan, H; Xie, Y; Song, W. (2015). Preliminary study to explore gene-PM2.5 interactive effects on respiratory system in traffic policemen. Int J Occup Med Environ Health 28: 971-983. http://dx.doi.org/10.13075/ijomeh.1896.00370.

Zhao, Y; Wang, S; Lang, L; Huang, C; Ma, W; Lin, H. (2016). Ambient fine and coarse particulate matter pollution and respiratory morbidity in Dongguan, China. Environ Pollut 222: 126-131. http://dx.doi.org/10.1016/j.envpol.2016.12.070.

Zheng, XY; Ding, H; Jiang, LN; Chen, SW; Zheng, JP; Qiu, M; Zhou, YX; Chen, Q; Guan, WJ. (2015). Association between air pollutants and asthma emergency room visits and hospital admissions in time series studies: A systematic review and meta-analysis [Review]. PLoS ONE 10: 1-24. http://dx.doi.org/10.1371/journal.pone.0138146.

Zhu, T. (2013). [Email to Dr. Patel regarding data request for Lin et al., 2011]. Available online at (accessed

Zora, JE; Sarnat, SE; Raysoni, AU; Johnson, BA; Li, WW; Greenwald, R; Holguin, F; Stock, TH; Sarnat, JA. (2013). Associations between urban air pollution and pediatric asthma control in El Paso, Texas. Sci Total Environ 448: 56-65. http://dx.doi.org/10.1016/j.scitotenv.2012.11.067.

Zuurbier, M; Hoek, G; Oldenwening, M; Meliefste, K; Krop, E; van den Hazel, P; Brunekreef, B. (2011a). In-traffic air pollution exposure and CC16, blood coagulation, and inflammation markers in healthy adults. Environ Health Perspect 119: 1384-1389. http://dx.doi.org/10.1289/ehp.1003151.

Zuurbier, M; Hoek, G; Oldenwening, M; Meliefste, K; van den Hazel, P; Brunekreef, B. (2011b). Respiratory effects of commuters' exposure to air pollution in traffic. Epidemiology 22: 219-227. http://dx.doi.org/10.1097/EDE.0b013e3182093693.

SECTION 5.7: References

00197264

# CHAPTER 6      CARDIOVASCULAR EFFECTS

***Summary of Causality Determinations for Short- and Long-Term Particulate Matter (PM)***
***Exposure and Cardiovascular Effects***

This chapter characterizes the scientific evidence that supports causality determinations for short- and long-term PM exposure and cardiovascular effects. The types of studies evaluated within this chapter are consistent with the overall scope of the ISA as detailed in the Preface (see Section P.3.1). In assessing the overall evidence, strengths and limitations of individual studies were evaluated based on scientific considerations detailed in the Appendix. More details on the causal framework used to reach these conclusions are included in the Preamble to the ISA (U.S. EPA, 2015). The evidence presented throughout this chapter support the following causality conclusions:

| Size Fraction | Causality Determination |
|---|---|
| *Short-Term Exposure* | |
| $PM_{2.5}$ | Causal |
| $PM_{10-2.5}$ | Suggestive of, but not sufficient to infer |
| UFP | Suggestive of, but not sufficient to infer |
| *Long-Term Exposure* | |
| $PM_{2.5}$ | Causal |
| $PM_{10-2.5}$ | Suggestive of, but not sufficient to infer |
| UFP | Inadequate |

## 6.1      Short-Term $PM_{2.5}$ Exposure and Cardiovascular Effects

The 2009 PM ISA concluded that "a causal relationship exists between short-term exposure to $PM_{2.5}$ and cardiovascular effects." This conclusion was based on multiple lines of evidence including consistently positive associations between short-term exposure to $PM_{2.5}$ and emergency department (ED) visits and hospital admissions for cardiovascular disease (U.S. EPA, 2009). Results from hospital admissions and ED visit studies were supported by associations between $PM_{2.5}$ and cardiovascular mortality. In addition, controlled human exposure (CHE) and animal toxicological studies provided evidence of changes in various measures of cardiovascular function, thereby establishing biological plausibility for the epidemiologic findings. The most consistent $PM_{2.5}$ effect was for reduced vascular function. Toxicological studies finding reduced myocardial blood flow during ischemia and altered vascular reactivity provided coherence and biological plausibility for the myocardial ischemia that was observed in both controlled human exposure and epidemiologic studies. Further, $PM_{2.5}$ effects on ST

00197265

segment depression—an electrocardiogram change that potentially indicates ischemia—were also observed.

Key uncertainties from the last review included inconsistent results across disciplines with respect to the relationship between short-term exposure to $PM_{2.5}$ and changes in blood pressure, blood coagulation markers, and markers of systemic inflammation. In addition, uncertainties remained with respect to biological plausibility; that is, how inhalation exposure to $PM_{2.5}$ could trigger molecular, cellular, and tissue responses that result in serious cardiovascular outcomes. For example, in the 2009 PM ISA (U.S. EPA, 2009), there was a growing body of evidence from CHE, animal toxicological, and epidemiologic studies demonstrating changes in markers of systemic oxidative stress following $PM_{2.5}$ exposure. However, uncertainties remained as to the relationship between changes in markers of oxidative stress and more serious cardiovascular health outcomes.

Since the last review, the evidence relating short-term $PM_{2.5}$ concentrated ambient particulate (CAP) exposure and cardiovascular effects has expanded greatly, further strengthening the conclusions reached in the 2009 PM ISA. Recent health evidence continues to show a clear relationship between short-term $PM_{2.5}$ exposure and cardiovascular outcomes such as ED visits and hospital admissions for ischemic heart disease (IHD) and heart failure. Additionally, recent epidemiologic studies confirm the relationship between short-term exposure to $PM_{2.5}$ and cardiovascular mortality. Results from epidemiologic studies are supported by CHE and animal toxicological evidence demonstrating that exposure to $PM_{2.5}$ can result in a variety of cardiovascular effects, including endothelial dysfunction, increases in blood pressure, and conduction abnormalities. Thus, the epidemiologic, CHE, and animal toxicological evidence presented in this section continues to support a *causal relationship* between short-term $PM_{2.5}$ exposures and cardiovascular effects, with the strongest evidence supporting this determination still coming from the epidemiologic literature. As discussed in detail below, recent evidence also reduces uncertainties from the previous review with respect to the potential for copollutant confounding and provides additional evidence for biological plausibility.

The subsections below provide an evaluation of the most policy-relevant scientific evidence relating short-term $PM_{2.5}$ exposure to cardiovascular effects. To clearly characterize and put this evidence into context, we first discuss the biological plausibility of cardiovascular effects following short-term $PM_{2.5}$ exposure (Section 6.1.1). Following this discussion, the health evidence relating short-term $PM_{2.5}$ exposure and specific cardiovascular outcomes is discussed in detail. These outcomes include: ischemic heart disease and myocardial infarction (Section 6.1.2), heart failure and impaired heart function (Section 6.1.3) cardiac electrophysiology and arrhythmia (Section 6.1.4), cerebrovascular disease and stroke (Section 6.1.5), increased blood pressure and hypertension (Section 6.1.6), peripheral vascular disease (PVD), venous thromboembolism, and pulmonary embolisms (Section 6.1.7), combinations of cardiovascular-related ED visits and hospital admissions (Section 6.1.8), and cardiovascular-related mortality (Section 6.1.9). Additionally within this section, the evidence for an effect of $PM_{2.5}$ exposures on endpoints such as changes in heart rate variability (HRV) and endothelial function are discussed

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197266

(Section 6.1.10, Section 6.1.11, Section 6.1.12, and Section 6.1.13), as are policy-relevant considerations (Section 6.1.14), and the relationship between health effects and exposure to specific PM$_{2.5}$ components (Section 6.1.15). Finally, the collective body of evidence is integrated across and within scientific disciplines,[65] and the rationale for the causality determination is outlined in (Section 6.1.16). Of note, when discussing the health effects evidence and causality determinations, results from epidemiologic studies that adjusted for potential confounders are presented when available and new epidemiologic, CHE, and animal toxicological studies that address uncertainties and limitations noted in the 2009 PM ISA are emphasized.

### 6.1.1     Biological Plausibility

This subsection describes the biological pathways that potentially underlie cardiovascular effects resulting from short-term inhalation exposure to PM$_{2.5}$. Figure 6-1 graphically depicts these proposed pathways as a continuum of pathophysiological responses—connected by arrows—that may ultimately lead to the apical cardiovascular events observed in epidemiologic studies (e.g., ED visits and hospital admissions). This discussion of how short-term exposure to PM$_{2.5}$ may lead to these cardiovascular events also provides biological plausibility for the epidemiologic results reported later in Section 6.1. In addition, most studies cited in this subsection are discussed in greater detail throughout Section 6.1. Note that the structure of the biological plausibility sections and the role of biological plausibility in contributing to the weight-of-evidence analysis used in the PM ISA are discussed in Preface Section P.3.2.1.

When considering the available health evidence, plausible pathways connecting short-term exposure to PM$_{2.5}$ to the apical events reported in epidemiologic studies are proposed in Figure 6-1. The first pathway begins as respiratory tract inflammation leading to systemic inflammation.[66] The second pathway involves activation of sensory nerve pathways in the respiratory tract that lead to modulation of the autonomic nervous system. Once these pathways are initiated, there is evidence from experimental and observational studies that short-term exposure to PM$_{2.5}$ may result in a series of pathophysiological responses that could lead to cardiovascular events such as emergency department (ED) visits and hospital admissions for IHD and heart failure, and ultimately mortality

---

[65] As detailed in the Preface, risk estimates are for a 10-μg/m$^3$ increase in 24-hour avg PM$_{2.5}$ concentrations unless otherwise noted.

[66] It is also possible that particles ~200 nm or less, or soluble particle components, can translocate directly into the circulatory system (Chapter 4) and lead to systemic inflammation, although the extent to which particle translocation occurs remains unclear.

00197267



HR = heart rate; HRV = heart rate variability; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Note: The boxes above represent the effects for which there is experimental or epidemiologic evidence related to short-term PM$_{2.5}$ exposure, and the arrows indicate a proposed relationship between those effects. Solid arrows denote evidence of essentiality as provided, for example, by an inhibitor of the pathway or a genetic knockout model used in an experimental study involving PM$_{2.5}$ exposure. Shading around multiple boxes is used to denote a grouping of these effects. Arrows may connect individual boxes, groupings of boxes, and individual boxes within groupings of boxes. Progression of effects is generally depicted from left to right and color coded (gray = exposure; green = initial effect; blue = intermediate effect; orange = effect at the population level or a key clinical effect). Here, population-level effects generally reflect results of epidemiologic studies. When there are gaps in the evidence, there are complementary gaps in the figure and the accompanying text below.

**Figure 6-1    Potential biological pathways for cardiovascular effects following short-term exposure to PM$_{2.5}$.**

Short-term inhalation exposure to PM$_{2.5}$ may result in respiratory tract inflammation and oxidative stress (Chapter 5). Inflammatory mediators such as cytokines produced in the respiratory tract have the potential to enter into the circulatory system where they may amplify the initial inflammatory response and/or cause distal pathophysiological events that can contribute to overt cardiovascular disease. For example, following short-term PM$_{2.5}$ exposure in mice, Budinger et al. (2011) demonstrated that inflammation that began in the lung resulted in an increase in circulating markers of coagulation. Thus, we note evidence from CHE (Behbod et al., 2013; Urch et al., 2010; Brook et al., 2009; Gong et al., 2004), epidemiologic panel (Steenhof et al., 2014; Strak et al., 2013a; Huttunen et al., 2012; Delfino et al., 2009b), and animal toxicological (Aragon et al., 2015; Xu et al., 2013) studies that short-term exposure to PM$_{2.5}$ can result in an increase in circulating inflammatory cells and cytokines. Elevated levels of

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197268

cytokines such as interlukin-6 (IL-6) have been correlated with elevated markers of thrombosis (Chiarella et al., 2014; Budinger et al., 2011). Note also that in CHE (Lucking et al., 2011; Ghio et al., 2003; Gong et al., 2003; Ghio et al., 2000), epidemiologic panel (Croft et al., 2017; Strak et al., 2013a), and animal toxicological (Budinger et al., 2011; Kodavanti et al., 2005) studies that there is evidence of increased protein levels associated with coagulation and/or decreased protein levels associated with fibrinolysis following short-term $PM_{2.5}$ exposure. This alteration in hemostasis increases the potential for thrombosis (Lucking et al., 2011), which can potentially exacerbate existing IHD and hear failure.

In addition to affecting hemostasis, systemic inflammation and/or oxidative stress may result in impaired vascular function. Impaired vascular function stems from impaired functioning of the endothelium, which maintains the normal balance of mediators that promote vasorelaxation (e.g., nitric oxide) and vasoconstriction (e.g., endothelin-1). In endothelial dysfunction, the balance is tipped towards greater production of vasoconstrictors causing increased vascular resistance which could lead to rupture of existing plaques (Halvorsen et al., 2008). Dislodged plaques may then obstruct blood flow to the heart or stimulate intravascular clotting (Karoly et al., 2007), both of which could result in acute myocardial ischemia, and set the stage for heart failure. If the dislodged plaque obstructs blood flow to the brain, the potential for a stoke exists. Impaired vascular function has been reported following short-term $PM_{2.5}$ exposure in CHE (Hemmingsen et al., 2015b; Tong et al., 2015; Lucking et al., 2011; Brook et al., 2009), epidemiologic panel (Ljungman et al., 2014; Madrigano et al., 2010; Liu et al., 2009), and animal toxicological studies (Davel et al., 2012; Haberzettl et al., 2012; O'Toole et al., 2010). In addition, clinical indicators of potential ischemia (e.g., ST segment depression on an electrocardiogram) have been shown in epidemiologic panel studies (Delfino et al., 2011; Zhang et al., 2009) following short-term exposure to $PM_{2.5}$. Impaired vascular function can also lead to increases in blood pressure (BP) through vasoconstriction. Given that increases in BP may exacerbate IHD or heart failure through shear stress-induced arterial thrombosis and/or impaired vascular function, it is notable that following short-term $PM_{2.5}$ exposure, there is direct evidence for increases in BP from CHE (Tong et al., 2015; Bellavia et al., 2013; Brook et al., 2009), epidemiologic panel (Hicken et al., 2014; Brook et al., 2011; Dvonch et al., 2009), and animal toxicological studies (Bartoli et al., 2009; Ito et al., 2008; Chang et al., 2007; Chang et al., 2004). These studies are consistent with additional evidence from animal toxicological studies (Aztatzi-Aguilar et al., 2015; Ghelfi et al., 2010) reporting increases in renin-angiotensin system gene expression consistent with vasoconstriction and increases in BP. Taken together, there are plausible pathways by which respiratory tract inflammation could exacerbate existing IHD and heart failure, contribute to the development of a myocardial infarction or stroke, and lead to ED visits and hospital admissions.

There is also evidence that exposure to $PM_{2.5}$ could lead to these outcomes through activation of sensory nerves in the respiratory tract (Chapter 5). Once activated, autonomic nervous system modulation may cause a shift toward increased sympathetic tone. Shifts toward increased sympathetic nervous system tone may result in increases in BP and decreased in vascular function, which as mentioned above, could exacerbate IHD and/or heart failure. It is therefore important to note that there is evidence from CHE

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197269

(Tong et al., 2012), epidemiologic panel (Liu et al., 2015b; Hampel et al., 2014; Weichenthal et al., 2014a; Zanobetti et al., 2010), and animal toxicological studies (Wagner et al., 2014a; Wagner et al., 2014b; Rohr et al., 2011) of autonomic nervous system modulation—including a shift toward increased sympathetic tone (as evidenced by changes in HRV and/or HR)—following short-term $PM_{2.5}$ exposure. Modulation of the autonomic nervous system may also contribute to conduction abnormalities (Ghelfi et al., 2010) or worsening of arrhythmia (Cascio, 2016). Thus, also of note is evidence from CHE (Tong et al., 2012; Sivagangabalan et al., 2011), epidemiologic panel (Zanobetti et al., 2014a; Link et al., 2013; Dockery et al., 2005a; Dockery et al., 2005b; Rich et al., 2005; Peters et al., 2000), and animal toxicological studies (Farraj et al., 2015; Ghelfi et al., 2010; Nadziejko et al., 2004) that short-term exposure to $PM_{2.5}$ can result in conduction abnormalities or arrhythmia, which could then potentially exacerbate IHD, and subsequently, heart failure. Taken together, there are multiple potential pathways by which activation of sensory nerves in the respiratory tract may lead to worsening of IHD or heart failure.

In addition to the proposed pathways depicted in Figure 6-1, we need to mention the interconnection between the respiratory effects discussed in Chapter 5 and the biological plausibility of cardiovascular effects. For example, there is an established relationship between reduced pulmonary function and cardiovascular disease (Jönsson et al., 2018). Thus, it is possible that worsening of heart failure due to short-term $PM_{2.5}$ exposure could present in individuals with pre-existing respiratory disease (e.g., COPD) as respiratory effects (e.g., cough, wheeze) with accompanying dyspnea. In addition, following $PM_{2.5}$ instillation, (Rivero et al., 2005) reported thickening of pulmonary arterioles in rats. Similarly, intranasal exposure to $PM_{2.5}$ and antigen, but not to antigen alone was found to result in indicators of pulmonary hypertension as well as an increase in right ventricular pressure (Grunig et al., 2014; Park et al., 2014) in mice. These animal toxicological studies are in agreement with an epidemiologic study finding an association between daily $PM_{2.5}$ concentrations and an increase in pulmonary arterial pressure (Rich et al., 2008). Increased pulmonary pressure due to short-term $PM_{2.5}$ exposure could potentially worsen right ventricular dysfunction and result in reduced blood flow to the left ventricle, and thus, impair left ventricular filling (i.e., diastole). This reduced blood flow could worsen a common type of heart failure that is prevalent in individuals with COPD. Specifically, heart failure characterized by impaired left ventricular filling with preserved ejection fraction (i.e., preserved systolic function).

When considering the available evidence, there are plausible pathways connecting short-term exposure to $PM_{2.5}$ to cardiovascular effects (Figure 6-1). The first potential pathway begins with respiratory tract inflammation that may lead to systemic inflammation, altered hemostasis, impaired vascular function, and potential worsening of IHD and heart failure. The second potential pathway involves the activation of sensory nerves in the respiratory tract that may modulate autonomic nervous system responses potentially leading to exacerbation of IHD and heart failure through changes in BP and worsening of conduction abnormalities or arrhythmia. Moreover, interplay between respiratory and cardiovascular effects could lead to worsening of cardiovascular disease. Collectively, these proposed pathways provide biological plausibility for epidemiologic results of ED visits and hospital admissions

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197270

for cardiovascular-related causes and will be used to inform a causality determination, which is discussed later in the chapter (Section 6.1.16).

## 6.1.2     Ischemic Heart Disease and Myocardial Infarction

IHD is a chronic condition characterized by atherosclerosis and reduced blood flow to the heart (Section 6.2.2 and Section 6.2.4). Myocardial infarction (MI), more commonly known as a heart attack, occurs when heart tissue death occurs secondary to prolonged ischemia. The effect of short-term $PM_{2.5}$ exposure on acute MI, complications from recent MI, and other acute or chronic IHD are generally evaluated using ICD codes recorded when a patient is admitted or discharged from the hospital or emergency department (ICD9: 410−414 or ICD10: I20−I25). In experimental or epidemiologic panel studies, indicators of MI include ST segment depression as measured by an electrocardiograph (ECG). The ST segment of an electrocardiogram recorded by surface electrodes corresponds to the electrical activity of the heart registered between ventricular depolarization and repolarization and is normally isoelectric.

In the 2009 PM ISA, most of the evidence for IHD and MI was from epidemiologic studies of emergency department (ED) visits and hospital admissions. This evidence included the U.S. Medicare Air Pollution Study [MCAPS; Dominici et al. (2006)], a four-city study in Australia (Barnett et al., 2006), and a study among older adults in several French cities (Host et al., 2008). The positive associations reported in these studies were important considerations in determining a *causal relationship* between short-term $PM_{2.5}$ exposure and cardiovascular effects.

Evidence from the current review strengthens the epidemiologic results reported in the 2009 PM ISA. Several new epidemiologic studies conducted in the U.S. and Europe provide additional evidence of positive associations between short-term $PM_{2.5}$ exposure and IHD ED visits and hospital admissions (Section 6.2.2.1). Uncertainties noted in the last review with respect to exposure measurement error for those not living near a $PM_{2.5}$ monitor were reduced in the current review by considering recent studies that applied hybrid exposure assessment techniques that combine land use regression data with satellite aerosol optical depth (AOD) measurements and $PM_{2.5}$ concentrations measured at fixed-site monitors to estimate $PM_{2.5}$ concentrations. In addition to these ED visit and hospital admissions studies, there is also evidence for ST segment depression from epidemiologic panel studies (Section 6.1.2.2).

### 6.1.2.1     Emergency Department (ED) Visits and Hospital Admissions

In the last review, epidemiologic studies that examined the effect of $PM_{2.5}$ on IHD ED visits and hospital admissions provided some of the strongest evidence supporting the *causal relationship* between short-term $PM_{2.5}$ exposure and cardiovascular effects, including several multicity studies [U.S. Medicare Air Pollution Study [MCAPS; (Dominici et al., 2006)], a study of older adults (aged 65+ years) in four

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197271

cities in Australia (Barnett et al., 2006), and a study of older adults in several French cities (Host et al., 2008)]. In the current review, several recent multicity studies in the U.S. and Europe provide additional evidence for positive associations between short-term $PM_{2.5}$ exposure and IHD ED visits and hospital admissions, including some conducted in areas of lower $PM_{2.5}$ concentrations than those included in the 2009 PM ISA. This section first reviews recent studies that have considered IHD as a composite endpoint, and subsequently considers those studies focusing specifically on MI and angina. Additional study details and results are presented in Table 6-1.

Since the 2009 PM ISA, studies using the large Medicare database have evaluated IHD hospital admission records and observed a 0.18% (95% CI: −0.09, 0.45) increase in admissions associated with $PM_{2.5}$ concentrations on the same day (Bell et al., 2015) and a 0.99% (95% CI: 0.62, 1.37) increase over the previous 2 days [lag 0−1; Kloog et al. (2014)]. Unlike most previous studies that relied on monitored $PM_{2.5}$ concentrations, Kloog et al. (2014) applied land use regression (LUR) in conjunction with satellite AOD observations and monitoring data to estimate $PM_{2.5}$ exposures across the study area. This hybrid prediction model attempts to reduce exposure measurement error through more spatially resolved exposure estimates and to increase coverage by estimating exposure for populations that do not live near a $PM_{2.5}$ monitor. Similarly, two multicity studies conducted in New York observed positive associations between short-term $PM_{2.5}$ concentrations and ED visits and hospital admissions for IHD (Hsu et al., 2017; Haley et al., 2009). Hsu et al. (2017) used a hybrid estimate of $PM_{2.5}$ from monitoring data and CMAQ output; the authors reported a positive association with IHD in the greater New York City (NYC) region (including NYC, counties to the north of NYC, and Long Island), but null associations in the remaining regions of the state. Talbott et al. (2014) examined hospital admissions for IHD in seven U.S. states (Florida, Massachusetts, New Hampshire, New Jersey, New Mexico, New York, and Washington) and reported positive associations in New Jersey and New York, but not in the other five states. Neither Hsu et al. (2017) nor Talbott et al. (2014) presented pooled results across all study areas; however, inconsistent results between regions provide evidence of potential regional heterogeneity. In contrast to other large, multicity studies, an administrative database study across England and Wales observed a decrease in risk of hospitalizations for IHD corresponding to increasing $PM_{2.5}$ concentrations averaged over the previous 5 days (RR: 0.986, 95% CI: 0.975, 0.996), and in sensitivity analyses at lag 0−1 [quantitative results not presented; Milojevic et al. (2014)]. Recent single-city studies were inconsistent in observing associations between $PM_{2.5}$ concentrations and IHD, with one study observing positive associations in Denver, CO (Kim et al., 2012) and another observing a null association in St. Louis, MO [(Sarnat et al., 2015); Figure 6-2].

00197272

**Table 6-1     Epidemiologic studies of short-term PM$_{2.5}$ exposure and hospital admissions and emergency department visits for ischemic heart disease and myocardial infarction.**

| Study/Location/Population | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations µg/m$^3$ | Copollutant Examination |
|---|---|---|---|---|
| Dominici et al. (2006)<br>204 U.S. urban counties (1999−2002)<br>Age ≥65 yr | Monitors in county averaged. Number NR. Study population resided an average of 5.9 miles from monitor. Median pairwise correlation between same-county monitors 0.91. | IHD | 13.4 (IQR 3.9)<br>75th: 15.2 | Correlation (r): NA<br>Copollutant models with: NA |
| Barnett et al. (2006)<br>Four Australian cities (1998−2001)<br>Age ≥65 yr | Monitors in city averaged: 3 monitors Sydney, 2 monitors Melbourne and Perth, 1 monitor Brisbane. | IHD | 8.1 to 9.7 (NR)<br>(across four cities)<br>Max: 29.3 to 122.8 (across four cities) | Correlation (r): NA<br>Copollutant models with: NA |
| Host et al. (2007)<br>Six French cities (2000−2003)<br>Age ≥65 yr | Monitors in city averaged: 4 monitors Paris, 1 monitor Toulouse, 2 monitors other cities. Residents within 20 km. Between-monitor r > 0.60. | IHD | 13.8 to 18.6 (NR)<br>(across six cities)<br>95th: 25.0 to 33.0<br>(across six cities) | Correlation (r): PM$_{10-2.5}$: 0.28−0.73 across cities<br>Copollutant models with: NA |
| Zanobetti and Schwartz (2006)<br>Boston, MA (1995−1999)<br>Age ≥65 yr | 1 monitor<br>Data missing for 1998. | MI | Median: 11.1 (IQR 8.9)<br>75th: 16.1 | Correlation (r): BC: 0.66, NO$_2$: 0.55, CO: 0.52, O$_3$: 0.20<br>Copollutant models with: NA |

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197273

**Table 6-1 (Continued): Epidemiologic studies of short-term PM$_{2.5}$ exposure and hospital admissions and emergency department visits for ischemic heart disease and myocardial infarction.**

| Study/Location/Population | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations µg/m$^3$ | Copollutant Examination |
|---|---|---|---|---|
| †Bell et al. (2015)<br>213 U.S. counties<br>(1999−2010)<br>Age ≥65 yr | Monitors in county averaged | IHD, MI | 12.3 (NR)<br>Max: 20.2 | Correlation ($r$): NA<br>Copollutant models with: NA |
| †Kloog et al. (2014)<br>Seven Mid-Atlantic states and Washington, DC<br>(2000−2006)<br>Age ≥65 yr | Spatiotemporal modeling incorporating 10 × 10 km satellite-derived AOD observations, PM$_{2.5}$ monitoring data, and land use variables. Cross-validation $R^2 = 0.81$. | IHD | 2-day avg: 11.92 (5.68)<br>75th: 14.65<br>Max: 95.85 | Correlation ($r$): NA<br>Copollutant models with: NA |
| †Haley et al. (2009)<br>Eight New York cities<br>(2001−2005) | Weighted averages across monitors in each city; 39 monitors in total. | IHD | 5.8 (IQR 5.9)<br>75th: 8.0<br>Max: 42.2 | Correlation ($r$): NA<br>Copollutant models with: NA |
| †Hsu et al. (2017)<br>Four New York regions<br>(1991−2006) | Adjusted CMAQ-simulated model [see Hogrefe et al. (2009)]; 12 × 12 km grid resolution with patient residential address. | IHD | Graphically reported only | Correlation ($r$): NA<br>Copollutant models with: NA |
| †Talbott et al. (2014)<br>Seven U.S. states<br>(2001−2009) | Fuse-CMAQ<br>CMAQ model combined with monitoring data, downscaled to census tract resolution. | IHD, MI | 6.46 to 12.83 (2.55 to 7.66)<br>(across seven states)<br>75th: 7.64 to 16.55<br>(across seven states) | Correlation ($r$): NA<br>Copollutant models with: NA |
| †Milojevic et al. (2014)<br>15 Conurbations in England and Wales (2003−2009) | Nearest monitor to patient's residence (50 km).<br>Number NR. | IHD, MI | Median: 10.0 (IQR 8.0)<br>75th: 15.0 | Correlation ($r$): CO: 0.48, NO$_2$: 0.53, O$_3$: −0.10, PM$_{10}$: 0.86, SO$_2$: 0.41 |

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197274

**Table 6-1 (Continued): Epidemiologic studies of short-term PM2.5 exposure and hospital admissions and emergency department visits for ischemic heart disease and myocardial infarction.**

| Study/Location/Population | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations µg/m³ | Copollutant Examination |
|---|---|---|---|---|
| †Zanobetti et al. (2009)<br>26 U.S. cities (2000–2003)<br>Age ≥65 yr | Monitors in county averaged; 1 to 4 monitors per county.<br>Monitor data discarded if between-monitor correlation <0.8 | MI | 2-day avg: 15.3 (8.2)<br>(across 26 cities) | Correlation (r): NA<br>Copollutant models with: NA |
| †Weichenthal et al. (2016b)<br>16 Cities in Ontario, Canada<br>(2004–2011) | Nearest monitor to patient's population-weighted postal code centroid | MI | 6.91 (5.97)<br>Max: 56.8 | Correlation (r): NO$_2$: 0.51, O$_3$: −0.49<br>Copollutant models with: NO$_2$, O$_3$ |

AOD = aerosol optical depth; BC = black carbon; CMAQ = Community Multiscale Air Quality; CO = carbon monoxide; IHD = ischemic heart disease; IQR = interquartile range; km = kilometer; max = maximum; µg/m³ = micrograms per cubic meter; MI = Myocardial Infarction; NA = not applicable; NO$_2$ = nitrogen dioxide; NR = not reported; O$_3$ = ozone; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; PM$_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; r = correlation coefficient; R$^2$ = correlation coefficient; SO$_2$ = sulfur dioxide; yr = year.

For the included epidemiologic studies, the focus is on those studies conducted in areas where mean PM$_{2.5}$ concentrations are <20 µg/m³ or, in the case of a multicity study, where more than half of the cities have concentrations <20 µg/m³. Other studies may be included if they contribute to evaluating important uncertainties (see Preface).
†Studies published since the 2009 PM ISA.

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197275

Overall, recent epidemiologic studies expand upon the strong evidence presented in the 2009 PM ISA (U.S. EPA, 2009) and continue to provide evidence for positive associations between short-term $PM_{2.5}$ exposure and IHD ED visits and hospital admissions. The strongest recent evidence comes from analyses of the MCAPS study, as well as other multi-city studies. In addition, several recent studies used hybrid exposure assessment techniques incorporating both remote sensing and monitor data. Such techniques permit the inclusion of study subjects that do not live near PM monitors, thereby addressing a previous source of uncertainty in this body of evidence. While the evidence base remains strong overall, a couple of recent single-city studies did not observe a positive association between short-term $PM_{2.5}$ exposure and IHD ED visits and hospital admissions.

### 6.1.2.1.1    Acute Myocardial Infarction (MI) and Angina Pectoris

A prevailing hypothesis in the literature is that $PM_{2.5}$ could be more strongly associated with the more specific outcome of MI rather than the composite endpoint of IHD. In the 2009 PM ISA, a limited number of epidemiologic studies generally observed positive associations between $PM_{2.5}$ and MI, although not without some inconsistency in results across registry-based studies (Sullivan et al., 2005; Peters et al., 2004; Peters et al., 2001). Recent studies evaluating the potential association between $PM_{2.5}$ and MI continue to provide evidence of a positive association based on additional administrative database and registry-based studies; however, some inconsistency in results remains, and the evidence overall is less consistent when compared with associations between $PM_{2.5}$ and IHD.

Recent investigations of MI, which have included larger administrative database studies, generally reported positive associations (Figure 6-2), using either $PM_{2.5}$ concentration estimates from local monitors or spatiotemporal models incorporating land use variables, AOD observations, and monitor measurements (Section 3.3, Table 6-1). Several U.S. studies reported positive associations at short lag periods (Ostro et al., 2016; Talbott et al., 2014; Zanobetti et al., 2009), with the notable exception of a large, nationwide Medicare study that observed null associations at lag 0 (Bell et al., 2015). Similarly, a study in England and Wales observed a negative association for MI (Milojevic et al., 2014) for a longer multi-day lag period (lag 0−4) and a null association for analyses at lag 0−1. Note that Talbott et al. (2014) observed some evidence of regional heterogeneity, with positive associations in three of the seven U.S. states. Meanwhile, recent multicity Canadian studies reported positive associations between short-term $PM_{2.5}$ exposure and ED visits and hospital admissions for MI [Stieb et al. (2009); Szyszkowicz (2009); Weichenthal et al. (2016b); Figure 6-2]. Weichenthal et al. (2016b) also examined effect modification by city-level $PM_{2.5}$ oxidative potential and observed an increasing association between $PM_{2.5}$ and MI as oxidative potential increased. Recent administrative studies of MI add to the limited number of studies from the 2009 PM ISA. Although not all studies observed positive associations, overall, recent administrative studies continue to provide evidence of a positive association between $PM_{2.5}$ and MI, particularly for immediate lag periods (see Section 6.2).

00197276



CI = confidence interval; h = hour; IHD = ischemic heart disease; μg/m³ = micrograms per cubic meter; MI = myocardial infarction; NSTEMI = non-ST segment elevation MI; NR = not reported; PM₂.₅ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; STEMI = ST segment elevation MI.

Note: Corresponding quantitative results are reported in Supplemental Table S6-1 (U.S. EPA, 2018).
†Studies published since the 2009 PM ISA.

**Figure 6-2**    **Results of studies of short-term ambient PM₂.₅ exposure and hospital admissions and emergency department visits for ischemic heart disease and myocardial infarction.**

While these administrative-based studies generally observe positive associations between PM₂.₅ and MI, smaller recent studies based on MI registries, which are thought to have less outcome misclassification than administrative data sets, have not consistently observed associations between PM₂.₅

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197277

exposure and MI incidence (Pope et al., 2015; Gardner et al., 2014; Rich et al., 2010). $PM_{2.5}$ exposure estimates from studies based on MI registries were based on either data from the nearest available monitoring station or on averages of measured concentrations from multiple monitors. The results of MI registry studies are consistent with the 2009 PM ISA, wherein registry-based MI studies reported inconsistent results for an association between $PM_{2.5}$ and MI. However, some inconsistency may be due to the type of event, because studies of ST segment elevation MI [STEMI; Pope et al. (2015); Gardner et al. (2014)] and transmural MI (Rich et al., 2010) reported positive associations, whereas null or negative associations were observed in studies of non-ST segment elevation MI (Pope et al., 2015; Gardner et al., 2014). In contrast, results from European studies, which had generally higher mean $PM_{2.5}$ concentrations, do not provide consistent evidence for an association between $PM_{2.5}$ and STEMI (Caussin et al., 2015; Claeys et al., 2015).

While the above studies reported inconsistent associations, recent meta-analyses by Mustafic et al. (2012) and Luo et al. (2015) reported overall associations between $PM_{2.5}$ and ED visits or hospital admissions for MI that were both positive and statistically significant. The magnitude of the association based on the meta-analytic summary estimates is on the order of 2 to 2.5% excess risk of ED visits and hospital admissions for MI.

In summary, several large studies published since the release of the 2009 PM ISA (U.S. EPA, 2009) provide continued support for an association between $PM_{2.5}$ exposure and ED visits or hospital admissions for IHD among study populations that generally had lower $PM_{2.5}$ exposures (Table 6-1) than those reported in the 2009 PM ISA. The evidence is not entirely consistent, particularly across recent registry-based studies of MI. While the registry-based studies are likely to reduce outcome misclassification, they are less generalizable to the U.S. population than the large, administrative-based studies. The positive associations reported across these administrative-based studies is supported by formal meta-analyses that document the presence of an association between $PM_{2.5}$ and MI. Many of these studies conducted exposure assessment using a single monitor or an average of fixed-site monitors, which restricts the study population to people living near monitors. However, several studies used modeled $PM_{2.5}$ concentrations to study a wider population, including rural populations, addressing a previously identified uncertainty. Overall, consistent, positive associations across multicity studies continue to provide strong evidence for the relationship between short-term $PM_{2.5}$ and IHD.

### 6.1.2.2    Epidemiologic Studies of ST Segment Depression

The 2009 PM ISA reviewed a handful of panel studies investigating ST segment changes in relation to short-term exposure to $PM_{2.5}$. These studies reported associations between 1 hour−2 days $PM_{2.5}$ concentrations and ST segment depression. Since the 2009 PM ISA, two studies have examined potential changes in ST segment depression relative to $PM_{2.5}$ concentrations. In a study of 38 older adults with IHD in nursing homes in Los Angeles, CA, Delfino et al. (2011) observed that $PM_{2.5}$ concentrations averaged

00197278

over 1 hour up to 4 days were associated with ST segment depression $\geq 1.0$ mm (OR: 1.68 [95% CI: 1.20, 2.35]). Notably, this association was attenuated in models including black carbon (BC) or primary organic carbon (OC), but remained positive. In another study, Zhang et al. (2009) observed associations between $PM_{2.5}$ concentrations and ST segment abnormality in the Women's Health Initiative at lag 0−2 days (4% [95% CI: −3, to 10]). Evidence from these recent studies further support results from the 2009 PM ISA. More information on these studies can be found in Table 6-2 below.

**Table 6-2    Details from epidemiologic studies of ST segment depression.**

| Study | Study Population | Exposure Assessment | Effect Estimates 95% CI | Copollutant Examination |
|---|---|---|---|---|
| †Delfino et al. (2011) Los Angeles, CA 2005−2007 | n = 38 nonsmoking older adults (≥65 yr) with history of coronary artery disease. Consecutive ECG monitoring for two 5-day periods in the warm and cool season (7,273 h of measurements). Hourly diary during study periods. Recruited from 4 retirement communities. | Residential monitoring 24 h avg Mean (SD): 21.1 (11.4) Max: 77.4 | ST segment depression 1-day avg: 1.68 (1.20, 2.43) 2-day avg: 1.62 (1.08, 2.43) | Correlation ($r$) = 0.44 OC, 0.58 BC, 0.43 primary OC, 0.2 $PM_{0.25}$, 0.14 $NO_X$, 0.31 CO, 0.04 $O_3$ Copollutant models with: BC, OC. |
| †Zhang et al. (2009) 49 U.S. cities 1999−2003 | Women's Health Initiative n = 55,529 postmenopausal women, 52−90 yr 52% with hypertension 20% with hypercholesterolemia | Kriging of fixed-site monitors for participants' geocoded address 24 h avg Mean (SD): 13.9 (7) | Minnesota Code 4 (ST segment abnormalities) Lag 0−2: 1.04 (0.97, 1.10) | Correlation ($r$): NR |

avg = average; BC = black carbon; CI = confidence interval; CO = carbon monoxide; ECG = electrocardiograph; h = hour; n = number; $NO_2$ = nitrogen dioxide; $NO_X$ = oxides of nitrogen; NR = not reported; $O_3$ = ozone; OC = organic carbon; $PM_{0.25}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 0.25 μm; $r$ = correlation coefficient; SD = standard deviation; ST = beginning of S wave to end of T wave; yr = year.
†Studies published since the 2009 PM ISA.

00197279

### 6.1.3    Heart Failure and Impaired Heart Function

Heart failure refers to a set of conditions in which the heart's pumping action is weakened. In congestive heart failure (CHF), the flow of blood from the heart slows, failing to meet the oxygen demands of the body, and returning blood can back up, causing swelling or edema in the lungs or other tissues (typically in the legs and ankles). The effect of short-term $PM_{2.5}$ exposure on people with CHF—which is a chronic condition—is generally evaluated using ICD codes recorded when a patient is admitted or discharged from the hospital or ED. The relevant diagnostic codes for heart failure are ICD9 428 and ICD10 I50. These codes encompass left, systolic, diastolic, and combined heart failure (Section 6.2.5). In experimental studies, indicators of heart failure include decreased contractility and/or relaxation in response to pharmacological challenge, reduced ejection fraction (i.e., the percent of blood pumped from the ventricle during each contraction) and decreases in left ventricular developed pressure (LVDP). Effects on endpoints such as these are plausible given the evidence that short-term $PM_{2.5}$ exposure can result in a number of cardiovascular effects, including arrhythmia and increases in BP.

In the 2009 PM ISA, the majority of the evidence for heart failure was from epidemiologic studies of ED visits and hospital admissions. The strongest evidence for an association came from multicity studies in the U.S. (Dominici et al., 2006) and Australia (Barnett et al., 2006). Results from single-city studies reviewed in the 2009 PM ISA also provided supporting evidence of a positive association between short-term exposure to $PM_{2.5}$ and CHF-related ED visits and hospital admissions (Section 6.1.3.1). In the 2009 PM ISA, there was also limited evidence of decreased contractility in mice following exposure to carbon particles, but not in studies using $PM_{2.5}$ CAPs.

Evidence from the current review strengthens the epidemiologic results reported in the 2009 PM ISA. Since the last review, multicity epidemiologic studies conducted in the U.S., Canada, and Europe generally report positive associations between short-term $PM_{2.5}$ exposure and ED visits and hospital admissions for heart failure. Additional evidence of these associations was also found in single-city studies, although these results tended to be more inconsistent. Supporting the ED visit and hospital admissions studies was a single toxicological study showing impaired contractility and LVDP following short-term $PM_{2.5}$ exposure (Kurhanewicz et al., 2014).

### 6.1.3.1    Emergency Department (ED) Visits and Hospital Admissions

Numerous studies reviewed in the 2009 PM ISA provided evidence of positive associations between short-term $PM_{2.5}$ exposure and ED visits or hospital admissions for heart failure. The strongest evidence came from multicity studies in the U.S. (Dominici et al., 2006) and Australia (Barnett et al., 2006). Results from single-city studies reviewed in the 2009 PM ISA provided additional evidence of positive associations between $PM_{2.5}$ and CHF.

00197280

Since the 2009 PM ISA, a number of recent studies add to the available evidence and further support a positive association between short-term $PM_{2.5}$ exposure and ED visits and hospital admissions for heart failure (Table 6-3), including among study populations that had lower $PM_{2.5}$ exposures than those in the 2009 PM ISA.

**Table 6-3     Epidemiologic studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for congestive heart failure.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations µg/m³ | Copollutant Examination |
|---|---|---|---|---|
| Dominici et al. (2006)<br>204 U.S. urban counties (1999–2002)<br>Age ≥65 yr | Monitors in county averaged. Number NR. Study population resided an average of 5.9 miles from monitor. Median pairwise correlation between same-county monitors 0.91. | Heart failure | 13.4 (IQR 3.9)<br>75th: 15.2 | Correlation ($r$): NA<br>Copollutant models with: NA |
| Barnett et al. (2006)<br>Four Australian cities (1998–2001) | Monitors in city averaged.<br>3 monitors Sydney, 2 monitors Melbourne and Perth, 1 monitor Brisbane. | Heart failure | 8.1 to 9.7 (NR)<br>(across four cities)<br>Max: 29.3 to 122.8<br>(across four cities) | Correlation ($r$): NA<br>Copollutant models with: NA |
| †Bell et al. (2015)<br>213 U.S. counties (1999–2010)<br>Age ≥65 yr | Monitors in county averaged. | Heart failure | 12.3 (NR)<br>Max: 20.2 | Correlation ($r$): NA<br>Copollutant models with: NA |
| †Zanobetti et al. (2009)<br>26 U.S. cities (2000–2003)<br>Age ≥65 yr | Monitors in county averaged.<br>1 to 4 monitors per county.<br>Monitor data discarded if between-monitor correlation <0.8 | Heart failure | 2-day avg: 15.3 (8.2)<br>(across 26 cities) | Correlation ($r$): NA<br>Copollutant models with: NA |
| †Talbott et al. (2014)<br>Seven U.S. states (2001–2009) | Fused-CMAQ<br>CMAQ model combined with monitoring data, downscaled to census tract resolution. | Heart failure | 6.46 to 12.83 (2.55 to 7.66)<br>(across seven states)<br>75th: 7.64 to 16.55<br>(across seven states) | Correlation ($r$): NA<br>Copollutant models with: $O_3$ |

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197281

**Table 6-3 (Continued): Epidemiologic studies of short-term PM$_{2.5}$ exposure and hospital admissions and emergency department visits for congestive heart failure.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations µg/m³ | Copollutant Examination |
|---|---|---|---|---|
| †Hsu et al. (2017) Four New York regions (1991–2006) | Adjusted CMAQ-simulated model [see Hogrefe et al. (2009)]. 12 × 12 km grid resolution with patient residential address. | Heart failure | Graphically reported only | Correlation (r): NA Copollutant models with: NA |
| †Haley et al. (2009) Eight New York cities (2001–2005) | Weighted averages across monitors in each city; 39 monitors in total. | Heart failure | 5.8 (IQR 5.9) 75th: 8.0 Max: 42.2 | Correlation (r): NA Copollutant models with: NA |
| †Ostro et al. (2016) Eight California counties (2005–2009) | Nearest monitor within 20 km of population-weighted centroid of ZIP code | Heart failure | Overall mean: 16.5 (IQR: 11.4; across 8 counties) | Correlation (r): NA Copollutant models with: NA |
| †Stieb et al. (2009) Six Canadian cities (1992–2003) | Monitors in city averaged. 1 monitor Halifax, Ottawa, Vancouver; 3 Edmonton; 7 Montreal and Toronto | Heart failure | 6.7 to 9.8 75th: 8.5 to 11.3 | Correlation (r): O$_3$: −0.05–0.62; NO$_2$: 0.27–0.51; SO$_2$: 0.01–0.55; CO: 0.01–0.42 Copollutant models with: NA |
| †Milojevic et al. (2014) 15 Conurbations in England and Wales (2003–2009) | Nearest monitor to patient's residence (50 km). Number NR. | Heart failure | Median: 10.0 (IQR 8.0) 75th: 15.0 | Correlation (r): CO: 0.48; NO$_2$: 0.53, O$_3$: −0.10; PM$_{10}$: 0.86, SO$_2$: 0.41 Copollutant models with: NA |
| †Rodopoulou et al. (2015) Central Arkansas (2002–2012) | Single monitor—NCore site (AQS #05-119-0007) | Heart failure and hypertensive heart disease | 12.4 75th: 15.6 | Correlation (r): NA Copollutant models with: O$_3$ |

00197282

**Table 6-3 (Continued): Epidemiologic studies of short-term PM$_{2.5}$ exposure and hospital admissions and emergency department visits for congestive heart failure.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations µg/m³ | Copollutant Examination |
|---|---|---|---|---|
| †Sarnat et al. (2015) St. Louis, MO–IL metropolitan area (2001–2003) | Monitors in metropolitan area averaged; 13 monitors in total | Heart failure | 18.0 | Correlation (r): CO: 0.25; NO$_2$: 0.35, O$_3$: 0.23; SO$_2$: 0.08 Copollutant models with: CO, NO$_2$, O$_3$, SO$_2$ |

AQS = Air Quality System; CMAQ = Community Multiscale Air Quality; CO = carbon monoxide; IQR = interquartile range; km = kilometer; max = maximum; µg/m³ = micrograms per cubic meter; NA = not applicable; NO$_2$ = nitrogen dioxide; NR = not reported; O$_3$ = ozone; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; PM$_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm; r = correlation coefficient; SO$_2$ = sulfur dioxide; yr = year.

For the included epidemiologic studies, the focus is on those studies conducted in areas where mean PM$_{2.5}$ concentrations are <20 µg/m³ or, in the case of a multicity study, where more than half of the cities have concentrations <20 µg/m³. Other studies may be included if they contribute to evaluating important uncertainties (see Preface).

†Studies published since the 2009 PM ISA.

Several recent multicity studies in the U.S., Canada, and Europe examined the relationship between PM$_{2.5}$ and ED visits and hospital admissions for heart failure and generally observed positive associations (Figure 6-3). Two large Medicare studies (Bell et al., 2015; Zanobetti et al., 2009) observed similar estimates to those published by Dominici et al. (2006), reporting a 1.1% (95% CI: 0.8, 1.5) and 1.9% (95% CI: 1.2, 2.5) increase in hospital admissions, respectively. Talbott et al. (2014) examined hospital admissions in seven U.S. states and, although they did not pool their results, they observed positive associations between same-day hospital admissions for heart failure and PM$_{2.5}$ concentrations in Massachusetts, New Jersey, and New York, but not in New Hampshire, Washington, New Mexico, or Florida. Similarly, another large administrative data study in New York, which estimated PM$_{2.5}$ exposures using a hybrid of both monitored PM$_{2.5}$ data and modeled PM$_{2.5}$ estimates, reported a positive association with heart failure in the greater NYC region, but null associations throughout the remainder of the state (Hsu et al., 2017). The observed differences in effect estimates within or between states in Talbott et al. (2014) and Hsu et al. (2017) indicated the potential for regionally heterogeneous associations. Smaller multicity studies in New York (Haley et al., 2009), California (Ostro et al., 2016), and Canada (Stieb et al., 2009) reported positive associations between PM$_{2.5}$ exposure and ED visits and hospital admissions for heart failure, which showed increases ranging from 1.1 to 8.0%. In contrast, a study of hospital admissions for heart failure in England and Wales reported a null association between short-term PM$_{2.5}$ exposure and heart failure (Milojevic et al., 2014).

00197283



CI = confidence interval; HF = heart failure; HHD = hypertensive heart disease; Med = median; μg/m³ = micrograms per cubic meter; NR = not reported; PM₂.₅ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.
Note: Corresponding quantitative results are reported in Supplemental Table S6-3 (U.S. EPA, 2018).
†Studies published since the 2009 PM ISA.

**Figure 6-3    Results of studies of short-term ambient PM₂.₅ concentrations and hospital admissions and emergency department visits for heart failure.**

In summary, recent multicity studies, along with studies published in the 2009 PM ISA, provide continued evidence for an association between short-term PM₂.₅ exposure and ED visits and hospital admissions for heart failure, including among study populations with generally lower PM₂.₅ concentrations than those in the previous ISA (Table 6-3). Several studies conducted exposure assessment using a single monitor or an average of fixed-site monitors, an exposure protocol that restricts the study

00197284

population to people living near monitors and which may result in exposure misclassification due to spatial variation of $PM_{2.5}$. However, consistent positive associations across multicity and single-city studies continue to provide strong evidence for an association between short-term $PM_{2.5}$ and CHF that is unlikely to be driven by chance or systemic bias.

### 6.1.3.2    Controlled Human Exposure Studies of Impaired Heart Function

In the 2009 PM ISA, there were no CHE studies examining the effect of short-term exposure to $PM_{2.5}$ on impaired heart function. Since the publication of that document, Vieira et al. (2016b) have reported that in both exercising heart-failure patients and control patients, short-term exposure to diesel exhaust (DE) results in statistically significant ($p < 0.05$) decreases in estimated left ventricular stroke volume (i.e., the amount of blood the left ventricle pumps per beat). The authors also reported that particle filtration of DE attenuated this effect in both groups. More information on this study can be found in Table 6-4 below.

**Table 6-4    Study-specific details from a controlled human exposure study of short-term $PM_{2.5}$ exposure and impaired heart function.**

| Study | Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Vieira et al. (2016b) | Healthy adults n = 8 M, 7 F; 45 ± 10 yr; 7 with a history of smoking<br><br>Heart failure patients n = 16 M, 10 F; 51 ± 9 yr; 19 white; 17 with a history of smoking | 325 ± 31 µg/m³ $PM_{2.5}$ DE generated from a diesel engine and conditioned through a refrigerated metal retainer<br><br>25 ± 6 µg/m³ $PM_{2.5}$ filtered DE<br><br>21 min total exposure, 15 at rest and 6 while walking | $O_2$ pulse as a surrogate for stroke volume during 6 min walking exposure |

CHE = controlled human exposure; DE = diesel exhaust; F = female; M = male; µg/m³ = micrograms per cubic meter; min = minute; n = number; $O_2$ = oxygen; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; yr = year.

### 6.1.3.3    Toxicological Studies of Impaired Heart Function

A study in the 2009 PM ISA (U.S. EPA, 2009) found decreased contractility after exposure to black carbon in mice (Yan et al., 2008). Since the 2009 PM ISA, Kurhanewicz et al. (2014) demonstrated that in mice, short-term $PM_{2.5}$ exposure caused statistically significant decreases ($p < 0.05$) in LVDP and contractility compared with filtered air controls. However, a separate study in rats did not report cardiac gene expression consistent with cardiac damage (Aztatzi-Aguilar et al., 2015) following short-term $PM_{2.5}$

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197285

exposure. Taken together, there is some additional evidence from more recent toxicological studies that short-term exposure to $PM_{2.5}$ may cause impaired heart function in mice. More information on studies published since the 2009 PM ISA can be found in Table 6-5 below.

**Table 6-5    Study-specific details from toxicological studies of short-term $PM_{2.5}$ exposure and impaired heart function.**

| Study | Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Kurhanewicz et al. (2014) | C57BL/6 mice; F, n = 5−8 per treatment group | Inhalation of 190 µg/m³ $PM_{2.5}$ for 4 h from Research Triangle Park, NC | LVDP and contractility 24 h postexposure |
| Aztatzi-Aguilar et al. (2015) | Adult Sprague-Dawley rats, M, n = 4 per treatment group | Inhalation of 178 µg/m³ $PM_{2.5}$ for 5 h/day for 3 days from a high traffic and industrial area north of Mexico City in early summer | Gene expression consistent with cardiac damage (*Acta1* and *Col3a1*) in heart tissue collected 24 h postexposure |

*Acta1* = skeletal alpha-actin; *Col3a1* = collagen Type 3 alpha; F = female; h = hour; M = male; µg/m³ = micrograms per cubic meter; n = number; LVDP = left ventricular developed pressure; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

### 6.1.4    Ventricular Depolarization, Repolarization, and Arrhythmia

In epidemiologic studies, the effect of short-term $PM_{2.5}$ exposure on arrhythmia is generally evaluated using ICD codes for ED visits, hospital admissions, and out-of-hospital cardiac arrests (OHCA) that typically result from ventricular arrhythmia. In addition, there is a body of epidemiologic studies that examine arrhythmias recorded on implantable cardiodefibrillators.

Experimental and epidemiologic panel studies typically use surface ECGs to measure electrical activity in the heart resulting from depolarization and repolarization of the atria and ventricles. The P wave of the ECG represents atrial depolarization, the QRS represents ventricular depolarization, and the T wave represents ventricular repolarization. Because the ventricles account for the largest proportion of heart mass overall and thus are the primary determinants of the electrical activity recorded in the ECG, ECG changes indicating abnormal electrical activity in the ventricles are of greatest concern. Such endpoints denoting ventricular electrical activity include QTc interval, transmural dispersion (Tp-Te) duration, and T-wave shape. Changes in QTc, RT, and/or Tp-Te duration as wells as changes in T-wave shape and amplitude may indicate abnormal impulse propagation in the ventricles. Effects on these endpoints are plausible given that exposure to PM is associated with changes in cardiac autonomic tone and systemic inflammatory responses that may in turn influence cardiac ion channels, adrenergic and cholinergic receptors, and gap junction proteins, all of which contribute to normal impulse conduction in

00197286

heart muscle (Brook et al., 2004). Cardiac arrhythmias can vary in severity from the benign to the potentially lethal, like cardiac arrest, in which loss of heart function occurs due to an electrical disturbance that disrupts the heart's pumping action.

Few studies of arrhythmia-related hospitalizations were available in the 2009 PM ISA, and evidence remains limited. However, there is some evidence from epidemiologic panel studies of an association between short-term $PM_{2.5}$ exposure and potential indicators of arrhythmia. Moreover, both CHE and animal toxicological studies provide some evidence that $PM_{2.5}$ exposure influences the electrical activity of the heart.

The 2009 PM ISA reviewed a handful of small studies examining the association between $PM_{2.5}$ exposure and OHCA. No evidence of an association was reported. Since the publication of the 2009 PM ISA, additional ED visit and hospital admissions studies with substantially larger populations have evaluated the relationship between short-term $PM_{2.5}$ exposure and OHCA. In contrast to the studies from the previous review, recent studies have reported generally positive associations between short-term $PM_{2.5}$ exposure and OHCA. Nevertheless, potential copollutant confounding remains an uncertainty in these studies.

### 6.1.4.1    Emergency Department (ED) Visits and Hospital Admissions for Arrhythmia and Out-of-Hospital Cardiac Arrest

A number of studies based on administrative databases have sought to evaluate the association between short-term $PM_{2.5}$ exposure and hospital admissions for cardiac arrhythmias (also known as dysrhythmias). In these studies, a primary discharge diagnosis of ICD-9 427 has typically been used to identify hospitalized patients. ICD-9 427 includes a heterogeneous group of arrhythmias including paroxysmal ventricular or supraventricular tachycardia, atrial fibrillation and flutter, ventricular fibrillation and flutter, cardiac arrest, premature beats, and sinoatrial node dysfunction.

#### 6.1.4.1.1    Arrhythmias

In the 2009 PM ISA, studies of arrhythmia-related hospital admissions reported inconsistent results, with most studies providing little evidence of an association. The multicity U.S. MCAPS study observed a modest increase (0.6% [95% CI: 0.0−1.2]) in hospital admissions for the combined outcome of cardiac arrhythmias and conduction disorders (Dominici et al., 2006). However, a multicity study in Australia and New Zealand (Barnett et al., 2006) and a study in Atlanta, GA (Metzger et al., 2004) observed null associations between arrhythmia ED visits and hospital admissions and $PM_{2.5}$ exposure. Since the publication of the 2009 PM ISA, recent studies continue to provide inconsistent evidence of an association (Table 6-6).

00197287

Case 8:22-cv-02597-DKC    Document 68-9    Filed 10/30/23    Page 98 of 122


**Table 6-6    Epidemiologic studies of short-term PM2.5 exposure and hospital admissions and emergency department visits for cardiac arrhythmia.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations µg/m³ | Copollutant Examination |
|---|---|---|---|---|
| Dominici et al. (2006) 204 U.S. urban counties (1999−2002) Age ≥65 yr | Monitors in county averaged. Number NR. Study population reside an average of 5.9 miles from monitor. Median pairwise correlation between same-county monitors 0.91. | Arrhythmia | 13.4 (IQR 3.9) 75th: 15.2 | Correlation (r): NA Copollutant models with: NA |
| †Bell et al. (2015) 213 U.S. counties (1999−2010) Age ≥65 yr | Monitors in county averaged | Heart rhythm disturbance | 12.3 Max: 20.2 | Correlation (r): NA Copollutant models with: NA |
| †Talbott et al. (2014) Seven U.S. states (2001−2009) | Fused-CMAQ CMAQ model combined with monitoring data, downscaled to census tract resolution. | Arrhythmia | 6.46 to 12.83 (across seven states) 75th: 7.64 to 16.55 (across seven states) | Correlation (r): NA Copollutant models with: O₃ |
| †Hsu et al. (2017) Four New York regions (1991−2006) | Adjusted CMAQ-simulated model [see Hogrefe et al. (2009)]. 12 × 12 km grid resolution with patient residential address. | Arrhythmia | Graphically reported only | Correlation (r): NA Copollutant models with: NA |
| †Milojevic et al. (2014) 15 Conurbations in England and Wales (2003−2009) | Nearest monitor to patient's residence (50 km). Number NR. | Arrhythmia Atrial fibrillation | Median: 10.0 (IQR 8.0) 75th: 15.0 | Correlation (r): CO: 0.48, NO₂: 0.53, O₃: −0.10, PM₁₀: 0.86, SO₂: 0.41 Copollutant models with: NA |
| †Stieb et al. (2009) Six Canadian cities (1992−2003) | Monitors in city averaged. 1 monitor Halifax, Ottawa, Vancouver; 3 Edmonton; 7 Montreal and Toronto | Arrhythmia | 6.7 to 9.8 75th: 8.5 to 11.3 | Correlation (r): O₃: −0.05−0.62; NO₂: 0.27−0.51; SO₂: 0.01−0.55; CO: 0.01−0.42 Copollutant models with: NA |

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

6-24

00197288

**Table 6-6 (Continued): Epidemiologic studies of short-term PM₂.₅ exposure and hospital admissions and emergency department visits for cardiac arrhythmia.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations µg/m³ | Copollutant Examination |
|---|---|---|---|---|
| †Haley et al. (2009)<br>Eight New York cities<br>(2001−2005) | Weighted averages across monitors in each city.<br>39 monitors in total. | Rhythm/ conduction | 5.8 (IQR 5.9)<br>75th: 8.0<br>Max: 42.2 | Correlation (r): NA<br>Copollutant models with: NA |
| †Ostro et al. (2016)<br>Eight California counties<br>(2005−2009) | Nearest monitor<br>Within 20 km of population-weighted centroid of ZIP code | Arrhythmia | Overall mean: 16.5<br>(IQR: 11.4; across 8 counties) | Correlation (r): NA<br>Copollutant models with: NA |

AQS = Air Quality System; CMAQ = Community Multiscale Air Quality; CO = carbon monoxide; IQR = interquartile range; km = kilometer; max = maximum; µg/m³ = micrograms per cubic meter; NA = not applicable; NO₂ = nitrogen dioxide; NR = not reported; O₃ = ozone; PM₂.₅ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; PM₁₀ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm; r = correlation coefficient; SO₂ = sulfur dioxide; yr = year.

For the included epidemiologic studies, the focus is on those studies conducted in areas where mean PM₂.₅ concentrations are <20 µg/m³ or, in the case of a multicity study, where more than half of the cities have concentrations <20 µg/m³. Other studies may be included if they contribute to evaluating important uncertainties (see Preface).

†Studies published since the 2009 PM ISA.

Several multicity studies in the U.S., Canada, and Europe examined the relationship between PM₂.₅ exposure and arrhythmia-related ED visits and hospital admissions and observed inconsistent associations (Figure 6-4). As in the U.S. MCAPS study by Dominici et al. (2006), Bell et al. (2015) reported a positive increase (0.6% [95% CI: 0.3, 1.0]) in risk of hospitalization for heart rhythm disturbance (ICD 426, 427) among Medicare beneficiaries. Talbott et al. (2014) also examined hospital admissions for arrhythmias in seven U.S. states, and although they did not pool their results, they observed evidence of same-day positive associations in Massachusetts, New Jersey, and New York. Another large administrative data study in New York, using a hybrid estimation of PM₂.₅ exposure combining monitor data and model predictions, reported a positive association with arrhythmia hospital admissions in the NYC region, but null and imprecise associations (i.e., wide 95% CI; Figure 6-4) in the other three New York regions (Hsu et al., 2017). Conversely, Milojevic et al. (2014) looked at arrhythmia hospital admissions in England and Wales and found negative associations with PM₂.₅ concentrations. However, the examined lag period (lag 0−4) was long and could have diluted any immediate effect, because the authors conducted a sensitivity analysis and reported that arrhythmia hospital admissions were positively associated with PM₂.₅ exposure at lag 0−1 (quantitative results not presented). Additional multicity studies in Canada (Stieb et al., 2009), New York (Haley et al., 2009), and California (Ostro et al., 2016) also reported null or negative associations.

Results from single-city studies in the U.S. were also inconsistent, with some studies reporting generally null associations (Rodopoulou et al., 2015; Sarnat et al., 2015), while another study observed a

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197289

positive association [quantitative results not presented (Bunch et al., 2011)]. Overall, recent evidence continues to be inconsistent for an association between short-term in PM2.5 exposure and ED visits and hospital admissions for arrhythmias.



CI = confidence interval; Med = median; μg/m³ = micrograms per cubic meter; NR = not reported; PM2.5 = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.
Note: Corresponding quantitative results are reported in Supplemental Table S6-4 (U.S. EPA, 2018).
†Studies published since the 2009 PM ISA.

**Figure 6-4    Results of studies of short-term PM2.5 exposure and hospital admissions and emergency department visits for arrhythmia.**

00197290

### 6.1.4.1.2          Out-of-Hospital Cardiac Arrest

The majority of out-of-hospital cardiac arrests (OHCA) are due to cardiac arrhythmias. The 2009 PM ISA reviewed several studies examining the association between $PM_{2.5}$ and OHCA (Rosenthal et al., 2008; Sullivan et al., 2003; Levy et al., 2001). Two of these studies were conducted in Seattle and reported no evidence of an association between $PM_{2.5}$ and OHCA (Sullivan et al., 2003; Levy et al., 2001). The third, a study in Indianapolis, IN did not observe an association with $PM_{2.5}$ (Rosenthal et al., 2008). However, Rosenthal et al. (2008) found a positive association between hourly $PM_{2.5}$ and the subset of events that were witnessed by bystanders, which potentially reduces misclassification of outcome in regard to cause and timing. Since the publication of the 2009 PM ISA, a number of additional studies have been published on $PM_{2.5}$ and OHCA. The recent literature reports consistent, positive associations between short-term exposure to $PM_{2.5}$ and risk of OHCA (Table 6-7).

**Table 6-7      Epidemiologic studies of short-term $PM_{2.5}$ exposure and out-of-hospital cardiac arrest.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations µg/m³ | Effect Estimates[a] 95% CI | Copollutant Examination |
|---|---|---|---|---|---|
| Sullivan et al. (2003) Seattle, WA (1985−1994) | Monitors in city averaged. 3 monitors; $R^2 = 0.85$. | OHCA | Nephelometry $(0.71 \times 10^{-1}\,km^{-1}$ bsp) IQR: 13.8 µg/m³ | OR Lag 0: 0.96 (0.91, 1.01) Lag 1: 0.96 (0.91, 1.01) Lag 2: 1.00 (0.95, 1.06) | Correlation ($r$): NA Copollutant models with: NA |
| Levy et al. (2001) Seattle, WA (1988−1994) Age 25−75 yr Married and in-person interview | Monitors in city averaged. 3 monitors $R^2$ to $PM_{2.5} = 0.85$. | OHCA | 18.4 (NR) 75th: 23.0 Max: 96.0 | RR Lag 1: 0.89 (0.78, 1.02) | Correlation ($r$): NA Copollutant models with: NA |
| Rosenthal et al. (2008) Indianapolis, IN (2002−2006) | 1 monitor 2002 data from separate monitor. $R^2 = 0.87$. | OHCA | Median: 13.9 75th: 19.5 90th: 25.8 | HR All OHCA Lag 0: 1.02 (0.94, 1.11) Witnessed OHCA (n = 511) Lag 0: 1.12 (1.01, 1.25) | Correlation ($r$): NA Copollutant models with: NA |

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197291

**Table 6-7 (Continued): Epidemiologic studies of short-term PM$_{2.5}$ exposure and out-of-hospital cardiac arrest.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations µg/m$^3$ | Effect Estimates[a] 95% CI | Copollutant Examination |
|---|---|---|---|---|---|
| †Ensor et al. (2013) Houston, TX (2004–2011) Age ≥18 yr | Monitors in city averaged. 12 monitors. | OHCA | 1 h avg: 11.42 (5.89) 75th: 14.37 95th: 22.8 11.42 (4.73) 75th: 13.71 95th: 20.96 | RR Hourly lag Lag 0: 1.015 (0.977, 1.057) Lag 1: 1.018 (0.978, 1.059) Daily lag Lag 0–1: 1.066 (1.008, 1.126) Lag 1–2: 1.078 (1.020, 1.140) | Correlation ($r$): NO$_2$: 0.24, SO$_2$: 0.05, CO: 0.34, O$_3$: 0.01 Copollutant models with: NA |
| †Silverman et al. (2010) New York, NY (2002–2006) | Monitors in city averaged. 33 monitors located within 32 km radius of NYC center. | OHCA | Median: 12 IQR: 10 75th: 18 95th: 30 | RR Case crossover; Lag 0–1 All year: 1.04 (0.99, 1.08) Warm: 1.08 (1.02, 1.15) Cold: 0.99 (0.93, 1.06) Time series; Lag 0–1 All Year: 1.06 (1.02, 1.10) Warm: 1.09 (1.03, 1.15) Cold: 1.01 (0.95, 1.07) | Correlation ($r$): Warm season: NO$_2$: 0.77, SO$_2$: 0.66, CO: 0.67, O$_3$: −0.43; Cold season: NO$_2$: 0.54, SO$_2$: 0.51, CO: 0.40, O$_3$: 0.63 Copollutant models with: NA |
| †Dennekamp et al. (2010) Melbourne, Australia (2003–2006) Age ≥35 yr | 1 monitor. | OHCA | 6.35 IQR: 4.26 75th: 7.45 | RR Lag 0: 1.058 (1.013, 1.106) Lag 1: 1.059 (1.008, 1.113) Lag 0–1: 1.087 (1.031, 1.146) | Correlation ($r$): NO$_2$: 0.49, O$_3$: 0.13, CO: 0.55 Copollutant models with: NO$_2$, O$_3$, CO |
| †Raza et al. (2014) Stockholm, Sweden (2000–2010) | Monitors in city averaged. Number NR. | OHCA | 8.1 IQR: 4.81 Max: 161.7 | No quantitative results presented; results presented graphically. No association between PM$_{2.5}$ and OHCA (OR ~1.00). | Correlation ($r$): NO$_2$: 0.24, O$_3$ (urban): 0.17, O$_3$ (rural): 0.25, PM$_{10–2.5}$: 0.19 Copollutant models with: NA |

00197292

**Table 6-7 (Continued): Epidemiologic studies of short-term PM$_{2.5}$ exposure and out-of-hospital cardiac arrest.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations µg/m³ | Effect Estimates[a] 95% CI | Copollutant Examination |
|---|---|---|---|---|---|
| †Rosenthal et al. (2013)<br>Helsinki, Finland (1998–2006) | 2 monitors<br>Data for 1999–2006 from Kallio site (urban background, nearest road >80 m), while for 1998 Vallila site used (near major urban road). Correlation between Kallio and Vallila 0.83. | OHCA | 1-h avg: 8.7<br>IQR: 7.7 | OR<br>All cardiac causes<br>Lag 0 h: 1.09 (1.01, 1.17)<br>Lag 1 h: 1.08 (1.01, 1.16)<br>Lag 0 days: 1.09 (1.00, 1.20)<br>Lag 0–3 days: 1.07 (0.95, 1.21)<br>MI-caused OHCA<br>Lag 0 h: 1.19 (1.04, 1.36)<br>Lag 1 h: 1.19 (1.04, 1.35)<br>Lag 0 days: 1.23 (1.04, 1.45)<br>Lag 0–3 days: 1.15 (0.91, 1.43) | Correlation ($r$): <0.6 for PM$_{10–2.5}$, UFP, SO$_2$, O$_3$, CO, NO, and NO$_2$.<br>Copollutant models with: PM$_{10–2.5}$, UFP, SO$_2$, O$_3$, CO, NO, and NO$_2$. |
| †Straney et al. (2014)<br>Perth, Australia (2000–2010)<br>Age ≥35 yr | Nearest monitor to arrest location.<br>4 available PM$_{2.5}$ monitors. | OHCA | 1-h avg<br>Median: 6.8<br>75th: 9.8<br>95th: 17.7 | OR<br>Lag 0–8 h: 1.06 (1.00, 1.12)<br>Lag 0–12 h: 1.07 (1.01, 1.14)<br>Lag 0–24 h: 1.09 (1.02, 1.17)<br>Lag 0–48 h: 1.11 (1.01, 1.20) | Correlation ($r$): NA<br>Copollutant models with: NA |
| †Wichmann et al. (2013)<br>Copenhagen, Denmark (2000–2010) | 1 monitor<br>Restricted to cases ~5 km of monitor. | OHCA | 10.16<br>75th: 11.57 | RR<br>Lag 2: 1.049 (0.964, 1.141)<br>Lag 3: 1.090 (1.004, 1.184)<br>Lag 4: 1.107 (1.020, 1.199) | Correlation ($r$): NO$_X$: 0.37, NO$_2$: 0.40, O$_3$: 0.11, CO: 0.37, UFP: 0.34, PM$_{10–2.5}$: 0.10<br>Copollutant models with: O$_3$ |

bsp= black smoke particle; CMAQ = Community Multiscale Air Quality; CO = carbon monoxide; IQR = interquartile range; km = kilometer; max = maximum; µg/m³ = micrograms per cubic meter; NA = not applicable; NO$_2$ = nitrogen dioxide; NR = not reported; O$_3$ = ozone; OHCA = out-of-hospital cardiac arrest; OR = odds ratio; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; PM$_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm; PM$_{10–2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; $r$ = correlation coefficient; RR = relative risk; SO$_2$ = sulfur dioxide; UFP = ultrafine particles; yr = year.

For the included epidemiologic studies, the focus is on those studies conducted in areas where mean PM$_{2.5}$ concentrations are <20 µg/m³ or, in the case of a multicity study where more than half of the cities have concentrations <20 µg/m³. Other studies may be included if they contribute to evaluating important uncertainties (see Preface).

†Studies published since the 2009 PM ISA.

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197293

A number of recently published studies report positive associations between $PM_{2.5}$ exposure and OHCA in the U.S., Europe, and Australia. In the U.S., Ensor et al. (2013) and Silverman et al. (2010) observed positive associations in Houston, TX (lag 0−1, lag 1−2) and New York City, NY (lag 0−1), respectively (see Table 6-7). In Australia, Dennekamp et al. (2010) reported an 8.7% (95% CI: 3.1, 14.6) increase in OHCA in Melbourne, while Straney et al. (2014) also observed a positive association in Perth (OR: 1.11, 95% CI: 1.01, 1.20; lag 0−48 hours). European studies also observed positive associations in Copenhagen, Denmark [e.g., RR: 1.090 (95% CI: 1.004, 1.184); lag 3; Wichmann et al. (2013)] and Helsinki, Finland [e.g., OR: 1.09 (95% CI: 1.00, 1.20); lag 0; Rosenthal et al. (2013); see Table 6-7]. However, a study in Stockholm, Sweden found no evidence of an association [quantitative results not presented; Raza et al. (2014)]. The study by Rosenthal et al. (2013) in Helsinki additionally considered whether associations differ depending on the type of OHCA, specifically comparing those due to myocardial infarction with those due to other cardiac causes. The authors found that $PM_{2.5}$ was more strongly associated with OHCA presumed to be due to myocardial infarction.

In summary, the current state of the literature provides evidence for an association between short-term $PM_{2.5}$ exposure and OHCA. This association is typically observed with $PM_{2.5}$ concentrations averaged over the past 0 to 2 days, although associations with $PM_{2.5}$ concentrations as far back as 4 days before the event have been reported. Additionally, all of the studies in this section relied on a single monitor or an average of fixed-site monitors to estimate $PM_{2.5}$ exposure, which restricts the study population to people living near monitors, a limitation identified in the 2009 PM ISA that persists even when the recent body of evidence is included.

### 6.1.4.2    Epidemiologic Studies of Arrhythmia and Conduction Abnormalities

The body of evidence examining the relationship between ventricular arrhythmias and short-term exposures to $PM_{2.5}$ is small and limited to studies that were evaluated in the 2009 PM ISA (U.S. EPA, 2009). These studies included patients with implantable cardioverter defibrillators (ICDs) and examined associations between ICD-detected arrhythmic events and $PM_{2.5}$ exposures. Generally, there were inconsistent results across study cohorts, with some evidence for positive associations in studies conducted in Boston, MA using 1- or 2-day averages of $PM_{2.5}$. However, results from other studies did not demonstrate a consistent relationship between short-term $PM_{2.5}$ exposures and ventricular arrhythmias.

No recently published panel studies are available to help clarify the relationship between ventricular arrhythmia and $PM_{2.5}$ exposures; however, there is new evidence for other types of arrhythmic measures, including ectopy and atrial fibrillation. Several panel studies used ECG measurements to examine for the presence of ectopic beats or tachycardia, which are often benign but can indicate greater risk for more serious arrhythmias, particularly when heart disease is present.

00197294

As in the 2009 PM ISA (U.S. EPA, 2009), recent studies have generally found positive associations between ectopic measures and short-term $PM_{2.5}$ exposures (Table 6-8). Among a large cohort of older men in the Boston, MA area included in the Normative Ageing Study, positive associations were observed between 2- and 4-day averages of $PM_{2.5}$ predictions, obtained from a geospatial model incorporating AOD observations and surface monitoring $PM_{2.5}$ data, and arrhythmia measured as ventricular ectopy [bigeminy, trigeminy or couplet episodes; OR: 1.45 (95% CI: 1.08, 1.96) and 1.79 (95% CI: 1.22, 2.59); Zanobetti et al. (2014a)]. Similarly, in a study of nursing home residents with coronary artery disease in Los Angeles, CA, ventricular tachycardia was associated with exposure to $PM_{2.5}$ in the prior 24-hour period [29% higher daily rate (95% CI: 1, 63); Bartell et al. (2013)]. Another measure of ectopy, premature ventricular contractions, was positively associated with 30-minute personal exposures to $PM_{2.5}$ in a large panel of healthy, nonsmoking adults in central Pennsylvania (He et al., 2011). Characteristics of cardiac rate and rhythm, including measures of supraventricular or ventricular ectopic runs, were also associated with $PM_{2.5}$ exposures in a study conducted in Ottawa, Canada in patients having ECGs for clinical purposes, but confidence intervals around these associations were large (Cakmak et al., 2014). In addition, Cakmak et al. (2014) reported strong, positive associations with heart block, or the failure of the SA signal to move through the AV node.

Atrial fibrillation has also been examined with $PM_{2.5}$ exposures in a few recent studies. This arrhythmic disorder in the atria can cause symptoms such as fatigue, palpitations, shortness of breath, and anxiety. Atrial fibrillation also greatly increase risk for stroke, dementia, congestive heart failure, and premature mortality (Kwok et al., 2011; Paquette et al., 2000; Benjamin et al., 1998). As described in the 2009 PM ISA, Rich et al. (2006b) found positive, but imprecise associations between atrial fibrillation and 24-hour $PM_{2.5}$ exposures in a cohort of patients with ICDs. A recent study, also conducted in Boston, MA observed associations between $PM_{2.5}$ over the subsequent 0−24 hours and higher risk of atrial fibrillation in a cohort of patients with ICDs (26% [95% CI: 8, 47]), but associations in this study were strongest for subdaily averaging times [e.g., 2 or 6 hours; Link et al. (2013)]. This study also found that associations were stronger when analyses were limited to study participants residing within 25 km of the monitoring station compared with those residing within a 50 km radius (Link et al., 2013). Similar results were observed by Liao et al. (2011) in a panel study in Pennsylvania that observed associations with atrial fibrillation for $PM_{2.5}$ exposures 30 minutes to 2 hours prior. In contrast, other studies examining atrial fibrillation or premature atrial contractions found weak or null associations with 24-hour $PM_{2.5}$ exposures (Cakmak et al., 2014; He et al., 2011).

In summary, there is recent evidence of an association with measures of ectopy and atrial fibrillation with short-term exposure to $PM_{2.5}$.

00197295

**Table 6-8    Epidemiologic studies of short-term PM$_{2.5}$ exposure and arrhythmia.**

| Study | Study Population | Exposure Assessment | Effect Estimates 95% CI | Copollutant Examination |
|---|---|---|---|---|
| †Bartell et al. (2013)<br>Los Angeles, CA<br>2005–2007 | n = 55 nonsmoking older adults (≥65 yr) with history of coronary artery disease.<br>Consecutive ECG monitoring for two 5-day periods in the warm and cool season (8,952 h of measurements).<br>Recruited from 4 retirement communities. | Monitoring outside residences<br>24-h avg<br>Mean (SD): 21.1 (11.4)<br>Max: 77.4 | Ventricular tachycardia:<br>1.29 (1.01, 1.63) | Correlation<br>(r) = 0.44 OC, 0.58 BC, 0.14 NO$_x$, 0.31 CO, 0.04 O$_3$ |
| †Cakmak et al. (2014)<br>Ottawa and Gatineau, Canada<br>(2004–2009) | n = 8,595 observations.<br>Mean age: 59 yr (12–99).<br>ECG monitoring for 24 h; participants included all residents referred for a 24-h period of cardiac monitoring. | One fixed-site monitor in Gatineau<br>Average of 3 area monitors in Ottawa<br>Annual mean (SD): 13.11 (9.93)<br>Warm season (SD): 11.69 (9.96)<br>Cool season (SD): 14.55 (9.67) | Atrial fibrillation/flutter (Highest daily 3-h avg, IQR 10.72 µg/m$^3$):<br>2.11 (−1.25, 5.58)<br>Supraventricular ectopic runs:<br>1.05 (−2.34, 4.56)<br>Ventricular ectopic runs:<br>1.05 (−0.26, 2.38)<br>Heart block:<br>1.13 (1.045, 1.21) | NR |
| Dockery et al. (2005a)<br>Boston, MA (1995–2002) | N = 203 patients with ICDs living within 40 km of monitoring site.<br>84 patients with detected ventricular episode. | Fixed-site monitor<br>48-h avg<br>Mean: 10.3<br>95th: 23.3<br>IQR 6.9 | Ventricular arrhythmic episode<br>1.12 (0.94, 1.33)<br>Ventricular arrhythmia following arrhythmic episode in past 3 days<br>1.98 (1.46, 2.65) | NR |

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197296

**Table 6-8 (Continued): Epidemiologic studies of short-term PM$_{2.5}$ exposure and arrhythmia.**

| Study | Study Population | Exposure Assessment | Effect Estimates 95% CI | Copollutant Examination |
|---|---|---|---|---|
| Dockery et al. (2005b)<br>Boston, MA (1995–2002) | n = 195 patients with ICDs<br>Mean age: 63.6 yr (19–90).<br>Follow-up visits approximately every 3 mo over study period. | Two fixed-site monitors<br>24-h avg<br>Mean: 11.6<br>Max: 53.2<br>IQR 7 (48 h) | Ventricular arrhythmias<br>2-day avg: 1.10 (0.92, 1.34)<br>Ventricular arrhythmia following arrhythmia episode in prior 3 days<br>1.96 (1.38, 2.77)<br>Supraventricular arrhythmias<br>1.34 (0.81, 2.26)<br>Supraventricular arrhythmias following arrhythmia episode in past 3 days<br>1.27 (0.32, 4.99) | Correlation<br>($r$) = 0.54 NO$_2$,<br>0.41 CO,<br>0.33 SO$_2$, 0.18 O$_3$,<br>0.77 SO$_4^{2-}$,<br>0.67 BC<br>Copollutant models with: NO$_2$, CO, and SO$_2$. |
| †He et al. (2011)<br>Harrisburg, PA<br>November 2007–June 2009 | Air Pollution and Cardiac Risk and its Time Course (APACR) study.<br>n = 105 healthy, nonsmoking individuals >45 yr.<br>Holter monitoring performed continuously for 24 h. | Total personal exposure monitoring<br>1-min measurements averaged every 30-min<br>24-h avg<br>Mean (SD): 13.49 (22) | Premature ventricular contractions count, Lag 0: 1.08 (1.05, 1.10)<br>Premature atrial contractions count, Lag 0: 0.94 (0.85, 1.04)<br>Total ectopy count, Lag 0: 1.05 (1.02, 1.07) | Correlations NR. |
| †Liao et al. (2009)<br>49 U.S. cities (1999–2004) | The Environmental Epidemiology of Arrhythmogenesis in Women's Health Initiative (EEAWHI).<br>N = 57,422 postmenopausal women (50–79 yr). | Kriging interpolation of fixed-site monitors for participants' geocoded address<br>24-h avg<br>Mean: 13.8 (7.9)<br>95th: 29.1 | Ventricular ectopy<br>Lag 2: 1.09 (0.98, 1.21)<br>Supraventricular ectopy<br>Lag 2: 1.01 (0.93, 1.10) | Correlations ($r$): NR. |

00197297

## Table 6-8 (Continued): Epidemiologic studies of short-term PM$_{2.5}$ exposure and arrhythmia.

| Study | Study Population | Exposure Assessment | Effect Estimates 95% CI | Copollutant Examination |
|---|---|---|---|---|
| †Liao et al. (2011)<br>Harrisburg, PA | Air Pollution and Cardiac Risk and its Time Course (APACR) study.<br>N = 106 nonsmoking adults (≥45 yr).<br>Holter monitoring performed continuously for 24 h. | Total personal<br>1-min measurements averaged every 30-min<br>24 h avg<br>Mean (SD): 13.61 (21.59) | | Correlations (r): NR. |
| †Link et al. (2013)<br>Boston, MA (2006–2010) | N = 49 patients with ICDs living within 50 km of clinic.<br>Follow-up every 3 mo over study period | Fixed-site monitor<br>24 h avg: 8.4<br>75th: 10.2 | Risk of ICD-detected atrial fibrillation<br>24-h avg: 1.30 (0.88, 1.80)<br>2-h avg: 1.26 (1.08, 1.47); IQR: 6 | Correlation (r): 0.22 SO$_2$, 0.37 NO$_2$, 0.18 O$_3$, 0.64 BC, 0.82 SO$_4^{2-}$, −0.17 PNC |
| Metzger et al. (2007)<br>Atlanta, GA (1998–2002) | N = 518 patients with ICDs<br>Mean age 61 yr. | Fixed-site monitor<br>24-h avg<br>Mean (SD): 17.8 (8.6) | All ventricular tachyarrhythmia events<br>Lag 0: 0.995 (0.953, 1.039)<br>Events resulting in defibrillation<br>Lag 0: 0.969 (0.846, 1.110) | Correlation (r): 0.47 PM coarse, 0.64 O$_3$, 0.49 NO$_2$, 0.46 CO, 0.2 SO$_2$ |
| Peters et al. (2000)<br>Eastern Massachusetts (1995–1997) | N = 100 patients with ICDs with clinic follow-up every 3–6 mo.<br>Mean age 62.2 yr.<br>33 patients with a measured defibrillator discharge, 6 patients with ≥10 discharges. | Fixed-site monitor<br>24-h avg<br>Mean: 12.7<br>Max: 53.2 | Defibrillator discharge (patients with at least one event)<br>Lag 2: 1.05 (0.88, 1.26)<br>Defibrillator discharge (patients with ≥10 events)<br>Lag 2: 1.25 (1.01, 1.55) | Correlation (r): 0.74 BC, 0.56 CO, 0.06 O$_3$, 0.57 NO$_2$, 0.37 SO$_2$ |
| Rich et al. (2006a)<br>St. Louis, MO (2001–2002) | N = 55 patients with ICDs living within 40 km of monitoring station.<br>Mean age 63 yr<br>139 arrhythmic events. | Fixed-site monitor<br>24-h avg<br>Mean: 16.2<br>75th: 21.8 | Ventricular arrhythmia<br>Lag 0–23 h: 0.95 (0.71, 1.28) | Correlation (r): NR. |

00197298

## Table 6-8 (Continued): Epidemiologic studies of short-term PM$_{2.5}$ exposure and arrhythmia.

| Study | Study Population | Exposure Assessment | Effect Estimates 95% CI | Copollutant Examination |
|---|---|---|---|---|
| Rich et al. (2005) Boston, MA (1995−2002) | N = 203 patients with ICDs living within 40 km of monitoring site. 84 patients with detected ventricular episode. Case cross-over analysis. | Fixed-site monitor 24-h avg Mean: 9.8 Max: 53.2 IQR lag 0−2: 9.2 IQR lag 0−23: 7.8 | Ventricular arrhythmia Lag 0−2 h: 1.09 (0.95, 1.231) Lag 0−23 h: 1.25 (1.03, 1.51) Ventricular arrhythmia following arrhythmic event in prior 3 days Lag 0−23 h: 1.43 (1.05, 1.96) | Correlation (r): NR. Copollutant models with: O$_3$, NO$_2$, and SO$_2$. |
| Rich et al. (2006b) Boston, MA (1995−2002) | N = 203 patients with ICDs residing within 40 km radius of monitor. 29 patients with a measured atrial fibrillation. | Fixed-site monitor, hourly measurements 24 h avg Mean: 9.8 Max: 53.2 | Paroxysmal atrial fibrillation Lag 0: 1.44 (0.81, 2.56) Lag 0−23: 1.17 (0.55, 2.48) | Correlation (r): NR. |
| Sarnat et al. (2006) Steubenville, OH (June−December 2000) | N = 32 nonsmoking older adults living within a community. 30-min Holter monitoring at weekly clinic visits. 88% female. | Fixed-site monitor 24 h avg Mean (SD): 19.6 (10.4) Max: 48.4 | 5-day avg: Supraventricular ectopy 1.42 (0.99, 2.04) Ventricular ectopy 1.02 (0.63, 1.65) | Correlation (r): 0.89 SO$_4^{2-}$, 0.51 EC, 0.20 O$_3$, 0.34 NO$_2$, 0.47 SO$_2$, 0.45 CO |
| †Zanobetti et al. (2014a) Boston, MA (2000−2010) | Normative Aging Study. N = 1,448 measurements. 5−10 min ECG recordings were taken at clinic visits. | Estimated from model integrating data from satellite-derived AOD observations (10 × 10 km$^2$ resolution), 78 ground monitoring sites, and land use variables. | Ventricular ectopy 2-day avg: 1.45% (1.08, 1.96) 4-day avg: 1.79% (1.22, 2.59) | Correlation (r): NR. |

AOD = aerosol optical depth; APACR = Air Pollution and Cardiac Risk; avg = average; CO = carbon monoxide; EC = elemental carbon; ECG = electrocardiograph; EEAWHI = The Environmental Epidemiology of Arrhythmogenesis in Women's Health Initiative; ICD = implantable cardiac device; IQR = interquartile range; km = kilometer; max = maximum; μg/m$^3$ = micrograms per cubic meter; min = minute; mo = month; N, n = number; NA = not applicable; NO$_2$ = nitrogen dioxide; NR = not reported; O$_3$ = ozone; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; PM$_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm; PNC = particle number count; RR = relative risk; SO$_2$ = sulfur dioxide; SO$_4^{2-}$ = sulfate; yr = year.

†Studies published since the 2009 PM ISA.

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197299

### 6.1.4.2.1    Conduction Abnormalities

Electrocardiograms register the electrical activity of the whole heart across time using skin surface electrodes. Depolarization and repolarization of the ventricles occurs during the QT interval. Electrical impulse (i.e., action potential) propagation involves a complex interplay of sodium, potassium, and calcium channels. Disturbances in depolarization and repolarization can be measured by QRS width, QT prolongation (or QTc corrected for heart rate), T-wave width, and T-wave complexity and are associated with increased risks of ventricular arrhythmias (Castro-Torres et al., 2015).

A limited number of studies was available in the 2009 PM ISA (U.S. EPA, 2009) that considered the association between PM and ECG markers of repolarization. These publications all used the same panel of study participants with ischemic heart disease from Erfurt, Germany and demonstrated associations between higher 5-hour levels of $PM_{2.5}$ and lower T-wave amplitude, higher T-wave complexity, and longer QT duration.

A number of additional studies have been published since the 2009 PM ISA that examine associations between short-term $PM_{2.5}$ concentrations and ventricular depolarization and repolarization changes, but there is considerable variability in the ECG endpoints studied, and findings across these studies are inconsistent. These results are summarized below and in Table 6-9.

Short-term $PM_{2.5}$ exposure and repolarization disturbances related to QTc prolongation, T-wave amplitude, or T-wave width were examined in several studies (Rich et al., 2012; Baja et al., 2010; Hampel et al., 2010; Liao et al., 2010; Zhang et al., 2009). In a large cross-sectional analysis from the national Women's Health Initiative, authors reported associations between $PM_{2.5}$ concentrations (lag 0−2) and a 5% increase in the relative odds of a T-wave abnormality in postmenopausal women in addition to associations with reduced T-wave amplitude (Zhang et al., 2009). However, strong positive associations between $PM_{2.5}$ concentrations averaged over the previous 0−23 hours and T-wave amplitude were reported in a panel study of ischemic heart disease participants from Augsburg, Germany [3.3% increased T-amplitude (95% CI 0.2, 6.3); Hampel et al. (2010)]. Similarly, QTc prolongation, a more well-studied risk marker for ventricular arrhythmias, was associated with 0 to up to 5-day averages of $PM_{2.5}$ concentrations in this panel of MI survivors [e.g., 0.5% (95% CI 0.0, 1.0), 24−47 hour average of $PM_{2.5}$; Hampel et al. (2010)]. Positive associations between short-term $PM_{2.5}$ exposure and QTc prolongation were also observed in a panel of healthy adults in Pennsylvania (Liao et al., 2010), but not among adults in Boston, MA (Baja et al., 2010). No associations were observed between $PM_{2.5}$ levels and QTc prolongation or time between T-wave peak and T-wave end in cardiac rehabilitation patients in New York (Rich et al., 2012). Although evidence from recent studies is inconclusive, taken together these studies indicate a potential for cardiac depolarization and repolarization disturbances by $PM_{2.5}$. These disturbances may increase the risk for malignant ventricular arrhythmias that could result in cardiac arrest.

00197300

**Table 6-9    Epidemiologic studies of short-term PM$_{2.5}$ exposure and conduction abnormalities.**

| Study | Study Population | Exposure Assessment | Effect Estimates 95% CI | Copollutants Examination |
|---|---|---|---|---|
| †Baja et al. (2010) Boston, MA (2000–2008) | Normative Aging Study n = 580 men. ECG measurements recorded for 5–10 min during study visits (every 3–5 yr), 926 valid readings. | Fixed-site monitor 10-h avg Mean (SD): 10.72 (7.88) | Change in mean QTc (msec) Lag 4-h: 0.64 (−1.60, 2.89) | $r = 0.69$ for BC, others NR |
| †Hampel et al. (2010) Augsburg, Germany May 2003–February 2004 | N = 67 nonsmoking MI survivors. Participants submitted 16-sec ECG readings either when experiencing symptoms or at the same time daily. | Fixed-site monitor 24-h avg Mean (SD): 17.7 (6.2) | % change in QTc 24–47-h avg: 0.5 (0.0, 1.0) 48–71-h avg: 0.4 (0.0, 0.9) % change in T-wave amplitude 0–23-h avg: 3.3 (0.2, 6.3) 24–47-h avg: 2.8 (−0.3, 5.9) | $r = 0.80$ PM$_{10-2.5}$, 0.32 PNC, 0.55 NO$_2$, 0.56 CO |
| †Liao et al. (2010) (November 2007–June 2009) | Air Pollution and Cardiac Risk and its Time Course (APACR) study. N = 106 nonsmoking adults (≥45 yr). Holter monitoring performed continuously for 24 h. | Total personal 1-min measurements averaged every 30-min 24 h avg Mean (SD): 13.61 (21.59) | QTcB (ms) Lag 4-h: 1.24 (1.04, 1.49) | Correlations NR. |
| †Rich et al. (2012) Rochester, NY (June 2006–November 2009) | N = 76 participants with recent MI or unstable angina, residing within 21 km of monitor. Up to 10 weekly ECG measurements (1–3-h) conducted for each participant. | Fixed-site monitor 24-h avg Mean (SD): 8.67 (6.06) Max: 42.85 IQR: 6.5 for 24 h | QTc (msec) Lag 96–119-h: 0.56 (−0.97, 2.09) | $r = -0.07$ UFP |

00197301

**Table 6-9 (Continued): Epidemiologic studies of short-term PM$_{2.5}$ exposure and conduction abnormalities.**

| Study | Study Population | Exposure Assessment | Effect Estimates 95% CI | Copollutants Examination |
|---|---|---|---|---|
| †Zhang et al. (2009)<br>49 U.S. cities (1999–2003) | Women's Health Initiative.<br>n = 55,529 postmenopausal women, 52–90 yr.<br>52% with hypertension<br>20% with hypercholesterolemia. | Kriging interpolation of fixed-site monitors for participants' geocoded address<br>24-h avg<br>Mean (SD):<br>13.9 (7) | Minnesota Code 5 (T-wave abnormality) (per 10 μg/m$^3$)<br>Lag 0–2: 1.05 (1.00, 1.09)<br>Changes in T-wave amplitude (μV) (per 10-μg/m$^3$)<br>Lag 0–2: −2.20 (−5.38, 1.06) | Correlations NR |

APACR = Air Pollution and Cardiac Risk; avg = average; BC = black carbon; c = corrected for heart rate; CI = confidence interval; CO = carbon monoxide; EC = elemental carbon; ECG = electrocardiograph; h = hour; IQR=interquartile range; km = kilometer; μg/m$^3$ = micrograms per cubic meter; MI = myocardial infarction; ms = millisecond; N, n = number; NO$_2$ = nitrogen dioxide; NR = not reported; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; PNC = particle number count; QT = time interval between from beginning of the Q wave, to end of the T wave; QTcB = Bazett's HR-corrected QT; sec = second; SD = standard deviation; μV = micro Volts; yr = year.

†Studies published since the 2009 PM ISA.

### 6.1.4.3    Controlled Human Exposure Studies for Arrhythmia and Conduction Abnormalities

In previous reviews, very few controlled human exposure studies were available that examined the relationship between short-term PM$_{2.5}$ exposure and ventricular arrhythmia. The 2004 ACQD included one study reporting that healthy adults exposed to PM$_{2.5}$ CAPs displayed no significant changes in ECG (Gong et al., 2000). These results remained consistent when this experiment was repeated with additional subjects exposed to a similar concentration of PM$_{2.5}$ (Gong et al., 2003). However, Gong et al. (2004) did report that ectopic heartbeats (i.e., a type of arrhythmia) increased in healthy subjects, but decreased in COPD subjects.

Recent CHE studies have expanded our knowledge of the relationship between PM$_{2.5}$ and indicators of possible ventricular arrhythmia. In healthy adults, there was little change and no statistically significant differences in T-wave amplitude (Kusha et al., 2012) or Tp-Te (Sivagangabalan et al., 2011) when exposure to PM$_{2.5}$ CAPs was compared with control exposures. In addition, Huang et al. (2012) found no difference in ECG measures when CAP exposure was compared with clean air, but noted that CAP concentrations were lower than those used in previous studies where the authors previously reported cardiovascular effects. In contrast to these studies, Sivagangabalan et al. (2011) reported QT dispersion

00197302

(Max QT interval-Min QT interval) increased ($p = 0.008$) following $PM_{2.5}$ CAP exposure when compared with filtered air (FA). Moreover, in a double-blind dietary intervention study of healthy middle-aged adults, participants were supplemented with either fish oil or olive oil for 28-days prior to FA (Day 1) and then CAP exposure (Day 2). Results indicated that the duration of the QTc interval was statistically significantly ($p < 0.05$) increased 20 hours after exposure in the olive oil group only. In contrast, relative to FA exposure, Tp-Te was increased significantly ($p < 0.05$) in the fish oil group only. The authors concluded that fish oil blocked CAP-induced QTc prolongation, but not Tp-Te prolongation (Tong et al., 2012).

Taken together, there is some evidence from CHE studies that short-term exposure to $PM_{2.5}$ can result in abnormal electrical activity in the heart. For more information on these recently published studies, see Table 6-10 below.

**Table 6-10    Study-specific details from controlled human exposure studies of short-term $PM_{2.5}$ exposure and arrhythmia and conduction abnormalities.**

| Study | Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Tong et al. (2012) | Healthy adults<br>n = 8 M 21 F;<br>50–72 yr<br>57.4 ± 1.4 | 278 ± 19 µg/m³ CAP for 2 h at rest<br>CAPS from Chapel Hill, NC<br>Effect of 28-day supplementation<br>pre-exposure with fish oil or olive oil | QTc and Tp-Te pre-exposure, and 20 h postexposure |
| Kusha et al. (2012) | Healthy adults<br>n = 8 M 9 F;<br>18–38 yr<br>M 28.1 ± 7.0;<br>F 23.7 ± 4.3 | 154 ± 54 µg/m³ $PM_{2.5}$; CAP from Toronto | T-wave alternans magnitude measured continuously during exposure |
| Sivagangabalan et al. (2011) | Healthy adults<br>n = 11 M, 14 F;<br>18–50 yr | 150 µg/m³ CAP from Toronto | QT and Tp-Te: throughout the exposure |
| Huang et al. (2012) | Healthy adults<br>n = 7 M, 8 F;<br>20–36 yr | 89.5 ± 10.7 µg/m³ $PM_{2.5}$ CAPs for 2 h.<br>During exposure, subjects completed<br>4 cycles of 15 min each rest or exercise. | HRV time-domain endpoints: 18 h postexposure<br>HRV frequency domain: 1 and 18 h postexposure |

c = corrected for heart rate; CAP = concentrated ambient particle; CHE = controlled human exposure; ECG = electrocardiogram; F = female; h = hour; HRV = heart rate variability; M = male; µg/m³ = micrograms per cubic meter; min = minute; n = number; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; QT = time interval between from beginning of the Q wave, to end of the T wave; SD = standard deviation; Tp-Te = time interval from peak to end of the T wave; yr = year.

00197303

### 6.1.4.4    Toxicological Studies for Arrhythmia and Conduction Abnormalities

In the 2009 PM ISA, Wellenius et al. (2006) reported that inhalation of $PM_{2.5}$ decreased incidence of supraventricular arrhythmia in a rat model of acute myocardial infarction. In contrast, Nadziejko et al. (2004) found that in male rats that develop spontaneous arrhythmias, inhalation exposure to $PM_{2.5}$ increased ($p < 0.05$) the frequency of irregular and delayed heart beats.

Since the publication of the 2009 PM ISA, there is additional evidence that short-term exposure to $PM_{2.5}$ can result in conduction abnormalities that may be indicative of arrhythmias. In rats, Ghelfi et al. (2010) reported that short-term exposure to $PM_{2.5}$ significantly increased ($p < 0.05$) P-wave duration and the RTp interval, while decreasing Tp-Te ($p = 0.02$). Of note, these authors also reported that blocking synthesis of the hormone angiotensin (see Section 6.1.6.4.1) reversed these effects. Similarly, in spontaneously hypertensive (SH) rats, Farraj et al. (2015) reported a statistically significant decrease ($p < 0.05$) in the duration of the PR interval during short-term exposure to $PM_{2.5}$ in summer, but not winter. These authors also showed that short-term exposure to summer but not winter $PM_{2.5}$ increased sensitivity to triggered cardiac arrhythmia.

In contrast to the results presented above, Ghelfi et al. (2010) did not find a statistically significant effect of short-term $PM_{2.5}$ exposure on the QRS complex and both Ghelfi et al. (2010) and Farraj et al. (2015) reported no change in the QT interval in response to short-term exposure to $PM_{2.5}$. In addition, in female mice Kurhanewicz et al. (2014) did not find statistically significant indicators of conduction abnormalities in response to short-term $PM_{2.5}$ exposure.

Overall, the current ISA provides evidence that short-term $PM_{2.5}$ exposure may increase the potential for developing an arrhythmia. Most studies found at least some indication of conduction abnormalities as measured by ECG. There is also some evidence that these abnormalities may depend on the season when the $PM_{2.5}$ was collected. More information on studies published since the 2009 PM ISA can be found in Table 6-11 below.

00197304

**Table 6-11    Study-specific details from toxicological studies of short-term PM$_{2.5}$ exposure and arrhythmia and conduction abnormalities.**

| Study | Study Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Farraj et al. (2015) | Adult SH rats (12 weeks) M, n = 6/group | Inhalation of 168.7 µg/m$^3$ summer or 78.5 µg/m$^3$ winter PM$_{2.5}$ CAPs collected from Durham, NC. Exposed for 4 h | QTc and PR in the time period immediately post to 6 h post arrhythmia development using aconitine infusion 1-day postexposure. |
| Ghelfi et al. (2010) | Adult Sprague-Dawley rats, n = 80 total | Inhalation of 510 µg/m$^3$ PM$_{2.5}$ some groups pretreated with valsartan or benazepril Exposed for 5 h | PR, QT, QRS, RTp, Tp-Te, and Pdur measured continuously during exposure |
| Kurhanewicz et al. (2014) | Adult, C57BL/6 mice, F, n = 5−8/group | Inhalation of 190 µg/m$^3$ PM$_{2.5}$ from Research Triangle Park, NC Exposed for 4 h. | QRS, QTc, P wave, Tp-Te ST, and RT measured continuously pre- to postexposure |

c = corrected for heart rate; CAPs = concentrated ambient particles; F = female; h = hour; M = male; µg/m$^3$ = micrograms per cubic meter; n = number; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; Pdur = time interval of a complete P wave; PR = time interval between the beginning of the P wave to the peak of the R wave; QRS = time interval between the beginning of the Q wave and the peak of the S wave; QT = time interval between from beginning of the Q wave, to end of the T wave; RTp = time interval between the beginning of R wave and peak of the T wave; SH = spontaneously hypertensive; ST = beginning of S wave to end of T wave; Tp-Te = time interval from peak to end of the T wave.

### 6.1.5    Cerebrovascular Disease and Stroke

Cerebrovascular disease (CBVD) typically includes conditions classified under ICD10 codes I60−I69 (ICD 9: 430−438) such as hemorrhagic stroke, cerebral infarction (i.e., ischemic stroke), and occlusion of the precerebral and cerebral arteries. Ischemic stroke results from an obstruction within a blood vessel that supplies oxygen to the brain, potentially leading to infarction, and accounts for 87% of all strokes (Goldberger et al., 2008). Hemorrhagic stroke is less common but results in a disproportionate number of fatalities. The hemorrhagic stroke subtype results from a brain aneurysm or leaking vessel in the brain and can be further categorized by brain region (e.g., intracerebral or subarachnoid). Older age, female sex, smoking, obesity, and prior stroke are known risk factors for stroke and should be considered in epidemiologic analysis. Comorbidities that increase stroke risk but may also be associated with PM$_{2.5}$ exposure include hypertension, diabetes and CHD, and atrial fibrillation.

In the 2009 PM ISA, inconsistent results were found in several epidemiologic studies that considered the relationship between short-term PM$_{2.5}$ exposure and ED visits and hospital admissions for

00197305

CBVD. Similarly, results from studies published since the last review for CBVD or all stroke outcomes have been largely inconsistent, with most studies reporting a lack of an association.

### 6.1.5.1    Emergency Department (ED) Visits and Hospital Admissions

The 2009 PM ISA reviewed several epidemiologic studies of short-term $PM_{2.5}$ exposure and ED visits and hospital admissions for CBVD and reported inconsistent results across studies. For example, the U.S. MCAPS study observed a modest increase (0.8% [95% CI: 0.3−1.4]) in hospital admissions for CBVD (Dominici et al., 2006); however, a multicity study in Australia and New Zealand observed a null association (Barnett et al., 2006). This section first reviews recent studies that have considered all strokes or CBVD as a composite endpoint, and subsequently considers those studies focusing specifically on ischemic or hemorrhagic strokes. Results from recent studies examining CBVD or all stroke outcomes, as well as those examining more specific stroke outcomes, have been largely inconsistent. Study details and results are presented in Table 6-12.

**Table 6-12    Epidemiologic studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for cerebrovascular disease and stroke.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations µg/m³ | Copollutant Examination |
|---|---|---|---|---|
| Dominici et al. (2006)<br>204 U.S. urban counties<br>(1999−2002)<br>Age ≥65 yr | Monitors in county averaged.<br>Number NR. Study population reside an average of 5.9 miles from monitor. Median pairwise correlation between same-county monitors 0.91. | CBVD | 24-h avg: 13.4 (IQR 3.9)<br>75th: 15.2 | Correlation (r): NA<br>Copollutant models with: NA |
| †Bell et al. (2015)<br>213 U.S. counties<br>(1999−2010)<br>Age ≥65 yr | Monitors in county averaged. | CBVD | 24-h avg: 12.3<br>Max: 20.2 | Correlation (r): NA<br>Copollutant models with: NA |

00197306

**Table 6-12 (Continued): Epidemiologic studies of short-term PM$_{2.5}$ exposure and hospital admissions and emergency department visits for cerebrovascular disease and stroke.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations µg/m$^3$ | Copollutant Examination |
|---|---|---|---|---|
| †Kloog et al. (2012) Six New England states (2000–2008) Age ≥65 yr | LUR modeling at 10 × 10 km spatial resolution using satellite-derived AOD observations. Cross-validation $R^2$ = 0.85. | Stroke | 24-h avg: 9.6 75th: 11.7 Max: 72.6 | Correlation ($r$): NA Copollutant models with: NA |
| †Kloog et al. (2014) Seven Mid-Atlantic states and Washington, DC (2000–2006) Age ≥65 yr | LUR modeling at 10 × 10 km spatial resolution using satellite-derived AOD observations. Cross-validation $R^2$ = 0.81. | Stroke | 2-day avg: 11.92 75th: 14.65 Max: 95.85 | Correlation ($r$): NA Copollutant models with: NA |
| †Haley et al. (2009) Eight New York cities (2001–2005) | Weighted averages across monitors in each city. 39 monitors in total | CBVD | 24-h avg: 5.8 (IQR 5.9) 75th: 8.0 Max: 42.2 | Correlation ($r$): NA Copollutant models with: NA |
| †Hsu et al. (2017) Four New York regions (1991–2006) | Adjusted CMAQ-simulated model [see Hogrefe et al. (2009)]. 12 × 12 km grid resolution with patient residential address | CBVD | Graphically reported only | Correlation ($r$): NA Copollutant models with: O$_3$ |
| †Milojevic et al. (2014) 15 Conurbations in England and Wales (2003–2009) | Nearest monitor to patient's residence (50 km). Number NR. | Stroke | 24-h avg Median: 10.0 (IQR 8.0) 75th: 15.0 | Correlation ($r$): CO: 0.48, NO$_2$: 0.53, O$_3$: −0.10, PM$_{10}$: 0.86, SO$_2$: 0.41 Copollutant models with: NA |
| †Talbott et al. (2014) Seven U.S. states (2001–2009) | Fuse-CMAQ CMAQ model combined with monitoring data, downscaled to census tract resolution. | CBVD | 24-h avg: 6.46 to 12.83 (across seven states) 75th: 7.64 to 16.55 (across seven states) | Correlation ($r$): NA Copollutant models with: O$_3$ |
| †Kim et al. (2012) Denver, CO (2003–2007) | 1 monitor. 90% of 5 county population within 25 km of monitor. | CBVD | 24-h avg: 7.98 Max: 59.41 | Correlation ($r$): O$_3$: 0.30, NO$_2$: 0.26, CO: 0.23, SO$_2$: 0.23 Copollutant models with: NA |

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197307

**Table 6-12 (Continued): Epidemiologic studies of short-term PM2.5 exposure and hospital admissions and emergency department visits for cerebrovascular disease and stroke.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations µg/m$^3$ | Copollutant Examination |
|---|---|---|---|---|
| †Villeneuve et al. (2012)<br>Edmonton, Canada (2003–2009)<br>Ages ≥20 yr | Monitors in city averaged.<br>3 monitors. | Stroke<br>Hemorrhagic stroke<br>Ischemic stroke<br>Transient ischemic attacks | 24-h avg: 8.1<br>75th: 10.2 | Correlation ($r$): NA<br>Copollutant models with: $SO_2$, $NO_2$, CO, $O_3$ |
| †Yitshak Sade et al. (2015)<br>Southern Israel (2005–2012) | Hybrid model at 1 × 1 km spatial resolution using LUR and satellite-derived AOD observations.<br>Out-of-sample cross-validation $R^2$ = 0.72. | Ischemic stroke<br>Hemorrhagic stroke | 24-h avg<br>Winter: 21.9<br>Spring: 21.6<br>Summer: 20.4<br>Fall: 20.2 | Correlation ($r$): NA<br>Copollutant models with: NA |
| †Wellenius et al. (2012a)<br>Boston, MA (1999–2008) | 1 monitor.<br>Patients excluded if >40 km, sensitivity analysis at >20 km. | Acute ischemic stroke | 24-h avg: 10.2<br>75th: 12.5 | Correlation ($r$): $NO_2$: 0.46, CO: 0.35, $O_3$: 0.24<br>Copollutant models with: NA |
| †Lisabeth et al. (2008)<br>Nueces County, TX (2001–2005)<br>Age ≥45 yr | 1 monitor. | Ischemic stroke<br>Transient ischemic attacks | 24-h avg<br>Median: 7.0<br>IQR: 4.8–10.0 | Correlation ($r$): NA<br>Copollutant models with: $O_3$ |
| †Wing et al. (2015)<br>Nueces County, TX (2000–2012)<br>Age ≥45 yr | 1 monitor.<br>85% cases within 20 km, median distance 6.9 km. | Ischemic stroke | 24-h avg: 7.7<br>IQR: 5.7–10.6 | Correlation ($r$): NA<br>Copollutant models with: $O_3$ |
| †O'Donnell et al. (2011)<br>Eight cities in Ontario, Canada (2003–2008) | Monitors in city averaged.<br>7 monitors Toronto; 6 monitors Hamilton; 1 monitor London, Ottawa, Kingston, North Bay, Thunder Bay, Sudbury.<br>Excluded if >50, 40, or 20 km from monitor in analyses. | Acute ischemic stroke | 24-h avg: 6.9<br>(across eight cities) | Correlation ($r$): NA<br>Copollutant models with: NA |

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197308

**Table 6-12 (Continued): Epidemiologic studies of short-term PM2.5 exposure and hospital admissions and emergency department visits for cerebrovascular disease and stroke.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations µg/m³ | Copollutant Examination |
|---|---|---|---|---|
| †Chen et al. (2014b)<br>Edmonton, Canada (1998–2002)<br>Age ≥25 yr | Monitors in city averaged.<br>3 monitors. | Acute ischemic stroke | 1-h avg: 8.53<br>95th: 22.00 | Correlation ($r$): $NO_2$: 0.43, $SO_2$: 0.15, CO: 0.48, $O_3$: −0.15, $PM_{10}$: 0.79<br><br>Copollutant models with: NA |

AOD = aerosol optical depth; avg = average; CBVD = cerebrovascular disease; CMAQ = Community Multiscale Air Quality; CO = carbon monoxide; h = hour; IQR = interquartile range; km = kilometer; LUR = land use regression; max = maximum; µg/m³ = micrograms per cubic meter; NA = not applicable; $NO_2$ = nitrogen dioxide; NR = not reported; $O_3$ = ozone; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm; $r$ = correlation coefficient; $R^2$ = correlation coefficient; $SO_2$ = sulfur dioxide; yr = year.

For the included epidemiologic studies, the focus is on those studies conducted in areas where mean $PM_{2.5}$ concentrations are <20 µg/m³ or, in the case of a multicity study, where more than half of the cities have concentrations <20 µg/m³. Other studies may be included if they contribute to evaluating important uncertainties (see Preface).

†Studies published since the 2009 PM ISA.

Recent multicity studies examining the composite endpoint of all strokes or CBVD in relation to short-term $PM_{2.5}$ exposure have generally reported the lack of a positive association, although a few studies have found small but precise associations. The results of Bell et al. (2015) provide modest evidence for a positive association between $PM_{2.5}$ and CBVD in the Medicare study (0.7% [95% CI: 0.3, 1.0] at lag 0), and are consistent with the results of Dominici et al. (2006), included in the 2009 PM ISA. In contrast, several additional multicity studies primarily observed null or negative associations across study regions using novel $PM_{2.5}$ exposure metrics that combine measured and modeled $PM_{2.5}$ concentrations (Hsu et al., 2017; Kloog et al., 2014; Talbott et al., 2014; Kloog et al., 2012) or measured $PM_{2.5}$ concentrations from monitors (Milojevic et al., 2014; Haley et al., 2009). Positive associations were reported in certain regions of some studies, such as New York state (Talbott et al., 2014) and the New York City, NY metro area (Hsu et al., 2017). Single-city studies in the U.S. and Canada tended to report null associations (Rodopoulou et al., 2015; Kim et al., 2012; Villeneuve et al., 2012). Overall, recent epidemiologic evidence for an association between short-term $PM_{2.5}$ exposure and composite CBVD endpoints continues to be inconsistent, although studies have generally reported null or low-magnitude associations (Figure 6-5).

00197309



**Figure 6-5    Results of studies of short-term PM₂.₅ exposure and hospital admissions and emergency department visits for cerebrovascular disease.**

CBVD = cerebrovascular disease; h = hour; km = kilometer; Med = median; μg/m³ = micrograms per cubic meter; NR = not reported; PM₂.₅ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Note: Corresponding quantitative results are reported in Supplemental Table S6-5 (U.S. EPA, 2018).

†Studies published since the 2009 PM ISA.

### 6.1.5.1.1    Emergency Department (ED) Visits and Hospital Admissions Visits for Stroke Subtypes

Cerebrovascular disease and stroke ED visits and hospital admissions can be further classified as ischemic strokes, hemorrhagic strokes, transient ischemic attacks (TIAs), and a number of other, less well-defined clinical syndromes resulting from derangements in the cerebral circulation. Studies focused specifically on ischemic stroke have yielded inconsistent results (Figure 6-5). The observed variability in

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197310

results among these studies may be due to the majority of the studies being conducted in single cities and having smaller sample sizes because of the focus on a more specific outcome. Several U.S.-based single-city studies reported positive associations for ischemic stroke in Boston, MA (Wellenius et al., 2012a) and Nueces County, TX (Wing et al., 2015; Lisabeth et al., 2008). Conversely, other single-city studies have reported null or negative associations in Edmonton, Canada (Chen et al., 2014b; Villeneuve et al., 2012) and southern Israel (Yitshak Sade et al., 2015). Additionally, a null association (OR: 0.99 [95% CI: 0.94, 1.05]) was observed in Ontario, Canada (O'Donnell et al., 2011) using data from a stroke registry, which is thought to have reduced outcome misclassification compared with administrative data sets.

Fewer studies have focused specifically on the association between $PM_{2.5}$ and the risk of hemorrhagic stroke, in part because hemorrhagic strokes are much less common than ischemic strokes. Several recent studies provide contrasting results, including null associations observed in small studies in Edmonton, Canada (Villeneuve et al., 2012) and southern Israel (Yitshak Sade et al., 2015). Overall, the recent epidemiologic evidence for an association between short-term $PM_{2.5}$ and various stroke subtypes continues to remain inconsistent and limited.

### 6.1.6    Blood Pressure and Hypertension

The pressure on blood vessel walls from circulating blood is referred to as BP. Persistently elevated BP is referred to as hypertension. Increases in BP can lead to a number of cardiovascular endpoints including IHD, heart failure, and arrhythmia (Section 6.1.1). BP is tightly regulated through numerous homeostatic mechanisms including those in the renal system (Section 6.1.6.4.1). Thus, this section presents evidence for potential $PM_{2.5}$-induced changes in BP through the renal system, in addition to discussing the effect of $PM_{2.5}$ exposure on changes in systolic blood pressure (SBP), diastolic blood pressure (DBP), mean arterial pressure (MAP), and pulse pressure.

In the 2009 PM ISA, there were no epidemiologic studies examining the relationship between short-term $PM_{2.5}$ exposure and ED visits and hospital admissions for hypertension. However, there was some evidence from CHE and animal toxicological studies for a relationship between short-term $PM_{2.5}$ exposure and increases in BP.

The evidence relating short-term $PM_{2.5}$ exposure and increases in BP or to hypertension has increased since the last review. Although more recent ED visit and hospital admissions studies for hypertension are largely inconsistent (i.e., some studies show positive associations while others do not), evidence from CHE and animal toxicological studies generally show changes in some measure of BP following short-term $PM_{2.5}$ exposure. Notably, results from animal toxicological studies also suggest that diet and genetics may be influential factors in BP changes following short-term $PM_{2.5}$ exposure (Section 6.1.6.4).

00197311

### 6.1.6.1    Emergency Department (ED) Visits and Hospital Admissions

Patients with a primary discharge diagnosis related to hypertension are likely have a documented history of hypertension and present to EDs because they are experiencing asymptomatic blood pressure elevations, severe hypertension accompanied by concerning symptoms, or a hypertension-related emergency (Bender et al., 2006). It is important to note in interpreting the results of these studies that patients experiencing an acute cardiovascular event (e.g., acute coronary event or stroke) would likely have a primary discharge diagnosis related to the acute cardiovascular event, even if hypertension was believed to be a proximal cause (Szyszkowicz et al., 2012).

The 2009 PM ISA did not review any epidemiologic studies of ambient $PM_{2.5}$ and ED visits and hospital admissions for hypertension. This section focuses on the few available recent studies providing limited and inconsistent evidence of an association between hypertension and short-term $PM_{2.5}$ exposure (Table 6-13).

**Table 6-13    Epidemiologic studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for hypertension.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations $\mu g/m^3$ | Effect Estimates 95% CI | Copollutant Examination |
|---|---|---|---|---|---|
| †Hsu et al. (2017) Four New York regions (1991−2006) | Adjusted CMAQ-simulated model [see Hogrefe et al. (2009)]. 12 × 12 km grid resolution with patient residential address. | Hypertension | NR | RR (Lag 0) NYC, Long Island, and Hudson: 1.019 (1.007, 1.032) Adirondack and North: 1.065 (0.979, 1.154) Mohawk Valley and Binghamton: 1.020 (0.939, 1.108) Central and western New York: 1.007 (0.976, 1.039) | Correlation (*r*): NA Copollutant models with: $O_3$ |

00197312