**Table 6-13 (Continued): Epidemiologic studies of short-term PM$_{2.5}$ exposure and hospital admissions and emergency department visits for hypertension.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations µg/m$^3$ | Effect Estimates 95% CI | Copollutant Examination |
|---|---|---|---|---|---|
| †Rodopoulou et al. (2015)<br>Little Rock, AR (2002−2012)<br>Age ≥15 yr | 1 monitor.<br>60% residents within 10 km. | Hypertension | 24-h avg: 12.4<br>75th: 15.6 | RR<br>Year-Round (Lag 1):<br>0.990 (0.973, 1.007)<br>Cold Season (Lag 1):<br>1.020 (0.946, 1.047)<br>Warm Season (Lag 1):<br>0.988 (0.966, 0.991) | Correlation (r):<br>NA<br>Copollutant models with: O$_3$ |
| †Szyszkowicz et al. (2012)<br>Edmonton, Canada (1992−2002)<br>All ages | Average of 3 monitors.<br>Max distance apart 10 km<br>(Zemek et al., 2010). | Hypertension | 24-h avg: 8.5<br>75th: 10.9 | OR<br>Lag 0: 1.02 (0.98, 1.06)<br>Lag 1: 1.03 (0.99, 1.07)<br>Lag 5: 1.02 (0.98, 1.06)<br>Lag 6: 1.06 (1.02, 1.09) | Correlation (r):<br>PM$_{10}$: 0.76, NO$_2$: 0.39, CO: 0.32, SO$_2$: 0.21, O$_3$: 0.05<br>Copollutant models with: NA |
| †Franck et al. (2011)<br>Leipzig, Germany (February 2002−January 2003) | Monitors in city averaged.<br>Number monitors NR.<br>City approx. 200 km$^2$. | Hypertension | 24-h avg: 20.61<br>Max: 84.06 | No quantitative results presented; results presented graphically. Negative associations at lags 0 and 1. Positive associations at lags 8 and 9. | Correlation (r):<br>UFP: −0.06<br>Copollutant models with: NA |

00197313

**Table 6-13 (Continued): Epidemiologic studies of short-term PM$_{2.5}$ exposure and hospital admissions and emergency department visits for hypertension.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations µg/m$^3$ | Effect Estimates 95% CI | Copollutant Examination |
|---|---|---|---|---|---|
| †Brook and Kousha (2015) Calgary and Edmonton, Canada (January 2010– December 2011) | Average of monitors in 35 km of patient ZIP code centroid. | Hypertension | 24-h avg Calgary: Median: 10.1 Max: 138.4 Edmonton: Median: 8.1 Max: 156.3 | OR Males; cold season; Lag 6: 1.158 (1.006, 1.323) Females; cold season; Lag 5: 1.141 (1.012, 1.275) | Correlation (r): NA Copollutant models with: NA |

CI = confidence interval; CMAQ = Community Multiscale Air Quality; CO = carbon monoxide; h = hour; km = kilometer; max = maximum; µg/m$^3$ = micrograms per cubic meter; NA = not applicable; NO$_2$ = nitrogen dioxide; NR = not reported; OR = odds ratio; PM$_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; r = correlation coefficient; RR = relative risk; SO$_2$ = sulfur dioxide; UFP = ultrafine particles; yr = year.

For the included epidemiologic studies, the focus is on those studies conducted in areas where mean PM$_{2.5}$ concentrations are <20 µg/m$^3$ or, in the case of a multicity study, where more than half of the cities have concentrations <20 µg/m$^3$. Other studies may be included if they contribute to evaluating important uncertainties (see Preface).
†Studies published since the 2009 PM ISA.

A study of hypertension ED visits and hospital admissions in New York State using a hybrid method to estimate PM$_{2.5}$ exposure from monitor and modeled data over the years 1991–2006 (Hsu et al., 2017) reported a 1.93% (95% CI: 0.69, 3.18) increased risk of ED visits on the concurrent day (lag 0) near New York City, NY; however, Hsu et al. (2017) observed no associations in the remaining regions of the state. Hsu et al. (2017) did not present pooled results across the state, but the differing results across the state provide evidence of potential regional heterogeneity in risk estimates. In contrast, a single-city study in Little Rock, AR, reported a negative association for the risk of ED visits [−1.03% (95% CI: −2.69, 0.67), lag 1; Rodopoulou et al. (2015)]. The observed association was attenuated but remained negative in a copollutant model adjusting for O$_3$ (−0.58% [95% CI: −2.34, 1.21], lag 1). Rodopoulou et al. (2015) reported a positive association in the cold season, indicating that a negative association in the warm season is driving the overall results. Similarly, a two-city Canadian study in Edmonton and Calgary observed positive associations in the cold season (Brook and Kousha, 2015). The authors did not report quantitative results for the warm season, but they stated that there were "no statistically significant positive results." In a study in Edmonton, Canada, Szyszkowicz et al. (2012) observed a positive year-round association between short-term PM$_{2.5}$ concentrations and hypertension. Additionally, a single-city study examined emergency calls for hypertensive crisis in Leipzig, Germany across multiple lag periods. Franck et al. (2011) reported generally negative or null associations across lag periods (lag 1 to 7).

00197314

In summary, there is limited and inconsistent evidence for a year-round association between short-term $PM_{2.5}$ exposure and ED visits and hospital admissions for hypertension. Studies reported evidence of seasonal differences, with positive associations in the cold season and negative or null associations in the warm season (Brook and Kousha, 2015; Rodopoulou et al., 2015); however, among these studies only Rodopoulou et al. (2015) examined the potential for copollutant confounding, which remains an important limitation for both year-round and seasonal analyses.

### 6.1.6.2    Epidemiologic Studies of Changes in Blood Pressure (BP)

Studies of short-term $PM_{2.5}$ exposure and BP included in the 2009 PM ISA (U.S. EPA, 2009) were limited in size and number and results were not consistent across studies. While the majority of studies supported associations between $PM_{2.5}$ and higher systolic blood pressure (SBP) and diastolic blood pressure (DBP), other studies reported lower BP or no association. Several studies have since been published investigating associations between short-term $PM_{2.5}$ concentrations and blood pressure, but overall, the recent evidence is similar to that in that last review in providing mixed evidence for associations (Table 6-14).

Since the publication of the 2009 PM ISA, several quasi-experimental studies have become available. As noted previously, these studies are particularly useful in that they include well-characterized exposures across a range of $PM_{2.5}$ concentrations. Across these studies, results generally did not show associations between short-term $PM_{2.5}$ exposures and changes in SBP or DBP. Kubesch et al. (2014) and Weichenthal et al. (2014a) conducted similar randomized crossover studies with participants exposed for 2 hours to ambient $PM_{2.5}$ in a high or low exposure site. Whereas Kubesch et al. (2014) reported positive associations for BP and $PM_{2.5}$ during the exposure period and up to 5 hours afterward, Weichenthal et al. (2014a) reported null associations with $PM_{2.5}$ exposure and SBP or DBP 3 hours post exposure. Chung et al. (2015) similarly observed no associations with BP in a study examining $PM_{2.5}$ from traffic exposures and BP measurements from individuals living in communities near highways and other living in urban background locations.

Liu et al. (2014c) and Morishita et al. (2015a) also conducted studies using ambient gradients of $PM_{2.5}$ concentrations by transporting study participants to specific locations to reflect differences in $PM_{2.5}$ concentrations. Liu et al. (2014c) monitored BP during 5-day exposures near a steel mill (daily average $PM_{2.5}$ 11.0 $\mu g/m^3$) and on a college campus (daily average $PM_{2.5}$ 9.4 $\mu g/m^3$), and Morishita et al. (2015a) transported study participants from a rural Michigan community to an urban area over 5 days; neither study reported an association between $PM_{2.5}$ and changes in BP.

The relationship between short-term $PM_{2.5}$ exposures and BP has also been examined in well-established cohorts including the Multi-Ethnic Study of Atherosclerosis (MESA), the Normative Aging Study (NAS), the Detroit Exposure and Aerosol Research Study (DEARS), and the Detroit Healthy Environments Partnership (DHEP) study. Whereas Hicken et al. (2013), Mordukhovich et al.

00197315

(2009), and Wilker et al. (2009) did not find associations in participants from the MESA or NAS with 1-hour to 1-month concentrations of $PM_{2.5}$, Dvonch et al. (2009), Hicken et al. (2014), and Brook et al. (2011) found some evidence of a relationship in studies conducted in Detroit, MI. While Brook et al. (2011) and Hicken et al. (2014) found positive associations between SBP and 1-day lag $PM_{2.5}$ concentrations or 48-hour averages, respectively, Dvonch et al. (2009) reported negative associations for SBP. Taken together, results from these panel studies in healthy populations do not provide strong support for a consistent relationship between BP and short-term exposures to $PM_{2.5}$.

In contrast, panel studies including older adult populations report consistent evidence for a relationship between $PM_{2.5}$ and BP, particularly studies including participants living in nursing homes or senior communities, which allow for improved exposure assessment. Jacobs et al. (2012) examined BP in nursing homes residents and found positive associations between 24-hour $PM_{2.5}$ concentrations and SBP, but only in participants on antihypertensive medication. No associations were found for DBP. Liu et al. (2009) and Wellenius et al. (2012b) also examined BP in nursing home residents or community dwelling seniors, respectively, and reported positive associations between $PM_{2.5}$ and BP. Whereas Liu et al. (2009) found increases in SBP relative to 24-hour $PM_{2.5}$ levels, Wellenius et al. (2012b) reported positive associations for both SBP and DBP across averaging times ranging from 1 to 28 days, with the strongest associations for 7 and 14 day averages. In addition to examining older adult populations, Rich et al. (2012) looked at associations between BP and $PM_{2.5}$ exposures in a panel of cardiac rehabilitation patients and reported positive associations for SBP and the $PM_{2.5}$ levels in the preceding 6 hours.

Recent evidence is similar to that evaluated in the 2009 PM ISA (U.S. EPA, 2009) and studies continue to demonstrate inconsistent results across a variety of study designs. There is, however, some indication of associations between short-term exposures to $PM_{2.5}$ and changes in BP in subpopulations, including older adults and individuals with pre-existing cardiovascular disease.

00197316

**Table 6-14    Epidemiologic studies of short-term PM$_{2.5}$ exposure and blood pressure.**

| Study | Study Population and Design | Exposure Assessment | Effect Estimates 95% CI | Copollutants Examination |
|---|---|---|---|---|
| †Kubesch et al. (2014) Barcelona, Spain (February−November 2011) | n = 31 healthy, nonsmoking adults, 18−60 yr (28 completed all exposures). Participants exposed from 8:00−10:00 a.m. at a high- and low-traffic site, with and without moderate exercise. BP measurements taken before, during, and after exposure. | Monitoring conducted at site of exposure 2-h avg High traffic site Mean: 80.8 Max: 128.6 Low traffic site Mean: 30.0 Max: 80.0 | Postexposure SBP (mm Hg): 0.95 (0, 1.91) DBP (mm Hg): 0.26 (−0.4, 0.92) Intra-exposure SBP (mm Hg): 1.26 (−0.82, 3.34) DBP (mm Hg): 0.97 (−0.88, 2.83) IQR not reported | Correlation ($r$) = 0.85 UFP, 0.93 BC, 0.91 NO$_X$, 0.58 PM coarse |
| †Liu et al. (2014c) Sault Ste. Marie, Ontario, Canada (May−August 2010) | N = 66 healthy, nonsmoking adults, 18−55 years (61 completed the study). Participants were randomly assigned to exposures that included 5 consecutive 8-h days with a 30-min exercise period near a steel plant or a college campus. BP measurements taken before, during, and after exposure. | Monitoring conducted at site of exposure Daily average Near steel plant 11 (4.0−25.8) Near college campus 9.4 (3.3−25) | % Change SBP Lag 0: −0.38 (−1.29, 0.55) Lag 1: −0.05 (−0.98, 0.88) DBP Lag 0: −0.33 (−1.07, 0.41) Lag 1: −0.22 (−1.04, 0.60) | Correlations ($r$) NR |
| †Morishita et al. (2015a) Dearborn, MI (June−August 2009) (June−July 2010) | N = 25 healthy, nonsmoking adults, 18−50 yr. Participants were transported from rural residence to an area of high PM exposure for 4−5 h on 5 consecutive days. BP measured daily after exposure. | Monitoring conducted at site of exposure Average concentration during exposure periods: $10.8 \pm 6.8$ | "PM$_{2.5}$ mass alone was not associated with other health outcomes" | Correlations ($r$): NR. |

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197317

**Table 6-14 (Continued): Epidemiologic studies of short-term PM$_{2.5}$ exposure and blood pressure.**

| Study | Study Population and Design | Exposure Assessment | Effect Estimates 95% CI | Copollutants Examination |
|---|---|---|---|---|
| †Weichenthal et al. (2014a)<br>Montreal, Canada<br>(Summer 2013) | N = 53 healthy, nonsmoking women, 18–45 yr.<br>Participants cycled continuously for 2 h in a high- and low-traffic setting.<br>BP measured before and after exposure | 2-h avg<br>High Traffic:<br>15.7 (15.9)<br>Low Traffic:<br>13.4 (13.8) | % change per 15.2 μg/m³ PM$_{2.5}$<br>SBP: 0.358<br>(−0.970, 1.69)<br>DBP: −0.717<br>(−2.54, 1.11) | Correlations (r):<br>0.080 UFP,<br>0.13 BC,<br>0.043 NO$_2$,<br>0.048 O$_3$ |
| †Chung et al. (2015)<br>Boston, MA<br>(August 2009–June 2011) | Community Assessment of Freeway Exposure and Health study.<br>N = 270 adults living in either a community near a major freeway or community representing urban background.<br>BP measured at one (n = 50) or two clinic visits (220). | Fixed-site monitor located at clinic site; 7 km from participants' homes<br>24-h avg<br>Mean (SD):<br>7.80(3.70)<br>Max: 20.9 | Null associations reported for 24-hour PM$_{2.5}$ | Correlations (r):<br>0.79 BC,<br>−0.01 PNC,<br>0.43 NO$_2$, 0.48 O$_3$ |
| †Rich et al. (2012)<br>Rochester, NY<br>(June 2006–November 2009) | N = 76 patients in a 10-week cardiac rehabilitation program due to recent coronary event (83% ≥ 50 yr).<br>BP measured at the beginning of each clinic visit. | Fixed-site monitor for PM$_{2.5}$ located 1.2 km from clinic.<br>UFPs measured at clinic site.<br>24-h avg<br>Mean: 8.7 (6.1)<br>75th percentile: 11.1<br>Max: 42.85 | % Change<br>SBP<br>0–5 h avg: 1.31 (0.03, 2.60); IQR 7.2<br>DBP<br>96–119 h avg: 0.43 (−0.34, 1.20) | Correlations (r):<br>NR. |
| †Jacobs et al. (2012)<br>Antwerp, Belgium<br>(June 2007–October 2009) | N = 88 individuals living in one of five older adult "service flats"; 64.8% taking antihypertensive medication; 39% with past CVD.<br>BP measured at 2 clinic visits. | Fixed-site monitor located 4–28 km from older adult 'service flats'<br>24-h avg<br>Mean: 24.4 (19.0)<br>Max: 100.6 | SBP (mm Hg)<br>No antihypertensives<br>−1.49 (−5.00, 2.02)<br>W/hypertensives<br>2.26 (0.53, 3.94)<br>DBP<br>No antihypertensive<br>0.77 (−1.54, 3.03)<br>W/hypertensives<br>0.36 (−0.72, 1.44) | Correlations (r):<br>NR. |

00197318

**Table 6-14 (Continued): Epidemiologic studies of short-term PM2.5 exposure and blood pressure.**

| Study | Study Population and Design | Exposure Assessment | Effect Estimates 95% CI | Copollutants Examination |
|---|---|---|---|---|
| †Wellenius et al. (2012b) Boston, MA (2005−2008) | MOBILIZE study N = 747 healthy older adults, ≥70 yr; 20% adults with diabetes, 79% with hypertension, 47% with hyperlipidemia BP measured at 2 clinic visits with participants in supine and standing positions | Fixed-site monitor located <20 km from participants'' homes 24-h avg Mean: 8.6 ± 4.9 | SBP (mm Hg, standing) 1 day: 0.20(−1.63, 2.04) 5 days: 2.31 (−0.77, 5.38) 7 days: 3.68 (0.00, 8.82) 14 days: 4.41 (0.00, 8.82) 21 days: 3.23 (−1.61, 8.06) 28 days: 2.76 (−2.76, 8.28) DBP (mm Hg, standing) 1 day: 0.20 (−0.82, 1.22) 5 days: 1.03 (−0.77, 2.31) 7 days: 1.84 (0.00, 2.68) 14 days: 2.06 (0.00, 4.41) 21 days: 1.29 (−1.29, 3.87) 28 days: 0.69 (−2.07, 3.45) | Correlations (r): NR. |
| †Liu et al. (2009) Windsor, Ontario (February−March 2007) | N = 29 healthy, nonsmoking older adults recruited from 3 nursing homes, ≥65 yr. BP collected from 5−16 24-h periods. | Personal monitoring for 24-h before clinic visits Median: 6.3 95th: 16.6 Outdoor monitoring at nursing homes, 24-h avg Median: 15.3 95th: 24.2 | Personal (IQR 7.1) SBP (mm Hg): 3.43 (1.43) DBP (mm Hg): 0.00 (1.26) Outdoor (IQR 5.6) SBP (mm Hg): -0.61 (0.99) DBP (mm Hg): 1.43 (0.89) | Correlations (r): 0.57 (outdoor PM2.5 and BC) |

00197319

## Table 6-14 (Continued): Epidemiologic studies of short-term PM$_{2.5}$ exposure and blood pressure.

| Study | Study Population and Design | Exposure Assessment | Effect Estimates 95% CI | Copollutants Examination |
|---|---|---|---|---|
| †Brook et al. (2011) Detroit, MI (2005–2007) | Detroit Exposure and Aerosol Research Study (DEARS). N = 65 healthy nonsmoking adults residing in suburban neighborhoods affected by various sources. BP measured at participants' homes for up to 5 consecutive evenings. | Personal and fixed-site monitoring 24-h avg Total personal Mean (SD): 21.9 ± 24.8 Max: 225.4 Ambient Mean (SD): 15.4 ± 7.5 Max: 41.0 | Ambient, 1-day lag SBP (mm Hg): 0.32 (−1.052, 1.692) DBP (mm Hg): 0.02 (−1.019, 1.059) Personal, 1-day lag SBP (mm Hg): 1.41 (0.763, 2.057) DBP (mm Hg): 0.44 (−0.070, 0.950) | Correlations (r): NR. |
| †Dvonch et al. (2009) Detroit, MI (May 2001–April 2003) | Detroit Healthy Environments Partnership. N = 347 participants residing in 3 communities BP measurements taken at 2 study visits | Community monitors located within 5 km of study participants Annual average across sites: 15.0 (8.2) | Lag 2 SBP (mm Hg):3.24 DBP (mm Hg): −0.92 Per 10 μg/m³ PM$_{2.5}$ 95% CIs NR | Correlations (r): NR. |
| †Wilker et al. (2009) Boston, MA (1995–2006) | Normative Aging Study. N = 945 healthy men, 21–80 yr. Blood pressure measurements taken at clinic visits every 3–5 yr. | Fixed-site monitor 48-h avg Mean (SD): 11.9 (6.1) | 48-h avg SBP (mm Hg): 0.69 (−0.15, 1.53) DBP (mm Hg): −0.018 (−0.45, 0.41) | Correlations (r): NR. |
| †Mordukhovich et al. (2009) Boston, MA (April 1999–December 2007) | Normative Aging Study. N = 791 healthy men, 21–80 yr. BP measured at clinic visits every 3–5 yr. | Fixed-site monitor 7-day moving avg Mean (SD): 12.06 (4.93) | 7-day moving avg SBP (mm Hg): 0.90 (−1.43, 3.23) DBP (mm Hg): 0.02 (−1.20, 1.22) | Correlations (r): NR. |

avg = average; BC = black carbon; BP = blood pressure; CI = confidence interval; CO = carbon monoxide; CVD = cardiovascular disease; DBP = diastolic blood pressure; DEARS = Detroit Exposure and Aerosol Research Study; EC = elemental carbon; ECG = electrocardiograph; h = hour; ICD = implantable cardiac device; IQR = interquartile range; km = kilometer; μg/m³ = micrograms per cubic meter; mm Hg = millimeters of Mercury; MOBILIZE = Maintenance of Balance, Independent Living, Intellect, and Zest in the Elderly of Boston; N = number; NO$_2$ = nitrogen dioxide; NO$_X$ = oxides of nitrogen; NR = not reported; O$_3$ = ozone; OC = organic carbon; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; PNC = particle number count; r = correlation coefficient; SBP = systolic blood pressure; SO$_4^{2-}$ = sulfate; SO$_2$ = sulfur dioxide; SD = standard deviation; UFP = ultrafine particles; yr = year.

†Studies published since the 2009 PM ISA.

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197320

### 6.1.6.3    Controlled Human Exposure Studies of Changes in Blood Pressure (BP)

Previous work in the 2004 AQCD reported decreased SBP in asthmatics and increased SBP in healthy subjects after exposure to $PM_{2.5}$ CAPs from Los Angeles while exercising (Gong et al., 2003). The same study found no significant change in DBP. In studies included in the last ISA, Fakhri et al. (2009) and Mills et al. (2008) reported no significant $PM_{2.5}$ CAP effect on BP.

A few recent CHE studies have expanded our understanding of the relationship between exposure to $PM_{2.5}$ and changes in BP. Bellavia et al. (2013) reported significant elevations in SBP ($p = 0.001$), and an increase in DBP that was not statistically significant in healthy adults after exposure to fine CAPs from Toronto, Canada relative to FA. Similarly, Brook et al. (2009) examined the effect of $PM_{2.5}$ CAP exposure on BP in healthy adults in Toronto, Canada. The authors reported that DBP increased linearly during the exposure, resulting in a significant 2.9 mm Hg increase (CAPs; $p = 0.002$) upon completion of the exposure. A trend toward elevated SBP with CAP exposure was also reported. Tong et al. (2015) also found an association between $PM_{2.5}$ CAP exposure and BP. Adults in their late 50s were randomization into either fish oil, olive oil, or naïve groups for a 28-day supplementation period. In the naïve group at 30 minutes postexposure, DBP increased by 2.1 mm Hg relative to FA exposure ($p = 0.04$). This same relative increase was observed 60 minutes after exposure in the fish oil ($p = 0.008$) and olive oil ($p = 0.03$) supplemented groups. Increases in SBP, which were not statistically significant, were also reported in all treatment groups.

In contrast to the studies described above, Lucking et al. (2011) found no differences in BP post DE, particle filtered DE, or FA exposure in healthy men. Similarly, in older overweight, but healthy participants, Hemmingsen et al. (2015b) found no significant changes in BP after exposure to filtered or nonfiltered traffic-related air pollution (TRAP) from Copenhagen, Denmark using a relatively low $PM_{2.5}$ exposure concentration (Table 6-15). Direct changes in blood pressure were also not reported in the FILTER-HF CHE study (Vieira et al., 2016b). This study tested whether introducing a respiratory filter could attenuate the cardiovascular effects of acute DE exposure in patients with heart failure, or in healthy individuals. When the FILTER-HF patients and healthy controls exercised for 6 minutes, BP increased with exercise but there were no statistically significant differences with DE exposure with or without filtration, although the study report noted that assessing changes in blood pressure in the heart failure group is difficult given that use of beta-blockers could have blunted the effect.

A few CHE studies in the current review indicate that $PM_{2.5}$ CAP, but not exposure to DE has an effect on BP. However, these studies are not entirely consistent with respect to reporting changes in SBP versus DBP. Nevertheless, in studies where increases in one measure of BP (e.g., SBP), but not the other (e.g., DBP) was found to be statistically significant, that other measure of BP usually trended toward statistical significance. Notably, these more recent studies are not in agreement with CAP results from the

00197321

last review. This could be due to differences in study design or particle composition across the different studies. There is also some evidence that changes in blood pressure may be partially due to the endotoxin present in the PM samples (Zhong et al., 2015). Overall, the more recent CHE studies provide some evidence that short-term $PM_{2.5}$ exposure can result in changes in blood pressure following CAPS but not DE exposure. More information on studies published since the 2009 PM ISA can be found in Table 6-15 below.

**Table 6-15   Study-specific details from controlled human exposure studies of short-term PM2.5 exposure and blood pressure.**

| Study | Population | Exposure Details (Concentration; Duration) | Endpoints Examined |
|---|---|---|---|
| Bellavia et al. (2013) | Healthy adults n = 8 M, 7 F 18–60 yr old 27.7 ± NA | ~242 µg/m³ $PM_{2.5}$ CAP for 130 min at rest PM collected from a busy street in Toronto, Canada | BP: 10 min pre-exposure, 5 min postexposure DNA methylation: 1 h postexposure |
| Brook et al. (2009) Toronto cohort | Healthy adults n = 16 M; 15 F 27 ± 8 | 148.5 ± 54.4 µg/m³ $PM_{2.5}$ CAP for 2 h CAP from Toronto | BP: during exposure |
| Hemmingsen et al. (2015b) | Healthy overweight older adults n = 25 M, 35 F; 55–83 yr | 24 ± 13 µg/m³ (nonfiltered) 3.0 ± 1.2 µg/m³ (filtered) $PM_{2.5}$ for 5 h at rest PM collected from a busy street in central Copenhagen, Denmark | BP: ≤1 h postexposure |
| Tong et al. (2015) | Healthy older adults n = 10 M, 32 F; 57.8 ± 1.3 yr | 253 ± 16 µg/m³ of $PM_{2.5}$ for 2 h at rest CAPs from Chapel Hill, NC Effect of supplementation with fish oil or olive oil | BP: 15 min intervals during 2 h exposure and 30 min intervals pre- and postexposure |
| Vieira et al. (2016b) | Healthy adults n = 8 M, 7 F; 45 ± 10 yr; 7 with a history of smoking Heart failure patients n = 16 M, 10 F; 51 ± 9 yr; 19 white; 17 with a history of smoking | 325 ± 31 µg/m³ $PM_{2.5}$ DE generated from a diesel engine and conditioned through a refrigerated metal retainer 25 ± 6 µg/m³ $PM_{2.5}$ filtered DE 21 min total exposure, 15 at rest and 6 while walking | BP: continuously during 6 min walking exposure |

00197322

**Table 6-15 (Continued): Study-specific details from controlled human exposure studies of short-term PM$_{2.5}$ exposure and blood pressure.**

| Study | Population | Exposure Details (Concentration; Duration) | Endpoints Examined |
|---|---|---|---|
| Zhong et al. (2015) | Healthy adults n = 23 M, 27 F; 18–60 yr | Endotoxin and B-1,3-d-glucan associated with: 250 µg/m$^3$ PM$_{2.5}$ CAPs (target) | BP: pre-exposure, 0.5 h and 20 h postexposure |
| | | 200 µg/m$^3$ course CAPs (target) 7.07 and IQR 7.09 ng/m$^3$ for 130 min at rest | |
| | | CAPs collected from a heavy-traffic 4-lane street in Toronto | |
| Lucking et al. (2011) | Healthy young men n = 19, 25 ± 3 yr | 320 ± 10 µg/m$^3$ fine DE mass | BP: pre-exposure, immediately post-exposure, 6 h, and 8 h postexposure |
| | | 7.2 ± 2.0 µg/m$^3$ fine mass in filtered DE | |
| | | 1 h exposure 15 min exercise (25 L/min per m$^2$ body) alternating with 15 min rest | |
| | | Particles generated with a Volvo diesel engine | |

BP = blood pressure; CAP = concentrated ambient particle; CHE = controlled human exposure; DE = diesel exhaust; DNA = deoxyribonucleic acid; h = hour; F = female; IQR = interquartile range; L = liter; M = male; µg/m$^3$ = micrograms per cubic meter; min = minute; n = number; NA = not applicable; ng = nanogram; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; SD = standard deviation; yr = year.

### 6.1.6.4    Toxicological Studies of Changes in Blood Pressure (BP)

In the 2009 PM ISA, studies generally reported an increase in some measure of BP following short-term PM$_{2.5}$ exposure to CAPs (Bartoli et al., 2009; Ito et al., 2008; Chang et al., 2004). Since the publication of the 2009 PM ISA, Wagner et al. (2014b) reported statistically significant changes ($p < 0.05$) in SBP, DBP, and MAP in SH rats in three of four independent experiments compared with control animals. In an earlier study, this group similarly reported that Sprague-Dawley rats with cardio-metabolic syndrome fed a high fructose diet had a statistically significant decrease ($p < 0.05$) in SBP, DBP, and MAP during PM$_{2.5}$ exposure relative to control exposed animals (Wagner et al., 2014a). More information on studies published since the 2009 PM ISA can be found in Table 6-16 below.

00197323

**Table 6-16    Study-specific details from toxicological studies of short-term PM2.5 exposure and blood pressure.**

| Study | Study Population | Exposure Details | Endpoints Examined |
|-------|------------------|------------------|--------------------|
| Wagner et al. (2014b) | Adult SH rats, M, n = 8/treatment group. | Inhalation of PM$_{2.5}$ CAPs from Dearborn, MI collected in summer; four independent experiments; PM$_{2.5}$ concentrations were 415 ± 99, 642 ± 294, 767 ± 256, and 364 ± 58 μg/m$^3$, respectively, 8 h/day for 4 days to air or CAPs. | BP during exposure |
| Wagner et al. (2014a) | Adult Sprague-Dawley rats, M, n = 4−8 per treatment group, fed either a normal diet or a high-fructose diet. | Inhalation of 356 μg/m$^3$ PM$_{2.5}$ CAPs from Dearborn, MI; 8 h/day for 9 consecutive weekdays. | BP during exposure and during non-exposure times in the evening and weekend |

BP = blood pressure; CAP = concentrated ambient particle; h = hour; M = male; MI = myocardial infarction; n = number; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

#### 6.1.6.4.1    Renin-Angiotensin System

Renin is secreted by the juxtaglomerular apparatus of the kidney and converts angiotensinogen to angiotensin 1 (Ang1). In the lung, kidney, and vascular endothelium, angiotensin-converting enzyme (ACE) cleaves Ang1 to release AngII, which can bind the angiotensin type 1 receptor (At1r) to cause vasoconstriction and a subsequent increase in blood pressure. It can also stimulate the release of aldosterone, which also increases blood pressure. Given this direct link between changes in the renin-angiotensin system and increases in blood pressure, the effect of short-term PM$_{2.5}$ inhalation on this system was evaluated.

The 2009 PM ISA included no short-term studies on the renin-angiotensin system following short-term exposure to PM$_{2.5}$ CAPs. Since the 2009 PM ISA, a study in rats has demonstrated that short-term exposure to PM$_{2.5}$ increases ($p < 0.05$) plasma Ang II levels (Ghelfi et al., 2010). In an additional study, Aztatzi-Aguilar et al. (2015) found a statistically significant increase ($p < 0.05$) in At1r, but not ACE mRNA in the heart. Aztatzi-Aguilar et al. (2015) also found a statistically significant increase ($p < 0.05$) in mRNA expression of the receptor B1r in the heart, which is interesting given that increases in this receptor are indicative of vasodilation rather than vasoconstriction. Taken together, there is some evidence that short-term PM$_{2.5}$ exposure can lead to changes in multiple pathways involved in the regulation of vasoconstriction/vasodilation, and thus, blood pressure. More information on studies published since the 2009 PM ISA can be found in Table 6-17 below. In summary, studies published since the conclusion of the 2009 PM ISA with respect to changes in BP measurements and the

00197324

renin-angiotensin system provide some additional evidence that short-term exposure to $PM_{2.5}$ can result in changes in BP. These studies also provide some evidence that genetic or dietary factor may influence the effect of $PM_{2.5}$ exposure on BP.

**Table 6-17    Study-specific details from animal toxicological studies of the renin-angiotensin system.**

| Study | Study Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Ghelfi et al. (2010) | Adult Sprague-Dawley rats, n = 80 total | Inhalation of 390 μg/m³ $PM_{2.5}$ some groups pretreated with valsartan or benazepril<br><br>5 h exposure | Plasma angiotensin II immediately after exposure |
| Aztatzi-Aguilar et al. (2015) | Adult Sprague-Dawley rats, M, n = 4 per treatment group | Inhalation of 178 μg/m³ $PM_{2.5}$ for 5 h/day for 3 days from a high-traffic, industrial area north of Mexico City in early summer | Angiotensin and bradykinin system gene expression in heart tissue collected 24 h after exposure. |

CAPs = concentrated ambient particles; h = hour; M = male; μg/m³ = micrograms per cubic meter; n = number; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

### 6.1.7    Venous Thromboembolism Disease and Pulmonary Embolism

Thrombosis refers to the formation of a blood clot inside a blood vessel. An embolus is a blood clot that breaks free and travels from its initial site of formation. The clot can then become lodged and occlude blood flow, resulting in an embolism. Clots typically form in the deep (i.e., popliteal, femoral, iliac) veins of the lower extremities and can give rise to emboli that lodge in the pulmonary arteries. These deep vein thromboses (DVTs) and pulmonary emboli (PE) are the most common subtypes of venous thromboembolism (VTE).

In the 2009 PM ISA, there were two hospital admission studies looking at the relationship between short-term $PM_{2.5}$ exposure and peripheral vascular disease (PVD). One of these studies found a positive association between hospital admissions for PVD and short-term $PM_{2.5}$ exposure while the other study observed a negative association. Thus, there was only limited evidence of an association between $PM_{2.5}$ exposure and PVD hospital admissions in the last review.

Some epidemiologic studies published since the 2009 PM ISA provide additional evidence that short-term $PM_{2.5}$ exposures may be associated with increased risk of hospital admissions for PVD. However, considerable uncertainties remain with respect to the potential for copollutant confounding, given that copollutant analyses were generally lacking in these studies. Nevertheless, the lack of

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197325

copollutant analyses in epidemiologic studies is at least partially mitigated by CHE and animal toxicological studies that provide biological plausibility for these associations by demonstrating changes in hemostasis following short-term $PM_{2.5}$ exposure (Section 6.2.1). Nonetheless, the relationship between ED visit and hospital admissions studies for PVD and short-term $PM_{2.5}$ exposure is still considered to be uncertain.

### 6.1.7.1   Emergency Department (ED) Visits and Hospital Admissions

The 2009 PM ISA reviewed a limited number of studies examining the association between $PM_{2.5}$ and PVD. The MCAPS study among U.S. Medicare beneficiaries by Dominici et al. (2006) reported a positive association between hospital admissions for PVD and $PM_{2.5}$ concentrations on the same day (lag 0). Conversely, a single-city study in Toronto observed a negative association between PVD and $PM_{2.5}$ (Burnett et al., 1999). Several recent studies evaluating $PM_{2.5}$ exposure and PVD, venous thromboembolism (VTE), pulmonary embolism, and deep vein thrombosis are now available, and provide emerging evidence that $PM_{2.5}$ may be associated with specific forms of PVD, but there is still a limited evidence base (Table 6-18).

**Table 6-18   Epidemiologic studies of short-term $PM_{2.5}$ concentrations and hospital admission and emergency department visits for peripheral vascular disease.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations $\mu g/m^3$ | Effect Estimates 95% CI | Copollutant Examination |
|---|---|---|---|---|---|
| Dominici et al. (2006)<br>204 U.S. urban counties (1999−2002)<br>Age ≥65 yr | Concentrations from monitors in county averaged.<br>Number NR. Study population reside an average of 5.9 miles from monitor. Median pairwise correlation between same-county monitors 0.91. | PVD | 24-h avg: 13.4 (IQR 3.9)<br>75th: 15.2 | No quantitative results presented; results presented graphically. Positive associations at lags 0 and 2. | Correlation (r): NA<br>Copollutant models with: NA |

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197326

**Table 6-18 (Continued): Epidemiologic studies of short-term PM$_{2.5}$ concentrations and hospital admission and emergency department visits for peripheral vascular disease.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations µg/m$^3$ | Effect Estimates 95% CI | Copollutant Examination |
|---|---|---|---|---|---|
| Burnett et al. (1999) Toronto, Canada (1980−1994) | 1 monitor. PM$_{2.5}$, PM$_{10}$, PM$_{10-2.5}$ values not available for full study period. Values estimated from single TSS monitor. | PVD | 24-h avg: 18.0 75th: 22.0 Max: 90.0 | No quantitative results presented. Authors state that there was a negative association. | Correlation ($r$): NO$_2$: 0.52, SO$_2$: 0.53, CO: 0.49, O$_3$: 0.10, PM$_{10}$: 0.91, PM$_{10-2.5}$: 0.47 Copollutant models with: NA |
| †Bell et al. (2015) 140 U.S. counties (1999−2010) Age ≥65 yr | Concentrations from monitors in county averaged. | PVD | 24-h avg: 12.3 Max: 20.2 | RR Lag 0: 1.013 (1.005, 1.021) | Correlation ($r$): NA Copollutant models with: NA |
| †Haley et al. (2009) Eight New York cities (2001−2005) | Weighted averages across monitors in each city. 39 monitors in total. | PVD | 24-h avg: 5.8 (IQR 5.9) 75th: 8.0 Max: 42.2 | RR Lag 0: 1.036 (1.007, 1.066) Lag 1: 1.003 (0.989, 1.018) | Correlation ($r$): NA Copollutant models with: NA |
| †Talbott et al. (2014) Seven U.S. states (2001−2009) | Fused-CMAQ CMAQ model combined with monitoring data, downscaled to census tract resolution. | PVD | 24-h avg: 6.46 to 12.83 (across seven states) 75th: 7.64 to 16.55 (across seven states) | Select ORs New Jersey Lag 0: 1.023 (0.996, 1.050) Lag 1: 1.030 (1.005, 1.056) Lag 2: 1.034 (1.010, 1.059) Lag 3: 1.059 (1.024, 1.095) New York Lag 0: 1.031 (1.015, 1.049) | Correlation ($r$): NA Copollutant models with: O$_3$ |

00197327

**Table 6-18 (Continued): Epidemiologic studies of short-term PM$_{2.5}$ concentrations and hospital admission and emergency department visits for peripheral vascular disease.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations µg/m$^3$ | Effect Estimates 95% CI | Copollutant Examination |
|---|---|---|---|---|---|
| †Dales et al. (2010)<br>Santiago, Chile<br>(April 1998−August 2005) | Concentrations from monitors assigned to central and adjacent municipalities.<br>6 monitors. | VTE, PE | 24-h avg: 32.99<br>IQR: 20.02 | RR<br>VTE<br>Lag 0−1: 1.023<br>(1.014, 1.031)<br>PE<br>Lag 0−1: 1.023<br>(1.016, 1.029) | Correlation<br>($r$): NO$_2$:<br>0.73−0.92,<br>SO$_2$:<br>0.72−0.83,<br>CO:<br>0.40−0.83,<br>O$_3$: −0.32 to<br>−0.14, PM$_{10}$:<br>0.85−0.92<br>Copollutant<br>models with:<br>NA |
| †Shih et al. (2011)<br>40 U.S. cities<br>(1993−1998)<br>Women, Ages 50−79 yr | National scale spatial interpolation by kriging using U.S. EPA AQS monitors.<br>PM$_{2.5}$ data 1999−2004 only. | VTE | 24-h avg: 13.5 | HR<br>VTE<br>Lag 0: 1.04<br>(0.89, 1.22) | Correlation<br>($r$): NA<br>Copollutant<br>models with:<br>NA |
| †Kloog et al. (2015)<br>Northeastern U.S.<br>(13 states)<br>(2000−2008)<br>Age ≥65 yr | Spatiotemporal monitoring incorporating land use variables and AOD observations.<br>10 × 10 km spatial resolution.<br>Cross-validation R$^2$ using monitors within 10 km: 0.82. | DVT, PE | 2-day avg: 12.6<br>(6.8)<br>75th: 15.9<br>Max: 96.0 | RR<br>DVT<br>Lag 0: 1.006<br>(1.001, 1.011)<br>Lag 0−1: 1.006<br>(1.000, 1.013)<br>Lag 0−2: 1.007<br>(1.000, 1.014)<br>PE<br>Lag 0: 1.007<br>(1.000, 1.014)<br>Lag 0−1: 1.004<br>(0.993, 1.014)<br>Lag 0−2: 1.006<br>(1.001, 1.011) | Correlation<br>($r$): NA<br>Copollutant<br>models with:<br>NA |

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197328

**Table 6-18 (Continued): Epidemiologic studies of short-term PM$_{2.5}$ concentrations and hospital admission and emergency department visits for peripheral vascular disease.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations µg/m$^3$ | Effect Estimates 95% CI | Copollutant Examination |
|---|---|---|---|---|---|
| †Milojevic et al. (2014) †Milojevic et al. (2015) 15 Conurbations in England and Wales (2003−2009) | Nearest monitor to patient's residence (50 km). Number NR. | PE | 24-h avg Median: 10.0 (IQR 8.0) 75th: 15.0 | RR PE Lag 0−4: 0.959 (0.927, 0.992) | Correlation ($r$): CO: 0.48, NO$_2$: 0.53, O$_3$: −0.10, PM$_{10}$: 0.86, SO$_2$: 0.41 Copollutant models with: NA |

AOD = aerosol optical depth; CI = confidence interval; AQS = Air Quality System; CMAQ = Community Multiscale Air Quality; CO = carbon monoxide; DVT = deep vein thrombosis; HR = hazard ratio; IQR = interquartile range; km = kilometer; max = maximum; µg/m$^3$ = micrograms per cubic meter; NA = not applicable; NO$_2$ = nitrogen dioxide; NR = not reported; O$_3$ = ozone; OR = odds ratio; PE = pulmonary embolism; PM$_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; PVD = peripheral vascular disease; $r$ = correlation coefficient; R$^2$ = correlation coefficient; RR = relative risk; SO$_2$ = sulfur dioxide; TSS = total suspended solids; VTE = venous thromboembolism; yr = year.

For the included epidemiologic studies, the focus is on those studies conducted in areas where mean PM$_{2.5}$ concentrations are <20 µg/m$^3$ or, in the case of a multicity study, where more than half of the cities have concentrations <20 µg/m$^3$. Other studies may be included if they contribute to evaluating important uncertainties (see Preface).
†Studies published since the 2009 PM ISA.

Bell et al. (2015) considered PVD hospital admissions among U.S. Medicare beneficiaries in 140 U.S. counties. The authors observed a 1.26% (95% CI: 0.48, 2.05) increase in hospital admissions associated with PM$_{2.5}$ concentrations on the same day (lag 0). This association was consistent with the results of the Dominici et al. (2006) MCAPS study reviewed in the 2009 PM ISA and with a recent Medicare-based study in eight New York cities (Haley et al., 2009). A study of seven U.S. states also reported an association in New York and in New Jersey, but did not observe an association in five other participating states (Talbott et al., 2014).

In addition to studies evaluating the association between PM$_{2.5}$ and PVD, a few recent studies specifically evaluated VTE, and related outcomes of deep vein and pulmonary embolism. The studies of VTE reported inconsistent results. In Santiago, Chile, Dales et al. (2010) observed a positive association between hospital admissions for VTE and PM$_{2.5}$ concentrations at lag 0−1 (OR: 1.02 [95% CI: 1.01, 1.03]). However, a U.S. Women's Health Initiative study did not report evidence of a positive association (Shih et al., 2011).

Studies examining deep vein thrombosis and pulmonary embolism provide inconsistent evidence of an association. In a study of Medicare beneficiaries in the northeastern U.S. using spatiotemporal monitoring that incorporated land use variables and AOD to estimate PM$_{2.5}$ concentrations, Kloog et al.

00197329

(2015) observed that $PM_{2.5}$ concentrations were associated with a 0.59% (95% CI: 0.07, 1.11) higher risk of pulmonary embolism at lag 0−2 and a 0.64% (95% CI: 0.03, 1.25) higher risk of hospital admissions for deep vein thrombosis at lag 0−1. In Santiago, Chile, Dales et al. (2010) also observed an association between $PM_{2.5}$ and pulmonary embolism. On the other hand, in a large study from England and Wales, Milojevic et al. (2014) reported a decrease in risk of hospital admissions for pulmonary embolism at lag 0−4 (−4.11% [95% CI: −7.29, −0.81]).

In summary, there is limited, but generally consistent evidence that short-term $PM_{2.5}$ exposure is associated with increased hospital admissions for PVD. However, the number of studies available for review is still limited and considerable uncertainties remain. Specifically, none of the reviewed studies evaluated potential copollutant confounding. Evidence regarding specific forms of PVD (i.e., VTE, deep vein thrombosis, and pulmonary embolism) is inconsistent and insufficient to determine the presence of an association.

### 6.1.8    Combinations of Cardiovascular-Related Emergency Department (ED) Visits and Hospital Admissions

In addition to individual cardiovascular diseases, epidemiologic studies examined cardiovascular diseases in aggregate where, in some cases, the aggregate represented all cardiovascular diseases while, in others, a specific combination of cardiovascular diseases was represented. For example, many epidemiologic studies consider hospital admissions and ED visits for combined cardiovascular-related effects, including diseases of the circulatory system. This endpoint encompasses ED visits and hospital admissions for ischemic heart disease, MI, PVD, heart failure, arrhythmia, CBVD and stroke, and diseases of pulmonary circulation. Fewer studies examine the endpoint of cardiac diseases, a subset of CVD that excludes hospitalizations for cerebrovascular disease, peripheral vascular disease, and other circulatory diseases not involving the heart or coronary circulation. The 2004 PM AQCD discussed time-series studies examining the association between ambient $PM_{2.5}$ concentrations and CVD ED visits and hospital admissions. The 2009 PM ISA further reviewed studies providing strong evidence of an association from multicity studies of adults ages 65 years and older (Bell et al., 2008; Host et al., 2008; Barnett et al., 2006). Several single-city studies also generally supported an association between $PM_{2.5}$ and CVD ED visits and hospital admissions. Recent studies tend to focus on overall CVD visits and continue to add to the available evidence supporting an association of daily changes in $PM_{2.5}$ with ED visits and hospital admissions for CVD. Study details and results are presented in Table 6-19.

00197330

**Table 6-19    Epidemiologic studies of short-term PM₂.₅ concentrations and combinations of cardiovascular-related hospital admissions and emergency department visits.**

| Study | Exposure Assessment | Outcome ICD Codes | Mean and Upper Percentile Concentrations µg/m³ | Copollutant Examination |
|---|---|---|---|---|
| Bell et al. (2008)<br>202 U.S. counties (1999–2010)<br>Age ≥65 yr | Concentrations from monitors in county averaged. | CVD<br>438, 430–438, 410–414, 429, 440–449 | NR | Correlation (r): NA<br>Copollutant models with: NA |
| Host et al. (2008)<br>Six French cities (2000–2003) | Concentration from monitors in city averaged.<br>4 monitors Paris, 1 Toulouse, 2 other cities. Residence within 20 km.<br>Between-monitor r > 0.6. | CVD, Cardiac Diseases<br>I00–I99, I00–I52, I20–I25 | 24-h avg: 13.8 to 18.6<br>(across six cities)<br>95th: 25.0 to 33.0<br>(across six cities) | Correlation (r):<br>PM₁₀₋₂.₅: 0.28–0.73<br>Copollutant models with: NA |
| Barnett et al. (2006)<br>Four Australian cities (1998–2001) | Concentrations from monitors in city averaged.<br>3 monitors Sydney, 2 monitors. Melbourne and Perth, 1 monitor Brisbane. | CVD, Cardiac Diseases<br>390–459 | 24-h avg: 8.1 to 9.7<br>(across four cities)<br>Max: 29.3 to 122.8<br>(across four cities) | Correlation (r): NA<br>Copollutant models with: NA |
| †Bell et al. (2015)<br>213 U.S. Counties (1999–2010)<br>Age ≥65 yr | Concentrations from monitors in county averaged. | CVD<br>428, 426–427, 430–438, 410–414, 429, 440–448 | 24-h avg: 12.3<br>Max: 20.2 | Correlation (r): NA<br>Copollutant models with: NA |
| †Bell et al. (2014)<br>Four counties in Massachusetts and Connecticut (2000–2004)<br>Age ≥65 yr | 1 monitor per county for 3 counties, one CT county used populated-weighted average of 2 monitors. | CVD<br>428, 426–427, 430–438, 410–414, 429, 440–448 | 24-h avg: 14.0<br>Median: 11.7 | Correlation (r): NA<br>Copollutant models with: NA |
| †Kloog et al. (2012)<br>Six New England states (2000–2008)<br>Age ≥65 yr | Spatiotemporal monitoring incorporating land use variables and AOD observations 10 × 10 km spatial resolution.<br>Cross-validation R² = 0.85. | CVD<br>390–429 | 24-h avg: 9.6<br>75th: 11.7<br>Max: 72.6 | Correlation (r): NA<br>Copollutant models with: NA |

00197331

**Table 6-19 (Continued): Epidemiologic studies of short-term PM$_{2.5}$ concentrations and combinations of cardiovascular-related hospital admissions and emergency department visits.**

| Study | Exposure Assessment | Outcome ICD Codes | Mean and Upper Percentile Concentrations μg/m$^3$ | Copollutant Examination |
|---|---|---|---|---|
| †Kloog et al. (2014) Seven Mid-Atlantic states and Washington, DC (2000–2006) Age ≥65 yr | Spatiotemporal monitoring incorporating land use variables and AOD observations. 10 × 10 km spatial resolution. Cross-validation $R^2$ = 0.81. | CVD 390–459 | 2-day avg: 11.92 75th: 14.65 Max: 95.85 | Correlation (r): NA Copollutant models with: NA |
| †Bravo et al. (2017) 708 U.S. counties (2002–2006) Age ≥65 yr | Fused-CMAQ Downscaler Model CMAQ combined with monitoring data; census tract estimates used to predict county level 24 h PM$_{2.5}$. | CVD 390–459 | Mean: 12.60 | Correlation (r): NA Copollutant models with: NA |
| †Hsu et al. (2017) Four New York regions (1991–2006) | Adjusted CMAQ-simulated model [see Hogrefe et al. (2009)]. 12 × 12 km grid resolution with patient residential address. | CVD 393–396, 401–405, 410–414, 427, 428, 430–434, 436–438 | NR | Correlation (r): NA Copollutant models with: O$_3$ |
| †Peng et al. (2009) 119 U.S. counties (2000–2006) Age ≥65 yr | Concentrations from monitors in county averaged. Most counties contain 2 monitors, 12 counties with 1. Within county r = 0.85 (0.83–0.95). | CVD 428, 430–438, 410–414, 429, 440–448 | 24-h avg: 11.79 Median: 9.4 | Correlation (r): NA Copollutant models with: NA |
| †Talbott et al. (2014) Seven U.S. states (2001–2009) | Fused-CMAQ Downscaler model combined with monitoring data, downscaled to census tract resolution. | CVD 390–459 | 24-h avg: 6.46 to 12.83 (across seven states) 75th: 7.64 to 16.55 (across seven states) | Correlation (r): NA Copollutant models with: O$_3$ |
| †Ostro et al. (2016) Eight California counties (2005–2009) | Nearest monitor Within 20 km of population-weighted centroid of ZIP code. | CVD 390–459 | Overall mean: 16.5 (IQR: 11.4; across 8 counties) | Correlation (r): NA Copollutant models with: NA |

00197332

**Table 6-19 (Continued): Epidemiologic studies of short-term PM2.5 concentrations and combinations of cardiovascular-related hospital admissions and emergency department visits.**

| Study | Exposure Assessment | Outcome ICD Codes | Mean and Upper Percentile Concentrations µg/m³ | Copollutant Examination |
|---|---|---|---|---|
| †Zanobetti et al. (2009) <br> 26 U.S. cities <br> (2000−2003) <br> Age ≥65 yr | Concentrations from monitors in county averaged <br> 1 to 4 monitors per county. <br> Monitor data discarded if between-monitor correlation <0.8. | CVD <br> 390−429 | 2-day avg: 15.3 <br> (across 26 cities) | Correlation ($r$): NA <br> Copollutant models with: NA |
| †Milojevic et al. (2014) <br> 15 Conurbations in England and Wales <br> (2003−2009) | Nearest monitor to patient's residence (within 50 km). <br> Number NR. | CVD <br> I00−I99 | 24-h avg <br> Median: 10.0 (IQR 8.0) <br> 75th: 15.0 | Correlation ($r$): CO: 0.48, $NO_2$: 0.53, $O_3$: −0.10, $PM_{10}$: 0.86, $SO_2$: 0.41 <br> Copollutant models with: NA |
| †Stafoggia et al. (2013) <br> Eight European cities <br> (2001−2010) <br> Age ≥15 yr | Concentrations from monitors in city averaged. <br> Number NR. | CVD <br> 390−459/I00−I99 | 24-h avg: 17.2 to 34.4 <br> (across eight cities) | Correlation ($r$): $NO_2$: >0.6 <br> Copollutant models with: $PM_{10−2.5}$, $O_3$, $NO_2$. |

avg = average; CMAQ = Community Multiscale Air Quality; CVD = cardiovascular disease; CO = carbon monoxide; ED = emergency department; HR = hazard ratio; ICD = implantable cardiac device; max = maximum; µg/m³ = micrograms per cubic meter; NA = not applicable; NR = not reported; $NO_2$ = nitrogen dioxide; OR = odds ratio; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm; $PM_{10−2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; $r$ = correlation coefficient; $R^2$ = correlation coefficient; RR = relative risk; $SO_2$ = sulfur dioxide; yr = year.

For the included epidemiologic studies, the focus is on those studies conducted in areas where mean $PM_{2.5}$ concentrations are <20 µg/m³ or, in the case of a multicity study, where more than half of the cities have concentrations <20 µg/m³. Other studies may be included if they contribute to evaluating important uncertainties (see Preface).
†Studies published since the 2009 PM ISA.

Epidemiologic studies that examined the effect of $PM_{2.5}$ on CVD ED visits and hospital admissions generally observed evidence of consistent positive associations. Several recent multicity studies in the U.S. and Europe provide additional support for positive associations between short-term $PM_{2.5}$ exposure and CVD ED visits and hospital admissions (Figure 6-6). While most studies of ED visits and hospital admissions rely on fixed-site monitoring, several recent studies assigned $PM_{2.5}$ exposure using spatiotemporal models of $PM_{2.5}$ concentration incorporating land use variables, AOD observations, and surface measurements. Studies using Medicare hospital admissions in the Northeast and Mid-Atlantic reported a 1.03% (95% CI: 0.69, 1.45) and 0.78% (95% CI: 0.54, 1.01) increase in CVD admissions over the previous two days (lag 0−1), respectively (Kloog et al., 2014; Kloog et al., 2012). A similar study of

00197333

708 urban and rural U.S. counties also reported a 0.79% (95% CI: 0.62, 0.97) increased risk of CVD-related hospital admissions associated with $PM_{2.5}$ exposure over the previous 2 days (Bravo et al., 2017). Additionally, a study of seven U.S. states reported positive associations in Massachusetts, New Jersey, and New York, but did not observe a positive association in the other four states (Talbott et al., 2014), while a study of New York state observed a positive association near New York City, NY at lag 0, but null results across the remaining regions of the state (Hsu et al., 2017).

There have been several recent multicity studies in the U.S. using $PM_{2.5}$ concentrations measured from single monitors or averaged across monitors to assign $PM_{2.5}$ exposure. The majority of these studies examined Medicare populations in cities across the U.S. Studies using Medicare hospital admissions records for CVD in 213 (Bell et al., 2015), 119 (Peng et al., 2009), and 26 (Zanobetti et al., 2009) geographically diverse U.S. counties all reported increases in risk ranging from 0.6 to 1.9% (Figure 6-6). A Medicare study in four northeastern counties also showed evidence of a positive association (Bell et al., 2014). In non-Medicare populations, a study of eight California counties reported a positive increase in risk with $PM_{2.5}$ at lag 2 [0.61% (95% CI: −0.18, 1.49); Ostro et al. (2016)].

Multicity studies in Europe also provide generally consistent evidence of a positive association between short-term $PM_{2.5}$ exposure and cardiovascular-related ED visits and hospital admissions. The MED-PARTICLES study performed in eight southern European cities reported a 0.51% (95% CI: 0.12, 0.90) higher rate of cardiovascular-related hospital admissions for $PM_{2.5}$ concentrations averaged over the same and previous days [lag 0−1; Stafoggia et al. (2013)]. A four-city MED-PARTICLES study in Spain and Italy also observed a positive, but less precise (i.e., wider 95% CIs), association between $PM_{2.5}$ exposure and cardiovascular-related hospital admissions [1.18% (95% CI: 0.32, 2.04); Basagaña et al. (2015)]. On the other hand, Milojevic et al. (2014) considered cardiovascular-related hospital admissions in England and Wales and reported a negative association for $PM_{2.5}$ concentrations at lag 0−4. Results from a number of single-city studies tended to be inconsistent, likely due to their generally smaller sample size and focus on a single location (Sarnat et al., 2015; Rodopoulou et al., 2014; Kim et al., 2012; Ito et al., 2011; Lall et al., 2011).

In summary, recent studies continue to provide evidence of a positive association between $PM_{2.5}$ exposure and cardiovascular-related ED visits and hospital admissions. Evidence of this association is provided by a number of multicity studies conducted across the U.S. and Europe. Single-city studies offer less consistent evidence.

00197334



CI = confidence interval; CVD = cardiovascular disease; ED = emergency department; HA = hospital admissions; Med = median; µg/m³ = micrograms per cubic meter; NR = not reported; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

Note: Corresponding quantitative results are reported in Supplemental Table S6-6 (U.S. EPA, 2018).

†Studies published since the 2009 PM ISA.

**Figure 6-6    Results of studies of short-term PM$_{2.5}$ exposure and combinations of cardiovascular-related hospital admissions and emergency department visits for a 10-µg/m³ increase in 24-hour avg PM$_{2.5}$ concentrations.**

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197335

### 6.1.9    Cardiovascular Mortality

Studies that examine the association between short-term $PM_{2.5}$ exposure and cause-specific mortality outcomes, such as cardiovascular mortality, provide additional evidence for $PM_{2.5}$-related cardiovascular effects, specifically whether there is evidence of an overall continuum of effects. The multicity epidemiologic studies evaluated in the 2009 PM ISA provided evidence of consistent positive associations between short-term $PM_{2.5}$ exposure and cardiovascular mortality, ranging from 0.47−0.94% for a 10-$\mu g/m^3$ increase in 24-hour average $PM_{2.5}$ concentrations (U.S. EPA, 2009). Across studies, the $PM_{2.5}$ effect on cardiovascular mortality was observed to be immediate, with associations occurring in the range of lag 0 to 1 day(s). A limitation within the evidence was that multicity studies did not extensively examine potential copollutant confounding, but evidence from single city studies suggested that the $PM_{2.5}$-cardiovascular mortality relationship was not confounded by gaseous copollutants. In addition, evidence from animal toxicological and controlled human exposure studies provided coherence and biological plausibility for the $PM_{2.5}$-related cardiovascular mortality associations reported in the epidemiologic studies (U.S. EPA, 2009).

Recent multicity epidemiologic studies provide additional evidence of consistent positive associations between short-term $PM_{2.5}$ exposure and cardiovascular mortality at lags consistent with the 2009 PM ISA (i.e., lags 0 to 1 day; Figure 6-7). Unlike the studies evaluated in the 2009 PM ISA, some recent studies have also further evaluated the $PM_{2.5}$-cardiovascular mortality relationship by examining cause-specific cardiovascular mortality outcomes (e.g., stroke, heart failure; Figure 6-7). Across multicity studies, there is evidence of a positive association for some of these cardiovascular mortality outcomes; however, the overall evidence is not as consistent as that observed when examining all cardiovascular mortality as detailed in Figure 6-7. This pattern of associations across cardiovascular mortality outcomes is also reflected in a single-city study conducted in Pittsburgh, PA that focused only on copollutant models including $O_3$ (i.e., authors did not report results of single pollutant models), but reported mean $PM_{2.5}$ concentrations similar to those observed in the multicity studies [i.e., 13.9 $\mu g/m^3$; Dabass et al. (2016a)]. The difference in results across cardiovascular mortality outcomes can likely be attributed to the smaller number of mortality events observed when examining some cause-specific cardiovascular mortality outcomes, which results in unstable estimates with larger uncertainty. As a result, those studies included in the discussion of policy-relevant considerations in Section 6.1.14, specifically potential copollutant confounding, lag structure of associations, and effect modification by season and temperature, focus on the combination of all cardiovascular mortality outcomes.

00197336



avg = average; CHF = congestive heart failure; IHD = ischemic heart disease; µg/m³ = micrograms per cubic meter; MI = myocardial infarction; PM₂.₅ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

ᵃLee et al. (2015b) did not provide 95% confidence intervals for the MI and stroke results. Corresponding quantitative results are reported in Supplemental Table S6-7 (U.S. EPA, 2018).

†Studies published since the 2009 PM ISA.

**Figure 6-7    Percent increase in cause-specific cardiovascular mortality outcomes for a 10-µg/m³ increase in 24-hour avg PM₂.₅ concentrations observed in multicity studies and meta-analyses.**

### 6.1.10    Heart Rate (HR) and Heart Rate Variability (HRV)

Heart rate (HR), a key prognostic indicator, is modulated at the sinoatrial node of the heart by both parasympathetic and sympathetic branches of the autonomic nervous system. In general, increased sympathetic activation increases HR, while enhanced activation of parasympathetic, vagal tone, decreases HR, but HR does not, however, provide direct information on the relative contribution of each arm of the autonomic nervous system (Lahiri et al., 2008). Heart rate variability (HRV) represents the degree of difference in the inter-beat intervals of successive heartbeats and is an indicator of the relative balance of sympathetic and parasympathetic tone to the heart and their interaction (Rowan III et al., 2007). Low HRV is associated with an increased risk of cardiac arrhythmia (Corey et al., 2006) and an increased risk of mortality in people with previous myocardial infarction (Fauchier et al., 2004; Bigger et al., 1992). In general, the two most common ways for measuring HRV are time domain measures of variability and frequency domain analysis of the power spectrum. With respect to time domain measures, the standard deviation of NN intervals (i.e., normal-to-normal or the interval between consecutive normal beats;

00197337

SDNN) reflects total heart rate variability, and the root mean square of successive differences in NN intervals (rMSSD) reflects parasympathetic influence on the heart. In terms of frequency domain, the high frequency (HF) domain is widely thought to reflect cardiac parasympathetic activity, whereas the low frequency (LF) domain has been posited as an indicator of the interaction of the sympathetic and parasympathetic nervous systems (Billman, 2013), although its linkage with sympathetic tone is controversial and uncertain (Notarius et al., 1999).

In the 2009 PM ISA (U.S. EPA, 2009), numerous epidemiologic panel studies observed positive associations between short-term $PM_{2.5}$ and changes in HRV indices. Some studies also reported stronger HRV decreases in individuals with pre-existing disease. In addition, CHE studies reported that changes in HRV following $PM_{2.5}$ exposures occurred more consistently in older adults.

Since the publication of the 2009 PM ISA, there have been a number of studies across disciplines indicating a relationship between short-term exposure to $PM_{2.5}$ and changes in HRV. A number of epidemiologic panel studies using quasi-experimental designs suggest that short-term exposure to $PM_{2.5}$ can elicit a change in HRV. In agreement with these panel studies is limited evidence from CHE studies reporting a shift toward sympathetic predominance following exposure to $PM_{2.5}$. Finally, there is also limited evidence for $PM_{2.5}$ effects on HRV that may be modified by seasonal/dietary/genetic factors from animal toxicological studies. Thus, in the current review there is additional evidence across disciplines that short-term exposure to $PM_{2.5}$, can lead to changes in HRV.

With respect to HR, in the current review epidemiologic panel studies generally reported inconsistent results across a handful of studies. That is, while some studies showed a change in HR following short-term exposure to $PM_{2.5}$, other panel studies did not. In addition, there was no evidence of changes in HR from CHE studies, but some evidence from animal toxicological studies indicating that short-term $PM_{2.5}$ exposure can result in changes in HR. Taken together, evidence for changes in HR in response to short-term $PM_{2.5}$ exposure is limited across disciplines.

### 6.1.10.1    Epidemiologic Studies of Heart Rate (HR) and Heart Rate Variability (HRV)

The epidemiologic panel study evidence in the 2009 PM ISA (U.S. EPA, 2009) included numerous studies that observed associations between short-term $PM_{2.5}$ concentrations over hours to days and decreases in HRV (Table 6-20). Most of the studies reported associations between higher concentrations of $PM_{2.5}$ averaged over 24−48 hours and lower SDNN, rMSSD, and HF. Some studies also reported stronger HRV decreases among individuals with pre-existing diabetes, glucose intolerance, ischemic heart disease, or hypertension. Strong decreases were also seen in subgroups defined by genetic polymorphisms in oxidative-stress-related genes, those having lower intake of dietary methyl nutrients, and those with genetic polymorphisms of methionine metabolism and chronic lead exposure. The $PM_{2.5}$ associations with HRV were less marked in individuals on prescription beta-blocker medication or those

00197338

who reported taking omega-3-fatty acid supplements. No epidemiologic panel studies that examined HR were evaluated in the 2009 PM ISA.

Several panel studies published since the last review demonstrate the potential for $PM_{2.5}$ exposures to elicit a rapid change in HRV. These studies used quasi-experimental designs to evaluate the relationship between HRV indices and well-defined $PM_{2.5}$ exposures primarily related to traffic. Weichenthal et al. (2014a) specifically evaluated effects related to 2-hour exposures in high and low traffic settings and found that time-domain measures of HRV (rMSSD and pNN50) were reduced in the 3 hours following exposures, but estimates for SDNN, LF, HF, and LF:HF were imprecise (i.e., wide confidence intervals around effect estimates). Another study evaluating traffic exposures monitored participants over the course of a day and examined 5-minute HRV measures relative to concurrent and up to very short lags of $PM_{2.5}$ concentrations with consideration of time spent commuting. In this study, Hampel et al. (2014) observed consistent decreases in rMSSD and SDNN with concurrent and up to 30-minute lags of ambient $PM_{2.5}$ concentrations in nontraffic environments (−1.03% change in SDNN [95% CI −1.61, −0.44]; −1.37% change in rMSSD [95% CI −2.03, −0.72] per 5.4 µg/m³, 15−19-minute lag), but generally found increases in SDNN with $PM_{2.5}$ concentrations during traffic exposures and varied estimates for rMSSD. Nyhan et al. (2014) and Liu et al. (2015b) conducted studies examining HRV in young healthy participants during different modes of commuting (e.g., subway, bus, cars, walking, cycling); however, results from these studies were not consistent. While Nyhan et al. (2014) did not observe associations between SDNN or rMSSD and ambient $PM_{2.5}$ concentrations, Liu et al. (2015b) reported consistent decreases in SDNN and rMSSD with increases in $PM_{2.5}$ concentrations for all commuters, with the strongest associations for walking commutes.

In two related studies, Brook et al. (2013b) and Morishita et al. (2015a) examined exposures to traffic-related $PM_{2.5}$ in Detroit, MI. In both of these studies, 25 healthy rural residents in Michigan were transported to urban locations on a daily basis under controlled conditions so as to minimize ambient exposures for 5 consecutive days for 4−5 hours. 5-day averaged $PM_{2.5}$ exposures measured at home residence and the urban site were associated with a 13-ms lower SDNN (95% CI: −25, −0.9) in the first published study (Brook et al., 2013b), whereas nonsignificant estimates were reported for same-day averaged $PM_{2.5}$ in a second publication (Morishita et al., 2015a).

Other recently available studies focused on associations between $PM_{2.5}$ exposure and changes in HRV in specific subpopulations, including those with pre-existing cardiovascular disease and older adults. Zanobetti et al. (2010) found decreases in rMSSD and HF with increases in PM averaged over 30 minutes up to 5 days in adults with ischemic heart disease. Furthermore, this study observed even larger reductions with traffic exposures in the 2 hours preceding HRV measures (−15.2% RMSSD [95% CI: −24.8, −4.4]; −39.2% HF [95% CI: −58.0, −12.0]). Although Schneider et al. (2010) also found evidence for reductions in rMSSD and pNN50 with increasing $PM_{2.5}$ concentrations (−3.75% rMSSD [95% CI: −7.98, 0.68]; −10.20% pNN50 (95% CI: −21.47, 0.25]), other studies conducted in panels with pre-existing cardiovascular disease did not find associations between $PM_{2.5}$ and SDNN, rMSSD, or

00197339

pNN50 for averaging periods ranging from 1 hour up to 5 days (Bartell et al., 2013; Rich et al., 2012). In a panel of individuals with diabetes or glucose intolerance in Augsburg, Germany, very short averaging periods calculated from fixed-site monitors, including concurrent time of ECG recording up to 6-hour lags of hourly averages, were associated with 2−5% lower SDNN per 12.3 $\mu g/m^3$ $PM_{2.5}$. Concurrent $PM_{2.5}$ was also associated with 7% lower rMSSD [95% CI: −12, −2; Hampel et al. (2012)]. In a follow-up analysis, a 3.3% lower SDNN (95% CI: −5.8, −0.7) and 6.9% lower rMSSD (95% CI: −11.7, −1.7) were associated with 1-hour average $PM_{2.5}$ per 12.3 $\mu g/m^3$ (Peters et al., 2015).

HRV has also been examined in studies conducted with well-established cohorts including the MESA and the NAS. In the MESA, the strongest associations for HRV were reported between 2-day average $PM_{2.5}$ and reductions in rMSSD in repeated 10-second ECGs [−2.06% rMSSD (95% CI: −4.02, 0.0); Park et al. (2010)]. Similar associations were observed for SDNN (Park et al., 2010). Consistent with these results, the NAS used 7-minute ECGs and reported reductions in SDNN, LF, and HF (−3.8% [95% CI: −0.2, −7.4], −7.8% [95% CI: −0.4, −15.3], and −10.6% [95% CI: −1.8, −19.4]) for 2-day $PM_{2.5}$ exposures (Ren et al., 2010).

Changes in HR related to short-term exposures to $PM_{2.5}$ were generally inconsistent across the studies examining associations. Although Lee et al. (2014) found decreases in HR associated with increases in 1-day lag $PM_{2.5}$ concentrations, Liu et al. (2009) found increases in HR with increasing 24-hour $PM_{2.5}$ concentrations. Increases in HR were also observed in a panel of adults with personal monitoring in Detroit relative to 1- to 10-hour averages of $PM_{2.5}$ exposure, but no associations were observed for 10- to 20-hour averages of $PM_{2.5}$ exposure or for a 1-day lag (Brook et al., 2011; Brook et al., 2010b). Morishita et al. (2015a) reported positive associations between HR and $PM_{2.5}$ in a quasi-experimental study in healthy adults transported to an urban exposure site for 5 consecutive days.

00197340

**Table 6-20    Epidemiologic studies of short-term PM$_{2.5}$ exposure and heart rate variability.**

| Study | Study Population and Design | Exposure Assessment | HRV Parameters Examined | Copollutants Examined |
|---|---|---|---|---|
| †Morishita et al. (2015a)<br>Dearborn, MI<br>June−August 2009<br>June−July 2010 | N = 25 healthy, nonsmoking adults, 18−50 yr.<br>Participants were transported from a rural residence to a high-PM exposure area; exposures were for 4−5 h on 5 consecutive days.<br>HRV (supine, resting) recorded for 6-min after exposure. | Monitoring conducted at site of exposure<br>Average concentration during exposure periods: 10.8 ± 6.8 | Same-day PM$_{2.5}$<br>SDNN, LF, HF, LF:HF | Copollutant models with: SO$_4^{2-}$, metals, and sources |
| †Weichenthal et al. (2014a)<br>Montreal, Canada<br>Summer 2013 | N = 53 healthy, nonsmoking women, 18−45 yr.<br>Participants cycled continuously for 2 h in a high- and low-traffic setting (approximately 11:00 a.m.−1:00 p.m.). | Personal monitoring 2-h avg<br>High Traffic: 15.7 (15.9)<br>Low Traffic: 13.4 (13.8) | pNN50, rMSSD, SDNN, LF, HF, LF:HF | Copollutant models with: BC, NO$_2$, O$_3$, and UFPs |
| †Brook et al. (2013b)<br>Dearborn, MI<br>June−August 2009, 2010 | N = 25 healthy, nonsmoking adults (18−50 yr).<br>Participants resided in locations with urban background levels of PM$_{2.5}$; transported to urban site for 4−5 h exposure blocks on 5 consecutive days.<br>HRV measured (6-min recordings) 7-day before exposure, 3-h after last exposure, and 7-day after exposure. | Monitoring conducted at exposure site and at 2 fixed-site monitors<br>Urban site—averaged over exposure block<br>Mean (SD): 11.5 (4.8)<br>Fixed sites—7-day avg before end of exposure block<br>Mean (SD): 9.7 (3.9)<br>Fixed sites—7-day avg postexposure<br>Mean (SD): 10.3 (2.7) | SDNN, HF, LF, LF:HF | Correlation (r): NR |

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects
6-77

00197341

**Table 6-20 (Continued): Epidemiologic studies of short-term PM$_{2.5}$ exposure and heart rate variability.**

| Study | Study Population and Design | Exposure Assessment | HRV Parameters Examined | Copollutants Examined |
|---|---|---|---|---|
| †Hampel et al. (2014)<br>Augsburg, Germany<br>March 2008 | N = 5 healthy, nonsmoking adults.<br>HRV measured in 5-min intervals over 23 h. | Personal monitoring, PM$_{2.5}$<br>5-min, Mean (SD)<br>13.2 (36.8)<br>In traffic by car: 3.0 (1.0)<br>In traffic by foot/bike: 6.6 (3.8)<br>Not in traffic: 14.9 (40.0)<br>Max: 387.1<br>Personal monitoring, UFPs<br>5-min, Mean (SD)<br>19,304 (32,651)<br>In traffic by car: 7,507 (5,148)<br>In traffic by foot/bike: 7,386 (5,462)<br>Not in traffic: 21,674 (35,222) | HR, LF, HF, SDNN, rMSSD | Copollutant models with: UFPs, CO |
| †Liu et al. (2015b)<br>Taipei, Taiwan<br>January–March, 2012–2014 | N = 120 young, healthy students, 19–24 yr.<br>Participants monitored during 1-h (9:00 a.m.–10:00 a.m.) commutes by subway, bus, car, and walking.<br>HRV measured during 1-h commute in 5-min segments. | Personal monitoring<br>Mean (SD); Max<br>Subway: 22.3 (6.9); 42.1<br>Bus: 32.2 (12.4); 53.9<br>Car: 29.2 (11.3); 11.3<br>Walking: 42.1 (18.2); 88.1 | SDNN, rMSSD | Copollutant models with: VOCs |
| †Nyhan et al. (2014)<br>Dublin, Ireland | N = 32 young, healthy adults, 18–35 yr.<br>Participants monitored during 2–7 commutes (bus, train, walking, or cycling) from 8:00 a.m.–9:00 a.m.<br>HRV measured during 1-h commute in 5-min segments. | Personal monitoring<br>Mean (SD)<br>All: 31.2 (42.0)<br>Bus: 18.2 (17.8)<br>Train: 35.8 (29.0)<br>Pedestrian: 28.7 (25.3)<br>Cyclist: 39.1 (30.4) | SDNN, rMSSD | Correlation (r): NR |

00197342

## Table 6-20 (Continued): Epidemiologic studies of short-term PM$_{2.5}$ exposure and heart rate variability.

| Study | Study Population and Design | Exposure Assessment | HRV Parameters Examined | Copollutants Examined |
|---|---|---|---|---|
| †Rich et al. (2012) Rochester, NY June 2006–November 2009 | N = 76 patients in a 10-week cardiac rehabilitation program from recent coronary event (83% ≥50 yr). HRV indices determined using Holter monitoring conducted during clinic visit (1-3 h). | Fixed-site monitor for PM$_{2.5}$ located 1.2 km from clinic. UFPs measured at clinic site. 24-h avg Mean: 8.7 (6.1) 75th percentile: 11.1 Max: 42.85 | SDNN and rMSSD | Copollutant models with: UFP |
| †Schneider et al. (2010) Erfurt, Germany October 2000–April 2001 | N = 56 patients with CAD, >50 yr. HRV measured up to 12 times; 5-min ECG recordings used for HR, HF, LF, and rMSSD; 24-h recordings used for HR, SDNN, rMSSD, and pNN50. | Fixed-site monitor 24-h Mean (SD) 20.3 (14.8) 75th: 26.2 Max: 84 | HR, SDNN, rMSSD, LF, pNN50 | Correlations (r): 0.5 UFP, 0.8 EC, 0.7 OC Copollutant models with: UFP, EC, OC |
| †Zanobetti et al. (2010) Boston, MA October 1999–January 2003 | N = 46 patients with CAD, 43–75 yr, residences average of 16.7 km from monitor. HRV measured over 24-h at 4 study visits; 30-min intervals used for SDNN and rMSSD. | Fixed-site monitor 72-h Mean: 9.93 95th: 19.31 | SDNN, rMSSD, HF, TP | Correlations (r): 0.46 NO$_2$, 0.29 O$_3$ Copollutant models with: BC, O$_3$, NO$_2$ |
| †Bartell et al. (2013) Los Angeles, CA 2005–2007 | N = 50 adults with CAD, ≥71 yr, residing in four retirement communities. HRV measured from Holter monitoring conducted for two 5-day periods; 1-h intervals used for SDNN and rMSSD. | Residential monitoring 24-h avg Mean (SD): 21.1 (11.4) Max: 77.4 | SDNN, rMSSD, pNN50 | Correlations (r): 0.44 OC, 0.58 BC, 0.14 NO$_X$, 0.31CO, −0.38 O$_3$ Copollutant models with: BC, OC (primary and secondary), UFPs, NO$_X$, O$_3$, CO |
| †Lee et al. (2014) Boston, MA March–August 2004 | N = 21 adults, 21–69 yr, residing in inner-city neighborhood. HRV measured from two 24-h monitoring periods; 5-min intervals used for SDNN. | Personal monitoring 5-min Mean (SD): 29.8 (77.7) | SDNN | Correlation (r): NR |

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197343

**Table 6-20 (Continued): Epidemiologic studies of short-term PM₂.₅ exposure and heart rate variability.**

| Study | Study Population and Design | Exposure Assessment | HRV Parameters Examined | Copollutants Examined |
|---|---|---|---|---|
| †Brook et al. (2010b)<br>Detroit, MI<br>2005−2007 | Detroit Exposure and Aerosol Research Study (DEARS).<br>N = 51 healthy nonsmoking adults residing in suburban neighborhoods affected by various sources.<br>BP measured at participants' homes for up to 5 consecutive evenings. | Personal and fixed-site monitoring<br>24-h avg<br>Total personal<br>Mean (SD):<br>18.0 ± 10.4<br>Max: 51.9<br>Ambient<br>Mean (SD): 15.8 ± 7.6<br>Max: 38.9 | HR | Correlation ($r$): NR |
| †Park et al. (2010)<br>Six U.S. communities<br>July 2000−August 2002 | N = 5,465 adults, 45−85 yr.<br>HRV measured with three consecutive 10-sec recordings. | Fixed-site monitoring<br>48-h avg<br>14.3 | SDNN, rMSSD | Correlation ($r$): NR |
| †Ren et al. (2010)<br>Boston, MA<br>November 2000−December 2007 | N = 686 men, mean age 73 yr.<br>HRV measured over 7-min. | Fixed-site monitoring<br>48-h<br>Mean (SD): 11.32 (6.53) | SDNN, LF, HF | Correlation ($r$): NR |

avg = average; BC = black carbon; BP = blood pressure; CAD = coronary artery disease; CO = carbon monoxide; DEARS = Detroit Exposure and Aerosol Research Study; EC = elemental carbon; ECG = electrocardiograph; h = hour; HF = high frequency; HR = heart rate; ICD = implantable cardiac device; IQR = interquartile range; km = kilometer; LF = low frequency; LF:HF = ratio of low frequency to high frequency; min = minute; N = number; $NO_2$ = nitrogen dioxide; $NO_X$ = oxides of nitrogen; NR = not reported; $O_3$ = ozone; OC = organic carbon; PM₂.₅ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; PNC = particle number count; pNN50 = percentage of successive RR intervals that differ by more than 50ms; rMSSD = root mean square of successive differences in R-R intervals; $r$ = correlation coefficient; SD = standard deviation; SDNN = standard deviation of normal to normal R-R intervals; $SO_4^{2-}$ = sulfate; $SO_2$ = sulfur dioxide; SD = standard deviation; TP = total power; UFP = ultrafine particles; VOC = volatile organic compound; yr = year.

†Studies published since the 2009 PM ISA.

### 6.1.10.2    Controlled Human Exposure Studies of Heart Rate (HR) and Heart Rate Variability (HRV)

In the 2009 PM ISA, a study examined healthy adults and adults with asthma exposed for 2 hours to PM₂.₅ (Gong et al., 2003) and found significant decreases in HR in both groups. Decreases in HRV in response to short-term PM₂.₅ exposure were more consistent in CHE studies of older adults (Gong et al., 2004; Devlin et al., 2003).

Since the 2009 PM ISA, a few CHE studies have examined the effect of PM₂.₅ on HR. Sivangabalan et al. (2011) and Brook et al. (2009) reported that exposure to PM₂.₅ CAPs did not result

00197344

in a statistically significant difference in HR relative to FA. Similarly, in heart failure patients and healthy subjects, the FILTER-HF study indicated that HR was not significantly changed with exposure to DE or filtered DE when compared with exposure to clean air. When the FILTER-HF patients exercised for 6 minutes, heart rate increased with exercise, but there were no significant differences with air pollution exposure with or without filtration (Vieira et al., 2016b).

Recent CHE studies have reported changes in indices of HRV following short-term $PM_{2.5}$ exposure. In Copenhagen, Denmark, Hemmingsen et al. (2015b) exposed older overweight, but healthy men and women to TRAP that was nonfiltered or particle filtered. HF was statistically significantly decreased ($p < 0.05$) and LF was statistically significantly increased ($p = 0.027$) when nonfiltered TRAP was compared with particle filtered TRAP after 5 hours of exposure. In addition, SDNN was transiently reduced by 13% ($p = 0.045$) after first entering the nonfiltered TRAP chamber, but notably, this effect did not persist. In a dietary intervention study, Tong et al. (2012) found that after a 28-day supplementation period with olive oil, there was a lower HF:LF ratio immediately after CAP exposure in older adults. This reflected an immediate increase in LF that persisted 20 hours postexposure. There were no changes in HRV time domain measurements in this study. In an additional CAP study, Brook et al. (2009) reported that exposure to $PM_{2.5}$ CAPs did not result in significant reductions in time or frequency domains of HRV. Moreover, Huang et al. (2012) found no difference in measures of time or frequency domains of HRV when CAP exposure was compared with clean air exposure but noted that CAP concentrations were lower than those used in previous studies in which cardiovascular effects were reported.

As previously noted, the FILTER-HF CHE study examined whether introducing a respiratory filter could attenuate the cardiovascular effects of acute DE exposure in patients with heart failure. Results indicated that time and frequency metrics of HRV were not significantly changed with exposure to DE or filtered DE when compared with clean air exposure (Vieira et al., 2016a).

Overall, the recent CHE studies discussed above provide inconsistent evidence of a change in HRV following $PM_{2.5}$ CAP exposure, but not following exposure to DE. Moreover, there is no evidence from these studies for changes in heart rate following short-term exposure to $PM_{2.5}$. More information on studies published since the 2009 PM ISA can be found in Table 6-21 below.

00197345

**Table 6-21    Study-specific details from controlled human exposure studies of short-term PM₂.₅ exposure and heart rate and heart rate variability.**

| Study | Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Brook et al. (2009) Toronto Cohort | Healthy adults n = 16 M, 15 F 27 ± 8 yr | 148.5 ± 54.4 µg/m³ PM₂.₅ CAPs for 2 h CAPs from Toronto | HR: during exposure HRV time and frequency domains: pre- and just before end of exposure |
| Hemmingsen et al. (2015b) | Healthy overweight older adults n = 25 M, 35 F 55−83 yr | 24 ± 13 µg/m³ (nonfiltered) 3.0 ± 1.2 µg/m³ (filtered) PM₂.₅ for 5 h at rest PM collected from a busy street in central Copenhagen, Denmark | HRV: ≤1 h postexposure |
| Huang et al. (2012) | Healthy adults n = 7 M, 8 F 20−36 yr | 89.5 ± 10.7 µg/m³ PM₂.₅ CAPs for 2 h. During exposure, subjects completed 4 cycles of 15 min each rest or exercise | HRV time-domain endpoints: 18 h postexposure HRV frequency domain: 1 and 18 h postexposure |
| Tong et al. (2012) | Healthy adults n = 8 M 21 F 50−72 yr Mean = 57.4 ± 1.4 yr | 278 ± 19 µg/m³ CAP for 2 h at rest CAPs from Chapel Hill, NC Effect of supplementation with fish oil or olive oil | HRV frequency and repolarization metrics: 105 min pre-, and 2 h, 20 h postexposure HRV time domain: Holter device was wore for entire 48-h period calculated from two 24-h periods |
| Vieira et al. (2016a) | Healthy adults n = 8 M, 7 F 45 ± 10 yr; 14 white; 7 with a history of smoking Heart failure patients n = 16 M, 10 F 51 ± 9 yr; 19 white; 17 with a history of smoking | 325 ± 31 µg/m³ PM₂.₅ DE generated from a diesel engine and conditioned through a refrigerated metal retainer 25 ± 6 µg/m³ PM₂.₅ filtered DE 21 min total exposure, 15 at rest and 6 while walking | HRV: continuously during 21 min exposure, (15 min at rest and 6 min while walking) |
| Sivagangabalan et al. (2011) | Healthy adults n = 11 M, 14 F 18−50 yr | 150 µg/m³ CAP for 2 h at rest CAPs from Toronto | HR |

CAPs = concentrated ambient particle; CHE = controlled human exposure; DE = diesel exhaust; F = female; h = hour; HR = heart rate; HRV = heart rate variability; M = male; µg/m³ = micrograms per cubic meter; min = minute; n = number; PM₂.₅ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; SD = standard deviation.

00197346

### 6.1.10.3    Toxicological Studies of Heart Rate (HR) and Heart Rate Variability (HRV)

In the 2009 PM ISA (U.S. EPA, 2009) there was some animal toxicological evidence for changes in HR following short-term exposure to PM$_{2.5}$ CAPs. Since then, Rohr et al. (2011), using data collected every 30 seconds or integrated over 8 hours, reported that winter ($p < 0.05$), but not summer, short-term PM$_{2.5}$ exposure resulted in a statistically significant increase in HR in SH rats. Similarly, Farraj et al. (2015) reported that during winter, but not summer, PM$_{2.5}$ CAPs exposure statistically significantly decreased ($p < 0.05$) HR in SH rats compared with controls. Wagner et al. (2014b) also found a statistically significant increase in HR in two of four independent experiments in SH rats. In a separate study that evaluated diet, Wagner et al. (2014a) reported a statistically significant decrease ($p < 0.05$) in HR in Sprague-Dawley rats fed a normal or high-fructose chow following PM$_{2.5}$ exposure compared with controls. However, Kurhanewicz et al. (2014) found no change in HR following PM$_{2.5}$ exposure in mice compared with filtered-air control animals.

Overall, there is some evidence that exposure to PM$_{2.5}$ can lead to changes in HR, although the directions of these HR changes are not entirely consistent. These results could be due to differences in study parameters, such as species, strain, diet, or the season in which the PM$_{2.5}$ was collected. More information on studies published since the 2009 PM ISA can be found in Table 6-22 below.

#### 6.1.10.3.1    Heart Rate Variability (HRV)

The 2009 PM ISA provided some evidence of changes in HRV following short-term PM$_{2.5}$ CAPs exposure in SH rats, but not in wild-type or ApoE$^{-/-}$ mice (U.S. EPA, 2009). Since the publication of the 2009 PM ISA, Rohr et al. (2011) collected PM$_{2.5}$ data every 30 minutes during exposure and reported that in the summer there was a statistically significant reduction in SDNN ($p = 0.003$), but not rMSSD in SH rats, whereas a statistically significant change ($p = 0.027$) in rMSSD, but not SDNN was reported in the winter. Interestingly, these authors also reported no significant effects on rMSSD or SDNN in summer or winter using 8-hour integrated PM$_{2.5}$ measurements. In addition, Wagner et al. (2014a) found that changes in HRV metrics in Sprague-Dawley rats were dependent upon diet; that is, SDNN and rMSSD both increased ($p < 0.05$) following short-term exposure to PM$_{2.5}$ CAPs in animals fed a high fructose diet. However, SDNN and rMSSD both decreased ($p < 0.05$) in normal-chow-fed rats (Wagner et al., 2014a) following short-term PM$_{2.5}$ exposure.

In addition to the studies presented above, Kurhanewicz et al. (2014) and Farraj et al. (2015) reported that short-term PM$_{2.5}$ exposure did not alter time or frequency measures of HRV. Similarly, in SH rats exposed to PM$_{2.5}$, Wagner et al. (2014b) found no statistically significant change in rMSSD in four independent experiments and no statistically significant changes in SDNN in three of four of these experiments.

00197347

Taken together, there is at least some evidence from animal toxicological studies that short-term exposure to $PM_{2.5}$ may lead to changes in HRV. Moreover, these studies demonstrate that changes in HRV may be dependent upon the season in which $PM_{2.5}$ is collected and the diet of the animal being exposed. More information on studies published since the 2009 PM ISA can be found in Table 6-22 below.

**Table 6-22    Study-specific details from toxicological studies of short-term $PM_{2.5}$ exposure and heart rate and heart rate variability.**

| Study | Population | Exposure Details | Endpoints Examined |
|-------|-----------|------------------|--------------------|
| Farraj et al. (2015) | Adult SH rats (12 weeks), M, n = 6/group | Inhalation of 168.7 µg/m³ summer or 78.5 µg/m³ winter $PM_{2.5}$ CAPS collected from Durham, NC.<br>4-h exposure | HR, HRV time, and frequency domains, in the time period immediately after to 6 h postexposure |
| Kurhanewicz et al. (2014) | Adult, C57BL/6 mice, F, (10−12 weeks), n = 5−8/group | Inhalation of 190 µg/m³ $PM_{2.5}$ from Research Triangle Park, NC<br>Exposed for 4 h | HR, HRV time, and frequency domains continuously pre- to postexposure |
| Rohr et al. (2011) | SH rats, M, 13−14 weeks old, n = 8 per treatment group | Inhalation of 518 µg/m³ and 357 µg/m³ $PM_{2.5}$ in the summer and winter, respectively from Detroit, MI, 8 h/day for 13 days | HR, HRV time, and frequency domains during exposure |
| Wagner et al. (2014b) | Adult SH rats, M, n = 8/treatment group | Inhalation of $PM_{2.5}$ CAPs from Dearborn, MI collected in summer; four independent experiments; $PM_{2.5}$ concentrations were 415 ± 99, 642 ± 294, 767 ± 256, and 364 ± 58 µg/m³, respectively. 8 h/day for 4 days to air or CAPs | HR, HRV time domains during exposure |
| Wagner et al. (2014a) | Adult Sprague-Dawley rats, M, n = 4−8 per treatment group, fed either a normal diet or a high-fructose diet | Inhalation of 356 µg/m³ $PM_{2.5}$ CAPs from Dearborn, MI; 8 h/day for 9 consecutive weekdays | HR, HRV time domains during exposure, and during nonexposure times in the evening and weekend |

CAPs = concentrated ambient particles; F = female; h = hour; HR = heart rate; HRV = heart rate variability; M = male; µg/m³ = micrograms per cubic meter; n = number; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; SH = spontaneously hypertensive.

00197348

### 6.1.11    Systemic Inflammation, Oxidative Stress, and Blood Lipids

As discussed in detail above (Section 6.1.1), systemic inflammation has been linked to a number of CVD-related outcomes. For example, circulating cytokines such as IL-6 can stimulate the liver to release inflammatory proteins (e.g., C-reactive protein [CRP]) and coagulation factors that can ultimately increase the risk of thrombosis and embolism. Similarly, oxidative stress can result in damage to healthy cells and blood vessels and further increase the inflammatory response. Thus, this section discusses the evidence for changes in markers of systemic inflammation and oxidative stress following short-term $PM_{2.5}$ exposures.

In the 2009 PM ISA (U.S. EPA, 2009), the evidence for systemic inflammation following short-term exposure to $PM_{2.5}$ was limited. This remains the case in the current ISA. That is, while some epidemiologic panel, CHE, and animal toxicological studies report changes in markers of inflammation such as IL-6 and inflammatory proteins such as CRP following short-term exposure to $PM_{2.5}$, other studies do not show changes in these and other markers of inflammation. However, markers of systemic inflammation such as cytokines are often transiently expressed, thus making it difficult to consistently find changes across studies using a variety of methodological approaches.

With respect to oxidative stress, in the 2009 PM ISA there were a few animal toxicological studies that provided mostly positive evidence of an effect of short-term $PM_{2.5}$ CAP exposure on markers of oxidative stress. Since the 2009 PM ISA, a couple of additional toxicological studies in animals have reported changes in measures of oxidative stress following short-term $PM_{2.5}$ exposure. Thus, there is recent evidence for oxidative stress following short-term exposure to $PM_{2.5}$, that adds to similar evidence from the previous review.

### 6.1.11.1    Epidemiologic Studies of Systemic Inflammation and Oxidative Stress

Numerous recently published epidemiologic studies have examined associations between inflammatory biomarkers in circulation and short-term exposure to $PM_{2.5}$ (Table 6-23), but overall, across study designs and populations, results are inconsistent. In a study of healthy volunteers in Utrecht, the Netherlands, Strak et al. (2013a) and Steenhof et al. (2014) provided some evidence of positive associations in healthy populations that were exposed to five different sites that differed appreciably in $PM_{2.5}$ concentrations. Results demonstrated that increases in $PM_{2.5}$ concentrations were associated with increased CRP as well as higher white blood count, particularly neutrophils (Steenhof et al., 2014).

In contrast, in the Heinz Nixdorf Recall study from the Ruhr Area in Germany, associations were not observed between $PM_{2.5}$ and CRP. The study included almost 4,000 population-based participants and used a chemical transport model with a spatial resolution of $1 \times 1$ km to estimate $PM_{2.5}$ exposures. Hertel et al. (2010) also observed null associations between $PM_{2.5}$ and CRP in healthy individuals in Utah based

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197349

on measurements taken on days with low, moderate, and high $PM_{2.5}$ concentrations. Karottki et al. (2014) conducted a study that included 78 adults from 58 homes and found that 48-hour average concentrations of $PM_{2.5}$ were associated with increased CRP. Null associations were observed for IL-6, IL1B, IL-8, white blood counts, or IFN-γ (Karottki et al., 2014).

Several studies focused on populations with pre-existing cardiovascular disease, which provide some evidence for $PM_{2.5}$-associated changes in inflammatory biomarkers. Huttunen et al. (2012) conducted a study with 52 older adults with ischemic heart diseases and found that bi-weekly measures of IL-12 and CRP for a 6-month period were associated with ambient $PM_{2.5}$. Other well-conducted studies demonstrated similar associations between $PM_{2.5}$ and inflammatory IL-6 and TNF in a panel of older adults, with the strongest associations being observed for 5-day averages (Wittkopp et al., 2013; Delfino et al., 2009b). However, other studies in panels of older adults, including some with pre-existing cardiovascular conditions, did not find evidence for associations with inflammatory markers. In a panel of patients with recent myocardial infarction or unstable angina participating in a cardiac rehabilitation program in Rochester, NY, null associations were observed between CRP and $PM_{2.5}$ levels averaged over 5 hours up to 5 days (Wang et al., 2016; Rich et al., 2012), except for a positive association with 72−95 hour lag concentrations. Short-term $PM_{2.5}$ exposure was not associated with CRP or myeloperoxidase, markers of systematic inflammation, in a panel of adults with acute coronary syndrome or nonemergent cardiac catheterization (Croft et al., 2017). Similarly, Liu et al. (2009) conducted a repeated-measures study with a panel of older adults residing in three nursing homes and did not observe evidence for associations between $PM_{2.5}$ and markers for inflammation and oxidative stress. $PM_{2.5}$ was also not associated with CRP, IL-6, or serum amyloid A in a study of 115 postmenopausal women residing in the Seattle, WA area (Williams et al., 2011).

00197350

**Table 6-23    Epidemiologic studies of short-term PM$_{2.5}$ exposure and systemic inflammation and oxidative stress.**

| Study | Study Population and Design | Exposure Assessment | Endpoints Examined | Copollutants Examined |
|---|---|---|---|---|
| †Strak et al. (2013a) †Steenhof et al. (2014) Utrecht, the Netherlands March–October 2009 | N = 31 healthy, adult university students. Participants were randomly assigned to five different exposure sites (underground train station, farm, continuous and stop/go traffic, and urban background); 5-h exposures with intermittent exercise. Endpoints examined 2 and 18-h after exposure. | Monitoring conducted at exposure site 5-h mean PM$_{2.5}$ (range) Underground: 140 (123−167) Continuous traffic: 23 (17−39) Stop/go traffic: 20 (13−63) Farm: 36 (18−95) Urban background: 16 (8−30) | CRP, WBCs | Correlations (r): 0.22 coarse PM, 0.07 UFP, 0.17 EC, 0.39 OC, 0.72 SO$_4^{2-}$, −0.15 O$_3$, 0.45 NO$_2$ |
| †O'Toole et al. (2010) Provo, UT January–March 2009 | N = 16 healthy adults, 18−25 yr. Endpoints examined on days with high, moderate, and low PM concentrations. | PM$_{2.5}$ concentrations reported graphically High days: >40 µg/m$^3$ Moderate days: 20−40 µg/m$^3$ Low days: <10 µg/m$^3$ | CRP | Correlations (r): NR. |
| †Huttunen et al. (2012) November 2005−May 2006 | N = 52 adults with ischemic heart disease, >50 yr. Participants followed for 24 weeks. | Fixed-site monitor 24-h mean (SD): 8.7 (5.7) 75th: 11.2 Max: 27.4 | IL12, IL8, CRP, MPO, WBCs | Correlations (r): 0.34 UFPs, 0.57 PM$_{10-2.5}$ |
| †Rich et al. (2012) Rochester, NY June 2006−November 2009 | N = 76 patients in a 10-week cardiac rehabilitation program due to recent coronary event (83% ≥50 yr). Up to 10 repeated measurements from weekly visits. | Fixed-site monitor for PM$_{2.5}$ located 1.2 km from clinic. UFPs measured at clinic site. 24-h mean (SD): 8.7 (6.1) 75th percentile: 11.1 | WBCs, CRP | Correlations (r): NR> |
| †Croft et al. (2017) November 2011−December 2013 (winter months) Rochester, NY | N = 135 patients with acute coronary syndrome or nonemergent cardiac catheterization, >18 yr. Blood draws at time of catheterization. | Fixed-site monitoring 24-h mean (SD): 6.9 (3.1) Max: 15.3 | CRP, MPO | Correlations (r): 0.65 BC, 0.44 UFPs |

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197351

**Table 6-23 (Continued): Epidemiologic studies of short-term PM$_{2.5}$ exposure and systemic inflammation and oxidative stress.**

| Study | Study Population and Design | Exposure Assessment | Endpoints Examined | Copollutants Examined |
|---|---|---|---|---|
| †Liu et al. (2009) Windsor, Ontario February−March 2007 | N = 29 healthy, nonsmoking older adults recruited from 3 nursing homes, ≥65 yr. Blood samples collected 2−3 times from each subject during study. | Personal monitoring for 24-h before clinic visits Median: 6.3 95th: 16.6 Outdoor monitoring at nursing homes, 24-h avg Median: 15.3 95th: 24.2 | CRP, IL-6, TNF-α, TBARS, 8-isoprostane | Correlations (r): 0.57 BC |
| †Wittkopp et al. (2013) Los Angeles, CA | N = 60 adults with coronary artery disease residing in four retirement communities, >60 yr. Blood samples collected weekly for 12 weeks. | Residential monitor 24-h Mean (SD): 11.37 (9.40) | CRP, TNF-α sTNF-RII, IL-6, IL-6sr | Correlations (r): NR. |
| †Karottki et al. (2014) October 2011−February 2012 | N = 78 nonsmoking, healthy adults, 41−68 yr, from 58 residences. Blood samples collected after 2-day monitoring period. | Fixed-site monitor 48-h Median: 14.4 95th: 40.5 | CRP, WBCs | Correlations (r): 0.32 UFPs |
| †Hertel et al. (2010) Ruhr area, Germany 2000−2003 | N = 3,999 participants, 45−75 yr, with risk factors for CVD. Blood samples collected at baseline assessment. | Fixed-site monitor 24-h 17.23 (10.81) Max: 187 | CRP | Correlations (r): NR. |

avg = average; BC = black carbon; CI = confidence interval; CO = carbon monoxide; CRP = c-reactive protein; CVD = cardiovascular disease; EC = elemental carbon; ECG = electrocardiograph; h = hour; ICD = implantable cardiac device; IL-6 = interleukin 6; IL-6sr = interleukin 6 soluble receptor; IL-8 = interleukin 8; IL-12 = interleukin 12; IQR = interquartile range; km = kilometer; max = maximum; μg/m³ = micrograms per cubic meter; MPO = myeloperoxidase; N = number; NO$_2$ = nitrogen dioxide; NO$_X$ = oxides of nitrogen; NR = not reported; O$_3$ = ozone; OC = organic carbon; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; PNC = particle number count; r = correlation coefficient; SO$_4^{2-}$ = sulfate; SO$_2$ = sulfur dioxide; SD = standard deviation; sTNF-RII = soluble tumor necrosis factor receptor 2; TBARS = thiobarbituric acid reactive substances; TNF-α = tumor necrosis factor alpha; UFP = ultrafine particles; WBC = white blood cell; yr = year.

†Studies published since the 2009 PM ISA.

00197352

### 6.1.11.2    Controlled Human Exposure Studies of Short-Term PM$_{2.5}$ Exposure and Systemic Inflammation, Oxidative Stress, and Blood Lipids

#### 6.1.11.2.1    Systemic Inflammation

In the 2004 PM AQCD, exposure to PM$_{2.5}$ CAPs was not found to effect IL-6, TNF-α, white blood cell [WBC count, or CRP (Ghio et al., 2003)]. Nor was exposure to PM$_{2.5}$ CAPs found to effect serum amyloid A levels (Gong et al., 2003). Gong et al. (2004), however, reported that the number of peripheral basophils increased in healthy, but not in COPD, subjects after short-term exposure to PM$_{2.5}$.

A few CHE studies published since the 2009 PM ISA found at least some evidence of inflammation following short-term exposure to PM$_{2.5}$. Behbod et al. (2013) reported that exposure to PM$_{2.5}$ CAPs resulted in healthy adults having increased blood leukocytes and neutrophils at 24 hours, but not 3-hour postexposure. These authors also reported that the effect at 24-hours was partially due to the endotoxin present in the sample. Similarly, Brook et al. (2009) reported that blood neutrophils and total white blood cells, but not TNF-α, were higher immediately after ($p < 0.01$ vs. pre-exposure value for the same visit), but not 24-hour post CAP exposure. Notably however, these changes were not statistically significant when compare with FA exposure (Brook et al., 2009). In an additional study, Urch et al. (2010) used two different PM$_{2.5}$ CAP exposure levels and reported a statistically significant increase ($p < 0.05$) in blood IL-6 levels for the higher CAP ($140 \pm 6$ µg/m$^3$) condition ($p < 0.0001$) at 3-hour, but not immediately after or the day after exposure. In addition, no significant effects were observed at the lower CAP level ($64 \pm 3$ µg/m$^3$).

Although the studies mentioned above include some evidence for increases in inflammatory markers following short-term exposure to PM$_{2.5}$, some of these and other studies also reported no statistical change in a number of inflammatory markers (Vieira et al., 2016a; Hemmingsen et al., 2015a; Liu et al., 2015a; Tong et al., 2015; Behbod et al., 2013; Hazucha et al., 2013; Tong et al., 2012; Lucking et al., 2011; Urch et al., 2010). For example, relative to baseline Tong et al. (2015) reported no statistical difference in serum levels of CRP, ICAM-1, VCAM-1, IL-6, and TNF-α following PM$_{2.5}$ exposure. Similarly, Liu et al. (2015a) did not report a statistically significant change in IL-6 or CRP, and Hemmingsen et al. (2015a) did not report an increase in CRP or inflammatory cells following short-term PM$_{2.5}$ exposure.

Overall, although inconsistencies exist, these studies show some evidence that short-term PM$_{2.5}$ exposure can result in systemic inflammation (Table 6-24). Moreover, one study also provides evidence that the amount of endotoxin present in PM$_{2.5}$ exposure appreciably contributes to its inflammatory potential.

00197353

### 6.1.11.2.2    Oxidative Stress

With respect to markers of oxidative stress, Liu et al. (2015a) reported increased levels ($p < 0.05$) of the lipid peroxidation biomarker malondialdehyde (MDA) in urine, but not blood following short-term exposure to $PM_{2.5}$. However, in the same study there was little postexposure change in urine levels of the DNA oxidative damage biomarker OHdG. Similarly, Hemmingsen et al. (2015a) did not report changes in blood markers of oxidative stress when $PM_{2.5}$ exposure was compared with FA exposure. Thus, there is little evidence from CHE studies of a relationship between markers of oxidative stress and $PM_{2.5}$. However, given the potential transient nature for markers of oxidative stress, results of these studies may have been different if additional time points had been selected for blood and urine collection. More information on studies published since the 2009 PM ISA can be found in Table 6-24.

### 6.1.11.2.3    Blood Lipids

Controlled human exposure studies of metabolic homeostasis are described in Table 6-24 Ramanathan et al. (2016) reported an increasing trend in the high-density lipoprotein (HDL) oxidant index (HOI) that became significant ($p < 0.05$) when compared with the baseline HOI at 1 hour, but not 20 hours postexposure. These results suggested that PM reduced the antioxidant and anti-inflammatory capacity of HDL particles. Hazucha et al. (2013) identified specific effects on blood lipids and reported a 4.5 and 4.1% decrease ($p < 0.05$) in blood HDL 3 and 22 hours after controlled chamber exposure to $PM_{2.5}$ CAPs in ex- and lifetime smokers.

**Table 6-24    Study-specific details from controlled human exposure studies of short-term $PM_{2.5}$ exposure and inflammation, oxidative stress, and blood lipids.**

| Study | Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Behbod et al. (2013) | Healthy adults N = 19 M; 16 F 18–60 yr old | ~250 µg/m³ fine CAP (0.1 to 2.5 microns) ~200 µg/m³ course CAP (2.5 to 10 microns) For 130 min CAP from busy Toronto street Correlated effects with presence of endotoxin | Inflammatory cells and markers of inflammation ~45 m pre-exposure and 3 h and 24 h after start of each exposure |
| Brook et al. (2009) Toronto Cohort | Healthy adults n = 16 M; 15 F 27 ± 8 | 148.5 ± 54.4 µg/m³ $PM_{2.5}$ CAP for 2 h CAP from Toronto | Markers of inflammation: pre-, post-, and 24 h postexposure |

00197354

**Table 6-24 (Continued): Study-specific details from CHE studies of short-term PM$_{2.5}$ exposure and inflammation, oxidative stress, and blood lipids.**

| Study | Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Hemmingsen et al. (2015b) | Healthy overweight older adults<br>n = 25 M, 35 F;<br>55–83 yr | 24 ± 13 µg/m$^3$ (nonfiltered)<br>3.0 ± 1.2 µg/m$^3$ (filtered) PM$_{2.5}$ for 5 h at rest<br>PM collected from a busy street in central Copenhagen, Denmark | Markers of inflammation and oxidative stress: ≤1 h postexposure |
| Liu et al. (2015a) | Healthy adults<br>n = 50; 18–60 yr<br>28 ± 9 | 238.4 ± 62.0 µg/m$^3$ fine cap<br>212.9 ± 52 µg/m$^3$ course cap<br>135.8 ± 67.2 µg/m$^3$ ultrafine cap for 130 min individually | Markers of inflammation:<br>1 h and 21 h postexposure |
| Ramanathan et al. (2016) | Healthy adults | Used stored plasma samples from:<br>148.5 ± 54.4 µg/m$^3$ PM$_{2.5}$<br>(652,259 ± 460,843 particles ≥0.3 µm, 2,987 ± 1,918 particles ≥2.0 µm)<br>2 h exposure at rest | HDL antioxidant and anti-inflammatory capacity: pre-, 1 h, and 20 h postexposure |
| Tong et al. (2012) | Healthy adults<br>n = 8 M 21 F<br>50–72 yr<br>57.4 ± 1.4 | 278 ± 19 µg/m$^3$ CAP for 2 h at rest<br>CAPS from Chapel Hill, NC<br>Effect of supplementation with fish oil or olive oil | Inflammatory cells: 2 h pre-, postexposure and next day follow-up |
| Tong et al. (2015) | Healthy older adults<br>n = 10 M, 32 F | 253 ± 16 µg/m$^3$ of PM$_{2.5}$ for 2 h at rest<br>CAPs from Chapel Hill, NC<br>Effect of supplementation with fish oil or olive oil | Markers of inflammation markers immediately after or 20 h postexposure |
| Urch et al. (2010) | 13 non-asthmatics and 10 mild asthmatics<br>n = 11 M 13 F<br>18–40 yr | 150 µg/m$^3$ PM$_{2.5}$ for 2 h at rest | Inflammatory cells and cytokines in blood: pre-exposure, 10 min, 3 h, 20 h, postexposure |
| Lucking et al. (2011) | Healthy young men<br>n = 19, 25 ± 3 yr | 320 ± 10 µg/m$^3$ fine DE particles<br>7.2 ± 2.0 µg/m$^3$ particles filtered DE<br>1 h exposure 15 min exercise (25 L/min per m$^2$ body) alternating with 15 min rest<br>Particles generated with a Volvo diesel engine | Markers of inflammation: pre-exposure, 2, 6, and 8 h post |

00197355

**Table 6-24 (Continued): Study-specific details from CHE studies of short-term PM$_{2.5}$ exposure and inflammation, oxidative stress, and blood lipids.**

| Study | Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Vieira et al. (2016a) | Healthy adults n = 8 M, 7 F 45 ± 10 yr; 14 white; 7 with a history of smoking Heart failure patients n = 16 M, 10 F 51 ± 9 yr; 19 white; 17 with a history of smoking | 325 ± 31 µg/m$^3$ PM$_{2.5}$ DE generated from a diesel engine and conditioned through a refrigerated metal retainer 25 ± 6 µg/m$^3$ PM$_{2.5}$ filtered DE 21 min total exposure, 15 at rest and 6 while walking | Markers of systemic inflammation, immediately postexposure |
| Hazucha et al. (2013) | Current and ex-smokers; n = 11; 3 M, 8 F 35–74 yr | 108.7 ± 24.8 µg/m$^3$ PM$_{2.5}$ for 2 h at rest | Markers of inflammation: 3 h and 22 h postexposure and blood HDL levels |

CAP = concentrated ambient particle; CHE = controlled human exposure; DE = diesel exhaust; F = female; h = hour; HDL = high-density lipoproteins; M = male; µg/m$^3$ = micrograms per cubic meter; min = minute; n = number; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; SD = standard deviation; yr = year.

### 6.1.11.3    Toxicological Studies of Systemic Inflammation, Oxidative Stress, and Blood Lipids

#### 6.1.11.3.1    Systemic Inflammation

Toxicological studies in the 2009 PM ISA (U.S. EPA, 2009) that evaluated inflammation reported inconsistent results. Although Kodavanti et al. (2005) reported no increase in white blood cells (WBCs) after short-term PM$_{2.5}$ exposure, an additional study reported a significant decrease in WBC following short-term PM$_{2.5}$ exposure (Kooter et al., 2006).

Since the 2009 PM ISA, Xu et al. (2013) investigated the pulmonary and systemic inflammatory effects of PM$_{2.5}$ in mice at 5, 14, and 21 days postexposure. PM significantly increased ($p < 0.05$) monocyte chemoattractant protein-1 levels at 5 days only, while TNF-α, and IL-12 were not statistically significantly altered. However, short-term PM$_{2.5}$ exposure significantly ($p < 0.05$) increased leukocyte ($p < 0.05$) adhesion (14 day) and rolling (21 day) in the mesenteric microvasculature compared with FA exposure. Davel et al. (2012) also reported that pulmonary arterial tissue TNF-α protein was significantly increased ($p < 0.05$), while IL-1β and IL-6 proteins were not modified following PM$_{2.5}$ exposure in rats. They also reported no statistically significant differences in plasma levels of TNF-α, IL-1β, and IL-6, nor did they report appreciable differences in a number of inflammatory cell types in the PM$_{2.5}$-exposed

00197356

animals compared with control animals. Taken together, there is at least some evidence from toxicological studies of an effect of short-term $PM_{2.5}$ exposure on markers of systemic inflammation, and the ability to observe these effects are likely highly influenced by study design (e.g., exposure duration and sample collection times postexposure). More information on these studies and their design can be found in Table 6-25.

**Table 6-25    Study-specific details from toxicological studies of short-term $PM_{2.5}$ exposure and systemic inflammation, oxidative stress, and blood lipids.**

| Study | Population | Exposure Details | Endpoints Examined |
|-------|-----------|------------------|--------------------|
| Xu et al. (2013) | Adult C57Bl/6 mice, lacking *Adrb1*, *Adrb2*, both, or neither | Inhalation of 143.8 µg/m³ $PM_{2.5}$ CAPs, for 6 h/day, 5 days/week for 5, 14, and 21 days from Columbus, OH | Leukocyte rolling after 4 and 21 days exposure and blood markers of inflammation after 5, 14, and 21 days exposure |
| Davel et al. (2012) | 3-mo old Wistar rats, M | Inhalation of 600 µg/m³ $PM_{2.5}$ CAPs for 3 h/day for 2 weeks from São Paulo, Brazil | Protein markers of inflammation in the pulmonary artery postexposure<br><br>Markers of inflammation in the blood postexposure<br><br>Detection of superoxide in the pulmonary artery using hydroethidine fluorescence |
| Ghelfi et al. (2010) | Adult Sprague-Dawley rats, n = 80 total | Inhalation of 510 µg/m³ $PM_{2.5}$ CAPs some groups pretreated with valsartan or benazepril 5 h exposure | Markers of oxidative stress measured by chemiluminescence and TBARS |
| Haberzettl et al. (2016) | Mouse, male, C57BL/6J, ND or HFD, 8–12 wks, n = 4-8 | Louisville, KY CAPs $PM_{2.5}$; 30−100 µg/m³ Group 1: exposed for 6 h/d for 9 days. Group 2: treated with daily dose of water, metformin (50 mg/kg dose 2 days before, 100 mg/kg 1 day before and 300 mg/kg at the time of, or 1 mg/kg rosiglitazone 2 mg/kg 2 days before 9 day CAP exposure in drinking water. | Blood triglycerides, measures of cholesterol post exposure |

CAPs = concentrated ambient particle; DE = diesel exhaust; h = hour; M = male; µg/m³ = micrograms per cubic meter; mo = month; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; TBARS = thiobarbituric acid reactive substances.

00197357

#### 6.1.11.3.1    Oxidative Stress

The 2009 PM ISA (U.S. EPA, 2009) evaluated the effects of short-term $PM_{2.5}$ CAPs exposure on markers of oxidative stress in animal toxicological studies and generally reported increases in these markers (Ghelfi et al., 2008; Rhoden et al., 2005; Gurgueira et al., 2002). Since the publication of the 2009 PM ISA, Davel et al. (2012) used hydroethidine fluorescence (a probe that detects superoxides) to show that short-term exposure to $PM_{2.5}$ can induce oxidative stress in pulmonary arteries of rats when compared to FA control. Similarly, Ghelfi et al. (2010) found that short-term exposure to $PM_{2.5}$ resulted in changes in markers of oxidative stress. Thus, there is limited additional evidence that short-term exposure to $PM_{2.5}$ can result in oxidative stress.

#### 6.1.11.3.2    Blood Lipids

A single short-term animal toxicological study examined the effect of $PM_{2.5}$ exposure on blood lipid levels. Haberzettl et al. (2016) reported no $PM_{2.5}$ mediated effects on blood triglycerides, HDL, low-density lipoprotein (LDL), or HDL:LDL ratio. Thus, there is no new evidence from animal toxicological studies that short-term $PM_{2.5}$ exposure can affect levels of these blood lipids.

### 6.1.12    Coagulation

Coagulation refers to the process by which blood changes from a liquid to a semi-solid state in order to form a clot. Increases in coagulation factors (e.g., fibrinogen, thrombin) or decreases in factors that promote fibrinolysis such as tissue plasminogen activator (tPA) can promote clot formation, and thus, increase the potential for an MI or perhaps an embolism.

In previous reviews, evidence from epidemiologic panel, CHE, and animal toxicological studies were inconsistent, with some studies showing changes in markers of coagulation following $PM_{2.5}$ exposure and other studies not. In general, this situation continues to be true in the current review. In epidemiologic panel studies, the evidence for associations with fibrinogen was limited across studies, and the evidence for other biomarkers was similarly limited. Likewise, CHE studies provided inconsistent evidence across these studies of an effect of short-term $PM_{2.5}$ exposure on indicators for thrombosis and coagulation. Notably however, there was some evidence for changes in markers of coagulation following short-term exposure to $PM_{2.5}$ from toxicological studies in mice, but not rats. Specifically, these studies provide evidence from genetic mouse models that activation of the β-adrenergic pathway or the sympathetic nervous system contributes to changes in markers of coagulation following short-term $PM_{2.5}$ exposures (Chiarella et al., 2014). Overall, there is limited but inconsistent evidence across studies suggesting a $PM_{2.5}$ effect on blood markers of coagulation or fibrinolysis.

00197358

### 6.1.12.1    Epidemiologic Studies of Coagulation

Several recently available studies have examined associations between short-term exposures to $PM_{2.5}$ and biomarkers related to coagulation, with fibrinogen being the most commonly studied (Table 6-26). As in the 2009 PM ISA (U.S. EPA, 2009), the evidence for associations for fibrinogen with short-term exposures to $PM_{2.5}$ remains inconsistent across studies, and the evidence for other biomarkers remains limited.

Of the recent studies, one was quasi-experimental in design. Strak et al. (2013a) conducted a study with 31 healthy volunteers in Utrecht, the Netherlands where participants were assigned in random order to five locations to capture distinct pollutant exposures, including two traffic sites, an underground train station, a farm, and an urban background site. In two-pollutant models, 5-hour exposures to $PM_{2.5}$ at outdoor sites were associated with increases in von Willebrand factor (vWF) and platelet counts but not fibrinogen or tPA/PAI-1 complex (Strak et al., 2013a). In a follow-up analysis using an alternative determination of coagulation status, null associations were observed for $PM_{2.5}$ concentrations and FXII-mediated (intrinsic) thrombin generation (Strak et al., 2013b).

O'Toole et al. (2010) conducted a study designed to capture gradients in $PM_{2.5}$ concentrations. Blood samples were collected from young, healthy adults on a day with high $PM_{2.5}$ concentrations, a day with moderate concentrations, and 2 days with low concentrations. Results from this study demonstrated an increase in platelet-monocyte aggregates with increasing $PM_{2.5}$ concentrations; however, associations were not observed for pro-coagulation factor fibrinogen.

Other studies have evaluated associations for fibrinogen, lipoprotein-associated phospholipase A2, and vWF in panels with pre-existing cardiovascular conditions. Results across these studies are inconsistent (Croft et al., 2017; Wang et al., 2016; Huttunen et al., 2012; Rich et al., 2012; Brüske et al., 2011; O'Toole et al., 2010; Peters et al., 2009). Croft et al. (2017) reported positive associations between fibrinogen and 1, 12, and 24-hour lags of $PM_{2.5}$ exposure but found no evidence of associations for d-Dimer or vWF in a panel of adults with acute coronary syndrome or nonemergent cardiac catheterization. Huttunen et al. (2012), Rich et al. (2012), Brüske et al. (2011), and Peters et al. (2009) did not observe associations of $PM_{2.5}$ exposure with fibrinogen or other biomarkers.

Overall these panel studies do not provide strong support for associations between short-term $PM_{2.5}$ exposures and fibrinogen. Similarly, studies for other biomarkers of coagulation remain limited, as was the case in the last review. More information on these studies can be found in Table 6-26.

00197359

**Table 6-26    Epidemiologic studies of short-term PM$_{2.5}$ exposure and coagulation.**

| Study | Study Population and Design | Exposure Assessment | Endpoints Examined | Copollutants Examined |
|---|---|---|---|---|
| †Strak et al. (2013a) †Strak et al. (2013b) Utrecht, the Netherlands March–October 2009 | N = 31 healthy, adult university students. Participants were randomly assigned to five different exposure sites (underground train station, farm, continuous and stop/go traffic, and urban background); 5-h exposures with intermittent exercise. Endpoints examined 2 and 18-h after exposure. | Monitoring conducted at exposure site 5-h mean PM$_{2.5}$ (range) Underground: 140 (123−167) Continuous traffic: 23 (17−39) Stop/go traffic: 20 (13−63) Farm: 36 (18−95) Urban background: 16 (8−30) | Fibrinogen, platelet counts, vWF, thrombin potential, FXII-mediated thrombin generation | Correlations (r): 0.22 coarse PM, 0.07 UFP, 0.17 EC, 0.39 OC, 0.72 SO$_4^{2-}$, −0.15 O$_3$, 0.45 NO$_2$ |
| †O'Toole et al. (2010) Provo, UT January–March 2009 | N = 16 healthy adults, 18–25 yr. Endpoints examined on days with high, moderate, and low PM concentrations. | PM$_{2.5}$ concentrations reported graphically High days: >40 µg/m$^3$ Moderate days: 20–40 µg/m$^3$ Low days: <10 µg/m$^3$ | Platelet-monocyte aggregates and fibrinogen | Correlations (r): NR. |
| †Huttunen et al. (2012) November 2005−May 2006 | N = 52 adults with ischemic heart disease, >50 yr. Participants followed for 24 weeks. | Fixed-site monitor 24-h mean (SD): 8.7 (5.1) 75th: 11.2 Max: 27.4 | Fibrinogen | Correlations (r): 0.34 UFPs, 0.57 PM$_{10-2.5}$ |
| †Peters et al. (2009) May 2003−July 2004 Five European cities | AIRGENE study. N = 854 patients with history of MI, mean age 63 yr. | Fixed-site monitor 24-h mean (range): 16.4 (0−95) | Fibrinogen | Correlations (r): NR. |

00197360

## Table 6-26 (Continued): Epidemiologic studies of short-term PM₂.₅ exposure and coagulation.

| Study | Study Population and Design | Exposure Assessment | Endpoints Examined | Copollutants Examined |
|---|---|---|---|---|
| †Brüske et al. (2011) Augsburg, Germany May 2003−February 2004 | AIRGENE study. N = 200 patients with history of MI, mean age 62 yr. Up to 6 repeated measurements from visits every 4−6 weeks. | Fixed-site monitor 24-h mean (SD): 17.4 (6.2) Max: 36.7 | Lipoprotein-associated phospholipase A2 | Correlations (r): 0.58 CO, 0.57 NO₂, 0.42 SO₂, −0.08 O₃ |
| †Rich et al. (2012) Rochester, NY June 2006−November 2009 | N = 76 patients in a 10-week cardiac rehabilitation program from recent coronary event (83% ≥50 yr). Up to 10 repeated measurements from weekly visits. | Fixed-site monitor for PM₂.₅ located 1.2 km from clinic. UFPs measured at clinic site. 24-h mean (SD): 8.7 (6.1) 75th percentile: 11.1 | Fibrinogen | Correlations (r): NA |
| †Croft et al. (2017) Rochester, NY November 2011−December 2013 (winter months) | N = 135 patients with acute coronary syndrome or nonemergent cardiac catheterization, >18 yr. Blood draws at time of catheterization. | Fixed-site monitoring 24-h mean (SD): 6.9 (3.1) Max: 15.3 | Fibrinogen, vWF | Correlations (r): 0.65 BC, 0.44 UFPs |

BC = black carbon; CI = confidence interval; CO = carbon monoxide; EC = elemental carbon; ECG = electrocardiograph; FXII = coagulation factor XII; h = hour; ICD = implantable cardiac device; IQR = interquartile range; km = kilometer; max = maximum; μg/m³ = micrograms per cubic meter; MI = myocardial infarction; NO₂ = nitrogen dioxide; NOₓ = oxides of nitrogen; NR = not reported; O₃ = ozone; OC = organic carbon; PM₂.₅ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; PNC = particle number count; SD = standard deviation; SO₄²⁻ = sulfate; SO₂ = sulfur dioxide; SD = standard deviation; UFP = ultrafine particles; vWF = von Willebrand factor; yr = year.

†Studies published since the 2009 PM ISA.

### 6.1.12.2    Controlled Human Exposure Studies of Coagulation

Previous reviews described multiple CHE studies that evaluated the potential for thrombosis and coagulation following exposure to fine particles. Studies exposed healthy adults to PM₂.₅ CAPs and reported increased levels of fibrinogen (a marker for increased tendency for blood to coagulate) in both studies (Ghio et al., 2003; Ghio et al., 2000). However, in an additional study, Gong et al. (2003) did not find an increase in fibrinogen, or of two other coagulation markers: factor VII, or vWF. In fact, there was a decrease in factor VII. A later study by the same group in the same location evaluated older adults with COPD and also reported no associations between these coagulation indices and PM₂.₅ exposure (Gong et al., 2004). In the previous ISA, Bräuner et al. (2008) did not observe any particle induced change in

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197361

plasma fibrinogen, factor VII, or platelet count after 6 or 24 hours of exposure. Similarly, Larsson et al. (2007) observed no change in PAI-1 or fibrinogen in peripheral blood of healthy adult volunteers after an exposure to road tunnel traffic with a $PM_{2.5}$ concentration of 46−81 μg/m³.

Recent studies have also examined the relationship between short-term $PM_{2.5}$ exposure and the potential for increased coagulation. Lucking et al. (2011) exposed healthy young men to FA, DE, and DE filtered using a particle trap (filtered DE). Results indicated no statistically significant difference in platelet levels. Results also indicated no statistically significant difference in tPA release (i.e., an anticoagulant) when comparing DE to FA exposures in response to the blood vessel dilator bradykinin. However, exposure to filtered DE resulted in enhanced tPA release in response to bradykinin compared with unfiltered DE ($p = 0.03$), suggesting that $PM_{2.5}$ from DE can suppress tPA release.

In the same study, Lucking et al. (2011) also performed ex vivo analyses using a Badimon chamber model 2 hours after each exposure. The procedure was designed to mimic the rheological conditions in the blood vessels of people with mild coronary artery disease (low-shear) and more severe coronary stenosis (high-shear). When study participant's blood was pumped from the antecubital vein through the low-shear, and then the high-shear chambers, there was thrombus formation after unfiltered DE exposure compared with FA exposure in both stress chambers: 21.8% (low); $p = 0.001$ and 14.8% (high); $p = 0.02$. Exposure to filtered DE significantly reduced thrombus formation in the low-shear chamber by 15.7% ($p = 0.023$), thereby indicating that particles were at least partially responsible for thrombus formation under low-shear conditions.

In contrast to the results above, Hazucha et al. (2013) found no change in plasminogen, vWF, tPA, D-dimer, or PAI-1 following $PM_{2.5}$ exposure relative to pre-exposure levels in adults who currently or previously smoked. Similarly, in a dietary supplementation study, Tong et al. (2015) reported no difference in plasminogen, vWF, or fibrinogen levels immediately after, or 20 hours postexposure in naïve or subjects supplemented with olive or fish oil for 4 weeks prior to $PM_{2.5}$ exposure. However, these authors also reported that in volunteers supplemented with olive oil there was a statistically significant ($p < 0.05$) increase in tPA and a decrease in D-dimer levels relative to baseline (Tong et al., 2015). In a prior dietary intervention study, these authors (Tong et al., 2012) also reported no changes in platelets immediately after or 20 hours after $PM_{2.5}$ exposure in groups supplemented with olive or fish oil. Finally, Vieira et al. (2016a) also reported that exposure to DE or filtered DE did not increase platelets or other indicators of coagulation.

Taken together, the recent evidence from CHE studies appears to be inconsistent with respect to an effect of $PM_{2.5}$ exposure on indicators of thrombosis and coagulation. However, this is not particularly unexpected given variability in study design and subjects across these studies (Table 6-27). More information on studies published since the 2009 PM ISA can be found in Table 6-27.

00197362

**Table 6-27    Study-specific details from controlled human exposure studies of short-term PM$_{2.5}$ exposure and coagulation.**

| Study | Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Hazucha et al. (2013) | Current and ex-smokers; n = 11; 3 M, 8 F 35–74 yr | 108.7 ± 24.8 µg/m$^3$ PM$_{2.5}$ for 2 h at rest | Markers of coagulation: 3 h and 22 h postexposure |
| Lucking et al. (2011) | Healthy young men n = 19, 25 ± 3 yr | 320 ± 10 µg/m$^3$ fine DE particles 7.2 ± 2.0 µg/m$^3$ particles filtered DE 1 h exposure 15 min exercise (25 L/min per m$^2$ body) alternating with 15 min rest Particles generated with a Volvo diesel engine | Fibrinolytic function markers: 2 h, 6 h, and 8 h postexposure Ex vivo thrombus formation: 2 h post in Badimon chamber |
| Tong et al. (2012) | Healthy adults n = 8 M, 21 F 50–72 yr 57.4 ± 1.4 | 278 ± 19 µg/m$^3$ CAPs for 2 h at rest CAPs from Chapel Hill, NC Effect of supplementation with fish oil or olive oil | Platelets 2 h pre, immediately after and 20 h postexposure |
| Tong et al. (2015) | Healthy older adults n = 10 M, 32 F 57.8 ± 1.3 yr | 253 ± 16 µg/m$^3$ of PM$_{2.5}$ for 2 h at rest CAPs from Chapel Hill, NC Effect of supplementation with fish oil or olive oil | Markers of fibrinolysis: pre-, post-, and 20 h postexposure |

CAPs = concentrated ambient particle; CHE = controlled human exposure; DE = diesel exhaust; F = female; h = hour; M = male; µg/m$^3$ = micrograms per cubic meter; n = number; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; SD = standard deviation; yr = year.

### 6.1.12.3    Toxicological Studies of Coagulation and Thrombosis

In the 2009 PM ISA, Sun et al. (2008a) reported that PM$_{2.5}$ increased tissue factor (TF) expression in the aortas and in the atherosclerotic plaques of ApoE$^{-/-}$ mice fed a high-fat diet compared with filtered-air controls.

Since the publication of the 2009 PM ISA, additional rodent studies have specifically measured the effects of CAPs on hemostasis and thrombosis. In rats, exposure to ambient PM$_{2.5}$ did not alter fibrinogen, platelet counts, partial thromboplastin time to activation, or prothrombin time (Davel et al., 2012). In mice, however, Budinger et al. (2011) reported that short-term PM$_{2.5}$ exposure increased ($p < 0.05$) the formation of thrombin-anti-thrombin complexes in the plasma of wild type, but not IL-6$^{-/-}$ mice. In a follow-up mechanistic study, Chiarella et al. (2014) found that, in mice, PM$_{2.5}$-induced increases in plasma thrombin-antithrombin complexes were partially attenuated in the presence of the

00197363

catecholamine transport inhibitor reserpine, whereas treatment with the β2-agonist albuterol exacerbated PM-dependent indicators of thrombosis. Furthermore, these PM$_{2.5}$-mediated effects were lost by pharmacological inhibition or genetic loss of the β2-adrenergic receptor in murine alveolar macrophages. In summary, there is additional animal toxicological evidence in the current review that short-term exposure to PM$_{2.5}$ can result in an increase of factors consistent with coagulation and thrombosis in mice, but not rats. Moreover, a mechanistic study provides evidence that the β-adrenergic receptor is involved in this process in mice. Note that Budinger et al. (2011) and Chiarella et al. (2014) used both inhalation exposure as well as intratracheal instillation, but the results presented above are with respect to inhalation exposure. More information on studies published since the 2009 PM ISA can be found in Table 6-28.

**Table 6-28    Study-specific details from toxicological studies of short-term PM$_{2.5}$ exposure and coagulation.**

| Study | Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Budinger et al. (2011) | Adult, C57BL/6 and IL6$^{-/-}$ mice, M | Inhalation of 88.5 μg/m$^3$ PM$_{2.5}$ CAPs for 8 h/day for 3 days | Formation of thrombin anti thrombin complexes after 3-day exposure |
| Chiarella et al. (2014) | Adult, C57BL/6, and Adrb1$^{-/-}$, Adrb2$^{-/-}$, or Adrb1 and Adrb$^{-/-}$mice | Inhalation PM$_{2.5}$ CAP (109 μg/m$^3$), exposed to 8 h/day for 3 days | Plasma thrombin-anti-thrombin and thrombus formation time, TF mRNA levels after 3-day exposure |
| Davel et al. (2012) | 3-mo-old Wistar rats, M | Inhalation of 600 μg/m$^3$ PM$_{2.5}$ CAPs for 3 h/day for 2 weeks from São Paulo, Brazil | Hematological variables, coagulation outcomes, after 15-day exposure |

CAP = concentrated ambient particle; h = hour; M = male; μg/m$^3$ = micrograms per cubic meter; mo = month; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; mRNA = messenger ribonucleic acid; TF = tissue factor.

### 6.1.13    Endothelial Dysfunction and Arterial Stiffness

Endothelial dysfunction is the physiological impairment of the inner lining of blood vessels. Endothelial dysfunction is typically measured by flow-mediated dilation percent (FMD%). It is a noninvasive technique involving measurement of the percent change in brachial artery diameter (BAD) after reactive hyperemia [increased blood flow following removal of an artery-occluding blood pressure cuff; Thijssen et al. (2011)] or pharmacological challenge. In addition to measuring FMD or BAD, experimental studies often examine biomarkers that may be indicative of endothelial dysfunction or vascular damage. These biomarkers include endothelin 1 (ET-1), and changes in the number of circulating endothelial progenitor cells (EPCs).

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197364

In the previous review, there was limited evidence from animal toxicological studies for a relationship between short-term $PM_{2.5}$ exposure and increased molecular markers of endothelial dysfunction, but a single CHE study did not show a relationship between short-term $PM_{2.5}$ exposure and clinical measures of endothelial dysfunction (e.g., BAD). In contrast, there is considerable and consistent recent evidence of endothelial dysfunction following short-term $PM_{2.5}$ exposure. Specifically, there is at least some evidence from more recent epidemiologic panel studies and consistent evidence from CHE and animal toxicological studies of endothelial dysfunction or markers of endothelial dysfunction following short-term exposure to $PM_{2.5}$.

Arterial stiffness is associated with a variety of cardiovascular risk factors and outcomes (Laurent et al., 2006). Carotid-femoral pulse wave velocity (PWV) is used to directly and noninvasively measure arterial stiffness. PWV measures the velocity at which the pulse generated by the heart travels through the arteries, typically measured by the foot-to-foot method (end-diastole of the wave in the carotid artery to end-diastole of the wave in the femoral artery). There is no recent evidence that short-term exposure to $PM_{2.5}$ can cause changes in arterial stiffness.

### 6.1.13.1    Epidemiologic Studies of Impaired Vascular Function

Several epidemiologic studies examined the relationship between ambient $PM_{2.5}$ and vasomotor function, particularly for brachial artery diameter and flow- or nitroglycerin-mediated dilation (Table 6-29).

A series of analyses were done using the Detroit Exposure and Aerosol Research Study (DEARS) data, focusing on personal measures of $PM_{2.5}$ and vascular measurements in nonsmoking adults. In these studies, positive associations were observed between 2-hour $PM_{2.5}$ and vasoconstriction, as indicated by brachial artery diameter (BAD); however, vasodilation was observed relative to $PM_{2.5}$ concentrations with a 2-day lag (Brook et al., 2011; Brook et al., 2010b). Flow-mediated dilation (FMD) and nitroglycerin-mediated dilation (NMD) were also measured in these studies, but associations were only observed for 2-hour averages of $PM_{2.5}$ and decreases in FMD. Other studies examining BAD, FMD, and NMD did not provide evidence of associations in either older or younger adults (Liu et al., 2014c; Liu et al., 2009).

#### 6.1.13.1.1    Digital Vascular Function

By measuring the microvessel pulse wave amplitude of the index finger in the resting state and after cuff-induced occlusion, short-term $PM_{2.5}$ changes can be studied in relation to resting pulse wave amplitude and to endothelium-dependent reactive hyperemia. In roughly 2,400 participants of the Framingham Heart Study living in Boston, MA, higher 1, 2, and 3-day averages of ambient $PM_{2.5}$ concentrations were associated with higher microvessel dilation (Ljungman et al., 2014). Another

00197365

measure of microvascular function is central retinal arterial and venous diameter, for which narrower arterial equivalents and wider venular equivalents are linked, with increased risk for more severe cardiovascular events, including myocardial infarction and stroke. In the MESA study, preceding-day $PM_{2.5}$ levels were associated with smaller central retinal arteriolar equivalents, and null associations were observed for venular equivalents (Adar et al., 2010).

### 6.1.13.1.2    Arterial Stiffness

Arterial stiffness can be measured using the augmentation index (AI). Increases in this index indicate greater arterial stiffness and may represent increased risk of an adverse cardiovascular event. Stiffening of the elastic arteries has been associated with premature mortality and morbidity (Avolio et al., 2009; Laurent et al., 2001), plausibly increasing the cardiac load and leading to higher pulse pressure into the peripheral circulation and thus contributing to end-organ damage in the brain and kidneys (Mitchell, 2008). Several different measures of arterial stiffness are available including carotid femoral pulse wave velocity (CFPWV), AI, and aortic pulse pressure. CFPWV is generally considered to be the best approach (Mitchell, 2009). Morishita et al. (2015a) examined changes in AI relative to ambient $PM_{2.5}$ in a small panel of healthy adults and found no evidence of an association with same day $PM_{2.5}$ exposures.

### 6.1.13.1.3    Biomarkers of Endothelial Injury

Two studies reviewed in the 2009 PM ISA reported positive associations between short-term levels of PM and endothelial biomarkers (Delfino et al., 2008; O'Neill et al., 2007). Higher mean $PM_{2.5}$ during the preceding 1−6 days was associated with higher intercellular adhesion molecule-1 (ICAM-1) and vascular cell adhesion molecule-1 (VCAM-1) in 92 Boston, MA residents with type 2 diabetes (O'Neill et al., 2007). ICAM-1, VCAM-1, endothelial-leucocyte adhesion molecule (E-selectin), and P-selectin are specific markers of endothelial activation. Markers of vasodilation include vascular endothelial growth factor (VEGF), and markers of vasoconstriction include endothelin-1 (ET-1).

Other recently published studies have examined the relationship between short-term $PM_{2.5}$ concentrations and adhesion molecules. Madrigano et al. (2010) and Wilker et al. (2011) conducted analyses as part of the Normative Ageing Study from Boston, MA and examined 7-day and 2-day average $PM_{2.5}$ exposures, respectively. Results from these studies demonstrate that 7-day, but not 2-day, average level of $PM_{2.5}$ are associated with both higher VCAM-1 (6.0% [95% CI: 1.4, 10.9]) and ICAM-1 (7.4% [95% CI: 3.8, 11.1]).

Liu et al. (2009) also examined biomarkers related to vascular function in 28 nonsmoking seniors in nursing homes in Windsor, Ontario with residential monitoring. Positive associations were observed for personal $PM_{2.5}$ exposures and VEGF, but not for personal exposures and ET-1 or with ambient $PM_{2.5}$ concentrations (Liu et al., 2009).

00197366

In summary, these studies overall indicate possible PM effects on adhesion molecules (VCAM-1 and ICAM-1), but the evidence base is limited. More information on these studies can be found in Table 6-29.

**Table 6-29    Epidemiologic studies of short-term PM$_{2.5}$ exposure and endothelial dysfunction.**

| Study | Study Population and Design | Exposure Assessment | Effect Estimates 95% CI | Copollutants Examined |
|---|---|---|---|---|
| †Weichenthal et al. (2014a) Montreal, Canada Summer 2013 | N = 53 healthy, nonsmoking women, 18−45 yr Participants cycled continuously for 2 h in a high and low traffic setting (approximately 11:00 a.m.−1:00 p.m.) RHI measured 3 h after exposures (nitroglycerin-mediated) | Personal monitoring 2-h avg High Traffic: 15.7 (15.9) Low Traffic: 13.4 (13.8) | RHI 1.56% (−2.89, 6.02) per 15.2 µg/m³ | Correlations (r): NR. |
| †Brook et al. (2013b) Dearborn, MI June−August 2009, 2010 | N = 25 healthy, nonsmoking adults (18−50 yr) Participants resided in locations with urban background levels of PM$_{2.5}$; transported to urban site for 4−5 h exposure blocks on 5 consecutive days. Measurements taken 7-day before exposure, 3-h after last exposure, and 7-day after exposure | Monitoring conducted at exposure site and at 2 fixed-site monitor Urban site—averaged over exposure block Mean (SD): 11.5 (4.8) Fixed sites—7-day avg before end of exposure block Mean (SD): 9.7 (3.9) Fixed sites—7-day avg postexposure Mean (SD): 10.3 (2.7) | RHI, AI, PWV "No other CV outcome or blood biomarker (cytokines, PBMC) beyond HOMA-IR and SDNN was associated with the 5-day PM$_{2.5}$ exposure levels." | Correlations (r): NR. |

00197367

**Table 6-29 (Continued): Epidemiologic studies of short-term PM$_{2.5}$ exposure and endothelial dysfunction.**

| Study | Study Population and Design | Exposure Assessment | Effect Estimates 95% CI | Copollutants Examined |
|---|---|---|---|---|
| †Morishita et al. (2015a) Dearborn, MI June−August 2009 June−July 2010 | N = 25 healthy, nonsmoking adults, 18−50 yr<br>Participants were transported from rural residence to a high PM exposure; exposures were for 4-5 h on 5 consecutive days.<br>Reactive hyperemia determined by finger pulse amplitude tonometry each day after exposure | Monitoring conducted at site of exposure<br>Average concentration during exposure periods:<br>10.8 ± 6.8 | RHI, AI, PWV<br>"PM$_{2.5}$ mass alone was not associated with other health outcomes" | Correlations ($r$): 0.59 EC, 0.47 OC |
| †Liu et al. (2014c) Sault Ste. Marie, Ontario, Canada May−August 2010 | N = 66 healthy, nonsmoking adults, 18−55 yr (61 completed the study)<br>Participants were randomly assigned to exposures that included 5 consecutive 8-h days with a 30-min exercise period near a steel plant | Monitoring conducted at site of exposure<br>Daily average (5−95th)<br>11 (4.0−25.8) | % Change<br>Lag 0: 0.04 (−0.11, 0.18)<br>Lag 1: −0.01 (−0.14, 0.12)<br>Per 9.6 µg/m$^3$ PM$_{2.5}$ | Correlations ($r$): NR. |
| †Liu et al. (2009) Windsor, Ontario February−March 2007 | N = 29 healthy, nonsmoking older adults recruited from 3 nursing homes, ≥65 yr | Personal monitoring for 24-h before clinic visits<br>Median: 6.3<br>95th: 16.6<br>Outdoor monitoring at nursing homes, 24-h avg<br>Median: 15.3<br>95th: 24.2 | BAD: 0.02 (0.02)<br>FMD: 0.18 (0.19)<br>Per IQR: 5.6 µg/m$^3$ PM$_{2.5}$ | Correlations ($r$): 0.57 BC |
| †Adar et al. (2010) Six U.S. communities July 2000−August 2002 | MESA<br>N = 5,465 adults, 46−87 yr<br>CRAE measured at second MESA examine | Fixed-site monitoring<br>24-h avg<br>15.4 (9.1) | 24-h lag<br>CRAE<br>−0.6 µm (−1.0, −0.2)<br>CRVE<br>−0.1 (−0.7, 0.5) | Correlations ($r$): NR. |

00197368

**Table 6-29 (Continued): Epidemiologic studies of short-term PM₂.₅ exposure and endothelial dysfunction.**

| Study | Study Population and Design | Exposure Assessment | Effect Estimates 95% CI | Copollutants Examined |
|-------|---------------------------|---------------------|------------------------|----------------------|
| †Ljungman et al. (2014)<br>Boston, MA<br>2003−2008 | Framingham Heart Study Offspring and Third Generation Cohorts<br><br>N = 2,369 participants residing within 50 km of monitor<br><br>Peripheral arterial tonometry hyperemic response measured at clinic visit | Fixed-site monitoring<br>24-h avg<br>Mean (SD): 9.6 (5.3) | PAT<br>Results reported graphically; 1 to 5-day avg null, 7-day avg positive<br><br>PWA<br>2-day avg<br>5.9% (1.9, 10.0)<br>3-day avg<br>6.4% (2.0, 10.9)<br>Per 5 µg/m³ PM₂.₅ | Correlations (r):<br>0.69 BC, −0.16 UFPs, 0.86 SO₄²⁻, 0.37 NOₓ, 0.20 O₃ |
| †Madrigano et al. (2010)<br>Boston, MA<br>1999−2008 | Normative Aging Study<br>N = 809 white men<br>Blood drawn at 1−5 visits per participant, visits occurred every 3−5 yr | Fixed-site monitoring<br>24-h avg<br>10.67 (6.49) | Biomarkers examined:<br>sICAM-1, sVCAM-1 | Correlations (r):<br>NR. |
| †Wilker et al. (2011)<br>Boston, MA<br>1999−2008 | Normative Aging Study<br>N = 723 white men<br>Blood drawn at 1−5 visits per participant, visits occurred every 3−5 yr | Fixed-site monitoring<br>IQR: 4.27 | Biomarkers examined:<br>sICAM-1, sVCAM-1 | Correlations (r):<br>NR. |
| †Brook et al. (2010b)<br>Detroit, MI<br>2005−2007 | Detroit Exposure and Aerosol Research Study (DEARS)<br><br>N = 51 healthy nonsmoking adults residing in suburban neighborhoods affected by various sources<br><br>CV measurements taken on five consecutive evenings | Personal and fixed-site monitoring<br>24-h avg<br>Total personal<br>Mean (SD): 18.0 ± 10.4<br>Max: 51.9<br>Ambient<br>Mean (SD): 15.8 ± 7.6<br>Max: 38.9 | Results reported graphically.<br>BAD: Positive association for 2-h lag<br>FMD: Negative association for 2-h lag | Correlations (r):<br>NR. |

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197369

**Table 6-29 (Continued): Epidemiologic studies of short-term PM₂.₅ exposure and endothelial dysfunction.**

| Study | Study Population and Design | Exposure Assessment | Effect Estimates 95% CI | Copollutants Examined |
|---|---|---|---|---|
| †Brook et al. (2011) Detroit, MI 2005–2007 | Detroit Exposure and Aerosol Research Study (DEARS) N = 65 healthy nonsmoking adults residing in suburban neighborhoods affected by various sources BP measured at participants' homes for up to 5 consecutive evenings | Personal and fixed-site monitoring 24-h avg Total personal Mean (SD): 21.9 ± 24.8 Max: 225.4 Ambient Mean (SD): 15.4 ± 7.5 Max: 41.0 | Lag 2, personal exposure BAD (mm) −0.08 (−0.158, −0.002) NMD (%) 0.13 (−1.771, 2.031) FMD (%) −0.59 (−1.629, 0.449) | Correlations (r): NR. |

AI = augmentation index; avg = average; BAD = brachial artery diameter; BC = black carbon; CI = confidence interval; CRAE = central retinal artery equivalent; CRVE = central retinal vein equivalent; CV = cardiovascular; DEARS = Detroit Exposure and Aerosol Research Study; EC = elemental carbon; FMD = flow-mediated dilation; h = hour; HOMA-IR = Homeostatic Model Assessment of Insulin Resistance; IQR = interquartile range; km = kilometer; MESA = Multi-Ethnic Study of Atherosclerosis; $\mu g/m^3$ = micrograms per cubic meter; mm = millimeter; NMD = nitroglycerin-mediated dilation; $NO_x$ = oxides of nitrogen; NR = not reported; $O_3$ = ozone; OC = organic carbon; PAT = pulse amplitude tonometry; PBMC = peripheral blood mononuclear cells; PWV = pulse wave velocity; RHI = reactive hyperemia index; SD = standard deviation; SDNN = standard deviation of normal to normal R-R intervals; $SO_4^{2-}$ = sulfate; UFP = ultrafine particle; yr = year.

†Studies published since the 2009 PM ISA.

### 6.1.13.2    Controlled Human Exposure Studies of Short-Term PM₂.₅ Exposure and Impaired Vascular Function

In the 2009 PM ISA (U.S. EPA, 2009), a couple of CHE studies examined the relationship between PM₂.₅ exposure and vascular function. Mills et al. (2008) reported no effect on vasoconstriction following PM₂.₅ CAP exposure but noted that the lack of response could be due to the particles used in this study being largely not combustion derived. In addition, Bräuner et al. (2008) found no changes in vasoconstriction following a low concentration ~10.5 $\mu g/m^3$ 24-hour exposure to unfiltered or particle filtered PM₂.₅ urban traffic particles. In the current review, additional CHE studies have explored the relationship between exposure to PM₂.₅ and vascular function. As described below, these studies generally report decreases in vascular function following PM₂.₅ CAP and unfiltered DE exposure.

Studies using ambient particles (Hemmingsen et al., 2015b; Tong et al., 2015; Brook et al., 2009) found at least some measure of impaired vascular function following PM₂.₅ exposure. Hemmingsen et al. (2015b) reported a 12% significant decrease in brachial artery flow following nitroglycerin ($p = 0.033$) administration and a 5% decrease (not statistically significant) after reactive hyperemia when comparing nonfiltered with particle-filtered air from Copenhagen, Denmark. Similarly, in a dietary supplementation study, healthy older adults were randomized to fish oil, olive oil, or naïve treatment groups for a 28-day

00197370

supplementation period followed by exposure to FA then CAPs (Tong et al., 2015). In response to reactive hyperemia, the authors reported significantly decreased FMD of the brachial artery immediately after CAP exposure in both the naïve; ($p = 0.03$) and fish oil ($p = 0.01$) groups relative to baseline measurement before treatment. Notably, at 20 hours postexposure, FMD for the fish oil group remained lower ($p = 0.01$). Finally, Brook et al. (2009) examined the effects of $PM_{2.5}$ from Toronto, Canada on vascular function in healthy adults. The authors reported no decreases in FMD or NMD immediately after exposure, but they did report that FMD, but not NMD, was statistically significantly decreased 24 hours after CAP exposure compared with baseline for the same visit ($p < 0.05$), but compared with FA exposure.

A PM effect on vascular function was also reported in a filtered DE study by Lucking et al. (2011). Healthy young men were exposed to FA, unfiltered DE, and filtered DE. When unfiltered DE was compared with FA, forearm blood flow was found to be impaired in response to the endothelium-dependent vasoactive substances acetylcholine ($p = 0.01$) and bradykinin ($p = 0.009$), as well as the endothelium-independent (and nitric oxide [NO] independent) vasoactive substance Verapamil ($p = 0.03$). Importantly, no impaired response was seen when comparing filtered DE with FA, thereby indicating that it was the particles that were likely responsible for the impaired blood flow following administration of the vasoactive agents. Finally, there was no statistically significant difference in forearm blood flow between DE and FA in response to the endothelial-independent vasodilator sodium nitroprusside (SNP); but interestingly, there was increased blood flow in response to SNP when comparing filtered DE with unfiltered DE ($p = 0.04$). Similarly, in the FILTER-HF study, healthy adult controls and heart failure patients were exposed to DE or filtered DE. A statistically significant 21% decrease in blood flow was demonstrated in the heart failure group only ($p < 0.05$) after reactive hyperemia, and this effect was almost completely attenuated ($p = 0.019$) with particle filtration (Vieira et al., 2016a).

With respect to biomarkers of endothelial dysfunction, Tong et al. (2015) reported a statistically significant ($p < 0.05$) increase in the vasoconstrictor ET-1 in blood 20 hours postexposure in the naïve treatment group relative to baseline. In addition, Liu et al. (2015a) examined the potential for $PM_{2.5}$ CAP exposure to increase blood and urine levels of VEGF and ET-1. Statistically significant increases in ET-1 and VEGF were not found in the blood, but urine sampling revealed a statistically significant increase for VEGF at 1 hour, but not 21 hours (although still elevated). The authors also provided evidence that CAP endotoxin content may partially contribute to the observed effects. Similarly, Zhong et al. (2015) reported that increases in VEGF in response to PM exposure are also associated with the amount of endotoxin present in the sample.

Taken together, recent CHE studies do show evidence of a $PM_{2.5}$ effect on vascular function. In contrast to the results reported in a couple of studies from the previous review, all of the current studies generally report some effect of $PM_{2.5}$ ambient particles or DE particles on measures of blood flow. However, the timing of the response varied among studies. Studies were also not completely consistent

00197371

with respect to the decreased blood flow response when comparing endothelial-dependent with endothelial-independent mechanisms. It is also possible that particle source and composition influence the potential response.

In addition, there was some evidence for an increase in markers associated with endothelial dysfunction in blood and urine. Specifically, levels of the potent vasoconstrictor ET-1 was found to be significantly increased following $PM_{2.5}$ exposure in one of the two studies. Nevertheless, there was also a statistically significant increase in urinary VEGF in a single study. It is difficult interpret what this could mean because VEGF can act not only as a vasodilator, but also as a marker for vascular damage indicating the initiation of vascular repair mechanisms.

### 6.1.13.2.1    Arterial Stiffness

Arterial stiffness can be measured using the AI. Increases in this index indicate greater arterial stiffness and may represent increased risk of an adverse cardiovascular event. In the FILTER-HF study, heart failure and healthy control patients were exposed to FA, DE, or filtered DE and decreases in AI were not attenuated with particle filtration (Vieira et al., 2016a). Thus, DE-dependent decreased arterial stiffness in heart failure patients is related to exposure to the entire DE mixture and is not $PM_{2.5}$ dependent. Similarly, Lucking et al. (2011) examined the potential for arterial stiffness following FA, DE, and filtered DE exposure in healthy young men and found no differences in indicators of arterial stiffness among any of the treatment groups. Thus, there is no evidence from CHE studies of a relationship between increased arterial stiffness and exposure to filtered DE. More information on studies published since the 2009 PM ISA can be found in Table 6-30.

**Table 6-30    Study-specific details from controlled human exposure studies of short-term $PM_{2.5}$ exposure and impaired vascular function.**

| Study | Population | Exposure Details (Concentration; Duration) | Endpoints Examined |
|---|---|---|---|
| Brook et al. (2009) Toronto Cohort | Healthy adults n = 16 M; 15 F 27 ± 8 yr | 148.5 ± 54.4 µg/m³ $PM_{2.5}$ CAP or 132.4 ± 38.7 µg/m³ $PM_{2.5}$ CAP and 109 ± 5.6 ppb $O_3$ for 2 h CAP from Toronto | Reactive hyperemia and Nitroglycerine Induced vasodilation postexposure: pre-, post-, and 24 h postexposure Markers of vascular constriction: pre-, post-, and 24 h postexposure |

00197372

**Table 6-30 (Continued): Study-specific details from controlled human exposure studies of short-term PM2.5 exposure and impaired vascular function.**

| Study | Population | Exposure Details (Concentration; Duration) | Endpoints Examined |
|---|---|---|---|
| Hemmingsen et al. (2015b) | Healthy overweight older adults<br>n = 25 M, 35 F;<br>55–83 yr | 24 ± 13 µg/m$^3$ (nonfiltered)<br>3.0 ± 1.2 µg/m$^3$ (filtered) PM$_{2.5}$ for 5 h at rest<br>PM collected from a busy street in central Copenhagen, Denmark | Reactive hyperemia and nitroglycerine induced vasodilation postexposure |
| Liu et al. (2015a) | Healthy adults<br>n = 50; 18–60 yr<br>28 ± 9 | 238.4 ± 62.0 µg/m$^3$ fine cap from Toronto for 130 min | Biomarkers of vascular function measured pre-, 1 h, and 21 h postexposure |
| Lucking et al. (2011) | Healthy young men<br>n = 19, 25 ± 3 yr | 320 ± 10 µg/m$^3$ fine DE particles<br>7.2 ± 2.0 µg/m$^3$ particles filtered DE<br>1 h exposure 15 min exercise (25 L/min per m$^2$ body) alternating with 15 min rest<br>Particles generated with a Volvo diesel engine | Vascular function: 6–8 h postexposure,<br>Arterial stiffness: 5, 20, 30, and 50 m postexposure |
| Tong et al. (2015) | Healthy older adults<br>n = 10 M, 32 F;<br>57.8 ± 1.3 yr | 253 ± 16 µg/m$^3$ of PM$_{2.5}$ for 2 h at rest<br>CAPs from Chapel Hill, NC<br>Effect of supplementation with fish oil or olive oil | Reactive hyperemia: pre-, post-, 20 h postexposure<br>Markers of vasoconstriction: pre-post-, and 20 h postexposure |
| Vieira et al. (2016b) | Healthy adults<br>n = 8 M, 7 F;<br>45 ± 10 yr; 7 with a history of smoking)<br>Heart failure patients<br>n = 16 M, 10 F;<br>51 ± 9 yr; 19 white; 17 with a history of smoking) | 325 ± 31 µg/m$^3$ PM$_{2.5}$ DE generated from a diesel engine (Branco BD-2500 CFE, Toyama, São Paulo, Brazil) and conditioned through a refrigerated metal retainer<br>25 ± 6 µg/m$^3$ PM$_{2.5}$ filtered DE<br>21 min total exposure, 15 at rest and 6 while walking | Reactive hyperemia and AI: during exposure |
| Zhong et al. (2015) | Healthy adults<br>n = 23 M, 27 F;<br>18–60 yr | Endotoxin and B-1,3-d-glucan associated with: 250 µg/m$^3$ PM$_{2.5}$ CAPs (target)<br>200 µg/m$^3$ Course CAPs (target) 7.07 and IQR 7.09 ng/m$^3$<br>for 130 min at rest<br>CAPs collected from a heavy-traffic 4-lane street in Toronto, Canada. | Biomarkers of vascular function: >8 h postexposure |

AI = augmentation index; CAP = concentrated ambient particle; CHE = controlled human exposure; DE = diesel exhaust; F = female; h = hour; IQR = interquartile range; M = male; µg/m$^3$ = micrograms per cubic meter; min = minute; n = number; O$_3$ = ozone; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; mRNA = messenger ribonucleic acid; ppb = parts per billion; yr = year.

00197373

### 6.1.13.3    Toxicological Studies of Impaired Vascular Function

Since the publication of the 2009 PM ISA, several studies have evaluated the short-term effects of $PM_{2.5}$ exposure on endothelial dysfunction. Specifically, O'Toole et al. (2010) found that short-term $PM_{2.5}$ exposure reduced ($p < 0.05$) the level of circulating endothelial progenitor cells (EPCs). Haberzettl et al. (2012) confirmed this finding and identified that the reduction in circulation was not due to EPC death or tissue deposition. Instead, they found that CAP exposure increased ($p < 0.05$) the number of resident EPCs in the bone marrow and that this was at least in part due to impaired VEGF signaling causing decreased translocation into the blood. In an additional study, Davel et al. (2012) reported that short-term exposure to $PM_{2.5}$ impaired acetylcholine-induced relaxation, but not NTP-induced relaxation ($p < 0.05$) in pulmonary arterial rings from $PM_{2.5}$-exposed rats when compared with FA controls. Similarly, compared with control animal serum, Aragon et al. (2015) reported that treatment of naïve aortic rings with serum from mice exposed to the particle portion of mixed vehicle emissions (i.e., mixture of gas and diesel exhaust), but not $PM_{2.5}$ from road dust, resulted in impaired acetylcholine-induced relaxation ($p < 0.05$). Overall, these toxicological studies reported consistent evidence that short-term exposure to $PM_{2.5}$ can result in indicators of endothelial dysfunction. More information on studies published since the 2009 PM ISA can be found in Table 6-31.

**Table 6-31    Study-specific details from toxicological studies of short-term $PM_{2.5}$ exposure and impaired vascular function.**

| Study | Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Davel et al. (2012) | 3-mo old Wistar rats, M | Inhalation of 600 $\mu g/m^3$ $PM_{2.5}$ CAPs for 3 h/day for 2 weeks from São Paulo, Brazil | Acetylcholine- and NTP-induced relaxation of pulmonary artery segments postexposure |
| O'Toole et al. (2010) | C57BL/6 mice n = 28 | Inhalation of 30–100 $\mu g/m^3$ $PM_{2.5}$ for 6 h/day for 9 days from Louisville, KY | Number of circulating endothelial progenitor cells in blood postexposure |
| Haberzettl et al. (2012) | Adult C57BL/6 mice, M, 8–12 weeks | Inhalation of 30–100 $\mu g/m^3$ $PM_{2.5}$ for 4, 9, or 30 days from Louisville, KY during August or June 2009 | Number of circulating endothelial progenitor cells VEGF signaling postexposure |
| Aragon et al. (2015) | Adult C57BL/6 mice, M, 6–8 weeks | Inhalation of $PM_{2.5}$ road dust for 6 h from Phoenix and Tucson, AZ | Acetylcholine-induced relaxation of aortic rings |

CAP = concentrated ambient particle; h = hour; M = male; $\mu g/m^3$ = micrograms per cubic meter; mo = month; n = number NTP = sodium nitroprusside; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 $\mu m$; mRNA = messenger ribonucleic acid; VEGF = vascular endothelial growth factor.

00197374

### 6.1.14    Policy-Relevant Considerations

Epidemiologic studies that examined short-term $PM_{2.5}$ exposure and cardiovascular-related effects often conduct additional analyses to assess whether the associations observed are due to chance, confounding, or other biases. Within this section, evidence is evaluated across epidemiologic studies to further assess the association between short-term $PM_{2.5}$ exposure and cardiovascular-related effects, focusing specifically on those analyses that address policy-relevant issues, such as copollutant confounding (Section 6.1.14.1), the role of season and temperature on $PM_{2.5}$ associations (Section 6.1.14.2), and the effects of lag structure (Section 6.1.14.3). Information pertinent to these issues comes mainly from epidemiologic studies that conducted time-series or case-crossover analyses focusing on cardiovascular-related ED visits and hospital admissions and cardiovascular mortality. Studies examining additional endpoints, such as subclinical markers of a PM-related cardiovascular effect (e.g., heart rate variability, inflammation, etc.), may also examine some of these issues, but are not the focus of this evaluation.

### 6.1.14.1    Examination of Potential Copollutant Confounding

Copollutant models are used to evaluate the potential for other pollutants to confound risk estimates of short-term PM2.5 exposure and cardiovascular effects. Since the 2009 PM ISA, many studies have examined the potential confounding by copollutants. Recent studies have examined the potential for copollutant confounding by evaluating copollutant models that include $O_3$ (Figure 6-8), $NO_2$, (Figure 6-9), $SO_2$ (Figure 6-10), CO (Figure 6-11), and $PM_{10-2.5}$ (Figure 6-12). These recent studies address a previously identified data gap by informing the extent to which effects associated with exposure to $PM_{2.5}$ are independent of co-exposure to correlated copollutants. Generally, these studies provide evidence for a direct relationship between $PM_{2.5}$ exposure and cardiovascular-related health effects independent of other copollutants.

The results for associations between short-term $PM_{2.5}$ exposure and cardiovascular effects in single pollutant models and copollutant models adjusted for $O_3$ are shown in Figure 6-8. The correlations between $PM_{2.5}$ and $O_3$ exposures in the studies that conducted copollutant analyses were generally positive and low to moderate, ranging from $r = -0.49$ to 0.57. Across studies, the $PM_{2.5}$ effect estimates remained relatively unchanged in copollutant models adjusted for $O_3$. The trend persisted for aggregate CVD outcomes, as well as specific cardiovascular endpoints, such as IHD, heart failure, arrhythmia, cerebrovascular disease, and cardiovascular mortality. There were several exceptions to the trend. The effect of short-term $PM_{2.5}$ exposure on out-of-hospital cardiac arrest (Rosenthal et al., 2013) decreased substantially and became negative after adjusting for $O_3$ in the model. Conversely, the effect of short-term $PM_{2.5}$ exposure on MIs (Weichenthal et al., 2016b) increased after adjusting for $O_3$ in the model.

00197375



CBVD = cerebrovascular disease; CI = confidence interval; CVD = cardiovascular; IHD = ischemic heart disease; μg/m³ = micrograms per cubic meter; NR = not reported; $O_3$ = ozone; OHCA = out-of-hospital cardiac arrest; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; TIA = transient ischemic attack.

Associations are presented per 10-μg/m³ increase in pollutant concentration. Circles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Filled circles represent effect of $PM_{2.5}$ in single pollutant models; white circles represent effect of $PM_{2.5}$ adjusted for $O_3$. Supplemental Table S6-8 (U.S. EPA, 2018).
†Studies published since the 2009 PM ISA.

**Figure 6-8    Associations between short-term exposure to $PM_{2.5}$ and cardiovascular effects in single pollutant models and models adjusted for ozone for a 10-μg/m³ increase in 24-hour avg $PM_{2.5}$ concentrations.**

The results for associations between short-term $PM_{2.5}$ exposure and cardiovascular effects in single pollutant models and copollutant models adjusted for $NO_2$ are presented in Figure 6-9. For this pair of pollutants, the correlations were generally positive and moderate to high, ranging from $r = -0.45$ to 0.80. Generally, the $PM_{2.5}$ effect estimates remained relatively unchanged in copollutant models adjusted

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197376

for $NO_2$ across CVD effects. However, there were several exceptions to the trend, and in each of these cases the effect of short-term $PM_{2.5}$ exposure decreased after adjusting for $NO_2$ in the model (Chang et al., 2015; Chang et al., 2013; Chiu and Yang, 2013; Dennekamp et al., 2010). There were no instances in which the inverse was observed (i.e., higher $PM_{2.5}$ associations after adjusting for $NO_2$).



CBVD = cerebrovascular disease; CI = confidence interval; CVD = cardiovascular disease; IHD = ischemic heart disease; $\mu g/m^3$ = micrograms per cubic meter; $NO_2$ = nitrogen dioxide; NR = not reported; OHCA = out-of-hospital cardiac arrest; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 $\mu m$.

Associations are presented per 10-$\mu g/m^3$ increase in pollutant concentration. Circles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Filled circles represent effect of $PM_{2.5}$ in single pollutant models, white circles represent effect of $PM_{2.5}$ adjusted for $NO_2$. Supplemental Table S6-9 (U.S. EPA, 2018).

†Studies published since the 2009 PM ISA.

**Figure 6-9**    **Associations between short-term exposure to $PM_{2.5}$ and cardiovascular effects in single pollutant models and models adjusted for nitrogen dioxide for a 10-$\mu g/m^3$ increase in 24-hour avg $PM_{2.5}$ concentrations.**

00197377

The results for associations between short-term PM$_{2.5}$ exposure and cardiovascular effects in single pollutant models and copollutant models adjusted for SO$_2$ are presented in Figure 6-10. For this pair of pollutants, the correlations were generally positive and low to moderate, ranging from $r = -0.25$ to 0.61. Like ozone, the PM$_{2.5}$ effect estimates generally remained relatively unchanged in copollutant models adjusted for SO$_2$ across CVD effects. In some instances, the magnitude of the PM$_{2.5}$ association increased slightly after adjusting for SO$_2$.



ARR = arrhythmia; CBVD = cerebrovascular disease; CI = confidence interval; CVD = cardiovascular disease; HF = heart failure; IHD = ischemic heart disease; μg/m³ = micrograms per cubic meter; NR = not reported; OHCA = out-of-hospital cardiac arrest; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; SO$_2$ = sulfur dioxide.

Associations are presented per 10-μg/m³ increase in pollutant concentration. Circles represent point estimates; horizontal lines represent 95% confidence intervals for PM$_{2.5}$. Filled circles represent effect of PM$_{2.5}$ in single pollutant models; white circles represent effect of PM$_{2.5}$ adjusted for SO$_2$. Supplemental Table S6-10 (U.S. EPA, 2018).

†Studies published since the 2009 PM ISA.

**Figure 6-10    Associations between short-term exposure to PM$_{2.5}$ and cardiovascular effects in single pollutant models and models adjusted for sulfur dioxide for a 10-μg/m³ increase in 24-hour avg PM$_{2.5}$ concentrations.**

00197378

The results for associations between short-term PM$_{2.5}$ exposure and cardiovascular effects in single pollutant models and copollutant models adjusted for CO are presented in Figure 6-11. For this pair of pollutants, the correlations were generally positive and moderate to high, ranging from $r = -0.33$ to 0.81. Generally, the PM$_{2.5}$ effect estimates remained relatively unchanged in copollutant models adjusted for CO across CVD effects. However, there were several exceptions to the trend. Like NO$_2$, there were several instances in which the effect of short-term PM$_{2.5}$ exposure decreased after adjusting for CO in the model (Chang et al., 2015; Chiu et al., 2014; Chiu and Yang, 2013; Hsieh et al., 2013; Dennekamp et al., 2010). There were no instances in which the inverse was observed (i.e., higher PM$_{2.5}$ associations after adjusting for NO$_2$).



ARR = arrhythmia; CBVD = cerebrovascular disease; CI = confidence interval; CO = carbon monoxide; CVD = cardiovascular disease; HF = heart failure; IHD = ischemic heart disease; μg/m$^3$ = micrograms per cubic meter; NR = not reported; OHCA = out-of-hospital cardiac arrest; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Associations are presented per 10-μg/m$^3$ increase in pollutant concentration. Circles represent point estimates; horizontal lines represent 95% confidence intervals for PM$_{2.5}$. Filled circles represent effect of PM$_{2.5}$ in single pollutant models, white circles represent effect of PM$_{2.5}$ adjusted for CO. Supplemental Table S6-11 (U.S. EPA, 2018).
†Studies published since the 2009 PM ISA.

**Figure 6-11     Associations between short-term exposure to PM$_{2.5}$ and cardiovascular effects in single pollutant models and models adjusted for carbon monoxide for a 10-μg/m$^3$ increase in 24-hour avg PM$_{2.5}$ concentrations.**

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197379

The results for associations between short-term $PM_{2.5}$ exposure and cardiovascular effects in single pollutant models and copollutant models adjusted for $PM_{10-2.5}$ are presented in Figure 6-12. For this pair of pollutants, the correlations were generally positive and low to moderate, ranging from $r = -0.12$ to 0.68. Like ozone and $SO_2$, the $PM_{2.5}$ effect estimates generally remained relatively unchanged in copollutant models adjusted for $PM_{10-2.5}$ across CVD effects, except for in the study by Rosenthal et al. (2013), for which the association was attenuated and became negative after adjusting for $PM_{10-2.5}$.



CBVD = cerebrovascular disease; CI = confidence interval; CVD = cardiovascular disease; IHD = ischemic heart disease; µg/m³ = micrograms per cubic meter; NR = not reported; OHCA = out-of-hospital cardiac arrest; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; TIA = transient ischemic attack.

Associations are presented per 10-µg/m³ increase in pollutant concentration. Circles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Filled circles represent effect of $PM_{2.5}$ in single pollutant models, white circles represent effect of $PM_{2.5}$ adjusted for $PM_{10-2.5}$. Supplemental Table S6-12 (U.S. EPA, 2018).

†Studies published since the 2009 PM ISA.

**Figure 6-12    Associations between short-term exposure to $PM_{2.5}$ and cardiovascular effects in single pollutant models and models adjusted for $PM_{10-2.5}$ for a 10-µg/m³ increase in 24-hour avg $PM_{2.5}$ concentrations.**

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197380

Overall, many more studies evaluating potential copollutant confounding using two-pollutant models were available than in the 2009 PM ISA. This new evidence generally demonstrates that the associations observed with $PM_{2.5}$ and cardiovascular effects in single pollutant models remain relatively unchanged in copollutant models, indicating that the observed associations with $PM_{2.5}$ are not artifacts due to confounding of another air pollutant. We did not observe any difference in the trend or pattern of these results across cardiovascular endpoints (e.g., aggregate CVD endpoints, IHD, heart failure, cardiovascular mortality). While the evidence is generally consistent across the copollutants evaluated, it was especially consistent for air pollutants that are not typically associated with traffic (i.e., ozone, $SO_2$, $PM_{10-2.5}$). Although few, some inconsistencies were observed for the traffic-related pollutants (i.e., $NO_2$, CO), which generally had higher correlations with $PM_{2.5}$ than the other copollutants. Because of these higher correlations, it is difficult to distinguish whether any attenuation in $PM_{2.5}$ associations after adjusting for copollutants could be due to confounding, or whether collinearity may play a role.

### 6.1.14.1.1    $PM_{2.5}$ within the Multipollutant Mixture

Although copollutant models are important in assessing potential copollutant confounding, it is well known that collinearity between pollutants can result in unstable estimates and that air masses are not limited to just two pollutants (Dominici et al., 2010). Therefore, in addition to copollutant models, studies that examine multipollutant exposures can provide additional information on the role of $PM_{2.5}$ within the complex air pollution mixture.

Analyses of pollutant mixtures use an array of statistical methods and pollutant combinations while examining cardiovascular-related effects, and were recently reviewed by Luben et al. (2018). Luben et al. (2018) conducted a cross-disciplinary evaluation of the multipollutant effects on cardiovascular disease, integrating results from epidemiologic studies with controlled human exposure and animal toxicological studies. Overall, the review showed that little evidence was available to characterize the multipollutant effects of air pollution on cardiovascular outcomes. Across the limited number of studies, the evidence neither consistently nor coherently indicated a stronger or weaker effect of combined exposure to $PM_{2.5}$ and another pollutant compared with exposure to a single pollutant alone.

### 6.1.14.2    The Role of Season and Temperature on $PM_{2.5}$ Associations

The examination of seasonal differences in $PM_{2.5}$ associations within studies that focus on cardiovascular-related hospital admissions and ED visits, as well as cardiovascular mortality, can provide information that could be used to assess whether specific sources that vary by season are contributing to the $PM_{2.5}$ associations observed in all-year analyses. Additional studies that examine potential modification of $PM_{2.5}$ associations by temperature can further clarify the effect of season on observed associations. Studies evaluated in the 2009 PM ISA, demonstrated seasonal variability in $PM_{2.5}$

00197381

associations with cardiovascular-related effects. These results are further supported by recent studies, but fewer recent studies have examined potential modification of $PM_{2.5}$ associations by temperature.

Different trends are observed when the role of season or temperature is evaluated across different cardiovascular endpoints. For example, among studies that evaluated short-term $PM_{2.5}$ exposure and ischemic heart disease, several studies observed no seasonal differences in associations (Rich et al., 2010; Szyszkowicz, 2009; Zanobetti et al., 2009), while Talbott et al. (2014) observed stronger associations during the cool season in some regions of New York. Similarly, there was no consistent trend for the effect of $PM_{2.5}$ on cerebrovascular disease across different seasons, with some studies observing stronger associations in the warm season (Chen et al., 2014b; Villeneuve et al., 2012), others observing strong associations in the cool season (Talbott et al., 2014), and still others observing no seasonal differences in the association with $PM_{2.5}$ (O'Donnell et al., 2011).

Season had a more consistent effect on the relationship between short-term $PM_{2.5}$ exposure and other cardiovascular endpoints like heart failure, arrhythmias, and aggregate cardiovascular disease. For both heart failure and arrhythmias, each of the limited number of studies reported stronger associations with short-term $PM_{2.5}$ exposure during the cool season. This general trend was also observed in studies evaluating aggregate CVD endpoints, with most of these studies observing stronger associations in the cool season. Conversely, most of the studies evaluating the role of season or temperature on the effect of short-term $PM_{2.5}$ exposure on cardiovascular mortality observed stronger associations in the warm season. This trend was consistent across studies conducted in North America and Europe, whereas studies conducted in Asia tended to report stronger associations during the cool season or with lower temperatures.

Overall, there is no consistent role of season or temperature on the effect of short-term $PM_{2.5}$ exposure on cardiovascular morbidity or mortality. A limited number of studies evaluated each of the different cardiovascular endpoints, and the evidence from these few studies indicates inconsistent or no seasonal effects for some endpoints (i.e., ischemic heart disease, cerebrovascular disease), whereas the limited evidence more consistently indicates stronger associations during the cool season (for heart failure, arrhythmia, aggregate cardiovascular disease) or warm season (for cardiovascular mortality). Other factors contribute uncertainty to this body of evidence. Variability in season-stratified results for different single-day lags make it difficult to draw inferences from this body of evidence. For example, Ito et al. (2011) observed no seasonal differences in the associations with CVD mortality for Lag Day 1, but when evaluating Lag Day 0, the authors reported strong positive associations in the warm season and strong negative associations during the cool season. Additionally, there is evidence of regional heterogeneity in the role of season on the effect of short-term $PM_{2.5}$ exposure on cardiovascular endpoints. Regional heterogeneity in results was observed both within studies that included multiple geographic study locations [e.g., Talbott et al. (2014)] and across studies conducted in geographic locations (e.g., among studies of CVD mortality, more likely to observe stronger associations in warm season for studies conducted in North America and Europe, but more likely to see stronger associations

00197382

during cool season/cooler temperatures for studies conducted in Asia). Overall, the evidence across studies is inconclusive as to whether season or temperature modifies the association between short-term $PM_{2.5}$ exposure and cardiovascular endpoints.

### 6.1.14.3  Lag Structure

An examination of the association between short-term $PM_{2.5}$ exposure and cardiovascular effects across different lag days can help determine whether $PM_{2.5}$ elicits an immediate, delayed, or prolonged effect on these endpoints, and whether this effect is consistent across cardiovascular endpoints. Recent studies provide evidence that allows for the comparison of immediate (single or multiday lags including lags 0−1), delayed (single or multiday lags including lags 2−5), or prolonged (multiday lags spanning at least 4 days, e.g., lag 0−5) exposure periods. Generally, evidence from studies that evaluate cardiovascular hospital admissions and ED visits indicates positive associations within the first few days after exposure, specifically for immediate single-day lags (i.e., lag days 0 or 1) and multiday lags (i.e., lag days 0−1, 0−2, or 0−3), with greater magnitude and precision of the association for multiday lags than for single-day lags.

Generally, among studies that compared different single-day or multiday lag periods in evaluations of aggregate CVD hospital admissions and ED visits, stronger associations were observed for immediate lag days, especially lag 0, compared with delayed or prolonged lag periods (Bell et al., 2014; Talbott et al., 2014; Qiu et al., 2013; Stafoggia et al., 2013; Kim et al., 2012; Ito et al., 2011). For example, the left panel of Figure 6-13 [single day lag figure from Kim et al. (2012)] demonstrates the stronger positive association for aggregate CVD hospital admissions with exposure on lag 0 compared with other single-day lags reported by Kim et al. (2012). Among studies that compared single-day lags and multiday lag periods, stronger associations were observed with multiday lag periods (e.g., lag 0−1, 0−2) and aggregate CVD hospital admissions and ED visits (Talbott et al., 2014; Qiu et al., 2013), although Bravo et al. (2017) observed generally similar effects for both single-day and multiday lag periods spanning immediate, delayed, and prolonged exposure windows. Also, Milojevic et al. (2014) observed no difference in effects when examining immediate (i.e., 0−1) or prolonged (i.e., 0−4) multiday lags.

As with the results for studies focusing on aggregate CVD outcomes, comparison of lag periods in studies of several cause-specific CVD hospital admission and ED visits reported the strongest associations with immediate lag periods. Studies that examined the lag structure of associations between $PM_{2.5}$ and IHD (including MI and MI subtypes) largely provide evidence of immediate $PM_{2.5}$ effects with null or negative associations when examining delayed lags (Weichenthal et al., 2016b; Talbott et al., 2014; Kim et al., 2012; Rich et al., 2010; Haley et al., 2009; Stieb et al., 2009). For example, the right panel of Figure 6-13 demonstrates the stronger positive association for IHD hospital admissions with exposure on lag 0 compared with other single-day lags reported by Kim et al. (2012). The observed risks

00197383

were generally greater in magnitude for multiday lags (i.e., lag 0−1) than for single-day lags (i.e., lag 0, lag 1). Similar results were observed for studies investigating short-term PM$_{2.5}$ exposure and heart failure (Talbott et al., 2014; Haley et al., 2009; Stieb et al., 2009), although Kim et al. (2012) observed positive associations for delayed lags (single day lags 2, 3, and 4) and a negative association for lag day 0. Among recent studies evaluating the relationship between short-term PM$_{2.5}$ exposure and OHCA, authors generally observed the strongest associations for immediate lag periods (Ensor et al., 2013; Rosenthal et al., 2013; Dennekamp et al., 2010; Silverman et al., 2010), although some found delayed associations days (Wichmann et al., 2013).



CVD = cardiovascular disease; IHD = ischemic heart disease; IQR = interquartile range; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; RR = relative risk.

**Figure 6-13    Pattern of relative risks for single day lags 0−14 for aggregate cardiovascular disease hospitalizations (left) and ischemic heart disease hospitalizations (right) reported by Kim et al. (2012).**

Most of the studies that examined multiple lag periods reported no evidence of a positive association between short-term PM$_{2.5}$ exposure and hospital admissions and ED visits for CBVD at any of the lag periods evaluated (Qiu et al., 2013; Kim et al., 2012; O'Donnell et al., 2011; Haley et al., 2009). However, when evaluating specific stroke subtypes, Lisabeth et al. (2008) and Wing et al. (2015) observed positive associations between PM$_{2.5}$ concentrations and ischemic stroke for immediate lag days (lags 0 or 1), but not for delayed lags (single day lags 2, 3, 4, 5). Limited evidence was inconsistent when comparing different lag periods in studies of ED visits and hospital admissions for arrhythmia. Talbott et al. (2014) reported positive associations for immediate lag periods (lag 0, 1, 0−1) with stronger associations observed for multiday lags than for single-day lags. In contrast, Haley et al. (2009) observed negative associations for both immediate (i.e., 0, 1) and delayed (i.e., 2, 3, 4) single day lags in their evaluation of arrhythmia ED visits.

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197384

Recent multicity studies of short-term $PM_{2.5}$ exposure and cardiovascular mortality have conducted extensive examinations of the lag structure of associations. Of these studies, some only examined single-day lags (Lippmann et al., 2013c) or multiday lags (Milojevic et al., 2014); a few examined multiday lags aimed at specifically addressing whether there is evidence of an immediate (lag 0−1 days), delayed (lag 2−5 days), or prolonged (lag 0−5 days) effect of $PM_{2.5}$ on cardiovascular mortality. Several studies provide evidence of an immediate $PM_{2.5}$ effect on cardiovascular mortality with the largest associations at lag 0 (Stafoggia et al., 2017; Janssen et al., 2013; Lippmann et al., 2013c; Samoli et al., 2013). Lanzinger et al. (2016a) and Samoli et al. (2013) provided some evidence indicating the potential for stronger associations with short-term $PM_{2.5}$ exposure averaged over delayed (e.g., lag 2−5) and prolonged (e.g., lag 0−5) lag periods and CVD mortality. Overall, recent multicity studies that examined the lag structure of associations generally support the immediate effect of $PM_{2.5}$ on cardiovascular mortality, but also provide some evidence that associations may exist for exposures averaged over longer durations. However, the initial studies examining multiday lags providing evidence of a delayed or prolonged effect are not supported when examining a series of single-day lags over the same duration.

Additionally, few studies examined subdaily averaging times, or exposures averaged over one or multiple hours during lag day 0. In Rochester, NY, Gardner et al. (2014) observed positive associations between STEMI and $PM_{2.5}$ at lags of 0 hours and 0−2 hours, with evidence of positive associations for multi-hour lags up to 24 hours. Several studies investigating OHCA also examined subdaily averaging times, and generally observed positive associations, although the associations were consistently higher in magnitude for daily lags (single and multiday lags 0−4) than subdaily lags (Straney et al., 2014; Ensor et al., 2013; Rosenthal et al., 2013). For example, Ensor et al. (2013) observed a small increase in risk of OHCA consistent with an increase in $PM_{2.5}$ concentrations in the hour preceding the OHCA event (1.84% [95% CI: −2.16, 5.90]), but a larger magnitude association corresponding to an increase in 2-day moving average $PM_{2.5}$ (6.58% [95% CI: 0.83, 12.64]). Wellenius et al. (2012a) considered subdaily averaging times when evaluating CBVD endpoints and observed positive associations for ischemic stroke at hourly lags ranging from 0 to 26 hours, with the largest magnitude of associations for lags from 8 to 20 hours. Overall, these evaluation of subdaily lags provide additional support for the immediate effect of short-term $PM_{2.5}$ exposure on cardiovascular hospital admissions, ED visits, and mortality.

In summary, there is evidence to support an immediate effect of short-term $PM_{2.5}$ exposure on hospital admissions and ED visits for aggregate CVD outcomes, IHD, heart failure, and OHCA, as well as for cardiovascular mortality. This evidence comes from the evaluation of both single-day and multiday lags, as well as studies that evaluated subdaily lag periods. In contrast, the evidence is less consistent across studies, as well as across different lag periods within the same study, for associations between short-term $PM_{2.5}$ exposure and hospital admissions and ED visits for CBVD or arrhythmia. Overall, stronger associations were observed for immediate lags for most CVD outcomes, and the associations tended to be stronger for immediate multiday lag periods (i.e., 0−1, 0−2) compared with immediate single-day lag periods (i.e., 0, 1).

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197385

### 6.1.15    Associations between PM₂.₅ Components and Sources and Cardiovascular Effects

While many PM components are associated with a range of health effects, the 2009 PM ISA concluded that there was insufficient evidence to differentiate between the PM components or sources that were more closely related to health effects than $PM_{2.5}$ mass alone (U.S. EPA, 2009). However, there was some evidence for associations between increases in cardiovascular effects (e.g., hospital admissions and cardiovascular mortality) with sulfate particles and elemental carbon (EC). In addition, several PM sources (i.e., crustal/soil/road dust and traffic) were associated with increased cardiovascular mortality and ST segment changes. Generally, studies in the 2009 PM ISA that evaluated individual PM components and sources observed inconsistent results, with no apparent trend or pattern of effect across $PM_{2.5}$ components or across CVD endpoints.

Numerous recent studies have examined short-term exposure to $PM_{2.5}$ sources or components and cardiovascular effects, and the results are generally consistent with those reported in the 2009 PM ISA. To clearly illustrate the uncertainty in attributing cardiovascular effects to individual $PM_{2.5}$ components or sources versus $PM_{2.5}$ mass, this section is organized by component or source and discussed in the context of associations with $PM_{2.5}$ mass. In cases where studies examined short-term exposure to a $PM_{2.5}$ component or source and any cardiovascular health outcome, the evidence for the relationship is evaluated and synthesized below. This approach allows for integration across cardiovascular health endpoints in the evaluation of $PM_{2.5}$ components and sources. In each case, the evidence for the $PM_{2.5}$ component or source was evaluated in the context of the available evidence for the relationship with $PM_{2.5}$ mass.

The examination of the relationship between $PM_{2.5}$ components and CVD can generally be divided into two types of analyses: (1) those that examine whether specific components modify the $PM_{2.5}$-cardiovascular effects association or (2) those that examine whether an individual component is associated with cardiovascular effects and potentially a better indicator of PM toxicity than PM mass. Although the first approach is considered one of the techniques used to assess component toxicity as detailed in Mostofsky et al. (2012), studies using this approach are often those examining heterogeneity in $PM_{2.5}$-CVD risk estimates. Thus, the focus of this section is on those techniques that fall under the second approach, which includes assessing $PM_{2.5}$ component effect by component concentration or component concentration adjusted for $PM_{2.5}$ mass. Other techniques identified by Mostofsky et al. (2012) that would fall under the second approach (i.e., component residual or $PM_{2.5}$ residual) were not used in evaluating $PM_{2.5}$ components and CVD health effects.

Taking this approach, the evidence does not show that an individual PM component or source is more consistently associated with CVD health endpoints. The largest body of evidence examining the association with $PM_{2.5}$ components is for ED visits or hospital admissions for aggregate CVD, and these results are summarized in Figure 6-14 and Figure 6-15. Figure 6-14 provides a snapshot of the evidence from studies of aggregate CVD ED visits and hospital admissions that evaluated associations with both

00197386

$PM_{2.5}$ and $PM_{2.5}$ components. The evidence varies among components, with some studies finding positive associations between almost all $PM_{2.5}$ components evaluated and various cardiovascular health outcomes. The figure shows the most consistent, positive associations with $PM_{2.5}$ mass, although similar patterns of associations are observed with EC, OC, and although evaluated in fewer studies, several metals (e.g., V, Zn, Si, Ni). Overall, associations with aggregate CVD ED visits and hospital admissions are not more clearly linked to a particular $PM_{2.5}$ component compared with $PM_{2.5}$ mass, and within-study comparisons do not show a consistent difference in association between $PM_{2.5}$ mass and a particular component (Figure 6-14). While the number of studies is more limited for other CVD endpoints (e.g., cause-specific ED visits and hospital admissions, measures of blood pressure, HRV, vascular function, and biomarkers of inflammation and oxidative stress), similar trends in associations are observed within and across studies evaluating these endpoints. Several sources of uncertainty common among studies of $PM_{2.5}$ components and sources limit their ability to contribute to causal inference. These include measurement error due to spatiotemporal heterogeneity and poorly addressed potential confounding by other components in the $PM_{2.5}$ mixture. The evidence for $PM_{2.5}$ components and sources is detailed below.

| | Bai et al. (2013) | Lall et al. (2011) | Krishnamurthy et al. (2013) | Ostro et al. (2016) | Kim et al. (2012) | Bell et al. (2015) | Zanobetti et al. (2009) | Peng et al. (2009) | Levy et al. (2012) | Bell et al. (2014) | Ito et al. (2011) | Liu et al. (2016) | Basagaña et al. (2014) | Suwa et al. (2016) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CVD | CVD | CVD | CVD | CVD | CVD | CVD | CVD | CVD | CVD | CVD | CVD | CVD | CVD |
| $PM_{2.5}$ | 0-3 | 0, 0-3 | 0-1 | 2 | 0-1 | 0-2 | 0-1 | 0 | 0 | 0 | 0 | 0 | 0 | 1, 0-6 |
| OC | 0-3 | | 0-1 | 0,1,2 | 0 | 0-2 | | 0,1,2 | 0 | | 0 | 0 | 0 | |
| EC | 0-3 | 0 | 0-1 | 0,2 | 0 | 0-2 | | 0,1,2 | 0 | | 0 | 0 | 0 | 1 |
| $SO_4^{2-}$ | 0-3 | | | 0,1,2 | 0 | 0-2 | | 0,1,2 | 0 | | 0 | 0 | 0,1,2 | |
| $NO_3^-$ | 0-3 | | | 2 | 0 | 0-2 | | 0,1,2 | 0 | | 0 | 0 | 0 | |
| Ca | | | | | | 0-2 | | | | | 0 | | 0,1,2 | |
| V | 0-3 | | | 0,1,2 | | | 0-1 | | | 0 | 0 | 0 | 0,1,2 | |
| Zn | 0-3 | | | 0 | | 0-2 | | | | 0 | 0 | 0 | | 1 |
| Si | 0-3 | 1,2 | | 1 | | 0-2 | | 0,1,2 | | | 2,3 | 0 | 0,1,2 | |
| Na | | | | | | | 0-1 | 0,1,2 | | | 0 | 0 | | |
| Fe | 0-3 | | | 0,1,2 | | 0-2 | | | | | | 0 | 0 | |
| K | | | | 2 | | 0-2 | | | | | | 0 | 0,1,2 | |
| Cu | 0-3 | | | 0,1,2 | | 0-2 | | | | | | 0 | 0,1,2 | |
| Ti | | | | 0,1,2 | | | | | | | | 0 | 0,1,2 | |
| Mn | | 0,1,2,3 | | 0,1,2 | | | | | | 0 | | 0 | 0 | |
| Br | | | | | | | 0-1 | | | | 0 | 0 | | |
| Ni | | 3 | | 0,1,2 | | | 0-1 | | | | 0 | 0 | 0,1,2 | |

Br = bromine; Ca = calcium; Cu = copper; CVD = cardiovascular disease; EC = elemental carbon; Fe = iron; K = potassium; Mn = manganese; Na = sodium; Ni = nickel; $NO_3^-$ = nitrate; OC = organic carbon; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; Si = silicon; $SO_4^{2-}$ = sulfate; Ti = titanium; V = vanadium; Zn = zinc.

Note: Cells represent associations examined for studies of $PM_{2.5}$ mass and $PM_{2.5}$ components and combinations of cardiovascular-related hospital admissions or emergency department visits. Numbers within cells represent lag(s) at which an association was observed. Dark blue = statistically significant positive association; light blue = positive association; light orange = null or negative association; red = statistically significant negative association; gray = component not examined. Only $PM_{2.5}$ components for which there were at least three studies available were included in the table.

**Figure 6-14    Heat map of associations observed between short-term PM2.5 and PM2.5 component exposure and combinations of cardiovascular-related hospital admissions and emergency department visits.**

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197387



Br = bromine; Ca = calcium; Cu = copper; CVD = cardiovascular disease; EC = elemental carbon; Fe = iron; K = potassium; Mn = manganese; n = number of studies that provided an estimate; Na = sodium; Ni = nickel; $NO_3-$ = nitrate; OC = organic carbon; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; Si = silicon; $SO_4$ = sulfate; Ti = titanium; V = vanadium; Zn = zinc.

Note: Bars represent the percent of associations across studies for $PM_{2.5}$ mass or $PM_{2.5}$ components for combinations of cardiovascular-related hospital admissions and emergency department visits where dark blue = statistically significantly positive, light blue = positive, light orange = null/negative, red = statistically significantly negative, and gray hatch = not examined.

**Figure 6-15     Distribution of associations for combinations of cardiovascular-related hospital admissions and emergency department visits and short-term $PM_{2.5}$ and $PM_{2.5}$ components exposure in studies detailed in Figure 6-14.**

### 6.1.15.1     Elemental and Black Carbon

In coronary artery disease patients in Boston, MA similar negative associations were observed between $PM_{2.5}$ and BC with rMSSD for 30-minute up to 5-day exposures (Zanobetti et al., 2010). Negative associations were also observed for heart failure, although associations were stronger for BC than $PM_{2.5}$ with averaging times from 2−5 days. No associations were observed in this panel for $PM_{2.5}$ exposures with SDNN, but BC exposures from 30-minutes up to 2-hours were reduced (Zanobetti et al., 2010). Associations were similar for BC and $PM_{2.5}$ in studies conducted with panels having pre-existing cardiovascular disease because Schneider et al. (2010) and Bartell et al. (2013) observed negative

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197388

associations between BC and PM$_{2.5}$ with pNN50 and rMSSD, or HRV, respectively. Finally, Weichenthal et al. (2014a), in a quasi-experimental study that included women cycling on high and low traffic routes for 2-hours, found that associations between SDNN, LF, and LF:HF were similarly positive for both PM$_{2.5}$ and BC. However, negative associations observed between PM$_{2.5}$ and rMSSD and pNN50 were not observed for BC.

Several studies examined associations between measures of vascular function and ambient BC concentrations in addition to PM$_{2.5}$. While Madrigano et al. (2010) reported positive associations between VCAM-1 and BC that were not observed for PM$_{2.5}$, other studies did not find associations between BC and VCAM-1 or other biomarkers of vascular function such as VEGF, ICAM-1, and ET-1 (Wilker et al., 2011; Liu et al., 2009). Ljungman et al. (2014) reported evidence for associations between BC and pulse wave amplitude for 2 to 5-day averages in the Framingham Heart Study, which was consistent with results for PM$_{2.5}$.

In a quasi-experimental study conducted by Strak et al. (2013a), associations were null for fibrinogen and platelet counts with PM$_{2.5}$ and BC; however, positive associations were reported between PM$_{2.5}$ and vWF that were not observed for BC. Conversely, substantial reductions in lag time in FXII-mediated (intrinsic) thrombin generation were associated with BC exposures but not PM$_{2.5}$ exposures (Strak et al., 2013b). Croft et al. (2017) and Chen et al. (2017) also examined associations between BC and biomarkers related to coagulation in panels of adults with pre-existing cardiovascular conditions and observed positive associations between BC and fibrinogen and 12-hour- up to 3-day-lagged exposures; although associations with PM$_{2.5}$ were only observed by Croft et al. (2017) and with 1−24 hour lags. Associations were not observed for D-dimer or vWF in these studies.

In a panel study including 31 young, healthy adults exposed to air pollution at five different sites with intermittent exercise, Steenhof et al. (2014) reported mixed results for associations between elemental carbon (EC) and WBC counts measured 2 and 18 hours postexposure, although patterns in associations were very similar to those for PM$_{2.5}$. More specifically, positive associations were observed for WBC counts, neutrophils 2 hours postexposure, and monocytes 18 hours postexposure. In this same panel, positive associations were observed for both PM$_{2.5}$ and EC, but the magnitude of effect was smaller for EC (Strak et al., 2013a).

Liu et al. (2009) did not find evidence for associations between 24-hour outdoor BC or personal measurements of PM$_{2.5}$ and biomarkers for inflammation or oxidative stress (i.e., IL6, TNF-α, TBARS, 8-isoprostane) in a panel of older adults residing in retirement communities. Similar results were observed in studies conducted by Wittkopp et al. (2013) and Chen et al. (2017) in panels of adults with coronary artery disease or having risk factors for CVD because null associations were observed for CRP and up to 5-day averages of EC or 3-day lags for BC. In contrast, Croft et al. (2017) reported positive associations for CRP and 12 and 24-hour lags of BC, although negative associations were observed with myeloperoxidase, a marker for neutrophil activity.

00197389

### 6.1.15.2   Organic Carbon

In contrast with previous studies, recent studies generally support an association of OC with CVD-related hospital admissions, ED visits, cardiovascular function metrics (e.g., HRV), and biomarkers of inflammation (e.g., WBC, CRP). Due to the relatively few studies, it is difficult to judge the consistency of recent results for any one CVD endpoint. That said, the consistency and magnitude of CVD effect associations generally are similar for OC and $PM_{2.5}$ (Figure 6-14 and Figure 6-15), which are in line with the large contribution of OC to total $PM_{2.5}$ mass (Section 2.4.4).

Like $PM_{2.5}$, OC was associated with CVD-related ED visits and hospital admissions in locations across U.S. regions. One of the most informative studies is an extensive analysis of Medicare beneficiaries in 64 cities, which found CVD hospital admissions were associated with OC, particularly during the cold season at lag 0 (Ito et al., 2013). While these associations were strongest at lag 0 in the cold season, OC showed associations present at longer lag periods; however, no individual component had stronger associations than $PM_{2.5}$ mass. A study in Denver, CO reported that $PM_{2.5}$ concentrations of OC were associated with hospital admissions for IHD and aggregate CVD (Kim et al., 2012). On the other hand, in Denver, CO Kim et al. (2012) did not observe a positive association between OC and CBVD hospital admissions. Sarnat et al. (2015) observed a positive association between ED visits for heart failure and $PM_{2.5}$ OC content in the St. Louis, MO metropolitan area. A study of eight California counties found a small positive association with CVD hospital admissions and vehicle-related $PM_{2.5}$ and OC.

A recent study evaluated HRV metrics and exposure to OC in patients with IHD in Erfurt, Germany and found that an increase in 24-hour exposure to OC was associated with decreases in heart failure, rMSSD, and pNN50; similar associations were observed for $PM_{2.5}$ except for the association with heart failure (Schneider et al., 2010). In addition, several studies observed positive associations between OC exposure and biomarkers of coagulation and inflammation. In a quasi-experimental study conducted in Utrecht, the Netherlands, OC was associated with fibrinogen, platelet counts, and vWF (Strak et al., 2013a), whereas associations were only observed between $PM_{2.5}$ and vWF in this study. Chen et al. (2017) did not observe associations between fibrinogen and OC or $PM_{2.5}$, but positive associations were reported for D-dimer and OC with 1- and 2-day lagged exposures. In a recent panel study, Steenhof et al. (2014) reported mixed results for associations between OC and WBC counts measured 2 and 18 hours postexposure, although patterns in associations were generally like those for $PM_{2.5}$. More specifically, positive associations were observed for WBC counts and monocytes 18 hours postexposure, although OC was associated with lymphocytes and not neutrophils in contrast to $PM_{2.5}$. In this same panel, positive associations were observed for both $PM_{2.5}$ and OC, but the magnitude of effect was larger for OC (Strak et al., 2013a). Wittkopp et al. (2013) and Chen et al. (2017) examined OC in a panel of older adults and those with risk factors for cardiovascular disease, respectively, and did not find evidence for associations with CRP, although Wittkopp et al. (2013) found positive associations with soluble receptor for IL-6 that were not observed for $PM_{2.5}$.

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197390

### 6.1.15.3    Secondary PM₂.₅—Sulfate, Nitrate, Ammonium

Several recent studies add to the limited supporting evidence in the 2009 PM ISA for associations of sulfate ($SO_4^{2-}$), nitrate ($NO_3^-$), and ammonium ($NH_4^+$) with CVD ED visits and hospital admissions, although the evidence is not entirely consistent. Evidence for effects on other CVD outcomes is limited. In most locations, results are similar between $PM_{2.5}$ and sulfate and nitrate in direction and magnitude of association.

An analysis of Medicare data across 119 U.S. counties found that nitrates from $PM_{2.5}$ were associated with CVD hospital admissions (Levy et al., 2012), and Peng et al. (2009) observed a similar pattern in the same population over a slightly shorter time period. Similarly, Sarnat et al. (2015) observed that ED visits for IHD were positively associated with $PM_{2.5}$ nitrates in St. Louis, MO. In four cities in southern Europe, Basagaña et al. (2015) reported positive associations with sulfate from $PM_{2.5}$. In contrast, studies in Denver, CO (Kim et al., 2012), Houston, TX (Liu et al., 2016b), and California (Ostro et al., 2016) reported that $PM_{2.5}$ concentrations of sulfates and nitrates were not associated with aggregate CVD hospital admissions. Using data for transmural myocardial infarctions in the NJ MIDAS registry, Rich et al. (2010) observed the largest effects on the days with the highest tertile of sulfate, nitrate, and ammonium, and the lowest tertile of elemental carbon. The authors interpreted their findings as indicating that $PM_{2.5}$ on days with pollution mixtures that are formed through atmospheric chemistry and depleted in primary $PM_{2.5}$ pollutants were most strongly associated with transmural infarctions.

Evidence for associations between sulfate or nitrate and other CVD endpoints is more limited, but generally positive. Despite reporting a generally null association between $PM_{2.5}$ and ICD activations, Anderson et al. (2010) observed a positive association between $SO_4^{2-}$ and atrial fibrillation in London, England. Strak et al. (2013a) examined associations between sulfate and nitrate with fibrinogen, platelet counts, and vWF. Positive associations were observed for both nitrate and sulfate with fibrinogen, although associations with $PM_{2.5}$ were null. In contrast, $PM_{2.5}$ and sulfate were positively associated with vWF, but associations with nitrate were null. In addition, the extrinsic coagulation pathway was positively associated with nitrate and sulfate, but null for $PM_{2.5}$ (Strak et al., 2013b).

### 6.1.15.4    Metals

Compared with $PM_{2.5}$ mass, short-term increases in ambient concentrations of metals are inconsistently associated with CVD ED visits and hospital admissions. In the expanded body of recent studies, none observed associations with a metal but not $PM_{2.5}$ mass (Figure 6-15). Most studies observed an association with some metal, and studies that examined numerous metals often observed an association with multiple metals. However, findings are inconsistent for any individual metal or the sum of metals.

Among Medicare beneficiaries in Connecticut and Massachusetts, Bell et al. (2014) found that $PM_{2.5}$ measured as calcium, zinc and potassium were positively associated with CVD hospital admissions.

00197391

In an additional study of Medicare beneficiaries in 64 cities, CVD hospital admissions were associated with copper, iron, selenium, silicon, and zinc (Ito et al., 2013). No individual component had stronger associations than $PM_{2.5}$ mass. In separate analyses of hospital admissions (Liu et al., 2016b) and ED visits (Liu et al., 2016a) in Houston, TX, the authors reported positive associations between stroke and bromine, nickel (ED visits) and As (hospital admissions), but observed negative associations for zinc, calcium, iron, potassium, manganese, vanadium, (ED visits), and potassium, (hospital admissions). Sarnat et al. (2015) reported that ED visits for IHD were negatively associated with 24-hour concentrations of $PM_{2.5}$ Fe and Si concentrations in St. Louis, MO, whereas CVD hospital admissions were negatively associated with Si concentrations. A study of eight California counties (Ostro et al., 2016) found a small positive association with potassium, and zinc, while Basagaña et al. (2015) reported positive associations with zinc, iron, and manganese from $PM_{2.5}$ in four cities in southern Europe.

In Atlanta, GA, Suh et al. (2011) observed that $PM_{2.5}$ transition metals were associated with CVD (specifically, IHD) and hospital admissions. Similarly, in New York City, NY, Ito et al. (2011) found that most of the $PM_{2.5}$ chemical components considered were associated with CVD hospital admissions, making it difficult to draw conclusions about specific components.

Ambient concentrations of metals can be spatiotemporally more heterogeneous than $PM_{2.5}$ total mass, and thus, exposure measurement error could contribute to inconsistent findings for metals. Another uncertainty not addressed in the evidence base is whether metals are independently associated with CVD effects because gaseous pollutants were not examined and correlations with gases and other $PM_{2.5}$ components generally not reported.

### 6.1.15.5    Other $PM_{2.5}$ components

New information links cardiovascular effects with cyclohexanes and hopanes, although information for each is available from only a few studies and locations. In a combined analysis from Atlanta, GA, Birmingham, AL, and Dallas, TX, Kioumourtzoglou et al. (2013) observed that cyclohexane concentrations, a marker of gasoline exhaust, were associated with higher rates of IHD and heart failure. Sarnat et al. (2015) observed a positive association between ED visits for heart failure and hopanes in the St. Louis, MO metropolitan area, although Kioumourtzoglou et al. (2013) reported null associations with hopanes.

### 6.1.15.6    Sources of $PM_{2.5}$

Several recent studies apportioned $PM_{2.5}$ components into source factors and provide some evidence linking $PM_{2.5}$ from traffic to cardiovascular hospital admissions. Studies of CVD hospital admissions are not entirely consistent, but they provide some evidence for an association with $PM_{2.5}$

00197392

concentration during wildfires. Evidence is generally sparse for $PM_{2.5}$ from dust or soil, oil, salt, and local industry.

Some studies have attempted to identify specific sources or components of $PM_{2.5}$ that may be most strongly associated with hospital admissions or ED visits for CVD. Cardiovascular hospital admissions were associated with $PM_{2.5}$ from motor vehicles or traffic in various U.S. regions. In New York City, NY, Lall et al. (2011) found that IHD, heart failure, and cerebrovascular disease hospital admissions were associated with $PM_{2.5}$ from traffic, but not other $PM_{2.5}$ components. In a subsequent analysis in the same data set, Lall et al. (2011) found that $PM_{2.5}$ derived from traffic was associated with same-day rates of hospital admissions for CVD while $PM_{2.5}$ from soil was inversely related. A study of eight California counties found small, positive associations with hospital admissions for IHD, heart failure, and arrhythmia and vehicle- or soil-related $PM_{2.5}$ in addition to $PM_{2.5}$ mass (Ostro et al., 2016). In source-based analyses, Ito et al. (2013) reported an association with the traffic category during the cold season and CVD hospital admissions. Another large, multicity Medicare study also found that CVD hospitalizations were strongly related to $PM_{2.5}$ components from traffic sources, as well as sea salt/street salt, industrial combustions, and soil and road sources (Zanobetti et al., 2009). A study of Medicare beneficiaries by Zanobetti et al. (2009) noted stronger associations with MI and $PM_{2.5}$ from traffic, industrial combustion sources, sea salt/street salt, industrial sources, and wood burning and soil. Ostro et al. (2016) also examined $PM_{2.5}$ in relation to MI, and although they reported no association with $PM_{2.5}$ mass, they did report small positive associations with vehicle- and soil-related $PM_{2.5}$.

Examination of wildfire-related $PM_{2.5}$ was available from different regions across the U.S. In the 2009 PM ISA, Delfino et al. (2009a) reported positive associations of total CVD admissions, IHD, CHF, and CBVD with southern California wildfires during 2003. Smaller studies reported inconsistent evidence of associations across outcomes. A study during a month of Colorado wildfires in 2012 reported generally null associations for all CVD outcomes except IHD (Alman et al., 2016). Conversely, a small study in Albuquerque, NM reported positive associations with total CVD admissions, CBVD, and PVD during a 2011 wildfire (Resnick et al., 2015). Additionally, two small studies of a rural North Carolina peat wildfire events reported positive associations with hypertension and all-cause cardiac outcomes (Tinling et al., 2016) and CHF (Rappold et al., 2012; Rappold et al., 2011). In a large study of 561 urban and rural counties in the western U.S. using Medicare data, Liu et al. (2017) reported null associations between total CVD HA/ED visits on wildfire smoke days compared with nonsmoke days from 2004−2009. This study is notable for the ability to incorporate many rural counties into the analysis by using modeled wildfire-specific $PM_{2.5}$ data; however, the use of dichotomous exposure to define smoke and nonsmoke days may be source of exposure misclassification, even in sensitivity analyses. Furthermore, although wildfires are generally regional events, the use of county-level exposure assignment may contribute to exposure misclassification, particularly among large, rural western counties. Overall, evidence is limited for any association between exposure to wildfire derived $PM_{2.5}$ and cardiovascular HA/ED visits. Variability in study results may be related to regional heterogeneity in wildfire characteristics that depend on fuel sources, ecology, and meteorological conditions.

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197393

### 6.1.15.7    Associations between PM$_{2.5}$ Components and Sources and Effects in People with Diabetes

Short-term exposure to BC is associated with increases in inflammatory markers and HOMA-IR (Brook et al., 2016; O'Neill et al., 2007), decreased HRV and BAD (Table 6-32). Sulfate was associated with circulating markers of inflammation but not with BAD, FMD, or NMD. OC was negatively associated with BAD (Zanobetti et al., 2014b). The single study that considered copollutant confounding reported that the association between BC and HRV did not persist after adjustment for NO$_2$ or CO.

**Table 6-32    Summary of studies evaluating short-term exposure to PM$_{2.5}$ components and sources in people with diabetes.**

| Study | Study Population | Exposure Assessment | Concentration | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| O'Neill et al. (2007) Boston, MA 1998−2002 | N = 92 RCT participants Type 2 diabetes | 24-h avg 1 monitor within 1.5 km of clinic | BC Mean (SD): 1.1 (0.8) IQR 0.6 | ICAM-1 VCAM-1 vWF | NR |
| †Brook et al. (2016) Beijing, China BC | Adults with metabolic syndrome | 24-h avg, lag 1−7 day, 3 monitors | BC Mean (SD) 6.5 (3.7) IQR 4.5 | HOMA-IR | NR |
| †Sun et al. (2015) Shanghai, China 2010 | N = 53 Type 2 diabetes | 4-h moving avg prior to clinic visit, monitor near residence (April, June, September) | BC Mean (SD): 4.09 (2.37) | SDNN | Correlations ($r$): PNC5−560 = 0.52 2-pollutant models decreased after adjustment for Ozone Increased/null after adjustment for NO$_2$ and CO |
| †Zanobetti et al. (2014b) Boston, MA 2006−2010 Five follow-up exams 2 weeks apart | N = 64 49−54 yr Type 2 diabetes | 24 h avg, 1 monitor, reside within 25 km 1 and 5-day avg concentrations | BC Mean 0.61 Median 0.54 IQR 0.35 | BAD FMD NMD | Correlations ($r$): PM$_{2.5}$ = 0.65, OC = 0.50, PN = −0.05, SO$_4$ = 0.52 |
| †Zanobetti et al. (2014b) Boston, MA 2006−2010 Five follow-up exams 2 weeks apart | N = 64 49−54 yr Type 2 diabetes | 24 h avg, 1 monitor, reside within 25 km 1 and 5-day avg concentrations | OC Mean 3.03 Median 2.85 IQR 1.75 | BAD FMD NMD | Correlations ($r$): PM$_{2.5}$ = 0.54, BC = 0.50, PN = −0.15, SO$_4$ = 0.48 |

00197394

**Table 6-32 (Continued): Summary of studies evaluating short-term exposure to PM$_{2.5}$ components and sources in people with diabetes.**

| Study | Study Population | Exposure Assessment | Concentration | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| †Zanobetti et al. (2014b)<br>Boston, MA<br>2006−2010<br>Five follow-up exams<br>2 weeks apart | N = 64<br>49−54 yr<br>Type 2 diabetes | 24 h avg,<br>1 monitor, reside within 25 km<br>1 and 5-day avg concentrations | Sulfate<br>Mean 2.13<br>Median 1.61<br>IQR 1.47 | BAD<br>FMD<br>NMD | Correlations (r):<br>PM$_{2.5}$ = 0.76,<br>BC = 0.52,<br>PN = −0.27,<br>OC = 0.43 |
| †O'Neill et al. (2007)<br>Boston, MA<br>1998−2002 | N = 92 RCT participants<br>Type 2 diabetes | 24-h avg<br>1 monitor within 1.5 km of clinic | Sulfate<br>Mean (SD): 3.0 (2.0)<br>IQR 2.2 | ICAM-1<br>VCAM-1<br>vWF | NR |

avg = average; BAD = brachial artery diameter; BC = black carbon; CO = carbon monoxide; FMD = flow-mediated dilation; h = hour; HOMA-IR = Homeostatic Model Assessment of Insulin Resistance; ICAM-1 = intercellular adhesion molecule 1; IQR = interquartile range; km = kilometer; N = number; NDM = nitroglycerin-mediated dilation; NO$_2$ = nitrogen dioxide; NR = not reported; OC = organic carbon; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; PN = particle number; PNC = particle number count; r = correlation coefficient; RCT = randomized controlled trial; SD = standard deviation; SO$_4$ = sulfate; VCAM-1 = vascular cell adhesion molecule 1; vWF = Von Willebrand factor; yr = year.
†Studies published since the 2009 PM ISA.

### 6.1.15.8    Toxicological Studies of Individual Components and Sources as Part of the Particulate Matter (PM) Mixture

It is still unknown whether particular sources or components of PM$_{2.5}$ are responsible for health effects or if certain sources and components can be ruled out as not contributing to adverse health effects. At the time of the last PM NAAQS review, the ISA concluded that "many constituents of PM can be linked with differing health effects and the evidence is not yet sufficient to allow differentiation of those constituents or sources that are more closely related to health outcomes" (U.S. EPA, 2009). The following section is organized by health endpoint and exposure duration and includes in vivo toxicology studies in which animals were exposed via inhalation. Lippmann et al. (2013b) conducted a series of studies in ApoE$^{-/-}$ mice that were exposed to PM$_{2.5}$ CAPs for 6 hours/day, 5 days/week for a total of 6 months (NPACT Study 1). Beginning in 2007, separate studies were conducted in Manhattan, NY, Tuxedo, NY, East Lansing, MI, Seattle, WA, and Irvine, CA, with the last one concluding in 2011. At all locations, mice were exposed to CAPs at nominal 8−10 times ambient concentrations, resulting in mean exposure concentrations of 138 µg/m$^3$ at Irvine, CA, 136 µg/m$^3$ at Tuxedo, NY, 122.9 µg/m$^3$ at Manhattan, NY, 67.8 µg/m$^3$ at East Lansing, MI, and 60.5 µg/m$^3$ at Seattle, WA. Measured PM$_{2.5}$ components included for source apportionment included Al, Ba, Br, Ca, Cu, Cr, Fe, K, Mn, Ni, P, Pb, S, Se, Si, V, Zn, and EC. In addition, NO$_2$ data were used for the Manhattan, NY analysis to aid in identifying and separating a traffic source category. Acute CAPs exposure resulted in some changes in HR and HRV measurements. Generally, the most significant effects were observed for mice exposed to PM$_{2.5}$ from both sites in New

00197395

York. Decreases in HR and LF:HF and increases in SDNN and rMSSD at lag 0 and 1 (and to a lesser extent at lag 2) were seen in animals exposed to Manhattan, NY $PM_{2.5}$. For Tuxedo, NY, the pattern was opposite, with significant increases in HR and LF:HF and significant decreases in SDNN and rMSSD at lag 0 (and to a lesser extent at lag 1 and 2). Very few significant changes in heart rate variability parameters were observed in animals exposed to $PM_{2.5}$ in East Lansing, MI, Seattle, WA, or Irvine, CA.

The number of significant changes in HR and HRV by site at Lag Day 0 were analyzed for 16 individual components. Across all of the sites, the greatest number of HR/HRV changes were for Na (149), Br (144), and Si (138). As mentioned previously, Manhattan and Tuxedo, NY had double the number of HR/HRV changes compared with East Lansing, MI, Seattle, WA, or Irvine, CA. For Manhattan, NY, the greatest number of HR/HRV changes was for Ni and P (both with 68) followed by Na (65), V (59), S (54), and EC (50). The pattern was different for Tuxedo, NY, with the greatest number of HR/HRV changes associated with Br (49), P (46), S (43), and K (42). The fewest number of HR/HRV changes across all sites was for Cr (31), Pb (40), Cu (57), and Mn (59).

Embedded within the NPACT study, a subset of data and results were provided in Chen et al. (2010). This subset focused on the Manhattan and Tuxedo, NY (aka Sterling Forest, NY) exposures and HR and HRV changes. ApoE$^{-/-}$ mice were exposed to filtered air or $PM_{2.5}$ CAPs from May to September 2007. Mean CAPs concentrations in Manhattan, NY were identical to those reported in Lippmann et al. (2013b) of 122.9 µg/m³ and slightly higher than those reported in Lippmann et al. (2013b) of 133.3 µg/m³ in Sterling Forest, NY. Notably, the changes in HR and HRV parameters with CAPs concentration were similar to those in the NPACT study. Decreases in HR and LF:HF and increases in SDNN, rMSSD, LF, and HF were observed with mice exposed to Manhattan, NY CAPs at all time periods (9 a.m.−2 p.m., 7 p.m.−10 p.m., 1 a.m.−4 a.m.) for lags 0 and 1. At Sterling Forest, NY, increases in HR and decreases in SDNN, rMSSD, LF, and HF were observed at lag 0 and select periods at lag 1. When examining 20 individual elements with HR and HRV responses, Br, EC, Na, Ni, P, S, and V consistently resulted in significant changes across all time periods (magnitude and directions not provided) on lags 0 and 1 at the Manhattan, NY site. Al and Se were associated with significant changes at lag 1 only and Ni and P were associated with significant changes at lag 2. At the Sterling Forest, NY site, only S was associated with significant changes at lag 0, with Br and Zn at lag 1, and only Si for lags 0 and 1.

Two pollutant regression models were also performed using CAPs, S, or EC as one factor and individual components as the second factor. For animals exposed to Manhattan, NY CAPs, the CAPs associations were more strongly associated with altered cardiac function than were most of the elements for lag 0 and 1. Ni and S had stronger associations with ECG changes than did the other elements at lag 0. For animals exposed to Sterling Forest, NY CAPs, the CAPs association were also stronger than those for the other elements at lag 0. Br, S, Si, and Zn were more strongly associated at lag 1 and lag 2 compared with other elements.

In a study conducted for 13 consecutive days (8 hours/day) in summer 2005 and winter 2006 in southwest Detroit, MI, ECG changes were assessed in male SH rats exposed to $PM_{2.5}$ CAPs (Rohr et al.,

00197396

2011). Mean concentration of CAPs during the summer exposure was 518 µg/m³, with mean exposure concentrations in the winter being 357 µg/m³. PM composition was much more variable in summer than in winter. Over the entire 8-hour exposure period in summer, significant differences in HR, SDNN, or rMSSD were not observed between air controls and CAPs-exposed animals. When 30-minute intervals were examined during summer exposures, reductions in SDNN were associated with EC, Fe, Sr, Mg, As, Ca, Ti, Mn, Se, Ba, Sb, Pb, Ce, and Zn. Over the entire 8-hour period in winter, only HR demonstrated significant responses. Increased HR was associated with Mg and decreased HR was associated with Fe, Ti, Cu, Pb, Sn, Co, EC, OC, Se, and In. For 30-minute intervals in winter, both HR and rMSSD were significantly different between the air and CAPs exposed groups. Generally, HR was decreased in the PM-exposed animals and rMSSD was increased. Reductions in HR were associated with Ba, As, Tb, EC, Cd, Zn, S, Sr, Mn, Ca, Ti, Fe, Rb, Cr, Mg, Se, Sb, K, and Cu; only La had an association with increased HR. Increases in rMSSD were associated with Ba, EC, Zn, As, and Rb.

In a study using methods similar to Rohr et al. (2011), male SH rats were exposed to PM₂.₅ CAPs from Steubenville, OH for 13 consecutive days (8 hours/day) in August 2006 (Kamal et al., 2011). During exposure, winds originated from the southwest (SW) or northeast (NE). Mean CAPs concentration over the exposure period was 406 µg/m³. Approximately 30 PM₂.₅ components were identified and used in univariate regression to connect to ECG changes. Furthermore, PMF was used to determine the major emission sources contributing the PM₂.₅ concentrations during the study period. Sulfate and OC made up over 50% of CAPs mass. Using 30-minute average data over the entire exposure period (regardless of wind direction), significant CAPs effects were observed for HR and SDNN, but not rMSSD. When separating out wind direction, HR and SDNN changes were significant for both the SW and NE wind directions, whereas rMSSD changes were only significant for the SW wind direction. Generally, decreases in HR were observed with wind originating from the NE and associated with S, Se, Pb, Rb, Mn, Zn, Sr, Fe, Cd. In contrast, increases in HR were observed with wind originating from the SW and associated with Mo, La, PM mass, Ce, V, Ti, As, and Sb. For SDNN, most of the changes were decreases with more components associated when winds were from the NE (Sb, Pb, Zn, Rb, As, Sn, K, V, Cd, Mo, Ti, Cr). Fewer components were associated with decreased SDNN with winds from the SE (Mo, As, Sb). Changes in rMSSD were only observed with wind from the SW, with both increases (Al, Mg) and decreases noted (Mo, V). To assess the contribution of PM₂.₅-grouped components on resultant health effects in toxicological studies, we used the approach from Stanek et al. (2011). This approach is consistent with the Review Panel of the NPACT initiative that states both source categories and component concentrations should be used directly in the health analyses (assuming the study design permits) with a focus on examining consistencies and differences between the two approaches (Lippmann et al., 2013b). Four criteria were applied to the studies that were identified during the literature search. Each study needed to meet all the criteria to be included:

- exposures conducted using PM₂.₅ from U.S. airsheds or those representative of the U.S. (e.g., Europe, Canada);
- inclusion of at least five PM components;

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197397

- grouping of PM components using statistical methods, for which the groups were not predefined based on common physical or chemical properties (e.g., water soluble vs. nonsoluble); and

- formal statistical analysis investigating the relationship between groups of PM components or PM sources and health effects.

Studies that examined $PM_{2.5}$ using individual components or individual source emissions are not included because this is a limited approach that does not consider the combined contribution of the $PM_{2.5}$ mixture to health effects.

In the NPACT Study 1 (Lippmann et al., 2013b), a source characterization statistical model was used to determine associations between identified source categories and the HR and HRV changes. Table 6-33 shows general HR and HRV results over the exposure period for each location and identified source category. This is a semi-quantitative evaluation of the number of significant associations, given that there were six cardiac measures (HR, SDNN, rMSSD, LF, HF, and LF:HF) analyzed over four different time periods (9 a.m.−2 p.m., 7 p.m.−10 p.m., 10 p.m.−1 a.m., 1 a.m.−3 a.m.) and three different lags (0, 1, and 2).

As expected, those locations with greater $PM_{2.5}$ responses, also demonstrated more counts of significant associations between source categories and HR and HRV measurements, albeit all locations had at least one source category strongly associated with a change in cardiac function.

Looking across locations and source categories, soil was associated with HR/HRV changes in mice exposed to $PM_{2.5}$ at any location, with the greatest frequencies occurring on lag 1 or 2. Residual oil combustion was most frequently associated with HR/HRV changes in Manhattan across all lags and was also frequently observed in Seattle, WA and Irvine, CA, albeit to a greater extent on lags 1 and 2 in Seattle. There was a much greater frequency of HR/HRV changes related to traffic in Manhattan, NY than in Seattle, WA and Irvine, CA, which is likely explained by the fact that the laboratory in Manhattan, NY is located close to busy roads. The source categories of secondary aerosols in Manhattan, NY, sulfur-coal in Tuxedo, NY and East Lansing, MI, and sulfates in Seattle, WA were all associated with HR/HRV changes. However, the frequency of these changes was less than for other source categories, except for Tuxedo, NY (where concentrations were much higher than Seattle, WA or East Lansing, MI). In Manhattan, NY, Tuxedo, NY, Seattle, WA, and Irvine, CA, salt was also associated with HR/HRV changes, with frequency of occurrence being in the middle of the range of all source categories at each location; the timing of the associations (i.e., lag) varied by location. Biomass combustion was associated with HR/HRV changes only in Seattle, WA and Irvine, CA, with the association only being observed at lag 0 in Seattle, WA.

00197398

**Table 6-33    NPACT study results for identified source categories and occurrence of heart rate and heart rate variability changes.**

| Location | Identified Source Categories | General HR and HRV Results |
|---|---|---|
| Manhattan, NY | Incineration (Pb, Zn); Steel (Fe, Mn); Soil (Al, Si, Ca); Residual oil combustion (Ni, V); Sulfur-coal (S, Se); Fireworks (K, Ba, Cr); Salt (Na, Mg, Cl); Traffic (EC, NO₂); Secondary aerosols (S, OC) | Residual oil combustion had the largest number of HR/HRV changes (54); combining sulfur-coal and secondary aerosol source categories to represent regionally transported PM₂.₅ had even greater number of responses (59); salt and traffic demonstrated changes (48 and 44, respectively); changes associated with soil were less frequent (13); for steel and incineration, the strongest associations were on lag 0 with little response on lag 1 or 2 |
| Tuxedo, NY | Sulfur-coal (Se, S, P, Br); Soil (Si, Ti, Al, Ca); Salt (Na, Cl); Ni refinery (Fe, Ni, Zn, Ca, Mn, V) | Sulfur-coal had the highest number of HR/HRV changes (27), with soil having the second most (24); soil had the highest number of responses on lag 1 (18); almost all salt significant associations were on lag 0 (13 of 14) |
| East Lansing, MI | Soil (Si, Ca, Al, Fe); Sulfur-coal (S); Residual oil combustion (V, Ni); Zn-Cl (Zn, Cl); EC-OC (EC, OC) | Overall there were much fewer instances of significant HR/HRV associations compared with other sites (20 total across all source categories); soil and Zn-Cl had the highest number of HR/HRV changes (6 each), although greatest soil associations were observed with lag 2; the highest number of sulfur-coal associations were observed at lag 0 (4); Few associations were seen with OC-EC and residual oil combustion (2 and 1, respectively) |
| Seattle, WA | Salt (Na, Mg, Cl); Soil (Al, Si, Ca, Fe); Traffic and road dust (Ca, Mn, Cu, Fe, Zn, EC); Biomass combustion (K, Cu, EC); Residual oil combustion (V, Ni); Sulfates (S, Br) | Soil had the most HR/HRV changes (31) across all lags; residual oil combustion and salt had the second and third most responses (13 and 8, respectively) with both demonstrating more changes at lag 2; biomass combustion was only associated with HR/HRV changes on lag 0 (6), and sulfates only associated with HR/HRV changes on lag 2 (5) |
| Irvine, CA | Residual oil combustion (V, Ni); Soil (Si, Al); Traffic (Mn, Cu, Ca, EC); Biomass combustion (K, EC); Salt (Cl, K); Metals (Pb, Zn) | Soil had the most number of significant HR/HRV changes (20), with most observed on lag 2 (14); a similar temporal relationship was demonstrated with biomass combustion (11 total, with 6 on lag 2); residual oil combustion was third (10) distributed evenly across the lags; soil, metals and traffic had much fewer significant associations with HR/HRV changes (5, 4, and 3, respectively) |

Al = aluminum; Ba = barium; Br = bromine; Ca = calcium; Cl = chlorine; Cr = chromium; Cu = copper; EC = elemental carbon; Fe = iron; HR = heart rate; HRV = heart rate variability; K = potassium; Mg = magnesium; Mn = manganese; Na = sodium; Ni = nickel; NO₂ = nitrogen dioxide; NPACT = National Particle Component Toxicity; OC = organic carbon; P = phosphorus; Pb = lead; PM₂.₅ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; S = sulfur; Se = selenium; Si = silicon; Ti = titanium; V = vanadium; Zn = zinc.

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197399

### 6.1.16    Summary and Causality Determination

A large body of recent evidence confirms and extends the evidence from the 2009 PM ISA (U.S. EPA, 2009) indicating a *causal relationship* between short-term $PM_{2.5}$ exposure and cardiovascular effects. The strongest evidence in the 2009 PM ISA was from epidemiologic studies of ED visits and hospital admissions for IHD and heart failure, with supporting evidence from epidemiologic studies of cardiovascular mortality. Changes in various measures of cardiovascular function in CHE studies provided some biological plausibility for these associations. In addition, animal toxicological studies reporting some evidence of reduced myocardial blood flow during ischemia, altered vascular reactivity, and ST segment depression provided additional biological plausibility. In the current review, evidence supporting the causality determination includes generally positive associations reported from epidemiologic studies of hospital admissions and ED visits for cardiovascular-related effects, and in particular, for IHD and heart failure. Results from these observational studies are supported by experimental evidence from CHE and animal toxicological studies of endothelial dysfunction, as well as endpoints indicating impaired cardiac function, increased risk of arrhythmia, changes in HRV, increases in BP, and increases in indicators of systemic inflammation, oxidative stress, and coagulation. Additional results from observational panel studies, although not entirely consistent, provide at least some evidence of increased risk of arrhythmia, decreases in HRV, increases in BP, and ST segment depression. Thus, epidemiologic panel studies also provide some support to the causality determination and to biological plausibility. Finally, epidemiologic studies of CVD-related mortality provide additional evidence that demonstrates a continuum of effects from biomarkers of inflammation and coagulation, subclinical endpoints (e.g., HRV, BP, endothelial dysfunction), ED visits and hospital admissions, and eventually death. The current body of evidence also reduces uncertainties from the previous review related to potential copollutant confounding and limited biological plausibility for CVD effects following short-term $PM_{2.5}$ exposure. Evidence supporting the causality determination for short-term $PM_{2.5}$ exposure and cardiovascular effects reached in this ISA is discussed below and summarized in Table 6-34, using the framework for causality determinations described in the Preamble to the ISAs (U.S. EPA, 2015).

The generally consistent, positive associations observed in numerous epidemiologic studies of ED visits and hospital admissions for IHD, heart failure, and combined cardiovascular-related endpoints contribute to the evidence supporting a *causal relationship* between short-term $PM_{2.5}$ exposure and CVD. Among this body of evidence, nationwide studies of older adults using Medicare reported positive associations between $PM_{2.5}$ concentrations and heart failure hospital admissions (Section 6.1.3.1). Consistent with the results of these large Medicare studies, additional multicity studies conducted in the Northeast reported positive associations between short-term $PM_{2.5}$ concentrations and ED visits or hospital admissions for IHD (Section 6.1.2.1), whereas studies conducted in the U.S. and Canada reported positive associations between short-term $PM_{2.5}$ concentrations and ED visits for heart failure. Results from epidemiologic studies conducted in single cities contribute additional support to the causality determination but are less consistent, showing both positive and null associations between $PM_{2.5}$ concentrations and these endpoints (Section 6.1.2 and Section 6.1.3). Overall, the recent body of IHD and

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197400

heart failure epidemiologic evidence agrees with the evidence from previous ISAs reporting mainly positive associations between short-term $PM_{2.5}$ concentrations and ED visits and hospital admissions. In addition, several of the more recent CHE, animal toxicological, and epidemiologic panel studies provide plausible evidence that $PM_{2.5}$ exposure could result in IHD or heart failure through pathways that include endothelial dysfunction, arterial thrombosis, and arrhythmia (Section 6.1.1). Recent epidemiologic panel studies also support the plausibility for IHD and heart failure endpoints by reporting some evidence of ST segment depression (Section 6.1.2.2), and a recent CHE study and animal toxicological study show decreased cardiac function following short-term $PM_{2.5}$ exposure (Section 6.1.3.2 and Section 6.1.3.3).

Results from additional CHE studies published since the last review also support a *causal relationship* between short-term $PM_{2.5}$ exposure and cardiovascular effects. The most consistent evidence from these studies is for endothelial dysfunction as measured by changes in BAD or FMD. More specifically, and in contrast to the last review where a couple of studies did not find changes in endothelial function, multiple studies in the current review examining the potential for endothelial dysfunction reported an effect of $PM_{2.5}$ on measures of blood flow (Section 6.1.13.2) relative to FA exposure. Nevertheless, all studies were not in agreement with respect to the timing of the effect or the mechanism by which reduced blood flow was occurring (i.e., endothelial independent- vs. endothelial-dependent mechanisms). In addition to endothelial dysfunction, CHE studies published since the last review using CAPs, but not filtered DE, generally reported evidence for small increases in blood pressure, although there were inconsistencies across studies with respect to changes in SBP and DBP. It is notable however, that in recent CAPs studies where increases in one measure of BP (e.g., SBP), but not the other (e.g., DBP) was found to be statistically significant, that other measure of BP usually changed as well, but the change was not found to be statistically significant (Section 6.1.6.3). That said, these recent results are not in agreement with a couple of older controlled human exposure studies that reported no appreciable changes in blood pressure following short-term $PM_{2.5}$ exposure. In addition, although not entirely consistent, there is further evidence from recent CHE studies for conduction abnormalities/arrhythmia (Section 6.1.4.3), changes in HRV (Section 6.1.10.2), changes in hemostasis that could promote clot formation (Section 6.1.12.2), and increases in inflammatory cells and markers (Section 6.1.11.2). Thus, although uncertainties remain, CHE studies are in coherence with epidemiologic studies by demonstrating that short-term exposure to $PM_{2.5}$ may result in the types of cardiovascular endpoints that could lead to ED visits and hospital admissions.

Animal toxicological studies published since the 2009 PM ISA also support a *causal relationship* between short-term $PM_{2.5}$ exposure and cardiovascular effects. A recent study demonstrating decreased cardiac contractility and left ventricular pressure in mice is coherent with the results of epidemiologic studies reporting associations between short-term $PM_{2.5}$ exposure and heart failure (Section 6.1.3.3). In addition, like in the CHE studies, there is generally consistent evidence in animal toxicological studies for indicators of endothelial dysfunction (Section 6.1.13.3). Studies in animals also provide evidence for changes in several other cardiovascular endpoints following short-term $PM_{2.5}$ exposure. Although not entirely consistent, these studies provide at least some evidence of conduction abnormalities and

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197401

arrhythmia (Section 6.1.4.4), changes in HRV (Section 6.1.10.3), changes in BP (Section 6.1.6.4), and evidence for systemic inflammation and oxidative stress (Section 6.1.11.3). Finally, these toxicological studies also suggest that genetic background, diet, and PM composition may influence the effect of short-term $PM_{2.5}$ exposure on some of these health endpoints.

As outlined above, across the scientific disciplines, there is evidence for a continuum of cardiovascular-related health effects following short-term exposure to $PM_{2.5}$. These effects range from relatively modest increases in biomarkers related to inflammation and coagulation, to subclinical CVD endpoints such as endothelial dysfunction, to ED visits and hospital admissions for outcomes such as IHD and heart failure. In coherence with this continuum of effects is a body of epidemiologic studies reporting a relatively consistent relationship between short-term $PM_{2.5}$ exposure and CVD-related mortality. These epidemiologic studies also reduce a key uncertainty from the last review by providing evidence that gaseous pollutants are not likely to confound the $PM_{2.5}$-cardiovascular mortality relationship.

Taken together, the recent evidence described throughout Section 6.1 extends the consistency and coherence of the evidence base reported in the 2009 PM ISA and 2004 AQCD. Direct evidence for $PM_{2.5}$ exposure-related cardiovascular effects can be found in several CHE and animal toxicological studies. In coherence with these results are epidemiologic panel studies also finding that $PM_{2.5}$ exposure is associated with some of the same cardiovascular endpoints reported in CHE and animal toxicological studies. There is a limited number of studies evaluating some of these endpoints, and there are some inconsistencies in results across some of these animal toxicological, CHE, and epidemiologic panel studies, although this may be due to substantial differences in study design, study populations, or differences in PM composition across air sheds. Nonetheless, the results from these epidemiologic panel, CHE, and animal toxicological studies, in particular those related to endothelial dysfunction, impaired cardiac function, ST segment depression, thrombosis, conduction abnormalities, and BP, provide coherence and biological plausibility for the consistent results from epidemiologic studies observing positive associations between short-term $PM_{2.5}$ concentrations and IHD and heart failure, and ultimately cardiovascular mortality. **Overall, considering the entire evidence base, there continues to be sufficient evidence to conclude that a *causal relationship* exists between short-term $PM_{2.5}$ exposure and cardiovascular effects.**

00197402

**Table 6-34    Summary of evidence for a *causal relationship* between short-term PM$_{2.5}$ exposure and cardiovascular effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | PM$_{2.5}$ Concentrations Associated with Effects[c] ($\mu g/m^3$) |
|---|---|---|---|
| Consistent epidemiologic evidence from multiple studies at relevant PM$_{2.5}$ concentrations | Increases in ED visits and hospital admissions for IHD and CHF in multicity studies conducted in the U.S., Canada, Europe, and Asia<br><br>Increases in cardiovascular mortality in multicity studies conducted in the U.S., Canada, Europe, and Asia. | Section 6.1.2.1<br>Section 6.1.3.1<br>Section 6.1.9 | 5.8−18.6<br>5.8−18.0 |
| Evidence from controlled human exposure studies at relevant PM$_{2.5}$ concentrations | Consistent changes in measures of endothelial dysfunction<br><br>Generally consistent recent evidence for small increases in measures of blood pressure following CAPs exposure<br><br>Although not entirely consistent, there is additional evidence of conduction abnormalities, heart rate variability, impaired heart function, systemic inflammation/oxidative stress | Section 6.1.13.2<br>Section 6.1.6.3<br>Section 6.1.4.3<br>Section 6.1.3.2<br>Section 6.1.10.2<br>Section 6.1.11.2 | 24−325<br>See Tables in identified sections |
| Consistent evidence from animal toxicological studies at relevant PM$_{2.5}$ concentrations | Consistent changes in indicators of endothelial dysfunction.<br><br>Additional evidence of changes in impaired heart function, conduction abnormalities/arrhythmia, heart rate variability, blood pressure, systemic inflammation/oxidative stress | Section 6.1.13.3<br>Section 6.1.6.4<br>Section 6.1.4.4<br>Section 6.1.3.3<br>Section 6.1.11.3 | 168.7−510<br>See Tables in identified sections |
| Epidemiologic evidence from copollutant models provides some support for an independent PM$_{2.5}$ association | The magnitude of PM$_{2.5}$ associations remain positive, but in some cases are reduced with larger confidence intervals in copollutant models with gaseous pollutants. Further support from copollutant analyses indicates positive associations for cardiovascular mortality. Recent studies that examined potential copollutant confounding are limited to studies conducted in Europe and Asia.<br><br>When reported, correlations with gaseous copollutants were primarily in the low to moderate range ($r < 0.7$). | Section 6.1.14.1 | |

SECTION 6.1: Short-Term PM2.5 Exposure and Cardiovascular Effects

00197403

**Table 6-34 (Continued): Summary of evidence for a *causal relationship* between short-term PM$_{2.5}$ exposure and cardiovascular effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | PM$_{2.5}$ Concentrations Associated with Effects[c] (µg/m$^3$) |
|---|---|---|---|
| Consistent positive epidemiologic evidence for associations between PM$_{2.5}$ exposure and CVD ED visits and hospital admissions across exposure measurement metrics | Positive associations consistently observed across studies that used ground-based (i.e., monitors), model (e.g., CMAQ, dispersion models), and remote sensing (e.g., AOD measurements from satellites) methods, including hybrid methods that combine two or more of these methods. | Kloog et al. (2014) | |
| Generally consistent evidence for biological plausibility of cardiovascular effects | Strong evidence for coherence of effects across scientific disciplines and biological plausibility for a range of cardiovascular effects in response to short-term PM$_{2.5}$ exposure. Includes evidence for reduced myocardial blood flow, altered vascular reactivity, and ST segment depression. | Section 6.1.1 Figure 6-1 | |
| Uncertainty regarding geographic heterogeneity in PM$_{2.5}$ associations | Multicity U.S. studies demonstrate city-to-city and regional heterogeneity in PM$_{2.5}$-CVD ED-visit and hospital-admission associations. Evidence supports the supposition that a combination of factors including composition and exposure factors may contribute to the observed heterogeneity. | Section 6.1.2.1 Section 6.1.3.1 | |

AOD = aerosol optical depth; CHF = congestive heart failure; CMAQ = Community Multiscale Air Quality; CVD = cardiovascular disease; ED = emergency department; IHD = ischemic heart disease; µg/m$^3$ = micrograms per cubic meter; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; ST = beginning of S wave to end of T wave.

[a]Based on aspects considered in judgments of causality and weight of evidence in causal framework in Table I and Table II of the Preamble to the ISAs (U.S. EPA, 2015).

[b]Describes the key evidence and references, supporting or contradicting, contributing most heavily to causality determination and, where applicable, to uncertainties or inconsistencies. References to earlier sections indicate where full body of evidence is described.

[c]Describes the PM$_{2.5}$ concentrations with which the evidence is substantiated.

# 6.2    Long-Term PM$_{2.5}$ Exposure and Cardiovascular Effects

The scientific evidence pertaining to the cardiovascular effects of PM$_{2.5}$ reviewed in the 2009 PM ISA was "sufficient to infer a causal relationship between long-term PM$_{2.5}$ exposure and cardiovascular effects" (U.S. EPA, 2009). The strongest line of evidence included findings from several large U.S. cohort studies that consistently showed positive associations between PM$_{2.5}$ exposure and cardiovascular mortality (Krewski et al., 2009; Miller et al., 2007; Laden et al., 2006; Pope III et al., 2004). While several studies included in the 2009 PM ISA reported associations of long-term PM$_{10}$ exposure with morbidity, outcomes such as post-MI congestive heart failure [CHF; Zanobetti and Schwartz (2007)] and

00197404

deep vein thrombosis [DVT; Baccarelli et al. (2008)], epidemiologic evidence relating to $PM_{2.5}$ was limited to a study of postmenopausal women (Miller et al., 2007) and cross-sectional analyses of self-reported cardiovascular effects among participants in the German Heinz Nixdorf Recall (HNR) study (Hoffmann et al., 2009; Hoffmann et al., 2006). These studies reported associations with coronary heart disease (CHD) and stroke. Biological plausibility and coherence with the epidemiologic findings were provided by studies using genetic mouse models of atherosclerosis demonstrating enhanced atherosclerotic plaque development and inflammation following 4- to 6-month exposures to $PM_{2.5}$ CAPs (U.S. EPA, 2009). Evidence from a limited number of toxicological studies in mice reporting CAPs-induced effects on coagulation factors, hypertension, and vascular reactivity was also used to support the causality determination. Recent epidemiologic studies add to the already strong evidence base supporting the association of long-term exposure to $PM_{2.5}$ with cardiovascular mortality (Section 6.2.10). Associations between long-term exposure to $PM_{2.5}$ and cardiovascular morbidity outcomes (i.e., IHD, stroke) were observed in some studies with the most consistent results in people with pre-existing diseases (Chapter 12). Additional experimental studies of long-term exposure to $PM_{2.5}$ CAPs add to the collective evidence available to support a direct effect of $PM_{2.5}$ on the cardiovascular system, and they provide biological plausibility for associations observed in epidemiologic studies.

Some uncertainties remained to be addressed at the completion of the 2009 PM ISA despite the strong evidence supporting a *causal relationship* between long-term exposure to $PM_{2.5}$ and cardiovascular effects. The following sections evaluate the most policy-relevant scientific evidence, focusing on the extent to which recently available studies further characterize the relationship between long-term exposure to $PM_{2.5}$ and cardiovascular effects. Specifically, the current section focuses on studies in which long-term average $PM_{2.5}$ concentrations are less than 20 $\mu g/m^3$, whereas the epidemiologic studies supporting the causality determination in the 2009 PM ISA were generally conducted in urban areas where mean $PM_{2.5}$ concentrations ranged up to 29.0 $\mu g/m^3$. In addition, an expanded set of longitudinal epidemiologic analyses is currently available to assess the effect of long-term exposure to $PM_{2.5}$ on the incidence of cardiovascular disease and to examine temporal changes in specific endpoints, such as coronary artery calcium (CAC), markers of systemic inflammation, and coagulation. A more extensive literature on CAPs exposure reduces the uncertainties related to the inclusion of diesel and other mixture studies in the 2009 PM ISA. These studies, in combination with a limited number of recently available epidemiologic analyses that examine copollutant confounding, strengthen the evidence for a direct effect of long-term $PM_{2.5}$ on the cardiovascular system. Finally, an expanded set of studies describing the shape of the C-R function across the range of $PM_{2.5}$ concentrations is available, and studies that use spatiotemporal exposure models to characterize exposure of populations at greater distance from air monitors add to the collective evidence in the current review.

The subsections below evaluate the most policy-relevant scientific evidence relating-long-tern $PM_{2.5}$ exposure to cardiovascular effects. To clearly characterize and put this evidence into context, there is first a discussion of the biological plausibility of cardiovascular effects following long-tern $PM_{2.5}$ exposure (Section 6.2.1). Following this discussion, the health evidence relating long-tern $PM_{2.5}$ exposure

SECTION 6.2: Long-Term PM2.5 Exposure and Cardiovascular Effects

00197405

and specific cardiovascular health outcomes is discussed in detail. These include ischemic heart disease and myocardial infarction (Section 6.2.2), cerebrovascular disease and stroke (Section 6.2.3), atherosclerosis (Section 6.2.4), heart failure and impaired heart function (Section 6.2.5), cardiac electrophysiology and arrhythmia (Section 6.2.6), blood pressure and hypertension (Section 6.2.7), peripheral vascular disease (PVD), venous thromboembolism and pulmonary embolisms (Section 6.2.8), combinations of cardiovascular-related outcomes (Section 6.2.9), and cardiovascular-related mortality (Section 6.2.10). The evidence for an effect of $PM_{2.5}$ exposures on endpoints such as changes in heart rate variability (HRV) and endothelial function are discussed (Section 6.2.11, Section 6.2.12, Section 6.2.13, and, Section 6.2.14), as are copollutant confounding (Section 6.2.15), shape of the concentration response function (Section 6.2.16), and the relationship between health effects and exposure to specific $PM_{2.5}$ components (Section 6.2.17). Finally, the collective body of evidence is integrated across and within scientific disciplines,[67] and the rationale for the causality determination is outlined in Section 6.2.18.

### 6.2.1    Biological Plausibility

This subsection describes the biological pathways that potentially underlie cardiovascular effects resulting from long-term inhalation exposure to $PM_{2.5}$. Figure 6-16 graphically depicts these proposed pathways as a continuum of pathophysiological responses—connected by arrows—that may ultimately lead to the apical cardiovascular events observed in long-term epidemiologic studies. This discussion of how long-term exposure to $PM_{2.5}$ may lead to these cardiovascular events also provides biological plausibility for the epidemiologic results reported later in Section 6.2. In addition, most studies cited in this subsection are discussed in greater detail throughout Section 6.2. Note that the structure of the biological plausibility sections and the role of biological plausibility in contributing to the weight-of-evidence analysis used in the PM ISA are discussed in Preface Section P.3.2.1.

---

[67] As detailed in the Preface, risk estimates are for a 5-$\mu$g/m$^3$ increase in annual $PM_{2.5}$ concentrations unless otherwise noted.

00197406



HR = heart rate; HRV = heart rate variability; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Note: The boxes above represent the effects for which there is experimental or epidemiologic evidence related to long-term PM$_{2.5}$ exposure, and the arrows indicate a proposed relationship between those effects. Solid arrows denote evidence of essentiality as provided, for example, by an inhibitor of the pathway or a genetic knockout model used in an experimental study involving PM$_{2.5}$ exposure. Shading around multiple boxes is used to denote a grouping of these effects. Arrows may connect individual boxes, groupings of boxes, and individual boxes within groupings of boxes. Progression of effects is generally depicted from left to right and color coded (gray = exposure; green = initial effect; blue = intermediate effect; orange = effect at the population level or a key clinical effect). Here, population-level effects generally reflect results of epidemiologic studies. When there are gaps in the evidence, there are complementary gaps in the figure and the accompanying text below.

**Figure 6-16    Potential biological pathways for cardiovascular effects following long-term exposure to PM$_{2.5}$.**

When considering the available health evidence, plausible pathways connecting long-term exposure to PM$_{2.5}$ to the apical events reported in epidemiologic studies are proposed in Figure 6-16. The first proposed pathway begins as respiratory tract inflammation leading to systemic inflammation.[68] The second proposed pathway involves modulation of the autonomic nervous system. Once these pathways are initiated, there is evidence from experimental and observational studies that long-term exposure to PM$_{2.5}$ may result in a series of pathophysiological responses that could lead to cardiovascular events such as IHD and heart failure.

Long-term inhalation exposure to PM$_{2.5}$ may result in respiratory tract inflammation and oxidative stress (Section 5.2). Inflammatory mediators such as cytokines produced in the respiratory tract can enter into the circulatory system where they may cause distal pathophysiological responses that could lead to overt cardiovascular disease. For example, following long-term exposure to PM$_{2.5}$, Kampfrath et

---

[68] It is also possible that particles ~200 nm or less, or soluble particle components, can translocate directly into the circulatory system (Chapter 4) and lead to systemic inflammation, although the extent to which particle translocation occurs remains unclear.

00197407

al. (2011) reported that vascular dysfunction occurred via NADPH oxidase and inflammatory pathways that require toll-like receptor 4 (TLR4). In addition, release of inflammatory mediators into the circulation such as monocyte chemoattractant protein 1 (MCP-1) can cause the recruitment of additional inflammatory cells, and thus amplify the initial inflammatory response (Carr et al., 1994). Thus, we note evidence from long-term experimental studies in animals (Tanwar et al., 2017; Aztatzi-Aguilar et al., 2015; Gorr et al., 2014; Lippmann et al., 2013a; Ying et al., 2013; Deiuliis et al., 2012; Wold et al., 2012; Kampfrath et al., 2011) demonstrating an increase in inflammatory cells, cytokines, or oxidative stress markers in the circulatory system following long-term $PM_{2.5}$ exposure. The release of cytokines such as IL-6 into the circulation can stimulate the liver to release inflammatory proteins and coagulation factors that can alter hemostasis and increase the potential for thrombosis (Lucking et al., 2011; van Eeden et al., 2005). Evidence from several $PM_{2.5}$ epidemiologic studies identified an association between long-term exposure to $PM_{2.5}$ and coagulation factor and/or liver-derived inflammatory markers (e.g., CRP) in the blood (Hajat et al., 2015; Viehmann et al., 2015; Hennig et al., 2014; Ostro et al., 2014). These observed effects may alter the balance between pro- and anticoagulation proteins and therefore increase the potential for thrombosis, which may then promote IHD, stroke, or thromboembolic disease elsewhere in the body. Systemic inflammation has also been shown to induce impaired vascular function (Kampfrath et al., 2011)—a systemic pathological condition characterized by the altered production of vasoconstrictors (e.g., ET-1) and vasodilators (e.g., NO)—that over time promotes plaque formation leading to atherosclerosis. Specifically, vascular dysfunction is often accompanied by endothelial cell expression of adhesion molecules and the release of chemo attractants for inflammatory cells. Macrophages may then internalize circulating lipids leading to the formation of foam cells, which are a hallmark of atherosclerotic lesions that may increase in size with $PM_{2.5}$ exposure, particularly in the presence of genetic and dietary risk factors (Rao et al., 2014; Lippmann et al., 2013a). Over time, these atherosclerotic lesions may become calcified as evidenced in a longitudinal epidemiologic study of $PM_{2.5}$ (Kaufman et al., 2016), and this often leads to arteriole stiffening and promotion of IHD or stroke. Importantly, evidence for impaired vascular function in response to long-term exposure to $PM_{2.5}$ is found in animal experimental studies (Ying et al., 2015; Kampfrath et al., 2011; Sun et al., 2008b).

In addition to long-term $PM_{2.5}$ exposure leading to cardiovascular disease through inflammatory pathways, there is also evidence that exposure to $PM_{2.5}$ could lead to cardiovascular disease through modulation of the autonomic nervous system, but the mechanism for doing so remains unclear. Nonetheless, there is evidence from studies in animals demonstrating modulation of autonomic function (as evidenced by changes in HRV and/or HR) following long-term $PM_{2.5}$ exposure (Ying et al., 2014; Lippmann et al., 2013a; Wold et al., 2012). Moreover, there is evidence for an increase in BP (Aztatzi-Aguilar et al., 2016; Ying et al., 2015; Wold et al., 2012) in animals following long-term $PM_{2.5}$ exposure. These results are consistent with associations reported in epidemiologic studies between long-term exposure to $PM_{2.5}$ and increases in BP and hypertension (Aaron et al., 2016; Zhang et al., 2016; Chen et al., 2014a). These increases are important given that hypertension can lead to heart failure through cardiac remodeling that results in reduced pumping efficiency. Similarly, hypertension can contribute to impaired vascular function and atherosclerosis (Brook et al., 2010a), which as noted above, may lead to IHD.

SECTION 6.2: Long-Term PM2.5 Exposure and Cardiovascular Effects

00197408

Hypertension may also result in arrhythmia through cardiac remodeling (Cascio, 2016; Brook et al., 2010a). Thus, epidemiologic evidence of associations between long-term exposure to $PM_{2.5}$ and indicators of potential arrhythmia (Van Hee et al., 2011) are particularly noteworthy. Arrhythmia can also contribute to IHD and stroke. For example, atrial fibrillation (a type of arrhythmia) is characterized by blood pooling and potentially clotting in the upper chamber (atria) of the heart. These clots can ultimately be pumped out of the heart and lodged in arteries supplying the brain with oxygen, thereby resulting in a stroke. Studies of hypertension and arrhythmia therefore provide additional plausibility for epidemiologic studies finding associations between long-term exposure to $PM_{2.5}$ and IHD, heart failure, stroke, and ultimately mortality.

When considering the available evidence, there are plausible pathways connecting long-term exposure to $PM_{2.5}$ to cardiovascular effects. The first proposed pathway begins with respiratory tract injury and inflammation that may enter into the circulatory system, potentially inducing a series of pathophysiological responses that could ultimately result in IHD, stroke, heart failure, or thromboembolic disease elsewhere in the body (Figure 6-16). The second proposed pathway involves changes in the autonomic nervous system that may result in hypertension, arrhythmia, and potentially the same apical events (Figure 6-16). Moreover, as described in Section 6.1.1, there is also an interplay between respiratory and cardiovascular effects that could potentially lead to cardiovascular disease. For example, it is possible that heart failure due to long-term $PM_{2.5}$ exposure could present in individuals with pre-existing respiratory disease (e.g., COPD) as respiratory effects (e.g., cough, wheeze) with accompanying dyspnea. Taken together, these proposed pathways provide biological plausibility for epidemiologic results indicating cardiovascular effects and will be used to inform a causality determination, which is discussed later in the chapter (Section 6.2.18).

### 6.2.2    Ischemic Heart Disease and Myocardial Infarction

The terms ischemic heart disease (IHD), coronary artery disease (CAD), or coronary heart disease (CHD) are generally interchangeable when used in the epidemiologic literature on the effects of air pollution. The majority of IHD is caused by atherosclerosis (Section 6.2.4), which can lead to the blockage of the coronary arteries and restriction of blood flow to the heart muscle. A myocardial infarction (MI) or heart attack is an acute event that results in heart muscle tissue death secondary to coronary artery occlusion. Studies that examine the ability of short-term exposure to $PM_{2.5}$ to trigger an MI are discussed in Section 6.1.2, whereas the studies examining the effect of long-term exposure on the incidence of MI or IHD are discussed here (Section 6.2.2).

The literature examining the association of long-term exposure to $PM_{2.5}$ with IHDs has expanded substantially from the few studies available for inclusion in the 2009 PM ISA. Overall, findings from recent epidemiologic studies do not provide entirely consistent evidence of an association between

00197409

long-term exposure to $PM_{2.5}$ and IHD in the populations studied. The strongest evidence of an association with IHD, however, is found in populations with pre-existing diseases (Chapter 12).

### 6.2.2.1    Epidemiologic Studies

This section evaluates the epidemiologic studies reporting associations of long-term exposure to $PM_{2.5}$ with the development, prevalence, or recurrence of IHDs, including MI (Table 6-35).

**Table 6-35    Characteristics of epidemiologic studies examining the association between long-term $PM_{2.5}$ exposures and ischemic heart disease.**

| Study | Study Population | Exposure Assessment | Concentration µg/m³ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| Miller et al. (2007) 36 metro areas, U.S. Prospective cohort $PM_{2.5}$: 2000 Follow-up: 1994−1998 | WHI observational cohort N = 65,893 Median follow-up: 6 yr | Annual average of closest monitor (2000) Most women within 10 km of monitor | Median 13.4 IQR 11.6−18.3 | MI and CHD Medical record review by physician adjudicators | Copollutant model: NR Copollutant correlations: NR |
| †Hart et al. (2015b) U.S. (contiguous states) Prospective cohort $PM_{2.5}$: 1989−2006 Follow-up: 1988−2006 | NHS N = 114,537 Follow-up: ~16 yr | Annual average at residential address, spatiotemporal model with monthly surface $PM_{2.5}$ measurements; (C-V $R^2$ 0.76 and 0.77 pre- [limited $PM_{2.5}$ data] and post-1999, respectively) See Yanosky et al. (2009) for details | Mean (1989−2006): 13.4 (SD:3.3) Mean: 2000−2006: 12 (SD: 2.8) | Self-reported physician diagnosed IHD with medical record review | Copollutant models: NR Copollutant Correlations: $PM_{10-2.5}$: $r = 0.2$; $PM_{10}$: $r = 0.67$ |
| †Lipsett et al. (2011) California Prospective cohort $PM_{2.5}$: 1999−2005 Follow-up: 1995−2000 | CTS N = 124,614 Average follow-up: 5.6 yr | Multiyear average using IDW interpolation of monitors within 20 km (250- by 250-m grid) residential address | Mean:15.64 (SD: 4.48) IQR: 8.02 Range: 3.11−28.35 | Incident MI (hospital records) | Copollutant model: NR Copollutant Correlations: $PM_{10}$: $r = 0.91$, $NO_2$: $r = 0.81$, CO: $r = 0.53$, $SO_2$: $r = 0.02$ |

00197410

**Table 6-35 (Continued): Characteristics of epidemiologic studies examining the association between long-term PM$_{2.5}$ exposures and ischemic heart disease.**

| Study | Study Population | Exposure Assessment | Concentration µg/m³ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| †Puett et al. (2011)<br>Northeast and Midwest, U.S. (13 contiguous states)<br>Prospective cohort<br>PM$_{2.5}$: 1988−2002<br>Follow-up: 1989−January 2003 | HPFU<br>N = 51,529 males | Annual average at residential address; spatiotemporal model with monthly surface PM$_{2.5}$ measurements; (C-V R² = 0.77, and 0.69; precision = 2.2 and 2.7 µg/m³, post-1999 and pre-1999, respectively); see Yanosky et al. (2009) for details | Mean: 17.8 (SD: 3.4)<br>IQR: 4.3 | Nonfatal MI (medical record review) | Copollutant model: PM$_{10-2.5}$<br>Copollutant correlations: NR |
| †Madrigano et al. (2013)<br>Worcester, MA<br>Incident case control<br>Exposure: 2000<br>Cases: 1995−2003 | Worcester Heart Attack Study<br>n = 4,467 Acute MI cases; n = 9,072 controls | Annual average at residential address; spatiotemporal model with monthly surface PM$_{2.5}$ measurements; observations of AOD calibrated to LUR (78 monitors); exposure (10- by 10-km grid)<br>Mean out-of-sample R² = 0.85<br>Kloog et al. (2011) | Mean (area PM$_{2.5}$): 9.43 (SD: 44); Mean (local PM$_{2.5}$) 1.07 (SD: 1.56); Mean (total PM$_{2.5}$): 10.5 (SD: 1.55) | Confirmed AMI | Copollutant model: regional PM$_{2.5}$ adjusted for local PM$_{2.5}$ from traffic<br>Copollutant correlations: NR |
| †Hartiala et al. (2016)<br>Ohio<br>Prospective<br>PM$_{2.5}$: 1998−2010<br>Outcome 2001-2007 (recruitment), follow-up after 3 yr (through2010) | N = 6,575<br>Ohio residents undergoing elective cardiac evaluation | 3-yr avg IDW interpolation at ZIP code centroid | Mean: 15.5<br>SD 1.1 | Confirmed MI (adjudicated diagnosis) | NO$_2$ r = 0.15<br>Copollutant model: NR |
| †Cesaroni et al. (2014)<br>11 Cohorts in Finland, Sweden, Italy, Denmark, and Germany<br>Prospective cohort<br>PM$_{2.5}$: 2008−2011<br>Follow-up: 1992−2007, depending on cohort | ESCAPE<br>N = 100,166<br>Average follow-up: 11.5 yr | Annual average PM$_{2.5}$ estimated by LUR with input from measurements from 20 locations per study area<br>Model performance R² ≥0.61 | Mean ranged from 7.3 (SD = 1.3) to 31 (1.7) | IHD (hospital records) | Copollutant models: NR<br>Correlations available for each cohort reported |
| †Hoffmann et al. (2015)<br>Prospective cohort<br>PM$_{2.5}$: August 2008−September 2009<br>Outcome: 2000−2003 (baseline) | HNR study<br>N = 4,433<br>Average follow-up: 7.9 yr | Annual average PM$_{2.5}$ at residential address estimated by LUR with input from 20 locations | Mean: 18.4 | MI, sudden cardiac death and fatal CHD<br>Medical record review by committee | Copollutant models: NR<br>Copollutant correlations: NR |

00197411

**Table 6-35 (Continued): Characteristics of epidemiologic studies examining the association between long-term PM$_{2.5}$ exposures and ischemic heart disease.**

| Study | Study Population | Exposure Assessment | Concentration µg/m$^3$ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| †Atkinson et al. (2013) 205 medical practices, U.K. Prospective cohort PM$_{2.5}$: 2002 Follow-up: 2003–2007 | General Practice database N = 836,557 patients (40–89 yr) | Annual average (2002) estimated using dispersion model (1- by 1-km grid) linked to residential postal code PM$_{2.5}$ model validation: $R^2 = 0.5$ (correlation with national air quality network) | Mean 12.9 (SD 1.4) Range 7.2–20.2 IQR: 1.9 | MI (medical records) | Copollutant models: NR PM10 $r = 0.99$, SO$_2$ $r = 0.53$; NO$_2$ $r = 0.87$; O$_3$ $r = -0.43$ |
| †Tonne et al. (2015) Greater, London Prospective cohort PM$_{2.5}$: 2003–2010 Follow-up: 2003–2007(recruitment) followed through 2010 | MINAP (MI Survivors) N = 18,138 Average follow-up 4 yr | Annual average estimated using dispersion models (20 by 20 m grid) time-varying exposure assigned within 100 m of patients' residential postal code centroid | Mean: 14.6 (SD: 1.3); IQR: 1.5 | Readmission for STEMI or non-STEMI and death combined | Copollutant models: NR Copollutant correlations: PM$_{10}$ $r = 0.96$; O$_3$ $r = -0.82$, NO$_X$ $r = 0.73$; NO$_2$ $r = 0.71$ |
| †Koton et al. (2013) Eight medical centers, Israel PM$_{2.5}$: 2003–2005 Follow-up: 1992, 1993–2005 | Post-MI patients (≥65 yr) admitted to medical centers Average follow-up 13.2 yr N = 341 | Multiyear average at residence, kriging interpolation (12 monitors) Imputed values uncertainty lower than 7 µg/m$^3$ (C-V error 1.6–6% overall) | Median: 23.9 (Range: 17.0–26.6) | Recurrent MI, heart failure, stroke or TIA | Copollutant models: NR Copollutant correlations: NR |

AOD = aerosol optical depth; avg = average; CHD = coronary heart disease; C-V = cross validation; CTS = California Teacher Study; ESCAPE = European Study of Cohorts for Air Pollution Effects; HPFU = Health Professionals Follow-Up; IDW = inverse-distance weighted; IQR = interquartile range; km = kilometer; LUR = land use regression; µg/m$^3$ = micrograms per cubic meter; MINAP = Myocardial Ischemia National Audit Project; MI = myocardial infarction; N, n = number of subjects; NHS = Nurses' Health Study; NO$_2$ = nitrogen dioxide; NO$_X$ = oxides of nitrogen; NR = not reported; O$_3$ = ozone; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; PM$_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; $r$ = correlation; $R^2$ = coefficient of determination; SD = standard deviation; STEMI = ST elevation myocardial infarction; TIA = transient ischemic attack; WHI = Women's Health Initiative; yr = year.
†Studies published since the 2009 PM ISA.

Associations in prospective cohort studies are presented in Figure 6-17. In a large, prospective study reviewed in the 2009 PM ISA, Miller et al. (2007) reported a hazard ratio (HR) for incident CHD morbidity and mortality of 1.10 (95% CI: 1.02, 1.19) among postmenopausal women. Several recent studies have followed up on this finding by examining the effect of long-term exposure to PM$_{2.5}$ in women. Hart et al. (2015b) observed no association between long-term exposure to PM$_{2.5}$ and incident CHD among women enrolled in the Nurses' Health Study (NHS; HR: 1.01 [95% CI: 0.96, 1.07]),

00197412

although increased CHD risk was observed among women with diabetes (HR: 1.10 [95% CI: 0.99, 1.21]). The women in NHS were younger (38% premenopausal) than the women in the Women's Health Initiative (WHI), potentially explaining the discrepancy in the findings between these studies. In an analysis of women enrolled in the California Teachers' Study (CTS), Lipsett et al. (2011) reported no association with incident MI (hospitalizations and deaths combined; HR: 0.99 [95% CI: 0.91, 1.08]), although increased risks of fatal IHD (see Section 6.2.10) and stroke were observed (see Section 6.2.3). Results from a CTS sensitivity analysis that was restricted to postmenopausal women did not indicate a positive association (Lipsett et al., 2011).

The remaining North American studies, which examined populations of men, or both men and women, generally report positive associations between long-term $PM_{2.5}$ exposure and MI, although the width of the confidence intervals varies between studies. Puett et al. (2011) conducted a prospective analysis of the Health Professionals Follow-up Study (HPFS), which consists of male medical professionals reporting an association of 1.08 (95% CI: 0.90, 1.28). This association was largely unchanged after adjustment for $PM_{10-2.5}$ (Puett et al., 2011). In an incident case-control analysis of confirmed acute MI, Madrigano et al. (2013) reported a stronger association (OR: 1.21 [95% CI: 1.00, 1.38]) between long-term exposure to $PM_{2.5}$ and acute MI. This study derived exposure metrics to distinguish regional $PM_{2.5}$ from local traffic-related $PM_{2.5}$ sources of exposure and found the association with regional $PM_{2.5}$ was not attenuated in a copollutant model containing local traffic-related $PM_{2.5}$. A limitation of this study was its lack of adjustment for smoking. In another study, Hartiala et al. (2016) reported an association of long-term exposure to $PM_{2.5}$ with confirmed MI among those undergoing cardiac evaluation at a clinic in Ohio. Notably, Madrigano et al. (2013) and Hartiala et al. (2016) confirmed potential cases of MI.

00197413



| Study | Cohort | Outcome | Years | Mean (µg/m3) |
|---|---|---|---|---|
| Miller et al. 2007 | WHI-Women (post-menopause), 36 Urban sites, U.S. | CHD | 1994-1998 | 13.4 |
| †Hart et al. 2015 | NHS-Women, 48 States, U.S. | CHD | 1989-2006 | 13.4 |
| †Lipsett et al. 2011 | CTS -Women, Los Angeles, California, U.S. | MI | 1999-2005 | 15.6 |
| †Puett et al. 2011 | HPFU, Men, 13 States, U.S. | Nonfatal MI | 1988-2002 | 17.8 |
| †Madrigano et al. 2013 | Worcester Heart Attack, MA, U.S. | Confirmed MI | 1995-2003 | 9.4 |
| †Hartiala et al. 2016 | Cardiac Patients, Ohio, U.S. | MI | 1998-2010 | 15.5 |
| †Hoffman et al. 2015 | HNR study, Ruhr region Germany | Coronary Event | 2008-2009 | 18.4 |
| †Atkinson et al. 2013 | GP Database, U.K. | MI | 2003-2007 | 12.9 |
| †Cesaroni et al. 2014 | ESCAPE- 11 Cohorts Europe | IHD | 2008-2011 | 7.3-31 |
| †Tonne et al. 2015 | MINAP, London, U.K. | Recurrent MI/death | 2003-2010 | 14.6 |
| †Koton et al. 2013 | 8 Treatment Centers, Israel | Recurrent MI | 2003-2005 | 23.9 |

AQCD = Air Quality Criteria Document; CHD = coronary heart disease; CI = confidence interval; CTS = California Teachers Study; ESCAPE = European Study of Cohorts for Air Pollution Effects; GP = general practitioner; HNR = Heinz Nixdorf Recall; HPFU = Health Professionals Follow-Up; IHD = ischemic heart disease; µg/m³ = micrograms per cubic meter; MI = myocardial infarction; MINAP = Myocardial Ischemia National Audit Project; NHS = Nurses' Health Study; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; WHI = Women's Health Initiative.

Circles represent point estimates; horizontal lines represent 95% confidence intervals for PM$_{2.5}$. Black text and circles represent evidence included in the 2009 PM ISA; red text and circles represent recent evidence not considered in previous ISAs or AQCDs. Mean concentrations in µg/m³. Hazard Ratios are standardized to a 5-µg/m³ increase in PM$_{2.5}$ concentrations. Corresponding quantitative results are reported in Supplemental Table 6S-13 (U.S. EPA, 2018).

†Studies published since the 2009 PM ISA.

**Figure 6-17    Associations between long-term exposure to PM$_{2.5}$ and ischemic heart disease or myocardial infarction. Associations are presented per 5-µg/m³ increase in pollutant concentration.**

Several European studies examined the association of long-term PM$_{2.5}$ and IHD or MI reporting somewhat inconsistent results across cohorts. A study from the European ESCAPE project, which includes 11 cohorts in five European countries [Finland, Sweden, Denmark, Germany, and Italy; Cesaroni et al. (2014)] is available for review. Average annual exposure to PM$_{2.5}$ was assigned using the area-specific land use regression models. Cohort-specific hazard ratios were variable, and the pooled effect estimate for PM$_{2.5}$ was 1.13 (95% CI: 0.98, 1.30). In sensitivity analyses, the authors considered exposures below various thresholds of average PM$_{2.5}$ concentrations. For the seven cohorts with participants exposed to <15 µg/m³ average annual PM$_{2.5}$, the meta-analyzed hazard ratio was 1.19 (95% CI: 1.00, 1.42). The outcome determination in the ESCAPE project was cohort specific, but most cohorts

00197414

used ICD codes linked with hospital and death records and defined incidence based on outcome dates. Although most of the cohorts did not include physician review and adjudication for case identification, a separate analysis of data from the HNR study (Hoffmann et al., 2015), with case review by an independent committee, reported no association between coronary events (MI, fatal CHD, and sudden death) and long-term $PM_{2.5}$ exposures, after adjustment for noise and other covariates (HR: 1.00 [95% CI: 0.38, 2.67]), although an association with stroke was observed (Section 6.2.3). The confidence intervals from the HNR study were wide due to the small number of cases (n = 135 for coronary events). In another European study, Atkinson et al. (2013) reported a negative association between long-term $PM_{2.5}$ exposure and MI ascertained from a database of information from general practitioners in the U.K. Studies of recurrent MI among MI survivors yielded positive associations (Tonne et al., 2015; Koton et al., 2013). Koton et al. (2013) treated several important confounders (e.g., smoking) as time-varying, and both Koton et al. (2013) and Hartiala et al. (2016) included review and adjudication of potential cases, in contrast with some of the larger studies discussed above.

Several cross-sectional analyses, including analyses of U.S. national survey data, are available to consider the association of long-term $PM_{2.5}$ exposure with prevalent IHD or hospital admissions (To et al., 2015; Beckerman et al., 2012; Feng and Yang, 2012; Gan et al., 2011). Overall, results from these studies do not provide consistent evidence of an association and only Gan et al. (2011) considered the temporality of the association.

In summary, some well-conducted prospective studies indicate an association between long-term exposure to $PM_{2.5}$ and IHD outcomes in postmenopausal women (Miller et al., 2007) and in a meta-analysis of European cohorts (Cesaroni et al., 2014). Studies also indicated the potential for those with pre-existing disease to be at elevated risk of IHD morbidity [e.g., diabetics in the NHS (Hart et al., 2015b), cardiac patients (Hartiala et al., 2016), or those who experienced a previous MI (Tonne et al., 2015; Koton et al., 2013)]. Most studies considered important covariates such as menopausal status, hormone replacement therapy, smoking, and socioeconomic status (SES). Although the WHI analysis of Miller et al. (2007) did not adjust for SES, Chi et al. (2016a) considered both individual and neighborhood level SES in a subsequent WHI analysis of combined coronary events (see Section 6.2.9), reporting that the association remained unchanged after adjustment for these factors. Lipsett et al. (2011) reported no association between $PM_{2.5}$ exposure and incidence of MI in the CTS, including in a sensitivity restricted to postmenopausal women; however, it is notable that an association with cardiovascular-related mortality was observed in this study. Similarly, no association with coronary events was observed in the HNR study but an association with stroke was reported (Hoffmann et al., 2015). The risk estimate reported by Miller et al. (2007) was for coronary events (i.e., morbidity and mortality combined) providing coherence for the evidence of consistent positive associations between long-term $PM_{2.5}$ exposure and mortality from cardiovascular causes. Several exposure assessment methods, including spatiotemporal models and LUR, were applied but no studies examined the influence of the choice of exposure model within a study. Consideration of confounding by copollutants was

00197415

limited; correlations reported between pollutants varied by cohort but were generally moderate to high (Table 6-35).

## 6.2.3    Cerebrovascular Disease and Stroke

Cerebrovascular disease typically includes hemorrhagic stroke, cerebral infarction (i.e., ischemic stroke), and occlusion of the precerebral and cerebral arteries (see Section 6.1.5). The 2009 PM ISA identified one study that indicated a positive association between $PM_{2.5}$ and cerebrovascular morbidity and mortality in postmenopausal women (Miller et al., 2007). Although the results are not entirely consistent across studies or stroke subtype, some recent well-conducted studies also support a positive association between long-term exposure to $PM_{2.5}$ and stroke.

### 6.2.3.1    Epidemiologic Studies

Studies of the association between long-term exposure to $PM_{2.5}$ and cerebrovascular diseases are summarized in Table 6-36.

00197416

**Table 6-36    Characteristics of epidemiologic studies examining the association between long-term $PM_{2.5}$ exposures and cerebrovascular disease.**

| Study | Study Population | Exposure Assessment | Concentration µg/m³ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| Miller et al. (2007)<br>36 metro areas, U.S.<br>Prospective cohort<br>$PM_{2.5}$: 2000<br>Follow-up: 1994−1998 | WHI observational cohort<br>N = 65,893<br>Median follow-up: 6 yr | Annual average of closest monitor (2000), most women within 10 km of monitor | Median: 13.4<br>IQR: 11.6−18.3 | CBVD<br>Stroke<br>Medical record review by physician adjudicators | Copollutant model: NR<br>Copollutant correlations ($r$): NR |
| †Hart et al. (2015b)<br>U.S. (contiguous states)<br>Prospective cohort<br>$PM_{2.5}$: 1989−2006<br>Follow-up: 1988−2006 | NHS<br>N = 114,537<br>Follow-up: ~16 yr | Annual average at residential address; spatiotemporal model with monthly surface $PM_{2.5}$ measurements; C-V $R^2$ 0.76 and 0.77 pre- (limited $PM_{2.5}$ data) and post-1999, respectively; see Yanosky et al. (2009) | Mean (1989−2006): 13.4 (SD: 3.3)<br>Mean: 2000−2006: 12 (SD: 2.8) | Self-reported physician diagnosed Stroke | Copollutant model: NR<br>Copollutant correlations ($r$): $PM_{2.5}$: $r$ = 0.2; $PM_{10}$: $r$ = 0.67 |
| †Lipsett et al. (2011)<br>California<br>Prospective cohort<br>$PM_{2.5}$: 1999−2005<br>Follow-up: 1995−2000 | CTS<br>N = 124,614<br>Average follow-up: 5.6 yr | Multiyear average using IDW interpolation of monitors within 20 km (250 by 250 m grid) residential address | Mean:15.64 (SD: 4.48)<br>IQR: 8.02<br>Range: 3.11−28.35 | Incident Stroke (hospital records) | Copollutant model: NR<br>Copollutant correlations($r$):<br>$PM_{10}$: $r$ = 0.91, $NO_2$: $r$ = 0.81, CO: $r$ = 0.53, $SO_2$: $r$ = 0.02 |
| †Puett et al. (2011)<br>Northeast and Midwest, U.S. (13 contiguous states)<br>Prospective cohort<br>$PM_{10-2.5}$: 1988−2002<br>Follow-up: 1989−January 2003 | Health Professionals Follow-up Study<br>N = 51,529<br>Average follow-up NR | Annual average at residential address, spatiotemporal model with monthly surface $PM_{2.5}$ measurements; C-V $R^2$ = 0.77, and 0.69; precision = 2.2 and 2.7 µg/m³, (post-1999 and pre-1999, respectively); see Yanosky et al. (2009) | Mean: 17.8 (SD: 3.4)<br>IQR: 4.3 | IS, HS (medical record review) | Copollutant model: $PM_{10-2.5}$<br>Copollutant correlations($r$): NR |

SECTION 6.2: Long-Term PM2.5 Exposure and Cardiovascular Effects

00197417

**Table 6-36 (Continued): Characteristics of epidemiologic studies examining the association between long-term PM₂.₅ exposures and cerebrovascular disease.**

| Study | Study Population | Exposure Assessment | Concentration µg/m³ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| †Hartiala et al. (2016)<br>Ohio<br>PM₂.₅: 1998−2010<br>Outcome 2001-2007 (recruitment), followed through 2010 | N = 6,575<br>Cardiac evaluation patients<br>Ohio residents | 3-yr avg IDW interpolation at ZIP code centroid | Mean: 15.5<br>SD: 1.1 | Stroke | Copollutant correlations($r$):<br>NO₂ = 0.15<br>Copollutant model: NR |
| †Stafoggia et al. (2014)<br>11 Cohorts in Finland, Sweden, Italy, Denmark, and Germany<br>Prospective cohort<br>PM₂.₅: 2008−2011<br>Follow-up: 1992−2007, depending on cohort | ESCAPE<br>99,446 | Annual average PM₂.₅ estimated by LUR with input from measurements from 20 locations per study area<br>Model performance: $R^2 \geq 0.61$ | Mean ranged from 7.3 (SD = 1.3) to 31 (1.7) | CBVD (medical and death record review) | Copollutant model: NR<br>Copollutant correlations ($r$): NR |
| †Hoffmann et al. (2015)<br>Ruhr region, Germany<br>Follow-up: 2000-2003, followed through 2012<br>PM₂.₅: August 2008−July 2009 | HNR study<br>N = 4,433 | Annual average PM₂.₅ estimated by LUR with input from measurements from 20 locations per study area<br>Model performance: $R^2 \geq 0.61$<br>See Cesaroni et al. (2014) | Mean: 18.4 (SD: 1.06); 5−95th: 3.51 | Self-reported stroke with medical record review | Copollutant model: NR<br>Copollutant correlations ($r$): NR |

SECTION 6.2: Long-Term PM2.5 Exposure and Cardiovascular Effects

00197418

**Table 6-36 (Continued): Characteristics of epidemiologic studies examining the association between long-term $PM_{2.5}$ exposures and cerebrovascular disease.**

| Study | Study Population | Exposure Assessment | Concentration µg/m³ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| †Atkinson et al. (2013) U.K. Prospective cohort $PM_{2.5}$: 2002 Follow-up:2003−2007 | General Practice database N = 205 practices N = 836,557 patients (40−89 yr) | Annual average (2002), dispersion model (1- by 1-km grid) at residential postal code $PM_{2.5}$ model validation: $R^2 = 0.5$ (correlation with national air quality network) | Mean: 12.9 (SD: 1.4) Range: 7.2−20.2 IQR: 1.9 | Stroke (medical records ICD10 I61) | Copollutant model: NR Copollutant correlations (r): $PM_{10}$ r = 0.99, $SO_2$ r = 0.53; $NO_2$ r = 0.87; $O_3$ r = −0.43 |
| †Koton et al. (2013) Eight medical centers, Israel $PM_{2.5}$: 2003−2005 Follow-up: 1992, 1993−2005 | Post-MI patients (≥65 yr) admitted to medical centers Average follow-up 13.2 yr N = 160 cases | Multiyear average at geocoded residential address, kriging interpolation (12 monitors) Imputed values with kriging uncertainty lower than 7 µg/m³ (C-V error 1.6−6% overall) | Median: 23.9 (Range: 17.0−26.6) | Recurrent stroke or TIA | Copollutant model: NR Copollutant correlations (r): NR |

avg = average; AOD = aerosol optical depth; CBVD = cerebrovascular disease; CTS = California Teacher Study; C-V = cross validation; ESCAPE = European Study of Cohorts for Air Pollution Effects; FSA = forward sortation area; HNR = Heinz Nixdorf Recall; HS = Hemorrhagic stroke; ICD = International Classification of Disease; IQR = interquartile range; IS = ischemic stroke; µg/m³ = micrograms per cubic meter; MINAP = Myocardial Ischemia National Audit Project; NHS = Nurses' Health Study; N, n = number of subjects; $NO_2$ = nitrogen dioxide; NR = not reported; $O_3$ = ozone; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; r = correlation; SD = standard deviation; $SO_2$ = sulfur dioxide; TIA = transient ischemic attack; yr = year.

†Studies published since the 2009 PM ISA.

SECTION 6.2: Long-Term PM2.5 Exposure and Cardiovascular Effects

00197419

Prospective studies of the association between long-term $PM_{2.5}$ exposure and the incidence of stroke are presented in Figure 6-18. In a study reviewed in the 2009 PM ISA Miller et al. (2007) reported associations of both CBVD and stroke with long-term exposure to $PM_{2.5}$ among postmenopausal women enrolled in WHI who were free of the conditions at baseline (HR CBVD: 1.16 [95% CI: 1.04, 1.30] and HR stroke: 1.13 [95% CI: 1.04, 1.30]). Several recent studies conducted in cohorts of women are available for comparison with the WHI findings. The CTS reported associations of $PM_{2.5}$ on incident stroke [HR: 1.07 (95% CI: 0.99, 1.15); Lipsett et al. (2011)]. The association with incident stroke did not include the null value when the sample was restricted to postmenopausal women (HR: 1.09 [95% CI: 1.01, 1.17]). A prospective analysis of the relatively younger women enrolled in the NHS reported an increased risk among women with diabetes (HR: 1.29 [95% CI: 1.14, 1.45]) but not in the population overall [HR: 1.01 (95% CI: 0.96, 1.05); Hart et al. (2015b)].

Several U.S. studies of men or men and women combined were also available for review. In a cohort of men enrolled in the HPFU study, Puett et al. (2011) examined the effect of long-term exposure to $PM_{2.5}$ on hemorrhagic stroke (HS) and ischemic stroke (IS), classified using National Survey of Stroke criteria and reviewed by physicians. The number of cases was small (n = 230 for IS and n = 70 for HS), resulting in estimates with wide CIs (HR: 0.80 [95% CI: 0.61, 1.08] for IS and HR: 1.18 [95% CI: 0.74, 1.87] for HS). In a study of cardiac patients in Ohio, Hartiala et al. (2016) reported an imprecise association (i.e., wide confidence intervals) between long-term exposure to $PM_{2.5}$ and stroke (HR: 1.17 [95% CI: 0.49, 2.87]) in the model that adjusted for cardiovascular risk factors (i.e., age, sex, smoking, and level of education).

00197420



AQCD = Air Quality Criteria Document; CI = confidence interval; ESCAPE = European Study of Cohorts for Air Pollution Effects; GP = general practitioner; HPFU = Health Professional's Follow-Up; HNR = Heinz Nixdorf Recall; HS = hemorrhagic stroke; IS = ischemic stroke; $\mu g/m^3$ = micrograms per cubic meter; MI = myocardial infarction; NHS = Nurses' Health Study; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 $\mu$m; WHI = Women's Health Initiative.

Circles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Black text and circles represent evidence included in the 2009 PM ISA; red text and circles represent recent evidence not considered in previous ISAs or AQCDs. Mean concentrations in $\mu g/m^3$. Hazard ratios are standardized for a 5-$\mu g/m^3$ increase in $PM_{2.5}$ concentrations. Corresponding quantitative results are reported in Supplemental Table 6S-14 (U.S. EPA, 2018).
†Studies published since the 2009 PM ISA.

**Figure 6-18    Associations between long-term exposure to PM2.5 and the incidence of stroke for a 5-µg/m³ increase in PM2.5 concentrations.**

Within the ESCAPE, long-term exposure to $PM_{2.5}$ was positively associated with incident stroke (HR: 1.19 [95% CI: 0.88, 1.62]) in the fully adjusted model, which included variables to control for SES (Stafoggia et al., 2014). Researchers observed a more precise result when restricting to the six cohorts for which the LUR model performed the best ($R^2$ >0.6; HR 1.75 [1.30, 2.35]). Additionally, stratified analyses indicated that effects may be larger in magnitude in older age groups and among never smokers. The authors restricted the analysis to individuals exposed to <15-$\mu g/m^3$ concentrations of $PM_{2.5}$ and observed an HR of 1.33 (95% CI: 1.01, 1.77). As mentioned previously, most ESCAPE cohorts did not

00197421

have physician review and adjudication of cases. A separate analysis of data from the HNR study, one of the ESCAPE cohorts, with case review by an independent committee, reported a relatively large association between long-term $PM_{2.5}$ exposure and stroke that persisted after adjustment for noise (HR: 5.24 [95% CI: 1.39, 19.65]). In contrast to these studies indicating an association between $PM_{2.5}$ and stroke, the previously described English general practice database found no association; however, cases were not validated by physician review and the $PM_{2.5}$ prediction model performance was relatively low [$R^2 = 0.5$; Atkinson et al. (2013)]. A final study examined the effect of $PM_{2.5}$ on first stroke and recurrent stroke in a cohort of Israeli first MI patients (Koton et al., 2013). Numbers of events were small and exposures higher than some areas in the U.S. (median $PM_{2.5}$: 23.9 $\mu g/m^3$); however, cases were validated by physician review and analyses included time-varying confounders. The study reported an imprecise relationship between $PM_{2.5}$ and the first stroke after MI (HR: 1.05 [95% CI: 0.71, 1.58]) but a larger magnitude association for recurrent strokes (HR: 1.22 [95% CI: 0.95, 1.55]).

Several cross-sectional or ecological analyses of prevalent stroke or first hospital admission for stroke that provide some support for the associations observed in prospective studies were also conducted (To et al., 2015; Feng and Yang, 2012; Johnson et al., 2010).

In summary, studies of women enrolled in the WHI study and in the CTS support a positive association between long-term exposure to $PM_{2.5}$ and stroke (Lipsett et al., 2011; Miller et al., 2007). Hart et al. (2015b) reported an association in women with diabetes but not in the NHS population overall. Evidence was inconsistent across other populations studied and confidence intervals around effect estimates were generally wide (Figure 6-18). Several studies are limited by lack of physician adjudication of stroke and outcomes and small sample sizes for stroke subtype analyses. The exposure assessment methods that were applied varied by study but included spatiotemporal models and LUR. There was no evaluation of the influence of the exposure model choice within a study, and analysis of copollutant confounding was limited.

### 6.2.3.1.1    Subclinical Cerebrovascular Disease

Various diagnostic tools can be used to examine risk of cerebrovascular disease. Cerebrovascular hemodynamics, measured through transcranial Doppler ultrasound, is an important component of assessing cerebrovascular blood flow. White matter hyperintensity, detected through magnetic resonance imaging (MRI), is thought to be caused in part by ischemia in the brain and has been shown to predict stroke, dementia, and death (Debette and Markus, 2010). Covert or silent brain infarcts can also be detected with MRI. Both white matter hyperintensity and covert brain infarcts can appear in people with no history of clinical cerebrovascular event history and can therefore be used as markers of subclinical disease in asymptomatic individuals. Recent epidemiologic studies have examined subclinical measures of cerebrovascular disease. No studies of this type were available for the 2009 PM ISA (U.S. EPA, 2009). There is a paucity of laboratory animal studies on stroke and cerebrovascular disease with long-term particle exposure. There were no studies on this endpoint in the 2009 PM ISA, and no new studies have

00197422

been published since. The nervous system chapter in this ISA reviews studies of brain morphology that are relevant to cerebrovascular disease.

Wellenius et al. (2013) assessed cerebrovascular hemodynamics within the NAS, a cohort of older adults in Boston, by calculating cerebrovascular resistance (i.e., mean arterial blood pressure/middle cerebral artery blood flow velocity) at rest as well as in response to a $CO_2$ challenge (i.e., induces cerebral vasodilation and increased blood flow) and a sit-to-stand maneuver (i.e., cerebral autoregulation). Although no effects of $PM_{2.5}$ were observed on cerebral vasoreactivity or autoregulation, there was an effect of 28-day avg $PM_{2.5}$ on increasing resting cerebrovascular resistance (14.33% [95% CI: 6.17, 23.00]) due to a decreasing resting middle cerebral artery blood flow [−12.50% (95% CI: −17, 7.0,); Wellenius et al. (2013)]. Wilker et al. (2015) examined the effect of $PM_{2.5}$ on white matter hyperintensity and the presence of covert brain infarcts (binary) among participants with no history of dementia, stroke, or transient ischemic attack. Although there was little evidence of a $PM_{2.5}$ association with white matter hyperintensity, a predictor of stroke, there was a relationship with the presence of cerebral brain infarcts (OR: 2.20 [95% CI: 1.05, 4.66]). Although studies are limited in number, they provide some evidence to support an effect of $PM_{2.5}$ on cerebrovascular conditions in participants exposed to average $PM_{2.5}$ exposures of 12.6 and 12.1 µg/m$^3$ [Wellenius et al. (2013) and Wilker et al. (2015), respectively].

### 6.2.4    Atherosclerosis

Atherosclerosis is the process of plaque buildup into lesions on the walls of the coronary arteries that can lead to vessel narrowing, reduced blood flow to the heart, and IHD. The development of atherosclerosis is dependent on the interplay between plasma lipoproteins, inflammation, endothelial activation, and neutrophil attraction to the endothelium, extravasation, and lipid uptake. Risk factors for atherosclerosis include high LDL/low HDL cholesterol, high blood pressure, diabetes, obesity, smoking, and increasing age. The 2009 PM ISA reviewed a series of cross-sectional studies examining measures that assessed atherosclerosis within large arterial vascular beds in distinct regions of the body (i.e., carotid intima-media thickness [CIMT], CAC, and ankle-brachial index [ABI]). Overall, findings from these studies were inconsistent, with studies reporting null or positive but imprecise associations with CIMT, CAC, and ABI (U.S. EPA, 2009). Exposure measurement error and variation in baseline measures of atherosclerosis as well as statistical power were noted as possible explanations for the lack of association observed in these studies. Although findings from more recent studies are not entirely consistent across populations and measures of atherosclerosis, an extended MESA analysis reported a longitudinal increase in CAC (Kaufman et al., 2016). At the time the 2009 PM ISA was completed, a limited number of experimental animal studies provided some biological plausibility for $PM_{2.5}$-induced atherosclerotic plaque development, with several of the experiments conducted in the same laboratory (U.S. EPA, 2009). An additional experimental study is currently available for review.

00197423

### 6.2.4.1    Epidemiologic Studies

Studies that examined the relationship between long-term exposure to $PM_{2.5}$ and measures of atherosclerosis are characterized in Table 6-37.

Several analyses from the MESA air cohort, which comprises a large ethnically diverse study population recruited between 2000 and 2002 from six U.S. communities thus allowing within-city contrasts, were conducted. Recent analyses of this cohort contribute to the evidence describing the relationship between long-term exposure to $PM_{2.5}$ and atherosclerosis. In general, cross-sectional analyses that included control for study site reported no association regardless of the $PM_{2.5}$ exposure assessment method (Adar et al., 2013; Sun et al., 2013). Results from an interim longitudinal analysis (Adar et al., 2013) showing a $PM_{2.5}$-associated increase in cIMT were not retained when additional years of follow-up were available (Kaufman et al., 2016). Kaufman et al. (2016) observed no association with cIMT (−0.9 mm [95% CI: −3.0, 5.0]) while reporting a 4.1-Agatston-unit increase per year (95% CI: 1.4, 6.8) for CAC. CAC is a stronger predictor of subsequent CHD than cIMT, which typically indicates earlier vascular injury than CAC, in MESA study participants (Gepner et al., 2015). The effect of $PM_{2.5}$ on CAC progression was stronger in people with hypertension, those who are not obese, and older adults. Modification of this association by race was not observed. Chi et al. (2016b) also observed in the MESA cohort associations of long-term $PM_{2.5}$ exposure with DNA methylation in circulating monocytes. By contrast, Dorans et al. (2016) reported an imprecise (i.e., wide CIs) association between exposure to long-term $PM_{2.5}$ and CAC progression using defined thresholds based on the variability of within-person repeated CAC measurements in the Framingham Heart Study (OR: 1.23 [95% CI: 0.77, 1.92]). The change in CAC in association with long-term exposure to $PM_{2.5}$ was also reported (−2.86 [95% CI: −8.57, 2.86]). The shape of the concentration-response functions for these studies are discussed in Section 6.2.16.

00197424

**Table 6-37    Characteristics of epidemiologic studies examining the association between long-term PM2.5 exposures and atherosclerosis.**

| Study | Study Population | Exposure Assessment | Concentration µg/m$^3$ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| †Kaufman et al. (2016)<br>Six urban sites, U.S.<br>Prospective cohort<br>PM2.5: 2005−2009<br>Follow-up: 2000−2010, 2012 | MESA<br>45−84 yr (baseline)<br>N = 3,459<br>Follow-up: 10 yr | Annual average derived from individual-weighted indoor and outdoor ambient PM2.5 spatiotemporal model with residential history, Model fit $R^2 = 0.90−0.97$<br>C-V $R^2 = 0.72$ (0.54−0.85 depending on site) | Mean: 14.2 (range: 9.2−22.6)<br>IQR range: 12.9−15.7 | cIMT<br>CAC | Copollutant model: NR<br>Copollutant correlations ($r$): NR |
| †Chi et al. (2016b)<br>Four urban sites, U.S.<br>Cross sectional<br>Follow-up: 2000−2010, 2012 | MESA<br>N = 1,207<br>≥55 yr | Annual average prior to blood draw, at residence using spatiotemporal model see Keller et al. (2015) | 10.7<br>IQR: 2.2 | DNA methylation in circulating monocytes | Copollutant model: NR<br>Copollutant correlations ($r$): NR |
| †Dorans et al. (2016)<br>PM2.5: 2003−2009<br>Outcome: 2002−2005 and 2008−2011 | Framingham Heart Study Offspring<br>N = 3,399 | Annual average at grid of residence (1 × 1 km), spatiotemporal model, C-V $R^2 = 0.88$ | Median (IQR): 10.7 (1.4) for 2003<br>Median (IQR): 9.8 (1.1) for 2003−2009 | CAC | Copollutant model: NR<br>Copollutant correlations ($r$): NR |
| †Hartiala et al. (2016)<br>Ohio residents<br>Prospective cohort<br>PM2.5: 1998−2010<br>Outcome: 2001−2007 (recruitment), followed through 2010 | CAD patients<br>N = 6,575<br>Follow-up = 3 yr | 3-yr avg using IDW interpolation at ZIP code level (within 50 km of monitor) | Mean: 15.5 (SD: 1.1) | Severity of atherosclerosis (vessels with ≥50% stenosis) | Copollutant model: NR<br>Copollutant correlations ($r$): NR |

SECTION 6.2: Long-Term PM2.5 Exposure and Cardiovascular Effects

00197425

**Table 6-37 (Continued): Characteristics of epidemiologic studies examining the association between long-term PM$_{2.5}$ exposures and atherosclerosis.**

| Study | Study Population | Exposure Assessment | Concentration µg/m$^3$ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| †Künzli et al. (2010)<br>Los Angeles, CA<br>Prospective analysis of 5 RCTs<br>PM$_{2.5}$: 2000 | Healthy adults<br>N = 1,483<br>40–82 yr (baseline)<br>VEAPS: 1996–2000<br>BVAIT: 2001–2006<br>EPAT: 1994–1998<br>TART: 1997–2000<br>WELLHART: 1995–2000<br>Average follow-up: 2–3 yr | Annual mean at residence, kriging interpolation (25 × 25-m grid), 23 monitors<br>Model performance: NR | Mean: 20.8 (SD: 2.4)<br>IQR: 20.5–22.1 | Change in cIMT | Copollutant model: Adjusted for proximity to traffic<br>Copollutant correlations (r): NR |
| †Gan et al. (2014)<br>Vancouver, Canada<br>Prospective cohort<br>PM$_{2.5}$: 2003<br>Follow-up:<br>2004/2005–2009/2011 | M-CHAT<br>N = 509<br>30–65 (baseline)<br>Follow-up: ~5 yr | Annual mean at residence, LUR<br>Model fit R$^2$ = 0.52; mean error-1.50 µg/m$^3$ | Mean: 4.1 (SD: 1.45)<br>IQR: 1.4 | Change in cIMT | Copollutant model: NR<br>Copollutant Correlations (r): BC 0.13; NO$_2$ 0.45, NO 0.43; noise 0.19 |
| †Aguilera et al. (2016)<br>Four cities, Switzerland<br>Cross-sectional<br>PM$_{2.5}$: 2001/2002–2010/2011<br>Outcome: 2010, 2011 | SAPALDIA<br>50 yr (or older, baseline)<br>N = 1,503 | Multiyear average at residential address (2001–2011) estimated using Gaussian dispersion models (200 × 200-m grid) | Mean: 17 (SD: 2.0) (2001–2011)<br>Annual average: 15.2 (SD: 1.6) | cIMT | Copollutant model: NR<br>Copollutant correlations (r): PM$_{2.5}$ last yr and 2001–2011 0.96; PM$_{2.5}$ vehicular 0.80; PM$_{2.5}$ crustal 0.75; PNC 0.86, LDSA 0.94 |
| *Young Adults* | | | | | |
| †Lenters et al. (2010)<br>Utrecht, Netherlands<br>Cross-sectional<br>PM$_{2.5}$: 2000<br>Outcome: 1999–2000 | ARYA<br>N = 745 | Annual average (2000) at childhood home address using regional concentrations and LUR<br>see Beelen et al. (2008) | Mean: 20.7 (SD: 1.2)<br>5th–90th: 16.5–19.9 | cIMT<br>(Pulse wave velocity discussed under arterial stiffness) | Copollutant model: NR<br>Copollutant correlations (r): NO$_2$ > 0.5 |

SECTION 6.2: Long-Term PM2.5 Exposure and Cardiovascular Effects

00197426

**Table 6-37 (Continued): Characteristics of epidemiologic studies examining the association between long-term PM$_{2.5}$ exposures and atherosclerosis.**

| Study | Study Population | Exposure Assessment | Concentration µg/m$^3$ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| †Breton et al. (2016) Retrospective cohort PM$_{2.5}$: 1980−2009 Outcome: 2007, 2009 | College students TROY N = 768 | Monthly average to estimate prenatal exposure using IDW spatial interpolation at residential history (interpolation range 50 km unless data available within 5 km) Leave one out cross-validation: R$^2$ 0.53 | Mean: 19.5 (SD: 6.1) | Carotid artery arterial stiffness and cIMT | Copollutant model: NR Copollutant correlations ($r$): 1st trimester: O$_3$ −0.01, NO$_2$ 0.71, PM$_{10}$ 0.89 (Note: generally consistent across trimesters) |
| †Breton et al. (2012) Retrospective cohort PM$_{2.5}$: 1980−2009 Outcome: 2007, 2009 | College students TROY N = 768 | Monthly average to estimate childhood exposure (0−5 yr, 6−12 yr) and lifetime average using IDW spatial interpolation at residential address (interpolation range 50 km unless data available within 5 km) | 0−5 yr: 18.2 (SD: 5.3) 6−12 yr: 15.7 (SD 5.0) Lifetime: 15.7 (SD: 5.0) | cIMT | Copollutant model: NR Copollutant correlations ($r$): age 0−5: NO$_2$ 0.77, O$_3$ 0.9, PM$_{10}$ 0.85 Age 6−12: NO$_2$ 0.8, O$_3$ −0.15, PM$_{10}$ 0.85 Lifetime: NO$_2$ 0.82, O$_3$ −0.04, PM$_{10}$ 0.87 |

ARYA = Atherosclerosis Risk in Young Adults; avg = average; BVAIT = B-Vitamin Atherosclerosis Intervention Trial; CAC = coronary artery calcification; cIMT = carotid intima media thickness; CTM = chemical transport model; EPAT = Estrogen in the Prevention of Atherosclerosis Trial; IDW = inverse-distance weighted; IQR = interquartile range; km = kilometer; LDSA = lung deposited surface area; LUR = land use regression; M-CHAT = Multicultural Community Health Assessment Trial; MESA = Multi-Ethnic Study of Atherosclerosis; µg/m$^3$ = micrograms per cubic meter; N = number of subjects; NO = nitric oxide; NO$_2$ = nitrogen dioxide; NR = not reported; O$_3$ = ozone; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; PM$_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm; $r$ = correlation; R$^2$ = coefficient of determination; RCTs = Randomized Controlled Trials; SAPALDIA = Swiss cohort study on Air Pollution and Lung and Heart Diseases; SD = standard deviation; TART = Troglitazone Atherosclerosis Regression Trial (; TROY = Testing Responses on Youth; VEAPS = Vitamin E Atherosclerosis Progression Study; WELLHART = Women's Estrogen-Progestin Lipid-Lowering Regression Trial; yr = year.

†Studies published since the 2009 PM ISA.

SECTION 6.2: Long-Term PM2.5 Exposure and Cardiovascular Effects

00197427

Several other studies examined the longitudinal changes in atherosclerosis indicated by the presence of lesions or cIMT, but studies of CAC were not available to compare with results reported in the MESA and Framingham Health Studies. Long-term exposure to $PM_{2.5}$ was associated with both mild and severe atherosclerosis, defined as ≥50 stenosis in 1−2 and >3 vessels, respectively, among coronary artery disease patients in Ohio (Hartiala et al., 2016). Künzli et al. (2010) examined the relationship between long-term exposure to $PM_{2.5}$ and the rate of atherosclerosis progression, reporting a small positive association of $PM_{2.5}$ with cIMT progression rate (1.27 μm/year [95% CI: −0.16, 2.69]). The association of $PM_{2.5}$ with cIMT was more than twofold larger, however, among those living within 100 m of a highway. By contrast, Gan et al. (2014) observed no association with change in cIMT in a smaller sample (N = 509) in Vancouver, Canada where the mean $PM_{2.5}$ concentration is relatively low (4 μg/m³).

Several cross-sectional analyses examined atherosclerotic lesions and cIMT and reported results that were not entirely consistent (Aguilera et al., 2016; Newman et al., 2015; Perez et al., 2015; Bauer et al., 2010). Studies of the effect of exposure during prenatal and childhood lifestages and atherosclerosis as young adults were also conducted. Among young adults in their 20s, neither Lenters et al. (2010) nor Breton et al. (2012) observed large (relative to the width of the confidence interval) increases in cIMT in association with $PM_{2.5}$ exposure, regardless of the childhood exposure window (0.69 μm [95% CI: −4.41, 5.79] and −1.51 [95% CI: −5.19, 2.17]). In an analysis focusing on prenatal exposure, Breton et al. (2016) reported an imprecise (i.e., wide CIs) small magnitude association with $PM_{2.5}$ (1.48% increase in cIMT [95% CI: −1.77, 4.74]).

In summary, several epidemiologic studies have continued to examine the relationship between long-term $PM_{2.5}$ exposure and atherosclerosis among adults since the completion of the 2009 PM ISA. These studies were conducted within North America and Europe, with some extending analyses of the same populations discussed in the 2009 PM ISA (i.e., MESA, HNR). A strength of the expanded body of literature is that it includes analyses of the longitudinal change in measures of atherosclerosis in relation to long-term exposure to $PM_{2.5}$ (Hartiala et al., 2016; Kaufman et al., 2016; Gan et al., 2014; Künzli et al., 2010). MESA analyses supported a $PM_{2.5}$ effect on CAC among middle to older aged adults, while the Dorans et al. (2016) analysis of Framingham Heart Study Offspring did not provide support for an association with CAC progression or longitudinal change in CAC. Associations of long-term exposure to $PM_{2.5}$ with cIMT were not consistently observed across cohorts or when variable methods (e.g., exposure assessment methods) were applied within the same cohort. Relationships between $PM_{2.5}$ and CIMT at younger ages were generally not supported in the limited number of studies. Consideration of copollutant confounding was limited across the evidence base.

### 6.2.4.2    Toxicological Studies of Atherosclerosis

Atherosclerosis and related pathways have been studied primarily in the apolipoprotein E (ApoE) knockout mouse (Piedrahita et al., 1992; Zhang et al., 1992), The ApoE molecule is involved in the

SECTION 6.2: Long-Term PM2.5 Exposure and Cardiovascular Effects

00197428

clearance of fats and cholesterol. When ApoE (or the LDL receptor) is deleted from the genome, mice develop severely elevated lipid and cholesterol profiles. As a result, the lipid uptake into the vasculature is increased and the atherosclerotic process is dramatically hastened. Furthermore, the LDLs in ApoE$^{-/-}$ mice are highly susceptible to oxidation (Hayek et al., 1994). These mice exhibit cholesterol levels exceeding 1,000 mg/dL [normal is ~150 mg/dL; Huber et al. (1999); Moore et al. (2005)]. However, it should be noted that this model is primarily one of peripheral vascular disease rather than coronary artery disease.

In the 2009 PM ISA, studies found increased atherosclerotic plaque area in aortas of ApoE$^{-/-}$ mice exposed to PM$_{2.5}$ CAPs for 4−6 months from an exurban site located in Tuxedo, NY or an urban site located in Manhattan, NY. Since the publication of the 2009 PM ISA, Lippmann et al. (2013a) have conducted additional plaque progression analyses in Irvine, CA; East Lansing, MI; and Seattle, WA, as well as in Tuxedo and Manhattan, NY. The authors reported that plaque progression in ApoE$^{-/-}$ mice varied by site. Specifically, increased ($p < 0.05$) plaque areas relative to control animals were identified in the brachiocephalic artery of mice exposed to PM$_{2.5}$ from Manhattan, NY (6 months after exposure), Tuxedo, NY (3 and 6 months after exposure), and ($p < 0.05$) in East Lansing, MI. Increased (6 months after exposure, $p < 0.05$) plaque progression relative to control animals was also identified in the left common carotid artery of mice exposed to PM$_{2.5}$ from Tuxedo, NY (6 months after exposure) and Irvine, CA (2 months after exposure). Animals exposed to PM$_{2.5}$ from Seattle, WA did not have increased plaque progression relative to controls in either the brachiocephalic or the carotid arteries. However, it is important to note that the mice were older in the studies performed in Seattle, WA and Irvine, CA. Therefore, the Seattle, WA and Irvine, CA mice were older at the onset of PM exposures than animals used in studies at the other sites, and this could have affected the results of these studies. Nonetheless, the results in other locations provide evidence for PM$_{2.5}$-mediated effects on atherosclerotic plaque progression in a genetically susceptible mouse model. More information on this study can be found in Table 6-38 below.

**Table 6-38    Study-specific details from toxicological studies of long-term PM$_{2.5}$ exposure and atherosclerosis.**

| Study | Study Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Lippmann et al. (2013a) NPACT Study 1 | ApoE$^{-/-}$ mice, M, n = 4−8 per treatment group | CAPs from Irvine, CA; Tuxedo, NY; Manhattan, NY; East Lansing, MI; or Seattle, WA (138, 136, 123, 68, or 60 µg/m$^3$, respectively) for 6 h/day, 5 days/week for 6 mo | Atherosclerotic plaque progression by ultrasound 2 mo, 4 mo, and 6 mo postexposure |

ApoE$^{-/-}$ = apolipoprotein E knockout; CAPs = concentrated ambient particles; h = hour; M = male; µg/m$^3$ = micrograms per cubic meter; mo = month; n = number; NPACT = National Particle Component Toxicity; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; post = after exposure.

00197429

### 6.2.5      Heart Failure and Impaired Heart Function

Heart failure refers to a set of conditions including congestive heart failure (CHF) in which the heart's pumping action is weakened. In CHF, the blood flow from the heart slows and fails to meet the oxygen demands of the body; returning blood can back up, causing swelling, or edema, in the lungs or other tissues (typically in the legs and ankles). Risk factors for heart failure include IHD, high blood pressure, atrial fibrillation, and diabetes. Right-sided heart failure, is typically a consequence of left-sided heart failure but can also result from damage to the pulmonary vasculature, which can result in increased right ventricular (RV) mass, reduced flow to the left ventricle, and reduced left ventricular (LV) mass. In chronic heart failure, the heart typically enlarges and develops more muscle mass. LV mass is known to predict the development of heart failure and can be assessed with magnetic resonance imaging [MRI; Drazner et al. (2004)]. Ejection fraction (EF), which is the percent of blood that is pumped from the ventricle during each contraction, is another measure of how well the heart pumps that can be assessed through echocardiography. Although depressed EF provides evidence of heart failure, EF may be normal in a large proportion of heart failure patients. There were no studies examining the association between long-term exposure to $PM_{2.5}$ and CHF reviewed in the 2009 PM ISA. Since then, the evidence has expanded substantially, with recent epidemiologic and toxicological studies providing support for an effect of long-term exposure to $PM_{2.5}$ on CHF and impaired cardiac function.

### 6.2.5.1      Epidemiologic Studies

There were no epidemiologic studies examining the association between long-term exposure to $PM_{2.5}$ and CHF reviewed in the 2009 PM ISA (U.S. EPA, 2009). A few recent studies have examined the effects of $PM_{2.5}$ on heart failure or related indices (Table 6-39) and generally report positive associations. The U.K. general practice cohort described in Section 6.2.2, which included nearly 13,000 cases of incident heart failure identified by ICD codes with physician review, reported a positive association with long-term exposure to $PM_{2.5}$ [HR: 1.17 (95% CI: 1.03, 1.32); Atkinson et al. (2013)]. A relatively small Israeli cohort was exposed to higher $PM_{2.5}$ concentrations than most areas of the U.S. (median [range]: 23.9 [17.0−26.6]). This study benefitted from physician review of medical records for case ascertainment and reported an HR for heart failure and recurrent heart failure after first MI with increasing $PM_{2.5}$ of 1.22 [95% CI: 0.89, 1.67; Koton et al. (2013)]. In addition to the studies in Table 6-39, a cross-sectional analysis of women reported a positive association between $PM_{2.5}$ and the prevalence of heart failure [OR: 1.14 (95% CI: 1.06, 1.23); To et al. (2015)].

No association of long-term exposure to $PM_{2.5}$ with left ventricular mass index LVMI or depressed EF was observed in a cross-sectional analysis of the MESA cohort after adjustment for study center (Van Hee et al., 2009). An increase in RV mass (0.11 g [95% CI: −0.05, 0.27]), however, was observed in the MESA cohort in association with long-term exposure to $PM_{2.5}$ after controlling for site and other covariates (Aaron et al., 2016). Associations with RV end-diastolic volume and RV mass

00197430

end-diastolic volume ratio were also observed in this study, but were attenuated after adjustment for site. A sensitivity analysis showed that the increase in RV mass persisted after adjustment for LV mass, indicating that the findings may be explained by pulmonary vascular damage. D'Souza et al. (2017) found that this increase in RV mass was slightly reduced but remained after adjustment for $PM_{10-2.5}$ and $NO_2$.

Ohlwein et al. (2016) conducted a cross-sectional analysis of the SALIA cohort to determine the association, using an adjusted means ratio (MR) of long-term $PM_{2.5}$ exposure with diastolic function. Two metrics, E/E′ ratio and left atrial volume index (LAVI), were determined. The E/E′ ratio is the ratio of peak early diastolic filling velocity to peak early diastolic mitral annulus velocity and a value less than eight indicates normal diastolic function. LAVI is an indicator of diastolic function severity and a known predictor for cardiovascular disease. The authors observed that LAVI was increased in association with long-term exposure to $PM_{2.5}$.

In summary, the small number of studies provide evidence supporting a possible relationship between heart failure and $PM_{2.5}$, with the epidemiologic studies of long-term exposure to $PM_{2.5}$ reporting positive associations. An association with RV mass was observed, but no association was seen with LVM or EF, among MESA participants. A cross-sectional association between $PM_{2.5}$ and increased LAVI was observed in the SALIA cohort.

00197431

**Table 6-39    Characteristics of epidemiologic studies examining the association between long-term PM$_{2.5}$ exposures and heart failure.**

| Study | Study Population | Exposure Assessment | Concentration µg/m$^3$ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| †Atkinson et al. (2013)<br>U.K.<br>Prospective cohort<br>PM$_{2.5}$: 2002<br>Follow-up:2003−2007 | General practice database<br>N = 205 practices<br>N = 836,557 patients (40−89 yr) | Annual average (2002) dispersion model (1 × 1-km grid) at residential postal code<br>PM$_{2.5}$ model validation: $R^2$ = 0.5 (correlation with national air quality network) | Mean: 12.9 (SD: 1.4)<br>Range: 7.2−20.2<br>IQR: 1.9 | Heart failure (ICD10 I50) | Copollutant model: NR<br>Copollutant correlations (r):<br>PM$_{10}$ 0.99, SO$_2$ 0.53; NO$_2$ 0.87; O$_3$ -0.43 |
| †Koton et al. (2013)<br>Eight medical centers, Israel<br>PM$_{2.5}$: 2003−2005<br>Follow-up: 1992, 1993−2005 | Post-MI patients (≥65 yr) admitted to medical centers<br>Average follow-up 13.2 yr<br>N = 258 | Multiyear average estimated using kriging interpolation (12 monitors); exposure assigned based on geocoded residential address<br>Imputed values with kriging uncertainty lower than 7 µg/m$^3$ (cross-validation error 1.6−6% overall) | Median: 23.9 (Range: 17.0−26.6) | Heart failure re-admission | Copollutant model: NR<br>Copollutant correlations (r): NR |
| †Van Hee et al. (2009)<br>Six communities, U.S.<br>Cross sectional<br>PM$_{2.5}$: 2000<br>Baseline exam: 2000−2002 | MESA<br>N = 6,814 | Annual average kriging interpolation at residential address | Range of annual mean ~12−22 | LVMI (cardiac MRI) | Copollutant model: NR<br>Copollutant correlations (r): NR |

00197432

**Table 6-39 (Continued): Characteristics of the studies examining the association between long-term PM$_{2.5}$ exposures and heart failure.**

| Study | Study Population | Exposure Assessment | Concentration µg/m$^3$ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| †Aaron et al. (2016)<br>PM$_{2.5}$: 1999−2001<br>MRI: 2000−2002 | MESA<br>N = 4,204<br>45−84 yr | Spatiotemporal model to estimate annual average concentration at residence. Secondary model to estimate individually weighted PM$_{2.5}$ concentration using infiltration fraction | Mean: 16.4<br>SD: 3.4 (ambient)<br>Mean: 11<br>SD: 3.7 | RV mass, volume, EF | Copollutant model with PM$_{10-2.5}$, NO$_2$ (D'Souza et al., 2017)<br>Copollutant correlations (r): NR |
| †Ohlwein et al. (2016)<br>Cross sectional<br>PM$_{2.5}$: 2008−2009<br>Baseline: 2007, 2010 | SALIA<br>N = 402<br>Women, 69−79 yr | LUR at residence<br>Model fit R$^2$ = 0.88, cross-validation R$^2$ = 0.79 | Median: 17.4<br>IQR: 16.9−18.8 | E/E' ratio<br>LAVI<br>(tissue doppler) | Copollutant model: NR<br>Copollutant correlations (r): 0.85 for NO$_X$, 0.86 for NO$_2$ |

CHF = congestive heart failure; E/E' = ratio of peak early diastolic filling velocity to peak early diastolic mitral annulus velocity; IQR = interquartile range; km = kilometer; LAVI = left atrial volume index; LUR = land use regression; LVMI = Left ventricular mass index; MESA = Multi-Ethnic Study of Atherosclerosis; µg/m$^3$ = micrograms per cubic meter; MRI = magnetic resonance imaging; N = number of subjects ; NO$_2$ = nitrogen dioxide; NO$_X$ = oxides of nitrogen; NR = not reported; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; r=correlation; RVM = right ventricular mass; RVV = right ventricular volume; SALIA = Study on the Influence of Air Pollution on the Lung; SD = standard deviation; yr = year.
†Studies published since the 2009 PM ISA.

00197433

---

### 6.2.5.2    Toxicological Studies of Impaired Heart Function

There were no animal studies in the 2009 PM ISA examining heart failure in response to long-term PM$_{2.5}$ exposure. Since the publication of the 2009 PM ISA, Aztatzi-Aguilar et al. (2015) reported increased ($p < 0.05$) coronary artery wall thickness and a statistically significant ($p < 0.05$) increase in two genes typically associated with responding to cardiac damage: *Acta 1* and *Col3a1*. Similarly, Ying et al. (2015) reported that long-term exposure to PM$_{2.5}$ increased ($p < 0.05$) heart weight, and ($p < 0.05$) contractility of aortic rings in response to phenylephrine, while decreasing ($p < 0.05$) stroke volume, and ($p < 0.05$) cardiac output in SH rats. Importantly, these effects were reversible after stopping PM$_{2.5}$ exposure and allowing 5 weeks of recovery time. These authors also found an increase in the cardiac hypertrophic markers *Acta1* and *Myh7* ($p < 0.05$), but not in *Serca2*. In an additional study, Wold et al. (2012) reported that relative to controls, mice exposed long-term to PM$_{2.5}$ had a statistically significant increase in heart weight ($p < 0.05$), displayed cardiac remodeling as evidenced by increased diastolic dimensions, and had a statistically significant decrease ($p < 0.05$) in contractility in response to dobutamine but preserved coronary flow. Cardiac remodeling results were consistent with additional experiments indicating a statistically significant decrease in ($p < 0.05$) Serca-2 protein levels, increased ($p < 0.05$) myosin heavy chain β protein levels, and increased ($p < 0.05$) collagen expression in whole heart homogenates (Wold et al., 2012). However, in contrast to these studies, Lippmann et al. (2013a) did not find changes in cardiac function measurement following long-term exposure of ApoE$^{-/-}$ mice to PM$_{2.5}$ from Manhattan or Tuxedo, NY. Nonetheless, there is evidence across multiple animal toxicological studies demonstrating that long-term exposure to PM$_{2.5}$ may lead to impaired heart function.

Recent studies also highlight that exposure to PM$_{2.5}$ during gestation may result in cardiac dysfunction later in life. Gorr et al. (2014) exposed female mice to PM$_{2.5}$ during pregnancy and while nursing and then assessed cardiac function in offspring. The authors reported that at adulthood, offspring had reduced left ventricular fractioning with greater ventricular systolic diameter ($p < 0.05$), reduced ejection fraction ($p = 0.0005$), and other indicators of cardiac dysfunction when compared with FA control mice. In a follow-up study using a similar exposure scenario, Tanwar et al. (2017) confirmed earlier findings of ventricular dysfunction and reported collagen deposition, as well as prolonged increased ($p > 0.05$) action potentials in isolated cardiomyocytes. They also measured decreased levels of calcium homeostasis proteins (Serca-2A, NCX, *p*-PLN). Furthermore, looking at similar outcomes as Gorr et al. (2014) demonstrated that prenatal exposure alone was sufficient to produce heart failure in adulthood. More information on studies published since the 2009 PM ISA can be found in Table 6-40 below.

00197434

**Table 6-40    Study-specific details from toxicological studies of long-term PM$_{2.5}$ exposure and impaired heart function.**

| Study | Study Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Aztatzi-Aguilar et al. (2015) | Adult Sprague-Dawley rats, M, n = 4 per treatment group | Inhalation of 178 µg/m$^3$ PM$_{2.5}$ from a high-traffic and industrial area north of Mexico City in early summer for 5 h/day for 8 weeks (4 days/week) | Coronary artery wall thickness measured in myocardial slices collected 24 h postexposure<br>Gene expression consistent with cardiac damage in heart tissue collected 24 h postexposure |
| Gorr et al. (2014) | Pregnant (in utero) and neonatal FVB mice offspring | Inhalation of 51.69 µg/m$^3$ PM$_{2.5}$ CAPS from Columbus, OH, exposures of dams for 6 h/day, 7 days/week, from the day after vaginal plug discovery until weaning of pups. After weaning, mice were exposed to room air until 3 mo old | Birth weight, body and heart weights, end-systolic and end-diastolic ventricular dimensions, fractional shortening, and posterior wall thickness. Contraction length and calcium reuptake during relaxation, cardiac collagen content. |
| Tanwar et al. (2017) | FVB mice, pregnant (in utero) and offspring | In utero inhalation of 73.61 µg/m$^3$ PM$_{2.5}$ CAPs for 6 h/day, 7 days/week throughout pregnancy | Pressure-volume loop, fractional shortening, left ventricular end-systolic and -diastolic diameter, left ventricular posterior wall thickness, end-systolic elastance, contractile reserve, contractility, collagen deposition, inflammatory response, epigenetic markers 12 week after birth |
| Wold et al. (2012) | 8-week old C57BL/6 mice, M | Inhalation of 85 µg/m$^3$ (16.9−266.4 µg/m$^3$) PM$_{2.5}$, for 6 h/day, 5 days/week, for 9 mo from Columbus, OH | Heart weight, contractility, cardiac remodeling, hypertrophic markers, cardiac fibrosis postexposure |
| Ying et al. (2015) | 4-week old SH rats, M, n = 6/treatment group | Inhalation of 128.3 ± 60.4 µg/m$^3$ PM$_{2.5}$ CAPs<br>Exposed 6 h/day, 5 days/week for 15 week from Columbus, OH | Heart weight, contractility of aortic rings, stroke volume and cardiac output post 15-week exposure; other exposed rats were not sacrificed so that stroke volume and cardiac output analysis could be repeated after removal of PM$_{2.5}$ exposure.<br>Hypertrophic markers 15 weeks postexposure |
| Lippmann et al. (2013a)<br>NPACT Study 1 | ApoE$^{-/-}$ mice, M, n = 4−8 per treatment group | CAPs from Tuxedo, NY, Manhattan, NY (136, 123 µg/m$^3$, respectively) for 6 h/day, 5 days/week for 6 mo | Ejection fraction, fractional shortening, cardiac wall thickness |

ApoE$^{-/-}$ = apolipoprotein E knockout; CAPs = concentrated ambient particles; h = hour; M = male; µg/m$^3$ = micrograms per cubic meter; mo = month; n = number; NPACT = National Particle Component Toxicity; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; SH = spontaneously hypertensive.

00197435

### 6.2.6    Ventricular Depolarization, Repolarization, and Arrhythmia

Electrical activity in the heart is typically measured using surface electrocardiography (ECG). ECGs measure electrical activity in the heart due to depolarization and repolarization of the atria and ventricles (see Section 6.1.4). Atrial fibrillation (AF) is the most common type of arrhythmia. Despite being common, clinical and subclinical forms of AF are associated with reduced functional status and quality of life, as well as downstream consequences such as ischemic stroke (Prystowsky et al., 1996; Laupacis et al., 1994) and CHF (Roy et al., 2009), contributing to both cardiovascular disease (CVD) and all-cause mortality (Kannel et al., 1983). Ventricular fibrillation in contrast, is a well-known cause of sudden cardiac death and commonly associated with myocardial infarction, heart failure, cardiomyopathy, and other forms of structural (e.g., valvular) heart disease. Pathophysiologic mechanisms underlying arrhythmia include electrolyte abnormalities, modulation of the ANS, membrane channels, gap junctions, oxidant stress, myocardial stretch, and ischemia. Ventricular conduction and repolarization abnormalities such as QRS and QT interval prolongation, their subclinical correlates including left ventricular hypertrophy, and clinical antecedents including hypertension are also associated with cardiac arrest (Rautaharju et al., 1994).

In a study reviewed in the 2009 PM ISA, Liao et al. (2009) reported that, among women enrolled in the WHI clinical trials, neither 30- nor 365-day PM₂.₅ concentrations were associated with supraventricular or ventricular ectopy, which are the most frequent forms of arrhythmia in the general population. The association between long-term exposure to PM₂.₅ and ventricular repolarization abnormalities was not studied at the time the 2009 PM ISA was published. There are no experimental animal studies and such studies continue to be lacking.

### 6.2.6.1    Epidemiologic Studies

Several recent studies have examined the association between long-term exposure to PM₂.₅ and arrhythmogenic effects in additional populations (Table 6-41). Atkinson et al. (2013) found that ICD-coded arrhythmias and cardiac arrest were not associated with annual mean PM₂.₅ concentrations. In the REGARDS cohort, O'Neal et al. (2016) examined the cross-sectional association with premature atrial contractions (PACs) and long-term PM₂.₅ exposure reporting (OR: 1.19 [95% CI: 1.05, 1.34]). Van Hee et al. (2011) examined associations between ventricular conduction, repolarization, and spatiotemporally modeled annual mean PM₂.₅ concentrations of 4,783 MESA participants in six U.S. centers. Consistent with O'Neal et al. (2016), Van Hee et al. (2011) found ORs and strong, positive associations between prolonged QRS, prolonged QT, and long-term PM₂.₅ concentrations. The study also found increasing ORs, when controlling for study center, that were robust to additional control for subclinical atherosclerosis. These findings supported the importance of the study's within-city PM₂.₅ gradients and the potential for an atherosclerosis-independent mechanism of ECG effects (Van Hee et al., 2011).

00197436

**Table 6-41    Characteristics of epidemiologic studies examining the association between long-term PM$_{2.5}$ exposures and arrhythmia and ventricular conduction.**

| Study | Study Population | Exposure Assessment | Concentration (µg/m³) | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| †Atkinson et al. (2013) U.K. Prospective cohort PM$_{2.5}$: 2002 Follow-up: 2003−2007 | General practice database N = 205 practices N = 836,557 patients (40−89 yr) | Annual average (2002) estimated using dispersion model (1 × 1-km grid) linked to residential postal code PM$_{2.5}$ model validation: R² = 0.5 (correlation with national air quality network) | Mean 12.9 (SD 1.4) Range 7.2−20.2 IQR: 1.9 | Arrhythmia and cardiac arrest | Copollutant model: NR Copollutant correlations (r): PM$_{10}$ r = 0.99, SO$_2$ r = 0.53; NO$_2$ r = 0.87; O$_3$ r = −0.43 |
| Liao et al. (2009) 24 states, U.S. | WHI N = 57,422 | 30-day and annual average estimated using log-normal kriging interpolation at geocoded residential address | NR | VE and SVE detected on ECG | Copollutant model: NR Copollutant correlations (r): NR |
| †O'Neal et al. (2016) Southern states, U.S. Cross sectional 2003−2007 | REGARDS N = 26,609 | 1-yr avg, MODIS plus ground measurements, 10 × 10-km grid | Mean 13.5 (SD = 1.9) | Premature atrial contraction | Copollutant model: NR Copollutant correlations (r): NR |
| Van Hee et al. (2009) Six Communities, U.S. Cross sectional PM$_{2.5}$: 2000 Baseline exam: 2000−2002 | MESA N = 6,814 | Annual average PM$_{2.5}$ predictions using hierarchical spatiotemporal model [see Szpiro et al. (2010)] RMSE: 0.34−0.94 µg/m³ | Range in annual average (1 yr prior to outcome) ~12−22 | QT prolongation Intraventricular conduction decay (12 lead ECG) | Copollutant model: NR Copollutant correlations (r): NR |

avg = average; ECG = electrocardiograph; ICD = International Classification of Disease; IQR = interquartile range; km = kilometer; MESA = Multi-Ethnic Study of Atherosclerosis; µg/m³ = micrograms per cubic meter; N, n = number of subjects; NO$_2$ = nitrogen dioxide; NR = not reported; O$_3$ = ozone; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; PM$_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm; QT = time interval between from beginning of the Q-wave to end of the T-wave; r = correlation; R² = coefficient of determination; REGARDS = Reasons for Geographic and Racial Differences in Stroke; RMSE = root-mean-squared error; SD = standard deviation; SO$_2$ = sulfur dioxide; SVE = supraventricular ectopy; VE= ventricular entropy; WHI = Women's Health Initiative; yr = year.

†Studies published since the 2009 PM ISA.

SECTION 6.2: Long-Term PM2.5 Exposure and Cardiovascular Effects

00197437

### 6.2.7    Blood Pressure and Hypertension

High blood pressure is typically defined as a systolic blood pressure above 140 mm Hg or a diastolic blood pressure above 90 mm Hg. Hypertension, the clinically relevant consequence of chronically high blood pressure, typically develops over years. Small population-level changes in blood pressure, even in the absence of clinical hypertension, can have large effects on clinical outcome prevalence (Rose, 1985). Pulse pressure (PP) or the difference between SBP and DBP, as well as mean arterial pressure (MAP), which is a function of cardiac output, systemic vascular resistance, and central venous pressure, are additional outcome metrics used in studies of air pollution on blood pressure. Because high blood pressure increases the force on the artery walls, it can damage the blood vessels and increase risk for cardiovascular disease and stroke. Ventricular remodeling that occurs with hypertension leads to the repolarization abnormalities (see Section 6.2.6) that often accompany hypertension and chronic conditions such as diabetes and renal disease. Further, hypertension is one of the array of conditions, including high blood sugar, excess body fat around waste, and abnormal triglycerides, that constitutes metabolic syndrome (see Chapter 7), which is a risk factor for heart disease, stroke, and diabetes.

The 2009 PM ISA reviewed a limited number of studies examining the relationship between long-term PM exposure and blood pressure. These studies generally reported small associations. The body of literature has grown substantially, and currently includes longitudinal analyses generally showing small magnitude increases in SBP, PP, and MAP in association with long-term exposure to $PM_{2.5}$. Recent studies of children did not support an association between long-term $PM_{2.5}$ exposure and blood pressure.

#### 6.2.7.1    Epidemiologic Studies

##### 6.2.7.1.1    Blood Pressure

Several analyses of data from established cohorts, that generally report associations between increasing long-term $PM_{2.5}$ concentration and increasing blood pressure, are available for review (Table 6-42). Hicken et al. (2013) completed blood pressure measurements among 5,570 MESA participants with $PM_{2.5}$ exposure assigned using 30-day avg from all monitors within their MESA site. Chan et al. (2015) examined 43,629 participants from across the U.S. enrolled in the Sister Study. Both studies showed elevated SBP, PP, and MAP with $PM_{2.5}$ exposures but no effect on DBP. A sensitivity analysis in the MESA study using 60-day avg $PM_{2.5}$ exposure yielded similar results. Effect sizes reported in these studies were typically small [e.g., SBP: 1.4 (0.4, 1.7) mm Hg (Chan et al., 2015); SBP: 0.95 (0.5, 1.4) mm Hg (Hicken et al., 2013)]. No evidence of modification by race was observed, while associations with blood pressure were higher in the higher income group in MESA (Hicken et al., 2013). Wellenius et al.

SECTION 6.2: Long-Term PM2.5 Exposure and Cardiovascular Effects

00197438

(2012b) examined blood pressure changes during an orthostatic challenge of older adult participants in the MOBILIZE study (changes between supine blood pressure and 1- and 3-minute standing blood pressure). Although effects of $PM_{2.5}$ were observed on static supine and standing diastolic blood pressures, no evidence was found to indicate that $PM_{2.5}$ exposure over the previous 28 days influenced the change in blood pressure that occurred between supine and standing states. By contrast, the pooled analysis of 12 European cohorts from ESCAPE, reported null effects of $PM_{2.5}$ for both systolic and diastolic blood pressure (Fuks et al., 2014). Study-specific estimates were variable in magnitude and direction (Fuks et al., 2014). Meta-analyzed associations reported in the ESCAPE study were strengthened after adjustment for $NO_2$.

### Children

Studies (Table 6-43) examining long-term $PM_{2.5}$ exposure and blood pressure among children (Bilenko et al., 2015a; Bilenko et al., 2015b; Liu et al., 2014a) were completed in the U.S. and Europe. A study of newborns in Massachusetts reported that SBP measured 30 hours (on average) after birth was associated with higher $PM_{2.5}$ averaged over the 30-, but not 60- or 90-day periods before birth (van Rossem et al., 2015). Trimester-specific associations between $PM_{2.5}$ and increased SBP were positive in this study but confidence intervals were wide ($\beta$: 0.66 [95% CI: $-1.31$, 2.62]). The three studies of annual $PM_{2.5}$ exposure conducted in European countries among 10- and 12-year-olds (Bilenko et al., 2015a; Bilenko et al., 2015b; Liu et al., 2014a) did not provide evidence supporting an association between long-term $PM_{2.5}$ exposure and increased blood pressure in children. Both small increases and small decreases were observed in these studies.

00197439

**Table 6-42    Characteristics of epidemiologic studies examining the association between long-term PM$_{2.5}$ exposures and blood pressure in adults.**

| Study | Study Population | Exposure Assessment | Concentration µg/m$^3$ | Outcome(s) | Copollutants Examined |
|---|---|---|---|---|---|
| †Hicken et al. (2013) Cross sectional PM$_{2.5}$: 2002 Outcome: 2000−2002 | MESA N = 6,814 45−85 yr | 1 mo avg prior to exam estimated from daily monitor average | NR | Mean difference in SBP, DBP, PP, and MAP | Copollutant models: NR Copollutant correlations (r): NR |
| †Chan et al. (2015) Cross sectional PM$_{2.5}$: 2006 Outcome: 2003, 2009 | Sister Study N = 43,629 35−76 yr | Annual average at residential address estimated kriging interpolation incorporating satellite observations of AOD, see Sampson et al. (2013) C-V R$^2$ = 0.88 | Nationwide IQR: 8.8−12.4 (regional distribution) | SBP, DBP, PP, MAP | Copollutant models: NR Copollutant correlations (r): NR |
| †Wellenius et al. (2012b) PM$_{2.5}$: 2005−2008 Outcome: 2005−2008 | MOBILIZE Boston N = 747 ≥70 yr | 28-d avg of daily measurements within 10 km of clinic and 20 km of participants' residence | Mean: 8.6 IQR: 4.9 | Change in SBP, DBP, supine SBP, supine DBP | Copollutant models: NR Copollutant correlations (r): NR |

SECTION 6.2: Long-Term PM2.5 Exposure and Cardiovascular Effects

00197440

**Table 6-42 (Continued): Characteristics of epidemiologic studies examining the association between long-term PM$_{2.5}$ exposures and blood pressure in adults.**

| Study | Study Population | Exposure Assessment | Concentration µg/m$^3$ | Outcome(s) | Copollutants Examined |
|---|---|---|---|---|---|
| †Fuks et al. (2014) <br> 12 cohorts, 9 countries, Europe <br> Outcome: 1990−2000 <br> PM$_{2.5}$: NR <br> Fuks et al. (2011) | ESCAPE <br> N = 164,484 | Annual average estimated using LUR residential address <br> See Eeftens et al. (2012) <br> Mean model fit R$^2$ = 0.71 | Mean: 12 (range of means: 6.6−18.4) | Blood pressure <br> Hypertension <br> Intake of BP lowering medication | Copollutant correlations (r): <br> PM$_{2.5}$ absorbance 0.47−0.99 <br> PM$_{10-2.5}$ 0.02−0.77 <br> NO$_2$ 0.19−0.88 <br> (range depends on study area) <br> Copollutant models adjusted for NO$_2$, traffic noise |

AOD = aerosol optical depth; avg = average; BP = blood pressure; C-V = cross validated; DBP = diastolic blood pressure; ESCAPE = European Study of Cohorts for Air Pollution Exposure Effects; km = kilometer; LUR = land use regression; MAP = mean arterial pressure; MESA = Multi-Ethnic Study of Atherosclerosis; µg/m$^3$ = micrograms per cubic meter; MOBILIZE = Maintenance of Balance, Independent Living, Intellect, and Zest in the Elderly of Boston; mo = month; N, n = number of subjects; NO$_2$ = nitrogen dioxide; NR = not reported; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; PP = pulse pressure; r = correlation; R$^2$ = coefficient of determination; SBP = systolic blood pressure; yr = year.

†Studies published since the 2009 PM ISA.

00197441

**Table 6-43    Characteristics of epidemiologic studies examining the association between long-term PM2.5 exposures and blood pressure in children.**

| Study | Study Population | Exposure Assessment | Concentration μg/m³ | Outcome(s) | Copollutants Examined |
|---|---|---|---|---|---|
| †van Rossem et al. (2015) 1999−2002 1st prenatal visit PM2.5 2000−2008 | Project Viva N = 1,131 mother-infant pairs | Spatiotemporal models including satellite observations of AOD, 10 × 10-km grid linked to residence, out of sample $R^2$ 0.87 Temporal model using a fixed-site monitor, reside within 40 km | 90-day median: 11.8; IQR: 2.3 (spatiotemporal) 90-day median: 10.9; IQR: 2 (temporal) | Newborn blood pressure | Copollutant model: NR Copollutant correlations ($r$): 0.5 BC 0.41 $NO_2$ 0.20 $NO_X$ 0.20 O3 0.29 CO |
| †Liu et al. (2014a) Munich, Leipzig, Wesel, Germany PM2.5: 2008−2009 | GINIplus LISAplus N = 2,368 10 yr old | Annual average estimated at residence using LUR See Eeftens et al. (2012) | Mean 14.88 IQR: 4.07 | SBP DBP | Copollutant model: NR Copollutant correlations ($r$): NR |
| †Bilenko et al. (2015a) PM2.5: February 2009−February 2010 Outcome: concurrent (12 yr after recruitment 1996, 1997) | PIAMA N = 1,147 Children 12 yr | Annual average estimated at residence (birth and concurrently with exam) using LUR | Mean 16.3 IQR: 1.2 | SPB DBP | Copollutant model: NR Copollutant correlations ($r$): NR |

SECTION 6.2: Long-Term PM2.5 Exposure and Cardiovascular Effects

00197442

**Table 6-43 (Continued): Characteristics of epidemiologic studies examining the association between long-term PM$_{2.5}$ exposures and blood pressure in children.**

| Study | Study Population | Exposure Assessment | Concentration µg/m$^3$ | Outcome(s) | Copollutants Examined |
|---|---|---|---|---|---|
| †Bilenko et al. (2015b)<br>Cross-sectional<br>PM$_{2.5}$: February 2009−February 2010<br>Outcome: concurrent (12 yr after recruitment 1996, 1997) | PIAMA<br>N = 1,432<br>12 yr old | Annual average estimated at residence (birth and concurrently with exam) using LUR<br>See de Hoogh et al. (2013) | Median: 16.5<br>IQR: 1.2 | SPB<br>DBP | Copollutant model: NR<br>Copollutant correlations (r):<br>0.67 noise, 0.82 PM$_{2.5}$ abs |

abs = absolute; AOD = aerosol optical depth; BC = black carbon; CO = carbon monoxide; DBP = diastolic blood pressure; GINIplus = German Infant Nutritional Intervention plus environmental and genetic influences on allergy development; IQR = interquartile range; km = kilometer; LISAplus = Lifestyle-Related Factors on the Immune System and Development of Allergies in Childhood Study; LUR = land use regression; µg/m$^3$ = micrograms per cubic meter; MOBILIZE = Maintenance of Balance, Independent Living, Intellect, and Zest in the Elderly of Boston; N, n = number of subjects; NO$_2$ = nitrogen dioxide; NO$_x$ = oxides of nitrogen; NR = not reported; O$_3$ = ozone; PIAMA = Prevention and Incidence of Asthma and Mite Allergy; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; r = correlation; SBP = systolic blood pressure; yr = year.
†Studies published since the 2009 PM ISA.

00197443

### 6.2.7.1.2    Hypertension

Prospective studies of the association between long-term exposure to $PM_{2.5}$ and hypertension are described in Table 6-44. Zhang et al. (2016) conducted a prospective analysis of long-term exposure to $PM_{2.5}$ and self-reported hypertension among women enrolled in the NHS. A positive association of incident hypertension with annual average $PM_{2.5}$ exposure was reported (HR: 1.02 [95% CI: 1.00, 1.03]). By contrast, Coogan et al. (2016) reported no association between long-term $PM_{2.5}$ exposure and hypertension in the Black Women's Health Study (BWHS; HR: 0.98 [95% CI: 0.88, 1.11]). This finding, which was based on a refined spatiotemporal exposure model and included additional years of follow-up, supersedes the earlier report indicating a large but imprecise association with hypertension in this cohort [HR: 1.22 (95% CI: 0.97, 1.52); Coogan et al. (2012)]. The largest study of incident hypertension, conducted within a population-based sample of Ontario, Canada residents, reported a fully adjusted HR of 1.07 [95% CI: 1.03, 1.11; Chen et al. (2014a)]. This study used the Ontario hypertension database to classify hypertension, including those with at least one hospital admission with a diagnosis of hypertension or two physician claims for hypertension within a 2-year period. Larger magnitude associations were reported among participants with diabetes (HR: 1.23 [95% CI: 1.04, 1.46] vs. 1.05 [95% CI: 1.01, 1.10] among those without diabetes). There was no statistical evidence of modification by other factors (i.e., age, sex, BMI, education, smoking, and COPD). Results of Chen et al. (2014a) that pertain to the shape of the C-R function are discussed in Section 6.2.16.

Several additional studies have examined the cross-sectional association between long-term $PM_{2.5}$ exposure and hypertension (To et al., 2015; Babisch et al., 2014; Fuks et al., 2014; Johnson and Parker, 2009). These cross-sectional studies generally provide support for an association between long-term exposure to $PM_{2.5}$ and the prevalence of hypertension.

00197444

**Table 6-44    Characteristics of epidemiologic studies examining the association between long-term PM$_{2.5}$ exposures and hypertension.**

| Study | Study Population | Exposure Assessment | Concentration µg/m$^3$ | Outcome(s) | Copollutants Examined |
|---|---|---|---|---|---|
| †Zhang et al. (2016) Prospective cohort PM$_{2.5}$: 1998−2007 Outcome: 1988−2008 | NHS N = 74,880 | Time varying annual average estimated to compute 24-mo and cumulative average using spatiotemporal models (1 × 1-km grid) C-V R$^2$ = 0.77 See Yanosky et al. (2014) | Mean: 15.61 | Hypertension SBP/DBP>140/90 mm Hg | Correlations (r): PM$_{10−2.5}$ 0.37 Copollutant model adjusted for PM$_{10−2.5}$ |
| †Coogan et al. (2016) Prospective cohort PM$_{2.5}$: 1995−2009 Follow-up: 1995−2011 | BWHS N = 9,579 black women free of hypertension at baseline (21−69 yr) | LUR and BME in spatiotemporal model, exposure assigned at residence | Mean: 13.9 IQR: 2.9 | Self-report of doctor diagnosed Hypertension and concurrent use of antihypertensive medication | Copollutant model: NR Copollutant Correlations (r): NR |
| †Chen et al. (2014a) Ontario, Canada Prospective cohort PM$_{2.5}$: 2001−2006 Outcome: 1996, 2005−December 2010 | Ontario Hypertension Database N = 79,942 ≥35 yr (baseline) | Annual average at postal code estimated using satellite observations of AOD | Mean: 10.7 (range: 2.9−19.2) | Hypertension registry (ICD diagnostic codes 401-405, ICD10 I10-I13/15) | Copollutant model: NR Copollutant Correlations (r): NR |

AOD = aerosol optical depth; BME = Bayesian maximum entropy; BWHS = Black Women's Health Study; C-V = cross validation; DBP = diastolic blood pressure; ICD = International Classification of Disease; IDW = inverse-distance weighted; IQR = interquartile range; km = kilometer; LUR = land use regression; µg/m$^3$ = micrograms per cubic meter; mo = month; N = number; NHS = Nurses' Health Study; NR = not reported; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; r = correlation; R$^2$ = coefficient of determination; SBP = systolic blood pressure; yr = year.

†Studies published since the 2009 PM ISA.

SECTION 6.2: Long-Term PM2.5 Exposure and Cardiovascular Effects

00197445

In summary, this expanded body of literature provides evidence of association between long-term $PM_{2.5}$ exposure, blood pressure, and hypertension, even though the consistency of the associations varied with the specific outcome and averaging times examined. Limited evidence from studies of adult blood pressure indicated increases in systolic and diastolic blood pressure (SBP, DBP), as well as pulse pressure (PP) and mean arterial pressure (MAP), in association with 28- to 60-day avg exposures. Studies of children did not consistently report associations between long-term exposures of months to years and increased blood pressure.

### 6.2.7.1.3        Gestational Hypertension and Pre-eclampsia

Epidemiologic studies examining increases in $PM_{2.5}$ concentrations and hypertensive disorders of pregnancy, including pre-eclampsia, are discussed in detail in Section 9.2.1. Overall, these do not show consistent results. The methods by which exposure was assigned in these studies may contribute to the heterogeneity in associations observed across these studies. For example, the association between a composite outcome of gestational hypertensive disorders and $PM_{2.5}$ changed based on how concentrations were determined in a study conducted in California (Wu et al., 2011; Wu et al., 2009). However, two meta-analyses have estimated positive odds ratios (ORs 1.15-1.47) for $PM_{2.5}$ and pre-eclampsia; however, both had large heterogeneity scores, and therefore, a combined effect may be inappropriate (Hu et al., 2014; Pedersen et al., 2014).

### 6.2.7.1.4        Renal Function

Observed effects of long-term $PM_{2.5}$ exposure on renal function may be secondary to hypertension because chronic increases in vascular pressure can contribute to glomerular and renal vasculature injury, which can lead to progressive renal dysfunction. The relationship between BP and renal function is complicated, however, because hypertension contributes to renal dysfunction but damage to the kidneys can also cause increased BP. The 2009 PM ISA did not review studies of the association between long-term exposure to $PM_{2.5}$ and renal function. The literature remains limited but an epidemiologic study of older adult males in the NAS (Mehta et al., 2016) reported an association between annual average $PM_{2.5}$ exposure and lower estimated glomerular filtration rate (eGFR; $-4.45$ mL/min/1.73 m$^2$ [95% CI: $-7.12$, $-1.81$]). A longitudinal decrease was also observed as a per year reduction in eGFR in this study.

### 6.2.7.2        Toxicological Studies of Changes in Blood Pressure (BP)

In the current ISA, studies using rats have demonstrated increased ($p < 0.05$) blood pressure in response to long-term $PM_{2.5}$ exposure. Aztatzi-Aguilar et al. (2016) exposed adult male Sprague-Dawley

00197446

rats to Mexico City fine CAPs and measured BP on the 4th day of each weekly exposure for 8 weeks. The mean arterial pressure (MAP) was calculated and found to be increased ($p < 0.05$) at Weeks 1, 5, and 8. In an additional study, Ying et al. (2015) identified that long-term CAPs exposure increased ($p < 0.05$) BP in SH rats compared with filtered air controls. This increase in BP persisted throughout the 15-week exposure but returned to baseline 2 weeks after $PM_{2.5}$ was withdrawn. Furthermore, Wold et al. (2012) found that, relative to controls, mice exposed long-term to $PM_{2.5}$ had a statistically significant increase in SBP, DBP, and MAP, while pulse pressure decreased relative to controls ($p > 0.05$). In summary, these studies individually and collectively support the supposition that long-term $PM_{2.5}$ exposure can increase BP. More information on studies published since the 2009 PM ISA can be found in Table 6-45 below.

### 6.2.7.2.1        Renin-Angiotensin System

As noted above (see Section 6.1.6.4.1), the renin-angiotensin system can have direct effects on changes in blood pressure. Since the publication of the 2009 PM ISA, additional studies have evaluated the effects of PM on this system. Long-term $PM_{2.5}$ exposure resulted in a statistically significant increase ($p < 0.05$) in *At1r* and *B1r* mRNA levels in rat heart tissue, whereas *At2r*, and *Ace* were not appreciably changed (Aztatzi-Aguilar et al., 2015). In a follow-up study, Aztatzi-Aguilar et al. (2016) found that in rat kidney tissue, although mRNA levels of *Ace* and *At1r* statistically significantly decreased at 8 weeks postexposure ($p > 0.05$), protein levels statistically significantly increased ($p < 0.05$) relative to controls. In addition, the authors also reported that *B1r* mRNA and protein was statistically significantly ($p < 0.05$) higher following long-term $PM_{2.5}$ exposure. Thus, there is evidence that long-term $PM_{2.5}$ exposure can result in the types of changes in the renin-angiotensin system that could lead to changes in blood pressure.

00197447

**Table 6-45     Study-specific details from toxicological studies of long-term PM$_{2.5}$ exposure and blood pressure.**

| Study | Study Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Aztatzi-Aguilar et al. (2015) | Adult Sprague-Dawley rats, M, n = 4 per treatment group | Inhalation of 178 µg/m$^3$ PM$_{2.5}$ from a high-traffic and industrial area north of Mexico City in early summer for 5 h/day for 8 weeks (4 days/week). | Angiotensin and bradykinin system gene and protein expression in heart tissue postexposure |
| Aztatzi-Aguilar et al. (2016) | Sprague-Dawley rats, M, n = 12/group | Inhalation of 375 µg/m$^3$ PM$_{2.5}$ CAPs, 5 h/day, 4 day/week, for 8 weeks from Mexico City | Mean blood pressure on the 4th day of each weekly exposure for 8 weeks<br><br>Angiotensin and bradykinin system gene and protein expression in kidney tissue postexposure |
| Ying et al. (2015) | 4-week old M SH rats, n = 6/group | Inhalation of 128.3 ± 60.4 µg/m$^3$ PM$_{2.5}$ CAPs for 6 h/day, 5 days/week for 15 weeks from Columbus, OH | SBP measured weekly during exposure |
| Wold et al. (2012) | 8-week old C57BL/6 mice, M | Inhalation of 85 µg/m$^3$ (16.9−266.4 µg/m$^3$) PM$_{2.5}$, for 6 h/day, 5 days/week, for 9 mo from Columbus, OH | SBP, DBP, and MAP recorded daily for 3 days postexposure |

BP = blood pressure; CAP = concentrated ambient particle; DBP = diastolic blood pressure; h = hour; M = male, MAP = mean arterial pressure; µg/m$^3$ = micrograms per cubic meter; n = number; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; SBP = systolic blood pressure; SH = spontaneously hypertensive.

### 6.2.8     Venous Thromboembolism Disease and Pulmonary Embolism

Thrombosis refers to intravascular formation of a blood clot inside the blood vessel. The clot can form an embolism that moves from its point of origin to a distant vessel where it can become lodged and occlude blood flow. Thrombi typically form in the deep (i.e., popliteal, femoral, iliac) veins of the lower extremities and can give rise to emboli that lodge in the pulmonary arteries. Deep vein thromboses (DVTs) and pulmonary emboli (PE) are the most common subtypes of venous thromboembolism (VTE). Although no studies of PM$_{2.5}$ were in the 2009 PM ISA, a case-control study reported an association between PM$_{10}$ exposure and risk of DVT (Baccarelli et al., 2008). Recent longitudinal analyses report inconsistent results regarding the association of long-term exposure to PM$_{2.5}$ and VTE.

00197448

### 6.2.8.1    Epidemiologic Studies

Following the DVT study of Baccarelli et al. (2008), longitudinal analyses of the WHI (Shih et al., 2011) and the NHS (Pun et al., 2015) examined other $PM_{2.5}$ in relation to VTE. Shih et al. (2011) found no evidence of association with VTE (HR: 0.93 [95% CI: 0.54, 1.60]), nor did they find evidence of an interaction with hormone therapy as did Baccarelli et al. (2008). By contrast, Pun et al. (2015) reported a positive association (HR: 1.11 [95% CI: 1.00, 1.24]) among women in the NHS. VTE events are uncommon, especially in women with and without established risk factors for VTE and its subtypes. Overall, the evidence remains limited (Table 6-46).

00197449

**Table 6-46    Characteristics of epidemiologic studies examining the association between long-term PM$_{2.5}$ exposures and thromboembolism.**

| Study | Study Population | Exposure Assessment | Concentration µg/m$^3$ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| †Shih et al. (2011)<br>40 centers, U.S.<br>Prospective cohort<br>PM$_{2.5}$: 1999−2004<br>Follow-up: 1993, 1998−2004 | WHI<br>Postmenopausal women with no history of DVT<br>N = 26,450<br>Mean follow-up 7.7 yr | Annual average estimated using kriging interpolation at geocoded residential address | Mean: 13.4 | Physician adjudicated DVT | Copollutant model: NR<br>Copollutant Correlations ($r$): NR |
| †Pun et al. (2015)<br>11 states, U.S.<br>PM$_{2.5}$: 1988−2007<br>Follow-up: 1992−2008 | NHS | Annual average estimated using spatiotemporal model at residential address<br>C-V regression slope = 0.87, error 1.81 µg/m$^3$ | Mean: 12.6<br>IQR: 4.1 | Self-reported diagnosis of PE confirmed by physician medical record review | Copollutant model: NR<br>Copollutant Correlations ($r$): NR |

C-V = cross validation; DVT = deep vein thrombosis; IQR = interquartile range; µg/m$^3$ = micrograms per cubic meter; N = number; NHS = Nurses' Health Study; NR = not reported; PE = pulmonary embolism; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; $r$ = correlation; WHI = Women's Health Initiative; yr = year.

†Studies published since the 2009 PM ISA.

00197450