### 6.2.9    Combinations of Cardiovascular-Related Outcomes

Several studies define outcome categories that aggregate across specific types of cardiovascular and cerebrovascular disease (CVD and CBVD; Table 6-47). The outcomes, variously defined and combined, include MI, angina, atherosclerosis, aneurysm, chronic and acute ischemic heart disease, stroke or other cerebrovascular disease, coronary heart disease, heart failure, cardiac arrest, arterial embolism and thrombosis, and peripheral vascular disease, as well as relevant procedures such as revascularization, angioplasty, bypass, or cardiac device implants. Associations of long-term exposure to $PM_{2.5}$ with such combinations of clinical outcomes are presented here with an emphasis on studies that leverage large sample sizes and numbers of events within aggregated outcome groupings to conduct stratified analyses.

The analysis of postmenopausal women enrolled in WHI (Miller et al., 2007) was described in the 2009 PM ISA and reported an association of 1.11 (95% CI: 1.04, 1.19) for long-term exposure to $PM_{2.5}$ and coronary events, including MI, revascularization, and death from CHD. Recent studies continue to strengthen the evidence supporting an effect of long-term exposure $PM_{2.5}$ on combinations of cardiovascular outcomes. In a follow-up WHI analysis, Chi et al. (2016a) examined modification by individual and neighborhood-level socioeconomic status (SES) to determine whether these factors could explain the findings of Miller et al. (2007). The authors found that the association was not attenuated after adjustment for SES indicators (HR: 1.14 [95% CI: 1.02, 1.27]). Although individual SES did not modify the association between long-term exposure to $PM_{2.5}$ and CVD, there was statistical evidence of modification by neighborhood SES. The strongest association was found in most disadvantaged neighborhood SES group (HR: 1.39 [95% CI: 1.21, 1.61]) with a null association in the least disadvantaged neighborhood SES group (HR: 0.90 [95% CI: 0.72, 1.07]).

In an analysis of data from Medicare recipients across the U.S. Makar et al. (2017) examined the association of 2-year $PM_{2.5}$ concentrations with hospital admissions for diseases of the circulatory system among those with annual average concentrations less than 12 $\mu g/m^3$. Authors found an increase in circulatory system hospital admissions (HR: 1.06 [95% CI: 1.02, 1.09], cutpoint of 12 $\mu g/m^3$ and HR: 1.18 [95% CI 1.10, 1.27] cutpoint of 8 $\mu g/m^3$). Positive associations between long-term exposure to $PM_{2.5}$ and cardiovascular disease were reported in cross-sectional studies (Feng and Yang, 2012; Johnson and Parker, 2009).

In summary, these studies generally support an effect of long-term exposure $PM_{2.5}$ on a variety of pooled cardiovascular outcomes. These studies are generally large, allowing stratified analyses. Findings of Feng and Yang (2012) and Hart et al. (2015b) related to regional differences in the association between long-term exposure to $PM_{2.5}$ and CVDs are discussed in Section 6.2.17.

00197451

**Table 6-47    Characteristics of epidemiologic studies examining the association between long-term PM$_{2.5}$ exposures and cardiovascular diseases.**

| Study | Study Population | Exposure Assessment | Concentration µg/m³ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| Miller et al. (2007)<br>36 metro areas, U.S.<br>Prospective cohort<br>PM$_{2.5}$: 2000<br>Follow-up: 1994, 1998−2002 | WHI observational cohort<br>N = 65,893<br>Median follow-up: 6 yr | Annual average of closest monitor (2000) within 10 km of monitor | Median: 13.4<br>IQR: 11.6-18.3 | CVD event (MI, revascularization, stroke, death from CHD, CBVD)<br>Medical record review by physician adjudicators | Copollutant model: NR<br>Copollutant correlations: NR |
| †Chi et al. (2016a)<br>40 Centers, U.S.<br>Prospective cohort<br>PM$_{2.5}$: 2000<br>Follow-up: 1993-1998 (baseline), followed through 2005 | WHI observational cohort<br>Postmenopausal women<br>50−79 yr<br>N = 51,754<br>Mean follow-up: 7.6 yr | Annual average (2000) kriging interpolation to estimate concentration at residential address<br>C-V R² = 0.88<br>(Sampson et al., 2013) | Mean: 12.7 (SD: 2.9)<br>IQR: 4.1 | CVD event (MI, stroke, death from CHD or CBVD) | Copollutant model: NR<br>Copollutant correlations: NR |
| †Makar et al. (2017)<br>Prospective cohort<br>PM$_{2.5}$: 2000−2010<br>Outcome: 2002−2010 | Medicare<br>N = 32,119<br>MCBS participants<br>65+ yr | Spatiotemporal model incorporating satellite observations of AOD over a 1 × 1-km grid for entire U.S.<br>C-V R² = 0.84 | Full cohort mean: 12<br>IQR: 3.41<br>Low pollution cohort mean: 10.18<br>IQR: 2.46 | Circulatory system HA<br>ICD9: 390−459 | Copollutant model: NR<br>Copollutant correlations: NR |

AOD = aerosol optical depth; CBVD = cerebrovascular disease; CHD = coronary heart disease; CVD = cardiovascular disease; C-V = cross validation; HA = hospital admission; ICD = International Classification of Disease; IQR = interquartile range; km = kilometer; MCBS = Medicare Current Beneficiary Survey; MI = myocardial infarction; N, n = number of subjects; NR = not reported; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; R² = coefficient of determination; SD = standard deviation; WHI = Women's Health Initiative; yr = year.

†Studies published since the 2009 PM ISA.

SECTION 6.2: Long-Term PM2.5 Exposure and Cardiovascular Effects

00197452

### 6.2.10    Long-Term PM2.5 Exposure and Cardiovascular Mortality

Studies that examine the association between long-term PM$_{2.5}$ exposure and cause-specific mortality outcomes, such as cardiovascular mortality, provide additional evidence for PM$_{2.5}$-related cardiovascular effects, specifically whether there is evidence of an overall continuum of effects. Evidence from studies of long-term PM$_{2.5}$ exposure and mortality are presented in detail in Section 11.2. Studies investigating cardiovascular mortality provided some of the strongest evidence for a cardiovascular effect related to long-term PM$_{2.5}$ exposure in the 2009 PM ISA (U.S. EPA, 2009) and are summarized here to inform the effect of long-term PM$_{2.5}$ exposure on the continuum of cardiovascular effects. The 2009 PM ISA (U.S. EPA, 2009) included evidence from several multicity U.S. studies, including the American Cancer Society (ACS) cohort (Pope III et al., 2004), the Harvard Six Cities cohort (Laden et al., 2006), the Women's Health Initiative [WHI; Miller et al. (2007)], and the Seventh-Day Adventist (AHSMOG) cohort (Chen et al., 2005). These studies continue to provide strong support for the relationship between long-term exposure to PM$_{2.5}$ and cardiovascular mortality. In addition, extended analyses of the ACS and Harvard Six Cities studies, as well as results from recent cohort studies contribute to the body of evidence for this relationship (Figure 6-19).

Pope et al. (2014) and Turner et al. (2016) used the extended follow-up period of the ACS to examine the associations between long-term PM$_{2.5}$ exposure and cardiovascular, ischemic heart disease, heart failure and cardiac arrest, cerebrovascular disease, and hypertensive disease. The results of these extended analyses were consistent with previous results from the ACS cohort for cardiovascular and ischemic heart disease. In addition, these extended analyses provide associations for causes of death that had previously not been evaluated among the ACS cohort. Positive associations were observed with heart failure and cardiac arrest, cerebrovascular disease, and hypertensive disorder. Lepeule et al. (2012) reported the results of an extended analysis of the Harvard Six Cities cohort, extending the follow-up period to include deaths between 1974 and 2009, and the strong association with cardiovascular mortality persisted.

A recent series of studies conducted in Canada linked census data with data from the Canadian Mortality Database to create the Canadian Census Health and Environment Cohort (CanCHEC). These studies evaluated the relationship between long-term PM$_{2.5}$ exposure and CVD (including IHD, CBVD, and circulatory) mortality. The study authors observed positive associations between CVD mortality and long-term PM$_{2.5}$ exposure, with similar estimates for satellite-derived estimates and ground monitor estimates. The strongest association was for IHD mortality and the weakest was for cerebrovascular mortality (Figure 6-19). Chen et al. (2016) limited their analyses to CanCHEC participants residing in Ontario who had experienced an acute myocardial infarction and observed positive associations with CVD and IHD deaths, as well as deaths due to subsequent acute myocardial infarctions. Crouse et al. (2015) extended the follow-up period of the CanCHEC to include 5 additional years (1991−2006) and

00197453

observed positive associations for cardiovascular mortality, with the strongest association observed between long-term exposure to $PM_{2.5}$ and mortality due to diabetes, followed by IHD. The association for cerebrovascular mortality was just below the null value. The general pattern and magnitude of these associations were generally unchanged in cumulative risk models that include $O_3$ and/or $NO_2$. Weichenthal et al. (2016a) evaluated the subset of the CanCHEC living within 5 km of a ground monitor (n = 193,300) and observed associations with IHD mortality that were close to the null value.

Several recent U.S. cohort studies examined the association between long-term $PM_{2.5}$ exposure and cardiovascular mortality. The California Teachers Study (Lipsett et al., 2011; Ostro et al., 2010) observed positive associations between long-term $PM_{2.5}$ exposure and IHD and cerebrovascular mortality, with the strongest association observed with IHD (HR: 1.70 [95% CI: 1.51, 1.91]). Analyses restricted to postmenopausal women yielded results like those for all subjects. Puett et al. (2009) examined the association between long-term $PM_{2.5}$ exposure and all-cause mortality among a cohort of female nurses in the Nurses' Health Study. The authors observed positive associations with CHD mortality (HR: 1.42 [95% CI: 1.03, 1.94]). Using a design like that of the Nurses' Health Study, Puett et al. (2011) investigated the effect of long-term $PM_{2.5}$ exposure and mortality among men enrolled in the Health Professionals Follow-Up Study cohort. Near null associations were observed for CHD mortality in this cohort. Hart et al. (2011) examined the association between residential exposure to $PM_{2.5}$ and mortality among men in the U.S. trucking industry in the Trucking Industry Particle Study (TrIPS) and observed a modest positive association with cardiovascular mortality.

00197454



ACS = American Cancer Society; AHSMOG = Adventist Health Study and Smog; AMI = acute myocardial infarction; AQCD = Air Quality Criteria Document; CBVD = cerebrovascular disease; CCHS = Canadian Community Health Survey; CHD = coronary heart disease; CI = confidence interval; CVD = cardiovascular disease; EFFECT = Enhanced Feedback for Effective Cardiac Treatment; H6C = Harvard Six Cities; HF = heart failure; IDW = inverse-distance weighting; IHD = ischemic heart disease; IQR = interquartile range; km = kilometer; $\mu g/m^3$ = micrograms per cubic meter; NIH-AARP = National Institutes of Health—American Association of Retired Persons; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; TrIPS = Trucking Industry Particle Study; WHI = Women's Health Initiative.

Associations are presented per 5-μg/m³ increase in pollutant concentration. Circles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Black text and circles represent evidence included in the 2009 PM ISA; red text and circles represent recent evidence not considered in previous ISAs or AQCDs. Study results from Lepeule et al. (2012) are representative of results from the Harvard Six Cities cohort; study results from Pope et al. (2014) are representative of the results from the American Cancer Society cohort. For complete results from ACS cohort, see Figure 11-17.
†Studies published since the 2009 PM ISA.

**Figure 6-19    Associations between long-term exposure to $PM_{2.5}$ and cardiovascular mortality in recent North American cohorts.**

The magnitude of the associations for long-term $PM_{2.5}$ exposure and cardiovascular mortality among women (Hart et al., 2015a; Lipsett et al., 2011; Ostro et al., 2010; Puett et al., 2009) was higher than those observed in many of the other North American cohorts of men or men and women combined,

SECTION 6.2: Long-Term PM2.5 Exposure and Cardiovascular Effects

00197455

but similar to that observed by Miller et al. (2007), who also evaluated fatal CHD events among a cohort of postmenopausal women. Several studies that included cohorts of both men and women conducted stratified analyses to see whether there was a difference in the association based on sex. Thurston et al. (2016) observed no difference between men and women when examining cardiovascular mortality. Weichenthal et al. (2014b) and Pinault et al. (2016) reported slightly higher associations in men than in women, whereas Beelen et al. (2014) observed higher associations among women compared with men. It is unclear why cohort studies that include only women tend to observe higher associations between long-term exposure to $PM_{2.5}$ and cardiovascular mortality than other cohorts. When cohorts that include both men and women are stratified by sex, the higher association among women is much less consistent.

Overall, the results of these recent U.S. and Canadian cohort studies demonstrate a consistent, positive association between long-term $PM_{2.5}$ exposure and cardiovascular mortality across various spatial extents, exposure assessment techniques, statistical techniques, and locations where mean annual average concentrations are ≤12 $\mu g/m^3$ (see Chapter 11 for study details related to exposure assessment and statistical methods). Additional cohort studies conducted in Europe observed similarly consistent, positive associations between long-term $PM_{2.5}$ exposure and cardiovascular mortality (see Table 11-6 in Section 11.2.2.2) and support the evidence from the U.S. and Canada. Particularly noteworthy is a study conducted in Europe that combined data from 22 existing cohort studies and evaluated the association between long-term $PM_{2.5}$ exposure and cardiovascular (Beelen et al., 2014) mortality. Generally, the associations for cardiovascular mortality were near the null value, except for the subset of cardiovascular deaths attributable to cerebrovascular disease [HR: 1.21 (95% CI: 0.87, 1.69) per 5-$\mu g/m^3$ increase in $PM_{2.5}$; Beelen et al. (2014)].

### 6.2.11    Heart Rate (HR) and Heart Rate Variability (HRV)

Heart rate variability (HRV) represents the degree of difference in the inter-beat intervals of successive heartbeats, and it is an indicator of the balance between the sympathetic and parasympathetic arms of the autonomic nervous system. Heart rate (HR) is modulated at the sinoatrial node by both parasympathetic and sympathetic branches of the autonomic nervous system (see Section 6.1.10).

#### 6.2.11.1    Epidemiologic Studies of Heart Rate Variability (HRV)

Most studies have focused on the association between short-term PM exposure and HRV (see Section 6.1.10). There were no studies of the association between long-term PM exposure and HRV in the 2009 PM ISA (U.S. EPA, 2009). In a recent study, Park et al. (2010) examined the long-term $PM_{2.5}$-HRV association. Thirty- to 60-day mean $PM_{2.5}$ concentrations from the closest monitor with available data were assigned to geocoded addresses of MESA cohort participants at the baseline cohort exam (2000−2002). Although some inverse HRV-$PM_{2.5}$ associations were observed in the population,

00197456

overall, the evidence of decreased HRV (i.e., rMSSD, SDNN) was stronger among MESA participants with metabolic syndrome than without metabolic syndrome. Such $PM_{2.5}$-associated decreases in HRV are thought to be harmful given that reduced HRV is a risk factor for cardiovascular disease. This finding in MESA is consistent with that of Whitsel et al. (2009) who reported an inverse association between long-term $PM_{10}$ exposure and HRV that was stronger among those with impaired glucose metabolism (IGM) enrolled in the WHI clinical trial studies.

### 6.2.11.2    Toxicological Studies of Heart Rate (HR) and Heart Rate Variability (HRV)

In the 2009 PM ISA, long-term effects of $PM_{2.5}$ exposure on HRV and HR were not reported. Since the publication of the last review, the HEI NPACT study (Lippmann et al., 2013a) examined the effects of long-term $PM_{2.5}$ exposure from five airsheds (Tuxedo, NY; Manhattan, NY; East Lansing, MI; Seattle, WA; and Irvine, CA) on measures of HRV in ApoE$^{-/-}$ mice. These authors estimated by fitted curve statistically significant increases in HR in Manhattan, NY for the first 50 days of the experiment that gradually decreased over the rest of the study. In contrast, using the same methodology, the authors estimated a statistically significant decrease in HR in Tuxedo, NY after 75 days. There were no statistically significant chronic changes in HR at other locations. In an additional study, Wold et al. (2012) reported that long-term $PM_{2.5}$ exposure increased HR in SH rats. With respect to HRV, no changes were associated with chronic $PM_{2.5}$ exposure at any location in the NPACT study (Lippmann et al., 2013a). Thus, there is some evidence from animal toxicological studies for changes in HR, but not HRV following long-term exposure to $PM_{2.5}$. More information on studies published since the 2009 PM ISA can be found in Table 6-48 below.

00197457

**Table 6-48    Study-specific details from toxicological studies of long-term PM$_{2.5}$ exposure and heart rate and heart rate variability.**

| Study | Study Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Lippmann et al. (2013a)<br>NPACT Study 1 | ApoE$^{-/-}$ mice, M, n = 4−8 per treatment group | CAPs from Irvine, CA; Tuxedo, NY; Manhattan, NY; East Lansing, MI; or Seattle, WA (138, 136, 123, 68, or 60 µg/m$^3$, respectively) for 6 h/day, 5 days/week for 6 mo | HR<br>HRV time and frequency domains |
| Wold et al. (2012) | 8-week old C57BL/6 mice, M | Inhalation of 85 µg/m$^3$ (16.9−266.4 µg/m$^3$) PM$_{2.5}$, for 6 h/day, 5 days/week, for 9 mo from Columbus, OH | HR postexposure |

ApoE$^{-/-}$ = apolipoprotein E knockout; CAP = concentrated ambient particle; h = hour; HR = heart rate; HRV = heart rate variability; M = male; µg/m$^3$ = micrograms per cubic meter; mo = month; n = number; NPACT = National Particle Component Toxicity; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

## 6.2.12    Systemic Inflammation, Oxidative Stress, and Blood Lipids

Chronic systemic inflammation is known to affect the vascular system, potentially leading to thrombosis, plaque rupture, MI and stroke, metabolic effects, as well as effects in other organ systems (e.g., central nervous and reproductive systems). Systemic inflammation is associated with changes in the acute phase response, circulating white blood cells, pro-coagulation effects, and endothelial dysfunction. The epidemiologic studies that were reviewed in the 2009 PM ISA were limited to a cross-sectional study of the association of long-term exposure to PM$_{10}$ with inflammation and coagulation and ecological studies of hematologic measures that could potentially provide insight into oxygen carrying capacity, viscosity, and pro-coagulant potential of the blood (U.S. EPA, 2009). Recent longitudinal analyses that consider the time-dependent nature of pulmonary and systemic inflammatory responses have been conducted, and generally show effects on markers of inflammation. Recent experimental studies also add to the evidence reviewed in the 2009 PM ISA that demonstrated inflammatory effects in animals.

### 6.2.12.1    Epidemiologic Studies

#### 6.2.12.1.1    Systemic Inflammation

Several studies of long-term PM$_{2.5}$ exposure and C-reactive protein (CRP) were published since the 2009 PM ISA. CRP is an acute phase reactant, a well-known biomarker of inflammation, and a

00197458

clinical tool that can be used to inform decisions regarding treatment of patients with an intermediate risk of atherosclerotic cardiovascular disease (Goff et al., 2014; Pearson et al., 2003). Findings from several recent studies that considered the temporality of the $PM_{2.5}$-CRP association generally found positive associations between 1- to 12-month mean $PM_{2.5}$ exposures and log-transformed CRP as determined by a variety of methods. These longitudinal studies leveraged the availability of repeated, time-varying measures of both the exposure and outcome, applying multi-variable adjusted mixed models and were conducted in well characterized U.S. and European cohorts including the Study of Women's Health Across the Nation (SWAN) [12.75% change (95% CI: 5.1, 21.45); Ostro et al. (2014)] and the HNR study [22.65% change (95% CI: 13.8, 31.65), Hennig et al. (2014); and 11.25% change (95% CI (1.25, 21.88), Viehmann et al. (2015)]. Viehmann et al. (2015) also reported results indicating that white cell count (WCC) may increase with long-term exposure to $PM_{2.5}$ (3.13% change WCC [95% CI: 0.83, 5.42]) among the HNR study population. The longitudinal analysis of the MESA cohort provided little support for an association with CRP (1% change [95% CI: −4, 6]), although a 6% (95% CI: 2, 9) higher IL-6, another indicator of systemic inflammation, was reported (Hajat et al., 2015). A meta-analysis of cross-sectional results from the ESCAPE cohorts (Lanki et al., 2015) provided little support for an association between long-term exposure to $PM_{2.5}$ and CRP (2.4% difference [95% CI: −7.5, 13.4]). A cross-sectional analysis of the NHANES participants reported small magnitude associations of annual average $PM_{2.5}$ exposure, with CRP which was stronger in people with diabetes (Dabass et al., 2016b).

### 6.2.12.1.2    Blood Lipids

The previous PM ISA did not include any relevant epidemiologic studies describing associations between long-term exposure to $PM_{2.5}$ and blood lipid levels. The available literature includes ecological studies or studies conducted at relatively high concentrations [>20; Calderón-Garcidueñas et al. (2013); Chuang et al. (2011)]. In addition, Wallwork et al. (2017) examined blood lipids in the context of all the components of metabolic syndrome and observed increased triglycerides among older adult males in the NAS in association with annual average $PM_{2.5}$ concentration. Yitshak Sade et al. (2016) examined blood lipids, in addition to HbA1c and FBG, and reported associations of 3-month avg $PM_{2.5}$ exposure with HDL and LDL in a retrospective study in Israel noting larger effect sizes among those with diabetes.

### 6.2.12.2    Toxicological Studies

The 2009 PM ISA included findings from several studies that pointed to inflammation in response to long-term $PM_{2.5}$ exposure, particularly in association with atherosclerotic progression (2009 PM ISA). More recent animal toxicological studies continue to provide evidence that long-term exposure to $PM_{2.5}$ may result in inflammatory effects. More specifically, a recent study demonstrated statistically significant ($p < 0.05$) changes in circulating T-cell populations in mice following long-term $PM_{2.5}$ exposure (Deiuliis et al., 2012). Similarly, Kampfrath et al. (2011) demonstrated in mice that long-term

00197459

exposure to $PM_{2.5}$ results in increased ($p < 0.05$) inflammatory monocytes in the blood from the bone marrow, and that this increase in monocytes is at least partially dependent on TLR4 expression.

### 6.2.12.2.1    Systemic Inflammation

When examining cytokines and other inflammatory mediators, Tanwar et al. (2017) reported increased mRNA expression of the cytokines IL-1β and IL-6, as well as the matrix metalloproteinases MMP-9 and MMP-13 at birth in heart tissue of mice exposed to $PM_{2.5}$ in utero. In addition, Aztatzi-Aguilar et al. (2015) found increased ($p < 0.05$) IL-6 protein levels in mouse hearts, and Ying et al. (2013) reported increased ($p < 0.05$) IL-6, TNF-α, and MCP-1 mRNA, but not E-selectin, ICAM-1, or VCAM-1 in mesenteric arteries when compared to control mice exposed to FA. Similarly, an additional study in mice reported that long-term exposure to $PM_{2.5}$ was found to statistically significantly increase ($p < 0.05$) plasma levels of TNF-α and MCP-1, but not IL-6, IL-12, or IL-10, or IFN-γ when compared to control animals (Kampfrath et al., 2011). Moreover, Kampfrath et al. (2011) demonstrated that upregulation of these cytokines was at least partially dependent on TLR4 expression. In ApoE$^{-/-}$ mice, Lippmann et al. (2013a) reported increased IL-10 ($p < 0.05$) following 3 months of exposure in Manhattan, NY and decreased ($p < 0.05$) IL-6 and IL-10 at 6 months in Irvine, CA relative to control mice. Other locations did not have statistically significant changes in IL-6 or IL-10 and no location reported appreciable changes in CRP, TNF-α, IL-13, MCP-1, or IL-12. In addition, in Irvine, CA there was a statistically significant change (increase; $p > 0.05$) in GM-CSF. Together, these studies may appear inconsistent; however, markers of systemic inflammation are often transiently expressed, thus making it difficult to consistently report changes across studies that use different study designs and a variety of methodological approaches. Thus, although inconsistencies exist, these studies show some evidence that long-term $PM_{2.5}$ exposure can result in systemic inflammation.

### 6.2.12.2.2    Oxidative Stress

With respect to oxidative stress, Rao et al. (2014) reported that relative to FA, long-term exposure of ApoE$^{-/-}$ mice to $PM_{2.5}$ resulted in increased oxidation of cholesterol. Moreover, Kampfrath et al. (2011) demonstrated that long-term exposure to $PM_{2.5}$ in mice results in an increase in NADPH oxidase-derived $O_2^-$ production in the aorta. In contrast, Ying et al. (2013) did not find that long-term $PM_{2.5}$ exposure resulted in a statistically significant effect on the oxidative stress marker 8-isoprostane. Thus, there is limited evidence of oxidative stress following long-term $PM_{2.5}$ exposure. More information on studies published since the 2009 PM ISA can be found in Table 6-49 below.

00197460

### 6.2.12.2.3    Blood Lipids

In mice, long-term $PM_{2.5}$ CAPs exposures resulted in increased ($p < 0.05$) liver [116 $\mu g/m^3$ for 17 weeks; Liu et al. (2014b)] and blood [74 $\mu g/m^3$ for 9 months; Zheng et al. (2013)] triglycerides and blood cholesterol (Zheng et al., 2013) levels. Note, however, that rodent cholesterol dietary intake and plasma clearance is markedly higher than humans meaning that rodents, on average, have much lower plasma LDL levels (7 mg/dL) than humans (120 mg/dL). Study characteristics are detailed in Table 6-49.

**Table 6-49    Study-specific details from toxicological studies of long-term $PM_{2.5}$ exposure and inflammation, oxidative stress, and blood lipids.**

| Study | Study Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Tanwar et al. (2017) | FVB mice, pregnant F, and offspring | In utero inhalation of 73.61 $\mu g/m^3$ $PM_{2.5}$ CAPs for 6 h/day, 7 days/week throughout pregnancy. | Markers of inflammation in hearts of mice at birth after exposure in utero |
| Lippmann et al. (2013a) NPACT Study 1 | ApoE$^{-/-}$ mice, M, n = 4−8 per treatment group | CAPs from Irvine, CA; Tuxedo, NY; Manhattan, NY; East Lansing, MI; or Seattle, WA (138, 136, 123, 68, or 60 $\mu g/m^3$, respectively) for 6 h/day, 5 days/week for 6 mo | Markers of inflammation in blood at 3 and 6 mo postexposure |
| Aztatzi-Aguilar et al. (2015) | Adult Sprague-Dawley rats, M, n = 4 per treatment group | Inhalation of 178 $\mu g/m^3$ $PM_{2.5}$ from a high traffic and industrial area north of Mexico City in early summer for 5 h/day for 8 weeks (4 days/week). | Markers of inflammation in heart tissue collected 24 h postexposure |
| Ying et al. (2013) | Adult ApoE$^{-/-}$ mice, M | Inhalation of 69.6 $\mu g/m^3$ $PM_{2.5}$ CAPs for 6 h/day, 5 days/week for 12 weeks. | Markers of systemic inflammation in mesenteric artery tissue Marker of oxidative stress |
| Kampfrath et al. (2011) | BALB/c mice, M TLR4 null mice, M TRR4 wt mice, M | Inhalation of 92.4 $\mu g/m^3$ $PM_{2.5}$ for 6 h/day 5 days/week for 20 weeks from Columbus, OH | Monocyte population counts and egress from bone marrow to blood postexposure Markers of systemic inflammation postexposure Markers of oxidative stress |
| Rao et al. (2014) | ApoE$^{-/-}$ mice, M | 9.1 ± 7.3 $\mu g/m^3$ from Columbus, OH for 6 mo | Cholesterol oxidation |

00197461

**Table 6-49 (Continued): Study-specific details from toxicological studies of long-term PM$_{2.5}$ exposure and inflammation, oxidative stress, and blood lipids.**

| Study | Study Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Deiuliis et al. (2012) | C57BL/6 mice, M | Inhalation of 115.5 μg/m$^3$ PM$_{2.5}$ for 6 h/day 5 days/week for 24–28 weeks | Changes in circulating T-cell populations postexposure |
| Zheng et al. (2013) | Mouse, male, C57BL/6, ND or high fat (HFD), 6 weeks, n = 4 FA, n = 5 CAPs exposed | Columbus, OH CAPs, PM$_{2.5}$; 74.6 μg/m$^3$; 6 h/day, 5 days/week for 3 or 10 weeks, whole body inhalation | Liver and plasma lipids, gene expression, |
| Liu et al. (2014b) | Mouse, male, C57BL/6 and Ccr2$^{-/-}$ (inflammation model), ND or HFD, 18 weeks, WT-FA (n = 8), WT-PM (n = 9), CCR2-FA (n = 9), CCR2-PM (n = 8) | Columbus, OH CAPs PM$_{2.5}$; 116.9 μg/m$^3$; 6 h/day, 5 days/week for 17 weeks, whole body inhalation | Liver and plasma lipids |

ApoE$^{-/-}$ = apolipoprotein E knockout; CAP = concentrated ambient particle; F = female; FA = filtered air; h = hour; M = male; μg/m$^3$ = micrograms per cubic meter; mo = month; n = number; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; SH = spontaneously hypertensive; TLR = toll-like receptor; WT = wild type.

### 6.2.13    Coagulation

Systemic inflammation is associated with pro-coagulation effects. Fibrinogen, a soluble glycoprotein and acute phase reactant that can be proteolytically converted to fibrin, cross-linked into clots, and degraded into dimerized fragments called D-dimers, are potential predictors of cardiovascular thrombosis. There were no studies of long-term exposure to PM$_{2.5}$ and markers of coagulation in the 2009 PM ISA (U.S. EPA, 2009). Several recent epidemiologic studies provide evidence that long-term exposure to PM$_{2.5}$ can affect fibrinogen, D-dimer, and platelet count.

#### 6.2.13.1    Epidemiologic Studies

Longitudinal analyses of the U.S. or European cohorts are available. Viehmann et al. (2015) reported a positive association between PM$_{2.5}$ and fibrinogen among the HNR study population (0.21% change [95% CI: −2.08, 2.29]) and a positive, PM$_{2.5}$-platelet count association (4.79% change [95% CI: 2.92, 6.88]). Hajat et al. (2015) observed a positive PM$_{2.5}$-D-dimer association (7% change [95% CI: 2, 13]) and inverse PM$_{2.5}$-fibrinogen association (−3.45% change [−7.43, 0.52]) among MESA participants. In addition, 28-day PM$_{2.5}$ was not associated with increased fibrinogen in a longitudinal analysis of the NAS cohort (Bind et al., 2012). Cross-sectional studies do not generally support an

00197462

association. A meta-analyses of cross-sectional, study-specific results, from the ESCAPE cohorts does not indicate an association between $PM_{2.5}$ and fibrinogen [0.5% change (95% CI: −1.1, 2); Lanki et al. (2015)]. A cross-sectional analysis of the NHANES participants reported no association of annual average exposure to $PM_{2.5}$ with fibrinogen (Dabass et al., 2016b).

### 6.2.14    Impaired Vascular Function and Arterial Stiffness

Endothelial dysfunction is the physiological impairment of the inner lining of the blood vessels. Endothelial dysfunction is typically measured by flow-mediated dilation percent (FMD%). This method is a noninvasive technique involving measurement of the percent change in brachial artery diameter (BAD) after reactive hyperemia [increased blood flow following removal of an artery-occluding blood pressure cuff; Thijssen et al. (2011)]. Biomarkers of endothelial activation, including intercellular adhesion molecule-1 (ICAM-1), vascular cell adhesion molecule 1 (VCAM-1), and E-selectin, soluble forms of which are released in response to inflammation-induced endothelium damage, are also examined in epidemiologic studies.

Arterial stiffness is associated with a variety of cardiovascular risk factors and outcomes (Laurent et al., 2006). Carotid-femoral pulse wave velocity (PWV) is the gold standard for directly and noninvasively measuring arterial stiffness. PWV measures the velocity at which the pulse generated by the heart travels through the arteries, typically measured by the foot-to-foot method (end-diastole of the wave in the carotid artery to end-diastole of the wave in the femoral artery). Increases in PWV are indicative of increased arterial stiffness. Several tools can be used to detect the pulse wave as it travels, including pressure, distension, and Doppler, allowing PWV to be calculated as the distance divided by change in time between the two points. The augmentation index is an indirect measure of arterial stiffness and cannot be used in place of PWV in assessing regional stiffness; however, its measurement in concert with PWV can provide additional evidence for arterial stiffness. Large and small artery compliance and Young's modulus (a measure of elasticity adjusted for wall thickness) are measures of local arterial stiffness, which require more advanced measurement techniques. Aside from PWV, evidence supporting the validity of arterial stiffness measures as predictors of cardiovascular outcomes is not extensive.

#### 6.2.14.1    Epidemiologic Studies

There were no epidemiologic studies of long-term exposure to $PM_{2.5}$ and FMD, BAD, or markers of endothelial activation reviewed in the 2009 PM ISA. A limited number of studies have been published subsequently. In an analysis of MESA data, Krishnan et al. (2012) reported that $PM_{2.5}$ was inversely associated with FMD% (−0.50% change FMD [95% CI: −1.00, −0.05]) with potential effect modification by sex, smoking status, age, and hypertensive status but not associated with BAD (0.00% difference BAD [95% CI: −0.10, 1.00]). Wilker et al. (2014) reported a comparable inverse association (−0.40% change

00197463

[95% CI: −0.68, −0.13]) between PM$_{2.5}$ and FMD% among a subset of participants in the Framingham Offspring Study and Third Generation Studies. Wilker et al. (2014) also examined associations with measures of arterial and microvascular function, BAD, baseline mean flow velocity, and mean hyperemic flow velocity. Long-term exposure to PM$_{2.5}$ was associated with lower FMD and lower hyperemic flow velocity (-0.40% [95% CI: −0.68, −0.13] and −1.80 cm/s change [95% CI: −3.45, −0.15], respectively). Hajat et al. (2015) observed no association of annual PM$_{2.5}$ exposure with soluble ICAM-1 (−2.07% [95% CI: −7.69, 3.56]) or E-selectin (1.08% [95% CI: −0.66, 2.82]). In addition, Tallon et al. (2017) reported an association (OR: 1.27 [95% CI: 0.87, 1.84]) with erectile dysfunction, which may be a consequence of PM$_{2.5}$-mediated effects on vascular function.

There were no studies of long-term PM$_{2.5}$ exposure and PWV reviewed in the 2009 PM ISA. Currently available studies do not provide evidence of an effect of PM$_{2.5}$ on arterial stiffness. A cross-sectional analysis of the Atherosclerosis Risk in Young Adults study in which PWV could only be measured in a subset of participants (Lenters et al., 2010) reported no association (−0.99% change PWV [95% CI: −6.7, 4.71]). Similarly, Liu et al. (2016b) measured large and small artery compliance as well as Young's modulus among participants in the MESA population and found no associations between PM$_{2.5}$ and arterial stiffness overall or stratified by sites (0.4% difference PWV [95% CI: 0.7, −0.15]). There was evidence of possible effect modification by race and diabetes (O'Neill et al., 2011).

### 6.2.14.2   Toxicological Studies

Since the publication of the 2009 PM ISA, Ying et al. (2015) reported that long-term exposure to PM$_{2.5}$ in SH rats resulted in statistically significant ($p < 0.05$) reduced vasodilation in response to the vasodilator acetylcholine. Similarly, these authors also demonstrated that long-term exposure to PM$_{2.5}$ resulted in a statistically significant ($p < 0.05$) increase in the contractile response following treatment of aortic rings with vasoconstrictors. Thus, long-term PM$_{2.5}$ exposure can result in greater contractility and reduced dilation in SH rats. These results are in agreement with an additional study in mouse aortic rings that reported both reduced vasodilation in response to acetylcholine as well as increased contractile response following vasoconstrictor treatment (Kampfrath et al., 2011). Thus, there is some evidence that long-term exposure to PM$_{2.5}$ can result in impaired vascular function. More information on these studies can be found in Table 6-50 below.

00197464

**Table 6-50    Study-specific details from toxicological studies of long-term PM$_{2.5}$ exposure and impaired vascular function.**

| Study | Study Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Ying et al. (2015) | 4-week old SH rats, M, n = 6/treatment group | Inhalation of 128.3 ± 60.4 µg/m$^3$ PM$_{2.5}$ CAPs<br><br>Exposed 6 h/day, 5 days/week for 15 weeks from Columbus, OH | Contractility of rat aortic rings, Hypertrophic markers 15 weeks post |
| Kampfrath et al. (2011) | BALB/c mice, M<br><br>TLR4 null mice, male<br><br>TRR4 WT mice, male | Inhalation of 92.4 µg/m$^3$ PM$_{2.5}$ for 6 h/day 5 days/week for 20 weeks from Columbus, OH | Contractility of mouse aortic rings |

CAP = concentrated ambient particle; h = hour; M = male; µg/m$^3$ = micrograms per cubic meter; n = number; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; SH = spontaneously hypertensive; WT = wild type.

### 6.2.15    Copollutant Confounding

The independence of the association between long-term exposure to PM$_{2.5}$ and cardiovascular effects can be examined using copollutant models. A change in the PM$_{2.5}$ risk estimates, after adjustment for copollutants, may indicate the potential for confounding. Recent studies presenting copollutant model results address a previously identified data gap by informing the extent to which effects associated with exposure to PM$_{2.5}$ are independent of co-exposure to correlated copollutants in long-term analyses. A limited number of studies are available to assess copollutant confounding of the association between long-term exposure to PM$_{2.5}$ and cardiovascular morbidity (Figure 6-20). Overall, risk estimates from these few studies remain largely unchanged after adjustment for PM$_{10-2.5}$, NO$_2$, and PM$_{2.5}$ from traffic sources.

00197465



BPLM = blood pressure lowering medication; CI = confidence interval; ESCAPE = European Study of Cohorts for Air Pollution Effects; HPFU = Health Professionals Follow-Up; MI = myocardial infraction; NO₂ = nitrogen dioxide; NR = not reported; PM₂.₅ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; PM₁₀₋₂.₅ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm. Associations are presented per 5-μg/m³ increase in pollutant concentration. Corresponding quantitative results are reported in Supplemental Table 6S-16 (U.S. EPA, 2018).
†Studies published since the 2009 PM ISA.

**Figure 6-20    Associations between long-term exposure to PM₂.₅ and cardiovascular morbidity in single-pollutant models and models adjusted for copollutants.**

There is a larger body of studies that examined the potential for copollutant confounding of the association between long-term exposure to PM₂.₅ and mortality from cardiovascular causes. The results for associations between long-term PM₂.₅ exposure and cardiovascular mortality in single-pollutant models and copollutant models adjusted for ozone are shown in Figure 6-21. The correlations between PM₂.₅ and ozone exposures in the studies that conducted copollutant analyses were generally positive and moderate to strong, ranging from $r = 0.49$ to 0.73. Generally, the PM₂.₅ effect estimates remained

SECTION 6.2: Long-Term PM2.5 Exposure and Cardiovascular Effects

00197466

relatively unchanged in copollutant models adjusted for ozone. The trend persisted across different specific causes of cardiovascular mortality. There was one exception to the trend. The effect of long-term $PM_{2.5}$ exposure on CHD mortality among women in the AHSMOG cohort (Chen et al., 2005) increased after adjusting for ozone in the model. The results for associations between long-term $PM_{2.5}$ exposure and cardiovascular mortality in single pollutant models and copollutant models adjusted for $NO_2$, $PM_{10-2.5}$, or $SO_2$ are shown in Figure 6-22. The correlations between $PM_{2.5}$ and $NO_2$ exposures in studies that conducted copollutant analyses were positive and weak ($r = 0.25$) or moderate ($r = 0.40$; $r = 0.55$). The correlations between $PM_{2.5}$ and $PM_{10-2.5}$ were not reported in the single study evaluating coarse particles (Puett et al., 2009). One study (Chen et al., 2005) evaluated $SO_2$ in copollutant models and reported a correlation of $r = 0.30$. Generally, the $PM_{2.5}$ effect estimates remained relatively unchanged in copollutant models adjusted for $NO_2$, $PM_{10-2.5}$, or $SO_2$.

00197467



ACS = American Cancer Society; AHSMOG = Adventist Health Study and Smog; CanCHEC = Canadian Census Health and Environment Cohort; CBVD = cerebrovascular disease; CHD = coronary heart disease; COPD = chronic obstructive pulmonary disease; CPD = cardiopulmonary disease; CVD = cardiovascular disease; IHD = ischemic heart disease; NIH-AARP = National Institutes of Health—American Association of Retired Persons; NR = not reported; r = correlation.

Associations are presented per 5-$\mu$g/m$^3$ increase in pollutant concentration. Circles represent point estimates; horizontal lines represent 95% confidence intervals for PM$_{2.5}$. Black circles represent effect of PM$_{2.5}$ in single-pollutant models; white circles represent effect of PM$_{2.5}$ adjusted for ozone. Corresponding quantitative results are reported in Supplemental Table 6S-17 (U.S. EPA, 2018).

†Studies published since the 2009 PM ISA.

**Figure 6-21    Associations between long-term exposure to PM$_{2.5}$ and cardiovascular mortality in single-pollutant models and models adjusted for ozone.**

SECTION 6.2: Long-Term PM2.5 Exposure and Cardiovascular Effects

00197468



ACS = American Cancer Society; AHSMOG = Adventist Health Study on Smog; CanCHEC = Canadian Census Health and Environment Cohort; CBVD = cerebrovascular disease; CHD = coronary heart disease; COPD = chronic obstructive pulmonary disease; CPD = cardiopulmonary disease; CVD = cardiovascular disease; IHD = ischemic heart disease; $\mu g/m^3$ = micrograms per cubic meter; NIH-AARP = National Institutes of Health—American Association of Retired Persons; $NO_2$ = nitrogen dioxide; NR = not reported; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; r = correlation; $SO_2$ = sulfur dioxide.

Associations are presented per 5-μg/m³ increase in pollutant concentration. Circles, squares, and triangles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Filled symbols represent effect of $PM_{2.5}$ in single-pollutant models; open circles represent effect of $PM_{2.5}$ adjusted for $NO_2$; open squares represent effect of $PM_{2.5}$ adjusted for $PM_{10-2.5}$; open triangles represent effect of $PM_{2.5}$ adjusted for $SO_2$. Corresponding quantitative results are reported in Supplemental Table 6S-18 (U.S. EPA, 2018).

†Studies published since the 2009 PM ISA.

**Figure 6-22    Long-term exposure to $PM_{2.5}$ and cardiovascular mortality in single-pollutant models and models adjusted for other pollutants.**

SECTION 6.2: Long-Term $PM_{2.5}$ Exposure and Cardiovascular Effects
6-205

00197469

### 6.2.16    Concentration-Response Relationship

An important consideration in characterizing the association between long-term $PM_{2.5}$ exposure and mortality is whether the concentration-response relationship is linear across the full concentration range that is encountered, or if there are concentration ranges where there are departures from linearity. The 2009 PM ISA characterized the results of an analysis by Miller et al. (2007) that demonstrated that the shape of the concentration-response curve for cardiovascular mortality was generally linear. Recent studies add to the evidence base on the C-R relationships for cardiovascular morbidity (Table 6-51) and mortality (Table 6-52) outcomes. However, complicating the interpretation of these results is both the lack of thorough empirical evaluations of alternatives to linearity as well as the results from cutpoint analyses that provide some potential indication for nonlinearity in the relationship between long-term $PM_{2.5}$ exposure and cardiovascular disease.

Two analyses of the C-R function for the relationship between $PM_{2.5}$ and CAC are available. Kaufman et al. (2016) generated a C-R curve using a thin plate regression spline with 5 degrees of freedom. The curve shows an increase in CAC with increasing long-term exposure to $PM_{2.5}$ and attenuation of the curve at higher concentrations (Figure 6-23). Dorans et al. (2016) reported a deviation from linearity such that log-transformed CAC increased with increasing $PM_{2.5}$ concentrations at lower concentrations ($<\sim$10 $\mu g/m^3$) while log-transformed CAC decreased with increasing $PM_{2.5}$ at higher concentrations (Figure 6-24). A restricted cubic spline with 5 knots was used to examine the shape curve. The concentration and variability in the $PM_{2.5}$ concentrations were notably lower in the Framingham Heart Study cohort than in the MESA population.

Chen et al. (2014a) examined the shape of the C-R function or the relationship between long-term $PM_{2.5}$ exposure and hypertension using a natural cubic spline with 2 degrees of freedom, as shown in Figure 6-25. The reference concentration for the HRs, which generally increase in a linear fashion, was 2.9 $\mu g/m^3$. In an analysis of IHD incidence, Cesaroni et al. (2014) restricted the data used in their meta-analysis of ESCAPE cohorts to include only those exposed below various thresholds. For the cohorts with participants exposed to <15 $\mu g/m^3$ average annual $PM_{2.5}$, the meta-analyzed HR for the association of long-term $PM_{2.5}$ exposure and IHD incidence was like the HR for the entire range of concentrations (1.19 [95% CI: 1.00, 1.42]).

00197470

**Table 6-51    Summary of epidemiologic studies examining the concentration-response relationship or conducting threshold analyses for long-term exposure to PM$_{2.5}$ and cardiovascular morbidity.**

| Study Location—Cohort (Table/Figure from Reference) | Outcome | Exposure PM$_{2.5}$ Mean: (Range) in µg/m$^3$ | Statistical Analysis Summary |
|---|---|---|---|
| Cesaroni et al. (2014) 11 cohorts Europe ESCAPE | IHD Incidence | NR | Restricted the meta-analysis to persons exposed below various thresholds. HR <15 µg/m$^3$ similar to the HR across the full range of concentrations |
| Kaufman et al. (2016) Six urban sites, U.S. MESA | CAC | Mean: 14.2 (range: 9.2−22.6) | Thin plate regression spline with 5 degrees of freedom. Attenuation at higher concentrations suggested |
| Dorans et al. (2016) Framingham Heart Study Offspring | CAC | Median: 10.7 IQR: (1.4) for 2003 | Restricted cubic spline with 5 knots. Nonlinear relationship of log CAC with long-term PM$_{2.5}$ concentration observed |
| Chen et al. (2014a) Ontario, Canada | Hypertension | Mean: 10.7 (range: 2.9−19.2) | Natural cubic spline with 2 degrees of freedom (reference concentration 2.9 µg/m$^3$). No evidence of departure from linearity across the range of concentrations |

CAC = coronary artery calcification; ESCAPE = European Study of Cohorts for Air Pollution Effects; HR = hazard ratio; IHD = ischemic heart disease; IQR = interquartile range; MESA = Multi-Ethnic Study of Atherosclerosis; µg/m$^3$ = micrograms per cubic meter; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

00197471



CAC = coronary artery calcification; µg/m³ = micrograms per cubic meter; NO₂ = nitrogen dioxide; NOₓ = oxides of nitrogen; PM₂.₅ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; ppb = parts per billion.

Source: Permission pending, Kaufman et al. (2016).

**Figure 6-23    The linear longitudinal association of long-term average PM₂.₅ concentrations with coronary artery calcification progression (Agatston units per year) across the range of concentrations.**

SECTION 6.2: Long-Term PM2.5 Exposure and Cardiovascular Effects
6-208

00197472



CAC = coronary artery calcification; µg/m³ = micrograms per cubic meter; PM₂.₅ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

Source: Permission pending, Dorans et al. (2016).

**Figure 6-24    Nonlinear association of annual average PM₂.₅ concentration (2003) and natural log-transformed coronary artery calcification.**

00197473



BMI = body mass index; COPD = chronic obstructive pulmonary disease; µg/m³ = micrograms per cubic meter; PM₂.₅ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; SES = socioeconomic status. The relative risks are adjusted covariates including sex, marital status, education, income, body mass index, physical activity, smoking, alcohol use, diet, race, urban residency, neighborhood-level socioeconomic status, unemployment rate, diabetes, and chronic obstructive pulmonary disease.

Source: Permission pending, Chen et al. (2014a).

**Figure 6-25    Concentration-response relationship between long-term PM₂.₅ exposure and incident hypertension.**

A number of recent studies have conducted analyses to inform the shape of the concentration-response relationship for the association between long-term exposure to PM₂.₅ and mortality, and are summarized in Table 6-52. Generally, most of the results from these analyses continue to support a linear, no-threshold relationship for cardiovascular mortality, especially at lower ambient

00197474

concentrations of $PM_{2.5}$. A number of the concentration-response analyses include concentration ranges $\leq 12$ µg/m³. For example, Lepeule et al. (2012) observed a linear, no-threshold concentration-response relationship for cardiovascular mortality in the most recent analysis of the Harvard Six Cities study, with confidence in the relationship down to a concentration of 8 µg/m³ (Figure 6-26). Similar linear, no-threshold concentration-response curves were observed for cardiovascular mortality in other studies (Thurston et al., 2016; Villeneuve et al., 2015; Cesaroni et al., 2013; Gan et al., 2011). However, some studies reported that the slope of the concentration-response function tended to be steeper at lower concentrations, especially for IHD mortality. For example, in Crouse et al. (2012), statistical tests did not provide evidence for departure from linearity in the concentration-response function for IHD, but the risk was greater (HR = 1.20) at lower concentrations (<10 µg/m³) than at higher concentrations (10−15 µg/m³) of $PM_{2.5}$ (Figure 6-27). Similar results were observed in other studies (Jerrett et al., 2016; Weichenthal et al., 2014b). Additional evidence to support a supralinear concentration-response relationship comes from a series of studies that looked at exposure to $PM_{2.5}$ from both ambient air pollution and cigarette smoke (Pope et al., 2011; Pope et al., 2009). These studies concluded that including the full concentration range of $PM_{2.5}$ from both ambient air pollution and cigarette smoking, it is clear that the relationship between long-term exposure and cardiovascular mortality cannot be adequately characterized as linear. The concentration-response relationship is much steeper at lower $PM_{2.5}$ concentrations (such as those due to ambient air pollution) than at the higher concentrations associated with cigarette smoking. This indicates the importance of considering the cause of death when characterizing the concentration-response relationship between long-term $PM_{2.5}$ exposure and cardiovascular mortality.

**Table 6-52    Summary of epidemiologic studies examining the concentration-response relationship or conducting threshold analyses for long-term exposure to PM2.5 and cardiovascular mortality.**

| Study Location—Cohort (Table or Figure from Reference) | Exposure PM2.5 Mean; (Range) in µg/m³ | Statistical Analysis Summary |
|---|---|---|
| Cesaroni et al. (2013) Italy—RoLS (Figure 2B) | Eulerian Dispersion Model (1 × 1 km) 23.0; (7.2−32.1) | Natural splines with 2, 3, or 4 df, compared goodness-of-fit using BIC and likelihood ratio test<br>No evidence of deviation from linearity; results similar for 2, 3, or 4 df |
| Crouse et al. (2012) Canada—CanCHEC (Figure 2A-D) | Ground monitors in 11 cities; satellite RS (10 × 10 km) 11.2; (1.9−19.2) | Natural splines with 2, 3, or 4 df, compared goodness-of-fit using BIC. Log function of $PM_{2.5}$ (ln[$PM_{2.5}$ + 1]) yielded lower BIC than each of the spline models<br>No evidence for departure from linearity for CVD or CBVD. Risk was higher (HR = 1.20) from 5 to 10 µg/m³, and lower (HR = 1.12) from 10 to 15 µg/m³ for IHD mortality |
| Gan et al. (2011) | LUR 4.08; (0−10.24) | Study subjects divided into quintiles based on $PM_{2.5}$ concentration |

SECTION 6.2: Long-Term PM2.5 Exposure and Cardiovascular Effects

00197475

**Table 6-52 (Continued): Summary of epidemiologic studies examining the concentration-response relationship or conduction threshold analyses for long-term exposure to $PM_{2.5}$ and cardiovascular mortality.**

| Study Location—Cohort (Table or Figure from Reference) | Exposure $PM_{2.5}$ Mean; (Range) in $\mu g/m^3$ | Statistical Analysis Summary |
|---|---|---|
| Canada—Metro Vancouver (Figure 1b) | | Consistent magnitude of RRs across quintiles suggests linearity. (Magnitude of effect is near null) |
| Jerrett et al. (2016) U.S.—ACS (Figures S2 and S3) | BME LUR: 12.0; (1.5–26.6) Satellite RS: 11.9; (1.9–24.6) | Natural splines with 2 df BME LUR curve is generally linear and has a steeper slope compared to the satellite RS curve, although slope decreases at concentrations above 20 $\mu g/m^3$; satellite RS curve is generally linear although slope begins to flatten for concentrations above has 13–15 $\mu g/m^3$ |
| Lepeule et al. (2012) U.S.—HSC (Supplemental Figure 1) | Ground monitor 15.9; (11.4–23.6) | Penalized spline models Linear relationship with exposures down to 8 $\mu g/m^3$. No evidence of a threshold. Highest confidence from 10–20 $\mu g/m^3$ based on greatest data density |
| Thurston et al. (2016) U.S.—NIH—AARP (Figure 2) | Hybrid LUR geo-statistical model 12.2; (2.9–28.0) | Natural spline plots with 4 df (Referent HR = 1.0 at mean exposure level) Observed linear relationship |
| Villeneuve et al. (2015) Canada—CNBSS (Figure 3) | Satellite RS (10 × 10 km) 9.1; (0.1–20.0) | C-R: Natural cubic spline functions with 3 df; threshold analysis: newly defined exposure variables based on concentration corresponding to the largest log-likelihood value from the Cox model Linear relationships for CVD and IHD mortality; threshold analysis demonstrates no improvement in fit over a no-threshold linear model for CVD and IHD mortality |
| Weichenthal et al. (2014b) U.S.—Ag Health (Figure 2) | Satellite RS (10 × 10 km) 8.84; (5.7–19.2) | Natural splines with 2 df. Natural splines with 3 and 4 df were examined but did not improve model fit Linear increase observed from 6 to 10 $\mu g/m^3$, with slope flattening out for concentrations between 10 and 14 $\mu g/m^3$ |

AARP = American Association of Retired Persons; ACS = American Cancer Society; BIC = Bayesian information criterion; BME = Bayesian maximum entropy; CanCHEC = Canadian Census Health and Environment Cohort; CBVD = cerebrovascular disease; CVD = cardiovascular disease; df = degrees of freedom; HSC = Harvard Six Cities; HR = hazard ratio; IHD = ischemic heart disease; km = kilometer; LUR = land use regression; $\mu g/m^3$ = micrograms per cubic meter; NIH = National Institute of Health; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 $\mu m$; RoLS = Rome Longitudinal Study; RS = remote sensing.

00197476



**PM₂.₅ (μg/m³) moving average (1−3 years)**

μg/m³ = micrograms per cubic meter; PM₂.₅ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Source: Reprinted with permission from Lepeule et al. (2012).

**Figure 6-26    Concentration-response relationship between long-term PM₂.₅ exposure and cardiovascular mortality in the Harvard Six Cities study using penalized splines (1974−2009).**

SECTION 6.2: Long-Term PM2.5 Exposure and Cardiovascular Effects

00197477



CanCHEC = Canadian Census Health and Environment Cohort; df = degrees of freedom; IHD = ischemic heart disease; µg/m³ = micrograms per cubic meter; ns = natural spline; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm. Mean PM$_{2.5}$: 8.7 µg/m³; natural splines with four degrees of freedom. Dotted lines indicate 95% confidence intervals.

Source: Reprinted with Permission from Crouse et al. (2012).

**Figure 6-27    Concentration-response curve for ischemic heart disease mortality in the CanCHEC study.**

### 6.2.17    Associations between PM$_{2.5}$ Components and Sources and Cardiovascular Effects

There were no studies that examined the association between PM$_{2.5}$ components and cardiovascular outcomes available for review in the 2009 PM ISA. A limited number of studies have been published since the previous review. Overall, this set of studies reports a range of findings from positive and statistically significant to null or negative (Figure 6-28). Figure 6-29 presents associations for specific

SECTION 6.2: Long-Term PM2.5 Exposure and Cardiovascular Effects

00197478

studies showing the lack of comparability across studies regarding the cardiovascular outcome and the component examined.

Wolf et al. (2015b) reported positive associations of PM$_{2.5}$ and PM$_{2.5}$ components with coronary events in the ESCAPE study. Gan et al. (2011) reported an association between long-term black carbon (BC) exposure and CHD hospitalizations but not between long-term PM$_{2.5}$ exposure and CHD hospitalizations in Vancouver, Canada. As discussed in Section 6.2.4 on atherosclerosis, Kaufman et al. (2016) reported a longitudinal association between exposure to PM$_{2.5}$ and CAC, but not between PM$_{2.5}$ and cIMT as indicated in the interim analysis of Adar et al. (2013). Consequently, associations of PM$_{2.5}$ components with cIMT (Kim et al., 2014; Sun et al., 2013) are not pictured in Figure 6-28. Kaufman et al. (2016) did not observe an association between black carbon (BC) and increased CAC. Wellenius et al. (2012b) reported significant associations of both 28-day avg PM$_{2.5}$ and 28-day avg BC exposure with resting supine DBP. Nonsignificant increases between both pollutants and resting supine SBP were also observed. Association between PM$_{2.5}$ and most measured components and DBP were observed among children (12 years old) participating in the PIAMA cohort in the Netherlands (Bilenko et al., 2015a). Positive associations between IL-6 and fibrinogen but not CRP or d-Dimer were observed for both PM$_{2.5}$ and BC (Hajat et al., 2015; Bind et al., 2012).



BC = black carbon; Cu = copper; Fe = iron; K = potassium; n = number of studies that provided an estimate; Ni = nickel; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; S = sulfur; Si = silica; V = vanadium; Zn = zinc.
Note: Bars represent the percent of associations across studies for PM$_{2.5}$ mass or PM$_{2.5}$ components for long-term exposure studies of cardiovascular outcomes where dark blue = statistically significantly positive, light blue = positive/null, light orange = null/negative, red = statistically significantly negative.

**Figure 6-28    Distribution of associations of long-term exposure to PM$_{2.5}$ and PM$_{2.5}$ component concentrations with cardiovascular outcomes.**

SECTION 6.2: Long-Term PM2.5 Exposure and Cardiovascular Effects

00197479



BC = black carbon; CAC = coronary artery calcification; CHD = coronary heart disease; CRP = C-reactive protein; Cu = copper; CVD = cardiovascular disease; DBP = diastolic blood pressure; Fe = iron; IL6 = interleukin 6; K = potassium; Ni = nickel; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; S = sulfur; SBP = systolic blood pressure; Si = silica; V = vanadium; Zn = zinc.

Note: Cells represent associations examined for studies of long-term exposure to $PM_{2.5}$ mass and $PM_{2.5}$ components and cardiovascular outcomes. Dark blue = statistically significant positive association; light blue = positive or null association; light orange = null or negative association; red = statistically significant negative association; gray = component not examined. Only $PM_{2.5}$ components for which there were at least three studies available were included in the table.

**Figure 6-29    Results of studies of long-term exposure to $PM_{2.5}$ and $PM_{2.5}$ component concentrations and cardiovascular outcomes.**

### Regional Heterogeneity

The 2009 PM ISA concluded that there is variation in both $PM_{2.5}$ mass and composition between cities and that the variation may be partly due to differences in $PM_{2.5}$ sources as well as meteorology and topography. Although east-west gradients were observed for PM components including $SO_4^{2-}$, OC, and $NO_3^-$, the amount of city-specific speciated $PM_{2.5}$ data was limited and did not explain the heterogeneous effect estimates for PM across locations. No national-scale studies that examined regional differences in the associations between long-term exposure to $PM_{2.5}$ and cardiovascular effects were included in the 2009 PM ISA, however, a large U.S.-based multicity study of short-term exposure and CVD hospital admissions provided evidence indicating larger risks in the Northeast than in the West, and multicity epidemiologic studies of cardiovascular mortality generally reported a similar pattern.

A limited number of studies published since the 2009 PM ISA have examined regional differences in the associations between long-term exposure and cardiovascular outcomes, including CHD and stroke. An analysis of region-specific HRs in the NHS indicated slight increases in the Northeast and the South compared with the Midwest and West, although confidence intervals were wide. In a sensitivity analysis restricted to more recent years (2000−2006), the regional differences were more pronounced. Note that Hart et al. (2015b) observed no overall association between long-term exposure to $PM_{2.5}$ and

00197480

incident CHD (HR: 1.01 95% CI: 0.96, 1.07). Feng and Yang (2012) compared prevalence odds ratios across nine U.S. regions and reported that the largest ORs for the associations with MI and CHD were in "east central" region of the U.S.

### Sources

The literature examining the relationship between sources of $PM_{2.5}$ and health effects that was included in the 2009 PM ISA was limited to a small number of studies examining the associations of traffic-related sources with mortality. The evidence provided by these studies was insufficient to distinguish specific sources that could be linked to health effects. Aguilera et al. (2016) reported an association between cIMT and $PM_{2.5}$ from traffic but not between cIMT and $PM_{2.5}$ from crustal sources. Positive cross-sectional associations of cIMT with traffic load and traffic intensity were reported in a meta-analysis of four ESCAPE cohorts. $PM_{2.5}$ from traffic exhaust was associated with readmission for MI in MINAP study in London (Tonne et al., 2015). However, these studies were not designed to evaluate whether long-term exposure to $PM_{2.5}$ traffic sources was more strongly or independently associated with cardiovascular effects.

#### 6.2.17.1    Toxicological Studies of Individual Components and Sources as Part of a Particulate Matter Mixture

Campen et al. (2014) exposed young, male ApoE$^{-/-}$ mice on a high fat, high cholesterol diet to motor vehicle exhaust (MVE), MVE with particles removed, sulfate particles, ammonium nitrate particles, or paved road dust at target concentrations of 300 $\mu g/m^3$ for 50 days (6 hours/day, 7 day/week). Given that the MVE exposures included gases, the focus of the discussion on this study is on those exposures that contained particles only. Measurements informative for biologic pathways of vascular toxicity, atherosclerosis, and coronary artery disease were obtained the day following the last exposure. Multiple Additive Regression Tree (MART) analysis was performed to assess the relationship between concentrations of individual components with the measurements of biological endpoints. Ultimately a "predictor values" of ranked components is produced based on the strength of their association with each biological marker. In addition, an estimated concentration-response curve is generated using the biological outcome and the predictor after accounting for the average effects of all other chemical predictors across their experimental exposure ranges. MART analysis chemical predictor variables include particle mass, ammonium, elements, nitrate, sulfate, EC, OC, particle phase organics (i.e., organic acids, organic phenols, organic sterols, organic sugars, organic hopanes, organic steranes, organic PAHs, organic nitro-PAHs, and organic alkanes). There were very few changes in biologic endpoints for the sulfate, ammonium nitrate or road dust exposures compared with control animals exposed to air. Compared with air controls, the sulfate exposure resulted in significant enhancement of Phenylephrine (PE)-induced contraction in mouse aortas, whereas ammonium nitrate exposure resulted in significantly diminished PE-induced contraction. Plaque area was also increased and linked to ammonium nitrate,

SECTION 6.2: Long-Term PM2.5 Exposure and Cardiovascular Effects

00197481

albeit the group size was quite small (as low as 3). Two measurements appeared dependent on PM (more so than the gases)—oxidized low-density lipoprotein and vasoconstriction. However, in general, MVE gases were required to elicit significant responses in toxicological measurements, and the PM alone did not seem to drive any of the statistically significant effects observed.

Chen et al. (2010) examined mice exposed to Manhattan, NY and Sterling Forest, NY (Tuxedo, NY) CAPs as a part of the NPACT study. They evaluated changes in HR and HRV parameters with source categories identified using factor analysis of 17 components (including $NO_2$ to identify a traffic factor). Seven factors were identified for Manhattan, NY and four factors for Sterling Forest, NY.

Table 6-53 shows general ECG results over the exposure period for each location and the identified source category. This is a semi-quantitative evaluation of the number of significant associations, given that there were 6 HR/HRV parameters (HR, SDNN, rMSSD, LF, HF, and LF:HF) analyzed over 4 different time periods (9:00 a.m.−2:00 p.m., 7:00 p.m.−10:00 p.m., 10:00 p.m.−1:00 a.m., 1:00 a.m.−3:00 a.m.) and three different lags (0, 1, and 2 days).

In looking at the two sites, long-range transport was associated with changes in cardiac function with both Manhattan, NY and Sterling Forest, NY CAPS. In contrast, the residual oil source factor was associated with the highest number of changes in HR and HRV in Manhattan, NY and the least in Sterling Forest, NY (albeit, it was a combined residual oil and traffic source factor). The number of occurrences of HR and HRV changes associated with soil was similar across the two sites, with most occurrences at lag 0 in Manhattan, NY and lag 1 in Sterling Forest, NY.

In another study of rats exposed to $PM_{2.5}$ CAPs in Detroit, for the summer months, 29 components were analyzed and PMF was used to investigate source factors (Rohr et al., 2011). Decreases in SDNN using 30-minute data were associated with four of six identified source factors: iron/steel manufacturing, sludge incinerator, cement/lime production, and gasoline and diesel-powered vehicles. The strongest association was with the vehicle source factor and no association was observed with the refinery or secondary sulfate source factors. As in summer, six source factors were identified in winter. However, there were differences in that sludge incinerator source was only identified in summer and the iron/steel manufacturing was a part of the gasoline and diesel powered-vehicles and metal processing in winter. Increased HR in winter was associated with a refinery source factor and decreased HR was associated with the sludge incineration, cement/lime production, and coal/secondary sulfate factors. For rMSSD, increases were associated with two factors: (1) coal/secondary sulfate and gasoline and (2) diesel-powered vehicles and iron/steel manufacturing.

00197482

**Table 6-53    Study results for identified source categories and occurrence of heart rate and heart rate variability changes (Chen et al., 2010).**

| Location | Identified Source Categories | General HR and HRV Results |
|---|---|---|
| Manhattan, NY | Incineration (Cu, Zn, Pb); soil (Al, Si, Ca); long-range transport (S, Se, Br, EC); iron-manganese (Fe, Mn); residual oil (V, Ni, EC); traffic (EC, NO₂); fireworks (K, Cu, Ba) | Residual oil had the most number of changes in HR/HRV (59) that were fairly evenly split across lags and time periods; long-range transport had the second most changes (45), with the majority at lag 0 and 1 day; traffic (30), FeMn (22), and incineration (21) were 3rd, 4th, and 5th for number of changes, respectively; FeMn had the greatest number of responses on lag 0, and incineration had the greatest number of responses at lag 1; HR/HRV changes attributed to soil (14) were nearly all observed on lag 0; fireworks was associated with 1 HR/HRV change at lag 0 during the 7 p.m.−10 p.m. time period |
| Sterling Forest, NY | Long-range transport (S, Se, Br, EC); residual oil/traffic (V, BC); Ni-refinery (Ni, Cr, Fe); Soil (Al, Si, Ca) | Long-range transport had twice the number of occurrences of HR/HRV changes (34) compared with the next source factor, Ni refinery (17); the most numerous changes were at lag 0 and 1 for long-range transport; the highest number of changes in HR/HRV for soil were observed at lag 1 (7 of 11); residual oil/traffic had the fewest counts of HR/HRV changes (3), all of which were observed at lag 0 in the 1 a.m.−4 a.m. time period |

Al = aluminum; Ba = barium; BC = black carbon; Br = bromine; Ca = calcium; Cl = chlorine; Cr = chromium; Cu = copper; EC = elemental carbon; Fe = iron; FeMn = ferro manganese; HR = heart rate; HRV = heart rate variability; K = potassium; Mg = magnesium; Mn = manganese; Na = sodium; Ni = nickel; NO₂ = nitrogen dioxide; Pb = lead; S = sulfur; Se = selenium; Si = silicon; V = vanadium; Zn = zinc.

In a study similar to that of Rohr et al. (2011) that took place in Steubenville, OH, approximately 30 $PM_{2.5}$ components were measured and used to identify source factors using PMF (Kamal et al., 2011). Six factors were identified: coal/secondary, incineration, lead, metal coating/processing, mobile sources, and iron/steel manufacturing. There was a distinct difference in source contribution and ECG effects based on wind direction. Increased HR was associated with SW winds and the metal processing factor, whereas decreased HR was associated with NE winds and incineration, lead, and iron/steel manufacturing factors. Decreased SDNN was associated with NE winds and the incineration factor and with SW winds and the metal factor. Increased rMSSD was only associated with combined winds and the iron/steel manufacturing factor.

### 6.2.18    Summary and Causality Determination

The evidence reviewed in the 2009 PM ISA provided the rationale to conclude that there is a "causal relationship between long-term $PM_{2.5}$ exposure and cardiovascular effects" (U.S. EPA, 2009).

SECTION 6.2: Long-Term PM2.5 Exposure and Cardiovascular Effects

00197483

Studies of mortality from cardiovascular causes provided the strongest evidence in support of this conclusion. While several studies included in the 2009 PM ISA reported associations between long-term $PM_{10}$ exposure and morbidity outcomes such as post-MI CHF and DVT, studies of $PM_{2.5}$ were limited. One large prospective study of postmenopausal women reported an increased risk of cardiovascular events, including CHD and stroke, in association with long-term exposure to $PM_{2.5}$ (Miller et al., 2007). Cross-sectional analyses provided supporting evidence and experimental studies demonstrating enhanced atherosclerotic plaque development and inflammation following long-term exposures to $PM_{2.5}$ CAPs provided biological plausibility for the epidemiologic findings. In addition, evidence from the limited number of toxicological studies reporting CAPs-induced effects on hypertension and vascular reactivity were drawn upon to support the causality determination. With respect to the current review, the evidence for the relationship between long-term exposure to $PM_{2.5}$ and cardiovascular effects is described below and summarized in Table 6-54, using the framework for causality determinations described in the Preamble to the ISAs (U.S. EPA, 2015).

The studies of long-term exposure to $PM_{2.5}$ and cardiovascular mortality continue to provide strong evidence of a *causal relationship* between long-term exposure to $PM_{2.5}$ and cardiovascular effects. Results from recent U.S. and Canadian cohort studies demonstrate consistent, positive associations between long-term $PM_{2.5}$ exposure and cardiovascular mortality (see Figure 6-19). Overall, the studies reporting positive associations examined the relationship at varying spatial scales and employed different exposure assessment and statistical methods (Section 6.2.10). The studies were conducted in locations where mean annual average concentrations ranged from $4.08-17.9$ $\mu g/m^3$. Generally, most of the $PM_{2.5}$ effect estimates relating long-term $PM_{2.5}$ exposure and cardiovascular mortality remained relatively unchanged or increased in copollutant models adjusted for ozone, $NO_2$, $PM_{10-2.5}$, or $SO_2$. In addition, most of the results from analyses examining the C-R function for cardiovascular mortality supported a linear, no-threshold relationship for cardiovascular mortality, especially at lower ambient concentrations of $PM_{2.5}$ (Table 6-52).

The body of literature examining the relationship between long-term $PM_{2.5}$ exposure and cardiovascular morbidity has greatly expanded since the 2009 PM ISA, with positive associations reported in several cohorts. The findings from the WHI cohort of postmenopausal women (Miller et al., 2007), reporting associations of long-term $PM_{2.5}$ and coronary events, were strengthened through a subsequent analysis, which considered potential confounding and modification by SES and applied enhanced exposure assessment methods (Chi et al., 2016a). However, analyses of the NHS and CTS, which are both cohorts of women and include extensive data on covariates (i.e., hormone use, menopausal status, and SES), were not entirely consistent with the WHI findings. Although the NHS cohort is comparable to WHI in that it is made of predominantly postmenopausal women, no associations with CHD or stroke were observed in this population (Hart et al., 2015b). An association with stroke, but not CHD, that was stronger among postmenopausal women was observed in the CTS (Lipsett et al., 2011). Several studies conducted among cardiovascular disease patient populations generally reported positive associations with MI (Hartiala et al., 2016; Tonne et al., 2015; Koton et al., 2013), and a sensitivity

00197484

analysis of the NHS restricted to women with diabetes detected a positive association with CHD. Although the evidence is not consistent across the populations studied, heterogeneity is expected when the methods, or the underlying distribution of covariates vary across studies (Higgins, 2008).

Longitudinal change in measures of atherosclerosis in relation to long-term exposure to $PM_{2.5}$ add to the collective evidence base (Hartiala et al., 2016; Kaufman et al., 2016; Gan et al., 2014; Künzli et al., 2010). Findings were somewhat variable across cohorts and depended, in part, on the vascular bed in which atherosclerosis was evaluated. Kaufman et al. (2016) reported an association of $PM_{2.5}$ with CAC among middle to older aged adults in the MESA study, while Dorans et al. (2016) reported no association in the Framingham Heart Study. Associations of long-term exposure to $PM_{2.5}$ with cIMT were not consistently observed across cohorts or between analyses of the same cohort with variable methods. Relationships between $PM_{2.5}$ and CIMT at younger ages were not observed. However, a recent toxicological study adds to similar evidence from the 2009 PM ISA by demonstrating increased plaque progression in $ApoE^{-/-}$ mice following long-term exposure to $PM_{2.5}$ collected from multiple locations across the U.S. (Section 6.2.4.2). Thus, this study provides direct evidence that long-term exposure to $PM_{2.5}$ may result in atherosclerotic plaque progression. This study is also coherent with the epidemiologic studies discussed above reporting positive associations between long-term exposure to $PM_{2.5}$ and indicators of atherosclerosis.

A small number of epidemiologic studies also report positive associations between long-term $PM_{2.5}$ exposure and heart failure (Section 6.2.5), blood pressure, and hypertension (Section 6.2.7). These heart failure studies are in agreement with animal toxicological studies demonstrating decreased cardiac contractility and function and increased coronary artery wall thickness following long-term $PM_{2.5}$ exposure (Section 6.2.5.2). Similarly, a limited number of animal toxicological studies demonstrating a relationship between long-term exposure to $PM_{2.5}$ and consistent increases in BP in rats and mice are coherent with epidemiologic studies reporting positive associations between long-term exposure to $PM_{2.5}$ and hypertension.

Longitudinal epidemiologic analyses also support the observation of positive associations with markers of systemic inflammation (Section 6.2.12), coagulation (Section 6.2.13), and endothelial dysfunction (Section 6.2.14). These results are in coherence with animal toxicological studies generally reporting increased markers of systemic inflammation and oxidative stress (Section 6.2.12.2), as well as with toxicological studies generally demonstrating endothelial dysfunction as evidenced by reduced vasodilation in response to acetylcholine (Section 6.2.14).

There is also consistent evidence from multiple epidemiologic studies that long-term exposure to $PM_{2.5}$ is associated with mortality from cardiovascular causes. Associations with CHD, stroke, and atherosclerosis progression were observed in several additional epidemiologic studies, providing coherence with the mortality findings. Results from copollutant models generally support the independence of the $PM_{2.5}$ associations. Additional evidence of the direct effect of $PM_{2.5}$ on the cardiovascular system is provided by experimental studies in animals, which in part, demonstrate

SECTION 6.2: Long-Term PM2.5 Exposure and Cardiovascular Effects

00197485

biologically plausible pathways by which long-term inhalation exposure to $PM_{2.5}$ could potentially result in outcomes such as CHD, stroke, CHF, and cardiovascular mortality (Section 6.2.1). **Together, these epidemiologic and experimental studies constitute strong evidence that a *causal relationship* exists between long-term exposure to $PM_{2.5}$ and cardiovascular effects.**

**Table 6-54    Summary of evidence for a *causal relationship* between long-term $PM_{2.5}$ exposure and cardiovascular effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | $PM_{2.5}$ Concentrations Associated with Effects[c] ($\mu g/m^3$) |
|---|---|---|---|
| Consistent epidemiologic evidence from multiple studies at relevant $PM_{2.5}$ concentrations | Positive associations between long-term $PM_{2.5}$ exposure and cardiovascular mortality in U.S. and Canadian cohorts; positive associations persisted after adjustment for common confounders. | Section 6.2.10<br>Figure 6-19 | Mean concentrations ranged from 4.08 (CCHS)—17.9 CA Teachers |
| | Positive associations observed in studies examining varying spatial scales and across different exposure assessment and statistical methods. | Section 6.2.10 | |
| Evidence from copollutant models generally supports an independent $PM_{2.5}$ association | Positive associations observed between long-term $PM_{2.5}$ exposure and cardiovascular mortality remain relatively unchanged after adjustment for copollutants.<br><br>Correlations with ozone were generally moderate to high (0.49−0.73).<br><br>When reported, correlations with $SO_2$, $NO_2$, and $PM_{10-2.5}$ ranged from weak to moderate ($r = 0.25-0.55$). | Section 6.2.15<br>Figure 6-21<br>Figure 6-22 | |
| Epidemiologic evidence supports a linear no-threshold concentration response (C-R) relationship. | Most analyses support a linear, no-threshold relationship for cardiovascular mortality, especially at lower ambient concentrations of $PM_{2.5}$.<br><br>Confidence in C-R relationship extends to 8 $\mu g/m^3$ in Harvard Six Cities study | Section 6.2.16<br>Lepeule et al. (2012) | |

00197486

**Table 6-54 (Continued): Summary of evidence for a *causal relationship* between long-term PM₂.₅ exposure and cardiovascular effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | PM₂.₅ Concentrations Associated with Effects[c] (µg/m³) |
|---|---|---|---|
| Inconsistent evidence from epidemiologic studies of CHD or stroke | Association with coronary events, CHD, and stroke (mortality and morbidity combined) that persist after adjustment for SES reported in the WHI study. Association with stroke but not CHD in the CA Teachers cohort No association with CHD or stroke in the NHS or HPFU | Section 6.2.2 Section 6.2.3 | Range: 13.4 – 17.8 |
| Generally consistent evidence of an association with CHD or stroke among those with pre-existing disease | Consistent associations with MI in patient populations Association among women with diabetes in NHS | Hartiala et al. (2016) Tonne et al. (2015) Koton et al. (2013) Hart et al. (2015b) | Mean: 15.5 Mean: 14.6 Mean: 23.9 Mean: 13.4 |
| Some, but not all, epidemiologic studies provide evidence for effect of long-term PM₂.₅ on CAC | Longitudinal change in CAC observed in MESA but not in Framingham Heart Offspring study | Section 6.2.4 Kaufman et al. (2016) Dorans et al. (2016) | Mean: 14.2 Median: 9.8 |
| Consistent evidence from animal toxicological studies at relevant PM₂.₅ concentrations | Consistent changes in measures of impaired heart function and blood pressure Additional evidence of atherosclerosis, systemic inflammation, changes in endothelial function | Section 6.2.5.2 Section 6.2.7.2 Section 6.2.4.2 Section 6.2.12.2 Section 6.2.14.2 | ~85−30 See Tables in identified sections |
| Generally consistent evidence for biological plausibility of cardiovascular effects | Strong evidence for coherence of effects across scientific disciplines and biological plausibility for a range of cardiovascular effects in response to long-term PM₂.₅ exposure. Includes evidence for impaired heart function, atherosclerosis, and increased blood pressure | Section 6.2.1 | |

CAC = coronary artery calcification; CCHS = Canadian Community Health Survey; CHD = coronary heart disease; HPFU = Health Professionals Follow-Up; MESA = Multi-Ethnic Study of Atherosclerosis; µg/m³ = micrograms per cubic meter; NHS = Nurses' Health Study; $NO_2$ = nitrogen dioxide; PM₂.₅ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; PM₁₀ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm; PM₁₀₋₂.₅ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; $r$ = correlation; SES = socioeconomic status; $SO_2$ = sulfur dioxide.

[a]Based on aspects considered in judgments of causality and weight of evidence in causal framework in Tables I and II of the Preamble.

[b]Describes the key evidence and references contributing most heavily to causality determination and, where applicable, to uncertainties or inconsistencies. References to earlier sections indicate where the full body of evidence is described.

[c]Describes the PM₂.₅ concentrations with which the evidence is substantiated.

SECTION 6.2: Long-Term PM2.5 Exposure and Cardiovascular Effects

00197487

## 6.3    Short-Term PM$_{10-2.5}$ Exposure and Cardiovascular Effects

The 2009 PM ISA concluded that the available evidence for short-term PM$_{10-2.5}$ exposure and cardiovascular effects was "suggestive of a causal relationship". This conclusion was based on several epidemiologic studies reporting associations between short-term PM$_{10-2.5}$ exposure and cardiovascular effects including ischemic heart disease (IHD) hospitalizations, supraventricular ectopy, and changes in heart rate variability (HRV). In addition, dust storm events resulting in high concentrations of crustal material were linked to increases in cardiovascular disease emergency department (ED) visits and hospital admissions. However, the last review noted some concerns with respect to the potential for exposure measurement error in these epidemiologic studies because of the methods used to estimate PM$_{10-2.5}$ concentrations. In addition, there was limited evidence of cardiovascular effects from the few experimental studies that examined short-term PM$_{10-2.5}$ exposures. Thus, in the last review, key uncertainties included the potential for exposure measurement error and biological plausibility of associations reported in epidemiologic studies.

Evidence published since the 2009 PM ISA continues to be *suggestive of, but not sufficient to infer, a causal relationship* between short-term exposures to PM$_{10-2.5}$ and cardiovascular effects. Since the publication of the 2009 PM ISA, there were a small number of epidemiologic studies reporting positive associations between exposure to PM$_{10-2.5}$ and IHD ED visits and hospital admissions. However, there is only limited evidence to suggest that these associations are independent of copollutant confounding. Similarly, there is only limited biological plausibility for IHD ED visits or hospital admissions from CHE, epidemiologic panel, and animal toxicological studies. Finally, like those studies evaluated in the 2009 PM ISA, the approaches used to estimate PM$_{10-2.5}$ concentrations continue to vary across studies leading to uncertainty regarding the extent to which exposure measurement error might be affecting the epidemiologic results.

The subsections below provide an evaluation of the most policy-relevant scientific evidence relating short-term PM$_{10-2.5}$ exposure to cardiovascular health effects. To clearly characterize and put this evidence into context, we first discuss the biological plausibility of cardiovascular effects following short-term PM$_{10-2.5}$ exposure (Section 6.3.1). Following this discussion, the health evidence relating short-term PM$_{10-2.5}$ exposure and specific cardiovascular health outcomes is discussed in detail. These outcomes include: ischemic heart disease and myocardial infarction (Section 6.3.2), heart failure and impaired heart function (Section 6.3.3), cardiac electrophysiology and arrhythmia (Section 6.3.4), cerebrovascular disease and stroke (Section 6.3.5), increased blood pressure and hypertension (Section 6.3.6), combinations of cardiovascular-related outcomes (Section 6.3.7), and cardiovascular-related mortality (Section 6.3.8). The evidence for an effect of PM$_{10-2.5}$ exposures on endpoints such as changes in heart rate variability (HRV) and endothelial function are then discussed (Section 6.3.9, Section 6.3.10, Section 6.3.11, and Section 6.3.12). Finally, the collective body of

00197488

evidence is integrated across and within scientific disciplines,[69] and the rationale for the causality
determination is outlined in (Section 6.3.13).

---

### 6.3.1    Biological Plausibility

This subsection describes the biological pathways that potentially underlie cardiovascular effects
resulting from short-term inhalation exposure to $PM_{10-2.5}$. Figure 6-30 graphically depicts these proposed
pathways as a continuum of pathophysiological responses—connected by arrows—that may ultimately
lead to the apical cardiovascular events observed in epidemiologic studies. This discussion of how
short-term exposure to $PM_{10-2.5}$ may lead these cardiovascular events also provides at least some
biological plausibility for the epidemiologic results reported later in Section 6.3. In addition, most studies
cited in this subsection are discussed in greater detail throughout Section 6.3. Note that the structure of
the biological plausibility sections and the role of biological plausibility in contributing to the
weight-of-evidence analysis used in the PM ISA are discussed in Preface Section P.3.2.1.

---

[69] As detailed in the Preface, risk estimates are for a 10-$\mu$g/m$^3$ increase in 24-hour avg $PM_{10-2.5}$ concentrations unless
otherwise noted.

00197489



HR = heart rate; HRV = heart rate variability; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm.

Note: The boxes above represent the effects for which there is experimental or epidemiologic evidence related to short-term $PM_{10-2.5}$ exposure, and the arrows indicate a proposed relationship between those effects. Shading around multiple boxes is used to denote a grouping of these effects. Arrows may connect individual boxes, groupings of boxes, and individual boxes within groupings of boxes. Progression of effects is generally depicted from left to right and color coded (gray = exposure; green = initial effect; blue = intermediate effect; orange = effect at the population level or a key clinical effect). Here, population-level effects generally reflect results of epidemiologic studies. When there are gaps in the evidence, there are complementary gaps in the figure and the accompanying text below.

**Figure 6-30    Potential biological pathways for cardiovascular effects following short-term exposure to $PM_{10-2.5}$.**

When considering the available health evidence, plausible pathways connecting short-term exposure to $PM_{10-2.5}$ to the apical events reported in epidemiologic studies are proposed in Figure 6-30. The first pathway begins as respiratory tract inflammation leading to systemic inflammation.[70] The second pathway involves activation of sensory nerves in the respiratory tract that leads to modulation of the autonomic nervous system. Once these pathways are initiated, there is evidence from experimental and observational studies that short-term exposure to $PM_{10-2.5}$ may result in a series of pathophysiological responses that could lead to cardiovascular events such as ED visits and hospital admissions for IHD and heart failure, and ultimately mortality.

Short-term exposure to $PM_{10-2.5}$ may cause respiratory tract inflammation (Section 5.2). Inflammatory mediators such as cytokines produced in the respiratory tract may then enter into the circulatory system where they can cause distal pathophysiological responses and contribute to overt cardiovascular disease (see Section 6.1.1). There is some evidence from a CHE study (Behbod et al.,

---

[70] It is also possible that soluble particle components can translocate directly into the circulatory system (Chapter 4) and lead to systemic inflammation, although the extent to which particle translocation occurs remains unclear.

00197490

2013) that following short-term exposure to $PM_{10-2.5}$, systemic inflammation may occur. Once in the circulation, inflammatory cytokines such as IL-6 can stimulate the liver to release coagulation factors that can alter hemostasis and increase the potential for thrombosis (see Section 6.1.1). It is therefore important to note evidence from a CHE (Graff et al., 2009) and an epidemiologic panel study (Huttunen et al., 2012) that following short-term exposure to $PM_{10-2.5}$, altered hemostasis may occur. Thus, the IHD- and heart failure-related ED visit and hospital admission associations reported in epidemiologic studies are at least plausible through a pathway that includes thrombosis (Figure 6-30). This potential pathway could also plausibly contribute to the development of MI or stroke (Figure 6-30).

In addition to short-term $PM_{10-2.5}$ exposure potentially leading to worsening of cardiovascular disease through respiratory tract inflammation, there is also evidence that short-term exposure to $PM_{10-2.5}$ could potentially lead to worsening of cardiovascular disease through the activation of sensory nerves in the respiratory tract (Chapter 5). Sensory nerve activation could cause modulation of the autonomic nervous system, leading to changes in BP, conduction abnormalities, or arrhythmia (see Section 6.1.1). It is therefore notable that there is a CHE study (Brook et al., 2014) that demonstrates autonomic nervous system modulation (as evidenced by changes in HRV and HR) following short-term $PM_{10-2.5}$ exposure. There is also evidence from CHE (Byrd et al., 2016; Zhong et al., 2015; Brook et al., 2014; Bellavia et al., 2013), epidemiologic panel (Zhao et al., 2015), and animal toxicological (Aztatzi-Aguilar et al., 2015) studies that short-term exposure to $PM_{10-2.5}$ is associated with increases in BP. Similarly, there is evidence from epidemiologic panel studies for indicators of arrhythmia (Bartell et al., 2013; Hampel et al., 2010) following short-term $PM_{10-2.5}$ exposure. This result is important because increases in BP (e.g., through shear stress induced thrombosis) and arrhythmia may worsen IHD and set the stage for heart failure.

Taken together, there are plausible pathways by which short-term exposure to $PM_{10-2.5}$ may worsen IHD or heart failure as well as contribute to the development of MI or stroke (Figure 6-30). These proposed pathways also provide biological plausibility for ED visits and hospital admissions following short-term $PM_{10-2.5}$ exposure. Nevertheless, the evidence supporting most of the individual events in these pathways is quite limited. This information will be used to inform a causality determination, which is discussed later in the chapter (Section 6.3.13).

### 6.3.2    Ischemic Heart Disease and Myocardial Infarction

As noted above (Section 6.1.2), IHD is characterized by reduced blood flow to the heart. The majority of IHD cases are caused by atherosclerosis (Section 6.2.4), which can lead to the blockage of the coronary arteries and thus restricting blood flow to the heart muscle. Also noted above (Section 6.1.2), an MI occurs as a consequence of IHD, resulting in insufficient blood flow to the heart that overwhelms myocardial repair mechanisms and leads to muscle tissue death. Additional information on IHD and MI can be found in Section 6.1.2.

00197491

As detailed below, recent studies add to existing evidence from the 2009 PM ISA that increases in $PM_{10-2.5}$ concentrations are associated with increases in ED visits and hospital admissions for IHD. However, results from copollutant models provide limited evidence that the observed associations are independent of other examined copollutants, including $PM_{2.5}$. Moreover, exposure measurement error remains an important uncertainty. There were no CHE or animal toxicological studies examining the relationship between short-term exposure to $PM_{10-2.5}$ and indicators of IHD or MI.

### 6.3.2.1    Emergency Department (ED) Visits and Hospital Admissions

The 2009 PM ISA reviewed a handful of studies that considered the association between $PM_{10-2.5}$ and IHD ED visits and hospital admissions that reported generally positive associations. A multicity study in France observed a 6.4% (95% CI: 1.6, 11.4) increase in hospital admissions for IHD at lag 0−1 (Host et al., 2007). Associations were also recorded in single-city studies in Detroit, MI (Ito, 2003) and Toronto (Burnett et al., 1999). On the other hand, one study in Atlanta observed no evidence of an association (Metzger et al., 2004). Additionally, one study examined $PM_{10-2.5}$ concentrations in relation to MI, and observed a positive but imprecise (i.e., wide 95% CI) association (Peters et al., 2001).

Several recent studies provide additional evidence for a positive association between short-term $PM_{10-2.5}$ exposure and IHD ED visits and hospital admissions. Specifically, $PM_{10-2.5}$ exposure was associated with IHD hospital admissions among U.S. Medicare beneficiaries in a multicity MCAPS study (Powell et al., 2015), as well as in single-city studies of IHD hospital admissions in Hong Kong, China and Kaohsiung, Taiwan (Chen et al., 2015b; Qiu et al., 2013). In the MCAPS study, $PM_{10-2.5}$ exposure was associated with a 0.74% (95% CI: 0.29, 1.20) increase in hospital admissions for IHD on the same day (Powell et al., 2015). The association was unchanged in copollutant models adjusting for $PM_{2.5}$. Qiu et al. (2013) also observed a positive association, which persisted but lost precision after adjustment for $PM_{2.5}$. In Kaohsiung, Taiwan, Chen et al. (2015b) considered nearly 23,000 hospital admissions for IHD and reported positive associations on cool and warm days. The observed associations were generally robust to adjustment for $NO_2$, $SO_2$, CO, and $O_3$ in copollutant models. One additional important uncertainty across the available studies remains exposure measurement error for $PM_{10-2.5}$. All studies used an indirect measure of $PM_{10-2.5}$ (the difference between county- or area-averaged $PM_{10}$ and $PM_{2.5}$ measurements or the difference between concentrations measured at single $PM_{10}$ and $PM_{2.5}$ monitors). Chen et al. (2015b) indicated the monitors were collocated, although it was unclear if these authors relied on the difference from collocated monitors before the spatial averaging was done, or if the spatial averaging of the $PM_{10}$ and $PM_{2.5}$ monitors was done first, and then the difference was taken. Overall, it remains unclear how exposure measurement error may be affected by differing approaches for assigning $PM_{10-2.5}$ exposure in these studies (Section 3.3.1).

00197492

### 6.3.3    Heart Failure and Impaired Heart Function

As noted above (Section 6.1.3), heart failure refers to a set of conditions in which the heart's pumping action is weakened. In CHF, the flow of blood from the heart slows and fails to meet the oxygen demands of the body; returning blood can back up, causing swelling or edema in the lungs or other tissues (typically in the legs and ankles). Additional information on heart failure can be found in Section 6.1.3.

As detailed below, recent studies add to existing evidence from the 2009 PM ISA that increases in $PM_{10-2.5}$ concentrations are associated with increases in ED visits and hospital admissions for heart failure. However, results from copollutant models provide limited evidence that the observed associations are independent of other examined copollutants, including $PM_{2.5}$. Moreover, exposure measurement error remains an important uncertainty. There were no CHE or animal toxicological studies examining the relationship between short-term exposure to $PM_{10-2.5}$ and indicators of heart failure included in the 2009 PM ISA.

### 6.3.3.1    Emergency Department (ED) Visits and Hospital Admissions

The 2009 PM ISA reviewed one study examining the association between $PM_{10-2.5}$ and ED visits and hospital admissions for heart failure. In the Atlanta, GA-based SOPHIA study, Metzger et al. (2004) observed weak and imprecise positive associations between coarse PM concentrations and ED visits for congestive heart failure (CHF). Since the release of the 2009 PM ISA, few recent studies are available for review. In the 110-county national Medicare cohort (MCAPS) study, Powell et al. (2015) reported a 0.40% (95% CI: −0.06, 0.87) increase in heart failure hospitalizations associated with $PM_{10-2.5}$ concentrations on the same day (measured by the difference of collocated $PM_{10}$ and $PM_{2.5}$ monitors). The association was attenuated in magnitude and precision, but still positive, in a two-pollutant model adjusting for $PM_{2.5}$. In a much smaller study in Taipei, Taiwan, Chen et al. (2015b) also observed positive associations between $PM_{10-2.5}$ (measured by the difference of collocated $PM_{10}$ and $PM_{2.5}$ monitors) and CHF hospitalizations on both warm and cold days. The associations were robust in copollutant models adjusting for $SO_2$ and were attenuated, but still positive, in two-pollutant models adjusting for $NO_2$, CO, and $O_3$. Overall, recent studies provide limited evidence supporting an association between $PM_{10-2.5}$ and ED visits and hospital admissions for heart failure. Results from copollutant models also provide limited evidence that the observed associations are independent of other examined copollutants; however, additional studies would be useful in providing more certainty regarding the nature of the association and addressing potential exposure measurement error from $PM_{10-2.5}$ measurements.

00197493

### 6.3.3.2    Toxicological Studies of Impaired Heart Function

There were no animal toxicological studies in the 2009 PM ISA (U.S. EPA, 2009) that examined the effect of short-term exposure to $PM_{10-2.5}$ on heart function. Since the publication of that document, Aztatzi-Aguilar et al. (2015) did not find an appreciable difference relative to control animals in expression of alpha skeletal actin (*Acta1*), or collagen-3 (*Col3a1*), two genes know to respond during pathological states of cardiac damage. Thus, this study does not provide evidence of potential decreases in heart function following short-term $PM_{10-2.5}$ exposure. More information on this recently published study can be found in Table 6-55 below.

**Table 6-55    Study-specific details from toxicological studies of short-term $PM_{10-2.5}$ exposure and impaired heart function.**

| Study | Study Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Aztatzi-Aguilar et al. (2015) | Adult Sprague-Dawley rats, M, n = 4 per treatment group | $PM_{10-2.5}$: 107 µg/m³ collected from a high traffic and industrial area north of Mexico City in early summer. 5 h/day for 3 days. Animals were sacrificed 24 h after final exposure. | *Acta1* and *Col3a1* gene expression |

*Acta1* = skeletal alpha-actin; *Col3a1* = collagen Type 3 alpha; h = hour; n = number; M = male; µg/m³ = micrograms per cubic meter; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm.

### 6.3.4    Ventricular Depolarization, Repolarization, and Arrhythmia

Experimental and epidemiologic panel studies typically use surface ECGs to measure electrical activity in the heart resulting from depolarization and repolarization of the atria and ventricles. The P wave of the ECG represents atrial depolarization, while the QRS represents ventricular depolarization, and the T wave represents ventricular repolarization. See Section 6.1.4 for more information on ECG, arrhythmia, and experimental measures of conduction abnormalities.

In the 2009 PM ISA, the evidence for arrhythmia related to short-term exposures to $PM_{10-2.5}$ was limited to a study reporting no associations between short-term $PM_{10-2.5}$ exposure and the risk of hospitalization for arrhythmia, and a panel studies demonstrating positive associations for ventricular arrhythmias. Since the 2009 PM ISA, there have been a few epidemiologic studies examining the relationship between short-term $PM_{10-2.5}$ exposure and arrhythmia-related hospital admissions. Although these studies generally show positive associations, uncertainties with respect to copollutant confounding

00197494

and exposure measurement error remain. In addition, two panel epidemiologic studies only provide limited evidence of associations between short-term exposure to $PM_{10-2.5}$ and indicators of arrhythmia.

With respect to cardiac arrest, there were no studies included in the 2009 PM ISA, and studies published since the last review are limited and inconsistent (i.e., there are only a few studies that examined this endpoint, and the results of those few studies are not in agreement).

### 6.3.4.1    Emergency Department (ED) Visits and Hospital Admissions for Arrhythmia and Out-of-Hospital Cardiac Arrest

A number of studies based on administrative databases have evaluated the association between short-term $PM_{10-2.5}$ concentrations and the risk of hospital admissions for cardiac arrhythmias (also known as dysrhythmias). In these studies, a primary discharge diagnosis of ICD-9 427 has typically been used to identify hospital admissions for cardiac arrhythmias. ICD-9 427 includes a heterogeneous group of arrhythmias, including paroxysmal ventricular or supraventricular tachycardia, atrial fibrillation and flutter, ventricular fibrillation and flutter, cardiac arrest, premature beats, and sinoatrial node dysfunction.

As reported in the 2009 PM ISA, Halonen et al. (2009) did not observe a positive association between $PM_{10-2.5}$ and risk of hospital admissions for arrhythmias in Helsinki, Finland. Since the 2009 PM ISA, there have been few recent studies published on the association between $PM_{10-2.5}$ exposure and arrhythmia. In a large national Medicare cohort (MCAPS) study, Powell et al. (2015) found a positive association between $PM_{10-2.5}$ and arrhythmia-related hospital admissions (ERR: 0.94% [95% CI: 0.40, 1.48] associated with $PM_{10-2.5}$ concentrations on the same day, measured by the difference of collocated $PM_{10}$ and $PM_{2.5}$ monitors). The association was robust to adjustment for $PM_{2.5}$ in a two-pollutant model. In Kaohsiung, Taiwan, Chen et al. (2015b) reported positive associations between $PM_{10-2.5}$ (measured by the difference of collocated $PM_{10}$ and $PM_{2.5}$ monitors) and hospital admissions for arrhythmias on cool days. In copollutant models, the observed association was robust to adjustment for $SO_2$, $NO_2$, and $O_3$, and attenuated but still positive after adjustment for CO.

#### 6.3.4.1.1    Out-of-Hospital Cardiac Arrest

The majority of out-of-hospital cardiac arrests are due to cardiac arrhythmias. The 2009 PM ISA did not review any epidemiologic studies of ambient $PM_{10-2.5}$ concentrations and risk of OHCA. More recent evidence is limited and inconsistent. In two recent studies, Rosenthal et al. (2013) and Raza et al. (2014) did not observe positive associations between $PM_{10-2.5}$ (measured by the difference of collocated $PM_{10}$ and $PM_{2.5}$ monitors) and OHCA in Helsinki, Finland and Stockholm, Sweden, respectively. In contrast, Dennekamp et al. (2010) and Wichmann et al. (2013) observed positive and imprecise associations between $PM_{10-2.5}$ and OHCA. Dennekamp et al. (2010) reported a 1.7% (95% CI: −1.8, 5.3)

00197495

increase in hospital admissions on the same day in Melbourne, Australia, while Wichmann et al. (2013) observed a 9.0% (95% CI: −0.7, 19.5) increase in hospital admissions at lag 3 in Copenhagen, Denmark.

### 6.3.4.2    Epidemiologic Studies for Arrhythmia and Conduction Abnormalities

The evidence for associations between arrhythmia and conduction abnormalities and $PM_{10-2.5}$ is very limited across the current review and in the 2009 PM ISA (U.S. EPA, 2009). Metzger et al. (2007) published a study demonstrating positive associations between ventricular arrhythmias and exposure to $PM_{10-2.5}$ in patients in Atlanta, GA, as described in the 2009 PM ISA (U.S. EPA, 2009). A recently published study by Bartell et al. (2013) used personal, size-fractionated PM measurements and found that 24-hour $PM_{10-2.5}$ was associated with ventricular tachyarrhythmia (RR: 1.20 [95% CI: 0.90, 1.59]), but null associations were observed for 1-day (RR: 0.87 [95% CI: 0.71, 1.06]) or 2-day lags (RR: 0.97 [95% CI: 0.66, 1.44]). Hampel et al. (2010) reported positive associations between 24−47-hour average $PM_{10-2.5}$, determined using the difference method, with QTc (0.8% [95% CI: 0.3, 1.3]) but not for 0−23-hour averages or 3- to 5-day averages.

### 6.3.5    Cerebrovascular Disease and Stroke

Cerebrovascular disease typically includes conditions classified under ICD10 codes I60-I69 (ICD 9: 430−438) such as hemorrhagic stroke, cerebral infarction (i.e., ischemic stroke) and occlusion of the precerebral and cerebral arteries. Ischemic stroke results from an obstruction within a blood vessel that supplies oxygen to the brain, potentially leading to infarction, and accounts for most of all strokes (Goldberger et al., 2008). Hemorrhagic stroke is less common but results to a disproportionate amount of fatalities. Additional information on cerebrovascular disease and stroke can be found in Section 6.1.5.

The 2009 PM ISA did not review any epidemiologic studies of short-term exposure to $PM_{10-2.5}$ emergency department visits and hospital admissions visits for cerebrovascular disease (CBVD). In the current review, a limited number of studies provide inconsistent evidence regarding the presence of an association. Moreover, there are uncertainties with respect to copollutant confounding and exposure measurement error.

### 6.3.5.1    Emergency Department (ED) Visits and Hospital Admissions

A limited number of recent studies provide inconsistent evidence regarding the presence of an association between short-term $PM_{10-2.5}$ exposure and ED visits and hospital admissions for CBVD. Studies in Rome, Italy (Alessandrini et al., 2013) and Kaohsiung, Taiwan (Chen et al., 2015b) reported some evidence of an association between short-term $PM_{10-2.5}$ concentrations and ED visits and hospital

00197496

admissions for CBVD. Alessandrini et al. (2013) considered 26,557 hospital admissions for CBVD in the context of Saharan dust outbreaks and observed a 1.6% (95% CI: −0.6, 3.8) increase in risk of hospital admissions associated with $PM_{10-2.5}$ concentrations measured on the same day. The association was larger in magnitude, but less precise (i.e., wide 95% CIs) on days with high Saharan dust levels, although effect measure modification by Saharan dust level was not statistically significant. Chen et al. (2015b) also evaluated approximately 25,000 hospitalizations for CBVD and reported associations with $PM_{10-2.5}$ concentrations on both warm and cool days, with a larger magnitude association observed on warm days. The observed association on warm days was robust to adjustment for $SO_2$ and $O_3$ and attenuated, but still positive, after adjustment for $NO_2$ and CO in copollutant models. Additional studies conducted in China reported inconsistent evidence of an association (Huang et al., 2016; Qiu et al., 2013). Huang et al. (2016) reported a positive association between $PM_{10-2.5}$ concentrations and stroke ED visits (lag 0) when adjusted for CO or $NO_2$ in Beijing, China. Additionally, when examining ischemic and hemorrhagic stroke subtypes, Huang et al. (2016) observed positive associations at lag 0, while associations were attenuated but still positive, or null, at longer lag periods (lag 1 to lag 3). Furthermore, the authors also reported consistently stronger associations across lag periods for ED visits on days when the temperature was greater than 13.5°C. In contrast to the studies in Rome, Kaohsiung, and Beijing, a study of over 100,000 ED visits in Hong Kong, China reported a null association between CBVD hospital admissions and $PM_{10-2.5}$ concentrations (Qiu et al., 2013). One additional important uncertainty across the available studies remains the use of an indirect measure of $PM_{10-2.5}$ and the potential for exposure measurement error for $PM_{10-2.5}$ (Section 3.3.1). Overall, there remains limited and inconsistent evidence of an association between $PM_{10-2.5}$ and CBVD.

### 6.3.6    Blood Pressure and Hypertension

High blood pressure results in the increased force on the artery walls and can damage the blood vessels and increase risk for cardiovascular disease and stroke. Hypertension typically develops over years and is the clinically relevant blood pressure outcome, defined as SBP above 140 mm Hg or DBP above 90 mm Hg. Nevertheless, small population-level changes in blood pressure, even in the absence of clinical hypertension, can have large effects on clinical outcome prevalence (Rose, 1985). Additional information on blood pressure and hypertension can be found in Section 6.1.6 and Section 6.2.7.

There was a single epidemiologic panel study in the 2009 PM ISA, which found a decrease in SBP following short-term $PM_{10-2.5}$ exposure (U.S. EPA, 2009). Since the publication of the 2009 PM ISA, an epidemiologic panel study and a few CHE studies provide some evidence of an effect of short-term $PM_{10-2.5}$ exposure on measurements of blood pressure. In addition, an animal toxicological study also reported that short-term exposure to $PM_{10-2.5}$ could result in changes in the blood pressure regulating renin-angiotensin system at the mRNA level. Thus, studies published since the completion of the 2009 PM ISA provide some additional evidence that short-term exposure to $PM_{10-2.5}$ may result in changes in BP.

00197497

### 6.3.6.1    Epidemiologic Studies of Changes in Blood Pressure (BP)

For the 2009 PM ISA (U.S. EPA, 2009), a single study was evaluated (Ebelt et al., 2005) that examined the association between BP and $PM_{10-2.5}$. Ebelt et al. (2005) reported decreases in SBP relative to $PM_{10-2.5}$ determined using the subtraction method. A recent panel study examined cardiovascular effects among people with diabetes and short-term exposure to $PM_{10-2.5}$ (calculated by the subtraction method) in Shanghai where daily averages of $PM_{2.5}$ and $PM_{10-2.5}$ during the study period were 60 $\mu g/m^3$ and 19 $\mu g/m^3$, respectively. Specific lags of 0−2, 3−6, 7−12, and 13−24 hours were positively associated with DBP but associations with SBP and PP across lags were null (Zhao et al., 2015).

### 6.3.6.2    Controlled Human Exposure Studies of Changes in Blood Pressure (BP)

In the 2009 PM ISA (U.S. EPA, 2009), there were no CHE studies that examined the effect of $PM_{10-2.5}$ on blood pressure. Since the last review, there have been studies examining changes in blood pressure in response to short-term exposure to urban (Byrd et al., 2016; Bellavia et al., 2013), as well as rural (Brook et al., 2014) $PM_{10-2.5}$.

In response to urban $PM_{10-2.5}$, Bellavia et al. (2013) reported small, but significant ($p = 0.03$) elevations in SBP, but not DBP. These results are generally in agreement with an additional study of urban $PM_{10-2.5}$. Byrd et al. (2016) found exposure to urban $PM_{10-2.5}$ resulted in small (~1−3 mm Hg), increases in SBP ($p < 0.001$), DBP ($p < 0.001$), and pulse pressure ($p = 0.03$) when compared with FA.

Changes in blood pressure were also demonstrated in a CHE study of rural $PM_{10-2.5}$. Brook et al. (2014) reported an increase in both SBP ($p = 0.021$) and DBP ($p = 0.05$) during the exposure period when compared to FA [results were reiterated in Morishita et al. (2015b)]. In addition, pooled blood pressure results from Brook et al. (2014) and Byrd et al. (2016) showed that changes in blood pressure in response to urban $PM_{10-2.5}$ were on average significantly greater throughout $PM_{10-2.5}$ exposure than those changes observed throughout the exposure to rural $PM_{10-2.5}$ [Byrd et al. (2016); $p < 0.001$].

The CHE studies presented in the current ISA provide evidence of a small, but reproducible effect of urban and rural $PM_{10-2.5}$ exposure on BP elevation in healthy adults. Biological components present in PM may at least partially account for changes in BP. That is, Zhong et al. (2015) examined whether PM effects on BP were associated with endotoxin and β-1,3-d-glucan present in PM. After adjusting for total exposure mass, results indicated endotoxin was associated with increases in SBP 30-minutes postexposure, and DBP for up to 20 hours postexposure. β-1,3-d-glucan was only associated with an increase in DBP 30 minutes postexposure. Finally, increases in BP could also be associated with hypomethylation. Bellavia et al. (2013) found toll-like receptor 4 (TLR4) hypomethylation (which can be a marker for increased inflammation) in response to $PM_{10-2.5}$ CAP exposure and an association between

00197498

TLR4 hypomethylation and increases in SBP and DBP. More information on studies published since the 2009 PM ISA can be found in Table 6-56 below.

**Table 6-56    Study-specific details from controlled human exposure studies of short-term PM$_{10-2.5}$ exposure and blood pressure.**

| Study | Population | Exposure Details (Concentration; Duration) | Endpoints Examined |
|---|---|---|---|
| Bellavia et al. (2013) | Healthy adults n = 8 M, 7 F 18–60 yr 27.7 ± NA | ~200 µg/m$^3$ PM$_{10-2.5}$ for 130 min at rest PM collected from a busy street in Toronto, Canada | BP: 10 min pre-exposure, 5 min postexposure DNA methylation: 1 h postexposure |
| Byrd et al. (2016) | Healthy adults n = 20 M, 9 F 18–50 yr 30 ± 8.2 | 164.2 ± 80.4 µg/m$^3$ PM$_{10-2.5}$ CAP for 2 h CAP from urban Dearborn, MI | BP: every 7 min during exposure, postexposure, 2 h postexposure Vascular function: postexposure, 2 h postexposure |
| Brook et al. (2014) | Healthy adults n = 16 M, 16 F 18–46 yr 25.9 ± 6.6 | 76.2 ± 51.5 µg/m$^3$ PM$_{10-2.5}$ for 2 h CAPs from rural Dexter, MI | BP: every 10 min during exposure, postexposure, and 2 h postexposure |
| Morishita et al. (2015b) | Healthy adults n = 16 M, 16 F 18–46 yr 25.9 ± 6.6 | 76.2 ± 51.5 µg/m$^3$ PM$_{10-2.5}$ CAP for 2 h CAP from rural Dexter, MI | Relationship between PM$_{10-2.5}$ components and changes in BP |
| Zhong et al. (2015) | Healthy adults n = 23 M, 27 F 18–60 yr | Endotoxin and β-1,3-d-glucan associated with 200 µg/m$^3$ PM$_{10-2.5}$ CAP exposure for 130 min at rest CAP collected from a heavy-traffic 4-lane street in Toronto | BP: pre-exposure, 0.5 h and 20 h postexposure |

BP = blood pressure; CAP = concentrated ambient particle; CHE = controlled human exposure; DNA = deoxyribonucleic acid; F = female; h = hour; M = male; µg/m$^3$ = micrograms per cubic meter; min = minute; n = number; NA = not applicable; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; yr = year.

### 6.3.6.3    Toxicological Studies of Changes in Blood Pressure (BP)

There were no animal toxicological studies in the 2009 PM ISA examining the effect of PM$_{10-2.5}$ CAP exposure on measures of BP. Since the publication of that document, Aztatzi-Aguilar et al. (2015)

SECTION 6.3: Short-Term PM10−2.5 Exposure and Cardiovascular Effects
6-235

00197499

exposed rats to $PM_{10-2.5}$ and reported that *Ace* and *B1r*, but not *At1r* mRNA levels in the heart were increased ($p < 0.05$). Thus, there is limited evidence at the mRNA level that exposure to $PM_{10-2.5}$ can result in changes to the renin-angiotensin system, which could then affect blood pressure. More information on this study can be found in Table 6-57 below.

**Table 6-57    Study-specific details from toxicological studies of short-term PM$_{10-2.5}$ exposure and blood pressure.**

| Study | Study Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Aztatzi-Aguilar et al. (2015) | Adult Sprague-Dawley rats, M, n = 4 per treatment group | Inhalation of 107 µg/m³ $PM_{10-2.5}$ for 5 h/day for 3 days | Angiotensin and bradykinin system gene expression |

BP = blood pressure; h = hour; M = male; µg/m³ = micrograms per cubic meter; n = number; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm.

### 6.3.7    Combinations of Cardiovascular-Related Emergency Department (ED) Visits and Hospital Admissions

Many epidemiologic studies consider the composite endpoint of ED visits and hospital admissions for all cardiovascular diseases, including diseases of the circulatory system. This endpoint generally encompasses ED visits and hospital admissions for ischemic heart disease, MI, PVD, heart failure, arrhythmia, CBVD and stroke, and diseases of pulmonary circulation. A smaller body of studies examines the endpoint of cardiac diseases, a subset of CVD that specifically excludes hospitalizations for cerebrovascular disease, peripheral vascular disease, and other circulatory diseases not involving the heart or coronary circulation. The 2009 PM ISA reviewed a limited number of studies on $PM_{10-2.5}$ and CVD ED visits and hospital admissions. In 108 U.S. counties with collocated $PM_{10}$ and $PM_{2.5}$ monitors, Peng et al. (2008) reported a 0.8% (95% CI: 0.6, 1.0) increase in risk of CVD hospital admissions among Medicare beneficiaries associated with $PM_{10-2.5}$ concentrations on the same day. A positive association was also observed in six French cities, but the association was much less precise (Host et al., 2008). Tolbert et al. (2007) did not find evidence of an association between $PM_{10-2.5}$ exposure and CVD ED visits and hospital admissions in Atlanta, GA. Recent multicity studies focus on overall CVD visits and provide some evidence that $PM_{10-2.5}$ may be associated with increased risk of cardiovascular-related hospital admissions, while results from single-city studies are inconsistent (Table 6-58).

00197500

**Table 6-58    Epidemiologic studies of short-term PM$_{10-2.5}$ exposure and hospital admissions and emergency department visits for cardiovascular disease.**

| Study Reference, Location, Study Period, ICD Codes for Outcomes | Exposure Assessment | Mean PM$_{10-2.5}$ Concentrations µg/m$^3$ | Effect Estimates 95% CI | Copollutant Examination |
|---|---|---|---|---|
| †Powell et al. (2015) 110 U.S. counties (1999−2010) ICD: 430−438, 428, 426−427, 410−414, 429, 440−448 | Concentrations from monitors in county averaged Number NR PM$_{10-2.5}$ calculated by difference in PM$_{10}$ and PM$_{2.5}$ (collocated) | 24-h avg:12.78 75th: 15.84 | Lag 0: 1.007 (1.005, 1.009) | Correlation ($r$): NA Copollutant models with: PM$_{2.5}$ |
| †Stafoggia et al. (2013) Eight European cities (2001−2010) ICD: 390−459/I00−I99 | Concentrations from monitors in city averaged Number NR PM$_{10-2.5}$ calculated by difference in PM$_{10}$ and PM$_{2.5}$ (collocated) | 24-h avg: 9.3 to 17.5 (across eight cities) | Lag 0−1: 1.007 (1.002, 1.013) | Correlation ($r$): NO$_2$: 0.17−0.57, PM$_{2.5}$: >0.5 Copollutant models with: O$_3$, NO$_2$, PM$_{2.5}$ |
| †Lanzinger et al. (2016b) Five central and eastern European cities (2011−2012; 2012−2013; 2013−2014 vary by city) ICD: I00−I99 | 1 monitor in Prague, other cities NR. PM$_{10-2.5}$ calculated by difference in PM$_{10}$ and PM$_{2.5}$ (collocated) | 24-h avg: 9.3 to 17.5 (across eight cities) | Lag 2−5: 1.030 (0.989, 1.074) | Correlation ($r$): PM$_{2.5}$: 0.40−0.61, PM$_{10}$: 0.58−0.78, NO$_2$: 0.37−0.43 Copollutant models with: NA |
| †Alessandrini et al. (2013) Rome, Italy (2001−2004) ICD: 390−429 | 1 monitor PM$_{10-2.5}$ calculated by difference in PM$_{10}$ and PM$_{2.5}$ (collocated) | 24-h avg: 14.6 and 20.7 on Saharan dust-free and dust-affected days, respectively | Lag 0−1: 1.036 (1.015, 1.058) | Correlation ($r$): PM$_{2.5}$: 0.25, PM$_{10}$: 0.83 Copollutant models with: NA |
| †Atkinson et al. (2010) London, England (2000−2005) ICD: I00−I99 | 1 monitor PM$_{10-2.5}$ calculated by difference in PM$_{10}$ and PM$_{2.5}$ (collocated) Nonprimary PM considered regional source, measured from primary to NO$_X$ ratio | 24-h avg Median: 7.0 IQR: 5.0 75th: 10.0 | No quantitative results; results presented graphically. Null or negative associations at individual lags 0 through 6. | Correlation ($r$): PM$_{10}$: 0.52, PM$_{2.5}$: 0.22 Copollutant models with: NA |

00197501

**Table 6-58 (Continued): Epidemiologic studies of short-term PM$_{10-2.5}$ exposure and hospital admission and emergency department visits for cardiovascular disease.**

| Study Reference, Location, Study Period, ICD Codes for Outcomes | Exposure Assessment | Mean PM$_{10-2.5}$ Concentrations µg/m$^3$ | Effect Estimates 95% CI | Copollutant Examination |
|---|---|---|---|---|
| †Rodopoulou et al. (2014)<br>Doña Ana County, NM (2007−2010)<br>ICD: 390-459 | Concentrations from monitors in county averaged<br>3 monitors<br>PM$_{10-2.5}$ calculated by difference in PM$_{10}$ and PM$_{2.5}$ | 24-h avg: 9.4<br>Max: 368.5 | Lag 1: 1.015 (0.993, 1.039) | Correlation ($r$): NA<br>Copollutant models with: NA |
| †Qiu et al. (2013)<br>Hong Kong, China (2000−2005)<br>ICD: 390-459 | 1 monitor<br>PM$_{10-2.5}$ calculated by difference in PM$_{10}$ and PM$_{2.5}$ (collocated) | 24-h avg: 16.6<br>75th: 20.9 | Lag 0−1: 1.014 (1.005, 1.022) | Correlation ($r$): NA<br>Copollutant models with: PM$_{2.5}$ |

avg = average; CI = confidence interval; h = hour; ICD = implantable cardiac device; IQR = interquartile range; µg/m$^3$ = micrograms per cubic meter; NA = not applicable; NO$_2$ = nitrogen dioxide; NO$_x$ = oxides of nitrogen; NR = not reported; O$_3$ = ozone; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; PM$_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm

Studies are listed in the order that they are discussed in the text. †Studies published since the 2009 PM ISA. Effect estimates are standardized to a 10 µg/m$^3$ for 24-h avg. PM$_{2.5}$.

Several multicity studies provide evidence of an association between PM$_{10-2.5}$ concentrations and cardiovascular-related hospital admissions. In the U.S. MCAPS study, Powell et al. (2015) observed increases in same-day (lag 0) PM$_{10-2.5}$ concentrations were associated with a 0.69% (95% CI: 0.45, 0.92) higher rate of cardiovascular-related hospital admissions among Medicare beneficiaries. The association was diminished when longer lag periods were evaluated and was unchanged after adjustment for PM$_{2.5}$ in copollutant models. The authors did not observe differences in associations between study regions in the observed associations when stratifying counties into eastern and western regions. The MED-PARTICLES study reported a similar positive association between PM$_{10-2.5}$ concentrations (lag 0−1) and cardiovascular-related hospital admissions in eight southern European cities (Stafoggia et al., 2013). As in the findings from the U.S. MCAPS study, the association was not present at longer lags (0−5 and 2−5). The observed association was attenuated but still positive in copollutant models adjusted for PM$_{2.5}$ and NO$_2$. Conversely, in a study of five cities in central and eastern Europe, Lanzinger et al. (2016b) reported a positive association with a wide confidence interval for PM$_{10-2.5}$ concentrations averaged over a longer lag period (0−5), although no evidence of an association at a shorter lag period (0−1). In city-specific analyses, while effect estimates had wider confidence intervals, there was evidence of a higher magnitude association in Augsburg, Germany compared to the other four cities (Lanzinger et al., 2016b).

Results from single-city studies have shown less consistent evidence for the relationship between short-term PM$_{10-2.5}$ exposure and cardiovascular-related ED visits and hospital admissions. In Rome,

00197502

Italy, Alessandrini et al. (2013) considered 26,557 hospital admissions for CVD in the context of Saharan dust outbreaks and observed a 3.6% (95% CI: 1.5, 5.9) increase in risk of hospitalization at lag 0−1. There was no evidence of effect modification by Saharan dust level. In another European study, Atkinson et al. (2010) reported a null association between $PM_{10-2.5}$ exposure and cardiovascular-related hospital admissions in London, England. In Doña Ana County, NM, Rodopoulou et al. (2014) reported a positive association with ED visits (RR: 1.015 [95% CI: 0.993, 1.039], lag 1). A study in Hong Kong, China considered $PM_{10-2.5}$ concentrations in relation to cardiac diseases (Qiu et al., 2013). Qiu et al. (2013) observed a positive association, but the association attenuated to the null after adjustment for $PM_{2.5}$.

Overall, several recent studies reported positive associations between $PM_{10-2.5}$ and cardiovascular-related ED visits and hospital admissions; however, there is limited evidence to support that this association is independent of copollutant confounding. Based on limited evidence from these studies, observed associations tend to be most pronounced on the same day or previous day, with diminishing associations at longer lags. Results from recent single-city studies provide inconsistent evidence of an association. Additionally, it remains unclear how exposure measurement error may be affected by how $PM_{10-2.5}$ exposure is being assigned in these studies (Section 3.3.1).

### 6.3.8    Cardiovascular Mortality

Studies that examine the association between short-term $PM_{10-2.5}$ exposure and cause-specific mortality outcomes, such as cardiovascular mortality, provide additional evidence for $PM_{10-2.5}$-related cardiovascular effects, specifically whether there is evidence of an overall continuum of effects. In the 2009 PM ISA, most of the studies evaluated consisted of single-city studies, with only one U.S.-based multicity study (Zanobetti and Schwartz, 2009) that examined the relationship between short-term $PM_{10-2.5}$ exposure and cardiovascular mortality. Across studies there was evidence of consistent positive associations with cardiovascular mortality even though studies used a variety of approaches to estimate $PM_{10-2.5}$ concentrations. Overall there was a limited evaluation of the potential confounding effects of gaseous pollutants and the influence of model specification on the associations observed.

Recent multicity epidemiologic studies provide additional evidence of consistent positive associations between short-term $PM_{10-2.5}$ exposure and cardiovascular mortality with the majority of evidence at lags 0-1 days. Unlike the studies evaluated in the 2009 PM ISA, some recent studies have also further evaluated the $PM_{10-2.5}$-cardiovascular mortality relationship by examining cause-specific cardiovascular mortality outcomes [e.g., stroke, heart failure, IHD; Samoli et al. (2014); Pascal et al. (2014)], but overall these studies are still limited in number. As a result, this section focuses on studies that examine the combination of all cardiovascular mortality outcomes and address uncertainties and limitations in the relationship between short-term $PM_{10-2.5}$ exposure and cardiovascular mortality, specifically potential copollutant confounding, lag structure of associations, and effect modification by season and temperature.

00197503

### 6.3.8.1    Characterizing the PM$_{10-2.5}$ Cardiovascular Mortality Relationship

Recent epidemiologic studies conducted additional analyses that address some of the uncertainties and limitations of the PM$_{10-2.5}$–cardiovascular mortality relationship identified in the 2009 PM ISA. Specifically, recent studies provide additional information on copollutant confounding, lag structure of associations, and seasonal associations. However, like those studies evaluated in the 2009 PM ISA, the approaches used to estimate PM$_{10-2.5}$ concentrations varies across studies and it remains unclear whether the level of exposure measurement error varies by each approach (see Table 11-9, Section 11.3). Overall, these studies provide initial evidence that (1) PM$_{10-2.5}$-cardiovascular mortality associations remain positive but may be attenuated in copollutant models, (2) PM$_{10-2.5}$ effects on cardiovascular mortality tend to occur within the first few days of exposure (i.e., lags 1 to 3 days), and (3) associations are larger in magnitude during warmer months.

### 6.3.8.2    Copollutant Confounding

Consistent with the evaluation of total (nonaccidental) mortality, the studies evaluated in the 2009 PM ISA provided limited information on the potential confounding effects of gaseous pollutants and PM$_{2.5}$ on the relationship between short-term PM$_{10-2.5}$ exposure and cardiovascular mortality. Recent multicity studies (Lee et al., 2015a; Pascal et al., 2014; Janssen et al., 2013; Samoli et al., 2013; Malig and Ostro, 2009) and a meta-analysis (Adar et al., 2014) provide additional information concerning the role of copollutants on the PM$_{10-2.5}$-cardiovascular mortality relationship.

When focusing on potential copollutant confounding of the PM$_{10-2.5}$-cardiovascular mortality relationship by PM$_{2.5}$, there is evidence that the association generally remains positive, but is attenuated in some instances (Figure 6-31). In a study of 15 California counties, Malig and Ostro (2009) examined copollutant confounding, but only by PM$_{2.5}$. The authors observed that the pattern and magnitude of associations over single-day lags of 0 to 2 days were relatively unchanged in both models (quantitative results not presented), which is supported by the low correlation between PM$_{2.5}$ and PM$_{10-2.5}$ observed in this study ($r = -0.03$ to $0.35$). The copollutant model results with PM$_{2.5}$ in Malig and Ostro (2009) are consistent with Janssen et al. (2013) in a study conducted in the Netherlands and Chen et al. (2011) in the CAPS study. However, these results are inconsistent with Lee et al. (2015a) in a study of 11 east Asian cities and Samoli et al. (2013) in a study of 10 European Mediterranean cities within the MED-PARTICLES project (Figure 6-31). The interpretation of PM$_{2.5}$ copollutant model results in Lee et al. (2015a) and Samoli et al. (2013) is complicated by the lack of information on the correlation between PM$_{2.5}$ and PM$_{10-2.5}$, and the examination of a longer lag (i.e., lag $0-5$ days), respectively.

00197504



CAPES = China Air Pollution and Health Effects Study; NO₂ = nitrogen dioxide; O₃ = ozone; SO₂ = sulfur dioxide; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm.

Note: a = Copollutant results only presented for a lag of 0–5 days. Corresponding quantitative results are reported in Supplemental Table S6-19 (U.S. EPA, 2018).

†Studies published since the 2009 PM ISA.

**Figure 6-31    Percent increase in cardiovascular mortality for a 10-μg/m³ increase in 24-hour avg $PM_{10-2.5}$ concentrations in single- and copollutant models.**

The studies that provide evidence of a $PM_{10-2.5}$-cardiovascular mortality association that remains positive in copollutant models with $PM_{2.5}$ is supported by analyses conducted by Adar et al. (2014) in the context of a meta-analysis. When examining studies that conducted copollutant models with $PM_{2.5}$, Adar et al. (2014) observed that the $PM_{10-2.5}$-cardiovascular mortality association was similar in magnitude to that observed in single-pollutant models (quantitative results not provided). The results from copollutant models were further supported when stratifying $PM_{10-2.5}$-mortality estimates by the correlation with $PM_{2.5}$ (low, $r < 0.35$; medium, $r = 0.35$ to $< 0.5$; high, $r > 0.5$). The authors observed evidence of positive associations for the low and high correlation categories that were similar in magnitude but had wide confidence intervals. However, there was no evidence of an association for the medium correlations. Adar et al. (2014) further examined potential copollutant confounding by $PM_{2.5}$ through an analysis focusing on whether $PM_{10-2.5}$-mortality associations were present when the correlation between $PM_{2.5}$ and $PM_{10-2.5}$ increased and when $PM_{2.5}$ was also associated with mortality. As highlighted in Figure 6-32 there was evidence of positive $PM_{10-2.5}$-cardiovascular mortality associations at both low and high correlations as well as low and high magnitudes of the $PM_{2.5}$-cardiovascular mortality association (Figure 6-32).

SECTION 6.3: Short-Term PM10−2.5 Exposure and Cardiovascular Effects

00197505



PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm.

Source: Permission pending, Adapted from Adar et al. (2014).

**Figure 6-32    Associations between short-term PM$_{10-2.5}$ exposure and cardiovascular mortality as a function of the correlation between PM$_{10-2.5}$ and PM$_{2.5}$ stratified by strength of the association with PM$_{2.5}$.**

Compared to the examination of potential copollutant confounding by PM$_{2.5}$, fewer studies examined the potential confounding effects of gaseous pollutants. Across studies there remains a limited evaluation of copollutant models with gaseous pollutants and their impact on the PM$_{10-2.5}$–cardiovascular mortality relationship remains unclear (Figure 6-31). Like the analysis of potential copollutant confounding by PM$_{2.5}$, the assessment of gaseous pollutants is complicated by the lack of correlation information and the lag examined (i.e., lag 0−5 days).

Collectively, the recent epidemiologic studies that examined potential copollutant confounding along with the analyses conducted by Adar et al. (2014) provide initial evidence that PM$_{10-2.5}$-cardiovascular mortality associations remain positive in copollutant models with PM$_{2.5}$, but in some cases there is evidence of no association. Additionally, the limited number of studies that examined potential copollutant confounding by gaseous pollutants along with the lack of information on the correlation between PM$_{10-2.5}$ and gaseous pollutants does not allow for an adequate assessment as to whether they confound the PM$_{10-2.5}$-cardiovascular mortality association.

00197506

### 6.3.8.3    Lag Structure of Associations

Multicity epidemiologic studies that examined cause-specific mortality in the 2009 PM ISA observed immediate effects on cardiovascular mortality attributed to short-term $PM_{10-2.5}$ exposure with consistent positive associations observed at lags ranging from 0 to 1 day. However, most of these studies either examined single-day lags or selected lags a priori. Recent multicity studies have conducted more extensive examinations of the lag structure of associations by examining multiple sequential single-day lags or examining whether there is evidence of immediate (i.e., lag 0−1 days), delayed (i.e., lag 2−5 days), or prolonged (i.e., lag 0−5 days) effects of short-term $PM_{10-2.5}$ exposure on cardiovascular mortality.

Across the studies that examined single-day lags, most of the studies focused on lags within the range of 0 to 2 days. Although a few studies extended out to a longer duration, collectively the studies provided evidence that was generally in agreement with one another. In the lone U.S. study, Malig and Ostro (2009), in 15 California counties, observed the largest association at lag 2 (0.7% [95% CI: 0.1, 1.5]). These results are consistent with two studies conducted in Europe, Janssen et al. (2013) in the Netherlands where the largest association in terms of magnitude and precision was observed for lag 3 (1.8% [95% CI: −0.2, 3.7]) and Samoli et al. (2013) in the MED-PARTICLES project where the largest associations were observed at lags 1 and 2 (quantitative results not presented). Additionally, in a study conducted in Asia (i.e., CAPES), Chen et al. (2011) observed the largest association at lag 1. While the previous studies focused on a narrower number of single-day lags, Stafoggia et al. (2017), in a study of eight European cities, examined single-day lags ranging from 0 to 10 days. Although the authors reported an association largest in magnitude at lag 1, they also found evidence of positive associations at lags 2 and 3, but no evidence of an association at longer lags. Instead of focusing on multiple single-day lags when examining 11 east Asian cities, Lee et al. (2015a) examined a series of multi-day lags ranging from 0 to 4 days. Although positive associations were observed across all combinations of lags, the strongest association in terms of magnitude and precision was observed at lag 0−2 days (quantitative results not presented). The results across the studies that examined a series of single- and multi-day lags is confirmed by the meta-analysis by Adar et al. (2014) where an examination of single-day lag risk estimates across studies found positive associations across lags ranging from 0 to 2 days with the strongest association in terms of magnitude and precision occurring at lag 2.

Along with the examination of single-day lags, some studies also focused on a priori multi-day lag structures defined to be representative of immediate, delayed, and prolonged effects. However, in light of the single-day lag results, the a priori lag structures institute breakpoints that complicate the interpretation of the combination of single-day and multi-day lag results. In the UFIREG study, Lanzinger et al. (2016a) observed positive associations across all lag structures, but the confidence intervals were large due to the short study duration (lag 0−1: 1.9% [95% CI: −4.8, 9.4]; lag 2−5: 8.9% [95% CI: 0.85, 17.8]; lag 0−5: 9.1% [95% CI: −1.3, 20.4]). The magnitude of associations in Lanzinger et al. (2016a) was much larger and showed a different pattern of associations than that observed in Samoli et al. (2013) where results tended to indicate that the majority of the effect on cardiovascular mortality due to

00197507

short-term $PM_{10-2.5}$ exposures is immediate (lag 0−1: 0.28% [95% CI: −0.37, 0.93]; lag 2−5 and lag 0−5: 0.33%). Additionally, when examining single-day lags through a polynomial distributed lag model, Samoli et al. (2013) observed that associations were largest at lag 1 and 2 days.

Overall, studies that examined the lag structure of associations generally support that short-term $PM_{10-2.5}$ exposure contributes to cardiovascular mortality effects within the first few days after exposure, ranging from 1 to 3 days. Even though studies of multi-day lags that examined the timing of effects provide some initial evidence for a potential longer duration between exposure and effect, an examination of single-day lags over the same multi-day lag does not support this initial observation.

### 6.3.8.4    Effect Modification

#### 6.3.8.4.1        Season

An examination of potential seasonal differences in associations between short-term $PM_{10-2.5}$ exposure and cardiovascular mortality in the 2009 PM ISA was limited to one U.S. multicity study (Zanobetti and Schwartz, 2009) that provided initial evidence of associations being larger in magnitude in the spring and summer. Although still limited in number, some recent multicity studies conducted an examination of potential seasonal differences in associations (Lee et al., 2015a; Pascal et al., 2014; Samoli et al., 2013).

In a study of nine French cities, Pascal et al. (2014) examined associations at lag 0−1 across the four seasons and reported the largest associations in the summer (4.6% [95% CI: 2.3, 6.9]) and fall (3.3% [95% CI: 1.3, 5.1]) with no evidence of an association in the winter and spring. Instead of examining each individual season, Samoli et al. (2013), in the MED-PARTICLES project, only examined warm (April−September) and cold months (October−March). When examining lag 0−5 days, the authors only observed evidence of an association during the warm season (0.48% [95% CI: −1.2, 2.2]), but confidence intervals were wide.

Although the studies that examined European cities provide consistent evidence of $PM_{10-2.5}$-cardiovascular mortality associations being larger in magnitude during warmer months (i.e., summer), a study conducted in 11 east Asian cities observed a different pattern of associations. Lee et al. (2015a) reported that $PM_{10-2.5}$ associations with cardiovascular mortality were larger in the cold season (1.0% [95% CI: 0.26, 1.8]) than in the warm season (0.30% [95% CI: −0.30, 0.91]). It is unclear why these results differ from the other studies, but mean $PM_{10-2.5}$ concentrations and mean temperature tended to be higher across the cities in Lee et al. (2015a) than it was for the cities in the other studies evaluated in this section. Overall, across studies, the evidence for seasonal associations remains limited, but results indicate potentially larger associations during the warmer months.

00197508

#### 6.3.8.4.2 Temperature

In addition to examining whether there is evidence that warm temperatures modify the $PM_{10-2.5}$-cardiovascular mortality relationship by conducting seasonal analyses, a recent study examined whether there is evidence that high temperature days also modify this relationship. Pascal et al. (2014) examined the effect of temperature on the $PM_{10-2.5}$-cardiovascular mortality relationship across nine French cities by comparing associations on warm and non-warm days where warm days were defined as those days where the mean temperature exceed the 97.5th percentile of the mean temperature distribution. When calculating the interaction ratio, which estimated the extra PM effect due to warm days, the authors observed no evidence of a positive or negative modifying effect of warm days on cardiovascular mortality.

## 6.3.9    Heart Rate (HR) and Heart Rate Variability (HRV)

Measured by ECG, HRV represents the degree of difference in the inter-beat intervals of successive heartbeats and is an indicator of the balance between the sympathetic and parasympathetic arms of the autonomic nervous system (Rowan III et al., 2007). More information on HRV and measures of HRV can be found in Section 6.1.10.

In the 2009 PM ISA, there was limited evidence examining the relationship between short-term exposure to $PM_{10-2.5}$ and measurements of HRV and HR. Since the last review, results from a CHE study provides limited evidence that rural, but not urban $PM_{10-2.5}$ may alter HR and HRV.

### 6.3.9.1    Epidemiologic Studies of Heart Rate (HR) and Heart Rate Variability (HRV)

In the 2009 PM ISA (U.S. EPA, 2009), there was limited evidence with inconsistent results for changes in HRV relative to short-term exposures to $PM_{10-2.5}$. One additional study has recently been published and found no association was observed between $PM_{10-2.5}$ (calculated as the difference between collocated monitors) and heart rate in asthma and COPD patients in New York City, NY and Seattle, WA; HRV was not examined (Hsu et al., 2011).

### 6.3.9.2    Controlled Human Exposure Studies of Heart Rate (HR) and Heart Rate Variability (HRV)

In the previous ISA, there were no CHE studies examining the effect of $PM_{10-2.5}$ on heart rate. More recently, Brook et al. (2014) reported significant, but modest increases in HR in response to rural $PM_{10-2.5}$ exposures ($p < 0.0001$). However, similar results were not observed in response to urban $PM_{10-2.5}$

00197509

exposure (Byrd et al., 2016). In total, there is some evidence from CHE studies relating modest changes in HR to rural, but not urban $PM_{10-2.5}$ exposure.

With respect to HRV, in the 2009 PM ISA, a CHE study reported decreased SDNN after exposure to $PM_{10-2.5}$ CAPs (Graff et al., 2009). Since the 2009 PM ISA, Brook et al. (2014) reported a decrease in HF ($p = 0.006$) and an increase in the LF:HF ratio ($p = 0.007$) during exposure to rural $PM_{10-2.5}$. Statistically significant changes in SDNN and LF were not observed. In an additional study, no changes in time or frequency HRV metrics were reported in response to urban $PM_{10-2.5}$ exposure (Byrd et al., 2016). Taken together, the above CHE studies provide limited evidence relating changes in HRV to rural, but not urban $PM_{10-2.5}$. More information on studies published since the 2009 PM ISA can be found in Table 6-59 below.

**Table 6-59    Study-specific details from controlled human exposure studies of short-term $PM_{10-2.5}$ exposure and heart rate and heart rate variability.**

| Study | Population N, Sex, Age (Mean ± SD) | Exposure Details (Concentration; Duration) | Endpoints Examined |
|---|---|---|---|
| Byrd et al. (2016) | Healthy adults n = 20 M, 9 F 18−50 yr 30 ± 8.2 | 164.2 ± 80.4 µg/m³ $PM_{10-2.5}$ CAP for 2 h from urban Dearborn, MI | HR: every 7 min during exposure, postexposure, 2 h postexposure HRV: during exposure |
| Brook et al. (2014) | Healthy adults n = 16 M, 16 F 18−46 yr 25.9 ± 6.6 | 76.2 ± 51.5 µg/m³ $PM_{10-2.5}$ for 2 h CAP from rural Dexter, MI | HR: every 10 min during exposure, postexposure, and 2 h postexposure HRV: during exposure Vascular function: postexposure, and 2 h postexposure |

CAP = concentrated ambient particle; CHE = controlled human exposure; F = female; h = hour; HR = heart rate; HRV = heart rate variability; M = male; µg/m³ = micrograms per cubic meter; min = minute; n = number; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; SD = standard deviation; yr = year.

### 6.3.10    Systemic Inflammation and Oxidative Stress

As discussed in Section 6.1.1 and Section 6.1.11 systemic inflammation and oxidative stress have been linked to a number of cardiovascular-related outcomes. For example, circulating cytokines such as IL-6 can stimulate the liver to release inflammatory proteins and coagulation factors that can ultimately increase the risk of thrombosis and embolism. Similarly, oxidative stress can result in damage to healthy cells and blood vessels and a further increase in the inflammatory response. Thus, this section discusses

00197510

the evidence for markers of systemic inflammation and oxidative stress following short-term $PM_{10-2.5}$ exposures.

In the previous review, one CHE study reported no change in plasma CRP following short-term $PM_{10-2.5}$ exposure. Since the last review, a few additional studies have examined this relationship and the results of these studies have largely been inconsistent. Given the transient nature of markers of systemic inflammation (e.g., cytokine release) and the differences in methodological approaches across studies, inconsistency is to be expected.

### 6.3.10.1    Epidemiologic Studies of Systemic Inflammation and Oxidative Stress

Wittkopp et al. (2013) and Huttunen et al. (2012) have published studies examining the relationship between $PM_{10-2.5}$ and biomarkers of inflammation and oxidative stress. Both studies included repeated measures in panels of older adults with pre-existing cardiovascular disease and reported that 1- to 5-day averages of $PM_{10-2.5}$ or 1- to 3-day lags of $PM_{10-2.5}$ were not associated with a number of biomarkers including CRP, IL-12, IL-8, IL-6sR, and sTNFRII. While Wittkopp et al. (2013) conducted size-fractionated, residential monitoring for $PM_{10-2.5}$ at retirement communities where participants lived, Huttunen et al. (2012) used the difference method to estimate $PM_{10-2.5}$ from differentially located monitors, contributing to greater uncertainty in exposure measurement.

### 6.3.10.2    Controlled Human Exposure Studies of Systemic Inflammation and Oxidative Stress

Controlled human exposure studies from the 2009 PM ISA (U.S. EPA, 2009) examining systemic inflammation reported no change in plasma CRP levels following exposure to $PM_{10-2.5}$ CAPs with exercise (Graff et al., 2009).

A few recent CHE studies examined the potential for short-term exposure to $PM_{10-2.5}$ CAP to induce a variety of inflammatory markers such as white blood cells, cytokines, adhesion molecules, or blood markers of inflammation such as CRP. A couple of these studies did not find an association between $PM_{10-2.5}$ and the markers or inflammatory cells they examined (Liu et al., 2015a; Brook et al., 2013a). However, Behbod et al. (2013) reported increased leukocytes and neutrophils at 24 hours, but not 3-hours postexposure to urban $PM_{10-2.5}$ ($p < 0.05$). They also reported that increases in accompanying ambient endotoxin were associated with the increases in leukocytes. However, no changes in the inflammatory markers IL-6 or hs-CRP were reported.

In a different type of study, Maiseyeu et al. (2014) looked at the potential for exposure to $PM_{10-2.5}$ to result in increased inflammation and decreased antioxidant activity by impairing high-density lipoprotein (HDL) function. Indeed, HDL plays an important role in vascular homeostasis through

SECTION 6.3: Short-Term PM10−2.5 Exposure and Cardiovascular Effects

00197511

anti-inflammatory and anti-oxidant activities (Maiseyeu et al., 2014). Exposure to coarse CAP did not impair HDL function. Additional information on lipoproteins and lipedema can be found in the Metabolic Effects chapter (Chapter 7).

Considered together, there is limited evidence that exposure to $PM_{10-2.5}$ may result in systemic inflammation. However, it should be noted that due to the transient nature of some of the inflammatory biomarkers analyzed, it is possible that different results would have been reported if samples had been analyzed at different time points.

With respect to oxidative stress, a single study since the 2009 PM ISA has addressed systemic oxidative stress after exposure to coarse PM. Liu et al. (2015a) studied the potential for exposure to $PM_{10-2.5}$ and endotoxin to change levels of biomarkers for lipid peroxidation (malondialdehyde [MDA]) or DNA oxidative damage (8-OHdG). Short-term exposure to $PM_{10-2.5}$ was not associated with levels of MDA in blood or in urine. However, exposure to $PM_{10-2.5}$ was associated with 8-OHdG levels in urine 1-hour postexposure. It was further noted that endotoxin present in the coarse fraction was also associated with 8-OHdG levels. Thus, there is limited evidence that short-term exposure to $PM_{10-2.5}$ and/or endotoxin can alter markers of oxidative stress. More information on studies published since the 2009 PM ISA can be found in Table 6-60 below.

00197512

**Table 6-60    Study-specific details from controlled human exposure studies of short-term PM$_{10-2.5}$ exposure and inflammation and oxidative stress.**

| Study | Population N, Sex, Age Mean ± SD | Exposure Details (Concentration; Duration) | Endpoints Examined |
|---|---|---|---|
| Behbod et al. (2013) | Healthy adults n = 19 M, 16 F 18–60 yr | ~250 µg/m$^3$ fine CAP (0.1 to 2.5 microns) ~200 µg/m$^3$ coarse CAP (2.5 to 10 microns) For 130 min CAP from busy Toronto street Correlated effects with presence of endotoxin | Inflammatory cells and markers ~45 pre-exposure and 3 and 24 h after start of each exposure |
| Brook et al. (2013a) | Healthy adults n = 16 M, 16 F 18–50 yr 25.9 ± 6.6 | 76.2 ± 51.5 µg/m$^3$ PM$_{10-2.5}$ for 2 h CAPs from rural Dexter, MI | Inflammatory cells and markers of inflammation, circulating endothelial progenitor cells collected 2 and 20 h postexposure |
| Liu et al. (2015a) | Healthy adults n = 50 18–60 yr 28 ± 9 | 238.4 ± 62.0 µg/m$^3$ fine cap 212.9 ± 52 µg/m$^3$ coarse cap 135.8 ± 67.2 µg/m$^3$ ultrafine cap for 130 min individually | Inflammatory markers and oxidative stress markers pre-exposure, 1 h, and 21 h postexposure |
| Maiseyeu et al. (2014) | Healthy adults n = 16 M, 16 F 18–46 yr 25.9 ± 6.6 | 76.2 ± 51.5 µg/m$^3$ PM$_{10-2.5}$ CAP for 2 h CAP from rural Dexter, MI | HDL lipoprotein function: postexposure, 20 h postexposure |

CAP = concentrated ambient particle; CHE = controlled human exposure; F = female; h = hour; HDL = high-density lipoproteins; M = male; µg/m$^3$ = micrograms per cubic meter; min = minute; n = number; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; SD = standard deviation; yr = year.

### 6.3.11    Coagulation

Coagulation refers to the process by which blood changes from a liquid to a semi-solid state to form a clot. Increases in coagulation factors (e.g., fibrinogen) or decreases in anticoagulation factors can promote clot formation, and thus, increase the potential for an MI and perhaps, an embolism.

In the last review, there was limited and inconsistent evidence for coagulation following PM$_{10-2.5}$ exposure. Since the 2009 PM ISA, no new CHE studies have been published. However, there is limited evidence for coagulation following short-term PM$_{10-2.5}$ exposure across a few epidemiologic panel studies.

SECTION 6.3: Short-Term PM10–2.5 Exposure and Cardiovascular Effects

00197513

### 6.3.11.1    Epidemiologic Studies of Coagulation

Overall, there is limited evidence examining associations between $PM_{10-2.5}$ and markers of coagulation in panel epidemiologic studies. There were no studies evaluated in the 2009 PM ISA, although there are some recently published studies. In a quasi-experimental study of 31 healthy volunteers in Utrecht assigned to different exposure locations, $PM_{10-2.5}$ was associated with a 0.22% increase in vWF (95% CI: 0.02, 0.41; per 13.50 μg/m$^3$) but not fibrinogen or platelet counts (Strak et al., 2013a). Another study examined associations between $PM_{10-2.5}$ in a panel of 52 older adult participants with ischemic heart disease and found positive associations between fibrinogen levels and 1-day lag of ambient $PM_{10-2.5}$ (Huttunen et al., 2012). Null associations were observed between short-term exposures to $PM_{10-2.5}$ and an array of circulating markers of coagulation among people with diabetes and short-term exposure to $PM_{10-2.5}$ (Wang et al., 2015). These recently published studies all used $PM_{10-2.5}$ concentrations derived from the subtraction method, contributing to exposure measurement error.

### 6.3.11.2    Controlled Human Exposure Studies of Coagulation and Thrombosis

Thrombosis was discussed in one study from the 2009 PM ISA. Graff et al. (2009) reported a ~33% decrease in the clot dissolving protein tPA 20 hours postexposure per 10-μg/m$^3$ increase in $PM_{10-2.5}$ concentration ($p = 0.01$). However, levels of other clotting-related proteins were unchanged in response to $PM_{10-2.5}$ exposure. Since the publication of the 2009 PM ISA, no additional CHE studies have examined the relationship between $PM_{10-2.5}$ exposure and coagulation or thrombosis.

### 6.3.12    Endothelial Dysfunction and Arterial Stiffness

Endothelial dysfunction is the physiological impairment of the inner lining of the blood vessels and is typically measured by FMD. Arterial stiffness is associated with a variety of cardiovascular risk factors and outcomes (Laurent et al., 2006) and is best measured by pulse wave velocity (PWV). Both endothelial dysfunction and arterial stiffness are discussed in more detail in Section 6.1.13.

There were no studies from the 2009 PM ISA evaluating the relationship between short-term exposure to $PM_{10-2.5}$ and endothelial dysfunction or arterial stiffness. Since that document, CHE studies have examined measures of endothelial dysfunction following $PM_{10-2.5}$ exposure and found limited evidence of an effect only when evaluating biomarkers (i.e., no statistically significant effect was found on FMD). There was also no new evidence of arterial stiffness in recent studies examining the endpoint.

00197514

**6.3.12.1    Controlled Human Exposure Studies of Impaired Vascular Function**

In the current review there were studies that examined the relationship between short-term exposure to $PM_{10-2.5}$ and clinical measures of endothelial dysfunction, but no relationship was found (Byrd et al., 2016; Brook et al., 2014). In addition to these studies, there were a couple of CHE studies that examined biomarkers indicating the potential for endothelial dysfunction following short-term $PM_{10-2.5}$ exposure. Liu et al. (2015a) reported that exposure to $PM_{10-2.5}$ alone did not result in statistically significant increases in VEGF at 1-hour postexposure in blood or urine. There were also no changes in blood for the biomarker ET-1. In an additional study, Brook et al. (2013a) reported an increase ($p = 0.008$) in endothelial progenitor cells (a potential indicator of vascular injury) at 20 hours relative to filtered air, but changes in neutrophils, lymphocytes, and VEGF levels at this time point were not statistically significant. Together, there is limited evidence for an increase in biomarkers consistent with vascular dysfunction. However, in the studies that examined measures of dilation, no relationship was found. Thus, the relationship between endothelial dysfunction and short-term exposure to $PM_{10-2.5}$ remains uncertain.

Since the publication of the 2009 PM ISA, studies have examined whether $PM_{10-2.5}$ had appreciable effects on measures of arterial stiffness, but results were generally negative. More specifically, Byrd et al. (2016) found no changes in pulse wave velocity or the AI. In addition, Brook et al. (2014) reported that exposure to rural coarse CAP resulted in no change in pulse wave velocity. More information on studies published since the 2009 PM ISA can be found in Table 6-61 below.

00197515

**Table 6-61    Study-specific details from controlled human exposure studies of short-term PM$_{10-2.5}$ exposure and impaired vascular function.**

| Study | Population N, Sex, Age Mean ± SD | Exposure Details Concentration; Duration | Endpoints Examined |
|---|---|---|---|
| Byrd et al. (2016) | Healthy adults n = 20 M, 9 F 18−50 yr 30 ± 8.2 | 164.2 ± 80.4 µg/m³ PM$_{10-2.5}$ CAPs for 2 h CAP from urban Dearborn, MI | Pulse wave analysis, pulse wave velocity, and pulse pressure: postexposure, 2 h postexposure |
| Brook et al. (2013a) | Healthy adults n = 16 M, 16 F 18−50 yr 25.9 ± 6.6 | 76.2 ± 51.5 µg/m³ PM$_{10-2.5}$ for 2 h CAPs from rural Dexter, MI | VEGF and markers and circulating Endothelial progenitor cells from blood collected 2 and 20 h postexposure |
| Brook et al. (2014) | Healthy adults n = 16 M, 16 F 18−46 yr 25.9 ± 6.6 | 76.2 ± 51.5 µg/m³ PM$_{10-2.5}$ for 2 h CAPs from rural Dexter, MI | Flow-mediated dilation: postexposure and 2 h postexposure |
| Liu et al. (2015a) | Healthy adults n = 50 18−60 yr 28 ± 9 | 212.9 ± 52 µg/m³ PM$_{10-2.5}$ for 130 min | VEGF: 1 h and 21 h postexposure |

CAP = concentrated ambient particle; CHE = controlled human exposure; F = female; h = hour; M = male; µg/m³ = micrograms per cubic meter; min = minute; n = number; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; SD = standard deviation; VEGF = vascular endothelial growth factor; yr = year.

## 6.3.13    Summary and Causality Determination

The 2009 PM ISA found that the available evidence for short-term PM$_{10-2.5}$ exposure and cardiovascular effects was *suggestive of a causal relationship*. This conclusion was based primarily on several epidemiologic studies reporting positive associations between short-term PM$_{10-2.5}$ exposure and cardiovascular effects including IHD hospitalizations, supraventricular ectopy, and changes in HRV. In addition, dust storm events resulting in high concentrations of crustal material were linked to increases in cardiovascular disease ED visits and hospital admissions. However, the 2009 PM ISA noted concerns with respect to the potential for exposure measurement error and copollutant confounding in these epidemiologic studies. In addition, there was limited evidence of cardiovascular effects from a small number of experimental studies that examined short-term PM$_{10-2.5}$ exposures. Thus, in the last review, key uncertainties included the potential for exposure measurement error, copollutant confounding, and limited evidence of biological plausibility for cardiovascular effects following inhalation exposure.

00197516

The evidence relating short-term $PM_{10-2.5}$ exposure and cardiovascular outcomes has expanded since the last review and now includes additional epidemiologic studies reporting positive associations with IHD, hospital admissions, and arrhythmia. However, key uncertainties related to copollutant confounding and exposure measurement error remain. In addition, uncertainties remain with respect to the biological plausibility of ED visits and hospital admissions for IHD and arrhythmia. Thus, when considered overall, the epidemiologic, CHE and animal toxicological evidence continues to be *suggestive of, but not sufficient to infer, a causal relationship* between short-term $PM_{10-2.5}$ exposure and cardiovascular effects. The evidence supporting this causality determination is discussed below and summarized in Table 6-62, using the framework for causality determinations described in the Preamble to the ISAs (U.S. EPA, 2015).

Studies published since the 2009 PM ISA provide additional evidence of an association between short-term exposure to $PM_{10-2.5}$ and ED visits and/or hospital admissions for IHD. In the MCAPS study, $PM_{10-2.5}$ concentrations were associated with an increase in hospital admissions for IHD on the same day (Powell et al., 2015) and the association was unchanged in copollutant models adjusting for $PM_{2.5}$. Qiu et al. (2013) also observed a positive association, which persisted but lost precision after adjustment for $PM_{2.5}$. In Kaohsiung, Taiwan, Chen et al. (2015b) considered nearly 23,000 hospital admissions for IHD and reported positive associations on cool and warm days. The observed associations were generally robust to adjustment for $NO_2$, $SO_2$, CO, and $O_3$ in copollutant models. Thus, there are a few studies using copollutant models that suggest an independent effect of $PM_{10-2.5}$ on IHD-related hospital admissions. However, uncertainties with respect to copollutant confounding remain due to the overall evidence base for an independent effect of $PM_{10-2.5}$ being quite limited.

There are also a limited number of studies providing evidence of associations between short-term exposure to $PM_{10-2.5}$ and ED visits and hospital admissions for arrhythmia (Section 6.3.4). However, appreciable uncertainties in these results remain given that none of these studies examined the potential for copollutant confounding with other size fractions of PM, and gaseous copollutant results are from a small number of studies conducted in Asia. It is also important to note that the approaches used to estimate $PM_{10-2.5}$ concentrations vary across the epidemiologic studies mentioned above (both for arrhythmia and IHD). Methods include using the difference of county-level averages of $PM_{10}$ and $PM_{2.5}$ and the difference of $PM_{10}$ and $PM_{2.5}$ measured at collocated monitors. It remains unclear how exposure measurement error might be impacted by each of these approaches.

A small number of CHE, epidemiologic panel, and animal toxicological studies provides some biological plausibility for a sequence of events that could potentially lead to $PM_{10-2.5}$-related ED visit and hospital admissions (Section 6.3.1). However, the evidence supporting most of the individual events in these pathways is quite limited and some of the epidemiologic panel studies used to support these pathways have the same measurement error uncertainties mentioned above. Also, when the evidence is evaluated as a whole, with the exception of small reproducible changes in BP (Section 6.3.6), the results of experimental and epidemiologic panel studies are largely inconsistent, or only provided limited

00197517

evidence of a relationship between cardiovascular endpoints and short-term $PM_{10-2.5}$ exposure. Thus, while there is more evidence for biological plausibility than in the 2009 PM ISA, this body of evidence is still quite limited and important uncertainties remain.

In summary, there were a small number of epidemiologic studies reporting positive associations between short-term exposure to $PM_{10-2.5}$ and cardiovascular-related ED visits and hospital admissions. However, there was limited evidence to suggest that these associations were biologically plausible or independent of copollutant confounding. It also remains unclear how the approaches used to estimate $PM_{10-2.5}$ concentrations in epidemiologic studies may impact exposure measurement error. **Together, the evidence is *suggestive of, but not sufficient to infer, a causal relationship* between short-term $PM_{10-2.5}$ exposures and cardiovascular effects.**

**Table 6-62    Summary of evidence that is *suggestive of, but not sufficient to infer, a causal relationship* between short-term $PM_{10-2.5}$ exposure and cardiovascular effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | $PM_{10-2.5}$ Concentrations Associated with Effects[c] ($\mu g/m^3$) |
|---|---|---|---|
| Evidence from multiple epidemiologic studies is generally supportive but not entirely consistent | Increases in ED visits and hospital admissions for IHD in multicity studies<br><br>Increases in cardiovascular mortality in multicity studies conducted in the U.S., Europe, and Asia. | Powell et al. (2015);<br>Section 6.3.2<br>Section 6.3.8 | 12.8 |
| Generally, consistent evidence from CHE studies | Small consistent changes in blood pressure | Section 6.3.6.2 | ~75.2−200 |
| Limited and supportive evidence from panel, CHE, and toxicological studies | Limited evidence for changes in HRV, systemic inflammation, coagulation factors, vascular function | Section 6.3.9<br>Section 6.3.10<br>Section 6.3.11<br>Section 6.3.12 | See tables in identified sections |

00197518

**Table 6-62 (Continued): Summary of evidence that is *suggestive of, but not sufficient to infer, a causal relationship* between short-term PM$_{10–2.5}$ exposure and cardiovascular effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | PM$_{10–2.5}$ Concentrations Associated with Effects[c] (µg/m$^3$) |
|---|---|---|---|
| Epidemiologic evidence from copollutant models provides some support for an independent PM$_{10–2.5}$ association | PM$_{10–2.5}$ associations are generally robust, but there are some instances of attenuation in copollutant models with gaseous pollutants and PM$_{2.5}$. However, there is limited information on the correlation between PM$_{10–2.5}$ and gaseous pollutants complicating the interpretation of results. Copollutant analyses with cardiovascular mortality are limited to studies conducted in Europe and Asia and indicate that PM$_{10–2.5}$ associations generally remain positive, although attenuated in some instances.<br><br>When reported, correlations with gaseous copollutants were primarily in the low ($r < 0.4$) to moderate ($r ≥ 0.4$ or $< 0.7$) range. | Powell et al. (2015); Qiu et al. (2013); Chen et al. (2015b) Figure 6-31 | |
| Uncertainty regarding exposure measurement error | Across studies PM$_{10–2.5}$ concentrations are measured using a number of approaches (i.e., directly measured from dichotomous sampler, different between PM$_{10}$ and PM$_{2.5}$ at collocated monitors, and difference of area-wide concentrations of PM$_{10}$ and PM$_{2.5}$), which have not been compared in terms of whether they have similar spatial and temporal correlations. | Section 3.3.1.1 | |
| Limited evidence for biological plausibility of cardiovascular effects | Studies for a given health endpoint are largely inconsistent, or only provide limited evidence of a relationship between cardiovascular endpoints and PM$_{10–2.5}$ exposure. Some epidemiologic panel studies are also subject to the exposure measurement error discussed in this section. | Section 6.3.1 Figure 6-30 | |

CHE = controlled human exposure; ED = emergency department; HRV = heart rate variability; IHD = ischemic heart disease; µg/m$^3$ = micrograms per cubic meter; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; PM$_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm; PM$_{10–2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm;

[a]Based on aspects considered in judgments of causality and weight of evidence in causal framework in Table I and Table II of the Preamble to the ISAs (U.S. EPA, 2015).

[b]Describes the key evidence and references, supporting or contradicting, contributing most heavily to causality determination and, where applicable, to uncertainties or inconsistencies. References to earlier sections indicate where full body of evidence is described.

[c]Describes the PM$_{10–2.5}$ concentrations with which the evidence is substantiated.

00197519

## 6.4    Long-Term PM$_{10-2.5}$ Exposure and Cardiovascular Effects

The 2009 PM ISA concluded that the evidence was inadequate to assess the relationship between long-term exposure to PM$_{10-2.5}$ and cardiovascular effects (U.S. EPA, 2009). A cause-specific mortality study reported a positive association with CHD mortality among women enrolled in AHSMOG while another study of women (WHI) reported no association between PM$_{10-2.5}$ and cardiovascular events. Experimental studies demonstrating a direct effect of PM$_{10-2.5}$ on the cardiovascular system were lacking.

Since the publication of the 2009 PM ISA, the epidemiologic literature has grown and evidence is currently available on the relationship between exposure to long-term PM$_{10-2.5}$ and cardiovascular outcomes including MI and stroke, blood pressure, and atherosclerosis. However, the overall epidemiologic evidence base is limited, and uncertainties remain with respect to the potential for copollutant confounding. In addition, there continues to be a lack of toxicological evidence to support the associations reported in epidemiologic studies. Collectively, this evidence is *suggestive of, but not sufficient to infer, a causal relationship* between long-term exposure to PM$_{10-2.5}$ and cardiovascular effects.

The subsections below provide an evaluation of the most policy-relevant scientific evidence relating-long-tern PM$_{10-2.5}$ exposure to cardiovascular effects. To clearly characterize and put this evidence into context, there is first a discussion of the biological plausibility of cardiovascular effects following long-tern PM$_{10-2.5}$ exposure (Section 6.4.1). Following this discussion, the health evidence relating long-tern PM$_{10-2.5}$ exposure and specific cardiovascular health outcomes is discussed in detail: ischemic heart disease and myocardial infarction (Section 6.4.2), heart failure and impaired heart function (Section 6.4.3), cerebral vascular disease and stroke (Section 6.4.4), atherosclerosis (Section 6.4.5), blood pressure and hypertension (Section 6.4.6), peripheral vascular disease (PVD), venous thromboembolism and pulmonary embolisms (Section 6.4.7), and cardiovascular-related mortality (Section 6.4.8). The evidence for an effect of PM$_{10-2.5}$ exposure on systemic inflammation and oxidative stress is also discussed (Section 6.4.9). Finally, the collective body of evidence is integrated across and within scientific disciplines,[71] and the rationale for the causality determination is outlined in Section 6.4.10.

### 6.4.1    Biological Plausibility

This subsection describes the biological pathways that potentially underlie cardiovascular effects resulting from long-term inhalation exposure to PM$_{10-2.5}$. Figure 6-33 graphically depicts these proposed pathways as a continuum of pathophysiological responses—connected by arrows—that may ultimately

---

[71] As detailed in the Preface, risk estimates are for a 5-µg/m$^3$ increase in annual PM$_{10-2.5}$ concentrations unless otherwise noted.

SECTION 6.4: Long-Term PM10−2.5 Exposure and Cardiovascular Effects
6-256

00197520

lead to the apical cardiovascular events observed in epidemiologic studies. This discussion of how long-term exposure to $PM_{10-2.5}$ may lead to these cardiovascular events also provides some biological plausibility for the epidemiologic results reported later in Section 6.4. In addition, most studies cited in this subsection are discussed in greater detail throughout Section 6.4. Note that the structure of the biological plausibility sections and the role of biological plausibility in contributing to the weight-of-evidence analysis used in the PM ISA are discussed in the Preface, Section P.3.2.1.



$PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm.
Note: The boxes above represent the effects for which there is experimental or epidemiologic evidence related to long-term $PM_{10-2.5}$ exposure, and the arrows indicate a proposed relationship between those effects. Shading around multiple boxes is used to denote a grouping of these effects. Arrows may connect individual boxes, groupings of boxes, and individual boxes within groupings of boxes. Progression of effects is generally depicted from left to right and color coded (gray = exposure; green = initial effect; blue = intermediate effect; orange = effect at the population level or a key clinical effect). Here, population-level effects generally reflect results of epidemiologic studies. When there are gaps in the evidence, there are complementary gaps in the figure and the accompanying text below.

**Figure 6-33    Potential biological pathways for cardiovascular effects following long-term exposure to $PM_{10-2.5}$.**

When considering the available health evidence, there is a plausible pathway connecting long-term exposure to $PM_{10-2.5}$ to the apical events reported in epidemiologic studies (Figure 6-33). This pathway is described below and generally begins as respiratory tract inflammation leading to systemic inflammation.[72]

Long-term inhalation exposure to $PM_{10-2.5}$ may result in respiratory tract inflammation and oxidative stress (Chapter 5). Inflammatory mediators such as cytokines produced in the respiratory tract can potentially enter the circulatory system where they may cause distal pathophysiological responses

---

[72] It is also possible that soluble particle components can translocate directly into the circulatory system (Chapter 4) and lead to systemic inflammation, although the extent to which particle translocation occurs remains unclear.

00197521

such as changes in hemostasis (see Section 6.1.1). Thus, it is noteworthy that following long-term exposure to $PM_{10-2.5}$, there is limited evidence from an epidemiologic study for systemic inflammation (Lanki et al., 2015) and altered hemostasis (Lanki et al., 2015). Therefore, thrombosis could conceivably occur, potentially contributing to the development of IHD, stroke, or thromboembolic disease elsewhere in the body (as previously described in Section 6.1.1). There is also evidence from epidemiologic studies that long-term exposure to $PM_{10-2.5}$ is associated with elevated blood pressure/hypertension risk (Chen et al., 2015a; Mu et al., 2014). Hypertension may also result in pathways that can contribute to the development of IHD, heart failure, stroke, or thromboembolic disease elsewhere in the body (as previously described in Section 6.1.1).

Together, there is a small amount of evidence connecting long-term $PM_{10-2.5}$ exposure to cardiovascular effects, but gaps in the proposed pathway exist. For example, there is a lack of evidence for how long-term $PM_{10-2.5}$ exposure may result in hypertension. Thus, there is only limited biological plausibility for the apical results reported in epidemiologic studies following long-term $PM_{10-2.5}$ exposure. This information will be used to inform a causality determination, which is discussed later in the chapter (Section 6.4.10).

## 6.4.2    Ischemic Heart Disease and Myocardial Infarction

Ischemic heart disease (IHD) is typically caused by atherosclerosis, which can result in the blockage of the coronary arteries and restriction of blood flow to the heart muscle potentially leading myocardial infarction (MI) or heart attack (Section 6.2.2). In the 2009 PM ISA, the evidence examining the relationship between long-term $PM_{10-2.5}$ exposure and cardiovascular effects was limited to an epidemiologic study of postmenopausal women enrolled in the WHI. The primary objective of this study (Miller et al., 2007) was to examine the cardiovascular effects of long-term exposure to $PM_{2.5}$; however, results for $PM_{10-2.5}$ were also reported. No association between $PM_{10-2.5}$ and cardiovascular events was observed (HR: 0.99 [95% CI: 0.95, 1.03]). Since the completion of the 2009 PM ISA, several epidemiologic studies reporting associations with $PM_{10-2.5}$, including some with comparable female populations, have been published. Among the limited number of studies currently available, positive associations were not consistently observed (Table 6-63, Figure 6-34).

00197522

**Table 6-63    Characteristics of epidemiologic studies examining the association between long-term $PM_{10-2.5}$ exposures and ischemic heart disease.**

| Study | Study Population | Exposure Assessment | Concentration $\mu g/m^3$ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| Miller et al. (2007)<br>36 metro areas, U.S.<br>Prospective cohort<br>$PM_{10-2.5}$: 2000<br>Follow-up: 1994−1998 | WHI<br>N = 65,893, women<br>Median follow-up:<br>6 yr | Annual average of closest monitor (2000)<br>Most participants within 10 km of monitor | NR | CVD event (MI, coronary revascularization, stroke, death from CHD, CBVD)<br>Medical record review by physician adjudicators | Multipollutant model: $PM_{2.5}$, CO, $SO_2$, $NO_2$, $O_3$<br>Copollutant correlations: NR |
| †Hart et al. (2015b)<br>U.S. (all contiguous states)<br>Prospective cohort<br>$PM_{10-2.5}$: 1989−2006 (sensitivity analyses restricting data to the years 2000−2006)<br>Follow-up: 1988−2006 | NHS<br>N = 114,537<br>Follow-up: ~16 yr | Annual average, spatiotemporal model, $PM_{10-2.5}$ estimated by subtraction of monthly $PM_{2.5}$ from $PM_{10}$; time-varying exposure assigned based on residential address<br>(C-V $R^2$ = 0.59, $PM_{10}$; 0.76 and 0.77 pre- [limited $PM_{2.5}$ data] and post 1999, respectively) | Mean 1989−2006: 8.7 (SD: 4.5)<br>Mean 2000−2006: 7.3 (SD: 4.1) | Self-reported physician diagnosed CHD | Copollutant correlations (r): $PM_{2.5}$: 0.2; $PM_{10}$: 0.86 |
| †Puett et al. (2011)<br>Northeast and Midwest, U.S. (13 contiguous states)<br>Prospective cohort<br>$PM_{10-2.5}$: 1988-2002<br>Follow-up: 1989−January 2003 | Health Professionals Follow-Up Study<br>N = 51,529<br>Average follow-up: NR | Annual average estimated using spatiotemporal models for 2 time periods (C-V $R^2$ = 0.39, precision = 5.5 $\mu g/m^3$) see Yanosky et al. (2009) for details | Mean: 10.1 (SD: 3.3)<br>IQR: 4.3 | Nonfatal MI (medical record review) | Copollutant model: $PM_{2.5}$<br>Copollutant correlations: NR |

00197523

**Table 6-63 (Continued): Characteristics of epidemiologic studies examining the association between long-term PM$_{10-2.5}$ exposures and ischemic heart disease.**

| Study | Study Population | Exposure Assessment | Concentration µg/m$^3$ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| †Cesaroni et al. (2014)<br>11 Cohorts in Finland, Sweden, Italy, Denmark, and Germany<br>Prospective cohort<br>PM$_{2.5}$: 2008−2011<br>Follow-up: 1992−2007, depending on cohort | ESCAPE<br>N = 100,166<br>Average follow-up: 11.5 yr | Annual average, LUR with measurements from 20 locations per study area<br>Model performance<br>$R^2 \geq 0.61$ | Mean ranged from 7.3 (SD: 1.3) to 31 (SD: 1.7) | IHD (hospital records) ICD9 410, 411 | Copollutant model: PM$_{2.5}$<br>Copollutant correlations: NR |
| Hoffmann et al. (2015)<br>Prospective cohort<br>PM$_{10-2.5}$: 2008−2009<br>Outcome: 2000-2003 (baseline assessment), followup through 2012 | HNR study<br>N = 4,433 | Multiyear average (baseline) using LUR to estimate concentration at residential address | 9.99 (SD: 1.83) | Self-reported coronary events with expert evaluation | Copollutant model: PM$_{2.5}$<br>Copollutant correlations: NR |
| †Tonne et al. (2015)<br>Greater London area<br>Prospective cohort<br>PM$_{10-2.5}$: 2003−2010<br>Follow-up: 2003-2007 (baseline), follow-up through 2010 | MINAP (MI Survivors)<br>N = 18,138<br>Average follow-up: 4 yr | Annual average estimated using dispersion models (20 × 20-m grid) time-varying exposure assigned within 100 m of patients' residential postal code centroid | Mean: 8.6 (SD: 0.7); IQR: 0.9 | Readmission for STEMI or non-STEMI and death combined | Copollutant model: NR<br>Copollutant correlations ($r$): PM$_{2.5}$ 0.70; PM$_{10}$ 0.87; O$_3$ −0.88, NO$_X$ 0.94; NO$_2$ 0.93 |

CBVD = cerebrovascular disease; CHD = coronary heart disease; CVD = cardiovascular disease; CO = carbon monoxide; C-V = cross validation; ESCAPE = European Study of Air Pollution Effects; HPFU = Health Professionals Follow-Up; HNR = Heinz Nixdorf Recall; IHD = ischemic heart disease; IQR = interquartile range; LUR = land use regression; µg/m$^3$ = micrograms per cubic meter; MI = myocardial infarction; MINAP = Myocardial Ischemia National Audit Project; N, n = number of subjects; NHS = Nurses' Health Study; NO$_2$ = nitrogen dioxide; NO$_X$ = oxides of nitrogen; NR = not reported; O$_3$ = ozone; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; PM$_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; $r$ = correlation; $R^2$ = coefficient of determination; SD = standard deviation; SO$_2$ = sulfur dioxide; STEMI = ST elevation myocardial infarction; WHI = Women's Health Initiative; yr = year.

†Studies published since the 2009 PM ISA.

SECTION 6.4: Long-Term PM10−2.5 Exposure and Cardiovascular Effects

00197524

Hart et al. (2015b) examined data from the NHS, a cohort of women, 30−55 years old at enrollment, and observed positive associations of $PM_{10-2.5}$ with CHD (HR: 1.06 [95% CI: 1.01, 1.11]). Associations were less precise and somewhat attenuated in a sensitivity analysis restricted to exposure data that were relatively complete. Associations between $PM_{10-2.5}$ and CHD (HR: 1.07 [95% CI: 1.00, 1.14] vs. 0.96 [95% CI: 0.92, 1.0]) were present among women with and without diabetes, respectively. Effect modification by diabetes did not persist for CHD when analyses were restricted to the years with relatively complete exposure data. Larger associations of $PM_{10-2.5}$ with CHD were observed in the northeast compared to other regions. In a study of male health professionals, Puett et al. (2011), a small increased risk for nonfatal MI was observed (HR: 1.04 [95% CI: 0.90, 1.19]). However, there was no association after adjustment for $PM_{2.5}$ (HR: 1.00 [95% CI: 0.85, 1.18]).

Cesaroni et al. (2014) reported an increased risk for the association between $PM_{10-2.5}$ and IHD (HR: 1.06 [0.98, 1.15]) in their meta-analysis of the 11 cohorts in the ESCAPE project. Heterogeneity in the effect estimates was observed across cohorts. In a separate analysis of one of the ESCAPE cohorts, Hoffmann et al. (2015) reported an inverse association of $PM_{10-2.5}$ exposure with coronary events (HR: 0.78 [95% CI: 0.33, 1.82]) in fully adjusted models that considered covariates including noise. Tonne et al. (2015) reported an association between $PM_{10-2.5}$ and readmission for MI in the MINAP study in the U.K. (HR: 1.24 [95% CI: 0.95, 1.61]).

00197525

| Study | Cohort | Outcome | Years | Mean |
|-------|--------|---------|-------|------|
| Miller et al. 2007 | WHI- 36 Sites, U.S. | CVD Events | 2000 | NR |
| †Hart et al. 2015 | NHS- 48 Contiguous, U.S. | CHD | 1989-2006 | 8.7 |
| †Puett et al. 2011 | HPFU, 13 States, U.S. | MI | 1988-2002 | 10.1 |
| †Cesaroni et al. 2014 | ESCAPE, Europe | IHD | 2008-2011 | NR |
| †Hoffmann et al. 2015 | HNR Ruhr, Germany | Coronary event | 2008-2009 | |
| †Tonne et al. 2015 | MINAP, U.K. | MI Readmission | 2003-2010 | 8.6 |

AQCD = Air Quality Criteria Document; CI = confidence interval; CTS = California Teachers Study; CVD = cardiovascular disease; ESCAPE = European Study of Cohorts for Air Pollution Effects; HNR = Heinz Nixdorf Recall; HPFU = Health Professionals Follow-Up; IHD = ischemic heart disease; $\mu g/m^3$ = micrograms per cubic meter; MI = myocardial infarction; MINAP = Myocardial Ischemia National Audit Project; NHS = Nurses' Health Study; NR = not reported; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 $\mu$m; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 $\mu$m and less than or equal to 10 $\mu$m; WHI = Women's Health Initiative.

Circles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Black text and circles represent evidence included in the 2009 PM ISA; red text and circles represent recent evidence not considered in previous ISAs or AQCDs. Mean concentrations in $\mu g/m^3$. Hazard ratios are standardized to a 5-$\mu g/m^3$ increase in $PM_{2.5}$ concentrations. Corresponding quantitative results are reported in Supplemental Table 6S-20 (U.S. EPA, 2018).

†Studies published since the 2009 PM ISA.

**Figure 6-34    Associations between long-term exposure to $PM_{10-2.5}$ and ischemic heart disease.**

### 6.4.3    Heart Failure and Impaired Heart Function

There were no studies of the effect of long-term exposure to $PM_{10-2.5}$ on heart failure or impaired heart function in the 2009 PM ISA (U.S. EPA, 2009).

SECTION 6.4: Long-Term PM10−2.5 Exposure and Cardiovascular Effects

00197526

### 6.4.3.1    Epidemiologic Studies

The E/E′ ratio is the ratio of peak early diastolic filling velocity to peak early diastolic mitral annulus velocity and a value less than eight indicates normal diastolic function and left atrial volume index (LAVI) is an indicator of diastolic function severity (Section 6.3.5). D'Souza et al. (2017) reported small imprecise increases in RV mass overall (0.68 g [95% CI: −0.0, 1.14]) but larger increases were found among current smokers and those with emphysema. Ohlwein et al. (2016) conducted a cross-sectional analysis of the SALIA cohort to determine the association of long-term $PM_{10-2.5}$ with these two metrics. The mean ratios comparing 3rd to the 1st quartile of exposure for $PM_{10-2.5}$ were 1.03 (95% CI: 0.89, 1.18) for E/E′ and 1.06 (95%CI: 0.92, 1.21) for LAVI.

00197527

**Table 6-64    Characteristics of epidemiologic studies examining the association between long-term $PM_{10-2.5}$ exposures and heart failure.**

| Study | Study Population | Exposure Assessment | Concentration $\mu g/m^3$ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| †Ohlwein et al. (2016) Cross sectional $PM_{10-2.5}$: 2008−2009 Baseline: 2007, 2010 | SALIA N = 402 69−79 yr | LUR fit from differences between $PM_{10}$ and $PM_{2.5}$ concentrations to estimate exposure at residence Model fit $R^2 = 0.66$, cross-validation $R^2 = 0.57$ | Median: 9.1 IQR: 8.6−10.4 | E/E' ratio LAVI (Tissue Doppler) | Correlations: NR |
| †D'Souza et al. (2017) $PM_{10-2.5}$ mass and components | MESA N = 1,490 45−84 yr | LUR fit from differences between $PM_{10}$ and $PM_{2.5}$ concentrations to estimate 5-yr concentration at residence | Mean: 4.9 SD: 1.6 | RV mass, volume, EF | 2-pollutant models $PM_{2.5}$ and $NO_2$ |

E/E' = ratio of peak early diastolic filling velocity and peak early diastolic mitral annulus velocity; EF = ejection fraction; IQR = interquartile range; LAVI = left atrial volume index; LUR = land use regression; MESA = Multi-Ethnic Study of Atherosclerosis; $\mu g/m^3$ = micrograms per cubic meter; N = number; $NO_2$ = nitrogen dioxide; NR = not reported; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 $\mu m$; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 $\mu m$; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 $\mu m$ and less than or equal to 10 $\mu m$; $R^2$ = coefficient of determination; RV = right ventricle; SALIA = Study on the Influence of Air Pollution on Lung; SD = standard deviation; yr = year.
†Studies published since the 2009 PM ISA.

### 6.4.3.2    Toxicological Studies of Impaired Heart Function

In the 2009 PM ISA, there was one study (Lemos et al., 2006) that reported heart muscle hypertrophy for BALB/c mice exposed to $PM_{10}$ for 4 months. Since the 2009 PM ISA, Aztatzi-Aguilar et al. (2015) reported that short-term $PM_{10-2.5}$ exposure in rats resulted in thickening of the coronary artery wall ($p < 0.05$). However, the authors did not report increases in expression of two genes typically associated with cardiac damage: *Acta1* and *Col3a*. Nonetheless, there is limited evidence from animal toxicological studies for the potential for decreases in heart function following long-term $PM_{10-2.5}$ exposure. More information on this recently published study can be found in Table 6-65 below.

00197528

**Table 6-65    Study-specific details from a toxicological study of long-term PM$_{10-2.5}$ exposure and impaired heart function impaired heart function.**

| Study | Study Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Aztatzi-Aguilar et al. (2015) | Sprague-Dawley rats, M n = 4 per group | Inhalation of 32 μg/m$^3$ PM$_{10-2.5}$ collected from a high traffic and industrial area north of Mexico City in early summer and exposed for 5 h/day, 4 days/week for 8 weeks | Coronary wall thickness *Acta1* and *Col3a* gene expression |

*Acta1* = skeletal alpha-actin; *Col3a1* = collagen Type 3 alpha; h = hour; M = male; μg/m$^3$ = micrograms per cubic meter; n = number; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm.

### 6.4.4    Cerebrovascular Disease and Stroke

Cerebrovascular disease typically includes conditions such as hemorrhagic stroke, cerebral infarction (i.e., ischemic stroke), and occlusion of the precerebral and cerebral arteries (Section 6.3.5). Only the WHI analysis reporting a positive association with stroke was available for inclusion in the 2009 PM ISA. Of the limited number of recent epidemiologic studies examining the relationship between PM$_{10-2.5}$ and stroke, there were some observations of positive associations (Table 6-66, Figure 6-35).

00197529

**Table 6-66   Characteristics of epidemiologic studies examining the association between long-term PM$_{10-2.5}$ exposures and stroke.**

| Study | Study Population | Exposure Assessment | Concentration µg/m³ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| Miller et al. (2007)<br>36 metro areas, U.S.<br>Prospective cohort<br>PM$_{10-2.5}$: 2000<br>Follow-up: 1994−1998 | WHI observational cohort<br>N = 65,893<br>Median follow-up: 6 yr | Annual average of closest monitor (2000)<br>Most women within 10 km of monitor | NR | CVD event (MI, coronary revascularization, stroke, death from CHD, CBVD)<br>Medical record review by physician adjudicators | Copollutant model: NR<br>Copollutant correlations: NR |
| †Hart et al. (2015b)<br>U.S. (all contiguous states)<br>Prospective cohort<br>PM$_{10-2.5}$: 1989−2006 (sensitivity analyses restricting data to the years 2000−2006)<br>Follow-up: 1988−2006 | NHS<br>N = 114,537<br>Follow-up: ~16 yr | Annual average, spatiotemporal model, PM$_{10-2.5}$ estimated by subtraction of monthly PM$_{2.5}$ from PM$_{10}$; time-varying exposure assigned based on residential address<br>(C-V R$^2$ = 0.59, PM$_{10}$; 0.76 and 0.77 pre- [limited PM$_{2.5}$ data] and post 1999, respectively) | Mean 1989−2006: 8.7 (SD: 4.5)<br>Mean 2000−2006: 7.3 (SD: 4.1) | Self-reported physician diagnosed stroke | Copollutant model: NR<br>Copollutant correlations ($r$): PM$_{2.5}$ 0.2; PM$_{10}$ 0.86 |
| †Puett et al. (2011)<br>Northeast and Midwest, U.S. (13 contiguous states)<br>Prospective cohort<br>PM$_{10-2.5}$: 1988−2002<br>Follow-up: 1989−January 2003 | Health Professionals Follow-Up Study<br>N = 51,529<br>Average follow-up: NR | Annual average estimated using spatiotemporal models for 2 time periods (C-V R$^2$ = 0.39, precision = 5.5 µg/m³); see Yanosky et al. (2009) for details | Mean: 10.1 (SD: 3.3)<br>IQR: 4.3 | IS, HS (medical record review) | Copollutant model: PM$_{2.5}$<br>Copollutant correlations: NR |

00197530

**Table 6-66 (Continued): Characteristics of epidemiologic studies examining the association between long-term PM$_{10-2.5}$ exposures and stroke.**

| Study | Study Population | Exposure Assessment | Concentration µg/m³ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| †Stafoggia et al. (2014)<br>11 cohorts, Europe<br>PM$_{10-2.5}$: 2008−2011<br>Outcome: 1992, 2007−2010 | ESCAPE<br>N = 105,025 | Annual exposure at residence using LUR fit to PM$_{10-2.5}$ estimated from the difference between PM$_{10}$ and PM$_{2.5}$ model fit R² average 0.68 (0.32−0.81), see Eeftens et al. (2012) | Mean: 6−17 | Stroke incidence using hospital discharge data | Copollutant model: NR<br>Copollutant correlations: NR |
| †Hoffmann et al. (2015)<br>Prospective cohort<br>PM$_{10-2.5}$: 2008−2009<br>Outcome: 2000, 2003−2012 | HNR study<br>N = 4,433 | Multiyear average (baseline) using LUR fit to PM$_{10-2.5}$ estimated from the difference between PM$_{10}$ and PM$_{2.5}$, residential address | Mean: 9.99 (SD: 1.83) | Self-reported stroke with expert evaluation | Copollutant model: NR<br>Copollutant correlations: NR |

BRFSS = Behavioral Risk Factor Surveillance System; CBVD = cerebrovascular disease; CHD = coronary heart disease; CVD = cardiovascular disease; C-V = cross validation; ESCAPE = European Study of Cohorts for Air Pollution Effects; HNR = Heinz Nixdorf Recall; HPFU = Health Professionals Follow-Up; HS = hemorrhagic stroke; IQR = interquartile range; IS = ischemic stroke; km = kilometer; LUR = land use regression; µg/m³ = micrograms per cubic meter; MI = myocardial infarction; N, n = number of subjects; NHS = Nurses' Health Study; NR = not reported; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; PM$_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; r = correlation; R² = coefficient of determination; SD = standard deviation; yr = year.

†Studies published since the 2009 PM ISA.

00197531



AQCD = Air Quality Criteria Document; CI = confidence interval; ESCAPE = European Study of Cohorts for Air Pollution Effects; HNR = Heinz Nixdorf Recall; HPFU = Health Professionals Follow-Up; HS = hemorrhagic stroke; IS = ischemic stroke; $\mu g/m^3$ = micrograms per cubic meter; NHS = Nurses' Health Study; NR = not reported; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 $\mu$m; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 $\mu$m and less than or equal to 10 $\mu$m.

Circles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Black text and circles represent evidence included in the 2009 PM ISA; red text and circles represent recent evidence not considered in previous ISAs or AQCDs. Mean concentrations in $\mu g/m^3$. Hazard ratios are standardized to a 5-$\mu g/m^3$ increase in $PM_{2.5}$ concentrations. Corresponding quantitative results are reported in Supplemental Table 6S-21 (U.S. EPA, 2018).

†Studies published since the 2009 PM ISA.

**Figure 6-35    Associations between long-term exposure to PM₁₀₋₂.₅ and stroke.**

Hart et al. (2015b) examined data from women enrolled in the NHS and observed positive associations of $PM_{10-2.5}$ stroke (HR: 1.05 [95% CI: 1.00, 1.10]). Larger associations between $PM_{10-2.5}$ and stroke (HR: 1.09 [95% CI: 1.00, 1.17]) were present among women with diabetes. Effect modification by diabetes persisted for stroke when analyses were restricted to the years with relatively complete exposure data. Larger associations of $PM_{10-2.5}$ with stroke were observed in the Northeast compared with other regions, but not in the South. These strong associations in the Northeast were even stronger in sensitivity

00197532

analyses restricted to years with complete exposure data. Among male health professionals, Puett et al. (2011) reported an imprecise (n = 230 cases) increased risk for ischemic stroke (HR: 1.10 [95% CI: 0.88, 1.37]) and no association with hemorrhagic stroke (HR: 0.85 [95% CI: 0.56, 1.31]) in their basic model. A fully adjusted model that included comorbidities such as hypertension and diabetes returned similar results. The association between $PM_{10-2.5}$ and ischemic stroke strengthened after adjustment for $PM_{2.5}$ (HR: 1.31 [95% CI: 0.99, 1.72]). Confidence intervals were wide due to small case numbers (n = 230 ischemic strokes), however.

No association of $PM_{10-2.5}$ was observed on incident stroke in the 11-cohort European ESCAPE study [HR: 1.02 (95% CI: 0.90, 1.16); Stafoggia et al. (2014)], although a separate analysis of one of the included cohorts (HNR) indicated a potential relationship between $PM_{10-2.5}$ and incident stroke. Although confidence intervals were wide, Hoffmann et al. (2015) reported a strong positive association in this study (HR: 2.53 [95% CI: 0.65, 9.84]).

As shown in Figure 6-35, associations between $PM_{10-2.5}$ were not consistently observed in epidemiologic studies of coronary events, CHD, or stroke. Overall, the number of studies is limited, and model performance is generally lower than the model performance for $PM_{2.5}$.

### 6.4.5    Atherosclerosis

Atherosclerosis is the process of plaque buildup into lesions on the walls of the coronary arteries that can lead to narrowing of the vessel, reduced blood flow to the heart, and IHD. The development of atherosclerosis is dependent on the interplay between plasma lipoproteins, inflammation, endothelial activation, and polymorphonuclear leukocyte attraction to the endothelium, extravasation, and lipid uptake. Additional information on atherosclerosis can be found in Section 6.2.4.

Increased cIMT is an indicator of atherosclerosis. An inverse cross-sectional association between long-term exposure to $PM_{10-2.5}$ and cIMT was observed in the ESCAPE study [−0.28% difference (95% CI: −1.16, 0.61); Perez et al. (2015); Table 6-67].

00197533

**Table 6-67   Characteristics of an epidemiologic study examining the association between long-term PM$_{10-2.5}$ exposures and atherosclerosis.**

| Study | Study Population | Exposure Assessment | Concentration µg/m$^3$ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| Perez et al. (2015)<br>Cross sectional<br>Four European cohorts:<br>IMPROVE, HNR, KORA, REGICOR<br>PM$_{10-2.5}$: 2008−2009<br>Outcome: 1997−2009 | ESCAPE<br>N = 9,183 | Annual average estimated using LUR (20 monitors) at residence<br>Model fit $R^2$ = 0.71 [median, cross-validation $R^2$ results 8−11% lower, see Eeftens et al. (2012)] | IMPROVE: Mean: 7.1 (SD: 3.0), IQR: 3.0<br>HNR: Mean: 10.0 (SD: 1.8), IQR: 1.9<br>KORA: Mean: 6.2 (SD: 1.1), IQR: 1.2<br>REGICOR: Mean: 15.6 (SD: 2.7), IQR: 3.7 | cIMT | IMPROVE:<br>PM$_{2.5}$ $r$ = 0.62;<br>PM$_{2.5}$abs $r$ = 0.63;<br>NO$_2$ $r$ = 0.6;<br>NO$_X$ $r$ = 0.55<br>HNR PM$_{2.5}$ $r$ = 0.68;<br>PM$_{2.5}$abs $r$ = 0.72;<br>NO$_2$ $r$ = 0.46;<br>NO$_X$ $r$ = 0.42<br><br>KORA:<br>PM$_{2.5}$ $r$ = 0.28;<br>PM$_{2.5}$abs $r$ = 0.83;<br>NO$_2$ $r$ = 0.79;<br>NO$_X$ $r$ = 0.85<br><br>REGICOR:<br>PM$_{2.5}$ $r$ = 0.12;<br>PM$_{2.5}$abs $r$ = 0.11;<br>NO$_2$ $r$ = 0.09;<br>NO$_X$ $r$ = 0.15 |

abs = absorbance; cIMT = carotid intima media thickness; ESCAPE = European Study of Cohorts for Air Pollution Effects; HNR = Heinz Nixdorf Recall; IMPROVE = IMT-Progression as Predictors of Vascular Events; IQR = interquartile range; KORA = *Kooperative Gesundheitsforschung in der Region Augsburg* (Cooperative Health Research in the Region of Augsburg); LUR = land use regression; µg/m$^3$ = micrograms per cubic meter; N, n = number of subjects; NO$_2$ = nitrogen dioxide; NO$_X$ = oxides of nitrogen; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; $r$ = correlation; $R^2$ = coefficient of determination; REGICOR = Registre Gironí del Cor; SD = standard deviation.
†Studies published since the 2009 PM ISA.

00197534

### 6.4.6     Blood Pressure and Hypertension

High blood pressure is typically defined as a systolic blood pressure above 140 mm Hg or a diastolic blood pressure above 90 mm Hg with the clinically relevant consequence of chronically high blood pressure defined as hypertension (Section 6.2.7). There were no studies of the effect of $PM_{10-2.5}$ on blood pressure, hypertension, or related effects on the renal system reviewed in the 2009 PM ISA.

#### 6.4.6.1     Epidemiologic Studies

A limited number of studies examined the relationship between $PM_{10-2.5}$ and blood pressure or hypertension among adults. Fuks et al. (2014) reported null associations with use of blood pressure-lowering medication (OR: 0.99 [95% CI: 0.93, 1.05]) and hypertension (OR: 1.00 [95% CI: 0.94, 1.06]) in the ESCAPE cohort. Both small (relative to the size of the confidence interval) decreases and small increases in SBP and DBP were also observed in ESCAPE providing little support for an effect on blood pressure. A study conducted in Taiwan where mean $PM_{10-2.5}$ concentration was 21.2 $\mu g/m^3$ showed no effect on SBP but reported elevated DBP and an increased risk of hypertension in association with $PM_{10-2.5}$ (Chen et al., 2015a).

#### 6.4.6.2     Toxicological Studies of Changes in Blood Pressure (BP)

There were no studies in the 2009 PM ISA exploring the relationship between long-term inhalation exposure to $PM_{10-2.5}$ and changes in BP. Since the publication of that review, a toxicological study has reported no changes in mRNA levels of angiotensin or bradykinin related genes after long-term exposure to $PM_{10-2.5}$ (Aztatzi-Aguilar et al., 2015). However, the authors did report an increase in $AT_1R$ protein levels following exposure ($p < 0.05$). Thus, there is limited evidence from this study that exposure to $PM_{10-2.5}$ may affect BP through changes in the renin-angiotensin system. More information on this recently published study can be found in Table 6-68 below.

00197535

**Table 6-68    Study-specific details from a toxicological study of long-term PM$_{10-2.5}$ exposure and blood pressure.**

| Study | Study Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Aztatzi-Aguilar et al. (2015) | Adult male Sprague-Dawley rats (n = 4 per group) | Inhalation of 32 μg/m$^3$ PM$_{10-2.5}$ for 5 h/day, 4 days/week, for 8 week | Angiotensin and bradykinin system gene and protein expression |

h = hour; μg/m$^3$ = micrograms per cubic meter; n = number; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm.

### 6.4.7    Peripheral Vascular Disease (PVD), Venous Thromboembolism, Pulmonary Embolism

Pulmonary emboli (PE) are common subtypes of venous thromboembolism (VTE; Section 6.3.8). Pun et al. (2015) reported a positive association between long-term exposure to PM$_{10-2.5}$ and PE (HR: 1.09 [95% CI: 1.00, 1.19]; Table 6-69). The association was stronger with idiopathic PE (i.e., cases for which there was no underlying medical condition). Although confidence intervals were wider, these associations were not substantially attenuated after adjustment for PM$_{2.5}$.

**Table 6-69    Characteristics of an epidemiologic study examining the association between long-term PM$_{10-2.5}$ exposures and other cardiovascular outcomes.**

| Study | Study Population | Exposure Assessment | Concentration μg/m$^3$ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| Pun et al. (2015) 11 states, U.S. Follow-up: 1992−2008 PM$_{10-2.5}$ | NHS | Annual average estimated using spatiotemporal model at residential address C-V R$^2$ = 0.63 | Mean: 8.2 (SD: 4.2) IQR: 4.6 | Self-reported diagnosis of PE confirmed by physician medical record review | Copollutant model: NR Copollutant correlations (r): NR |

C-V = cross validation; IQR = interquartile range; μg/m$^3$ = micrograms per cubic meter; NHS = Nurses' Health Study; NR = not reported; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; PE = pulmonary embolism; r=correlation; R$^2$=coefficient of determination; SD = standard deviation.
†Studies published since the 2009 PM ISA.

00197536

### 6.4.8    Cardiovascular Mortality

In the 2009 PM ISA, there was limited evidence for an association between long-term $PM_{10-2.5}$ exposure and cardiovascular mortality for women, but not for men (Chen et al., 2005). Several recent U.S. cohort studies (Table 6-70) examined the association between long-term $PM_{10-2.5}$ exposure and cardiovascular mortality in occupational cohorts. Puett et al. (2009) examined the association between long-term $PM_{10-2.5}$ exposure and CHD mortality among a cohort of female nurses in the Nurses' Health Study from 13 states in the Northeast and Midwest from 1992 through 2002. Spatiotemporal models were used to assign exposure to $PM_{2.5}$ and $PM_{10}$ and the $PM_{10-2.5}$ concentrations were derived via subtraction. The authors observed positive associations with CHD mortality, although the associations were attenuated to below the null value in copollutant models that include $PM_{2.5}$. Using a design like that of the Nurses' Health Study, Puett et al. (2011) investigated the effect of long-term $PM_{10-2.5}$ (derived by subtraction of $PM_{2.5}$ from $PM_{10}$) exposure and CHD mortality among men enrolled in the Health Professionals cohort. Near null associations were observed for CHD mortality in this cohort.

A pooled-analysis of the European ESCAPE cohort combined data from 22 existing cohort studies and evaluated the association between long-term $PM_{10-2.5}$ exposure and cardiovascular mortality (Beelen et al., 2014). LUR models were used to assign exposure to $PM_{2.5}$ and $PM_{10}$ and the $PM_{10-2.5}$ concentrations were derived via subtraction. The authors applied a common statistical protocol to data from each of the 22 cohorts, from 13 different European countries, in the first stage of the analysis and combined the cohort-specific effects in a second stage. The authors observed a near-null association between long-term $PM_{10-2.5}$ exposure and cardiovascular mortality (Beelen et al., 2014). The strongest association was observed for the subset of cardiovascular deaths attributable to cerebrovascular disease (HR: 1.17 [95% CI: 0.90, 1.52]), although copollutant models with $PM_{2.5}$ were not reported for this comparison. Using the same exposure models used for the pooled cohort study, Dehbi et al. (2016) assigned $PM_{10-2.5}$ exposure to two British cohort studies that were pooled together to examine CVD mortality. The British cohorts included follow-up between 1989 and 2015, although $PM_{10-2.5}$ exposure estimates were available for 2010−2011. The authors observed a negative association when exposure was considered on the continuous scale, but positive associations for each quartile when exposure was categorized. However, the confidence intervals were wide and overlapping for all of the results, and the inconsistency may indicate generally null results, but instability in the model. In a separate European cohort, Bentayeb et al. (2015) used the CHIMERE chemical transport model to estimate $PM_{10}$ and $PM_{2.5}$, and then subtracted to estimate long-term $PM_{10-2.5}$ exposure. The authors observed positive association with cardiovascular mortality.

00197537

**Table 6-70    Epidemiologic studies of long-term exposure to PM$_{10-2.5}$ and cardiovascular mortality.**

| Study | Cohort (Location) | Mean PM$_{10-2.5}$ (µg/m$^3$) | Exposure Assessment | Single Pollutant Hazard Ratio (95% CI) | Copollutant Examination |
|---|---|---|---|---|---|
| Chen et al. (2005) | AHSMOG (U.S.) | 25.4 | ZIP code average Subtraction method | CHD (men): 0.96 (0.81, 1.14) CHD (women): 1.17 (0.98, 1.40) | Correlation (r): NA Copollutant models with: NA |
| †Puett et al. (2009) | Nurses Health (U.S.) | 7.7 | Spatiotemporal models Subtraction method | CHD (women): 1.07 (0.85, 1.33) | Correlation (r): NA Copollutant models with: PM$_{2.5}$: CHD (women): 0.95 (0.75, 1.22) |
| †Puett et al. (2011) | Health Professionals (U.S.) | 10.1 | Spatiotemporal models Subtraction method | CHD (men): 1.03 (0.90, 1.18) | Correlation (r): NR Copollutant models with: PM$_{2.5}$: CHD (men): 1.05 (0.90, 1.22) |
| †Beelen et al. (2014) | ESCAPE (Europe) | 4.0−20.7 | LUR models Subtraction method | CVD: 1.02 (0.91, 1.13) IHD: 0.92 (0.77, 1.11) MI: 0.88 (0.71, 1.10) CBVD: 1.17 (0.90, 1.52) | Correlation (r): NR Copollutant models with: NR |
| †Dehbi et al. (2016) | Two British cohorts | 6.4 (median) | Same exposure as ESCAPE | CVD: 0.94 (0.56, 1.60) | Correlation (r): NR Copollutant models with: NR |
| †Bentayeb et al. (2015) | Gazel (France) | 8.0 | CHIMERE chemical transport model Subtraction Method | CVD: 1.32 (0.89, 1.91) | Correlation (r): NR Copollutant models with: NR |

AHSMOG = Adventist Health Study on Smog; CBVD = cerebrovascular disease; CHD = coronary heart disease; CI = confidence interval; CVD = cardiovascular disease; ESCAPE = European Study of Cohorts for Air Pollution Effects; IHD = ischemic heart disease; LUR = land use regression; µg/m$^3$ = micrograms per cubic meter; MI = myocardial infarction; NR = not reported; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; r = correlation.
†Studies published since the 2009 PM ISA.

While there are more studies available in this review that examine the association between long-term PM$_{10-2.5}$ exposure and cardiovascular mortality, the body of evidence remains limited, especially when compared to the body of evidence available for PM$_{2.5}$. In addition, to date all studies that

00197538

have examined the relationship between long-term $PM_{10-2.5}$ exposure and mortality have used the difference method to derive concentrations for $PM_{10-2.5}$, contributing to the uncertainty associated with these effect estimates. Overall, there is no consistent pattern of associations for cardiovascular mortality (Table 11-8). In the instances where positive associations were observed for long-term $PM_{10-2.5}$ exposure and mortality, and $PM_{2.5}$ copollutant model results were reported, the $PM_{10-2.5}$ effect estimates were often attenuated but still positive after adjusting for $PM_{2.5}$.

### 6.4.9    Systemic Inflammation and Oxidative Stress

As discussed in Section 6.1.1 and Section 6.1.11, systemic inflammation and oxidative stress have been linked to a number of CVD related outcomes. Thus, this section discusses the evidence for markers of systemic inflammation and oxidative stress following long-term $PM_{10-2.5}$ exposures.

#### 6.4.9.1    Epidemiologic Studies

Increased levels of C-reactive protein (CRP) can indicate systemic inflammation (Section 6.3.12) and fibrinogen is a marker of coagulation (Section 6.3.13). Lanki et al. (2015) provided little support for an association (% difference) between long-term exposure to $PM_{10-2.5}$ and CRP (3.0% [95% CI: −0.7, 6.8]) or fibrinogen (1% [95% CI: −1.2, 0.9]).

#### 6.4.9.2    Toxicological Studies

There were no studies in the 2009 PM ISA exploring the relationship between long-term inhalation exposure to $PM_{10-2.5}$ CAP and systemic inflammation/oxidative stress. Since the publication of the 2009 PM ISA, Aztatzi-Aguilar et al. (2015) reported that rats exposed to coarse PM had no change in IL-6 or HO-1 protein levels in the heart following long-term exposure to $PM_{10-2.5}$. More information on this recently published study can be found in Table 6-71 below.

00197539

**Table 6-71    Study-specific details from a toxicological study examining long-term PM$_{10-2.5}$ exposure and of systemic inflammation.**

| Study | Study Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Aztatzi-Aguilar et al. (2015) | Adult Sprague-Dawley rats, M, n = 4 per group | Inhalation of 32 µg/m$^3$ PM$_{10-2.5}$ for 5 h/day, 4 days/week, for 8 week | Markers of inflammation in heart tissue collected 24 h postexposure |

h = hour; M = male; µg/m$^3$ = micrograms per cubic meter; n = number; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm.

## 6.4.10    Summary and Causality Determination

In the 2009 PM ISA (U.S. EPA, 2009), it was concluded that the evidence was inadequate to assess the relationship between long-term exposure to PM$_{10-2.5}$ and cardiovascular effects. The limited number of epidemiologic studies reported contradictory results and limited animal toxicological evidence demonstrating an effect of PM$_{10-2.5}$ on the cardiovascular system. The literature base has expanded but remains limited although some epidemiologic studies report positive associations of cardiovascular mortality and other outcomes with long-term exposure to PM$_{10-2.5}$. More recent evidence describing the relationship between long-term exposure to PM$_{10-2.5}$ and cardiovascular effects is discussed below and summarized in Table 6-72, using the framework for causality determinations described in the Preamble to the ISAs (U.S. EPA, 2015).

The evidence relating long-term exposure to PM$_{10-2.5}$ to cardiovascular mortality remains limited. Overall, there is no consistent pattern of associations for cardiovascular mortality (Table 6-70). In the instances where positive associations were observed for long-term PM$_{10-2.5}$ exposure and mortality, and PM$_{2.5}$ copollutant model results were reported, the PM$_{10-2.5}$ effect estimates were often attenuated but still positive after adjusting for PM$_{2.5}$. The epidemiologic studies examining the relationship between PM$_{10-2.5}$ and other cardiovascular outcomes including MI and stroke, atherosclerosis, VTE, and blood pressure has grown. Some studies report positive associations with these outcomes. Specifically, single pollutant associations of long-term exposure to PM$_{10-2.5}$ with IHD were observed in the NHS (Hart et al., 2015b), ESCAPE (Cesaroni et al., 2014), and MINAP [recurrent MI; Tonne et al. (2015)] while no association was observed in the HPFU after adjusting for PM$_{2.5}$ in copollutant models (Puett et al., 2011). After adjusting for noise, Hoffmann et al. (2015) reported an inverse association with IHD in the HNR study, which is one of the cohorts included in ESCAPE. Evidence of an association between long-term exposure to PM$_{10-2.5}$ and stroke was similarly inconsistent with a positive association observed in the NHS (Hart et al., 2015b) and little evidence of an effect in HPFU (Puett et al., 2011) or ESCAPE (Stafoggia et al., 2014). No evidence of an association with cIMT in the only available study, an ESCAPE meta-analysis, was reported (Perez et al., 2015). An association between long-term PM$_{2.5}$ exposure and pulmonary

00197540

embolism was reported in the NHS (Pun et al., 2015). An inconsistent pattern of results relating to the effect of $PM_{10-2.5}$ on increased blood pressure and hypertension was reported in a limited number of studies (Chen et al., 2015a; Fuks et al., 2014). To date the studies that have examined the relationship between long-term $PM_{10-2.5}$ exposure and mortality have used the difference method to derive concentrations for $PM_{10-2.5}$, contributing to the uncertainty associated with these effect estimates.

The toxicological evidence related to long-term $PM_{10-2.5}$ exposures was overall lacking and represents a substantial data gap in the present collection of literature. There was a study demonstrating that short-term $PM_{10-2.5}$ exposure in rats resulted in thickening of the coronary artery wall (Section 6.4.3.2). The same study also reported limited evidence of altered protein expression related to renal function and blood pressure, (Section 6.4.6.2) and no evidence for changes in markers of systemic inflammation or oxidative stress (Section 6.4.9). In addition, as evidenced in Section 6.4.1, there are important gaps in biological plausibility in part, due to the overall lack of experimental evidence.

There are individual epidemiologic studies that report positive associations with cardiovascular morbidity and mortality outcomes, but the evidence was not entirely consistent. Associations are sometimes attenuated in copollutant models and there is uncertainty stemming from the use of the subtraction method to estimate exposure. Furthermore, evidence from experimental animal studies is of insufficient quantity to establish biological plausibility. **Based largely on the observation of positive associations in epidemiologic studies, the evidence is *suggestive of, but not sufficient to infer, a causal relationship* between long-term $PM_{10-2.5}$ exposure and cardiovascular effects.**

**Table 6-72    Summary of evidence indicating that the evidence is *suggestive of, but not sufficient to infer, a causal relationship* between long-term $PM_{10-2.5}$ exposure and cardiovascular effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | $PM_{10-2.5}$ Concentrations Associated with Effects[c] ($\mu g/m^3$) |
|---|---|---|---|
| Some epidemiologic studies report positive associations at relevant concentrations | Positive associations between long-term $PM_{10-2.5}$ exposure and cardiovascular mortality in some studies; however, lack of consistency across studies. Some studies report associations with IHD, stroke, or pulmonary embolism | Section 6.4.8<br>Hart et al. (2015b)<br>Cesaroni et al. (2014)<br>Tonne et al. (2015)<br>Pun et al. (2015)<br>Miller et al. (2007) | 8.7<br>7.3–31<br>8.2–8.6 |
| Uncertainty regarding exposure measurement error | Uncertainty in using $PM_{10-2.5}$ concentrations, estimated by differencing $PM_{10}$ and $PM_{2.5}$ concentrations, as exposure surrogates, is not addressed | Section 3.3.1 | |

SECTION 6.4: Long-Term PM10−2.5 Exposure and Cardiovascular Effects

00197541

**Table 6-72 (Continued): Summary of evidence indicating that the evidence is _suggestive of, but not sufficient to infer, a causal relationship_ between long-term PM$_{10-2.5}$ exposure and cardiovascular effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | PM$_{10-2.5}$ Concentrations Associated with Effects[c] (µg/m$^3$) |
|---|---|---|---|
| Uncertainty regarding the independent effect of PM$_{10-2.5}$ | Limited number of epidemiologic studies evaluate copollutant confounding<br><br>Null association with IHD after adjustment for PM$_{2.5}$ in HPFU<br><br>Inverse association with IHD in HNR study after adjustment for noise | Puett et al. (2011)<br>Hoffmann et al. (2015) | |
| Limited evidence of coherence across lines of evidence | A study reporting some indications of impaired heart function, and potentially changes in BP. No changes in markers of inflammation or oxidative stress were reported | Aztatzi-Aguilar et al. (2015) | ~30 µg/m$^3$ |
| Biological plausibility | Overall, biological plausibility is extremely limited with important gaps in the potential pathways. | Section 6.4.1 | |

BP = blood pressure; HNR = Heinz Nixdorf Recall; HPFU = Health Professionals Follow-Up; IHD = ischemic heart disease; µg/m$^3$ = micrograms per cubic meter; PM$_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; PM$_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm.

[a]Based on aspects considered in judgments of causality and weight of evidence in causal framework in Tables I and II of the Preamble.

[b]Describes the key evidence and references contributing most heavily to causality determination and, where applicable, to uncertainties or inconsistencies. References to earlier sections indicate where the full body of evidence is described.

[c]Describes the PM$_{10-2.5}$ concentrations with which the evidence is substantiated.

## 6.5    Short-Term UFP Exposure and Cardiovascular Effects

The 2009 PM ISA concluded the available evidence for short-term ultrafine particle (UFP) exposure and cardiovascular effects was "suggestive of a causal relationship". There was a relatively large body of evidence from CHE studies of fresh diesel exhaust (DE), which is typically dominated by UFPs, demonstrating effects cardiovascular effects in response to short-term UFP exposure. In addition, cardiovascular effects were demonstrated by a limited number of laboratories in response to UF carbon black, urban traffic particles and CAPs. Responses included altered vasomotor function, increased systemic oxidative stress and HRV parameters. Studies using UF CAPs, as well as wood smoke and DE, provided some evidence of changes in markers of blood coagulation, but findings were not consistent.

00197542

Toxicological studies conducted with UF TiO$_2$, CB, and DE demonstrated changes in vasomotor function as well as in HRV. Effects on systemic inflammation and blood coagulation were less consistent. PM-induced cardiac oxidative stress was noted following exposure to gasoline exhaust. Notably, the few epidemiologic studies of UFPs conducted did not provide strong support for an association between short-term UFP exposure and cardiovascular effects.

The strongest recent evidence for cardiovascular effects following UFP exposure is for measures of HRV and coagulation. A small number of epidemiologic panel studies have reported associations between short-term exposure to UFPs and measures of HRV. This includes a well conducted epidemiologic panel study that found increases in SDNN with well-characterized 3-hour exposures. In addition, there was some evidence for positive associations between UFP exposure and markers of coagulation from epidemiologic panel studies, and evidence from a CHE study indicating decreases in the anticoagulant proteins plasminogen and thrombomodulin in a subset of individuals with metabolic syndrome who express the *GSTM1* null allele. In addition to changes in HRV and markers of coagulation, there was also limited evidence from CHE and epidemiologic panel studies for endothelial dysfunction, blood pressure, and systemic inflammation following UFP exposure. Collectively, recent evidence continues to be *suggestive of, but not sufficient to infer, a causal relationship* between short-term exposures to UFPs and cardiovascular effects.

The subsections below provide an evaluation of the most policy relevant scientific evidence relating-short-term UFP exposure to cardiovascular effects. To clearly characterize and put this evidence into context, there is first a discussion of the biological plausibility of cardiovascular effects following short-term UFP exposure (Section 6.5.1). Following this discussion, the health evidence relating short-term UFP exposure and specific cardiovascular health outcomes is discussed in detail: ischemic heart disease and myocardial infarction (Section 6.5.2), heart failure and impaired heart function (Section 6.5.3), cardiac electrophysiology and arrhythmia (Section 6.5.4), cerebrovascular disease and stroke (Section 6.5.5), increased blood pressure and hypertension (Section 6.5.6), combinations of cardiovascular-related ED visits and hospital admissions (Section 6.5.7), and cardiovascular-related mortality (Section 6.5.8). The evidence for an effect of UFP exposures on endpoints such as changes in heart rate variability (HRV) and endothelial function are discussed (Section 6.5.9, Section 6.5.10, Section 6.5.11, and Section 6.5.12). Finally, the collective body of evidence is integrated across and within scientific disciplines, and the rationale for the causality determination is outlined in (Section 6.5.13).

### 6.5.1    Biological Plausibility

This subsection describes the biological pathways that potentially underlie cardiovascular effects resulting from short-term inhalation exposure to UFPs. Figure 6-36 graphically depicts these proposed pathways as a continuum of pathophysiological responses—connected by arrows—that may ultimately

00197543

lead to the apical cardiovascular events observed in epidemiologic studies (i.e., ED visits and hospital admissions). This discussion of how short-term exposure to UFPs may lead to these cardiovascular events also provides at least some biological plausibility for the epidemiologic results reported later in Section 6.5. In addition, most studies cited in this subsection are discussed in greater detail throughout Section 6.5. Note that the structure of the biological plausibility sections and the role of biological plausibility in contributing to the weight-of-evidence analysis used in the PM ISA are discussed in the Preface, Section P.3.2.1.



HR = heart rate; HRV = heart rate variability; UFP = ultrafine particles.
Note: The boxes above represent the effects for which there is experimental or epidemiologic evidence related to short-term UFP exposure, and the arrows indicate a proposed relationship between those effects. Shading around multiple boxes is used to denote a grouping of these effects. Arrows may connect individual boxes, groupings of boxes, and individual boxes within groupings of boxes. Progression of effects is generally depicted from left to right and color coded (gray = exposure; green = initial effect; blue = intermediate effect; orange = effect at the population level or a key clinical effect). Here, population-level effects generally reflect results of epidemiologic studies. When there are gaps in the evidence, there are complementary gaps in the figure and the accompanying text below.

**Figure 6-36    Potential biological pathways for cardiovascular effects following short-term exposure to UFP.**

When considering the available health evidence, plausible pathways connecting short-term exposure to UFPs to the apical events reported in epidemiologic studies are proposed in Figure 6-36. The

00197544

first pathway begins as respiratory tract inflammation that leads to systemic inflammation.[73] The second pathway involves activation of sensory nerve pathways in the respiratory tract that leads to modulation of the autonomic nervous system. Once these pathways are initiated, there is evidence from experimental and observational studies that short-term exposure to UFPs may result in a series of pathophysiological responses that could lead to cardiovascular events such as ED visits and hospital admissions for IHD and heart failure.

Short-term inhalation exposure to UFPs may result in respiratory tract inflammation (Chapter 5). Inflammatory mediators such as cytokines produced in the respiratory tract have the potential to enter the circulatory system where they may cause distal pathophysiological responses that contribute to overt cardiovascular disease (see Section 6.1.1). There is limited evidence from CHE studies that following short-term UFP exposure, systemic inflammation (Liu et al., 2015a; Devlin et al., 2014) may occur. Importantly, systemic inflammation may result in altered hemostasis, which may then increase the potential for thrombosis and possibly worsen IHD and heart failure. In addition, systemic inflammation may result in impaired vascular function. Impaired vascular function stems from impaired functioning of the endothelium, which maintains the normal balance of mediators that promote vasorelaxation (e.g., nitric oxide) and vasoconstriction (e.g., endothelin-1). In endothelial dysfunction, the balance is tipped towards greater production of vasoconstrictors causing increased vascular resistance which could lead to rupture of existing plaques (Halvorsen et al., 2008). Dislodged plaques may then obstruct blood flow to the heart or stimulate intravascular clotting (Karoly et al., 2007), both of which could result in worsening of IHD and set the stage for heart failure. Thus, it is important to note that there is some evidence from CHE (Devlin et al., 2014) and epidemiologic panel studies (Wang et al., 2016; Rich et al., 2012; Hildebrandt et al., 2009; Peters et al., 2009) for altered hemostasis following short-term UFP exposure. Similarly, a CHE (Devlin et al., 2014) and an epidemiologic panel study (Ljungman et al., 2014) provide some evidence for impaired vascular function.

There is also evidence that short-term exposure to UFPs could potentially lead to these outcomes through activation of sensory nerves in the respiratory tract (Chapter 5). Once activated, autonomic nervous system modulation could exacerbate IHD and heart failure through proposed pathways that include increases in BP and/or exacerbation of conduction abnormalities or arrhythmia (Figure 6-36). Thus, it is important to note that CHE (Devlin et al., 2014; Samet et al., 2009) and epidemiologic panel studies (Hampel et al., 2014; Rich et al., 2012) reported modulation of the autonomic nervous system (as evidenced by changes in HRV) following short-term UFP exposure. Similarly, evidence for increases in blood pressure can be found in epidemiologic panel studies (Chung et al., 2015; Kubesch et al., 2014; Liu et al., 2014c; Weichenthal et al., 2014a), while CHE (Devlin et al., 2014; Samet et al., 2009) and an

---

[73] It is also possible that UFP or soluble particle components can translocate directly into the circulatory system (Chapter 4) and lead to systemic inflammation, although the extent to which particle translocation occurs remains unclear.

00197545

additional epidemiologic panel (Link et al., 2013) study reported conduction abnormalities or indicators of arrhythmia following short-term UFP exposure.

When considering the available evidence, there are potential pathways connecting short-term exposure to UFPs to cardiovascular effects (Figure 6-36). More specifically, there exist potential pathways by which short-term exposure to UFPs may worsen IHD or heart failure, as well as contribute to the development of MI or stroke, potentially resulting in ED visits and hospital admissions. However, the evidence supporting most of the individual events in these potential pathways is quite limited. This information will be used to inform a causality determination, which is discussed later in the chapter (Section 6.5.13).

## 6.5.2    Ischemic Heart Disease and Myocardial infarction

As noted above in Section 6.1.2, ischemic heart disease (IHD) is characterized by reduced blood flow to the heart. The majority of IHD cases are caused by atherosclerosis (Section 6.2.4), which can result in the blockage of the coronary arteries and restrict blood flow to the heart muscle. A myocardial infarction (MI) or heart attack occurs as a consequence of IHD, resulting in insufficient blood flow to the heart that overwhelms myocardial repair mechanisms and leads to muscle tissue death.

There was no evidence in the 2009 PM ISA with respect to IHD, MI, and short-term exposure to UFPs. In the current review, there are a few ED visit and hospital admission studies as well as a single epidemiologic panel study. Overall these studies do not suggest a relationship between short-term exposure to UFPs and IHD or MI.

### 6.5.2.1    Emergency Department (ED) Visits and Hospital Admissions

In Rome, Italy, Belleudi et al. (2010) considered nearly 23,000 ED visits for acute coronary syndrome and observed null associations with UFP exposure (particle number concentrations from a single, fixed-site monitor) at individual lags from 0 to 6 days. Gardner et al. (2014) also reported a null association between two subtypes of MI (ST segment elevation MI and non-ST segment elevation MI) and UFP (particle number concentration, 10−100 nm, from a fixed-site monitor) in a MI registry study in Rochester, NY. Conversely, in a MI registry study in Augsburg, Germany, Wolf et al. (2015a) observed a positive, albeit imprecise (i.e., wide 95% CI), association between same-day UFP exposure (particle number concentration, 10−2,000 nm, from a fixed-site monitor) and MI. Additionally, Wolf et al. (2015a) observed a positive increase in recurrent MI events with UFP exposure averaged over a longer, multiday lag period (6.0% [95% CI: 0.6, 11.7], lag 0−4 per 6,800-particle/cm$^3$ increase). Registry studies are advantageous because they are thought to lessen the degree of outcome misclassification generally seen in studies that rely on administrative data.

00197546

### 6.5.2.2    Epidemiologic Studies of ST Segment Depression

There were no studies evaluating ST-segment depression available for the 2009 PM ISA and there is only a single study in the recently published literature. Delfino et al. (2011) conducted a repeated measures study among older adults with coronary artery disease living in retirement communities in Los Angeles, CA and did not find evidence for associations between average PNC of 1-hour up to 4-days and ST-segment depression.

### 6.5.3    Heart Failure and Impaired Heart Function

As first noted in Section 6.1.3, heart failure refers to a set of conditions including congestive heart failure (CHF) in which the heart's pumping action is weakened. With CHF the flow of blood from the heart slows, failing to meet the oxygen demands of the body, and returning blood can back up, causing swelling or edema in the lungs or other tissues.

There were no studies in the 2009 PM ISA with respect to short-term UFP exposure and heart function. In the current review, a hospital admission study showed a positive association that was lag dependent. However, relative to control animals, a toxicological study did not find an increase in markers consistent with cardiac damage following short-term exposure to UFP.

### 6.5.3.1    Emergency Department (ED) Visits and Hospital Admissions

The 2009 PM ISA did not review any epidemiologic studies of ambient UFPs and ED visits and hospital admissions for heart failure. Recently, Belleudi et al. (2010) reported positive associations between ambient UFP exposure (particle number concentration from a single fixed-site monitor) and hospital admissions for heart failure in Rome, Italy. The authors examined individual lags from 0 to 6 days and observed the highest magnitude associations at lag 0 (1.80% [95% CI: 0.39, 3.24] per 9,392-particle/cm$^3$ increase) and lag 2 (1.65% [95% CI: 0.32, 3.00]), with null associations at lags 5 and 6.

### 6.5.3.2    Toxicological Studies of Impaired Heart Function

There were no animal toxicological studies in the last review examining markers of potential heart failure following short-term UFP exposure. Since that document, Kurhanewicz et al. (2014) reported that short-term exposure to UFPs resulted in no appreciable change in LVDP or contractility. In addition, Aztatzi-Aguilar et al. (2015) did not report statistically significant cardiac gene expression consistent with cardiac damage following short-term exposure to UFPs. More information on this recently published study can be found in Table 6-73 below.

SECTION 6.5: Short-Term UFP Exposure and Cardiovascular Effects

00197547

**Table 6-73    Study-specific details from toxicological studies of short-term UFP exposure and impaired heart function.**

| Study | Study Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Aztatzi-Aguilar et al. (2015) | Adult male Sprague-Dawley rats (n = 4 per group) | Inhalation of UFP (107 µg/m$^3$) for 5 h/day, for 3 days | *Acta1* and *Col3a* gene expression |
| Kurhanewicz et al. (2014) | Adult, female C57BL/6 mice (10–12 week), n = 5–8/group | Inhalation of 138 µg/m$^3$ from Research Triangle Park, NC<br><br>UFP for 4 h | LVDP and contractility (dP/dt)<br><br>Tissue collected 24 h postexposure. |

*Acta1* = skeletal alpha-actin; *Col3a1* = collagen Type 3 alpha; dP =change in pressure dt = change in time; h = hour; LVDP = left ventricular developed pressure; µg/m$^3$ = micrograms per cubic meter; n = number; UFP = ultrafine particles.

### 6.5.4    Ventricular Depolarization, Repolarization, and Arrhythmia

Electrical activity in the heart is measured using electrocardiography (ECG). The pattern of depolarization and repolarization in the heart can indicate various forms of arrhythmia and distinguish those arising in the ventricle from those arising in the atria. See Section 6.1.4 for more information on arrhythmia and measures of conduction abnormalities.

The 2009 PM ISA had a single epidemiologic study of ambient UFPs and arrhythmia-related ED visits and hospital admissions. In addition, there was a single CHE study that reported a shortening of the QT interval following short-term exposure to UFPs. Since the last review, one epidemiologic study reported a null association for arrhythmia related hospital admissions, but a CHE study did report conduction abnormalities by ECG that could indicate the potential for increased risk of arrhythmia following short-term UFP exposure.

One study in the 2009 PM ISA found a positive association between short-term UFP exposure and OHCA. Since the 2009 PM ISA, no new studies of OHCA have been reviewed.

#### 6.5.4.1    Emergency Department (ED) Visits and Hospital Admissions for Arrhythmia and Out-of-Hospital Cardiac Arrest

A number of studies based on administrative databases have sought to evaluate the association between short-term fluctuations in ambient UFP concentrations and the risk of hospitalization for cardiac arrhythmias (also known as dysrhythmias). In these studies, a primary discharge diagnosis of ICD-9 427 has typically been used to identify hospitalized patients. ICD-9 427 includes a heterogeneous group of

00197548

arrhythmias including paroxysmal ventricular or supraventricular tachycardia, atrial fibrillation and flutter, ventricular fibrillation and flutter, cardiac arrest, premature beats, and sinoatrial node dysfunction.

The 2009 PM ISA did not review any epidemiologic studies of ambient UFPs and arrhythmia-related ED visits and hospital admissions. Recently, Anderson et al. (2010) examined the association between UFP exposure (particle number concentration, single fixed-site monitor) and atrial fibrillation in London, England. The authors reviewed records of implantable cardioverter defibrillators activations and reported a null association with UFP (OR: 1.00 [95% CI: 0.96, 1.05] per 1,000-particle/$cm^3$ increase, lag 0−5).

Most out-of-hospital cardiac arrests are due to cardiac arrhythmias. The 2009 PM ISA reviewed one study examining the association between UFP and OHCA. A study in Rome, Italy (Forastiere et al., 2005) reported positive associations between OHCA and UFPs. No studies published since the release of the 2009 PM ISA examined the association between UFP concentrations and OHCA.

### 6.5.4.2    Epidemiologic Studies for Arrhythmia and Conduction Abnormalities

In the 2009 PM ISA, Dockery et al. (2005b) reported a positive association for arrhythmias relative to 2-day averages of UFP. A handful of studies examined the relationship between short-term exposure to UFPs and changes in arrhythmia or cardiac conduction and generally reported null results. While Link et al. (2013) found a positive association between arrhythmia and 2-hour averages of NCs measured at the clinic site in a panel of adults with ICDs, null associations were reported for 24-hour averages. Positive associations for ventricular tachyarrhythmia with NCs in the prior 24−47 hours (0.5% [95% CI: −0.1, 1.0] per 7,481/$cm^3$) were also reported by Bartell et al. (2013) in a study of ventricular tachyarrhythmia in older adults with coronary artery disease that used residential monitoring for $NC_{100-3,000}$; however, negative associations were reported with NCs in the prior 96−119 hours (−0.6% [95% CI: −1.3, 0.1] per 7,481/$cm^3$). Hampel et al. (2010) and Rich et al. (2012) both examined QTc changes in relation to ambient $NC_{10-100}$ among survivors of MI and cardiac rehabilitation patients, respectively. Hampel et al. (2010) used fixed-site monitoring representative of urban background NCs in Dusseldorf, Germany. Rich et al. (2012) conducted monitoring at the clinic site in Rochester, NY, located roughly 1,500 m from an interstate highway and within 19 km of study participants. Neither study reported evidence of associations with 5-hour up to 5-day NC avg.

00197549

### 6.5.4.3    Controlled Human Exposure Studies for Arrhythmia and Conduction Abnormalities

In the 2009 PM ISA, a CHE study examined the relationship between ultrafine PM exposure and ventricular arrhythmia. Samet et al. (2009) reported a shortened QT interval and noted increased variance in the duration of QRS complexes under ultrafine CAP exposure in healthy, young individuals.

In the current ISA, an additional study examined the relationship between UFP CAP exposure and potential indicators of ventricular arrhythmia. Devlin et al. (2014) recently studied adults with metabolic syndrome, including a subgroup with the null allele for glutathione S-transferase (GSTM1—an important antioxidant gene). Individuals with the *GSTM1* null allele had a small but significant increase in the QT interval 1-hour postexposure ($p = 0.0070$) relative to FA, while a nonsignificant trend in increased QTc was reported for the entire study group. These *GSTM1* null individuals also had an increased complexity of the QRS complex (possible indicator of increased risk of arrhythmia development) at both 1-hour ($p = 0.025$) and 20 hours ($p = 0.008$) postexposure. More information on studies published since the 2009 PM ISA can be found in Table 6-74 below.

### Table 6-74    Study-specific details from controlled human exposure studies of short-term UFP exposure and conduction abnormalities.

| Study | Population N, Sex, Age (mean ± SD) | Exposure Details (Concentration; Duration) | Endpoints Examined |
|---|---|---|---|
| Devlin et al. (2014) | Adults with metabolic syndrome<br>n = 13 M, 21 F<br>27−70 yr, avg 15 of which carried the null allele for GSTM1 | 98 µg/m$^3$ UFPs (73% of which are <0.1 µm)<br>16,000−564,000 particles/cm$^3$ for 2 h at rest<br>Particles from Chapel Hill, NC | Measures of conduction abnormalities including QT interval: from continuously worn halter data |

CHE = controlled human exposure; cm = centimeter; ECG = electrocardiogram; F = female; GSTM1 = glutathione S-transferase mu 1; h = hour; M = male; µg/m$^3$ = micrograms per cubic meter; µm = micrometer; n = number; QT = time interval between from beginning of the Q wave to end of the T wave; SD = standard deviation; UFP = ultrafine particles.

### 6.5.4.4    Toxicological Studies for Arrhythmia and Conduction Abnormalities

In the 2009 PM ISA, there were no toxicological studies that examined the effect of UFP CAP exposure on indicators of arrhythmia or conduction abnormalities. In the current review, Kurhanewicz et al. (2014) reported that short-term exposure to UFPs resulted in no appreciable change in ECG measurements. More information on this recently published study can be found in Table 6-75 below.

00197550

**Table 6-75    Study-specific details from toxicological studies of short-term UFP exposure and conduction abnormalities.**

| Study | Study Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Kurhanewicz et al. (2014) | Adult, female C57BL/6 mice (10−12 week), n = 5−8/group | Inhalation of 138 µg/m$^3$ UFP CAP from Research Triangle Park, NC for 4 h. | QRS, QT interval, P wave |

CAP = concentrated ambient particle; F = female; h = hour; µg/m$^3$ = micrograms per cubic meter; n = number; QRS = time interval between the beginning of the Q wave and the peak of the S wave; QT = time interval between from beginning of the Q wave, to end of the T wave; UFP = ultrafine particles.

### 6.5.5    Cerebrovascular Disease and Stroke

Cerebrovascular disease typically includes conditions such as hemorrhagic stroke, cerebral infarction (i.e., ischemic stroke), and occlusion of the precerebral and cerebral arteries. Ischemic stroke results from an obstruction within a blood vessel that supplies oxygen to the brain, potentially leading to infarction. Hemorrhagic stroke is less common but results in a disproportionate amount of fatalities.

There were no studies in the last review with respect to short-term UFP exposure and stroke. The current review has a single hospital admission study that generally found a positive association between short-term UFP exposure and stroke.

### 6.5.5.1    Emergency Department (ED) Visits and Hospital Admissions

The 2009 PM ISA did not review any epidemiologic studies of UFP concentrations and ED visits and hospital admissions for CBVD/stroke. Andersen et al. (2010) recently studied 7,485 incident hospital admissions for stroke in Copenhagen, Denmark from 1995 to 2003. Data from a national stroke registry allowed the authors to consider stroke type (ischemic vs. hemorrhagic), stroke severity (mild vs. severe), and ischemic stroke subtype (with atrial fibrillation vs. without atrial fibrillation) in relation to UFP exposure (particle number concentration [10−700 nm] measured by fixed-site monitors at two urban locations). Andersen et al. (2010) observed increases in odds of hospital admissions for ischemic stroke, mild stroke, ischemic stroke without atrial fibrillation, and mild ischemic stroke without atrial fibrillation over the previous five days (lag 0−4). The associations were generally imprecise (i.e., wide 95% CIs), especially for the subgroup analyses. The association with the highest magnitude was observed between UFP exposure and hospital admissions for mild ischemic stroke without atrial fibrillation (OR: 1.21 [95% CI: 1.04, 1.41] per 3,918-particle/cm$^3$ increase, lag 0−4). The observed association was robust to adjustment for $PM_{10}$, $NO_X$, and CO in copollutant models.

00197551

### 6.5.6    Blood Pressure and Hypertension

High blood pressure results in the increased force on the artery walls and can damage the blood vessels and increase risk for cardiovascular disease and stroke. Hypertension is characterized by persistently elevated blood pressure. Additional information on blood pressure and hypertension can be found in Section 6.1.6.

In the 2009 PM ISA, a handful of epidemiologic panel studies and a single CHE study reported that exposure to UFPs did not result in increases in BP. In the current review, an additional CHE studies also reported that exposure to UFPs did not result in increases in BP. However, panel epidemiologic studies in the current review do provide some evidence for increases in blood pressure following UFP exposure. Thus, across disciplines evidence is both limited and inconsistent.

#### 6.5.6.1    Emergency Department (ED) Visits and Hospital Admissions

Hypertension, a medical condition characterized by persistently elevated blood pressure, is a leading risk factor for myocardial infarction, heart failure, and cerebrovascular diseases. The 2009 PM ISA did not review any epidemiologic studies of ambient UFPs and ED visits and hospital admissions for hypertension. In the only recent study available, Franck et al. (2011) observed positive associations between short-term UFP exposure (measured by particle number concentration, <100 nm, single fixed-site monitor) and emergency calls for hypertensive crisis in Leipzig, Germany. The authors examined individual lags from 0 to 10 days, and observed positive associations at every lag except for 0, 1, and 10. The authors presented their results graphically; detailed effect estimates were not provided. Additionally, when using alternative exposure metrics based on surface area and volume concentrations, Franck et al. (2011) reported cardiovascular effects were not "significantly correlated" with UFP exposure (quantitative results not presented).

#### 6.5.6.2    Epidemiologic Studies of Changes in Blood Pressure (BP)

Limited evidence was available for the 2009 PM ISA (U.S. EPA, 2009) examining exposures to UFP and changes in BP, although several recently published studies are available. Weichenthal et al. (2014a), Kubesch et al. (2014), and Liu et al. (2014c) all conducted studies that were quasi-experimental in design and provided some evidence for associations between $PM_{2.5}$ and SBP and DBP. Weichenthal et al. (2014a) and Liu et al. (2014c) both used personal monitoring for NCs (10−100 nm) with differential exposure scenarios (sites with high and low pollution). Weichenthal et al. (2014a) reported null associations between 2-hour averages of NCs with DBP and SBP measurements taken 3 hours postexposure. In contrast, Liu et al. (2014c) reported a decrease in DBP and NCs with a 1-day lag (−0.78 mm Hg [95% CI: −1.40, −0.16] per 10,256/cm³). Chung et al. (2015) and Kubesch et al. (2014)

00197552

both used differential exposures to traffic. Kubesch et al. (2014) measured SBP and DBP in participants following a 2-hour exposure to high or low traffic and found positive associations between personal average NCs (100−1,000 nm) and SBP, but not DBP. Chung et al. (2015) also included participants with differential traffic exposures and reported positive associations between NC and SBP, but not DBP, although there is greater uncertainty in NCs in this study due to fixed-site monitoring. Rich et al. (2012) also examined associations between BP and exposures to UFPs in a panel of cardiac rehabilitation patients that lived within 19 km of the clinic where NCs (10−100 nm) were measured. Associations between NCs and DBP were positive across exposure periods ranging from 23-hours up to 4-days, although a decrease in DBP was associated with 5-day averages of NCs; positive associations were also observed for SBP with 1- to 5-day average NCs (Rich et al., 2012). Overall, these recent studies provide some evidence of a relationship between exposure to UFPs and BP that is in contrast to evidence for exposures to $PM_{2.5}$, but the evidence base is still quite small for UFP exposures compared to $PM_{2.5}$.

### 6.5.6.3    Controlled Human Exposure Toxicology Studies of Changes in Blood Pressure (BP)

In studies from the 2009 PM ISA, BP was not found to be affected by exposure to UF carbon particles (Frampton, 2001), UF EC (Shah et al., 2008; Routledge et al., 2006), or UF ZnO (Beckett et al., 2005). In the current ISA, no changes in BP were reported by Devlin et al. (2014) in metabolic syndrome patients (including those with GSTM1 null allele) exposed to UFP CAPs. In addition, in healthy men, Mills et al. (2011) found an increase in BP following exposure to DE (Table 6-76); however, the increase was not attenuated following exposure to particle-filtered DE. Thus, there is no evidence from CHE studies to suggest an effect of UFP exposure on BP. More information on studies published since the 2009 PM ISA can be found in Table 6-76 below.

00197553

**Table 6-76    Study-specific details from controlled human exposure studies of short-term UFP exposure and blood pressure.**

| Study | Population N, Sex, Age (mean ± SD) | Exposure Details (Concentration; Duration) | Endpoints Examined |
|---|---|---|---|
| Devlin et al. (2014) | Adults with metabolic syndrome<br>n = 13 M, 21 F<br>27−70 yr, avg 15 of which carried the null allele for GSTM1 | 98 µg/m$^3$ UF CAPs (73% of which are <0.1 µm)<br>16,000−564,000 particles/cm$^3$ for 2 h at rest<br>Particles from Chapel Hill, NC | BP: pre-exposure, during, 1 h postexposure |
| Mills et al. (2011) | Healthy M<br>n = 6<br>18−32 yr | 300 µg/m$^3$ UFP<br>Particles generated with diesel engine passed through 0.1 µm filter<br>15-minute rest and cycling intervals during exposure<br>Particle-filtered exposures had UFP removed | BP: 6 h postexposure |

BP = blood pressure; CAP = concentrated ambient particle; DE = diesel exhaust; GSTM1 = glutathione S-transferase mu 1; F = female; h = hour; M = male; µg/m$^3$ = micrograms per cubic meter; µm = micrometer; n = number; SD = standard deviation; UF = ultrafine; UFP = ultrafine particles; yr = year.

### 6.5.6.4    Toxicological Studies of Changes in Blood Pressure (BP)

There were no animal toxicological studies in the 2009 PM ISA exploring the relationship between short-term exposure to UFP and the angiotensin system. Since the publication of that review, a study has reported that short-term exposure to UFP can result in statistically significant increases in *Ace* and *B1r*, but not *At1r* mRNA in rat heart tissue (Aztatzi-Aguilar et al., 2015). However, in mice Kurhanewicz et al. (2014) reported that short-term exposure to UFPs resulted in no appreciable change in ACE serum levels compared to filtered air exposure. More information on these studies can be found in Table 6-77 below.

00197554

**Table 6-77    Study-specific details from toxicological studies of short-term UFP exposure and blood pressure.**

| Study | Study Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Aztatzi-Aguilar et al. (2015) | Adult male Sprague-Dawley rats, n = 4/group | Inhalation of UFP 107 μg/m³ for 5 h/day, for 3 days | Renin-angiotensin gene expression. Heart tissue harvested 24 h postexposure |
| Kurhanewicz et al. (2014) | Adult, female C57BL/6 mice (10−12 weeks), n = 5−8/group | Inhalation of 138 μg/m³ from Research Triangle Park, NC UFP for 4 h | ACE serum levels 24-h postexposure |

ACE = angiotensin converting enzyme; F = female; h = hour; M = male; μg/m³ = micrograms per cubic meter; n = number; UFP = ultrafine particles.

### 6.5.7    Combinations of Cardiovascular-Related Emergency Department (ED) Visits and Hospital Admissions

Many epidemiologic studies consider the composite endpoint of ED visits and hospital admissions for all cardiovascular diseases, including diseases of the circulatory system. This endpoint generally encompasses ED visits and hospital admissions for ischemic heart disease, MI, PVD, heart failure, arrhythmia, CBVD and stroke, and diseases of pulmonary circulation. A smaller body of studies examine the endpoint of cardiac diseases, a subset of CVD that specifically excludes hospitalizations for cerebrovascular disease, peripheral vascular disease, and other circulatory diseases not involving the heart or coronary circulation. The 2009 PM ISA did not review any epidemiologic studies of ambient UFPs and ED visits and hospital admissions for CVD or cardiac disease. Several recent studies are available for review provide emerging evidence of an association between UFP concentrations and ED visits and hospital admissions for CVD.

In a study in London, England, Atkinson et al. (2010) reported that cardiovascular-related hospital admissions were positively associated with UFP exposure (particle number concentration measured at a single fixed-site monitor for lag 1 and lag 0−1; quantitative results not reported; results presented graphically). In another study in London, England using a single fixed-site monitor, Samoli et al. (2016) reported null associations for cardiovascular-related hospital admissions and UFP exposure (particle number count, upper size limit of 3,000 nm, lag 1). Samoli et al. (2016) also examined associations between UFP exposure (source apportionment, particle number size distribution, particles <600 nm). The authors reported positive, but imprecise, associations with UFP linked to urban background and traffic sources, although not for particles attributed to regional nucleation or secondary particle formation. Similarly, in a study of five cities in central and eastern Europe, Lanzinger et al.

00197555

(2016b) reported null associations for UFP (number count, 100 nm; particle number concentration, 800 nm) across individual lags (lag 0 to lag 7) and multi-day averaged lags. In city-specific analyses, results did not substantially differ based on the exposure metric used, and results for UFP ($NC_{100}$) were robust to adjustment for $PM_{2.5}$ or $NO_2$ both in pooled and city-specific estimates. A delayed association was observed in Beijing, China (Liu et al., 2013). Liu et al. (2013) reported a 7.2% (95% CI: 1.1, 13.7) increase in cardiovascular-related ED visits corresponding to a 9,040-particle/cm$^3$ increase in 11-day moving average of UFP concentrations (measured by number concentration, particles 3−100 nm, single fixed-site monitor). Liu et al. (2013) also reported attenuated associations with 2-day moving averages based on number concentration (1.1% [95% CI: −3.0, 5.3] 10,340 particle/cm$^3$, particles 3−100 nm), particularly Aitken mode particles. In Prague, Czech Republic, Braniš et al. (2010) assessed associations between submicron particles (particles 14.6 to 487 nm) measured from a single fixed-site monitor and cardiovascular-related hospital admissions. The authors reported positive associations with nucleation (14.6 to 48.7 nm) and Aitken (48.7 to 205 nm) mode particles, but the highest magnitude associations were observed with accumulation (205 to 487 nm) mode particles (e.g., RR: 1.093 [95% CI: 1.019, 1.174] at lag 2 per 1,000-particle/cm$^3$ increase).

Overall, the evidence provides limited support for the presence of a positive association between UFP exposure and cardiovascular-related ED visits and hospital admissions. Evidence for this relationship is provided by a limited number of single-city studies conducted in Europe and Asia. The observed associations tend to be for delayed lags, with weak or null associations with UFP concentrations on the same day, and increasing associations thereafter; however, these studies relied on a single monitor to estimate UFP exposure. As detailed in Chapter 2 (Section 2.5.1.1.5, Section 2.5.1.2.4, and Section 2.5.2.2.3), the use of a single monitor does not adequately account for the spatial and temporal variability in UFP concentrations as well as the change in the particle size distribution that changes with distance from source. The range in measures used to represent UFP exposures also complicates the overall interpretation of results. Furthermore, the studies did not examine the potential for copollutant confounding.

### 6.5.8    Cardiovascular Mortality

In the 2009 PM ISA, a small number of studies examined associations between short-term UFP exposure and cardiovascular mortality, providing some initial evidence of a positive association. Although the number of studies has increased, the total body of evidence remains small, as detailed in Chapter 11 (Section 11.4.1). Across studies that examined the UFP—cardiovascular mortality relationship, there is inconsistency in the particle size distribution that was used to represent UFP exposures with some studies measuring total number concentration (NC), while other studies measured NC with the upper end of the size distribution ranging from 100–3,000 nm. This disparity in the measurement of UFPs between studies complicates the overall interpretation of results.

00197556