## APPENDIX B: AMERICAN LEGION BRIDGE STRIKE TEAM REPORT

00198349

# AMERICAN LEGION BRIDGE STRIKE TEAM REPORT

**April 9, 2021**

Independent Study Completed on Behalf of
MDOT SHA's I-495 & I-270 Managed Lanes P3 Program

**DRAFT
PRE-DECISIONAL, DELIBERATIVE &
CONFIDENTIAL**

Jim Ruddell
*Strike Team Lead*

00198350

## TABLE OF CONTENTS

Table of Contents ............................................................................................................................... 1

List of Figures ..................................................................................................................................... 2

List of Appendices .............................................................................................................................. 2

Acronyms ............................................................................................................................................ 3

Introduction ........................................................................................................................................ 4

Site Description ................................................................................................................................... 5

Development of the American Legion Bridge Strike Team ................................................................ 7

    Review of the DEIS Alternatives .................................................................................................. 7

    Review of the LOD ....................................................................................................................... 7

Review of Base and other Options ..................................................................................................... 9

    Base Option .................................................................................................................................. 9

    Top Down Construction ............................................................................................................. 12

    Base Option in 4 Phases ............................................................................................................ 17

    Cable Stayed Option .................................................................................................................. 18

    Segmental Bridge Option .......................................................................................................... 20

    Slide-in Options ......................................................................................................................... 21

    Slide-in Option 3 ........................................................................................................................ 22

    Slide-in Option 4 ........................................................................................................................ 23

Discussion on Access ........................................................................................................................ 26

    Access Findings ......................................................................................................................... 26

Summary of Key Findings ................................................................................................................. 28

00198351

## LIST OF FIGURES

Figure 1: Aerial View of the American Legion Bridge Project Site ................................................................ 4
Figure 2: Environmental Features at the American Legion Bridge. ............................................................. 6
Figure 3: Grade difference at the southern end of the existing American Legion Bridge .......................... 13
Figure 4: Top Down Construction - Washington, NC Bypass. ..................................................................... 14
Figure 5: Linn Cove Viaduct ....................................................................................................................... 15
Figure 6: Linn Cove Viaduct - Precast Segmental Construction Method .................................................... 16
Figure 7: Northwest Quadrant Access Road .............................................................................................. 27

## LIST OF APPENDICES

Appendix 1: Strike Team Members
Appendix 2: LOD Plans
Appendix 3: LOD Impact Table
Appendix 4: Bridge Options
Appendix 5: Base Option in Two Phases
Appendix 6: Base Option in Four Phases
Appendix 7: Cable Stayed Bridge
Appendix 8: Segmental Bridge
Appendix 9: Slide-In Option 3
Appendix 10: Slide-In Option 4
Appendix 11: Strike Team Biographies

00198352

## ACRONYMS

| Acronym | Definition |
|---------|------------|
| ABC | Accelerated Bridge Construction |
| ALB | American Legion Bridge |
| ALB-ST | American Legion Bridge – Strike Team |
| CIP | Cast-in-Place |
| C&O | Chesapeake and Ohio |
| DEIS | Draft Environmental Impact Statement |
| FHWA | Federal Highway Administration |
| GEC | General Engineering Consultant |
| GWMP | George Washington Memorial Parkway |
| LOD | Limit of Disturbance |
| MDOT SHA | Maryland Department of Transportation State Highway Administration |
| MDOT | Maryland Department of Transportation |
| MLS | Managed Lanes Study |
| NE | Northeast |
| NB | Northbound |
| NPS | National Park Service |
| NRHP | National Register of Historic Places |
| NW | Northwest |
| P3 | Public Private Partnership |
| SB | Southbound |
| SE | Southeast |
| SW | Southwest |
| VDOT | Virginia Department of Transportation |

00198353

## INTRODUCTION

The existing American Legion Bridge (ALB) connects Maryland and Virginia on I-495 to the northwest of Washington, D.C. by spanning the Potomac River. See Figure 1 for an aerial view of the project site. The ALB is to be replaced as part of the I-495 & I-270 P3 Program, a historic effort to reduce congestion for millions of travelers in the National Capital Region by seeking a private sector developer to design, build, finance, operate, and maintain improvements on both I-495 and I-270. The replacement of ALB is included in the Managed Lanes Study (MLS), the first element in the P3 Program undergoing the environmental review process. The Federal Highway Administration (FHWA) is the lead federal agency and the Maryland Department of Transportation State Highway Administration (MDOT SHA) is the local project sponsor and joint lead agency for the MLS. Coordination with the Virginia Department of Transportation (VDOT) is being undertaken as portions of the ALB resides in Virginia and approach roadway tie-in is required on the Virginia side of the ALB. Replacing the ALB with a wider structure that accommodates both general purpose and managed lanes is key to improving travel along I-495. MDOT SHA engaged a General Engineering Consultant (GEC) P3 Team (herein referred to as "P3 Team") to provide multiple services, including technical engineering support for the MLS. Managing and reducing avoidable impacts to this historic and environmentally rich section of the Potomac River Gorge is essential to receiving Cooperating Agency concurrence and to the project's success.



*Figure 1: Aerial View of the American Legion Bridge Project Site (Aerial imagery courtesy of P3 Team)*

00198354

## SITE DESCRIPTION

On both shores of the Potomac River, there are National Park Service (NPS) properties: the George Washington Memorial Parkway (GWMP) runs along the south side of the Potomac river and eastward from I-495 in Virginia; and the Chesapeake and Ohio (C&O) Canal National Historical Park, which includes the C&O Canal Towpath and Plummer's Island, borders the north side of the river and is adjacent to the ALB in Maryland. Parallel to the C&O Canal Towpath is the NPS' Clara Barton Parkway. These National Parks are historic properties and contain many unique natural communities and rare species. These parks are within the Potomac Gorge Conservation Area and a partial listing of the unique resources identified within the area includes:

- Wetlands,
- Streams,
- Mature forest,
- Rare, threatened, and endangered plant species, and
- Cultural resources.

The NPS manages the Potomac Gorge Conservation Area, a 15-mile long riparian corridor along the Potomac River running downstream from Great Falls, which is northwest (upstream) of the ALB. This biologically diverse area contains at least 30 distinct natural vegetation communities that support numerous rare plant and animal species[1]. A survey for state and federally listed plant species within the Potomac River Gorge in the project area identified seven (7) threatened and endangered plant species, including some populations with thousands of individuals. Within the project area, the Potomac River Gorge is characterized by mixed hardwood forest with trees ranging from 5 to 59 inches diameter at breast height. The project area also includes emergent and forested wetlands and streams. Of particular concern is Plummer's Island, which lies east of the existing bridge on the Maryland shore. See Figure 2 for an aerial view of the environmental features in the vicinity of Plummer's Island. The island has been the primary research station and headquarters of the Washington Biologists' Field Club, established in 1884. The Field Club has catalogued the island's resources and monitored its flora and fauna changes over time.

The C&O Canal National Historical Park, the GWMP and the Clara Barton Parkway are National Register of Historic Places (NRHP) listed properties, subject to protection under Section 106 of the National Historic Preservation Act and Section 4(f) of the U.S. Department of Transportation Act. Various cultural and natural features within the project Limit of Disturbance (LOD) contribute to the historic significance of the parks. Additionally, there are NRHP-eligible archaeological properties, both precontact and historic era, within the park boundaries and project LOD that are also subject to consideration under Section 106 and Section 4(f). In Maryland, these include four environmental sites and a likely historic quarry within the C&O Canal NHP. In Virginia, the Dead Run Ridges Archaeological District is partially within the LOD at the George Washington Memorial Parkway to the east of the ALB.

---

[1] The Nature Conservancy 2005

00198355



*Figure 2: Environmental Features at the American Legion Bridge (Note that the LOD in this graphic is from December 8, 2020; see "Review of the LOD" for additional information).*

Along with the historic and environmentally rich features of the Potomac River Gorge area, steep topography; shallow, hard rock throughout; and significant rock outcrops all contribute to constrained access and significant challenges for construction. In addition, there are seriously degraded stormwater outfalls in the southwest and northeast quadrants that require extensive reconstruction. Further, the fact that this reach of the Potomac River is not navigable, prevents barges launched outside the project area from delivering equipment or materials to the site for construction. There is also a 35' fluctuation in river flow heights between normal ebb flows and a 25-year storm event that introduces commercial and environmental risks for working on and proximate to the river. These considerable site constraints are set within the I-495 corridor, an area in which traffic congestion of monumental proportions precludes reliable travel during daytime hours and affords only limited durations during late night and early morning hours to use limited space on the existing bridge as a construction work zone.

00198356

## DEVELOPMENT OF THE AMERICAN LEGION BRIDGE STRIKE TEAM

In 2020, MDOT SHA and its P3 Team completed and released the Draft Environmental Impact Statement (DEIS), which outlined impacts and assumptions for the entirety of the MLS. In response to comments from the NPS, regulatory agencies and the public on the DEIS, as well as the inherent complexities of the site, MDOT SHA recognized that an outside group of national and local experts may provide valuable insight with a fresh perspective. MDOT SHA intended that the group, comprised of FHWA, MDOT SHA and consultant members, could potentially benefit the MLS by investigating alternative bridge design and construction techniques to reduce, minimize and avoid impacts within the constrained project site. To that end, the P3 Team convened an expert panel, the ALB Strike Team[2] (ALB-ST), charged with the mission

> *to develop and evaluate alternatives for the replacement of the American Legion Bridge (ALB) to avoid impacts, to the greatest extent practicable, and reduce overall acreage impacts to the C&O Canal National Historic Park and George Washington Memorial Parkway (GWMP) units of the National Park Service (NPS).*

On January 7, 2021, the ALB-ST began its investigation and worked over the following weeks to explore alternative design solutions, project phasing options, site access solutions, and the potential use of specialty construction techniques. The ALB-ST presented its findings to the NPS on February 8, 2021 as part of the P3 NEPA Team's MLS update.

### Review of the DEIS Alternatives

The ALB-ST initially focused its effort on the DEIS alternatives that included a suspension bridge, a tunnel, a double-deck bridge, and an alignment that departed significantly from the existing corridor. Of the first three alternatives, the ALB-ST agreed with the DEIS findings that these options were impracticable. The fourth alternative of an alignment that significantly departed from the existing bridge location was not reviewed as it was deemed outside the scope of the ALB-ST.

### Review of the LOD

The P3 Team provided the ALB-ST with a history of the LOD. Refer to APPENDIX 2 to see the DEIS LOD in blue, the LOD reduction in yellow that was presented to with the NPS at a meeting on December 8, 2020, and the February 2021 LOD reduction in red that was independently recommended by the P3 Team and the ALB-ST as a result of site access studies. For this report, the "Base LOD" is defined as the DEIS LOD, including the reduction from the December 8, 2020 discussion (herein referred to as the "December Discussion") with the NPS and the reduction from February 2021 from site access. The P3 Team established the Base LOD so that it would reasonably accommodate a "Base Option", which is defined as a conventional replacement structure that could be constructed in two (2) phases on the existing bridge centerline with the assumption of access via trestles and causeways.

One operational consequence of the change between the DEIS LOD and the Base LOD is that the DEIS LOD accommodates continuous, north-south trestles running on both sides of the bridge. The December Discussion with the NPS that reduced the LOD to minimize impact to Plummer's Island precludes a

---

[2] ALB Strike Team expert panel members are included in APPENDIX 1.

00198357

continuous north-south trestle on the east side of the bridge.  While not fatal, it would be advantageous to accommodate a continuous trestle on both the west and east sides of the existing bridge.  With the December Discussion, a builder could only construct a discontinuous trestle on the east side.  For this reason, the ALB-ST also considered a westerly shift of the new bridge centerline, so that impacts to Plummer's Island could be avoided while also affording builders the options of a continuous north-south trestle on both the west and east sides.  Note that the shift would also impact the proposed replacement bridges at the Clara Barton Parkway interchange; however, this interchange was not studied as part of the Strike Team's study.  The assumed construction sequence for the Base Option is still viable with the December Discussion LOD reduction, although it would likely add a few months to the schedule and perhaps another $5-15M to the project cost due to reduced efficiency as compared with the DEIS LOD.

00198358

**REVIEW OF BASE AND OTHER OPTIONS**

The ALB-ST first affirmed the viability of the Base Option, and then explored other strategies for potentially further reducing the LOD. These strategies included top-down construction, alternate phasing of the Base Option, and alternate bridge types, while also considering access requirements for all options. See APPENDIX 4 for an overview comparison of the bridge type options, which include 1) conventional structure, 2) cable stayed, 3) cast-in-place segmental, 4) and a conventional structure that utilized Accelerated Bridge Construction (ABC) techniques and is slid into place. Variations of these options for alignment and phasing to further insulate Plummer's Island from impacts were also considered.

While construction cost and duration were not governing criteria, these aspects were included for each of the options in relative terms. On February 8, 2021, the ALB-ST presented its findings to the NPS as part of the MLS update presentation that included discussions of the Baltimore/Washington Parkway and George Washington Parkway in addition to the ALB. The following summarizes the options presented at this meeting.

**Base Option[3]**

The Base Option assumes that conventional construction techniques will be employed to construct the new ALB with the same centerline as the existing ALB, while maintaining the reduced LOD to minimize impacts at Plummer's Island by eliminating a complete north-south trestle on the east side of the bridge. The construction sequence for Phase 1 of the Base Option assumes construction of the outboard halves of the NB and SB bridges while traffic is maintained on the existing bridge with minimal impact. Upon completion of the outboard halves of the NB and SB bridges, the current five (5) lanes of traffic in each direction would then divert onto the newly constructed elements, temporarily in 11' wide lanes. With traffic removed from the existing bridge, Phase 2 provides for demolition of the existing bridge superstructures, construction of the new inboard NB and SB bridge elements, and final configuration of traffic into the ultimate local and express lane system.

Of note for the Base Option construction sequence is that the proposed piers can be offset from the existing piers such that the proposed piers could be constructed in their entirety prior to the superstructure construction. This is described more fully under the "Pier Construction" section which follows.

The Base Option features a common bridge type that many local contractors could construct, therefore competition and cost would be favorable. Other benefits include retention of a centerline alignment, the opportunity to advance the complete substructure for the ultimate structure in Phase I, the possibility of using a portion of the existing bridge deck to construct most of the inboard superstructures, and a two-phase solution. Disadvantages include the need to mobilize equipment on both sides of the existing bridge during Phase 1, the slightly increased inefficiency of a discontinuous trestle on the east side of the ALB, and the difficulty in demolishing the existing bridge and constructing the inboard structures in between two structures that would be carrying live traffic.

---

[3] See APPENDIX 5

00198359

The Base Option envisions that a contractor would construct the bridge using traditional methods and components. This would entail drilled shaft or spread footing foundations founded on rock, cast-in-place concrete piers, fabricated high-strength steel plate girders, and a cast-in-place concrete bridge deck. River access for construction cranes, excavators and haul trucks would be accomplished with rock causeways and steel-framed, timber-decked trestles typically supported on steel pipe columns that would be founded on spread footings or socketed into rock. Material storage on this limited site would be provided by one or more floating barges, assembled from interlocked, floating components that are delivered by truck[4]. The barges would be maneuvered with winches, with winch cables connected to mooring piles at the edges of the river. The ALB-ST agrees that these assumptions are representative of typical construction techniques used for bridge replacement projects on non-navigable waterways.

After reviewing and agreeing that causeways and trestles could be used as well as material storage on barges, the ALB-ST then sought to affirm the viability of the critical construction operations of foundation and pier construction, setting girders, demolition of the existing structure, deck placement, and LOD considerations for the Base Option. Note that the ALB-ST approached these reviews with the understanding that they would be applicable to other bridge construction options as well.

### Foundation Construction
Soil borings from the existing bridge and the existing foundation design indicates that hard, competent rock is shallow at this site. It suggests that driven piles are not appropriate. As foundation elements that are subject to river scour, some method of anchoring foundations into rock is required. This suggests that either spread footings anchored into rock in flood zones or drilled shafts are the preferred foundation types. The equipment needed for either of these solutions can be mobilized and used without heroic measures. One consideration that must be made for the specialized equipment that installs casings for large diameter, drilled shafts[5] is a stable platform that is designed to resist the tremendous torque that these machines generate. A circular coffer dam filled with sand is a typical drilled shaft platform for water foundations, and this could be constructed at this site if large diameter drilled shaft foundations are selected.

### Pier Construction
New piers could be constructed with cast-in-place (CIP) concrete within formwork or with precast hollow concrete elements that would be filled with concrete upon assembly in place. Aerial access to construct all the new piers would be "in the clear" during Phase 1 construction of the outboard portions of the NB and SB bridges. It is also possible for the contractor to progress with the new foundations and piers beneath the existing bridge with traffic on it.[6] While not unprecedented, this advanced foundation and pier construction would constrain equipment selection for those proposed piers which are located under the existing structure due to reduced vertical clearances. Specifically, this would narrow the possible equipment choices for drilled shafts and preclude full use of cranes for setting pier formwork and placing pier concrete. Low-headroom drill rigs with smaller diameter capabilities, use of the existing bridge girders for rigging reinforcing steel, jack-up forms, and concrete pumping via hoses would enable this work. Another disadvantage of this approach is that the new piers must be protected from damage during

---

[4] The trade name for this system is "Flexifloat". See: https://www.flexifloat.com/

[5] "Oscillators" and "Rotators"

[6] The slide-in options are unique in that advance construction of all of the proposed piers, prior to the removal of the existing bridge superstructure, is essential.

00198360

demolition of the existing bridge. Pier construction is viable for the Base Option in either Phase 1 or Phase 2.

### Setting Girders
Under this Base Option, setting girders is one of the more challenging activities. The ALB-ST considered how this could be done within the proposed Base LOD to validate the assumed impact area.

For Phase 1, cranes working at the river level could execute a two-crane pick from delivery trucks spotted on the shoulders of the existing bridges. This would be done during late evening and early morning single or dual lane closures. This method works well for the new structure's girder lines closest to the existing roadway. As more girders are set, however, the crane reach becomes problematic. One option would be to cast a portion of the new deck from abutment to abutment and then use the new deck to stage cranes for setting the remaining girders. While viable, this approach would essentially add another phase to the duration of construction. A more likely scenario is for the contractor to use a rolling system in which all the girders are picked and set on the edge closest to the existing bridge. With a pair of girder lines bolted together with cross frames, the girder set can be slid on rollers[7] to the designated location, jacked up to remove the rollers and then set down onto their permanent position. This sequence would continue until all girders in Phase 1 have been set, connecting adjacent girder lines with cross frames as they are rolled into place.

For Phase 2, picking girders off the existing structures with cranes spotted below is problematic because the crane angles will be acute. As with the Phase 1 solution, rollers could be used. Alternatively, the Phase 2 superstructure could be constructed linearly from each abutment. Lastly, the contractor could elect to preserve part of the existing superstructure deck as a work platform to build a portion of the new inside bridges. This last approach would introduce two demolition phases, but it would greatly facilitate access and enable much more work from the top and out of traffic. Regardless of the option chosen, there is no fatal flaw to the viability of the Base Option for setting girders.

### Demolition
Under Phase 2, the existing bridge would be demolished while traffic is traveling on either side on the new bridges that were constructed in Phase 1. Access from the top is convenient to employ standard methods such as diamond saw cutting, slab lifters and hoe rams, and to truck out the debris. Similarly, steel girder sections could be picked from the top and hauled out at street level. The most difficult aspect would be removing the old piers. The P3 Team contemplated diamond wire sawing the piers into blocks that are light enough to haul out of the steep project grades from below. The ALB-ST agrees that this is viable approach as well as a best practice to minimize particle debris given the environmental sensitive. Lastly, the existing piers could be demolished following the completion of the proposed bridge construction. This would accelerate the opening of the Express lanes but would add cost and time to the construction contract because of the inefficiency caused by poorer access and reduced vertical clearances. It is assumed that the old bridge foundations could remain in place one foot below grade, in accordance with MDOT SHA requirements. While it is possible to substantially remove them to a greater depth below grade, the impacts and costs would be significant.

---

[7] The trade name is "Hilman Rollers". See: https://hilmanrollers.com/

00198361

***Deck Placement***
In Phase 1, deck forms and reinforcing steel can be staged from below, from barges. Deck concrete could be pumped from the existing bridge deck or from below, depending on the duration of the placement. Phase 2 deck construction would progress similarly to Phase 1. Night-time work-zone setups for concrete deck placements are an option as is using a linear progression, with each newly constructed deck serving as the staging area for the next span.

***Base Option Finding***
The Base Option and the Base LOD are viable. In the sections that follow for Base Option in Four Phases, the Cable Stayed Option, the Cast-in-Place Segmental[8] Option, and the Slide in Options, only the elements and work processes that deviate from the Base Option are noted. In other words, if foundation construction, pier construction, setting girders, demolition and deck placement are identical to those of an option described previously in the report, the reader will be referred to the appropriate option description. See the section on "Access" for a discussion on the imperative for a high-quality access road, which is needed for all options.

### Top Down Construction

***Use of Existing Bridge***
While confirming that the Base Option is viable, the ALB-ST investigated the possibility of using the existing bridge as a work platform for constructing the new bridge as part of a "top down" construction method. This method is a typical approach for creating a work zone on bridges without shoulders, like the ALB, so that the median barrier is removed, and traffic is squeezed into lanes that are narrower than the standard 12' width. The ALB is unusual in that its northbound (NB) and southbound (SB) lanes are at different elevations for approximately one third of the length of the bridge, starting from its southern end. In fact, this difference in grade is approximately 8' at the Virginia abutment, as can be seen in Figure 3, making it impossible to use the existing bridge for top down construction because traffic cannot be shifted across the median for its entire length.

---

[8] The slide-in options are unique in that advance construction of all the proposed piers, prior to the removal of the existing bridge superstructure, is essential.

00198362



*Figure 3: Grade difference at the southern end of the existing American Legion Bridge (looking north from the Virginia approach in the NB lanes) (Image from Google Street View, January 2021)*

The extreme difference in grades between the two traffic directions also prohibits any scheme to use the existing bridge as a continuous work zone. This means that use of the existing bridge for construction and material deliveries is constrained to limited hours when traffic volumes are lighter, when a temporary lane closure can be implemented. This notional work window could be a 6-hour period (e.g., 10:30 PM to 4:30 AM) that must include the time to place and remove the lane closure during each shift.[9] The combination of space and time constraints precludes the use of the existing bridge for "top down" construction. Accordingly, the ALB-ST shifted its focus to other top down methods that include construction methods using a gantry, pre-cast segmental, and cast-in-place segmental, and the cable stayed bridge type.

Two extant examples of the "top down" construction method are the Washington, NC bypass and the Linn Cove Viaduct along the Blue Ridge Parkway, which feature gantry and pre-cast segmental methods, respectively.

### *Gantry – Washington, NC Bypass, Custom Linear Gantry*
The Washington, NC bypass traverses shallow waterways and wetlands for most of its length. Environmental concerns for ground and wetland disturbance drove the builder to a novel, "top down" solution, the heart of which was a custom fabricated gantry (see Figure 4). The gantry travelled linearly and extended ahead of the previously constructed bridge elements to drive piles, set precast pile caps, and set bridge girders so that trailing crews could cast the concrete CIP bridge decks, all while minimizing impacts to the environmental resources below.

---

[9] These closures could be one (1) lane or two (2) lanes, depending on the working space needed. Also, "Zip Barrier" could be accommodated against the existing parapets for this purpose, in concert with moderate lane width reductions and re-striping on the existing NB and SB bridges.

00198363



*Figure 4: Top Down Construction - Washington, NC Bypass. (Photo courtesy of Flatiron Construction)*

This method was ideally suited to the Washington, NC site conditions for which precast concrete piles were the ideal foundation elements and the low-clearance, long bridge with short spans afforded a short vertical reach for the gantry, the cost of which was offset due to the economies of scale for such an expensive device. In contrast, the ALB site has shallow rock, a significant vertical height, is relatively short in length, and has extremely limited room on the approaches to accommodate a gantry. ALB foundations will be either spread footings on rock or drilled piers, both of which require ground access to the foundation locations for construction. Based on these factors, the ALB-ST determined that the gantry method for top down construction is not viable.

### *Pre-Cast Concrete Segmental – Linn Cove Viaduct*
The Linn Cove Viaduct is a crowning achievement for its light environmental footprint and context-sensitive appearance. Sinuously winding along mountain vistas, the roadway looks a part of the landscape (Figure 5).

00198364



*Figure 5: Linn Cove Viaduct[10]*

At the time construction began in 1983, the precast concrete segmental method was novel in this country. Bridge elements ("segments") were fabricated off site and trucked to the project, lifted into place, and then connected with high strength steel cables that were tensioned to lock each new segment to the previous one. *Figure 6* shows the project under construction, with a bridge-mounted stiff leg derrick lifting a segment for placement. The project description on the NPS website offers the following description about the top down method:

> *The viaduct was constructed from the top down to minimize disturbance to the natural environment. This method eliminated the need for a "pioneer road" and heavy equipment on the ground. The only construction that occurred at ground level was the drilling of foundations for the seven permanent piers, on which the Viaduct rests. Exposed rock was covered to prevent staining from concrete, epoxy, or grout. Tinted with iron oxide, the concrete blends in with the existing rock outcroppings. The only trees cut were those directly beneath the superstructure.[11]*

As with the gantry method, it is important to compare the ALB site conditions with other sites that have successfully used the pre-cast concrete segmental method. The Linn Cove Viaduct was constructed entirely on land with enough industrial land proximate to the site to cast and store bridge segments. There

---

[10] *https://www.nps.gov/blri/learn/historyculture/linn-cove-viaduct.htm*

[11] *https://www.nps.gov/blri/learn/historyculture/linn-cove-viaduct.htm*

00198365

was a reliable-travel-time transport route to deliver segments, and the new structure was small (2-lane) so that it enabled reasonably sized transport and lifting equipment to handle the segments.



*Figure 6: Linn Cove Viaduct - Precast Segmental Construction Method*

In contrast to the Linn Cove Viaduct, the ALB includes a river crossing, necessitating trestle and causeway construction to access the foundations.  (See also in this report the discussion on construction access).  This means that even light-footprint foundation drilling equipment, as was used on the Linn Cove Viaduct, would need trestles and causeways for access.  In addition, the new ALB NB bridge is more than 140' wide and the SB bridge is approximately 125' wide; each bridge carries eight (8) lanes of traffic with full shoulders and a shared use path on the NB bridge.  Even if designed in narrower elements, precast

00198366

segments for the new ALB would be simply too large and too heavy to transport to the site. While the ALB-ST concluded that a precast segmental solution is not viable for the ALB based on site-specific considerations, it did explore the site appropriate option of a Cast-in-Place Segmental bridge that is discussed later in this report.

### Findings for the Use of Top Down Construction Methods using the Existing Bridge, Gantries and Precast Segmental

In consideration of these three proven, top down methods, the ALB-ST concluded that none are applicable to the ALB project site. In addition, the ALB-ST concluded that it is not feasible to construct the new ALB structure without accessing the Potomac River over land and without a LOD that extends both eastward and westward from the existing bridge. In exploring other top down methods, the ALB-ST considered and included the Cable Stayed Option and the Cast-in-Place Segmental Option, which are addressed under their respective and following sections in this report.

### Base Option in 4 Phases

The Base Option assumes two (2) phases of construction and requires that trestles are constructed parallel to and east of the existing bridge, with a discontinuity to avoid Plummer's Island. The ALB-ST investigated an approach that would reduce the LOD even more by eliminating all trestles on the east side. This can be accomplished by adding two (2) more phases to the construction sequence, as illustrated in APPENDIX 6.

The design elements and construction techniques described for the Base Option in two (2) phases are completely applicable to the Base Option in four (4) phases. The primary difference is the work sequence, specifically of the NB structure construction and the demolition of the existing bridge. The Base Option in four (4) phases starts Phase 1 with the construction of the SB general purpose lane (outboard) structure only. Existing SB traffic is then shifted to the new SB outboard structure and existing NB traffic is shifted to the existing bridge SB lanes. In Phase 2, the existing NB bridge is used as a work platform to construct the new NB general purpose lane (outboard) structure[12]. During Phase 3, the newly constructed NB outboard structure is used as a work platform to demolish the existing NB lanes and construct the new NB express lane (inboard) structure. NB traffic is then shifted onto the NB outboard bridge. For Phase 4, the newly constructed NB inboard bridge is used as a work platform to demolish the existing SB bridge and construct the new SB express lane (inboard) bridge. The fully completed structure is then opened to express lane and general-purpose traffic.

### Foundation Construction
Foundation construction is identical to that described in the Base Option.

### Pier Construction
Pier construction is identical to that described in the Base Option.

### Girder Setting and Deck Placement
The Base Option in Four Phases provides greater opportunity to use the existing and new structures to set girders and construct decks from the top.

---

[12] This allows for foundation concrete placement, pier construction, girder setting and deck construction to progress from the top. The technique is repeated in later phases as well.

00198367

*Demolition*

The Base Option in Four Phases requires more phases for demolition, which increases cost and time as compared with the Base Option.

*LOD*

This option offers the smallest LOD of all options considered, including the Base Option, by eliminating the use of trestles on the east side of the existing bridge. As with the Base Option, this option would create shadow effects on Plummer's Island. Significant construction access impacts on Plummer's Island, however, are avoided.

*Base Option Four Phases Finding*

This four-phase approach is viable, and it further reduces the LOD relative to the Base Option. This approach also retains a centerline alignment, simplifies material delivery, eases access, provides for additional material storage and affords more working days by virtue of working from the top at concrete surfaces versus in the river gorge, which is subject to flooding. The disadvantages are that there are lost efficiencies resulting from multiple demolition stages, extended construction time for two (2) additional phases, and significantly higher costs for additional changes to the approach roadways to accommodate traffic shifts. Refer to APPENDIX 4 for a comparison of the relative cost, schedule, aesthetics and LOD impacts.

## Cable Stayed Option

Cable stayed bridges are typically constructed using a top down cantilever method, working outward from pier towers, and placing one (1) cable and section of deck in each direction at a time. See APPENDIX 7 for a graphical description of this option.

The primary advantage of the cable stayed bridge type is that it requires the fewest number of foundations of all options considered, so that the permanent ground displacement area is minimized. In addition, the bridge superstructure is constructed from the top, minimizing impacts to the vegetation below. The final structure's long spans provide reduced shade and shadow areas beneath the bridge compared to other options with more piers, increasing the likelihood of sustained vegetation growth following construction. Furthermore, each bridge tower that would rise 200' above the roadway surface would progress with a dedicated tower crane, providing a minimal footprint at the tower locations during construction. The cable stayed concept succeeds in avoiding Plummer's Island in its entirety; in addition, the impacts to residences on the Virginia shore are minimized by using a westerly alignment shift combined with a slight, easterly skew at the south abutment. The proposed bridges at the Clara Barton Parkway, as well as the ramp modifications, will be affected by a westerly shift. While reviewed for feasibility, the impacts at Clara Barton Parkway were not studied as part of the ALB-ST efforts.

One unique disadvantage is that the cable stayed bridge's vertical profile pushes roadway water runoff from the bridge toward the Clara Barton Parkway on the Maryland approach. Discussions with NPS raised a goal of preventing the new bridge water shed from adding volume to discharge in Maryland to NPS properties. In contrast, the existing bridge has a concave vertical curve that creates a low point, a "sump", for drainage that is relieved from the bridge deck through deck scuppers; this method of runoff management is not readily achievable with a cable stayed bridge so that more costly water conveyance and retention features would be needed in Maryland.

00198368

### Foundation Construction
Cable stayed bridges are designed with towers, rather than piers, for their long spans. The towers for a cable stayed bridge at the ALB site could be located on the Maryland shore, allowing the main spans to stretch from the Maryland end of the bridge to the Virginia shoreline to connect with conventional approach spans.  The tower foundations would likely be constructed with multiple drilled shafts, each on the order of 10' in diameter.  Shafts of this size are not unusual and are commonly used to carry the extreme foundation loads of long-span structures. The additional foundations for the approach spans on the Virginia side of the bridge would likely require two (2) additional piers and would be constructed similar to the Base Option foundations.

### Tower (Pier) Construction
Tower configurations for cable stayed bridges can serve as a potential canvas for aesthetic treatment with a cost premium in formwork and finishes.  Understanding that the cable-stayed bridge option at this location is inherently the costliest, however, the ALB-ST considered vertical, straddling towers having a rectangular cross section, which is the simplest form commonly used for the towers.  A pair of tower cranes would be sufficient to handle concrete forms, rebar, and concrete placement for all five (5) of the proposed towers required across the width of the bridge.  These tower cranes typically share the foundations for the permanent bridge towers, so that the permanent area needed for foundations is minimized.  Construction of the piers for the conventional spans on the VA shore would be identical to the methods described for the Base Option.

In addition, the towers, which would measure approximately 11' to 17' wide, must be located outside of the roadway, so that tower widths between the NB and SB express lanes and general-purpose lanes, plus the tower width between the NB and SB bridges, cumulatively adds more than 50' in total structure width as compared with the other bridge type options. See APPENDIX 7 for the typical section, including the proposed tower locations.

### Setting Girders
Cable stayed bridge superstructures differ from the conventional bridge type described in the Base Option as cable stayed superstructures typically rely on steel frames with edge girders and floor beams that are intended for prefabrication as transportable units. One of the disadvantages of this location is that it precludes the use of massive, prefabricated deck sections as are used on sites having navigable waterways and marine access to fabricators.  This means that the deck superstructure built at the Potomac River gorge site would be inefficiently "stick built" using components small and light enough for delivery by truck.  The two (2) tower cranes would be supported from the ground with rough terrain cranes; some cranes will be equipped with long jibs and some with luffing booms for aerial connecting of steel framing. The tower cranes would handle the installation of stay cables, which progress with the cantilevered extension of each deck section.

### Deck Construction
Deck placement is identical to that described in the Base Option

### Demolition
The demolition of the existing bridge is identical to that described in the Base Option.

00198369

### *LOD*

The westerly centerline shift reduces the LOD on the east side relative to the Base Option so that impacts to Plummer's Island can be avoided during bridge construction. The westerly shift, combined with the greater overall cable stayed bridge width attributable to the towers, results in a larger LOD on the west side of the bridge compared to the Base Option. The shift also requires additional LOD at the Clara Barton Parkway. See APPENDIX 7.

### *Cable Stayed Bridge Option Finding*

Cable stayed bridges are simply more expensive and take longer to construct than other options. In addition, not everyone may find this iconic structure appropriate for its park setting within the historic Potomac River gorge. The ALB-ST studied a cable stayed bridge with a westerly shift because a cable stayed bridge on centerline would have a greater LOD than either the conventional or segmental solutions. Regardless of its alignment, a cable stayed bridge would be the most expensive of all the bridge types considered. For the reasons described above (e.g. overall cost, construction concerns, drainage and LOD), the cable stayed bridge type is a technically viable bridge type, but not preferred for this site. Refer to APPENDIX 4 for a comparison of the relative cost, schedule, aesthetics and LOD impacts.

### Segmental Bridge Option

The ALB-ST considered precast segmental and CIP segmental bridge types, both of which are "top down" methods. Precast segmental methods, as discussed in the Linn Cove Viaduct example, offer the advantages of improved quality by implementing a manufacturing process in controlled conditions, dramatically reducing the size of on-site staging areas, uniquely providing the "girder" and "deck" in one combined element, and the ability to complete the project faster. Local examples of precast segmental construction include the V-Piers for the new Woodrow Wilson Bridge and multiple structures for the Washington Metropolitan Area Transit Authority's Silver Line. Unfortunately, the width of the new ALB would require precast segments that are simply too heavy to transport over public roadways. Therefore, the discussion herein assumes cast-in-place segmental bridge construction.

### *Foundation Construction*

Because of the longer spans relative to the Base Option, this bridge type requires higher capacity foundations. The capacity could be achieved with a cluster of drilled shafts in the range of 4' to 6' in diameter, captured with a common concrete cap. As with the Base Option, scour would be a controlling design criterion for foundations in the flood zone.

### *Pier Construction*

The solutions described in the Base Option are applicable. There is a slightly higher likelihood that precast concrete would be used for the piers (with cast in place infill) because post-tensioning hardware and equipment will already be on site for the bridge segments. As with the Cable Stayed Option, the Segmental Option relies on tower cranes for construction so that need for track equipment in the river gorge is less than on other options.

### *Demolition*

Demolition of the existing structure is almost identical to that described in the Base Option.

00198370

*Construction*

Cast-in-place segmental methods achieve the speed, reduced staging area and girder-deck combination advantages of precast segmental methods, but without the transportation limitation that is fatal for this site. With the cast-in-place segmental method, segment forms are symmetrically set at each pier and are advanced as each segment is cast and cured, ultimately joining at mid-span with a "closure pour"[13]. Without the need to set long and heavy girders, the rigging complications associated with girders[14] are avoided with cast-in-place segmental construction. In addition, segmental structures are typically used to achieve longer spans than conventional plate girder structures, so that the concept ALB Cast-in-Place Segmental Bridge structure would have fewer than half the number of piers as the Base Option (three (3) versus seven (7)), providing a significant reduction in the area occupied by bridge foundations, reductions in shadow and shade, and reduced scour risk and construction risk as the foundations are further away from the Potomac River flows. Finally, this method results in a structure type that has been preferred for NPS sites, is suitable for use in either a two-phase or a four-phase option with a sequence and LOD reduction identical to the Base Option and Base Option in 4 Phases, respectively, and is no wider than the Base Option.

There are a few disadvantages of the Segmental Option for the ALB site related to the construction of the bridge. Fewer contractors and craftsmen have the experience in building this more technical bridge type. The specialized formwork needed for cast-in-place segmental construction is best employed on long structures on which there is an economy of scale, and this project is borderline from that perspective, resulting in the potential for unit costs to be somewhat higher than a conventional bridge type.

*LOD*

The LOD required for the Cast-in-Place Segmental Bridge Option is less than the Cable Stayed Bridge LOD on the west side of the bridge. On the east side, the impacts are reduced similarly to the Cable Stayed Bridge Option when compared to the Base Option, effectively avoiding Plummer's Island with the bridge construction.

*Segmental Option Findings*

With all factors considered, the ALB-ST believes that the Segmental Option is technically viable and potentially price-competitive with the Base Option. A segmental bridge is likely faster to construct, but not necessarily less expensive, owing to the relative rarity of the bridge type in this area (fewer contractors and craftsmen with the expertise) and the cost of the specialized equipment to build it. If constructed on centerline in two (2) phases using the Base Option sequence, it will fit within the Base LOD with impacts equivalent to the Base Option. Refer to APPENDIX 4 for a comparison of the relative cost, schedule, aesthetics and LOD impacts.

## Slide-in Options

As part of the Federal Highway Administration's (FHWA) "Every Day Counts" initiative, FHWA has actively been encouraging and leading efforts to reduce the duration of transportation construction and maintenance projects. One of the outcomes is the concept of Accelerated Bridge Construction (ABC), which generally entails constructing significant bridge elements without disrupting traffic and then

---

[13] This is known as the "Balanced cantilever method".

[14] See "Setting Girders" under the Base Option section of this report

00198371

delivering and placing those elements in a significantly shorter period than would be required for in-place construction. ABC merits include minimal traffic disruption, enhanced safety, and enhanced quality. The "slide-in" method is an ABC technique that entails building falsework on both sides of an existing bridge. On one set of falsework an entire replacement superstructure is constructed. The other set of falsework receives the existing bridge superstructure as the new superstructure is slid onto the former alignment of the existing bridge. The projects for which this method is most advantageous are those for which conventional phasing would either create prolonged traffic delays via lane closures or would cause a lengthy detour during a complete bridge closure.

The ALB-ST considered five (5) iterations for a slide-in scheme (See APPENDIX 9) and selected Slide-in Option 3 and Slide-in Option 4 for investigation, as discussed here within.

### Slide-in Option 3

This method envisions construction of the entire new superstructure on falsework situated west of the existing bridge. The clear advantage of this method is that it would enable opening of the new structure to traffic in the least amount of time. This is accomplished by removing bridge demolition from the critical path of construction. In addition, the new bridge type for this option would be a conventional bridge as assumed for the Base Option, plus the new structures would maintain the existing bridge centerline. The inherent advantages of ABC for quality and safety would also apply.

The major disadvantages of Slide-in Option 3 are that the footprint for the falsework is significantly larger than the Base LOD and would include impacts to Plummer's Island, the slide event would require tremendous levels of coordination and a full weekend closure of I-495 in both directions, and the loss of toll revenue due to limited traffic on the beltway during a required closure of the beltway. In addition, the new piers must be constructed beneath the existing bridge under traffic, and the existing piers must be demolished with the new structure overhead. Lastly, the demolition of the existing bridge will be less efficient than with all other options because access to remove rubble is from the river gorge rather than from the roadway surface.

#### *Foundation Construction*
The foundation types for a slide-in bridge will be as described in the Base Option; however, since it is mandatory to construct new foundations and piers beneath the existing bridge with traffic on it, the equipment restrictions and access constraints described in the Base Option would apply. In addition, an extensive falsework system would be required on both the east side (to receive the existing superstructure during slide out) and the west side (to stage the new superstructure before and during slide in) of the existing bridge. This falsework system would be similar to the materials and methods used for the trestles, however, there would be significantly more bracing to support the construction. The falsework, and especially the temporary bracing transverse to the river flow, would be at higher risk from debris flow damage during flood events than would the trestles: the top of falsework elevation would need to match the existing bridge bearing elevations whereas the top of trestle elevations would be considerably lower.

#### *Pier Construction*
Pier construction is almost identical to that described in the Base Option, but the construction must occur, in part, beneath the existing bridge prior to any demolition work while traffic remains on the existing bridge.

00198372

### *Setting Girders*
Girder setting will be identical to that described in the Base Option, except that the constraint of an acute crane angle during the Base Option Phase 2 is eliminated. The girders are erected on the falsework outside of the footprint of the existing bridge.

### *Deck placement*
Deck placement is identical to that described in the Base Option. The deck, including parapets, is formed, cast, and hardened prior to the sliding of the new bridge.

### *Demolition*
Demolition is more challenging with this option because the existing bridge superstructure will be situated to the east of its existing location and this is inconvenient for access and debris removal. Using trestles beneath the bridge that has been slid into place, the existing bridge will be demolished mostly from below, and the debris will be trucked out from below the new bridge. Temporary lane closures may be available on the outside of the proposed northbound bridge deck, but only in relatively limited windows due to heavy traffic volumes and lane closure restrictions. Refer to the discussion on access for additional information regarding the construction access road.

### *LOD*
Slide-In Option 3 has the greatest LOD impact of all options considered.

### *Slide-In Option 3 Findings*
This option is technically feasible and is the fastest method to open the new structure to traffic. The falsework required for its execution, however, creates an LOD impact that is considerably greater than all other options studied. For this reason, Slide-In Option 3 is no longer considered and the LOD impacts for this option are not included in the impact summary provided in APPENDIX 3. Refer to APPENDIX 4 for a comparison of the relative cost, schedule, aesthetics and LOD impacts.

### Slide-in Option 4

As with Slide-in Option 3, Slide-in Option 4 envisions construction of the entire new superstructure on falsework and use of a conventional bridge as assumed for the Base Option. The difference is that the west side falsework would be large enough only to accommodate half of the new superstructure, and the slide in would progress in two (2) phases rather than a single slide event. The first phase would entail sliding out the existing bridge eastward and sliding the completed NB general purpose and express lane superstructure into the location of the existing bridge. Temporarily, the new structure would service both NB and SB traffic. After this first slide-in, the SB general purpose and express lane superstructure would be constructed on the same falsework used for the NB structure. Concurrently, the existing bridge would be demolished. Lastly, the new NB and SB structures would be slid eastward to their final alignment so that they retain the former bridge centerline.

Similar to Slide-in Option 3, Slide-in Option 4 would enable opening of the new structure to traffic in a minimal amount of time, again by removing bridge demolition from the critical path. However, Slide-in Option 4 does require additional time compared to Slide-in Option 3 due to the demolition being on the critical path for the final bridge configuration. The inherent advantages of ABC for quality and safety would also apply. Lastly, this option significantly reduces the environmental impacts on the west side of the existing bridge that are associated with Slide-in Option 3; the falsework required to support the

00198373

existing bridge adjacent to only the proposed NB structure centered on I-495 is less than that required to support the existing bridge adjacent to the final location of the NB structure.

The major disadvantages of Slide-in Option 4 are that the footprint for the falsework would include impacts to Plummer's Island, the two (2) separate slide-in events would require tremendous levels of coordination and two (2) full weekend closures of I-495 in both directions. Also, the roadway approaches would need to be reconstructed during the 2nd slide in event, the new piers must be constructed beneath the existing bridge while under traffic, and the existing piers must be demolished with the new structure overhead. Lastly, the demolition of the existing bridge will be less efficient than with all other options because access to remove rubble is from the river gorge rather than from the roadway surface, same as discussed in Slide-in Option 3.

A variation of Option 4 would be to incorporate a westerly shift as was considered for the Cable Stayed and Cast-in-Place Segmental options. This variation would eliminate the 2nd slide in, allow for permanent substructure construction instead of falsework to the west of the existing bridge, and would also eliminate the schedule concern of completing approach roadway reconstruction during a weekend closure since traffic could be maintained on proposed roadway outside of the existing roadway in a temporary condition after the bridge construction is complete. Due to significant impacts to private residences at the southwest quadrant, however, a westerly shift for this option was not pursued.

### *Foundation Construction*
The foundation types will be as described in the Base Option. As with the Slide-In Option 3, it is mandatory to construct new foundations and piers beneath the existing bridge with traffic on it. The equipment restrictions and access constraints would apply. In addition, a significant falsework system would be required on both the east side (to receive the existing superstructure during slide out) and west side (to stage the new superstructures before and during the two slide ins) of the existing bridge. This falsework system would be identical in type as that described for Slide-In Option 3.

### *Pier Construction*
Pier construction is almost identical to that described in the Base Option and in the Slide-in Option 3. Pier construction will occur in part beneath the existing structure while it is supporting traffic. The final piers will be used to support the existing and proposed structures during slide events.

### *Setting Girders*
Girder setting will be identical to that described in Slide-in Option 3, except that the NB structure will be completed in one phase and the SB structure will be completed in a subsequent phase after the completion of the first slide event.

### *Deck placement*
Deck placement is almost identical to that described in Slide-in Option 3 except that it will be completed for the NB structure first and then for the SB structure in a subsequent phase.

### *Demolition*
Although similar to the demolition of Slide-in Option 3, demolition is more challenging with this option because the existing bridge superstructure will be situated to the east of its existing location and this is inconvenient for access and debris removal. In addition, the existing structure will be situated on part of

00198374

the proposed NB piers, which introduces a risk of damage to the newly constructed piers during superstructure demolition.

### *LOD*

This Slide-in Option 4 has a larger LOD impact area than Base Option, Base Option in Four (4) Phases, Cable Stayed Option and Cast-in-Place Segmental Option, and also impacts Plummer's Island, although to a lesser degree than Slide-in Option 3.

### *Slide-in Option 4 Findings*

This option is technically feasible and is the second fastest method to open the new structures to traffic, beat only by Slide-in Option 3.  The falsework required for its execution, however, causes a significantly larger LOD impact area than the Base Option, Base Option in 4 Phases, Cable Stayed Option and Cast-in-Place Segmental Option.  Refer to APPENDIX 4 for a comparison of the relative cost, schedule, aesthetics and LOD impacts.

00198375

## DISCUSSION ON ACCESS

Concurrently and independently from the P3 Team's efforts, the ALB-ST explored access needs for bridge replacement. Because river access outside the project limits is untenable, leaving only land-based access options, the ALB-ST investigated the four (4) quadrants that straddle the existing bridge on the Maryland and Virginia shores. Of immediate note is that all four (4) of these quadrants feature grades exceeding 15%. Given the heavy and long loads that will characterize project deliveries, the ALB-ST recommends that a two (2) lane, 40' wide haul road be provided with a profile not exceeding 10% grade to prevent the low boy construction trailers from bottoming out on the access road profile. This drives the need to develop lesser grades by lengthening the haul road and by potentially introducing undesirable switch backs, which are problematic to navigate for longer vehicles.

The southwest (SW) quadrant on the Virginia shoreline, adjacent to Live Oak Drive, does not have the width to accommodate an appropriate haul road. In addition, this quadrant is constrained by a high-volume drainage outfall that has seriously incised and degraded the existing slope.

The southeast (SE) quadrant, also on the Virginia shoreline, is adjacent to the GWMP NPS land. While it has sufficient width for a haul road, it is characterized by massive rock outcrops that would require blasting. Furthermore, the slopes are significant enough that several switch backs would be required.

The northeast (NE) quadrant, on the east side of the ALB on the Maryland shore, is encumbered by poor connectivity with the existing roadway system. Additionally, within the area immediate to the bridge site are several environmentally sensitive features, including the Rock Run culvert, wetlands, and Plummer's Island. Moreover, this area does not have enough width to facilitate a haul road that meets a maximum of 10% grade.

The northwest (NW) quadrant on the Maryland shore is the only quadrant that has the potential for a 10% grade without heroic measures being needed. The haul road can be made possible by developing its length parallel to and south of the C&O Canal Tow Path. The access road can tie into the Clara Barton Parkway at an existing crossover, providing relatively direct access between the access road and I-495, both Northbound and Southbound.

### Access Findings

The NW quadrant alone has the potential to provide an appropriate, good quality, safe access road for construction. Having vetted this single high-quality access in the NW quadrant for all viable bridge alternatives, the ALB-ST affirms the February 2021 LOD reduction to eliminate the footprints for access in the SE and NE quadrants. A sample graphic of the access road at the NW quadrant, as proposed for the Cast-in-Place Segmental Bridge Option, is shown in Figure 7.

00198376



*Figure 7: Northwest Quadrant Access Road*

00198377

## SUMMARY OF KEY FINDINGS

1) ***The ALB-ST found three (3) options that fit within the Base LOD***. These include:
   a) the Base Option in two (2) phases,
   b) the Cast-in-Place Segmental Option on a centerline alignment, and
   c) the Base Option in four (4) phases.
2) ***Zero ground impacts are not viable***. Even with "heroic measures" it is not possible to replace the existing bridge without
   a) access to the Potomac River and
   b) an LOD that extends both eastward and westward from the proposed structure.
3) ***Trestles and causeways are required.*** All options require temporary work trestles and causeways. As a minimum, these would be required at the following locations:
   a) running continuously north-south along the west side of the new bridge to cross the Potomac River (all options);
   b) running east-west to access the new and existing pier locations (all options). See also Finding number 6; and
   c) running discontinuously north-south along the east side of the new bridge (some options).
4) ***Further reduction of Base LOD is possible***. It appears viable to reduce encroachment on Plummer's Island and further reduce the impacts on the east side of the existing bridge by either:
   a) **Shifting the new bridge centerline westward.** A western alignment shift affords both bridge construction cost and schedule benefits for all bridge types studied relative to a centerline alignment. A westerly alignment is more efficient to construct for any bridge type because of the way the construction equipment would be deployed and because it would afford easier maneuvering within the LOD for construction. The ALB-ST suggests that a centerline shift to the west would be worth about $40M in reduced bridge construction cost and would save approximately three (3)- to four (4)- months in bridge construction duration. The potential added expense for shifting the roadway approaches and adjacent Clara Barton Parkway interchange to accommodate a westerly shift, however, could quickly negate these cost and schedule benefits. In addition, the LOD impacts for the westerly alignment versus the centerline alignment are greater within the footprint of the bridge for all bridge types considered, and the LOD impacts likely would be greater still for the approaches.
   b) **Adopting the Base Option in four (4) phases to eliminate an east side trestle/causeway.** At the expense of a longer construction duration and greater construction cost relative to the Base Option in two (2) phases, it is feasible to further reduce the LOD required on the east side of the existing bridge by adding an additional two (2) phases of construction. This eliminates the use of a north-south trestle on the east side of the bridge. This four (4) phase option is viable for the Base Option bridge as well as the Cast-in-Place Segmental Bridge type.
5) ***One northwest access road can serve all options***. All construction options require access along the west side of the existing bridge, spanning the Potomac River from the Maryland shore to the Virginia shore. This construction access road, which originates from the northwest quadrant, should be two (2) lanes with a total width of 40' and with a maximum profile grade of approximately 10%. Truck access to this construction access road is available from both NB and SB I-495.
6) ***Aligning new piers near existing piers will reduce trestle/causeway footprint.*** For all options except the Cable Stayed Bridge Option, it is advantageous to align new bridge piers sufficiently close to the

00198378

existing piers so that east-west work trestles can access both new and existing foundations without offsets.

7) ***Retaining the existing substructure could reduce temporary impacts and costs.*** There are potential cost and environmental benefits available by retaining the existing bridge substructure.[15] This would require further study to determine the structural viability of reusing the existing piers and abutments with considerations for such items as newer design codes since the original substructure design was completed, the existing substructure condition (deterioration, etc.), scour vulnerability, and MDOT SHA's receptivity to a remediated structure that is already decades old to meet the 100 year design life requirements of the project.

---

[15] It is important to note, however, that this potential option does not avoid the access and LOD impacts listed in the Summary of Findings item #2.

00198379

# APPENDIX 1

Appendix 1 includes a list of the American Legion Bridge Strike Team Members.

## *American Legion Bridge*

## *Strike Team Members*

### NATIONAL STRUCTURAL EXPERTS:

| | | |
|---|---|---|
| Jim Ruddell | WSP | Bridge Construction / Team Lead |
| Phil Waldvogel | WSP | Bridge Design |
| Jamal Elkaissi | FHWA | Structures |
| Reggie Holt | FHWA | Structures |
| Siva Kesavan | WRA | Geotechnical |
| Mark Roberts | WRA | Roadway |

### ENVIRONMENTAL TEAM:

| | | |
|---|---|---|
| Steve Archer | MDOT SHA | Cultural Resources |
| Maddy Sigrist | RK&K | Natural Resources |
| Justin Reel | RK&K | Natural Resources |
| David Smith | Coastal Resources | Natural Resources |
| Daniel Salgado | FHWA | Water Resources |
| Jeanette Mar | FHWA | NEPA |

*See APPENDIX 11 for Strike Team member bios.*

# APPENDIX 1

00198381

# APPENDIX 2

Appendix 2 displays the Limit of Disturbance for all alternatives.

- Base Construction
- Cable Stayed Bridge
- Cast-In-Place Segmental Bridge
- Slide-In Bridge Option 3
- Slide-In Bridge Option 4



EXISTING
RIGHT-OF-WAY

VIRGINIA

MARYLAND

EXISTING I-495 AMERICAN LEGION BRIDGE

LOD

PROPOSED LOD
MODIFICATION
FOR BASE
OPTIONS (TYP.)

PROPOSED LOD
MODIFICATION PER NPS
MEETING 12/08/2020

AMERICAN LEGION BRIDGE

FEBRUARY 2021 MODIFIED LOD FOR BASE OPTIONS

APPENDIX 2

00198383



EXISTING
RIGHT-OF-WAY

PROPOSED LOD
MODIFICATION FOR CABLE
STAYED OPTION (TYP.)

VIRGINIA

MARYLAND

LOD

EXISTING I-495 AMERICAN LEGION BRIDGE

PROPOSED LOD
MODIFICATION PER NPS
MEETING 12/08/2020

AMERICAN LEGION BRIDGE

CABLE STAYED OPTION MODIFIED LOD

APPENDIX 2

00198384



PROPOSED LOD
MODIFICATION FOR
SEGMENTAL OPTION (TYP.)

EXISTING
RIGHT-OF-WAY

VIRGINIA

MARYLAND

LOD

EXISTING I-495 AMERICAN LEGION BRIDGE

PROPOSED LOD
MODIFICATION PER NPS
MEETING 12/08/2020

AMERICAN LEGION BRIDGE

SEGMENTAL OPTION MODIFIED LOD

APPENDIX 2

00198385



PROPOSED LOD
MODIFICATION FOR
SLIDE IN OPTION 3 (TYP.)

EXISTING
RIGHT-OF-WAY

VIRGINIA

MARYLAND

EXISTING I-495 AMERICAN LEGION BRIDGE

LOD

PROPOSED LOD
MODIFICATION PER NPS
MEETING 12/08/2020

AMERICAN LEGION BRIDGE

SLIDE-IN OPTION 3 MODIFIED LOD

APPENDIX 2

00198386



**PROPOSED LOD MODIFICATION FOR SLIDE IN OPTION 4 (TYP.)**

**EXISTING RIGHT-OF-WAY**

**VIRGINIA**

**MARYLAND**

**EXISTING I-495 AMERICAN LEGION BRIDGE**

**LOD**

**PROPOSED LOD MODIFICATION PER NPS MEETING 12/08/2020**

**AMERICAN LEGION BRIDGE**

**SLIDE-IN OPTION 4 MODIFIED LOD**

APPENDIX 2

00198387

# APPENDIX 3

Appendix 3 includes a summary of environmental impacts for the base condition and all alternatives.

# ALB Alternatives Comparison Table

| Resource (unit) | DEIS LOD Conventional Construction (June 2020) | | Minimized LOD Conventional Construction (December 2020) | | Reduced Access Conventional Construction (Base Case) February 2021 | | Cable Stayed Construction | | Cast-In-Place Segmental Construction | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Perm | Temp | Perm | Temp | Perm | Temp | Perm | Temp | Perm | Temp |
| **Section 4(f) - Parks** | | | | | | | | | | |
| **Total Section 4(f) NPS Properties Around ALB (acres)** | **0.9** | **10.0** | **0.9** | **8.6** | **0.9** | **4.9** | **2.8** | **4.5** | **2.1** | **4.8** |
| C&O Canal National Historical Park (acres) | 0.8 | 6.9 | 0.8 | 5.5 | 0.8 | 4.7 | 2.8 | 4.4 | 2.1 | 4.7 |
| Clara Barton Parkway – (acres) | 0.0 | 0.1 | 0.0 | 0.1 | 0.0 | 0.1 | 0.0 | 0.1 | 0.0 | 0.1 |
| George Washington Memorial Parkway (acres) | 0.0 | 3.0 | 0.0 | 3.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Section 106 Historic Properties** | | | | | | | | | | |
| C&O Canal National Historical Park (acres) | 7.6 | 7.7 | 7.6 | 6.3 | 7.6 | 5.1 | 8.4 | 5.5 | 7.8 | 5.7 |
| Clara Barton Parkway (acres) | 0.4 | 0.2 | 0.4 | 0.2 | 0.4 | 0.2 | 0.5 | 0.1 | 0.4 | 0.1 |
| George Washington Memorial Parkway (acres) | 0.0 | 3.0 | 0.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Natural Resources** | | | | | | | | | | |
| NR Waters (acres) | 0.6 | 0.5 | 0.6 | 0.4 | 0.6 | 0.2 | 0.3 | 0.3 | 0.3 | 0.3 |
| NR Waters (linear feet) | 1114 | 713 | 1114 | 677 | 1131 | 334 | 867 | 381 | 853 | 401 |
| NR Wetlands (acres) | 0.3 | 0.4 | 0.3 | 0.3 | 0.3 | 0.3 | 0.8 | 0.3 | 0.6 | 0.4 |
| Plummers Island Area (acres) | 0.2 | 1.7 | 0.2 | 0.4 | 0.2 | 0.2 | 0.0 | 0.1 | 0.0 | 0.1 |
| Live Tree Impacts (#/DBH) | 1,406 / 17,942 | 0 | 1,284 / 16,821 | 0 | 838 / 10,789 | 0 | 884 / 11,295 | 0 | 889 / 11,334 | 0 |
| Standing Dead Tree Impacts (#/DBH) | 208 / 2,336 | 0 | 162 / 1,989 | 0 | 127 / 1,550 | 0 | 127 / 1,604 | 0 | 127 / 1,604 | 0 |
| RTEs (# species impacted) | 7 | | 6 | | 6 | | 5 | | 5 | |

*LOD data for the Slide-In Options are not tabulated because they greatly exceed the Base Case LOD impacts.*

# APPENDIX 3

# APPENDIX 4

Appendix 4 provides a table that summarizes the four bridge alternative options.

- Cable Stayed Bridge
- Cast-In-Place Segmental Bridge
- Slide-In Bridge Option 3
- Slide-In Bridge Option 4

## American Legion Bridge Strike Team
## Comparison of Bridge Options

| Option | Alignment | Bridge Type | Relative to the 2-Phase Base Option | | | |
|---|---|---|---|---|---|---|
| | | | Cost | Schedule | Aesthetics | LOD Impacts |
| Base Option (2-phase) | Centerline | Conventional | | | | |
| Base Option (4-phase) | Centerline | Conventional | Higher | Longest | Same | Slightly Less |
| Cable Stayed | West Shift | Cable Stayed | Highest | Longer | Signature | Somewhat More |
| Cast-in-Place Segmental | West Shift | Segmental | Somewhat Higher | Shorter | Enhanced | Somewhat More |
| Slide-in Option 3 | Centerline | Conventional | Slightly Higher | Shortest | Same | Greatest |
| Slide-in Option 4 | Centerline | Conventional | Higher | Shorter | Same | Much More |

**APPENDIX 4**

00198391

# APPENDIX 5

Appendix 5 displays the sequence of construction plans and sections for the conventional bridge construction with two (2) stages of construction (Base Construction Option).



EXISTING
RIGHT-OF-WAY

EXISTING I-495 AMERICAN LEGION BRIDGE

VIRGINIA

MARYLAND

EXISTING
PIER (TYP.)

LOD FOR TWO-PHASE
BASE OPTION (TYP.)

PROPOSED LOD MODIFICATION
(REDUCTION) PER NPS MEETING 12/08/2020

LOD

AMERICAN LEGION BRIDGE
TWO-PHASE BASE OPTION
EXISTING BRIDGE PLAN

APPENDIX 5

00198393



CONSTRUCTION
ACCESS

EXISTING
RIGHT-OF-WAY

TEMPORARY
WORKS

PROPOSED
PIER (TYP.)

EXISTING I-495 AMERICAN LEGION BRIDGE

VIRGINIA

MARYLAND

EXISTING
PIER (TYP.)

LOD FOR TWO-PHASE
BASE OPTION (TYP.)

PROPOSED LOD MODIFICATION
(REDUCTION) PER NPS MEETING 12/08/2020

LOD

AMERICAN LEGION BRIDGE
TWO-PHASE BASE OPTION
TEMPORARY WORKS

APPENDIX 5

00198394



CONSTRUCTION
ACCESS

EXISTING
RIGHT-OF-WAY

TEMPORARY
WORKS

PROPOSED
PIER (TYP.)

**PROPOSED I-495 SOUTHBOUND - PHASE 1**

**EXISTING I-495 AMERICAN LEGION BRIDGE**

**PROPOSED I-495 NORTHBOUND - PHASE 1**

**VIRGINIA**

**MARYLAND**

EXISTING
PIER (TYP.)

LOD FOR TWO-PHASE
BASE OPTION (TYP.)

PROPOSED LOD MODIFICATION
(REDUCTION) PER NPS MEETING 12/08/2020

LOD

**AMERICAN LEGION BRIDGE
TWO-PHASE BASE OPTION
PHASE 1 CONSTRUCTION**

**APPENDIX 5**

00198395



CONSTRUCTION
ACCESS

EXISTING
RIGHT-OF-WAY

TEMPORARY
WORKS

PROPOSED
PIER (TYP.)

PROPOSED I-495 SOUTHBOUND - PHASE 1
PROPOSED I-495 SOUTHBOUND - PHASE 2
PROPOSED I-495 NORTHBOUND - PHASE 2
PROPOSED I-495 NORTHBOUND - PHASE 1

VIRGINIA

MARYLAND

EXISTING
PIER (TYP.)

LOD FOR TWO-PHASE
BASE OPTION (TYP.)

PROPOSED LOD MODIFICATION
(REDUCTION) PER NPS MEETING 12/08/2020

LOD

**AMERICAN LEGION BRIDGE
TWO-PHASE BASE OPTION
REMOVAL OF EXISTING BRIDGE AND PHASE 2 CONSTRUCTION**

APPENDIX 5

00198396



**EXISTING
RIGHT-OF-WAY**

**PROPOSED
PIER (TYP.)**

**PROPOSED I-495 SOUTHBOUND**

**PROPOSED I-495 NORTHBOUND**

**VIRGINIA**

**MARYLAND**

**LOD FOR TWO-PHASE
BASE OPTION (TYP.)**

**PROPOSED LOD MODIFICATION
(REDUCTION) PER NPS MEETING 12/08/2020**

**LOD**

**APPENDIX 5**

**AMERICAN LEGION BRIDGE
TWO-PHASE BASE OPTION
FINAL BRIDGE PLAN**

00198397



**100 YR STORM WATER SURFACE EL. 85.00**

**NORMAL WATER SURFACE EL. 50.00**

**EXISTING AND PROPOSED BRIDGE**

**DATUM EL. 00.00**

**PROPOSED PIER (TYP.)**

**EXISTING GROUND LINE**

**EXISTING PIER (TYP.)**

**PROPOSED GROUND LINE**

**VIRGINIA**

*LOOKING WEST*

**MARYLAND**

# AMERICAN LEGION BRIDGE

# FINAL AND EXISTING BRIDGE ELEVATION

**APPENDIX 5**

00198398



PROPOSED
LOD (DEIS)

EXISTING
BRIDGE

1-495 ℄

PROPOSED LOD
MODIFICATION

PROPOSED
LOD (DEIS)

LOD

100 YR STORM WATER
SURFACE EL. 85.00

NORMAL WATER
SURFACE EL. 50.00

DATUM EL. 00.00

EXISTING PIER (TYP.)

BASE OPTION – 2 PHASES
LOOKING NORTH

EXISTING CONDITION

**APPENDIX 5**



PROPOSED
LOD (DEIS)

PROPOSED LOD
MODIFICATION

PROPOSED
LOD (DEIS)

EXISTING
BRIDGE

I–495 ℄

TEMPORARY
PLATFORM

100 YR STORM WATER
SURFACE EL. 85.00

POTENTIAL CRANE
LOCATION (TYP.)

TRESTLE DOES
NOT CROSS LOD,
SEE PLAN VIEWS

NORMAL WATER
SURFACE EL. 50.00

DATUM EL. 00.00

TEMPORARY PILE
SUPPORT (TYP.)

EXISTING PIER (TYP.)

## BASE OPTION – 2 PHASES
## LOOKING NORTH

## CONSTRUCTION OF TEMPORARY WORKS

**APPENDIX 5**

00198400



PROPOSED
LOD (DEIS)

PROPOSED LOD
MODIFICATION

PROPOSED
LOD (DEIS)

PROPOSED PIER

EXISTING
BRIDGE

1-495 ℄

TEMPORARY
PLATFORM

100 YR STORM WATER
SURFACE EL. 85.00

POTENTIAL CRANE
LOCATION (TYP.)

TRESTLE DOES
NOT CROSS LOD,
SEE PLAN VIEWS

NORMAL WATER
SURFACE EL. 50.00

TEMPORARY PILE
SUPPORT (TYP.)

EXISTING PIER (TYP.)

PROPOSED
FOUNDATION (TYP.)

DATUM EL. 00.00

# BASE OPTION – 2 PHASES
# LOOKING NORTH

# CONSTRUCTION OF PIERS

**APPENDIX 5**

00198401



BASE OPTION – 2 PHASES
LOOKING NORTH

CONSTRUCTION OF PHASE 1 SUPERSTRUCTURES

**APPENDIX 5**

00198402



PROPOSED
LOD (DEIS)

PHASE 1 OF PROPOSED
SOUTHBOUND BRIDGE

PHASE 1 OF PROPOSED
NORTHBOUND BRIDGE

PROPOSED LOD
MODIFICATION

PROPOSED
LOD (DEIS)

PROPOSED PIER

1-495 ℄

TEMPORARY
PLATFORM

POTENTIAL CRANE
LOCATION (TYP.)

TRESTLE DOES
NOT CROSS LOD,
SEE PLAN VIEWS

100 YR STORM WATER
SURFACE EL. 85.00

NORMAL WATER
SURFACE EL. 50.00

TEMPORARY PILE
SUPPORT (TYP.)

EXISTING PIER (TYP.)

PROPOSED
FOUNDATION (TYP.)

DATUM EL. 00.00

## BASE OPTION – 2 PHASES
## LOOKING NORTH

## TRAFFIC SHIFT TO PHASE 1 SUPERSTRUCTURES
## AND REMOVAL OF EXISTING SUPERSTRUCTURE

**APPENDIX 5**

00198403



PROPOSED
LOD  (DEIS)

PHASE  2  OF  PROPOSED
SOUTHBOUND  BRIDGE

PHASE  1  OF  PROPOSED
NORTHBOUND  BRIDGE

PHASE  1  OF  PROPOSED
SOUTHBOUND  BRIDGE

PHASE  2  OF  PROPOSED
NORTHBOUND  BRIDGE

PROPOSED  LOD
MODIFICATION

PROPOSED
LOD  (DEIS)

PROPOSED  PIER

1–495  ℄

TEMPORARY
PLATFORM

POTENTIAL  CRANE
LOCATION  (TYP.)

TRESTLE  DOES
NOT  CROSS  LOD,
SEE  PLAN  VIEWS

100 YR STORM  WATER
SURFACE  EL. 85.00

NORMAL  WATER
SURFACE  EL. 50.00

DATUM  EL. 00.00

TEMPORARY  PILE
SUPPORT  (TYP.)

EXISTING  PIER  (TYP.)

PROPOSED
FOUNDATION  (TYP.)

# BASE  OPTION  –  2 PHASES
# LOOKING  NORTH

# CONSTRUCTION  OF  PHASE  2  SUPERSTRUCTURES

**APPENDIX 5**

00198404



PROPOSED
LOD (DEIS)

SOUTHBOUND BRIDGE

NORTHBOUND BRIDGE

PROPOSED LOD
MODIFICATION

PROPOSED
LOD (DEIS)

PROPOSED PIER

1-495 ℄

TEMPORARY
PLATFORM

POTENTIAL CRANE
LOCATION (TYP.)

TRESTLE DOES
NOT CROSS LOD,
SEE PLAN VIEWS

100 YR STORM WATER
SURFACE EL. 85.00

NORMAL WATER
SURFACE EL. 50.00

TEMPORARY PILE
SUPPORT (TYP.)

PROPOSED
FOUNDATION (TYP.)

DATUM EL. 00.00

# BASE OPTION – 2 PHASES
# LOOKING NORTH

# REMOVAL OF EXISTING PIERS

**APPENDIX 5**



PROPOSED LOD (DEIS)

SOUTHBOUND BRIDGE

PROPOSED PIER

NORTHBOUND BRIDGE

PROPOSED LOD MODIFICATION

PROPOSED LOD (DEIS)

1-495 ₵

100 YR STORM WATER SURFACE EL. 85.00

NORMAL WATER SURFACE EL. 50.00

DATUM EL. 00.00

PROPOSED FOUNDATION (TYP.)

BASE OPTION – 2 PHASES
LOOKING NORTH

REMOVAL OF TEMPORARY WORKS
AND FINAL BRIDGE CONDITION

**APPENDIX 5**

00198406

# APPENDIX 6

Appendix 6 displays the sequence of construction plans and sections for the conventional bridge construction with four (4) stages of construction (Base Construction Option).



**EXISTING RIGHT-OF-WAY**

**EXISTING I-495 AMERICAN LEGION BRIDGE**

**VIRGINIA**

**MARYLAND**

**EXISTING PIER (TYP.)**

**LOD**

**LOD FOR FOUR-PHASE BASE OPTION (TYP.)**

**PROPOSED LOD MODIFICATION (REDUCTION) PER NPS MEETING 12/08/2020**

**AMERICAN LEGION BRIDGE FOUR-PHASE BASE OPTION EXISTING BRIDGE PLAN**

**APPENDIX 6**

00198408



CONSTRUCTION ACCESS

EXISTING RIGHT-OF-WAY

TEMPORARY WORKS

PROPOSED PIER (TYP.)

EXISTING I-495 AMERICAN LEGION BRIDGE

VIRGINIA

MARYLAND

EXISTING PIER (TYP.)

LOD FOR FOUR-PHASE BASE OPTION (TYP.)

PROPOSED LOD MODIFICATION (REDUCTION) PER NPS MEETING 12/08/2020

LOD

AMERICAN LEGION BRIDGE
FOUR-PHASE BASE OPTION
TEMPORARY WORKS

APPENDIX 6

00198409



CONSTRUCTION
ACCESS

EXISTING
RIGHT-OF-WAY

TEMPORARY
WORKS

PROPOSED
PIER (TYP.)

PROPOSED I-495 SOUTHBOUND - PHASE 1

EXISTING I-495 AMERICAN LEGION BRIDGE

VIRGINIA

MARYLAND

EXISTING
PIER (TYP.)

LOD FOR FOUR-PHASE
BASE OPTION (TYP.)

PROPOSED LOD MODIFICATION
(REDUCTION) PER NPS MEETING 12/08/2020

LOD

**AMERICAN LEGION BRIDGE
FOUR-PHASE BASE OPTION
PHASE 1 CONSTRUCTION**

APPENDIX 6

00198410



CONSTRUCTION
ACCESS

EXISTING
RIGHT-OF-WAY

TEMPORARY
WORKS

PROPOSED
PIER (TYP.)

PROPOSED I-495 SOUTHBOUND - PHASE 1

EXISTING NORTHBOUND I-495 AMERICAN LEGION BRIDGE

PROPOSED I-495 NORTHBOUND - PHASE 2

VIRGINIA

MARYLAND

EXISTING
PIER (TYP.)

LOD FOR FOUR-PHASE
BASE OPTION (TYP.)

PROPOSED LOD MODIFICATION
(REDUCTION) PER NPS MEETING 12/08/2020

LOD

AMERICAN LEGION BRIDGE
FOUR-PHASE BASE OPTION
PHASE 2 CONSTRUCTION

APPENDIX 6

00198411



CONSTRUCTION
ACCESS

EXISTING
RIGHT-OF-WAY

TEMPORARY
WORKS

PROPOSED
PIER (TYP.)

PROPOSED I-495 SOUTHBOUND - PHASE 1

EXISTING NORTHBOUND I-495 AMERICAN LEGION BRIDGE

PROPOSED I-495 NORTHBOUND - PHASE 2

VIRGINIA

MARYLAND

EXISTING
PIER (TYP.)

LOD FOR FOUR-PHASE
BASE OPTION (TYP.)

PROPOSED LOD MODIFICATION
(REDUCTION) PER NPS MEETING 12/08/2020

LOD

AMERICAN LEGION BRIDGE
FOUR-PHASE BASE OPTION
REMOVAL OF EXISTING NORTHBOUND BRIDGE

APPENDIX 6

00198412



CONSTRUCTION
ACCESS

EXISTING
RIGHT-OF-WAY

TEMPORARY
WORKS

PROPOSED
PIER (TYP.)

**PROPOSED I-495 SOUTHBOUND - PHASE 1**

**EXISTING NORTHBOUND I-495 AMERICAN LEGION BRIDGE**

**PROPOSED I-495 NORTHBOUND - PHASE 3**

**PROPOSED I-495 NORTHBOUND - PHASE 2**

**VIRGINIA**

**MARYLAND**

EXISTING
PIER (TYP.)

LOD FOR FOUR-PHASE
BASE OPTION (TYP.)

PROPOSED LOD MODIFICATION
(REDUCTION) PER NPS MEETING 12/08/2020

LOD

**AMERICAN LEGION BRIDGE
FOUR-PHASE BASE OPTION
PHASE 3 CONSTRUCTION**

APPENDIX 6

00198413



CONSTRUCTION
ACCESS

EXISTING
RIGHT-OF-WAY

TEMPORARY
WORKS

PROPOSED
PIER (TYP.)

**PROPOSED I-495 SOUTHBOUND - PHASE 1**

**PROPOSED I-495 NORTHBOUND - PHASE 3**

**PROPOSED I-495 NORTHBOUND - PHASE 2**

**VIRGINIA**

**MARYLAND**

EXISTING
PIER (TYP.)

LOD FOR FOUR-PHASE
BASE OPTION (TYP.)

PROPOSED LOD MODIFICATION
(REDUCTION) PER NPS MEETING 12/08/2020

LOD

## AMERICAN LEGION BRIDGE
## FOUR-PHASE BASE OPTION
## REMOVAL OF EXISTING SOUTHBOUND BRIDGE

APPENDIX 6

00198414



CONSTRUCTION
ACCESS

EXISTING
RIGHT-OF-WAY

TEMPORARY
WORKS

PROPOSED
PIER (TYP.)

**PROPOSED I-495 SOUTHBOUND - PHASE 1**
**PROPOSED I-495 SOUTHBOUND - PHASE 4**
**PROPOSED I-495 NORTHBOUND - PHASE 3**
**PROPOSED I-495 NORTHBOUND - PHASE 2**

**VIRGINIA**

**MARYLAND**

EXISTING
PIER (TYP.)

LOD FOR FOUR-PHASE
BASE OPTION (TYP.)

PROPOSED LOD MODIFICATION
(REDUCTION) PER NPS MEETING 12/08/2020

LOD

**AMERICAN LEGION BRIDGE**
**FOUR-PHASE BASE OPTION**
**PHASE 4 CONSTRUCTION**

APPENDIX 6

00198415



**EXISTING
RIGHT-OF-WAY**

**PROPOSED
PIER (TYP.)**

**PROPOSED I-495 SOUTHBOUND**

**PROPOSED I-495 NORTHBOUND**

**VIRGINIA**

**MARYLAND**

**LOD FOR FOUR-PHASE
BASE OPTION (TYP.)**

**PROPOSED LOD MODIFICATION
(REDUCTION) PER NPS MEETING 12/08/2020**

**LOD**

**AMERICAN LEGION BRIDGE
FOUR-PHASE BASE OPTION
FINAL BRIDGE PLAN**

**APPENDIX 6**

00198416



**100 YR STORM WATER SURFACE EL. 85.00**

**EXISTING AND PROPOSED BRIDGE**

**NORMAL WATER SURFACE EL. 50.00**

**DATUM EL. 00.00**

**PROPOSED PIER (TYP.)**

**EXISTING GROUND LINE**

**EXISTING PIER (TYP.)**

**PROPOSED GROUND LINE**

**VIRGINIA**

**MARYLAND**

*LOOKING WEST*

# AMERICAN LEGION BRIDGE

# FINAL AND EXISTING BRIDGE ELEVATION

**APPENDIX 6**

00198417



BASE  OPTION  –  4 PHASES
LOOKING  NORTH

EXISTING  CONDITION

**APPENDIX 6**



PROPOSED
LOD (DEIS)

PROPOSED LOD
MODIFICATION

PROPOSED
LOD (DEIS)

EXISTING
BRIDGE

I–495

TEMPORARY
PLATFORM

POTENTIAL CRANE
LOCATION (TYP.)

100 YR STORM WATER
SURFACE EL. 85.00

NORMAL WATER
SURFACE EL. 50.00

DATUM EL. 00.00

TEMPORARY PILE
SUPPORT (TYP.)

EXISTING PIER (TYP.)

BASE OPTION – 4 PHASES
LOOKING NORTH

CONSTRUCTION OF TEMPORARY WORKS

**APPENDIX 6**

00198419



PROPOSED
LOD (DEIS)

PROPOSED PIER

PROPOSED LOD
MODIFICATION

EXISTING
BRIDGE

1–495 ℄

PROPOSED
LOD (DEIS)

TEMPORARY
PLATFORM

POTENTIAL CRANE
LOCATION (TYP.)

100 YR STORM WATER
SURFACE EL. 85.00

NORMAL WATER
SURFACE EL. 50.00

DATUM EL. 00.00

TEMPORARY PILE
SUPPORT (TYP.)

EXISTING PIER (TYP.)

PROPOSED
FOUNDATION (TYP.)

# BASE OPTION – 4 PHASES
## LOOKING NORTH

# CONSTRUCTION OF PIERS

**APPENDIX 6**

00198420



BASE  OPTION  –  4  PHASES
LOOKING  NORTH

CONSTRUCTION  OF  PHASE  1
OUTBOARD  SOUTHBOUND  SUPERSTRUCTURE

**APPENDIX 6**

00198421



PROPOSED
LOD (DEIS)

PHASE 1 PROPOSED
OUTBOARD
SOUTHBOUND BRIDGE

PROPOSED PIER

EXISTING
BRIDGE

I-495 ₵

PROPOSED LOD
MODIFICATION

PROPOSED
LOD (DEIS)

TEMPORARY
PLATFORM

POTENTIAL CRANE
LOCATION (TYP.)

100 YR STORM WATER
SURFACE EL. 85.00

NORMAL WATER
SURFACE EL. 50.00

TEMPORARY PILE
SUPPORT (TYP.)

EXISTING PIER (TYP.)

PROPOSED
FOUNDATION (TYP.)

DATUM EL. 00.00

BASE OPTION – 4 PHASES
LOOKING NORTH

TRAFFIC SHIFT

**APPENDIX 6**

00198422



BASE OPTION – 4 PHASES
LOOKING NORTH

CONSTRUCTION OF PHASE 2
OUTBOARD NORTHBOUND SUPERSTRUCTURE

**APPENDIX 6**

00198423



PROPOSED LOD (DEIS)

REMAINING PORTION OF EXISTING BRIDGE

PHASE 1 PROPOSED OUTBOARD SOUTHBOUND BRIDGE

PHASE 2 PROPOSED OUTBOARD NORTHBOUND BRIDGE

PROPOSED LOD MODIFICATION

PROPOSED LOD (DEIS)

PROPOSED PIER

1–495 ℄

TEMPORARY PLATFORM

POTENTIAL CRANE LOCATION (TYP.)

100 YR STORM WATER SURFACE EL. 85.00

NORMAL WATER SURFACE EL. 50.00

TEMPORARY PILE SUPPORT (TYP.)

EXISTING PIER (TYP.)

PROPOSED FOUNDATION (TYP.)

DATUM EL. 00.00

## BASE OPTION – 4 PHASES
## LOOKING NORTH

## REMOVAL OF EXISTING NORTHBOUND SUPERSTRUCTURE

**APPENDIX 6**

00198424



BASE OPTION – 4 PHASES
LOOKING NORTH

CONSTRUCTION OF PHASE 3
REMAINING PORTION OF NORTHBOUND SUPERSTRUCTURE

**APPENDIX 6**

00198425



BASE  OPTION  –  4  PHASES
LOOKING  NORTH

TRAFFIC  SHIFT

**APPENDIX 6**

00198426



BASE  OPTION  –  4 PHASES
LOOKING  NORTH

REMOVAL  OF  EXISTING  SOUTHBOUND  SUPERSTRUCTURE

**APPENDIX 6**

00198427



**BASE OPTION – 4 PHASES**
**LOOKING NORTH**

**CONSTRUCTION OF PHASE 4**
**REMAINING PORTION OF SOUTHBOUND SUPERSTRUCTURE**

**APPENDIX 6**

00198428