

PROPOSED
LOD (DEIS)

PROPOSED
SOUTHBOUND BRIDGE

PROPOSED PIER

PROPOSED LOD
MODIFICATION

PROPOSED
NORTHBOUND BRIDGE

PROPOSED
LOD (DEIS)

1-495 ℄

TEMPORARY
PLATFORM

POTENTIAL CRANE
LOCATION (TYP.)

100 YR STORM WATER
SURFACE EL. 85.00

NORMAL WATER
SURFACE EL. 50.00

TEMPORARY PILE
SUPPORT (TYP.)

PROPOSED
FOUNDATION (TYP.)

DATUM EL. 00.00

# BASE OPTION – 4 PHASES
## LOOKING NORTH

# TRAFFIC SHIFT AND REMOVAL OF EXISTING PIERS

**APPENDIX 6**

00198429



PROPOSED
LOD (DEIS)

PROPOSED
SOUTHBOUND BRIDGE

PROPOSED PIER

PROPOSED LOD
MODIFICATION

PROPOSED
NORTHBOUND BRIDGE

PROPOSED
LOD (DEIS)

1–495 ℄

100 YR STORM WATER
SURFACE EL. 85.00

NORMAL WATER
SURFACE EL. 50.00

DATUM EL. 00.00

PROPOSED
FOUNDATION (TYP.)

# BASE OPTION – 4 PHASES
# LOOKING NORTH

# REMOVAL OF TEMPORARY WORKS AND FINAL BRIDGE CONDITION

**APPENDIX 6**

00198430

# APPENDIX 7

Appendix 7 displays the sequence of construction plans for the cable-stayed bridge.



LOD FOR CABLE
STAYED OPTION (TYP.)

EXISTING
RIGHT–OF–WAY

VIRGINIA

MARYLAND

EXISTING I–495 AMERICAN LEGION BRIDGE

PROPOSED LOD
MODIFICATION
(REDUCTION) PER NPS
MEETING 12/08/2020

LOD

AMERICAN LEGION BRIDGE
EXISTING BRIDGE PLAN

APPENDIX 7

00198432



CONSTRUCTION  ACCESS

LOD  FOR  CABLE
STAYED  OPTION  (TYP.)

TEMPORARY  WORKS

PROPOSED
TOWER  (TYP.)

EXISTING
RIGHT–OF–WAY

VIRGINIA

MARYLAND

EXISTING  I–495  AMERICAN  LEGION  BRIDGE

PROPOSED
PIER  (TYP.)

PROPOSED  LOD
MODIFICATION
(REDUCTION)  PER  NPS
MEETING  12/08/2020

LOD

AMERICAN  LEGION  BRIDGE
CABLE  STAYED  OPTION
TEMPORARY  WORKS

APPENDIX 7

00198433



CONSTRUCTION  ACCESS

LOD  FOR  CABLE
STAYED  OPTION  (TYP.)

TEMPORARY  WORKS

PROPOSED
TOWER  (TYP.)

EXISTING
RIGHT–OF–WAY

VIRGINIA

PROPOSED  I–495  SOUTHBOUND  –  STAGE  1

EXISTING  I–495  AMERICAN  LEGION  BRIDGE

MARYLAND

PROPOSED
PIER  (TYP.)

PROPOSED  LOD
MODIFICATION
(REDUCTION)  PER  NPS
MEETING  12/08/2020

LOD

AMERICAN  LEGION  BRIDGE
CABLE  STAYED  OPTION
PHASE  1  CONSTRUCTION

APPENDIX 7

00198434



CONSTRUCTION  ACCESS

LOD  FOR  CABLE
STAYED  OPTION  (TYP.)

TEMPORARY  WORKS

EXISTING
RIGHT–OF–WAY

PROPOSED
TOWER  (TYP.)

VIRGINIA

**PROPOSED  I–495  SOUTHBOUND  –  STAGE 1**

**PROPOSED  I–495  NORTHBOUND  –  STAGE 2**

MARYLAND

PROPOSED
PIER  (TYP.)

PROPOSED  LOD
MODIFICATION
(REDUCTION)  PER  NPS
MEETING  12/08/2020

LOD

AMERICAN  LEGION  BRIDGE
CABLE  STAYED  OPTION
REMOVAL  OF  EXISTING  AND
PHASE 2  CONSTRUCTION

APPENDIX 7

00198435



LOD FOR CABLE
STAYED OPTION (TYP.)

EXISTING
RIGHT–OF–WAY

PROPOSED
TOWER (TYP.)

VIRGINIA

MARYLAND

PROPOSED  I–495  SOUTHBOUND

PROPOSED  I–495  NORTHBOUND

PROPOSED
PIER (TYP.)

PROPOSED  LOD
MODIFICATION
(REDUCTION) PER NPS
MEETING 12/08/2020

LOD

AMERICAN  LEGION  BRIDGE
CABLE  STAYED  OPTION
FINAL  BRIDGE  PLAN

APPENDIX 7

00198436



**APPENDIX 7**

00198437

# AMERICAN LEGION BRIDGE



336.75'

11' | 77' I-495 SB GPLs | 13' | 48' I-495 SB PMLs | 13' | 48' I-495 NB PMLs | 13' | 74' I-495 NB GPLs | 11'

12' 12' 12' 12' 12' 12' 5' | 2' 12' 12' 12' 10' | 10' 12' 12' 12' 2' | 2' 12' 12' 12' 12' 12' 12' 1.5' 14' SUP

## CABLE-STAYED FULL REPLACEMENT

**APPENDIX 7**

00198438

# APPENDIX 8

Appendix 8 displays the sequence of construction plans for the cast-in-place segmental bridge.



LOD FOR
SEGMENTAL
OPTION (TYP.)

EXISTING
RIGHT–OF–WAY

VIRGINIA

MARYLAND

EXISTING I–495 AMERICAN LEGION BRIDGE

PROPOSED LOD
MODIFICATION
(REDUCTION) PER NPS
MEETING 12/08/2020

LOD

AMERICAN LEGION BRIDGE
EXISTING BRIDGE PLAN

APPENDIX 8

00198440



CONSTRUCTION  ACCESS

LOD  FOR
SEGMENTAL
OPTION  (TYP.)

PROPOSED
PIER  (TYP.)

TEMPORARY  WORKS

EXISTING
RIGHT–OF–WAY

VIRGINIA

MARYLAND

EXISTING  I–495  AMERICAN  LEGION  BRIDGE

TOWER
CRANE  (TYP.)

LOD

PROPOSED  LOD
MODIFICATION
(REDUCTION) PER NPS
MEETING 12/08/2020

AMERICAN  LEGION  BRIDGE
SEGMENTAL  OPTION
TEMPORARY  WORKS

APPENDIX 8

00198441



CONSTRUCTION ACCESS

TEMPORARY WORKS

LOD FOR SEGMENTAL OPTION (TYP.)

EXISTING RIGHT–OF–WAY

PROPOSED PIER (TYP.)

VIRGINIA

PROPOSED I–495 SOUTHBOUND PHASE 1

EXISTING I–495 AMERICAN LEGION BRIDGE

MARYLAND

TOWER CRANE (TYP.)

PROPOSED LOD MODIFICATION (REDUCTION) PER NPS MEETING 12/08/2020

LOD

AMERICAN LEGION BRIDGE
SEGMENTAL OPTION
PHASE 1 CONSTRUCTION

APPENDIX 8

00198442



CONSTRUCTION  ACCESS

LOD  FOR
SEGMENTAL
OPTION  (TYP.)

PROPOSED
PIER  (TYP.)

TEMPORARY  WORKS

EXISTING
RIGHT–OF–WAY

PROPOSED  I–495  SOUTHBOUND  PHASE 1

VIRGINIA

MARYLAND

PROPOSED  I–495  NORTHBOUND  PHASE 2

TOWER
CRANE  (TYP.)

PROPOSED  LOD
MODIFICATION
(REDUCTION) PER  NPS
MEETING  12/08/2020

LOD

AMERICAN  LEGION  BRIDGE
SEGMENTAL  OPTION
PHASE 2  CONSTRUCTION

APPENDIX 8

00198443



LOD FOR
SEGMENTAL
OPTION (TYP.)

EXISTING
RIGHT–OF–WAY

PROPOSED
PIER (TYP.)

VIRGINIA

PROPOSED I–495 SOUTHBOUND

PROPOSED I–495 NORTHBOUND

MARYLAND

LOD

PROPOSED LOD
MODIFICATION
(REDUCTION) PER NPS
MEETING 12/08/2020

AMERICAN LEGION BRIDGE
SEGMENTAL OPTION
FINAL BRIDGE PLAN

APPENDIX 8

00198444



**Example construction sequence for segmental bridge construction.**



**APPENDIX 8**

00198445

## Maryland

## Virginia



**APPENDIX 8**

00198446



**APPENDIX 8**

00198447

# APPENDIX 9

Appendix 9 displays the sequence of construction plans and sections for the slide-in bridge option 3.



## OPTION 1





## OPTION 2



## OPTION 3



## OPTION 4

**ALL SECTIONS ARE LOOKING NORTH**



## OPTION 5

**APPENDIX 9**

00198449



LOD FOR SLIDE-IN
OPTION 3

EXISTING
RIGHT-OF-WAY

EXISTING I-495 AMERICAN LEGION BRIDGE

MARYLAND

VIRGINIA

LOD

EXISTING
PIER (TYP.)

PROPOSED LOD MODIFICATION
(REDUCTION) PER NPS MEETING 12/08/2020

LOD FOR SLIDE-IN
OPTION 3

**AMERICAN LEGION BRIDGE
SLIDE-IN OPTION 3
EXISTING BRIDGE PLAN**

APPENDIX 9

00198450



CONSTRUCTION
ACCESS

LOD FOR SLIDE-IN
OPTION 3

PROPOSED
PIER (TYP.)

TEMPORARY
PIER (TYP.)

EXISTING
RIGHT-OF-WAY

TEMPORARY WORKS
(TRESTLE, CRANES, ETC.)

EXISTING I-495 AMERICAN LEGION BRIDGE

VIRGINIA

MARYLAND

LOD

EXISTING
PIER (TYP.)

PROPOSED LOD MODIFICATION
(REDUCTION) PER NPS MEETING 12/08/2020

LOD FOR SLIDE-IN
OPTION 3

AMERICAN LEGION BRIDGE
SLIDE-IN OPTION 3
TEMPORARY WORKS

APPENDIX 9

00198451



CONSTRUCTION
ACCESS

LOD FOR SLIDE-IN
OPTION 3

PROPOSED
PIER (TYP.)

TEMPORARY
PIER (TYP.)

EXISTING
RIGHT-OF-WAY

TEMPORARY WORKS
(TRESTLE, CRANES, ETC.)

**PROPOSED I-495 SOUTHBOUND**

**PROPOSED I-495 NORTHBOUND**

**EXISTING I-495 AMERICAN LEGION BRIDGE**

LOD

**VIRGINIA**

**MARYLAND**

EXISTING
PIER (TYP.)

PROPOSED LOD MODIFICATION
(REDUCTION) PER NPS MEETING 12/08/2020

LOD FOR SLIDE-IN
OPTION 3

**AMERICAN LEGION BRIDGE
SLIDE-IN OPTION 3
PRE-SLIDE LAYOUT**

**APPENDIX 9**

00198452



CONSTRUCTION
ACCESS

PROPOSED
PIER (TYP.)

LOD FOR SLIDE-IN
OPTION 3

TEMPORARY
PIER (TYP.)

EXISTING
RIGHT-OF-WAY

TEMPORARY WORKS
(TRESTLE, CRANES, ETC.)

PROPOSED I-495 SOUTHBOUND

PROPOSED I-495 NORTHBOUND

MARYLAND

VIRGINIA

EXISTING I-495 AMERICAN LEGION BRIDGE

LOD

EXISTING
PIER (TYP.)

PROPOSED LOD MODIFICATION
(REDUCTION) PER NPS MEETING 12/08/2020

AMERICAN LEGION BRIDGE
SLIDE-IN OPTION 3
POST-SLIDE LAYOUT

LOD FOR SLIDE-IN
OPTION 3

APPENDIX 9

00198453



**LOD FOR SLIDE-IN OPTION 3**

**PROPOSED PIER (TYP.)**

**EXISTING RIGHT-OF-WAY**

**PROPOSED I-495 SOUTHBOUND**

**PROPOSED I-495 NORTHBOUND**

**VIRGINIA**

**MARYLAND**

**LOD**

**PROPOSED LOD MODIFICATION (REDUCTION) PER NPS MEETING 12/08/2020**

**LOD FOR SLIDE-IN OPTION 3**

**AMERICAN LEGION BRIDGE SLIDE-IN OPTION 3 FINAL BRIDGE PLAN**

**APPENDIX 9**

00198454



LOD FOR SLIDE–IN OPTION 3

PROPOSED LOD (DEIS)

EXISTING BRIDGE

PROPOSED LOD MODIFICATION

PROPOSED LOD (DEIS)

LOD FOR SLIDE–IN OPTION 3

I–495

100 YR STORM WATER SURFACE EL. 85.00

NORMAL WATER SURFACE EL. 50.00

DATUM EL. 00.00

EXISTING PIER (TYP.)

OPTION 3
LOOKING NORTH

EXISTING CONDITION

**APPENDIX 9**

00198455



LOD FOR SLIDE–IN OPTION 3

PROPOSED LOD (DEIS)

EXISTING BRIDGE

PROPOSED LOD MODIFICATION

PROPOSED LOD (DEIS)

LOD FOR SLIDE–IN OPTION 3

1–495 ℄

TEMPORARY PLATFORM

100 YR STORM WATER SURFACE EL. 85.00

NORMAL WATER SURFACE EL. 50.00

POTENTIAL CRANE LOCATION (TYP.)

TEMPORARY PILE SUPPORT (TYP.)

EXISTING PIER (TYP.)

DATUM EL. 00.00

## OPTION 3
## LOOKING NORTH

## CONSTRUCTION OF TEMPORARY WORKS

**APPENDIX 9**



LOD FOR SLIDE-IN
OPTION 3

TEMPORARY PIER
SUPPORT (TYP.)

PROPOSED
LOD (DEIS)

EXISTING BRIDGE

PROPOSED PIER

PROPOSED LOD
MODIFICATION

PROPOSED
LOD (DEIS)

LOD FOR
SLIDE-IN
OPTION 3

TEMPORARY
PLATFORM

1-495 ℄

100 YR STORM WATER
SURFACE EL. 85.00

NORMAL WATER
SURFACE EL. 50.00

DATUM EL. 00.00

POTENTIAL CRANE
LOCATION (TYP.)

TEMPORARY PILE
SUPPORT (TYP.)

TEMPORARY
FOUNDATION (TYP.)

EXISTING PIER (TYP.)

PERMANENT
FOUNDATION (TYP.)

OPTION 3
LOOKING NORTH

CONSTRUCTION OF PIERS

**APPENDIX 9**

00198457



PROPOSED
SOUTHBOUND BRIDGE

LOD FOR SLIDE-IN
OPTION 3

TEMPORARY PIER
SUPPORT (TYP.)

TEMPORARY
PLATFORM

PROPOSED
NORTHBOUND BRIDGE

PROPOSED
LOD (DEIS)

EXISTING BRIDGE

PROPOSED PIER

I-495 ₵

PROPOSED LOD
MODIFICATION

PROPOSED
LOD (DEIS)

LOD FOR
SLIDE-IN
OPTION 3

100 YR STORM WATER
SURFACE EL. 85.00

NORMAL WATER
SURFACE EL. 50.00

DATUM EL. 00.00

POTENTIAL CRANE
LOCATION (TYP.)

TEMPORARY PILE
SUPPORT (TYP.)

TEMPORARY
FOUNDATION (TYP.)

EXISTING PIER (TYP.)

PERMANENT
FOUNDATION (TYP.)

## OPTION 3
## LOOKING NORTH

## CONSTRUCTION OF SUPERSTRUCTURES

**APPENDIX 9**

00198458



OPTION  3
LOOKING  NORTH

SLIDING  OF  SUPERSTRUCTURES
DURING  SINGLE  WEEKEND  CLOSURE

**APPENDIX 9**

00198459



OPTION  3
LOOKING  NORTH

TRAFFIC  SHIFT  TO  FINAL  SUPERSTRUCTURES
AND  REMOVAL  OF  EXISTING  SUPERSTRUCTURE

**APPENDIX 9**



## OPTION 3
## LOOKING NORTH

## REMOVAL OF TEMPORARY AND EXISTING PIERS

**APPENDIX 9**

00198461



OPTION 3
LOOKING NORTH

REMOVAL OF TEMPORARY WORKS
AND FINAL BRIDGE CONDITION

**APPENDIX 9**

00198462

# APPENDIX 10

Appendix 10 displays the sequence of construction plans and sections for the slide-in bridge option 4.



**SOUTHBOUND SUPERSTRUCTURE**

**NORTHBOUND SUPERSTRUCTURE**

## OPTION 1

  

**SOUTHBOUND SUPERSTRUCTURE**

**NORTHBOUND SUPERSTRUCTURE**

## OPTION 2

  

**SOUTHBOUND SUPERSTRUCTURE**

**NORTHBOUND SUPERSTRUCTURE**

## OPTION 3



**NORTHBOUND SUPERSTRUCTURE**

**SOUTHBOUND SUPERSTRUCTURE**

## OPTION 4

**ALL SECTIONS ARE LOOKING NORTH**



**SOUTHBOUND SUPERSTRUCTURE**

**NORTHBOUND SUPERSTRUCTURE**

**NORTHBOUND SUPERSTRUCTURE**

## OPTION 5

**APPENDIX 10**

00198464



LOD FOR SLIDE-IN
OPTION 4

EXISTING
RIGHT-OF-WAY

EXISTING I-495 AMERICAN LEGION BRIDGE

MARYLAND

VIRGINIA

LOD

EXISTING
PIER (TYP.)

LOD FOR SLIDE-IN
OPTION 4

PROPOSED LOD MODIFICATION
(REDUCTION) PER NPS MEETING 12/08/2020

# AMERICAN LEGION BRIDGE
# SLIDE-IN OPTION 4
# EXISTING BRIDGE PLAN

APPENDIX 10

00198465



CONSTRUCTION
ACCESS

LOD FOR SLIDE-IN
OPTION 4

PROPOSED
PIER (TYP.)

EXISTING
RIGHT-OF-WAY

TEMPORARY
PIER (TYP.)

TEMPORARY WORKS
(TRESTLE, CRANES, ETC.)

PROPOSED I-495 NORTHBOUND

EXISTING I-495 AMERICAN LEGION BRIDGE

VIRGINIA

MARYLAND

LOD

LOD FOR SLIDE-IN
OPTION 4

PROPOSED LOD MODIFICATION
(REDUCTION) PER NPS MEETING 12/08/2020

EXISTING
PIER (TYP.)

AMERICAN LEGION BRIDGE
SLIDE-IN OPTION 4
TEMPORARY WORKS

APPENDIX 10

00198466



CONSTRUCTION
ACCESS

LOD FOR SLIDE-IN
OPTION 4

PROPOSED
PIER (TYP.)

EXISTING
RIGHT-OF-WAY

TEMPORARY
PIER (TYP.)

TEMPORARY WORKS
(TRESTLE, CRANES, ETC.)

**PROPOSED I-495 NORTHBOUND**

**EXISTING I-495 AMERICAN LEGION BRIDGE**

**MARYLAND**

**VIRGINIA**

LOD

LOD FOR SLIDE-IN
OPTION 4

PROPOSED LOD MODIFICATION
(REDUCTION) PER NPS MEETING 12/08/2020

EXISTING
PIER (TYP.)

**AMERICAN LEGION BRIDGE
SLIDE-IN OPTION 4
PRE-NORTHBOUND SLIDE LAYOUT**

APPENDIX 10

00198467



CONSTRUCTION ACCESS

LOD FOR SLIDE-IN OPTION 4

EXISTING RIGHT-OF-WAY

PROPOSED PIER (TYP.)

TEMPORARY WORKS (TRESTLE, CRANES, ETC.)

TEMPORARY PIER (TYP.)

PROPOSED I-495 SOUTHBOUND

PROPOSED I-495 NORTHBOUND

EXISTING I-495 AMERICAN LEGION BRIDGE

VIRGINIA

MARYLAND

LOD

EXISTING PIER (TYP.)

LOD FOR SLIDE-IN OPTION 4

PROPOSED LOD MODIFICATION (REDUCTION) PER NPS MEETING 12/08/2020

AMERICAN LEGION BRIDGE
SLIDE-IN OPTION 4
POST-NORTHBOUND SLIDE LAYOUT

APPENDIX 10

00198468



CONSTRUCTION
ACCESS

LOD FOR SLIDE-IN
OPTION 4

EXISTING
RIGHT-OF-WAY

PROPOSED
PIER (TYP.)

TEMPORARY WORKS
(TRESTLE, CRANES, ETC.)

TEMPORARY
PIER (TYP.)

PROPOSED I-495 SOUTHBOUND

PROPOSED I-495 NORTHBOUND

MARYLAND

VIRGINIA

LOD

EXISTING
PIER (TYP.)

LOD FOR SLIDE-IN
OPTION 4

PROPOSED LOD MODIFICATION
(REDUCTION) PER NPS MEETING 12/08/2020

AMERICAN LEGION BRIDGE
SLIDE-IN OPTION 4
POST-FINAL SLIDE LAYOUT

APPENDIX 10

00198469



LOD FOR SLIDE-IN
OPTION 4

PROPOSED
PIER (TYP.)

EXISTING
RIGHT-OF-WAY

**PROPOSED I-495 SOUTHBOUND**

**PROPOSED I-495 NORTHBOUND**

**MARYLAND**

LOD

**VIRGINIA**

LOD FOR SLIDE-IN
OPTION 4

PROPOSED LOD MODIFICATION
(REDUCTION) PER NPS MEETING 12/08/2020

**AMERICAN LEGION BRIDGE
SLIDE-IN OPTION 4
FINAL BRIDGE PLAN**

APPENDIX 10

00198470



LOD FOR SLIDE–IN OPTION 4

PROPOSED LOD (DEIS)

EXISTING BRIDGE

1–495 ℄

PROPOSED LOD MODIFICATION

PROPOSED LOD (DEIS)

LOD FOR SLIDE–IN OPTION 4

100 YR STORM WATER SURFACE EL. 85.00

NORMAL WATER SURFACE EL. 50.00

DATUM EL. 00.00

EXISTING PIER (TYP.)

OPTION 4
LOOKING NORTH

EXISTING CONDITION

**APPENDIX 10**

00198471



OPTION  4
LOOKING  NORTH

CONSTRUCTION  OF  TEMPORARY  WORKS

**APPENDIX 10**

00198472



LOD FOR SLIDE-IN OPTION 4

PROPOSED LOD (DEIS)

TEMPORARY PIER SUPPORT (TYP.)

TEMPORARY PLATFORM

POTENTIAL CRANE LOCATION (TYP.)

PROPOSED PIER

EXISTING BRIDGE

1-495 ₵

PROPOSED LOD MODIFICATION

PROPOSED LOD (DEIS)

LOD FOR SLIDE-IN OPTION 4

100 YR STORM WATER SURFACE EL. 85.00

NORMAL WATER SURFACE EL. 50.00

DATUM EL. 00.00

TEMPORARY PILE SUPPORT (TYP.)

TEMPORARY FOUNDATION (TYP.)

EXISTING PIER (TYP.)

PERMANENT FOUNDATION (TYP.)

OPTION 4
LOOKING NORTH

CONSTRUCTION OF PIERS

**APPENDIX 10**

00198473



OPTION  4
LOOKING  NORTH

CONSTRUCTION  OF  NORTHBOUND  SUPERSTRUCTURE

**APPENDIX 10**

00198474



OPTION  4
LOOKING  NORTH

SLIDING  OF  EXISTING  SUPERSTRUCTURE
DURING  FIRST  SINGLE  WEEKEND  CLOSURE

**APPENDIX 10**

00198475



OPTION  4
LOOKING  NORTH

SLIDING  OF  NORTHBOUND  SUPERSTRUCTURE
DURING  FIRST  SINGLE  WEEKEND  CLOSURE

**APPENDIX 10**

00198476



OPTION  4
LOOKING  NORTH

TRAFFIC  SHIFT  TO  NORTHBOUND  SUPERSTRUCTURE

**APPENDIX 10**

00198477



OPTION  4
LOOKING  NORTH

CONSTRUCTION  OF  SOUTHBOUND  SUPERSTRUCTURE
AND  REMOVAL  OF  EXISTING  SUPERSTRUCTURE

**APPENDIX 10**

00198478



OPTION 4
LOOKING NORTH

SLIDING OF NORTHBOUND AND SOUTHBOUND SUPERSTRUCTURES
DURING SECOND SINGLE WEEKEND CLOSURE

**APPENDIX 10**



OPTION 4
LOOKING NORTH

TRAFFIC SHIFT TO FINAL SUPERSTRUCTURES

**APPENDIX 10**

00198480



LOD FOR SLIDE–IN
OPTION 4

PROPOSED
LOD (DEIS)

PROPOSED
SOUTHBOUND BRIDGE

PROPOSED PIER

PROPOSED
NORTHBOUND BRIDGE

PROPOSED LOD
MODIFICATION

PROPOSED
LOD (DEIS)

LOD FOR SLIDE–IN
OPTION 4

1–495 ℄

TEMPORARY
PLATFORM

POTENTIAL CRANE
LOCATION (TYP.)

TEMPORARY PILE
SUPPORT (TYP.)

PERMANENT
FOUNDATION (TYP.)

100 YR STORM WATER
SURFACE EL. 85.00

NORMAL WATER
SURFACE EL. 50.00

DATUM EL. 00.00

OPTION 4
LOOKING NORTH

REMOVAL OF TEMPORARY AND EXISTING PIERS

**APPENDIX 10**

00198481



LOD FOR SLIDE–IN
OPTION 4

PROPOSED
LOD (DEIS)

PROPOSED
SOUTHBOUND BRIDGE

PROPOSED PIER

PROPOSED
NORTHBOUND BRIDGE

1–495 ℄

PROPOSED LOD
MODIFICATION

PROPOSED
LOD (DEIS)

LOD FOR SLIDE–IN
OPTION 4

100 YR STORM WATER
SURFACE EL. 85.00

NORMAL WATER
SURFACE EL. 50.00

DATUM EL. 00.00

PERMANENT
FOUNDATION (TYP.)

OPTION 4
LOOKING NORTH

REMOVAL OF TEMPORARY WORKS
AND FINAL BRIDGE CONDITION

**APPENDIX 10**

00198482

# APPENDIX 11

Appendix 11 provides an overview of the strike team members experience and role on the project.

## *American Legion Bridge*

## *Strike Team Members*

---

**JAMES T. RUDDELL, PE, CCM, F. ASCE, FCMAA**                    **WSP USA**

---

**ALB Strike Team Role: Bridge Construction / Team Lead**



Jim has served as strategic project delivery advisor to more than a dozen DOT's on their major roadway and bridge projects exceeding $500M, including the Fort Washington Way project in Cincinnati, OH; the Marquette Interchange in Milwaukee, WI; the Columbia River Crossing between Washington and Oregon; the SR 520 floating bridge in Washington; the St Croix River Crossing between MN and WI, and the I-290 corridor in Chicago.

Earlier in Jim's career he served as WSP's PM for the Bonner Bridge replacement and the Harry Nice Bridge replacement, and as program director for the new Gerald Desmond Bridge and the new Woodrow Wilson Bridge replacement projects. For more than a decade, he worked as a field engineer and superintendent with international contractors building significant infrastructure improvements, processing and power generation facilities, and the space shuttle launch pad at Vandenberg AFB, CA. Jim holds a BSCE degree from Stanford University.

---

**PHILIP J. WALDVOGEL, PE**                    **WSP USA**

---

**ALB Strike Team Role: Long-Span Bridge Design**



Phil is an associate vice president and a licensed Maryland professional engineer with more than 35 years of diversified project experience for complex analysis, engineering design, condition inspection and construction inspection, evaluation, and rehabilitation for bridge, highway, and tunnel projects. He holds a BSCE and MSCE degree from the Cooper Union for the Advancement of Science and Art in NYC.

Phil has served as project manager and technical lead on numerous long-span bridge projects for MDTA, MDOT SHA and other bridge agencies, including the dehumidification of main cables of suspension bridges in the U.S. His recent regional experience includes program management and technical oversight for the $300M+ deck replacement and structural rehabilitation of the Eastbound Bay Bridge over Chesapeake Bay, the installation of supplemental main cables for the Westbound Bay Bridge Suspended Spans, and the project engineer for bridge replacement planning studies for MDTA's Nice Bridge, Tydings Bridge and William Preston Lane, Jr. Memorial Bridges.

# *American Legion Bridge*

## *Strike Team Members*

### JAMAL ELKAISSI                                                                                                    FHWA

**ALB Strike Team Role: Accelerated Bridge Construction**



Jamal has extensive experience in bridge design, construction, inspection, load rating, and preservation. He currently serves as a national expert of design and construction of major bridges, implementing innovative technologies of Accelerated Bridge Construction (ABC) and provides technical assistance and training to State DOTs and FHWA engineers in structural bridge design and construction. Jamal is a Subject Matter Expert (SME) in Accelerated Bridge Construction (ABC), Segmental Bridges, Spliced Girder Bridges, and Fiber Reinforced Polymer (FRP) structures.  He led an FHWA structural team that conducted construction oversight of an Extradosed structure across the St. Croix Crossing in Minnesota that covered superstructure precast girder segment fabrication and erection, post-tension and grouting operation, and cable stayed installation procedures.

Earlier in his career, Jamal worked for the Colorado Department of Transportation (CDOT) for over 20 years in Bridge Design and Construction. He managed a team of 10 engineers and technicians in charge of bridge design, rehabilitation, and construction assistance of major structures in the state. Jamal has designed major bridges of precast spliced girder bridges using curved U girder segments at the I76 & I70 structure and straight Bulb T girder segments at the I76 & Buckley structure. In his career, Jamal also served a 2-year international assignment in Riyadh, Saudi Arabia representing the USDOT in providing technical expertise to Saudi engineers and technicians.

### REGGIE HOLT                                                                                                      FHWA

**ALB Strike Team Role: Long-Span Bridge Design**



Reggie is a Senior Bridge Engineer and the concrete bridge specialist for the Federal Highway Administration (FHWA) office of Bridges and Structures at FHWA Headquarters in Washington DC.  In this position, he is responsible for national policy and guidance on bridge design and analysis.  Prior to his current position with FHWA, Reggie work for bridge design consultant T.Y. Lin International.  He designed and managed multiple complex concrete bridge structures during his 15-year career at T.Y. Lin.

Reggie holds a Bachelor of Science and a Master of Science degree in Civil Engineering from the University of Maryland.  Reggie is a registered professional engineer and member of multiple technical committees including:  ex-officio for the AASHTO T-10 Committee on Concrete Design, Transportation Research Board Concrete Bridges Committee, PTI Post-Tensioned Bridge Committee, PTI Grouting Committee, PTI Cable Stay Bridge Committee and the PTI/ASBI Grouted Post-tensioning Committee.  In addition, he has participated on multiple research technical review panels and has served on multiple Blue Ribbon Panels and Expert Task Groups throughout his career.

## *American Legion Bridge*

## *Strike Team Members*

**SIVA KESAVAN**            **WRA**

**ALB Strike Team Role: Geotechnical Design**



Siva served as a Geotechnical Engineer and reviewer to numerous projects, including regional mega projects. He served as the geotechnical coordinator for the Maryland portion of the new Woodrow Wilson Replacement Project. He was the geotechnical lead for the Contracts A and B representing and reviewing on behalf of the owner for the Maryland Inter County Connector (ICC), which was a Design-Build Project.

Siva has more than 41 years of Geotechnical Engineering design and construction management experience, including over 30 years of practice in Maryland in both private and public sector projects. His geotechnical engineering experience includes design, construction, and testing of shallow foundations and deep foundations. Siva performed value engineering alternatives to bridge foundations on projects such as Canton Viaduct project. His engineering carrier experience includes static and dynamic pile and drilled shaft testing as well as geotechnical instrumentation and data analysis. He participated in numerical modeling of soil embankments using finite element methods at The Johns Hopkins University, where he served as an adjunct professor.

**MARK ROBERTS**            **WRA**

**ALB Strike Team Role: Roadway Design**



Mark has spent his entire 25-year career at WRA designing projects covering all aspects of transportation design working with state and local transportation agencies in the mid-Atlantic region. Responsibilities have included planning, preliminary and final design, and development of Design-Bid-Build and Design-Build construction documents. His experience has included typical sections, horizontal/vertical alignments, grading, intersections and interchanges, maintenance of traffic, noise barriers, traffic, drainage, E&SC, SWM, permitting, utility coordination, right-of-way, cost estimates, VE studies, and constructability reviews.

Mark has worked on projects including the Woodrow Wilson Bridge Replacement (I-95/I-495 over the Potomac River) for MDOT SHA, MD 210 at Kerby Hill Road / Livingston Road Widening and Interchange Improvement Design-Build for MDOT SHA, I-95 Express Toll Lanes Northbound Extension MD 24 Interchange Reconstruction for MDTA, and MD 32 from MD 108 to Linden Church Road Design-Build for MDOT SHA. Mr. Roberts is also a DBIA Design-Build Professional and holds a BSCE degree from Virginia Tech.

# *American Legion Bridge*

## *Strike Team Members*

**STEVE ARCHER**                                                                                                  **MDOT SHA**

**ALB Strike Team Role: Cultural Resources**

Steve Archer is the Cultural Resources Team Leader for the Maryland Department of Transportation. Specific to the I-495 and I-270 Managed Lanes Study, he is the lead for compliance with Section 106 of the National Historic Preservation Act.

A professional archaeologist for over 25 years, Steve has conducted archaeological research and public engagement in multiple regions of the United States and internationally. He previously worked for the Washington State Department of Transportation as Cultural Resources Manager for Megaprojects, including the Alaskan Way Viaduct Replacement Project and the SR 520 Bridge Replacement and HOV Program. Steve holds degrees in Anthropology from the University of Michigan and University of California – Berkeley.

**MADELINE SIGRIST**                                                                                                  **RK&K**

**ALB Strike Team Role: Natural Resources**



Maddy is a Senior Project Scientist at RK&K, acting as the NEPA Natural Resources Manager for the I-495 & I-270 Managed Lanes Study (MLS). She has led natural resources permitting, monitoring, and inventory efforts for several large MDOT SHA projects over the past eight years with RK&K, including the MLS, the I-270 Innovative Congestion Management Program, and Intercounty Connector (ICC) wetland and forest mitigation monitoring.

Earlier in Maddy's career, she worked for the NOAA Chesapeake Bay Office, where she conducted fisheries modeling, and for the Maryland Department of Natural Resources Fisheries, where she wrote ecosystem-based fisheries management plans. Maddy has also worked for the EPA's Chesapeake Bay Program where she helped establish TMDLs for the Chesapeake Bay; the University of Maryland College Park Fisheries Pathobiology Center where she conducted fisheries research in the Chesapeake Bay; and the Florida Fish and Wildlife Conservation Commission's Endangered Species Division where she managed a statewide sea turtle nesting survey. Maddy holds a BS degree from Oregon State University.

## *American Legion Bridge*

## *Strike Team Members*

**JUSTIN REEL, PWS**                                                                      **RK&K**

**ALB Strike Team Role: Natural Resources**



Justin has served as environmental manager during planning, design and construction of major projects in Maryland, Virginia and Delaware, including US 301 in New Castle County Delaware, I-95 and SR1 Improvements in New Castle County Delaware, Indian River Inlet Bridge in Sussex County Delaware, and the Purple Line Project in Montgomery County Maryland. His expertise includes securing permits for transportation projects in the mid-Atlantic region and conducting and managing field studies necessary for successful mitigation and permitting. He is well-versed in tidal and non-tidal wetland creation, water quality monitoring, wetland and aquatic ecology, and lotic and estuary habitat assessments.

**DAVID SMITH**                                                          **COASTAL RESOURCES**

**ALB Strike Team Role: Natural Resources / Rare, Threatened & Endangered Species**



In his 23 years at Coastal Resources, Inc., David has served as a lead environmental scientist on numerous county, state, and federal transportation projects within the Mid-Atlantic region.  His expertise includes techniques in wetland identification, delineation, and functional assessment; wetland creation design and monitoring; species inventories and rare, threatened, and endangered species surveys; natural resource permitting; and NEPA compliance.

David was an integral part of the NEPA team during the Woodrow Wilson Bridge Replacement project, where he served as the principal investigator for a detailed study of bald eagles on the Potomac River adjacent to the bridge, prepared the biological assessment to address potential bald eagle

impacts from the bridge construction, and helped secure a favorable bald eagle Biological Opinion from the USFWS.  Other representative transportation projects on which David played a key role in the NEPA process include the I-270 & US 15 Multimodal Study in Maryland, the US 301 Transportation Study in Southern Maryland, the Dulles Corridor Rapid Transit Study in Northern Virginia, and the Intercounty Connector project that linked the I-270 and I-95 travel corridors.

00198488

# *American Legion Bridge*

## *Strike Team Members*

**JEANETTE MAR**                                                                    **FHWA**

**ALB Strike Team Role: NEPA**



Jeanette has experience as an Environmental Specialist leading and managing programs in the environment discipline for the past twenty years in several states.  She has advanced knowledge and experience of application of Federal Highway Administration's National Environmental Policy Act (NEPA) program and other related environmental laws that relate to highway planning and project development.

Jeanette holds a Master of Environmental Studies degree from the University of Pennsylvania.