```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND

MARYLAND CHAPTER OF THE SIERRA   :
CLUB, part of Sierra Club, Inc.,
et al.                           :

     v.                          :    Civil Action No. DKC 22-2597

                                 :
FEDERAL HIGHWAY ADMINISTRATION,
et al.                           :
```

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 20th day of March, 2024, by the United States District Court for the District of Maryland, ORDERED that:

1. The joint motion for summary judgment filed by Plaintiffs the Maryland Chapter of the Sierra Club, Friends of Moses Hall, National Trust for Historic Preservation, National Resources Defense Council, Inc., and the Northern Virginia Citizens Association (ECF No. 46) BE, and the same hereby IS, DENIED;

2. The cross-motion for summary judgment filed by Defendants the Federal Highway Administration, Stephanie Pollack, in her official capacity as Acting Administrator of the Federal Highway Administration, Gregory Murrill, in his official capacity as Maryland Division Administrator of the Federal Highway Administration (ECF No. 47) BE, and the same hereby IS, GRANTED;

3. The cross-motion for summary judgment filed by Defendants the Maryland Department of Transportation and James F. Ports, Jr., in his official capacity as Secretary of the Maryland Department of Transportation (ECF No. 48) BE, and the same hereby IS, GRANTED;

4. The complaint filed by the Northern Virginia Citizens Association BE, and the same hereby IS, DISMISSED without prejudice for lack of standing;

5. Judgment BE, and the same hereby IS, ENTERED in favor of Defendants the Federal Highway Administration, Stephanie Pollack, in her official capacity as Acting Administrator of the Federal Highway Administration, Gregory Murrill, in his official capacity as Maryland Division Administrator of the Federal Highway Administration, the Maryland Department of Transportation, and James F. Ports, Jr., in his official capacity as Secretary of the Maryland Department of Transportation and against Plaintiffs the Maryland Chapter of the Sierra Club, Friends of Moses Hall, National Trust for Historic Preservation, and National Resources Defense Council, Inc.; and

6. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties and CLOSE this case.

```
                                        /s/
                         _____
                         DEBORAH K. CHASANOW
                         United States District Judge
```