IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| MARYLAND CHAPTER OF THE SIERRA CLUB, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, *et al.*,<br><br>*Defendants*. | Civil Action No. DKC 22-2597 |

## NOTICE OF APPEAL

Notice is hereby given that Maryland Chapter of the Sierra Club, National Trust for Historic Preservation in the United States, and Natural Resources Defense Council, Inc., plaintiffs in the above-captioned matter, appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this action on March 20, 2024 (ECF No. 71).

Dated: May 14, 2024

Respectfully Submitted,

/s/ Peter J. DeMarco
Peter J. DeMarco (D. Md. Bar No. 19639)
Jared E. Knicley (D. Md. Bar No. 18607)
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
Telephone: (202) 513-6267
Facsimile: (415) 795-4799
Email: pdemarco@nrdc.org
Email: jknicley@nrdc.org

Nanding Chen (CA Bar No. 348808)
(admitted *pro hac vice*)
Natural Resources Defense Council
111 Sutter Street, Floor 21
San Francisco, CA 94104
Telephone: (202) 469-8230
Facsimile: (415) 795-4799
Email: nchen@nrdc.org

*Counsel for Plaintiffs Maryland Sierra Club, National Trust for Historic Preservation, and Natural Resources Defense Council*

/s/ Andrea Ferster
Andrea Ferster (DC Bar No. 384648)
(admitted *pro hac vice*)
Attorney at Law
2121 Ward Court, N.W. 5th Fl.
Washington, D.C. 20037
Telephone: (202) 974-5142
Email: aferster@railstotrails.org
(signed by Peter J. DeMarco with permission from Andrea Ferster)

*Counsel for Plaintiff Maryland Sierra Club*

/s/ Elizabeth S. Merritt
Elizabeth S. Merritt (DC Bar No. 337261)
(admitted *pro hac vice*)
Deputy General Counsel
National Trust for Historic Preservation
600 14th Street NW, Suite 500
Washington, DC 20005
Telephone: (202) 297-4133
Facsimile: (202) 588-6272
Email: emerritt@savingplaces.org
(signed by Peter J. DeMarco with permission from Elizabeth S. Merritt)

*Counsel for Plaintiff National Trust for Historic Preservation*

2